**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**NINETEENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **October 1, 2002 – October 31, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$68,404.00 (80% - $54,723.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,956.54 (Stroock)**<br>**$1,780.75 (Chambers)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Nineteenth Monthly Fee Statement is approximately 4.5 hours and the corresponding compensation requested is approximately $826.00.*

**Attachment A**

**Monthly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 | 04/01/02 – 04/30/02 | $97,251.50 | $11,588.86 | $77,801.20 | $11,588.86 |

| July 3, 2002 | 05/01/02-05/31/02 | $71,910.75 | $46,105.12 | $59,918.60 | $46,105.12 |
| August 5, 2002 | 06/01/02 – 06/30/02 | $73,097.75 | $116,720.77 | $58,477.40 | $116,720.77 |
| September 20, 2002 | 07/01/02 – 07/31/02 | $90,903.27 | $13,274.04 | $72,722.61 | $13,274.04 |
| October 29, 2002 | 08/01/02 – 08/31/02 | $93,522.50 | $16,586.21 | $74,818.00 | $16,586.21 |
| November 13, 2002 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 | $77,290.60 | $15,567.77 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1288928v1

| WR GRACE & CO | | | | |
|---|---|---|---|---|
| **ATTACHMENT B** | | | | |
| **OCTOBER 1, 2002 - OCTOBER 31, 2002** | | | | |
| | | | | No. of Years |
| | Hours | Rate | Amount | In Position |
| **Partners** | | | | |
| Greenberg, Mayer | 9.7 | $525 | $ 5,092.50 | 4 |
| Kruger, Lewis | 7.6 | $695 | $ 5,282.00 | 32 |
| Levy, Mark | 1.2 | $650 | $ 780.00 | 28 |
| Pasquale, Kenneth | 8.0 | $495 | $ 3,960.00 | 3 |
| | | | | |
| **Associates** | | | | |
| Balk, Heidi | 1.8 | $325 | $ 585.00 | 4 |
| Brandes, Ronnie H. | 6.9 | $245 | $ 1,690.50 | 2 |
| Krieger, Arlene | 86.6 | $475 | $ 41,135.00 | 18 |
| Ross, Adam S. | 6.9 | $185 | $ 1,276.50 | 1 |
| Sasson, Moshe | 8.6 | $395 | $ 3,397.00 | 18 |
| | | | | |
| **Paraprofessionals** | | | | |
| Calvo, Fernando | 0.5 | $170 | $ 85.00 | 2 |
| Caskadon, Alexandra | 12.8 | $170 | $ 2,176.00 | 1 |
| Horn, Meredith | 1.0 | $155 | $ 155.00 | 3 |
| Mariano, Christine | 3.1 | $155 | $ 480.50 | 6 |
| Serrette, Rosemarie | 5.2 | $170 | $ 884.00 | 14 |
| Defreitas, Vaughn | 12.5 | $100 | $ 1,250.00 | 14 |
| Maniscalco, Ilea | 2.5 | $70 | $ 175.00 | 1 |
| | | | | |
| **Total** | **174.9** | | **$ 68,404.00** | |

| WR GRACE & CO | | |
|---|---|---|
| **COMPENSATION BY PROJECT CATEGORY** | | |
| **OCTOBER 1, 2002 - OCTOBER 31, 2002** | | |
| **PROJECT CATEGORY** | **HOURS** | **TOTAL FEES ($)** |
| Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.9 | $ 1,251.50 |
| Case Administration | 76.0 | 28,514.50 |
| Claims Analysis/Objections/Administration (Non-Asbestos) | 0.3 | 142.50 |
| Committee, Creditors', Noteholders', or Equity Holders' | 11.2 | 5,386.00 |
| Fee Application, Applicant | 4.5 | 826.00 |
| Fee Application, Others | 4.2 | 714.00 |
| Employee Benefits, Pension | 0.5 | 237.50 |
| Litigation and Litigation Consulting | 48.4 | 19,446.50 |
| Hearings | 0.6 | 285.00 |
| Relief from Stay Proceedings | 2.0 | 950.00 |
| Tax Issues | 24.3 | 10,650.50 |
| | | |
| **Total** | **174.9** | **$ 68,404.00** |

# STROOCK

## INVOICE

| DATE | December 9, 2002 |
|---|---|
| INVOICE NO. | 276653 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2002, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/14/2002 | Review office records. | Sasson, M. | 1.0 |
| 10/25/2002 | Attended to second case management order and supplement thereto (.1). | Krieger, A. | 0.1 |
| 10/29/2002 | Memo from and to KP re Peterson reports (.1); review Peterson report. | Krieger, A. | 0.1 |
| 10/29/2002 | Attention to Rand asbestos costs interim report (2002) (.5) | Pasquale, K. | 0.5 |
| 10/29/2002 | Review and report on Rand asbestos costs interim report (2002). | Sasson, M. | 0.7 |
| 10/31/2002 | Began to review PI Committee's motion re case management process. | Krieger, A. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1288928v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.7 | $ 475 | $ 332.50 |
| Pasquale, Kenneth | 0.5 | 495 | 247.50 |
| Sasson, Moshe | 1.7 | 395 | 671.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 1,251.50 | |

| TOTAL FOR THIS MATTER | $ 1,251.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1288928v1

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2002 | Memo from and to L. Hamilton re acquisition letter (.1); memo to L. Hamilton re revised distribution list (.1); memo from C. Whitney re chambers' meeting and forward same to KP, LK (.2). | Krieger, A. | 0.4 |
| 10/02/2002 | Westlaw research to find case law for A. Krieger; print and distribute | Calvo, F. | 0.5 |
| 10/02/2002 | Download various court filed documents and distribute same. | Defreitas, V. | 0.7 |
| 10/04/2002 | Download various court filed documents and distribute same. | Defreitas, V. | 0.8 |
| 10/07/2002 | Download recently filed asbestos bankruptcy case pleadings | Defreitas, V. | 1.3 |
| 10/07/2002 | Telephone conference with Debra (Ameri Serve Bergen) regarding proof of claim inquiry and fraudulent transfer litigation status (.2). | Krieger, A. | 0.2 |
| 10/07/2002 | Office conference with LK regarding FTI correspondence for the committee's consideration (.1); telephone conference with Byron Jeffords regarding request for Chambers Associates' invoice and back-up (.1); office conference with R. Serrette regarding Chambers Associates invoice (.1); correspondence to B. Jeffords regarding Chambers Associates invoice (.2); memos to and from M. Lastowski regarding Jeffords letters (.2). | Krieger, A. | 0.7 |
| 10/07/2002 | Conf w/L. Hamilton re Committee contacts | Serrette, R. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2); review and edit of same (.4); review of recently filed documents (.6) | | |
| 10/08/2002 | T/c creditor inquiry re filing of proof of claim. | Krieger, A. | 0.1 |
| 10/08/2002 | Memo from and to W. Smith re initial reports on fifth interim and first three interim fee periods (0.1); o/cs RS re same (0.1). | Krieger, A. | 0.2 |
| 10/09/2002 | O/c LK re response to W. Smith's initial reports on 1-3 interim fee applications and the fifth interim application (0.1). | Krieger, A. | 0.1 |
| 10/10/2002 | Review various documents for assignment of central categories in preparation for addition to file database | Defreitas, V. | 3.0 |
| 10/10/2002 | Review various documents for assignment of central categories in preparation for addition to file database | Defreitas, V. | 0.5 |
| 10/10/2002 | Create spread sheet for 5th Quarter and e-mail to fee auditor (1.3). | Serrette, R. | 1.3 |
| 10/15/2002 | Telephone conference T.Osselof re documentation filed in the Sealed Air litigation (.2); telephone conference Conor Bastable re same (.2); telephone conference  Butler Carega re same (.1). | Krieger, A. | 0.5 |
| 10/16/2002 | Download various court filed documents and distribute same. | Defreitas, V. | 0.8 |
| 10/17/2002 | Review fee auditor's initial report on fees for first through third quarter and fifth interim quarter and began to prepare responses (3.8); memorandum from and to LaVerne Ferdinand re response to Fee Auditor's report (.2). | Krieger, A. | 4.0 |
| 10/18/2002 | Prepare response to Fee Auditor's initial report on fifth interim fee application. | Krieger, A. | 3.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/20/2002 | Complete draft of SSL's response to Fee Auditor's initial report on SSL's fifth interim quarterly fee application (1.6); began draft of SSL's response to Fee Auditor's initial report on SSL's first, second and third interim quarterly fee applications (7.0) | Krieger, A. | 8.6 |
| 10/21/2002 | Telephone conferences with LK re Fee Auditor's initial report and Stroock's response thereto (.2); continue to prepare response to Fee Auditor's initial report (4.6); office conferences RS re inquiry on fee adjustments, non-working travel time (.1); memo to LaVern Ferdinand re preparation of response to Fee Auditor's report (.1). | Krieger, A. | 5.0 |
| 10/22/2002 | Meeting re: briefing on Grace Fee Application procedures. | Caskadon, A. | 0.6 |
| 10/22/2002 | Review Stroock's August fee statement for errors in time or matter numbers per the fee auditors report. | Caskadon, A. | 1.5 |
| 10/22/2002 | Review Fee Auditor's Objection report for April 2001 - December 2001 (1.0); compare objections to our time and expense records (1.0); find back-up documentation for expense record brought into question (1.4). | Caskadon, A. | 3.4 |
| 10/22/2002 | Download various court filed documents and distribute same.(1.7); responded to email from A.Krieger for notice of agenda hearing dated 11/21/2001.(.5); Responded to AK's request re: for exhibits to administrative motion.(.5) | Defreitas, V. | 2.7 |
| 10/22/2002 | Continue to review, revise and prepare draft of response to Fee Auditor's initial report on SSL's first, second and third interim fee applications (6.0); office conferences AK re backup for expense inquiries (.8); memo to L. Ferdinand re update on preparation of response to Fee Auditor's Report (.1). | Krieger, A. | 6.9 |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/23/2002 | Review and revise draft response to Fee Auditor's report to Fifth Interim Fee Application (.8); review, and continue to prepare draft response to Fee Auditor's report to the First, Second and Third Interim Fee Application (8.0). | Krieger, A. | 8.8 |
| 10/24/2002 | Continue to review, revise and prepare responses to the Fee Auditor's initial reports (7.0); memos to and from M. Lastowski re 10/28/02 hearing (.2); attended to order issued by the Court approving setoffs by Wachovia and Bank of America (.1); attended to order issued by the Court re modification of Paul Norris' employment agreement (.1). | Krieger, A. | 7.4 |
| 10/24/2002 | Review of response to fee examiner (.4); office conference with A. Krieger regarding same (.2). | Kruger, L. | 0.6 |
| 10/25/2002 | Telephone conference LK re comments to SSL response to Fee Auditors initial reports to SSL's First, Second and Third Interim Applications and Fifth Interim Application (.3); revise SSL's responses to fee auditors initial reports to reflect LK comments (.6); memos to and from KP re response to Fee Auditor's reports (.2); telephone conference L. Hamilton re debt represented by the Committee (.1); further review and finalization of SSL response to Fee Auditor's reports (.7); memo to and from L. Ferdinand re SSL's responses to Fee Auditor's reports (.1). | Krieger, A. | 2.0 |
| 10/25/2002 | Telephone call T. Osseloff re Judge Wolin's decision (.4). | Krieger, A. | 0.4 |
| 10/25/2002 | Attention to responses to fee examiner's interim reports (1st-3'd, 5th) (1.0) | Pasquale, K. | 1.0 |
| 10/29/2002 | Download recently filed bankruptcy pleadings. | Defreitas, V. | 1.3 |
| 10/29/2002 | Review Fee Auditors Final Report on SSL's First, Second and Third Interim Quarterly Fee | Krieger, A. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1288928v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Applications (.3); memo from and to Fee Auditor re extension of time to file Final Report in respect of Fifth Interim Fee Application (.1);  attended to files (.3). | | |
| 10/30/2002 | Download various recently filed bankruptcy case pleadings. | Defreitas, V. | 1.4 |
| 10/30/2002 | Office conference LK re Fee Auditors Final Report on SSL First, Second, and Third Interim fee applications (.1); review Chambers' invoices in respect of Fourth and Fifth Interim Fee Applications (1.0); office conferences RS re review of Chambers' invoices and billing thereon (.5); prepare supplement to SSL's response to Fee Auditors Fifth Interim Fee Application (.6). | Krieger, A. | 2.2 |
| 10/30/2002 | Confs with A. Krieger re Fee Auditors Report and response to same (.3); research re same (.2). | Serrette, R. | 0.5 |
| 10/31/2002 | Review summary of fees and expenses created by the Fee Auditor and compare to our fee applications for the first three quarters. | Caskadon, A. | 1.0 |
| 10/31/2002 | Attended to Debtors' notices to the Court re deminimis asset sales. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Calvo, Fernando | 0.5 | $ 170 | $ 85.00 |
| Caskadon, Alexandra | 6.5 | 170 | 1,105.00 |
| Defreitas, Vaughn | 12.5 | 100 | 1,250.00 |
| Krieger, Arlene | 51.9 | 475 | 24,652.50 |
| Kruger, Lewis | 0.6 | 695 | 417.00 |
| Pasquale, Kenneth | 1.0 | 495 | 495.00 |
| Serrette, Rosemarie | 3.0 | 170 | 510.00 |

# STROOCK

PAGE: 8

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 28,514.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 28,514.50 |

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|----|----------------------------------------------------------|
|    | 699843  0015                                             |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/11/2002 | Telephone conference Chris Lane re MCNIC settlement (.2); telephone conference Chris Lane re prime landlord's opposition to extension of time to assume/reject leases (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 475 | $ 142.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 142.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 142.50 |
|-----------------------|----------|

# STROOCK

---

PAGE: 10

---

RE | Committee, Creditors', Noteholders', or Equity Holders'
699843 0017

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2002 | Review, revise memorandum to the Committee re pending motions including IRS settlement motion (1.1). | Krieger, A. | 1.1 |
| 10/04/2002 | Review and revise memorandum to the Committee re setoff motions (1.3). | Krieger, A. | 1.3 |
| 10/04/2002 | Telephone call with J. Akre of Wachovia regarding Cybergenics decision. | Kruger, L. | 0.3 |
| 10/05/2002 | Review and revise memorandum to the Committee re Debtors motions for approval of Norris amendment and COLI interest issues settlement (.5);. | Krieger, A. | 0.5 |
| 10/07/2002 | Office conference with LK regarding Bank of America and Wachovia lift stay motions to effect set offs and committee's position therein (.1); memo from and to J. Andersen regarding Cybergenics memo (.1); memo from M. Collins regarding extension of time for committee to object to motion (.1); prepare memorandum to the committee regarding Cybergenics' creditors' committee petition for rehearing en banc to the third circuit (.3). | Krieger, A. | 0.6 |
| 10/09/2002 | Memo to L. Hamilton re Norris contract and COLI matters (0.1); t/c L. Hamilton and C. Whitney Troyer re FTI analysis on Norris Contract modifications and Coli settlement (0.5); memo to T. Maher re pending matters (0.1); review, revise memorandum to the Committee re BofA and Wachovia Bank setoff motions (0.5); review and revise memorandum to the Committee re Norris contract motion and | Krieger, A. | 3.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | COLI settlement motion, and review FTI analyses (2.1); t/c T. Maher re pending matters (0.4). | | |
| 10/10/2002 | Telephone conferences with L. Hamilton regarding COLI memo and additional information from Blackstone (.3); additional revisions to Committee memorandum discussing COLI matter (.3); attended to memorandum to the Committee regarding COLI contract motion (.2); attended to memorandum to the Committee regarding Norris contract matters (.3). | Krieger, A. | 1.1 |
| 10/11/2002 | Telephone conference C. Lane re Committee's position on IRS settlement, approval of amended Norris contract (.1). | Krieger, A. | 0.1 |
| 10/25/2002 | Telephone call W. Katchen re Judge Wolin's decision (.3). | Krieger, A. | 0.3 |
| 10/27/2002 | Began to prepare memorandum to the committee re Judge Wolin's decision on Sealed Air Litigation and review of underlying documents thereon (.8). | Krieger, A. | 0.8 |
| 10/28/2002 | Complete preparation of memorandum to the committee re Judge Wolin's decision on Sealed Air Litigation (1.3); office conference RS re transmittal of Committee memorandum (.1). | Krieger, A. | 1.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 10.9 | $ 475 | $ 5,177.50 |
| Kruger, Lewis | 0.3 | 695 | 208.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,386.00 |
|------------------------------------------|-----------|

# STROOCK

PAGE: 12

| TOTAL FOR THIS MATTER | $ 5,386.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1288928v1

# STROOCK

| RE | Fee Application, Applicant 699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/08/2002 | Review of time for September (.5). | Serrette, R. | 0.5 |
| 10/16/2002 | Office conference RS re preparation of responses to Warren Smith (.2). | Krieger, A. | 0.2 |
| 10/23/2002 | Review Stroock's  August fee statement and prepare for filing | Caskadon, A. | 2.3 |
| 10/24/2002 | Revise (.9) and serve (.6) August fee application for SSL and Policano & Manzo. | Caskadon, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 3.8 | $ 170 | $ 646.00 |
| Krieger, Arlene | 0.2 | 475 | 95.00 |
| Serrette, Rosemarie | 0.5 | 170 | 85.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 826.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 826.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/17/2002 | Review of chambers bills (.3); confs with A. Krieger re same (.1). | Serrette, R. | 0.4 |
| 10/23/2002 | Review and prepare Financial Advisor's (FTI Policano & Manzo) fee application for filing. | Caskadon, A. | 1.0 |
| 10/24/2002 | Revise (.9) and serve (.6) August fee application for FTI Policiano & Manzo. | Caskadon, A. | 1.5 |
| 10/30/2002 | Conf with A. Krieger re Chambers Invoices (.2); research into same for First, Second and Third Quarters (.4); review Fee Auditors Reports (.3); review Fourth and Fifth Quarterly fee applications for FTI (.4). | Serrette, R. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 2.5 | $ 170 | $ 425.00 |
| Serrette, Rosemarie | 1.7 | 170 | 289.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 714.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 714.00 |
|-----------------------|----------|

# STROOCK

| RE | Employee Benefits, Pension<br>699843  0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2002 | Memo to L. Hamilton re FTI analyses of Norris contract amendment (.1); telephone conference S. Cunningham re FTI analyses of amendment to Norris contract (.1). | Krieger, A. | 0.2 |
| 10/02/2002 | Telephone conference S. Cunningham re Norris contract amendments (.2). | Krieger, A. | 0.2 |
| 10/16/2002 | Review Equity Committee response in support of Debtors' motion re Paul Norris contract (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.5 | $ 475 | $ 237.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 237.50 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 237.50 | |
|---|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 47.95 |
| Local Transportation | 186.73 |
| Long Distance Telephone | 150.50 |
| Duplicating Costs-in House | 194.90 |
| Court Reporting Services | 876.75 |
| In House Messenger Service | 26.95 |
| Facsimile Charges | 78.00 |
| Travel Expenses - Transportation | 255.00 |
| Westlaw | 1073.76 |
| Word Processing - Logit | 66.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,956.54 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,956.54 |
|---|---|

# STROOCK

RE    Litigation and Litigation Consulting
699843 0032

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/27/2002 | Create file for Seymour Preston Jr. and load into livenote. | Horn, M. | 1.0 |
| 10/03/2002 | Attn. to Judge's opinion and O/S/C (.4); discussed same w/ K. Pasquale (.3). | Balk, H. | 0.7 |
| 10/03/2002 | Memos from and to KP re Judge Wolin's decision, order to show cause (.1); telephone conference  LK re same (.1). | Krieger, A. | 0.2 |
| 10/03/2002 | Telephone call with T. Maher regarding response to Judge Wolin and alternative strategy (.3); telephone call with E. Inselbuch regarding asbestos plaintiff's response (.2); office conference with K. Pasquale regarding preparation for hearing before Judge Wolin regarding overcoming Cybergenics (.3); conference with B. Kelley regarding current status and strategy (.2); office conference with K. Pasquale regarding examiner or special trustee as alternatives (.2). | Kruger, L. | 1.2 |
| 10/04/2002 | Research and attn. to documents in prep. for court conference. | Balk, H. | 1.1 |
| 10/04/2002 | Memo from and to J. Andersen re memo with respect to Wolin decision (.1); memo to and from KP re above (.1). | Krieger, A. | 0.2 |
| 10/06/2002 | Attention to PI and Equity Comm. responses to J. Wolin's Cybergenics Order to ShowCause (.3) | Pasquale, K. | 0.3 |
| 10/07/2002 | Office conference with LK regarding status of decision on Cybergenics' case and impact on | Krieger, A. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Grace (.2); telephone conference with KP regarding review of Babcock fraudulent transfer adversary (.1); review adversary docket from Babcock case (.6); office conference with LK regarding B&W adversary proceedings (.1); telephone conference with B. Katchen regarding hearing before Judge Wolin (.1); telephone conference with M. Lastowski regarding hearing before Wolin (.1); telephone conference with LK regarding hearing before J. Wolin (.1) memo from M. Lastowski regarding US trustee's position (.1). | | |
| 10/07/2002 | In court in Newark, NJ before Judge Wolin regarding issues related to Sealed Air litigation (3.6); telephone call with W. Katchen regarding court agenda (.2). | Kruger, L. | 3.8 |
| 10/09/2002 | Conference call B. Katchen, LK, KP re prosecution of the Litigation, fee amount for, pleadings and affidavit of fees incurred to be filed by 10/12/02 (0.3); o/c RS re affidavit (0.1). | Krieger, A. | 0.4 |
| 10/09/2002 | Telephone call with B. Friedman regarding program of motions to be filed by litigants and possible appeals to third circuit (.3); office conference with K. Pasquale and A. Krieger regarding same, committee response and affidavit of fees regarding fraudulent conveyance (.3). | Kruger, L. | 0.6 |
| 10/09/2002 | Review OSC (.3); order denying leave to appeal (.4); objection to SA motion to strike (.4); PI comm. Objection to 2d CMO (.4); equity comm. response to OSC U.S. Trustee's response to OSC (.3); SA brief re: Waiver, Wolin letter re argument(.2); review KP memo re: OSC procedure (.2). | Sasson, M. | 2.2 |
| 10/10/2002 | Prepare form of affidavit for LK as requested by Judge Wolin regarding fees incurred in connection with the Sealed Air litigation (.6); | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | office conference with LK regarding same (.1); office conference with R. Serrette regarding aggregate fee amount (.1); review Sealed Air motion/memorandum regarding waiver (1.0). | | |
| 10/11/2002 | Prepare correspondence to Judge Wolin re transmittal letter for Kruger Affidavit on fees relating to fraudulent transfer litigation (.5). | Krieger, A. | 0.5 |
| 10/11/2002 | Review of motions by PI Committee - debtor regarding proceedings with respect to Sealed Air litigation, including appointment of trustee and/or examiner. | Kruger, L. | 0.8 |
| 10/11/2002 | Attention to respective motions by parties re effect of Cybergenics decision (2.0) | Pasquale, K. | 2.0 |
| 10/11/2002 | Review motion to dismiss (.2); pl. opposition to m/d (.3); motion for trustee (.2); objection to appointment of examiner (.3). | Sasson, M. | 1.0 |
| 10/13/2002 | Attended to motion by Grace for appointment of a limited purpose trustee or examiner (.4); attended to US Trustee's supplemental statement on appointment of US Trustee (.4); attended to Equity Committee motion re examiner (.1); attended to Property Damage Committee motion re reset trial (3.). | Krieger, A. | 1.2 |
| 10/14/2002 | Review filings re: appointment of trustee (.1), Cybergenics decision (.2). | Sasson, M. | 0.3 |
| 10/15/2002 | Continue to attend to PD Committee motion to reset trial and in opposition to motion to dismiss, other (.4); attended to Fresenius motion re appointment of trustee (.2). | Krieger, A. | 0.6 |
| 10/16/2002 | Review Sealed Air's motion to dismiss and opposition to motions seeking the appointment of a trustee, limited purpose trustee or examiner (1.1); review PI Committee's motion for appointment of a Trustee (.5); began to review transcript before Judge Wolin (10/07/02) (.4). | Krieger, A. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/17/2002 | Complete review of PI Committee motion to appoint a trustee and notes thereon (1.0); attended to PI Committee opposition to plaintiff's motion to dismiss (2.). | Krieger, A. | 1.2 |
| 10/17/2002 | Review e-mails received enclosing deposition transcripts (.4) and print and organize (.4) | Mariano, C. | 0.8 |
| 10/23/2002 | Telephone call B. Katchen re fee applications being filed in the Sealed Air litigation, and status of issuance of a decision from the Court on the litigation (.2). | Krieger, A. | 0.2 |
| 10/23/2002 | Organization of depositions to be indexed into computer  (.5). | Maniscalco, I. | 0.5 |
| 10/23/2002 | Meet with paralegal Ilea Maniscalco (.1) and review documents for filing (.7) | Mariano, C. | 0.8 |
| 10/24/2002 | Attended  to Judge Wolin's opinion in Sealed Air litigation  (.8); memo to M. Lastowski, W. Katchen, KP, LK re Judge Wolin's decision (.3); telephone conference M. Lastowski re same (.2); telephone conference W. Katchen re same (.3); telephone conference LK re same (.3). | Krieger, A. | 2.0 |
| 10/25/2002 | Obtain e-mails from bankruptcy and print and organize (1.0) | Mariano, C. | 1.0 |
| 10/25/2002 | Attention to Judge Wolin's 10/24 opinion re effect of Cybergenics (1.5); telephone conference with Katchen re same (.3) | Pasquale, K. | 1.8 |
| 10/25/2002 | Review Wolin opinion (.7); research amicus rules (.2); t/c K. Pasquale re: same (.3). | Sasson, M. | 1.2 |
| 10/28/2002 | Obtain e-mails from Bankruptcy Dept., review and organize (.5) | Mariano, C. | 0.5 |
| 10/28/2002 | Telephone conference T. Maher re Sealed Air 10/24 decision (.3);  telephone conference W. Katchen re same (.2) | Pasquale, K. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/29/2002 | Research regarding right to be heard on appeal. | Ross, A. | 0.1 |
| 10/30/2002 | Office conference LK re Judge Wolin's decision (.1). | Krieger, A. | 0.1 |
| 10/30/2002 | Office conference with A. Krieger regarding Judge Wolin's decision and current status. | Kruger, L. | 0.3 |
| 10/30/2002 | Printed and prepared documents for update into the case file judgment roll (.5). Organized and inputted documents into computer system under judgment roll file (1.5). | Maniscalco, I. | 2.0 |
| 10/30/2002 | Attention to inquiries re 10/24 J. Wolin decision (.5); attention to Appellate issues relative to 10/24 decision (.8) | Pasquale, K. | 1.3 |
| 10/30/2002 | Research regarding right to be heard on appeal. | Ross, A. | 0.9 |
| 10/30/2002 | O/c A. Ross re: research re: standing to appeal. | Sasson, M. | 0.5 |
| 10/31/2002 | Review en banc petition on Cybergenics (0.5); reviewed PI Committee's motion for expedited appeal of District Court's 10/24 order and petition to the 3rd Circuit for appeal (0.7). | Krieger, A. | 1.2 |
| 10/31/2002 | Attention to PI Commission petition and motion for expedited appeal (.6) | Pasquale, K. | 0.6 |
| 10/31/2002 | Research regarding right to be heard on appeal. | Ross, A. | 5.9 |
| 10/31/2002 | O/c K. Pasquale re: letter to Wolin, appeal (.4); outline draft letter to Wolin re: 10/24/02 opinion (.7); attention to confidentiality issues re: report for expert (.3); o/c a. Ross re standing on appeal  (.3). | Sasson, M. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Balk, Heidi | 1.8 | $ 325 | $ 585.00 |
| Horn, Meredith | 1.0 | 155 | 155.00 |
| Krieger, Arlene | 13.0 | 475 | 6,175.00 |
| Kruger, Lewis | 6.7 | 695 | 4,656.50 |
| Maniscalco, Ilea | 2.5 | 70 | 175.00 |
| Mariano, Christine | 3.1 | 155 | 480.50 |
| Pasquale, Kenneth | 6.5 | 495 | 3,217.50 |
| Ross, Adam S. | 6.9 | 185 | 1,276.50 |
| Sasson, Moshe | 6.9 | 395 | 2,725.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,446.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 19,446.50 |
|---|---|

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/25/2002 | Memos to and from M. Lastowski re 10/28/02 hearing (.2); office conference V. DeFreitas re pleadings for hearing (.2); review amended agenda (.1); attended to orders issued by the Court re extension of time to assume/reject non-residential real property leases, ZAI Order (.1). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.6 | $ 475 | $ 285.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 285.00 | |

| TOTAL FOR THIS MATTER | | $ 285.00 | |

# STROOCK

| RE | Relief from Stay Proceedings |
|---|---|
| | 699843 0041 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2002 | Telephone conference Jay Kapp, R. Higgins re Bank motions for stay relief to effect setoff and legal issues raised (.1); telephone conference S. Cunningham re FTI view thereon (.1); reviewed case law on applicability of setoff (.1). | Krieger, A. | 0.3 |
| 10/03/2002 | Review case law re setoff rights (.6); office conference J. Kapp re setoff issues (.2). | Krieger, A. | 0.8 |
| 10/04/2002 | Telephone conference R.Higgins re law governing the B of A letter of credit and legal issues on setoff (.5); memos to and from J. Andersen (.2). | Krieger, A. | 0.7 |
| 10/08/2002 | T/c Roger Higgins re COLI and Norris motions, Wachovia and BofA setoff motions and property damage committee's position thereon (0.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 2.0 | $ 475 | $ 950.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 950.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 950.00 |
|---|---|

# STROOCK

| RE | Tax Issues<br>699843 0047 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 10/01/2002 | Review IRS "COLI" motion (.9); call w/MAL and A. Kreiger (.4); d/w MAL re same (.5); review AK e-mail response analysis and questions re same (.8). | Greenberg, M. | 2.6 |
| 10/01/2002 | Office conference M. Levy, M. Greenberg re COLI settlement agreement and further inquiries to be made to the Debtors (.5); telephone conference Jay Kapp, R. Higgins re IRS settlement (.3); telephone conference S. Cunningham, L. Hamilton re IRS settlement agreement questions, analyses for the Committee (.4). | Krieger, A. | 1.2 |
| 10/01/2002 | Motion to settle COLI tax issues with IRS - o/c Greenberg (.4), c/c Krieger and Greenberg (.4). | Levy, M. | 0.8 |
| 10/02/2002 | Memos to and from M. Greenberg re binding effect of order on IRS, discussed proposed terms of revised order (.2). | Krieger, A. | 0.2 |
| 10/03/2002 | Review new IRS notice (.4); memo to Levy and Kreiger re same (.3) review issues on COLI (.8). | Greenberg, M. | 1.5 |
| 10/04/2002 | Review materials re COLI issue (.2); d/w MAL are same (.1). | Greenberg, M. | 0.3 |
| 10/04/2002 | Telephone conference R. Higgins re COLI settlement, character of the IRS claims, binding nature of order on IRS (.3). | Krieger, A. | 0.3 |
| 10/04/2002 | Motion to settle COLI issue with IRS - review Tax Notes article on COLI issue (.3), o/c M. Greenberg (.1). | Levy, M. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/10/2002 | Telephone conference with Rogers Higgins regarding COLI information request from FTI and discussions with the PI Committee's tax counsel (.2); telephone conference with Jay Sakalo regarding PI Committee's position on COLI motion and revisions to order (.3). | Krieger, A. | 0.5 |
| 10/14/2002 | Office conference R. Higgins re Committee's position on COLI settlement (.1). | Krieger, A. | 0.1 |
| 10/16/2002 | Review Fresenius Limited objection to IRS COLI settlement (.7); review PI Committee's limited objection to COLI settlement motion (.1); memo to M. Levy, M.Greenberg re objections and issues raised thereon (.2). | Krieger, A. | 1.0 |
| 10/17/2002 | Review motions re COLI (.2); analysis re COLI deductions (.4); con. w/AK re motions on COLI (.8); call w/debtor; counsel re COLI issues (.4); e-mails and analysis re impact of tax sharing agreement (.5). | Greenberg, M. | 2.3 |
| 10/17/2002 | Memos from and to Mayer Greenberg re COLI matter (.2); review response (.2); office conference Mayer Greenberg re COLI settlement issues and telephone conferences R. Higgins re proposed resolution of parties and order to show cause (1.3); follow up conference R. Higgins re global settlement (.2); memo to rep at FTI re COLI settlement order (.1); memo to M. Greenberg re policy termination issues (.1); follow up memos from and to R. Higgins re tax sharing agreement (.1). | Krieger, A. | 2.2 |
| 10/18/2002 | Assignment received from Mayer Greenberg (.3); began to research priority claims, set-offs and recoupments (.4). | Brandes, R. | 0.7 |
| 10/18/2002 | Review revised COLI order (.6); d/w A. Krieger and e-mails re same (.2); review further revisions and analysis (.4); conference w/Brandes re recoupment (.3). | Greenberg, M. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/18/2002 | Analysis re information request. | Greenberg, M. | 0.3 |
| 10/18/2002 | Review amended versions of order resolving objections to Coli settlement proposal (.3); memos to L. Hamilton re same (.2); office conference M. Greenberg re terms of order (.3); telephone conference R. Higgins re proposed revisions to order (.2). | Krieger, A. | 1.0 |
| 10/23/2002 | Research on priority claims in bankruptcy and the meaning of set-off and recoupment in bankruptcy context. | Brandes, R. | 5.2 |
| 10/24/2002 | Research on the definition of set-off in bankruptcy context (0.8); discussion with Mayer Greenberg (0.2). | Brandes, R. | 1.0 |
| 10/24/2002 | Discussion with R. Brandes re set-off of tax claims. | Greenberg, M. | 0.3 |
| 10/30/2002 | Review Motion and review file re: 93-95 tax issues (.6); emails W/A Kreger (.3). | Greenberg, M. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Brandes, Ronnie H. | 6.9 | $ 245 | $ 1,690.50 |
| Greenberg, Mayer | 9.7 | 525 | 5,092.50 |
| Krieger, Arlene | 6.5 | 475 | 3,087.50 |
| Levy, Mark | 1.2 | 650 | 780.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,650.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,650.50 |
|---|---|

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 68,404.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 2,956.54 |
| TOTAL BILL | $ 71,360.54 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1288928v1

| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED for the period through October 31, 2002, including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 10/08/2002 | 09/30/2002 Federal Express T#829409454412 KENNETH PASQUALE to: ALFRED M WOLIN NE | 9.00 |
| 10/21/2002 | VENDOR: Federal Express Corporation; INVOICE#: 7-148-69833; DATE: 9/30/02 - FedEx Log 9/20/02 M Sasson to Alison Treco | 38.95 |
| | **Outside Messenger Service Total** | **47.95** |
| **Local Transportation** | | |
| 10/04/2002 | NYC Two Ways Inc. KRIEGER 09/23/02 07:21 M from 10 EAST END A to 343 7 AVE M | 22.64 |
| 10/04/2002 | NYC Two Ways Inc. PASQUALE 09/18/02 13:06 M from 180 MAIDEN LA to NJ SUMMIT | 74.79 |
| 10/14/2002 | VENDOR: Petty Cash; INVOICE#: 10/08/02; DATE: 10/14/02 - 10/04/02  NY PETTY CASH  H.BALK | 9.00 |
| 10/16/2002 | NYC Two Ways Inc. KRUGER 10/03/02 12:11 M from 180 MAIDEN to 99    E 52 S | 20.69 |
| 10/22/2002 | NYC Two Ways Inc. KRUGER 10/07/02 18:19 M from 343   7 AVE to 157   W 86 S | 27.36 |
| 10/22/2002 | NYC Two Ways Inc. KRUGER 10/08/02 08:14 M from 257   W 86 S to 180   MAIDEN | 32.25 |
| | **Local Transportation Total** | **186.73** |
| **Long Distance Telephone** | | |
| 10/01/2002 | EXTN.5492, TEL.954-722-1445, S.T.10:38, DUR.00:12 | 0.39 |
| 10/01/2002 | EXTN.5492, TEL.954-722-1445, S.T.10:49, DUR.01:24 | 0.78 |
| 10/01/2002 | EXTN.5492, TEL.954-722-1445, S.T.12:42, DUR.04:48 | 1.95 |
| 10/01/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:47, DUR.10:48 | 4.29 |
| 10/01/2002 | EXTN.5544, TEL.312-861-2124, S.T.12:35, DUR.00:24 | 0.39 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1288928v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/02/2002 | EXTN.5431, TEL.973-424-2031, S.T.12:16, DUR.00:42 | 0.39 |
| 10/03/2002 | EXTN.5562, TEL.312-861-2000, S.T.17:27, DUR.01:24 | 0.78 |
| 10/04/2002 | EXTN.5431, TEL.973-645-2580, S.T.13:25, DUR.02:18 | 1.17 |
| 10/04/2002 | EXTN.5431, TEL.312-861-2248, S.T.15:04, DUR.06:00 | 2.34 |
| 10/04/2002 | EXTN.5492, TEL.201-843-4900, S.T.14:18, DUR.01:30 | 0.78 |
| 10/04/2002 | EXTN.5511, TEL.201-843-4900, S.T.16:21, DUR.00:12 | 0.39 |
| 10/04/2002 | EXTN.5562, TEL.312-861-2000, S.T.09:43, DUR.01:12 | 0.78 |
| 10/07/2002 | EXTN.5431, TEL.973-645-2580, S.T.09:18, DUR.08:18 | 3.51 |
| 10/07/2002 | EXTN.5431, TEL.973-645-2580, S.T.11:27, DUR.00:30 | 0.39 |
| 10/07/2002 | EXTN.5492, TEL.954-357-7158, S.T.08:40, DUR.13:42 | 5.46 |
| 10/07/2002 | EXTN.5492, TEL.954-357-7158, S.T.09:52, DUR.02:12 | 1.17 |
| 10/07/2002 | EXTN.5492, TEL.954-979-6470, S.T.09:55, DUR.00:12 | 0.39 |
| 10/07/2002 | EXTN.5492, TEL.954-587-5010, S.T.09:56, DUR.07:48 | 3.12 |
| 10/07/2002 | EXTN.5492, TEL.954-357-7158, S.T.10:05, DUR.02:48 | 1.17 |
| 10/07/2002 | EXTN.5492, TEL.954-731-1035, S.T.17:20, DUR.15:30 | 6.24 |
| 10/07/2002 | EXTN.5492, TEL.201-384-1279, S.T.17:36, DUR.00:06 | 0.39 |
| 10/07/2002 | EXTN.5760, TEL.973-645-2580, S.T.11:51, DUR.01:36 | 0.78 |
| 10/07/2002 | EXTN.6166, TEL.973-645-2580, S.T.12:08, DUR.00:24 | 0.39 |
| 10/08/2002 | EXTN.3760, TEL.202-879-5372, S.T.12:30, DUR.00:18 | 0.39 |
| 10/08/2002 | EXTN.5492, TEL.954-731-1035, S.T.17:20, DUR.03:24 | 1.56 |
| 10/08/2002 | EXTN.5544, TEL.312-861-2160, S.T.15:55, DUR.10:42 | 4.29 |
| 10/09/2002 | EXTN.5492, TEL.214-698-3868, S.T.10:33, DUR.02:00 | 0.78 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/09/2002 | EXTN.5544, TEL.201-556-4021, S.T.17:10, DUR.26:06 | 10.53 |
| 10/10/2002 | EXTN.5488, TEL.973-471-2692, S.T.09:39, DUR.00:24 | 0.39 |
| 10/10/2002 | EXTN.5492, TEL.954-722-1445, S.T.15:31, DUR.00:12 | 0.39 |
| 10/10/2002 | EXTN.5492, TEL.954-731-1035, S.T.18:03, DUR.13:30 | 5.46 |
| 10/10/2002 | EXTN.5492, TEL.757-575-0584, S.T.18:33, DUR.00:24 | 0.39 |
| 10/10/2002 | EXTN.5492, TEL.954-731-1035, S.T.19:39, DUR.18:00 | 5.90 |
| 10/10/2002 | EXTN.5492, TEL.757-575-0584, S.T.20:31, DUR.08:12 | 2.95 |
| 10/10/2002 | EXTN.5544, TEL.201-556-4021, S.T.09:33, DUR.07:30 | 3.12 |
| 10/10/2002 | EXTN.5544, TEL.201-556-4021, S.T.10:58, DUR.03:30 | 1.56 |
| 10/11/2002 | EXTN.3492, TEL.201-384-1279, S.T.11:13, DUR.03:54 | 1.56 |
| 10/11/2002 | EXTN.3760, TEL.973-424-2031, S.T.16:20, DUR.00:30 | 0.39 |
| 10/11/2002 | EXTN.4102, TEL.302-657-4900, S.T.13:00, DUR.00:18 | 0.39 |
| 10/11/2002 | EXTN.4570, TEL.973-645-2580, S.T.12:14, DUR.01:12 | 0.78 |
| 10/11/2002 | EXTN.5430, TEL.973-424-2031, S.T.09:59, DUR.00:12 | 0.39 |
| 10/11/2002 | EXTN.5492, TEL.954-765-6899, S.T.11:15, DUR.02:00 | 0.78 |
| 10/11/2002 | EXTN.5544, TEL.973-645-2580, S.T.12:31, DUR.00:54 | 0.39 |
| 10/11/2002 | EXTN.5544, TEL.312-861-3268, S.T.16:31, DUR.32:12 | 12.87 |
| 10/11/2002 | EXTN.5760, TEL.973-424-2031, S.T.13:30, DUR.01:06 | 0.78 |
| 10/14/2002 | EXTN.5492, TEL.954-722-1445, S.T.14:50, DUR.00:06 | 0.39 |
| 10/15/2002 | EXTN.3544, TEL.312-861-3268, S.T.15:59, DUR.00:48 | 0.39 |
| 10/16/2002 | EXTN.5492, TEL.201-384-1279, S.T.12:24, DUR.00:18 | 0.39 |
| 10/16/2002 | EXTN.5492, TEL.201-384-1279, S.T.15:08, DUR.06:18 | 2.73 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/16/2002 | EXTN.5492, TEL.954-731-1035, S.T.16:20, DUR.04:48 | 1.95 |
| 10/16/2002 | EXTN.5492, TEL.757-575-0584, S.T.17:41, DUR.00:18 | 0.39 |
| 10/16/2002 | EXTN.5492, TEL.757-575-0584, S.T.18:53, DUR.00:18 | 0.39 |
| 10/16/2002 | EXTN.5492, TEL.954-731-1035, S.T.21:09, DUR.00:18 | 0.33 |
| 10/17/2002 | EXTN.5492, TEL.757-575-0584, S.T.13:25, DUR.01:18 | 0.78 |
| 10/17/2002 | EXTN.5544, TEL.312-861-2160, S.T.15:30, DUR.37:48 | 14.82 |
| 10/18/2002 | EXTN.5544, TEL.312-861-2160, S.T.11:01, DUR.11:12 | 4.68 |
| 10/21/2002 | EXTN.5492, TEL.954-722-1445, S.T.16:55, DUR.01:12 | 0.78 |
| 10/22/2002 | EXTN.5492, TEL.954-722-1445, S.T.12:00, DUR.10:30 | 4.29 |
| 10/22/2002 | EXTN.5492, TEL.770-469-5714, S.T.12:15, DUR.13:06 | 5.46 |
| 10/22/2002 | EXTN.5492, TEL.617-523-9000, S.T.14:33, DUR.00:42 | 0.39 |
| 10/22/2002 | EXTN.5492, TEL.617-523-9000, S.T.14:35, DUR.01:06 | 0.78 |
| 10/23/2002 | EXTN.5492, TEL.757-575-0584, S.T.08:32, DUR.00:54 | 0.39 |
| 10/23/2002 | EXTN.5492, TEL.757-575-0584, S.T.10:25, DUR.00:30 | 0.39 |
| 10/25/2002 | EXTN.3544, TEL.201-556-4021, S.T.12:11, DUR.05:06 | 2.34 |
| 10/25/2002 | EXTN.5492, TEL.954-722-1445, S.T.15:59, DUR.07:30 | 3.12 |
| 10/25/2002 | EXTN.5544, TEL.201-843-4900, S.T.10:37, DUR.01:54 | 0.78 |
| 10/25/2002 | EXTN.5544, TEL.214-698-3868, S.T.13:39, DUR.04:06 | 1.95 |
| 10/25/2002 | EXTN.5562, TEL.973-424-2031, S.T.10:51, DUR.07:00 | 2.73 |
| 10/28/2002 | EXTN.5492, TEL.770-469-5714, S.T.10:04, DUR.01:18 | 0.78 |
| 10/28/2002 | EXTN.5492, TEL.302-657-4924, S.T.10:44, DUR.01:06 | 0.78 |
| 10/28/2002 | EXTN.5492, TEL.302-575-7387, S.T.13:34, DUR.00:12 | 0.39 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/29/2002 | EXTN.6495, TEL.302-657-4924, S.T.10:49, DUR.01:48 | 0.78 |
| 10/30/2002 | EXTN.5492, TEL.954-722-1445, S.T.11:30, DUR.04:54 | 1.95 |
| 10/31/2002 | Credit card calls 8/2 | 1.70 |
| | **Long Distance Telephone Total** | **150.50** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 10/02/2002 | | 0.60 |
| 10/02/2002 | | 2.10 |
| 10/02/2002 | | 1.40 |
| 10/03/2002 | | 0.70 |
| 10/04/2002 | | 0.30 |
| 10/07/2002 | | 0.20 |
| 10/07/2002 | | 10.00 |
| 10/08/2002 | | 2.80 |
| 10/08/2002 | | 0.70 |
| 10/09/2002 | | 5.60 |
| 10/10/2002 | | 0.10 |
| 10/11/2002 | | 1.40 |
| 10/14/2002 | | 0.10 |
| 10/14/2002 | | 6.30 |
| 10/15/2002 | | 1.60 |
| 10/15/2002 | | 1.50 |
| 10/16/2002 | | 3.10 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/16/2002 | | 8.00 |
| 10/16/2002 | | 20.00 |
| 10/22/2002 | | 24.60 |
| 10/22/2002 | | 4.00 |
| 10/23/2002 | | 4.40 |
| 10/23/2002 | | 0.50 |
| 10/24/2002 | | 22.80 |
| 10/25/2002 | | 4.40 |
| 10/25/2002 | | 2.40 |
| 10/28/2002 | | 2.80 |
| 10/28/2002 | | 1.10 |
| 10/30/2002 | | 0.60 |
| 10/30/2002 | | 0.70 |
| 10/30/2002 | | 0.20 |
| 10/30/2002 | | 4.00 |
| 10/30/2002 | | 0.90 |
| 10/30/2002 | | 0.10 |
| 10/30/2002 | | 0.50 |
| 10/31/2002 | | 54.40 |
| | **Duplicating Costs-in House Total** | **194.90** |

**Court Reporting Services**

| 10/10/2002 | VENDOR: Esquire Deposition Services,Inc.; INVOICE#: 168851ENY; DATE: 10/1/02 - Services provided 09/09/02 | 876.75 |
|------|-------------|--------|

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Court Reporting Services Total** | **876.75** |
| | | |
| **In House Messenger Service** | | |
| 10/18/2002 | Early Bird Messenger Vehicle Rush from  to  RES-ARLENE G.KRIEGER, 10 EAST END AV | 26.95 |
| | | |
| | **In House Messenger Service Total** | **26.95** |
| | | |
| **Facsimile Charges** | | |
| 10/04/2002 | FAX # 312-565-2966 | 4.00 |
| 10/07/2002 | FAX # 973-645-4549 | 51.00 |
| 10/11/2002 | FAX # 302-658-3989 | 3.00 |
| 10/11/2002 | FAX # 735-2000 | 3.00 |
| 10/11/2002 | FAX # 305-374-7593 | 3.00 |
| 10/11/2002 | FAX # 868-1229 | 3.00 |
| 10/11/2002 | FAX # 303-312-7331 | 3.00 |
| 10/11/2002 | FAX # 973-645-4549 | 4.00 |
| 10/28/2002 | FAX # 973-667-0496 | 4.00 |
| | | |
| | **Facsimile Charges Total** | **78.00** |
| | | |
| **Travel Expenses - Transportation** | | |
| 10/24/2002 | AMEX KRIEGER/ARLENE  on 09/18/2002 | 67.00 |
| 10/24/2002 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 09/18/2002 | 188.00 |
| | | |
| | **Travel Expenses - Transportation Total** | **255.00** |
| | | |
| **Westlaw** | | |
| 10/02/2002 | ; Duration 0:13:49; By CALVO FERNANDO | 111.77 |
| 10/04/2002 | ; Duration 0:00:00; By BALK HEIDI | 373.25 |
| 10/30/2002 | ; Duration 0:00:34; By PASQUALE KENNETH | 8.74 |
| 10/30/2002 | ; Duration 0:00:00; By ROSS ADAM | 75.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/31/2002 | ; Duration 0:00:00; By ROSS ADAM | 505.00 |
| | **Westlaw Total** | **1,073.76** |

**Word Processing - Logit**

| | | |
|------|-------------|--------|
| 10/23/2002 | | 66.00 |
| | **Word Processing - Logit Total** | **66.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 47.95 |
| Local Transportation | 186.73 |
| Long Distance Telephone | 150.50 |
| Duplicating Costs-in House | 194.90 |
| Court Reporting Services | 876.75 |
| In House Messenger Service | 26.95 |
| Facsimile Charges | 78.00 |
| Travel Expenses - Transportation | 255.00 |
| Westlaw | 1073.76 |
| Word Processing - Logit | 66.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,956.54 |
|---|---|