## BILZIN SUMBERG BAENA PRICE & AXELROD LLP
A PARTNERSHIP INCLUDING PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500
MIAMI, FLORIDA 33131-2336
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
• E-MAIL: info@bilzin.com

_____

ONE EAST BROWARD BOULEVARD • SUITE 700
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 356-0030 • FAX: (954) 356-0406

November 13, 2002

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 59788

FOR PROFESSIONAL SERVICES RENDERED
THROUGH October 31, 2002

Atty - SLB
RE: 01- Case Administration
Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/02 | JMS | 2.20 | 517.00 | Continue review of 9/23 hearing transcript (.8); review certification of counsel with respect to order and related summary for fees and expenses (.3); review numerous ordinary course professionals affidavits (.3); review motion to enter into settlement agreement with IRS (.5); review motion to extend time to assume/reject leases (.3). |
| 10/01/02 | MW | 0.80 | 68.00 | Pull case dockets and compile relevant documents. |
| 10/03/02 | JMS | 0.40 | 94.00 | Telephone conference with M. Harford regarding procedures for filing fees in main case and adversary (.4). |
| 10/03/02 | MW | 1.00 | 85.00 | Pull case dockets and compile relevant documents. |
| 10/04/02 | MW | 0.40 | 34.00 | Pull case dockets and compile relevant documents. |
| 10/06/02 | SLB | 1.30 | 585.00 | Review pleadings of week of 9/30/02 (1.3). |
| 10/07/02 | JMS | 0.90 | 211.50 | Telephone conferences with B. Stark regarding status of case, information requests (.9). |
| 10/07/02 | MW | 0.30 | 25.50 | Pull case dockets and compile relevant documents. |
| 10/08/02 | JMS | 2.90 | 681.50 | Telephone conferences with G. Boyer regarding Debtors' motion to enter into COLI settlement and analysis of merits of motion (2.7); telephone call to C. Rizik regarding BI position on COLI motion (.2). |
| 10/08/02 | MW | 0.20 | 17.00 | Pull case dockets and compile relevant documents. |
| 10/09/02 | JMS | 1.40 | 329.00 | Telephone conference with A. Krieger regarding COLI motion and Norris amendment (.3); telephone conference with C. Rizek regarding COLI motion (.6); telephone conference with M. Hurford regarding Norris amendment (.2); review order regarding PI case management hearing adjournment and conference with S. Baena thereon (.3). |
| 10/09/02 | MW | 0.50 | 42.50 | Pull case dockets and compile relevant documents. |
| 10/10/02 | JMS | 2.70 | 634.50 | Telephone conference with G. Boyer regarding cash outlay under COLI settlement (.2); telephone conference with R. Stark, K. Glassman, others regarding status of overall bankruptcy (1.5); follow up call with R. Stark (.3); email to/from C. Rizek regarding COLI motion (.4); telephone call from M. Hurford regarding COLI motion, Norris Amendment (.3). |
| 10/10/02 | MW | 0.20 | 17.00 | Pull case dockets and compile relevant documents. |
| 10/11/02 | JMS | 0.20 | 47.00 | Review docket (.2). |
| 10/11/02 | MW | 0.60 | 51.00 | Pull case dockets and compile relevant documents. |
| 10/14/02 | JMS | 3.00 | 705.00 | Review Jay Peak LLC objection to motion to extend time to assume/reject nonpresidential leases (.3); begin draft of memo regarding comparison of USG and WR Grace PI proposals (1/2 time with USG) (2.3); review draft of revised order regarding COLI (.4). |
| 10/14/02 | MW | 0.80 | 68.00 | Pull case dockets and compile relevant documents. |
| 10/15/02 | LMF | 0.30 | 30.00 | Download copy of Motion by Personal Injury Committee for appointment of |

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | U.S. Trustee and exhibits to same (.3). |
| 10/15/02 | JMS | 4.60 | 1,081.00 | Telephone conference with T. Wasser regarding status of case, claim forms (.4); continue draft of memorandum regarding comparison of USG/Grace proposals (1/2 time) (3.8); review docket and send memorandum to N. Wong regarding hearing notebook (.4). |
| 10/15/02 | MW | 0.30 | 25.50 | Pull case dockets and compile relevant documents. |
| 10/16/02 | JMS | 1.70 | 399.50 | Revise memorandum comparing USG/Grace PI proposals (1/2 time) (1.7). |
| 10/16/02 | MW | 5.40 | 459.00 | Pull case dockets and compile relevant documents (.4); assemble and review Owens Corning complaints and tolling agreements from 9/23/02 (5.0). |
| 10/17/02 | MW | 6.00 | 510.00 | Assemble and review Owens Corning complaints and tolling agreements from 9/23/02. |
| 10/18/02 | JMS | 0.50 | 117.50 | Review letter from D. Siegel to J. Fitzgerald regarding business reports and letter to G. Boyer thereon (.5). |
| 10/21/02 | JMS | 0.90 | 211.50 | Email to P. Silvern regarding bar date order, payment of fees (.3); voicemail from W. Sparks regarding payment of fees and call to P. Silvern thereon (.3); review docket (.3). |
| 10/21/02 | MW | 0.50 | 42.50 | Pull case dockets and assemble relevant documents. |
| 10/22/02 | JMS | 0.30 | 70.50 | Review order authorizing the Debtors to enter into settlement agreement with IRS (.3). |
| 10/22/02 | MW | 2.60 | 221.00 | Pull case dockets and assemble relevant documents (.5); assemble hearing notebook for 10/28/02 (2.1). |
| 10/23/02 | JMS | 1.90 | 446.50 | Telephone conference with D. Speights regarding strategic actions (.3); telephone conference with M. Beringer regarding follow up on proposed strategic action (.4); review Armstrong findings of fact/conclusions of law regarding indirect testing method for PD claims (1/2 time with USG) (.4); review Kane order to lift stay (.2); telephone conference with P. Silvern regarding strategic actions (.3); review hearing notebook (.3). |
| 10/23/02 | MW | 0.50 | 42.50 | Pull case dockets and assemble relevant documents. |
| 10/24/02 | JMS | 1.00 | 235.00 | Email to Committee regarding Armstrong decision (.3); emails to J. Schwartz regarding same (.3); review revised hearing agenda (.2); review docket (.2). |
| 10/24/02 | MW | 0.50 | 42.50 | Pull case dockets and assemble relevant documents. |
| 10/25/02 | SLB | 0.20 | 90.00 | Email from and to D. Speights and M. Dies regarding meeting to discuss various open matters (.2). |
| 10/25/02 | JMS | 0.30 | 70.50 | Emails from T. Tacconelli regarding cancellation of hearing (.3). |
| 10/25/02 | MW | 0.40 | 34.00 | Pull case dockets and assemble relevant documents. |
| 10/28/02 | SLB | 0.30 | 135.00 | Telephone conference with M. Dies and D. Speights regarding legal representative and impact of Armstrong decision (.3). |
| 10/28/02 | JMS | 0.60 | 141.00 | Review certification of counsel regarding COLI settlement agreement with IRS (.3); telephone conference with M. Dies, D. Speights, S. Baena regarding legal representative and impact of Armstrong decision (.3). |
| 10/28/02 | MW | 0.30 | 25.50 | Pull case dockets and assemble relevant documents. |
| 10/29/02 | JMS | 0.30 | 70.50 | Review Debtors' motion to direct State Court to honor preliminary injunction (.3). |
| 10/29/02 | MW | 0.30 | 25.50 | Pull case dockets and assemble relevant documents. |
| 10/30/02 | MW | 0.40 | 34.00 | Pull case dockets and assemble relevant documents. |
| 10/31/02 | JMS | 0.10 | 23.50 | Review docket (.1). |
| 10/31/02 | MW | 0.40 | 34.00 | Pull case dockets and assemble relevant documents. |

**PROFESSIONAL SERVICES** $8,830.50

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 08/27/02 | Westlaw-Online Legal Research VENDOR: WEST PUBLISHING COMPANY; INVOICE#: 802641412; DATE: 8/31/02 - Westlaw Charges | 150.34 |
| 08/30/02 | Westlaw-Online Legal Research VENDOR: WEST PUBLISHING COMPANY; INVOICE#: 802641412; DATE: 8/31/02 - Westlaw Charges | 350.96 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---:|
| 09/22/02 | Long Distance Telephone-Outside ServicesVENDOR: JAY M. SAKALO; INVOICE#: JMS-10/17/02; DATE: 10/17/02 | 6.25 |
| 09/30/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0209040279; DATE: 9/30/02 - Lexis Nexis Online Charges | 101.14 |
| 09/30/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0209040279; DATE: 9/30/02 - Lexis Nexis Online Charges | 26.76 |
| 09/30/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0209040279; DATE: 9/30/02 - Lexis Nexis Online Charges | 23.21 |
| 09/30/02 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0209040279; DATE: 9/30/02 - Lexis Nexis Online Charges | 2.16 |
| 10/01/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/01/02 | Long Distance Telephone(212) 224-3933 | 13.53 |
| 10/01/02 | Long Distance Telephone(215) 721-2120 | 0.68 |
| 10/01/02 | Long Distance Telephone(214) 698-3868 | 2.71 |
| 10/01/02 | Long Distance Telephone(310) 825-7460 | 0.68 |
| 10/01/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 10/01/02 | Long Distance Telephone(415) 989-1801 | 1.35 |
| 10/03/02 | Long Distance Telephone(803) 943-4444 | 8.79 |
| 10/03/02 | Long Distance Telephone(310) 645-9000 | 6.09 |
| 10/03/02 | Long Distance Telephone(803) 943-4444 | 4.06 |
| 10/03/02 | Long Distance Telephone(302) 426-1900 | 13.53 |
| 10/03/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2100616010; DATE: 10/6/02 - Acct.#BILZIN01 | 32.59 |
| 10/04/02 | Long Distance Telephone(312) 861-2160 | 1.35 |
| 10/04/02 | Long Distance Telephone(312) 861-2160 | 18.27 |
| 10/06/02 | Long Distance Telephone(610) 768-7800 | 1.35 |
| 10/07/02 | Long Distance Telephone(212) 872-1037 | 6.09 |
| 10/08/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/08/02 | Telecopies   30.00pgs @ .50/pg | 15.00 |
| 10/08/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 10/08/02 | Long Distance Telephone(212) 813-1703 | 8.79 |
| 10/08/02 | Long Distance Telephone(214) 722-0081 | 4.06 |
| 10/08/02 | Long Distance Telephone(202) 862-8852 | 0.68 |
| 10/08/02 | Long Distance Telephone(302) 426-1900 | 1.35 |
| 10/09/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 10/09/02 | Long Distance Telephone(302) 426-1900 | 4.06 |
| 10/09/02 | Long Distance Telephone(212) 806-5400 | 12.18 |
| 10/09/02 | Long Distance Telephone(202) 862-8852 | 0.68 |
| 10/09/02 | Photocopies - Outside ServiceVENDOR: NEW AGE IMAGE, INC.; INVOICE#: 16554; DATE: 10/9/02 - Client #15537 | 164.90 |
| 10/10/02 | Photocopies  2.00pgs @ .15/pg | 0.30 |
| 10/10/02 | Long Distance Telephone(310) 645-9000 | 0.68 |
| 10/10/02 | Long Distance Telephone(903) 454-3700 | 2.03 |
| 10/10/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2101316191; DATE: 10/13/02 - Acct.#BILZIN01 | 60.01 |
| 10/11/02 | Long Distance Telephone(302) 575-1555 | 0.68 |
| 10/11/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 10/11/02 | Photocopies  76.00pgs @ .15/pg | 11.40 |
| 10/11/02 | Photocopies  312.00pgs @ .15/pg | 46.80 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 10/15/02 | Long Distance Telephone(412) 803-3149 | 4.74 |
| 10/16/02 | Telecopies   16.00pgs @ .50/pg | 8.00 |
| 10/16/02 | Long Distance Telephone(212) 813-0580 | 1.35 |
| 10/16/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 10/16/02 | Long Distance Telephone(312) 861-2000 | 1.35 |
| 10/16/02 | Long Distance Telephone(302) 575-1555 | 9.47 |
| 10/16/02 | Long Distance Telephone(310) 645-9000 | 12.18 |
| 10/16/02 | Long Distance Telephone(312) 861-2024 | 1.35 |
| 10/16/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2102016548; DATE: 10/20/02  -  Acct.#BILZIN01 | 17.80 |
| 10/18/02 | Telecopies   12.00pgs @ .50/pg | 6.00 |
| 10/18/02 | Long Distance Telephone(214) 698-3868 | 5.41 |
| 10/18/02 | Long Distance Telephone(214) 698-3868 | 2.03 |
| 10/18/02 | Long Distance Telephone(212) 813-0580 | 0.68 |
| 10/18/02 | Long Distance Telephone(214) 698-3868 | 12.85 |
| 10/18/02 | Long Distance Telephone(302) 575-1555 | 2.71 |
| 10/18/02 | Long Distance Telephone(409) 883-4394 | 2.71 |
| 10/21/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 10/21/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 10/21/02 | Long Distance Telephone(843) 524-1242 | 21.65 |
| 10/21/02 | Long Distance Telephone(843) 524-1242 | 2.71 |
| 10/21/02 | Long Distance Telephone(409) 883-4394 | 14.21 |
| 10/21/02 | Long Distance Telephone(803) 943-4444 | 11.50 |
| 10/21/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 10/22/02 | Photocopies  11.00pgs @ .15/pg | 1.65 |
| 10/22/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/22/02 | Long Distance Telephone(843) 524-5708 | 1.35 |
| 10/22/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 10/23/02 | Telecopies   8.00pgs @ .50/pg | 4.00 |
| 10/23/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 10/23/02 | Long Distance Telephone(202) 318-2387 | 1.35 |
| 10/23/02 | Long Distance Telephone(803) 943-4444 | 12.18 |
| 10/23/02 | Long Distance Telephone(410) 316-8047 | 0.68 |
| 10/23/02 | Long Distance Telephone(401) 438-5020 | 2.03 |
| 10/24/02 | Long Distance Telephone(215) 721-2120 | 1.35 |
| 10/24/02 | Long Distance Telephone(215) 721-2120 | 2.03 |
| 10/25/02 | Long Distance Telephone(302) 575-1555 | 2.03 |
| 10/28/02 | Long Distance Telephone(214) 698-3868 | 1.35 |
| 10/28/02 | Long Distance Telephone(214) 698-3868 | 1.35 |
| 10/28/02 | Long Distance Telephone(214) 698-3868 | 1.35 |
| 10/28/02 | Long Distance Telephone(409) 883-4394 | 49.38 |
| 10/28/02 | Long Distance Telephone(803) 943-4444 | 23.68 |
| 10/28/02 | Long Distance Telephone(843) 524-5708 | 25.03 |
| 10/29/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 10/29/02 | Long Distance Telephone(214) 698-3868 | 0.68 |
| 10/29/02 | Long Distance Telephone(302) 652-5340 | 0.68 |
| 10/29/02 | Long Distance Telephone(212) 310-8000 | 1.35 |
| 10/29/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 10/29/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 10/29/02 | Long Distance Telephone(903) 454-3700 | 0.68 |
| 10/29/02 | Long Distance Telephone(214) 698-3868 | 4.74 |
| 10/29/02 | Long Distance Telephone(214) 698-3868 | 1.35 |
| 10/30/02 | Long Distance Telephone(214) 698-3868 | 0.68 |

**TOTAL COSTS ADVANCED**                                                                                                   $1,408.16

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 1.80 | 450.00 | $810.00 |
| Sakalo, Jay M | 25.90 | 235.00 | $6,086.50 |
| Flores, Luisa M | 0.30 | 100.00 | $30.00 |
| Wong, Nichole | 22.40 | 85.00 | $1,904.00 |
| *TOTAL* | *50.40* | | *$8,830.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Photocopies | $60.30 |
| Photocopies - Outside Service | $164.90 |
| Telecopies | $41.00 |
| Long Distance Telephone | $370.74 |
| Long Distance Telephone-Outside Services | $116.65 |
| Lexis - Online Legal Research | $153.27 |
| Westlaw-Online Legal Research | $501.30 |
| TOTAL | $1,408.16 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**     **$10,238.66**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: 03 - Creditors Committee | | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/02 | JMS | 0.30 | 70.50 | Conference with S. Baena regarding pending matters and recommendation for committee action (.3). |
| 10/03/02 | JMS | 1.30 | 305.50 | Prepare for and lead committee conference call (1.3). |
| 10/03/02 | WV | 1.00 | 85.00 | Take minutes of weekly Creditors Committee meeting. |
| 10/08/02 | WV | 1.50 | 127.50 | Prepare minutes for 10/3/02 Creditor's Committee Meeting. |
| 10/10/02 | SLB | 1.40 | 630.00 | Prepare for committee meeting (.4); committee meeting (1.0). |
| 10/10/02 | JMS | 1.30 | 305.50 | Prepare for and attend committee call (1.3). |
| 10/24/02 | JMS | 2.40 | 564.00 | Prepare for and hold committee conference call (2.0); follow-up conference with S. Baena (.4). |
| 10/31/02 | SLB | 1.00 | 450.00 | Prepare for committee meeting (.6); committee meeting (.4). |
| 10/31/02 | JMS | 0.60 | 141.00 | Prepare agenda for committee call (.2); committee call (.4). |

**PROFESSIONAL SERVICES** $2,679.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.40 | 450.00 | $1,080.00 |
| Sakalo, Jay M | 5.90 | 235.00 | $1,386.50 |
| Van Dijk, Wendy | 2.50 | 85.00 | $212.50 |
| *TOTAL* | *10.80* | | *$2,679.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $2,679.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | Client No. 74817/15543 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/02 | JMS | 0.30 | 70.50 | Review fee auditor's initial report regarding 5th application (.3). |
| 10/02/02 | LMF | 0.90 | 90.00 | Revise invoice for month of July and prepare notice and summaries for July statements for all matters and for fraudulent transfer matter (.9). |
| 10/04/02 | LMF | 0.50 | 50.00 | Revise July notices of application for case and fraudulent transfer and email to local counsel for filing (.5). |
| 10/09/02 | LMF | 0.80 | 80.00 | Work with project assistant in compiling hard copies of all Bilzin Sumberg statements of fees and expenses dating back to beginning of case (.5); provide bills on fraudulent transfer matter for Bilzin, Hamilton, Rabinovitz and W.D. Hilton (.3). |
| 10/09/02 | MW | 0.30 | 25.50 | Assemble Bilzin invoices and send to D. Speights. |
| 10/10/02 | MW | 2.00 | 170.00 | Draft letter to D. Speights (.4); assemble invoices and fedex to D. Speights (1.6). |
| 10/14/02 | LMF | 1.40 | 140.00 | Review edits to prebill for August (1.4). |
| 10/17/02 | LMF | 0.30 | 30.00 | Attend to email from fee auditor regarding Bilzin's response to fee auditor's report for the first, second and third interim periods (.3). |
| 10/17/02 | JMS | 0.30 | 70.50 | Telephone conference with L. Flores regarding response to fee auditor's requests (.3). |
| 10/18/02 | LMF | 2.20 | 220.00 | Review edits to all bills for month of August (1.3); prepare notices and summaries and email to local counsel for filing (.9). |
| 10/18/02 | JMS | 0.40 | 94.00 | Telephone conference with L. Ferdinand regarding quarterly statements (.2); telephone conference with D. Williams regarding May time entry (.2). |
| 10/21/02 | JMS | 1.70 | 399.50 | Begin draft of response to fifth period initial report (1.7). |
| 10/22/02 | SLB | 0.20 | 90.00 | Review and revise letter to fee auditor (.2). |
| 10/22/02 | MW | 2.00 | 170.00 | Prepare exhibits for response to fee auditor's report regarding Bilzin's 5th interim application. |
| 10/23/02 | LMF | 0.90 | 90.00 | Review edits to prebill for month of September (.9). |
| 10/23/02 | JMS | 0.40 | 94.00 | Revise response regarding 5th interim period (.4). |
| 10/23/02 | MW | 3.00 | 255.00 | Prepare exhibits for response to fee auditor's report regarding Bilzin's 5th interim application. |
| 10/24/02 | LMF | 0.30 | 30.00 | Complete review of September prebill for all matters other than fraudulent transfer (.3). |
| 10/24/02 | JMS | 0.30 | 70.50 | Finalize response to fee auditor regarding 5th period (.3). |
| 10/28/02 | LMF | 0.40 | 40.00 | Research and compile hard copies of first, second and third interim fee applications for Bilzin (.4). |
| 10/28/02 | JMS | 0.40 | 94.00 | Telephone call to W. Smith regarding stipulation with UST and review file thereon (.4). |
| 10/29/02 | SLB | 0.20 | 90.00 | Interoffice conference with J. Sakalo regarding response to fee auditor's initial report (.2). |
| 10/30/02 | JMS | 0.50 | 117.50 | Email from L. Ferdinand regarding quarterly summaries (.2); telephone conference with W. Smith regarding 1st-3rd quarter fees (.3). |

**PROFESSIONAL SERVICES** $2,581.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | 450.00 | $180.00 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| Sakalo, Jay M | 4.30 | 235.00 | $1,010.50 |
| Flores, Luisa M | 7.70 | 100.00 | $770.00 |
| Wong, Nichole | 7.30 | 85.00 | $620.50 |
| *TOTAL* | *19.70* | | *$2,581.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**              **$2,581.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |
|---|---|
|  | Atty - SLB |
| RE:    08 - Hearings | Client No. 74817/15544 |

**PROFESSIONAL SERVICES** $0.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| *TOTAL* | *0* |  | *$0.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$0.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | | Client No. 74817/15545 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 10/03/02 | JMS | 0.80 | 188.00 | Review claims register and new filed PD proofs of claim (.8). |
| 10/03/02 | MW | 1.30 | 110.50 | Update property damage claim register and sort new property damage claim forms. |
| 10/15/02 | MW | 1.10 | 93.50 | Assemble new PD claim forms (.8); update PD claim register (.3). |
| 10/21/02 | JMS | 0.40 | 94.00 | Review proofs of claim filed in new register from Rust Consulting (.4). |
| 10/21/02 | MW | 1.20 | 102.00 | Assemble new property damage claim forms (.9); update property damage claim register (.3). |
| 10/25/02 | JMS | 0.50 | 117.50 | Review 4th omnibus objection to claims in Armstrong to determine effect on Grace claims (.5). |
| 10/28/02 | MW | 0.40 | 34.00 | Update PD claim register. |
| 10/30/02 | MW | 1.20 | 102.00 | Assemble new property damage claims and update property damage claim register. |
| 10/31/02 | JMS | 0.70 | 164.50 | Review asbestos PD claims filed during prior 2 weeks (.7). |

**PROFESSIONAL SERVICES** $1,006.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.40 | 235.00 | $564.00 |
| Wong, Nichole | 5.20 | 85.00 | $442.00 |
| *TOTAL* | *7.60* | | *$1,006.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,006.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE**:**    12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)    Client No. 74817/15548

| | | | | |
|---|---|---|---|---|
| 09/09/02 | MW | 0.10 | 8.50 | Meet with J. Sakalo regarding property damage claims. |
| 09/12/02 | MW | 0.30 | 25.50 | Meet with J. Sakalo regarding same. |

**PROFESSIONAL SERVICES** $34.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Wong, Nichole | 0.40 | 85.00 | $34.00 |
| *TOTAL* | *0.40* | | *$34.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$34.00**

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 27 - Litigation Consulting | | | Client No. 74817/15563 |

| | | | | |
|---|---|---|---|---|
| 10/07/02 | JMS | 1.30 | 305.50 | Begin preparation for case management hearing on personal injury issues (1.3). |
| 10/07/02 | MW | 1.50 | 127.50 | Gather personal injury case management documents and assemble binders. |
| 10/08/02 | MW | 5.00 | 425.00 | Gather personal injury case management documents and assemble binders. |
| 10/09/02 | MW | 4.00 | 340.00 | Gather personal injury case management documents and assemble binders. |
| 10/10/02 | MW | 1.50 | 127.50 | Create hearing index. Gather personal injury case management documents and assemble binders. |
| 10/24/02 | JMS | 0.80 | 188.00 | Telephone conference with expert regarding proposed strategic action and review memo thereon (.8). |
| 10/30/02 | SLB | 0.20 | 90.00 | Review debtor's motion to direct state court/Kellogg (.2). |

**PROFESSIONAL SERVICES** $1,603.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | 450.00 | $90.00 |
| Sakalo, Jay M | 2.10 | 235.00 | $493.50 |
| Wong, Nichole | 12.00 | 85.00 | $1,020.00 |
| *TOTAL* | *14.30* | | *$1,603.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,603.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |
|---|---|
| RE: 28 - Relief from Stay | Atty - SLB<br>Client No. 74817/15564 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 09/30/02 | SGK | 0.10 | 18.00 | Meeting with Jay Sakalo regarding ability to set-off under Sec. 553 when a letter of credit is deemed to be a claim. |
| 09/30/02 | SGK | 2.00 | 360.00 | Research on Letters of Credit in California when a claim arises for setoff purposes. |
| 09/30/02 | SGK | 1.50 | 270.00 | Review of cases on Letters of Credit in California when claims arise for setoff purposes |
| 10/01/02 | JMS | 0.40 | 94.00 | Email from T. Tacconelli regarding certificate of no objection with respect to Bank of America motion for setoff and emails to/from M. Collins regarding withdrawal of CNO (.4). |
| 10/02/02 | JMS | 2.90 | 681.50 | Telephone conference with R. Higgins regarding Bank of America motion to lift stay for set off (.2); email M. Costa regarding same (.3); research California law on common law right of set off (2.4). |
| 10/03/02 | RMS | 0.20 | 68.00 | Conference with J. Sakalo regarding letter of credit issues (.2). |
| 10/04/02 | JMS | 2.30 | 540.50 | Telephone conference with R. Higgins regarding Debtors' position on Bank of America motion for relief from automatic stay (.5); research Illinois law on grounds for common-law setoff (1.8). |

**PROFESSIONAL SERVICES** $2,032.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Siegel, Robert M | 0.20 | 340.00 | $68.00 |
| Sakalo, Jay M | 5.60 | 235.00 | $1,316.00 |
| Klein, Scott G | 3.60 | 180.00 | $648.00 |
| *TOTAL* | *9.40* |  | *$2,032.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $2,032.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 30 - Fee Application of Others | | | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/02 | SLB | 0.20 | 90.00 | Email to W. Smith regarding error in his 5th report (.2). |
| 10/01/02 | LMF | 1.20 | 120.00 | Continue research of all previous PD committee applications for reimbursement and back up documents to same (1.2). |
| 10/01/02 | MW | 1.10 | 93.50 | Gather and organize committee member fee application documents (.6); calls to Fee Auditor to clarify committee member travel expense detail (.5). |
| 10/02/02 | LMF | 0.60 | 60.00 | Research court docket to confirm entry of order authorizing retention of Hilsoft Notifications (.5); email fee auditor's office with date (.1). |
| 10/02/02 | MW | 0.60 | 51.00 | Draft letter of response to Fee Auditor regarding committee members' travel expenses. |
| 10/03/02 | LMF | 3.20 | 320.00 | Research status of July and August invoices and filings for Hamilton, Rabinovitz (.4 ); process expert invoices with accounting department for posting (.2); review and organize PD committee expense reimbursement requests (.5); draft 9th interim application for reimbursement (1.1); meet with J. Sakalo regarding revisions to Hamilton, Rabinovitz July and August fee applications (.2); meet with J. Sakalo regarding drafting first interim fee applications for W. D. Hilton (.2); begin revisions to Hamilton, Rabinovitz July application (.6). |
| 10/03/02 | JMS | 0.40 | 94.00 | Telephone conference with P. Silvern regarding HR&A fee and expense statements (.4). |
| 10/04/02 | LMF | 0.80 | 80.00 | Revise July and August statements and notices for Hamilton, Rabinovitz (.8) |
| 10/04/02 | LMF | 1.70 | 170.00 | Complete 9th interim application for PD committee expenses (.8); obtain copy of application for retention of WD Hilton and begin drafting first interim application for fees and expenses (.9). |
| 10/08/02 | SLB | 0.40 | 180.00 | Two emails from and to D. Speights regarding fee application (.2); review J. Hass fee application (.2). |
| 10/08/02 | LMF | 1.80 | 180.00 | Revise Hamilton, Rabinovitz July and August applications for reimbursement of expenses to separate statements and notices for fraudulent transfer matter and other matters (1.2); complete first interim application for W. D. Hilton for general matters and application for fraudulent transfer matter (.6). |
| 10/08/02 | JMS | 1.00 | 235.00 | Revise Hilton, HR&A applications (1.0). |
| 10/09/02 | LMF | 0.60 | 60.00 | Redact Hamilton Rabinovitz statements for July and August in preparation of fee applications (.6). |
| 10/09/02 | JMS | 0.50 | 117.50 | Emails form/to L. Ferdinand regarding CDG response (.3); email P. Silvern regarding fee application (.2). |
| 10/10/02 | LMF | 1.90 | 190.00 | Attend to submitting the final notices and summaries for July and August invoice for HR & A for all matters other than fraudulent transfer (.2); redact July and August invoices regarding the fraudulent transfer litigation for Hamilton, Rabinovitz and revise notices and summaries for same (.9); review with J. Sakalo (.1); submit invoices and notices for fraudulent transfer litigation to local counsel for filing and serving (.2); revise notices for applications for W.D. Hilton for the general matter and for the fraudulent transfer matter (.3); telephone call to Mr. Hilton regarding revisions necessary to invoices (.2). |
| 10/12/02 | JMS | 1.20 | 282.00 | Review July and August fee detail of Kirkland & Ellis (1.2). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 10/16/02 | JMS | 0.30 | 70.50 | Review/revise CDG response to initial report regarding 1, 2, 3 periods (.3). |
| 10/18/02 | JMS | 0.40 | 94.00 | Review report of payments to ordinary course professionals from 4/02-9/02 (.4). |
| 10/21/02 | LMF | 0.40 | 40.00 | Revise and finalize 9th Interim Application for PD Committee members' counsel for reimbursement of expenses and submit to local counsel for filing (.4). |
| 10/21/02 | JMS | 0.20 | 47.00 | Review/revise 9th monthly expenses statement for PD Committee (.2). |
| 10/23/02 | LMF | 0.50 | 50.00 | Email to Hamilton Rabinovitz requesting electronic copy of September invoices (.1); review dates of filing August invoices with expert fees to follow up on deadline to object and payment date (.2); telephone call to expert regarding payment (.2). |
| 10/23/02 | JMS | 1.30 | 305.50 | Review final report for Blackstone (.3); review final report for Nelson, Mullin (.3); review final reports of numerous applicants (.7). |
| 10/28/02 | JMS | 0.30 | 70.50 | Telephone call to M. Steirer regarding PD Committee expenses (.3). |
| 10/28/02 | MW | 1.40 | 119.00 | Compile computer research expenses incurred by committee members. |
| 10/30/02 | MW | 0.80 | 68.00 | Confirm fee auditor's 1st, 2nd, and 3rd quarter figures. |

**PROFESSIONAL SERVICES** $3,187.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | 450.00 | $270.00 |
| Sakalo, Jay M | 5.60 | 235.00 | $1,316.00 |
| Flores, Luisa M | 12.70 | 100.00 | $1,270.00 |
| Wong, Nichole | 3.90 | 85.00 | $331.50 |
| TOTAL | 22.80 | | $3,187.50 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,187.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 33 - Employee Benefits/Pension |  |  | Client No. 74817/17898 |

| | | | | |
|---|---|---|---|---|
| 10/08/02 | JMS | 1.60 | 376.00 | Telephone conference with G. Boyer regarding Norris amendment and review Blackstone report thereon (1.2); discuss with S. Baena (.2); telephone conference with M. Hurford regarding position on Norris amendment (.2). |
| 10/18/02 | JMS | 0.30 | 70.50 | Review Equity Committee's response in support of Norris amendment (.3). |

**PROFESSIONAL SERVICES** $446.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.90 | 235.00 | $446.50 |
| *TOTAL* | *1.90* |  | *$446.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $446.50

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  | Atty - SLB |
|---|---|---|
| RE: | 38 - ZAI Science Trial | Client No. 74817/17905 |

| | | | | |
|---|---|---|---|---|
| 10/22/02 | SLB | 0.20 | 90.00 | Review revised ZAI scheduling order (.2). |
| 10/22/02 | JMS | 0.40 | 94.00 | Review scheduling order and email to Committee thereon (.4). |
| 10/28/02 | JMS | 1.00 | 235.00 | Review second set of requests for production and interrogatories (.4); telephone conference with C. Berland regarding fee billing issue (.6). |

**PROFESSIONAL SERVICES** $419.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | 450.00 | $90.00 |
| Sakalo, Jay M | 1.40 | 235.00 | $329.00 |
| *TOTAL* | *1.60* | | *$419.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$419.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Baena, Scott L | 5.60 | 450.00 | $2,520.00 |
| Flores, Luisa M | 20.70 | 100.00 | $2,070.00 |
| Sakalo, Jay M | 55.10 | 235.00 | $12,948.50 |
| Siegel, Robert M | 0.20 | 340.00 | $68.00 |
| Anderson, Silvia J | 0.00 | 100.00 | $0.00 |
| Klein, Scott G | 3.60 | 180.00 | $648.00 |
| Coglianese, Matthew P | 0.00 | 350.00 | $0.00 |
| Wong, Nichole | 51.20 | 85.00 | $4,352.00 |
| Van Dijk, Wendy | 2.50 | 85.00 | $212.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** — **$22,819.00**

**CLIENT SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Photocopies | $60.30 |
| Photocopies - Outside Service | $164.90 |
| Telecopies | $41.00 |
| Long Distance Telephone | $370.74 |
| Long Distance Telephone-Outside Services | $116.65 |
| Lexis - Online Legal Research | $153.27 |
| Westlaw-Online Legal Research | $501.30 |

**TOTAL COSTS ADVANCED THIS PERIOD** — **$1,408.16**

**TOTAL AMOUNT DUE THIS PERIOD** — **$24,227.16**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 10/31/02** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 8,830.50 | 1,408.16 | 10,238.66 |
| 03 - Creditors Committee/15539 | 2,679.00 | 0.00 | 2,679.00 |
| 07 - Applicant's Fee Application/15543 | 2,581.00 | 0.00 | 2,581.00 |
| 08 - Hearings/15544 | 0.00 | 0.00 | 0.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 1,006.00 | 0.00 | 1,006.00 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)/15548 | 34.00 | 0.00 | 34.00 |
| 27 - Litigation Consulting/15563 | 1,603.50 | 0.00 | 1,603.50 |
| 28 - Relief from Stay/15564 | 2,032.00 | 0.00 | 2,032.00 |
| 30 - Fee Application of Others/17781 | 3,187.50 | 0.00 | 3,187.50 |
| 33 - Employee Benefits/Pension/17898 | 446.50 | 0.00 | 446.50 |
| 38 - ZAI Science Trial/17905 | 419.00 | 0.00 | 419.00 |
| Client Total | $22,819.00 | $1,408.16 | $24,227.16 |