IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 31, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Wallace
King
&
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

November 25, 2002

W. R. Grace & Co.
Attention:  Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13204

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 10/01/02 | ACZ | Review RCRA legislative history research and discussion with Mr. Hughes re same (.8 hrs.). | 0.80 |
|  | WH | Edits to pre-trial order including deposition designations, witness list, exhibit list and list of legal issues (10.4 hrs.); conference with Mr. German re ICO exhibits (.4 hrs.); conferences with paralegals re exhibits (.7 hrs.); conference with Mr. Zacaroli re RCRA issue and research project (.3 hrs.); conference with Ms. Koch re NCP issue. (.3 hrs.). | 12.10 |
|  | SCD | Research re tort issues (7.6 hrs.); confer with Mr. Marraro re same and conference with Mr. Marraro re same (.2 hrs.) | 7.80 |
|  | CHM | Work on final pre-trail including witness list, exhibit  list and deposition designations (11.5 hrs.); conference with plaintiffs (.5 hrs.); conference with M. Flax (.8 hrs.). | 12.80 |
|  | NAB | Continue to pull documents to be added to trial exhibits for experts testimony (7.5 hrs.). | 7.50 |

W. R. Grace & Co.                                                          Page    2

|  |  |  | **Hours** |
|---|---|---|---|
| 10/01/02 | TM | Review lists, collect, copy and prepare binders of invoices cited in Honeywell's stipulation exhibits (10.1 hrs.). | 10.10 |
|  | RLS | Review expert qualification summaries prepared by consultant for content and accuracy (7.8 hrs.). | 7.80 |
|  | RM | Scan and email Mr. Hughes Grace's draft deposition designations (.3 hrs.). | 0.30 |
|  | TP | Phone conference with G. Koch regarding review of invoices and preparing comments on costs and email to Mr. Hughes re conference with Dr. Koch (.4 hrs.). | 0.40 |
|  | BB | Conference with Mr. Hughes (.1 hrs.); continue preparation of deposition designations and exhibit list, scan and prepare email message to counsel of record re same (1.4 hrs.); conference with Mr. Hughes re same (.1 hrs.); look up and confirm pertinent exhibits for Mr. Hughes (.4 hrs.); collect and prepare pertinent documents for Marraro (.4 hrs.); conference with Mr. Marraro (.1 hrs.); review lists, collect and prepare experts' exhibits (9.4 hrs.); proof and revise entries of expert exhibits (2.9 hrs.). | 14.80 |
| 10/02/02 | WH | Conference with Ms. Schuller re summaries of expert qualification and review same (1.8 hrs.); review exhibits designated by Honeywell and confer with Mr. Marraro re same (4.0 hrs.); conference with Ms. Parker re invoice issue (.2 hrs.); legal research in support of trial brief (3.6 hrs.). | 9.60 |
|  | SCD | Research re imputed knowledge issues (5.7 hrs.). | 5.70 |
|  | CHM | Review of Honeywell exhibits (4.7 hrs.); prepare additions to Grace exhibit list (2.1 hrs.); conference with Agnello (.5 hrs.); conference with client (.3 hrs.). | 7.60 |
|  | RLS | Review expert qualification summaries prepared by consultant for content and accuracy (7.9 hrs.). | 7.90 |

W. R. Grace & Co.                                                      Page    3

|          |     |                                                                 | Hours |
|----------|-----|-----------------------------------------------------------------|-------|
| 10/02/02 | BB  | Review and prepare new correspondence and draft Honeywell exhibits list (2.3 hrs.); research production database, collect and prepare designated Honeywell exhibits (6.8 hrs.); conference with Mr. Marraro re ICO exhibit list (.1 hrs.); conference with Mr. Hughes re pertinent document (.1 hrs.). | 9.30 |
|          | RR  | Researched LEXIS for cases from N.J. courts with attention to strict liability claims (2.8 hrs.). | 2.80 |
|          | TM  | Research production database, collect and prepare designated Honeywell; exhibits (4.8 hrs.); continued to review lists, collect, copy and prepare binders of invoices cited in Honeywell's stipulation exhibits (7.7 hrs.). | 12.50 |
|          | TP  | Office conference with Ms. Banks and Mrs. Manago re comparing production dates with invoiced produced by Honeywell and locating and copying documents referenced in Honeywell's damage chart for Dr. Koch and Goad (.5 hrs.). | 0.50 |
|          | NAB | Continue search of case and production databases for documents listed on Honeywell's exhibit list and flag documents from case files accordingly to be copied for trial prep binders (11.5 hrs.). | 11.50 |
| 10/03/02 | AFK | Research re applicability of Spill Act to pre-1993 purchases (2.6 hrs.) | 2.60 |
|          | BB  | Conference with Ms. Parker re rebuttal case project (.2 hrs.); make follow up call to U.S. EPA FOIA request (.2 hrs.); research production documents, identify, collect, prepare and organize Honeywell exhibits (9.7 hrs); conference with Mr. Hughes re Honeywell deposition designations (.3 hrs.); collect, prepare and highlight designated deposition pages and lines (1.1 hrs.); place call to NY State Dept of Corporation re pertinent document (.3 hrs.); prepare letter, supporting documents and FedEx | 12.30 |

W. R. Grace & Co.                                                          Page    4

                                                                    __Hours__

|  |  |  |  |
|---|---|---|---|
|  |  | package re same (.3 hrs.); make arrangements with Mr. Morgan re same (.2 hs.). |  |
| 10/03/02 | WH | Conference with Mr. Zacaroli re RCRA research issues and review results of same (1.8 hrs.); work on summaries of expert qualifications and confer with Ms. Schuller re: same (.8 hrs.); conference with Mr. Dubuc re research issue (.3 hrs.); conferences with Ms. Banks and other paralegals cost documentation issue and review selected documents in connection with same (2.6 hrs.); work on exhibits and confer with experts re same (2.8 hrs.); conference with Messrs. Marraro and Agnello re contemplated motions (1.3 hrs.); review Honeywell's contested facts and confer with Mr. Marraro and experts re same (.6 hrs.). | 10.20 |
|  | RR | Researched LEXIS for cases from N.J. courts strict liability and negligence claims (8.1 hrs.). | 8.10 |
|  | NAB | Continue search of case and production databases for documents listed on Honeywell's exhibit list and flag documents from case files accordingly to be copied for trial prep binders (13.0 hrs.). | 13.00 |
|  | CHM | Review Honeywell exhibit list (4.2 hrs.); conference with Agnello re contemplated motions (1.3 hrs.); conference with experts (1.8 hrs.); conference with client (.7 hrs.); review of Honeywell contested/stipulations (1.8 hrs.). | 9.80 |
|  | RLS | Revise expert qualification summaries prepared by consultant for content and accuracy (2.0 hrs.). | 2.00 |
|  | TM | Continued to review lists, collect, copy and prepare binders of invoices cited in Honeywell's stipulation exhibits (6.7 hrs.); research production documents, identify, collect, prepare and organize Honeywell exhibits (5.7 hrs.); collect and prepare highlight designated deposition pages and lines (1.1 hrs.). | 13.50 |

W. R. Grace & Co.                                                                                      Page    5

| | | | **Hours** |
|---|---|---|---|
| 10/03/02 | ACZ | Conference with Mr. Hughes regarding RCRA corrective action/imminent and substantial danger provisions; research regulations regarding same; research LDR standards for chromium under RCRA LDR program (2.9). | 2.90 |
| | SCD | Research re tort issues (3.9 hrs.); drafting of memo re same (1.2 hrs.). | 5.10 |
| 10/04/02 | ACZ | Research RCRA legislative history for trial brief (3.2 hrs.). | 3.20 |
| | SCD | Research re tort issues (3.7 hrs.); draft memo re same and send to Mr. Marraro (4.6 hrs.). | 8.30 |
| | WH | Conference with Ms. Schuller re negligence research for trial brief and review selected cases (1.4 hrs.); work on exhibits (1.3 hrs.); work on trial brief section re strict liability and review relevant evidence and caselaw re: same (5.8 hrs.); confer with Mr. Reyna re tort research (.3 hrs.); conference wtih experts (.5 hrs.). | 9.30 |
| | NAB | Continue search of case and production databases for documents listed on Honeywell's exhibit list and flag documents from case files accordingly to be copied for trial prep binders (8.5 hrs.). | 8.50 |
| | CHM | Review of Honeywell exhibits (3.2 hrs.); conference with experts (4.0 hrs.); edit expert qualification (1.8 hrs.). | 9.00 |
| | RLS | Revise expert qualification summaries prepared by consultant for content and accuracy (1.5 hrs.); research New Jersey common law negligence duty to warn (5.8 hrs.). | 7.30 |
| | KK | Assist Ms. Manago with preparation of exhibit binders (1.8). | 1.80 |
| | BB | Conference with Ms. Kelly re exhibits (.2 hrs); review pertinent documents received from case expert, organize, coordinate and prepare for attorney review (.8 hrs.); review new | 12.00 |

W. R. Grace & Co.                                                                Page    6

                                                                                 __Hours__

|  |  | correspondence and case documents and incorporate into electronic and indexed case files (4.8 hrs.); cross reference Honeywell's and Grace's exhibit lists, research production files and database, identify, collect and prepare Honeywell exhibits (6.2 hrs.). |  |
|---|---|---|---|
| 10/04/02 | RR | Researched LEXIS for cases from N.J. courts strict liability and negligence claims (2.0 hrs.); review Honeywell's witness list (.2 hrs.); develop plan for assembling background information regarding individuals from Honeywell's witness list (2.0 hrs.). | 4.20 |
|  | AFK | Research re applicability of Spill Act to pre-1993 purchases (3.4 hrs.). | 3.40 |
|  | TM | Cross reference Honeywell's and Grace's exhibit lists, research production files and database, identify, collect and prepare Honeywell exhibits (5.3 hrs.); continued to review lists, collect, copy and prepare binders of invoices cited in Honeywell's stipulation exhibits (9.2 hrs.). | 14.50 |
|  | RM | Gather RCRA resource information for Mr. Zacaroli form local libraries and Lexis (.9 hrs.); cross reference Honeywell exhibit list with database doucments (5.8 hrs.). | 6.70 |
| 10/05/02 | WH | Conference call with Messrs. Agnello and Marraro re trial prep issues (2.8 hrs.); work on deposition designations (4.7 hrs.). | 7.50 |
|  | BB | Conference with Ms. Bynum and Kelly re assignment (.4 hrs.); continue cross referencing remainder of Honeywell trial exhibit list against Grace production database, summary judgment appendices, expert supporting documents and case files and identify pertinent documents (9.0 hrs.); continue researching production database, CDs and case files, identify, collect, Honeywell trial exhibits (1.5 hrs.);  prepare supplemental production of documents for  Mr. Marraro's review (2.4 hrs.). | 13.30 |

W. R. Grace & Co.                                                                        Page      7

|  |  |  | **Hours** |
|---|---|---|---|
| 10/05/02 | SCD | Research re tort issues (3.1 hrs.). | 3.10 |
|  | CHM | Conference call with Agnello re various issues (2.8 hrs.); review Honeywell witness list (.5 hrs.); prepare Honeywell vs. Plaintiffs' exhibits (4.2 hrs.). | 7.50 |
|  | TM | Review lists, collect, copy and prepare binders of invoices cited in Honeywell's stipulation exhibits in preparation for Gayle Koch's damages review (8.5 hrs.). | 8.50 |
|  | AFK | Research re applicability of Spill Act to pre-1993 purchases (3.2 hrs.). | 3.20 |
|  | NAB | Continue search of case and production databases for documents listed on Honeywell's exhibit list and flag documents from case files accordingly to be copied for trial prep binders (7.5 hrs.). | 7.50 |
| 10/06/02 | TM | Prepare index of invoices for damages binders (8.5 hrs.). | 8.50 |
|  | RM | Trial Preparation: cross reference Honeywell exhibit list with deposition exhibits (2.0 hrs.). | 2.00 |
|  | WH | Draft trial brief section re negligence and review relevant case law and evidence re same (4.7 hrs.); work on deposition counter - designations (1.2 hrs.). | 5.90 |
|  | RR | Review Honeywell's witness list and compare to information found on existing document database (2.4 hrs.). | 2.40 |
| 10/07/02 | NAB | Prepare documents requested by ICO and arrange for delivery of same (.9 hrs.); scan and incorporate case documents into electronic files and (3.2 hrs.); create hyperlinks for same on the appropriate case indices (2.0 hrs.); continue search of case and production databases for documents listed on Honeywell's exhibit list and | 7.80 |

W. R. Grace & Co.

Page    8

|  |  | **Hours** |
|---|---|---|

flag documents from case files accordingly to be copied for trial prep binders (1.7).

10/07/02  MM    Review recent correspondence (.2 hrs.); finalize review of RCRA guidelines re attorney fees and cost and discussed with Mr. Hughes (.3 hrs.); telephone conferences with exoert re status of obtaining remaining photos of site visit of 8/20/02 (.2 hrs.); office conference with Ms. Banks and Mr. Hughes re same (.2 hrs.); review follow-up emails from expert forwarding all remaining photos (.2 hrs.); produce all state photos from emails and forward confirmation email to expert re receipt of same (.2 hrs.); draft cover letter to Ms. Flax forwarding all photos received from expert and additional supporting Grace damage related documents and forward via FedEx (.2 hrs.); office conference with Mr. Hughes re additional task to be completed (.2 hrs.); search case material and produce copies of Mr. Wong's 12/21/92 and 12/22/92 deposition transcripts as requested by ICO on 9/7/02 (.2 hrs.); review and produce copy of Mr. Deming's 7/14/01 deposition, expert's review of same and geologic profile in vicinity of former Valley Fair building and provide all to Ms. Banks as requested by Mr. Hughes (.2 hrs.); draft cover letter to expert forwarding Deming's deposition and other supporting material for his files and forward via FedEx (.2 hrs.); draft cover letter to Ms. Flax forwarding four aerial photos to be used as trial exhibits and forward via FedEx (.2 hrs.); office conversation with Mr. Marraro re producing various documents for his review (.1 hrs.); search Westlaw and produce cases as requested by Mr. Marraro (.2 hrs.); review Honeywell's draft trial exhibit list and search all summary judgment appendices for missing documents (3.5 hrs.).

6.30

TP    Research and draft memo related to scope of work product due to Honeywell intentional production of some work product documents (6.1 hrs.); email and phone conversation with Dr. Koch regarding available information from

7.70

W. R. Grace & Co.                                                    Page      9

                                                              **Hours**

|  |  | Honeywell regarding cost and estimated time for her preliminary review and comments (.6 hrs.); review multiple emails from Ms. Mango with damage charts and forward charts to Dr. Koch (.6 hrs.); email to Mr. Hughes re conversation and status of Dr. Koch's damage project (.2 hrs.); office conference with Ms. Banks and Mrs. Manago re preparation of damage information for consultant (.2 hrs.). |  |
| 10/07/02 | TM | Conference with Ms. Parker and Ms. Banks re: preparation of table of Honeywell invoices (.4 hrs.); prepare index of invoices for damages binders (5.9 hrs.). | 6.30 |
|  | RLS | Research New Jersey common law negligence duty to warn (4.1 hrs.); research New Jersey common law strict liability (4.0 hrs.). | 8.10 |
|  | BB | Respond to case expert re site photographs (.3 hrs.); continue preparation of deposition designation binders for Mr. Hughes (.5 hrs.); respond to case expert for Mr. Hughes (.4 hrs.); collect pertinent documents for Mr. Hughes re letter to Honeywell (.4 hrs.); quality check final deposition designations (.4 hrs.); consult with Ms. Kelly re same (.2 hrs.); coordinate preparation of documents for supplemental production (.8 hrs.); conference with Mr. Hughes (.2 hrs.); telephone conference with Mr. Hughes re preparation of table of Honeywell invoices (.2 hrs.); conference with Ms. Parker and Manago re same (.4 hrs.); conference with Mr. Marraro re follow up on Honeywell exhibits (.1 hrs.); organize research for Honeywell exhibits not previously located and make assignments (.5 hrs.); research Lexis, download, coordinate and prepare pertinent RCRA cases for Mr. Marraro (.8 hrs.); collect RCRA research cases from case files for Messrs. Marraro and Hughes (.2 hrs.); conference with Ms. Mitchell, Ms. Bynum and Mr. Moasser re Honeywell exhibits assignments (.4 hrs.); collect pertinent case references re Honeywell trial witnesses for Mr. Reyna (.2 hrs.);  follow | 9.90 |

W. R. Grace & Co.                                                                    Page   10

|  |  |  | __Hours__ |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  |  | up on FedEx shipment to case expert (.2 hrs.); conference with Mr. Reyna re prepared Honeywell witness indices (.4 hrs.); cross reference ICO and Grace exhibits (3.3 hrs.) |  |
| 10/07/02 | RM | rrange for copying of Honeywell trial exhibits located in deposition exhibits (.3 hrs.); disscussions with Ms. Banks and Ms. Manago (.4 hrs.). | 0.70 |
|  | WH | Conferences with consultant and environmental experts (1.2 hrs.); review Roned's motion for reconsideration on RCRA and confer with Mr. Marraro re same (.6 hrs.); work on revised stipulations for pretrial (.8 hrs.); conferences with ICO re logistics of reviewing ICO exhibits and related issues (.5 hrs.); conferences with Mr. Reyna and Ms. Schuller re research projects for third brief (.8 hrs.); draft statement of facts and introduction for trial brief (1.7 hrs.); conference with Mr. Zacaroli re RCRA research (.4 hrs.); work on deposition designations (4.8 hrs.). | 10.80 |
|  | ACZ | Research RCRA legislative history for trial brief (3.5 hrs.); draft memorandum to Mr. Marraro regarding same (3.7 hrs.). | 7.20 |
|  | CHM | Conference with experts (.6 hrs.); conference with fact witnesses (1.2 hrs.); review Roned motion papers (1.2 hrs.); legal analysis on several issues related to contemplated motions (2.4 hrs.); conference with plaintiffs re exhibits (.8 hrs.); review plaintiffs' propsed stipulations (.5 hrs.). | 6.70 |
| 10/08/02 | TM | Continue to prepare index of invoices for damages binders (9.6 hrs.). | 9.60 |
|  | RM | Create index of deposition exhibits and cross-reference Honeywell trial exhibits with deposition exhibits to locate documents (5.6 hrs.). | 5.60 |

W. R. Grace & Co.                                                                Page   11

|  |  |  | **Hours** |
|---|---|---|---|
| 10/08/02 | NAB | Continue search of case and production databases for documents listed on Honeywell's exhibit list and flag documents from case files accordingly to be copied for trial prep binders (6.4 hrs.). | 6.40 |
|  | ACZ | Additional research of RCRA legislative history and case law and updating related memorandum (2.9 hrs.). | 2.90 |
|  | MM | Finalize review of all summary judgment appendices and actual documents and produce missing documents identified on Honeywell's trial exhibit list (2.6 hrs.); search various other databases and document productions for additional missing documents identified on Honeywell's trial exhibit list (.6 hrs.); search databases and document productions for various Honeywell invoices (.3 hrs.); forward email to Ms. Flax re preparation of pretrial statements (.1 hrs.); follow-up telephone conference with Ms. Flax re same (.2 hrs.); forward email and left voice mail message to Mr. Hughes re various questions Mr. Flax had pertaining to preparation of pretrial statements and submission from all parties in preparation of same (.1 hrs.). | 3.90 |
|  | CHM | Review materials from Honeywell's draft pre-trial (2.1 hrs.). | 2.10 |
|  | BB | Telephone conference with Mr. Hughes (.2 hrs.); place telephone calls to U.S. Court of Appeals re case for Messrs Marraro and Hughes (.7 hrs.); research Internet for document retrieval service and make arrangements for pertinent case briefs (.6 hrs.); prepare memo and fax to retrieval service re same (.4 hrs.); cross reference plaintiffs' and Grace Defendants' deposition designations and prepare results for Mr. Hughes (4.4 hrs.); research production database and CDs, collect and prepare lists of exhibits for Terris Pravlik per Mr. Hughes' request (4.8 hrs.). | 11.10 |

W. R. Grace & Co.                                                                                  Page   12

|          |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | **Hours** |
|----------|------|---|---|
| 10/08/02 | RLS  | Research New Jersey common law negligence duty to warn for trial brief (2.0 hrs.). | 2.00 |
|          | RR   | Researched LEXIS for cases from all courts that discuss strict liability and negligence claims (3.3 hrs.). | 3.30 |
|          | WH   | Work on deposition counter-designations (7.4 hrs.); conferences with Ms. Banks re exhibit list and related issues (.5 hrs.); conferences with Mr. Marraro re Honeywell's draft pre-trial and review same (.6 hrs.). | 8.50 |
| 10/09/02 | TM   | Continue to prepare index of invoices for damages claims binders (7.2 hrs.). | 7.20 |
|          | CHM  | Review legal memo re legislative history (.5 hrs.); conference with client (.5 hrs.). | 1.00 |
|          | MM   | Review recent correspondence (.4 hrs.); review additional invoices received from Geomega and Science International and incorporate into files with other invoices and review chart reflecting same (1.1 hrs.); office conference with Mr. Hughes re traveling to New Jersey to assist Ms. Flax with pretrial statements and forwarding letter to Ms. Millian of ICO re invoice for recent request of copies of various Mr. Wong's deposition transcripts (.2 hrs.); draft letter and fax to Ms. Millian re submitting payment for stated copy request (.4 hrs.); office conference with Ms. Banks re reviewing Honeywell's trial exhibit list and identify all exhibits located that were previously missing from our production and prepare list of all exhibits from Honeywell exhibit list that remain missing for Mr. Marraro's review (.2 hrs.); finalize review of stated request (1.4 hrs.); office conference with Ms. Campbell re finalizing list of Honeywell's exhibits that remain missing for Mr. Marraro's review (.2 hrs.); follow-up office conference with Ms. Banks re preparing binders for witness indices and the gathering of various documents to be produced for same (.8). | 4.70 |

W. R. Grace & Co.                                                                 Page    13

|  |  |  | **Hours** |
|---|---|---|---|
| 10/09/02 | BB | Assist Ms. Manago with preparation of information on Honeywell's damages claim (.9 hrs.); prepare comparison of ICO and Grace deposition designation pages for Mr. Hughes (2.8.hrs.); follow up on briefs (.4 hrs.); conference with Mr. Hughes re designations (.2 hrs.); prepare email to case expert for Mr. Hughes (.4 hrs.); respond to expert's request (.2 hrs.); continue collection and preparation of exhibits for Terris Pravlik (1.0 hrs.); review, analyze, coordinate and incorporate new correspondence into electronic and indexed case files and create new files (3.6 hrs.). | 9.50 |
|  | NAB | Pull Deposition Designated by ICO (.5 hrs.); mark designations of same as requested by Mr. Hughes (2.9 hrs.); scan and incorporate case documents into electronic files (2.3 hrs.). | 5.70 |
|  | RLS | Research New Jersey common law negligence duty to warn for trial brief (6.9 hrs.); research EPA regulations (1.2 hrs.). | 8.10 |
|  | TP | Review multiple email damage charts from Ms. Manago and forwarded same to Dr. Koch (.6 hrs.). | 0.60 |
|  | WH | Prepare deposition counter-designations and confer with Mr. Marrrao re: same (8.8 hrs.); review new sampling data and confer with expert re same (.4 hrs.). | 9.20 |
| 10/10/02 | NAB | Produce labels for new documents to be produced (2.1 hrs.); scan and incorporate case documents into electronic files (2.5 hrs.); review deposition in case production for relevent information (2.8 hrs.); quality check deposition designations (1.6 hrs.). | 9.00 |
|  | CHM | **Travel to New Jersey re meetings and conference with Honeywell. (Note:  Travel time billed at 50%; 10% here; 40% at end of statement).** | 1.90 |

W. R. Grace & Co.                                                                    Page    14

|  |  |  | Hours |
|---|---|---|---|
| 10/10/02 | RLS | Research EPA regulations (.8 hrs.); research negligence liability (5.0 hrs.); draft argument re New Jersey common law duty to warn (2.2 hrs.). | 8.00 |
|  | TM | Conference with Ms. Banks re preparation of Honeywell claims table (.6 hrs.); continue to prepare index of invoices for damages claims binders (8.1 hrs.); follow up conference with Ms. Banks regarding same (.3 hrs.). | 9.00 |
|  | CHM | Meet and confer with Honeywell in New Jersey on stipulations and exhibits (8.5 hrs.). | 8.50 |
|  | CHM | **Travel to DC from Newark.  (Travel time billed at 50%; 10% here; 40% at end of statement.)** | 1.60 |
|  | WH | Conference with Ms. Schuller re results of RCRA research (.3 hrs.); prepare document production to Honeywell (.8 hrs.); conferences with Ms. Koch and her staff re NCP analysis of Honewell's costs (.8 hrs.); conferences with paralegals re status of projects (.6 hrs.); work on deposition counter-designations (7.2 hrs.). | 9.70 |
|  | TP | Phone conference with G. Brussea at Dr. Koch's office re Honeywell damage charts (.2 hrs.); review multiple email damage charts from Ms. Manago and forwarded same to G. Brussea (.3 hrs.). | 0.50 |
|  | MM | Review and finalize chart reflecting all missing trial exhibits as noted on the Honeywell's draft trial exhibit list and forward to Mr. Marraro, Mr.Hughes and Ms. Banks via email with status of same (1.2 hrs.); review Honeywell's trial exhibits list and highlight all exhibits previously missing and now located and incorporated into binder and forward with memorandum to Mr. Marraro and file for review (1.1 hrs.); review, organize and incorporate all stated exhibits into binders previous identified as being missing from the Honeywell trial exhibit list (.8); review all recent correspondence (.3 hrs.); telephone conference with Ms. Flax re traveling to New Jersey to assist her with pretrial orders and other | 10.40 |

W. R. Grace & Co.                                                                    Page   15

|  |  | **Hours** |
|---|---|---|
|  | task to be filed on 10/16/02 (.2 hrs.); office conference with Mr. Hughes re status of same and completed research for cases (.2 hrs.); search Westlaw per Mr. Hughes re case and forward via email to Mr. Hughes for review (.6 hrs.); review various witness indices provided by Ms. Banks and produce all case documentation located in our document production pertaining to Mark London, Manuel Vazquez and other witnesses (5.4 hrs.); prepare email request to Honeywell re providing documentation on the previously stated witnesses not able to be located in our production (.6 hrs.). |  |
| 10/10/02 BB | Collect pertinent documents for Mr. Marraro and prepare fax of same to local counsel (.6 hrs.); conference with Ms. Manago re preparation of Honeywell claims table (.6 hrs.); conference with Mr. Hughes re results to date and additional needs (.5 hrs.); have follow up conference with Ms. Manago (.3 hrs.); prepare, organize and verify collected Honeywell exhibits and cross check against exhibit list (7.3 hrs.). | 9.30 |
| 10/11/02 RM | Meet with Ms. Banks re work done over weekend (.1 hrs.); meet with Ms. Manago re assignments (.2 hrs.); prepare exhibit binders for review (10.0 hrs.). | 10.30 |
| WH | Review selected Honeywell exhibits and confer with Mr. Marraro re same (2.2 hrs.); confer with Mr. Marraro and Zacaroli re RCRA legislative history and trial brief (.4 hrs.); work on deposition counter-designations (7.0 hrs.). | 9.60 |
| CHM | Review of Honeywell exhibits (3.2 hrs.); meeting with A. Zacaroli re legislative history issues (.6 hrs.); review legislative history (1.8 hrs.); legal research re RCRA and SDWA (4.0 hrs.). | 9.60 |

W. R. Grace & Co.                                                           Page    16

|  |  |  | **Hours** |
|---|---|---|---|
| 10/11/02 | MM | Telephone conference with Mr. Hughes re status of jurisdictional statement (.2 hrs.); follow-up telephone conference with Ms. Flax re same (.2 hrs.); forward email to Mr. Hughes re drafting stated statement (.1 hrs.); office conference with Mr. Hughes re going to Honeywell in New Jersey (i.e., at the firm at Lowenstein) to review and obtain all missing Honeywell's trial exhibits (.2 hrs.); continue to review various witness indices provided by Ms. Banks and produce all case documentation located in our document production pertaining to Richard Ninesteel and other Honeywell witneses (7.4 hrs.); in preparation of traveling to New Jersey, gather all Honeywell trial exhibits list and other miscellaneous revisions and charts (i.e., missing documents and located ones, etc.) and complete other miscellaneous task in preparation for trial (.9 hrs.); case management (.4 hrs.). | 9.40 |
|  | TM | Prepare, organize and verify collected Honeywell exhibits and cross check against exhibit list (16.6 hrs.); conference with Ms. Banks and Balmar re plans for preparation of exhibit binders (.3 hrs.); continue to prepare index of invoices for damages claims binders (1.1 hrs.). | 18.00 |
|  | BB | Conference with Ms. Manago and Balmar re plans for preparation of exhibit binders (.3 hrs.); review requested briefs (.4 hrs.); make follow up calls to the NARA re additional briefs needed (.3 hrs.); make follow up arrangements with Torri's Legal Services for additional briefs (.4 hrs.); prepare and organize indexed binders of Honeywell trial exhibits and identify missing exhibits (16.6 hrs.). | 18.00 |
|  | AFK | Research re applicability of Spill Act to pre-1993 purchases (2.2 hrs.); draft section of motions submission re same (.6 hrs.). | 2.80 |
|  | RLS | Research tort issues (5.0 hrs.). | 5.00 |

W. R. Grace & Co.                                                                                  Page    17

|  |  |  | Hours |
|---|---|---|---|
| 10/11/02 | TP | Office conference with Mrs. Manago re status of completing clean up of damage charts, review multiple email damage charts from Mrs. Manago and forwarded same to others (.4 hrs.). | 0.40 |
|  | NAB | Search case and production databases for supplemental exhibits (15.5 hrs.). | 15.50 |
| 10/12/02 | NAB | Search case and production databases for supplemental exhibits (6.5 hrs.). | 6.50 |
|  | CHM | Legal research and prepare draft letter to Judge Cavanaugh re Roned motion (8.5 hrs.). | 8.50 |
|  | MM | **Travel to Ms. Flax's office in New Jersey to assist with preparations of Final Pretrial Order (2.6 hrs.). (Note, travel time billed at 50%; 10% here and 40% at end of staement.)** | 2.30 |
|  | MM | Review all case material re preparation for final pretrial order (1.3 hrs.); telephone conferences with Ms. Flax re various tasks to be completed in preparation for filing stated order (.3 hrs.); review all parties submissions re same and verify all for accuracies against drafts (8.4 hrs.); office conference with Ms. Flax re various revisions and drafts received from all parties via email and facsimile (.6 hrs.). | 10.60 |
|  | WH | Work on deposition counter-designations (6.3 hrs.); conferences with paralegals re status of exhiibt list and other projects re pre-trial order (.5 hrs.). | 6.80 |
|  | BB | Research Lexis, download coordinate and organize pertinent RCRA cases in binder for Mr. Hughes (4.9 hrs.); research Lexis for pertinent cases, download and email to Mr. Marraro (.5 hrs); continue preparation of exhibit list and create binders of exhibits (5.5 hrs.); make telephone call to local counsel Ms. Flax re preparation of pretrial order (.1 hrs.). | 11.00 |

W. R. Grace & Co.                                                                    Page    18

|  |  |  | **Hours** |
|---|---|---|---|
| 10/13/02 | TM | Complete preparation and quality check of Honeywell exhibit binders and index (5.0 hrs.). | 5.00 |
|  | CHM | Legal research and prepare draft letter brief to Court (7.8 hrs.). | 7.80 |
|  | NAB | Search case and production databases for supplemental exhibits (6.5 hrs.); locate supplemental exhibits in case files and production and arrange for production of same for exhibit binders (5.1 hrs.); search exhibit list for duplicative exhibits (2.9 hrs.). | 14.50 |
|  | MM | Conference with Ms. Flax  re additional drafts of all parties pretrial order to be incorporated received from all parties and other various task (.4 hrs.); continue to review, compare and revise draft of final pretrial order all submissions received from all parties against combined order to be filed (9.1 hrs.); conference with Ms. Flax re going to Lowenstein to review and gather all missing trial exhibits from Honeywell (.2 hrs.); review and organize all material to be used at Lowenstein re same (1.2 hrs.); follow-up conference with Ms. Flax re status of draft final pretrial order and submissions to be received from all parties on 10/14/02 (.3 hrs.); review and organize all Grace expert reports received from Ms. Banks (1.1 hrs.); continue to review and organize all Honeywell draft missing exhibit list in preparation to meeting with Lowenstein re obtaining same (2.4 hrs.). | 14.70 |
|  | BB | Complete preparation and quality check of Honeywell exhibit binders (11.5 hrs.). | 11.50 |
|  | WH | Legal research re evidentiary issues (1.4 hrs.); conference with M. Moasser re review of Honeywell's exhibits in NJ (.3 hrs.); conferences with paralegals re preparing trial exhibits for review by Mr. Caffrey (.4 hrs.); work on trial brief (4.4 hrs.); review additional trial exhibits provided by experts (1.8 hrs.). | 8.30 |

W. R. Grace & Co.

Page    19

| | | | Hours |
|---|---|---|---|
| 10/14/02 | MM | Office conference with Ms. Flax re status of final pretrial order and other miscellaneous tasks to be completed (.4 hrs.); review and revise stated order with revisions received from all parties (5.9 hrs.); telephone conference with Mr. Hughes re status of order and status of arranging to review and obtain all missing Honeywell's trial exhibits (.3 hrs.); telephone conference with Mr. Bonning and Mr. Hopkins at Lowenstien re arranging to review and obtain all stated Honeywell's missing exhibits (.3 hrs.); telephone conference with Ms. Millian re status of their submission of final stipulations of facts and other matters as requested by Ms. Flax (.9 hrs.); review email from Ms. Banks re forwarding Graces final trial exhibit list (1.6 hrs.); review and incorporate additional trial exhibits received from Ms. Banks as requested by Ms. Flax (1.6 hrs.); review final draft of the pretrial order to be sent to all parties for final review (1.9 hrs.); continue to review and prepare for meeting with Lowenstein re gathering all missing Honeywell's trial exhibits (1.8 hrs.). | 14.70 |
| | NAB | Compile list of supplemental exhibits needed to be supplied by experts (3.0 hrs.). | 3.00 |
| | RLS | Research statutory construction cases (1.1 hrs.); research whether CERCLA law issues (6.2 hrs.). | 7.30 |
| | CHM | Conference with Agnello re letter brief to court (1.2 hrs.); work on final pre-trial order F (2.6 hrs.); conference with plaintiffs (.5 hrs.); conference with witnesses (1.2 hrs.); conference with client (.5 hrs.); meeting with Honeywell counsel (1.0 hrs.). | 7.00 |
| | BB | Create and incorporate pretrial materials into indexed case and electronic files (4.8 hrs.); review, analyze, cross reference ICO exhibit list and resolve issues in preparation for 10/16/02 pretrial conference (3.2 hrs.). | 8.00 |

W. R. Grace & Co.                                                                                          Page   20

|  |  |  | **Hours** |
|---|---|---|---|
| 10/14/02 | WH | Revise trial brief section on negligence per Ms. Schuller's research (1.6 hrs.); conferences with Mr. Moasser and Ms. Flax re pre-trial order and revisions thereto (.8 hrs.); additional deposition counter-designations (6.0 hrs.). | 8.40 |
| 10/15/02 | MM | Finalize preparation for meeting with Lowenstein re gathering all missing Honeywell's trial exhibits (2.1 hrs.); office conference with Ms. Flax re same and status of finalizing pretrial order (.3 hrs.); travel to Lowenstein's office in New Jersey re reviewing and gathering stated missing Honeywell's exhibits (.3 hrs.); conference with Mr. Hopkins at Lowenstein re task to be completed (.6 hrs.); review and identify all Honeywell's trial exhibits missing and prepare them to be duplicated for our files (6.2 hrs.); telephone conference with Ms. Manago re all missing Honeywell invoices (.4 hrs.); conference with Mr. Caffrey re completion of review and status of forwarded all documents requested accordingly (.3 hrs.); follow-up conference with Ms. Flax re finalizing stated order and prepare to be bound for filing on 10/16/02 (.3 hrs.); assist with stated task (2.1 hrs.); telephone conference with Mr. Hughes re completion of both the review and gathering of all Honeywell's missing trial exhibits and finalizing the pretrial order (.2 hrs.). | 12.80 |
|  | ACZ | Review, edit and revise language for trial brief on RCRA claim (1.9 hrs.). | 1.90 |
|  | CHM | **Travel to NJ for pre-trial conference.  (Note: Travel time billed at 50%; 10% here and 40% at end of statement.)** | 2.00 |
|  | BB | Collect and prepare pertinent documents for Messrs Marraro and Hughes (.5 hrs.); continue preparation of binders of deposition designations and revisions for Mr. Hughes and provide to Ms. Schuller (.5 hrs.); continue preparation of materials for 10/16/02 pretrial conference (9.5 hrs.). | 10.50 |

W. R. Grace & Co.                                                              Page   21

|          |      |                                                                                                                                                                                                                                                                                                                                                                     | **Hours** |
|----------|------|------|------|
| 10/15/02 | CHM  | Review final pre-trial from M. Flax (2.0 hrs.).                                                                                                                                                                                                                                                                                                                      | 2.00      |
|          | WH   | Conferences with Ms. Flax re revisions to pre-trial order (.8 hrs.); conference with counsel for Honeywell re exhibits (.3 hrs.); conference with Mr. Moasser re missing Honeywell exhibits and newly produced documents (.4 hrs.); work on deposition counter-designations (.6 hrs.); work on issues related to in limine motion on Honeywell's late-produced cost documentation (.8 hrs.); conferences with Ms. Schuller re Spill Act research (.5 hrs.); review negligence cases provided by Ms. Schuller (.5 hrs.); work on trial brief (5.0 hrs.). | 8.90      |
|          | RLS  | Research whether statutory violation is negligence per se (5.8 hrs.); draft negligence per se argument for trial brief (2.1 hrs.).                                                                                                                                                                                                                                   | 7.90      |
|          | TP   | Review multiple email damage charts from Mrs. Manago and forwarded same to consultant (.3 hrs.); office conference with Mrs. Manago re complete number of Binders of documents related to damages and changes to headings, status of damage binders for consultant, and calculating damage amounts (.6 hrs.); review memo re preliminary analysis of Honeywell damages sent by expert and email with Mr. Hughes re same (.9 hrs.). | 1.80      |
| 10/16/02 | CHM  | Pre-meeting for pre-trial conferences in NJ (3.5 hrs.); attend pre-trial conference (2.0 hrs.); post-meeting with Mr. Agnello on various issues (2.5 hrs.); post pre-trial conference with plaintiffs on various issues (2.0 hrs.).                                                                                                                                    | 10.00     |
|          | ACZ  | Research CERCLA case law for Mr. Hughes (1.3 hrs.).                                                                                                                                                                                                                                                                                                                  | 1.30      |
|          | WH   | Legal research re Spill Act defense issues (1.3 hrs.); research re joint and several liability (.9 hrs.); additional research re Spill Act issues (.6 hrs.); legal research re tort issues (1.0 hrs.) review demonstrative exhibits provided by expert and confer with expert re same (1.2 hrs.);                                                                       | 10.10     |