W. R. Grace & Co.                                                               Page   22

|                                                                         |  **Hours** |
|-------------------------------------------------------------------------|-----------:|
| review deposition testimony re motion in limine (.7 hrs.); prepare outline of cross-examination issues for Honeywell expert (1.6 hrs.); conferences with Ms. Banks and paralegals re assignments (.8 hrs.); conference with Mr. Marraro re pretrial conference (.4 hrs.); work on trial brief (1.6 hrs.). | |

10/16/02 NAB   Scan and incorporate case documents into electronic files (7.5 hrs.).                                                         7.50

MM   **Travel from hotel to Newark Airport returning to Washington, D.C. (4.6 hrs.); travel from National Airport to office (.6 hrs.).   (Note: Travel time billed at 50%; 10% here and 40% at end of statement.)**                                         4.60

MM   Office conference with Ms. Banks, Ms. Manago, Ms. Bynum and Ms. Kelley re status of trip's tasks and new trial date as stated from pretrial conference in Newark and other various matters (1.3 hrs.); review all recent correspondence (.6 hrs.); case management (.7 hrs.).                                                                 2.60

RLS   Draft strict liability argument for trial brief (5.1 hrs.); edit negligence and strict liability arguments (3.0 hrs.).                                                   8.10

BB   Prepare email with attached pertinent documents to Mr. Hughes (.3 hrs.); sort, organize and prepare new correspondence and case documents for incorporation into case files (4.9 hrs.); review, analyze, coordinate and prepare new correspondence and case documents into indexed case files and electronic files (4.3 hrs.).        9.50

TM   Review, analyze, cross reference Honeywell's damages exhibit list with document database and resolve issues regarding first date of production (8.0 hrs.).                                              8.00

W. R. Grace & Co.

| | | | **Hours** |
|---|---|---|---|
| 10/17/02 | RLS | Read deposition excerpts (2.1 hrs.); discuss Motion in Limine to exclude expert testimony (1.0 hrs.); research Daubert application in 3d circuit for Motion in Limine (3.5 hrs.). | 6.60 |
| | BB | Scan and email pertinent document to Mr. Hughes (.4 hrs.); prepare revised pretrial calendar per 10/16/02 pretrial conference and email to in-house attorneys, case staff, local counsel and case expert (.6 hrs.); conference with Mr. Hughes re supplemental production (.2 hrs.); work on preparation of Grace's exhibit list to be organized into chronological order and by author for Mr. Marraro (3.8 hrs.); resolve document issues (.7 hrs.); cross reference exhibit binders against revised exhibit list (3.3 hrs.). | 9.00 |
| | MM | Office conference with Ms. Campbell re gathering all new invoices from various experts to be incorporated into chart reflecting firm's/experts cost to be collected under RCRA (.2 hrs.); review all recent correspondence (.4 hrs.); office conference with Mr. Hughes re status of trip to New Jersey to assist Ms. Flax with pretrial order and other miscellaneous matters (.3 hrs.); continue to review various witness indices provided by Ms. Banks and produce all case documentation located in our document production pertaining to various witnesses (4.9 hrs.); office conference with Ms. Banks re status of same (.2 hrs.); follow-up office conference with Mr. Hughes re status of Ms. Manago's review of Honeywell's invoices cited in their pretrial stipulations (.2 hrs.); office conference with Ms. Manago re status of same and request to review all actual invoices in numerous binders reflecting all stated invoices (.3 hrs.); case management (.2 hrs.). | 6.70 |
| | NAB | Review exhibit list and make corrections and changes accordingly (7.5 hrs.). | 7.50 |

W. R. Grace & Co.                                                          Page    24

|  |  |  | **Hours** |
|---|---|---|---|
| 10/17/02 | ACZ | Draft language for trial brief on RCRA liability (1.7 hrs.). | 1.70 |
|  | WH | Conference with Mr. Zacaroli re CERCLA research issue (.2 hrs.); conferences with counsel for ICO and Honeywell re preparing joint exhibit list per court's instruction (.6 hrs.); conferences with paralegals re revising exhibit list and work on same (1.2 hrs.); prepare supplemental production (.4 hrs.); conference with Ms. Schuller re Daubert research issue (.3 hrs.); conference with expert re grounds for Daubert challenge to Gary Walter (.3 hrs.); review recent case correspondence (.4 hrs.); work on trial brief (5.0 hrs.). | 8.40 |
|  | TM | Continue to review, analyze, index and cross reference Honeywell's damages exhibit list with document database (7.9 hrs.); prepare memo per the request of Mr. Hughes regarding same (1.1 hrs.). | 9.00 |
| 10/18/02 | ACZ | Work on RCRA language for trial brief (.9 hrs.); research CERCLA case law on property owner liability and discussion with Mr. Hughes re same (2.2 hrs.). | 3.10 |
|  | BB | Continue preparation of exhibits list in chronological order and by author cross reference and quality check exhibits binder (8.3 hrs.); collect and prepare pertinent documents for Mr. Hughes and Ms. Schuller (.5 hrs.); scan pertinent document into Word, OCR and email to Mr. Hughes (.5 hrs.). | 9.30 |
|  | MM | Continue to review various witness indices provided by Ms. Banks and produce all case documentation located in our document production pertaining to various witnesses (5.4 hrs.); review, organize and place completed witness binders for review (2.3 hrs.); review recent correspondence (.3 hrs.); case management (.6 hrs.). | 8.60 |

W. R. Grace & Co.                                                                        Page   25

|  |  |  | **Hours** |
|---|---|---|---|
| 10/18/02 | AFK | Research re applicability of Spill Act to pre-1993 purchases (3.0 hrs.); draft e-mail to Mr. Marraro re same (.2 hrs.). | 3.20 |
|  | WH | Work on trial brief (8.8 hrs.). | 8.80 |
|  | RLS | Daubert application in 3d circuit for Motion in Limine (3.2 hrs.); review relevant heaving documents in connection with Daubert motion (2.9 hrs.). | 6.10 |
|  | NAB | Quality check Grace exhibit binders and make corrections and changes accordingly (7.5 hrs.). | 7.50 |
| 10/19/02 | AFK | Research re applicability of Spill Act to pre-1993 purchases (4.4 hrs.); e-mail conference with Mr. Marraro re same (.2 hrs.). | 4.60 |
|  | BB | Prepare and proof Grace' revised Exhibit list (6.3 hrs.). | 6.30 |
|  | CHM | Legal research for motion in limine (7.2 hrs.). | 7.20 |
| 10/20/02 | BB | Assist Mr. Marraro with preparation for the 10/21/02 meeting (6.8 hrs.). | 6.80 |
|  | MM | Continue to review various witness indices and search all case databases, CDs and other resources re producing all case documentation located pertaining to various identified witnesses (5.5 hrs.). | 5.50 |
|  | AFK | Research applicability of Spill Act to pre-1993 purchases (2.6 hrs.). | 2.60 |
|  | WH | Prepare outline of trial brief for use by Mr. Marraro at meeting with client (1.0 hrs.); work on trial brief (3.0 hrs.). | 4.00 |
| 10/21/02 | ACZ | Research case law on NJ Spill Act and common-law indemnity; conference with Mr. Hughes re same (2.1 hrs.). | 2.10 |

W. R. Grace & Co.                                                      Page    26

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | **Hours** |
|------------|-----|---|---|
| 10/21/02 | CHM | Meet with J. Agnello in Baltimore to prepare for Grace briefing (2.5 hrs.); meeting with A. Nagy and J. Agnello (2.5 hrs.); conference with plaintiffs re exhibits (.5 hrs.); conference with consultant re various technical issues (.8 hrs.). | 6.30 |
|            | CHM | **Travel to Baltimore (1.0 hrs.)  (Note:  Travel time billed at 50%; 10% here and 40% at end of statement.)** | 0.90 |
|            | RLS | Research Daubert application in 3d circuit for Motion in Limine (2.6 hrs.); discuss joint exhibit list with Messrs. Marraro and Hughes (.2 hrs.); compile joint exhibit list (2.8 hrs.); research whether NJ Spill Act tort law (3.2 hrs.). | 8.80 |
|            | WH  | Conference with Mr. Zacaroli re research on declaratory judgment issue and review cases re same (.8 hrs.); conference with Ms. Schuller re joint exhibit list and work on same (.9 hrs.); work with paralegals on exhibit issues (.8 hrs.); review videotape and confer with expert re same in connection with in limine motion (1.5 hrs.); prepare outline of the limine motion on expert and research in support of same (4.0 hrs.); conference with Mr. Reyna and Ms. Banks re witness binders and review same (1.0 hrs.); revise trial brief (.8 hrs.). | 9.80 |
|            | MM  | Telephone conferences with expert re recent request for documentation from consultant's office (.2 hrs.); follow-up with Mmes. Bynum and Banks re expert's production of documents (.2 hrs.); review expert document request chart (.4 hrs.); email to expert advising him as to want exactly is being requested of him (.2 hrs.); follow-up with Ms. Upton re status of producing requested documentation for Honeywell's witness binders (.2 hrs.); office conference with Mr. Hughes re various trial prep tasks to be completed (.3 hrs.); office conferences with Mr. Reyna and Ms. Banks re status of Honeywell's witness binders and Mr. Hughes request for brief summaries of each to be completed (.3 hrs.); office conference with Ms. Schuller re | 7.90 |

W. R. Grace & Co.                                                                                      Page    27

                                                                                                      **Hours**

|  |  |  |  |
|---|---|---|---|
| | | assisting her with drafting Motion in Limine (.2 hrs.); continue to review various Honeywell witness indices and search all case databases, CDs and other resources re producing all case documentation located pertaining to various identified witnesses (5.9 hrs.). | |
| 10/21/02 | NAB | Compare the Grace's and ICO's exhibit list for duplicate entries and compile list of same (5.6 hrs.); make corrections and changes to Grace's exhibit list (1.9 hrs.); review documents in relation to expert testimony and compile list of expert documents still needed for testimony (.6 hrs.). | 8.10 |
| | AFK | Research re applicability of Spill Act to pre-1993 purchases (1.7 hrs.). | 1.70 |
| | BB | Conference with Mr. Hughes, Ms. Kelley and Ms. Bynum regarding Judge Cavanaugh's 10/16/02 pretrial order exhibit list requirements (.4 hrs.); coordinate collection and preparation of Grace supplemental production (1.7 hrs.); collect and prepare pertinent document for Mr. Marraro (.2 hrs.); conference with Messrs. Hughes and Moasser re witness binders (.4 hrs.); conference with Mr. Reyna re status and follow-up on witness binders (.3 hrs.); conference with Mr. Hughes re research assignment for Grace's motions *in limine* (.9 hrs.); review and prepare new correspondence and case documents (4.1 hrs.); analyze Honeywell's and ICO's exhibit list in preparation for motion in limine for Mr. Hughes (1.9 hrs.); research production records re Honeywell videotapes for Mr. Hughes (.3 hrs.); prepare email memo re same (.3 hrs.). | 10.50 |
| 10/22/02 | CHM | **Travel from Columbia to D.C. (1.0 hrs.)  (Note, travel time billed at 50%; 10% here and 40% at end of statement).** | 0.90 |
| | MM | Review recent correspondence (.4 hrs.); review and organize additional invoices from Honeywell and forward to Mr. Hughes (1.9 | 8.70 |

W. R. Grace & Co.                                                                    Page    28

                                                                                    **Hours**

hrs.); follow-up with Ms. Upton re
documentation on various Honeywell witnesses
(.2 hrs.); follow-up with Ms. Bynum re same (.2
hrs.); telephone conference with Mr. Hughes re
Ms. Serese and status of various aerial maps
flagged for duplication (.1 hrs.); telephone
conference with Ms. Sorresse re same (.1 hrs.);
continue to review various Honeywell witness
indices and search all case databases, CDs and
other resources re producing all case
documentation pertaining to various identified
witnesses (5.8 hrs.).

10/22/02 CHM   Meeting with Grace at Columbia office re                    7.50
               litigation (7.5 hrs.).

BB             Research Lexis for pertinent case for Mr.                   11.50
               Hughes (.5 hrs.); prepare research results and
               forward voice mail to Mr. Hughes re requested
               Daubert information (.3 hrs.); research ICO and
               Honeywell exhibit lists for Mr. Hughes and
               prepare results (2.9 hrs.); research production
               database, identify and create sub-table of
               pertinent production documents for Mr. Marraro
               (3.9 hrs.); identify documents and arrange
               duplication of Honeywell exhibits re research
               issue for Mr. Hughes (.6 hrs.); continue analysis
               of Honeywell's exhibit list in preparation for
               motion in limine for Mr. Hughes (2.7 hrs.);
               conference with Mr. Hughes re same (.6 hrs.).

WH             Draft trial brief RCRA section and revise Mr.              8.70
               Marraro's Roned letter for inclusion in brief (5.0
               hrs.); conferences with Mr. German re ICO's
               trial brief and related RCRA issues (.6 hrs.);
               conference with Mr. Caffrey re exhibits (.3
               hrs.); conference with paralegals re assignments
               (.5 hrs.); work on joint exhibit list (.3 hrs.);
               research re in limine motions against Honeywell
               (2.0 hrs.).

RLS            Review and edit joint exhibit list (3.5 hrs.);             7.30
               research Daubert application in 3d circuit for
               Motion in Limine (3.8 hrs.).

W. R. Grace & Co.                                                      Page    29

|  |  |  | **Hours** |
|---|---|---|---|
| 10/22/02 | ACZ | Research NJ case law on common-law indeminity claims (1.9 hrs.). | 1.90 |
| 10/23/02 | BB | Prepare fax and attachments of pertinent correspondence and documentation re Grace's request for admission and Honeywell discovery responses deficiencies for Ms. Flax (.8 hrs.); conference with Ms. Manago re assignment (.3 hrs.); research production files and CDs, download, collect, organize and prepare documents re witness interview for Mr. Marraro (2.3 hrs.); analyze ICO exhibit list for Mr. Hughes (.5 hrs.); research and collect pertinent documents re same (1.3 hrs.); prepare letter and requested document to Mr. German per Mr. Hughes' request (.4 hrs.); prepare privileged and produced document binders re fact witness and interview for Messrs. Marraro and Senftleben (3.4 hrs.); prepare letter and FedEx shipment (.4 hrs.); respond to telephone call from Ms. Flax re response to Honeywell's discovery deficiencies (.1 hrs.). | 9.50 |
|  | CHM | Review Weja opinion (1.0 hrs.); conference with several experts (1.5 hrs.); work on joint exhibit list (2.3 hrs.); conference with client (.5 hrs.); conference with Honeywell counsel re various issues (.5 hrs.); legal research re RCRA issues (1.0 hrs.). | 6.80 |
|  | MM | Office conference with Ms. Rupp re producing all recent invoices and fees paid to date by Grace (.2 hrs.); review recent expert and firm's invoices and incorporate into files, and revise chart reflecting same (.9 hrs.); office conference with Ms. Banks re obtaining various Honeywell trial exhibits (.2 hrs.); telephone conference with Ms. Sorresse re producing same and status of flagged exhibits during recent document review (.3 hrs.); review fax from Ms. Sorresse re exhibits and copies of same to Ms. Banks (.3 hrs.); review recent photos from experts and produce copies of same to all parties (.4 hrs.); office conference with Messrs. Hughes and Marraro and status of incorporating into the | 12.10 |

W. R. Grace & Co.                                                               Page   30

<u>**Hours**</u>

chart of recent invoices received from
Honeywell and  obtaining approval of producing
copies of 5 aerial photos identified during recent
document review of Honeywell's trial exhibits,
confirmed (.2 hrs.); follow-up telephone
conference with Ms. Sorresse re same (.1 hrs.);
telephone Ms. Flax's  office re having the stated
aerial photos copies for a reduced amount (.1
hrs.); continue to review various Honeywell
witness indices and search all case databases,
CDS and other resources re producing all case
documentation located pertaining to various
identified witnesses (3.9 hrs.); office
conferences with Ms. Schuller re preparation of
factual material to be used to draft Motion in
Limine (.3 hrs.); assist with preparing witness
binders containing various documents to be
reviewed and forward copies of same via FedEx
to Grace (3.7 hrs.); travel to and from FedEx,
Dulles office re dropping off stated packages
(1.5 hrs.).

| | | | |
|---|---|---|---|
| 10/23/02 | NAB | Review expert's revised list of trial exhibits and make corrections to the trial exhibits list accordingly (2.5 hrs.); review exhibit binders and create list of expert documents still needed and foward same to Ms. Kelley (5.0 hrs.). | 7.50 |
| | WH | Review documents listed by ICO and Honeywell in connection with in limine motion (1.5 hrs.); prepare section of trial brief (5.5 hrs.); review Daubert cases and confer with expert re same (3.0 hrs.). | 10.00 |
| | TM | Conference with Ms. Banks re assignment (.3 hrs.); research production files and CD's, download, collect, organize and prepare documents re witness interview for Mr. Marraro (4.3 hrs.). | 4.60 |
| | RLS | Discuss Motion in Limine to limit invoices produced post discovery deadline (1.0 hrs.); research party prejudice resulting from discovery order violations (7.3 hrs.). | 8.30 |

W. R. Grace & Co.                                                    Page    31

                                                                  **Hours**

10/23/02 TP   Review preliminary memo related to Honeywell          0.20
              damages and email same to Ms. Banks and Ms.
              Manago (.2 hrs.).

10/24/02 BB   Research deposition transcript for pertinent          8.50
              information for Mr. Hughes (.9 hrs.); prepare
              pertinent pages and email message to Mr.
              Hughes (.8 hrs.); research and resolve issues re
              joint exhibits and provide results to Ms.
              Schuller re results (.7 hrs.); conference with Ms.
              Kelley re same (.3 hrs.); collect and email
              pertinent documents to Mr. King re trial brief (.4
              hrs.); collect and prepare pertinent documents
              for Mr. Marraro (.3 hrs.); incorporate additional
              pretrial material into case files (1.5 hrs.);
              review, analyze, coordinate, prepare and
              incorporate new correspondence and case
              documents into indexed case files and electronic
              files (3.6 hrs.).

         WH   Work with expert on trial prep issue (1.0 hrs.);       8.60
              review relevant heaving documents and send
              same to expert (2.6 hrs.); work on in limine
              motion (1.5 hrs.); work on trial brief (3.5 hrs.).

         AFK  Research re applicability of Spill Act to              2.90
              pre-1993 purchases (2.9 hrs.).

         ACZ  Research RCRA case law (.4 hrs.).                      0.40

         RLS  Discuss joint exhibit with ICO, review and edit       8.10
              joint exhibit list and compile questionable
              common documents (3.0 hrs.); research 3d
              circuit law on evidentiary issues (5.1 hrs.).

         TM   Calculate Honeywell invoice totals by date of         7.50
              production (7.5 hrs.).

         NAB  Add new expert witness exhibits to binder and         7.50
              make deletions and corrections accordingly (6.8
              hrs.); speak to Ms. Upton regarding documents
              requested by Mr. Moasser and make
              arrangements for delivery of same (.7 hrs.).

W. R. Grace & Co.                                                                                    Page    32

|  |  |  | **Hours** |
|---|---|---|---|
| 10/24/02 | SCD | Confer with Mr. Marraro re research project re property owner rights (.2 hrs.); research re same (5.2 hrs.). | 5.40 |
|  | MM | Telephone conference with Ms. Flax re incorporating additional trial exhibits to Grace's list (.2 hrs.); forward email to Ms. Kelley and team re same (.1 hrs.); office conference with Mr. Hughes and Ms. Kelley re same (.2 hrs.); telephone conferences with Ms. Sorresse re status of duplicating various aerial photos and videotapes flagged at recent document review (.3 hrs.); office conference with Ms. Bynum re status of various documents received on CD from Ms. Upton (.2 hrs.); review recent correspondence (.2 hrs.); continue to review various Honeywell witness indices and search all case databases, CDS and other resources re producing all case documentation located pertaining to various identified witnesses (5.8 hrs.); preliminary review of all flagged documents received from Honeywell (.9 hrs.). | 7.90 |
| 10/25/02 | CHM | Meeting with Dr. Anderson (2.5 hrs.); legal research for motion (1.5 hrs.); conference calls with client re various issues (.5 hrs.); conference calls re witness list (1.5 hrs.). | 6.00 |
|  | TP | Phone conference with and email correspondence with Ms. Banks re letters sent to Honeywell counsel regarding discovery deficiencies (.2 hrs.); review electronic files of letters drafted and emailed to Ms. Banks list of those identified that might be relevant to motions (1.1 hrs.); email and phone conference with Ms. Manago, Ms. Banks and Ms. Boyland regarding documents missing related to Honeywell's proposed damages (.8 hrs.). | 2.10 |
|  | RLS | Research 3d Circuit law re evidentiary issues (6.0 hrs.). | 6.00 |

W. R. Grace & Co.                                                                      Page   33

|  |  |  | **Hours** |
|---|---|---|---|
| 10/25/02 | WH | Begin drafting motion to exclude Honeywell's heaving expert, Mr. Deming (3.0 hrs.); meeting with consultant re expert issues (1.5 hrs.). | 4.50 |
|  | SCD | Research property issues (4.5 hrs.). | 4.50 |
|  | NAB | Continue to add new expert witness exhibits to binder and make deletions and corrections accordingly (7.0 hrs.); follow-up conversation with Ms. Upton regarding documents requested by Mr. Moasser (.5 hrs.). | 7.50 |
|  | BB | Research correspondence file for pertinent correspondence for Ms. Flax re motion in limine (.9 hrs.); prepare requested documents and email to case expert (.3 hrs.); sort, organize and prepare pretrial materials (6.8 hrs.). | 8.00 |
|  | MM | Continue to review Honeywell witness indices, databases, CDs pertaining to various identified witnesses (7.4 hrs.); review recent correspondence (.4 hrs.); office conference with Mr. Marraro re producing Honeywell and Grace expert reports in preparation for meeting on 10/25/02 (.6 hrs.); e-mail from Ms. Sorresse re duplication of aerial photos (.1 hrs.); e-mail to Mr. Marraro re cost of same (.2 hrs.); forward email to Ms. Sorresse re approving cost of duplicating stated aerial photos (.2 hrs.); office conference with Ms. Bynum re status of receiving requested documents from Ms. Upton (.9 hrs.). | 9.80 |
| 10/26/02 | WH | Work on in limine motion (1.5 hrs.); conference with expert re motion (.5 hrs.). | 2.00 |
|  | MM | Review and organization of Honeywell invoices in preparation of motion in limine (2.1 hrs.); continue to review Honeywell witness indices, databases and CDs re producing all case documentation pertaining to various identified witnesses (3.4 hrs.). | 5.50 |

W. R. Grace & Co.                                                    Page   34

|            |     |                                                                                                                                                                                                                                                                                                                                                                                     | **Hours** |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 10/26/02   | BB  | Prepare and email pertinent electronic documents to Mr. Marraro per his request (.3 hrs.); revise binders of pertinent documents per Mr. Marraro's instructions for 10/28/02 meeting (7.0 hrs.).                                                                                                                                                                                       | 7.30      |
| 10/27/02   | WH  | Revise trial brief (1.6 hrs.); review Daubert case law provided by Ms. Schuller (.8 hrs.); review memo from Ms. Manago re Honeywell's production of cost documentation.(.3 hrs.).                                                                                                                                                                                                      | 2.70      |
|            | MM  | Continue to review Honeywell witness indices, databases and CDs re producing all case documentation pertaining to various identified witnesses (13.5 hrs.).                                                                                                                                                                                                                            | 13.50     |
| 10/28/02   | SCD | Research re property issues (.4).                                                                                                                                                                                                                                                                                                                                                     | 0.40      |
|            | ACZ | Research for Mr. Marraro on RCRA case law on standards in liability cases (2.5 hrs.).                                                                                                                                                                                                                                                                                                 | 2.50      |
|            | RLS | Assemble documents for proposed joint exhibit list (2.0 hrs.); research expert qualifications cases (4.6 hrs.); draft memo re Daubert reliability factors and application to engineering testimony (1.6 hrs.).                                                                                                                                                                         | 8.20      |
|            | MM  | Continue to review and organization Honeywell invoices in preparation of motion in limine (3.2 hrs.); office conference with Ms. Schuller re same (.2 hrs.); continue the review of various Honeywell witness indices and search all case databases, CDs and other resources re producing all case (5.3 hrs.); prepare memorandums for all stated witnesses (2.8 hrs.); review recent correspondence (.3 hrs.); office conference with Mr. Hughes re status of same (.6 hrs.). | 12.40     |
|            | WH  | Prepare trial brief (7.0 hrs.); confer with Ms. Schuller re work on exhibit list (.4 hrs.); confer with Mr. Dubuc re research issue and relevant factual background (.5 hrs.); confer with Mr. Marraro re witness interview (.4 hrs.); conferences with paralegals re assignments (.6                                                                                                   | 9.30      |

W. R. Grace & Co.                                                                 Page    35

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | hrs.); review recent case correspondence. (.4 hrs.). |  |
| 10/28/02 | CHM | **Travel to NJ for meeting with expert witnesses (2.2). (Note: Travel time billed at 50%; 10% here; 40% at end of statement.)** | 2.00 |
|  | CHM | Meeting with expert witness (2.0 hrs.); prepare notes of meeting with expert (1.2 hrs.); prepare for meeting with witness (5.2 hrs.); dinner meeting with client (1.5 hrs.). | 9.90 |
| 10/29/02 | WH | Conference with Messrs. Branson and King re trial issues (2.0 hrs.); research in support of in limine motion (3.5 hrs.); work on trial brief (2.0 hrs.); prepare in limine motion and papers (1.4 hrs.); prepare for meeting with expert (.7 hrs.). | 9.60 |
|  | RLS | Draft memo re exclusion of expert testimony (2.0); compile list of documents for joint exhibit list (2.0); draft memo re 3d Circuit application of Daubert factors for admissible expert testimony (3.0). | 7.00 |
|  | BB | Research case files for pertinent historical information and prepare memo and email re same (4.5 hrs.); collect pertinent case documents for Messrs. Branson and Hughes (.3 hrs.); conference with Mr. Hughes re same (.2 hrs.), collect and provide pertinent documents re bankruptcy for Mr. Branson (.3 hrs.); review, analyze new correspondence and case documents and incorporate into electronic and indexed case files and create new files (5.7 hrs.). | 11.00 |
|  | TM | Review, analyze, cross reference, and incorporate additional damages documents produced by Honeywell into binders (7.1 hrs.). | 7.10 |
|  | MM | Review recent correspondence (.4 hrs.); finalize review and organization of all Honeywell invoices in preparation of motion in limine (1.7 hrs.); create database reflecting all supporting documentation for stated motion in limine and forward to Ms. Schuller with memorandum (2.1 | 7.70 |

W. R. Grace & Co.                                                                                                    Page    36

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | hrs.); office conference with Ms. Schuller re clarification of database (.2 hrs.); finalize review of various Honeywell witness indices and search of all case databases, CDs and other resources re producing all case and place all into witness binders to be used at trial (3.3 hrs.). |  |
| 10/29/02 | CHM | Meeting with client and witness (8.0 hrs.). | 8.00 |
|  | NAB | Scan and incorporate case documents into electronic files (7.5 hrs.). | 7.50 |
|  | SCD | Research property issues (2.1); draft memo re same and send to Mr. Marraro (1.6 hrs.). | 3.70 |
| 10/30/02 | WH | All day meeting with expert (7.0 hrs.); begin drafting motion (3.5 hrs.). | 10.50 |
|  | TP | Office conference with Mr. Marraro re notice (.6 hrs.); review cases from prior brief and begin Westlaw research (5.3 hrs.). | 5.90 |
|  | BB | Telephone conference with Mr. Marraro re witness (.1 hrs.); research Martindale-Hubbell and Internet re witness and provide results to Mr. Marraro (.4 hrs.); collect and prepare pertinent document for Mr. Branson per Mr. Hughes' request (.2 hrs); prepare pertinent document for expert for Mr. Hughes (.3 hrs.); prepare letter and supplemental production to counsel of record (2.2 hrs.); incorporate supplemental productions into indexed case files (2.1 hrs.); scan and forward requested exhibits to plaintiff per Mr. Hughes' request (.6 hrs.); prepare memo and fax to case consultant for Mr. Marraro (.5 hrs.); assist Ms. Bynum prepare binders of documents for case expert (2.1 hrs.); prepare letter and FedEx package of same (.5 hrs.). | 9.00 |
|  | NAB | Scan and incorporate case documents into electronic files (5.5 hrs.). | 5.50 |

W. R. Grace & Co.                                                              Page    37

|              |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      | Hours |
|--------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 10/30/02     | RLS  | Research Daubert/Rule 702 testing requirement.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          | 8.10  |
|              | MM   | Review and incorporate additional supporting documents in trial binders for Honeywell's witness, Mr. Hague (1.6 hrs.); finalize all summaries of Honeywell's trial witnesses and forward memorandum detailing same to Mr. Marraro, Mr. Hughes and file for review (3.6 hrs.); review email from Ms. Sorresse at Lowenstein re status of requested aerial photos and video tape and forward response accordingly (.2 hrs.); office conference with Ms. Banks re recently received Honeywell's trial exhibits requested during document review on 10/15/02 and the organization and incorporation of same (.3 hrs.); case management (.7 hrs.). | 6.40  |
|              | CHM  | Prepare witness meeting notes (2.0 hrs.); conference with B. Hughes re various project issues (1.4 hrs.); conference with T. King re various issues (1.2 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                                           | 4.60  |
| 10/31/02     | BB   | Collect, prepare and create working set of heaving documents for Mr. Hughes (2.4 hrs.); continue to coordinate and cross reference exhibit documents against exhibits list in preparation for final pretrial submission on 11/8/02  and resolve issues (6.7 hrs.); conference with Ms. Kelly re exhibit list revision needs (.4 hrs.).                                                                                                                                                                                                                                                     | 9.50  |
|              | WH   | Conference with Ms. Parker re in limine motion (.3 hrs.); review and collect heaving documents to support Deming motion (1.4 hrs.); draft Deming in limine motion (7.5 hrs.).                                                                                                                                                                                                                                                                                                                                                                                                             | 9.20  |
|              | RLS  | Research prejudice from party's violation of scheduling order (4.2); draft argument re motion in limine to exclude invoices (4.0).                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 8.20  |
|              | MM   | Review various emails from Ms. Schuller re producing various case documents for review (.2 hrs.); review case pleading files and databases and produce various court orders re discovery deadlines (.3 hrs.); review letter from Ms.                                                                                                                                                                                                                                                                                                                                                       | 4.70  |

W. R. Grace & Co.                                                        Page    38

**Hours**

Sorresse re forwarded requested aerial photos
and video tape being used as Honeywell trial
exhibits (.2 hrs.); review recent correspondence
(.3 hrs.); office conference with Ms. Schuller re
compiling a chart identifying all vendors who
submitted invoices prior to the 12/15/00
discovery deadline (.3 hrs.); preliminary review
and compiling of stated chart (3.4 hrs.).

10/31/02 TP    Westlaw searches and review cases on                        7.90
               qualifications of expert to give testimony (4.7
               hrs.); begin draft of memo on exclusion of
               expert for admitted lack of qualifications in area
               that is foundation of subject in which offering
               opinion (3.2 hrs.).

**Amount**

Total Fees                                             1609.80 $344,361.50

Disbursements:

| | |
|---|---:|
| Car to/from Airport for 8/27/02 Trip | 118.28 |
| Copy Costs - Internal | 13,993.80 |
| Delivery Service | 75.39 |
| Facsimile Costs | 93.00 |
| FedEx Costs | 2,163.86 |
| Lexis Costs | 2,913.12 |
| Long Distance Charges | 205.57 |
| Moasser  Hotel in NJ (4 Days) - 10/12-16/02 | 1,070.76 |
| Moasser - Mileage to/from Airport on 10/12-16 Trip to NJ | 23.46 |
| Moasser - Parking at Airport on 10/12-16 Trip to NJ | 70.00 |
| Moasser - Tips on Trip to NJ on 10/12-16 | 55.00 |
| Moasser Meal in NJ on 10/13 with 4 People from Carella | 140.40 |
| Moasser Meals in NJ 10/12-16/02 (9 Meals) | 311.77 |
| Moasser- Coach Air Fare to NJ for Trial Prep - 10/12-16/02 | 526.50 |
| Moasser-Shuttle Service to/from Airport on 10/12-16 NJ Trip | 102.30 |
| Outside Copies | 2,751.64 |
| Overtime Meals | 834.76 |
| Overtime Meals - Attorney/Paralegals | 111.94 |
| Overtime Transportation | 2,374.99 |
| Overtime for Facilities Management Personnel (Balmar) | 2,452.50 |

W. R. Grace & Co.                                                    Page   39

|  |  | **Amount** |
|---|---|---|
| Postage |  | 1.48 |
| Secretarial Overtime |  | 4,138.20 |
| Westlaw |  | 2,097.63 |
| Total Disbursements |  | $36,626.35 |
| Total Amount Of This Bill |  | $380,987.85 |
| 10/31/2002 | Less Deduction of 40% of Fees Per Agreement | ($137,744.60) |
| Balance Due |  | $243,243.25 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 286.20 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 182.50 | 100.00 |
| Steven C. Dubuc, Associate | 44.00 | 270.00 |
| William Hughes, Counsel | 251.00 | 350.00 |
| Keith Kaider, Paralegal | 1.80 | 135.00 |
| Anthony F. King, Partner | 27.00 | 390.00 |
| Tonya Manago, Sr. Paralegal | 158.90 | 135.00 |
| Christopher H. Marraro, Partner | 175.50 | 440.00 |
| Rebecca Mitchell, Paralegal | 25.60 | 120.00 |
| Mahmoude Moasser, Paralegal | 214.40 | 135.00 |
| Tamara Parker, Associate | 28.00 | 270.00 |
| Ruben Reyna, Associate | 20.80 | 175.00 |
| Rebecca L. Schuller, Associate | 162.20 | 175.00 |
| Alec C. Zacaroli, Associate | 31.90 | 210.00 |

Wallace
King &
Marraro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

November 25, 2002

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13208

For Professional Services Rendered in Connection with Preparation of Fee Application to
Bankruptcy Court - Matter 10

Professional Services:

|  | | **Hours** |
|---|---|---|
| 10/19/02 CHM | Prepare response to interim fee application from W. Smith (2.2 hrs.). | 2.20 |

|  | | | **Amount** |
|---|---|---|---|
| Total Fees | | 2.20 | $968.00 |
| Balance Due | | | $968.00 |

Timekeeper Summary

| Name | Rate |
|---|---|
| Christopher H. Marraro, Partner | 440.00 |

# Wallace King & Marraro Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

November 25, 2002

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #13206

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

| | | | Hours |
|---|---|---|---|
| 10/07/02 CHM | Review materials from client (.6 hrs.). | | 0.60 |
| 10/14/02 CHM | Review materials from client (.5 hrs.). | | 0.50 |
| 10/25/02 CHM | Review documents from client (.5 hrs.). | | 0.50 |

| | Hours | Amount |
|---|---|---|
| Total Fees | 1.60 | $704.00 |

Disbursements:

| | |
|---|---|
| Copy Costs - Internal | 5.25 |
| Total Disbursements | $5.25 |
| Total Amount Of This Bill | $709.25 |
| Balance Due | $709.25 |

W. R. Grace & Co.                                                                    Page    2

### Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Christopher H. Marraro, Partner | 1.60 | 440.00 |

Wallace
King
Marraro
&
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

November 25, 2002

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13207

For Professional Services Rendered In Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  |  | **Hours** |  |
|---|---|---|---|---|
| 10/08/02 | WH | Conference with Mr. Hogan re scheduling and completion of expert discovery of Zotos' expert (.2 hrs.); review additional documents received from Zotos' expert re disposal of hazardous substances at site (.5 hrs.); review Myskiew deposition and designate portions of same for inclusion in summary judgment brief (.5 hrs.). | 1.20 |  |
| 10/11/02 | WH | Work on Summary Judgement brief. (.8 hrs.). | 0.80 |  |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 2.00 | $700.00 |

Disbursements:

|  |  |
|---|---|
| Copy Costs - Internal | 348.00 |
| Total Disbursements | $348.00 |
| Total Amount Of This Bill | $1,048.00 |

W. R. Grace & Co.

**Amount**

Balance Due

$1,048.00

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| William Hughes, Counsel | 2.00 | 350.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Wallace King Marraro & Branson,

PLLC and I am a member in good standing of the bars of the State of New Jersey and District of

Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

        3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 25th day of November 2002.

_____
Notary Public

My Commission Expires:

Tonya Manago
Notary Public, District of Columbia
My Commission Expires: 03-14-05.

-2-