IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: December 31, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

November 12, 2002  
Invoice 532718  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 10/31/02 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| Date | Description | | | |
|---|---|---|---|---|
| 10/08/02 | Review information concerning upcoming meeting on Feasibility Study and potential implications.<br>B.F. HAWKINS, JR. | 0.60 hrs. | 240.00/hr | $144.00 |
| 10/14/02 | Confirm status of public hearing on Beaco Road site and anticipated discussion topics with suggestions regarding attendance to client (0.6); review responses regarding same (0.2).<br>B.F. HAWKINS, JR. | 0.80 hrs. | 240.00/hr | $192.00 |

**Fees for Legal Services.......................................................................................... $336.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 1.40 | 240.00 | 336.00 |
| TOTAL | 1.40 | $240.00 | $336.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/14/2002 | Telephone 1-864-555-1212 | 0.60 |
| 10/14/2002 | Telephone 1-864-848-2323 | 0.11 |
| 10/15/2002 | Photocopies 53 Page(s) | 2.65 |

**Total Charges for Other Services Provided/Expenses Incurred.................................... $3.36**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.65 |
| Telephone | 0.71 |
| TOTAL | $3.36 |

**Net current billing for this invoice.......................................................................... $339.36**

W. R. Grace & Co.

November 12, 2002
Invoice 532718  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/02

Our Matter # 02399/06003
Beaco Road Site

| | |
|---|---|
| Fees for Professional Services | $336.00 |
| Charges for Other Services Provided/Expenses Incurred | $3.36 |
| **Net current billing for this invoice**............................................................... | **$339.36** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 464915 | 09/13/2001 | 1,101.45 | 219.99 |
| 466678 | 09/21/2001 | 3,669.70 | 833.90 |
| 469740 | 10/09/2001 | 1,054.50 | 194.70 |
| 478644 | 11/27/2001 | 347.00 | 69.40 |
| 481796 | 12/14/2001 | 644.00 | 128.80 |
| 484314 | 01/25/2002 | 252.99 | 48.40 |
| 493885 | 03/14/2002 | 281.50 | 56.30 |
| 498376 | 04/13/2002 | 546.14 | 109.20 |
| 499688 | 04/19/2002 | 274.59 | 53.70 |
| 502852 | 05/10/2002 | 1,367.25 | 293.00 |
| 508355 | 06/14/2002 | 304.00 | 304.00 |
| 514740 | 07/23/2002 | 72.00 | 72.00 |
| 523726 | 09/18/2002 | 116.00 | 116.00 |
| 528960 | 10/20/2002 | 110.00 | 110.00 |
| 532718 | 11/12/2002 | 339.36 | 339.36 |
| | TOTAL A/R BALANCE | | $2,948.75 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

November 12, 2002  
Invoice 532719  Page 1

Our Matter #         02399/06023                     For Services Through 10/31/02
WR Grace #           001-KL-721400-00-800027
Name of Matter:      Libby, MT -General Environmen

| 10/14/02 | Review EPA Region 7 Site Investigation report. | | | |
|---|---|---|---|---|
| | D.M. CLEARY | 0.50 hrs. | 290.00/hr | $145.00 |

**Fees for Legal Services**................................................................................................. **$145.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.50 | 290.00 | 145.00 |
| TOTAL | 0.50 | $290.00 | $145.00 |

**Net current billing for this invoice**.......................................................................... **$145.00**

W. R. Grace & Co.

November 12, 2002
Invoice 532719  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/02

Our Matter # 02399/06023
Libby, MT -General Environmental

| | |
|---|---:|
| Fees for Professional Services | $145.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**............................................................................ | **$145.00** |

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 466685 | 09/27/2001 | 31,672.83 | 6,318.90 |
| 469522 | 10/09/2001 | 11,212.10 | 2,235.20 |
| 469788 | 10/17/2001 | 7,611.77 | 1,510.30 |
| 478650 | 11/27/2001 | 31,505.63 | 6,301.00 |
| 481798 | 12/18/2001 | 3,671.71 | 701.02 |
| 484319 | 01/25/2002 | 245.80 | 20.00 |
| 498380 | 04/16/2002 | 63.00 | 12.60 |
| 499679 | 04/19/2002 | 496.23 | 99.10 |
| 502855 | 05/10/2002 | 148.31 | 29.00 |
| 508359 | 06/14/2002 | 319.00 | 319.00 |
| 532719 | 11/12/2002 | 145.00 | 145.00 |
| | TOTAL A/R BALANCE | | $17,691.12 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

November 12, 2002  
Invoice 532720  Page 1

Our Matter #         02399/06032                        For Services Through 10/31/02  
WR Grace #           063-KL-721490-01-0501221  
Name of Matter:      Charleston

| Date | Description | | | |
|---|---|---|---|---|
| 10/11/02 | Review status of resolution of issues presented in Feasibility Study at Beaco Road site in light of possible implications on Charleston issues, considering announcement that public hearing will be conducted on this study for Beaco Road (1.3); discuss resolution of items of interest with Mr. English (counsel for PRP Group) (0.4); summarize developments and forward to client (0.4). | | | |
| | B.F. HAWKINS, JR. | 2.10 hrs. | 240.00/hr | $504.00 |
| 10/21/02 | Schedule time with DHEC to review remainder of files for information on consent orders (0.1); arrange for information concerning request to be submitted to DHEC FOIA office to clarify what is to be reviewed during Friday's appointment (0.1). | | | |
| | R.T. CARLISLE | 0.20 hrs. | 220.00/hr | $44.00 |
| 10/23/02 | Compile consent decrees pulled from DHEC files. | | | |
| | R.T. CARLISLE | 1.10 hrs. | 220.00/hr | $242.00 |
| 10/24/02 | Prepare memorandum to Mr. Bucens highlighting features of sample consent orders and site clean-up agreements as well as related materials. | | | |
| | R.T. CARLISLE | 2.40 hrs. | 220.00/hr | $528.00 |
| 10/25/02 | Review and mark for copying file documents pertinent to issue of contents of current consent orders entered into by DHEC for clean-ups and the terms of remedial actions (2.9); identify documents to be included in package to be sent to Mr. Bucens (0.4). | | | |
| | R.T. CARLISLE | 3.30 hrs. | 220.00/hr | $726.00 |
| 10/27/02 | Review aspects of Beaco Road Feasibility Study in evaluation of remedy aspects to be addressed at Charleston Site. | | | |
| | B.F. HAWKINS, JR. | 0.70 hrs. | 240.00/hr | $168.00 |
| 10/27/02 | Review memo and attached documents from Attorney Carlisle summarizing aspects of other Consent Orders and/or RODs issued by DHEC in preparation for responding to DHEC ROD and/or proposed Consent Order. | | | |
| | B.F. HAWKINS, JR. | 0.80 hrs. | 240.00/hr | $192.00 |
| 10/29/02 | Telephone conference with Mr. Bucens regarding response to anticipated release of Record of Decision (0.5); review research on Consent Orders with Attorney Carlisle (0.5). | | | |
| | B.F. HAWKINS, JR. | 1.00 hrs. | 240.00/hr | $240.00 |
| 10/29/02 | Confer with Attorney Hawkins regarding client's request for information on process after ROD is issued (0.4); pull and review NCP provisions relating to post-ROD activities (1.4). | | | |

W. R. Grace & Co.

November 12, 2002
Invoice 532720   Page 2

| | | | |
|---|---|---|---|
| R.T. CARLISLE | 1.80 hrs. | 220.00/hr | $396.00 |

10/30/02  Complete review of consent orders and draft bullet points to be conveyed to Mr. Bucens regarding future requirements related to site.
R.T. CARLISLE   3.10 hrs.   220.00/hr   $682.00

10/31/02  Review and mark for copying documents at DHEC relating to current consent orders and records of decision.
R.T. CARLISLE   3.50 hrs.   220.00/hr   $770.00

**Fees for Legal Services**..................................................................................................... **$4,492.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 4.60 | 240.00 | 1,104.00 |
| R.T. CARLISLE | 15.40 | 220.00 | 3,388.00 |
| TOTAL | 20.00 | $224.60 | $4,492.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/23/2002 | Photocopies 300 Page(s) | 15.00 |
| 10/24/2002 | Photocopies 146 Page(s) | 7.30 |
| 10/25/2002 | Photocopies 87 Page(s) | 4.35 |
| 10/25/2002 | Photocopies 33 Page(s) | 1.65 |
| 10/25/2002 | Photocopies 4 Page(s) | 0.20 |
| 10/25/2002 | Photocopies 84 Page(s) | 4.20 |
| 10/25/2002 | Photocopies 11 Page(s) | 0.55 |
| 10/29/2002 | Telephone 1-617-498-2667 | 2.17 |

**Total Charges for Other Services Provided/Expenses Incurred**................................... **$35.42**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 33.25 |
| Telephone | 2.17 |
| TOTAL | $35.42 |

**Net current billing for this invoice**............................................................................... **$4,527.42**

W. R. Grace & Co.

November 12, 2002
Invoice 532720  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/02

Our Matter # 02399/06032
Charleston

---

| | |
|---|---|
| Fees for Professional Services | $4,492.00 |
| Charges for Other Services Provided/Expenses Incurred | $35.42 |
| **Net current billing for this invoice**................................................................ | **$4,527.42** |

### WIRING INSTRUCTIONS
**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 1,334.10 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 2,509.60 |
| 493891 | 03/28/2002 | 9,763.51 | 1,947.10 |
| 498385 | 04/16/2002 | 3,438.49 | 679.30 |
| 499683 | 04/19/2002 | 5,483.68 | 1,095.70 |
| 502858 | 05/10/2002 | 5,685.17 | 1,070.40 |
| 508364 | 06/21/2002 | 4,710.07 | 4,710.07 |
| 514743 | 07/23/2002 | 8,274.76 | 8,274.76 |
| 518010 | 08/15/2002 | 10,057.75 | 10,057.75 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 4,527.42 |
| | TOTAL A/R BALANCE | | $42,879.43 |

# NELSON MULLINS
### Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

November 18, 2002  
Invoice 533401 Page 1

Our Matter #           02399/06091                              For Services Through 10/31/02  
Name of Matter:        Fee Applications

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/02 | Review Ms. Ferdinand's e-mail regarding the 5th Quarterly Project Category Summary deadline and file same. | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/02/02 | Review NMRS's project category report. | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/02/02 | Modify the Project Category Report to reflect the 5th Quarterly. | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 10/02/02 | Review PACER for current filings. | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 10/03/02 | Review correspondence from Ms. Ferdinand regarding project categories for ZAI Science and file same. | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/03/02 | Prepare correspondence to Ms. Ferdinand and Attorney Cleary containing the 5th Quarterly Project Category Report and e-mail same. | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/04/02 | Review docket for recent filings. | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/08/02 | Review docket for recent filing of August 2002 compensation (0.3); revised Grace Billing report (0.3). | K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 10/09/02 | Review and draft response to fee auditor's fifth interim report. | D.M. CLEARY | 2.20 hrs. | 290.00/hr | $638.00 |
| 10/09/02 | Review correspondence from Ms. Ferdinand regarding response to fee auditor's initial report for July-December 2001 (0.2); review files for response and report (0.3); meet with Attorney Cleary to determine the status of the response to the fee auditor (0.3); prepare correspondence to Ms. Ferdinand and Attorney Cleary containing the firm's response to the initial report (0.4); review correspondence from Ms. Ferdinand regarding format for response (0.2); convert response into Word format and e-mail response to Ms. Ferdinand and Attorney Cleary (0.4). | K. BROWN | 1.80 hrs. | 125.00/hr | $225.00 |

W. R. Grace & Co.
November 18, 2002
Invoice 533401  Page 2

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/10/02 | Prepare draft quarterly fee application documents for period July 1, 2002 through September 30, 2002.<br>K. BROWN | 3.00 hrs. | 125.00/hr | $375.00 |
| 10/16/02 | Review correspondence from Ms. Ferdinand and Mr. Allgood regarding 5th Quarterly Project Category Report.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/16/02 | Review 5th Quarterly Project Category Report and Grace Billing Report.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/17/02 | Review docket for the period October 9, 2002 through October 16, 2002.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/21/02 | Compile data from outstanding invoices database, Grace Billing Report and correspondence from Mr. Port to prepare a spreadsheet detailing the outstanding balances that are court-approved (0.2); review and edit the spreadsheet (0.8).<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 10/21/02 | Prepare correspondence to Attorney Cleary containing the spreadsheet detailing the outstanding balances that are court-approved for his review and comments.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/21/02 | Telephone conference with Ms. Williams regarding response to fee auditor's initial report and the format required (0.4); telephone conference with Ms. Williams regarding Fee Auditor's Report Regarding Interim Application for interim periods July 19, 2001 - September 30, 2001 and October 1, 2001 - December 31, 2001 (0.4).<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 10/21/02 | Review Ms. Ferdinand's correspondence containing redlined Project Category Report (0.3); telephone conference with Ms. Ferdinand discussing her redlined version and the latest submitted version (0.7).<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 10/21/02 | Review Fee Auditor's Final Report for the interim periods of July 19, 2001 - September 30, 2001 and October 1, 2001 - December 31, 200.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 10/21/02 | Telephone Ms. Williams of Warren Smith & Associates and left message.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 10/22/02 | Prepare September 2002 fee application documents.<br>K. BROWN | 3.50 hrs. | 125.00/hr | $437.50 |
| 10/22/02 | Revised Outstanding Invoices and Court-Approved Balances and e-mail to Attorney Cleary for review and approval.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 10/22/02 | Prepare various correspondence to Attorney Cleary regarding outstanding balances.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/23/02 | Prepare correspondence to Ms. Duff and Mr. Emmett regarding September 2002 invoices.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 10/23/02 | Meet with Attorney Cleary for his review and approval on the September 2002 fee application documents, correspondence regarding September 2002 invoices to Ms. Duff and Mr. Emmett and Grace Outstanding Balances spreadsheet.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

W. R. Grace & Co.

November 18, 2002
Invoice 533401 Page 3

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/23/02 | Prepare final September 2002 fee application documents for Attorney Cleary's review and approval.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/24/02 | Prepare correspondence to Ms. Ferdinand and Attorney Cleary regarding the Project Category Spreadsheets.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 10/24/02 | Review correspondence from Ms. Ferdinand regarding the drafts of the 1st, 2nd, 3rd and 5th Quarter Project Category Spreadsheet.<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 10/25/02 | Telephone conference with Ms. Ferdinand regarding the omission of Nelson Mullins' fees on the draft 1st Quarter Project Category Report.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 10/28/02 | Prepare September 2002 fee application documents to convert to electronic document (pdf format) (0.3); prepare correspondence containing electronic version of September 2002 fee application and e-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary (0.3); prepare September 2002 invoices to electronic documents (word format) (0.3); prepare correspondence containing electronic documents and e-mail to Ms. Smith, Mr. Steirer and Attorney Cleary (0.3).<br>K. BROWN | 1.20 hrs. | 125.00/hr | $150.00 |
| 10/28/02 | Review docket (October 17-28) for recent filings (0.4); revise Grace Billing Report (0.2).<br>K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 10/30/02 | Review Ms. Ferdinand's correspondence and revised draft quarter project category summaries for the 1st, 2nd and 3rd quarters and compare with Project Category Summary Reports.<br>K. BROWN | 0.70 hrs. | 125.00/hr | $87.50 |
| 10/31/02 | Review Docket for current filings.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services** ............................................................................................................. **$3,525.50**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 2.20 | 290.00 | 638.00 |
| K. BROWN | 23.10 | 125.00 | 2,887.50 |
| TOTAL | 25.30 | 139.35 | 3,525.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 10/09/2002 | VENDOR: Federal Express; INVOICE#: 647088575; DATE: 10/09/2002 - 09/26/02 | 25.22 |
| 10/11/2002 | Telephone 1-214-722-0081 | 0.28 |
| 10/21/2002 | Photocopies 20 Page(s) | 1.00 |
| 10/21/2002 | Telephone 1-214-698-3868 | 2.31 |
| 10/21/2002 | Telephone 1-214-698-3868 | 2.21 |
| 10/25/2002 | Photocopies 55 Page(s) | 2.75 |

W. R. Grace & Co.

November 18, 2002
Invoice 533401  Page 4

| Date | Description | Amount |
|---|---|---|
| 10/25/2002 | Photocopies 24 Page(s) | 1.20 |
| 10/25/2002 | Telephone 1-214-698-3868 | 0.63 |
| 10/28/2002 | Photocopies 18 Page(s) | 0.90 |

**Total Charges for Other Services Provided/Expenses Incurred..................................** **$36.50**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 5.85 |
| Federal Express | 25.22 |
| Telephone | 5.43 |
| TOTAL | $36.50 |

**Net current billing for this invoice .................................................................................** **$3,562.00**

W. R. Grace & Co.

November 18, 2002
Invoice 533401  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 10/31/02

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $3,525.50 |
| Charges for Other Services Provided/Expenses Incurred | $36.50 |
| **Net current billing for this invoice**................................................................ | **$3,562.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514768 | 07/23/2002 | 5,866.44 | 5,866.44 |
| 518011 | 08/15/2002 | 8,627.57 | 8,627.57 |
| 523731 | 09/18/2002 | 3,785.51 | 3,785.51 |
| 528964 | 10/22/2002 | 5,243.32 | 5,243.32 |
| | TOTAL A/R BALANCE | | $23,522.84 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me
this 6th day of December, 2002

_____(L.S.)
Notary Public for South Carolina

My Commission Expires: 2/12/12