IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: December 4, 2002 at 4:00 p.m.**

## NO ORDER REQUIRED CERTIFICATION
## OF NO OBJECTION REGARDING DOCKET NO. 2978

The undersigned hereby certifies that, as of the date hereof, she has received no

answer, objection or other responsive pleading to the Twelfth Monthly Application of Casner &

Edwards, LLP ("Casner") for Compensation for Services and Reimbursement of Expenses as

Special Litigation Counsel to Debtors for the Period from September 1, 2002 Through

September 30, 2002 (the "Application"). The undersigned further certifies that she has caused

the review of the Court's docket in this case and no answer, objection or other responsive

pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to

the Application were to be filed and served no later than December 4, 2002 at 4:00 p.m.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331

Establishing Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

are authorized to pay Casner $32,268.00 which represents 80% of the fees ($40,335.00), and

$4,535.47, which represents 100% of the expenses requested in the Application for the period

September 1, 2002 through September 30, 2002, upon the filing of this Certification and without

the need for entry of a Court order approving the Application.

Dated:  December _10_, 2002

> KIRKLAND & ELLIS
> James H.M. Sprayregen, P.C.
> James W. Kapp III
> Christian J. Lane
> Roger J. Higgins
> 200 East Randolph Drive
> Chicago, Illinois 60601
> Telephone:     (312) 861-2000
> Facsimile:     (312) 861-2200
>
> and
>
> PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
>
> _Scotta E. McFarland_
>
> Laura Davis Jones (Bar No. 2436)
> Scotta E. McFarland (Bar No. 4184)
> 919 N. Market Street, 16th Floor
> P.O. Box 8705
> Wilmington, Delaware 19899-8705
> Telephone:     (302) 652-4100
> Facsimile:     (302) 652-4400
>
> Co-Counsel to Debtors and Debtors-in-Possession