IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | | **Re: Docket No. 2797** |

# CERTIFICATION OF COUNSEL WITH RESPECT TO SUPPLEMENTAL ORDER ON PROFESSIONAL FEES FOR THE FOURTH INTERIM PERIOD

1.  The undersigned counsel hereby submits for the Court's consideration the attached proposed Supplemental Order Approving Quarterly Fee Applications For The Fourth Interim Period (the "Order).

2.  The Order reflects revised compensation totals for the firms of Strook & Strook & Lavan LLP and Klett Rooney, Lieber & Shorling. The compensation totals for both

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

firms were understated on Exhibit A attached to the Order Approving Quarterly Fee Applications For The Fourth Interim Period, entered by this Court on October 9, 2002 (the "Original Order").

3. The total expenses for Strook & Strook & Lavan LLP were understated on Exhibit A to the Original Order because the pass through payments for the Creditors' Committee's asbestos issues expert were excluded.

4. The total fees and expenses for Klett Rooney, Lieber & Shorling were understated on Exhibit A to the Original Order because the agreed Fee Auditor adjustments were erroneously subtracted from the requested fees and expenses twice.

5. The allowed interim fees and expenses reflected on Exhibit A to the Order are adjusted for the errors noted above. These amounts have been agreed to by the professionals and the Fee Auditor.

6. The undersigned respectfully requests that the Court enter the Order at its earliest conveyance.

Dated: December 12, 2002

    KIRKLAND & ELLIS
    David M. Bernick
    James H.M. Sprayregen, P.C.
    James W. Kapp III
    Janet S. Baer
    200 East Randolph Drive
    Chicago, Illinois 60601
    (312) 861-2000
    (312) 861-2200 (fax)

    and

    PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

    /s/ Laura Davis Jones
    Laura Davis Jones (Bar No. 2436)
    Scotta E. McFarland (Bar No. 4184)
    919 North Market Street, 16th Floor
    P.O. Box 8705
    Wilmington, Delaware 19899-8705 (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

    Co-Counsel for the Debtors and Debtors in Possession