IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: December 12, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: March 17, 2003 @ 12:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3064

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixth Interim Quarterly Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2002 through September 30, 2002 (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 12, 2002. [1]

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

---

[1] The applicant has received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

-and-

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: December 13, 2002