## Warren H. Smith & Associates, P.C.
900 Jackson Street
120 Founders Square
Dallas, TX  75202

---

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

December 12, 2002

In Reference To:         Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10183

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/1/2002 | WHS | telephone conference with John Goodchild re PWC | 0.20 | 55.00 |
|  | WHS | draft e-mail to John Goodchild re PWC | 0.30 | 82.50 |
|  | DTW | Conference with W. Smith re Stroock final report (.1); telephone call and e-mail to A. Moran re Steptoe final report (.1); telephone conference with A. Moran re changes to final report for Steptoe (.2); final revisions re same (.3);  revisions to preliminary draft of Stroock final report (2.3); draft preliminary draft of Casner final report (1.3). | 4.30 | 580.50 |
|  | JBA | Update database with Casner 5th Int Rsp. | 0.10 | 4.00 |
|  | ALW | preliminary draft of final report re FTIPM 5Q | 1.20 | 228.00 |
|  | ALW | preliminary draft of final report re FTIPM 5Q | 1.20 | 228.00 |
| 11/2/2002 | WHS | draft final report re Casner 5th | 0.30 | 82.50 |
|  | WHS | draft final report re Hilsoft | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                          Page      2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/2/2002 | WHS | draft final report re Carella 5th | 0.30 | 82.50 |
|  | WHS | draft final report re Steptoe 5th | 0.20 | 55.00 |
|  | WHS | draft final report re Stroock 5th | 1.20 | 330.00 |
|  | WHS | draft final report re PI committee 5th | 0.80 | 220.00 |
|  | WHS | draft e-mail to Paul Galbraith of Pachulski re hearing | 0.20 | 55.00 |
|  | WHS | draft e-mail to Mark Peterson re Legal Analysis | 0.20 | 55.00 |
| 11/4/2002 | WHS | conference with Doreen Williams re Bilzen 5th | 0.20 | 55.00 |
|  | JBA | draft electronic filing Final Reports 5th Int. for Casner, Carella, Hilsoft (.5), Stroock, and PI Comm. (.1) | 0.60 | 24.00 |
|  | WHS | conference with LaVern Ferdinand re spreadsheet re 5th period | 0.20 | 55.00 |
|  | WHS | receive and review e-mail from Paula Galbraith re hearing on 5th apps | 0.10 | 27.50 |
|  | WHS | draft final report re Legal Analysis | 0.70 | 192.50 |
|  | WHS | draft amended final report re Legal Analysis 1st | 0.40 | 110.00 |
|  | WHS | receive, review, and respond to e-mail from Paula Galbraith re hearing | 0.20 | 55.00 |
|  | CAM | Electronic filing with Court of final reports for Casner & Edwards for the 5th Interim | 0.20 | 22.00 |
|  | CAM | Electronic filing with court of final reports for Carella, Byrne for the 5th Interim | 0.10 | 11.00 |

W.R. Grace & Co.                                                                                          Page      3

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/4/2002 | CAM | Electronic Filing with court of final reports for Hillsoft for the 5th Interim | 0.20 | 22.00 |
| | CAM | Electronic filing with court of final reports for PI Claimants for the 5th Interim | 0.30 | 33.00 |
| | CAM | Electronic filing with court of final reports for Stroock for the 5th Interim | 0.30 | 33.00 |
| | CAM | Electronic filing with court of final reports for Steptoe for the 5th Interim | 0.20 | 22.00 |
| | CAM | Electronic Filing with Court of final reports for Legal Analysis for the 5th Interim | 0.20 | 22.00 |
| | CAM | Electronic filing with court of final reports for Legal Analysis for the 1st, 2nd & 3rd Interim | 0.30 | 33.00 |
| | LMF | reviewed voice mail from Melissa, Carella(.1); t/c with Aliethia, Kirland re: revisions to 5Q PC summary report(.3) | 0.40 | 60.00 |
| | LMF | draft e-mail to Terri, Caplin re: inquiry on WR Grace category numbering(.2); email to Grace applicants final draft of 5q PC summary report(.3) | 0.50 | 75.00 |
| | LMF | draft revisions to expenses for 5thQ for applicant Kirkland | 0.20 | 30.00 |
| | DTW | E-mail from A. Moran re Steptoe final report(.1); look into discrepancy re same per A. Moran (1.1); conference with W. Smith re same (.1); e-mail findings to A. Moran (.2); begin final report for Bilzin (1.8).; telephone conference with A. Willingham re final reprot for FTPI (.1); begin review of FTIP final report (.8). | 4.20 | 567.00 |
| | ALW | preliminary draft of final report re FTIPM 5Q (cont) | 1.30 | 247.00 |
| | ALW | preliminary draft of final report re Holme Roberts 5Q | 3.70 | 703.00 |
| | MWS | receive and review of Holme Roberts & Owen's fee detail for September 2002. | 0.10 | 20.00 |

W.R. Grace & Co.                                                                                                    Page      4

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                          | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 11/4/2002  | ALW | preliminary draft of final report re FTIPM 5Q (cont)                                                                                                                                                                                                                                                                                                                                                                           | 1.30      | 247.00     |
|            | ALW | preliminary draft of final report re Holme Roberts 5Q                                                                                                                                                                                                                                                                                                                                                                          | 3.70      | 703.00     |
| 11/5/2002  | CAM | Electronic filing with court of final reports for FTI Policano for the 5th Interim                                                                                                                                                                                                                                                                                                                                             | 0.40      | 44.00      |
|            | CAM | Electronic filing with court of final reports for Property Damage Claimants for the 1st, 2nd & 3rd Interim                                                                                                                                                                                                                                                                                                                     | 0.30      | 33.00      |
|            | WHS | receive, review, and respond to e-mail from Libby Hamilton re FTI                                                                                                                                                                                                                                                                                                                                                              | 0.20      | 55.00      |
|            | WHS | conference with Doreen Williams re Kirkland 1-3, etc.                                                                                                                                                                                                                                                                                                                                                                          | 0.20      | 55.00      |
|            | WHS | telephone conference with Paula Galbraith re notice of hearing re 5th                                                                                                                                                                                                                                                                                                                                                          | 0.20      | 55.00      |
|            | WHS | left detailed telephone voicemail for Jay Sakalo re Bilzen fraudulent transfer expenses                                                                                                                                                                                                                                                                                                                                        | 0.10      | 27.50      |
|            | WHS | telephone conference with Jay Sakalo re fees and expenses in fraudulent transfer litigation                                                                                                                                                                                                                                                                                                                                    | 0.10      | 27.50      |
|            | WHS | draft final report re FTI 5th                                                                                                                                                                                                                                                                                                                                                                                                  | 1.20      | 330.00     |
|            | WHS | telephone conference with Kathleen at Cambell & Levine re adversary proceeding                                                                                                                                                                                                                                                                                                                                                 | 0.30      | 82.50      |
|            | LMF | t/c with Paula, Pachulski re: WR Grace fee audit response to initial report inquiry                                                                                                                                                                                                                                                                                                                                            | 0.10      | 15.00      |
|            | DTW | Continue preliminary draft of final report for Bilzin re 5th interim period (.3); telephone conference with Jay Sakalo (.2) and WHS (.2) re fraudulent conveyance fees re Bilzin; continue revisions to preliminary draft final report for FTIP&M (3.3); conference with A. Willingham re same (.1); several telephone conferences and e-mails to A. Willingham re Holme Roberts fees (.5); continue work on preliminary draft final report for Bilzin (2.1); review and revise preliminary draft final report  for Holme Roberts (2.8). | 9.50      | 1,282.50   |

W.R. Grace & Co.                                                                                    Page      5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/5/2002 | ALW | preliminary draft re Holme Roberts final report 5Q (cont) | 1.60 | 304.00 |
|  | JBA | Update database with Hilsoft 8.02, Hamilton 9.02 (.1) | 0.10 | 4.00 |
|  | JBA | left detailed telephone voicemail for Pachuliski re: 5th Int. rsp (.1), e-mail to Tersigni, Caplin, E&Y re: 5th Int. response (.3) | 0.40 | 16.00 |
|  | ALW | preliminary draft re Holme Roberts final report 5Q (cont) | 1.60 | 304.00 |
| 11/6/2002 | CAM | Electronic filing with court of final reports for Pricewaterhouse for the 1st Interim | 0.30 | 33.00 |
|  | WHS | receive, review, and respond to e-mail from Paula Galbraith re 5th interim applications | 0.20 | 55.00 |
|  | WHS | draft final report re Bilzen 5th | 0.50 | 137.50 |
|  | WHS | draft final report re Duane Morris 5th | 0.40 | 110.00 |
|  | WHS | draft final report re Tersigni 5th | 0.30 | 82.50 |
|  | WHS | draft final report re Holme | 0.40 | 110.00 |
|  | LMF | draft e-mail to Scotta, Pachuliski re:distribution for Pachulski's initial report and 5thQ initial report inquiry(.2); | 0.20 | 30.00 |
|  | DTW | Continue preliminary draft final report  for Holme Roberts (2.2); including e-mail to E. Flaagan re travel expenses (.1); preliminary draft final report for Duane Morris (1.1); adjust Holme preliminary draft final report  to reflect information received from E. Flaagan (.4); conference with W. Smith re progress of responses received and e-mail to P. Galbraith re same (.2); begin preliminary draft final report Tersigni (.7);  preliminary draft initial report re Blackstone (.8); continue draft initial report for Blackstone (.7). | 6.10 | 823.50 |
|  | CAM | Electronic filing with court of final reports for Duane Morris for the 5th Interim | 0.20 | 22.00 |

W.R. Grace & Co.                                                                                    Page        6

|            |     |                                                                                                  | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------|-------|--------|
| 11/7/2002  | WHS | revise initial report re Blackstone 5th                                                          | 0.30  | 82.50  |
|            | WHS | draft e-mail to Pam Zilly re Blackstone initial report                                           | 0.20  | 55.00  |
|            | WHS | receive and review 1 misc pleading                                                               | 0.10  | 27.50  |
|            | WHS | receive, review, and respond to e-mail from Paula Galbraith re docket numbers                    | 0.20  | 55.00  |
|            | WHS | receive and review materials from Roger Higgins re Kirkland 1-3 application                      | 0.40  | 110.00 |
|            | WHS | left detailed telephone voicemail for Roger Higgins re Kelley Fabian, etc.                       | 0.10  | 27.50  |
|            | WHS | telephone conference with Roger Higgins re 1-3 Kirkland, hearing                                 | 0.20  | 55.00  |
|            | WHS | draft e-mail to Roger Higgins re revision to final report                                        | 0.30  | 82.50  |
|            | WHS | revise initial report re Blackstone                                                              | 0.30  | 82.50  |
|            | WHS | draft e-mail to Pam Zilly re revised intial report                                               | 0.20  | 55.00  |
|            | WHS | telephone conference with Scotta McFarland re hearing dates, Pachulski                           | 0.20  | 55.00  |
|            | WHS | draft e-mail to LaVern Ferdinad re Pachulski                                                      | 0.20  | 55.00  |
|            | DTW | Begin preliminary draft final report  for K&E (1.2); continue same (4.7).                        | 4.90  | 661.50 |
|            | JBA | Update database with Holme Final Rpt. 5th Int. (.1), Reed Smith 9.02 Electronic copy (.1)        | 0.20  | 8.00   |
|            | CAM | Electronic filing with court of final reports for Tersigni for the 5th Interim                   | 0.30  | 33.00  |

W.R. Grace & Co.                                                                 Page     7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/7/2002 | CAM | Electronic filing with court of final reports for Holme for the 5th Interim | 0.20 | 22.00 |
| 11/8/2002 | WHS | draft final report re Kirkland 5th | 1.40 | 385.00 |
|  | WHS | draft e-mail to Roger Higgins re time discrepancies re Kirkland 5th | 0.20 | 55.00 |
|  | WHS | telephone conference with | 0.30 | 82.50 |
|  | WHS | telephone conference with Roger Higgins re K&E 5th | 0.20 | 55.00 |
|  | WHS | draft e-mail to Paula Galbraith re amended agenda | 0.10 | 27.50 |
|  | WHS | draft e-mail to Scotta McFarland re Pachulski 5th app | 0.10 | 27.50 |
|  | DTW | Conference with W.Smith re K&E conflicts and time re preliminary draft final report (.5); PACER research re K&E 5th interim application (.3); revise calculations for K&E preliminary draft final report (.6); several telephone conferences with Pat at Wallace King re final report and their response (.5). | 1.90 | 256.50 |
|  | JBA | Update database with Wallace and Caplin 5th Interim Rsp. (.2), Bilzin (.5) and K&E (.3) 5th Interim Filed w/ Court, FTI and Stroock 8.02 Monthly e-copy (.1) | 1.10 | 44.00 |
| 11/11/2002 | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |
|  | LMF | draft e-mail to Paula, Pachulski re:motion for shortened notice for 5th Q | 0.20 | 30.00 |
| 11/12/2002 | JBA | Update database with Pachulski April- June Interim App. (.1), Reed Smith Jul-Sept Interim App. (.1). Property 9.02 Monthly Invoice (.1) | 0.30 | 12.00 |
| 11/13/2002 | WHS | draft e-mail to Paula Galbraith re hearing | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                                    Page        8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/13/2002 | DTW | Begin preliminary draft final report for Pachulski (1.4). | 1.40 | 189.00 |
| 11/14/2002 | WHS | conference with LaVern Ferdinand re spreadsheet | 0.20 | 55.00 |
|  | WHS | detailed review of fee spreadsheets for 1-3 interim periods | 0.10 | 27.50 |
|  | WHS | draft final report re Pachulski 5th | 0.60 | 165.00 |
|  | WHS | draft e-mail to Scotta McFarland re Pachulski 5th | 0.10 | 27.50 |
|  | WHS | revise final report re Wallace King 5th | 0.80 | 220.00 |
|  | WHS | receive, review, and respond to e-mail from Pam Zilly re Blackstone | 0.10 | 27.50 |
|  | DTW | Continue preliminary draft final report Pachulski (1.6); begin Wallace King preliminary draft final report (.5); continue same (3.1); conference with W. Smith re PACER research for Wallace King interim application (.1); research same ((.3); begin review of Caplin application in preparation for preliminary draft final report (.3); preliminary draft final report for Caplin (1.2). | 7.10 | 958.50 |
|  | LMF | telephone conference with A.Krieger, Stroock re:pass through fees for expert(.1); review voice mail from A. Krieger re:5thQ fees for expert(.1); left voice mail for A. Krieger re:fees for expert(.1) | 0.30 | 45.00 |
|  | LMF | draft e-mail to Paula and Scotta, Pachulski, re: revisions for 5th Q project category spreadsheet(.2); response email to Paula, Pachulski re: filing spreadsheet and notice of fee application(.1) | 0.30 | 45.00 |
|  | LMF | revise format to drafts for the 1st -3d Qs PC category summary report for presentation to the court | 0.30 | 45.00 |
|  | JBA | Electronic filing w/ Court re: Final Report of Pachulski 5th Interim | 0.60 | 24.00 |
| 11/15/2002 | WHS | conference with LaVern Ferdinand re whether to include Pachulski in spreadsheet | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                           Page        9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/15/2002 | WHS | detailed review of spreadsheet re 5th interim fees prior to filing | 0.20 | 55.00 |
|  | WHS | conference with LaVern Ferdinand re final approval of spreadsheet | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mail from Janet Beirer re objections | 0.20 | 55.00 |
|  | WHS | draft final report re Caplin 5th | 0.80 | 220.00 |
|  | WHS | draft e-mail to Rita Tobin re fees submitted to Wolin | 0.10 | 27.50 |
|  | WHS | draft final report re Blackstone 5th | 0.30 | 82.50 |
|  | WHS | receive, review, and respond to e-mail from Maricarol Miller re PWC | 0.10 | 27.50 |
|  | DTW | Conference with W. Smith re Blackstone final report (.1) review emails and response and conference with J. Allgood re same (.3);  continue Caplin preliminary draft final report (3.9); telephone call to E. Strugg re exhibit A to Caplin's response, several e-mails to and from S. Gandy re same (.4); preliminary draft final report for Blackstone (1.9). | 6.60 | 891.00 |
|  | LMF | draft e-mail to Rose, Stroock re:revisions to 1st-3d and 5th Q before filing(.3); review email from Rose,Stroock re: fee reporting for pass throughs(.2); email Paula, Pachulski and Toni, Kirkland re:request for filing of PC spreadsheet (.3) | 0.80 | 120.00 |
|  | LMF | telephone conference with Paula, Pachulski re: revisions for 5th Q(.1); left voicemail for R. Solis re: draft order for hearing(.1); t/c with Toni, Kirkland re: fee information for orders for 1st-3d and 5th Qs(.2); t/c with Rose, Stroock re: changes needed for filing of PC summary reports(.1) | 0.50 | 75.00 |
|  | LMF | input revisions for Stroock for 1st-3d Qs and 5th Qs for PC summary report and format for filing | 0.60 | 90.00 |
| 11/16/2002 | WHS | receive and review several e-mails from Carol Miller re PWC | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                    Page    10

|            |     |                                                                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 11/16/2002 | WHS | draft final report re Blackstone 5th                                                                                                                                         | 0.80  | 220.00 |
|            | DTW | Telephone call with W. Smith re PD committee expenses (.2); research PD committee applications (.4); preliminary draft final report PD committee (1.2).                       | 1.80  | 243.00 |
| 11/17/2002 | WHS | draft e-mail to Paula Galbraith re spreadsheets                                                                                                                               | 0.20  | 55.00  |
| 11/18/2002 | WHS | receive, review, and respond to e-mail from Jan Bierer re order                                                                                                              | 0.10  | 27.50  |
|            | WHS | telephone conference with Celi Agular re holdbacks                                                                                                                            | 0.20  | 55.00  |
|            | WHS | telephone conference with Paula Galbraith re spreadsheet                                                                                                                      | 0.20  | 55.00  |
|            | WHS | conference with LaVern Ferdinand re amounts set forth in order                                                                                                               | 0.20  | 55.00  |
|            | WHS | telephone conference with Janet Bierer re spreadsheet, order                                                                                                                 | 0.10  | 27.50  |
|            | WHS | receive, review, and respond to e-mail from Paula Galbraith re spreadsheet                                                                                                   | 0.10  | 27.50  |
|            | WHS | receive, review, and respond to e-mail from Maricarol Miller re PwC                                                                                                          | 0.10  | 27.50  |
|            | WHS | receive and review 3 misc pleadings                                                                                                                                          | 0.10  | 27.50  |
|            | DTW | Revisions to preliminary draft final report PD committee (.6).                                                                                                               | 0.60  | 81.00  |
|            | LMF | draft Omnibus Order fee application detail for requested fees and expenses in the 5th Q (1.9); draft Omnibus Order fee application detail allowed fees  and expenses for 5th Q(2.7) | 4.60  | 690.00 |
|            | LMF | telephone conference with Jay, Bilzin re: draft of 5th Q spreadsheet and fees requested discrepancy(.2); t./c with Paula re:5thQ revision for Pachulski(.1);  t/c with Aileen, Campbell re: discrepancy between fees requested and spreadsheet for 5th Q(.3); follow-up t./c with Aileen, | 1.00  | 150.00 |

W.R. Grace & Co.                                                                    Page    11

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
|  |  | Campbell re: same(.3); left voice mail for Paule re:5th Q revision for Pachulski(.1) |  |  |
| 11/18/2002 | JBA | Electronic final with Court of Reports 5th Interim for Blackstone (.2), and OCPDC (.2) | 0.40 | 16.00 |
| 11/19/2002 | WHS | conference with LaVern Ferdinand re spreadsheet, order | 0.30 | 82.50 |
|  | WHS | draft amended final report re Hamilton | 0.30 | 82.50 |
|  | WHS | draft final report re Reed | 0.30 | 82.50 |
|  | WHS | telephone conference with Janet Baer re order | 0.10 | 27.50 |
|  | WHS | draft amended final report re Reed 1st | 0.30 | 82.50 |
|  | WHS | draft amended final report re Wallace 1st | 0.40 | 110.00 |
|  | WHS | draft amended final report re Nelson 1st | 0.40 | 110.00 |
|  | WHS | draft amended final report re Stroock 1st | 0.50 | 137.50 |
|  | WHS | draft amended final report re Tersigni first | 0.30 | 82.50 |
|  | WHS | draft amended final report re Kramer 1st | 0.30 | 82.50 |
|  | WHS | draft amended final report re Holme 1st | 0.30 | 82.50 |
|  | WHS | draft amended final report re Klett 1st | 0.30 | 82.50 |
|  | WHS | draft amended final report re Klett 2nd | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                    Page      12

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/2002 | GG | preliminary draft of klett rooney 5th interim Order | 0.70 | 87.50 |
| | GG | prelim draft of carella byrnes 5th interim Order | 0.20 | 25.00 |
| | GG | prelim draft of holme roberts 5th interim Order | 0.10 | 12.50 |
| | GG | prelim draft of nelson mullins 5th interim Order | 0.20 | 25.00 |
| | GG | prelim draft of pachulski stang 5th interim Order | 0.10 | 12.50 |
| | GG | prelim draft tersigni 5th interim order | 0.30 | 37.50 |
| | GG | prelim draft of wallace king 5th interim Order | 0.10 | 12.50 |
| | GG | prelim draft of strook 5th interim Order | 0.20 | 25.00 |
| | GG | prelim draft pf steptoe 5th interim Order | 0.30 | 37.50 |
| | GG | prelim draft of reed smith 5th interim Order | 0.20 | 25.00 |
| | GG | prelim draft of bilzin 5th interim Oder | 0.50 | 62.50 |
| | GG | prelim draft of caplin 1st-3rd interim Order | 0.30 | 37.50 |
| | GG | prelim draft of campbell 1st-3rd interim Order | 0.20 | 25.00 |
| | GG | prelim draft of blackstone 1st-3rd interim Order | 0.20 | 25.00 |
| | LMF | draft Omnibus Order fee application detail for requested fees and expenses per applicant in the 5th Q (1.5); draft Omnibus Order fee application detail allowed fees  and expenses per applicant for 5th Q(1.3); | 5.80 | 870.00 |

W.R. Grace & Co.                                                                                     Page    13

|  |  | **Hours** | **Amount** |
|---|---|---|---|
|  | draft Omnibus Order fee application detail for requested fees and expenses per applicant in the 3d Q (.9); same for 2d Q(.6); same for 1stQ(.2); draft Omnibus Order fee application detail allowed fees  and expenses per applicant for 1st-3d Q(1.3) |  |  |
| 11/19/2002 LMF | telephone conference with Susan, Holme re: response to request for review of draft of order(.1); t./c with Luisa re: request for revisions for 5th Q spreadsheet and draft order(.2) | 0.30 | 45.00 |
| LMF | draft e-mail to Warren re: request for amended 5th Qfinal report for Klett(.3); e-mail to Warren re: request for amended 5thQ final report for Carella Byrne(.2);e-mail to Warren re: request for amended 5th Qfinal report for Kramer(.3);e-mail to Warren re: request for amended 5th Q final report for Pitney(.2);e-mail to Warren re: request for amended 5thQ final report for Steptoe(.2);e-mail to Warren re: request for amended 5th Q final report for Reed(.1);e-mail to Warren re: request for amended 1st-3d Q final report for Holme(.2);e-mail to Warren re: request for amended 1st-3d Q final report for Kramer(.3);e-mail to Warren re: request for amended 1st-3d Q final report for Tersigni(.1);e-mail to Warren re: request for amended 1st-3d Q final report for Wallace(.4);e-mail to Warren re: request for amended 1st-3d Q final report for Strook(.1);e-mail to Warren re: request for amended 1st-3d Q final report for Nelson(.1);e-mail to Warren re: request for amended 1st-3d Qfinal report for Pachulski(.2);e-mail to Warren re: request for amended 1st-3d Q final report for Pitney(.5);e-mail to Warren re: request for amended 1st-3d Q final report for Reed(.1);e-mail to Warren re: request for amended 1st-3d Q final report for Blackstone(.2) | 3.30 | 495.00 |
| LMF | draft e-mail to Toni, Kirkland and Paula, Pachulski re:presentment of 5th Q Omnibus order to the court | 0.30 | 45.00 |
| LMF | research on PACER regarding ECF filing of 5th Q interim quarterly fee application for Klett Rooney | 0.30 | 45.00 |
| CAM | Electronic filing with court of amended final reports for Stroock for the 1-3rd Interim | 0.40 | 44.00 |
| CAM | Electronic filing with court of amended final reports for Kramer for the 2-3rd Interim | 0.30 | 33.00 |
| CAM | Electronic filing with court of amended final reports for Holme for the 1st Interim | 0.20 | 22.00 |
| CAM | Electronic filing with court of amended final reports for Tersigni for the 1st -3rd Interim | 0.40 | 44.00 |

W.R. Grace & Co.                                                                                    Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/19/2002 | CAM | Electronic filing with court of amended final reports for Wallace for the 1st -3rd Interim | 0.30 | 33.00 |
|  | CAM | Electronic filing with court of amended final reports for Nelson for the 2-3rd Interim | 0.30 | 33.00 |
|  | CAM | Electronic filing with court of amended final reports for Reed for the 1-3rd Interim | 0.10 | 11.00 |
|  | CAM | Electronic filing with court of amended final reports for Steptoe for the 2-3rd Interim | 0.20 | 22.00 |
|  | CAM | Electronic filing with court of amended final reports for Pachulski for the 1-3rd Interim | 0.30 | 33.00 |
|  | CAM | Electronic filing with court of amended final reports for Pachulski for the 1-3rd Interim | 0.30 | 33.00 |
|  | CAM | Electronic filing with court of amended final reports for Pitney for the 1-3rd Interim | 0.20 | 22.00 |
|  | JBA | Electronic filing with Courts of Final Reports Amended 5th Interim for Hamilton (.3), Klett (.3), Kramer (.2), Reed (.1). | 0.90 | 36.00 |
| 11/20/2002 | WHS | conference with LaVern Ferdinand re spreadsheets, orders | 0.30 | 82.50 |
|  | WHS | draft e-mail to Janet Beir re orders and objections | 0.20 | 55.00 |
|  | WHS | draft e-mail to Rita Tobin re response re Caplin | 0.20 | 55.00 |
|  | WHS | draft amended final report re Steptoe | 0.20 | 55.00 |
|  | WHS | draft amended final report re Pachulski | 0.20 | 55.00 |
|  | DTW | Conference with L. Ferdinand re balancing spreadsheet (.3); review Bilzin final report because of descrepancy in expenses for 5th interim period (.6); conference with L. Ferdinand re same (.1); review Blackstone figures re same (1.1). | 2.10 | 283.50 |

W.R. Grace & Co.                                                                                          Page    15

|  |  | | **Hours** | **Amount** |
|---|---|---|---|---|
| 11/20/2002 | LMF | follow-up e-mail to Warren re: request for amended 1st-3d Q final report for Pachulski(.2);follow-up e-mail to Warren re: request for amended 1st-3d Q final report forPitney(.3);follow-up e-mail to Warren re: request for amended 1st-3d Q final report for Steptoe(.1); follow-up e-mail to Warren re: request for amended 1st-3d Qfinal report for Wallace(.2); email to Toni re: footnote format for Ominibus order for 1st-3d(.1); email to Paula, Pachulski and Toni, Kirkland re:presentment of Omnibus order for 1st-3d Qs; copy to applicants(.2) | 1.10 | 165.00 |
|  | LMF | telephone conference Rose, Strook re:expert witness expenses for 5th Q(.3); t/c with Luisa, Bilzin re:expenses for Bilzin for the 5th Q(.2); t/c with Toni, Kirkland re:footnoting Omnibus Order for 1st -3d Qs(.1) | 0.60 | 90.00 |
|  | LMF | revise draft of 5th Q PC summary report for requested fees  and expenses for the quarter per applicant to identify reconcilable amounts(2.7); revise draft of 3d Q PC summary report for requested fees  and expenses for the quarter and cumulative amounts per applicant to identify reconcilable amounts(3.1); revise draft of 2d Q PC summary report for requested fees and expenses for the quarter per applicant to identify reconcilable amounts(1.2); revise draft of 1st Q PC summary report for requested fees and expenses for the quarter per applicant to identify reconcilable amounts(1.3); | 8.30 | 1,245.00 |
|  | LMF | continue to draft Omnibus Order fee application detail for allowed fees  and expenses per applicant for 1st-3d Q | 0.80 | 120.00 |
|  | BSR | draft amended final report for Pitney, Hardin, Kipp & Szuch for First, Second and Third Interim Periods | 4.10 | 820.00 |
| 11/21/2002 | WHS | draft final report re Caplin | 0.50 | 137.50 |
|  | WHS | detailed review of, and approval of, draft orders approving fees | 0.20 | 55.00 |
|  | WHS | telephone conference with Patty, Pachulski paralegal re final reports | 0.10 | 27.50 |
|  | WHS | draft e-mails to Rachel Bello re amended final reports | 0.20 | 55.00 |
|  | WHS | telephone conference with Roger Higgins re Kirkland | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                          Page    16

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/21/2002 | WHS | telephone conference with Ralph Sianni re Duane Morris conflict time | 0.20 | 55.00 |
|  | WHS | draft final report re Caplin | 0.50 | 137.50 |
|  | WHS | detailed review of, and approval of, draft orders approving fees | 0.20 | 55.00 |
|  | WHS | telephone conference with Patty, Pachulski paralegal re final reports | 0.10 | 27.50 |
|  | WHS | draft e-mails to Rachel Bello re amended final reports | 0.20 | 55.00 |
|  | WHS | telephone conference with Roger Higgins re Kirkland | 0.20 | 55.00 |
|  | WHS | telephone conference with Ralph Sianni re Duane Morris conflict time | 0.20 | 55.00 |
|  | LMF | draft e-mail to Kristen, Pitney re: revision to order for 1st-3d Q fees requested amounts(.1); review email from Muha, Reed and respond re:fees requested in order for 5th Q(.3); review and respond to Rita, Caplin re: request for initial report for 5thQ(.3); email Toni, Kirkland re: revisions to order amending docket numbers(.4); | 1.10 | 165.00 |
|  | LMF | continue to revise draft of order for revision to 1st Q fees requested for Bilzin(.4); revise draft of PC summary report for 5thQ cumulative fees per applicant(2.7) and add footnotes for 5th Q PC spreadsheet(.3); reconcile totals in PC spreadsheet between PC totals for quarter and cumulative fees and expenses and fee application total fees and expenses for 3d Q(.8) and add footnotes for 3d Q (.2);revise draft of PC summary for cumulative amounts for 2d Q(.5); review amounts for 1st Q (.4) and add footnotes for 1st Q spreadsheet(.1); reformat PC spreadsheet for 5thQ for ECF filing(.2); reformat PC spreadsheet for 3d Q for ECF filing(.3); same for 1st Q and 2d Q PC summary spreadsheets(.4) | 6.30 | 945.00 |
|  | LMF | telephone conference with Kathleen, Campbell re:order and committee's 1st-3d total fees | 0.30 | 45.00 |
|  | KRY | Detailed review of BDO Seidman's 14th Monthly Interim Fee Application (3.5). | 3.50 | 350.00 |

W.R. Grace & Co.

Page    17

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/21/2002 | JBA | Electronic filing with Courts of Final Report 5th Interim for Caplin (.6) | 0.60 | 24.00 |
| 11/22/2002 | WHS | receive and review e-mails from Paula Galbraith and Scotta McFarland re Pachulski fees, and review Pachulski final report | 0.30 | 82.50 |
| | WHS | conference with LaVern Ferdinand re spreadsheets | 0.30 | 82.50 |
| | WHS | telephone conference with Ralph Sianna re Duane Morris fees for conflict checks | 0.10 | 27.50 |
| | WHS | left detailed telephone voicemail for Scotta McFarland re Pachulski fees | 0.10 | 27.50 |
| | WHS | receive, review, and respond to e-mail from Paula Galbraith re hearing | 0.10 | 27.50 |
| | WHS | telephone conference with Scotta McFarland re Pachulski fees re paper flow | 0.20 | 55.00 |
| | WHS | telephone conference with Scotta McFarland and Paula Galbraith re spreadsheets, orders | 0.30 | 82.50 |
| | WHS | draft e-mail to Scotta McFarland re Pachulski agreement | 0.20 | 55.00 |
| | DTW | Short conference with L. Ferdinand re Steptoe figures. | 0.20 | 27.00 |
| | LMF | continue to revise draft of PC summary report for 5thQ cumulative fees per applicant(1.8); reformat 5th Q for PC spreadsheet for filing(.5); same for 1st, (.1); same for 2dQ(.2) ,same for 3d Q PC summary reports(.3); | 2.90 | 435.00 |
| | LMF | telephone conference with Mark Huford, Campbell re:draft order amounts for PI committee | 0.30 | 45.00 |
| | LMF | draft e-mail to S. Haag, Holmes re:discrepancy between draft order and final report(.3); emails to Paula, Pachulski re:revised drafts of PC summary reports for filing(.4) | 0.70 | 105.00 |
| | KRY | Continued review of BDO Seidman's 14th Monthly Interim Fee Application (3.2); prepare draft summary of BDO Seidman's 8/02 monthly fee statement (2.7). | 5.90 | 590.00 |

W.R. Grace & Co.                                                                                    Page    18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/24/2002 | WHS | receive, review, and respond to e-mails from Scotta McFarland re Pachulski fees, hearings | 0.20 | 55.00 |
|  | KRY | Continued preparation of draft summary of BDO Seidman's 8/02 monthly fee statement (4.2). | 4.20 | 420.00 |
| 11/25/2002 | WHS | prepare for and attend hearing on fee applications by telephone | 1.10 | 302.50 |
|  | WHS | telephone conference with Will Sparks re order, etc. | 0.20 | 55.00 |
|  | GG | detailed review of reed smith september 2002 fee invoice | 3.80 | 475.00 |
|  | SLB | Begin summary of July 02 Kirkland & Ellis - 4.2 hrs | 4.20 | 420.00 |
|  | JAW | detailed review of Holme Roberts July, 2002, monthly invoice (3.8); draft summary of same (1.3) | 5.10 | 688.50 |
|  | JAW | detailed review of Holme Roberts August, 2002, monthly invoice (5.8); draft summary of same (0.7) | 6.50 | 877.50 |
|  | KRY | Detailed review of Reed Smith LLP's 8/02 application for compensation. | 6.80 | 680.00 |
| 11/26/2002 | WHS | draft e-mail to LaVern Ferdinand re Nelson | 0.20 | 55.00 |
|  | WHS | telephone conference with Will Sparks re fee auditor order, etc. | 0.20 | 55.00 |
|  | WHS | left detailed telephone voicemail for Janet Baer re hearing | 0.10 | 27.50 |
|  | WHS | left detailed telephone voicemail for Scotta McFarland re hearing | 0.10 | 27.50 |
|  | WHS | receive, review, and respond to e-mail from Elizabeth Flaagen re hearing | 0.10 | 27.50 |
|  | SLB | continued review of July 02 Kirkland & Ellis interim fee app. - 3.2 hrs. | 3.20 | 320.00 |

W.R. Grace & Co.                                                                                    Page    19

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/26/2002 | JAW | detailed review of Holme Roberts September, 2002, monthly invoice (4.9); draft summary of same (1.9) | 6.80 | 918.00 |
| | JAW | detailed review of Wallace King July, 2002, monthly invoice (1.9). | 1.90 | 256.50 |
| | ESN | detailed review of Reed Smith, July 1 - 31, 02 interim. | 1.60 | 160.00 |
| | ESN | detailed review of Pitney, Hardin, Kipp & Szuch, july 1-31, 02 interim | 2.00 | 200.00 |
| | ESN | detailed review of FTI, Plicano & Manges, Jul - Sep 02 interim | 2.40 | 240.00 |
| | GG | detailed review of  reed smith september 2002 fee invoice | 1.10 | 137.50 |
| | GG | detailed review of kirkland & ellis august 2002 fee invoice | 1.40 | 175.00 |
| | GG | detailed review of caplin & drysdale july 2002 fee invoice | 1.60 | 200.00 |
| | LMF | draft e-mail to Karen, Nelson re:amended final report for 1st-3d Q | 0.20 | 30.00 |
| | LMF | detailed review of applications and final report to resolve discrepancy between Omnibus Order for 1st-3d fees allowed for Nelson Mullins | 0.80 | 120.00 |
| | KRY | Continued review of Reed Smith LLP's 8/02 application for compensation. | 6.50 | 650.00 |
| 11/27/2002 | SLB | Continued review of July 02 Kirkland & Ellis interim fee app - (4.3 hrs.) | 4.30 | 430.00 |
| | WHS | receive, review, and respond to e-mail from Scotta McFarland re notice | 0.10 | 27.50 |
| | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| | DTW | Conference with S. Bossay re Kirkland & Ellis fee application (.4). | 0.40 | 54.00 |

W.R. Grace & Co.                                                                                    Page    20

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/27/2002 | JAW | draft summary of Wallace King July, 2002, monthly invoice (0.9). | 0.90 | 121.50 |
| | JAW | detailed review of Wallace King August, 2002, monthly invoice (2.4); draft summary of same (0.5). | 2.90 | 391.50 |
| | JAW | detailed review of Wallace King September, 2002, monthly invoice (3.8); draft summary of same (0.4). | 4.20 | 567.00 |
| | ESN | draft summary Reed Smith, July 1 - 31, 02 | 1.00 | 100.00 |
| | ESN | draft summary Pitney, Hardin, Kipp & Szuch, July 1 - 31, 02 | 1.10 | 110.00 |
| | ESN | draft summary FTI, Policano & Manges, Jul - Sep 02 | 2.00 | 200.00 |
| | WHS | receive, review, and respond to e-mail from Scotta McFarland re notice | 0.10 | 27.50 |
| | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| | KRY | Prepare draft summary of Reed Smith LLP's 8/02 monthly fee statement. | 4.20 | 420.00 |
| 11/28/2002 | CC | Detailed review of Kirkland & Ellis 8/02 fee application. | 1.70 | 204.00 |
| 11/29/2002 | SLB | Competed summary of Kirkland & Ellis July 02 interim app - (2.8 hrs.) | 2.80 | 280.00 |
| | JAW | detailed review of Legal Analysis July , 2002, monthly invoice (2.1); draft summary of same (0.9). | 3.00 | 405.00 |
| | JAW | detailed review of Legal Analysis August, 2002, monthly invoice (1.1); draft summary of same (0.5). | 1.50 | 202.50 |
| | JAW | detailed review of Legal Analysis September, 2002, monthly invoice (0.9); draft summary of same (0.1). | 1.00 | 135.00 |
| | ESN | detailed review of PSZY&J, July - Sep 02 interim. | 1.50 | 150.00 |

W.R. Grace & Co.                                                                                          Page    21

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/29/2002 | ESN | detailed review of CBBG, Carella, Byrene, Bain, Jul - Sep 02 interim. | 1.60 | 160.00 |
|  | KRY | Continued preparation of draft summary of Reed Smith LLP's 8/02 monthly fee statement. | 6.40 | 640.00 |
| 11/30/2002 | JAW | detailed review of L. Tersigni July  2002, monthly invoice (2.3); draft summary of same (1.0). | 3.30 | 445.50 |
|  | JAW | detailed review of L. Tersigni August 2002, monthly invoice (0.9); draft summary of same (0.2). | 1.10 | 148.50 |
|  | JAW | detailed review of L. Tersigni September 2002, monthly invoice (1.9); draft summary of same (0.3). | 2.20 | 297.00 |
|  | KRY | Continued draft of Reed Smith 8/02 monthly fee statement (3.5);  review and revisions to same (2.5). | 6.00 | 600.00 |

**For professional services rendered**                                               **284.30 $41,540.00**

Additional Charges :

|  | Price |  |
|---|---|---|
| Copying cost | 0.15 | 105.30 |
| Third party copies & document prep/setup. | 118.79 | 118.79 |
| Copying cost | 0.15 | 68.25 |
| Third party copies & document prep/setup. | 71.99 | 71.99 |
| Third party copies & document prep/setup. | 85.63 | 85.63 |
| Third party copies & document prep/setup. | 52.28 | 52.28 |

W.R. Grace & Co.                                                                                    Page    22

|                                                      | Price  | Amount |
|------------------------------------------------------|--------|--------|
| Third party copies & document prep/setup.            | 77.72  | 77.72  |
| Third party copies & document prep/setup.            | 344.19 | 344.19 |
| Third party copies & document prep/setup.            | 163.76 | 163.76 |
| Postage                                              | 179.05 | 179.05 |
| Long distance charges                                | 19.98  | 19.98  |

**Total costs**                                                             **$1,286.94**

**Total amount of this bill**                                               **$42,826.94**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Amber L Willingham | 15.60 | 190.00 | $2,964.00 |
| Bobbi S. Ruhlander | 4.10 | 200.00 | $820.00 |
| Cheryl A McKinnon | 6.50 | 110.00 | $715.00 |
| Colleen Canion | 1.70 | 120.00 | $204.00 |
| Doreen T Williams | 51.10 | 135.00 | $6,898.50 |
| Eugenia S. Nichols | 13.20 | 100.00 | $1,320.00 |
| Gloria Garcia (Linda) | 11.50 | 125.00 | $1,437.50 |
| James A Wehrmann | 40.40 | 135.00 | $5,454.00 |
| Jeff B. Allgood | 5.30 | 40.00 | $212.00 |
| Kristi R. Young | 43.50 | 100.00 | $4,350.00 |
| Lavern Ferdinand | 43.40 | 150.00 | $6,510.00 |
| Mark W Steirer | 0.10 | 200.00 | $20.00 |
| Stephen L. Bossay | 14.50 | 100.00 | $1,450.00 |
| Warren H Smith | 33.40 | 275.00 | $9,185.00 |