## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **W. R. GRACE & CO., et al.**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | | Objection Deadline August 26, 2002 at 4:00 p.m. |

## NO ORDER REQUIRED -
## AMENDED CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 2495

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Fifteenth Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

**Creditors for the Period from June 1, 2002 through June 30, 2002,** (the "Application") [Docket No. 2495] filed on August 5, 2002.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon.   Pursuant to the Notice of Filing of the Fifteenth Monthly Fee Application, objections to the Application were to be filed and served no later than August 26, 2002 at 4:00 p.m.

A corresponding Certificate of No Objection ("Certification") to this Application was filed on September 16, 2002.  The expenses reflected in that Certification did not include those expenses payable to Chamber Associates in the amount of $114,666.72.

[REMAINDER OF THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

WLM\168451.1

Pursuant to the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* [Docket No. 1949], and upon the filing of this Amended Certificate of No Objection, the Debtors are authorized and required to pay the remaining unpaid expenses (totaling $114,666.72) requested in the Application.

Dated: December 13, 2002          STROOCK & STROOCK & LAVAN LLP
                                  Lewis Kruger
                                  Kenneth Pasquale
                                  Arlene G. Krieger
                                  180 Maiden Lane
                                  New York, New York 10038-4982
                                  Telephone:   (212) 806-5400
                                  Facsimile:   (212) 806-6006
                                  Email:       lkruger@stroock.com
                                               kpasquale@stroock.com
                                               akrieger@stroock.com

                                  - and –


                                  Michael R. Lastowski (DE I.D. No. 3892)
                                  Richard W. Riley (DE I.D. No. 4052)
                                  DUANE MORRIS LLP
                                  1100 N. Market Street, Suite 1200
                                  Wilmington, DE 19801-1246
                                  Telephone:   (302)-657-4900
                                  Facsimile:   (302)-657-4901
                                  Email:       mlastowski@duanemorris.com
                                               rwriley@duanemorris.com

                                  *Co-Counsel for the Official
                                  Committee of Unsecured Creditors*