UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br>Debtors, | Chapter 11 <br><br> Bankruptcy No. 01-01139 (JFK) <br><br> (Jointly Administered) |

**SUMMARY OF SECOND MONTHLY APPLIATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002</u>**

Name of Applicant:                                Elzufon Austin Reardon Tarlov & Mondell

Authorized to provide
Professional services to:                         Zonolite Attic Insulation Clamants

Date of retention:                                July 22, 2002

Period for which compensation                     October 1, 2002 through
and reimbursement is sought:                      October 31, 2002

Amount of compensation sought
as actual reasonable and necessary:               $1,998.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                        $171.59

This is a:       __X___ Monthly         _____Interim         _____Final Application

Prior Application Filed:                          Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | | |
| | | | | | |

As indicated above, this is the second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $330.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 7.70 | $1,694.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | 1.60 | $304.00 |
| | | | | | | |
| | | TOTALS | | | 9.30 | $1,998.00 |

No paraprofessionals rendered professional services in these cases during the fee period.

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 0 | $0.00 |
| | | | | | | |
| | | TOTALS | | | | |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 4.1 Hours | $854.00 |
| 12-Fee Application, Others | 5.2 Hours | $1,144.00 |
| TOTALS | 9.3 Hours | $1,998.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $68.09 |
| In-House Duplicating / Printing ($.15 per page) | $103.50 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $171.59 |

Dated:  Wilmington, Delaware
December 13, 2002

                                     ELZUFON, AUSTIN, REARDON, TARLOV
                                     & MONDELL, PA

                                     */s/ William D. Sullivan*

William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

- 4 -

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In Re: W.R. GRACE & CO., et al., | Chapter 11 |
|---|---|
| Debtors, | Bankruptcy No. 01-01139 (JFK) |
| | (Jointly Administered) |

**FEE DETAIL FOR INTERIM FEE APPLICATION OF
ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.,
FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

```
                                                          Page:      2
    ZAI  Plaintiffs                                       10/31/2002
                                              Client Nc~  220305-11221M
                                              Statement aN  184025

    W.R. Grace & Companies, et al. CA
    No. 01-1139 A-O1-771
```

|  |  | Hours |  |
|---|---|---|---|
| WDS | Phone conference with co-counsel regarding filing of fee applications. | 0.20 | |

10/30/02

| | | | |
|---|---|---|---|
| WDS | Review fee application requirements and forward to co-counsel. | 0.80 | |

10/31/02

| | | | |
|---|---|---|---|
| WDS | Phone conference with co-counsel; review procedures and applicable orders, prepare first monthly fee application. | 2.60 | |
| WDS | Phone conference with co-counsel; review and revise monthly fee application of co-counsel and prepare for filing. | 1.30 | |
| | For Current Services Rendered | 9.30 | 1,998.00 |

### Recapitulation

| Timekeeper | Title | Hours | Rto | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 7.70 | $220.00 | $1,694.00 |
| Charles J. Brown | Associate | 1.60 | 190.00 | 304.00 |

### Expenses

| | | |
|---|---|---|
| 10/16/02 | Photocopies (@ $.15) | 6.60 |
| 10/28/02 | Photocopies (@ $.15) | 9.90 |
| 10/30/02 | Photocopies (@ $.15) | 87.00 |
| | Total Expenses | 103.50 |

### Advances

| | | |
|---|---|---|
| 10/16/02 | Courier fee Federal Express | 10.62 |
| 10/16/02 | Courier fee Federal Express | 11.60 |
| 10/16/02 | Courier fee Federal Express | 8.18 |
| 10/16/02 | Courier fee Federal Express | 7.69 |
| 10/31/02 | Courier fee Tristate Courier & Carriage | 30.00 |
| | Total Advances | 68.09 |
| | Total Current Work | 2,169.59 |
| | Balance Due | $ 2,169.59 |

```
                Elzufon, Austin, Reardon, Tarlov & Mondell, P. .
                              E.I. # 51-0298668
                                P.O. Box 1630
                             Wilmington, DE 19899

                                (302) 428-3181
```

Page. 1

ZAI Plaintiffs                                                     10/31/2002

Richardson Patrick Westbrook            Client      N c: 220305-11221M

174 East Bay Street                     Statement N c:        184025

Charleston SC 29401

'I

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-O1-771

Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/16/02 | CJB | Review and revise Notice of Discovery; review discovery; file and serve Notice of Discovery. | 1.60 |
| 10/24/02 | WDS | Phone conference with co-counsel regarding items for hearing; E-mail to clerk's office regarding participation by telephone. | 0.30 |
|  | WDS | Phone conference with co-counsel; review fee application obligations; forward information to co-counsel. | 0.50 |
|  | WDS | Review scheduling order issued by Court; forward to co-counsel. | 0.30 |
|  | WDS | Review agenda regarding matters scheduled for hearing. | 0.20 |
| 10/25/02 | WDS | Review notice of continuation of hearing; forward to co-counsel. | 0.20 |
|  | WDS | Phone conference with counsel for Debtors; E-mail to co-counsel regarding telephonic participation. | 0.20 |
| 10/29/02 | WDS | Review Armstrong opinion on indirect testing method; letter to all counsel regarding same. | 0.70 |
|  | WDS | Review schedule of hearing dates and objection deadlines; phone conference with counsel for Debtors regarding basis for schedule; draft letter to co-counsel regarding same. | 0.40 |

- 5 -

**CERTIFICATE OF SERVICE**

   I, William D. Sullivan, Esquire, hereby certify that on December 13, 2002, service of the foregoing

- **SECOND MONTHLY APPLIATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated:  Wilmington, Delaware
    December 13, 2002

                 */s/ William D. Sullivan*
                 **WILLIAM D. SULLIVAN**

Laura David Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

- 6 -

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899