**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Case No. 01-01139 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

**CERTIFICATION OF COUNSEL RE: THE VERIFIED APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE INTERIM PERIOD FROM JULY 23, 2002 THROUGH SEPTEMBER 30, 2002 (DOCKET NO. 3017)**

The undersigned counsel hereby certifies as follows with respect to the Verified Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") for Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel To The Zonolite Attic Insulation Claimants For The Interim Period From July 23, 2002 Through September 30, 2002 (Docket No. 3317) (the "Application"). [1]

1. On or about November 18, 2002, the Application was served upon all interested parties.

2. No formal Objections were filed to the Application. However, EARTM was contacted by the Trustee regarding the fact that EARTM's fee detail showed photocopy charges billed at $.20 per page, instead of the rate of $.15 provided for under the local rules.

---

[1] The application was filed as a monthly application under the Court's Amended Administrative Order for fee applications filed in this case on April 17, 2002, even though it covers the period from July 22, 2002 to September 30, 2002. This is because the Order approving the retention of Elzufon Austin Reardon Tarlov & Mondell, P.A. as Additional Special Counsel to the ZAI Claimants, while effective as of July 22, 2002, was not entered until August 26, 2002. A separate Quarterly Fee Application covering the period from July 1, 2002 through September 30, 2002 has been filed (Docket No. 3019) and will be considered at the March 17, 2003 hearing in this case.

3. Accordingly, EARTM has agreed to voluntarily reduce its request for reimbursement of expenses from $ 692.54 to $ 595.74, to reflect the reduced photocopy charge.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $ 4,590.40, which represents 80% of the fees requested in the application ($ 5,738.00) and $ 595.74, which represents 100% of the expenses requested in the Application (after reducing the photocopy charges) for the period July 22, 2002 through September 30, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: December 13, 2002

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, PA

  /s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on December 13, 2002, service of the foregoing

- **CERTIFICATE OF COUNSEL RE: DOCKET NO. 3017**

was made upon the attached Service List via hand delivery and first class mail.

Dated:  Wilmington, Delaware
December 13, 2002

> */s/ William D. Sullivan*
> William D. Sullivan

SERVICE LIST

Laura David Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire  
Julie W. Davis, Esquire  
Trevor W. Swett, III, Esquire  
Nathan D. Finch, Esquire  
Caplin & Drysdale, Chartered  
One Thomas Circle, NW  
Washington, DC  20005  

James J. Restivo, Jr., Esquire  
Reed Smith, LLP  
435 Sixth Avenue  
Pittsburgh, PA  15219-1886  

Mark D. Collins, Esquire  
Deborah E. Spivack, Esquire  
Richards, Layton & Finger  
One Rodney Square  
P.O. Box 551  
Wilmington, DE  19899  

William J.A. Sparks, Esquire  
W.R. Grace & Company  
919 N. Market, Suite 460  
Wilmington, DE  19899