IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates in the above-captioned proceeding as shown on the schedule attached hereto as Exhibit "A".

Dated: December 16, 2002

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## 2003 Omnibus Hearing Dates and Filing and Objection Deadlines

| Omnibus Hearing Dates | Filing Deadlines[*] | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 27, 2003 at 12:00 p.m. | 12/23/03 | 01/10/03 | 01/13/03 | 01/20/03 |
| February 24, 2003 at 12:00 p.m. | 01/20/03 | 02/07/03 | 02/10/03 | 02/17/03 |
| March 17, 2003 at 12:00 p.m. (Sixth Quarterly Fee Hearing) | 02/10/03 | 02/27/03 | 03/03/03 | 03/10/03 |
| April 28, 2003 at 12:00 p.m. | 03/24/03 | 04/11/03 | 04/14/03 | 04/21/03 |
| May 19, 2003 at 12:00 p.m. | 04/14/03 | 05/02/03 | 05/05/03 | 05/12/03 |
| June 17, 2003 at 12:00 p.m. (Seventh Quarterly Fee Hearing) | 05/13/03 | 05/30/03 | 06/3/03 | 06/10/03 |
| July 28, 2003 at 12:00 p.m. | 06/23/03 | 07/11/03 | 07/14/03 | 07/21/03 |
| August 25, 2003 at 12:00 p.m. | 07/21/03 | 08/08/03 | 08/11/03 | 08/18/03 |
| September 22, 2003 at 12:00 p.m. (Eighth Quarterly Fee Hearing) | 08/18/03 | 09/05/03 | 09/08/03 | 09/15/03 |
| October 27, 2003 at 12:00 p.m. | 09/22/03 | 10/10/03 | 10/13/03 | 10/20/03 |
| November 17, 2003 at 12:00 p.m. | 10/13/03 | 10/31/03 | 11/03/03 | 11/10/03 |
| December 15, 2003 at 12:00 p.m. hearing in Pittsburgh, PA (Ninth Quarterly Fee Hearing) | 11/10/03 | 11/28/03 | 12/01/03 | 12/08/03 |

---

[*] The Filing Deadline set forth applies to a motion requiring fifteen (15) days notice and includes three (3) days for service by mail. The Filing Deadline is subject to change depending on the type of motion filed and the means of service of the motion. For example, in the event that the motion being filed requires twenty (20) days notice, the Filing Deadline is twenty days prior to the Objection Deadline with respect to such motion. In the event that a motion being filed requires fifteen (15) days notice and is served by hand delivery on the date of the filing, no additional time need be added for service.

91100-001\DOCS_DE:55485.3