**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 3, 2002

Bill Number 49291
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through October 31, 2002

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/22/02 | To in-house counsel on 10/7/02 | 13.84 |
| 10/22/02 | To Robert M Turkewitz from MTM on 10/2/02 | 51.73 |
| 10/22/02 | To Robert M Turkewitz from MTM on 9/25/02 | 1,784.43 |
| 10/22/02 | To Matthew T Murphy from John L Heberling on 9/27/02 | 136.61 |
| | | $1,986.61 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 10/18/02 | MERRILL CORPORATION - copies identified by plaintiffs team during week 2 at repository (partial invoice) plaintiffs to pay 1/2 | 1,010.00 |
| | | $1,010.00 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/01/02 | 2 copies. | 0.24 |
| 10/01/02 | 3 copies. | 0.36 |
| 10/10/02 | 3 copies. | 0.36 |
| 10/10/02 | 1 copy. | 0.12 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

PHOTOCOPYING

| | | |
|---|---|---:|
| 10/10/02 | 5 copies. | 0.60 |
| 10/15/02 | 1 copy. | 0.12 |
| 10/21/02 | 13 copies. | 1.56 |
| 10/22/02 | 6 copies. | 0.72 |
| 10/22/02 | 129 copies | 15.48 |
| 10/22/02 | 4 copies. | 0.48 |
| 10/23/02 | 16 copies. | 1.92 |
| 10/24/02 | 25 copies. | 3.00 |
| | | $24.96 |

TELEPHONE

| | | | |
|---|---|---|---:|
| 08/26/02 | ARA | 3038660478 | 2.71 |
| 08/27/02 | ARA | 3038660478 | 6.77 |
| 08/28/02 | ARA | 3038660478 | 0.68 |
| 08/29/02 | ARA | 9174461698 | 0.68 |
| 08/29/02 | ARA | 9174461698 | 3.39 |
| 08/29/02 | ARA | 9174461698 | 4.06 |
| 08/30/02 | ARA | 5613621682 | 1.36 |
| 08/30/02 | ARA | 5613621682 | 0.68 |
| 09/05/02 | ARA | 5613621682 | 1.48 |
| 09/06/02 | ARA | 3038660478 | 5.16 |
| 09/09/02 | ARA | 5613621533 | 3.69 |
| 09/09/02 | ARA | 4122883131 | 0.74 |
| 09/09/02 | ARA | 4122883131 | 9.58 |
| 09/13/02 | ARA | 2122529700 | 6.64 |
| 10/01/02 | 357 | 4122883063 | 0.46 |
| 10/01/02 | 357 | 8432166509 | 0.46 |
| 10/07/02 | 357 | 4067527124 | 0.46 |
| 10/07/02 | 357 | 4067527124 | 0.46 |
| 10/07/02 | 357 | 4067527124 | 0.46 |
| 10/10/02 | 329 | 5613621533 | 1.24 |
| 10/10/02 | 329 | 5613621533 | 1.14 |
| 10/11/02 | 329 | 3035239020 | 0.44 |
| 10/11/02 | 357 | 5613621583 | 0.92 |
| 10/22/02 | 351 | 4122883063 | 0.92 |
| 10/23/02 | ARA | 3034178519 | 1.48 |
| 10/23/02 | ARA | 3034178519 | 1.48 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 10/23/02 | ARA | 3034178519 | 1.48 | |
| | | | | $59.02 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/29/02 | Rent and utilities for document repository at One Winthrop Square - October 2002 | 12,919.44 | |
| | | | $12,919.44 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 10/18/02 | RECORDKEEPER ARCHIVE - monthly storage fee (10/02) | 388.80 | |
| 10/25/02 | Reimbursed for outside photocopying by Richardson, Patrick, Westbrook & Brickman, LLC on 10/9/02 (Merrill Invoice #I52591) | -505.00 | |
| | | | $-116.20 |
| | | TOTAL DISBURSEMENTS | $15,883.83 |
| | | TOTAL THIS BILL | $15,883.83 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 3, 2002

Bill Number 49209
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through October 31, 2002

Re: Fee Applications, Applicant

**DISBURSEMENTS**

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/22/02 | FEDERAL EXPRESS CORP - To Scotta McFarland from RAM on 10/7/02 | 12.55 |
| | | $12.55 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/07/02 | 98 copies. | 11.76 |
| 10/28/02 | 10 copies. | 1.20 |
| 10/28/02 | 5 copies. | 0.60 |
| | | $13.56 |

TELEPHONE

| | | | |
|---|---|---|---|
| 10/01/02 | 357 | 5613621583 | 1.85 |
| 10/01/02 | 357 | 5613621583 | 1.85 |
| | | | $3.70 |

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $29.81 |
| TOTAL THIS BILL | $29.81 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 3, 2002

Bill Number 49210
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through October 31, 2002

Re: ZAI Science Trial

**DISBURSEMENTS**

EXCESS POSTAGE
| | | |
|---|---|---|
| 10/28/02 | 3.85 | |
| | | $3.85 |

OUTSIDE PHOTOCOPYING
| | | | |
|---|---|---|---|
| 10/18/02 | MERRILL CORPORATION - 1 copy set of repository boxes Eaton 41 and NB2 for local counsel (produced to plaintiffs) | 1,291.26 | |
| 10/18/02 | MERRILL CORPORATION - copies of slides, audio and video tape identified by plaintiffs at Winthrop Square (plaintiffs to pay 1/2) | 509.78 | |
| 10/18/02 | MERRILL CORPORATION - copies of 11 boxes from Winthrop Square for plaintiff's atty (plaintiff to pay in full) | 6,600.90 | |
| | | | $8,401.94 |

PHOTOCOPYING
| | | |
|---|---|---|
| 10/07/02 | 8 copies. | 0.96 |
| 10/07/02 | 8 copies. | 0.96 |
| 10/07/02 | 10 copies. | 1.20 |

Page 1

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

PHOTOCOPYING

| | | |
|---|---|---:|
| 10/21/02 | 8 copies. | 0.96 |
| 10/28/02 | 5 copies | 0.60 |
| 10/29/02 | 3 copies. | 0.36 |
| 10/30/02 | 16 copies. | 1.92 |
| 10/30/02 | 7 copies. | 0.84 |
| 10/30/02 | 2 copies. | 0.24 |
| 10/30/02 | 2 copies. | 0.24 |
| 10/30/02 | 4 copies. | 0.48 |
| 10/31/02 | 2 copies. | 0.24 |
| 10/31/02 | 60 copies. | 7.20 |
| 10/31/02 | 49 copies. | 5.88 |
| 10/31/02 | 51 copies. | 6.12 |

$28.20

TELEPHONE

| | | | |
|---|---|---|---:|
| 10/01/02 | ARA | 8437276673 | 1.48 |
| 10/07/02 | 357 | 8432166509 | 0.46 |
| 10/08/02 | 329 | 3038660478 | 0.64 |
| 10/08/02 | 329 | 4122883131 | 0.39 |
| 10/08/02 | 329 | 4122883131 | 0.55 |
| 10/10/02 | 329 | 8438342014 | 0.48 |
| 10/10/02 | 329 | 4122883131 | 0.57 |
| 10/17/02 | 308 | 4122884048 | 1.49 |
| 10/22/02 | 329 | 3038617000 | 1.51 |
| 10/28/02 | 357 | 8437276689 | 0.46 |

$8.03

MISCELLANEOUS

| | | |
|---|---|---:|
| 10/25/02 | Reimbursed for 1/2 the cost of Merrill invoice #154148 by Richardson, Patrick, Westbrook & Brickman, LLC. | -6,600.90 |
| 10/25/02 | Reimbursed for 1/2 the cost of Merrill invoice #154416 by Richardson, Patrick, Westbrook & Brickman, LLC. | -254.89 |

$-6,855.79

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $1,586.23 |
| TOTAL THIS BILL | $1,586.23 |