# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objection Deadline: January 6, 2002 at 4:00 p.m.** |
| | : | **Hearing Date: TBD only if necessary** |
| | : | |

## SUMMARY COVERSHEET TO NINETEENTH INTERIM FEE APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

Name of Applicant: **Pitney, Hardin, Kipp & Szuch LLP**

Authorized to Provide Professional Services to: **W. R. GRACE & CO.,** *et al.*

Date of Retention: **May 30, 2001 (*nunc pro tunc to* April 2, 2001)**

Period for which compensation and reimbursement is sought: **October 1, 2002 – October 31, 2002**

Amount of Compensation sought as actual, reasonable and necessary: **$26,061.00**

Amount of Expense Reimbursement Sought as actual, reasonable and necessary **$5,340.26**

This is a: **X** monthly __ quarterly interim __final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967  Amended Exhibit B October 30, 2001 #1050  CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00  Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28,2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

|  |  | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| Date Filed Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 — 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290. 00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000. 00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044. 40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867. 60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278. 00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058. 40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 (Objections due July 9, 2002; Hearing date August 26, 2002) | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved at 100% |
| November 14, 2002 #2977 (Objections due December 4, 2002) | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Pending | Pending |
| November 20, 2002 #3039 (Objections due | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Pending | Pending |

5

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 12/10/02) | | | | | |
| November 27, 2002 #3084 & #3087 (Objections due by 3/17/03; Hearing 3/17/03) | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Pending | Pending |
| Pending | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Pending | Pending |

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| PARTNERS | | | | |
| Anthony J. Marchetta | 1974 | 410.00 | 10.9 | $4,469.00 |
| Robert G. Rose | 1974 | 350.00 | 17.2 | $6,020.00 |
| Lawrence F. Reilly | 1965 | 335.00 | 0.6 | $201.00 |
| Donald W. Kiel | 1982 | 335.00 | 0.8 | $268.00 |
| Scott A. Zuber | 1987 | 295.00 | 0.8 | $236.00 |
| COUNSEL | | | | |
| John P. Scordo | 1988 | 270.00 | 12.2 | $3,294.00 |
| William S. Hatfield | 1993 | 240.00 | 30.8 | $7,392.00 |
| ASSOCIATES | | | | |
| Kathy Critchley | 1999 | 160.00 | 1.9 | $304.00 |
| Kristen M. Jasket | 2000 | 155.00 | 4.2 | $651.00 |
| PARAPROFESSIONALS | | | | |
| Douglas S. Florence | N/A | 90.00 | 1.7 | $153.00 |
| Sandra Purrington | N/A | 100.00 | 4.3 | $430.00 |
| Susan Parker | N/A | 90.00 | 11.4 | $1,026.00 |
| Dipali Patel | N/A | 110.00 | 14.7 | $1,617.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period October 1, 2002 through October 31, 2002** | | | **111.5 Total Hours** | **$26,061.00** |

**SUMMARY OF EXPENSES FOR THE FEE PERIOD**
**OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

| TYPE OF EXPENSE | |
|---|---|
| | |
| Computer-Assisted Research | $84.88 |
| Document-Access Facility | $2,864.00 |
| Duplicating | $489.30 |
| Telephone | $22.34 |
| Express Delivery | $84.22 |
| Travel and Miscellaneous Expense | $-96.00[2] |
| Facility Copying Expense | $398.02 |
| A.M. BEST Publication for insurance info. for reply brief | $227.30 |
| PD TRAVEL EXPENSES TO JERSEY CITY NJ; RGR; CK# 240891 | $12.00 |
| Paid Robert Cirillo for preparation of transcript of unofficial opinion #10501 S#3716 | $954.20 |
| Deposit for trial decision transcript #10501 S#3711 | $300.000 |
| **Grand Total Expenses for the Fee Period October 1, 2002 through October 31, 2002** | **$5,340.26** |

---

[2] W.R. Grace was given a $96.00 credit for travel and miscellaneous expenses for this period in the *Chapter 11 Administration* matter.

COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD
JULY 1, 2002 THROUGH SEPTEMBER 30, 2002

| PROJECT CATEGORIES | October 1 - October 2002 | TOTAL of April 2, 2001 - October 31, 2002 |
|---|---|---|
| 01 - Asset Analysis and Recovery | | $ 3,888.50 |
| 02 - Asset Disposition | | $ 13,881.00 |
| 03 - Business Operations | $ 9,886.00 | $ 74,583.50 |
| 04 - Case Administration | | $ 127,658.60 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | $ 430.00 | $ 430.00 |
| 08 - Employee Benefits/ Pension | | |
| 09 - Employment Applications, Applicant | | |
| 10 - Employment Applications, Others | | |
| 11 - Fee Applications, Applicant | | $ 37,045.00 |
| 12 - Fee Applications, Others | | $ 1,179.00 |
| 13 - Financing | $ 201.00 | $ 201.00 |
| 14 - Hearings | $ 13,276.00 | $ 61,491.50 |
| 15 - Litigation and Litigation Consulting. | | $ 766,006.10 |
| 16 - Plan and Disclosure Statement | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | | $ 185.50 |
| 18 - Tax Issues | $ 2,268.00 | $ 2,268.00 |
| 19 - Tax Litigation | | |
| 20 - Travel – Non Working | | |
| 21 - Valuation | | |
| 22 - ZAI Science Trial | | |
| 23 - ZAI Science Trial – Expenses | | |
| 24 - Other | | |
| 25 - Accounting/Auditing | | |
| 26 - Business Analysis | | |
| 27 - Corporate Finance | | |
| 28 - Data Analysis | | |
| **TOTAL - FEES** | $ 26,061.00 | $ 1,136,659.70 |
| **TOTAL - EXPENSES** | $ 5,340.26 | $ 162,432.16 |
| | | |
| **TOTAL FEES AND EXPENSES** | $ 31,401.26 | $ 1,299,091.86 |