# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| | : | **Objection Deadline: January 6, 2002 at 4:00 p.m.** |
| Debtors. | : | **Hearing Date: TBD only if necessary** |
| | : | |

## FEE DETAIL FOR PITNEY, HARDIN, KIPP AND SZUCH LLP'S NINETEENTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD
## OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action


| 10/09/02 | Follow up regarding briefing issues. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| | | | |
| 10/11/02 | Follow up regarding information on zonolite. | | |
| 14 | A. Marchetta | 0.7 | 287.00 |
| | | | |
| 10/11/02 | Assembling binder sets of cases cited in parties' appellate briefing, including comparison to tables of authorities to confirm accuracy of index of same and confirmation that correct cases were retrieved regarding preparation for oral argument. | | |
| 14 | S. Parker | 4.8 | 432.00 |
| | | | |
| 10/13/02 | Follow up regarding information for client regarding zonolite. | | |
| 14 | A. Marchetta | 0.5 | 205.00 |
| | | | |
| 10/14/02 | Continued assembling binder sets of cases cited in parties' appellate briefing, including comparison to tables of authorities to confirm accuracy of index of same and confirmation that correct cases were retrieved regarding preparation for oral argument. | | |
| 14 | S. Parker | 2.7 | 243.00 |
| | | | |
| 10/16/02 | Update the correspondence file and index of letters to the court. | | |
| 14 | D. Florence | 1.7 | 153.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| A. Marchetta | 1.50 | 410.00 | 615.00 |
| D. Florence | 1.70 | 90.00 | 153.00 |
| S. Parker | 7.50 | 90.00 | 675.00 |
| TOTALS | 10.70 | | 1,443.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.5 | 410.00 | 615.00 |
| D. Florence | 14 | 1.7 | 90.00 | 153.00 |
| S. Parker | 14 | 7.5 | 90.00 | 675.00 |
| TOTAL | | 10.7 | | 1,443.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 10/02/02 | Reviewed and updated Docket. | | |
| 18 | K. Jasket | 0.3 | 46.50 |
| 10/09/02 | Work with D. Patel regarding drafting August 2002 Fee Application. | | |
| 18 | K. Jasket | 0.4 | 62.00 |
| 10/09/02 | Reviewed prior fee applications for inclusion of invoices related to Gloucester New Communities matter. | | |
| 18 | K. Jasket | 0.2 | 31.00 |
| 10/09/02 | Reviewed emails from L. Ferdinand. | | |
| 18 | K. Jasket | 0.1 | 15.50 |
| 10/09/02 | Attention to forwarding response to Fee Auditor's Initial Report to L. Ferdinand. | | |
| 18 | K. Jasket | 0.1 | 15.50 |
| 10/09/02 | Telephone conference with L. Ferdinand. | | |
| 18 | K. Jasket | 0.1 | 15.50 |
| 10/09/02 | Meet with K. Jasket to discuss August fee application. | | |
| 18 | D. Patel | 0.3 | 33.00 |
| 10/09/02 | Review August billing in order to prepare fee application. | | |
| 18 | D. Patel | 0.8 | 88.00 |
| 10/10/02 | Review bills in order to prepare for fee application for August. | | |

3

| 18 | D. Patel | 0.7 | 77.00 |

10/11/02    Work with D. Patel regarding August 2002 Fee Application and project summary total amounts.

| 18 | K. Jasket | 0.5 | 77.50 |

10/11/02    Reviewed Order filed regarding charges of Ordinary Course Professionals and forwarded same to A. Marchetta.

| 18 | K. Jasket | 0.2 | 31.00 |

10/11/02    Revised July 2002 Fee Application and forward to A. Marchetta for review.

| 18 | K. Jasket | 0.5 | 77.50 |

10/11/02    Meet with K. Jasket to revise July figures.

| 18 | D. Patel | 1.3 | 143.00 |

10/11/02    Review August billing and categorize it for preparation of fee application.

| 18 | D. Patel | 1.3 | 143.00 |

10/12/02    Receipt and review of Order permitting fees and expenses for the 4th Quarter and forwarded same to A. Marchetta, S. Zuber and R. Rosen.

| 18 | K. Jasket | 0.3 | 46.50 |

10/15/02    Review billing entries in order to categorize for assistance in preparation of August 2002 fee application.

| 18 | D. Patel | 1.2 | 132.00 |

10/16/02    Attention to August 2002 fee application.

| 18 | D. Patel | 1.5 | 165.00 |

10/18/02    Draft August Fee Application.

| 18 | D. Patel | 2.4 | 264.00 |

10/22/02    Reviewed and updated docket.

| 18 | K. Jasket | 0.2 | 31.00 |

10/22/02    Reviewed and revised August 2002 Fee Application.

| 18 | K. Jasket | 0.4 | 62.00 |

10/23/02    Reviewed spreadsheets for 1st, 2nd, 3rd and 5th quarters for accuracy.

| 18 | K. Jasket | 0.4 | 62.00 |

10/25/02    Telephone call with Fee Auditor and follow up regarding fee issues and response.

| 14 | A. Marchetta | 0.6 | 246.00 |

| 10/28/02 | Review September time sheets to prepare September fee application. | | |
|----------|--------------------------------------------------------------------|-----|--------|
| 18 | D. Patel | 1.7 | 187.00 |

| 10/29/02 | Revised August 2002 fee application and forwarded to A. Marchetta for signature. | | |
|----------|----------------------------------------------------------------------------------|-----|-------|
| 18 | K. Jasket | 0.3 | 46.50 |

| 10/29/02 | Begin work on September Fee Application. | | |
|----------|------------------------------------------|-----|--------|
| 18 | D. Patel | 2.3 | 253.00 |

| 10/31/02 | Correspondence to S. McFarland regarding August 2002 Fee Application. | | |
|----------|-----------------------------------------------------------------------|-----|-------|
| 18 | K. Jasket | 0.2 | 31.00 |

| 10/31/02 | Continue to draft September 2002 fee application. | | |
|----------|---------------------------------------------------|-----|--------|
| 18 | D. Patel | 1.2 | 132.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|------|---------|
| A. Marchetta | 0.60 | 410.00 | 246.00 |
| K. Jasket | 4.20 | 155.00 | 651.00 |
| D. Patel | 14.70 | 110.00 | 1,617.00 |
| TOTALS | 19.50 | | 2,514.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| A. Marchetta | 14 | 0.6 | 410.00 | 246.00 |
| K. Jasket | 18 | 4.2 | 155.00 | 651.00 |
| D. Patel | 18 | 14.7 | 110.00 | 1,617.00 |
| TOTAL | | 19.5 | | 2,514.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 10/02/02 | Follow up regarding telephone calls with court. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |
| | | | |
| 10/04/02 | Work with R. Rose regarding telephone call to court on opinion. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| | | | |
| 10/04/02 | Telephone F. Biehl and conference call with Court concerning status of decision. | | |
| 3 | R. Rose | 0.3 | 105.00 |
| | | | |
| 10/04/02 | Address post trial issues regarding Jersey City matter and status of court opinion. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |
| | | | |
| 10/08/02 | Telephone calls regarding court opinion; follow up with client regarding same. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| | | | |
| 10/08/02 | Telephone from Court and confirm with F. Biehl scheduling of decision. | | |
| 3 | R. Rose | 0.2 | 70.00 |
| | | | |
| 10/08/02 | Attend to post trial issues. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |
| | | | |
| 10/09/02 | Follow up regarding court opinion. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |
| | | | |
| 10/09/02 | Address post trial issues and court opinion slated for 10/18/02. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |
| | | | |
| 10/10/02 | Call with C. Mararro - on trial - request for WM/billing on soil disposal; memo to S. Purrington on same. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |
| | | | |
| 10/11/02 | Follow-up with R. Rose regarding transcript of court opinion and follow up. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| | | | |
| 10/11/02 | Call to court clerk on request for court reporter for reading of decision into record. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |
| | | | |
| 10/14/02 | Attend to case issues and call with B. Miller on matter. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |

| 10/15/02 | Follow up with R. Rose regarding court reporter and opinion; call to client regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 123.00 |
| 10/15/02 | Prepare for final opinion regarding damages issues; memo to S. Purrington on matter. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |
| 10/16/02 | Follow up with R. Rose regarding opinion. | | |
| 14 | A. Marchetta | 0.1 | 41.00 |
| 10/16/02 | Prepare for opinion by court regarding damages issues for case and review. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |
| 10/16/02 | Direct S. Purrington on materials necessary for hearing. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |
| 10/16/02 | Confer with W. Hatfield regarding documents needed for 10/18/02 court date. | | |
| 7 | S. Purrington | 0.4 | 40.00 |
| 10/17/02 | Discuss preparation for court appearance with B. Hatfield; review post-trial submissions in preparation for same. | | |
| 3 | R. Rose | 1.8 | 630.00 |
| 10/17/02 | Telephone calls regarding court hearing. | | |
| 14 | A. Marchetta | 0.4 | 164.00 |
| 10/18/02 | Prepare for hearing. | | |
| 3 | R. Rose | 1.0 | 350.00 |
| 10/18/02 | Attend hearing in Jersey City regarding reading of Opinion by Court into record. | | |
| 3 | R. Rose | 5.0 | 1,750.00 |
| 10/18/02 | Prepare for hearing; review damages charts and Attorneys fees case; meeting with R Rose on matter | | |
| 14 | W. Hatfield | 1.0 | 240.00 |
| 10/18/02 | Appearance in Jersey City Court before Judge McLaughlin. | | |
| 14 | W. Hatfield | 5.0 | 1,200.00 |
| 10/18/02 | Review file for waste management bill on the soil disposal as requested by C. Mararro. | | |
| 7 | S. Purrington | 0.4 | 40.00 |

| 10/18/02 | Draft correspondence forwarding waste management bill to C. Mararro. | | |
| 7 | S. Purrington | 0.2 | 20.00 |

| 10/19/02 | Review Opinion with A. Marchetta. | | |
| 3 | R. Rose | 0.3 | 105.00 |

| 10/19/02 | Telephone A. Nagy regarding opinion. | | |
| 3 | R. Rose | 0.2 | 70.00 |

| 10/21/02 | Review court opinion. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |

| 10/21/02 | Telephone call to client regarding court opinion. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |

| 10/21/02 | Telephone from A. Nagy concerning Opinion. | | |
| 3 | R. Rose | 0.3 | 105.00 |

| 10/21/02 | Review opinion. | | |
| 3 | R. Rose | 0.5 | 175.00 |

| 10/21/02 | Work with B. Hatfield on analysis of same and memo to A. Nagy. | | |
| 3 | R. Rose | 2.0 | 700.00 |

| 10/21/02 | Conference call with A. Nagy, B. Miller and counsel concerning same. | | |
| 3 | R. Rose | 1.4 | 490.00 |

| 10/21/02 | Review and analyze court opinion. | | |
| 14 | W. Hatfield | 1.5 | 360.00 |

| 10/21/02 | Review and analyze court opinion and address issues in same. | | |
| 14 | W. Hatfield | 0.5 | 120.00 |

| 10/21/02 | Forward to memo client; address fees and costs issues. | | |
| 14 | W. Hatfield | 0.6 | 144.00 |

| 10/21/02 | Prepare for and participate in conference call with RGR and A. Nagy, B. Miller, and Grace in-house counsel on matter; discuss case issues and strategy; potential motion for reconsideration and interest issues. | | |
| 14 | W. Hatfield | 1.4 | 336.00 |

| 10/21/02 | Revise same per R. Rose. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |

| 10/21/02 | Prepare memo to A. Nagy concerning damage award. | | |
| 14 | W. Hatfield | 2.5 | 600.00 |

| 10/21/02 | Review file for Selover expert report as requested by W. Hatfield. | | |
| 7 | S. Purrington | 0.4 | 40.00 |

| 10/22/02 | Follow up with R. Rose regarding court opinion and information to client regarding same. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |

| 10/22/02 | Follow-up with B. Hatfield on insurance issue; personal liability of W. Teich. | | |
| 3 | R. Rose | 0.7 | 245.00 |

| 10/22/02 | Call with B. Miller on Court opinion issues and UST ownership ruling. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |

| 10/22/02 | Address Miller request for transcripts at trial. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |

| 10/22/02 | Address Weja insurance issues regarding judgment - coverage analysis of same. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |

| 10/22/02 | Attend to asset search for personal liability claims concerning W. Teich. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |

| 10/22/02 | Review file for Weja insurance certificates as requested by W. Hatfield. | | |
| 7 | S. Purrington | 0.6 | 60.00 |

| 10/23/02 | Confer with R. Rose concerning defendant's contractual indemnity insurance coverage. | | |
| 3 | D. Kiel | 0.3 | 100.50 |

| 10/23/02 | Review insurance policies of defendant concerning same. | | |
| 3 | D. Kiel | 0.5 | 167.50 |

| 10/23/02 | Follow up regarding issues with court opinion. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |

| 10/23/02 | Review insurance policies. | | |
| 3 | R. Rose | 0.5 | 175.00 |

| 10/23/02 | Discuss contractual indemnity issue with D. Kiel. | | |
| 3 | R. Rose | 0.3 | 105.00 |

| 10/23/02 | Obtain trial materials and prepare letter to B. Miller with trial transcripts in Weja. | | |

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 96.00 |

10/23/02    Attend to B. Miller issues on damages and testimony at trial under court opinion.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.6 | 144.00 |

10/23/02    Calls with M. Boyle at ICI on proposal for asset search of W. Tiech.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 120.00 |

10/23/02    Memos with R. Rose and A. Marchetta on matter concerning opinion and asset searches.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 96.00 |

10/23/02    Review trial transcripts for Miller testimony as requested by W. Hatfield. Prepare same for mailing.
| | | | |
|---|---|---|---|
| 7 | S. Purrington | 0.8 | 80.00 |

10/24/02    Call with B. Miller on remedial costs; discuss status of URS work; court opinion issues and Miller trial testimony.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.6 | 144.00 |

10/25/02    Call with B. Miller on trial testimony issues regarding UST ownership; discuss potential motion for reconsideration and potential appeal issues.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 120.00 |

10/28/02    Review asset investigation of W. Teich and discuss with B. Hatfield.
| | | | |
|---|---|---|---|
| 3 | R. Rose | 0.3 | 105.00 |

10/28/02    Call with C. Tsentas on case issues regarding proposed draft report to NJDEP on Groundwater issues and recent sampling; discuss site remedial costs; CEA issues regarding NJDEP; addressing NJDEP comments concerning site cleanup.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 120.00 |

10/28/02    Address retrieval of evidence from court; memos to S. Purrington on same.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 72.00 |

10/28/02    Review correspondence from B. Miller on site remedial costs 2000-2002.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 48.00 |

10/28/02    Call with M. Boyle regarding Weja issues; review and forward report to A. Marchetta and R. Rose.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 96.00 |

10/28/02    Review Court opinion.
| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.0 | 240.00 |

| 10/28/02 | Prepare proposed form of interim order on decision. | | |
| 14 | W. Hatfield | 1.4 | 336.00 |

| 10/28/02 | Phone calls to Judge McLaughlin Chambers regarding retrieval of trial evidence as requested by W. Hatfield. | | |
| 7 | S. Purrington | 0.3 | 30.00 |

| 10/29/02 | Attend to post trial decision and proposed from of interim order. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |

| 10/29/02 | Call to Court on retrieval of evidence in record. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |

| 10/29/02 | Attend to opinion issues and court decision regarding proposed form of order on attorney fees and cleanup costs. | | |
| 14 | W. Hatfield | 1.4 | 336.00 |

| 10/29/02 | Phone call with Judge McLaughlin's clerk regarding trial evidence. | | |
| 7 | S. Purrington | 0.3 | 30.00 |

| 10/30/02 | Work with B. Hatfield in preparation of interim judgment order. | | |
| 3 | R. Rose | 1.8 | 630.00 |

| 10/30/02 | Letter to Defense Counsel concerning interim judgment order and forward same. | | |
| 3 | R. Rose | 0.6 | 210.00 |

| 10/30/02 | Attend to case opinion. | | |
| 14 | W. Hatfield | 1.0 | 240.00 |

| 10/30/02 | Attend to proposed form of order. | | |
| 14 | W. Hatfield | 1.6 | 384.00 |

| 10/30/02 | Attend to letter to defense counsel on matter per R. Rose. | | |
| 14 | W. Hatfield | 1.0 | 240.00 |

| 10/30/02 | Call with Court clerk on evidence issues and retrieval of documents and prepare memo on same. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |

| 10/30/02 | Phone call to Jersey City court house to request official transcript of trial decision as requested by W. Hatfield. | | |
| 7 | S. Purrington | 0.3 | 30.00 |

| 10/30/02 | Prepare correspondence requesting transcript. | | |

| 7 | S. Purrington | 0.3 | 30.00 |

| 10/30/02 | Complete transcript request form from Hudson County Court. | | |
| 7 | S. Purrington | 0.3 | 30.00 |

| 10/31/02 | Follow up regarding order of judgment and budget for client. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |

| 10/31/02 | Address post-trial issues. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |

| 10/31/02 | Call with B. Miller on case budget issues. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |

| 10/31/02 | Memo to R. Rose and A. Marchetta and address matter and calculate same for client on litigation. | | |
| 14 | W. Hatfield | 0.6 | 144.00 |

| 10/31/02 | Attend to draft URS report on cleanup issues. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| D. Kiel | 0.80 | 335.00 | 268.00 |
| A. Marchetta | 3.40 | 410.00 | 1,394.00 |
| R. Rose | 17.20 | 350.00 | 6,020.00 |
| W. Hatfield | 30.80 | 240.00 | 7,392.00 |
| S. Purrington | 4.30 | 100.00 | 430.00 |
| TOTALS | 56.50 | | 15,504.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 3 | 17.2 | 350.00 | 6,020.00 |
| D. Kiel | 3 | 0.8 | 335.00 | 268.00 |
| A. Marchetta | 14 | 3.4 | 410.00 | 1,394.00 |

| | | | | |
|---|---|---|---|---|
| W. Hatfield | 14 | 30.8 | 240.00 | 7,392.00 |
| S. Purrington | 7 | 4.3 | 100.00 | 430.00 |
| TOTAL | | 56.5 | | 15,504.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 069254 Carteret Warehouse Subleases

| | | | |
|---|---|---|---|
| 10/24/02 | Review AMF sublease file regarding expense adjustments. | | |
| 13 | L. Reilly | 0.4 | 134.00 |

| | | | |
|---|---|---|---|
| 10/24/02 | Telephone conference with Finkelstein regarding AMF sublease adjustments. | | |
| 13 | L. Reilly | 0.2 | 67.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| L. Reilly | 0.60 | 335.00 | 201.00 |
| TOTALS | 0.60 | | 201.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| L. Reilly | 13 | 0.6 | 335.00 | 201.00 |
| TOTAL | | 0.6 | | 201.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| | |
|---|---|
| 08/01/02 | Correspondence to R. Talisman, Exxon Mobil's counsel, to follow up on |

|          | return of executed Escrow Agreement. | | |
|----------|--------------------------------------|-----|-------|
| 14       | S. Zuber                             | 0.2 | 59.00 |

| 10/01/02 | Correspondence to and from N. Alt regarding status of second quarterly payment per confirmed plan. | | |
|----------|----------------------------------------------------------------------------------------------------|-----|-------|
| 14       | S. Zuber                                                                                           | 0.2 | 59.00 |

| 10/01/02 | Telephone conversation with I. Greene, Intercat's counsel, regarding status of second quarterly payment per confirmed plan. | | |
|----------|----------------------------------------------------------------------------------------------------------------------------|-----|-------|
| 14       | S. Zuber                                                                                                                   | 0.2 | 59.00 |

| 10/14/02 | Correspondence to R. Talisman regarding following up on execution and delivery of Escrow Agreement relative to stock warrants. | | |
|----------|-------------------------------------------------------------------------------------------------------------------------------|-----|-------|
| 14       | S. Zuber                                                                                                                      | 0.2 | 59.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|------------|-------|--------|--------|
| S. Zuber   | 0.80  | 295.00 | 236.00 |
| TOTALS     | 0.80  |        | 236.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|--------|--------|
| S. Zuber   | 14        | 0.8   | 295.00 | 236.00 |
| TOTAL      |           | 0.8   |        | 236.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| 10/08/02 | Telephone with P. Sharfstein regarding settlement; leave voicemail for M. Kemp regarding same. | | |
|----------|-----------------------------------------------------------------------------------------------|-----|--------|
| 3        | J. Scordo                                                                                     | 0.4 | 108.00 |

| 10/29/02 | Review fax from P. Sharfstein. | | |
|----------|-------------------------------|--|--|

| | | | |
|---|---|---|---|
| 3 | J. Scordo | 0.1 | 27.00 |

| | | | |
|---|---|---|---|
| 10/29/02<br>3 | Telephone call with P. Sharfstein.<br>J. Scordo | 0.1 | 27.00 |

| | | | |
|---|---|---|---|
| 10/30/02<br>3 | Review and analyze changes proposed by Lampeter's attorney.<br>J. Scordo | 0.2 | 54.00 |

| | | | |
|---|---|---|---|
| 10/30/02<br><br>3 | Review and analyze prior versions of settlement agreement and prior letters summarizing settlement status.<br>J. Scordo | 0.3 | 81.00 |

| | | | |
|---|---|---|---|
| 10/30/02<br>3 | Review and revise settlement agreement.<br>J. Scordo | 0.8 | 216.00 |

| | | | |
|---|---|---|---|
| 10/30/02<br>3 | Review and revise termination.<br>J. Scordo | 0.2 | 54.00 |

| | | | |
|---|---|---|---|
| 10/30/02<br><br>3 | Draft letter to all counsel summarizing status of documents and status of settlement.<br>J. Scordo | 0.5 | 135.00 |

| | | | |
|---|---|---|---|
| 10/30/02<br>3 | Review e-mail from T. Bloom regarding settlement agreement.<br>J. Scordo | 0.1 | 27.00 |

| | | | |
|---|---|---|---|
| 10/31/02<br>3 | Review and follow up letter from M. Kemp.<br>J. Scordo | 0.1 | 27.00 |

| | | | |
|---|---|---|---|
| 10/31/02<br>3 | Telephone call with V. Finkelstein regarding M. Kemp letter.<br>J. Scordo | 0.1 | 27.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| J. Scordo | 2.90 | 270.00 | 783.00 |
| TOTALS | 2.90 | | 783.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

TASK

| Timekeeper | CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Scordo | 3 | 2.9 | 270.00 | 783.00 |
| TOTAL | | 2.9 | | 783.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 062416 Prudential, et al.

| | | | | |
|---|---|---|---|---|
| 09/05/02 | Review opinion of court and forward. | | | |
| 14 | A. Marchetta | | 0.3 | 123.00 |
| 09/05/02 | Telephone call with U.S. Gypsum counsel regarding opinion of court. | | | |
| 14 | A. Marchetta | | 0.3 | 123.00 |
| 10/03/02 | Review and forward appeal papers. | | | |
| 14 | A. Marchetta | | 0.1 | 41.00 |
| 10/21/02 | Follow up regarding notice of appeal; telephone call to USG counsel and to client. | | | |
| 14 | A. Marchetta | | 0.5 | 205.00 |
| 10/21/02 | Reviewed letter from case manager regarding preliminary forms for appeal. | | | |
| 3 | K. Critchley | | 0.2 | 32.00 |
| 10/21/02 | Filled out necessary appeal papers, including CIS, corporate disclosure statement, form of appearance and transcript purchase order. | | | |
| 3 | K. Critchley | | 1.5 | 240.00 |
| 10/21/02 | Worked with K. Critchley regarding scope of information needed to prepare corporate information statement and related documents regarding Prudential's Notice of Appeal to the Third Circuit. | | | |
| 14 | S. Parker | | 0.7 | 63.00 |
| 10/21/02 | Conducted database searches and reviewed file documents as requested by K. Critchley regarding identification and retrieval of information needed to prepare corporate information statement and related documents regarding Prudential's Notice of Appeal to the Third Circuit. | | | |
| 14 | S. Parker | | 1.3 | 117.00 |
| 10/22/02 | Telephone calls and correspondence regarding appeal. | | | |
| 14 | A. Marchetta | | 0.4 | 164.00 |
| 10/22/02 | Conference with USG attorneys regarding appeal. | | | |
| 14 | A. Marchetta | | 0.3 | 123.00 |

| 10/22/02 | Added information to CIS for appeal. | | |
|---|---|---|---|
| 3 | K. Critchley | 0.2 | 32.00 |

| 10/22/02 | Conducted database searches and reviewed file documents regarding identification and retrieval of additional information needed to prepare corporate information statement and related documents regarding Prudential's Notice of Appeal to the Third Circuit. | | |
|---|---|---|---|
| 14 | S. Parker | 0.4 | 36.00 |

| 10/24/02 | Telephone call to client and case manager to follow up regarding appeal. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 205.00 |

| 10/25/02 | Telephone call with court regarding appeal. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 123.00 |

| 10/28/02 | Correspondence to court regarding appeal and follow up with Third Circuit case manager. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 164.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 3.10 | 410.00 | 1,271.00 |
| K. Critchley | 1.90 | 160.00 | 304.00 |
| S. Parker | 2.40 | 90.00 | 216.00 |
| TOTALS | 7.40 | | 1,791.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 3.1 | 410.00 | 1,271.00 |
| K. Critchley | 3 | 1.9 | 160.00 | 304.00 |
| S. Parker | 14 | 2.4 | 90.00 | 216.00 |
| TOTAL | | 7.4 | | 1,791.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 10/01/02 | Confer with A. Marchetta and V. Finkelstein on settlement issues. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| 10/01/02 | Revise settlement agreement. | | |
| 3 | J. Scordo | 0.4 | 108.00 |
| 10/01/02 | Review letters of credit. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| 10/01/02 | Telephone call with V. Finkelstein on letters of credit. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| 10/01/02 | Complete calculations for total amount owed. | | |
| 3 | J. Scordo | 0.2 | 54.00 |
| 10/02/02 | Work with J. Scordo regarding court hearing and settlement issues. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| 10/02/02 | Telephone call from D. Rosenholc regarding settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |
| 10/03/02 | Telephone call with client and follow up regarding settlement agreement and adjournment of court hearing. | | |
| 14 | A. Marchetta | 0.4 | 164.00 |
| 10/03/02 | Conference call with A. Marchetta, A. Nagy and V. Finkelstein regarding status of settlement. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| 10/08/02 | Follow up and telephone call with client regarding settlement. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| 10/10/02 | Telephone call with D. Rosenholc regarding settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |
| 10/10/02 | Review documents in connection with charges proposed by D. Rosenholc and analyze settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |
| 10/11/02 | Conference with J. Scordo and follow up regarding settlement documents. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |

| | | | |
|---|---|---|---|
| 10/11/02 | E-mail to A. Nagy and V. Finkelstein regarding settlement documents. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| 10/11/02 | E-mails with L. Heller regarding settlement payment. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| 10/11/02 | Review and revise settlement agreement. | | |
| 3 | J. Scordo | 0.4 | 108.00 |
| 10/11/02 | Review and revise confession of judgment. | | |
| 3 | J. Scordo | 0.4 | 108.00 |
| 10/11/02 | Draft, revise and finalize letter to D. Rosenholc on issues regarding settlement. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| 10/11/02 | Review and revise letter of credit. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| 10/11/02 | E-mail to A. Nagy and V. Finkelstein regarding status. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| 10/14/02 | Review e-mail and follow up with J. Scordo regarding lease payments and documents. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |
| 10/14/02 | Leave voicemail for D. Rosenholc on settlement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| 10/14/02 | Telephone call with A. Nagy and V. Finkelstein regarding settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |
| 10/15/02 | Follow up on settlement monies. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |
| 10/15/02 | E-mail to V. Finkelstein regarding settlement documents. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| 10/15/02 | Review e-mail from L. Heller regarding Tahari accounts receivable. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| 10/15/02 | E-mail to A. Nagy advising of receipt of settlement payment. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| 10/15/02 | Telephone calls with D. Rozenholc's office regarding status of settlement | | |

|            | documents.                                                                  |     |        |
|------------|-----------------------------------------------------------------------------|-----|--------|
| 3          | J. Scordo                                                                   | 0.3 | 81.00  |
|            |                                                                             |     |        |
| 10/15/02   | Telephone call with L. Heller regarding amounts due.                        |     |        |
| 3          | J. Scordo                                                                   | 0.2 | 54.00  |
|            |                                                                             |     |        |
| 10/15/02   | Work with assistant to arrange logistics of document signing and delivery.  |     |        |
| 3          | J. Scordo                                                                   | 0.3 | 81.00  |
|            |                                                                             |     |        |
| 10/15/02   | E-mails regarding signing of settlement documents.                          |     |        |
| 3          | J. Scordo                                                                   | 0.2 | 54.00  |
|            |                                                                             |     |        |
| 10/18/02   | Telephone calls with J. Scordo regarding extension of court date in light of executed settlement papers. |     |        |
| 14         | A. Marchetta                                                               | 0.2 | 82.00  |
|            |                                                                             |     |        |
| 10/18/02   | Telephone calls with D. Rosenholc regarding settlement.                     |     |        |
| 3          | J. Scordo                                                                   | 0.4 | 108.00 |
|            |                                                                             |     |        |
| 10/18/02   | Draft, revise and finalize letter to D. Rosenholc regarding status of settlement documents and revise documents. |     |        |
| 3          | J. Scordo                                                                   | 0.6 | 162.00 |
|            |                                                                             |     |        |
| 10/21/02   | Telephone calls with D. Rosenholc regarding settlement.                     |     |        |
| 3          | J. Scordo                                                                   | 0.5 | 135.00 |
|            |                                                                             |     |        |
| 10/25/02   | Follow up regarding settlement.                                             |     |        |
| 14         | A. Marchetta                                                               | 0.2 | 82.00  |
|            |                                                                             |     |        |
| 10/25/02   | E-mail to A. Nagy and V. Finkelstein regarding final settlement documents.  |     |        |
| 3          | J. Scordo                                                                   | 0.1 | 27.00  |
|            |                                                                             |     |        |
| 10/25/02   | Telephone call with D. Rosenholc regarding settlement.                      |     |        |
| 3          | J. Scordo                                                                   | 0.2 | 54.00  |
|            |                                                                             |     |        |
| 10/28/02   | Telephone with D. Rosenholc on settlement.                                  |     |        |
| 3          | J. Scordo                                                                   | 0.1 | 27.00  |
|            |                                                                             |     |        |
| 10/28/02   | Work with S. Parker to review final documents.                             |     |        |
| 3          | J. Scordo                                                                   | 0.3 | 81.00  |
|            |                                                                             |     |        |
| 10/28/02   | Performed a word by word comparison of our final versions of Settlement Agreement and corresponding documents to the executed documents as requested by J. Scordo regarding confirmation of accuracy. |     |        |
| 14         | S. Parker                                                                   | 1.5 | 135.00 |

| 10/30/02 | Follow up regarding completing settlement. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |

| 10/30/02 | Review, revise and finalize letter to D. Rosenholc summarizing open issues to complete settlement. | | |
| 3 | J. Scordo | 0.5 | 135.00 |

| 10/30/02 | Review all settlement documents. | | |
| 3 | J. Scordo | 0.3 | 81.00 |

| 10/30/02 | Work with assistant to complete logistics of settlement. | | |
| 3 | J. Scordo | 0.3 | 81.00 |

| 10/30/02 | Telephone call with A. Nagy and V. Finkelstein regarding settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |

| 10/30/02 | Letter to V. Finkelstein forwarding final documents. | | |
| 3 | J. Scordo | 0.2 | 54.00 |

| 10/30/02 | Review enclosures to letter to V. Finkelstein to confirm financial information received from Tahari was as agreed. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.30 | 410.00 | 943.00 |
| J. Scordo | 9.30 | 270.00 | 2,511.00 |
| S. Parker | 1.50 | 90.00 | 135.00 |
| TOTALS | 13.10 | | 3,589.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 2.3 | 410.00 | 943.00 |
| J. Scordo | 3 | 9.3 | 270.00 | 2,511.00 |
| S. Parker | 14 | 1.5 | 90.00 | 135.00 |

21

|        |      |          |
|--------|------|----------|
| TOTAL  | 13.1 | 3,589.00 |