# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

Engagement Costs -- NY Superfund Action

| | | |
|---|---|---:|
| 08/15/02 | A.M. BEST Publication for insurance info. for reply brief.[2] | 227.30 |
| | Computer Assisted Research | 18.29 |
| | Document Access Facility -- Annex -- October 2002 | 2864.00 |
| | Duplicating | 9.52 |
| | Facility Copying Expense | 398.02 |
| | Telephone | 3.99 |
| | Matter Total Engagement Cost | 3,521.12 |


Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| | Duplicating | 71.54 |
| | Express Delivery[3] | 19.10 |
| | Travel and Miscellaneous Expense[4] | -96.00 |
| | Matter Total Engagement Cost | -5.36 |


Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 10/17/02 | PD TRAVEL EXPENSES TO JERSEY CITY NJ; RGR; CK# 240891 | 12.00 |
| 10/29/02 | Paid Robert Cirillo for preparation of transcript of unofficial opinion #10501 S#3716[5] | 954.20 |
| 10/30/02 | Deposit for trial decision transcript #10501 S#3711[6] | 300.00 |
| | Duplicating | 55.02 |
| | Telephone | 7.98 |
| | Matter Total Engagement Cost | 1,329.20 |

---

[2] See correspondence from A.M. BEST COMPANY, dated July 16, 2002, attached hereto as Exhibit "1."

[3] See Engagement Cost Report, attached hereto as Exhibit "2."

[4] See Engagement Cost Report, attached hereto as Exhibit "3."

[5] See Invoice # 71096 from Robert Cirillo, Inc. Certified Shorthand Reporters dated October 29, 2002, attached hereto as Exhibit "4."

[6] See Check No. 240956 dated October 30, 2002 in the amount of $300.00 payable to G&L Transcriptions, attached hereto as Exhibit "5."

Engagement Costs – Intercat Inc. et al.

|  |  |  |
|---|---|---|
| Computer Assisted Research[7] |  | 66.59 |
|  | Matter Total Engagement Cost | 66.59 |

Engagement Costs -- Prudential, et al.

|  |  |  |
|---|---|---|
| Duplicating |  | 65.94 |
|  | Matter Total Engagement Cost | 65.94 |

Engagement Costs  -- Tahari, Ltd.

|  |  |  |
|---|---|---|
| Duplicating |  | 287.28 |
| Express Delivery[8] |  | 65.12 |
| Telephone |  | 10.37 |
|  | Matter Total Engagement Cost | 362.77 |

---

[7] See Engagement Cost Report, attached hereto as Exhibit "6."
[8] See Engagement Cost Report, attached hereto as Exhibit "7."

# ATTACHMENT 1

# A.M. BEST COMPANY

Ambest Road
OLDWICK, NEW JERSEY 08858
908 439-2200
FAX 908-439-8620
www.ambest.com

July 16, 2002

Mr. Michael Waller
Pitney, Hardin, Kipp & Szuch LLP
200 Campus Drive #400
Florham Park, NJ 07932

Re:     Project PC42-14667 [M]

Dear Mr. Waller:

I am writing in regard to your request to obtain copies of pages from the 1973-1984 Best's Key Rating Guide publication. The pages will be for the Continental Casualty Insurance Company, AMB# 02128.

The cost of providing the data will be $205 plus a $10 shipping and handling charge and any applicable sales tax. In accordance with A. M. Best company policy, first orders must be prepaid in order to establish an account with us. Payment by either check or credit card is acceptable. Kindly inform me of your decision regarding the preparation of the custom report.

Thank you for your interest in A. M. Best's custom data products and services. Please contact our office should you have any questions or require additional information.

Sincerely,

*Charlene J. Christopher*

Charlene J. Christopher
Supervisor
Custom Products & Services
(Extension 5757)

Enclosures

Please sign and return:

Bid Accepted By: _____     Date: *July 17, 2002*

🅰 BEST

*The Insurance Information Source*



TRANSMISSION REPORT
* * * * * * * * * * * * * * * * * * * *

(WED) JUL 17 2002 10:21
PITNEY HARDIN KIPP &SZUCH

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4860127-400 | 7. 17 10:21 | 7. 17 10:21 | 23" | 2 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 19084399620 | 19084399620 |

# PITNEY, HARDIN, KIPP & SZUCH LLP

| P.O. Box 1945 | 685 Third Avenue | 125 Half Mile Road |
|---|---|---|
| Morristown, NJ  07962-1945 | New York, NY  10017-4024 | Red Bank, NJ 07701 |
| Phone #:    (973) 966-6300 | Phone #:    (212) 297-5800 | Phone #:    (732) 224-1200 |
| Fax #:    (973) 966-1550 | Fax #:    (212) 682-3485 | Fax #:    (732) 224-3630 |

## July 17, 2002

| To: | Ms. Charlene J. Christopher - Supervisor-Custom Products & Serv. | Facsimile #:  908-439-9620 |
|---|---|---|
| Of: | A.M. Best Company | Phone #:  908-439-2200 |

| From: | Michael E. Waller, Esq. | Phone #:  (973) 966-8084 |
|---|---|---|
| Client/Matter: | 082913.000009 | Total pages:  2 |

Thank you for your assistance - please let Brian Craig know I appreciate his assistance as well.

This message is intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify our Fax Department at (973) 966-8028. Thank you for your cooperation.

MESSAGES:                                                                    FAX OPERATOR USE ONLY:

# ATTACHMENT 2

11/21/02
12:31 PM

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**

(.PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Includes: Hard, Soft, Unbilled

Periods: 200210 To 200210 Dates: 10/1/02 To 10/31/02

Client: 082910 W.R. GRACE & CO.

Matter: 095992 Chapter 11 Administration

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910 W.R. GRACE & CO. | | | | | | | | | |
| 10/9/02 | EXPDEL | PD UPS TO DALLAS TX/KMJ/CK# 240738 | 1539569 | WRG.24 | 2006509 | 11/21/02 | $9.26 | $9.26 | $9.26 |
| 10/29/02 | EXPDEL | PD UPS TO WILMINGTON DE/KMJ/CK# 240878 | 1542089 | WRG.24 | 2006509 | 11/21/02 | $9.84 | $9.84 | $9.84 |
| **Matter 095992 Totals:** | | | | | | | $19.10 | $19.10 | $19.10 |
| **Client 082910 Totals:** | | | | | | | $19.10 | $19.10 | $19.10 |
| **Report Totals** | | | | | | | $19.10 | $19.10 | $19.10 |

# ATTACHMENT 3

11/21/02

12:33 PM

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

(_PHDSB02JB)

Req'd By: KANDOLAB

Currency: USD

Includes: Hard, Soft, Unbilled

Periods: 200209 To 200210   Dates: 9/1/02 To 10/31/02

Client: 082910   W.R. GRACE & CO.

Matter: 095992   Chapter 11 Administration

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910   W.R. GRACE & CO. | | | | | | | | | |
| 9/14/02 | TVLEXP | CREDIT FOR AMEX TRAVEL EXPENSES, AJM, CK# 240223 | 1541154 | WRG 24 | 2006509 | 11/21/02 | ($96.00) | ($96.00) | ($96.00) |
| **Matter 095992 Totals:** | | | | | | | ($96.00) | ($96.00) | ($96.00) |
| **Client 082910 Totals:** | | | | | | | ($96.00) | ($96.00) | ($96.00) |
| **Report Totals** | | | | | | | ($96.00) | ($96.00) | ($96.00) |

# ATTACHMENT 4

# ROBERT CIRILLO, INC.
## Certified Shorthand Reporters

**182 Columbia Turnpike**
**Florham Park, NJ 07932**

Phone (973) 740-1331
Fax (973) 992-7568
Tax ID # 22-230-9848

Robert G. Rose, Esq.
Pitney, Hardin, Kipp & Szuch LLP
PO Box 1945
Morristown, NJ 07962-1945

October 29, 2002

Invoice# 71096

Balance:      $954.20

Caption: WR Grace vs Weja
         ID=14260
Scheduled: 10/18/02     Billed: 10/29/02
Reporter: G. Talpens

I n v o i c i n g    I n f o r m a t i o n

| Charge Description | Amount |
|---|---|
| Attendance of CSR as per above(Sup. Court-JC) | 225.00 |
| Original and one condensed copy of transcript of decision as per above 163 folios at $4.40 per folio(daily copy rates) Transcript e-mailed on Saturday 10-19-02 | 717.20 |
| ASCII | 5.00 |
| Delivery | 7.00 |

PAID.....................
APPROVED.................
VENDOR NO................
CHECK NO.................
CHARGE...................

P l e a s e    R e m i t   - - - >   Total Due:    $954.20

ROBERT CIRILLO, INC.
PAYMENT DUE UPON RECEIPT
Please return one copy of invoice with payment

OK to pay

C/M: 082910-065656

**FULL SERVICE FIRM OFFERING:**
Computer transcription; condensed transcripts, in-house videotaping,
electronic archiving database; E-mailing transcripts; realtime reporting
and much more.

1

# ATTACHMENT 5

PITNEY, HARDIN, KIPP & SZUCH LLP
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

ATTORNEY BUSINESS ACCOUNT

**No.** 240956

55-760 (006)
312

PNC Bank, N.A.
NEW JERSEY 060
161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY THREE HUNDRED AND 00/100 DOLLARS

|  | Date | Amount |
|---|---|---|
| TO THE ORDER OF — G & L Transcriptions | 10-30-02 | $*******300.00 |

PITNEY, HARDIN, KIPP & SZUCH LLP

C 240956C A031207607A 8100460510C

| | | | Request Number: | 69160 | | Check Number: | | 240956 |
|---|---|---|---|---|---|---|---|---|
| | | | Check Date: | 10-30-02 | | | | |

Payee: G & L Transcriptions

| Invoice # | Inv. Date | | | Invoice Narrative | | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 103002 | 10/30/02 | | | Deposit for trial decision transcript #10501 S#3711 | | | $300.00 |
| 103002 | Oct 30/02 | 082910 | 065656 | Deposit for trial decision transcript #10501 S#3711 | | 300.00 | 300.00 |
| | | | | | Check Total: | $300.00 | $300.00 |

| | | | Request Number: | 69160 | | Check Number: | 240956 |
|---|---|---|---|---|---|---|---|
| | | | Check Date: | 10-30-02 | | | |

Payee: G & L Transcriptions

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 103002 | Oct 30/02 | | 082910 | 065656 | Deposit for trial decision transcript #10501 S#3711 | 300.00 | 300.00 |
| | | | | | Invoice Totals: | $300.00 | $300.00 |

# ATTACHMENT 6

11/20/02
10:18 AM
Includes: Hard, Soft, Unbilled

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 20020 To 200210  Dates: 8/1/02 To 10/31/02

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 072757  Intercat, Inc. et al.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 8/8/02 | CAR | | 1508250 | WRG.24 | 2005644 | 11/15/02 | $2.50 | $2.50 | $2.50 |
| 8/30/02 | CAR | | 1517078 | WRG.24 | 2005644 | 11/15/02 | $7.84 | $7.84 | $7.84 |
| 8/30/02 | CAR | | 1517380 | WRG.24 | 2005644 | 11/15/02 | $23.25 | $23.25 | $23.25 |
| 9/18/02 | CAR | | 1522660 | WRG.24 | 2005644 | 11/15/02 | $2.50 | $2.50 | $2.50 |
| 9/18/02 | CAR | | 1522691 | WRG.24 | 2005644 | 11/15/02 | $8.00 | $8.00 | $8.00 |
| 10/29/02 | CAR | | 1541348 | WRG.24 | 2005644 | 11/15/02 | $22.50 | $22.50 | $22.50 |
| **Matter 072757 Totals:** | | | | | | | $66.59 | $66.59 | $66.59 |
| **Client 082910 Totals:** | | | | | | | $66.59 | $66.59 | $66.59 |
| **Report Totals** | | | | | | | $66.59 | $66.59 | $66.59 |

# ATTACHMENT 7

11/20/02
10:16 AM

Includes: Hard, Soft, Unbilled

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 200209 To 200210  Dates: 9/1/02 To 10/31/02

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 102292  Tahari, Ltd.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 9/26/02 | EXPDEL | PD UPS TO SWEDESBORO NJ,JPS;CK# 240239 | 1536282 | WRG.24 | 2005641 | 11/15/02 | $7.74 | $7.74 | $7.74 |
| 10/5/02 | EXPDEL | PD UPS ADJUST,JPS;CK# 240457 | 1537587 | WRG.24 | 2005641 | 11/15/02 | $0.65 | $0.65 | $0.65 |
| 10/11/02 | EXPDEL | PD UPS TO COLUMBIA MD,JPS;CK# 240738 | 1539450 | WRG.24 | 2005641 | 11/15/02 | $7.74 | $7.74 | $7.74 |
| 10/15/02 | EXPDEL | PD UPS TO WINSLOW NJ,JPS;CK# 240878 | 1542155 | WRG.24 | 2005641 | 11/15/02 | $7.74 | $7.74 | $7.74 |
| 10/18/02 | EXPDEL | PD UPS TO NEW YORK NY,JPS;CK# 240878 | 1542382 | WRG.24 | 2005641 | 11/15/02 | $41.25 | $41.25 | $41.25 |
| **Matter 102292 Totals:** | | | | | | | $65.12 | $65.12 | $65.12 |
| **Client 082910 Totals:** | | | | | | | $65.12 | $65.12 | $65.12 |
| **Report Totals** | | | | | | | $65.12 | $65.12 | $65.12 |

Page: 1

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: January 3, 2003 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: December 9, 2003

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950