IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) | |
| ) | (Jointly Administered) | |
| ) | | |
| Debtors. ) | **Objections Due by: December 16, 2002 at 4:00 p.m.** | |
| ) | **Hearing Date: March 17, 2003 @ 12:00 p.m.** | |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3067

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to Hamilton, Rabinovitz & Alschuler, Inc.'s Second Interim Quarterly Fee Application Request For Approval and Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2002 Through September 30, 2002 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 16, 2002.[1]

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

        -and-

        Bilzin Sumberg Baena Price & Axelrod LLP
        Scott L. Baena, Esq.
        Jay M. Sakalo, Esq.
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336

        Counsel to the Official Committee of Asbestos
        Property Damage Claimants

Dated: December 17, 2002