IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO TWELFTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**
<u>**[RE: DOCKET NO. 3069]**</u>

On November 25, 2002, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Twelfth Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 3069] (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 16, 2002. The undersigned hereby certifies that he has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001, the Debtors are authorized to pay Klett Rooney $10,054.80 which represents eighty percent (80%) of the total fees ($12,568.50), and $1,343.14, which represents 100% of the expenses requested in the Application

upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                KLETT ROONEY LIEBER & SCHORLING
                A Professional Corporation

By: _____
                Teresa K.D. Currier (No. 3080)
                Jeffrey R. Waxman (No. 4159)
                The Brandywine Building
                1000 West St. - Suite 1410
                Wilmington, DE 19801

                Co-Counsel to the Official Committee of Equity Holders

Dated: December 17, 2002

WLM 41201.1