Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | First Union Daleen Deposit 2090002554779 | | First Union SBA Deposit 2090000135045 | | JP Morgan Chase Concentration 16001257 | | Fleet Bank Payroll 44997004 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ - | | $ - | | $ 522,445 | | $ - | |
| | | | | | | | | |
| Bank Balance | | | | | $ 537,945 | | $ - | |
| (+) Deposits in transit | | | | | | | | |
| ( -) Outstanding checks | | | | | | | | |
| Other | | | | | (15,500) | | | |
| Adjusted bank balance | $ - | | $ - | | $ 522,445 | | $ - | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | (15,500) | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | Bank of America Payroll 3750245235 | | Bank of America Payroll 8188003115 | | Bank of America Lockbox 8188203114 | | First Union Concentration 2000000282772 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ - | | $ - | | $ 2,647,628 | | $ 3,777,991 | |
| | | | | | | | | |
| Bank Balance | $ - | | $ - | | $ 2,647,628 | | $ 3,777,450 | |
| (+) Deposits in transit | | | | | | | | |
| ( -) Outstanding checks | | | | | | | | |
| Other | | | | | | | | 541 |
| Adjusted bank balance | $ - | | $ - | | $ 2,647,628 | | $ 3,777,991 | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | 541 |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

*Chart 2*

| W. R. Grace & Co. - Conn<br>Bank Reconciliations<br>September 2002<br>MOR-1 | First Union<br>Payroll<br>2079900016741 | | First Union<br>Petty Cash<br>2079900005600 | | Civic Bank<br>Payroll<br>15502015736 | | Fleet Bank<br>Payroll<br>51217666 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ (390,121) | | $ 8,699 | | $ 20,163 | | $ 2,358 | |
| | | | | | | | | |
| Bank Balance | $ - | | $ - | | $ 20,163 | | $ 2,358 | |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | (492,201) | | (811) | | | | | |
| Other | 102,080 | | 9,510 | | | | | |
| Adjusted bank balance | $ (390,121) | | $ 8,699 | | $ 20,163 | | $ 2,358 | |
| **Deposits in Transit** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| **Outstanding Checks** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | detail available | | 3840 | $ (64) | | | | |
| | | | 3842 | (98) | | | | |
| | | | 3849 | (43) | | | | |
| | | | 3852 | (71) | | | | |
| | | | 3864 | (227) | | | | |
| | | | 18489 | (60) | | | | |
| | | | 23329 | (78) | | | | |
| | | | 23350 | (150) | | | | |
| | | | 33009 | (21) | | | | |
| **Other** | | | | | | | | |
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | 267,765 | | 9,510 | | | | |
| Unreconciled ledger activity | | (165,685) | | | | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | First Union Libby Medical 2079900065006 | | First Union Accts Payable 2079920005761 | | First Union Payroll 2079900067554 | | Wachovia Lockbox 1866-082535 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 73,387 | $ | (8,538,071) | $ | (49,560) | $ | 950,429 |
| | | | | | | | | |
| Bank Balance | $ | - | $ | - | | | $ | 950,429 |
| (+) Deposits in transit | | | | | | | | |
| ( -) Outstanding checks | | | | (6,267,022) | | (96,450) | | |
| Other | | 73,387 | | (2,271,049) | | 46,890 | | |
| Adjusted bank balance | $ | 73,387 | $ | (8,538,071) | $ | (49,560) | $ | 950,429 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| Outstanding Checks | Ck.# | Amount | Ck.# | Amount | Ck.# | Amount | Ck.# | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | detail available | | detail available | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | (526,106) | | | | |
| Unreconciled ledger activity | | 73,387 | | (1,744,944) | | 46,890 | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | First Union Accts payable 2079900005260 | | First Union Accts Payable 2079900005231 | | Allfirst Payroll 16298631 | | SunTrust Payroll 00000141309 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ (1,915,674) | | $ - | | $ 193,120 | | $ 45,291 | |
| | | | | | | | | |
| Bank Balance | $ - | | $ - | | $ 273,590 | | $ 45,291 | |
| (+) Deposits in transit | | | | | | | | |
| ( -) Outstanding checks | (1,915,574) | | | | (192,927) | | | |
| Other | (100) | | | | 112,456 | | | |
| Adjusted bank balance | $ (1,915,674) | | $ - | | $ 193,120 | | $ 45,291 | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | 40372 | $ (424) | | | detail available | | | |
| | Various | (1,915,150) | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | 858 | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | (100) | | | | | | |
| Unreconciled ledger activity | | | | | 14,809 | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | 96,790 | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | PNC 4002641360 | Hibernia Natl Disbursement 101391210 | Bank of America Payroll 0000 0002 2137 | Allfirst Payroll 16298857 | First Union Petty Cash 2040000016900 |
|---|---|---|---|---|---|
| Balance per books | $ 25,000 | $ 10,000 | $ 30,610 | $ 190,675 | $ 41,091 |
| | | | | | |
| Bank Balance | $ 24,762 | $ 10,000 | $ 30,610 | $ 223,528 | $ 27,382 |
| (+) Deposits in transit | | | | | 17,868 |
| (-) Outstanding checks | | | | (36,525) | |
| Other | 238 | | | 3,672 | (4,159) |
| Adjusted bank balance | $ 25,000 | $ 10,000 | $ 30,610 | $ 190,675 | $ 41,091 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 09/25/02 | 17,868 |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | detail available | | | |

| Other | | | | | |
|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | |
| Accounting error | | | | | |
| Interest not recorded on books | | | | | |
| Bank fees not recorded on books | 238 | | | | |
| Payroll tax payments not recorded | | | | | |
| Unreconciled bank activity | | | | | |
| Unreconciled ledger activity | | | | (31) | |
| Returned item adjustment | | | | | |
| Payroll/other activity in transit | | | | 3,703 | (5,159) |
| Petty cash funds | | | | | 1,000 |
| Unrecorded deposit | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | Banco de Credito Operating Acct 1931115122058 | | Banco de Credito Operating Acct 1931125963172 | | Banco de Credito Time Deposit | | Bank of Boston Operating Acct 0154519 | | Bank of Boston Operating Acct 0154424 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | (Soles) | S/. 20,709 | (US$) | $ 276,223 | (US$) | $ 10,000 | (Soles) | S/. 29,446 | (US$) | $ 971,094 |
| Bank Balance | | S/. 20,709 | | $ 277,343 | | $ 10,000 | | S/. 29,446 | | $ 957,733 |
| (+) Deposits in transit | | | | | | | | | | 13,361 |
| (-) Outstanding checks | | | | (1,120) | | | | | | |
| Other | | | | | | | | | | |
| Adjusted bank balance | | S/. 20,709 | | $ 276,223 | | $ 10,000 | | S/. 29,446 | | $ 971,094 |
| **Deposits in Transit** | Date | | Date | | Date | | Date | | Date | |
| | | | | | | | | | 09/30/02 | $ 13,361 |
| **Outstanding Checks** | Ck # | | Ck # | | Ck # | | Ck # | | Ck # | |
| | | | 2912632 | $ (600) | | | | | | |
| | | | 2912634 | (520) | | | | | | |
| **Other** | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

| W. R. Grace & Co.<br>Bank Reconciliations<br>September 2002<br>MOR-1 | | |
|---|---|---|
| | JP Morgan Chase<br>Pass Through<br>323651963 | |
| Balance per books | $ | - |
| Bank Balance | | - |
| (+) Deposits in transit | | - |
| ( -) Outstanding checks | | - |
| Other | | - |
| Adjusted bank balance | $ | - |
| **Deposits in Transit** | Date | Amt |
| | | |
| **Outstanding Checks** | Ck # | Amt |
| | | |
| **Other** | | |
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 2*

**Remedium Group, Inc.**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | JP Morgan Chase Pass Through 323883842 | | JP Morgan Chase Disbursement 601831985 | |
|---|---|---|---|---|
| Balance per books | | $ 2,303,177 | | $ (2,403,018) |
| | | | | |
| Bank Balance | | - | | - |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | | (183,957) |
| Other | | 2,303,177 | | (2,219,060) |
| Adjusted bank balance | | $ 2,303,177 | | $ (2,403,018) |

| Deposits in Transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | 3952 | (1,729) |
| | | | 4158 | (3,600) |
| | | | 4188 | (75) |
| | | | 4214 | (2,750) |
| | | | 4215 | (236) |
| | | | 4216 | (6,019) |
| | | | 4217 | (1,210) |
| | | | 4218 | (473) |
| | | | 4219 | (3,848) |
| | | | 4220 | (150) |
| | | | 4221 | (12) |
| | | | 4222 | (13,678) |
| | | | 4223 | (126) |
| | | | 4224 | (200) |
| | | | 4225 | (2,615) |
| | | | 4226 | (341) |
| | | | 4227 | (9) |
| | | | 4228 | (13,022) |
| | | | 4229 | (146) |
| | | | 4230 | (845) |
| | | | 4231 | (28,766) |
| | | | 4232 | (30) |
| | | | 4233 | (74) |
| | | | 4234 | (266) |
| | | | 4235 | (6) |
| | | | 4236 | (1,120) |
| | | | 4237 | (74,046) |
| | | | 4238 | (1,147) |
| | | | 4239 | (2,307) |
| | | | 4240 | (65) |
| | | | 4241 | (100) |
| | | | 4242 | (2,925) |
| | | | 4243 | (275) |
| | | | 4244 | (265) |
| | | | 4245 | (10,975) |
| | | | 4246 | (21) |
| | | | 4247 | (4,722) |
| | | | 4248 | (217) |
| | | | 4249 | (90) |
| | | | 4250 | (122) |
| | | | 4251 | (60) |
| | | | 4252 | (135) |
| | | | 4253 | (1,551) |
| | | | 4254 | (358) |
| | | | 4255 | (2,883) |
| | | | 4256 | (200) |
| | | | 4257 | (350) |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | 2,303,177 | | (2,303,177) |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | 59,511 |
| Unreconciled ledger activity | | | | 24,605 |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

Chart 2

**CC Partners**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | First Union Deposit Acct 2199500031802 |
|---|---|
| Balance per books | $ - |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |
| **Deposits in Transit** | |
| | |
| **Outstanding Checks** | |
| | - |
| **Other** | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

Chart 2

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**September 2002**
**MOR-1**

|  | Citibank Operating Acct 300153011 |
|---|---|
| Balance per books | $ 2,977,855 |
| Bank Balance | 3,013,070 |
| (+) Deposits in transit |  |
| ( -) Outstanding checks | (35,034) |
| Other | (181) |
| Adjusted bank balance | $ 2,977,855 |

| Deposits in Transit | Date | Amt |
|---|---|---|
|  |  |  |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
|  | 15376 | (12,203) |
|  | 15461 | (27) |
|  | 15727 | (8,165) |
|  | 15836 | (7,924) |
|  | 15842 | (4,065) |
|  | 15846 | (350) |
|  | 15849 | (471) |
|  | 15852 | (561) |
|  | 15860 | (50) |
|  | 15862 | (40) |
|  | 15863 | (60) |
|  | various | (1,119) |

| Other |  |  |
|---|---|---|
| Transfers between bank accounts |  |  |
| Accounting error |  | (193) |
| Interest not recorded on books |  |  |
| Bank fees not recorded on books |  |  |
| Payroll tax payments not recorded |  | 12 |
| Unreconciled bank activity |  |  |
| Unreconciled ledger activity |  |  |
| Returned item adjustment |  |  |
| Payroll activity in transit |  |  |
| Petty cash funds |  |  |

Chart 2

**Kootenai Development Company**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | First National Bank of Montana Checking 1049097 |
|---|---:|
| Balance per books | $ 29,162 |
| | |
| Bank Balance | 29,162 |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ 29,162 |
| **Deposits in Transit** | |
| | |
| | |
| **Outstanding Checks** | |
| | |
| | |
| **Other** | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

Chart 2

**Grace Europe, Inc.**
**Bank Reconciliations**
**September 2002**
**MOR-1**

| | Barclays Bank PLC |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |
| | | |
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2002**

| | W.R. Grace & Co - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 75,640,731 | $          - | $          - | $          - | $          - | $          - | $          - | $          - | $          - |
| Net sales to non-filing entities | 10,581,492 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | 129,475 | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 494,734 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (5,647,927) | 4,104,098 | 764,622 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Other income | (490,438) | - | 1,094 | - | - | - | - | - | - |
| | 80,708,066 | 4,104,098 | 765,716 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 47,663,538 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 7,690,482 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 108,391 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 21,366,539 | - | 6,076 | - | - | 17,992 | - | - | - |
| Research and development expenses | 3,954,497 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 5,113,084 | - | 2,257 | - | - | - | - | - | - |
| Interest expense | 1,592,488 | - | - | - | - | - | - | - | - |
| | 87,489,020 | - | 8,333 | - | - | 17,992 | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (6,780,953) | 4,104,098 | 757,382 | 19,173 | 845,233 | (17,992) | 2,602,915 | - | - |
| Chapter 11 reorganization expenses, net | (4,930,403) | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 3,656,830 | (1,436,434) | (265,084) | (6,710) | (295,832) | 6,297 | (911,020) | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net Income** | $ (8,054,526) | $2,667,664 | $ 492,298 | $ 12,463 | $ 549,401 | $ (11,695) | $1,691,895 | $          - | $          - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2002**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 626,828 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | (3,148) | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 2,104,843 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,687,985) | - | - | - | - | - | - | - | - | - |
| Other income | - | 2,063 | - | - | - | - | - | - | - | - |
| | (583,142) | 625,743 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 300,423 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 1 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 123,071 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,632 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 431,127 | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (583,142) | 194,616 | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 164,893 | (68,116) | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ (418,249) | $ 126,500 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2002**

| | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2002**

| | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2002**

| | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2002**

| | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended October 31, 2002**

| | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ 76,267,558 |
| Net sales to non-filing entities | - | - | - | - | - | 10,581,492 |
| Net sales to filing entities | - | - | - | (126,327) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 2,599,576 |
| Interest and royalties from filing entities, net | - | - | - | (128) | - | - |
| Other income | - | - | - | - | - | (487,282) |
| | - | - | - | (126,456) | - | 88,961,345 |
| Cost of goods sold to third parties | - | - | - | - | - | 47,963,962 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | 7,690,482 |
| Cost of goods sold to filing entities | - | - | - | (108,392) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | 21,513,679 |
| Research and development expenses | - | - | - | - | - | 3,954,497 |
| Depreciation and amortization | - | - | - | - | - | 5,122,973 |
| Interest expense | - | - | - | - | - | 1,592,488 |
| | - | - | - | (108,392) | - | 87,838,080 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | (18,064) | - | 1,123,265 |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | (4,930,403) |
| (Provision for) benefit from income taxes | - | - | - | - | - | 844,824 |
| Minority interest in income of subsidiary | - | - | - | - | 5,702,725 | 5,702,725 |
| Equity in net income of non-filing entities | - | - | - | - | - | 5,702,725 |
| **Net income** | $ - | $ - | $ - | $ (18,064) | $ 5,702,725 | $ 2,740,410 |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | W.R. Grace & Co. - Conn | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 41,905,166 | $ - | $ (159,446) | $ - | $ - | $ - |
| Notes and accounts receivable, net | 121,073,562 | - | 190,041 | | | |
| Receivables from/(payables) to) filing and non-filing entities, net | 267,364,461 | (388,847,585) | (14,399) | 12,980,369 | (27,819,945) | (9,521,849) |
| Inventories | 76,153,211 | - | - | | | |
| Deferred income taxes | 9,276,537 | - | 3,178,341 | | | |
| Asbestos-related insurance expected to be realized within one year | 7,717,970 | - | - | | | |
| Other current assets | 51,571,224 | - | - | | | |
| **Total Current Assets** | 575,062,131 | (388,847,585) | 3,194,537 | 12,980,369 | (27,819,945) | (9,521,849) |
| | | | | | | |
| Properties and equipment, net | 378,837,707 | - | 490,356 | | | |
| Goodwill, net | 14,441,998 | - | - | | | |
| Cash value of company owned life insurance, net of policy loans | 85,253,646 | - | - | | | |
| Deferred income taxes | 728,739,525 | - | 44,101,884 | | | |
| Asbestos-related insurance expected to be realized after one year | 274,943,452 | - | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,067,271,482) | 796,533,519 | 123,543,512 | 4,553,108 | 196,530,092 | - |
| Investment in filing and non-filing entities | 801,411,141 | 241,512,111 | - | | | |
| Other assets | 303,495,605 | - | - | | | |
| **Total Assets** | $ 2,094,913,724 | $ 649,198,045 | $ 171,330,288 | $ 17,533,476 | $ 168,710,146 | $ (9,521,849) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ (0) | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 30,499,325 | - | 104,761 | | | |
| Income taxes payable | 1 | - | - | | | |
| Asbestos-related liability expected to be disbursed within one year | 0 | - | - | | | |
| Other current liabilities | 76,450,983 | - | (1,392) | | 0 | 17,998 |
| **Total Current Liabilities** | 106,950,308 | - | 103,368 | | 0 | 17,998 |
| | | | | | | |
| Long-term debt - DIP facility | (438,134) | - | - | | | |
| Deferred income taxes | 210,847,791 | - | - | | | |
| Asbestos-related liability expected to be disbursed after one year | (0) | - | - | | | |
| Other liabilities | 293,267,209 | 0 | 0 | | (0) | - |
| **Total Liabilities Not Subject to Compromise** | 610,627,174 | 0 | 103,369 | - | 0 | 17,998 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 536,416,828 | - | - | | - | - |
| Accounts payable | 31,299,746 | - | 665,607 | | - | - |
| Income taxes payable | 178,337,550 | 30,526,896 | 2,061,796 | 61,966 | 9,167,305 | (332,005) |
| Asbestos-related liability | 975,417,904 | - | - | | - | - |
| Other liabilities | 355,527,597 | 188,091 | 133,639,982 | | 32,239,894 | - |
| **Total Liabilities Subject to Compromise** | 2,076,999,624 | 30,714,987 | 136,367,385 | 61,966 | 41,407,199 | (332,005) |
| **Total Liabilities** | 2,687,626,798 | 30,714,987 | 136,470,753 | 61,966 | 41,407,199 | (314,007) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 83,968,960 | 769,612 | 12,223 | 1,000 | | 1,000 |
| Paid in capital | 142,809,878 | 429,352,702 | 9,724,449 | 34,052,467 | 56,011,577 | - |
| (Accumulated deficit)/Retained earnings | (624,875,161) | 325,355,605 | 25,122,863 | (16,581,956) | 71,291,371 | (9,208,842) |
| Treasury stock, at cost | (194,616,751) | (136,994,960) | | | | |
| Accumulated other comprehensive loss | | 100 | | | | |
| **Total Shareholders' Equity (Deficit)** | (592,713,075) | 618,483,058 | 34,859,535 | 17,471,511 | 127,302,947 | (9,207,842) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,094,913,724 | $ 649,198,045 | $ 171,330,288 | $ 17,533,476 | $ 168,710,146 | $ (9,521,849) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ (85,429) | $ 3,112,696 | $ - |
| Notes and accounts receivable, net | - | 78,699 | | - | 2,543,562 | |
| Receivables from/(payables to) filing and non-filing entities, net | (372,882,360) | 5,809,456 | 140,477,882 | (85,439,731) | (802,724) | (5,181,378) |
| Inventories | - | (0) | | - | 172,250 | |
| Deferred income taxes | - | 71,412 | | - | 17,655 | |
| Asbestos-related insurance expected to be realized within one year | - | - | | - | - | |
| Other current assets | - | - | | - | 2,219 | |
| **Total Current Assets** | (372,882,360) | 5,959,567 | 140,477,882 | (85,525,159) | 5,045,659 | (5,181,378) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 807,631 | - |
| Goodwill, net | - | - | - | | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | | - | |
| Deferred income taxes | - | 38,161 | - | | - | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | 437,706,439 | (3,441,171) | | (5,851,591) | - | |
| Investment in filing and non-filing entities | - | - | | 58,669,464 | - | |
| Other assets | - | 54,000 | | - | 157,557 | 1,162,390 |
| **Total Assets** | $ 64,824,079 | $ 2,610,556 | $ 140,477,882 | $ (32,707,286) | $ 6,010,847 | $ (4,018,988) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | 21,156 | - | - | 176,049 | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | 349,731 | - | - | 219,021 | - |
| **Total Current Liabilities** | - | 370,887 | - | - | 395,070 | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | 0 | - | - | 141,872 | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 370,888 | - | - | 536,942 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | 133,907 | - |
| Income taxes payable | 20,042,443 | (674,953) | (47,122) | (5,696,118) | 799,470 | (175) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | 204,034 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 20,042,443 | (470,919) | (47,122) | (5,696,118) | 933,377 | (175) |
| **Total Liabilities** | 20,042,443 | (100,031) | (47,122) | (5,696,118) | 1,470,319 | (175) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | - | 25,358,993 | 44,767,489 | - | 274,606 |
| (Accumulated deficit)/Retained earnings | 74,047,934 | (426,529) | 115,166,011 | (34,572,140) | 4,539,528 | (4,293,619) |
| Treasury stock, at cost | - | 3,136,117 | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | (37,207,517) | - | - |
| **Total Shareholders' Equity (Deficit)** | 44,781,636 | 2,710,588 | 140,525,004 | (27,011,168) | 4,540,528 | (4,018,813) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 64,824,079 | $ 2,610,556 | $ 140,477,882 | $ (32,707,286) | $ 6,010,847 | $ (4,018,988) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,455) | - | (57,817,172) | (50) | (160) | (1,585) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (2,143,455) | - | (57,817,172) | (50) | (160) | (1,585) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (2,143,455) | $ - | $ (23,763,706) | $ 54,499,950 | $ 54,499,840 | $ 56,009,992 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (85) | - | - | (50) | (160) | (496) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (85) | - | - | (50) | (160) | (496) |
| **Total Liabilities** | (85) | - | - | (50) | (160) | (496) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,510,488 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 56,010,488 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,455) | $ - | $ (23,763,706) | $ 54,499,950 | $ 54,499,840 | $ 56,009,992 |

---

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 29,162 | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (562) | (26,718,392) | 57,347,191 | (7,288,696) | - | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | 6,320 | - | - | - | - | - |
| **Total Current Assets** | 34,919 | (26,718,392) | 57,347,191 | (7,288,696) | - | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | 1,630,940 | - | - | - | - | - |
| **Total Assets** | $ 1,665,859 | $ (26,718,392) | $ 57,347,191 | $ (7,288,696) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 551,649 | 5,000 | - | - | - | - |
| **Total Current Liabilities** | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (104,565) | 10,346,794 | (5,100) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (104,565) | 10,346,794 | (5,100) | - | - |
| **Total Liabilities** | 551,649 | (99,565) | 10,346,794 | (5,100) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | - | 5,150 | - | - |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | - | - |
| (Accumulated deficit)/Retained earnings | 9,257 | (27,478,060) | 43,427,950 | (12,433,596) | - | - |
| Treasury stock, at cost | - | - | (99,212) | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 1,114,211 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,665,859 | $ (26,718,392) | $ 57,347,191 | $ (7,288,696) | $ - | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.