**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ 1,000 | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,344 | (102,989) | (1,119,043) | 10,284,334 | 540 | (2,417,464) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | | - |
| Other current assets | - | - | - | - | | - |
| **Total Current Assets** | 5,824,344 | (101,989) | (1,119,043) | 10,284,334 | 540 | (2,417,464) |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | 94,022 | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 5,824,344 | $ (7,966) | $ (1,119,043) | $ 10,284,334 | $ 540 | $ (2,417,464) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | 3 | - | - |
| **Total Current Liabilities** | - | - | - | 3 | - | - |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 3 | - | - |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (50) | - | (50) | (350) | (350) | (200) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (50) | - | (50) | (350) | (350) | (200) |
| **Total Liabilities** | (50) | - | (50) | (347) | (350) | (200) |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,344 | $ (7,966) | $ (1,119,043) | $ 10,284,334 | $ 540 | $ (2,417,464) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| ASSETS | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | (26,312,455) | (5,132,634) | (3,350,574) | (2,509,789) | 900 | (1,230,598) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | | - |
| Other current assets | - | - | - | - | | - |
| **Total Current Assets** | (26,312,455) | (5,132,634) | (3,350,574) | (2,509,789) | 900 | (1,230,598) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | 1,184,871 |
| Goodwill, net | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | - | - | | - |
| Investment in filing and non-filing entities | - | - | - | - | | - |
| Other assets | - | - | - | - | | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,634) | $ (3,350,574) | $ (2,509,789) | $ 900 | $ (45,727) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | - |
| Income taxes payable | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | - |
| Other current liabilities | - | - | - | - | | - |
| **Total Current Liabilities** | - | - | - | - | | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | - |
| Other liabilities | - | - | - | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (519) | (50) | (150) | (50) | (15) |
| Asbestos-related liability | - | | | | | |
| Other liabilities | - | | | | | |
| **Total Liabilities Subject to Compromise** | - | (519) | (50) | (150) | (50) | (15) |
| **Total Liabilities** | - | (519) | (50) | (150) | (50) | (15) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | | - |
| Accumulated other comprehensive loss | - | - | - | - | | - |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,634) | $ (3,350,574) | $ (2,509,789) | $ 900 | $ (45,727) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 36,708,687 | 25,045 | (73,001) | (12,559,318) | 174,205 | (19,464,242) |
| Inventories | - | - | - | | - | - |
| Deferred income taxes | - | - | - | | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | | - | - |
| Other current assets | - | - | - | | - | - |
| **Total Current Assets** | 36,708,687 | 25,045 | (73,001) | (12,559,318) | 174,205 | (19,463,742) |
| | | | | | | |
| Properties and equipment, net | - | - | - | | 438,445 | - |
| Goodwill, net | - | - | - | | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | | - | - |
| Deferred income taxes | - | - | - | | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | | - | 4,066 |
| Other assets | - | - | - | | - | - |
| **Total Assets** | $ 42,993,493 | $ 25,045 | $ (73,001) | $ (12,559,318) | $ 612,650 | $ (19,459,676) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | | - | 4,066 |
| Income taxes payable | - | - | - | | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | | - | - |
| Other current liabilities | - | - | - | | 199 | - |
| **Total Current Liabilities** | - | - | - | | 199 | 4,066 |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | | 438,134 | - |
| Deferred income taxes | - | - | - | | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | | - | - |
| Other liabilities | - | - | - | | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | | 438,333 | 4,066 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | (449) | - | (50) | (65) | | |
| Asbestos-related liability | - | - | - | - | | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Subject to Compromise** | (449) | - | (50) | (65) | - | |
| **Total Liabilities** | (449) | - | (50) | (65) | 438,333 | 4,066 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | 25,045 | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | 25,045 | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,493 | $ 25,045 | $ (73,001) | $ (12,559,318) | $ 612,650 | $ (19,459,676) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 23,479,509 | 6,345,536 | 810,350 | (59,581,362) | (100) | (86,661) |
| Inventories | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | | |
| Other current assets | - | - | - | - | | |
| **Total Current Assets** | 23,479,509 | 6,345,536 | 810,350 | (59,581,362) | (100) | (86,661) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | |
| Goodwill, net | - | - | - | - | | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | - | - | | |
| Investment in filing and non-filing entities | - | - | - | - | | |
| Other assets | - | - | - | - | | |
| **Total Assets** | $ 23,479,509 | $ 6,345,536 | $ 810,350 | $ (59,581,362) | $ (100) | $ (86,661) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | |
| Other current liabilities | - | - | - | - | | |
| **Total Current Liabilities** | - | - | - | - | | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | |
| Accounts payable | | | | | | |
| Income taxes payable | (639) | (125) | (250) | (130) | (100) | (50) |
| Asbestos-related liability | | | | | | |
| Other liabilities | | | | | | |
| **Total Liabilities Subject to Compromise** | (639) | (125) | (250) | (130) | (100) | (50) |
| **Total Liabilities** | (639) | (125) | (250) | (130) | (100) | (50) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | | | - | - |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | | (1,986,611) |
| Treasury stock, at cost | | | | | | |
| Accumulated other comprehensive loss | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,509 | $ 6,345,536 | $ 810,350 | $ (59,581,362) | $ (100) | $ (86,661) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $           - | $           - | $           - | $           - | $           - | $           - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables) to) filing and non-filing entities, net | 352,712,759 | 4,389,672 | (15,750,664) | 5,297,049 | 875,419 | (5,204) |
| Inventories | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance expected to be realized within one year | | | | | | |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,759 | 4,389,672 | (15,750,664) | 5,297,049 | 875,419 | (5,204) |
| | | | | | | |
| Properties and equipment, net | - | - | | - | | - |
| Goodwill, net | - | - | | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | | - | | - |
| Deferred income taxes | - | - | | - | | - |
| Asbestos-related insurance expected to be realized after one year | - | - | | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | | - | | - |
| Investment in filing and non-filing entities | 187,272,210 | - | | - | | - |
| Other assets | - | - | | - | | - |
| **Total Assets** | $ 504,081,846 | $ (9,746,053) | $ (15,750,664) | $ 5,297,049 | $ 875,419 | $ (5,204) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $           - | $           - | $           - | $           - | $           - | $           - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | | - | | - |
| Deferred income taxes | - | - | | - | | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | | - | | - |
| Other liabilities | - | - | | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | - | | - | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | (59) | (50) | - | (150) | (250) | (150) |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability | - | - | | - | | - |
| Other liabilities | - | - | | - | | - |
| **Total Liabilities Subject to Compromise** | (59) | (50) | - | (150) | (250) | (150) |
| **Total Liabilities** | (59) | (50) | - | (150) | (250) | (150) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | | - | | - |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,846 | $ (9,746,053) | $ (15,750,664) | $ 5,297,049 | $ 875,419 | $ (5,204) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 108,190 | 130,478,268 | 145,501,866 | (81,114,868) | 47,407,856 | - |
| Inventories | | | | | | |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized within one year | | | | | | |
| Other current assets | - | - | - | - | | - |
| **Total Current Assets** | 108,190 | 130,478,268 | 145,501,866 | (81,114,868) | 47,407,856 | |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | | - |
| Goodwill, net | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | - |
| Investment in filing and non-filing entities | | | | | | |
| Other assets | - | - | - | - | | - |
| **Total Assets** | $ 108,190 | $ 130,478,268 | $ 145,501,866 | $ (81,114,868) | $ 47,407,856 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | 28,415,346 | 28,415,346 | - | | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | 28,415,346 | 28,415,346 | - | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | - |
| Accounts payable | | | | | | |
| Income taxes payable | (250) | 874,850 | 874,950 | (235) | (50) | |
| Asbestos-related liability | | | | | | |
| Other liabilities | | | | | | |
| **Total Liabilities Subject to Compromise** | (250) | 874,850 | 874,950 | (235) | (50) | |
| **Total Liabilities** | (250) | 29,290,196 | 29,290,296 | (235) | (50) | |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | |
| Paid in capital | | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | |
| Treasury stock, at cost | | | | | | |
| Accumulated other comprehensive loss | | | | | | - |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,190 | $ 130,478,268 | $ 145,501,866 | $ (81,114,868) | $ 47,407,856 | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

| | Haydon-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $        - | $        - | $        - | $        - | $        - |
| Notes and accounts receivable, net | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | - | - |
| Inventories | - | - | - | - | (8,474,469) |
| Deferred income taxes | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - |
| Other current assets | - | - | - | - | - |
| **Total Current Assets** | - | - | - | - | (8,474,469) |
| | | | | | |
| Properties and equipment, net | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | (267,820,355) |
| Deferred income taxes | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | (1,315,702,717) | 34,504,711 | - |
| Investment in filing and non-filing entities | - | - | (1,104,954) | | - |
| Other assets | - | - | - | - | - |
| **Total Assets** | $        - | $        - | $ (1,316,807,671) | $ 34,504,711 | $ (276,294,824) |
| | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | |
| **Current Liabilities** | | | | | |
| Short-term debt | $        - | $        - | $        - | $        - | $        - |
| Accounts payable | - | - | - | - | 5,000,000 |
| Income taxes payable | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | (19,174,469) |
| Other current liabilities | - | - | - | - | (14,174,469) |
| **Total Current Liabilities** | - | - | - | - | (14,174,469) |
| | | | | | |
| Long-term debt - DIP facility | - | - | - | - | (267,820,355) |
| Deferred income taxes | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | (75,100,000) |
| Other liabilities | - | - | - | - | (357,094,824) |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | (357,094,824) |
| | | | | | |
| **Liabilities Subject to Compromise** | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | | - |
| Accounts payable | - | - | - | | - |
| Income taxes payable | - | - | - | | - |
| Asbestos-related liability | - | - | - | | - |
| Other liabilities | - | - | - | | - |
| **Total Liabilities Subject to Compromise** | - | - | - | | - |
| **Total Liabilities** | - | - | - | - | (357,094,824) |
| | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | |
| Preferred Stock | - | - | - | - | - |
| Common Stock | - | - | (86,493,960) | - | - |
| Paid in capital | - | - | (1,192,373,672) | - | - |
| (Accumulated deficit)/Retained earnings | - | - | (37,940,039) | 85,219,052 | 75,100,000 |
| Treasury stock, at cost | - | - | - | (50,714,341) | 5,700,000 |
| Accumulated other comprehensive loss | - | - | (1,316,807,671) | 34,504,711 | 80,800,000 |
| **Total Shareholders' Equity (Deficit)** | - | - | (1,316,807,671) | 34,504,711 | (276,294,824) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $        - | $        - | $ (1,316,807,671) | $ 34,504,711 | $ (276,294,824) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**October 31, 2002**

|  | COMBINED FILING ENTITIES |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $    44,803,649 |
| Notes and accounts receivable, net | 123,885,863 |
| Receivables from/(payables to) filing and non-filing entities, net | 39,112,881 |
| Inventories | 76,325,462 |
| Deferred income taxes | 4,069,476 |
| Asbestos-related insurance expected to be realized within one year | 7,717,970 |
| Other current assets | 51,579,763 |
| **Total Current Assets** | 347,495,064 |
|  | |
| Properties and equipment, net | 381,759,009 |
| Goodwill, net | 14,441,998 |
| Cash value of company owned life insurance, net of policy loans | 85,253,646 |
| Deferred income taxes | 505,059,215 |
| Asbestos-related insurance expected to be realized after one year | 274,943,452 |
| Loans receivable from/(payable to) filing and non-filing entities, net | 432,263,577 |
| Investment in filing and non-filing entities | 213,110,790 |
| Other assets | 305,399,605 |
| **Total Assets** | **$  2,559,726,357** |
|  | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | |
| **Liabilities Not Subject to Compromise** | |
| **Current Liabilities** | |
| Short-term debt | $         (0) |
| Accounts payable | 30,805,358 |
| Income taxes payable | 5,000,001 |
| Asbestos-related liability expected to be disbursed within one year | 0 |
| Other current liabilities | 58,418,721 |
| **Total Current Liabilities** | 94,224,080 |
|  | |
| Long-term debt - DIP facility | (0) |
| Deferred income taxes | - |
| Asbestos-related liability expected to be disbursed after one year | (0) |
| Other liabilities | 218,167,209 |
| **Total Liabilities Not Subject to Compromise** | 312,391,288 |
|  | |
| **Liabilities Subject to Compromise** | |
| Debt, pre-petition plus accrued interest | 536,416,828 |
| Accounts payable | 32,099,260 |
| Income taxes payable | 246,228,354 |
| Asbestos-related liability | 975,417,904 |
| Other liabilities | 521,799,598 |
| **Total Liabilities Subject to Compromise** | 2,311,961,945 |
| **Total Liabilities** | 2,624,353,233 |
|  | |
| **Shareholders' Equity (Deficit)** | |
| Preferred Stock | 112 |
| Common Stock | 772,288 |
| Paid in capital | 433,064,848 |
| (Accumulated deficit)/Retained earnings | (87,667,559) |
| Treasury stock, at cost | (136,994,960) |
| Accumulated other comprehensive loss | (273,801,604) |
| **Total Shareholders' Equity (Deficit)** | (64,626,876) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$  2,559,726,357** |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 5

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>October 2002 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ 22,903 | $ 2,741,150 | $ (2,743,033) | $ 21,020 |
| FICA - Employee | 11,272 | 1,247,309 | (1,244,494) | 14,087 |
| FICA and payroll- Employer | 1,994,642 | 1,247,577 | (1,037,333) | 2,204,886 |
| Unemployment | - | 10,387 | (10,387) | - |
| Other | - | | - | - |
| **Total Federal Taxes** | $ 2,028,816 | $ 5,246,423 | $ (5,035,246) | $ 2,239,993 |
| **State and Local** | | | | |
| Withholding | $ (15,698) | $ 1,006,022 | $ (1,006,023) | $ (15,699) |
| Sales & Use | 1,579,486 | 557,819 | (448,682) | 1,688,623 |
| Property Taxes | 2,393,425 | 370,584 | (864,272) | 1,899,737 |
| Other | - | | - | - |
| **Total State and Local** | $ 3,957,213 | $ 1,934,425 | $ (2,318,977) | $ 3,572,661 |
| **Total Taxes** | $ 5,986,029 | $ 7,180,848 | $ (7,354,223) | $ 5,812,654 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Remedium Group, Inc. Status of Postpetition Taxes MOR-4 October 2002 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ 13,881 | $ (20,698) | $ (6,817) |
| FICA - Employee | - | 3,354 | (5,090) | (1,736) |
| FICA and payroll- Employer | 84 | 3,354 | (5,090) | (1,652) |
| Unemployment | - | | - | - |
| Other | - | | - | - |
| **Total Federal Taxes** | $ 84 | $ 20,589 | $ (30,878) | $ (10,205) |
| **State and Local** | | | | |
| Withholding | $ - | $ 639 | $ (926) | $ (287) |
| Sales & Use | - | | - | - |
| Property Taxes | - | | - | - |
| Other | - | | - | - |
| **Total State and Local** | $ - | $ 639 | $ (926) | $ (287) |
| **Total Taxes** | $ 84 | $ 21,228 | $ (31,804) | $ (10,492) |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>October 2002 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ (2,288) | $ 4,774 | $ (199) | $ 2,287 |
| FICA - Employee | (751) | 233 | 518 | - |
| FICA and payroll- Employer | (2,622) | 233 | (138) | (2,527) |
| Unemployment | - | | - | - |
| Other | - | | - | - |
| **Total Federal Taxes** | $ (5,661) | $ 5,240 | $ 181 | $ (240) |
| **State and Local** | | | | |
| Withholding | $ 1,425 | $ 892 | $ (2,317) | $ - |
| Sales & Use | - | | - | - |
| Property Taxes | - | | - | - |
| Other | - | | - | - |
| **Total State and Local** | $ 1,425 | $ 892 | $ (2,317) | $ - |
| **Total Taxes** | $ (4,236) | $ 6,132 | $ (2,136) | $ (240) |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>October 2002 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $         - | $         - | $         - | $         - |
| FICA - Employee | - | - | - | - |
| FICA and payroll- Employer | - | - | - | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $         - | $         - | $         - | $         - |
| **State and Local** | | | | |
| Withholding | $         - | $         - | $         - | $         - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $         - | $         - | $         - | $         - |
| Total Taxes | $         - | $         - | $         - | $         - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Darex Puerto Rico, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>October 2002 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $          - | $ | $          - | $          - |
| FICA - Employee | (151) | 968 | (775) | 42 |
| FICA and payroll- Employer | 2,528 | 968 | (678) | 2,818 |
| Unemployment | - | | - | - |
| Other | - | | - | - |
| **Total Federal Taxes** | $     2,377 | $     1,936 | $   (1,453) | $     2,860 |
| **State and Local** | | | | |
| Withholding | $        (32) | $     1,650 | $   (1,618) | $          - |
| Sales & Use | - | | - | - |
| Property Taxes | 111,533 | 44,849 | (0) | 156,382 |
| Other | - | | - | - |
| **Total State and Local** | $   111,501 | $   46,499 | $   (1,618) | $   156,382 |
| **Total Taxes** | $   113,878 | $   48,435 | $   (3,071) | $   159,242 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable.  See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 6

## W. R. Grace & Co. - Conn
### Accounts Receivable Reconciliation and Aging
### MOR-5
### October 2002

**Trade Accounts Receivable Reconciliation**

| | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ 116,229,939 |
| Amounts billed during the period | 75,640,731 |
| Amounts collected during the period | (81,128,378) |
| Other | 3,106,380 |
| Trade accounts receivable at the end of month, gross | $ 113,848,672 |

**Trade Accounts Receivable Aging**

| | |
|---|---:|
| Current | $   79,061,824 |
| 1-30 days past due | 23,911,561 |
| 31-60 days past due | 7,307,418 |
| +61 days past due | 3,567,869 |
| Trade accounts receivable, gross | 113,848,672 |
| Allowance for doubtful accounts | (1,561,057) |
| Trade accounts receivable, net | $ 112,287,615 |

**Notes and Accounts Receivable Reconciliation**

| | |
|---|---:|
| Trade accounts receivable, net | $ 112,287,615 |
| Customer notes and drafts receivable | 697,293 |
| Pending customer credit notes | (100,391) |
| Advances and deposits | 5,551,922 |
| Nontrade receivables, net | 2,637,123 |
| Total notes and accounts receivable, net | $ 121,073,562 |

*Chart 6*

## Remedium Group, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## October 2002

### Trade Accounts Receivable Reconciliation

| | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |

### Trade Accounts Receivable Aging

| | | |
|---|---|---|
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

### Notes and Accounts Receivable Reconciliation

| | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | 190,041 |
| Total notes and accounts receivable, net | $ | 190,041 |

Chart 6

## Darex Puerto Rico, Inc.
### Accounts Receivable Reconciliation and Aging
### MOR-5
### October 2002

**Trade Accounts Receivable Reconciliation**

| | | |
|---|---|---:|
| Trade accounts receivable, beginning of month, gross | $ | 2,396,967 |
| Amounts billed during the period | | 626,828 |
| Amounts collected during the period | | (437,491) |
| Other | | 18,762 |
| Trade accounts receivable at the end of month, gross | $ | 2,605,066 |

**Trade Accounts Receivable Aging**

| | | |
|---|---|---:|
| Current | $ | 1,502,451 |
| 1-30 days past due | | 368,288 |
| 31-60 days past due | | 291,089 |
| +61 days past due | | 443,238 |
| Trade accounts receivable, gross | | 2,605,066 |
| Allowance for doubtful accounts | | (50,443) |
| Trade accounts receivable, net | $ | 2,554,623 |

**Notes and Accounts Receivable Reconciliation**

| | | |
|---|---|---:|
| Trade accounts receivable, net | $ | 2,554,623 |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | (11,061) |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | 2,543,562 |

*Chart 6*

## Grace Europe, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## October 2002

| Trade Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| Notes and Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | 78,699 |
| Total notes and accounts receivable, net | $ | 78,699 |

Chart 7

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>October 2002 | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period?  If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed?<br>    If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect?  If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date?  If no, provide an explanation. | X<br>(unless disputed in normal course of business) | |

**Note #5**
As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included.  The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000:<br>Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| **Combined Statement of Operations** | | | |
| *Amounts in millions* | Month Ended October 31, 2002 | Year to Date October 31, 2002 | Cumulative Since Filing |
| Net sales to third parties | $           76.2 | $           724.2 | $        1,388.0 |
| Net sales to non-filing entities | 10.6 | 113.4 | 218.3 |
| Interest and royalties from non-filing entities | 2.6 | 33.9 | 68.3 |
| Other income | (0.4) | 14.9 | 26.7 |
| | 89.0 | 886.4 | 1,701.3 |
| | | | |
| Cost of goods sold to third parties | 48.0 | 451.9 | 857.1 |
| Cost of goods sold to non-filing entities | 7.7 | 81.8 | 156.6 |
| Selling, general and administrative expenses | 21.5 | 218.4 | 377.8 |
| Research and development expenses | 3.9 | 35.3 | 65.9 |
| Depreciation and amortization | 5.1 | 51.0 | 94.4 |
| Interest expense | 1.5 | 16.3 | 43.2 |
| | 87.7 | 854.7 | 1,595.0 |
| Income before Chapter 11 reorganization expenses, | | | |
| income taxes and equity in net income of non-filing entities | 1.3 | 31.7 | 106.3 |
| Chapter 11 reorganization expenses, net | (5.0) | (26.4) | (39.1) |
| Provision for income taxes | 0.8 | (19.1) | (53.4) |
| Equity in net income of non-filing entities | 5.7 | 64.2 | 100.5 |
| **Net Income** | $            2.8 | $            50.4 | $          114.3 |

The Notes to Combined Financial Statements are an integral part of these statements.

**Chart 9**

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| **Combined Functional Basis Statement of Cash Flows** | | | |
| *Amounts in millions* | Month Ended October 31, 2002 | Year to Date October 31, 2002 | Cumulative Since Filing |
| **Core operations cash flow** | | | |
| Pre-tax income from core operations | $       4.5 | $      67.0 | $      176.4 |
| Depreciation and amortization | 5.1 | 51.0 | 94.3 |
| | 9.6 | 118.0 | 270.7 |
| Changes in all core assets/liabilities and other | 5.8 | 2.8 | 2.9 |
| Net increase in accounts receivable due to termination of the securitization program | - | - | (64.8) |
| | 15.4 | 120.8 | 208.8 |
| Capital expenditures | (6.9) | (48.2) | (75.6) |
| **Core Pre-tax Operating Cash Flow** | 8.5 | 72.6 | 133.2 |
| **Charges against core reserves** | | | |
| Restructuring costs | - | - | - |
| Pension liabilities | (0.4) | (3.6) | (7.7) |
| Deferred compensation | - | (0.9) | (2.9) |
| Self insurance | (0.2) | (0.5) | (1.4) |
| **Total Spending Against Core Reserves** | (0.6) | (5.0) | (12.0) |
| **Core Cash Flow** | 7.9 | 67.6 | 121.2 |
| **Noncore cash flow** | | | |
| Proceeds from asset sales | - | 2.0 | 4.9 |
| Benefit proceeds under life insurance policies | 2.3 | 16.1 | 25.2 |
| Other noncore pretax cash flow | (0.2) | 1.7 | (0.3) |
| **Noncore Pre-tax Cash Flow** | 2.1 | 19.8 | 29.8 |
| **Charges against noncore reserves** | | | |
| Asbestos | | | |
| Asbestos claims processing | (2.7) | (10.9) | (17.4) |
| Less - insurance recovery | - | 10.8 | 57.9 |
| Net asbestos (payments) receipts | (2.7) | (0.1) | 40.5 |
| Environmental remediation | (1.4) | (15.9) | (34.7) |
| Retained obligations and other | 0.3 | (2.9) | (8.0) |
| Postretirement benefits | (0.2) | (17.9) | (34.6) |
| **Total Spending Against Noncore Reserves** | (4.0) | (36.8) | (36.8) |
| **Noncore Cash Flow** | (1.9) | (17.0) | (7.0) |
| **Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow** | 6.0 | 50.6 | 114.2 |
| Cash paid for taxes, net of refunds | (1.0) | (2.1) | (4.4) |
| Cash paid for interest | (0.5) | 0.3 | (2.3) |
| Chapter 11 reorganization expenses paid | (4.2) | (17.5) | (24.1) |
| **Cash Flow before Strategic Investments** | 0.3 | 31.3 | 83.4 |
| **Strategic Investments** | | | |
| Cash paid for businesses acquired | - | (4.0) | (4.0) |
| Proceeds from option exercises | - | - | - |
| Repurchase of treasury stock | - | - | (0.6) |
| **Cash used for Strategic Investments** | - | (4.0) | (4.6) |
| **Cash Flow after Strategic Investments** | 0.3 | 27.3 | 78.8 |
| Borrowings (repayments) under DIP facility | - | - | (2.8) |
| Net (investing)/financing activities under life insurance policies | (0.1) | (20.5) | (39.8) |
| **Net Cash Flow** | $      0.2 | $      6.8 | $      36.2 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| Combined Balance Sheet | | | |
| Amounts in millions | October 31, 2002 | December 31, 2001 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 44.8 | $ 38.0 | $ 8.6 |
| Notes and accounts receivable, net | 123.9 | 128.2 | 43.8 |
| Receivables from non-filing entities, net | 39.1 | 33.8 | 51.2 |
| Inventories | 76.3 | 83.9 | 80.6 |
| Deferred income taxes | 4.1 | 17.1 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | 7.7 | 9.7 | 17.0 |
| Other current assets | 51.6 | 51.8 | 21.9 |
| **Total Current Assets** | 347.5 | 362.5 | 304.0 |
| | | | |
| Properties and equipment, net | 381.8 | 384.9 | 400.4 |
| Goodwill, net | 14.5 | 13.9 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 85.3 | 75.6 | 64.1 |
| Deferred income taxes | 505.1 | 502.6 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 274.9 | 283.7 | 323.4 |
| Loans receivable from non-filing entities, net | 432.3 | 388.0 | 387.5 |
| Investment in non-filing entities | 213.2 | 159.1 | 121.0 |
| Other assets | 305.4 | 325.7 | 308.5 |
| **Total Assets** | $ 2,560.0 | $ 2,496.0 | $ 2,323.5 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $ - | 1.6 | - |
| Accounts payable | 30.8 | 32.8 | - |
| Income Taxes Payable | 5.0 | - | - |
| Other current liabilities | 58.6 | 61.7 | - |
| **Total Current Liabilities** | 94.4 | 96.1 | - |
| | | | |
| Debt payable after one year | - | - | - |
| Other liabilities | 218.1 | 228.0 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 312.5 | 324.1 | 31.8 |
| | | | |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 536.4 | 524.5 | 511.5 |
| Accounts payable | 32.1 | 31.7 | 43.0 |
| Income taxes payable | 246.2 | 216.6 | 210.1 |
| Asbestos-related liability | 975.4 | 996.3 | 1,002.8 |
| Other liabilities | 521.9 | 544.5 | 598.6 |
| **Total Liabilities Subject to Compromise** | 2,312.0 | 2,313.6 | 2,366.0 |
| **Total Liabilities** | 2,624.5 | 2,637.7 | 2,397.8 |
| | | | |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 433.0 | 433.0 | 432.6 |
| Accumulated deficit | (87.4) | (137.8) | (201.8) |
| Treasury stock, at cost | (137.0) | (137.0) | (136.4) |
| Accumulated other comprehensive income (loss) | (273.9) | (300.7) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (64.5) | (141.7) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,560.0 | $ 2,496.0 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.