

JPMorganChaseBank

JPMorganChase

Statement of Account

GE

In US Dollars

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018

Page 1 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 42 | 109,877,046.10 |
| Total Debits (incl. checks) | 54 | 109,858,150.34 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (14 SEP 2002) | Closing (30 SEP 2002) | |
|---|---|---|---|
| Ledger | 519,049.29 | Ledger | 537,945.05 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 16SEP | 459,597.92 |
| 17SEP | 457,662.82 |
| 18SEP | 473,004.19 |
| 19SEP | 538,592.23 |
| 20SEP | 527,930.49 |
| 23SEP | 478,444.50 |
| 24SEP | 543,238.99 |
| 25SEP | 467,412.54 |
| 26SEP | 501,175.81 |
| 27SEP | 21,642,042.76 |
| 30SEP | 537,945.05 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 16SEP | | 16SEP | | USD YOUR: O/B BANK ONE NA OUR: 0213102259FF | 121,986.59 | FEDWIRE CREDIT VIA: BANK ONE CHICAGO /071000013 B/O: GODWINS BOOKE AND DICKENSON TP CHICAGO IL USA REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B BANK ONE NA RBI=/TIME/12:33 IMAD: 0916I61QH052C002977 |
| 16SEP | | 16SEP | | USD YOUR: O/B BKAM IL CGO OUR: 0278601259FF | 3,034,985.77 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/13:46 IMAD: 0916I61QF6V2C000780 |
| 16SEP | | 16SEP | | USD YOUR: O/B WACHOVIA WIN OUR: 0227703259FF | 3,142,336.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B WACHOVIA WIN |

FT CODE:

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

GE

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018
Page 2 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 17SEP | | | | | USD YOUR: O/B BKAM IL CGO OUR: 0062213260FF | 2,861,467.10 | BBI=/TIME/12:42 IMAD: 0916EAQFTI1A000950 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOW1 BBI=/TIME/10:23 | | |
| 17SEP | | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0267502260FF | 10,231,939.00 | IMAD: 0917GIQT FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/14:59 | | |
| 18SEP | | | | | USD YOUR: O/B FIRST UNION OUR: 0063708261FF | 1,171,417.46 | IMAD: 0917EAQFTI1A001144 FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/09:51 | | |
| 18SEP | | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0195109261FF | 1,207,454.00 | IMAD: 0918F3QCAA1C000255 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:22 | | |
| 18SEP | | | | | USD YOUR: O/B BKAM IL CGO OUR: 0130501261FF | 2,084,760.15 | IMAD: 0918EAQFTI1A000979 FEDWIRE CREDIT VIA: BANK OF AMERICA | | |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No:           016-001257
Statement Start Date:  14 SEP 2002
Statement End Date:    30 SEP 2002
Statement Code:        S00-USA-22
Statement No:          018
Page  3  of  17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 19SEP | | | | USD OUR: 2624107734TC | 26.12 | /071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HDWT BBI=/TIME/11:44<br>IMAD: 0918G1QFGY2C000433<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020917<br>ORIG ID:9020571072 DESC DATE:020919<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024107734 EED:020919<br>IND ID:GWT000000094919<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 19SEP | | | | USD YOUR: O/B FIRST UNION<br>OUR: 0147807262FF | 309,044.59 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B FIRST UNION<br>BBI=/TIME/12:06<br>IMAD: 0919F3CAA1C000751 | | |
| 19SEP | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0097102262FF | 750,001.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:00<br>IMAD: 0919EAQFT11A000711 | | |
| 19SEP | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0103709262FF | 1,125,960.33 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HDWT BBI=/TIME/11:16 | | |

GE

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018
Page 4 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**19SEP** — 19SEP — USD YOUR: MAESTRO OUR: 0328713262FF — 3,200,000.00
IMAD: 0919GIQF6Y2C000476
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=MAESTRO OBI=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/O

**20SEP** — 20SEP — USD YOUR: MAESTRO OUR: 0351213263FF — 600,000.00
IMAD: 0919A1Q002BC001548
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=MAESTRO OBI=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/O

**20SEP** — 20SEP — USD YOUR: O/B BKAM IL C60 OUR: 0100601263FF — 1,002,868.74
IMAD: 0920A1Q002DC001576
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B BKAM IL C60
OBI=HOWT BBI=/TIME/10:59

**20SEP** — 20SEP — USD YOUR: O/B WACHOVIA WIN OUR: 0129001263FF — 1,015,887.00
IMAD: 0920GIQF6Y2C000359
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:36

**23SEP** — — USD OUR: 2661773883TC — 52.99
IMAD: 0920EAQFTI1A001059
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 020919
ORIG ID:9020571072 DESC DATE:020923

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:   14 SEP 2002
Statement End Date:    30 SEP 2002
Statement Code:      S00-USA-22
Statement No:        018
Page 5 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 23SEP | 23SEP | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0243307266FF | 1,611,336.00 | CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000021773883 EED:020923<br>IND ID:GRN00000094923<br>IND NAME:GRACE CORP BENEFITS DE<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:.CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/14:23<br>IMAD: 0923EAQFTIIA001056 |
| 23SEP | 23SEP | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0138614266FF | 2,788,192.98 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF:.CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600257 RFB=O/B BKAM IL CGO<br>OBJ=HOWT BBI=/TIME/11:56<br>IMAD: 092361QFGY2C000473 |
| 23SEP | 23SEP | USD | YOUR: MAESTRO<br>OUR: 0345008266FF | 3,300,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF:.CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600257 RFB=MAESTRO OBI=FUND<br>-318-P I-S 1 ML PREMIER FUND BBI=/O<br>IMAD: 0923A1Q002CC001472 |
| 24SEP | | USD | OUR: 0031690114XF | 5,909.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 00032381963 |
| 24SEP | 24SEP | USD | YOUR: O/B WACHOVIA WIN<br>OUR: 0107314267FF | 1,385,492.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF:.CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600257 RFB=O/B WACHOVIA WIN |

GE

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018
Page 6 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | F | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | |
| 24SEP | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 005150B267FF | 2,364,057.96 | BBI=/TIME/11:30<br>IMAD: 0924EAQFTI1A000705<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HDWT BBI=/TIME/09:40<br>IMAD: 0924GIQFGY2C000226 | | |
| 24SEP | | | USD YOUR: MAESTRO<br>OUR: 0365507267FF | 4,400,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P1-S1 ML PREMIER FUND BBI=/O<br>IMAD: 0924AIQO02BC001878 | | |
| 25SEP | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 008830126BFF | 680,414.35 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HDWT BBI=/TIME/10:36<br>IMAD: 0925GIQFGY2C000320 | | |
| 25SEP | | | USD YOUR: 13878658<br>OUR: 0108908268FF | 911,995.69 | FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD, CT 06101-2999<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=13878658 OBI=DEA<br>TH CLAIMS FOR MB038 AND MB059 BBI=/<br>IMAD: 0925AIQF148C001866 | | |
| 25SEP | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 016411326BFF | 1,474,021.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO | | |

JPMorgan Chase Bank

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

GE

Account No:        016-001257
Statement Start Date: 14 SEP 2002
Statement End Date:   30 SEP 2002
Statement Code:      S00-USA-22
Statement No:        018
Page 7 of 17

## CREDITS CONTINUED

| Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|
| | | | | | /053100494 B/O:W R GRACE & CO COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11.36 IMAD: 0925EAQFTIIA000841 | | |
| 25SEP | USD | | YOUR: MAESTRO OUR: 0412013268FF | 1,500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O:W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001001257 RFB=MAESTRO OBI=FUND -318-P I-S ML PREMIER FUND BBI=/O IMAD: 0925AIQ002HC002167 | | |
| 26SEP | USD | | OUR: 2695795605TC | 105.98 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020924 ORIG ID:9020571072 DESC DATE:020926 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000025795605 EED:020926 IND ID:GWT00000009926 IND NAME:GRACE CORP BENEFITS DE | | |
| 26SEP | USD | | OUR: 2695795604TC | 180.44 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020924 ORIG ID:9020571072 DESC DATE:020926 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000025795604 EED:020926 IND ID:GRJ00000009926 IND NAME:GRACE CORP BENEFITS DE | | |
| 26SEP | USD | | YOUR: TEBC OF 02/09/26 OUR: 083460269JB | 67,510.31 | BOOK TRANSFER CREDIT B/O:GRACE INTERNATIONAL HOLDINGS,I CAMBRIDGE MA 02140- REF:REPAYMENT OF LOAN TO CONN | | |
| 26SEP | USD | | YOUR: O/B BKAM IL CGO OUR: 010610126 9FF | 1,324,796.21 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O:W.R. GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001001257 RFB=O/B BKAM IL CGO | | |

GE

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018

Page 8 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

| Ledger Date | Adj.Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | | Value Date | | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 26SEP | | 26SEP | | USD YOUR: TEBC OF 02/09/26<br>OUR: 107180026JB | 2,287,677.19 | OBI=HOWT BBI=/TIME/11:09<br>/MAD: 0926G1QFGY2C000445<br>BOOK TRANSFER CREDIT<br>B/O: W R GRACE & CO (DELAWARE)<br>CAMBRIDGE MA 02140-<br>REF: GRACE DE TO GRACE CONN |
| 26SEP | | 26SEP | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 009350126SFF | 2,632,878.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/10:50 |
| 26SEP | | 26SEP | | USD YOUR: TEBC OF 02/09/26<br>OUR: 083450026SJB | 3,050,982.73 | /MAD: 0926EAQFTIIA000777<br>BOOK TRANSFER CREDIT<br>B/O: GRACE INTERNATIONAL HOLDINGS, I<br>CAMBRIDGE MA 02140-<br>REF: REPAYMENT OF LOAN TO CONN |
| 27SEP | | 27SEP | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0121203270FF | 1,190,272.56 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:08 |
| 27SEP | | 27SEP | | USD YOUR: 600826712532?001<br>OUR: 1207900270FC | 9,794,811.15 | /MAD: 0927G1QFGY2C000439<br>CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>B/O: GRACE COLLECTION INC.<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00001600125<br>7 ORG=GRACE COLLECTION INC. OGB=BAN<br>K OF AMERICA N.A. CROYDON UNITED KI<br>NGDOM CR9 6BY<br>SSN: 0061574 |
| 27SEP | | 27SEP | | USD YOUR: MAESTRO<br>OUR: 0071113270FF | 11,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN |

GE

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018
Page 9 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

## CREDITS CONTINUED

| Value Date | Description | Credit / Debit |
|---|---|---|
| 27SEP | USD YOUR: TEBC OF 02/09/27 OUR: 0455700270JB | 20,847,514.69 |
| | COLUMBIA MD 21044-4029 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RPB=MAESTRO OBI=FUND -318- 01-27 MU PREMIER FUND BBI=/O IMAD: 0927A1Q0C02DC000057 | |
| 30SEP | USD OUR: 2738213334TC | 211.96 |
| | BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF:GRACE DE 770 GRACE CONN ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-18N C-18 020926 ORIG ID;9020571072 DESC DATE:020930 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000002821333 EED:020930 IND ID:GRA000000094930 IND NAME:GRACE CORP BENEFITS DE | |
| 30SEP | USD YOUR: O/B BKAM IL CG0 OUR: 0161009273FF | 2,261,735.42 |
| | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W R GRACE & CO. CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=0/B BKAM IL CG0 OB2=HOUT BBI=/TIME/11:19 IMAD: 0930I1B7GFGY2C00428 | |
| 30SEP | USD YOUR: O/B WACHOVIA WIN OUR: 0148701273FF | 3,136,763.00 |
| | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /055100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=0/B WACHOVIA WIN BBI=/TIME/11:09 IMAD: 0930EAQFTI1A001044 | |

## DEBITS

| Value Date | Description | Credit / Debit |
|---|---|---|
| 16SEP | USD YOUR: SEE WIRE OUR: 0879300259JB | 58,769.73 |
| | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:    14 SEP 2002
Statement End Date:      30 SEP 2002
Statement Code:    S00-USA-22
Statement No:      018
Page 10 of 17

| Ledger Date | Adj Ledger Date | Value Date | F. I. | References | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 16SEP | | 16SEP | | USD YOUR: HOWT-FUCD<br>OUR: 087940025JB | 2,800,000.00 | |

FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/15:36
IMAD: 0916B1QGC06C004196

| 16SEP | | 16SEP | | USD YOUR: SEE WIRE<br>OUR: 087950025JB | 3,500,000.00 | |

FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND
BEN: N/O W.R. GRACE + CO - CONN
ATTN MERRILL GROUP
REF: TRANSFER FUNDS/TIME/15:35
IMAD: 0916B1QGC03C003909

| 17SEP | | | | USD OUR: 003119011XF | 878.47 | |

AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003238196

| 17SEP | | 17SEP | | USD YOUR: SEE WIRE<br>OUR: 083790026JB | 72,513.58 | |

BOOK TRANSFER DEBIT
A/C: W R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

| 17SEP | | 17SEP | | USD YOUR: SEE WIRE<br>OUR: 034690026JB | 821,949.18 | |

FEDWIRE DEBIT
VIA: ALLFIRST BANK
/052000113
A/C: GRACE DAVISON
X
REF: HOURLY PAYROLL/TIME/11:41
IMAD: 0917B1QGC06C001674

| 17SEP | | 17SEP | | USD YOUR: HOWT-FUCD<br>OUR: 083770026JB | 3,100,000.00 | |

FEDWIRE DEBIT
VIA: FIRT UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/16:40
IMAD: 0917B1QGC03C003685

| 17SEP | | 17SEP | | USD YOUR: SEE WIRE<br>OUR: 083780026JB | 9,100,000.00 | |

FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
FUND
BEN: N/O W.R. GRACE + CO - CONN

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018

Page 11 of 17

| Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|

## DEBITS CONTINUED

| 18SEP | | | USD OUR: 003065011 4XF | 13,032.69 | ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:40<br>IMAD: 0918BIQGC02C003768<br>/AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003381963 |
| 18SEP | | | USD YOUR: SEE WIRE<br>OUR: 0761100261JB | 35,257.55 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 18SEP | | | USD YOUR: HOWT-FUCD<br>OUR: 0761200261JB | 1,100,000.00 | FEDWIRE DEBIT<br>VIA: FT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: OIII6 /BNF ATTN P. LAWING 704-374<br>-3448/TIME/15:23<br>IMAD: 0918B1QGC05C003293 |
| 18SEP | | | USD YOUR: SEE WIRE<br>OUR: 0761300261JB | 3,300,000.00 | FEDWIRE DEBIT<br>VIA: DE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:23<br>IMAD: 0918B1QGC01C003510 |
| 19SEP | | | USD OUR: 003217011 4XF | 741.33 | /AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003381963 |
| 19SEP | | | USD YOUR: SEE WIRE<br>OUR: 0714800262JB | 34,381.57 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 19SEP | | | USD YOUR: ACH OF 02/09/19<br>OUR: 0013500262HP | 118,926.00 | BOOK TRANSFER DEBIT<br>A/C: CB/ETFS PRE-FUNDING CLEARING A<br>TAMPA 33634-<br>REF: 02 |
| 19SEP | | | USD YOUR: FPRS DEPOSITORY<br>OUR: 0714700262JB | 165,395.10 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WEEK ENDING 9/16<br>/02 HOURLY |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:   14 SEP 2002
Statement End Date:     30 SEP 2002
Statement Code:         S00-USA-22
Statement No:           018
Page 12 of 17

| Ledger Date | Value Date | F/T | Reference | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | |
|---|---|---|---|---|---|---|
| 19SEP | 19SEP | USD | YOUR: HOWT-FUCD<br>OUR: 0889400262JB | 5,000,000.00 | SSN: 0257906<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:16<br>IMAD: 0919B1QGC08C003941 | |
| 20SEP | 20SEP | USD | YOUR: SEE WIRE<br>OUR: 0932100263JB | 57,989.76 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | |
| 20SEP | 20SEP | USD | YOUR: HOWT-CHASE<br>OUR: 0932200263JB | 65,623.84 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | |
| 20SEP | 20SEP | USD | YOUR: SEE WIRE<br>OUR: 0932300263JB | 305,803.85 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: /D50000000016439<br>X<br>BEN: W R GRACE + CO.<br>X<br>REF: MARILYN RAMJOHN - CMG/BSG VA32<br>71/TIME/16:28<br>IMAD: 0920B1QGC05C004233 | |
| 20SEP | 20SEP | USD | YOUR: HOWT-FUCD<br>OUR: 0932400263JB | 2,200,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:27<br>IMAD: 0920B1QGC03C004149 | |
| 23SEP | 23SEP | USD | YOUR: SEE WIRE<br>OUR: 0960100266JB | 52,462.55 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: DEUTSCHE BANK AG,AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PMNT OF INVOICE<br>1468 | |

JPMorgan Chase Bank

GE

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018
Page 13 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | Credit / Debit | References | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 23SEP | | 23SEP | | 72,722.73 | USD YOUR: SEE WIRE / OUR: 0960000266JB | SSN: 0249548 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 23SEP | | 23SEP | | 170,624.00 | USD YOUR: ACH OF 02/09/23 / OUR: 0011600266HP | BOOK TRANSFER DEBIT A/C: CBFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 23SEP | | 23SEP | | 1,313,356.27 | USD YOUR: SEE WIRE / OUR: 0960200266JB | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA MISSISSAUGA ONTARIO CANADA TRANSIT BEN: MONEY MOBILIZATION DIV. - CAMB ATTN TONY SKIFFINGTON REF: CAMBRIDGE | | |
| 23SEP | | 23SEP | | 3,039,902.41 | USD YOUR: 0018225102003A / OUR: 0960300266JB | SSN: 0249551 CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: MONEY MOBILIZATION DIVISION ATTENTION GEORGE SEYMOUR REF: DAVISON W.R. GRACE - VALLEYFIE LD SETTLEMENT | | |
| 23SEP | | 23SEP | | 3,100,000.00 | USD YOUR: HOWT-FUCD / OUR: 0960400266JB | SSN: 0249546 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 011 79 ATTN P. LAWING 704-374 -3448/TIME/16:33 | | |
| 24SEP | | 24SEP | | 370.00 | USD YOUR: FPRS DEPOSITRY / OUR: 0935600267JB | /MAP: 0925BIJGC05C004048 CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 9/16 /02 HOURLY | | |

GE

Account No: 016-01257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018
Page 14 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 24SEP | | USD YOUR: ACH OF 02/09/24<br>OUR: 0021800267HP | 5,100.00 | SSN: 0240388<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | | |
| | | 24SEP | | USD YOUR: SEE WIRE<br>OUR: 1128400267JB | 77,876.53 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | | |
| | | 24SEP | | USD YOUR: SUPP. PENSION<br>OUR: 1128500267JB | 367,780.56 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W.R GRACE + CO. RETIREMENT PLA<br>ATTN MR. BRUCE HENIKEN<br>REF: SUPPLEMENTAL PENSION PYMNT FOR<br>MONTH OF OCTOBER 2002/TIME/17:27<br>IMAD: 0924B1QGC06C004022 | | | |
| | | 24SEP | | USD YOUR: SEE WIRE<br>OUR: 0422200267JB | 803,960.68 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:51<br>IMAD: 0924B1QGC03C001740 | | | |
| | | 24SEP | | USD YOUR: SEE WIRE<br>OUR: 0422600267JB | 2,535,577.39 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/11.52<br>IMAD: 0924B1QGC04C001914 | | | |
| | | 24SEP | | USD YOUR: HOWT-FUCD<br>OUR: 1128300267JB | 4,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:27<br>IMAD: 0924B1QGC07C004173 | | | |
| | | 25SEP | | USD YOUR: SEE WIRE<br>OUR: 1234400268JB | 42,257.49 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | | |
| | | 25SEP | | USD YOUR: HOWT-FUCD<br>OUR: 1235000268JB | 4,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC | | | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

STATEMENTS OF ACCOUNT

JP Mongan Chase

| | | | Account No: | 016-001257 |
|---|---|---|---|---|
| | | | Statement Start Date: | 14 SEP 2002 |
| | | | Statement End Date: | 30 SEP 2002 |
| | | | Statement Code: | S00-USA-22 |
| | | | Statement No: | 018 |

Page 15 of 17

| Ledger Date | A/Ledger Date | Value Date | T | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 26SEP | | | | USD OUR: 0013440114XF | .01 | /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/17:00 IMAD: 0925B1QGC08C005003 AUTOMATIC DOLLAR/FLOAT TRANSFER | | |
| 26SEP | | | | USD YOUR: SEE WIRE OUR: 0846300269JB | 14,355.65 | TO ACCOUNT 00323136524 FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: SPECTERA, INC X | | |
| 26SEP | | | | USD YOUR: SEE WIRE OUR: 0834200269JE | 42,205.77 | REF: SEPT 2002 FEES/TIME/15:09 IMAD: 0926B1QGC01C003529 BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 26SEP | | | | USD YOUR: SEE WIRE OUR: 0834400269JB | 141,699.72 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: UNITED HEALTHCARE INSURANCE CO X REF: CR100390-1 IV0000110221 SEPT 2 002 FEES/TIME/15:03 | | |
| 26SEP | | | | USD YOUR: 240009 OUR: 0834300269JB | 332,106.44 | IMAD: 0926B1QGC07C003528 BOOK TRANSFER DEBIT A/C: D0022430680 X REF: MET LIFE PREM. SEPT 2002 PREMI UM PYMTS | | |
| 26SEP | | | | USD YOUR: SEE WIRE OUR: 1147400269JB | 3,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:52 | | |
| 26SEP | | | | USD YOUR: HOWT-FUCD OUR: 1147700269JB | 5,200,000.00 | IMAD: 0926B1QGC08C004610 FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 | | |

JPMorgan Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018
Page 16 of 17

| Ledger Date | Adj Ledger Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF:0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:54<br>IMAD: 0926B1Q6C02C004197 | | |
| 27SEP | | USD YOUR:<br>OUR: | SEE WIRE<br>1428500270JB | 90.00 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO (DELAWARE)<br>CAMBRIDGE MA 02140- | | |
| 27SEP | | USD YOUR:<br>OUR: | SEE WIRE<br>1217100270JB | 2,132.95 | REF: REMEDIUM DISBURSEMENT FUNDING<br>CHIPS DEBIT<br>VIA: COMMERZBANK AKTIENGESELLSCHAFT<br>/0804<br>A/C: COMMERZBANK A G<br>HAMBURG, 11 GERMANY<br>BEN: SASOL GERMANY GMBH<br>ATTENTION KAREN JURGENS<br>REF: GRACE DAVISON PYMT OF INV 2725<br>85*: + 26605<br>SSN: 0285529 | | |
| 27SEP | | USD YOUR:<br>OUR: | ACH OF 02/09/27<br>0014400270HP | 8,126.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | | |
| 27SEP | | USD YOUR:<br>OUR: | SEE WIRE<br>1118000270JB | 43,891.81 | BOOK TRANSFER DEBIT<br>A/C: W GRACE & CO CONN (UHC FUNDI<br>COLUMBIR MD 21044-<br>REF: UHC PAYMENTS | | |
| 27SEP | | USD YOUR:<br>OUR: | SEE WIRE<br>1118400270JB | 89,976.00 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: AS HANSAPANK<br>SWIFT CODE HABA EE 2X<br>BEN: AS SILMET<br>X<br>REF: GRACE DAVISON PYMNT OF INV 523<br>11, 52312, 52313, 52314<br>SSN: 0280399 | | |
| 27SEP | | USD YOUR:<br>OUR: | HOWT-FUCD<br>1117600270JB | 700,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:41<br>IMAD: 0927B1QGC06C004478 | | |

Chase Manhattan Bank

GE

for USE Deutsche
016-001257
14 SEP 2002
30 SEP 2002
S00-USA-22
018
Page 17 of 17

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 14 SEP 2002
Statement End Date: 30 SEP 2002
Statement Code: S00-USA-22
Statement No: 018

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | 27SEP | USD YOUR: SEE WIRE OUR: 0202300270JB | | 20,847,514.69 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: GRACE CONN SEMI ANNUAL INTERES | | |
| 30SEP | | | USD YOUR: SEE WIRE OUR: 1920800273JB | | 119,507.78 | T PYMT TO DEL (FOR 9/30/02) BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 30SEP | | | USD YOUR: FPRS DEPOSITORY OUR: 1920400273JB | | 983,300.31 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE WEEK EN DING 9/23/02 HOURLY AND SALARIED SSN: 0324895 | | |
| 30SEP | | | USD YOUR: HOWT-FUCD OUR: 2488300273JB | | 2,800,000.00 | FEDWIRE DEBIT VIA: FRONT UNION NC /053000219 A/C: GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3648/TIME/16:02 IMAD: 0930B1QGC03C006739 | | |
| 30SEP | | | USD YOUR: SEE WIRE OUR: 2488600273JB | | 22,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:32 IMAD: 0930B1QGC02C007126 | | |

**CHECKS**

*No Activity*

Chase Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Code: S00-USA-22
Statement No: 017
Page 1 of 20

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 63 |
| Total Debits (incl. checks) | 49 |
| Total Checks Paid | 0 |

## BALANCES

| Opening (31 AUG 2002) | Ledger | 48,154,180.46 |
|---|---|---|
| | | 48,171,138.78 |
| | | 0.00 |
| Closing (13 SEP 2002) | Ledger | 519,049.29 |
| | | 536,007.61 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## LEDGER BALANCES

| Date | Amount |
|---|---|
| 03SEP | 532,215.86 |
| 04SEP | 525,210.51 |
| 05SEP | 466,644.38 |
| 05SEP | 483,781.27 |
| 06SEP | 488,651.66 |
| 09SEP | 472,940.55 |
| 10SEP | 446,645.76 |
| 11SEP | 537,852.24 |
| 13SEP | 519,049.29 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 03SEP | | | | USD OUR:2463197844TC | 2.60 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057072 DESC DATE:020903 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000023197844 EED:020903 IND ID:GWS000000093901 IND NAME:GRACE CORP BENEFITS DE |
| 03SEP | | | | USD OUR:2463197849TC | 5.20 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057072 DESC DATE:020903 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000023197849 EED:020903 IND ID:GWS000000093901 IND NAME:GRACE CORP BENEFITS DE |
| 03SEP | | | | USD OUR:2463197845TC | 11.12 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057072 DESC DATE:020903 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000023197845 EED:020903 IND ID:GWS000000092901 IND NAME:GRACE CORP BENEFITS DE |
| 03SEP | | | | USD OUR:2463197847TC | 24.96 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057072 DESC DATE:020903 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000023197847 EED:020903 IND ID:GWR000000092901 IND NAME:GRACE CORP BENEFITS DE |

FT CODE:

| | | |
|---|---|---|
| US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN THE IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN INTERVALS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:         016-001257
Statement Start Date:  31 AUG 2002
Statement End Date:    13 SEP 2002
Statement Code:       S00-USA-22
Statement No:         017

Page 2 of 20

| Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03SEP | | | USD OUR: 2463197850TC | 27.06 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197801 EED:020903 IND ID:GWS000000000929 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197852TC | 28.33 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3SC 020823 ORIG ID:902057107 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197852 EED:020903 IND ID:GWT000000000959 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197863TC | 52.99 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197813 EED:020903 IND ID:GVW000000000949 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197842TC | 88.45 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197842 EED:020903 IND ID:GRU000000000949 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197836TC | 105.97 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197836 EED:020903 IND ID:GRF000000000949 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197857TC | 158.96 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197857 EED:020903 IND ID:GYD000000000949 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197867TC | 158.97 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020826 | | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Code: S00-USA-22
Statement No: 017
Page 3 of 20

| Book/Ledger Date | Value Date | F t | Reference | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03SEP | | | USD OUR: 2463197853TC | 183.28 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107Z DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197867 EED:020903 IND ID:NOV000000092901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197855TC | 317.92 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107Z DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197853 EED:020903 IND ID:GWT000000092901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197854TC | 321.22 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107Z DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197855 EED:020903 IND ID:GWZ000000094901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197859TC | 427.75 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107Z DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197854 EED:020903 IND ID:GWY000000094901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197834TC | 476.88 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID:902057107Z DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197859 EED:020903 IND ID:GYG000000094901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD YOUR: 31Y9830861Z46 OUR: 2461000861ZA | 503.85 | E-AIP/USDP1 INT ACCRUAL TO CUSTOMER CREDIT OF NET AIP INTEREST FOR CURRENT PERIOD AND ANY PRIOR PERIOD ADJUSTMENTS. SEE ENHANCED | | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Code: S00-USA-22
Statement No: 017
Page 4 of 20

| Ledger Date | Adjusted Value Date | F T | Reference | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | |
| 03SEP | | | USD OUR: 2463197860TC | 1,207.82 | A/P STATEMENT FOR DETAILS. ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057072 DESC DATE:020903 CO ENTRY DESCR:.PENSIONS SEC:PPD TRACE#:021000023197860 EED:020903 IND ID:GYR000000094901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197862TC | 1,304.62 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057072 DESC DATE:020903 CO ENTRY DESCR:.PENSIONS SEC:PPD TRACE#:021000023197862 EED:020903 IND ID:GYT000000094901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197856TC | 1,558.65 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057072 DESC DATE:020903 CO ENTRY DESCR:.PENSIONS SEC:PPD TRACE#:021000023197856 EED:020903 IND ID:GYC000000094901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197835TC | 2,175.31 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057072 DESC DATE:020903 CO ENTRY DESCR:.PENSIONS SEC:PPD TRACE#:021000023197835 EED:020903 IND ID:GRE000000094901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197861TC | 2,215.76 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057072 DESC DATE:020903 CO ENTRY DESCR:.PENSIONS SEC:PPD TRACE#:021000023197861 EED:020903 IND ID:GYS000000094901 IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | USD OUR: 2463197848TC | 2,493.78 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057072 DESC DATE:020903 CO ENTRY DESCR:.PENSIONS SEC:PPD TRACE#:021000023197848 EED:020903 IND ID:GWS000000094901 IND NAME:GRACE CORP BENEFITS DE | | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Ent Code: S00-USA-22
Statement No: 017
Page 5 of 20

| Ledger Date | Full Ledger Date | Value Date | F T | Reference | Credit/Debit | Description | Date | Ending Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03SEP | | | | USD OUR: 24631978651C | 2,907.09 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020826<br>ORIG ID.902057 1072 DESC DATE:020903<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000023197865 EED:020903<br>IND ID:NQS000000002901<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | | USD OUR: 24631978581C | 3,573.05 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020823<br>ORIG ID.902057 1072 DESC DATE:020903<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000023197858 EED:020903<br>IND ID:GYE000000004901<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | | USD OUR: 24631978461C | 9,088.20 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020823<br>ORIG ID.902057 1072 DESC DATE:020903<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000023197846 EED:020903<br>IND ID:GWR000000004901<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | | USD OUR: 24631978401C | 14,126.74 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020823<br>ORIG ID.902057 1072 DESC DATE:020903<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000023197840 EED:020903<br>IND ID:GRK000000004901<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | | USD OUR: 24631978511C | 16,896.07 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020823<br>ORIG ID.902057 1072 DESC DATE:020903<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000023197851 EED:020903<br>IND ID:GWT000000004901<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | | USD OUR: 24631978411C | 32,167.95 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020823<br>ORIG ID.902057 1072 DESC DATE:020903<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000023197841 EED:020903<br>IND ID:GRN000000004901<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03SEP | | | | USD OUR: 24631978431C | 37,828.02 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N  020823 | | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Code: S00-USA-22
Statement No: 017
Page 6 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit/Debit | Description | Closing Balance Amount | Date |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 03SEP | | USD OUR: 2463197833TC | 43,025.38 | ORIG ID:902057107.2 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197843 EED:020903 IND ID:GWQ000000094901 IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER |
| 03SEP | | USD OUR: 2463197837TC | 60,323.46 | ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057107.2 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197833 EED:020903 IND ID:GRA000000094901 IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER |
| 03SEP | | USD OUR: 2463197838TC | 85,602.54 | ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057107.2 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197837 EED:020903 IND ID:GRG000000094901 IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER |
| 03SEP | | USD OUR: 2463197839TC | 104,614.92 | ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057107.2 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197838 EED:020903 IND ID:GRI000000094901 IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER |
| 03SEP | | USD YOUR: O/B WACHOVIA WIN OUR: 0239208246FF | 1,497,786.00 | ORIG CO NAME:EBS C-3N 020823 ORIG ID.902057107.2 DESC DATE:020903 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000023197839 EED:020903 IND ID:GR J000000094901 IND NAME:GRACE CORP BENEFITS DE FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF. CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125.7 RFB=O/B WACHOVIA WIN BBI=/TIME/12.14 IMAD: 0903EAQFT11A000946 |

GE

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Code: S00-USA-22
Statement No: 017
Page 7 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Ad Ledger Date | Value Date | F T | Reference | Description | Credit / Debit | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 03SEP | | 03SEP | USD | YOUR: O/B BKAM IL C60 OUR: 0167914246FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL C60 OBI=HOWT BBI=/TIME/10:57 IMAD: 0903G1QFGY2C000370 | 3,565,839.05 | | |
| 04SEP | | 04SEP | USD | YOUR: UPFL2470314 OUR: 0312414247FF | FEDWIRE CREDIT VIA: UNION PLANTERS NATIONAL BANK /084000084 B/O: PICHARDO RAMIREZ & CO SA MIAMI FL 33102-5256 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=UPFL2470314 OBI= REF RETURN OVERPAYMENT BBI=/TIME/15 IMAD: 0904H4QZC22C000959 | 15,147.00 | | |
| 04SEP | | 04SEP | USD | YOUR: O/B WACHOVIA WIN OUR: 0091903247FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:09 IMAD: 0904EAQFTI1A000659 | 2,286,894.00 | | |
| 04SEP | | 04SEP | USD | YOUR: O/B BKAM IL C60 OUR: 0078608247FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL C60 OBI=HOWT BBI=/TIME/10:35 IMAD: 0904G1QFGY2C000288 | 2,993,897.41 | | |
| 05SEP | | 05SEP | USD | YOUR: O/B WACHOVIA WIN OUR: 0124009248FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO | 970,886.00 | | |

CommerceChip Bank

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:          016-001257
Statement Start Date:   31 AUG 2002
Statement End Date:     13 SEP 2002
Statement Code:         S00-USA-22
Statement No:           017

Page  8  of  20

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 05SEP | | USD YOUR: O/B BKAM IL CGO OUR: 01049082448FF | 1,839,213.56 | COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11.33 IMAD: 0905EAQFTI1A000959 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:09 IMAD: 0905GIQFGY2C000405 | | |
| | | 05SEP | | USD YOUR: MAESTRO OUR: 03183142448FF | 8,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=MAESTRO OBI=FUND -318-F 1-S 1 ML PREMIER FUND BBI=/O IMAD: 0905AIQ002CC001392 | | |
| | | 06SEP | | USD YOUR: O/B BKAM IL CGO OUR: 01247142449FF | 742,760.18 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:39 IMAD: 0906GIQFGY2C000451 | | |
| | | 06SEP | | USD YOUR: O/B WACHOVIA WIN OUR: 01891072449FF | 1,212,329.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN | | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Code: S00-USA-22
Statement No: 017
Page 9 of 20

| Ledger Date | Adj Ledger Date | PF T | Reference# | Value Date | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 09SEP | | | USD YOUR: O/B FIRST UNION OUR: 023600325 2FF | 09SEP | 419,469.02 | BBI=/TIME/13:01 IMAD: 0906EAQFT I1A001083 FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /06300002 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B FIRST UNION C-00001601257 RFB=O/B FIRST UNION | | |
| 09SEP | | | USD YOUR: O/B WACHOVIA WIN OUR: 013340825 2FF | 09SEP | 1,541,362.00 | BBI=/TIME/14:10 IMAD: 0909F3QCA A1C001223 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /05310049 4 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN | | |
| 09SEP | | | USD YOUR: O/B BKAM IL CGO OUR: 012760825 2FF | 09SEP | 2,877,022.75 | BBI=/TIME/11:49 IMAD: 0909EAQFT I1A000880 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:42 | | |
| 10SEP | | | USD OUR: 253948029 9TC | | 105.98 | IMAD: 0909G1QFGY2C000351 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020906 ORIG ID:9020571072 DESC DATE:020910 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000029480299 EED:020910 IND ID:GRJ0000000094910 IND NAME:GRACE CORP BENEFITS DE | | |
| 10SEP | | | USD YOUR: O/B FIRST UNION OUR: 015871325 3FF | 10SEP | 218,490.55 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /06300002 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 | | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:  31 AUG 2002
Statement End Date:    13 SEP 2002
Statement Code:    S00-USA-22
Statement No:      017
Page 10 of 20

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Date | Closing Balances Amount | Description |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 10SEP | 10SEP | USD YOUR: O/B WACHOVIA WIN  OUR: 0080613253FF | 1,693,345.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B FIRST UNION BBI=/TIME/12:36 IMAD: 0910F3QCAA1C000837 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 |
| 10SEP | 10SEP | USD YOUR: O/B BKAM IL CG0  OUR: 0072903253FF | 1,983,619.69 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:45 IMAD: 0910EAQFT11A000730 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM‚IL CG0 OBI=HOWT BBI=/TIME/10:33 IMAD: 0910GIQFGY2C000231 |
| 10SEP | 10SEP | USD YOUR: MAESTRO  OUR: 03356602255FF | 2,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/O IMAD: 0910A1Q002DC001575 |
| 11SEP | | USD OUR: 2544508747TC | 180.44 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020909 ORIG ID:9020571072 DESC DATE:020911 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000024508747 EED:020911 IND ID:GWT0000000094911 IND NAME:GRACE CORP BENEFITS DE |
| 11SEP | 11SEP | USD YOUR: MAESTRO  OUR: 0304102254FF | 500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP |

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Code: S00-USA-22
Statement No: 017
Page 11 of 20

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | A/L Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | /01100028 | | |
| | | | | | | B/O: W R GRACE & CO - CONN | | |
| | | | | | | COLUMBIA MD 21044-4029 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A | | |
| | | | | | | C-0001601001257 RFB=MAESTRO OBI=FUND | | |
| | | | | | | /31B-P 1-$1 ML PREMIER FUND BBI=/O | | |
| | | | | | | IMAD: 0911A1Q002BC001492 | | |
| | 11SEP | 11SEP | | USD YOUR: O/B BKAM IL CGO OUR: 0084601254FF | 1,788,112.49 | FEDWIRE CREDIT | | |
| | | | | | | VIA: BANK OF AMERICA | | |
| | | | | | | /071000039 | | |
| | | | | | | B/O: W.R. GRACE & CO. | | |
| | | | | | | CAMBRIDGE MA 02140 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A | | |
| | | | | | | C-0001601001257 RFB=O/B BKAM IL CGO | | |
| | | | | | | OBI=HOWT BBI=/TIME/10:49 | | |
| | | | | | | IMAD: 0911G1QFGY2C000302 | | |
| | 11SEP | 11SEP | | USD YOUR: O/B WACHOVIA WIN OUR: 0136601254FF | 2,296,653.00 | FEDWIRE CREDIT | | |
| | | | | | | VIA: WACHOVIA BANK AND TRUST CO | | |
| | | | | | | /053100494 | | |
| | | | | | | B/O: W R GRACE & CO | | |
| | | | | | | COLUMBIA MD 21044 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A | | |
| | | | | | | C-0001601001257 RFB=O/B WACHOVIA WIN | | |
| | | | | | | BBI=/TIME/12:07 | | |
| | | | | | | IMAD: 0911EAQFTI1A000840 | | |
| | 12SEP | 12SEP | | USD YOUR: O/B BKAM IL CGO OUR: 0099507255FF | 1,046,778.64 | FEDWIRE CREDIT | | |
| | | | | | | VIA: BANK OF AMERICA | | |
| | | | | | | /071000039 | | |
| | | | | | | B/O: W.R. GRACE & CO. | | |
| | | | | | | CAMBRIDGE MA 02140 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |
| | | | | | | ND COMPANY COLUMBIA MD 21044-4098/A | | |
| | | | | | | C-0001601001257 RFB=O/B BKAM IL CGO | | |
| | | | | | | OBI=HOWT BBI=/TIME/11:06 | | |
| | | | | | | IMAD: 0912G1QFGY2C000518 | | |
| | 12SEP | 12SEP | | USD YOUR: MAESTRO OUR: 0337613255FF | 1,500,000.00 | FEDWIRE CREDIT | | |
| | | | | | | /01100028 | | |
| | | | | | | B/O: W R GRACE & CO - CONN | | |
| | | | | | | COLUMBIA MD 21044-4029 | | |
| | | | | | | REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

016-001257
31 AUG 2002
13 SEP 2002
S00-USA-22
017
Page 12 of 20

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

| Ledger Date | Adj Ledger Date | Value Date | F T T | References | Credit / Debit | Description | Closing Balances | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 12SEP | | 12SEP | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 013430925SFF | 1,712,656.00 | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>731B-P 1-S1 ML PREMIER FUND BBI=/O<br>IMAD: 0912AIQ002CCC001606<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/051100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:41 | | | |
| 12SEP | | 12SEP | | USD YOUR: 13726051<br>OUR: 008320325SFF | 1,871,881.69 | IMAD: 0912EAQFT11A000846<br>FEDWIRE CREDIT<br>VIA: FLEET NATIONAL BANK<br>/011500010<br>B/O: HARTFORD LIFE COLI<br>HARTFORD, CT 06101-2999<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=13726051 OBI=DEA<br>TH-CLAIMS FOR MB038 AND MB039 BBI=/<br>IMAD: 0912AIQF148C001765 | | | |
| 13SEP | | 13SEP | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 019920125FFF | 511,373.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/051100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/13:17<br>IMAD: 0913EAQFT11A001120 | | | |
| 13SEP | | 13SEP | | USD YOUR: O/B FIRST UNION<br>OUR: 010121325FFF | 840,553.48 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B FIRST UNION<br>BBI=/TIME/10:59<br>IMAD: 0913F3QCAA1C000567 | | | |

016-001257
31 AUG 2002
13 SEP 2002
S00-USA-22
017
Page 13 of 20

Account No: 016-001257
Statement Start Date: 31 AUG 2002
Statement End Date: 13 SEP 2002
Statement Code: S00-USA-22
Statement No: 017

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj/Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Value Date | References | Credit/Debit | Description |
|---|---|---|---|
| 13SEP | USD YOUR: O/B BKAM IL CG0  OUR: 0086503256FF | 1,303,819.69 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B BKAM IL CG0 OBI=HOWT BBI=/TIME/10:31 IMAD: 0913G1QFGY2C000339 |

## DEBITS

| Value Date | References | Credit/Debit | Description |
|---|---|---|---|
| 03SEP | USD OUR: 0033860118XF | 14,552.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 03SEP | USD YOUR: SEE WIRE  OUR: 1155100246JB | 76,869.67 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 03SEP | USD YOUR: SEE WIRE  OUR: 1155200246JB | 2,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:02 IMAD: 0903B1QGC02C005427 |
| 03SEP | USD YOUR: HOWT-FUCD  OUR: 1155000246JB | 2,900,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:02 IMAD: 0903B1QGC01C005569 |
| 04SEP | USD OUR: 0030780114XF | 20,927.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 04SEP | USD YOUR: SEE WIRE  OUR: 0661900247JB | 67,773.63 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 04SEP | USD YOUR: SEE WIRE  OUR: 0662000247JB | 100,150.18 | CHIPS DEBIT VIA: BANKERS TRUST COMPANY /0103 |