UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-4471, 00-4469, 00-4470 <br> (Jointly Administered) |
| IN RE: W. R. GRACE & Co., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered) |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-10578, et al. <br> (Jointly Administered) |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-2094 through 01-2104 <br> (Jointly Administered) |
| IN RE: OWENS CORNING, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-3837 through 00-3854 <br> (Jointly Administered) |

Hearing date set only if objections are timely filed

## NOTICE OF FILING OF FIRST FEE APPLCAITON

TO:   ALL PARTIES LISTED ON EXHIBIT A ANNEXED HERETO.

**PLEASE TAKE NOTICE** that D. R. Gross & Associates, LLC ("Gross & Associates") has filed this Notice of First Fee Application on behalf of David R. Gross as

{00275171.DOC}

a Court Appointed Advisor for Allowance of Compensation of Fees for Actual and Necessary Services Rendered and for Reimbursement of Expenses Incurred for the Period from September 1, 2002 through November 7, 2002 ("Fee Application").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the aforementioned Fee Application must be timely filed with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801 and served upon and received by (i) David R. Gross, D. R. Gross & Associates, LLC, c/o Saiber, Schlesinger, Satz & Goldstein, LLC, One Gateway Center, 13th Floor, Newark, New Jersey 07102; and (ii) Frank J. Perch, Esq., Office of the United States Trustee, 844 King Street, Lockbox 35, Room 2311, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that in the event that timely objections to the Application are filed, a hearing will be scheduled at the convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of timely filed objections, the Court may enter an Order approving the aforementioned Fee Application on an interim basis without further notice or hearing.

DATED: December 4, 2002

DAVID R. GROSS
Court Appointed Advisor
D. R. Gross & Associates, LLC
c/o Saiber, Schlesinger, Satz & Goldstein
One Gateway Center
13th Floor
Newark, New Jersey 07102
(973) 622-3333

{00275171.DOC}

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  General Asbestos

Chapter 11
Case Nos. 00-4471, 00-4469,
00-4470,
00-1139 through 01-1200
01-10578, et al.
01-2094 through 01-2104
00-3837 through 00-3854

**FIRST APPLICATION OF D. R. GROSS & ASSOCIATES, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF DAVID R. GROSS AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM SEPTEMBER 1, 2002 THROUGH NOVEMBER 7, 2002**

| | |
|---|---|
| Name of Applicant: | D. R. Gross & Associates, LLC |
| Authorized to Provide Professional Services to: | Alfred M. Wolin, U.S.D.J. |
| Date of Order: | December 28, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2002 through November 7, 2002 |
| Amount of Compensation sought as actual, reasonable and necessary: | $49,118.00 |
| Amount of Expense Reimbursement Sought as act al, reasonable and necessary: | $   236.80 |

This is an: X interim __ final application

The total time expended for fee application preparation is approximately ____ hours and the corresponding compensation requested is approximately $(to be included on second application).

If this is not the first application filed, disclose the following for each prior application:

{00275166.DOC}

|  |  |  | **REQUESTED** |  | **APPROVED** |  |
|---|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Local Form 101 (Fee Application Cover Sheet)**

{00275166.DOC}

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of Years in the Position, Prior Relevant Experience, Year of Obtaining License To Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Gross, David R. | Partner, admitted to practice in 1960 | $450 | 99.80 | $44,910.00 |
| Chelnik, Whitney R. | Associate, admitted to practice in 2001 | $160 | 26.30 | $ 4,208.00 |
| Grand Total: | | | 126.10 | $49,118.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Asbestos Advisor | 126.10 | $49,118.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

{00275169.DOC}

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone Charges | | $ 12.37 |
| Parking/Tolls | | $ 61.85 |
| Photocopying | | |
| Facsimile | | |
| Legal Research Services | Westlaw | |
| Meals | | $162.58 |
| Mileage | | |
| Courier & Express Carriers (e.g., Federal Express | Federal Express | |
| Travel Expenses | | |

{00275169.DOC}