UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., Debtors. | : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 |
| IN RE: W.R. GRACE & CO., et al., Debtors. | : | Chapter 11 Case Nos. 01-1139 through 0-1200 |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., Debtors. | : | Chapter 11 Case Nos. 01-10578, et al.[1] |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., Debtors. | : | Chapter 11 Case Nos. 01-2094 through 01-2104 |
| IN RE: OWENS CORNING, et al., Debtors. | : | Chapter 11 Case Nos. 00-3837 through 00-3854 |

**ORDER DESIGNATING COURT APPOINTED CONSULTANTS AND SPECIAL MASTERS**

This matter having been opened by the Court upon its own motion in each of the above-captioned Chapter 11 cases; and the interested parties having been put on notice by the Court at the joint case management conference held on December 20, 2001, that the Court anticipated appointing special masters and/or case

[1] See attached list.

management consultants to whom the Court may from time to time delegate certain authority to hear matters and to advise the Court on issues that may arise in these five large Chapter 11 cases; and for good cause shown

It is this 28th day of December, 2001

ORDERED that the following Order applies to the lead cases identified in the caption of this Order and to all cases filed as related cases thereto, and it is further

ORDERED that William A. Drier, Esq., David R. Gross, Esq., C. Judson Hamlin, Esq., John E. Keefe, Esq., and Professor Francis E. McGovern are hereby designated as Court Appointed Consultants to advise the Court and to undertake such responsibilities, including by way of example and not limitation, mediation of disputes, holding case management conferences, and consultation with counsel, as the Court may delegate to them individually, and it is further

ORDERED that the parties are on notice that the Court may, without further notice, appoint any of the Court-Appointed Consultants to act as a Special Master to hear any disputed matter and to make a report and recommendation to the Court on the disposition of such matter, and it is further

ORDERED that William A. Drier, Esq., is hereby appointed Special Master in the matter of In re W.R. Grace & Co., Bankruptcy No. 01-1139 through 01-1200, to hear all disputed matters in that Chapter 11 case for which the Court's Order of

Reference may be withdrawn from the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, and it is further

ORDERED that the fees of the Court Appointed Consultants and Special Master(s) shall be borne by the debtors in such manner and apportionment as this Court or the Bankruptcy Courts may hereinafter direct.

ALFRED M. WOLIN, U.S.D.J.

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

01-10578
01-10580
01-10582
01-10585
01 10586
01-10587
01-10589
01-10591
01-10593
01-10594
01-10596
01-10598
01-10599
01-10600
01-10601
01-10603
01-10604
01-10605
01-10606
01-10608
01-10610
01-10611
01-10613
01-10614
01-10615
01-10617
01-10618
01-10619
01-10620
01-10621
01-10622
01-10623
01-10625
01-10626
01-10627
01-10629
01-10630
01-10632
01-10633
01-10634
01-10637
01-10638
01-10640
01-10641

01-10643
01-10644
01-10646
01-10647
01-10649
01-10650
01-10651
01-10652
01-10653
01-10654
01-10655
01-10656
01-10657
01-10658
01-10659
01-10660
01-10661
01-10662
01-10664
01-10665
01-10666
01-10668
01-10669
01-10672
01-10673
01-10675
01-10682
01-10683
01-10684
01-10685
01-10686
01-10687
01-10688
01-10689
01-10690
01-10691
01-10692
01-10693
01-10694
01-10695
01-10696
01-10697
01-10698
01-10699

01-10700
01-10701
01-10702
01-10703
01-10704
01-10705
01-10706
01-10707
01-10708
01-10710
01-10711
01-10712
01-10713
01-10714
01-10715
01-10716
01-10717
01-10718
01-10719
01-10721
01-10722
01-10723
01-01724
01-10726
01-10727
01-10728
01-10729
01-10730
01-10731
01-10732
01-10733
01-10734
01-10736
01-10737
01-10739
01-10741
01-10742
01-10743
01-10744
01-10745
01-10746
01-10747
01-10748
01-10749

01-10750
01-10751
01-10752
01-10753
01-10754
01-10755
01-10756
01-10757
01-10758
01-10759
01-10760
01-10761
01-10762
01-10763
01-10764
01-10765
01-10766
01-10767
01-10768
01-10769
01-10770
01-10771
01-10772
01-10773
01-10774