# D. R. Gross & Associates, LLC
55 Madison Avenue, Suite 400
Morristown, NJ 07960
973-285-3355  FAX 973-285-3356

December 1, 2002
Bill Number:01
File No. 8507-1

General Asbestos Bankruptcy Committee
C/o Honorable Alfred M. Wolin
United States District Court
Martin Luther King Jr. Federal
  Building & Courthouse, Room 4069
50 Walnut Street
Newark, New Jersey 07101

**FOR PROFESSIONAL SERVICES RENDERED**

Re: General Asbestos (PA & Delaware Bankruptcy)

**LEGAL SERVICES RENDERED**

Through November 8, 2002

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/03/02 | DRG | Meeting with Judge Wolin re Grace/Sealed Air | 5.2 Hrs |
| 09/04/02 | DRG | Telephone conferences with [REDACTED] and [REDACTED] | 1.8 Hrs |
| 09/06/02 | WRC | Telephone Conference with Evans Wohlforth re: fee applications; conference with David Gross re: same | 0.3 Hrs |
| 09/09/02 | DRG | Meeting with Judge Wolin, [REDACTED] and Evans Wohlforth | 4.8 Hrs |
| 09/10/02 | DRG | Telephone conferences re: Liberty, Armstrong and Sealed Air | 3.4 Hrs |
| 09/11/02 | DRG | Telephone conferences re: Liberty, Armstrong and | |

{00275349.DOC}                1

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Sealed Air | 3.4 Hrs |
| 09/11/02 | DRG | Telephone conferences with Francis McGovern and Evans Wohlforth re: Sealed Air and Owens Corning meeting | 2.1 Hrs |
| 09/12/02 | DRG | Telephone conference with Francis McGovern and Judge Wolin re: Grace/Sealed Air | 1.8 Hrs |
| 09/13/02 | DRG | Review documents re: Sealed Air/Grace and Federal Mogul | 2.6 Hrs |
| 09/13/02 | WRC | Conference with David Gross re: bill; conference with Diane Souza re: updated bill and payment from first fee application; telephone conferences with Evans Wohlforth re: second fee Application | .50 Hrs |
| 09/15/02 | DRG | Telephone conferences with [REDACTED] and [REDACTED] re: Sealed Air | 1.80 Hrs |
| 09/17/02 | DRG | Sealed Air meeting in NYC re: settlement discussions with [REDACTED] | 4.20 Hrs |
| 09/17/02 | WRC | Review bills re: February - August; revise same; prepare correspondence to Budd Larner detailing revisions to be made | 1.50 Hrs |
| 09/18/02 | WRC | Conference with David Gross re: meal charges; telephone conferences with Pat Mundrick re: revisions | .50 Hrs |
| 09/18/02 | DRG | Appearance at United States District Court before Judge Wolin re: Sealed Air motion and meeting | 5.40 Hrs |
| 09/19/02 | DRG | Telephone conference with [REDACTED] | .40 Hrs |
| 09/19/02 | DRG | Telephone conferences with Francis McGovern and Judge Wolin re: Liberty | 1.50 Hrs |
| 09/21/02 | DRG | Telephone calls re: Armstrong and Sealed Air | 1.80 Hrs |
| 09/22/02 | DRG | Telephone calls re: Sealed Air | 1.30 Hrs |
| 09/25/02 | DRG | Meeting with Francis McGovern, Judge Wolin, plaintiff and defense attorneys re: | |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | Halliburton | 4.00 Hrs |
| 09/26/02 | DRG | Meeting with Judge Wolin and Francis McGovern at United States District Court | 4.00 Hrs |
| 09/27/02 | DRG | Telephone conference with Court, Francis McGovern and counsel for Sealed Air | 1.50 Hrs |
| 10/01/02 | DRG | Conference call with Court | 5.20 Hrs |
| 10/02/02 | DRG | Review PPG correspondence - Mt. McKinley; telephone Conference with Francis McGovern and Judge Wolin re: Gen Re | 2.50 Hrs |
| 10/03/02 | WRC | Meet with Suzanna Loncer from Norris McLaughlin re: Preparation of second fee application; review filings and procedure of first fee application | .70 Hrs |
| 10/03/02 | DRG | Meeting with Judge Wolin and Francis McGovern re: Sealed Air/Grace; review documents to Court by parties | 3.80 Hrs |
| 10/07/02 | DRG | Preparation and appearance before Judge Wolin | 4.80 Hrs |
| 10/08/02 | DRG | Review documents; telephone conference with Francis McGovern | 3.80 Hrs |
| 10/09/02 | DRG | Review documents; telephone conference with Judge Wolin and Francis McGovern | 2.00 Hrs |
| 10/10/02 | DRG | Telephone conference re: insurance | 1.00 Hrs |
| 10/15/02 | DRG | Telephone conferences with [redacted] re: insurance issues | 2.10 Hrs |
| 10/17/02 | DRG | Appearance before Judge Wolin; meeting with Judge Wolin and insurance representatives | 1.60 Hrs |
| 10/18/02 | DRG | Telephone conferences with Judge Wolin and Francis McGovern | 2.00 Hrs |
| 10/21/02 | DRG | Meeting with Judge Wolin [redacted] | 5.00 Hrs |
| 10/23/02 | DRG | Telephone conferences re: various settlements | 2.20 Hrs |
| 10/23/02 | WRC | Draft first fee application for D.R. Gross & Associates; review previous applications; | |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | research forms from Delaware Court site; review local rules | 2.00Hrs |
| 10/24/02 | WRC | Prepare proposed Orders and revise application; review and revise bill; telephone conference with Suzanna Loncar re: same; revise application re: fees and time period | 3.40Hrs |
| 10/25/02 | WRC | Various telephone conferences with all debtors re: payment of fees; prepare correspondence re: same | 2.30Hrs |
| 10/28/02 | DRG | Telephone conferences re: various bankruptcy matters | 1.80Hrs |
| 10/28/02 | WRC | Various telephone conferences re: USG payment of fee applications; calls to Suzanna Loncar re: same; telephone calls re: Armstrong payments | .90Hrs |
| 10/29/02 | DRG | Telephone conferences with Francis McGovern | 1.00Hrs |
| 10/30/02 | DRG | Telephone conferences with Francis McGovern re: Sealed Air/Grace and Armstrong | 1.80Hrs |
| 10/30/02 | WRC | Telephone call from Suzanna Loncer re: payments; calls to J. Keefe re: same | .30Hrs |
| 11/04/02 | WRC | Prepare second application re: Dreier; review materials from Norris McLaughlin re: bills and service lists; telephone conferences re: same; review D.R. Gross & Associates' application | 5.20Hrs |
| 11/04/02 | DRG | Telephone conferences with insurance representatives and plaintiffs' counsel re: Grace and Armstrong | 2.80Hrs |
| 11/04/02 | WRC | Revise first fee application re: D.R. Gross & Associates | .50Hrs |
| 11/05/02 | DRG | Various telephone calls and meeting re: insurance issues | 3.40Hrs |
| 11/05/02 | WRC | Review and revise bills re: Dreier, Hamlin, Keefe & Budd Larner; prepare second application re: Hamlin & Keefe; review updated research re: | |

Case 01-01139-AMC    Doc 3176-4    Filed 12/06/02    Page 6 of 6

|          |     |                                                                                          |          |
|----------|-----|------------------------------------------------------------------------------------------|----------|
|          |     | service lists; telephone calls re: revised bills                                         | 7.80Hrs  |
| 11/07/02 | DRG | Review documents re: Grace; review correspondence to Court from various parties          | 2.00Hrs  |
| 11/07/02 | WRC | Telephone calls re: revised billings                                                     | .40Hrs   |

                TOTAL LEGAL SERVICES        $49,118.00

**LEGAL SERVICES SUMMARY**

| Name               | Hours     | Rate    | Amount      |
|--------------------|-----------|---------|-------------|
| Gross, David R.    | 99.80 Hrs | 450/hr  | $44,910.00  |
| Chelnik, Whitney R.| 26.30 Hrs | 160/hr  | $ 4,208.00  |
|                    | 126.10 Hrs|         | $49,118.00  |

**DISBURSEMENTS**

Through November 8, 2002

| | |
|---|---|
| Long Distance Telephone Calls | $   12.37 |
| Parking | $   61.85 |
| Meals | $  162.58 |
| TOTAL DISBURSEMENTS | $  236.80 |
| TOTAL THIS BILL | $49,354.80 |

{00275349.DOC}       5