UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-4471, 00-4469, 00-4470 <br> (Jointly Administered) |
| IN RE: W. R. GRACE & Co., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered) |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-10578, et al. <br> (Jointly Administered) |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-2094 through 01-2104 <br> (Jointly Administered) |
| IN RE: OWENS CORNING, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-3837 through 00-3854 <br> (Jointly Administered) |

### CERTIFICATION OF SERVICE

I, Whitney R. Chelnik, hereby certify as follows:

1. I am an attorney at law in the States of New Jersey and New York currently associated with Saiber, Schlesinger, Satz & Goldstein, L.L.C. and formerly associated with the law firm of D. R. Gross & Associates, L.L.C.

{00275175.DOC}

2. On December 5, 2002, I caused to be served on the Clerk of the Court via Overnight Delivery:

   a. Notice of Filing of First Fee Application, Fee Application Cover Sheets, First Application of D. R. Gross & Associates, proposed form of Order;
   b. Notice of Filing of Second Fee Application, Fee Application Cover Sheets, Second Fee Application of Purcell, Ries, Shannon, Mulcahy & O'Neill, proposed form of Order;
   c. Notice of Filing of Second Fee Application, Fee Application Cover Sheets, Second Fee Application of Lynch Martin, proposed form of Order; and
   d. Notice of Filing of Second Fee Application, Fee Application Cover Sheets, Second Fee Application of Norris, McLaughlin & Marcus, proposed form of Order.

3. On December 5, 2002, I caused a copy of the foregoing documents to be served via First Class Mail upon all counsel on the Service List.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
WHITNEY R. CHELNIK

Dated: December 5, 2002

{00275175.DOC}