# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  General Asbestos

Chapter 11

Case Nos. 00-4471, 00-4469,
00-4470,
01-1139
through 01-1200
01-10578, et al.
01-2094 through
01-2104
00-3837 through
00-3854

## SECOND APPLICATION OF NORRIS, MCLAUGHLIN & MARCUS, PA FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF WILLIAM A. DREIER AS A COURT-APPOINTED ADVISOR FOR THE PERIOD FROM MARCH 1, 2002 THROUGH OCTOBER 31, 2002

Name of Applicant:

Norris, McLaughlin & Marcus

Authoirzed to Provide
Professional Services to:

Alfred M. Wolin, U.S.D.J.

Date of Order:

December 28, 2001

Period for which Compensation
and Reimbursement Are Sough:

March 1, 2002 through
October 31, 2002

Amount of Compensation Sought
as Actual, Reasonable, and
Necessary:

$46,421.00

Amount of Expense Reimbursement
Sought as Actual, Reasonable, and
Necessary:

$3,068.39

This is an X interim __ final application

The total time expended for fee application is approximately ____hours and the corresponding compensation requested is approximately $(to be included on third application).

387261

**Local Form 101 (Fee Application Cover Sheet)**

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date filed | Period covered | Fees | Expenses | Fees | Expenses |
| May 3, 2002 | January 1, 2002 through February 28, 2002 | $13,815.00 | $831.90 | $13,815.00 | $831.90 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Local Form 101 (Fee Application Cover Sheet)**

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William A. Drier | Partner, Admitted to Practice in 1961 | $450.00 | 99.5 | $44,775.00 |
| Suzana Loncar | Associate, Admitted to Practice in 2002 | $135.00 | 4.10 | $553.50 |
| Jeanna Hand | Paralegal | $115.00 | 9.5 | $1,092.50 |
| Grand Total: | | | 113.1 | $46,421.00 |
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Asbestos Advisor | 19 | $4,864.00 |
| W.R. Grace - Special Master | 94.1 | $41,557.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $533.07 |
| Facsimile (with rates) | | |
| Telephone, Postage, Photocopying | | $2,321.05 |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Travel Expenses | | $158.20 |
| Courier & Express Carriers (e.g., | | |
| Federal Express) | | |
| Other (explain)Meals | | $56.07 |

Local Form 102 (Fee Application/Attachment B)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., :<br>Debtors. | Chapter 11<br>Case Nos. 00-4471, 00-4469, 00-4470<br>(Jointly Administered |
| IN RE: W. R. GRACE & CO., et al., :<br>Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200<br>(Jointly Administered |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., :<br>Debtors. | Chapter 11<br>Case Nos. 01-10578, et al<br>(Jointly Administered |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., :<br>Debtors. | Chapter 11<br>Case Nos. 01-2094 through 01-2104<br>(Jointly Administered |
| IN RE: OWENS CORNING, et al., :<br>Debtors. | Chapter 11<br>Case Nos. 00-3837 through 00-3854<br>(Jointly Administered<br>Hearing date set only if<br>objections are timely filed |

IN RE:    GENERAL ASBESTOS

SECOND APPLICATION OF NORRIS, MCLAUGHLIN & MARCUS, PA ON BEHALF OF THE COURT APPOINTED ADVISOR WILLIAM A. DREIER, FOR AN INTERIM ALLOWANCE OF FEES FOR ACTUAL AND NECESSARY SERVICES RENDERED AND FOR REIMBURSEMENT OF

**EXPENSES INCURRED FOR THE PERIOD MARCH 1,
2002 THROUGH OCTOBER 31, 2002**

**TO THE HONORABLE ALFRED M. WOLIN, U.S.D.J.:**

Pursuant to 11 U.S.C. §330 and §331 and Rule 2016 of the of
Bankruptcy Procedure, Norris, McLaughlin & Marcus, PA, hereby
moves this honorable Court for an Order awarding an interim
allowance of reasonable compensation with respect to the five
above-captioned Chapter 11 cases for professional services
rendered in William A Dreier's capacity as a Court Appointed
Advisor in connection with the Court's management of these very
large, mass-tort bankruptcy cases, in the amount of \$46,421.00
and reimbursement of related expenses of \$3,068.39 for the
period of March 1, 2002 through October 31, 2002.

In support of this Application and pursuant to Bankruptcy
Rule 2016, Norris, McLaughlin & Marcus respectfully represents
as follows:

1.   On various dates, the debtors cases filed voluntary
petitions for under Chapter 11 of Title 11 of U.S.C. §§101-1330.
The debtors businesses and manage their possession pursuant to
sections Bankruptcy Code.

2.   On December 28, 2001, the Court appointed William A.
Dreier and several other persons as "Court Appointed Advisors" to
assist the Court as set forth in that Order and in subsequent
Orders with the management of the above-captioned very large,

2

mass-tort bankruptcy cases and to undertake such duties as the Court has and may in the future assign to William A. Dreier.  A copy of this Order is attached hereto as Exhibit A.

3.   By its Order dated March 19, 2002, the Court withdrew the reference to the Bankruptcy Court for any application for allowance of fees and/or costs by Court Appointed Advisors and gave leave to the Court Appointed Advisors to file interim fee applications in accordance with the directions set forth therein. A copy of this Order is attached hereto as Exhibit B.  This Application is the second such application by William A. Dreier.

4.   There is no agreement or understanding between William A.  Dreier  and  any  other  person,  other  than  the  members, associates and employees of the law firm of Norris, McLaughlin & Marcus of which William A. Dreier is a member, for the sharing of compensation received or to be received for services :rendered in connection with these proceedings.

5.   No agreement exists with any person or entity regarding the rate or amount of compensation William A. Dreier shall receive in connection with his appointment by this Court. The hourly rate of $450.00 is reasonable and customary for an attorney of William A. Dreier's experience rendering services such as those involved with his appointment as Court Appointed Advisor.   The hourly rate of $135.00 is reasonable and customary for an attorney of Suzana Loncar's experience rendering services

3

such as those involved in this matter.   The hourly rate of $115.00 is reasonable and customary for paralegal services.

6.   William A. Dreier and other professionals associated with Norris, McLaughlin & Marcus have expended a total of 113.1 hours in rendering professional services related to William A. Dreier's position as a Court Appointed Advisor.   The time spent and the services rendered were reasonable in relation to the size and complexity of the matters handled, not duplicative of other services rendered, and necessary to the administration of the debtors, estates. overall billing statements are attached as Exhibits C and D. Exhibit C sets forth the total hours spent by William A. Dreier and other professionals associated with Norris, McLaughlin & Marcus related to all five consolidated bankruptcies. Exhibit D sets forth the total hours spent by William A. Dreier and other professionals associated with Norris, McLaughlin & Marcus specifically related to the In re: W. R. Grace matter.

7.   The billing statements attached as Exhibits C and D present the hours expended in increments of one-tenth of an hour, with a description of the service rendered for each entry.

8.   In addition to the time expended in rendering services, Norris, McLaughlin & Marcus incurred out-of-pocket expenses in connection with William A Dreier's appointment as Court Appointed Advisor in the amount of $3,068.39 The expenses incurred in

4

association with all five consolidated bankruptcies amounted to $448.47, as set forth in Exhibit C. The expenses incurred in association with the <u>In re: W.R. Grace</u> matter amounted to $2,619.92, as set forth in Exhibit D. These expenses were reasonable in relation to the size and complexity of the matters handled, not duplicative of other expenses incurred, and necessary to the administration of the debtors' estates.

9.   Norris, McLaughlin & Marcus, on behalf of William A. Dreier, respectfully submits that the compensation for services and reimbursement of expenses requested is consistent with the nature and extent of the services rendered for the period March 1, 2002 through October 31, 2002, the size and complexity of the case, the time, labor and special expertise brought to bear on the questions, and other related factors.

10.   A proposed form of order is submitted herewith.

WHEREFORE, William A. Dreier respectfully requests that an interim allowance of compensation for fees for services rendered and reimbursement of costs be allowed, in the amount of $49,489.39, subject to disgorgement as may be directed in a final Order of allowance at the conclusion of these Chapter 11 cases.

WHEREFORE, William A. Dreier further respectfully requests that the interim allowance of Norris, McLaughlin & Marcus' fees and costs be allocated among the debtors as follows:

5

1.    Evenly among the debtors as to all consolidated proceedings as set forth in Exhibit C for a total amount of $5312.47, resulting in each debtor paying $1062.49;

2.    Plus $44,176.92 as to the debtor W.R. Grace, as set forth in Exhibit D.

The sum of fees and costs allowed against each debtor pursuant to this interim allowance shall total $1,062.49 against Federal-Mogul Global, Inc.; $45,239.41 against W. R. Grace &Co.;$1,062.49 against Armstrong Industries, Inc.; $1,062.49 against Owens Corning; and $1,062.49 against U.S.G. Corporation.

William A. Dreier
Court-Appointed Advisor
NORRIS, MCLAUGHLIN & MARCUS
721 Route 202/206 North
Bridgewater, NJ    08807

Dated: _____, 2002