Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Chapter 11<br>Case Nos. 00-4471, 00-4469,<br>00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : : : | Chapter 11<br>Case Nos. 01-1139 through<br>0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : : : : | Chapter 11<br>Case Nos. 01-10578, et al.[1] |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11<br>Case Nos. 01-2094 through<br>01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11<br>Case Nos. 00-3837 through<br>00-3854 |
| Debtors. | : | |

## ORDER DESIGNATING COURT APPOINTED CONSULTANTS AND SPECIAL MASTERS

This matter having been opened by the Court upon its own

motion in each of the above-captioned Chapter 11 cases; and the

interested parties having been put on notice by the Court at the

joint case management conference held on December 20, 2001, that

the Court anticipated appointing special masters and/or case

_____

[1]See attached list.

management consultants to whom the Court may from time to time delegate certain authority to hear matters and to advise the Court on issues that may arise in these five large Chapter 11 cases; and for good cause shown

It is this 28th day of December, 2001

ORDERED that the following Order applies to the lead cases identified in the caption of this Order and to all cases filed as related cases thereto, and it is further

ORDERED that William A. Drier, Esq., David R. Gross, Esq., C. Judson Hamlin, Esq., John E. Keefe, Esq., and Professor Francis E. McGovern are hereby designated as Court Appointed Consultants to advise the Court and to undertake such responsibilities, including by way of example and not limitation, mediation of disputes, holding case management conferences, and consultation with counsel, as the Court may delegate to them individually, and it is further

ORDERED that the parties are on notice that the Court may, without further notice, appoint any of the Court-Appointed Consultants to act as a Special Master to hear any disputed matter and to make a report and recommendation to the Court on the disposition of such matter, and it is further

ORDERED that William A. Drier, Esq., is hereby appointed Special Master in the matter of In re W.R. Grace & Co., Bankruptcy No. 01-1139 through 01-1200, to hear all disputed matters in that Chapter 11 case for which the Court's Order of

Reference may be withdrawn from the Honorable Judith K.
Fitzgerald, United States Bankruptcy Judge, and it is further

ORDERED that the fees of the Court Appointed Consultants and
Special Master(s) shall be borne by the debtors in such manner
and apportionment as this Court or the Bankruptcy Courts may
hereinafter direct.

_____
ALFRED M. WOLIN, U.S.D.J.

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

Exhibit B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : | Chapter 11<br>Case Nos. 00-4471, 00-4469, _2141_<br>00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : : : | Chapter 11<br>Case Nos. 01-1139 through _182-7_<br>0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : : : : | Chapter 11<br>Case Nos. 01-10578, et al.[1] _1412_ |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11<br>Case Nos. 01-2094 through _304_<br>01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11<br>Case Nos. 00-3837 through _4423_<br>00-3854 |
| Debtors. | : | |

## ORDER 1) PARTIALLY WITHDRAWING THE REFERENCE AND 2) GOVERNING APPLICATIONS FOR THE ALLOWANCE OF FEES AND EXPENSES TO COURT APPOINTED ADVISORS

This matter being opened upon the Court's own motion pursuant

to the authority granted in 11 U.S.C. § 105(a) and the Court's

inherent power; and the Court, pursuant to its Order of December

28, 2001, having appointed certain persons as Court Appointed

Advisors ("Advisors") and in that Order and in subsequent Orders

---

[1]See attached list.

certain of these Advisors having been designated Special Masters to hear and report on matters specifically delegated to them by the Court as set forth in those Orders; and it appearing that the Advisors are functioning in a manner in all respects similar to examiners as provided for in the Bankruptcy Code, 11 U.S.C. §§ 1104, 1106; and the Bankruptcy Code and Rules providing for the compensation of examiners, officers and professional persons pursuant to 11 U.S.C. §§ 330, 331; and the Advisors, by virtue of their direct appointment by the Court, occupying a unique position in the above-captioned cases not shared by other persons employed in these cases; and the Court having determined that the continued employment of the Advisors in their various capacities is necessary for the efficient administration of these very large mass-tort chapter 11 cases and in the best interests of the creditors, equity holders and the estates in bankruptcy and that the debts of the estates as specified in 11 U.S.C. § 1104(c)(2) exceed $5,000,000; and for good cause shown

IT IS this day of March 2002

ORDERED that pursuant to 28 U.S.C. § 157 and the Order of this Court issued December 10, 2001, the reference of these cases to the Bankruptcy Court, Judge Randall J. Newsome and Judge Judith K. Fitzgerald presiding, is hereby withdrawn with respect to any application for an allowance of fees filed by any of the Advisors, and it is further

ORDERED that the Advisors may make application for the allowance of their fees and expenses from the debtors' estates directly to this Court in the first instance, requesting that such applications be reviewed and approved by the Court pursuant to the substantive standards set forth in 11 U.S.C. § 330, and it is further

ORDERED that any application for the allowance of fees and expenses shall set forth how the applicant believes the fees and expenses should be allocated between the debtors, and it is further

ORDERED that, although by its terms local bankruptcy rule 2016-2 does not apply to applications for the allowance of fees and expenses by the Advisors, local rule 2016-2(d) governing information requirements relating to compensation requests is hereby incorporated by reference and made applicable to applications by the Advisors pursuant to this Order, and it is further

ORDERED that the Advisors may make interim applications for the allowance of fees and expenses pursuant to 11 U.S.C. § 331, on a monthly basis, and it is further

ORDERED that an application for the allowance of fees and expenses pursuant to this Order shall not set forth a hearing date for the application and no hearing will be held unless written objection is filed with the Court no later than ten days

3

after service upon the objecting party of the fee application, and it is further

ORDERED that no Administrative Order or other Order in any of the above-captioned cases governing applications for the allowance of fees and expenses to professionals shall apply to an application by any of the Court Appointed Advisors pursuant to this Order except as provided below with respect to service, and it is further

ORDERED that any application made pursuant to this Order shall be served on the same parties and in the same manner as provided by applicable rule as superseded or modified by any Administrative Order of the Bankruptcy Court governing applications for the allowance of fees and expenses to professionals for which the reference has not been withdrawn, and it is further

ORDERED that this Order shall not limit the Court's ability, upon adequate notice, to charge fees and expenses of the Advisors upon parties besides the debtors on the grounds of equity, rule of procedure, or other law.

ALFRED M. WOLIN, U.S.D.J.

4

IN RE: FEDERAL-MOGUL GLOBAL, INC.
### Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

5

Exhibit C

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
                                          Page              1
                                          Invoice #    231968
                                          Date     04/10/2002
                                          Client       102187
Asbestos Litigation Advisory Committee    Matter            1
Honorable Alfred E. Wolin                                 WAD
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                         FEI#    62-140-8127
```

-----------------------------------------------------------------

For professional services rendered from March 7, 2002
through March 31, 2002

Re:  Asbestos Litigation Advisory Committee


```
3/07/02  WAD   .40   180.00  Review of Vairo transcript;
3/12/02  WAD   .80   360.00  Research and review of recent case law on
                             fraudulent conveyances;
3/13/02  WAD   .30   135.00  Review of Orders of Judge Wolin;
3/21/02  WAD   .30   135.00  Telephone conference with Judge Wolin's clerk re
                             scheduling and forms of billing;
```


               1.80            TOTAL HOURS

                        TOTAL SERVICES              $ 810.00


| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 1.80 | 450.00 | 810.00 |
| | 1.80 | | 810.00 |

```
Invoice #    231968
Date     04/10/2002
Client      102187
```

Computerized Research                                                         165.72
Telephone, Postage, Photocopying                                               40.50

                          TOTAL EXPENSES                        $ 206.22


                     TOTAL THIS INVOICE                      $ 1,016.22

                        PAST AMOUNT DUE                  $    9,387.35

                       TOTAL AMOUNT DUE                  $   10,403.57

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
                                        Page              1
                                        Invoice #    233477
                                        Date     05/17/2002
                                        Client       102187
                                        Matter            1
Honorable Alfred E. Wolin                                WAD
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                       FEI#   62-140-8127
```

--------------------------------------------------------------------

For professional services rendered from April 10, 2002
through April 30, 2002

Re:  Asbestos Litigation Advisory Committee


4/10/02  WAD    .20    90.00  Review of materials from Judge;

4/17/02  WAD    .10    45.00  Telephone call to Judge's law clerk;

4/24/02  WAD    .30   135.00  Research re later cases in bankruptcy/asbestos;


              .60            TOTAL HOURS

                       TOTAL SERVICES              $ 270.00


                              HOURS       RATE          AMOUNT
WILLIAM A. DREIER              .60       450.00          270.00

Invoice #    233477
Date      05/17/2002
Client       102187

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | 0.60 | | 270.00 |

| | AMOUNT |
|---|---|
| Travel | 39.55 |
| Telephone, Postage, Photocopying | 13.50 |
| TOTAL EXPENSES | $ 53.05 |
| TOTAL THIS INVOICE | $ 323.05 |
| PAST AMOUNT DUE | $ 10,403.57 |
| TOTAL AMOUNT DUE | $ 10,726.62 |

```
                    NORRIS, MCLAUGHLIN & MARCUS
                      A Professional Corporation
                        Counsellors At Law
                         721 Route 202-206
                           P.O. Box 1018
                      Somerville, NJ 08876-1018
                      Telephone (908) 722-0700
```

|                                               | Page      | 1          |
|                                               | Invoice # | 236176     |
|                                               | Date      | 06/17/2002 |
|                                               | Client    | 102187     |
|                                               | Matter    | 1          |

Honorable Alfred E. Wolin                                        WAD
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                        FEI#   62-140-8127

---

For professional services rendered from May 9, 2002
through May 31, 2002

Re:  Asbestos Litigation Advisory Committee


| 5/09/02 | WAD | 2.40 | 1,080.00 | Review of insurer's memo; research re section 5:4(g); |
| 5/17/02 | WAD | 3.00 | 1,350.00 | Conference with Judge Wolin and Committee members; |


            5.40            TOTAL HOURS

                    TOTAL SERVICES            $ 2,430.00


|                     | HOURS | RATE   | AMOUNT   |
|---------------------|-------|--------|----------|
| WILLIAM A. DREIER   | 5.40  | 450.00 | 2,430.00 |
|                     | 5.40  |        | 2,430.00 |

```
Invoice #    236176
Date    06/17/2002
Client      102187
```

Telephone, Postage, Photocopying                                    121.50

                              TOTAL EXPENSES              $ 121.50


                         TOTAL THIS INVOICE           $ 2,551.50

                          PAST AMOUNT DUE         $   10,726.62

                         TOTAL AMOUNT DUE         $   13,278.12

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page            1
Invoice #   246531
Date    11/08/2002
Client      102187
Matter          1
             WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                          FEI#   62-140-8127

------------------------------------------------------------------------

For professional services rendered from October 1, 2002
through October 31, 2002

Re:  Asbestos Litigation Advisory Committee

10/01/02  SDL    1.20    162.00  Reviewed WAD file regarding billing procedures,
                                 forms, and invoices.

10/03/02  SDL    1.10    148.50  Meeting with Whitney Chelnik at DR Gross and
                                 Assoc. regarding procedures for billing.

10/09/02  SDL     .70     94.50  Reviewed Local Rules of US Bankruptcy Court for
                                 the District of  Delaware regarding the
                                 application for payment of fees.

10/15/02  SDL     .30     40.50  Meeting with Sue Pankowski regarding receipt of
                                 monies owed;

10/15/02  JH     1.10    126.50  Further Pacer research for current service list
                                 on several Delaware bankruptcy cases;

Invoice #    246531
Date    11/08/2002
Client    102187

---

| 10/17/02 | JH | 4.00 | 460.00 | Pacer research for docket and service lists on several Delaware Bankruptcy cases; |
| 10/18/02 | JH | .70 | 80.50 | Review Pacer and put together service list; |
| 10/21/02 | JH | 1.40 | 161.00 | Pacer research for current service list of several Delaware bankruptcy cases; |
| 10/22/02 | JH | .70 | 80.50 | Pacer research for complete updated service list; |

11.20                    TOTAL HOURS

TOTAL SERVICES                    $ 1,354.00

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUZANA D. LONCAR | 3.30 | 135.00 | 445.50 |
| JEANNA HAND | 7.90 | 115.00 | 908.50 |
|  | 11.20 |  | 1,354.00 |

Telephone, Postage, Photocopying                    67.70

TOTAL EXPENSES                    $ 67.70

TOTAL THIS INVOICE                    $ 1,421.70

PAST AMOUNT DUE                    $ 11,490.65

2

Invoice #    246531
Date      11/08/2002
Client       102187

TOTAL AMOUNT DUE              $   12,912.35

Exhibit D

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

|                    |            |
|--------------------|-----------:|
| Page               | 1          |
| Invoice #          | 231969     |
| Date               | 04/10/2002 |
| Client             | 102188     |
| Matter             | 1          |
|                    | WAD        |

W.R. Grace-Special Master
Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102

FEI#    62-140-8127

---------------------------------------------------------------------------

For professional services rendered from March 1, 2002
through March 31, 2002

Re:  W.R. Grace-Special Master


| Date | | Hours | Amount | Description |
|------|---|------|--------|-------------|
| 3/01/02 | WAD | .30 | 135.00 | Telephone conference with E. Evans Wohlforth, Jr. Judge Wolin's law clerk re amendment to Order; |
| 3/13/02 | WAD | .20 | 90.00 | Review of scheduling orders of Judge Wolin; |


.50                    TOTAL HOURS

TOTAL SERVICES                          $ 225.00


|                      | HOURS | RATE   | AMOUNT |
|----------------------|-------|--------|--------|
| WILLIAM A. DREIER    | .50   | 450.00 | 225.00 |
|                      | 0.50  |        | 225.00 |

Invoice #    231969
Date     04/10/2002
Client      102188

Computerized Research                                            22.44
Telephone, Postage, Photocopying                                11.25

                    TOTAL EXPENSES                           $ 33.69


              TOTAL THIS INVOICE                           $ 258.69

              PAST AMOUNT DUE                        $    5,709.55

              TOTAL AMOUNT DUE                       $    5,968.24

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                    1
Invoice #    233478
Date     05/17/2002
Client         102188
Matter             1
WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                                    FEI#    62-140-8127

------------------------------------------------------------------------

For professional services rendered from April 4, 2002
through April 30, 2002

Re:  W.R. Grace-Special Master

| Date | | Hours | Amount | Description |
|------|---|-------|--------|-------------|
| 4/04/02 | WAD | .20 | 90.00 | Telephone conference with E. Evans Wohlforth, Jr. re W.R. Grace conflicts; |
| 4/19/02 | WAD | .30 | 135.00 | Review of orders; telephone conference with Evans Wohlforth re severance order and discovery; |
| 4/29/02 | WAD | .20 | 90.00 | Conference with Evans Wohlforth re scheduling; |

.70                          TOTAL HOURS

TOTAL SERVICES                    $ 315.00

```
                                        Invoice #    233478
                                        Date     05/17/2002
                                        Client       102188
```

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | .70 | 450.00 | 315.00 |
| | 0.70 | | 315.00 |

Telephone, Postage, Photocopying                         15.75

                    TOTAL EXPENSES                    $ 15.75


                TOTAL THIS INVOICE                $ 330.75

                PAST AMOUNT DUE              $   5,968.24

                TOTAL AMOUNT DUE             $   6,298.99

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                 1
Invoice #     236177
Date     06/17/2002
Client         102188
Matter              1
WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ   07102                              FEI#    62-140-8127

-----------------------------------------------------------------------

For professional services rendered from May 6, 2002
through May 31, 2002

Re:  W.R. Grace-Special Master

| Date | | Hours | Rate | Description |
|------|------|------|------|------|
| 5/06/02 | WAD | .20 | 90.00 | Review of fee application filed with court; |
| 5/14/02 | WAD | .20 | 90.00 | Telephone conference with Evans Wohlforth re discovery motion; |
| 5/22/02 | WAD | .30 | 135.00 | Receipt and review of Protective Orders; |
| 5/31/02 | WAD | .20 | 90.00 | Conference call with counsel re scheduling; |

.90                    TOTAL HOURS

TOTAL SERVICES                              $ 405.00

|                    | HOURS | RATE   | AMOUNT |
|--------------------|-------|--------|--------|
| WILLIAM A. DREIER  | .90   | 450.00 | 405.00 |
|                    | 0.90  |        | 405.00 |

Invoice #    236177
Date    06/17/2002
Client    102188

Telephone, Postage, Photocopying                                    20.25

                              TOTAL EXPENSES                    $ 20.25


                        TOTAL THIS INVOICE                  $ 425.25

                         PAST AMOUNT DUE              $   6,298.99

                        TOTAL AMOUNT DUE              $   6,724.24

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page            1
Invoice #    238434
Date      07/17/2002
Client        102188
Matter            1
                WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                          FEI#    62-140-8127

---

For professional services rendered from June 4, 2002
through June 30, 2002

Re:  W.R. Grace-Special Master


| 6/04/02 | WAD | 1.80 | 810.00 | Reading pre-hearing memos; telpehone hearing; writing of opinion; |
| 6/07/02 | WAD | 1.00 | 450.00 | Start on review for Opinion; |
| 6/08/02 | WAD | 1.50 | 675.00 | Research and dictation of Order and Opinion; |
| 6/09/02 | WAD | 2.20 | 990.00 | Research and dictation of Order and Opinion; |
| 6/11/02 | WAD | .70 | 315.00 | Review and revision of draft Order; |
| 6/12/02 | WAD | .90 | 405.00 | Final revision of Opinion and Order; |
| 6/18/02 | WAD | 1.60 | 720.00 | Review of briefs; telephone motion hearing; |
| 6/19/02 | WAD | .20 | 90.00 | Telephone conference with Evans Wohlforth re motion before Court; |
| 6/20/02 | WAD | .40 | 180.00 | Review of opposition to insurance company settlement limited disclosure; |
| 6/21/02 | WAD | 1.90 | 855.00 | Receipt and review of opposition papers to insurers with disclosures; hearing on motion at deposition; hearing of motion to direct insurance settlement agreement disclosure; dictation of Order; |

Invoice #    238434
Date    07/17/2002
Client    102188

| 6/25/02 | WAD | 1.30 | 585.00 | Review of Justice Department's letter brief; Sealed Air (Skadden Arps) opposition; Grace (Kirkland & Ellis) opposition; |
|---|---|---|---|---|
| 6/26/02 | WAD | 2.80 | 1,260.00 | Reading of new submissions, including transcript; telephone conferences on cross-motions; argument re new hearing tomorrow re interim disclosures; telephone conference with Judge's clerk re status of London Markets Insurers' claims; telephone conference with Ms. Fleishman re agreement to amendment to Order; preparation of Order; |
| 6/27/02 | WAD | 2.00 | 900.00 | Review of supplemental motions and drafting of amending orders; |
| 6/28/02 | WAD | 1.60 | 720.00 | Telephone conference with attorneys re motion to compel production of privileged documents; reading of motion papers; |

19.90                    TOTAL HOURS

TOTAL SERVICES                    $ 8,955.00

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 19.90 | 450.00 | 8,955.00 |
|  | 19.90 |  | 8,955.00 |

Travel                                                          39.55
Telephone, Postage, Photocopying                                447.75

TOTAL EXPENSES                    $ 487.30

2

Invoice #    238434
Date      07/17/2002
Client      102188

| | |
|---|---|
| TOTAL THIS INVOICE | $ 9,442.30 |
| PAST AMOUNT DUE | $  5,273.37 |
| TOTAL AMOUNT DUE | $  14,715.67 |

3

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page        1
Invoice #    240614
Date       08/14/2002
Client      102188
Matter         1
WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                                    FEI#    62-140-8127

---

For professional services rendered from July 1, 2002
through July 31, 2002

Re:  W.R. Grace-Special Master

| Date | | Hours | Amount | Description |
|------|---|-------|--------|-------------|
| 7/01/02 | WAD | .40 | 180.00 | Telephone conference with Evans Wohlforth re scheduling; telephone conference with Judge Wolin's chambers; |
| 7/02/02 | WAD | 4.20 | 1,890.00 | Hearing at U.S. District Court with plaintiffs and Sealed Air attorneys; |
| 7/10/02 | WAD | .20 | 90.00 | Telephone conference with Judge Wolin re new motion for discovery sanctions; |
| 7/11/02 | WAD | 2.20 | 990.00 | Prepare for and argument of motion re discovery of site information and arguments to be permitted; dictation of Order; |
| 7/12/02 | WAD | 1.20 | 540.00 | Review and revisions of Orders of 6/12/02; argument of motion re modification of 6/18/02 |

Invoice #    240614
Date      08/14/2002
Client       102188

|  |  |  |  | order; preparation and revision of order; |
|---|---|---|---|---|
| 7/15/02 | WAD | 2.60 | 1,170.00 | Reading brief; argument on motion; |
| 7/16/02 | WAD | 1.60 | 720.00 | Telephone conference with Evans Wohlforth re review of June Order; review of moving and responsive memoranda; conference call with counsel re modification of July 12, 2002, Order; |
| 7/19/02 | WAD | 1.80 | 810.00 | Telephone call from Judge Fitzgerald re discovery and progress of bankruptcy proceedings; review of objection letter to Judge Wolin; review of moving and respondent memos; hearing on motion by Sealed Air to compel document production; |
| 7/22/02 | WAD | .20 | 90.00 | Review of Order; |
| 7/23/02 | WAD | .80 | 360.00 | Argument and objections and arbitration ruling at deposition; review of brief re standards for fraudulent transfer; |
| 7/24/02 | WAD | .50 | 225.00 | Hearing on motions re setting delivery time for post 1998 records; amendment of confidentiality "eyes only" order; |
| 7/29/02 | WAD | .50 | 225.00 | Telephone call from Ms. Fleischman re motion to compel; telephone call from Ms. Fleischman and Ms. Browdy re motion on 8/2; |
| 7/31/02 | WAD | .30 | 135.00 | Review of plaintiffs' brief on motions to compel production of bank records; |

Invoice #    240614
Date    08/14/2002
Client    102188

| | 16.50 | TOTAL HOURS | | |
|---|---|---|---|---|
| | | TOTAL SERVICES | | $ 7,425.00 |

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 16.50 | 450.00 | 7,425.00 |
| | 16.50 | | 7,425.00 |

| | |
|---|---|
| Telephone, Postage, Photocopying | 371.25 |
| TOTAL EXPENSES | $ 371.25 |

| | |
|---|---|
| TOTAL THIS INVOICE | $ 7,796.25 |
| PAST AMOUNT DUE | $ 7,218.65 |
| TOTAL AMOUNT DUE | $ 15,014.90 |

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                1
Invoice #    242353
Date      09/11/2002
Client          102188
Matter               1
                   WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ   07102                          FEI#   62-140-8127

-----------------------------------------------------------------------

For professional services rendered from August 2, 2002
through August 31, 2002

Re:  W.R. Grace-Special Master

| Date | | Hours | Amount | Description |
|------|------|-------|----------|-------------|
| 8/02/02 | WAD | 3.20 | 1,440.00 | Conference call with plaintiffs and bank attorneys re production application; telephone call from Ms. Fleischman re non-production of post-1998 materials and privilege log; calls from attorney Rick Davis and from Jerry Ellington; reading motion memoranda |
| 8/05/02 | WAD | 2.70 | 1,215.00 | Reading of briefs; conference calls with attorneys on 4 motions re privilege claims; contractual preclusion of further discovery; review and signing of orders; |
| 8/06/02 | WAD | .80 | 360.00 | Review of orders; conference call to settle form; review of memorandum from Grace re ex parte revivew; calls to Ms. Fleischman, Michelle Browdy re Friday arguments; |

Invoice #    242353
Date      09/11/2002
Client      102188

| Date | | | | |
|------|-----|------|----------|---|
| 8/07/02 | WAD | .80 | 360.00 | Review of additional memoranda re Friday motions; |
| 8/08/02 | WAD | .50 | 225.00 | Call from attorneys re Friday argument; preparation for Friday argument; |
| 8/09/02 | WAD | 7.50 | 3,375.00 | Motion hearing in Newark; conference with Judge Wolin; |
| 8/13/02 | WAD | 1.90 | 855.00 | Work on motion opinion for Judge Wolin; reading of notice of motion on discovery by Bilzer firm; |
| 8/15/02 | WAD | 1.60 | 720.00 | Reading of motion hearing (.5); motion briefs; |
| 8/16/02 | WAD | 3.80 | 1,710.00 | Review of briefs for new motion; motion hearing; review of application and telephone calls from attorneys re motion from Sealed Air for execution; review of e-mail of two Court Opinions and Orders; drafts of Opinion re proofs of claim for Science trial appeal; rescheduling Order issues re 8/9 motion; |
| 8/19/02 | WAD | 4.20 | 1,890.00 | Revision of memorandum Opinion; review of submissions on motions hearing of 2 motions and call and letter re settlement of another motion; telephone conference with Drew Berry, attorney for a subpoenaed attorney; review, amend and sign Orders; |
| 8/20/02 | WAD | 1.30 | 585.00 | Review and amendments to forms of Orders; |
| 8/21/02 | WAD | .30 | 135.00 | Work on Amended Orders; |
| 8/22/02 | WAD | 1.20 | 540.00 | Three orders and objections to same; letter and calls re continuous review and decision re same; |
| 8/23/02 | WAD | .20 | 90.00 | Letters re postponement of motion hearing; |
| 8/28/02 | WAD | .60 | 270.00 | Motion by Unsecured Creditors Committee; revised Order; telephone conference with Evans Wolfroth; |
| 8/29/02 | WAD | .30 | 135.00 | Telephone conference with Evans Wolfroth and Judge Wolin re case status and attendance at |

2

Invoice #    242353
Date    09/11/2002
Client      102188

8/30/02  WAD     .80    360.00   9/3/02 hearing;
Review of moving papers; telephone conference
with attorneys; set up two motions for
hearing; preparation for Tuesday District
Court session;

31.70           TOTAL HOURS

TOTAL SERVICES          $ 14,265.00

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 31.70 | 450.00 | 14,265.00 |
| | 31.70 | | 14,265.00 |

Computerized Research                          114.84
Meals                                           56.07
Telephone, Postage, Photocopying               713.25

TOTAL EXPENSES          $ 884.16

TOTAL THIS INVOICE       $ 15,149.16

PAST AMOUNT DUE       $  15,014.90

TOTAL AMOUNT DUE      $  30,164.06

3

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page             1
Invoice #    244250
Date    10/09/2002
Client        102188
Matter            1
                WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ   07102                          FEI#    62-140-8127

------------------------------------------------------------------------

For professional services rendered from September 3, 2002
through September 30, 2002

Re:  W.R. Grace-Special Master

| Date | | Hours | Amount | Description |
|------|---|-------|--------|-------------|
| 9/03/02 | WAD | 5.90 | 2,655.00 | Amended District Court session with all attorneys; confer with Judge; hearing of motion by Unsecured Creditor Committee; |
| 9/04/02 | WAD | .40 | 180.00 | Motion hearing; |
| 9/05/02 | WAD | .80 | 360.00 | Receipt and review of Judge Wolin's opinion an order DOJ appeal; review and signing of order extending discovery of Dr. Bates deposition to 9/18; confer with Judge's clerk; |
| 9/06/02 | WAD | 1.20 | 540.00 | Review of emergent motion by Bert Wolff and hearing of motion; |
| 9/06/02 | WAD | .50 | 225.00 | Review of motion to compel production of SealedAir motion to compel production; |

Invoice #    244250
Date    10/09/2002
Client    102188

| 9/09/02 | WAD | .20 | 90.00 | Conference call-Ruling on evidence issues; |
|---------|-----|-----|-------|---------------------------------------------|
| 9/10/02 | WAD | .60 | 270.00 | Amend and sign order; telephone conference with Evans at Judge Wolin's Court; |
| 9/11/02 | WAD | 1.20 | 540.00 | Oral Argument Motions by Mr. Zotti and by Mr. Kaplan; |
| 9/12/02 | WAD | .40 | 180.00 | Telephone conference with Judge Wolin re: status of parties; review and e-mails; signing of Order; |
| 9/13/02 | WAD | 1.20 | 540.00 | Review of order and motions; signed and returned order; |
| 9/17/02 | WAD | .20 | 90.00 | Telephone conference with Judge Wolin's Chambers; 9/18 hearing; |
| 9/18/02 | WAD | 4.50 | 2,025.00 | Hearing in Judge Wolin's court on status of Grace; |
| 9/23/02 | WAD | .80 | 360.00 | Telephone conference with Judge Wolin; research; telephone conference with Rachael Fleishman re: scheduling; |
| 9/24/02 | WAD | 1.90 | 855.00 | Review of motion papers, opposition and motion hearing; |
| 9/26/02 | WAD | .30 | 135.00 | Review and sign of order and argument re: same; |
| 9/30/02 | WAD | 1.40 | 630.00 | Confer with SDL and setting up of billing procedure; telephone conference with Judge's clerk rereading of Cybergenics Corp. and proposal to court re: trustee which assigns to |

2

Invoice #    244250
Date     10/09/2002
Client      102188

---

management all powers other than avoidance, or a general trustee with limited powers;

9/30/02 SDL    .40    54.00    Meeting with WAD regarding billing matters for special master; telephone call to Evans Wholferth regarding forms to be used for payment to special master; telephone call to Whitney Chelnik regarding process for billing;

21.90    TOTAL HOURS

TOTAL SERVICES    $ 9,729.00

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | 21.50 | 450.00 | 9,675.00 |
| SUZANA D. LONCAR | .40 | 135.00 | 54.00 |
| | 21.90 | | 9,729.00 |

Travel    39.55
Telephone, Postage, Photocopying    486.45

TOTAL EXPENSES    $ 526.00

TOTAL THIS INVOICE    $ 10,255.00

PAST AMOUNT DUE    $ 28,376.59

Invoice #    244250
Date    10/09/2002
Client    102188

TOTAL AMOUNT DUE                    $    38,631.59

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 246532 |
| Date | 11/08/2002 |
| Client | 102188 |
| Matter | 1 |
| | WAD |

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ 07102

FEI#    62-140-8127

For professional services rendered from October 14, 2002
through October 31, 2002

Re:  W.R. Grace-Special Master

| | | | | |
|---|---|---|---|---|
| 10/14/02 | JH | 1.20 | 138.00 | Pacer research in DE for service lists of several cases; |
| 10/18/02 | SDL | .20 | 27.00 | Telephone conference with E. Wohlforth regarding first interim application and monies received; |
| 10/22/02 | JH | .40 | 46.00 | Pacer research for complete updated service list; |
| 10/30/02 | SDL | .20 | 27.00 | Telephone conference with Whitney Chelnik regarding assembling materials for billing purposes; |

Invoice #    246532
Date    11/08/2002
Client    102188

2.00                    TOTAL HOURS

TOTAL SERVICES                    $ 238.00

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| SUZANA D. LONCAR | .40 | 135.00 | 54.00 |
| JEANNA HAND | 1.60 | 115.00 | 184.00 |
| | 2.00 | | 238.00 |

Travel                                                    39.55
Computerized Research                                    230.07
Telephone, Postage, Photocopying                          11.90

TOTAL EXPENSES                    $ 281.52

TOTAL THIS INVOICE                    $ 519.52

PAST AMOUNT DUE              $  38,631.59

TOTAL AMOUNT DUE            $  39,151.11

2