

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-4471, 00-4469, 00-4470 <br> (Jointly Administered |
| IN RE: W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-10578, et al <br> (Jointly Administered |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-2094 through 01-2104 <br> (Jointly Administered |
| IN RE: OWENS CORNING, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-3837 through 00-3854 <br> (Jointly Administered <br> Hearing date set only if objections are timely filed |

## NOTICE OF FILING OF SECOND FEE APPLICATION

TO:  The Parties listed on Exhibit 1 hereto.

**PLEASE TAKE NOTICE** that Lynch Martin has filed this Notice of Second Fee Application on behalf of John E. Keefe, Sr. as a Court Appointed Advisor for Allowance of Compensation of Fees for Actual and Necessary services Rendered and for Reimbursement of

{00274292.DOC}

Expenses Incurred for the Period from March 1, 2002 through October 31, 2002.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the aforementioned Fee Application must be timely filed with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801 and served upon and received by (i) John E. Keefe, Sr., Lynch Martin, 830 Broad Street, Shrewsbury, New Jersey 07702; and (ii) Frank J. Perch, Esq., Office of the United States Trustee, 844 King Street, Lockbox 35, Room 2311, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that in the event that timely objections to the Application are filed, a hearing will be scheduled at the convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of timely filed objections, the Court may enter an Order approving the aforementioned Fee Application on an interim basis without further notice or hearing.

Dated: Dec 4, 2002

JOHN E. KEEFE, SR.
COURT APPOINTED ADVISOR
Lynch Martin
830 Broad Street
Shrewsbury, NJ 07702
(732) 224-9400

{00274292.DOC}