**ARMSTRONG SERVICE LIST**

Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202

Walter Gangi
Kenneth L. Jacobs
Mary J. Huwaldt
Donita J. Swayne
Armstrong World Industries, Inc.
2500 Columbia Avenue, Building 701
Lancaster, PA  17603

Mark D. Collins, Esq.
Rebecca L. Booth, Esq.
Richards Layton & Finger
One Rodney Square
POB 551
Wilmington, DE  19899

Stephen Karotkin, Esq.
Debra A. Dandeneau, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Mark E. Felger, Esq.
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE  19801

Teresa K.D. Currier, Esq.
Eric L. Schnabel, Esq.
Klett Rooney Lieber & Schorling, PC
The Brandywine Building
1000 West Street, Suite 1410
POB 1397
Wilmington, DE  19899-1397

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801-1246

Robert Scheibe, Esq.
Richard S. Toder, Esq.
Scott Talmade, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY  10178-0060

Dennis Wildes, Esq.
Lewis Kruger, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982

Frank J. Perch, III
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**W.R. GRACE CORPORATION SERVICE LIST**

| | |
|---|---|
| David B. Siegel, Esq.<br>Senior VP and General Counsel<br>7500 Grace Drive<br>Columbia, MD 21044 | Frank J. Perch, Esq.<br>Office of the United States<br>Trustee<br>844 N. King Street, Room 2313<br>Wilmington, DE 19801 |
| James Kapp, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601 | Michael R. Lastowski, Esq.<br>Duane Morris & Heckscher LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 |
| David W. Carickhoff, Jr., Esq.<br>Pachulski Stang Ziehl Young<br>  & Jones<br>919 N. Market Street, Suite 1600<br>POB 8705<br>Wilmington, DE 19899-8705 | Robert Raskin, Esq.<br>Rose Serrette, Esq.<br>Stroock & Stroock & Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982 |
| Peter Van N. Lockwood<br>Caplan & Drysdale<br>399 Park Avenue, 36h Floor<br>New York, NY 10022 | Marla Eskin, Esq.<br>Mark Hurford, Esq.<br>Campbell & Levine<br>Chase Manhattan Centre<br>1201 North Market Street, 15h Floor<br>Suite 1500<br>Wilmington, DE 19899 |
| Teresa K.D. Currier, Esq.<br>Klett Rooney Lieber<br>  & Schorling<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397 | Philip Bentley, Esq.<br>Kramer Levin Naftalis<br>  & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022 |

J. Douglas Bacon, Esq.
David S. Heller, Esq.
Carol Hennessey, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, Illinois 60606

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

## OWENS CORNING SERVICE LIST

| | |
|---|---|
| Frank J. Perch, Esq.<br>Office of the United States Trustee<br>844 King Street, 2nd Floor<br>Wilmington, DE 19801 | Norman Pernick, Esq.<br>Saul Ewing, LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801 |
| James L. Patton, Esq.<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | William Sudell, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 |
| Matthew G. Zalewski, Esq.<br>Campbell & Levin, LLC<br>Chase Manhattan Center<br>1201 Market Street, 15th Floor<br>Wilmington, DE 19801 | John W. Christy, Esq.<br>Owens Corning<br>One Owens Corning Parkway<br>Toledo, OH 45659 |
| James J. McMonagle, Esq.<br>24 Walnut Street<br>Chagrin Falls, OH 44022 | D.J. Baker, Esq.<br>Skadden Arps Slate Meagher<br>  & Flom, LLP<br>4 Times Square<br>New York, NY 10036-6522 |
| David S. Heller, Esq.<br>Lathan & Watkins<br>233 South Wacker Drive<br>5800 Sears Tower<br>Chicago, IL 60606 | Stephen Case, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |

Elihu Inselbuch, Esq.
Caplan & Drysdale
399 Park Avenue
New York, NY 10022-4614

Michael J. Cramos, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**FEDERAL MOGUL SERVICE LIST**

Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Tim Trenary
Kristen Schweninger
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI 48034

James F. Conlan, Esq.
Larry J. Nyhan, Esq.
Kenneth P. Mansa, Esq.
Sidley Ausstin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl
  Young & Jones
919 North Market Street, 16th Floor
POB 8705
Wilmington, DE 19899-8705

Gregory D. Willard, Esq.
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2733

Steven M. Furhman, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017-3954

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
POB 551
Wilmington, DE 19801

Frank J. Perch, III
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

James L. Patton, Jr., Esq.
Edwin J. Herron, Esq.
Young Conaway Stargatt
  & Taylor
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Parcels, Inc.
Vito L. DiMaio
4 East Seventh Street
Wilmington, DE 19801

## USG CORPORATION SERVICE LIST

Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, Texas 75202

Robert Raskin, Esq.
Rose Serrette, Esq.
Stoock & Stoock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Suzanne K. Torrey, Esq.
USG Corporation
125 S. Franklin Street
Chicago, IL 60606

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19081-1246

Brad B. Erens, Esq.
Jones Day Reavis & Pogue
77 W. Wacker Drive
Chicago, IL 60601

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
2500 First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-2336

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Daniel J. DeFranceschi, Esq.
Richards Layton & Finger, PA
One Rodney Square
POB 551
Wilmington, DE 19899

Elihu Inselbuch, Esq.
Caplan & Drsydale, Chartered
399 Park Avenue
New York, NY 10022-4614

Gregory D. Willard, Esq.
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2733

Peter Van N. Lockwood, Esq.
Caplan & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schoring
The Brandywine Building
1000 West Street, suite 1410
P.O. Box 1397
Wilmington, DE 19899

Matthew G. Zaleski, III, Esq.
Campbell & Levin, LLC
1201 N. Market Street, Suite 1501
Wilmington, DE 19801

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Room 2313, Lockbox 35
Wilmington, DE 19801-3519