UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-4471, 00-4469, 00-4470 <br> (Jointly Administered |
| IN RE: W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-10578, et al <br> (Jointly Administered |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-2094 through 01-2104 <br> (Jointly Administered |
| IN RE: OWENS CORNING, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-3837 through 00-3854 <br> (Jointly Administered <br> Objections due:_____ 2002 <br> Hearing date set only if objections are timely filed |

### NOTICE OF FILING OF SECOND FEE APPLICATION

TO:   The Parties listed on Exhibit 1 hereto.

**PLEASE TAKE NOTICE** that Purcell, Ries, Shannon, Mulcahy & ONeill has filed this Notice of Second Fee Application on behalf of C. Judson Hamlin as a Court Appointed Advisor for an Allowance of Compensation of Fees for Actual and Necessary services Rendered and for

{00274298.DOC}

Reimbursement of Expenses Incurred for the Period from March 1, 2002 through October 28, 2002.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the aforementioned Fee Application must be timely filed with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801 and served upon and received by (i) C. Judson Hamlin, Purcell, Ries, Shannon, Mulcahy & O'Neill, One Pluckemin Way, P.O. Box 754, Bedminster, New Jersey 07921; and (ii) Frank J. Perch, Esq., Office of the United States Trustee, 844 King Street, Lockbox 35, Room 2311, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that in the event that timely objections to the Application are filed, a hearing will be scheduled at the convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of timely filed objections, the Court may enter an Order approving the aforementioned Fee Application on an interim basis without further notice or hearing.

Dated: 12/3, 2002

_____
C. JUDSON HAMLIN
COURT APPOINTED ADVISOR
Purcell, Ries, Shannon, Mulcahy & O'Neill
One Pluckemin Way
P.O. Box 754
Bedminster, New Jersey 07921
(908) 658-3800

{00274298.DOC}