**Warren H. Smith & Associates, P.C.**
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 06, 2002

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10128

Professional Services

|  |  | **Hours** | **Amount** |
|---|---|---:|---:|
| 7/1/2002 WHS | detailed review of response of Ferry Joseph to initial report | 0.30 | 82.50 |
| WHS | draft final report re Ferry Joseph | 2.00 | 550.00 |
| WHS | left detailed telephone voicemail for Jay Sakalo re Bilzen | 0.10 | 27.50 |
| WHS | draft final report re Bilzen | 3.50 | 962.50 |
| WHS | telephone conference with Jay Sakalo re Bilzen | 0.20 | 55.00 |
| WHS | receive, review, and forward electronic monthly invoice re Reed Smith | 0.10 | 27.50 |
| WHS | receive and review e-mail from Scott Baena re Bilzen | 0.10 | 27.50 |
| WHS | telephone conference with Gary Becker re response | 0.30 | 82.50 |
| WHS | telephone conference with Chris Marraro re Wallace King | 0.20 | 55.00 |

W.R. Grace & Co. Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/1/2002 | BM | Draft letter of response re IR response letter from J Sakalo. | 1.50 | 60.00 |
| | BM | Draft service list for Initial Report. | 0.90 | 36.00 |
| | BM | Update database with fee application received 7/1/02 for Pachulski 4/02 and Ferry 4/02. | 0.20 | 8.00 |
| | BM | Update database with electronic data received via email attachments for Official Committee 4/02 - 5/02; Caplin 5/02; Wallace 5/02 and Reed 5/02. | 0.50 | 20.00 |
| 7/2/2002 | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |
| | WHS | receive and review PD committee expense statement | 0.10 | 27.50 |
| | WHS | left detailed telephone voicemail for Jay Sakalo re Bilzen 4th | 0.10 | 27.50 |
| | WHS | draft e-mail to Pam Zilly re Blackstone | 0.20 | 55.00 |
| | WHS | detailed review of response of Blackstone re 4th application | 0.50 | 137.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Klett | 0.10 | 27.50 |
| | WHS | telephone conference with Scott Baena re Bilzen | 0.20 | 55.00 |
| | WHS | draft final report re FTI | 5.50 | 1,512.50 |
| | BM | Update database with fee applications received 7/2/02 for Caplin 5/02. | 0.10 | 4.00 |
| | FVV | conference with WHSmith re initial summary findings and draft of audit report. | 0.20 | 49.00 |
| | FVV | conferences with DWilliams re initial audit findings (0.3) | 0.30 | 73.50 |

W.R. Grace & Co.  Page   3

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/2/2002 | FVV | review comments from WHSmith and DWilliams re initial audit findings (.40) | 0.40 | 98.00 |
| | FVV | detailed review of Kirkland & Ellis October 2001 monthly invoice for additional audit findings (4.00) | 4.00 | 980.00 |
| | FVV | detailed review of Kirkland & Ellis October 2001 monthly invoice for additional audit findings per guidelines (2.20) | 2.20 | 539.00 |
| 7/3/2002 | WHS | receive, review, and forward electronic monthly invoice re Stroock | 0.10 | 27.50 |
| | WHS | draft final report re FTI | 2.50 | 687.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Ferry | 0.10 | 27.50 |
| | WHS | telephone conference with Chris Morero and John Agnello re Carella | 0.20 | 55.00 |
| | WHS | receive and review response re Wallace King | 0.10 | 27.50 |
| | WHS | receive and review response re Pitney | 0.10 | 27.50 |
| | BM | Update database with electronic data received 7/3/03 for Klett 5/02; Stroock 5/02 and Policano 5/02. | 0.20 | 8.00 |
| | BM | Update database with fee applications received 7/3/02 for Carella 5/02; Wallace 5/02; Nelson 5/02; K&E 5/02; Stroock 5/02 and Policano 5/02. | 0.70 | 28.00 |
| | WHS | draft final report re Tersigni | 2.00 | 550.00 |
| | FVV | draft and revise initial audit findings and summary of Kirkland & Ellis October 2001 monthly invoice (6.40) | 6.40 | 1,568.00 |
| 7/4/2002 | WHS | draft final report re Casner | 2.50 | 687.50 |
| 7/5/2002 | WHS | draft final report re Kramer Levin | 2.50 | 687.50 |

W.R. Grace & Co.                                                                                                   Page     4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 7/5/2002 | WHS | draft final report re Blackstone | 2.00 | 550.00 |
|  | WHS | draft e-mail to Pam Zilly re Blackstone | 0.20 | 55.00 |
|  | FVV | Draft and revise initial audit findings and summary on Kirkland & Ellis October 2001 monthly invoice (7.4) | 7.40 | 1,813.00 |
| 7/7/2002 | WHS | draft final report re Wallace King | 3.90 | 1,072.50 |
|  | WHS | draft final report re Pitney Hardin | 4.50 | 1,237.50 |
| 7/8/2002 | BM | Update database with electronic data received via through email attachments for Ferry 5/02. | 0.10 | 4.00 |
|  | BM | Update database with fee applications received 7/8/02 for Committee 4/01 - 2/02; Ferry 5/02. | 0.20 | 8.00 |
|  | WHS | draft e-mail to A Marchetta re Pitney Hardin | 0.30 | 82.50 |
|  | WHS | receive and review response of Caplin to initial report | 0.10 | 27.50 |
|  | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
|  | WHS | draft final report re Carella | 3.10 | 852.50 |
| 7/9/2002 | WHS | receive and review exhibits to response of Caplin | 0.10 | 27.50 |
|  | WHS | receive and review e-mail from Pam Zilly re Blackstone | 0.10 | 27.50 |
|  | BM | Update database with electronic data received 7/9/02 for Holme 5/02. | 0.10 | 4.00 |
|  | FVV | conference with DWilliams re revised audit summary report on Kirkland & Ellis October 2001 monthly invoice (.20) | 0.20 | 49.00 |

W.R. Grace & Co.                                                                                              Page    5

|            |     |                                                                                                                    | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 7/9/2002   | FVV | Finalize audit report on Kirkland & Ellis October 21, 2001 monthly invoice (6.0)                                   | 6.00      | 1,470.00   |
| 7/10/2002  | WHS | receive and review 4 misc pleadings                                                                                | 0.10      | 27.50      |
|            | WHS | draft final report re Klett                                                                                        | 2.00      | 550.00     |
|            | CM  | draft filing for Certificate of No Objection for Monthly Invoice for May 2002.                                     | 0.40      | 30.00      |
|            | FVV | receive and review Kirkland & Ellis November 2001 monthly invoice, fee application, fee detail, and expense detail (7.40) | 7.40      | 1,813.00   |
| 7/11/2002  | WHS | draft final report re Klett                                                                                        | 1.50      | 412.50     |
|            | WHS | draft final report re Pitney                                                                                       | 1.20      | 330.00     |
|            | WHS | draft final report re Wallace King                                                                                 | 1.20      | 330.00     |
|            | WHS | receive, review, and forward electronic monthly invoice re Nelson                                                  | 0.10      | 27.50      |
|            | FVV | detailed review of Kirkland & Ellis November 2001 invoice, application, fee detail, and expense detail (3.50)      | 3.50      | 857.50     |
|            | FVV | detailed review of Kirkland & Ellis November 2001 monthly invoice and reconcile with Guidelines (4.3)              | 4.30      | 1,053.50   |
|            | MS  | telephone conference with Carol of David Cleary's office regarding Nelson, Mullins, Riley & Scarborough, LLP fee detail. | 0.20      | 40.00      |
| 7/12/2002  | WHS | telephone conference with Arlene Kreiger re Stroock                                                                | 0.10      | 27.50      |
|            | WHS | receive, review, and respond to e-mail from Arlene Kreiger re Stroock                                              | 0.10      | 27.50      |
|            | WHS | receive and review response from Carella                                                                           | 0.10      | 27.50      |

W.R. Grace & Co.	Page	6

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/12/2002 | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| | FVV | Draft initial audit findings and report on Kirkland & Ellis November 2001 monthly invoice per guidelines (3.80) | 3.80 | 931.00 |
| 7/14/2002 | FVV | Draft and prepare initial audit findings and summary on Kirkland & Ellis November 2001 monthly invoice (6.70) | 6.70 | 1,641.50 |
| 7/15/2002 | WHS | draft e-mail to Anne Moran re Steptoe | 0.20 | 55.00 |
| | WHS | receive, review, and forward electronic monthly invoice re WR Grace | 0.10 | 27.50 |
| | FVV | Draft and prepare initial audit findings on Kirkland & Ellis November 2001 monthly invoice (8.70) | 8.70 | 2,131.50 |
| | BM | Update database with electronic data received 7/12/02 for Nelson 10/01, 11/01, 12/01, 1/02, 8/01 & 7/01. | 0.30 | 12.00 |
| | BM | Update database with fee applications received 7/15/02 for Holme 5/02; Canser 5/02; Carella 5/02 & Pachulski 5/02. | 0.50 | 20.00 |
| | WHS | draft final report re Steptoe | 1.50 | 412.50 |
| | FVV | Review and revise audit summary and findings regarding Kirkland & Ellis November 2001, 2001 fee application (4.3) | 4.30 | 1,053.50 |
| | FVV | Draft and prepare initial audit summary and findings related to Kirkland and Ellis November 2001 fee application (7.5) | 5.50 | 1,347.50 |
| 7/16/2002 | WHS | draft e-mail to Anne Moran re Steptoe | 0.20 | 55.00 |
| | WHS | draft e-mail to David Cleary re Mullins | 0.20 | 55.00 |
| | WHS | draft e-mail to Roger Higgins re Kirkland | 0.20 | 55.00 |
| | WHS | telephone conference with Roger Higgens re K&E | 0.20 | 55.00 |

W.R. Grace & Co.      Page 7

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 7/16/2002 | WHS | revise fourth interim fee application | 1.20 | 330.00 |
| | WHS | receive, review, and forward electronic monthly invoice re Rabinowitz | 0.10 | 27.50 |
| | WHS | receive and review response of Kirkland | 0.10 | 27.50 |
| | BM | Update database with fee application received 7/16/02 for Nelson 4/02 & 5/02. | 0.10 | 4.00 |
| | CM | draft Notice of Interim Verified Application for allowance of compensation and for Reimbursement. | 0.80 | 60.00 |
| | FVV | Reconcile audit findings with Kirkland & Ellis November 2001 fee application and detail of fees and expencses (2.0) | 2.00 | 490.00 |
| 7/17/2002 | BM | Update database with electronic data received 7/17/02 for Nelson 2/02, 3/02, 4/02 & 5/02. | 0.50 | 20.00 |
| 7/18/2002 | WHS | draft e-mail to Terry Currier re initial report | 0.20 | 55.00 |
| | WHS | telephone conference with David Carickhoff re Pachulski | 0.20 | 55.00 |
| | WHS | draft e-mail to Matt Zaleski re Campbell | 0.20 | 55.00 |
| | WHS | draft e-mail to Elizabeth Flaggen re Holme | 0.20 | 55.00 |
| | WHS | draft e-mail to Jay Sakalo re Hamilton | 0.20 | 55.00 |
| | WHS | draft e-mail to Mike Gries re Conway | 0.20 | 55.00 |
| | WHS | draft e-mail to Mike Lastowski re Duane Morris | 0.20 | 55.00 |
| | WHS | draft e-mail to Kurt Gwynne re Reed Smith | 0.20 | 55.00 |

W.R. Grace & Co.  Page   8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 7/18/2002 | GGR | Receive, review, and respond to e-mail from BM re Kirkland & Ellis applications and check applications (.2) | 0.20 | 27.00 |
| 7/19/2002 | BM | Update database with fee application received 7/19/02 for Hamiton 4/02 & 5/02. | 0.20 | 8.00 |
|  | WHS | draft final report re Holme | 1.50 | 412.50 |
| 7/22/2002 | WHS | receive, review, and forward electronic monthly invoice re Casner | 0.10 | 27.50 |
|  | WHS | receive, review, and forward electronic monthly invoice re Carella | 0.10 | 27.50 |
|  | BM | Update database with electronic data received 7/17/02 for Hamilton 4/02 & 5/02; Casner 5/02. | 0.20 | 8.00 |
|  | BM | Update database with fee application received 7/22/02 for Caplin 4/02 - 6/02. | 0.10 | 4.00 |
| 7/23/2002 | BM | Input data re applicant | 0.20 | 8.00 |
|  | WHS | left detailed telephone voicemail for Doug Cameron re Reed Smith | 0.10 | 27.50 |
|  | WHS | receive, review, and forward electronic monthly invoice of Carella | 0.10 | 27.50 |
|  | WHS | receive, review, and forward electronic monthly invoice of BDO | 0.10 | 27.50 |
|  | WHS | receive and review 5 misc pleadings | 0.10 | 27.50 |
|  | WHS | telephone conference with Greg re Conway | 0.20 | 55.00 |
|  | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |
|  | WHS | receive, review, and respond to e-mail re Kramer Levin | 0.10 | 27.50 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | Page | 9 |
| 7/23/2002 | WHS | draft e-mail to Elizabeth Flaagen re Holme expenses | 0.30 | 82.50 |
| | WHS | draft e-mail to Elizabeth Flaagan re time discrepancy | 0.20 | 55.00 |
| | WHS | receive and review e-mails from Elizabeth Flaagen re inquiries | 0.10 | 27.50 |
| | WHS | draft final report re Holme | 3.20 | 880.00 |
| | WHS | draft e-mail to Jay Sakalo re Hamilton | 0.20 | 55.00 |
| 7/24/2002 | WHS | revise Holme final report | 0.50 | 137.50 |
| | WHS | draft final report re Nelson Mullins | 1.30 | 357.50 |
| | WHS | draft e-mail to David Cleary re Nelson Mullins costs | 0.10 | 27.50 |
| | WHS | draft final report re Stroock | 3.50 | 962.50 |
| | WHS | draft e-mail to Arlene Kreiger re Chambers | 0.20 | 55.00 |
| | WHS | receive, review, and forward electronic monthly invoice re Wallace King | 0.10 | 27.50 |
| | BM | Update database with electronic data for Carella 6/02 & Wallace 6/02. | 0.30 | 12.00 |
| | WHS | draft final report re Kirkland | 1.10 | 302.50 |
| 7/25/2002 | BM | Draft schedule for Kirkland & Ellis March 2002 Initial Report. | 1.10 | 44.00 |
| | WHS | telephone conference with Mike Lastowski re Duane | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                                                  Page    10

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 7/25/2002 | WHS | draft final report re Kirkland & Ellis | 5.20 | 1,430.00 |
|  | WHS | telephone conference with Jay Sakalo re Hamilton | 0.20 | 55.00 |
|  | WHS | telephone conference with Paul Silvern re Hamilton | 0.20 | 55.00 |
|  | WHS | draft final report re Hamilton | 1.10 | 302.50 |
| 7/26/2002 | DTW | Conference with W.Smith regarding final report for Caplin (.4); review various materials (i.e. response and initial report) in preparation of drafting final report for Caplin (.8); drafting final report for W.Smith input (3.9) | 5.10 | 688.50 |
|  | WHS | revise final report re Blackstone | 0.50 | 137.50 |
|  | WHS | draft e-mail to Pam Zilly re Blackstone | 0.20 | 55.00 |
|  | WHS | telephone conference with Robert Mangus re Hamilton | 0.20 | 55.00 |
|  | WHS | telephone conference with Rob Mangus re Hamilton expenses | 0.20 | 55.00 |
|  | WHS | telephone conference with Ken Lund re Holm | 0.20 | 55.00 |
|  | WHS | receive and review 8 misc pleadings | 0.10 | 27.50 |
|  | WHS | revise final report re Hamilton | 1.10 | 302.50 |
|  | WHS | revise final report re Holme | 0.80 | 220.00 |
|  | WHS | telephone conference with Doug Cameron re Reed Smith | 0.20 | 55.00 |

W.R. Grace & Co.                     Page 11

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/26/2002 | WHS | draft final report re Caplin | 0.80 | 220.00 |
| | DTW | Conference with W.Smith regarding final reports for Akin Gump and BDO Seidman (.2); e-mail to BDO Seidman regarding missing exhibit to their response (.1); review responses and interim reports for both applicants in preparation for drafting final reports (1.2); begin drafting same (1.3). | 2.80 | 378.00 |
| 7/27/2002 | WHS | revise final report re Holme | 0.40 | 110.00 |
| | WHS | revise final report re Kramer Levin | 0.40 | 110.00 |
| | WHS | revise final report re Carella | 0.40 | 110.00 |
| | WHS | revise final report re Casner | 0.50 | 137.50 |
| | WHS | revise final report re Tersigni | 0.40 | 110.00 |
| | WHS | draft e-mail to Dottie Collins re Tersigni 4th | 0.20 | 55.00 |
| 7/29/2002 | WHS | receive, review, and respond to e-mail from Dottie Collins re Tersigni | 0.20 | 55.00 |
| | WHS | telephone conference with Dottie Collins re discrepancy in amount re Tersigni 4th | 0.20 | 55.00 |
| | CM | Electronic filing of Fee Auditor's Final Report for Caplin for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Bilzin for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Ferry for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Casner for Jan - Mar 2002. | 0.50 | 37.50 |

W.R. Grace & Co. Page 12

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/29/2002 | CM | Electronic filing of Fee Auditor's Final Report for Strook for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Steptoe for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for FTIPM for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Holme for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Klett for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Kramer for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Wallace King for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Nelson Mullins for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Kirkland Ellis for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Hamilton for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Carella for Jan - Mar 2002. | 0.50 | 37.50 |
| | WHS | revise final report re Tersigni | 0.80 | 220.00 |
| 7/30/2002 | CM | draft Certificate of No Objection for June Invoice. | 0.30 | 22.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Tersigni for Jan - Mar 2002. | 0.50 | 37.50 |
| | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |

W.R. Grace & Co. Page 13

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/30/2002 | WHS | draft final report re Conway | 1.80 | 495.00 |
| | WHS | draft e-mail to Matt Zaleski re Campbell | 0.10 | 27.50 |
| | WHS | draft e-mail to A. Marchetta re Pitney | 0.10 | 27.50 |
| | WHS | draft e-mail to Mike Lastowski re Duane Morris | 0.10 | 27.50 |
| 7/31/2002 | CM | Electronic filing of Fee Auditor's Final Report for Conway for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Blackstone Group for Jan - Mar 2002. | 0.50 | 37.50 |
| | CM | Electronic filing of Fee Auditor's Final Report for Pitney, Hardin, Kipp & Szuch for Jan - Mar 2002. | 0.50 | 37.50 |
| | WHS | draft e-mail to Peter Lockwood re Elizabeth Warren | 0.20 | 55.00 |
| | WHS | receive and review invoice of Gibbons | 0.10 | 27.50 |
| | WHS | draft final report re Conway | 0.80 | 220.00 |
| | WHS | draft final report re Blackstone | 0.70 | 192.50 |
| | WHS | draft final report re Pitney Hardin | 0.80 | 220.00 |
| | WHS | receive and review application of Tersigni | 0.10 | 27.50 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | WHS | draft final report re Reed Smith | 0.80 | 220.00 |

| W.R. Grace & Co. | | | Page | 14 |
|---|---|---|---|---|
| | | | **Hours** | **Amount** |
| 7/31/2002 WHS | receive and review Bilzen invoice | | 0.10 | 27.50 |
| WHS | draft final report re Duane Morris | | 1.30 | 357.50 |
| WHS | draft e-mail to Mike Lastowski re Duane Morris | | 0.10 | 27.50 |
| WHS | draft e-mail to Frank Perch re fee application costs | | 0.20 | 55.00 |
| BM | Update database with electronic data received 7/31/02 for Holme 6/02. | | 0.10 | 4.00 |
| WHS | receive, review, and forward electronic monthly invoice re Steptoe | | 0.10 | 27.50 |

**For professional services rendered**  186.40  **$43,808.50**

Additional Charges :

| | Price | |
|---|---|---|
| Postage | 106.19 | 106.19 |
| Copying cost | 0.15 | 645.60 |
| PACER research charges | 249.48 | 249.48 |

**Total costs**  **$1,001.27**

**Total amount of this bill**  **$44,809.77**

W.R. Grace & Co.  Page   15

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Beth S. Miller | 8.10 | 40.00 | $324.00 |
| Cheryl A McKinnon | 11.00 | 75.00 | $825.00 |
| Doreen T Williams | 7.90 | 135.00 | $1,066.50 |
| Frances V Valdez | 73.30 | 245.00 | $17,958.50 |
| Gail G Russell | 0.20 | 135.00 | $27.00 |
| Mark W Steirer | 0.20 | 200.00 | $40.00 |
| Warren H Smith | 85.70 | 275.00 | $23,567.50 |