**Warren H. Smith & Associates, P.C.**
900 Jackson Street
120 Founders Square
Dallas, TX  75202

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


September 17, 2002

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10143

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/1/2002 | CAM | Electronic filing of Fee Auditor's Final Report for Ernst-Tax for Jan - Mar 2002. | 0.50 | 37.50 |
|  | BSM | Update database with electronic data received 8/1/02 for Steptoe 4/02, 5/02 & 6/02. | 0.40 | 16.00 |
|  | BSM | Update database with fee application received 8/1/02 for Campbell 6/02; Caplin 6/02 & Tersigni 1/02 - 3/02. | 0.40 | 16.00 |
|  | DTW | Preliminary draft of final report for Reed Smith (3.3); revise same (.3). | 3.60 | 486.00 |
| 8/2/2002 | WHS | receive, review, and respond to e-mail from Frank Perch re Elizabeth Warren | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mail from Peter Lockwood re Prof. Warren | 0.10 | 27.50 |
|  | WHS | draft final report re Reed Smith | 2.10 | 577.50 |
|  | WHS | draft e-mail to Cameron Douglas re Reed Smith expenses | 0.20 | 55.00 |
|  | WHS | telephone conference with Doug Cameron re Reed Smith responses | 0.20 | 55.00 |

214 698-3868

W.R. Grace & Co.                                               Page    2

|  Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 8/2/2002 | WHS | telephone conference with Melissa Flax re Carella | 0.20 | 55.00 |
|  | WHS | draft final report re Duane Morris | 0.80 | 220.00 |
|  | WHS | draft amended final report re Carella | 0.70 | 192.50 |
|  | CAM | Electronic filing of Fee Auditor's Final Report for Reed Smith for Jan - Mar 2002. | 0.50 | 37.50 |
|  | CAM | Electronic filing of Fee Auditor's Final Report for Amended Carella for Jan - Mar 2002. | 0.50 | 37.52 |
|  | BSM | Update database with fee application received 8/2/02 for Tersigni 6/02. | 0.10 | 4.00 |
|  | BSM | Update database with fee application received 8/2/02 for Tersigni 6/02. | 0.10 | 4.00 |
|  | BSM | Update database with corrected totals. | 0.90 | 36.00 |
| 8/5/2002 | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
|  | WHS | conference with Beth Miller and Cheryl McKinnon re schedule of fees paid per court order | 0.30 | 82.50 |
|  | WHS | receive, review, and forward electronic monthly invoice re Klett | 0.10 | 27.50 |
|  | WHS | telephone conference with Paul Silvern re Hamilton | 0.20 | 55.00 |
|  | WHS | receive, review, and forward electronic monthly invoice re W.R.Grace | 0.10 | 27.50 |
|  | BSM | Update database with fee applications received 8/5/02 for Bilzin 5/02 and Klett 6/02. | 0.20 | 8.00 |
|  | BSM | Creating database showing payment by category per JKF. | 3.20 | 128.00 |

W.R. Grace & Co. Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 8/6/2002 | WHS | draft e-mail to Peter Lockwood and Frank Perch re Prof Warren | 0.20 | 55.00 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | WHS | telephone conference with Scott Baena re Bilzen | 1.20 | 330.00 |
| | BSM | Update database with fee applications received 8/6/02 for Stroock 6/02; Policano 6/02; Kramer 5/02. | 0.30 | 12.00 |
| | BSM | Update database with electronic data received 8/6/02 for Klett 6/02 and Reed Smith 6/02 expenses. | 0.40 | 16.00 |
| | BSM | Update database with electronic data received 8/6/02 for BDO Seidman 2/02 - 5/02 Int. | 0.20 | 8.00 |
| | BSM | Creating database showing payment by category per JKF. | 1.90 | 76.00 |
| | CAM | draft invoice for July 2002 billing | 0.30 | 22.50 |
| 8/7/2002 | BSM | Creating database showing payment by category per JKF. | 1.50 | 60.00 |
| | BSM | Update database with fee application received 8/7/02 for Casner 6/02. | 0.60 | 24.00 |
| | WHS | draft final application of Elizabeth Warren | 1.10 | 302.50 |
| | WHS | draft final report re Campbell | 1.20 | 330.00 |
| | WHS | telephone conference with Rick Crueller re Reed Smith | 0.20 | 55.00 |
| | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |
| 8/8/2002 | WHS | draft e-mail to Lisa Hamm re Bilzen | 0.20 | 55.00 |

W.R. Grace & Co.            Page 4

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/8/2002 | WHS | draft final report re Pachulski | 0.40 | 110.00 |
| | WHS | left detailed telephone voicemail for Laura Davis Jones re Pachulski | 0.10 | 27.50 |
| | WHS | draft e-mail to Frank Perch re Bilzen | 0.20 | 55.00 |
| | WHS | telephone conference with Pat Carney re Sitrick | 0.20 | 55.00 |
| | CAM | File with bankruptcy court July 2002 monthly invoice | 0.40 | 30.00 |
| | BSM | Update database with fee application received 8/8/02 for Reed Smith 6/02. | 0.10 | 4.00 |
| 8/9/2002 | WHS | draft final report re Pachulski | 1.20 | 330.00 |
| | WHS | telephone conference with Laura Davis Jones re Pachulski | 0.20 | 55.00 |
| | BSM | Creating database showing payment by category per JKF. | 0.80 | 32.00 |
| | BSM | Update database with fee application received 8/9/02 for K&E 6/02 and Campbell 4/02 - 6/02. | 0.20 | 8.00 |
| 8/12/2002 | WHS | draft final report re Pachulski | 0.50 | 137.50 |
| | WHS | telephone conference with Matt Zaleski re LAS | 0.20 | 55.00 |
| | WHS | telephone conference with Jeff Waxman re Klett | 0.20 | 55.00 |
| | WHS | telephone conference with Jeff Waxman re Klett | 0.10 | 27.50 |
| | WHS | telephone conference with Dottie Colllins re Tersigni | 0.20 | 55.00 |

W.R. Grace & Co.            Page   5

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/13/2002 | BSM | Update database with electronic data received 8/13/02 for LAS 5/02 - 6/02. | 0.10 | 4.00 |
| | BSM | Update database with fee application received 8/13/02 for Tersigni 4/02 - 6/02 & Reed Smith 4/02 - 6/02. | 0.20 | 8.00 |
| | BSM | Creating database showing payment by category per JKF. | 0.90 | 36.00 |
| | WHS | draft e-mail to Frank Perch re Bilzen settlement | 0.20 | 55.00 |
| | WHS | draft e-mail to Jeff Waxman re Klett | 0.20 | 55.00 |
| | WHS | receive, review, and respond to 2 e-mails from Jeff Waxman re Klett | 0.30 | 82.50 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | WHS | receive and review draft order from Jeff Waxman re Klett | 0.10 | 27.50 |
| | WHS | left detailed telephone voicemail for Jeff Waxman re Klett | 0.10 | 27.50 |
| | WHS | telephone conference withTerrie Currier re Klett | 0.20 | 55.00 |
| 8/14/2002 | WHS | telephone conference with Libby Hamilton re FTI | 0.10 | 27.50 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Ferry | 0.10 | 27.50 |
| | WHS | draft introduction to spreadsheet | 0.50 | 137.50 |

W.R. Grace & Co.                                                                                                      Page      6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/14/2002 | BSM | Creating database showing payment by category per JKF. | 0.50 | 20.00 |
|  | BSM | Update database with fee application received 8/14/02 for Casner 4/02 - 6/02; Carella 4/02 - 6/02; Pachulski 6/02. | 0.30 | 12.00 |
|  | GGR | Draft e-mail. to CM, BM, and WHS re Wallace King July -Sept interim app (.1) receive, review, and respond to e-mail from BM re same (.1); receive, review, and respond to e-mail from WS re Wallace King request and from BM re same (.1) | 0.30 | 40.50 |
| 8/15/2002 | WHS | receive, review, and forward electronic monthly invoice re Ferry | 0.10 | 27.50 |
|  | WHS | telephone conference with Roger Higgins re Kirkland | 0.20 | 55.00 |
|  | BSM | Creating database showing payment by catagory per JKF | 1.70 | 68.00 |
|  | BSM | Update database. | 1.70 | 68.00 |
|  | BSM | Update database with fee application received 8/15/02 for Nelson 6/02 & Holme 6/02. | 0.20 | 8.00 |
|  | GGR | Receive, review, and respond to e-mail from BM re July electronic data (.1). | 0.10 | 13.50 |
| 8/16/2002 | BSM | Update database with electronic data received 8/16/02 for Hamilton 6/02; Bilzin 6/02; Property Damage Committee 10/01-12/01, 6/01 & 7/01; Blackstone 5/02 & 6/02. | 0.90 | 36.00 |
|  | BSM | Update database with fee application received 8/16/02 for Blackstone 5/02, 6/02 & 4/02 - 6/02; Holme 4/02 - 6/02. | 0.30 | 12.00 |
|  | WHS | receive, review, and forward electronic monthly invoice re Blackstone | 0.10 | 27.50 |
|  | WHS | telephone conference with Nancy, Judge Fitzgerald's clerk, re hearing | 0.20 | 55.00 |
|  | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |

W.R. Grace & Co. Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/19/2002 | WHS | receive and review application of FTI | 0.10 | 27.50 |
| | WHS | receive and review application of Stroock | 0.10 | 27.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Wallace King | 0.10 | 27.50 |
| | WHS | telephone conference with Libby Hamilton re conference | 0.20 | 55.00 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Ferry | 0.10 | 27.50 |
| | LMH | detailed review of Klett historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.40 | 50.00 |
| | LMH | detailed review of Kramer historical applications and summaries in preparation of drafting Initital Report for historical period. | 1.90 | 237.50 |
| | LMH | draft of historical period Initial Report for Kramer. | 2.50 | 312.50 |
| 8/20/2002 | WHS | receive and review docket | 0.10 | 27.50 |
| | WHS | telephone conference with Nancy re telephone appearance | 0.10 | 27.50 |
| | WHS | draft e-mail to David Carikoff re phone appearance | 0.20 | 55.00 |
| | WHS | draft e-mail to Scotta McFarland re telephone appearance | 0.20 | 55.00 |
| | WHS | receive and review response to final report | 0.10 | 27.50 |
| | JRW | Detail review of April 2002 re Holmes (7.6) | 7.60 | 912.00 |

W.R. Grace & Co.                                                                                                                     Page     8

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 8/20/2002 | LMH | draft of historical period Initial Report for Klett. | 0.40 | 50.00 |
| 8/21/2002 | WHS | telephone conference with Will Sparks re hearing | 0.10 | 27.50 |
|  | WHS | receive, review, and forward electronic monthly invoice re Carella | 0.10 | 27.50 |
|  | JAW | detailed review of Caplin & Drysdale April, 2002, monthly invoice (1.7); draft summary of same (1.2) | 2.90 | 391.50 |
|  | JAW | detailed review of Caplin & Drysdale May, 2002, monthly invoice (1.9); draft summary of same (0.8) | 2.70 | 364.50 |
|  | JAW | detailed review of Caplin & Drysdale June, 2002, monthly invoice (2.4); draft summary of same (0.5) | 2.90 | 391.50 |
|  | JRW | Draft summary of April 2002 re Holmes (6.4) | 6.40 | 768.00 |
|  | CAM | Update database with Carella July 2002 | 0.30 | 22.50 |
|  | LMH | detailed review of L Tersigni historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.60 | 75.00 |
|  | LMH | detailed review of Stroock historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.50 | 62.50 |
|  | LMH | draft of historical period Initial Report for Tersigni. | 1.00 | 125.00 |
|  | LMH | detailed review of L Tersigni historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.60 | 75.00 |
| 8/22/2002 | WHS | left detailed telephone voicemail for Rachel Bello re telephone appearance | 0.10 | 27.50 |
|  | WHS | conference call with Libby Hamilton and Shawn re FTI | 0.80 | 220.00 |
|  | WHS | draft e-mail to David Carikoff re telephone appearance | 0.20 | 55.00 |

W.R. Grace & Co. Page 9

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/22/2002 | WHS | receive and review information from FTI | 0.10 | 27.50 |
| | WHS | telephone conference with Libby Hamilton re FTI | 0.20 | 55.00 |
| | WHS | draft certification of counsel and proposed order re FTI | 1.50 | 412.50 |
| | JAW | detailed review of Reed Smith April, 2002, monthly invoice (1.9); draft summary of same (1.1) | 3.00 | 405.00 |
| | JAW | detailed review of Reed Smith May, 2002, monthly invoice (3.2); draft summary of same (0.4) | 3.60 | 486.00 |
| | JAW | detailed review of Reed Smith June, 2002, monthly invoice (3.0); draft summary of same (0.3) | 3.30 | 445.50 |
| | JRW | Detail review of May 2002 re Holmes (9.0) | 9.00 | 1,080.00 |
| | LMH | detailed review of Pitney historical applications and summaries in preparation of drafting Initital Report for historical period. | 1.20 | 150.00 |
| | LMH | detailed review of Blackstone historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.70 | 87.50 |
| | LMH | draft of historical period Initial Report for Pitney. | 3.80 | 475.00 |
| | LMH | draft of historical period Initial Report for Blackstone. | 3.00 | 375.00 |
| | LMH | detailed review of Pitney historical applications and summaries in preparation of drafting Initital Report for historical period. | 1.20 | 150.00 |
| | LMH | draft of historical period Initial Report for Pitney. | 3.80 | 475.00 |
| 8/23/2002 | WHS | revise certificate of counsel and order re FTI | 0.80 | 220.00 |
| | WHS | draft e-mail to Libby Hamilton re settlement with FTI | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                                                              Page    10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/23/2002 | WHS | telephone conference with Libby Hamilton re FTI settlement | 0.20 | 55.00 |
| | WHS | left detailed telephone voicemail for Mike Lastowski re FTI settlement | 0.10 | 27.50 |
| | WHS | draft e-mail to Mike Lastowski re FTI settlement | 0.20 | 55.00 |
| | WHS | telephone conference with Libby Hamilton and revise certification and order, & e-mail to her & Mike L | 0.30 | 82.50 |
| | JAW | detailed review of Wallace King June, 2002, monthly invoice (1.2); draft summary of same (0.8) | 2.00 | 270.00 |
| | JAW | detailed review of Reed Smith April 2 to July 31, 2001, monthly invoice (0.4); draft summary of same (0.4) | 0.80 | 108.00 |
| | JAW | detailed review of Reed Smith August, 2001, monthly invoice (1.2); draft summary of same (1.0) | 2.20 | 297.00 |
| | JAW | detailed review of Reed Smith October, 2001, monthly invoice (4.0); draft summary of same (0.6) | 4.60 | 621.00 |
| | JRW | Detail review of May 2002 re Holmes (2.0); draft summary of May 2002 re Holmes (6.0) | 8.00 | 960.00 |
| | LMH | detailed review of Holme Roberts historical applications to conduct specific comparison of Holme Roberts v. Casner document review project for historical period. | 0.90 | 112.50 |
| | LMH | detailed review of Casner historical applications to conduct specific comparison of Holme Roberts v. Casner document review project for historical period. | 0.30 | 37.50 |
| | LMH | Finalize draft of historical period Initial Report for Holme. | 0.20 | 25.00 |
| | LMH | Finalize draft of historical period Initial Report for Casner. | 0.20 | 25.00 |
| 8/24/2002 | LMH | detailed review of Conway historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.90 | 112.50 |

W.R. Grace & Co.            Page 11

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/24/2002 | LMH | detailed review of Official Committee of Asbestos Property Damage Claimaints historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.30 | 37.50 |
| | LMH | draft of historical period Initial Report for Conway. | 2.30 | 287.50 |
| | LMH | draft of historical period Initial Report for Official Committee of Asbestos Property Damage Claimants. | 0.40 | 50.00 |
| 8/25/2002 | LMH | detailed review of Legal Analysis historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.60 | 75.00 |
| | LMH | detailed review of Wallace King historical applications and summaries in preparation of drafting Initital Report for historical period. | 1.20 | 150.00 |
| | LMH | draft of historical period Initial Report for Legal Analysis. | 1.00 | 125.00 |
| 8/26/2002 | WHS | prepare for and attend hearing re fee applications | 3.00 | 825.00 |
| | WHS | telephone conference with Doug Cameron re spreadsheet form | 0.10 | 27.50 |
| | WHS | telephone conference with Arlene Kreger re Stroock | 0.30 | 82.50 |
| | WHS | telephone conference with David Carickoff re Pachulski | 0.10 | 27.50 |
| | WHS | telephone conference with Scotta McFarland re categories, etc. | 0.30 | 82.50 |
| | JAW | detailed review of Reed Smith November 2001, monthly invoice (3.1); draft summary of same (1.1) | 4.20 | 567.00 |
| | JAW | detailed review of Reed Smith December 2001, monthly invoice (2.2); draft summary of same (0.9) | 3.10 | 418.50 |
| | JAW | detailed review of Wallace King April 2001, monthly invoice (3.1) | 3.10 | 418.50 |

W.R. Grace & Co. Page 12

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/26/2002 | WNP | detailed review of FTI Policano May, 2002, fee application detail. | 0.40 | 40.00 |
| | WNP | draft summary of FTI Policano May, 2002, fee application. | 2.00 | 200.00 |
| | PAK | Reviewed and summarized summary for Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein for April 1, 2002 (1.0); and for May 1, 2002 (.3); and June 1, 2002 (1.5). | 2.80 | 336.00 |
| | JRW | Draft summary of May 2002 re Holmes (3.0); detail review of June 2002 re Holmes (4.0) | 7.00 | 840.00 |
| | LMH | detailed review of Kirkland & Ellis historical applications and summaries in preparation of drafting Initital Report for historical period. | 2.50 | 312.50 |
| | LMH | detailed review of Steptoe historical applications and summaries in preparation of drafting Initital Report for historical period. | 1.30 | 162.50 |
| | LMH | detailed review of Nelson Mullins historical applications and summaries in preparation of drafting Initital Report for historical period. | 2.60 | 325.00 |
| | LMH | detailed review of Duane Morris historical applications and summaries in preparation of drafting Initital Report for historical period. | 1.40 | 175.00 |
| 8/27/2002 | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| | WHS | telephone conference with Jan Bierer and Roger re spreadsheet | 0.30 | 82.50 |
| | WHS | draft e-mail to Roger Higgins re OCP order | 0.20 | 55.00 |
| | WHS | receive, review, and forward electronic monthly invoice re Wallace King | 0.10 | 27.50 |
| | WHS | receive and review e-mail from Roger Higgins re categories | 0.10 | 27.50 |
| | WHS | telephone conference with Jeff Waxman re categories | 0.10 | 27.50 |

W.R. Grace & Co.  Page 13

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/27/2002 | WHS | receive, review, and forward electronic invoice re FTI | 0.10 | 27.50 |
| | WHS | draft project categories | 1.90 | 522.50 |
| | WHS | draft e-mail to applicants re project categories | 0.30 | 82.50 |
| | WHS | telephone conference with Matt Zaleski re project categories | 0.20 | 55.00 |
| | WHS | telephone conference with Frank Perch re categories, etc. | 0.30 | 82.50 |
| | WHS | telephone conference with Libby Hamilton re categories, etc. | 0.20 | 55.00 |
| | JAW | draft summary of Wallace King April, 2001, monthly invoice (0.3) | 0.30 | 40.50 |
| | JAW | detailed review of Wallace King May, 2001 monthly invoice (4.0); draft summary of same (0.3) | 4.30 | 580.50 |
| | JAW | detailed review of Wallace King June, 2001 monthly invoice (4.5); draft summary of same (1.0) | 5.50 | 742.50 |
| | WHS | receive, review, and respond to e-mail from Rita Tobin re categories | 0.30 | 82.50 |
| | DTW | E-mail to L. Hamm regarding FTI Policano May 02 fee application (.1). | 0.10 | 13.50 |
| | WNP | revise summary of FTI Policano May 2002 fee application. | 0.30 | 30.00 |
| | PAK | Reviewed and summarized Fee Application summary for Blackstone for April 1, 2002 (.3); and for May 1, 2002 (.2) and June 1, 2002 (.1) | 0.60 | 72.00 |
| | JRW | Detail review of June 2002 re Holmes (6.0) | 6.00 | 720.00 |
| | LMH | draft of historical period Initial Report for Duane Morris. | 2.10 | 262.50 |

W.R. Grace & Co.     Page 14

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/28/2002 | WHS | receive, review, and respond to e-mail from Arlene Kreger re categories | 0.20 | 55.00 |
| | WHS | receive, review, and respond to e-mail from Rita Tobin | 0.10 | 27.50 |
| | WHS | receive, review, and respond to another e-mail from Arlene Kreger re cumulative period | 0.10 | 27.50 |
| | WHS | telephone conference with Jan Bierer re spreadsheet, etc. | 0.20 | 55.00 |
| | WHS | revise project categories | 0.50 | 137.50 |
| | WHS | draft e-mail to applicants re project categories | 0.30 | 82.50 |
| | WHS | receive and review Duane Morris invoice | 0.10 | 27.50 |
| | WHS | receive, review, and forward electronic monthly invoice re Klett | 0.10 | 27.50 |
| | WHS | receive, review, and respond to email from Doug Cameron re Reed Smith | 0.10 | 27.50 |
| | WHS | receive, review, and respond to e-mail from Paul Silvern re Hamilton | 0.10 | 27.50 |
| | WHS | receive, review, and respond to e-mail from Scotta McFarland | 0.20 | 55.00 |
| | WNP | revise summary of FTI Policano May 2002 fee application. | 0.50 | 50.00 |
| | PAK | Reviewed and summarized Fee Application for Blizin Sumberg Dunn Baena Price & Axelrod for May 1, 2002 (6.5) | 6.50 | 780.00 |
| | LMH | detailed review of Bilzin historical applications and summaries in preparation of drafting Initital Report for historical period. | 3.00 | 375.00 |
| 8/29/2002 | WHS | telephone conference with Matt Zaleski re categories | 0.50 | 137.50 |

W.R. Grace & Co. Page 15

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/29/2002 | WHS | receive, review, and respond to e-mail from Lisa Hamm re Pitney | 0.20 | 55.00 |
| | WHS | revise guidelines | 0.50 | 137.50 |
| | WHS | draft e-mail to all applicants re guidelines | 0.30 | 82.50 |
| | WHS | telephone conference with Arlene Kreiger re categories | 0.20 | 55.00 |
| | WHS | telephone conference with Chritine re Pitney categories | 0.20 | 55.00 |
| | WHS | receive, review, and forward electronic monthly invoice re Tersigni | 0.10 | 27.50 |
| | DTW | Conference with J. Willcott regarding applications and problems (.5); review and revise Holme Robert for April and May (1.2); e-mail J. Willcott regarding same (.1). | 1.70 | 229.50 |
| | PAK | Reviewed and summarized Fee Application for Blizin Sumberg Dunn Baena Price & Axelrod for April 1, 2002 (5.3) | 5.30 | 636.00 |
| | JRW | Draft summary of June 2002 re Holmes (9.0) | 9.00 | 1,080.00 |
| | LMH | detailed review of Reed Smith historical applications and summaries in preparation of drafting Initital Report for historical period. | 0.30 | 37.50 |
| | LMH | draft of historical period Initial Report for Nelson Mullins. | 1.50 | 187.50 |
| | LMH | draft of historical period Initial Report for Stroock. | 4.10 | 512.50 |
| 8/30/2002 | WHS | draft e-mail to Roger Higgins re notice of spreadsheet requirements | 0.20 | 55.00 |
| | WHS | draft e-mail to Scotta McFarland re transcript | 0.20 | 55.00 |

W.R. Grace & Co.       Page 16

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/30/2002 | WHS | receive and review e-mail from Roger Higgins re spreadsheet | 0.10 | 27.50 |
| | WHS | telephone conference with Scotta MacFarland re spreadsheet, etc. | 0.10 | 27.50 |
| | WHS | conference with Lisa Hamm re ordinary course professionals | 0.20 | 55.00 |
| | WHS | draft e-mail to Frank Perch re ordinary course professionals | 0.20 | 55.00 |
| | PAK | Reviewed and summarized Fee Application for Casner & Edwards for June 1, 2002 (.5) | 0.50 | 60.00 |
| | JRW | Detail review of October 2001 re Wallace (1.6); detail review of November 2001 re Wallace (1.5); draft summary of October 2001 re Wallace (2.4); draft summary of November 2001 re Wallace (2.0) | 7.50 | 900.00 |
| | CAM | Update database with Kramer April, May & June 2002 | 0.90 | 67.50 |
| | LMH | detailed review of Policano historical applications and summaries in preparation of drafting Initital Report for historical period. | 2.00 | 250.00 |
| | LMH | draft of historical period Initial Report for Reed Smith. | 2.60 | 325.00 |
| 8/31/2002 | JRW | Detail review of December 2001 re Wallace (1.0); draft summary of December 2001 re Wallace (2.0) | 3.00 | 360.00 |
| | LMH | draft of historical period Initial Report for Kirkland & Ellis. | 6.00 | 750.00 |
| | LMH | draft of historical period Initial Report for Steptoe. | 1.70 | 212.50 |
| | LMH | draft of historical period Initial Report for Policano. | 3.60 | 450.00 |
| | LMH | draft of historical period Initial Report for Bilzin. | 3.30 | 412.50 |

W.R. Grace & Co. Page 17

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **261.30** | **$36,301.02** |

Additional Charges :

| | Price | |
|---|---|---|
| Long distance charges for August 2002 | 14.52 | 14.52 |
| Copying cost for August 2002 | 0.15 | 386.85 |
| Postage for August 2002 | 125.32 | 125.32 |
| **Total costs** | | **$526.69** |
| **Total amount of this bill** | | **$36,827.71** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Beth S. Miller | 18.10 | 40.00 | $724.00 |
| Cheryl A McKinnon | 3.40 | 75.00 | $255.02 |
| Doreen T Williams | 5.40 | 135.00 | $729.00 |
| Gail G Russell | 0.40 | 135.00 | $54.00 |
| Jacqueline R Willcot | 63.50 | 120.00 | $7,620.00 |
| James A Wehrmann | 48.50 | 135.00 | $6,547.50 |
| Lisa M Hamm | 67.90 | 125.00 | $8,487.50 |
| Patricia A Koenig | 15.70 | 120.00 | $1,884.00 |
| Warren H Smith | 35.20 | 275.00 | $9,680.00 |
| Wendy N. Paul | 3.20 | 100.00 | $320.00 |