## Warren H. Smith & Associates, P.C.

900 Jackson Street
120 Founders Square
Dallas, TX  75202

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

October 16, 2002

In Reference To:          Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #          10156

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 9/2/2002 JAW  detailed review of Bilzin July 1 to August 31, 2001 monthly invoice (2.0). | | 2.00 | 270.00 |
| 9/3/2002 PAK  Revised summary of Bilzin sumberg Dunn Baena, etc for April 1, 2002 (1.2); and revised summary for May 1, 2002 (1.3) | | 2.50 | 300.00 |
| PAK  Revised summary  for Casner & Edwards, June 1, 2002 (.2) | | 0.20 | 24.00 |
| WHS  telephone conference with Jeff Waxman re Klett | | 0.20 | 55.00 |
| WHS  receive, review, and respond to e-mail from Mike Lastowski re categories | | 0.10 | 27.50 |
| WHS  review and execute 21 initial reports | | 0.50 | 137.50 |
| WHS  draft e-mail to Frank Perch re Bilzen stipulation | | 0.10 | 27.50 |
| WHS  revise initial report re Conway Del Genio | | 0.40 | 110.00 |
| WHS  revise initial report re Bilzen | | 0.50 | 137.50 |

W.R. Grace & Co.                                                                                          Page        2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/3/2002 | WHS | draft e-mail to Roger Higgins re Kirkland | 0.10 | 27.50 |
|  | DTW | Conference with P. Koenig regarding WR Grace summaries (.3) and review of same (.4). | 0.70 | 94.50 |
|  | JAW | draft summary of Bilzin July 1 to August 31, 2001, monthly invoice (4.0). | 4.00 | 540.00 |
|  | PAK | Draft and summarize FTI Policano & Manzo Fee Applications for June 1, 2002 (1.8); and for April 1, 2002 (3.5) | 5.30 | 636.00 |
| 9/4/2002 | WHS | receive, review, and respond to e-mail from Roger Higgins re spreadsheet information | 0.20 | 55.00 |
|  | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
|  | WHS | receive, review, and respond to e-mail from Mike Lastowski re categories | 0.20 | 55.00 |
|  | WHS | receive, review, and respond to e-mail from Andrew Muha re Reed Smith | 0.20 | 55.00 |
|  | WHS | telephone conference with Scotta McFarland re spreadsheet | 0.20 | 55.00 |
|  | CAM | Update database with Campbell July 2002 invoice | 0.20 | 22.00 |
|  | CAM | Update database with Caplin July 2002 invoice | 0.10 | 11.00 |
|  | PAK | Draft and summarize Steptoe & Johnson,  LLP Fee Applications for April 1, 2002 (1.3); and for May 1, 2002 (2.5); and for June 1, 2002 (1.2) | 5.30 | 636.00 |
|  | LMH | Review applications and summaries for historical period in preparation for drafting Initial Report for Wallace King. | 2.60 | 325.00 |
| 9/5/2002 | WHS | left detailed telephone voicemail for Jay Sakalo re US Trustee stipulation | 0.10 | 27.50 |
|  | WHS | telephone conference with Jay Sakalo re stipulation | 0.10 | 27.50 |

W.R. Grace & Co.                                                                                    Page      3

|            |     |                                                                                  | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------|-------|--------|
| 9/5/2002   | WHS | draft letter to Judge Fitzgerald re hearing date                                 | 0.80  | 220.00 |
|            | WHS | draft e-mail to Paula Galbraith re letter to Judge Fitzgerald                     | 0.10  | 27.50  |
|            | WHS | receive, review, and respond to e-mail from William Sparks                       | 0.10  | 27.50  |
|            | WHS | telephone conference with Paula Galbraith re letter to Judge Fitzgerald           | 0.10  | 27.50  |
|            | PAK | Draft and summarize the fee application for Stroock and Stroock and Lavan for May 1, 2002 (4.0) | 4.00  | 480.00 |
|            | LMH | draft Initial Report for Historical Interim Period for Wallace King.              | 4.20  | 525.00 |
| 9/6/2002   | WHS | receive, review, and respond to draft letter re spreadsheets                      | 0.20  | 55.00  |
|            | WHS | receive, review, and respond to e-mail from Arlene Krieger re categories          | 0.20  | 55.00  |
|            | WHS | revise letter to Judge Fitzgerald re hearing date                                 | 0.30  | 82.50  |
|            | WHS | telephone conference with Paula Galbraith re letter to counsel                    | 0.20  | 55.00  |
|            | WHS | telephone conference with Ms. Rabinowitz re payment                               | 0.20  | 55.00  |
|            | WHS | receive, review, and respond to e-mail from Jeff Waxman re Klett                  | 0.30  | 82.50  |
|            | WHS | telephone conference with Roger Higgins re spreadsheet categories                 | 0.20  | 55.00  |
|            | WHS | left detailed telephone voicemail for Paula Galbraith re categories               | 0.10  | 27.50  |
|            | PAK | Draft and summarize the fee application for Stroock & Stroock & Lavan for June 1, 2002 (4.3) | 4.30  | 516.00 |

W.R. Grace & Co.                                                                                                Page       4

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 9/6/2002   | DTW | Conference with W. Smith and take note of various summaries that have been completed in preparation for drafting initial reports (.5); research files for information on completed summaries in order to begin drafting initial reports (.1.8); continue same (1.4).                                                                                                                                                                                                           | 3.70  | 499.50 |
|            | JRW | Draft fee spreadsheet and finalize summary of Nov 2001 for Wallace (1.3); draft fee spreadsheet and finalize summary of Dec 2001 for Wallace (1.4); Finalize summary of June 2002 for Holme (.7); Draft fee spreadsheet and finalize summary of Oct 2001 for Wallace (1.5)                                                                                                                                                                                                    | 4.90  | 588.00 |
| 9/9/2002   | WHS | left detailed telephone voicemail for Paula Galbraith re spreadsheet, letter                                                                                                                                                                                                                                                                                                                                                                                                | 0.10  | 27.50  |
|            | WHS | conference with Lavern Ferdinand re spreadsheet                                                                                                                                                                                                                                                                                                                                                                                                                             | 0.70  | 192.50 |
|            | WHS | telephone conference with Melissa Flax re Carella                                                                                                                                                                                                                                                                                                                                                                                                                           | 0.20  | 55.00  |
|            | WHS | receive, review, and forward electronic monthly invoice re Reed Smith                                                                                                                                                                                                                                                                                                                                                                                                       | 0.10  | 27.50  |
|            | WHS | receive, review, and respond to e-mail from Andrew Muha re Reed Smith                                                                                                                                                                                                                                                                                                                                                                                                       | 0.20  | 55.00  |
|            | LMF | draft spreadsheet for project category data summary for WR GRACE applicants                                                                                                                                                                                                                                                                                                                                                                                                 | 3.10  | 465.00 |
|            | LMF | review data submitted by Klett Rooney for project data summary spreadsheet (.6); t/c to Jeff at Klett concerning data submitted (.2)                                                                                                                                                                                                                                                                                                                                         | 0.80  | 120.00 |
|            | LMF | review emailed data submitted by applicants, Carella  and Klett Rooney (.4), review database to compile list of applicants to contact for project summary data  for 4th and 5th interim period (1.8)                                                                                                                                                                                                                                                                         | 2.20  | 330.00 |
|            | LMF | left detailed telephone voicemail for contacts re project summary spreadsheet, electronic data for 5th interim at: Legal Analysis, Peterson; Pachulski, Laura Jones, Pachulski; Tony, Pitney Hardin(.3); telephone voicemail  for Project Summary Spreadsheet and electronic detail for 5th interim for contacts at Carella, M. Flax; M. Eskin, Campbell & Levine; Scott, Bilzin (.3); called Blackstone, Zilly; and Bilzin Sumberg, Nelson Mullins re project summary spreadsheet (.2) | 0.70  | 105.00 |

W.R. Grace & Co.                                                                                    Page      5

| Date | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 9/9/2002 | LMF | telephone conference with Higgins at Kirkand about 4th interim project summary detail(.2); t/c with Dottie at L. Tersigni CPA about 4th PS(project summary) spreadsheet (.3); t/c with Kristen at Pitney Harden about PS spreadsheet (.2) | 0.70 | 105.00 |
| | DTW | Continue research for missing  applicant data in order to contact same and request (1.4); conference with P. Koenig (.2) and review and revise various summaries (.3); conference with P. Koenig and C. McKinnon re allocation of work (.4); conference with L. Ferdinand to coordinate information request process (.2) conference with WHS re same (.1); 2 telephone conferences with A. Willingham re status of initial reports (.2); research (.9) and allocate fee applications, summaries to A. Willingham for drafting initial re same(.4); begin initial report for Reed Smith (2.9) | 7.00 | 945.00 |
| | ALW | conference with WHS re WR Grace Initial Report dead line | 0.10 | 19.00 |
| | ALW | conference with DTW re WR GRace Initial Report deadlines | 0.20 | 38.00 |
| 9/10/2002 | WHS | conference with LaVern Ferdinand re spreadsheet | 0.40 | 110.00 |
| | WHS | telephone conference with Dana Bierer re ZAI science trial | 0.20 | 55.00 |
| | WHS | receive and review 4 misc pleadings | 0.10 | 27.50 |
| | DTW | Continue draft initial report for Reed Smith (3.3); meeting with A. Willingham re drafting initial reports for Carrella, Joseph Ferry, Holme Roberts (.5); several telephone calls with W. Smith re parameters for drafting initial reports for 5th interim period (.3); revisions to Reed Smith initial report for 5th interim period (.7); short conference with L. Ferdinand re spread sheet required for various applicants (.2); assessing Klett Rooney and Joseph Ferry applications for A. Willingham (.5); assist in review of Klett Rooney in preparation for A. Willingham draft initial report (1.5);  e-mail and tel conference with L. Hamm re missing fee applications (.2). | 7.20 | 972.00 |
| | PAK | Review and draft Summary of Stroock & Stroock fee application for 4/1/02 (6.8) | 6.80 | 816.00 |

W.R. Grace & Co.                                                                                    Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/10/2002 | ALW | conference with DTW re WR Grace applicants still requiring initial reports | 0.20 | 38.00 |
|  | ALW | receive and review Ferry fee details for initial report | 0.90 | 171.00 |
|  | LMF | continue draft and update of Project Category Summary Report (.6);  t/c J. Sakalo, Bilzin (.4); read and drafted responses to email re: recategorization report to Kirkland and Bilzin ((1.3) | 2.30 | 345.00 |
|  | LMF | drafted email and read email re: recategorization from Lisa Coggins (.2); same for R. Sianni, Duane (.5); response to Sakalo, Bilzin (.4); downloaded recategorization data from applicant L. Tersigni for recategorization (.1) | 1.20 | 180.00 |
|  | LMF | Detailed review of recategorization report from L. Tersigni (.4) | 0.40 | 60.00 |
|  | LMF | telephone conference with M. Eskin, Campbell re:  recategorization (.3) and same for E. Ordway, FTI (.3) | 0.60 | 90.00 |
|  | LMF | left detailed telephone voicemail re: recategorization report for Orway FTI; same for R. Murphy, Casner (.2); same for E. Flaggan, Holme; PI Bentley, Kramer Levin (.2); R. Keuler, Reed Smith and K. Brown, Nelson Mullins (.2) | 0.60 | 90.00 |
|  | LMF | draft email to J. Waxman re: revisions to PC summary report (.1); emailed responses to Casner Edwards re: PC report (.6); read and reviewed PC report email and emailed responses to R. Sianni, Duane (.3); drafted email to Libby, FTI re: PC report (.2) | 1.20 | 180.00 |
|  | LMF | detailed review of data emailed re: PC summary report (.6) | 0.60 | 90.00 |
|  | LMF | continued draft of data input for PC Summary report (2.0) | 2.00 | 300.00 |
|  | LMF | continued draft of summary for Oct 5, 2000 thru Nov. 30, 2000 submitted by Devoise & Plimpton | 0.60 | 90.00 |
| 9/11/2002 | PAK | Review and draft fee applications of Campbell & Levine for April 1, 2002 (1.8); for May 1, 2002 (1.5); and for June 1, 2002 (2.3) | 5.60 | 672.00 |

W.R. Grace & Co.                                                                    Page    7

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 9/11/2002 | ALW | complete detailed review of Ferry fee details for months of April and May | 0.20 | 38.00 |
| | ALW | receive and review of Hamilton fee details for April, May and June, 2002 | 0.30 | 57.00 |
| | ALW | receive and review of Holme fee and expense details for April, May and June, 2002 | 0.80 | 152.00 |
| | ALW | receive and review of Caplin fee and expense details for April, May and June, 2002 | 1.20 | 228.00 |
| | ALW | receive and review of Carella fee and expense details for April May and June, 2002 | 0.10 | 19.00 |
| | ALW | begin draft of Initial Report for Holme | 2.30 | 437.00 |
| | ALW | begin draft of Initial Report for Caplin | 0.20 | 38.00 |
| | ALW | detailed review of Holme expense details for April, May and June, 2002 | 0.30 | 57.00 |
| | JRW | Detail review of April 2002 for Nelson (1.7); Detail review of May 2002 for Nelson (1.8); Detail review of June 2002 for Nelson (2.1) Draft summary of April 2002 for Nelson (1.6); Draft summary of May 2002 for Nelson (1.5); Draft summary for June 2002 for Nelson (1.8) | 10.50 | 1,260.00 |
| | LMF | continued to draft of summary for Oct 5, 2000 thru Nov. 30, 2000 submitted by Devoise & Plimpton | 2.30 | 345.00 |
| | LMF | draft e-mail to Campbell and Tersigni re: electronic data and PC report (.2); same for Carella re: receipt and review of PC summary report (.2); email response to Kirkland re: receipt of data (.1); email response re: review and receipt of data from Toni (.2); same for Chris, Wallace (.1); same for A. Muha, Reed (.5); same for FTI (.4) | 1.70 | 255.00 |
| | LMF | draft e-mail to Arlene and Rose, Stroock re: recategorization (.2); review and respond to email re:PC report data to Caner, Reed, FTI (.4); send confirmations to same of receipt of complete data (.2); respond via email for PC report inquiries by Moran, Steptoe (.7) | 1.50 | 225.00 |

W.R. Grace & Co.                                                                                            Page      8

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 9/11/2002 | LMF | telephone conference with Arlene, Stroock re: PC report (.1); same for Ann Moran, Steptoe (.2); same for re: PC report G. Becker, Kramer (.1) | 0.40 | 60.00 |
|  | LMF | Left detail voicemail re: recategorization report for Ann, Steptoe (.1); same for Lewis, Stroock (.2); A. Krieger, Stroock (.1) | 0.40 | 60.00 |
|  | LMF | continued draft of data input for PC Summary report (2.2) | 2.20 | 330.00 |
|  | DTW | Several emails to A. Willingham re initial reports (.3); telephone call to P. Koenig re same (.1); review and allocate applications for review to J. Wilcot (.5);  telephone call from J. Wilcot re Legal Analysis (.1); conference with W. Smith re same (.1); telephone call to L. Coggin re Joseph Ferry June Application (.1); conference with W. Smith re Klett, Kramer and Legal  Analysis issues (.3); review past initial reports, final reports and applications of Kramer and Klett to compare regarding duplication of effort (1.3); complete initial report for Klett (1.3); begin review of interim application as well as prior reports in preparation of draft inital applications re same (1.0) | 5.50 | 742.50 |
|  | CAM | Update database with Reed Smith July 2002 | 0.10 | 11.00 |
|  | CAM | Update database with Kirkland Ellis Fifth Interim Application | 0.20 | 22.00 |
|  | CAM | Update database with Bilzin Quarterly Interim Application for April - June 2002 | 0.20 | 22.00 |
|  | CAM | Update database with Tersigni July 2002 Monthly Invoice | 0.10 | 11.00 |
| 9/12/2002 | PAK | Review and draft fee application for Blizin Sumberg for June 1, 2002 (3.8) | 3.80 | 456.00 |
|  | ALW | draft Caplin Initial Report | 4.40 | 836.00 |
|  | ALW | begin draft CBBG Initial Report | 0.50 | 95.00 |
|  | ALW | continue detailed review of Holme expenses for months of April, May and June, 2002 | 1.20 | 228.00 |

W.R. Grace & Co.                                                                                    Page    9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/12/2002 | LMH | Review file materials and draft e-mail to applicant contact Elizabeth Flagen re: her request for additional information regarding our request for clarification on staffing issues. | 1.60 | 200.00 |
|  | DTW | Review FTIPM 4th final report for relevant information prior to drafting initial report (.5); short conference with W. Smith re same (.2); begin draft of initial report re FTIPM (1.2); conference with P. Koenig re pertinent information re FTIPM summaries (.6); several e-mails to and from A. Willingham re various initial reports (.5); read hearing transcript for information regarding rulings which have bearing on 5th interim period initial reports (.8); review several e-mails from W. Smith re final order including several attached documents(.4 ); review certificate of counsel filed by Klett re 4th interim period initial report (.2); complete initial report for FTIPM (2.4);  allocate applications to J. Wehrman and L. Ferdinand (.4). | 7.20 | 972.00 |
|  | JRW | Detail review of April 2002 for Legal Analysis (1.3); Detail review of May-June 2002 for Legal Analysis (3.8); Draft summary of April 2002 for Legal Analysis (0.9); Draft summary of May-June 2002 for Legal Analysis (2.1) | 8.10 | 972.00 |
|  | LMF | Drafted email to Libby, FTI re: PC summary report (.1); email to Andy, Reed inquiry about classifications and support of (.2); email response on PC report format and format template for Ann, Steptoe (.4);  email Rose, Stroock re PC report data and t/c concerning same (.2); email re:clarification on Fraudulent convenyance to Lisa, Ferry (.1); email template and response on PC summary format to Jerome, Blackstone (.2); respond to email from Galbaith, Pachulski and data download error and emailed Rita, Caplin Drysdale for data (.4); read and email response to Karen, Nelson re: inquiry on classification (.2) | 1.80 | 270.00 |
|  | LMF | telephone conference with Pat, Pachulski on PC report request (.1); t/c Aileen, Campbell re: PC report format (.1); t/c Susan, Holme robert re: PC report content and forwarded template (.2) | 0.40 | 60.00 |
|  | CAM | Update database with MNRS July 2002 Monthly Invoice | 0.10 | 11.00 |
|  | CAM | Update database with Tersigni April May & June 2002 monthly invoice | 0.30 | 33.00 |
| 9/13/2002 | PAK | Review and draft summary for Casner & Edwards fee application for April 1, 2002 (6.3) | 6.30 | 756.00 |

W.R. Grace & Co.                                                                                                    Page    10

| Date | | Description | Hours | Amount |
|------|-----|-------------|-------|--------|
| 9/13/2002 | ALW | continue draft of Holme Initial Report | 3.70 | 703.00 |
| | JAW | detailed review of Kirkland Ellis April 2002, monthly invoice (5.00); draft summary of same (2.70) | 7.70 | 1,039.50 |
| | JAW | detailed review of Kirkland Ellis May 2002, monthly invoice (4.00) | 4.00 | 540.00 |
| | DTW | Review D&P summary for revisions (.3); telephone conference with e-mail with J. Willcot re Duane Morris (.2); review Kramer fee applications to prepare for drafting initial report, (2.2); review previous initial report re same (.2); draft initial report for Kramer (3.1) begin Stroock & Stroock by reviewing past documents (1.1). | 6.90 | 931.50 |
| | JRW | Detail review of April-June 2002 for Duane Morris (2.9); Draft summary of Apr-Jun 2002 for Duane Morris (1.7); Construct spreadsheet of Apr-Jun 2002 for Duane Morris (.5); Detail review of Pitney for Apr 2002 (2.8) | 7.90 | 948.00 |
| | LMF | continued draft of data input for PC Summary report | 1.50 | 225.00 |
| | LMF | continued to draft of data input for Oct 5, 2000 thru Nov 30, 2000 submitted by Devoise & Plimpton | 4.30 | 645.00 |
| | LMF | telepphone conference with Lisa, Ferry Joseph re: Fraudulent conveyance (.1); t/x Jerome, Blackstone re: PC summary report (.1); t/c Aileen, Campbell & Levine re: Fraudulent conveyance and report format (.1); t/c with Jay Sakalo on receipt of reports (.1); t/c same for katheleen, Kramer (.1); t/c and response on PC summary report (.3) | 0.80 | 120.00 |
| | LMF | drafted email and review email from Aileen, Campbell Levine re: PC summary (.1); draft email to R. Higgins re: category on Fraudulent conveyance (.4); response email to Lisa, Ferry Joseph and Susan, Holmne (.2) | 0.70 | 105.00 |
| | LMF | review data in detail fee applications and invoice summaries submitted by Wallace King, for May 2002 | 0.80 | 120.00 |
| | LMF | Drafted summary for fee application for Wallace King, April 2002 | 2.50 | 375.00 |
| | LMF | Detail review of fee application and summary invoice submitted by Wallace King for April 2002 | 2.00 | 300.00 |

W.R. Grace & Co.                                                                                           Page    11

|  |  | | **Hours** | **Amount** |
|---|---|---|---|---|
| 9/13/2002 | LMF | continued draft of data input for PC Summary report | 2.20 | 330.00 |
| | LMF | drafted summary for fee application for Wallace King for May 2002 | 1.50 | 225.00 |
| 9/14/2002 | PAK | Review and draft summary for Casner & Edwards fee application for May 1, 2002 (6.5) | 6.50 | 780.00 |
| | JAW | draft summary of Kirkland Ellis May 2002, monthly invoice (1.8). | 1.80 | 243.00 |
| | JAW | detailed review of Kirkland Ellis June, 2002, monthly invoice (3.5); draft summary of same (1.6) | 5.10 | 688.50 |
| | DTW | Draft initial report for Stroock (2.4); revise same (.5); research and several calls regarding fee applications in the process of being summarized for initial reports (.5); review initial reports regarding Carella and Caplin and make comments (.5). | 3.90 | 526.50 |
| | JRW | Draft summary of Pitney for Apr 2002 (1.5); detail review of May 2002 for Pitney (2.0); draft summary of May 2002 for Pitney (1.8); detail review of June 2002 for Pitney (1.9); Draft summary of June 2002 for Pitney (1.9) Draft summary of June 2002 for Pitney (1.5) | 8.70 | 1,044.00 |
| 9/15/2002 | DTW | Draft initial reports re Campbell & Levine (.9); Duane Morris (1.2); Nelson Mullins (1.4); Legal (1.1); begin review of Pitney in preparation for initial report (.7). | 5.30 | 715.50 |
| | LMF | review data in detail fee application and invoice summaries submitted by Wallace King for May 2002 | 1.30 | 195.00 |
| 9/16/2002 | WHS | conference with LaVern Ferdinand re spreadsheet | 0.30 | 82.50 |
| | DTW | Revise initial reports for Legal (.2), Nelson (.2), Campbell (.4) and Duane (.5); several telephone calls to and from A. Willingham re Ferry, Hamilton, and others regarding initial reports (.4); e-mails to and from A. Willingham re same (.3); review initial report of Holme Roberts (.6); review prior initial reports prior to revisions of current reports (.4). | 3.00 | 405.00 |
| | LMF | drafted email and review email from Ann, Steptoe re: PC summary report(.3); same for Paula, Pachulski(.3); draft email with instructions on PC report for Caplin Drysdale and Warren contacts Terri, and Rita(.4); draft email and respond to Dan, Legal Analysis and Aileen, Campbell | 2.00 | 300.00 |

W.R. Grace & Co.                                                                                            Page    12

|            |     |                                                                                                                                                                                                                                                                                                                    | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|            |     | Levine for data for PC report(.4); email Karen, Nelson, regarding electronic fee application detail and receipt (.4); email Jay, Bilzin responses and follow-up on data and fee detail owed for Hilsoft and Official committee(.2)                                                                                        |       |        |
| 9/16/2002  | LMF | telephone conference with Rita, Caplin re:PC summary report requirements(.3)                                                                                                                                                                                                                                            | 0.30  | 45.00  |
|            | LMF | voice mail for Peterson of Legal analysis re: Grace fee application detail and PC summary report request(.2)                                                                                                                                                                                                            | 0.20  | 30.00  |
|            | LMF | continued draft of summary for fee application for Wallace King,  April and May 2002                                                                                                                                                                                                                                    | 0.30  | 45.00  |
|            | LMF | continued draft of data input for PC Summary report(2.5); download reports from applicants, organize and review reports for completeness (2.0); search PACER for propery party (.3); send confirmations and inquires about reported data (.5)                                                                             | 5.20  | 780.00 |
|            | ALW | draft e-mail to DTW re WRGrace categories and deadlines                                                                                                                                                                                                                                                                 | 0.20  | 38.00  |
|            | ALW | draft (finalize) initial report for Holme                                                                                                                                                                                                                                                                               | 3.40  | 646.00 |
|            | ALW | draft Initial Report for Hamilton                                                                                                                                                                                                                                                                                       | 0.80  | 152.00 |
|            | ALW | draft Steptoe Initial Report                                                                                                                                                                                                                                                                                            | 1.50  | 285.00 |
| 9/17/2002  | WHS | receive, review, and respond to e-mail from Libby Hamilton re FTI                                                                                                                                                                                                                                                       | 0.10  | 27.50  |
|            | WHS | telephone conference with Will Sparks re Monday's hearing                                                                                                                                                                                                                                                               | 0.10  | 27.50  |
|            | LMF | drafted email and review email Dan, LAS and Aileen, Campbell re: electronic detail and PC summary report(.5); confirmation receipt email of PC report, Libby, FTI(.1); same for Paula, Pachulski(.2); email responding to revisions for Ralph, Duane(.2); email confirming completeness, Jeff, Klett(.2); email Kathleen, Kramer re:PC report Fraudulent Conveyance and expenses(.3); forward email correspondence and respond re: Fraudulent Convey to Caplin(.2) | 1.70  | 255.00 |

W.R. Grace & Co.                                                                                          Page     13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/17/2002 | LMF | detailed review of data from Paula, Pachulski re:electronic fee detail conversion to excel and email response(.3); review revision, Reed(.2); | 0.50 | 75.00 |
|  | LMF | telephone conference with Rita, Terri, Caplin re:PC summary report requirements(.4); t/c Ralph re: revisions to PC report(.3); t/c Aileen re: LAS electronic fee detail(.2); t/c Elisa, Caplin re: submission of PC report(.1); t/cs with Waxman re: submission for Kramer and  Klett(.2); | 1.20 | 180.00 |
|  | LMF | continued draft of data input for PC Summary report(3.6); download reports from applicants, organize and review reports for completeness (.8); | 4.60 | 690.00 |
|  | DTW | Continue review of Holme Robert initial report (.6); short conversation with W. Smith re same (.1); review Steptoe initial report for 4th and 5th interim periods to prepare for revisions(.3), review Hamilton re same (.2) review Caplin re same (.3); review Carella re same (.1); conference with A. Willingham re Casner, Bilzen and Kirkland (.5); revise Caplin initial report (.7); revise Carella (.6); revise Holme Roberts to reflect previous initial report findings (3.9). | 7.30 | 985.50 |
|  | LMF | drafted email  and response to Dan  at LAS re: PC summary report(.3); email to Libby, FTI re: PC summary report; confirm receipt(.1); email to Waxman and respond  re: completeness of PC report(.3); email Ralph, Duane re: revisions for PC report(.2); email draft and response to Capdale re: revisions and category Fraudulent conveyance(.5); email to Kathleen, Kramer re: PC summary report revisions(.2); email confirm receipt of revision and download from Reed Smith (.2) | 1.80 | 270.00 |
|  | LMF | telephone conference with Aileen, Campbell re: LAS electronic data(.2); t/c Elisa for Campbell PC report submission(.1); t/c Jeff, Klett re: request for confirmation and Kramer submissionof PC report(.2); t/c Ralph re: revision of report for Duane(.1); t/c Rita , Terri re: request for revisions to Caplin PC submission(.4) | 1.20 | 180.00 |
|  | ALW | detailed review of Ferry June invoice | 0.50 | 95.00 |
|  | ALW | draft Initial Report in Ferry | 0.50 | 95.00 |
|  | ALW | conference with DTW re WR Grace deadline and Applications remaining to be reviewed | 0.60 | 114.00 |
|  | ALW | receipt and review of PSZY&J April through June fee details | 0.20 | 38.00 |

W.R. Grace & Co.

Page    14

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/17/2002 | CAM | Update database with Hillsoft March, April, May & June 2002 monthly invoice | 0.30 | 33.00 |
| 9/18/2002 | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| | DTW | Continue revisions to Holme Roberts initial report (1.3); revise Hamilton initial report (1.2); revise Steptoe initial report (2.1); several e-mails to A. Willingham re K&E summaries and electronic detail (.4). | 5.00 | 675.00 |
| | LMF | continued draft of data input for PC Summary report(4.2); download reports from applicants(1), organize and review reports for completeness (2.3); | 7.50 | 1,125.00 |
| | LMF | drafted email to Andy, Reed re:PC summary(.1); respond and email Rose, Stroock re:revisions to PC summary(.4); email Jay, Bilzin re: data sent for applicants for report(.2); response emails KJasket, Pitney re: PC summary(.2); email to Amber, WHS on Fraudulent Conveyance(.2); | 1.10 | 165.00 |
| | ALW | receive and review of Casner & Edwards fee details for April through June | 0.70 | 133.00 |
| | ALW | receive and review Kirkland Ellis fee details for April through June | 0.60 | 114.00 |
| | ALW | detailed review of PSZY&J Fee Details April through June | 2.70 | 513.00 |
| | ALW | detailed review of Bilzin Application and monthly fee details for April through June | 2.90 | 551.00 |
| | ALW | receive, review, and respond to e-mail from DTW re WRG litigation issues | 0.10 | 19.00 |
| | ALW | receive, review, and respond to Lavern's e-mail re Judge Wolins' Order entered 7/10 re fraudulent conveyance proceedings | 0.10 | 19.00 |
| | CAM | Draft August monthly invoice for Warren H. Smith & Associates | 0.30 | 33.00 |
| 9/19/2002 | WHS | receive, review, and respond to e-mail from Anne Moran re Steptoe | 0.20 | 55.00 |
| | WHS | receive, review, and respond to e-mail from Arlene Kreger re categories | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                    Page     15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/19/2002 | WHS | revise spreadsheet re categories | 0.50 | 137.50 |
|  | WHS | detailed review of, and execution of, 16 initial reports | 0.40 | 110.00 |
|  | WHS | draft order allowing fees | 1.80 | 495.00 |
|  | DTW | Draft initial report for Pitney (2.2); review and revise Ferry Joseph initial report (.9); 2 telephone calls with A. Willingham re fraudulent transfer order (.2); conference with A. Willingham and W. Smith re same (.1); final revisions to initial reports for Campbell (.2); Caplin (.4); Carella (.3); Duane (.1); FTIP (.3); Hamilton (.2); Holme (.4); Klett (.2); Kramer (.3); Legal (.1); Nelson (.2); Pitney (.1); Reed (.3); Steptoe (.2); Stroock (.3); revise Ferry initial report (.4). | 7.40 | 999.00 |
|  | LMF | continued draft revisions to summary for fee application for Wallace King, May 2002 | 0.30 | 45.00 |
|  | LMF | continued draft of data input for PC Summary report(4.5); organize revisions(.5); format for distribution (1.8) | 6.80 | 1,020.00 |
|  | GG | detailed review of campbell & levine initial report  for the fifth interim period | 0.30 | 37.50 |
|  | GG | detailed review of caplin & drysdale  initial report for the fifth interim period | 0.30 | 37.50 |
|  | GG | detailed review of pitney hardin initial report for the fifth interim period | 0.20 | 25.00 |
|  | GG | detailed review of fti policiano & manzo initial report for the fifth interim period | 0.30 | 37.50 |
|  | GG | detailed review of nelson & mullins initial report for the fifth interim period | 0.20 | 25.00 |
|  | GG | detailed review of duane morris initial report for the fifth interim period | 0.20 | 25.00 |
|  | GG | detailed review of legal analysis systems initial report for the fifth interim period | 0.30 | 37.50 |

W.R. Grace & Co.                                                                                    Page    16

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/19/2002 | GG | detailed review of kramer levin initial report for the fifth interim period | 0.10 | 12.50 |
| | GG | detailed review of klett rooney initial report for the fifth interim period | 0.20 | 25.00 |
| | GG | detailed review of reed smith initial report for the fifth interim period | 0.30 | 37.50 |
| | GG | detailed review of strook & strook initial report for the fifth interim period | 0.20 | 25.00 |
| | GG | detailed review of steptoe initial report for the fifth interim period | 0.30 | 37.50 |
| | GG | detailed review of hamilton rabinovitz initial report for the fifth interim period | 0.20 | 25.00 |
| | GG | detailed review of holme roberts initial report for the fifth interim period | 0.20 | 25.00 |
| | ALW | draft Ferry Initial Report April - June (con't) | 2.60 | 494.00 |
| | ALW | draft Bilzin Initial Report | 0.70 | 133.00 |
| 9/20/2002 | WHS | receive, review, and respond to e-mail from Liz Flaagen re hearing | 0.10 | 27.50 |
| | WHS | revise order allowing fees | 0.50 | 137.50 |
| | WHS | telephone conference with Jay Sakalo re spreadsheet, draft order | 0.20 | 55.00 |
| | WHS | left detailed telephone voicemail for Jan Baer re spreadsheet | 0.10 | 27.50 |
| | WHS | draft e-mail to Rachel Bello re spreadsheet | 0.20 | 55.00 |
| | WHS | draft e-mail to Scotta McFarland re Adobe Acrobat file | 0.20 | 55.00 |

W.R. Grace & Co.                                                                          Page    17

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/20/2002 | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |
|  | DTW | Revisions to Ferry Joseph initial report (.5); PACER research for other applications for Hilsoft (.1) and draft initial report re same (1.7); begin review of Tersigni applications prior to draft initial report (1.6). | 3.90 | 526.50 |
|  | LMF | drafted email to M. Peterson, LAS,request fee app. copy(.1); email P. Zilly, Blackstone, re: categories for WR Grace(.2); email Libby,FTI re:changes to drafts order and spreadsheet(.2); email applicants order for review(.8) | 1.30 | 195.00 |
|  | LMF | telephone conference with P.Zilly re: expense on PC report | 0.10 | 15.00 |
|  | LMF | draft order allowing fees in WR GRACE for applicants for 4th interim period(2); continued draft of report of PC summary report(1.5) | 3.50 | 525.00 |
|  | TJW | Update database with Nelson Mullins 04/02-06/02 Fee Application Information<br>Update database with Pitney 04/02-06/02 Fee Application Information<br>Update database with Carella, Byrne August 2002 Fee Application Information<br>Update database with FTI Policano & Manzo August 2002 Fee Application Information<br>Update database with Stroock & Stroock August 2002 Fee Application Information | 0.60 | 24.00 |
| 9/21/2002 | DTW | Complete Tersigni initial report ((.8); begin review of Wallace King in preparation for drafting initial report (.9); prepare doc's for review of Bilzen (.4). | 2.10 | 283.50 |
|  | ALW | draft Bilzin Initial Report April - June (con't) | 5.30 | 1,007.00 |
| 9/22/2002 | DTW | Review initial report of Bilzin (.3) | 0.30 | 40.50 |
|  | ALW | draft Pachulski Initial Report April - June (cont) | 2.50 | 475.00 |
| 9/23/2002 | WHS | conference with LaVern Ferdinand re changes to spreadsheet | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                          Page    18

|            |     |                                                                                                                                                                                                                                                      | Hours | Amount   |
|------------|-----|------|-------|----------|
| 9/23/2002  | WHS | draft e-mail to Scotta McFarland re hearing | 0.20 | 55.00 |
|            | LMF | draft e-mail to Jay, Bilzin re:4Q amounts for Hamilton(.1); email Luisa, Bilzin, for Hilsoft and Hamilton PC summary updates(.3); email changes to order re:Caplin(.3); email changes and respond to Libby, FTI(.4); email to Rose, Stroock re:revised totals for 4Q PC summary report(.6); | 1.70 | 255.00 |
|            | LMF | continued draft order allowing fees in WR GRACE for applicants for 4th interim period(2.4); continued draft of report of PC summary report(2.2) | 4.60 | 690.00 |
|            | DTW | Review Pachulski initial report (.2); revise same (.2); revise Bilzin initial report (.3); draft Wallace King initial report (3.6); draft initial report for PD committee (2.4); review Federal Mogul case re requirements for upcoming initial reports (.8). | 7.50 | 1,012.50 |
|            | ALW | draft Kirkland & Ellis Initial Report April - June | 1.90 | 361.00 |
|            | ALW | draft Casner & Edwards Initial Report April - June | 2.50 | 475.00 |
| 9/24/2002  | WHS | telephone conference with Mark Peterson re Legal Analysis | 0.20 | 55.00 |
|            | WHS | telephone conference with Janet Bierer re hearing | 0.20 | 55.00 |
|            | DTW | E-mail to staff re PD committee (.2); final revisions to PD committee initial report (.2); review K&E inintial report (.4); revise same (.9); revise Bilzin initial report reflecting WHS comments (.3); final preparation of initial reports for W.Smith signature (.4). | 2.40 | 324.00 |
|            | LMF | draft e-mail to Pat, Wallace, re: fees for previous period (.1); review voice mail from Pat, Wallace re: fees(.1); draft response email to Arlene, Stroock and Scotta, Kirkland re: filing of Project cat. spreadsheet(.4); draft email to Paula, Kirland re:same(.2); review Voice mail from Andy and respond by email re: service list additions for Reed in Pittsburgh(.2) | 1.00 | 150.00 |
|            | LMF | telephone conference with Arlene, Stroock re: filing of 4Q interim fees(.2); | 0.20 | 30.00 |
|            | LMF | left detailed telephone voicemail for Paula, Pachulski re: filing and revision for Stroock for 4Q interim fees(.1) | 0.10 | 15.00 |

W.R. Grace & Co.                                                                                    Page    19

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/24/2002 | ALW | meeting with DTW re WR Grace finalized Initial Reports | 0.10 | 19.00 |
|  | TJW | Update database with Legal Analysis Systems July 2002 Fee Application Information<br>Update database with Stroock & Stroock July 2002 Fee Application Information | 0.30 | 12.00 |
| 9/25/2002 | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
|  | DTW | Continue review of Casner initial report (.5); revise initial report for Casner (.8); short conference with W. Smith re same (.1); final revisions to Casner initial report incorporating comments made by W. Smith (.7). | 2.10 | 283.50 |
|  | LMF | draft e-mail to Paula, Pachulski re: Stroock request for amended PC summary spreadsheet (.2); | 0.20 | 30.00 |
|  | LMF | left voicemail for Paula, Pachulski re: Stroock request for amended PC summary report(.1) | 0.10 | 15.00 |
|  | MWS | review of initial report regarding FTIPM for historical period in preparation for telephone conference with applicant. | 0.50 | 100.00 |
| 9/26/2002 | WHS | receive and review response of Legal Analysis to interim report for historical period | 0.10 | 27.50 |
|  | WHS | conference with Doreen Williams re LAS | 0.10 | 27.50 |
|  | WHS | draft e-mail to Mark Peterson re 4th interim period | 0.40 | 110.00 |
|  | LMF | draft e-mail to Mark, LAS re: 4Q fee application inquiry(.8) | 0.80 | 120.00 |
|  | DTW | Conference with L. Ferdinand re Legal Analysis addendum to initial report (.6); conference with L. Ferdinand and W. Smith re missing interim application for Legal Analysis (.2); research PACER re same (.5). | 1.30 | 175.50 |
|  | MWS | telephone conference with Sean Cunningham and Libby Hamilton of FTIPM regarding initial report for historical period. | 0.60 | 120.00 |

W.R. Grace & Co.

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 9/26/2002 | TJW | Update database with Wallace King August 2002 Fee Application Information | 0.20 | 8.00 |
| 9/27/2002 | WHS | telephone conference with Melissa Flax re Carella | 0.20 | 55.00 |
| | WHS | telephone conference with Melissa Flax re Carella | 0.20 | 55.00 |
| | WHS | receive, review, and respond to e-mail with Kirkland's response re historical applications | 0.40 | 110.00 |
| | WHS | receive, review, and respond by e-mail to fax from Ferry Joseph | 0.10 | 27.50 |
| | DTW | Begin amended initial report for Legal Analysis incorporating February and March time entries (1.2); finish up re same (.8). | 2.00 | 270.00 |
| | TJW | Update database with Hilsoft March-June 2002 fee application information Update database with Ferry Joseph & Pearce June 2002 fee application information Update database with Ferry Joseph & Pearce 5th interim 2002 fee application information | 0.40 | 16.00 |
| 9/30/2002 | WHS | receive, review, and respond to e-mail from Rosen at Pitney | 0.20 | 55.00 |
| | WHS | receive and review 1 misc pleadings | 0.10 | 27.50 |
| | LMF | telephone conference with Mary Boyea re: ZAI trial fees for Aug.(.1) | 0.10 | 15.00 |
| | LMF | draft e-mail to W. Sparks re: ZAI detail required(.4) | 0.40 | 60.00 |
| | MWS | Review Steptoe initial report for historical period; telephone conference with A. Moran regarding same. | 0.40 | 80.00 |
| | MWS | receive and review e-mail from L. Hamilton including response to initial report regarding fee application for historical period. | 0.20 | 40.00 |
| | TJW | Update database with Casner & Edwards May 2002 fee application information Update database with Casner & Edwards April 2002 fee application | 0.60 | 24.00 |

W.R. Grace & Co.                                                    Page    21

|  | **Hours** | **Amount** |
|---|---|---|

information
Update database with Bilizin June 2002 fee application information
Update database with Kirkland & Ellis April 2002 fee application
information

**For professional services rendered**                    381.10 $56,015.00

Additional Charges :

|  | **Price** |  |
|---|---|---|
| Copying cost | 0.15 | 540.30 |
| Postage for September 2002 | 32.14 | 32.14 |

**Total costs**                                                       $572.44

**Total amount of this bill**                                     $56,587.44

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Amber L Willingham | 47.00 | 190.00 | $8,930.00 |
| Cheryl A McKinnon | 1.90 | 110.00 | $209.00 |
| Doreen T Williams | 91.70 | 135.00 | $12,379.50 |
| Gloria Garcia (Linda) | 3.30 | 125.00 | $412.50 |
| Jacqueline R Willcot | 40.10 | 120.00 | $4,812.00 |
| James A Wehrmann | 24.60 | 135.00 | $3,321.00 |
| Lavern Ferdinand | 94.10 | 150.00 | $14,115.00 |
| Lisa M Hamm | 8.40 | 125.00 | $1,050.00 |
| Mark W Steirer | 1.70 | 200.00 | $340.00 |
| Patricia A Koenig | 50.60 | 120.00 | $6,072.00 |
| Tiana J. Windland | 2.10 | 40.00 | $84.00 |
| Warren H Smith | 15.60 | 275.00 | $4,290.00 |