## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 (Jointly Administered |
| Debtors. | : : | |
| IN RE: W. R. GRACE & CO., et al., | : : : | Chapter 11 Case Nos. 01-1139 through 01-1200 (Jointly Administered |
| Debtors. | : : | |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., | : : : | Chapter 11 Case Nos. 01-10578, et al (Jointly Administered |
| Debtors. | : : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : | Chapter 11 Case Nos. 01-2094 through 01-2104 (Jointly Administered |
| Debtors. | : : | |
| IN RE: OWENS CORNING, et al., | : : : : | Chapter 11 Case Nos. 00-3837 through 00-3854 (Jointly Administered |
| Debtors. | : | |

IN RE: GENERAL ASBESTOS

### SECOND INTERIM ORDER AWARDING FEES AND EXPENSES TO LYNCH MARTIN ON BEHALF OF THE COURT APPOINTED ADVISOR JOHN E. KEEFE, SR.

This matter having been opened before the Court upon the second application of Lynch Martin on behalf of the Court Appointed Advisor John E. Keefe, Sr.; and the Court having by previous Order withdrawn the reference to the Bankruptcy Court with respect to such applications and granted leave to the Court Appointed Advisors to make interim applications for the allowance of fees and expenses incurred in the course of their appointment by the Court;

{00274293.DOC}

having received no opposition to the application; and the Court having found that the fees and

expenses are reasonable and that the services rendered were necessary for the administration of

the debtors' estates and not duplicative of any other services rendered and for other good cause

shown

IT IS on this _23rd_ day of _December_ 2002,

ORDERED that the second application of Lynch Martin on behalf of John E. Keefe, Sr.

for an interim allowance of fees and expenses is hereby granted and fees and expenses are

allowed on an interim basis in the amount of $12,680.20; and it is further

ORDERED that the interim fees and expenses allowed pursuant to this Order are to be

allocated among the debtors as follows:

$10,278.88 in fees and expenses against Federal Mogul, Inc.;

$600.33 in fees and expenses against W.R. Grace & Co.;

$600.33 in fees and expenses against Armstrong World Industries, Inc.;

$600.33 in fees and expenses against Owens Corning; and

$600.33 in fees and expenses against U.S.G. Corporation; and it is further

ORDERED that the debtors are authorized and directed to pay to Lynch Martin the

amounts as set forth herein; and it is further

ORDERED that amounts received pursuant to this interim Order may be subject to

disgorgement as may be provided in the final Order of allowance of fees and expenses at the

conclusion of the above-captioned Chapter 11 cases.

ALFRED M. WOLIN, U.S.D.J.

{00274293.DOC}2