**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: January 15, 2003 at 4:00 p.m.**

**THIRTEENTH MONTHLY APPLICATION OF
KLETT ROONEY LIEBER & SCHORLING,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD NOVEMBER 1, 2002  THROUGH NOVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | November 1, 2002 through November 30, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $9,268.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $430.93 |
| This is a(n):      __x__ interim | ___ final application. |

The total time expended for the preparation of this application will be included in the next interim fee application.

WLM41252.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $ 940.67 | $3,295.60/ $ 940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50 $1,172.93 | $7,566.00 $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50 $665.71 | $11,450.80 $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50 $ 1,343.14 | $10,054.80 $ 1,343.14 | 3169 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|------|------|------|
| Teresa K.D. Currier | $395 | 11.3 | $4,463.50 |
| Richard S. Cobb | $270 | 0.3 | $81.00 |
| Jeffrey R. Waxman | $160 | 16.7 | $2,672.00 |
| Raelena T. Taylor | $120 | 16.9 | $2,028.00 |
| Frances A. Panchak | $120 | 0.2 | $24.00 |
| **TOTAL** | | **45.4** | **$9,268.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

| Project category | Total Hours | Total Fees |
|------|------|------|
| Asset Disposition | 0.7 | $182.50 |
| Business Operations | 2.1 | $712.00 |
| Case Administration | 0.4 | $52.00 |
| Fee/Employment Applications | 11.7 | $1,954.00 |
| Litigation | 0.9 | $285.00 |
| Meetings of Creditors | 0.7 | $276.50 |
| Relief from Stay Proceedings | 0.6 | $190.00 |
| Klett Rooney Fee/Employment Applications | 14.4 | $2,499.50 |
| Hearings | 4.1 | $914.50 |
| ZAI Science Trial | 0.4 | $111.00 |
| Fraudulent Transfer Litigation | 9.4 | $2,091.50 |
| **TOTAL** | **45.4** | **$9,268.50** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $297.30 |
| Telecopy Expenses | $42.64 |
| Federal Express | $54.99 |
| Messenger Services | $36.00 |
| **TOTAL** | $430.93 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
    Teresa K. D. Currier (No. 3080)
    Jeffrey R. Waxman (No. 4159)
    1000 West Street, Suite 1410
    Wilmington, DE  19801
    (302) 552-4200

    Co-Counsel to the Official Committee of
    Equity Holders

Dated:  December 26, 2002

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
#### 40TH FLOOR, ONE OXFORD CENTRE
#### PITTSBURGH, PENNSYLVANIA 15219-6498
#### TELEPHONE (412) 392-2000
#### FACSIMILE (412) 392-2128
#### WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   DECEMBER 13, 2002
                                            MATTER : W9600-001
                                            INVOICE : 149420


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

    RE:  IN RE: W.R. GRACE & CO., ET AL.
```

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 11/01/02 | REPRODUCTION OF DOCUMENTS | .60 |
| 11/04/02 | REPRODUCTION OF DOCUMENTS | 49.65 |
| 11/04/02 | TELECOPY EXPENSES | 10.27 |
| 11/05/02 | REPRODUCTION OF DOCUMENTS | 75.15 |
| 11/05/02 | TELECOPY EXPENSES | 10.88 |
| 11/11/02 | MESSENGER SERVICES - 13949 - PARCELS, INC.-D D R | 12.00 |
| 11/11/02 | FEDERAL EXPRESS - 4-391-58969 -   FEDERAL EXPRESS CORPORATION | 10.19 |
| 11/14/02 | REPRODUCTION OF DOCUMENTS | 4.65 |
| 11/15/02 | REPRODUCTION OF DOCUMENTS | 11.10 |
| 11/15/02 | TELECOPY EXPENSES | 7.22 |
| 11/15/02 | TELECOPY EXPENSES | 7.19 |
| 11/19/02 | REPRODUCTION OF DOCUMENTS | 9.15 |
| 11/20/02 | MESSENGER SERVICES -  PARCELS, INC.-D D R - 14131 | 12.00 |
| 11/20/02 | FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION - 4-438-76405 | 16.16 |
| 11/21/02 | TELECOPY EXPENSES | 7.08 |
| 11/21/02 | REPRODUCTION OF DOCUMENTS | 21.60 |
| 11/21/02 | REPRODUCTION OF DOCUMENTS | 3.90 |
| 11/21/02 | REPRODUCTION OF DOCUMENTS | 56.40 |
| 11/21/02 | REPRODUCTION OF DOCUMENTS | 1.80 |
| 11/22/02 | FEDERAL EXPRESS -  FEDERAL EXPRESS CORPORATION - 4-439-52662 | 28.64 |
| 11/22/02 | MESSENGER SERVICES -  PARCELS, INC.-D D R - 14218 | 12.00 |
| 11/25/02 | REPRODUCTION OF DOCUMENTS | 37.80 |
| 11/25/02 | REPRODUCTION OF DOCUMENTS | .75 |
| 11/25/02 | REPRODUCTION OF DOCUMENTS | 24.75 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 13, 2002
                                            MATTER :  W9600-001
                                            INVOICE : 149420

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

    RE:  IN RE: W.R. GRACE & CO., ET AL.


                        TOTAL EXPENSE ADVANCES :        430.93

                        TOTAL DUE   :                   430.93

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    DECEMBER 13, 2002
                                               MATTER :  W9600-003
                                               INVOICE : 149421


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

     RE:  ASSET DISPOSITION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/12/02 | JRW | OBTAIN AND REVIEW ORDER EXTEDING TIME TO ASSUME OR REJECT LEASES OF NONRESIDETIAL REAL PROPERTY | .20 |
| 11/12/02 | JRW | REVIEW MOTION FOR AUTHORITY TO AMEND AGREEMENT FOR SALE OF REAL PROPERTY | .20 |
| 11/12/02 | TC | REVIEWED DEBTORS' MOTION TO AMEND AGREEMENT OF SALE FOR REAL PROPERTY | .30 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------
   J R WAXMAN           160.00      .40           64.00
   T CURRIER            395.00      .30          118.50
                TOTALS              .70          182.50


              TOTAL FEES :                       182.50


              TOTAL DUE  :                       182.50
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   DECEMBER 13, 2002
                                            MATTER : W9600-004
                                            INVOICE : 149422


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

    RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/12/02 | TC | REVIEWED THIRD QUARTER EARNINGS RELEASE, FORWARDED BY TED WECHSLER TO MEMBERS OF EQUITY COMMITTEE IN ADVANCE OF OUR NEXT MEETING | .50 |
| 11/20/02 | TC | REVIEWED SEPTEMBER OPERATING REPORTS | .50 |
| 11/25/02 | JRW | REVIEW CORRESPONDENCE FROM TWESCHLER RE: DEBTORS' OPERATIONS AND PROFITABILITY | .20 |
| 11/27/02 | TC | REVIEWED MONTHLY OPERATING REPORTS DATED AS OF OCT 31 | .60 |
| 11/30/02 | JRW | REVIEW MONTHLY OPERATING REPORT FOR SEPTEMBER 2003 | .30 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                        RATE     HOURS         TOTALS
                        ----     -----         ------

J R WAXMAN             160.00     .50           80.00
T CURRIER              395.00    1.60          632.00
                TOTALS           2.10          712.00


                    TOTAL FEES :                     712.00


                    TOTAL DUE  :                     712.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   DECEMBER 13, 2002
                                            MATTER : W9600-005
                                            INVOICE : 149423


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

    RE:  CASE ADMINISTRATION



 DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                 HOURS
 ----   ----    -------------------------------                  -----

11/19/02 JRW    REVIEW LETTER FROM BJOHNSON RE: SCHEDULES          .10

11/21/02 RTT    DOWNLOAD AND REVIEW NOTICE OF AGENDA FOR           .30
                11/25/02 HEARING AT 10:00 A.M.(.2); DISCUSSION
                WITH J.WAXMAN RE SAME(.1)



                    T I M E   S U M M A R Y
                    -----------------------

                        RATE    HOURS          TOTALS
                        ----    -----          ------

 J R WAXMAN             160.00    .10           16.00
 R T TAYLOR             120.00    .30           36.00
                TOTALS            .40           52.00


                TOTAL FEES :                    52.00


                TOTAL DUE  :                    52.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 13, 2002
                                              MATTER :  W9600-008
                                              INVOICE : 149424
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/04/02 | JRW | TELEPHONE CALL TO AND FROM KMANGUAL RE: JULY FEE APPLICATION (.2; DRAFT NOTICE RE: SAME (.2) | .40 |
| 11/04/02 | RTT | E-FILE AND SERVE TWELFTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL FOR THE MONTH OF JULY | .70 |
| 11/04/02 | TC | CONF WITH JEFF WAXMAN RE INTERIM FEE REQUESTS | .20 |
| 11/05/02 | JRW | REVIEW KRAMER LEVIN SEPTEMBER 2002 FEE APPLICATION (.1) TELEPHONE CALLS TO AND FROM AND EMAIL FROM KMANGUAL RE: SAME (.2); CONFERENCE WITH RTAYLOR RE: NOTICE AND FILING (.1) | .40 |
| 11/05/02 | RTT | E-FILE AND SERVE FOURTEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR THE PERIOD OF SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002 | .70 |
| 11/05/02 | RTT | DRAFT NOTICE RE: FOURTEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKELL FOR THE PERIOD OF SEPTEMBER 1, 2002 THROUGH SEPTEMBER 30, 2002(.3); FORWARD SAME TO J.WAXMAN(.1) | .40 |
| 11/12/02 | JRW | REVIEW MOTION TO AMEND ORDER TO EMPLOY AND COMPENSATE CERTAIN ORDINARY COURSE PROFESSIONALS | .20 |
| 11/13/02 | JRW | TELEPHONE CALL FROM KMANGUAL RE: INTERIM FEE APPLICATION | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 13, 2002
                                              MATTER : W9600-008
                                              INVOICE : 149424


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

     RE:  FEE/EMPLOYMENT APPLICATIONS


| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/13/02 | JRW | CONFERENCE WITH RTAYLOR RE: INTERIM FEE APPLICATION (.1); REVIEW AND REVISE FEE APPLICATION IN LIGHT OF NEW PROJECT CATAGORIES (.3) | .40 |
| 11/14/02 | JRW | TELEPHONE CALL TO KMANGUEL RE: INTERIM FEE APPLICATION (.1); EMAIL TO TKDCURRIER RE SAME (.1) | .20 |
| 11/15/02 | JRW | REVIEW DOCKET RE: KRAMER LEVIN 13TH MONTHLY FEE APPLICATION (.1); REVIEW AND REVISE CNO FOR KRAMER 13TH MONTHLY FEE APPLICATION (.1); | .20 |
| 11/15/02 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN NAFTALIS & FRANKEL'S 13TH FEE APPLICATION | .40 |
| 11/15/02 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO THIRTEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL | .40 |
| 11/15/02 | RTT | REVIEW CASE DOCKET RE OBJECTION D/L TO KRAMER LEVIN'S 13TH FEE APPLICATION | .10 |
| 11/18/02 | JRW | OBTAIN AND REVIEW PWC'S MOTION FOR LIMITED WAIVER OF DEL. BANKR. L.R.2016-2(D) | .20 |
| 11/18/02 | RTT | REVIEW PRE-BILLS FOR THE MONTH OF OCTOBER(.2); FORWARD SAME TO ACCOUNTING(.1) | .30 |
| 11/19/02 | JRW | OBTAIN AND REVIEW WSMITH'S AMENDED FINAL REPORT FOR KRAMER LEVIN AND EMAIL TO GBECKER RE: SAME | .20 |
| 11/20/02 | JRW | EMAILS TO AND FROM KMANGUEL RE: KRAMER LEVIN FEE APPLICATIONS | .20 |
| 11/20/02 | TC | REVIEWED MOTION OF PWC FOR LIMITED WAIVER OF RULE 2016 REQUIREMENTS | .40 |

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 13, 2002
MATTER : W9600-008
INVOICE : 149424

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| | | |
|---|---|---|
| 11/20/02 TC | REVIEWED FEE ORDER FROM WARREN SMITH FOR 5TH INTERIM PERIOD | .40 |
| 11/21/02 JRW | REVIEW DOCKET AND CNO FOR KRAMER LEVIN'S SEPTEMBER FEE APPLICATION | .20 |
| 11/21/02 RTT | E-FILE AND SERVE KRAMER LEVIN NAFTALIS & FRANKEL'S QUARTERLY FEE APPLICATION FOR THE PERIOD OF 7/1/02 THROUGH 9/30/02 | 1.00 |
| 11/21/02 TC | REVIEWED CERTIFICATION OF FEE AUDITOR RE CATEGORY | .40 |
| 11/22/02 FAP | DISCUSSIONS WITH RTT RE: DRAFT THIRD QUARTERLY FEE APPLICATION (.1); REVIEW OF SECOND QUARTERLY FEE APPLICATION AND PROPOSED ORDER TO BE SUBMITTED AT 11/25 HEARING | .20 |
| 11/25/02 RSC | REVIEW AND EXECUTE 12TH INTERIM FEE APP FOR KRLS FOR PERIOD OCTOBER 02 | .30 |
| 11/25/02 RTT | DRAFT NOTICE OF KRAMER LEVIN NAFTALIS & FRANKELS 15TH FEE APPLICATION | .40 |
| 11/25/02 RTT | E-FILE AND SERVE 15TH FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002 | .90 |
| 11/26/02 JRW | REVIEW DOCKET AND REVIEW AND REVISE CNO FOR KRAMER LEVIN FEE APPLICATION (.2); EMAIL TO AND FROM GBECKER RE: SAME (.1) | .30 |
| 11/26/02 RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRLS TWELFTH FEE APPLICATION AND KRAMER LEVIN'S FIFTEENTH FEE APPLICATION | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 13, 2002
MATTER :  W9600-008
INVOICE : 149424

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| | | |
|---|---|---|
| 11/26/02 RTT | REVIEW DOCKET RE OBJ.D/L TO KRAMER LEVIN'S TWELFTH FEE APP(.1); DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION RE SAME(.4) | .50 |
| 11/27/02 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO TWELFTH FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL | .60 |

### T I M E   S U M M A R Y
- - - - - - - - - - - - - - - - - - - - - -

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 120.00 | .20 | 24.00 |
| J R WAXMAN | 160.00 | 3.00 | 480.00 |
| R S COBB | 270.00 | .30 | 81.00 |
| R T TAYLOR | 120.00 | 6.80 | 816.00 |
| T CURRIER | 395.00 | 1.40 | 553.00 |
| TOTALS | | 11.70 | 1954.00 |

TOTAL FEES :                    1,954.00

TOTAL DUE  :                    1,954.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 13, 2002
                                              MATTER :  W9600-011
                                              INVOICE : 149425

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

     RE:  LITIGATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/12/02 | JRW | REVIEW AMENDED REPORT OF SETTLEMENTS | .10 |
| 11/16/02 | TC | REVIEWED EDYTHE KELLOGG REPLY TO STATE COURT INJUNCTION MATTER | .30 |
| 11/18/02 | JRW | OBTAIN AND REVIEW DEBTOR'S REPLY TO KELLOGG'S OBJECTION MOTION TO DIRECT THE STATE COURT TO HONOR THE PI | .20 |
| 11/21/02 | TC | REVIEWED DEBTORS' REPLY TO EDYTHE KELLOGG MATTER | .30 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

     J R WAXMAN          160.00    .30          48.00
     T CURRIER           395.00    .60         237.00
                 TOTALS           .90         285.00


              TOTAL FEES :                     285.00


              TOTAL DUE  :                     285.00
```

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 13, 2002
                                              MATTER : W9600-012
                                              INVOICE : 149426

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

     RE:  MEETINGS OF CREDITORS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/21/02 | TC | REVIEWED MEMO TO COMMITTEE RE CYBERGENICS DEVELOPMENTS | .30 |
| 11/21/02 | TC | CONF WITH JEFF WAXMAN RE COMMITTEE MEETING | .10 |
| 11/21/02 | TC | REVIEWED MATERIALS IN PREPARATION FOR COMMITTEE MEETING | .30 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

   T CURRIER             395.00    .70        276.50
                 TOTALS            .70        276.50


            TOTAL FEES :                    276.50


            TOTAL DUE  :                    276.50
```

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 13, 2002
                                            MATTER :  W9600-014
                                            INVOICE : 149427

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

      RE:  RELIEF FROM STAY PROCEEDINGS


  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
  ----   ----   -------------------------------                     -----

11/16/02 TC     REVIEWED MOTION OF CATERPILLAR FINANCIAL FOR          .40
                RELIEF FROM THE STAY OR TO COMPEL ADEQUATE
                ASSURANCE

11/18/02 JRW    OBTAIN AND REVIEW CATERPILLAR LIFT STAY MOTION        .20


                  T I M E   S U M M A R Y
                  -----------------------

                        RATE     HOURS         TOTALS
                        ----     -----         ------

  J R WAXMAN            160.00    .20           32.00
  T CURRIER             395.00    .40          158.00
                TOTALS           .60          190.00


                TOTAL FEES :                          190.00


                TOTAL DUE  :                          190.00
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 13, 2002
                                              MATTER :  W9600-017
                                              INVOICE : 149428
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/01/02 | TC | REVIEWED FEE AUDITOR REPORT ON KLETT ROONEY FOR FIFTH | .30 |
| 11/04/02 | TC | REVIEWED FEE SPREADSHEET | .30 |
| 11/08/02 | RTT | SORT PRE-BILLS FOR THE MONTH OF OCTOBER | .10 |
| 11/11/02 | RTT | REVIEW PRE-BILL FOR THE MONTH OF OCTOBER(.4); FORWARD SAME TO J.WAXMAN(.1) | .50 |
| 11/12/02 | TC | REVIEWED FEE APPLICATION INFORMATION FOR KLETT ROONEY FEE APPLICATION | .40 |
| 11/13/02 | RTT | REVISIONS TO KRLS QUARTERLY FEE APPLICATION FOR THE PERIOD OF APRIL THROUGH JUNE 2002(.4); DISCUSSION WITH J.WAXMAN RE SAME(.1) | .50 |
| 11/14/02 | JRW | REVIEW TIME ENTRIES IN ANTICIPATION FOR MONTHLY FEE APPLICATION (.4); CONFERENCE WITH RTAYLOR RE: SAME (.1) | .40 |
| 11/14/02 | JRW | REVIEW AND RECOMPUTE ALL TIME AND AMOUNTS FOR TIME ENTRIES IN MONTHLY FEE APPLICATIONS FOR QUARTERLY FEE APPLICATION | 1.10 |
| 11/14/02 | RTT | ADDITIONAL CHANGES TO PRE-BILLS FOR THE MONTH OF OCTOBER | .30 |
| 11/14/02 | RTT | PREPARE MEMO TO ACCOUNTING RE CLARIFICATION OF SEVERAL TIME ENTRIES(.1); DISCUSSION WITH J. WAXMAN RE SAME(.1) | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 13, 2002
                                              MATTER : W9600-017
                                              INVOICE : 149428


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

      RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


11/15/02 RTT    E-FILE AND SERVE QUARTERLY FEE APPLICATION OF            .70
                KRLS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
                EQUITY HOLDERS FOR THE PERIOD APRIL 1, 2002
                THROUGH JUNE 30, 2002

11/15/02 TC     REVIEWED KLETT ROONEY FEE APPLICATION                    .60

11/18/02 RTT    RE-DISTRIBUTE PRE-BILLS FOR THE MONTH OF                 .20
                OCTOBER TO ACCOUNTING

11/19/02 JRW    OBTAIN AND REVIEW WSMITH'S AMENDED FINAL REPORT          .10
                FOR KRLS FEES FOR 5TH PERIOD

11/19/02 RTT    REVIEW AND COMPARE FINAL BILLS FOR OCTOBER 2002          .40

11/19/02 TC     REVIEWED AMENDED FINAL REPORT FROM WARREN SMITH          .40
                ON KLETT ROONEY FEE APPLICATIONS

11/20/02 RTT    EMAIL TO J.WAXMAN RE OBJECTION D/L TO QUARTERLY          .10
                FEE APP OF KRLS (APRIL-JUNE)

11/21/02 RTT    DRAFT NO ORDER REQUIRED CERTIFICATE OF NO               .60
                OBJECTION TO KRLS ELEVENTH FEE APPLICATION(.4);
                PREPARE AFFIDAVIT OF SERVICE RE SAME(.1);
                DOWNLOAD DOCKET FROM 10-25-02 THROUGH PRESENT
                RE SAME(.1)

11/21/02 RTT    DRAFT TWELFTH MONTHLY FEE APPLICATION OF KRLS          1.40
                FOR THE PERIOD OCT 1, 2002 THROUGH OCT 31,
                2002.

11/21/02 RTT    E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE          .60
                OF NO OBJECTION TO KRLS ELEVENTH FEE
                APPLICATION

11/21/02 TC     CONF WITH JEFF WAXMAN RE CNO FOR KLETT ROONEY           .10
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 13, 2002
MATTER :  W9600-017
INVOICE : 149428

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 11/22/02 | RTT | BEIGN TO DRAFT KRLS QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 2002 | .70 |
| 11/22/02 | RTT | RETRIEVE AND REVIEW ALL RELATIVE FEE APPLICATIONS FOR KRLS QUARTERLY FEE APP FOR THE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 2002 | .40 |
| 11/22/02 | RTT | DRAFT ORDER RE KRLS THIRD QUARTERLY FEE APPLICATION | .40 |
| 11/25/02 | RTT | E-FILE AND SERVE TWELFTH MONTHLY FEE APPLICATION OF KRLS FOR THE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002 | .70 |
| 11/25/02 | RTT | CONTINUE TO DRAFT QUARTERLY FEE APPLICATION OF KRLS FOR THE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 30, 2002 | 1.00 |
| 11/26/02 | JRW | CONFERENCE WITH RTAYLOR RE: INTERIM FEE APPLICATION (.1); REVIEW INTERIM FEE APPLICATIONS AND CALCULATE TIME AND AMOUNTS FOR FINAL FEE APPLICATION (.4) | .50 |
| 11/26/02 | RTT | ADDITIONAL REVISIONS TO KRLS QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 30, 2002 | .30 |
| 11/27/02 | RTT | E-FILE AND SERVE QUARTERLY FEE APPLICATION OF KRLS FOR THE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 30, 2002 | .70 |
| 11/27/02 | TC | REVIEWED QUARTERLY FEE APPLICATION | .40 |


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 13, 2002
                                              MATTER :  W9600-017
                                              INVOICE : 149428


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

    RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS           TOTALS
                         ----    -----           ------

J R WAXMAN               160.00   2.10           336.00
R T TAYLOR               120.00   9.80          1176.00
T CURRIER                395.00   2.50           987.50
               TOTALS            14.40          2499.50


            TOTAL FEES :                             2,499.50


            TOTAL DUE  :                             2,499.50
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 13, 2002
MATTER :  W9600-018
INVOICE : 149429

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | --- | ----- |
| 11/18/02 | JRW | OBTAIN AND REVIEW AGENDA FOR NOVEMBER 25, 2002 HEARING (.1); EMAIL TO TKDCURRIER AND GBECKER RE: SAME (.1) | .20 |
| 11/18/02 | TC | REVIEWED AGENDA LETTER FOR HEARING 11/25 | .40 |
| 11/18/02 | TC | REVIEWED AGENDA LETTER FOR HEARING SCHEDULED FOR 11/25 | .40 |
| 11/25/02 | JRW | ATTEND HEARING (1.5); DRAFT MEMO RE: SAME (.4) | 1.90 |
| 11/26/02 | JRW | CONTINUE DRAFTING AND REVISING MEMO RE: NOVEMBER 25, 2002 HEARING AND EMAIL TO GBECKER AND PBENTLEY RE: SAME | .90 |
| 11/29/02 | TC | REVIEWED SYNOPSIS OF 11/25 HEARING, FOR COMMITTEE | .30 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| J R WAXMAN | 160.00 | 3.00 | 480.00 |
| T CURRIER | 395.00 | 1.10 | 434.50 |
| TOTALS | | 4.10 | 914.50 |

TOTAL FEES :                              914.50

TOTAL DUE  :                              914.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 13, 2002
MATTER :  W9600-020
INVOICE : 149430

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:  ZAI SCIENCE TRIAL

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/30/02 | JRW | OBTAIN AND REVIEW ORDERS INCLUDING AMENDED SCHEDULING ORDER FOR ZAI TRIAL (.1); EMAIL TO GBECKER AND PBENTLEY RE: ZAI SCHEDULING ORDER (.1) | .20 |
| 11/30/02 | TC | REVIEWED AMENDED ZAI SCHEDULING ORDER | .20 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| J R WAXMAN | 160.00 | .20 | 32.00 |
| T CURRIER | 395.00 | .20 | 79.00 |
| TOTALS |  | .40 | 111.00 |

TOTAL FEES :                    111.00

TOTAL DUE  :                    111.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 13, 2002
                                              MATTER :  W9600-021
                                              INVOICE : 149431
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:  FRAUDULENT TRANSFER LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/01/02 | TC | REVIEWED PETITION OF SEALED AIR FOR LEAVE TO APPEAL | .50 |
| 11/04/02 | JRW | REVIEW CERTIFICATION OF SERVICE FOR SEALED AIR'S PETITION FOR PERMISSION TO APPEAL JUDGE WOLIN'S DECISION (.1); EMAIL TO PBENTLEY AND GBECKER RE: SAME (.2); EMAIL FROM PBENTLEY RE: SAME AND TELEPHONE CALL TO SKADDEN RE: EMAIL ADDRESS OF MKING (.1); EMAILS TO AND FROM MKING RE: AMENDMENT TO SERVICE LIST (.2) | .60 |
| 11/11/02 | JRW | CONFERENCE WITH TKDCURRIER RE: APPEARANCE IN THIRD CIRCUIT | .10 |
| 11/12/02 | JRW | REVIEW TIME ENTRIES IN ANTICIPATION OF MONTHLY FEE APPLICATION (.3); CONFERENCE WITH TKDCURRIER RE: SAME (.1); REVIEW QUARTERLY FEE APPLICATION (.1) CONFERENCE WITH RTAYLOR RE: SAME (.1) | .60 |
| 11/12/02 | TC | REVIEWED SEALED AIR MOTION FOR LEAVE TO APPEAL | .20 |
| 11/13/02 | JRW | VOICEMAIL FROM PBENTLEY RE: APPEARANCE IN SEALED AIR (.1); CONFERENCE WITH TKDCURRIER RE: SAME (.1); REVIEW 3D CIR. RULES AND 3D CIR. WEBSITE AND TELEPHONE CALL TO COURT OF APPEALS RE: APPEARANCE AND ADMISSION TO COURT OF APPEALS (.4); EMAIL TO GBECKER RE: SAME (.2) | .80 |
| 11/13/02 | JRW | REVIEW AND REVISE KRLS INTERIM FEE APPLICATION | .30 |
| 11/13/02 | TC | CALL TO PHIL BENTLEY RE SEALED AIR APPEAL TO THIRD CIRCUIT | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 13, 2002
                                              MATTER : W9600-021
                                              INVOICE : 149431
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

RE:  FRAUDULENT TRANSFER LITIGATION


| 11/13/02 TC | CONF WITH JEFF WAXMAN RE THIRD CIRCUIT APPELLEE RULES FOR SEALED AIR APPEAL | .30 |
|---|---|---|
| 11/14/02 JRW | REVIEW SEALED AIR'S PETITION FOR INTERLOCUTORY APPEAL (.5); REVIEW DEBTORS' PETITION FOR INTERLOCUTORY APPEAL (.3); REVIEW ASBESTOS PI COMMITTEE'S PETITION FOR INTERLOCUTORY APPEAL (.4) | 1.20 |
| 11/15/02 JRW | REVIEW MOTION OF DEBTORS AND SEALED AIR TO POSTPONE THE DECEMBER 2, 2002 TRIAL DATE | .20 |
| 11/18/02 JRW | OBTAIN AND REVIEW STIPULATION RE: ENVIRONMENTAL LIABILITIES | .30 |
| 11/21/02 JRW | OBTAIN AND REVIEW JUDGE WOLIN'S MEMORANDUM AND ORDER RE: SEALED AIR TRIAL (.2) EMAIL TO GBECKER AND PBENTLEY RE: SAME (.2) | .40 |
| 11/21/02 JRW | TELEPHONE CALLS TO AND FROM GBECKER RE: CYBERGENICS AND THE THIRD CIRCUIT REHEARING EN BANC (.2); TELEPHONE CALL TO ISN RE: SAME (.1); REVIEW THIRD CIRCUIT IOPS AND EMAIL TO GBECKER RE: SAME (1.0) | 1.30 |
| 11/25/02 JRW | OBTAIN AND REVIEW LETTER FROM ASBESTOS COMMITTEE TO CLERK OF BANKRUPTCY COURT RE: JUDGE WOLIN'S ORDER AND INTERLOCUTORY APPEAL (.1); OBTAIN AND REVIEW DEBTORS' OBJECTION TO SUPPLEMENTAL TRIAL EXHIBITS (.2) | .30 |
| 11/25/02 JRW | TELEPHONE CALL TO GBECKER: RE: SEALED AIR ACTION, OMNIBUS HEARING, AND THIRD CIRCUIT APPEARANCE FORMS | .20 |
| 11/26/02 JRW | OBTAIN AND REVIEW TRANSMITTAL OF RECORD TO THE THIRD CIRCUIT COURT OF APPEALS | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   DECEMBER 13, 2002
                                            MATTER :  W9600-021
                                            INVOICE : 149431


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/02    T C

     RE:  FRAUDULENT TRANSFER LITIGATION


| Date | | Description | Hours |
|---|---|---|---|
| 11/26/02 | JRW | OBTAIN AND REVIEW OBJECTIONS OF THE COMMITTEE AND SEALED AIR TO TRIAL EXHIBITS FOR SEALED AIR LITIGATON | .30 |
| 11/27/02 | JRW | CONFERENCE WITH TKDCURRIER RE: JUDGE WOLIN'S SUA SPONTE DECISION IN SEALED AIR TO PROCEED WITH TRIAL, ADMISSION FOR GBECKER TO THE THIRD CIRCUIT COURT OF APPEALS, AND KRLS' FEE APPLICATION | .10 |
| 11/27/02 | TC | REVIEWED SEALED AIR MEMORANDUM AND ORDER RE TRIAL | .40 |
| 11/28/02 | TC | REVIEWED ORDER PARTIALLY VACATING EARLIER ORDER RE INTERLOCUTORY APPEAL | .30 |
| 11/28/02 | TC | REVIEWED JUDGE WOLLIN'S OPINION IN SEALED AIR | .60 |
| 11/30/02 | JRW | REVIEW THIRD CIRCUIT SEALED AIR DOCKET | .10 |


             T I M E   S U M M A R Y
             ------------------------

|  | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
|  | | ---- | ----- | ------ |
| J R WAXMAN | | 160.00 | 6.90 | 1104.00 |
| T CURRIER | | 395.00 | 2.50 | 987.50 |
|  | TOTALS | | 9.40 | 2091.50 |


                    TOTAL FEES :              2,091.50


                    TOTAL DUE  :              2,091.50


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.