IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 3099** |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION
REGARDING THE SIXTEENTH MONTHLY APPLICATION OF
CAMPBELL & LEVINE, LLC, FOR SERVICES RENDERED AND
REIMUBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED
COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY
CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2002 THROUGH
<u>OCTOBER 31, 2002 (DOCKET NO. 3099)</u>**

I, Marla R. Eskin, of Campbell & Levine, LLC, hereby certify the following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on December 3, 2002 a sixteenth monthly application ("Application") [Docket No. 3099] for services rendered and reimbursement of expenses incurred as Delaware and associated counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before December 24, 2002. No objections to the Application have been received by the

{D0007158:1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Campbell & Levine eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

        CAMPBELL & LEVINE, LLC

        /S/ Marla R. Eskin
        Marla R. Eskin (I.D. #2989)
        Aileen F. Maguire (I.D. #3756)
        800 N. King Street
        Suite 300
        Wilmington, DE 19899
        (302) 426-1900

        Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated: December 26, 2002

{D0007158:1}  2