**EXHIBIT A**



# NELSON MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

December 13, 2002  
Invoice 538208  Page 1

Our Matter #         02399/06032                      For Services Through 11/30/02  
WR Grace #           063-KL-721490-01-0501221  
Name of Matter:      Charleston

| Date | Description | | | |
|---|---|---|---|---|
| 11/02/02 | Review Consent Orders gathered from DHEC that could be relevant to responding to issuance of ROD (1.6); revise summary of expected steps in implementation of ROD and forward to Mr. Bucens (0.8); review issues related to implementation of Consent Orders with Attorney Carlisle (0.4). | | | |
| | B.F. HAWKINS, JR. | 2.80 hrs. | 240.00/hr | $672.00 |
| 11/02/02 | Confer with Attorney Hawkins regarding information obtained from DHEC regarding recent demands for payment of oversight costs at other DHEC-lead sites. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 220.00/hr | $22.00 |
| 11/04/02 | Review information regarding likely implementation of ROD through Consent Order. | | | |
| | B.F. HAWKINS, JR. | 0.50 hrs. | 240.00/hr | $120.00 |
| 11/04/02 | Review oversight cost provisions of consent orders and voluntary clean-up agreements obtained from DHEC (0.7); draft electronic mail memorandum to Attorney Hawkins regarding same (0.1); review copies of additional consent orders and voluntary clean-up contracts obtained today from DHEC (0.6). | | | |
| | R.T. CARLISLE | 1.40 hrs. | 220.00/hr | $308.00 |
| 11/13/02 | Review DHEC's response to Grace's comments on Feasibility Study (0.4); review research assignments regarding same with Attorney Carlisle (0.3). | | | |
| | B.F. HAWKINS, JR. | 0.70 hrs. | 240.00/hr | $168.00 |
| 11/18/02 | Review issues associated with DHEC's response to Grace's comments on Feasibility Study and information presented at public meeting. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 240.00/hr | $96.00 |
| 11/19/02 | Review with Attorney Cleary need to evaluate specific parts of DHEC's response to Feasibility Study comments and proposed remedy public hearing. | | | |
| | B.F. HAWKINS, JR. | 0.30 hrs. | 240.00/hr | $72.00 |
| 11/19/02 | Check with Attorney Carlisle regarding status of research regarding any required response to DHEC's response to public comments. | | | |
| | D.M. CLEARY | 0.20 hrs. | 290.00/hr | $58.00 |

**Fees for Legal Services**..................................................................................  **$1,516.00**

W. R. Grace & Co.

December 13, 2002
Invoice 538208  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 4.70 | 240.00 | 1,128.00 |
| D.M. CLEARY | 0.20 | 290.00 | 58.00 |
| R.T. CARLISLE | 1.50 | 220.00 | 330.00 |
| TOTAL | 6.40 | $236.88 | $1,516.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 11/04/2002 | Courier charge | 36.00 |
| 11/13/2002 | Photocopies 8 Page(s) | 0.40 |
| 11/13/2002 | Photocopies 18 Page(s) | 0.90 |

**Total Charges for Other Services Provided/Expenses Incurred**.................................. **$37.30**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.30 |
| Courier - In | 36.00 |
| TOTAL | $37.30 |

**Net current billing for this invoice**............................................................... **$1,553.30**

W. R. Grace & Co.

December 13, 2002
Invoice 538208  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/02

Our Matter # 02399/06032
Charleston

| | |
|---|---:|
| Fees for Professional Services | $1,516.00 |
| Charges for Other Services Provided/Expenses Incurred | $37.30 |
| **Net current billing for this invoice**............................................................ | **$1,553.30** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 466690 | 09/21/2001 | 1,103.51 | 209.40 |
| 469747 | 10/17/2001 | 6,696.45 | 1,334.10 |
| 481662 | 12/18/2001 | 14,609.12 | 524.62 |
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 487272 | 01/31/2002 | 12,999.68 | 2,509.60 |
| 502858 | 05/10/2002 | 5,685.17 | 1,070.40 |
| 508364 | 06/21/2002 | 4,710.07 | 938.20 |
| 514743 | 07/23/2002 | 8,274.76 | 1,626.40 |
| 518010 | 08/15/2002 | 10,057.75 | 2,007.80 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 4,527.42 |
| | TOTAL A/R BALANCE | | $20,687.15 |

# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

December 18, 2002  
Invoice 538209  Page 1

Our Matter #      02399/06091                                    For Services Through 11/30/02  
Name of Matter:  Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/04/02 | Prepare draft Fifth Quarterly Interim Verified Application documents for the period July 1, 2002 through September 30, 2002.<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 11/04/02 | Review Ms. Ferdinand's correspondence containing the Final 5th Quarter Project Category Report.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 11/04/02 | Review Docket for current filings for the period October 19 through November 4.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 11/05/02 | Telephone conference with Mr. Port regarding outstanding invoices.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/06/02 | Review and modify draft quarterly documents.<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 11/12/02 | Prepare correspondence regarding conversation with Mr. Port and e-mail same to Attorneys Cleary and Hawkins.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/12/02 | Telephone conference with Mr. Port regarding outstanding court approved invoices.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/13/02 | Prepare spreadsheet detailing outstanding invoice number, date, total invoice, and balance due and e-mail same to Mr. Port, Ms. McFadden, Ms. Harding, Ms. Duff, Attorney Cleary, Attorney Hawkins, and Ms. Johnson.<br>K. BROWN | 2.30 hrs. | 125.00/hr | $287.50 |
| 11/15/02 | Prepare correspondence to Mr. Port, Ms. Duff, Attorney Cleary and Attorney Hawkins regarding outstanding balances; and e-mail same.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 11/15/02 | Prepare correspondence to Mr. Port, Ms. Duff, Attorneys Cleary and Hawkins requesting assistance in determining the status of the outstanding balances.<br>K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 11/15/02 | Review outstanding invoices database, Grace Billing Report, Mr. Port's spreadsheet detailing payments for September 2001, December 2001, and January 2002 through April 2002; the docket from November 6, 2002 through November 15, 2002. | | | |

W. R. Grace & Co.

December 18, 2002
Invoice 538209  Page 2

|  |  |  |  |  |
|---|---|---|---|---|
|  | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 11/15/02 | Meet with Attorney Cleary to discuss the outstanding balances. | | | |
|  | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 11/15/02 | Telephone conference with A/R Specialist at Lake Charles regarding the electronic payment. | | | |
|  | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/18/02 | Telephone conference with Administrative Assistant regarding outstanding invoices status and forward correspondence regarding same to Ms. Johnson. | | | |
|  | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/18/02 | Review Mr. Port's correspondence and compare Mr. Port's spreadsheet (detailing outstanding balances for the 4th Interim Quarter) to the Outstanding Invoices database. | | | |
|  | K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 11/18/02 | Telephone Ms. Cuniff to check on the status of a signed Order for the 1st, 2nd, and 3rd Quarterly. | | | |
|  | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 11/18/02 | Telephone conference with Ms. Cuniff regarding the Order for the 1st, 2nd and 3rd Quarterly. | | | |
|  | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/18/02 | Review docket for current filings. | | | |
|  | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/20/02 | Review Ms. Cuniff's correspondence to Attorney Cleary regarding the status of an Order Approving the 1st, 2nd and 3rd Interim Periods. | | | |
|  | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/20/02 | Review Ms. Ferdinand's correspondence regarding draft Order Approving the 5th Interim Period (0.3) and compare Ms. Ferdinand's correspondence to Project Category Summary Report for the 5th Quarterly Period, Response to Fee Auditor's Initial Report Approving the 5th Interim Period and the Fee Auditor's Final Report Approving the 5th Interim Period (0.7). | | | |
|  | K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 11/20/02 | Prepare correspondence to Mr. Port regarding status of outstanding and court approved payments. | | | |
|  | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 11/21/02 | Prepare draft letters to Ms. Duff and Mr. Emmett regarding October 2002 invoices for Attorney Cleary's review and approval. | | | |
|  | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/21/02 | Review Mr. Port's e-mail detailing payments that will be paid (0.3); prepare response containing CNO and August 2002 spreadsheet listing outstanding invoices information to Mr. Port inquiring about August 2002 court approved payment (0.4); e-mail August 2002 inquiry to Mr. Port, Ms. Duff, Attorney Cleary and Attorney Hawkins (0.2). | | | |
|  | K. BROWN | 0.90 hrs. | 125.00/hr | $112.50 |
| 11/22/02 | Review and organize the revised Project Category Summary for the 1st, 2nd, 3rd, and 5th periods from Ms. Ferdinand. | | | |
|  | K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

W. R. Grace & Co.

December 18, 2002
Invoice 538209  Page 3

| Date | Description | Timekeeper | Hours | Rate | Amount |
|------|-------------|------------|-------|------|--------|
| 11/22/02 | Revise and review Fifth Quarterly Interim Fee Application (July 1, 2002-September 30, 2002) documents (1.0); prepare final documents (0.3); meet with Attorney Cleary for his review and approval of the Fifth Quarterly Interim Fee Application (0.4); prepare final October invoices letters to Ms. Duff and Mr. Emmett for Attorney Cleary's review and approval (0.4); meet with Attorney Cleary for his review and approval of the letters regarding the October invoices to Ms. Duff and Mr. Emmett (0.3). | K. BROWN | 2.40 hrs. | 125.00/hr | $300.00 |
| 11/25/02 | Telephone Ms. Cuniff and left message. | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 11/25/02 | Telephone conference with Ms. Cuniff regarding Order Approving the 1st, 2nd, 3rd and 5th Quarterly Fees. | K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 11/25/02 | Prepare correspondence inquiring about the status of outstanding payment to Ms. Harding, Mr. Port, Ms. Duff, Attorney Cleary, Attorney Hawkins and Administrative Assistant Johnson; and e-mail same. | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/25/02 | Telephone Ms. Harding and left message. | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 11/25/02 | Prepare correspondence to Mr. Smith and Attorney Cleary regarding discrepancy in the Amended Report signed November 20, 2002; and e-mail same. | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/25/02 | Review correspondence from Mr. Smith containing his Amended Fee Auditor's Report for 2nd and 3rd Interim Periods. | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/25/02 | Review docket for recent filings (November 22-25). | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/25/02 | Prepare correspondence containing the Fifth Quarterly Interim Fee Application documents and e-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary. | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 11/26/02 | Review correspondence from Ms. Ferdinand regarding discrepancy in the Amended Fee Auditor's Report for the 2nd and 3rd Interim Periods and e-mail same to Attorney Cleary. | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 11/26/02 | Review docket for recent filings. | K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |

**Fees for Legal Services**.................................................................................................. **$2,725.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|--|-------|---------|---------|
| K. BROWN | 21.80 | 125.00 | 2,725.00 |
| TOTAL | 21.80 | 125.00 | 2,725.00 |

W. R. Grace & Co.
December 18, 2002
Invoice 538209  Page 4

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 11/04/2002 | Fed Ex | 27.59 |
| 11/06/2002 | Telephone 1-561-362-1506 | 0.15 |
| 11/06/2002 | Telephone 1-561-362-1506 | 0.34 |
| 11/12/2002 | Photocopies 27 Page(s) | 1.35 |
| 11/13/2002 | Telephone 1-561-362-1506 | 0.21 |
| 11/14/2002 | VENDOR: Federal Express; INVOICE#: 647088615; DATE: 11/14/2002 - 10/25/02 | 39.20 |
| 11/14/2002 | Telephone 1-337-583-2611 | 0.53 |
| 11/15/2002 | Telephone 1-337-583-3402 | 0.13 |
| 11/18/2002 | Telephone 1-302-652-4100 | 0.36 |
| 11/22/2002 | Photocopies 176 Page(s) | 8.80 |
| 11/25/2002 | Photocopies 11 Page(s) | 0.55 |
| 11/25/2002 | Telephone 1-302-652-4100 | 0.42 |
| 11/25/2002 | Telephone 1-617-876-1400 | 0.36 |

**Total Charges for Other Services Provided/Expenses Incurred**.................................. **$79.99**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 10.70 |
| Federal Express | 39.20 |
| Fed Ex | 27.59 |
| Telephone | 2.50 |
| TOTAL | $79.99 |

**Net current billing for this invoice** ................................................................................ **$2,804.99**

W. R. Grace & Co.

December 18, 2002
Invoice 538209  Page 5

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN. ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 11/30/02

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $2,725.00 |
| Charges for Other Services Provided/Expenses Incurred | $79.99 |
| **Net current billing for this invoice** | **$2,804.99** |

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
ABA#: 053200666
Account #: 04032 24077 01
Bank: National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 514768 | 07/23/2002 | 5,866.44 | 1,166.90 |
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 5,243.32 |
| 533401 | 11/18/2002 | 3,562.00 | 3,562.00 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| | TOTAL A/R BALANCE | | $15,201.71 |