IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## <u>NOTICE OF WITHDRAW OF CERTIFICATE OF NO OBJECTION</u>

PLEASE TAKE NOTICE that Docket No. 3195 was filed in error and is

subsequently withdrawn.  Please disregard No. 3195.


CAMPBELL & LEVINE, LLC

_/S/ Marla R. Eskin_____
Marla R. Eskin (I.D. #2989)
Aileen F. Maguire (I.D. #3756)
800 North King Street
Suite 300
Wilmington, DE  19899

Dated:  December 27, 2002