```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W.R Grace & Co.                        Invoice Number    993942
  One Town Center Road                   Invoice Date    12/20/02
  Boca Raton, FL   33486                 Client Number     172573
```

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

```
    Fees                          5,306.00

            TOTAL BALANCE DUE UPON RECEIPT      $ 5,306.00
                                               =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
  W.R Grace & Co.                          Invoice Number      993942
  One Town Center Road                     Invoice Date      12/20/02
  Boca Raton, FL    33486                  Client Number       172573
                                           Matter Number        60026
```

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2002

```
  Date    Name                                              Hours
-------- -----------                                        -----


11/01/02 Turkaly        Review Grace litigation materials    4.00
                        for factual information and
                        organize and prepare index of same.


11/04/02 K. Hindman     Corrected and updated database of    1.00
                        documents from the cost recovery
                        action.


11/04/02 Rossi          Multi memos for cost-recovery         .50
                        action work re: ONSS scanned
                        target sheets and data correction.


11/04/02 Turkaly        Review Grace litigation materials    3.00
                        for factual information and
                        prepare index of same


11/05/02 Atkinson       Reviewing Summation database for     1.30
                        test documents and printing
                        substantive documents for T. Rea
                        review.


11/05/02 Bentz          Review of Grace brief in             1.00
                        opposition to motion for summary
                        judgment in EPA cost recovery
                        action.


11/05/02 Cameron        Review stipulation in Cost            .90
                        Recovery Action (.3); Review
                        materials regarding R. Lee
                        testimony in cost recovery action
                        (.6).
```

```
172573 W. R. Grace & Co.                        Invoice Number  993942
60026  Litigation and Litigation Consulting     Page   2
       December 20, 2002
```

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 11/05/02 | Turkaly | Review Grace litigation materials for factual information and prepare index of same. | 1.50 |
| 11/06/02 | Atkinson | Reviewing Summation database for testing documents. | 1.30 |
| 11/07/02 | Atkinson | E-mails to C. Latuda (HRO) re: Box inventory for review of documents in Boston for cost recovery action. | .30 |
| 11/08/02 | K. Hindman | Corrected and updated database of documents from the cost recovery action. | .50 |
| 11/08/02 | Rossi | Multi memos for cost-recovery action work re: fixes to scanned ONSS target sheets and data for/from HRO (0.3); memo to Murphy, Byrne re: additional boxes for scanning (0.1). | .40 |
| 11/11/02 | Atkinson | Reviewing files for copies of videotapes per Holme Roberts' request for use in connection with cost recovery action. | 1.30 |
| 11/11/02 | Rossi | Multi memos for cost-recovery action work re: delivery and scanning of additional Cambridge boxes. | .30 |
| 11/12/02 | Cameron | Review Libby cost recovery action trial preparation materials to provide  comments. | .80 |
| 11/18/02 | Atkinson | Reviewing D. Cameron working files for pleadings, correspondence. | .40 |
| 11/21/02 | Rossi | Memos for cost-recovery action work re: corrections to On-Site data. | .30 |
| 11/22/02 | Cameron | Telephone call with R. Finke regarding expert testimony in EPA Cost Recovery Action (.3); Review expert proposed testimony regarding same (.8). | 1.10 |

```
172573 W. R. Grace & Co.                      Invoice Number  993942
60026  Litigation and Litigation Consulting   Page   3
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/23/02 | Cameron | Continued review of materials for preparation of expert testimony in EPA Cost Recovery Action. | 1.70 |
| 11/26/02 | Cameron | Review materials relating to Rich Lee testimony in cost recovery action. | 1.20 |
| 11/27/02 | Cameron | Review materials from Holme Roberts regarding deposition designations in cost-recovery action and e-mails regarding same. | 1.70 |
| 11/29/02 | Cameron | Review materials relating to Yang deposition designations in EPA Cost Recovery Action. | 1.50 |

```
                                                  ------
                                  TOTAL HOURS      26.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 8.90 | at $ | 385.00 | = | 3,426.50 |
| James W Bentz | 1.00 | at $ | 300.00 | = | 300.00 |
| Martha Susan Haines Rossi | 1.50 | at $ | 150.00 | = | 225.00 |
| Maureen L. Atkinson | 4.60 | at $ | 120.00 | = | 552.00 |
| Christine H. Turkaly | 8.50 | at $ | 75.00 | = | 637.50 |
| Karen Hindman | 1.50 | at $ | 110.00 | = | 165.00 |

```
                        CURRENT FEES                        5,306.00


                                                   ------------
           TOTAL BALANCE DUE UPON RECEIPT          $ 5,306.00
                                                   ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number      993966
  5400 Broken Sound Blvd., N.W.        Invoice Date      12/20/02
  Boca Raton, FL 33487                 Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                         102,366.00

                  TOTAL BALANCE DUE UPON RECEIPT    $ 102,366.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      993966
5400 Broken Sound Blvd., N.W.            Invoice Date      12/20/02
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2002

  Date   Name                                              Hours
-------- -----------                                       -----


11/01/02 Atkinson      Reviewing privileged documents on    4.70
                       Summation to prepare draft
                       Privilege Log for ZAI Science
                       Trial document production (2.9);
                       reviewing, organizing summaries
                       for contract attorneys to use in
                       coding of documents (1.8).


11/01/02 Bentz         Conference with G. Graham            1.70
                       regarding potential witness in ZAI
                       Science Trial (.2); conference
                       with L. Flatley regarding status
                       of discovery and potential
                       depositions (.4); review of draft
                       privilege log for ZAI documents
                       (.5); work on resolution of
                       outstanding discovery issues (.6).


11/01/02 Campbell      Attorney work-product review,        7.25
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.


11/01/02 Flatley       Meet with J. Bentz re: status and     .40
                       events of 10/31 planning meeting.


11/01/02 Gompers       Attorney work-product review,        8.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

```
172573 W. R. Grace & Co.                        Invoice Number  993966
60028  ZAI Science Trial                        Page   2
        December 20, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/01/02 | Miller | Further research regarding proximity test in asbestos personal injury cases for preparation of ZAI Science Trial defense. | 3.00 |
| 11/01/02 | Muha | Revise notes of strategy/planning meeting of October 31, 2002. | .80 |
| 11/01/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/01/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/01/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/01/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/02/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/02/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 4.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page   3
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/02/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/02/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/02/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 4.00 |
| 11/03/02 | Atkinson | Reviewing and organizing Summaries for contract attorneys' coding of documents for production in ZAI Science Trial (.8); reviewing documents coded as privilege, for preparation of privilege log for attic insulation documents (1.2). | 2.00 |
| 11/03/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 5.00 |
| 11/03/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 4.00 |
| 11/04/02 | Atkinson | Revising list of Target Sheets inadvertently scanned into On-Site database, and e-mail/Ons-Site re: same(.3); continuing to review and add Privileged Documents to Privileged Log of attic insulation documents (2.0). Supervision of contract attorneys, including advising of completion of review (.7); reviewing Summation database and organizing Summaries for contract attorneys to use in | 4.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  993966
60028  ZAI Science Trial                        Page   4
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | coding project (1.1). | |
| 11/04/02 | Bentz | Reviewing and revising draft privilege log for ZAI documents (1.1); work on responses to second set of interrogatories and second requests for production of documents (2.2); conference with R. Finke regarding discovery issues in Science Trial (.3); review of document regarding privilege issues (.5); letter addressing various outstanding discovery issues (1.1). | 5.20 |
| 11/04/02 | Cameron | Telephone call with R.Finke regarding expert testing issues (.3); review correspondence regarding outstanding discovery issues in ZAI Science Trial (.4). | .70 |
| 11/04/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |
| 11/04/02 | Flatley | Call with R. Finke re: follow up on October 31 planning meeting. | .20 |
| 11/04/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 11/04/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.40 |
| 11/04/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  993966
60028  ZAI Science Trial                        Page    5
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/04/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/04/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/04/02 | Restivo | Review of collected materials pertaining to ZAI Science Trial discovery issues. | 1.50 |
| 11/04/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 4.00 |
| 11/04/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/05/02 | Atkinson | Meeting with C. Turkaly and sample documents re: reviewing, coding documents changed to non-privileged in Lason database and preparing them for production in ZAI Science Trial (0.6); reviewing Privileged Documents and continuing to prepare Privileged Log for ZAI Science Trial discovery (2.8); prepare summaries for contract attorneys for coding of documents (.6). | 4.00 |
| 11/05/02 | Bentz | Conferences regarding information necessary for responses to ZAI claimants' second set of interrogatories (1.5); letter to ZAI claimants' counsel regarding various outstanding discovery issues (1.1); arranging for production of items for inspection by ZAI claimants' counsel (0.8). | 3.40 |

```
172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page   6
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/05/02 | Cameron | Telephone call with R. Finke regarding report on discussions with experts (.4); Review and revise draft discovery letter to ZAI claimants (.1). | .50 |
| 11/05/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 11/05/02 | Flatley | Call with W. Sparks re: potential Grace deponents in ZAI Science Trial (.40); call with J. Bentz as follow up on W. Sparks call (.40). | .80 |
| 11/05/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 11/05/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 11/05/02 | Muha | Attention to various issues re: review of Grace testing documents for development in ZAI Science Trial defense. | 2.30 |
| 11/05/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/05/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 11/05/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science | 8.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  993966
60028  ZAI Science Trial                        Page   7
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | Trial matters. | |
| 11/05/02 | Restivo | Meeting with J. Bentz re: outstanding discovery issues relating to ZAI Science Trial. | .40 |
| 11/05/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.25 |
| 11/05/02 | Rossi | Memo to Atkinson re: privilege log for ZAI document production. | .50 |
| 11/05/02 | Turkaly | Review attic documents on summation database for privileged information and revise document information in database. | 2.00 |
| 11/06/02 | Atkinson | Reviewing documents coded as privileged and continuing to draft Privileged Documents Log for ZAI Science Trial discovery (3.1); reviewing files for copies of pleadings from ZAI Science Trial per A. Hammond (W.R. Grace) request (1.4);  searches on Summation database and reviewing file binders re: D. D. Walcyzk/home attic testing (1.8); memo and copies to J. Bentz for preparation of ZAI Science Trial defense (0.2). | 6.50 |
| 11/06/02 | Bentz | Letter to ZAI claimants' counsel regarding various outstanding discovery issues (.25); investigating information responsive to ZAI claimants' discovery requests (2.0). | 2.25 |
| 11/06/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

172573 W. R. Grace & Co.                                    Invoice Number  993966
60028  ZAI Science Trial                                    Page   8
       December 20, 2002

   Date   Name                                                          Hours
 -------- -----------                                                   -----

11/06/02 Flatley          Review experts' report from          1.20
                          another case in preparation for
                          11/11 conference call with R.
                          Finke, R. Senftleben, D.
                          Kuchinsky, et al. re: ZAI Science
                          Trial.

11/06/02 Gompers          Attorney work-product review,        9.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/06/02 Kennedy          Attorney work-product review,        9.20
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/06/02 Miller           Further review of case law           4.50
                          regarding elements of asbestos
                          personal injury action for
                          preparation of ZAI Science Trial
                          defense.

11/06/02 Nath             Attorney work-product review,        9.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/06/02 Paulen           Attorney work-product review,        9.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/06/02 Peterson         Attorney work-product review,        9.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/06/02 Rice             Attorney work-product review,        7.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

```
172573 W. R. Grace & Co.                    Invoice Number  993966
60028  ZAI Science Trial                    Page   9
        December 20, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/06/02 | Rossi | Draft memo re: privilege log for ZAI documents. | .40 |
| 11/06/02 | Turkaly | Review attic documents in summation database for privileged information and compile list of same (2.1); revise document information in database (1.9). | 4.00 |
| 11/06/02 | Turner | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/07/02 | Atkinson | E-mail to J. Bentz re: document production logistics in ZAI Science Trial (.3); reviewing Summation documents re: privilege designation, and continuing to draft privileged documents log for discovery in ZAI Science Trial (5.6). Arrangements for supplemental production of Lason documents, incorrectly coded as privileged (1.2). Revising Summation coding to reflect determination that certain ZAI Science Trial documents are not privileged (.7) | 7.80 |
| 11/07/02 | Bentz | Arranging witness interviews for ZAI Science Trial preparation (.25); review of documents in preparation for witness interview (2.1); work on responses to ZAI Claimants' second set of discovery requests (1.0). | 3.35 |
| 11/07/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |
| 11/07/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |

172573 W. R. Grace & Co.                                    Invoice Number  993966
60028  ZAI Science Trial                                    Page  10
        December 20, 2002

   Date   Name                                                         Hours
 --------  -----------                                                 -----
 11/07/02 Kennedy        Attorney work-product review,                 9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 11/07/02 Miller         Further review of federal case law            3.00
                         regarding asbestos personal injury
                         claims for preparation of ZAI
                         Science Trial defense.

 11/07/02 Nath           Attorney work-product review,                 9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 11/07/02 Paulen         Attorney work-product review,                 9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 11/07/02 Peterson       Attorney work-product review,                 8.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 11/07/02 Rice           Attorney work-product review,                 9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 11/07/02 Turkaly        Review attic documents in                     4.00
                         summation database for privileged
                         information and compile list of
                         same (3.0); revise document
                         information in database (1.0).

 11/07/02 Turner         Attorney work-product review,                 7.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page  11
        December 20, 2002

   Date   Name                                                    Hours
 -------- -----------                                             -----
 11/08/02 Atkinson       Reviewing, revising memorandum re:        7.50
                         privileged designation for attic
                         insulation documents production of
                         October 11, 2002 (.7); reviewing
                         documents re: privileged
                         designation and continuing to
                         draft privileged documents log, in
                         connection with production of
                         attic insulation documents (4.7);
                         meeting with contract attorneys
                         re: summaries from Summation and
                         reviewing and organizing summaries
                         for contract attorneys to complete
                         review of documents for ZAI
                         Science Trial discovery (2.1).

 11/08/02 Bentz          Preparation of responses to second       2.90
                         set of discovery requests served
                         by ZAI claimants' counsel (.9);
                         review of letter from ZAI
                         Claimants' counsel regarding
                         possible resolution of discovery
                         issues and corresponding with
                         client regarding same (1.2);
                         review of documents in preparation
                         for witness interview (.8).

 11/08/02 Campbell       Attorney work-product review,            9.50
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 11/08/02 Gompers        Attorney work-product review,            9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 11/08/02 Kennedy        Attorney work-product review,            9.00
                         organization and coding of
                         documents for production in EPA
                         cost recovery and ZAI Science
                         Trial matters.

 11/08/02 Miller         Review of case law regarding             3.50
                         proximity test for asbestos
                         lawsuits for preparation of ZAI
                         Science Trial defense.

172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page  12
       December 20, 2002

  Date    Name                                                    Hours
-------- -----------                                              -----
11/08/02 Muha              Meet with document coding team and      .30
                           M. Atkinson re: conclusion of
                           document coding project.

11/08/02 Nath              Attorney work-product review,          9.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

11/08/02 Paulen            Attorney work-product review,          8.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

11/08/02 Peterson          Attorney work-product review,          9.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

11/08/02 Rice              Attorney work-product review,          7.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

11/08/02 Turkaly           Review attic documents in             3.50
                           summation database for privileged
                           information and revise document
                           information in database.

11/08/02 Turner            Attorney work-product review,          7.00
                           organization and coding of
                           documents for production in EPA
                           cost recovery and ZAI Science
                           Trial matters.

11/11/02 Atkinson          Reviewing files for Science Trial      6.30
                           discovery pleadings for T. Rea,
                           including documents from storage,
                           and reviewing bankruptcy pleadings
                           to T. Rea (1.8); reviewing and
                           organizing summaries for
                           production in Science Trial (1.6);
                           reviewing privilege log for ZAI
                           Science Trial and copies to J.
                           Bentz to review (2.9).

```
172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page  13
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|--|-------|
| 11/11/02 | Bentz | Reviewing potentially privileged documents and revising privilege log (3.9); meeting with M. Atkinson regarding document production to ZAI claimants (.3); conferences with R. Finke regarding responses to ZAI claimants' second set of discovery requests (.5); conference with W. Sparks regarding witness interviews (.5); meeting with T. Rea regarding discovery requests to be served on ZAI claimants (.6); conference with M. Murphy regarding repository documents (.3); work on responses to second set of interrogatories from ZAI claimants (.7). | 6.80 |
| 11/11/02 | Cameron | Participate in part of conference call regarding consulting experts and scope of potential work regarding same, in connection with ZAI Science Trial. | .70 |
| 11/11/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.75 |
| 11/11/02 | Flatley | Review ATSDR materials forwarded by R. Finke in preparation for conference call (.40); call with R. Finke re: scheduling conference call in ZAI Science Trial (.20); conference call with D. Kuchinsky, R. Senftleben, et al. and short follow up with D. Cameron re: Science Trial medical case issues (1.10). | 1.70 |
| 11/11/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page  14
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 11/11/02 | K. Hindman | Revise database entries for ZAI Science Trial documents to reflect privilege status. | 1.00 |
| 11/11/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.80 |
| 11/11/02 | Miller | Further review of case law regarding test used in asbestos personal injury lawsuits for preparation of ZAI Science Trial defense. | 5.70 |
| 11/11/02 | Muha | Gather and prepare materials for monitoring of budgetary issues (1.4); meet with M. Atkinson re: same (0.5). | 1.90 |
| 11/11/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.00 |
| 11/11/02 | Paulen | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 11/11/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |
| 11/11/02 | Rea | Drafted discovery requests to ZAI claimants. | 3.40 |
| 11/11/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.75 |

172573 W. R. Grace & Co.                          Invoice Number 993966
60028  ZAI Science Trial                          Page  15
       December 20, 2002

  Date    Name                                                     Hours
 -------- -----------                                              -----
11/12/02 Atkinson      Reviewing privileged documents and          7.50
                       revisions of privilege log and
                       database per J. Bentz's review,
                       including breakout of documents in
                       which certain portions are
                       privileged and certain portions
                       should be produced in Science
                       Trial.

11/12/02 Bentz         Letter to ZAI Claimants' counsel            6.70
                       regarding various discovery issues
                       (.7); memorandum regarding
                       potential depositions of Grace
                       representatives (1.1); conference
                       with R. Finke regarding discovery
                       responses (.4); corresponding with
                       W. Sparks regarding witnesses
                       (.5); revising responses to second
                       set of interrogatories and second
                       request for production of
                       documents from ZAI claimants
                       (2.0); reviewing potentially
                       privileged documents and revising
                       privilege log (2.0).

11/12/02 Cameron       Prepare for and participate in             1.10
                       conference call with Grace
                       in-house representatives and
                       consulting expert concerning
                       potential issues with regard to
                       attic insulation matters.

11/12/02 Campbell      Attorney work-product review,              9.00
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

11/12/02 Gompers       Attorney work-product review,              9.50
                       organization and coding of
                       documents for production in EPA
                       cost recovery and ZAI Science
                       Trial matters.

11/12/02 K. Hindman    Revise database entries for ZAI            1.00
                       Science Trial documents to reflect
                       privilege status.

172573  W. R. Grace & Co.                          Invoice Number  993966
60028   ZAI Science Trial                          Page  16
        December 20, 2002

  Date   Name                                                    Hours
 -------- -----------                                            -----
11/12/02 Kennedy          Attorney work-product review,          8.90
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/12/02 Miller           Further review of asbestos-related     3.00
                          tort case law.

11/12/02 Muha             Attend to issue re: MSDS for ZAI.       .40

11/12/02 Nath             Attorney work-product review,          9.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/12/02 Paulen           Attorney work-product review,          9.50
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/12/02 Peterson         Attorney work-product review,          8.00
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/12/02 Rea              Drafted discovery requests to ZAI      2.50
                          claimants.

11/12/02 Rice             Attorney work-product review,          8.25
                          organization and coding of
                          documents for production in EPA
                          cost recovery and ZAI Science
                          Trial matters.

11/13/02 Atkinson         Reviewing privileged documents and     7.60
                          revisions to privilege log per J.
                          Bentz's review (2.3); reviewing
                          microfilm Envir. Health & Safety
                          records for contract attorneys to
                          code in connection with production
                          of documents for ZAI Science Trial
                          (2.3); arrangements for electronic
                          production of documents, including
                          database queries (1.7); completion
                          of contract attorneys' project
                          (1.3).

```
172573 W. R. Grace & Co.                        Invoice Number  993966
60028  ZAI Science Trial                        Page  17
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/13/02 | Bentz | Investigation regarding potential witnesses for ZAI Science Trial (2.1); preparation for meeting with witnesses (1.0); review of documents responsive to second set of discovery requests from ZAI claimants and calls with Grace representatives regarding same (1.7). | 4.80 |
| 11/13/02 | Cameron | Review and comment on draft discovery and responses (.4); Draft letter to ZAI claimants' counsel (.3); Review summary of consultant's work (.9). | 1.60 |
| 11/13/02 | Campbell | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 6.25 |
| 11/13/02 | Gompers | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.50 |
| 11/13/02 | K. Hindman | Revise database entries for ZAI Science Trial documents to reflect privilege status (1.0); make arrangements to begin document production for ZAI Science Trial (0.5). | 1.50 |
| 11/13/02 | Kennedy | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.80 |
| 11/13/02 | Miller | Began preparation of memorandum regarding asbestos personal injury cases for preparation of ZAI Science Trial defense. | 3.50 |
| 11/13/02 | Muha | Review materials in budget monitoring file. | .90 |

```
172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page  18
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/13/02 | Nath | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 8.50 |
| 11/13/02 | Peterson | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |
| 11/13/02 | Rea | Revised discovery requests to ZAI claimants. | 1.80 |
| 11/13/02 | Restivo | Review draft discovery responses for ZAI Science Trial and talk with J. Bentz re: same. | 1.00 |
| 11/13/02 | Rice | Attorney work-product review, organization and coding of documents for production in EPA cost recovery and ZAI Science Trial matters. | 9.00 |
| 11/14/02 | Atkinson | Reviewing, revising Privileged Documents Log and reviewing documents for privileged designation in connection with ZAI Science Trial document production (3.9); reviewing 4,000,000 series microfilm documents for coding (1.0). | 4.90 |
| 11/14/02 | Bentz | Preparation for and conducting interview of potential witness in Harrisburg, Pa. | 8.00 |
| 11/14/02 | Muha | Organize remaining Grace documents for incorporation into litigation database for production in ZAI Science Trial. | .20 |
| 11/14/02 | Turkaly | Review attic documents for sensitivity and privileged information. | 3.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  993966
60028  ZAI Science Trial                    Page  19
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|------|-------|
| 11/15/02 | Atkinson | Reviewing microfilm documents for production in Science Trial (.8); final revision to Privileged Documents Log and making certain that we have complete copies of privileged documents (2.8); make final arrangements with vendor for production of CD documents and send out materials (1.3). | 4.90 |
| 11/15/02 | Bentz | Review of documents to be produced in response to ZAI Claimants' second set of interrogatories and conference with client regarding same (3.0); revising responses to second set of interrogatories (.8); revising responses to second set of document requests (.6); reviewing and revising privilege log (.5); letters to ZAI Claimants' counsel forwarding discovery responses and production of documents (.5). | 5.40 |
| 11/15/02 | Cameron | Letter to ZAI claimants' counsel (.2); Review draft discovery to send to ZAI claimants (.9); Telephone call with R. Finke regarding witness meetings (.4). | 1.50 |
| 11/18/02 | Bentz | Meeting with J. Restivo and D. Cameron regarding discovery and various scheduling issues in ZAI Science Trial (.5); review of outstanding discovery issues (.9). | 1.40 |
| 11/18/02 | Cameron | Review and revise draft discovery requests for ZAI Science Trial (.9); Meet with J. Restivo regarding open scheduling issues (.4). | 1.30 |
| 11/18/02 | Rea | Revised discovery requests to ZAI claimants. | .10 |
| 11/18/02 | Restivo | Review collected material and meeting with J. Bentz re: discovery in ZAI Science Trial. | 1.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page  20
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/19/02 | Atkinson | Telephone and e-mail to Tech. Dept. and e-mail to J. Bentz re: data base for attic documents produced (.2); organizing completion of review and coding of Grace documents in Summation (1.1). | 1.30 |
| 11/19/02 | Bentz | Memorandum regarding witness interview (1.5); conference with J. Restivo and D. Cameron regarding ZAI claimants' request to modify pre-trial schedule (1.1); reviewing and revising discovery requests to be served on ZAI claimants (1.6); conference with Grace regarding potential witnesses (.75); review of correspondence regarding outstanding discovery issue (.3). | 5.25 |
| 11/19/02 | Cameron | Review and revise draft discovery to serve on ZAI claimants (1.2); Meet with J. Restivo regarding request by ZAI claimants for extension of schedule (.4); Review summary of witness interviews regarding ZAI (.5). | 2.10 |
| 11/19/02 | Flatley | Meet with J. Restivo re: proposal on additional time in ZAI Science Trial discovery schedule (.10); follow up with J. Restivo re: response to proposal (.20). | .30 |
| 11/19/02 | K. Hindman | Perform database maintenance tasks relating to ZAI Science Trial document production. | 3.50 |
| 11/19/02 | Rea | Revised discovery requests to ZAI claimants. | 1.00 |
| 11/19/02 | Restivo | Telephone calls with E. Westbrook, R. Finke re: request for extension of time for ZAI discovery schedule (1.0); consideration of same (1.0). | 2.00 |
| 11/19/02 | Turkaly | Review and index Grace ZAI documents in summation database. | 2.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page  21
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|------|------|
| 11/20/02 | Atkinson | Reviewing documents for correct coding on Summation document summaries for ZAI document production. | 1.20 |
| 11/20/02 | Bentz | Reviewing and circulating ZAI Claimants' third set of requests for production of documents (.5); conference with L. Flatley regarding discovery and potential witnesses (.7); conference call with client regarding pre-trial schedule (1.0); review of prior hearing transcript regarding schedule and potential continuance of discovery schedule (1.2); review of various discovery issues (1.3). | 4.70 |
| 11/20/02 | Flatley | Reviewing correspondence, including J.W. Bentz memo re: potential deposition witnesses in ZAI Science Trial (1.10); call with J. Bentz re: witness issues (.40); voice mail for D. Cameron (.10). | 1.60 |
| 11/20/02 | K. Hindman | Perform database maintenance tasks relating to ZAI Science Trial document production. | 2.50 |
| 11/20/02 | Miller | Further review of asbestos personal injury case law for preparation of ZAI Science Trial defense. | 3.00 |
| 11/20/02 | Rea | Revised discovery requests to ZAI claimants. | .30 |
| 11/20/02 | Restivo | Conference calls re: extension request in ZAI Science Trial discovery schedule. | 2.00 |
| 11/20/02 | Turkaly | Review and index Grace ZAI documents in summation. | 3.00 |
| 11/21/02 | Atkinson | E-mails to S. Haines and K. Hindman re: completeness of coding on Summation database for ZAI document production (0.2);  copy | .40 |

172573 W. R. Grace & Co.                           Invoice Number  993966
60028  ZAI Science Trial                           Page  22
       December 20, 2002

   Date   Name                                                  Hours
 -------- -----------                                           -----
                          of complete documents per request
                          of ZAI claimants' counsel (0.2).

11/21/02 Bentz            Conference with W. Sparks               .50
                          regarding Omnibus hearing and
                          discovery schedule for ZAI Science
                          Trial (.25); review of
                          correspondence from ZAI Claimants'
                          counsel (.25).

11/21/02 Cameron          Telephone call with Grace counsel       .50
                          and e-mails regarding issues
                          surrounding modification in ZAI
                          science trial.

11/21/02 K. Hindman       Perform database maintenance tasks      .75
                          relating to ZAI Science Trial
                          document production.

11/21/02 Miller           Review of asbestos litigation case     2.50
                          law for preparation of ZAI Science
                          Trial defense.

11/21/02 Restivo          Telephone calls with E. Westbrook       .40
                          re:  ZAI Science Trial.

11/22/02 Atkinson         Reviewing, copies made of              1.70
                          privileged documents referenced in
                          Mr. Westbrook's November 22, 2002
                          faxed letter re: privilege
                          designations (1.0); searches on
                          Summation re: Mr. Westbrook's
                          letter that certain documents do
                          not have dates (0.7).

11/22/02 Bentz            Review of correspondence from ZAI      4.00
                          Claimants' counsel (.5); review of
                          proposed letter to the Court and
                          stipulation regarding discovery
                          schedule (.5); preparation of memo
                          regarding discovery in ZAI Science
                          Trial since last hearing (2.50);
                          review of privilege issues (.5).

11/22/02 Cameron          Multiple telephone calls and          2.30
                          e-mails with Grace counsel and ZAI
                          claimants' counsel regarding
                          proposed revised Scheduling Order
                          (.9); Letter to ZAI claimants'
                          counsel regarding same (.7);

```
172573 W. R. Grace & Co.                        Invoice Number  993966
60028  ZAI Science Trial                        Page  23
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|---|------|
| | | Telephone call with Grace counsel regarding same (.3); Review materials relating to revised schedule and ZAI claimants' counsel's draft letter to Judge Fitzgerald (.4). | |
| 11/22/02 | K. Hindman | Correspondence with representatives of ZAI claimants' counsel re: issues arising in course of document production. | 1.25 |
| 11/22/02 | Miller | Further preparation of memorandum regarding asbestos personal injury lawsuits for preparation of ZAI Science Trial defense. | 2.80 |
| 11/25/02 | Atkinson | Reviewing and verifying coding information on database for ZAI document production documents. | .60 |
| 11/25/02 | Bentz | Review of correspondence regarding various discovery issues (.4); reviewing and circulating ZAI Claimants' second requests for admissions and other discovery materials (1.4). | 1.80 |
| 11/25/02 | Cameron | Telephone call with J. Restivo regarding Science Trial schedule issues (.2); Telephone call with J. Restivo regarding results of scheduling hearing (.1); Telephone call with R. Finke regarding same (.2); Review new discovery requests from ZAI claimants (.7). | 1.20 |
| 11/25/02 | Flatley | Review correspondence and e-mails (.40); call with D. Cameron re: status of ZAI Science Trial issues (.10). | .50 |
| 11/25/02 | K. Hindman | Perform database maintenance tasks relating to ZAI Science Trial document production. | 3.00 |
| 11/25/02 | Miller | Further preparation of memorandum re asbestos lawsuits for preparation of ZAI Science Trial defense. | 1.70 |

172573 W. R. Grace & Co.                          Invoice Number  993966
60028  ZAI Science Trial                          Page  24
        December 20, 2002

   Date   Name                                                      Hours
 -------- -----------                                               -----
 11/26/02 Atkinson        Reviewing and verifying coding              .70
                          information on database for ZAI
                          document production documents.

 11/26/02 Bentz           Preparation of supplemental                2.90
                          discovery requests to ZAI
                          claimants (.8); conference with
                          client regarding supplemental
                          discovery (.2); review of
                          documents regarding various
                          privilege issues in document
                          production to ZAI claimants (1.9).

 11/26/02 Cameron         Review industrial hygienist                 .90
                          materials from R. Finke for ZAI
                          Science Trial preparation (.6);
                          Review draft discovery for ZAI
                          trial (.3).

 11/26/02 Flatley         Meet with J. Bentz re: draft                .60
                          interrogatories for ZAI Science
                          Trial (.40); e-mails with D.
                          Cameron, J. Bentz, et al. re: same
                          (.20).

 11/27/02 Atkinson        Reviewing and verifying coding              .60
                          information on database for ZAI
                          document production documents.

 11/27/02 Bentz           Work on supplemental discovery            1.25
                          requests to ZAI claimants (.5);
                          review of correspondence regarding
                          outstanding discovery issues
                          (.75); review of various documents
                          regarding privilege issues (1.0).

 11/27/02 Cameron         Review letters to ZAI claimants'            .30
                          counsel.

 11/27/02 Restivo         Miscellaneous memos and e-mails           1.50
                          re: Science Trial preparation and
                          discovery.

                                                                   ------
                                          TOTAL HOURS              867.50

```
TIME SUMMARY                 Hours          Rate           Value
------------------------     ---------------------          -------
James J. Restivo Jr.          9.80   at  $  430.00  =    4,214.00
Lawrence E. Flatley           7.30   at  $  400.00  =    2,920.00
Douglas E. Cameron           14.70   at  $  385.00  =    5,659.50
James W Bentz                72.30   at  $  300.00  =   21,690.00
Andrew J. Muha                6.80   at  $  185.00  =    1,258.00
Traci Sands Rea               9.10   at  $  265.00  =    2,411.50
Rosa Copeland Miller         36.20   at  $  195.00  =    7,059.00
Martha Susan Haines Rossi      .90   at  $  145.00  =      130.50
Maureen L. Atkinson          74.30   at  $  120.00  =    8,916.00
Christine H. Turkaly         21.50   at  $   70.00  =    1,505.00
Karen Hindman                14.50   at  $  110.00  =    1,595.00
Bruce Campbell               89.25   at  $   75.00  =    6,693.75
Eric Gompers                 81.00   at  $   75.00  =    6,075.00
Andrew Kennedy               83.60   at  $   75.00  =    6,270.00
Caroline Nath                86.00   at  $   75.00  =    6,450.00
Jamie Paulen                 82.50   at  $   75.00  =    6,187.50
Ryan Peterson                80.00   at  $   75.00  =    6,000.00
Anana Rice                   67.25   at  $   75.00  =    5,043.75
Joan Turner                  30.50   at  $   75.00  =    2,287.50

                     CURRENT FEES                     102,366.00


                                                    ------------
              TOTAL BALANCE DUE UPON RECEIPT      $  102,366.00
                                                    ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    993952 |
| One Town Center Road | Invoice Date   12/20/02 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number     60030 |

==============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 30, 2002

| Date | Name | | Hours |
|------|------|---|-------|
| 11/22/02 | Restivo | Preparation for omnibus hearing and related calls | 1.00 |
| 11/25/02 | Restivo | Preparation for omnibus hearing (3.0); attend omnibus hearing and meet with clients (3.0) | 6.00 |
| | | TOTAL HOURS | 7.00 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| James J. Restivo Jr. | 7.00 at $ 430.00 = | | 3,010.00 |

```
                    CURRENT FEES                    3,010.00


                                                  ------------
           TOTAL BALANCE DUE UPON RECEIPT          $ 3,010.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      993953
5400 Broken Sound Blvd., N.W.            Invoice Date      12/20/02
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2002

  Date   Name                                              Hours
-------- -----------                                       -----


11/01/02 Keuler          Reviewed monthly fee application    .50
                         prepared by J. Lord (0.3); met
                         with J. Lord to discuss problems
                         with fee application and changes
                         that need to be made (0.2).


11/01/02 Lord            Discuss 15th monthly fee            1.80
                         application with R. Keuler (.2);
                         e-correspondence with A.Muha and
                         P. Lykens re: same (.2); review
                         and revise summary page re:
                         expenses (.5); prepare and
                         complete e-mail/regular service
                         for fee application (.8);
                         coordinate e-filing for fee
                         application (.1).


11/04/02 Lord            E-mails from/to P. Lykens re:        .30
                         quarterly fee application.


11/05/02 Lord            Prepare certificates of service    2.30
                         for interim fee application (.4);
                         prepare e-mail to A. Muha re:
                         hearing date for interim
                         application (.1); review and
                         review Summary/Narrative of
                         interim fee application (1.4);
                         draft notice of filing for
                         application (.3); discuss interim
                         application with R. Keuler (.1).

172573 W. R. Grace & Co.                         Invoice Number  993953
60029  Fee Applications-Applicant               Page   2
       December 20, 2002


  Date   Name                                              Hours
-------- -----------                                       -----

11/06/02 Lord          Discussion with R. Keuler re:          .20
                       quarterly fee application (.1);
                       contact debtor's counsel re: same
                       (.1).

11/07/02 Keuler        Reviewed Quarterly fee application    1.60
                       for Reed Smith in W.R. Grace
                       Matter (0.8).  Met with J. Lord
                       regarding problems with fee
                       application (0.3).  Telephone
                       calls to attempt to resolve
                       outstanding hearing dates (0.5).

11/07/02 Lord          E-mails to/from A. Muha re:           1.80
                       quarterly fee application (.2);
                       review and revise quarterly fee
                       application (.7); contact
                       Pachulski, Stang via phone and
                       e-mail re: hearing date for fee
                       app. (.4); discuss same with R.
                       Keuler (.2.); prepare service for
                       quarterly fee application (.3).

11/07/02 Muha          Attend to issues re: 6th Quarterly     .20
                       Fee Application.

11/08/02 Keuler        Reviewed edits to fee application      .80
                       and revised further.

11/08/02 Keuler        Met with J. Lord re: changes to        .20
                       application.

11/08/02 Lord          Discussions with R. Keuler re: 6th    2.10
                       interim fee application (.2);
                       review, revise and recalculate
                       various charts in same (1.0);
                       respond to e-mail from S.
                       McFarland of Debtors re: Interim
                       Hearing Date (.1); meet with L.
                       Lankford re: same (.3); supplement
                       and perfect service for same (.4);
                       coordinate e-filing of same (.1).

11/13/02 Muha          Revise DBRs for 16th Monthly Fee      2.60
                       Application.

```
172573 W. R. Grace & Co.                        Invoice Number  993953
60029 Fee Applications-Applicant                Page   3
       December 20, 2002
```

| Date | Name | | Hours |
|------|------|---|-------|

11/18/02 Atkinson     Request Bankruptcy Court docket .50
and review for Quarterly Fee
Applications filed.

11/18/02 Muha     Revise fee and expense details for 1.80
16th Monthly Fee Application.

11/19/02 Lord     Research and draft CNO for Reed 1.10
Smith's Fifteenth Monthly Fee
Application (.6); research and
respond to e-mails from A. Muha
and D. Cameron re: CNO filing and
upcoming monthly fee application
(.5).

11/19/02 Muha     Revise fee and expense details for 1.40
16th Monthly Fee Application.

11/20/02 Muha     Review and revise updated fee and .70
expense details for 16th Monthly
Fee Application.

11/21/02 Muha     Verify and correct Fee Auditor's 2.60
proposed order approving fees
(0.2); revise fee and expense
details for 16th Monthly Fee
Application (2.4).

11/22/02 Lord     Discuss filing of CNO for monthly .60
fee application with R. Keuler and
K. Gordon (.2); prepare CNO for
e-filing and service (.3); e-mail
to K. Gordon re: same (.1).

11/22/02 Muha     Revise 16th Monthly Fee .60
Application fee detail and expense
detail.

11/25/02 Muha     Make final edits to 16th Monthly 1.00
Fee Application.

11/26/02 Lord     Prepare correspondence to R. Finke 2.60
and W. Sparks of Grace re: payment
of September monthly fee
application (.4); e-mails to/from
D. Cameron of Grace re: CNO

```
172573 W. R. Grace & Co.                    Invoice Number  993953
60029 Fee Applications-Applicant            Page    4
       December 20, 2002


    Date   Name                                            Hours
  -------- -----------                                     -----
                        payment and related fee app.
                        matters (.3); Review, revise and
                        prepare summary section and
                        fee/expense detail for e-filing
                        and service re: Reed Smith October
                        2002 fee application (1.8); e-mail
                        to P. Lykens re: same (.1).

  11/27/02 Lord         Discussion with R. Keuler re: 16th   1.50
                        monthly fee application (.1);
                        prepare service e-mails for same
                        (1.0); coordinate service of same
                        with vendor (.2); e-mail to A.
                        Muha re: same (.2).


                                                 ------
                                  TOTAL HOURS     28.80


  TIME SUMMARY              Hours        Rate         Value
  ------------------------  ---------------------    -------
  Andrew J. Muha            10.90  at  $  185.00  =  2,016.50
  Richard A. Jr. Keuler      3.10  at  $  240.00  =    744.00
  John B. Lord              14.30  at  $  145.00  =  2,073.50
  Maureen L. Atkinson        .50  at  $  120.00  =     60.00

                      CURRENT FEES                  4,894.00


                                              ------------
               TOTAL BALANCE DUE UPON RECEIPT  $ 4,894.00
                                              ============
```