REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      993973
One Town Center Road                     Invoice Date      12/20/02
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        11.18
        Duplicating/Printing                    409.95
        Postage Expense                          10.93
        Courier Service                         236.26
        Outside Duplicating                     968.97
        Taxi Expense                            120.00
        Mileage Expense                          16.00

                        CURRENT EXPENSES               1,773.29
                                                 -------------

                        TOTAL BALANCE DUE UPON RECEIPT   $ 1,773.29
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      993973
One Town Center Road                     Invoice Date      12/20/02
Boca Raton, FL   33486                   Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


     Expenses                          1,773.29

               TOTAL BALANCE DUE UPON RECEIPT        $ 1,773.29
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      993973
One Town Center Road                     Invoice Date     12/20/02
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|--------|
| 10/15/02 | 303-866-0408/DENVER, CO/22 | 1.31 |
| 10/15/02 | 303-866-0408/DENVER, CO/1 | .11 |
| 10/22/02 | 406-523-2543/MISSOULA, MT/23 | 1.31 |
| 10/22/02 | 302-652-5340/WILMINGTON, DE/4 | .23 |
| 10/22/02 | 302-652-5340/WILMINGTON, DE/11 | .63 |
| 10/25/02 | 302-652-4100/WILMINGTON, DE/2 | .17 |
| 10/27/02 | Courier Service parcels,inc inv 10/27/02 | 35.00 |
| 10/29/02 | 406-523-2543/MISSOULA, MT/2 | .11 |
| 10/30/02 | ATTY # 0710: 3 COPIES | .45 |
| 10/31/02 | ATTY # 0710: 1 COPIES | .15 |
| 10/31/02 | ATTY # 0718: 6 COPIES | .90 |
| 10/31/02 | ATTY # 0718: 14 COPIES | 2.10 |
| 10/31/02 | ATTY # 0718: 24 COPIES | 3.60 |
| 10/31/02 | ATTY # 0718: 6 COPIES | .90 |
| 10/31/02 | ATTY # 0718: 13 COPIES | 1.95 |
| 10/31/02 | 303-866-0608/DENVER, CO/3 | .23 |
| 11/01/02 | ATTY # 0885; 46 COPIES | 6.90 |
| 11/01/02 | ATTY # 0718; 390 COPIES | 58.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  993973
60026  Litigation and Litigation Consulting     Page   2
       December 20, 2002
```

| | | |
|---|---|---:|
| 11/01/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/01/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/01/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/01/02 | ATTY # 0710: 40 COPIES | 6.00 |
| 11/01/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/01/02 | ATTY # 0710: 5 COPIES | .75 |
| 11/01/02 | ATTY # 0718: 20 COPIES | 3.00 |
| 11/04/02 | ATTY # 0349; 202 COPIES | 30.30 |
| 11/04/02 | Postage Expense | 1.75 |
| 11/04/02 | ATTY # 0349: 1 COPIES | .15 |
| 11/04/02 | ATTY # 0559: 3 COPIES | .45 |
| 11/04/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/04/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/04/02 | ATTY # 1911: 2 COPIES | .30 |
| 11/04/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/04/02 | ATTY # 0559: 12 COPIES | 1.80 |
| 11/04/02 | ATTY # 1911: 2 COPIES | .30 |
| 11/04/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/04/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/04/02 | ATTY # 0559: 12 COPIES | 1.80 |
| 11/04/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/04/02 | 561-362-1533/BOCA RATON, FL/21 | 1.20 |
| 11/04/02 | 215-851-8250/PHILA, PA/30 | 1.80 |
| 11/05/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/05/02 | ATTY # 0559: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                        Invoice Number  993973
60026  Litigation and Litigation Consulting     Page   3
       December 20, 2002
```

| | | |
|---|---|---:|
| 11/05/02 | ATTY # 0710: 20 COPIES | 3.00 |
| 11/05/02 | ATTY # 0718: 4 COPIES | .60 |
| 11/05/02 | ATTY # 0718: 20 COPIES | 3.00 |
| 11/05/02 | ATTY # 0718: 15 COPIES | 2.25 |
| 11/05/02 | 617-542-3025/BOSTON, MA/11 | .63 |
| 11/07/02 | Outside Duplicating - - VENDOR: PARCELS, INC.-D<br>D R | 15.45 |
| 11/07/02 | ATTY # 0885: 5 COPIES | .75 |
| 11/07/02 | ATTY # 0885: 6 COPIES | .90 |
| 11/07/02 | ATTY # 0559: 3 COPIES | .45 |
| 11/07/02 | ATTY # 0559: 3 COPIES | .45 |
| 11/07/02 | ATTY # 0885: 5 COPIES | .75 |
| 11/07/02 | ATTY # 0685: 15 COPIES | 2.25 |
| 11/07/02 | ATTY # 0718: 8 COPIES | 1.20 |
| 11/07/02 | ATTY # 0685: 1 COPIES | .15 |
| 11/07/02 | ATTY # 0685: 24 COPIES | 3.60 |
| 11/07/02 | ATTY # 0718: 2 COPIES | .30 |
| 11/07/02 | ATTY # 0718: 2 COPIES | .30 |
| 11/07/02 | ATTY # 0718: 1 COPIES | .15 |
| 11/07/02 | ATTY # 0559: 3 COPIES | .45 |
| 11/07/02 | ATTY # 0559: 3 COPIES | .45 |
| 11/07/02 | 561-362-1682/BOCA RATON, FL/3 | .17 |
| 11/08/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/08/02 | ATTY # 0718: 5 COPIES | .75 |
| 11/08/02 | ATTY # 0718: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                        Invoice Number  993973
60026  Litigation and Litigation Consulting     Page   4
       December 20, 2002
```

| Date | Description | Amount |
|---|---|---|
| 11/08/02 | ATTY # 0718: 8 COPIES | 1.20 |
| 11/08/02 | ATTY # 0718: 8 COPIES | 1.20 |
| 11/08/02 | ATTY # 0718: 1 COPIES | .15 |
| 11/08/02 | ATTY # 0718; 460 COPIES | 69.00 |
| 11/11/02 | 561-362-1583/BOCA RATON, FL/1 | .11 |
| 11/11/02 | ATTY # 0710; 1 COPIES | .15 |
| 11/11/02 | ATTY # 0856; 13 COPIES | 1.95 |
| 11/11/02 | Courier Service UPS | 21.26 |
| 11/11/02 | Courier Service parcels,inc inv 11/11/02 | 35.00 |
| 11/11/02 | Courier Service parcels,inc inv 11/11/02 | 145.00 |
| 11/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 11/11/02 | ATTY # 1911: 2 COPIES | .30 |
| 11/11/02 | ATTY # 0856: 2 COPIES | .30 |
| 11/11/02 | ATTY # 0559: 2 COPIES | .30 |
| 11/11/02 | ATTY # 0710: 1 COPIES | .15 |
| 11/11/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/11/02 | 303-861-7000/DENVER, CO/1 | .11 |
| 11/11/02 | ATTY # 1911: 17 COPIES | 2.55 |
| 11/11/02 | ATTY # 1911: 17 COPIES | 2.55 |
| 11/11/02 | ATTY # 1911: 2 COPIES | .30 |
| 11/12/02 | ATTY 0559; 25 COPIES | 3.75 |
| 11/12/02 | ATTY # 0885: 6 COPIES | .90 |
| 11/12/02 | ATTY # 0885: 3 COPIES | .45 |
| 11/12/02 | ATTY # 1911: 3 COPIES | .45 |
| 11/12/02 | ATTY # 0885: 6 COPIES | .90 |

172573 W. R. Grace & Co.                        Invoice Number  993973
60026  Litigation and Litigation Consulting     Page   5
       December 20, 2002


11/12/02   ATTY # 0559: 3 COPIES                              .45

11/12/02   303-861-7000/DENVER, CO/1                          .11

11/13/02   561-362-1583/BOCA RATON, FL/1                      .11

11/13/02   561-362-1583/BOCA RATON, FL/1                      .11

11/13/02   ATTY # 0349; 54 COPIES                            8.10

11/13/02   ATTY # 0710; 1 COPIES                              .15

11/13/02   ATTY # 0559; 21 COPIES                            3.15

11/13/02   ATTY # 0559: 3 COPIES                              .45

11/13/02   ATTY # 0559: 1 COPIES                              .15

11/13/02   ATTY # 0559: 3 COPIES                              .45

11/13/02   ATTY # 0559: 1 COPIES                              .15

11/13/02   ATTY # 0710: 1 COPIES                              .15

11/13/02   ATTY # 0885: 1 COPIES                              .15

11/13/02   ATTY # 0885: 13 COPIES                            1.95

11/13/02   ATTY # 0559: 2 COPIES                              .30

11/13/02   ATTY # 0885: 1 COPIES                              .15

11/13/02   ATTY # 0559: 1 COPIES                              .15

11/13/02   ATTY # 0885: 1 COPIES                              .15

11/13/02   561-362-1533/BOCA RATON, FL/9                      .51

11/14/02   ATTY # 0885: 1 COPIES                              .15

11/15/02   Postage Expense                                   .60

11/15/02   843-727-6688/CHARLESTON, SC/3                      .23

11/15/02   ATTY # 0559; 3 COPIES                              .45

11/15/02   ATTY # 0559; 10 COPIES                            1.50

11/15/02   ATTY # 0559: 1 COPIES                              .15

172573 W. R. Grace & Co.                      Invoice Number  993973
60026  Litigation and Litigation Consulting   Page   6

| 11/15/02 | ATTY # 0885: 8 COPIES | 1.20 |
|---|---|---|
| 11/15/02 | ATTY # 0559: 1 COPIES | .15 |
| 11/15/02 | ATTY # 0559: 2 COPIES | .30 |
| 11/15/02 | ATTY # 1911: 3 COPIES | .45 |
| 11/15/02 | ATTY # 1911: 4 COPIES | .60 |
| 11/15/02 | ATTY # 0559: 1 COPIES | .15 |
| 11/15/02 | ATTY # 0559: 2 COPIES | .30 |
| 11/15/02 | ATTY # 1911: 17 COPIES | 2.55 |
| 11/15/02 | ATTY # 0559: 3 COPIES | .45 |
| 11/18/02 | 561-362-1533/BOCA RATON, FL/2 | .17 |
| 11/18/02 | 561-362-1583/BOCA RATON, FL/5 | .29 |
| 11/18/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 11/18/02 | ATTY # 0559; 228 COPIES | 34.20 |
| 11/18/02 | ATTY # 0559; 6 COPIES | .90 |
| 11/18/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 11/18/02 | 561-362-1533/BOCA RATON, FL/3 | .17 |
| 11/18/02 | ATTY # 1911: 9 COPIES | 1.35 |
| 11/19/02 | ATTY # 0718: 6 COPIES | .90 |
| 11/19/02 | 561-362-1533/BOCA RATON, FL/11 | .63 |
| 11/20/02 | Postage Expense | 3.18 |
| 11/20/02 | ATTY # 0349: 6 COPIES | .90 |
| 11/20/02 | ATTY # 0349: 9 COPIES | 1.35 |
| 11/20/02 | ATTY # 0349: 6 COPIES | .90 |
| 11/20/02 | ATTY # 0349: 9 COPIES | 1.35 |
| 11/20/02 | ATTY # 0559; 112 COPIES | 16.80 |

```
172573 W. R. Grace & Co.                        Invoice Number  993973
60026  Litigation and Litigation Consulting      Page   7
       December 20, 2002
```

| Date | Description | Amount |
|---|---|---|
| 11/20/02 | ATTY # 1398: 1 COPIES | .15 |
| 11/20/02 | ATTY # 1398: 2 COPIES | .30 |
| 11/21/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/21/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/21/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/21/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/21/02 | ATTY # 0885; 2 COPIES | .30 |
| 11/21/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 11/21/02 | ATTY # 0559; 15 COPIES | 2.25 |
| 11/21/02 | 843-727-6513/CHARLESTON, SC/9 | .51 |
| 11/22/02 | Postage Expense | .60 |
| 11/22/02 | Postage Expense | 1.20 |
| 11/22/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/22/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/22/02 | ATTY # 0885: 6 COPIES | .90 |
| 11/22/02 | ATTY # 0559: 3 COPIES | .45 |
| 11/22/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/22/02 | ATTY # 0559: 1 COPIES | .15 |
| 11/22/02 | ATTY # 0885: 4 COPIES | .60 |
| 11/22/02 | ATTY # 0885: 6 COPIES | .90 |
| 11/22/02 | ATTY # 0885: 12 COPIES | 1.80 |
| 11/22/02 | ATTY # 1911: 10 COPIES | 1.50 |
| 11/22/02 | ATTY # 1911: 43 COPIES | 6.45 |
| 11/22/02 | ATTY # 0885: 3 COPIES | .45 |
| 11/22/02 | ATTY # 0885: 6 COPIES | .90 |

```
172573 W. R. Grace & Co.                        Invoice Number  993973
60026  Litigation and Litigation Consulting     Page   8
       December 20, 2002
```

| Date | Description | Amount |
|------|-------------|--------|
| 11/22/02 | ATTY # 0710: 1 COPIES | .15 |
| 11/22/02 | 303-866-0200/DENVER, CO/2 | .11 |
| 11/22/02 | ATTY # 0559; 10 COPIES | 1.50 |
| 11/22/02 | ATTY # 0559; 13 COPIES | 1.95 |
| 11/22/02 | ATTY # 0559; 4 COPIES | .60 |
| 11/22/02 | ATTY # 0559; 15 COPIES | 2.25 |
| 11/22/02 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 11/25/02 | ATTY # 0559; 16 COPIES | 2.40 |
| 11/25/02 | ATTY # 0559; 30 COPIES | 4.50 |
| 11/25/02 | ATTY # 0559: 5 COPIES | .75 |
| 11/25/02 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/26/02 | Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 34.67 |
| 11/26/02 | Outside Duplicating - - VENDOR: PARCELS, INC.-D D R for filing of 16th monthly fee application | 554.30 |
| 11/26/02 | Outside Duplicating - - VENDOR: PARCELS, INC.-D D R  for filing of 16th monthly fee application | 364.55 |
| 11/26/02 | Taxi Expense - GRACE OMNIBUS HEARING IN WILMINGTON, DE 11/25 | 120.00 |
| 11/26/02 | Mileage Expense -GRACE OMNIBUS HEARING IN WILMINGTON, DE 11/25   PARKING | 16.00 |
| 11/26/02 | ATTY # 0718; 16 COPIES | 2.40 |
| 11/26/02 | ATTY # 0718; 21 COPIES | 3.15 |
| 11/26/02 | ATTY # 0856: 2 COPIES | .30 |
| 11/26/02 | ATTY # 0559: 3 COPIES | .45 |
| 11/26/02 | ATTY # 0349: 1 COPIES | .15 |
| 11/26/02 | ATTY # 0856: 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  993973
60026  Litigation and Litigation Consulting       Page   9
       December 20, 2002


11/26/02   ATTY # 0856: 2 COPIES                              .30

11/26/02   ATTY # 0718: 11 COPIES                           1.65

11/26/02   ATTY # 0718: 6 COPIES                             .90

11/26/02   ATTY # 0718: 6 COPIES                             .90

11/26/02   ATTY # 0718: 6 COPIES                             .90

11/27/02   Postage Expense                                  1.80

11/27/02   Postage Expense                                   .74

11/27/02   ATTY # 0559: 1 COPIES                             .15

11/27/02   ATTY # 0349: 2 COPIES                             .30

11/27/02   ATTY # 0559: 2 COPIES                             .30

11/27/02   ATTY # 0559: 1 COPIES                             .15

11/27/02   ATTY # 0559: 2 COPIES                             .30

11/27/02   ATTY # 0559: 5 COPIES                             .75

11/27/02   ATTY # 0559: 3 COPIES                             .45

11/27/02   ATTY # 0559: 2 COPIES                             .30

11/27/02   ATTY # 0349: 2 COPIES                             .30

11/27/02   ATTY # 0349: 2 COPIES                             .30

11/27/02   ATTY # 0559: 1 COPIES                             .15

11/27/02   ATTY # 0559; 2 COPIES                             .30

11/27/02   ATTY # 0559; 5 COPIES                             .75

11/27/02   ATTY # 0559; 36 COPIES                           5.40

11/27/02   ATTY # 0559; 87 COPIES                          13.05

11/27/02   ATTY # 0349; 101 COPIES                         15.15

11/27/02   ATTY # 0559; 21 COPIES                           3.15

11/30/02   Postage Expense                                  1.06

172573  W. R. Grace & Co.                          Invoice Number  993973
 60026  Litigation and Litigation Consulting       Page   10
        December 20, 2002

                              CURRENT EXPENSES                    1,773.29
                                                              ------------
                              TOTAL BALANCE DUE UPON RECEIPT   $ 1,773.29
                                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      993971
5400 Broken Sound Blvd., N.W.            Invoice Date      12/20/02
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028


===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                         12.91
    Duplicating/Printing                     259.25
    Westlaw                                 1,827.46
    Postage Expense                            7.11
    Courier Service                           36.19
    Outside Duplicating                     6,133.33
    Secretarial Overtime                    1,717.50
    Transportation                             9.00
    Air Travel Expense                       630.00
    Taxi Expense                              59.00
    Mileage Expense                           35.06
    Meal Expense                             130.75

                    CURRENT EXPENSES                    10,857.56
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT   $ 10,857.56
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number     993971
5400 Broken Sound Blvd., N.W.         Invoice Date     12/20/02
Boca Raton, FL 33487                  Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial


    Expenses                        10,857.56

              TOTAL BALANCE DUE UPON RECEIPT      $ 10,857.56
                                                 ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      993971
5400 Broken Sound Blvd., N.W.            Invoice Date      12/20/02
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028
```

===========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|-------:|
| 10/22/02 | 617-426-0135/BOSTON, MA/32 | 1.82 |
| 10/29/02 | 617-426-0135/BOSTON, MA/21 | 1.25 |
| 10/29/02 | 215-851-8264/PHILA, PA/9 | .52 |
| 10/30/02 | 952-857-7732/MINNEAPOLS, MN/12 | .68 |
| 10/30/02 | 713-874-6861/HOUSTON, TX/12 | .68 |
| 10/30/02 | 617-426-5900/BOSTON, MA/2 | .11 |
| 10/30/02 | 617-426-5900/BOSTON, MA/33 | 1.88 |
| 11/01/02 | ATTY # 0856; 10 COPIES | 1.50 |
| 11/01/02 | ATTY # 0856: 5 COPIES | .75 |
| 11/01/02 | ATTY # 0856: 11 COPIES | 1.65 |
| 11/01/02 | ATTY # 0856: 2 COPIES | .30 |
| 11/01/02 | ATTY # 0856: 5 COPIES | .75 |
| 11/01/02 | ATTY # 0856: 18 COPIES | 2.70 |
| 11/03/02 | Secretarial Overtime-Input coding data into database for ZAI document review/coding project. | 307.50 |
| 11/03/02 | Secretarial Overtime-Input coding data into database for ZAI document review/coding project. | 127.50 |

172573 W. R. Grace & Co.                          Invoice Number  993971
60028  ZAI Science Trial                          Page   2
       December 20, 2002


11/04/02   Transportation - S HELBLING - PARKING 11/3          3.00
           parking for S. Helbling for ZAI document coding
           project work

11/04/02   Transportation -S HELBLING - PARKING 11/2           3.00
           parking for S. Helbling for ZAI document coding
           project work

11/04/02   Meal Expense - S HELBLING - LUNCH 11/2 for ZAI      5.03
           document coding project work

11/04/02   Meal Expense - S HELBLING - LUNCH 11/3 for ZAI      5.00
           document coding project work

11/04/02   Mileage Expense - S HELBLING 11/3 MILEAGE           8.02
           parking for S. Helbling for ZAI document coding
           project work

11/04/02   Mileage Expense -  S HELBLING 11/2 mileage          8.02
           parking for S. Helbling for ZAI document coding
           project work

11/04/02   ATTY # 0856; 9 COPIES                               1.35

11/04/02   ATTY # 0856; 277 COPIES                            27.70

11/04/02   ATTY # 0885: 2 COPIES                                .30

11/04/02   ATTY # 0856: 1 COPIES                                .15

11/04/02   ATTY # 0856: 14 COPIES                              2.10

11/05/02   Meal Expense - MARK'S GRILLE & CATERING LUNCH      85.87
           ON OCTOBER 31, 2002 (CAMERON) FOR MEETING WITH
           MULTIPLE CLIENT REPRESENTATIVES CONCERNING
           SCIENCE TRIAL

11/05/02   ATTY # 0885: 3 COPIES                                .45

11/05/02   Secretarial Overtime-Input coding data into        30.00
           database for ZAI document review/coding
           project.

11/05/02   Westlaw                                            267.27


11/05/02   617-426-0135/BOSTON, MA/8                            .46

11/06/02   Postage Expense                                    1.11

172573 W. R. Grace & Co.                          Invoice Number  993971
60028  ZAI Science Trial                          Page   3
       December 20, 2002

11/06/02   ATTY # 0885: 3 COPIES                              .45

11/06/02   ATTY # 0885: 3 COPIES                              .45

11/06/02   ATTY # 0885: 3 COPIES                              .45

11/06/02   ATTY # 0885: 2 COPIES                              .30

11/06/02   ATTY # 0885: 2 COPIES                              .30

11/06/02   ATTY # 0856: 4 COPIES                              .60

11/06/02   ATTY # 0856: 29 COPIES                            4.35

11/06/02   ATTY # 0856: 7 COPIES                             1.05

11/06/02   ATTY # 0423: 1 COPIES                              .15

11/06/02   ATTY # 0423: 1 COPIES                              .15

11/06/02   ATTY # 0856: 1 COPIES                              .15

11/06/02   ATTY # 0885; 14 COPIES                            2.10

11/06/02   ATTY # 0856; 83 COPIES                            8.30

11/06/02   ATTY # 0856; 20 COPIES                            3.00

11/06/02   ATTY # 0856; 59 COPIES                            5.90

11/06/02   ATTY # 0856; 1 COPIES                              .15

11/06/02   Westlaw                                         322.46

11/07/02   ATTY # 0885: 6 COPIES                              .90

11/07/02   ATTY # 1911: 2 COPIES                              .30

11/07/02   ATTY # 0885: 6 COPIES                              .90

11/07/02   ATTY # 0856: 31 COPIES                            4.65

11/07/02   ATTY # 0856: 28 COPIES                            4.20

11/07/02   ATTY # 0856: 28 COPIES                            4.20

11/07/02   Westlaw                                        1237.73

```
172573 W. R. Grace & Co.                    Invoice Number  993971
60028  ZAI Science Trial                    Page   4
       December 20, 2002
```

| 11/08/02 | ATTY # 0885: 6 COPIES | .90 |
| 11/08/02 | ATTY # 0885: 6 COPIES | .90 |
| 11/08/02 | ATTY # 0885: 1 COPIES | .15 |
| 11/08/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/08/02 | ATTY # 0856: 3 COPIES | .45 |
| 11/08/02 | ATTY # 0856: 31 COPIES | 4.65 |
| 11/08/02 | ATTY # 0856: 31 COPIES | 4.65 |
| 11/08/02 | ATTY # 0856: 2 COPIES | .30 |
| 11/08/02 | Meal Expense - S HELBLING - DINNER for ZAI document coding project work | 7.36 |
| 11/08/02 | Mileage Expense - PARKING  parking for S. Helbling for ZAI document coding project work | 11.00 |
| 11/08/02 | 302-652-5340/WILMINGTON, DE/10 | .57 |
| 11/08/02 | Airplane Expense-BENTZ/JAMES W 14NOV PIT MDT PIT | 630.00 |
| 11/11/02 | ATTY # 0856; 32 COPIES | 4.80 |
| 11/11/02 | ATTY # 0710; 138 COPIES | 20.70 |
| 11/11/02 | ATTY # 0856; 21 COPIES | 3.15 |
| 11/11/02 | ATTY # 0856; 20 COPIES | 3.00 |
| 11/11/02 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 11/11/02 | 601-354-1086/JACKSON, MS/52 | 2.96 |
| 11/11/02 | 561-362-1533/BOCA RATON, FL/4 | .23 |
| 11/11/02 | Secretarial Overtime-Input coding data into database for ZAI document review/coding project. | 277.50 |
| 11/11/02 | ATTY # 0856: 71 COPIES | 10.65 |
| 11/12/02 | Secretarial Overtime-Input coding data into database for ZAI document review/coding | 570.00 |

172573 W. R. Grace & Co.                           Invoice Number  993971
60028  ZAI Science Trial                           Page   5
        December 20, 2002

        project.

11/12/02   ATTY # 0885: 1 COPIES                                    .15

11/12/02   ATTY # 0885: 6 COPIES                                    .90

11/12/02   ATTY # 0885: 6 COPIES                                    .90

11/12/02   ATTY # 0885: 2 COPIES                                    .30

11/12/02   ATTY # 0885: 3 COPIES                                    .45

11/12/02   ATTY # 0885: 1 COPIES                                    .15

11/12/02   ATTY # 0885: 3 COPIES                                    .45

11/12/02   ATTY # 0885: 2 COPIES                                    .30

11/12/02   ATTY # 0856: 1 COPIES                                    .15

11/12/02   ATTY # 0856: 36 COPIES                                  5.40

11/12/02   ATTY # 0856: 1 COPIES                                    .15

11/13/02   Outside Duplicating - - VENDOR: CLICKS            2611.52
           PROFESSIONAL COPY SERV. IMAGING PRINTS-bill for
           previously performed blowback of documents for
           attorney work-product coding project

11/13/02   Outside Duplicating - - VENDOR: CLICKS            3521.81
           PROFESSIONAL COPY SERV. IMAGING PRINTS-bill for
           previously performed blowback of documents for
           attorney work-product coding project

11/13/02   Postage Expense                                         .37

11/13/02   Postage Expense                                         .37

11/13/02   Postage Expense                                         .37

11/13/02   ATTY # 0885; 7 COPIES                                  1.05

11/13/02   ATTY # 0885; 12 COPIES                                 1.80

11/13/02   ATTY # 0885: 4 COPIES                                   .60

11/13/02   ATTY # 0885: 2 COPIES                                   .30

11/13/02   ATTY # 0885: 1 COPIES                                   .15

```
172573 W. R. Grace & Co.                    Invoice Number  993971
60028  ZAI Science Trial                    Page   6
       December 20, 2002
```

| | | |
|---|---|---:|
| 11/13/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/13/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/13/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/13/02 | ATTY # 0856: 32 COPIES | 4.80 |
| 11/13/02 | ATTY # 0856: 36 COPIES | 5.40 |
| 11/14/02 | ATTY # 8022; 2 COPIES | .30 |
| 11/14/02 | ATTY # 0856: 31 COPIES | 4.65 |
| 11/14/02 | ATTY # 0856: 32 COPIES | 4.80 |
| 11/14/02 | Courier Service FEDEX | 14.78 |
| 11/14/02 | Courier Service FEDEX | 21.41 |
| 11/14/02 | 561-362-1506/BOCA RATON, FL/1 | .11 |
| 11/14/02 | 561-362-1932/BOCA RATON, FL/2 | .11 |
| 11/14/02 | 026-585-4676/WILMINGTON, DE/1 | .11 |
| 11/14/02 | 026-585-4676/WILMINGTON, DE/4 | .23 |
| 11/15/02 | Postage Expense | 3.32 |
| 11/15/02 | Postage Expense | .60 |
| 11/15/02 | Postage Expense | .60 |
| 11/15/02 | ATTY # 0856; 262 COPIES | 26.20 |
| 11/15/02 | ATTY # 0885; 118 COPIES | 17.70 |
| 11/15/02 | ATTY # 0885: 6 COPIES | .90 |
| 11/15/02 | ATTY # 0885: 4 COPIES | .60 |
| 11/15/02 | ATTY # 0885: 6 COPIES | .90 |
| 11/15/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/15/02 | ATTY # 0885: 2 COPIES | .30 |
| 11/15/02 | ATTY # 0885: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  993971
60028  ZAI Science Trial                          Page   7
       December 20, 2002


11/15/02   ATTY # 0885: 2 COPIES                                    .30

11/15/02   ATTY # 0885: 1 COPIES                                    .15

11/15/02   ATTY # 0885: 1 COPIES                                    .15

11/15/02   ATTY # 0885: 1 COPIES                                    .15

11/15/02   ATTY # 0885: 1 COPIES                                    .15

11/15/02   ATTY # 0885: 1 COPIES                                    .15

11/15/02   ATTY # 0559: 2 COPIES                                    .30

11/15/02   ATTY # 0885: 1 COPIES                                    .15

11/15/02   ATTY # 0885: 1 COPIES                                    .15

11/15/02   ATTY # 0885: 2 COPIES                                    .30

11/15/02   ATTY # 0885: 2 COPIES                                    .30

11/15/02   ATTY # 0885: 3 COPIES                                    .45

11/15/02   ATTY # 0885: 6 COPIES                                    .90

11/15/02   ATTY # 0885: 9 COPIES                                   1.35

11/15/02   ATTY # 0856: 32 COPIES                                  4.80

11/15/02   ATTY # 0856: 6 COPIES                                    .90

11/15/02   ATTY # 0856: 1 COPIES                                    .15

11/15/02   561-362-1533/BOCA RATON, FL/15                           .91

11/16/02   ATTY # 0856; 2 COPIES                                    .30

11/16/02   Secretarial Overtime-Input coding data into           90.00
           database for ZAI document review/coding
           project.

11/17/02   ATTY # 0856; 7 COPIES                                  1.05

11/18/02   Mileage Expense –S Helbling 11/16  parking for         8.02
           S. Helbling for ZAI document coding project
           work

```
172573 W. R. Grace & Co.                    Invoice Number  993971
60028  ZAI Science Trial                    Page   8
       December 20, 2002
```

| | | |
|---|---|---:|
| 11/18/02 | Transportation - S Helbling - parking parking for S. Helbling for ZAI document coding project work | 3.00 |
| 11/18/02 | Meal Expense - S HELBLING - LUNCH for ZAI document coding project work | 6.00 |
| 11/19/02 | Meal Expense - - DINGELDEIN BAKERY INC - LUNCH FOR CLIENT AND WITNESS MEETING | 21.49 |
| 11/19/02 | Taxi Expense - - VENDOR: PETTY CASH CUSTODIAN TRAVEL TO HARRISBURG  11/14 | 59.00 |
| 11/19/02 | ATTY # 0559: 4 COPIES | .60 |
| 11/19/02 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/02 | ATTY # 0559: 2 COPIES | .30 |
| 11/19/02 | ATTY # 0885: 5 COPIES | .75 |
| 11/19/02 | ATTY # 0885: 5 COPIES | .75 |
| 11/19/02 | Secretarial Overtime-Input coding data into database for ZAI document review/coding project. | 90.00 |
| 11/19/02 | Secretarial Overtime-Input coding data into database for ZAI document review/coding project. | 127.50 |
| 11/20/02 | ATTY # 0559: 2 COPIES | .30 |
| 11/20/02 | ATTY # 0559: 2 COPIES | .30 |
| 11/20/02 | ATTY # 0559: 2 COPIES | .30 |
| 11/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 11/20/02 | ATTY # 0885: 5 COPIES | .75 |
| 11/20/02 | Secretarial Overtime-Input coding data into database for ZAI document review/coding project. | 97.50 |
| 11/21/02 | Postage Expense | .37 |
| 11/21/02 | ATTY # 0885: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  993971
60028  ZAI Science Trial                          Page   9
       December 20, 2002


11/21/02   ATTY # 0885: 2 COPIES                              .30

11/21/02   ATTY # 0856: 1 COPIES                              .15

11/21/02   ATTY # 0856; 20 COPIES                           3.00

11/21/02   302-652-5340/WILMINGTON, DE/3                      .17

11/22/02   ATTY # 0559: 3 COPIES                              .45

11/22/02   ATTY # 0559: 3 COPIES                              .45

11/22/02   ATTY # 0559: 3 COPIES                              .45

11/22/02   ATTY # 0856: 1 COPIES                              .15

11/22/02   ATTY # 0856: 2 COPIES                              .30

11/22/02   ATTY # 0856; 83 COPIES                           8.30

11/24/02   ATTY # 0856; 14 COPIES                           2.10

11/24/02   ATTY # 0856: 32 COPIES                           4.80

11/25/02   ATTY # 0856; 17 COPIES                           2.55

11/27/02   ATTY # 0559: 2 COPIES                              .30

                         CURRENT EXPENSES                10,857.56
                                                        ------------
                 TOTAL BALANCE DUE UPON RECEIPT       $ 10,857.56
                                                        ============