# EXHIBIT A

## Case Administration (41.20 Hours; $ 7,259.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.00 | $710 | 710.00 |
| Peter V. Lockwood | .80 | $625 | 500.00 |
| Rita C. Tobin | 1.10 | $340 | 374.00 |
| Robert C. Spohn | 10.90 | $165 | 1,798.50 |
| Elyssa J. Strug | 8.90 | $155 | 1,379.50 |
| Karen A. Albertelli | 18.50 | $135 | 2,497.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/02 | RCT | 340.00 | 0.10 | E-mail litigation partners; review responses re: weekly report to EI re: significant events. |
| 11/01/02 | RCT | 340.00 | 0.20 | Prepare weekly report for EI re: significant events. |
| 11/01/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 10/31/02 |
| 11/01/02 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct doc in prep of indexing & filing. |
| 11/01/02 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 11/01/02 | KAA | 135.00 | 0.50 | Updated Ct doc index (01-771). |
| 11/03/02 | PVL | 625.00 | 0.10 | Review 2 miscellaneous filings. |
| 11/04/02 | RCS | 165.00 | 0.90 | Search correspondence for specific documents requested by attorney |
| 11/04/02 | EI | 710.00 | 0.10 | Re: Sealed Air: t/c E. Wohlforth re: McGovern. |
| 11/04/02 | KAA | 135.00 | 1.30 | Updated Ct doc & Orders indexes (02-2210). |
| 11/04/02 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/05/02 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 11/1/02 - 11/04/02 |
| 11/05/02 | KAA | 135.00 | 0.30 | Updated litigation calendar. |

{D0007214:1 }

- 2 -

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/06/02 | PVL | 625.00 | 0.10 | Review Berkin memo and email Milch. |
| 11/06/02 | RCT | 340.00 | 0.30 | Review weekly recommendation and schedules re: EI update and status report. |
| 11/06/02 | RCS | 165.00 | 2.40 | Review and index pleadings and correspondence received 11/5/02 (.2); prepare documents for forwarding to co-counsel (.2); retrieve trial exhibits per attorney request (.3); prepare exhibits for fedex to co-counsel (.3) review exhibits lists and compare depos exhibits used to insure all depos are listed as trial exhibits (1.1); retrieve specific documents requested by attorney (.3) |
| 11/06/02 | KAA | 135.00 | 1.50 | Updated Ct doc & Orders indexes (01-1139). |
| 11/06/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/07/02 | EJS | 155.00 | 0.60 | Retrieved archived Manville files for BAS re W.R. Grace work. |
| 11/07/02 | EJS | 155.00 | 0.30 | Minutes memo to RCT. |
| 11/07/02 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 11/6/02 (.3); retrieve specific documents requested by attorney (.4) |
| 11/07/02 | KAA | 135.00 | 0.70 | Updated Ct doc & Orders indexes (02-2210). |
| 11/07/02 | KAA | 135.00 | 0.50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/08/02 | EJS | 155.00 | 0.30 | Updated EI's Judge Wolin files/indexes. |
| 11/08/02 | EJS | 155.00 | 0.50 | Updated EI hearing files. |
| 11/08/02 | EJS | 155.00 | 2.00 | Retrieved archived Manville files for BAS. |
| 11/08/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/7/02 |
| 11/11/02 | PVL | 625.00 | 0.10 | Review 3 miscellaneous filings. |
| 11/11/02 | RCT | 340.00 | 0.20 | Review M. Eskin e-mails and case memo. |
| 11/11/02 | EJS | 155.00 | 0.50 | Updated EI, PVNL and JWD agenda files. |

{D0007214:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/11/02 | EJS | 155.00 | 1.00 | Sent Manville documents to BAS. |
| 11/11/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/8/02 |
| 11/11/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/11/02 | KAA | 135.00 | 1.70 | Updated Ct doc & Orders indexes (01-1139). |
| 11/12/02 | EJS | 155.00 | 0.50 | Updated EI hearing files. |
| 11/12/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/11/02 |
| 11/12/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/12/02 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 11/13/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/12/02 |
| 11/14/02 | EJS | 155.00 | 0.60 | Updated C&D files/indexes. |
| 11/14/02 | EJS | 155.00 | 0.60 | Updated C&D files/indexes. |
| 11/14/02 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 11/13/02 (.2); retrieve documents requested by attorney (.3) |
| 11/14/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/14/02 | KAA | 135.00 | 1.50 | Updated Ct doc & Orders indexes (01-1139). |
| 11/15/02 | PVL | 625.00 | 0.10 | Review motion re Locke p.i. |
| 11/15/02 | RCT | 340.00 | 0.10 | Review responses from lit partners re: weekly update and prepare memo for EI. |
| 11/15/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/14/02 |
| 11/15/02 | KAA | 135.00 | 0.20 | Reviewed received Ct docs in prep of indexing & filing. |
| 11/15/02 | KAA | 135.00 | 0.50 | Updated Ct doc index (01-1139). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/15/02 | KAA | 135.00 | 0.40 | Updated Ct doc index (01-771). |
| 11/15/02 | KAA | 135.00 | 0.40 | Updated Ct doc index (02-2210). |
| 11/15/02 | KAA | 135.00 | 0.30 | Updated Ct doc index (02-1549). |
| 11/18/02 | EJS | 155.00 | 0.70 | Updated EI, PVNL and JWD agenda files. |
| 11/18/02 | EJS | 155.00 | 0.30 | Updated EI files. |
| 11/19/02 | PVL | 625.00 | 0.10 | Review 4 miscellaneous filings. |
| 11/19/02 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 11/15/02 - 11/18/02 |
| 11/19/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/19/02 | KAA | 135.00 | 0.20 | Updated litigation calendar. |
| 11/20/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 11/19/02 |
| 11/21/02 | PVL | 625.00 | 0.20 | Review agenda letter (.1); teleconference Hurford (.1). |
| 11/21/02 | RCT | 340.00 | 0.20 | Review and analyze recommendation memo for EI report. |
| 11/21/02 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 11/20/02(.2); search e-document for specific items requested by attorney (.3) |
| 11/21/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/21/02 | KAA | 135.00 | 1.30 | Updated Ct doc & Orders indexes (01-1139). |
| 11/22/02 | RCS | 165.00 | 0.60 | Review and index pleadings and correspondence received 11/21/02 (.3); search files for documents requested by attorney (.3) |
| 11/22/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/25/02 | PVL | 625.00 | 0.10 | Review calendar. |
| 11/25/02 | EJS | 155.00 | 0.20 | Updated JWD agenda files. |

{D0007214:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/25/02 | EJS | 155.00 | 0.40 | Updated EI & PVNL agenda files. |
| 11/25/02 | RCS | 165.00 | 2.10 | Review and index pleadings and correspondence received 11/22/02 (.2); prepare documents for depo exhibits (1.9) |
| 11/25/02 | EI | 710.00 | 0.80 | Re: Sealed Air: T/c NDF re: expert evidentiary issues (.5); t/c E. Wohlforth (.1); reviewed appeal issues (.2). |
| 11/26/02 | EJS | 155.00 | 0.40 | Updated EI hearing files. |
| 11/26/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/25/02 |
| 11/26/02 | EI | 710.00 | 0.10 | File and agenda review. |
| 11/26/02 | KAA | 135.00 | 0.50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/26/02 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 11/26/02 | KAA | 135.00 | 0.20 | Updated Monthly Operating Reports index. |
| 11/26/02 | KAA | 135.00 | 0.70 | Updated Ct doc & Orders indexes (01-1139). |
| 11/27/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 11/26/02 |
| 11/27/02 | KAA | 135.00 | 1.50 | Updated Ct doc index (02-2210). |

**Total Task Code .04        41.20**


**Claim Analysis Objection & Resolution (Asbestos)(73.60 Hours; $ 18,556.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |
| Trevor W. Swett | .20 | $470 | 94.00 |
| Kimberly N. Brown | 3.90 | $350 | 1,365.00 |
| Max C. Heerman | 13.60 | $265 | 3,604.00 |

{D0007214:1 }

| | | | | |
|---|---|---|---|---|
| John P. Cunningham | .30 | $240 | 72.00 | |
| Brian A. Skretny | 55.40 | $240 | 13,296.00 | |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/02 | MCH | 265.00 | 0.20 | Conference with EI re: letter to Wolin re: challenged claims (.1); conference with JPC re: same (.1) |
| 11/04/02 | KNB | 350.00 | 2.20 | Memo to EI re property damage litigation |
| 11/04/02 | BAS | 240.00 | 4.70 | Rs re: compensability of challenged claims (4.7) |
| 11/05/02 | KNB | 350.00 | 1.30 | Memo re PD litigation |
| 11/05/02 | BAS | 240.00 | 0.60 | Meet w/ AGL/MCH re: 3d Cir. Appellate brief (.2); meet w/ AGL/JPL re: 3d Cir. Appellate brief (.4). |
| 11/05/02 | BAS | 240.00 | 11.60 | Rs re: compensability of challenged claims (11.6). |
| 11/06/02 | PVL | 625.00 | 0.20 | Review JPC memo re PD issues. |
| 11/06/02 | BAS | 240.00 | 12.40 | Draft ltr addressing compensability of challenged claims, and summarizing comprehensive research assignments (12.4). |
| 11/07/02 | BAS | 240.00 | 1.30 | Meet w/ NDF (.3); discussion w/ Elyssa Strug re: document requests (.6); rs re: potential expert consultant (.3); discuss doc. request w/RCS (.1). |
| 11/11/02 | KNB | 350.00 | 0.10 | Confer with RCS re Joe Rice's request for Ed Westbrook's address |
| 11/12/02 | KNB | 350.00 | 0.30 | Discussion of issues relating to compensability of challenged claims under various state law |
| 11/12/02 | TWS | 470.00 | 0.20 | Read e-mails on Daubert issues (.1); e-mail to legal team re Daubert issues (.1) |
| 11/12/02 | BAS | 240.00 | 0.30 | Discussion of issues relating to challenged claims (.3). |
| 11/12/02 | BAS | 240.00 | 0.40 | Review JPC/MCH edits to "Challenged Claims"/letters (.2); prepare for discussion of issues relating to challenged claims (.2). |
| 11/12/02 | MCH | 265.00 | 2.30 | Discussion of issues re: compensability of challenged conditions under various state law (.3); research med. lit. re: challenged asbestos disease (2.0) |

{D0007214:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/12/02 | JPC | 240.00 | 0.30 | Conference of issues re: compensability of challenged claims under various state law |
| 11/13/02 | BAS | 240.00 | 0.40 | Review on-line research resources re expert testimony with assistance from Mary Lou (.4). |
| 11/13/02 | MCH | 265.00 | 2.30 | Draft memo re: med. lit. on challenged asbestos disease |
| 11/14/02 | BAS | 240.00 | 0.20 | Follow-up to online research resources re admissibility of expert testimony (.2) |
| 11/14/02 | MCH | 265.00 | 2.30 | Draft memo re: med. lit re: challenged asbestos disease |
| 11/15/02 | MCH | 265.00 | 1.70 | Conference with BAS re: challenged asbestos disease (.2); conference with JPC re: same (.2); draft memo re: same (1.3) |
| 11/18/02 | BAS | 240.00 | 0.60 | Reviewed medical literature re: MCH's draft memo on definitions of medical conditions (.6). |
| 11/19/02 | MCH | 265.00 | 4.80 | Draft memo re: potential preference claims (4.5); acquire and review 3d cir. decision to vacate Cybergenics II and re-hear en banc (.2); research re: challenged asbestos disease (.1) |
| 11/21/02 | BAS | 240.00 | 5.10 | Met w/ NDF re: medical experts (.1); met w/ RCS re: docs for medical experts (.3); submitted doc. request to paralegal re: above (.3); phone call w/ potential expert (.3); prepared docs and faxed (.5); reviewed fax received (.3); gathered retention orders (.3); reviewed expert's past testimony (1.1); drafted retainer letter (1.9). |
| 11/22/02 | BAS | 240.00 | 0.40 | Read e-mails re: tactical considerations for court proceedings (.4). |
| 11/22/02 | BAS | 240.00 | 6.70 | Draft retainer letter and other correspondence (2.7); gathered and reviewed past interr. (.8); gathered and reviewed medical docs (1.2); draft questions for expert review (2.0). |
| 11/23/02 | BAS | 240.00 | 1.60 | Draft questions for expert review (1.6). |
| 11/25/02 | BAS | 240.00 | 5.80 | Draft and circulate questions for expert review (5.8). |

{D0007214:1 }

| 11/26/02 | BAS | 240.00 | 2.80 | Read and outlined expert deposition testimony in various parallel proceedings (2.8). |
| 11/27/02 | BAS | 240.00 | 0.50 | Email KNB re: recovery options for challenged claims under state law (.5). |

**Total Task Code .05    73.60**


**Claim Analysis Objection & Resolution (Non-Asbestos)(.10 Hours; $ 62.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/19/02 | PVL | 625.00 | 0.10 | Review settlement notice re Ohio claims. |

**Total Task Code .06    .10**


**Fee Applications, Applicant (15.90 Hours; $ 4,845.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .50 | $625 | 312.50 |
| Rita C. Tobin | 11.60 | $340 | 3,944.00 |
| Elyssa J. Strug | 3.80 | $155 | 589.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/02 | EJS | 155.00 | 0.20 | Created November fee schedule. |
| 11/02/02 | RCT | 340.00 | 1.80 | Review pre-bill. |
| 11/06/02 | PVL | 625.00 | 0.20 | Review draft letter Smith and email RCT re same. |

{D0007214:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/06/02 | RCT | 340.00 | 0.50 | Conference with EI re: fee issues (.1); research re: fee issues (.1); telecons with M. Eskin re: additional research needed (.3). |
| 11/06/02 | RCT | 340.00 | 3.50 | Draft response to fee auditor (1.5); review fee apps and meeting memos re: same (1.5); review Sealed Air docs re: same (.5) |
| 11/06/02 | EJS | 155.00 | 0.20 | Fee amounts to RCT re April, May, June F.C. fee apps. |
| 11/07/02 | PVL | 625.00 | 0.20 | Teleconference RCT re letter Smith. |
| 11/07/02 | RCT | 340.00 | 3.10 | Draft letter to fee auditor (2.5); e-mails to NDF, PVNL re: response to fee auditor (.3); review committee minutes re: response to fee auditor (.3). |
| 11/07/02 | EJS | 155.00 | 0.50 | Retrieved various fee auditor's reports for RCT. |
| 11/08/02 | EJS | 155.00 | 0.20 | Updated payment schedule with payment recently received. |
| 11/11/02 | RCT | 340.00 | 1.10 | Review and edit revised pre-bills (1.0); e-mail TB re: same (.1). |
| 11/12/02 | EJS | 155.00 | 0.50 | Searched and retrieved various fee auditor reports for RCT. |
| 11/19/02 | RCT | 340.00 | 0.80 | Review final fee apps. |
| 11/19/02 | RCT | 340.00 | 0.30 | Review final fee apps. f/c. |
| 11/19/02 | EJS | 155.00 | 0.70 | Worked on monthly fee application. |
| 11/20/02 | EJS | 155.00 | 0.50 | Completed work on monthly fee application. |
| 11/21/02 | PVL | 625.00 | 0.10 | Review Smith report. |
| 11/21/02 | EJS | 155.00 | 0.40 | Updated payment schedule with recently filed fee applications. |
| 11/21/02 | EJS | 155.00 | 0.30 | Retrieved fee applications for RCT. |
| 11/25/02 | RCT | 340.00 | 0.50 | Review final report from fee auditor (.3); e-mail PVNL re: same (.2). |
| 11/25/02 | EJS | 155.00 | 0.20 | Email to local counsel re payment received and payment missed. |

{D0007214:1 }

| 11/26/02 | EJS | 155.00 | 0.10 | Updated RCT fee book. |

**Total Task Code .12        15.90**

**Fee Applicants, Others (2.00 Hours; $ 693.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .50 | $625 | 312.50 |
| Rita C. Tobin | .80 | $340 | 272.00 |
| Elyssa J. Strug | .70 | $155 | 108.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/02 | RCT | 340.00 | 0.30 | Review E. Warren time entries. |
| 11/05/02 | RCT | 340.00 | 0.50 | Review final reports and US Trustee objections to committee expenses (.3); conference with EI re: same (.1); conference with ES re: same (.1). |
| 11/13/02 | PVL | 625.00 | 0.10 | Review 3 fee applications. |
| 11/15/02 | PVL | 625.00 | 0.10 | Review 4 fee applications. |
| 11/19/02 | PVL | 625.00 | 0.30 | Review 13 fee oppositions and notices (.2); review PWC motion re fees (.1). |
| 11/19/02 | EJS | 155.00 | 0.70 | Worked on monthly fee application. |

**Total Task Code .13        2.00**

**Tax Litigation (5.40 Hours; $ 2,646.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | 5.40 | $490 | 2,646.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0007214:1 }

- 11 -

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/26/02 | AGL | 490.00 | 4.30 | Review CA3 order re supplemental memo on interlocutory appeals (0.2); review Brad Friedman proposed response (0.3); legal research re same (0.6); draft letter-memo to CA3 Clerk and revise same (2.9). |
| 11/27/02 | AGL | 490.00 | 1.10 | Review Brad Friedman comments on draft letter to CA3 (0.3); incorporate suggested changes in draft (0.5); emails to Marla Eskin re filing and service of letter (0.3). |

**Total Task Code .20**       5.40


**Travel - Non-Working (10.40 Hours; $ 2,847.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 6.90 | $312.50 | 2,156.25 |
| Nathan D. Finch | 3.50 | $197.50 | 691.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/26/02 | NDF | 197.50 | 3.50 | Travel time DC/NY/DC (3.5) |
| 11/27/02 | PVL | 312.50 | 6.90 | Travel to and from Newark for settlement conference. |

**Total Task Code .21**       10.40

{D0007214:1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 417.05 |
| Air Freight & Express Mail | 339.68 |
| Charge of Cell and/or Home Phone Useage | 34.44 |
| Conference Meals | 80.16 |
| Database Research | 1,572.30 |
| Local Transportation – DC | 26.20 |
| Long Distance Telephone - Equitrac In-House | 112.75 |
| Meals Related to Travel | 55.09 |
| Outside Local Deliveries | 16.96 |
| Outside Duplication Service | 290.83 |
| Professional Fees & Expert Witness Fees | 3,250.00 |
| Research Material | 77.10 |
| Telecopier | 90.30 |
| Travel Expenses – Ground Transportation | 120.22 |
| Travel Expenses – Hotel Charges | 318.37 |
| Duplicating | <u>4,383.15</u> |
| Total: | $ 11,184.60 |