**EXHIBIT B**

**Case Administration (41.2 Hours; $ 7,259.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      41.2

**Claim Analysis Objection & Resolution (Asbestos) (73.6 Hours; $ 18,556.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**      73.6

**Claim Analysis (Objection & Resolution (Non-Asbestos) (.1 Hours; $ 62.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**      .1

**Fee Applications, Applicant (15.9 Hours; $ 4,845.50)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**      15.9

**Fee Applications, Others (2.0 Hours; $ 693.00)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**      2.0

**Tax Litigation (5.4 Hours; $ 2,646.00)**

{D0007215:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to

**Total Task Code .20            5.4**


**Non-Working Travel Time (10.4 Hours; $ 2,847.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21            10.4**

{D0007215:1 }