**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 417.05 |
| Air Freight & Express Mail | 339.68 |
| Charge of Cell and/or Home Phone Useage | 34.44 |
| Conference Meals | 80.16 |
| Database Research | 1,572.30 |
| Local Transportation – DC | 26.20 |
| Long Distance Telephone - Equitrac In-House | 112.75 |
| Meals Related to Travel | 55.09 |
| Outside Local Deliveries | 16.96 |
| Outside Duplication Service | 290.83 |
| Professional Fees & Expert Witness Fees | 3,250.00 |
| Research Material | 77.10 |
| Telecopier | 90.30 |
| Travel Expenses – Ground Transportation | 120.22 |
| Travel Expenses – Hotel Charges | 318.37 |
| Duplicating | 4,383.15 |
| Total: | $ 11,184.60 |

{D0007216:1 }