IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Deadline: January 20, 2003 @4:00 p.m.** |

**NINTH MONTHLY APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC.,
FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS ASBESTOS-RELATED BODILY INJURY CONSULTANT
TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY
CLAIMANTS OF W.R. GRACE & CO., *ET AL.*
FOR THE PERIOD NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Legal Analysis Systems, Inc. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2002 through November 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $66,388.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0 |

This is a: ___**X**___ monthly _____ interim _____ final application.

Legal Analysis Systems, Inc.'s time and requested compensation in preparing this Application will appear on a subsequent application.

{D0007063:1 }

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | April 12, 2001 through July 31, 2001 | $38,340.50 | $2,001.38 | $30,672.40 | $2,001.38 |
| 4/29/02 | November 1, 2001 through January 31, 2002 | $9,419.50 | $00.00 | $7,535.60 | $0.00 |
| 4/30/02 | September, 2001 | $8,578.00 | $00.00 | 6,862.40 | $00.00 |
| 6/19/02 | February, 2002 through April, 2002 | $41,833.50 | $517.49 | $33,466.80 | $517.49 |
| 8/13/02 | May, 2002 through June, 2002 | $117,704.00 | $6,172.23 | $94,163.20 | $6,172.23 |
| 9/24/02 | July, 2002 | $195,758.00 | $2.792.95 | $156,606.40 | $2,792.95 |
| 9/30/02 | August, 2002 | $144,621.00 | $8,463.96 | Pending | Pending |
| 11/14/02 | September 2002 through October 2002 | $136,732.00 | $8,593.16 | Pending | Pending |
| 12/30/02 | November, 2002 | $66,388.50 | $0 | | |

**SUMMARY OF COMPENSABLE TIME OF PROFESSIONALS FOR BILLING
PERIOD NOVEMBER 1, 2002 TO NOVEMBER 30, 2002**

| Name, Position, Years Experience | Hours Billed | Hourly Rate | Amount of Fees |
| --- | --- | --- | --- |
| Dan Relles, Statistician, 28+ years | 59.8 | $330.00 | $45,600.00 |
| Mark A. Peterson, Principal, 25+ years | 91.2 | $500.00 | $19,734.00 |
| Marygail Brauner, Senior Researcher, 12+ years | 5.7 | $185.00 | $1,054.50 |
| **Total** | **156.7** | | **$66,388.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 11/1/02 through 11/30/02 | Total Fees for the Period 11/1/02 through 11/30/02 |
|---|---:|---:|
| Claims Analysis Objection Resolution & Estimation (Asbestos) | .5 | $165.00 |
| Committee | 13.7 | $5,932.00 |
| Hearings | 115.80 | $50,341.50 |
| Data Analysis | 26.7 | $9,950.00 |
| **Grand totals** | **156.7** | **$66,388.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Period November 1, 2002 through November 30, 2002 |
|---|---|---|
| Overnight Courier | Federal Express | |
| Meals | | |
| Travel | | |
| **Total:** | | **$0** |

LEGAL ANALYSIS SYSTEMS, INC.

/s/ Mark A. Peterson
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA  91360
(805) 499-3572

Asbestos-Related Bodily Injury Consultant for the Official Committee of Asbestos Personal Injury Claimants

Dated: December 30, 2002