```
Date: 12/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


 Date/Slip# Description                                       HOURS/RATE   AMOUNT
 -------------------------------------------------------------------------------
 11/13/02   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.5    165.00
 #2604      telephone Peterson re: plans for analysis of          330.00
            Grace/Manville linked data
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 11/11/02  Peterson  / (07) Committee, Creditors'            0.3      150.00
 #2403     Telephone Friedman and Finch re: preparation for 500.00
           trial

 11/13/02  Peterson  / (07) Committee, Creditors'            1.0      500.00
 #2404     Telephone Finch (.5) and preparation, re: forecasts 500.00

 11/13/02  Peterson  / (07) Committee, Creditors'            0.5      250.00
 #2406     Telephone Finch and Relles re: forecasts and     500.00
           demonstratives

 11/13/02  Relles    / (07) Committee, Creditors'            0.5      165.00
 #2605     telephone Peterson and Finch re: data requests   330.00

 11/14/02  Peterson  / (07) Committee, Creditors'            1.9      950.00
 #2409     Telephone Finch re: annual forecasts; review     500.00
           Finch-Relles correspondence about annual forecasts;
           email to Gries re: annual forecasts

 11/15/02  Peterson  / (07) Committee, Creditors'            1.4      700.00
 #2410     Review Relles-Finch correspondence re: Bates'    500.00
           forecasts; review Bates' tables

 11/19/02  Peterson  / (07) Committee, Creditors'            2.5     1250.00
 #2419     Conference call Finch, Relles re: demonstrative  500.00
           exhibits

 11/19/02  Relles    / (07) Committee, Creditors'            2.5      825.00
 #2619     conference call with Finch and Peterson re: exhibits 330.00
           for trial

 11/22/02  Relles    / (07) Committee, Creditors'            0.7      231.00
 #2627     telephone Peterson, Finch, Boyer re: issues to   330.00
           discuss with financial analysts

 11/22/02  Relles    / (07) Committee, Creditors'            0.4      132.00
 #2628     telephone Peterson re: followup to Finch and Boyer 330.00
           phone calls

 11/23/02  Relles    / (07) Committee, Creditors'            0.6      198.00
 #2632     conference call with Finch and Boyer re: explaining 330.00
           steps between Peterson and financial analysts'
           reports
```

{D0007060:1 }

```
Date: 12/16/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 3

                      W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 11/24/02  Peterson  / (07) Committee, Creditors'                  0.5    250.00
 #2433     Conference call: Finch, Boyer, Gries Relles,          500.00
           Friedman re: 2001 Forecast

 11/24/02  Relles    / (07) Committee, Creditors'                  0.5    165.00
 #2637     conference call with Finch, Friedman, Boyer, Gries,   330.00
           Peterson

 11/29/02  Peterson  / (07) Committee, Creditors'                  0.2    100.00
 #2444     Telephone Finch and Relles about settlement of        500.00
           fraudulent conveyance action

 11/29/02  Relles    / (07) Committee, Creditors'                  0.2     66.00
 #2649     telephone Finch and Peterson about settlement of      330.00
           fraudulent conveyance action
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 4

                     W. R. Grace (continued)


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
11/07/02  Peterson   / (14) Hearings                              1.3     650.00
 #2401    Review September and August reports; review           500.00
          demonstratives

11/10/02  Peterson   / (14) Hearings                              4.3    2150.00
 #2402    Review KPMG and Bates reports'; review LAS responses  500.00
          to KPMG and Bates' reports

11/13/02  Peterson   / (14) Hearings                              1.9     950.00
 #2405    Work on demonstratives for trial                      500.00

11/15/02  Peterson   / (14) Hearings                              2.6    1300.00
 #2411    Review analyses from LAS July report                  500.00

11/15/02  Relles     / (14) Hearings                              1.8     594.00
 #2613    produce graphical summaries of mesothelioma counts,   330.00
          allocations, and propensities to sue; memo to Finch
          and Swett

11/16/02  Peterson   / (14) Hearings                              5.4    2700.00
 #2412    Review RPC reports, Rourke and Florence depositions;  500.00
          LAS comments on RPC reports

11/17/02  Peterson   / (14) Hearings                              3.8    1900.00
 #2413    Review Grace Monthly Asbestos Litigation Reports      500.00

11/17/02  Peterson   / (14) Hearings                              3.5    1750.00
 #2414    Review LAS August and September reports               500.00

11/17/02  Peterson   / (14) Hearings                              0.3     150.00
 #2415    Review NPV calculations from Relles                   500.00

11/17/02  Relles     / (14) Hearings                              0.8     264.00
 #2614    run NPV computations with insurance, send to Finch    330.00
          and Peterson

11/17/02  Relles     / (14) Hearings                              2.3     759.00
 #2615    estimate trends in settlement rates                   330.00

11/18/02  Peterson   / (14) Hearings                              1.0     500.00
 #2416    email correspondence with Finch, with Boyer: re:      500.00
          annual forecasts

11/18/02  Peterson   / (14) Hearings                              0.7     350.00
 #2417    Review summary of Grace MALs reports                  500.00
```

{D0007060:1 }

```
Date: 12/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 5

                       W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
11/18/02   Peterson  / (14) Hearings                            1.2     600.00
#2418      Review Finch suggestions re: demonstratives;       500.00
           telephone Relles (.3)

11/18/02   Relles    / (14) Hearings                            0.3      99.00
#2617      telephone Peterson re: Finch suggestions on        330.00
           demonstratives

11/19/02   Peterson  / (14) Hearings                            3.1    1550.00
#2421      Review reports and demonstratives in preparation for 500.00
           trial

11/20/02   Peterson  / (14) Hearings                            0.6     300.00
#2422      Review USCS report on cancer statistics            500.00

11/20/02   Peterson  / (14) Hearings                            4.5    2250.00
#2423      Develop additional demonstrative exhibits; telephone 500.00
           Relles (1.8) re: exhibits

11/20/02   Relles    / (14) Hearings                            0.5     165.00
#2620      review USCS cancer report                          330.00

11/20/02   Relles    / (14) Hearings                            3.8    1254.00
#2621      revise Powerpoint charts following Finch/Peterson  330.00
           discussion

11/20/02   Relles    / (14) Hearings                            1.8     594.00
#2622      telephone Peterson re: revised charts             330.00

11/21/02   Peterson  / (14) Hearings                            2.1    1050.00
#2424      Review Finch materials on Bates testimony         500.00

11/21/02   Peterson  / (14) Hearings                            2.2    1100.00
#2425      Work on demonstrative exhibits; telephone Relles  500.00
           (.7)

11/21/02   Relles    / (14) Hearings                            1.9     627.00
#2624      review, edit, and revise new charts; telephone    330.00
           Peterson (.7) re: charts

11/22/02   Peterson  / (14) Hearings                            2.7    1350.00
#2426      Work on demonstrative exhibits                    500.00
```

{D0007060:1 }

```
Date: 12/16/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 6

                     W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
 11/22/02  Peterson  / (14) Hearings                           1.7     850.00
 #2427     Review Boyer materials; conference: Boyer, Finch,  500.00
           Relles (0.7) re: annual forecasts; telephone Relles
           (.4) re: Boyer followup to phone call

 11/22/02  Peterson  / (14) Hearings                           1.2     600.00
 #2428     Review analysis files to prepare for testimony   500.00

 11/22/02  Relles    / (14) Hearings                           0.3      99.00
 #2625     telephone Finch re: changes to Powerpoint charts  330.00

 11/22/02  Relles    / (14) Hearings                           0.5     165.00
 #2626     review Powerpoint charts from Finch              330.00

 11/23/02  Brauner   / (14) Hearings                           2.9     536.50
 #2801     develop several new Powerpoint exhibits          185.00

 11/23/02  Peterson  / (14) Hearings                           0.5     250.00
 #2429     Conference call with Finch and Relles re: forecast 500.00
           as of April 2001

 11/23/02  Peterson  / (14) Hearings                           0.6     300.00
 #2430     Conference call with Finch, Relles and Boyer (.6) 500.00
           re: forecast as of April 2001

 11/23/02  Peterson  / (14) Hearings                           3.5    1750.00
 #2431     Review April 2001 forecast; telephone Relles (.5); 500.00
           draft memo to Boyer

 11/23/02  Peterson  / (14) Hearings                           3.2    1600.00
 #2432     Work on demonstratives; telephone Relles (several 500.00
           1.0)

 11/23/02  Relles    / (14) Hearings                           1.0     330.00
 #2633     work with Brauner on exhibits                    330.00

 11/23/02  Relles    / (14) Hearings                           0.5     165.00
 #2634     telephone Peterson re: discuss current exhibits, 330.00
           identify additional variations

 11/24/02  Brauner   / (14) Hearings                           2.8     518.00
 #2802     develop several new Powerpoint exhibits          185.00
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                                  Page 7

                        W. R. Grace (continued)


Date/Slip#  Description                                          HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------------
11/24/02    Peterson  / (14) Hearings                                   2.2   1100.00
#2434       Work on demonstratives; telephone Relles (several         500.00
            1.0)

11/24/02    Peterson  / (14) Hearings                                   2.5   1250.00
#2435       Review drafts of demonstratives and LAS reports to        500.00
            prepare for hearing

11/24/02    Relles    / (14) Hearings                                   1.3    429.00
#2635       work with Brauner on exhibits                             330.00

11/24/02    Relles    / (14) Hearings                                   0.8    264.00
#2636       prepare for conference call                               330.00

11/24/02    Relles    / (14) Hearings                                   0.3     99.00
#2638       put tables into spreadsheets, send to Boyer               330.00

11/24/02    Relles    / (14) Hearings                                   1.0    330.00
#2639       telephone Peterson (several) re: work on                  330.00
            demonstratives

11/25/02    Peterson  / (14) Hearings                                   0.2    100.00
#2436       telephone Relles re: computations to investigate          500.00
            Bates' assertions

11/25/02    Relles    / (14) Hearings                                   0.2     66.00
#2640       telephone Peterson re: computations to investigate        330.00
            Bates' assertions

11/26/02    Peterson  / (14) Hearings                                   3.1   1550.00
#2437       Review Peterson deposition transcripts                    500.00

11/26/02    Relles    / (14) Hearings                                   0.8    264.00
#2641       download and review revisions by Finch                    330.00

11/27/02    Peterson  / (14) Hearings                                   1.8    900.00
#2438       Telephone Finch and Relles re: work on                    500.00
            demonstratives

11/27/02    Peterson  / (14) Hearings                                   6.9   3450.00
#2439       Work on demonstratives for hearing; review Bates          500.00
            report to prepare responsive demonstratives
```

{D0007060:1 }

```
Date: 12/16/02           Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 8

                    W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 11/27/02  Relles    / (14) Hearings                           2.4      792.00
 #2642     work through Peterson graphics, checking and filling 330.00
           in missing numbers, incorporating Finch edits

 11/27/02  Relles    / (14) Hearings                           1.8      594.00
 #2643     telephone Finch and Peterson re: work on           330.00
           demonstratives

 11/28/02  Peterson  / (14) Hearings                           4.7     2350.00
 #2440     Review LAS reports for hearing                     500.00

 11/28/02  Peterson  / (14) Hearings                           1.4      700.00
 #2441     work on demonstratives; telephone Relles (.4) re:  500.00
           same

 11/28/02  Relles    / (14) Hearings                           0.4      132.00
 #2644     telephone Peterson re: work on demonstratives      330.00

 11/28/02  Relles    / (14) Hearings                           4.2     1386.00
 #2645     derive inflated (cpi) liability+defense-cost       330.00
           estimates under various forecast scenarios for
           Peterson exhibits

 11/29/02  Peterson  / (14) Hearings                           0.4      200.00
 #2442     telephone Relles re: graphics, Bates cumulative    500.00
           exposure population

 11/29/02  Peterson  / (14) Hearings                           1.1      550.00
 #2443     Develop additional graphic exhibits for hearing    500.00

 11/29/02  Relles    / (14) Hearings                           1.6      528.00
 #2646     finish obtaining cpi-inflated liability+defense-cost 330.00
           estimates; update Peterson testimony graphics

 11/29/02  Relles    / (14) Hearings                           0.7      231.00
 #2647     obtain Bates cumulative exposure population numbers 330.00
           and graphics

 11/29/02  Relles    / (14) Hearings                           0.4      132.00
 #2648     telephone Peterson re: graphics, Bates cumulative  330.00
           exposure population

 11/29/02  Relles    / (14) Hearings                           2.5      825.00
 #2650     archive all Grace datasets and programs            330.00
```

```
Date: 12/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 9

                  W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE  AMOUNT
-----------------------------------------------------------------------------
11/13/02  Peterson   / (28) Data Analysis                     1.0    500.00
#2407     Review Grace-Manville database; telephone Relles  500.00
          (.5)

11/13/02  Relles     / (28) Data Analysis                     0.2     66.00
#2601     download merged Grace/Manville data               330.00

11/13/02  Relles     / (28) Data Analysis                     1.4    462.00
#2602     read and convert Grace/Manville data to ascii    330.00

11/13/02  Relles     / (28) Data Analysis                     0.4    132.00
#2603     prepare spreadsheet for Finch et al; prepare     330.00
          frequencies and listings to review with Peterson

11/14/02  Peterson   / (28) Data Analysis                     2.7   1350.00
#2408     Review annual values/amounts of claims telephone  500.00
          Relles (many 1.4)

11/14/02  Relles     / (28) Data Analysis                     0.7    231.00
#2606     review cdroms sent with Peterson reports; verify 330.00
          Grace received projections

11/14/02  Relles     / (28) Data Analysis                     1.2    396.00
#2607     find computations and results associated with    330.00
          Peterson projection summaries

11/14/02  Relles     / (28) Data Analysis                     1.4    462.00
#2608     telephone Peterson (several calls) re: projections, 330.00
          conversation to cash flows required by financial
          analysts

11/14/02  Relles     / (28) Data Analysis                     2.2    726.00
#2609     assemble year by year npv projection information; 330.00
          inflate by cpi

11/14/02  Relles     / (28) Data Analysis                     0.6    198.00
#2610     summarize for Mike Gries (financial analyst); send 330.00
          information to Finch, Gries

11/14/02  Relles     / (28) Data Analysis                     0.4    132.00
#2611     miscellaneous email correspondence with Finch    330.00

11/14/02  Relles     / (28) Data Analysis                     0.9    297.00
#2612     access Bates spreadsheet, extract mesothelioma   330.00
          numbers
```

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 10

                     W. R. Grace (continued)


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 11/18/02  Relles    / (28) Data Analysis                      0.6       198.00
 #2616     respond to Finch email re: Bates tables           330.00

 11/19/02  Peterson  / (28) Data Analysis                      3.0      1500.00
 #2420     Prepare for conference call with Finch and Relles; 500.00
           review demonstratives and analyses described by
           demonstratives

 11/19/02  Relles    / (28) Data Analysis                      3.2      1056.00
 #2618     review reports and computer code in preparation for 330.00
           conference call with Finch

 11/21/02  Relles    / (28) Data Analysis                      2.3       759.00
 #2623     review old analyses for numbers to enter into new  330.00
           charts; develop tables for charts

 11/22/02  Relles    / (28) Data Analysis                      1.7       561.00
 #2629     review computations leading to spreadsheets sent to 330.00
           financial analysts

 11/23/02  Relles    / (28) Data Analysis                      1.3       429.00
 #2630     replicate old computations to understand spreadsheet 330.00
           discrepancies

 11/23/02  Relles    / (28) Data Analysis                      1.5       495.00
 #2631     telephone Peterson (several calls) re: appendix B  330.00
           versus tables on page 11
-------------------------------------------------------------------------------
```

{D0007060:1 }

```
Date: 12/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 12

                       W. R. Grace (continued)

                Summary Of Time Charges, By Month and Activity
                        November 2002 - November 2002

   MONTH       ACTIVITY                                       HOURS     AMOUNT
   --------------------------------------------------------------------------
   November  - (05) Claims Anal Objectn/Resolutn (Asbest)       0.5     165.00
   November  - (07) Committee, Creditors'                      13.7    5932.00
   November  - (14) Hearings                                  115.8   50341.50
   November  - (28) Data Analysis                              26.7    9950.00
   November  - (99) Total                                     156.7   66388.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)       0.5     165.00
   Total     - (07) Committee, Creditors'                      13.7    5932.00
   Total     - (14) Hearings                                  115.8   50341.50
   Total     - (28) Data Analysis                              26.7    9950.00
   Total     - (99) Total                                     156.7   66388.50


   --------------------------------------------------------------------------
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                       Page 13

                        W. R. Grace (continued)

                  Summary Of Time Charges, By Month and Person
                         November 2002 - November 2002

   MONTH         PERSON                                      HOURS     AMOUNT
   ---------------------------------------------------------------------------
   November   - Relles                                        59.8   19734.00
   November   - Peterson                                      91.2   45600.00
   November   - Brauner                                        5.7    1054.50
   November   - Total                                        156.7   66388.50

   Total      - Relles                                        59.8   19734.00
   Total      - Peterson                                      91.2   45600.00
   Total      - Brauner                                        5.7    1054.50
   Total      - Total                                        156.7   66388.50


   ---------------------------------------------------------------------------
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 14

                    W. R. Grace (continued)

         Summary Of Time Charges, By Activity, Month, and Person
                      November 2002 - November 2002

MONTH       PERSON                                HOURS   RATE    AMOUNT
------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

November  - Relles                                  0.5   330.     165.00

(07) Committee, Creditors'

November  - Relles                                  5.4   330.    1782.00
November  - Peterson                                8.3   500.    4150.00

(14) Hearings

November  - Relles                                 33.9   330.   11187.00
November  - Peterson                               76.2   500.   38100.00
November  - Brauner                                 5.7   185.    1054.50

(28) Data Analysis

November  - Relles                                 20.0   330.    6600.00
November  - Peterson                                6.7   500.    3350.00

------------------------------------------------------------------------
```

{D0007060:1 }