IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, David W. Carickhoff, hereby certify that on the 30th day of December, 2002, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Nineteenth Monthly Application Of Pachulski, Stang, Ziehl, Young & Jones P.C. For Compensation For Services Rendered And Reimbursement Of Expenses As Co-Counsel To The Debtors For The Period From October 1, 2002 Through October 31, 2002.**

David W. Carickhoff (DE Bar No. 3715)

91100-001\DOCS_DE:61477.1