**UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

**MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP,
AUDITORS AND TAX CONSULTANTS FOR DEBTORS,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
<u>OF EXPENSES FOR THE MONTH OF OCTOBER, 2002</u>**

Name of Applicant:    PricewaterhouseCoopers LLP

Authorized to Provide
Professional Services to:    The Debtors and Debtors in Possession

Date of Retention:    June 18, 2002 *nunc pro tunc* to January 10, 2002

Period for which compensation
and reimbursement is sought:    October 1, 2002 – October 31, 2002

Amount of fees and expenses sought
as actual, reasonable and necessary:    <u>$82,750.43</u>

This is a(n):    <u> x </u> interim    <u>  </u> final application.

The total time expended for the preparation of this application is approximately __ hours.

Prior Applications:    *First, Second and Third Quarterly Fee Applications of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses*; filed November 15, 2002

{MCM6887.DOC}