**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**October 2002**

| **Timekeeper Name** | **Title** | **Years in Field** | **Billing Rate** | **Total Hours** | **Total Amount** |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 30 | $682 | 19 | $12,958 |
| Ray Bromark | Audit Partner | 30 | $1422 | 1 | $1,422 |
| Jay Seibler | RQR Partner | | $1,113 | 0.5 | $557 |
| Andrew MacWilliam | Audit Partner | 15 | $682 | 4 | $2,728 |
| Steve Heindel | Tax Partner | | $737 | 0.5 | $369 |
| Joseph Devito | GRMS Partner | 15 | $767 | 1.5 | $1,151 |
| David Ryan | Audit Senior Manager | | $522 | 15 | $7,830 |
| Pamela Schlosser | National Partner | 10 | $990 | 0.5 | $495 |
| Tom Kalinowsky | GSRM Senior Manager | | $639 | 1.0 | $639 |
| Craig Cleaver | GRMS Manager | 4 | $474 | 4.5 | $2,133 |
| Michele Gerety | Tax Manager | 7 | $553 | 0.5 | $277 |
| Francis Schlosser | Audit Manager | 6 | $470 | 38.6 | $18,142 |

{MCM6888.DOC}

| Timekeeper Name | Title | Years in Field | Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Sandra David | Audit Manager | 5 | $447 | 6.5 | $2,906 |
| Jason Natt | Audit Manager | 5 | $447 | 125.5 | $56,099 |
| Jonnelle Lippolis | Audit Senior Associate | | $320 | 8.5 | $2,720 |
| Cheryl Frick | Audit Senior Associate | 3 | $314 | 91.5 | $28,731 |
| Nina Govic | Audit Senior Associate | | $273 | 65 | $17,745 |
| Renee Anderson | Audit Associate | 2 | $235 | 7.5 | $1,763 |
| Andrew Blume | Audit Senior Associate | 2 | $273 | 5 | $1,365 |
| Aimee Stickley | Audit Associate | 1 | $213 | 54 | $11,502 |
| Ryan Parks | Audit Associate | | $213 | 8 | $1,704 |
| Michelle Murray | Audit Associate | | $213 | 9 | $1,917 |
| Liz Noone | Audit Associate | | $185 | 7.5 | $1,388 |
| Karen Huebner | Admin. | | $120 | 1 | $120 |
| Elizabeth Coyle | Admin | | $112 | 05. | $56 |
| Kate Burke | Admin. | | $121 | 3.8 | $460 |

{MCM6888.DOC}

| Timekeeper Name | Title | Years in Field | Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| **Total at Standard Rate** | | | | | $177,173 |
| **45% Realized Rate Adjustment** | | | | | ($97,445) |
| **TOTAL** | | | | | $79,728 |

**Summary of PwC's Fees By Project Category:**
**October 2002**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure** | | |

| Statement | | |
|---|---|---|
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **484.9** | **$79,729** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **484.9** | **$79,729** |

**Expense Summary**
**October 2002**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$2,718.76** |
| **Lodging** | **N/A** | **$251.31** |
| **Sundry** | **N/A** | **$24.02** |
| **Business Meals** | **N/A** | **$28.34** |
| **TOTAL:** | | **$3,022.43** |

{MCM6888.DOC}