**EXHIBIT C**

**Professional Profiles**

| Name of Professional | Position with the Firm | Hourly Bill Rate |
|---|---|---|
| Larry Farmer | Audit Partner | 682 |
| Raymond Bromark | Audit Partner | 1422 |
| Pam Schlosser | National Partner | 990 |
| Jay Seliber | RQR Partner | 1113 |
| Andrew MacWilliam | Audit Partner | 682 |
| Peter Woolf | Tax Partner | 733 |
| Stephen Heindel | Tax Partner | 737 |
| Joseph Divito | GRMS Partner | 767 |
| Dave Ryan | Audit Senior Manager | 522 |
| Tom Kalinowsky | GSRM Senior Manager | 639 |
| Craig Cleaver | GRMS Manager | 474 |
| Michele Gerety | Tax Manager | 553 |
| Francis Schlosser | Audit Manager | 470 |
| Sandra David | Audit Manager | 447 |
| Jason Natt | Audit Manager | 447 |
| Maureen Driscoll | GRMS Senior Associate | 389 |
| Jonnelle Lippolis | Audit Senior Associate | 320 |
| Cheryl Frick | Audit Senior Associate | 314 |
| Nina Govic | Audit Senior Associate | 273 |
| Andrew Blume | Audit Senior Associate | 282 |
| Alexandre Rossin | GSRM Senior Associate | 426 |
| Renee Anderson | Audit Associate | 235 |
| Aimee Stickley | Audit Associate | 213 |
| Derek Nance | Audit Associate | 185 |
| Jeffrey Zartman | Audit Associate | 213 |
| Maureen Yeager | Audit Associate | 185 |
| Michele Murray | Audit Associate | 213 |
| Ryan Parks | Audit Associate | 213 |
| Elizabeth Noone | Audit Associate | 185 |
| Daniel Weir | GRMS Associate | 261 |
| Doug Hut | GRMS Associate | 208 |
| Karen Huebner | Administrative Assistant | 120 |
| Elizabeth Coyle | Administrative Assistant | 112 |
| Alexandra Rivera | Administrative Assistant | 112 |
| Laurie Ortiz | Administrative Assistant | 112 |
| Kate Burke | Administrative Assistant | 101 |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Larry Farmer | 19.0 | $ 682 | $ 12,958 |
| Ray Bromark | 1.0 | $ 1,422 | $ 1,422 |
| Jay Seibler | 0.5 | $ 1,113 | $ 557 |
| Andrew MacWilliams | 4.0 | $ 682 | $ 2,728 |
| Steve Heindel | 0.5 | $ 737 | $ 369 |
| Joseph Divito | 1.5 | $ 767 | $ 1,151 |
| David Ryan | 15.0 | $ 522 | $ 7,830 |
| Pam Schlosser | 0.5 | $ 990 | $ 495 |
| Tom Kalinowsky | 1.0 | $ 639 | $ 639 |
| Craig Cleaver | 4.5 | $ 474 | $ 2,133 |
| Michele Gerety | 0.5 | $ 553 | $ 277 |
| Francis Schlosser | 38.6 | $ 470 | $ 18,142 |
| Sandra David | 6.5 | $ 447 | $ 2,906 |
| Jason Natt | 125.5 | $ 447 | $ 56,099 |
| Jonnelle Lippolis | 8.5 | $ 320 | $ 2,720 |
| Cheryl Frick | 91.5 | $ 314 | $ 28,731 |
| Nina Govic | 65.0 | $ 273 | $ 17,745 |
| Rene Anderson | 7.5 | $ 235 | $ 1,763 |
| Andrew Blume | 5.0 | $ 273 | $ 1,365 |
| Aimee Stickley | 54.0 | $ 213 | $ 11,502 |
| Ryan Parks | 8.0 | $ 213 | $ 1,704 |
| Michelle Murray | 9.0 | $ 213 | $ 1,917 |
| Liz Noone | 7.5 | $ 185 | $ 1,388 |
| Karen Huebner | 1.0 | $ 120 | $ 120 |
| Elizabeth Coyle | 0.5 | $ 112 | $ 56 |
| Kate Burke | 3.8 | $ 121 | $ 460 |

| | | | |
|------|-------|------|-------|
| Total at Standard Rate | 484.9 | | $ 177,173 |
| 45 % Accrual Rate Adjustment | | | $ (97,445) |
| Total at 45% Accrual Rate | | | $79,728 |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Larry Farmer** | | | | |
| 10/02/02 | 0.5 | OPEB's discussion with Jason Natt | 682 | 341 |
| 10/04/02 | 2.0 | Risk Assessment; Meeting with Paul Norris, Grace CEO | 682 | 1364 |
| 10/09/02 | 3.5 | Meet with Bob Tarola, Grace CFO, re: IT Security Controls; met with Joesph Divito and Craig Cleaver to prepare for the controls meeting | 682 | 2387 |
| 10/11/02 | 1.0 | Administrative work | 682 | 682 |
| 10/18/02 | 1.0 | Discuss Q3 procedures with Jason Natt | 682 | 682 |
| 10/21/02 | 2.0 | Review Q3 work; meet engagement team re: third quarter | 682 | 1364 |
| 10/21/02 | 1.0 | Planning discussion for 2002 audit with Jason Natt and David Ryan | 682 | 682 |
| 10/22/02 | 3.0 | Q3 procedures; prepare for audit committee call; review of press release | 682 | 2046 |
| 10/23/02 | 1.5 | Q3 procedures; Audit Committee call | 682 | 1023 |
| 10/28/02 | 1.0 | Planning for 2002 with Jason Natt | 682 | 682 |
| 10/29/02 | 1.0 | Work on Audit Committee presentation for 11/6 meeting | 682 | 682 |
| 10/30/02 | 0.5 | Adult Committee presentation work for 11/6 meeting | 682 | 341 |
| 10/31/02 | 1.0 | Planning for 2002 audit | 682 | 682 |
| **Totals** | **19.0** | | | **$    12,958** |

WR Grace
Transaction Time Summary
Month Ended October 31, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Ray Bromark** | | | | |
| 10/22/02 | 1.0 | Concurring partner review and sign off of 3rd quarter audit work | 1422 | 1,422 |
| **Totals** | **1.0** | | | **$ 1,422** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Jay Seliber**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|
| 10/22/02 | 0.5 | Meeting to discuss disclosures of pension-related matters with Jason Natt. Jay is a partner in the National office Accounting Consulting Services group. | 1113 | 557 |
| **Totals** | **0.5** | | | **$ 557** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Andy MacWilliams** | | | | |
| 10/16/02 | 2.0 | Partner review and quarterly review work on Performance Chemicals and Darex Puerto Rico | 682 | 1,364 |
| 10/20/02 | 2.0 | Partner review and quarterly review work on Performance Chemicals and Darex Puerto Rico | 682 | 1,364 |
| **Totals** | **4.0** | | | **$   2,728** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Steve Heindel**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 10/15/02 | 0.5 | Meeting with Jason Natt to discuss pension and OPEB matters regarding Grace. | 737 | 369 |
| **Totals** | **0.5** | | | **$    369** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Joe Divito**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 10/28/02 | 1.5 | Partner review and meeting with Larry Farmer to discuss controls work. | 767 | 1,151 |
| **Totals** | **1.5** | | | **$   1,151** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: David Ryan** | | | | |
| 10/16/2002 | 1.0 | Quarterly review | 522 | 522 |
| 10/18/2002 | 1.0 | Quarterly review | 522 | 522 |
| 10/21/2002 | 7.0 | Quarterly review and meeing with Larry Farmer and Jason Natt to discuss quarterly review | 522 | 3,654 |
| 10/23/2002 | 4.0 | Quarterly review | 522 | 2,088 |
| 10/24/2002 | 2.0 | Quarterly review | 522 | 1,044 |
| **Totals** | **15.0** | | | **$ 7,830** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Pam Schlosser**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 10/16/02 | 0.5 | National office consultation regarding Grace's third quarter 10-Q with Dave Ryan | 990 | 495 |
| **Totals** | **0.5** | | | **$    495** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Tom Kalinosky**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 10/17/02 | 1.0 | Phone call with Jason Natt to set up environmental site visits | 639 | 639 |
| **Totals** | **1.0** | | | **$ 639** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Craig Cleaver** | | | | |
| 10/04/02 | 1.5 | GRMS General and adminstrative - coordinate team and planning for testing of computer controls | 474 | 711 |
| 10/17/02 | 1.0 | GRMS planning | 474 | 474 |
| 10/28/02 | 1.0 | GRMS planning | 474 | 474 |
| 10/29/02 | 1.0 | GRMS planning | 474 | 474 |
| **Totals** | **4.5** | | | **$ 2,133** |

WR Grace
Transaction Time Summary
Month Ended October 31, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Michelle Gerety** | | | | |
| 10/21/02 | 0.5 | Review of Q3 tax provision | 553 | 276.5 |
| **Totals** | **0.5** | | **$** | **277** |

WR Grace
Transaction Time Summary
Month Ended October 31, 2002

Name: Fran Schlosser

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 10/03/02 | 3.0 | Year end audit planning | 470 | 1410 |
| 10/03/02 | 3.0 | Mobilization and coordination of Grace internal audit team | 470 | 1410 |
| 10/08/02 | 0.5 | Review of detailed testing Performance Chemicals | 470 | 235 |
| 10/09/02 | 0.7 | Year end and planning section of database | 470 | 329 |
| 10/09/02 | 0.5 | Review of detailed testing Darex- Puerto Rico | 470 | 235 |
| 10/10/02 | 3.0 | Coordination with Internal Audit on Substantive Testing | 470 | 1410 |
| 10/10/02 | 2.0 | Detailed Audit testing - Darex - Puerto Rico | 470 | 940 |
| 10/10/02 | 1.0 | Review of detailed testing Darex- Puerto Rico | 470 | 470 |
| 10/12/02 | 1.0 | Planning - engagement management | 470 | 470 |
| 10/12/02 | 0.5 | Review of financial statements - Darex Puerto Rico | 470 | 235 |
| 10/14/02 | 2.0 | Review of financial statements - Darex Puerto Rico | 470 | 940 |
| 10/14/02 | 3.0 | Consolidation work - Darex Puerto Rico | 470 | 1410 |
| 10/15/02 | 0.2 | Administrative - Q3 | 470 | 94 |
| 10/16/02 | 0.3 | Administrative - Q3 | 470 | 141 |
| 10/16/02 | 1.0 | Review of financial statements - Darex Puerto Rico | 470 | 470 |
| 10/16/02 | 1.0 | Consolidation work - Darex Puerto Rico | 470 | 470 |
| 10/17/02 | 0.2 | Administrative - Q3 | 470 | 94 |
| 10/17/02 | 0.2 | Consolidation work - Darex Puerto Rico | 470 | 94 |
| 10/18/02 | 5.5 | Q3  Earnings meeting | 470 | 2585 |
| 10/18/02 | 1.0 | Consolidation work - Darex Puerto Rico | 470 | 470 |
| 10/21/02 | 2.0 | Q3 fluctuation analysis and review of audit work performed. | 470 | 940 |
| 10/24/02 | 1.0 | Q3 fluctuation analysis and review of audit work performed. | 470 | 470 |
| 10/24/02 | 0.5 | Review of financial statements - Darex Puerto Rico | 470 | 235 |
| 10/25/02 | 2.3 | Review of financial statements - Darex Puerto Rico | 470 | 1081 |
| 10/25/02 | 0.9 | Consolidation work - Darex Puerto Rico | 470 | 423 |
| 10/27/02 | 1.2 | Review of financial statements - Darex Puerto Rico | 470 | 564 |
| 10/29/02 | 1.0 | Review of financial statements - Darex Puerto Rico | 470 | 470 |
| 10/30/02 | 0.1 | Year end audit planning steps | 470 | 47 |
| Totals | 38.6 | | | $  18,142 |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Sandra David** | | | | |
| 10/09/02 | 0.5 | Team mobilization and planning | 447 | 223.5 |
| 10/10/02 | 5.0 | Team mobilization and planning | 447 | 2235 |
| 10/18/02 | 1.0 | Quarterly Review | 447 | 447 |
| **Totals** | **6.5** | | | **$ 2,906** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Jason Natt**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 10/01/02 | 1.0 | Meeting with Dana Guzzo, Internal Audit Director | 447 | 447.0 |
| 10/02/02 | 3.5 | Meeting with Tim DeRougale, Controller, discussion on OPEB Accounting | 447 | 1,564.5 |
| 10/02/02 | 0.5 | OPEB discussion with Larry Farmer | 447 | 223.5 |
| 10/03/02 | 1.0 | Meeting with Dana Guzzo, Internal Audit Director | 447 | 447.0 |
| 10/03/02 | 1.0 | Meeting with Michael Brown, Assistant Controller to discuss Q3 plans | 447 | 447.0 |
| 10/03/02 | 2.0 | Completion of PwC engagement forms related to Grace | 447 | 894.0 |
| 10/04/02 | 1.0 | 3Q planning meeting/risk assessment with Larry Farmer | 447 | 447.0 |
| 10/04/02 | 3.0 | Preparation for 10/8 GPC meeting in Cambridge | 447 | 1,341.0 |
| 10/08/02 | 4.0 | Preparation for 10/8 GPC meeting in Cambridge | 447 | 1,788.0 |
| 10/09/02 | 4.5 | Q3 2002 planning and meeting with Michael Brown, Assistant Controller | 447 | 2,011.5 |
| 10/09/02 | 3.5 | Meet with Bob Tarola, Grace CFO, re: IT Security Controls; met with Joseph Divito and Craig Cleaver to prepare for the controls meeting | 447 | 1,564.5 |
| 10/10/02 | 2.0 | Meeting in Cambridge with Sandy David and Dana Guzzo to discuss 2002 approach | 447 | 894.0 |
| 10/10/02 | 6.0 | Discussions with Ryan Heaps and Dana Guzzo regarding outputs of day's meeting | 447 | 2,682.0 |
| 10/14/02 | 1.0 | phone call with Alan Stringer to discuss visit to Libby, MT | 447 | 447.0 |
| 10/14/02 | 8.0 | Q3 2002 review work and discussions with Nina Govic and Cheryl Frick | 447 | 3,576.0 |
| 10/15/02 | 4.5 | Q3 2002 review work and discussions with Nina Govic and Cheryl Frick | 447 | 2,011.5 |
| 10/15/02 | 0.5 | Meeting with Steve Herdoiz to discuss pension and OPEB matters regarding Grace | 447 | 223.5 |
| 10/15/02 | 3.0 | Meeting with Tim DeRougale and Michael Brown to discuss claims under bankruptcy | 447 | 1,341.0 |
| 10/15/02 | 1.0 | Meeting with Tim DeRougale to discuss pensions accounting and related assumptions | 447 | 447.0 |
| 10/16/02 | 1.0 | Meeting with Dana Guzzo to discuss recent SEC Comment Letters | 447 | 447.0 |
| 10/16/02 | 0.5 | Meeting with Grace Treasury to discuss benefit plan billings | 447 | 223.5 |
| 10/16/02 | 8.5 | review of Q3 2002 quarter work | 447 | 3,799.5 |
| 10/17/02 | 4.5 | Phone call with Tom Kalinosky to set up environmental site visits | 447 | 2,011.5 |
| 10/17/02 | 1.0 | Phone call with Tom Kalinosky to discuss the results of the Division Q3 earnings call | 447 | 447.0 |
| 10/17/02 | 4.0 | Division Q3 2002 earnings call | 447 | 1,788.0 |
| 10/18/02 | 4.0 | Q3 2002 review work and discussions with Nina Govic and Cheryl Frick | 447 | 1,788.0 |
| 10/18/02 | 1.0 | Discuss Q3 procedures with Larry Farmer | 447 | 447.0 |
| 10/21/02 | 5.0 | Q3 2002 review work and discussions with Cheryl Frick | 447 | 2,235.0 |
| 10/21/02 | 2.0 | Meeting with Larry Farmer to review Q3 2002 work | 447 | 894.0 |
| 10/21/02 | 1.0 | Planning discussion for 2002 audit with Larry Farmer and David Ryan | 447 | 447.0 |
| 10/22/02 | 4.5 | Review of Q3 2002 press release | 447 | 2,011.5 |
| 10/22/02 | 3.0 | Prepare for Audit committee call | 447 | 1,341.0 |
| 10/22/02 | 0.5 | Meeting to discuss disclosure of pension-related matters with Jason Natt. Jay is a partner in the National Office Accounting Consulting Services group. | 447 | 223.5 |
| 10/23/02 | 3.5 | Review and documentation of Q3 2002 work and audit committee call | 447 | 1,564.5 |
| 10/23/02 | 1.5 | Audit Committee call | 447 | 670.5 |
| 10/24/02 | 2.0 | Preparation for November 6, 2002 Audit Committee Report | 447 | 894.0 |
| 10/24/02 | 2.0 | Preparation for upcoming environmental visits | 447 | 894.0 |
| 10/25/02 | 4.0 | Preparation for November 6, 2002 Audit Committees Report | 447 | 1,788.0 |
| 10/28/02 | 3.0 | Preparation for November 6, 2002 Audit Committee Report | 447 | 1,341.0 |
| 10/28/02 | 1.0 | Planning for 2002 with Larry Farmer | 447 | 447.0 |
| 10/29/02 | 5.0 | Preparation for November 6, 2002 Audit Committee Report | 447 | 2,235.0 |
| 10/29/02 | 1.0 | Discuss Audit Committee presentation for 11/6 meeting with Larry Farmer | 447 | 447.0 |
| 10/30/02 | 5.5 | Review of Grace Q3 2002 10-Q | 447 | 2,458.5 |
| 10/30/02 | 0.5 | Discuss Audit Committee presentation for 11/6 meeting with Larry Farmer | 447 | 223.5 |
| 10/31/02 | 5.0 | Review of Grace Q3 2002 10-Q | 447 | 2,235.0 |
| 10/31/02 | 1.0 | Planning for 2002 audit | 447 | 447.0 |
| **Totals** | **125.5** | | **$** | **56,099** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|---------------------------------|-----------|----------|
| **Name: Jonelle Lippolis** | | | | |
| 10/18/02 | 8.5 | Quarterly review provedures for third quarter performance chemical review | 320 | 2720 |
| **Totals** | **8.5** | | | **$ 2,720** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Cheryl Frick** | | | | |
| 10/10/02 | 8.5 | Grace Corporate Planning for 2002 year end audit | 314 | 2669 |
| 10/11/02 | 8.5 | Grace inventory observation and coordination of team | 314 | 2669 |
| 10/14/02 | 8.5 | Grace 3rd Quarter work | 314 | 2669 |
| 10/15/02 | 8.5 | Grace 3rd Quarter work | 314 | 2669 |
| 10/16/02 | 5.5 | Grace 3rd Quarter work | 314 | 1727 |
| 10/17/02 | 5.0 | de-brief with Cheryl Frick to discuss the results of the Davison Q3 earnings call | 314 | 1570 |
| | 4.0 | Davison Q3 2002 earnings call | 314 | 1256 |
| 10/18/02 | 2.5 | Grace 3rd Quarter work | 314 | 785 |
| 10/18/02 | 4.5 | Davison Planning for year end 2002 audit | 314 | 1413 |
| 10/21/02 | 9.0 | Grace 3rd Quarter work | 314 | 2826 |
| 10/22/02 | 9.0 | Grace 3rd Quarter work | 314 | 2826 |
| 10/23/02 | 9.0 | Grace 3rd Quarter work | 314 | 2826 |
| 10/31/02 | 9.0 | Davision Planning for year end 2002 audit | 314 | 2826 |
| **Totals** | **91.5** | | **$** | **28,731** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Nina Govic** | | | | |
| 10/14/2002 | 2.0 | Introduction to client and client engagement team and Grace staff | 273 | 546 |
| 10/14/2002 | 6.0 | Q3 review of prior quarter to prepare for the upcoming quarterly reivew and to get acquiated with the database and the standard procedures performed. | 273 | 1638 |
| 10/15/2002 | 8.5 | Q3 Test of details and review | 273 | 2320.5 |
| 10/18/2002 | 8.0 | Q3 Test of details and review | 273 | 2184 |
| 10/22/2002 | 8.0 | Q3 Test of details and review | 273 | 2184 |
| 10/23/2002 | 8.5 | Q3 Test of details and review | 273 | 2320.5 |
| 10/24/2002 | 8.0 | Q3 Test of details and review | 273 | 2184 |
| 10/25/2002 | 2.0 | Q3 Test of details and review | 273 | 546 |
| 10/25/2002 | 6.0 | Tie out of quarterly financial information for press release | 273 | 1638 |
| 10/31/2002 | 8.0 | Grace Davison inventory in Lake Charles, LA with Ryan Parks | 273 | 2184 |
| **Totals** | **65.0** | | | **$ 17,745** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

Name: Renee Anderson

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 10/07/02 | 1.5 | Audit Completion - Darex Puerto Rico | 235 | 352.5 |
| 10/09/02 | 6.0 | Audit Completion - Darex Puerto Rico | 235 | 1410 |
| Totals | 7.5 | | | $    1,763 |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

Name: Andrew Blume

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 10/18/02 | 5.0 | Client service plan and audit strategy work. Transition from engagement team | 273 | 1365 |
| **Totals** | **5.0** | | | **$ 1,365** |

WR Grace
Transaction Time Summary
Month Ended October 31, 2002

**Name: Aimee Stickley**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 10/01/02 | 1.5 | Time tracking spreadsheets for bankruptcy reporting | 213 | 319.5 |
| 10/01/02 | 2.0 | Preparation of instructions for engagement teams performing international statutory audits | 213 | 426 |
| 10/02/02 | 1.0 | WIP v. budget analysis and bankruptcy time tracking | 213 | 213 |
| 10/03/02 | 1.0 | WIP v. budget analysis and bankruptcy time tracking | 213 | 213 |
| 10/04/02 | 8.0 | Corporate Admin work including cleaning up Corporate's external files, adding Jason Natt's files to the external working papers and some timetracking for bankruptcy proceedings | 213 | 1704 |
| 10/07/02 | 1.5 | WIP v. budget analysis and bankruptcy time tracking | 213 | 319.5 |
| 10/08/02 | 1.5 | WIP v. budget analysis and bankruptcy time tracking | 213 | 319.5 |
| 10/15/02 | 5.0 | Quarterly review of COLI | 213 | 1065 |
| | 2.5 | Bankruptcy time tracking | 213 | 532.5 |
| 10/16/02 | 1.5 | Independence database work - follow up with employees for owed independence forms | 213 | 319.5 |
| 10/16/02 | 0.5 | Updating the partner biography list and updating lists of international partners | 213 | 106.5 |
| 10/16/02 | 1.5 | Corporate Administrative work | 213 | 319.5 |
| 10/16/02 | 5.0 | Detail quarterly review testing for Q3 | 213 | 1065 |
| 10/17/02 | 8.0 | Organization of corporate audit files | 213 | 1704 |
| 10/18/02 | 4.5 | Davison Inventory work - documentation and preparation for 10/31 observation | 213 | 958.5 |
| 10/18/02 | 1.0 | Quarterly Pensions analysis | 213 | 213 |
| 10/18/02 | 1.0 | Equity rollforward for Q3 | 213 | 213 |
| 10/18/02 | 2.0 | Corporate Administrative work | 213 | 426 |
| 10/22/02 | 1.0 | Davison Inventory detail work | 213 | 213 |
| 10/30/02 | 4.0 | Davison Inventory at Curtis Bay, MD plant location | 213 | 852 |
| **Totals** | **54.0** | | | **$    11,502** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Ryan Parks** | | | | |
| 10/31/02 | 8.0 | Inventory observation in Lake Charles, LA with Nina Govic | 213 | 1704 |
| **Totals** | **8.0** | | | **$ 1,704** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Michelle Murray**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 10/31/02 | 9.0 | Inventory observation in Curtis Bay, MD with Cheryl Frick | 213 | 1917 |
| **Totals** | **9.0** | | | **$ 1,917** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Elizabeth Noone**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| 10/31/02 | 3.0 | 3rd quarter 10Q tie out | 185 | 555 |
| 10/31/02 | 4.5 | Making copies of 2001 Performance Chemcials workpapers for Internal Audit review | 185 | 832.5 |
| **Totals** | **7.5** | | | **$   1,388** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Karen Huebner**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|
| 10/18/02 | 1.0 | Administrative assistance | 120 | 120 |
| **Totals** | **1.0** | | | **$  120** |

**WR Grace**
**Transaction Time Summary**
**Month Ended October 31, 2002**

**Name: Elizabeth Coyle**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| 10/22/02 | 0.5 | Administrative assistance | 112 | |
| **Totals** | **0.5** | | | **$ 56** |

WR Grace
Transaction Time Summary
Month Ended October 31, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|
| **Name: Kate Burke** | | | | |
| 10/08/02 | 0.5 | Administrative Assistance | 121 | 61 |
| 10/22/02 | 3.3 | Administrative Assistance | 121 | 399 |
| **Totals** | **3.8** | | | **$  460** |