# EXHIBIT D

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - October 31. 2002**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Larry Farmer | 10/04/2002 | 23.73 | | | | Mileage to client stie |
| Larry Farmer | 10/21/2002 | 23.73 | | | | Mileage to client stie |
| Cheryl Frick | 10/10/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/11/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/14/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/15/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/16/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/17/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/18/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/22/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/23/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/31/2002 | 14.60 | | | | Mileage to client stie |
| Cheryl Frick | 10/31/2002 | 7.30 | | | | Mileage to client stie |
| Nina Govic | 10/15/2002 | 62.05 | | | | Mileage to client stie |
| Nina Govic | 10/21/2002 | 93.08 | | | | Mileage to client stie |
| Nina Govic | 10/21/2002 | 14.60 | | | | Mileage to client stie |
| Nina Govic | 10/30/2002 | 28.00 | | | | Taxi |
| Nina Govic | 10/30/2002 | 1,732.84 | | | | Mileage to client stie |
| Nina Govic | 10/30/2002 | | 83.76 | | | Hotel in Lake Charles, LA |
| Nina Govic | 10/30/2002 | | | | 5.99 | Meal |
| Nina Govic | 10/31/2002 | 24.00 | | | | Parking |
| Nina Govic | 10/31/2002 | | | | 4.64 | Meal |
| Nina Govic | 10/31/2002 | | | | 17.71 | Meal |
| Michelle Murray | 10/21/2002 | | | 19.95 | | Steel Toe Boots for Inventory |
| Jason Natt | 10/02/2002 | | | 4.07 | | Phone Charges |
| Jason Natt | 10/09/2002 | 317.78 | | | | Flight to Boston, MA |
| Jason Natt | 10/10/2002 | 42.00 | | | | Taxi |
| Jason Natt | 10/10/2002 | 10.50 | | | | Parking |
| Jason Natt | 10/10/2002 | | 167.55 | | | Lodging in Boston |
| Francis Schlosser | 10/10/2002 | 18.25 | | | | Mileage to client site |
| Francis Schlosser | 10/18/2002 | 14.60 | | | | Mileage to client site |
| Francis Schlosser | 10/27/2002 | 7.00 | | | | Parking |
| Francis Schlosser | 10/27/2002 | 18.25 | | | | Mileage to client site |
| Aimee Stickley | 10/04/2002 | 27.01 | | | | Mileage to client site |
| Aimee Stickley | 10/15 - 10/18/2002 | 108.04 | | | | Mileage to client site |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 3,022.43 | 2,718.76 | 251.31 | 24.02 | 28.34 |

| | Date | Title | Total | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL**

| | | | | |
|---|---|---|---|---|
| **Larry Farmer** | 10/04/2002 | Audit Partner | 23.73 | mileage travelling to client engagement - 65 miles roundtrip |
| | 10/21/2002 | Audit Partner | 23.73 | mileage travelling to client engagement - 65 miles roundtrip |
| | | | 47.46 | |
| | | | | |
| **Cheryl Frick** | 10/10/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/11/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/14/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/15/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/16/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/17/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/18/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/22/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/23/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/31/2002 | Audit Senior $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 10/31/2002 | Audit Senior $ | 7.30 | mileage travelling to client engagement - 20 miles roundtrip |
| | | | 153.30 | |
| | | | | |
| **Nina Govic** | 10/15/2002 | Audit Senior $ | 62.05 | mileage travelling to client engagement |
| | 10/21/2002 | Audit Senior $ | 93.08 | Mileage travelling to client engagement for 10/19-10/21 |
| | 10/21/2002 | Audit Senior $ | 14.60 | Mileage travelling to client engagement |
| | 10/30/2002 | Audit Senior $ | 28.00 | Taxi from airport to hotel |
| | 10/30/2002 | Audit Senior $ | 1,732.84 | Airfare to Lake Charles, LA for audit inventory |
| | 10/30/2002 | Audit Senior $ | 83.76 | Lodgining in Lake Charles, LA |
| | 10/30/2002 | Audit Senior $ | 5.99 | Meal while travelling to Lousiana in airport |
| | 10/31/2002 | Audit Senior $ | 24.00 | Overnight parking at national airport |
| | 10/31/2002 | Audit Senior $ | 4.64 | Meal while travelling to Lousiana in airport |
| | 10/31/2002 | Audit Senior $ | 17.71 | lunch for Nina and Ryan Parks while travelling through LA for inventory |
| | | | $ 2,066.67 | |
| | | | | |
| **Michelle Murray** | 10/21/2002 | Audit Associate | $19.95 | Steel-Toe Boots for Inventory Observation |
| | | | $19.95 | |
| | | | | |
| **Jason Natt** | 10/02/2002 | Manager $ | 4.07 | ATT Charges Sept & Oct. |
| | 10/09/2002 | Manager $ | 317.78 | BWI-Boston Roundtrip airfare for client meeting in Cambridge, MA |
| | 10/10/2002 | Manager $ | 42.00 | Taxi from Grace Cambridge to Loagn Airport |
| | 10/10/2002 | Manager $ | 10.50 | Parking at BWI for Boston Trip |
| | 10/10/2002 | Manager $ | 167.55 | Lodging during boston trip |
| | | | $ 541.90 | |
| | | | | |
| **Francis Schlosser** | 10/10/2002 | Audit Manager $ | 18.25 | Mileage in excess of commutting (60 miles) |
| | 10/18/2002 | Audit Manager $ | 14.60 | Mileage in excess of commutting (40 miles) |
| | 10/27/2002 | Audit Manager $ | 7.00 | Weekend parking at office |
| | 10/27/2002 | Audit Manager $ | 18.25 | Weekend mileage (50 miles) |
| | | | $ 58.10 | |
| | | | | |
| **Aimee Stickley** | 10/04/2002 | Audit Associate $ | 27.01 | Mileage in excess of commutting (40 Miles) |
| | 10/15 - 10/18/2002 | Audit Associate $ | 108.04 | Mileage in excess of commutting (40 miles) |
| | | | $ 135.05 | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL TOTAL  $   3,022.43**