# UNITED STATE BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |

**MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP,
AUDITORS AND TAX CONSULTANTS FOR DEBTORS,
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE MONTH OF NOVEMBER, 2002**

Name of Applicant:	PricewaterhouseCoopers LLP

Authorized to Provide
Professional Services to:	The Debtors and Debtors in Possession

Date of Retention:	June 18, 2002 *nunc pro tunc* to January 10, 2002

Period for which compensation
and reimbursement is sought:	November 1, 2002 – November 30, 2002

Amount of fees and expenses sought
as actual, reasonable and necessary:	$104,280.90

This is a(n):	 x  interim	___ final application.

The total time expended for the preparation of this application is approximately ___ hours.

Prior Applications:	*First, Second and Third Quarterly Fee Applications of PricewaterhouseCoopers, LLP, Auditors and Tax Consultants For Debtors, For Allowance of Compensation and Reimbursement of Expenses*; filed November 15, 2002

{KMM3403.DOC}