**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**November 2002**

| Timekeeper Name | Title | Years in Field | Billing Rate | Total Hours | Total Amount |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 30 | $682 | 15 | $10,230 |
| Ray Bromark | Audit Partner | 30 | $1422 | 1 | $1,422 |
| Peter Woolf | Tax Partner | | $733 | 3 | $2,199 |
| Joseph Devito | GRMS Partner | 15 | $767 | 14 | $10,738 |
| David Ryan | Audit Senior Manager | | $522 | 15.5 | $8,091 |
| Tom Kalinowsky | GSRM Senior Manager | | $639 | 30.5 | $19,490 |
| Craig Cleaver | GRMS Manager | 4 | $474 | 42.5 | $20,145 |
| Francis Schlosser | Audit Manager | 6 | $470 | 3.8 | $1,786 |
| Sandra David | Audit Manager | 5 | $447 | 2.5 | $1,118 |
| Jason Natt | Audit Manager | 5 | $447 | 63 | $28,161 |
| Maureen Driscoll | GRMS Senior Associate | | $389 | 112 | $43,568 |

| **Timekeeper Name** | **Title** | **Years in Field** | **Billing Rate** | **Total Hours** | **Total Amount** |
|---|---|---|---|---|---|
| Cheryl Frick | Audit Senior Associate | 3 | $314 | 52 | $16,328 |
| Nina Govic | Audit Senior Associate | | $273 | 8 | $2,184 |
| Renee Anderson | Audit Associate | 2 | $235 | 5.8 | $1,363 |
| Aimee Stickley | Audit Associate | 1 | $213 | 1.5 | $320 |
| Derek Nance | Audit Associate | | $185 | 11 | $2,035 |
| Jeff Zartman | Audit Associate | | $213 | 1.5 | $320 |
| Maureen Yeager | Audit Associate | | $185 | 2 | $370 |
| Michelle Murray | Audit Associate | | $213 | 9 | $1,917 |
| Daniel Weir | GRMS Associate | | $261 | 46 | $12,006 |
| Douglas Hut | GRMS Associate | | $208 | 40 | $8,320 |
| Elizabeth Coyle | Admin | | $112 | 0.5 | $56 |
| Alexandra Rivera | Admin. | | $112 | 0.5 | $56 |
| Laurie Ortiz | Admin. | | $112 | 3 | $336 |
| Kate Burke | Admin. | | $121 | 3.7 | $414 |
| **Total at Standard Rate** | | | | | **$202,663** |

| **Timekeeper Name** | **Title** | **Years in Field** | **Billing Rate** | **Total Hours** | **Total Amount** |
|---|---|---|---|---|---|
| **45% Realized Rate Adjustment** | | | | | **($111,465)** |
| **TOTAL** | | | | | **$91,198** |

**Summary of PwC's Fees By Project Category:**
**November 2002**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |

| | | |
|---|---|---|
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **508.8** | **$91,198** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **508.8** | **$91,198** |

**Expense Summary**
**November 2002**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | **N/A** | **$8,396.01** |
| **Lodging** | **N/A** | **$3,742.62** |
| **Sundry** | **N/A** | **$129.62** |
| **Business Meals** | **N/A** | **$814.64** |
| **TOTAL:** | | **$13,082.89** |