# EXHIBIT A

{MCM6883.DOC}

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | |

**Hearing Date: March 17, 2003 @ 12:00 p.m.**
**Objection Deadline: January 21, 2003 at 4:00 p.m.**

ORDER APPROVING MONTHLY FEE APPLICATION OF
PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS
FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2002

Upon consideration of the Monthly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for November 2002 (the "Application"); and upon the Certification of W. Larry Farmer in support of the Application; and upon a hearing having been held before this Court to consider the Monthly Fee Application on _____ __, 2002; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Monthly Fee Application is approved, and it is further

ORDERED that the compensation for services rendered in the amount of $91,198, and reimbursement of expenses incurred in the amount of $13,082.90, is hereby granted to PwC.

Dated: _____ __, 2002

_____
United States Bankruptcy Judge