**EXHIBIT C**

**Professional Profiles**

| Name of Professional | Position with the Firm | Hourly Bill Rate |
|---|---|---|
| Larry Farmer | Audit Engagement Partner | $ 682 |
| Raymond Bromark | Concurring Partner | $ 1,422 |
| Pam Schlosser | R&Q Senior Manager | $ 990 |
| Jay Seliber | R&Q Partner | $ 1,113 |
| Andrew MacWilliam | Audit Partner | $ 682 |
| Peter Woolf | Tax Partner | $ 733 |
| Stephen Heindel | Tax Partner | $ 737 |
| Joseph Divito | GRMS Partner | $ 767 |
| Dave Ryan | Audit Senior Manager | $ 522 |
| Tom Kalinosky | GRMS Senior Manager | $ 639 |
| Craig Cleaver | GRMS Manager | $ 474 |
| Michele Gerety | Tax Manager | $ 553 |
| Francis Schlosser | Audit Manager | $ 470 |
| Sandra David | Audit Manager | $ 447 |
| Jason Natt | Audit Manager | $ 447 |
| Maureen Driscoll | GRMS Senior Associate | $ 389 |
| Cheryl Frick | Audit Senior Associate | $ 314 |
| Nina Govic | Audit Senior Associate | $ 273 |
| Jonelle Lippolis | Audit Senior Associate | $ 320 |
| Andrew Blume | Audit Senior Associate | $ 282 |
| Alexandre Rossin | GRMS Senior Associate | $ 426 |
| Renee Anderson | Audit Associate | $ 235 |
| Ryan Parks | Audit Associate | $ 213 |
| Aimee Stickley | Audit Associate | $ 213 |
| Derek Nance | Audit Associate | $ 185 |
| Jeffrey Zartman | Audit Associate | $ 213 |
| Maureen Yeager | Audit Associate | $ 185 |
| Elizabeth Noone | Audit Associate | $ 185 |
| Michele Murray | Audit Associate | $ 213 |
| Daniel Weir | GRMS Associate | $ 261 |
| Doug Hut | GRMS Associate | $ 208 |
| Elizabeth Coyle | Administrative Assistant | $ 112 |
| Alexandra Rivera | Administrative Assistant | $ 112 |
| Laurie Ortiz | Administrative Assistant | $ 112 |
| Kate Burke | Administrative Assistant | $ 112 |
| Karen Huebner | Administrative Supervisor | $ 120 |

**W. R Grace & Co.**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Name | Hours | Standard Rate | | Total |
|------|-------|--------------:|---|------:|
| Larry Farmer | 15.0 | $ | 682 | $ 10,230 |
| Ray Bromark | 1.0 | $ | 1,422 | $ 1,422 |
| Peter Woolf | 3.0 | $ | 733 | $ 2,199 |
| Joesph Divito | 14.0 | $ | 767 | $ 10,738 |
| David Ryan | 15.5 | $ | 522 | $ 8,091 |
| Tom Kalinosky | 30.5 | $ | 639 | $ 19,490 |
| Craig Cleaver | 42.5 | $ | 474 | $ 20,145 |
| Fran Schlosser | 3.8 | $ | 470 | $ 1,786 |
| Sandra David | 2.5 | $ | 447 | $ 1,118 |
| Jason Natt | 63.0 | $ | 447 | $ 28,161 |
| Maureen Driscoll | 112.0 | $ | 389 | $ 43,568 |
| Cheryl Frick | 52.0 | $ | 314 | $ 16,328 |
| Nina Govic | 8.0 | $ | 273 | $ 2,184 |
| Alexandre Rossin | 24.0 | $ | 426 | $ 10,224 |
| Renee Anderson | 5.8 | $ | 235 | $ 1,363 |
| Aimee Stickley | 1.5 | $ | 213 | $ 320 |
| Derek Nance | 11.0 | $ | 185 | $ 2,035 |
| Jeff Zartman | 1.5 | $ | 213 | $ 320 |
| Maureen Yeager | 2.0 | $ | 185 | $ 370 |
| Michelle Murray | 6.5 | $ | 213 | $ 1,385 |
| Daniel Weir | 46.0 | $ | 261 | $ 12,006 |
| Douglas Hut | 40.0 | $ | 208 | $ 8,320 |
| Elizabeth Coyle | 0.5 | $ | 112 | $ 56 |
| Alexandra Rivera | 0.5 | $ | 112 | $ 56 |
| Laurie Ortiz | 3.0 | $ | 112 | $ 336 |
| Kate Burke | 3.7 | $ | 112 | $ 414 |

Total at Standard Rate                          $    202,663

45 % Accrual Rate Adjustment                    $   (111,465)

Total at 45% Accrual Rate                            $91,198

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Larry Farmer** | | | | |
| 11/01/02 | 0.5 | Discussion with Bob Tarola, CFO, regarding IT Security Controls | 682 | 341 |
| 11/01/02 | 2.0 | Review 3rd Quarter 10Q | 682 | 1,364 |
| 11/04/02 | 1.0 | Review 3rd Quarter 10Q; Prepare for 11/6 Audit Committee Meeting | 682 | 682 |
| 11/06/02 | 3.0 | Attend Audit Committee Meeting; Plan for 2002 Audit with Jason Natt and Dave Ryan | 682 | 2,046 |
| 11/12/02 | 1.5 | Discuss with Bob Tarola, CFO, and others; Language for Item #4 of the 10Q | 682 | 1,023 |
| 11/13/02 | 0.5 | Discuss Rep Letter Language for Q3 management representation letter | 682 | 341 |
| 11/14/02 | 2.0 | Review Engagment WIPS; Review of the Application for the Bankruptcy Motion | 682 | 1,364 |
| 11/21/02 | 3.0 | Tour Curtis Bay Facility | 682 | 2,046 |
| 11/25/02 | 1.5 | WR Grace Team Planning Meeting | 682 | 1,023 |
| **Totals** | **15.0** | | | **$ 10,230** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Ray Bromark** | | | | |
| 11/15/2002 | 1.0 | Review 3rd Quarter 10Q | 1422 | 1422 |
| **Totals** | **1.0** | | | **$ 1,422** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|
| **Name: Peter Woolf** | | | | |
| 11/01/02 | 3.0 | Review of the 3Q 2002 tax provision | 733 | 2,199 |
| **Totals** | **3.0** | | | **$ 2,199** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Joesph Divito** | | | | |
| 11/04/02 | 1.0 | GRMS Planning for Interim and Year-End Testing | 767 | 767 |
| 11/06/02 | 1.0 | GRMS General and Administrative | 767 | 767 |
| 11/06/02 | 1.0 | IT Overview Testing | 767 | 767 |
| 11/07/02 | 1.0 | GRMS Planning for Interim and Year-End Testing | 767 | 767 |
| 11/08/02 | 2.0 | GRMS Planning for Interim and Year-End Testing | 767 | 1,534 |
| 11/08/02 | 1.0 | IT Overview Testing | 767 | 767 |
| 11/08/02 | 1.0 | General Computer Controls - Security Testing | 767 | 767 |
| 11/08/02 | 1.0 | General Computer Controls - Operational Testing | 767 | 767 |
| 11/08/02 | 1.0 | General Computer Controls - Maintenace Testing | 767 | 767 |
| 11/11/02 | 1.0 | IT Overview Testing | 767 | 767 |
| 11/12/02 | 1.0 | GRMS General and Administrative | 767 | 767 |
| 11/19/02 | 0.5 | GRMS Report Preparation and Partner Review | 767 | 384 |
| 11/25/02 | 1.0 | GRMS General and Administrative | 767 | 767 |
| 11/26/02 | 0.5 | GRMS Report Preparation and Partner Review | 767 | 384 |
| **Totals** | **14.0** | | | **$    10,738** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: David Ryan** | | | | |
| 11/06/02 | 8.0 | Quarterly Review | 522 | 4,176 |
| 11/12/02 | 2.0 | Quarterly Review | 522 | 1,044 |
| 11/21/02 | 5.5 | Planning - Understanding the Client's Business and Industry | 522 | 2,871 |
| **Totals** | **15.5** | | | **$ 8,091** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Tom Kalinosky** | | | | |
| 11/10/02 | 2.0 | Preperation for environmental site visits | 639 | 1,278 |
| 11/11/02 | 8.0 | Visit to Memphis, TN, meeting with Grace environmental specialists | 639 | 5,112 |
| 11/12/02 | 4.0 | Visit to Memphis, TN, meeting with Grace environmental specialists | 639 | 2,556 |
| 11/13/02 | 8.0 | Visit to Libby, MT, meeting with Grace rep, Alan Stringer | 639 | 5,112 |
| 11/14/02 | 8.0 | Documentation of Memphis and Libby Visits | 639 | 5,112 |
| 11/27/02 | 0.5 | Documentation of Memphis and Libby Visits | 639 | 320 |
| **Totals** | **30.5** | | | **$ 19,490** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Craig Cleaver** | | | | |
| 11/04/02 | 6.5 | SAP General Computer Controls Preperation/discussion with Jason Natt | 474 | 3,081 |
| 11/07/02 | 2.0 | Testing of Monitoring Controls | 474 | 948 |
| 11/07/02 | 1.0 | SAP General Computer Controls Testing | 474 | 474 |
| 11/11/02 | 4.0 | SOAR (Consolidation) Controls Testing | 474 | 1,896 |
| 11/12/02 | 4.0 | GRMS General and Administrative | 474 | 1,896 |
| 11/13/02 | 1.0 | Information About Systems and Computer Environment | 474 | 474 |
| 11/14/02 | 1.0 | Information About Systems and Computer Environment | 474 | 474 |
| 11/15/02 | 0.5 | SAP General Computer Controls Testing | 474 | 237 |
| 11/18/02 | 6.0 | SAP General Computer Controls Testing | 474 | 2,844 |
| 11/19/02 | 3.5 | GRMS General and Administrative | 474 | 1,659 |
| 11/19/02 | 1.0 | GRMS Testing of the Payroll Cycle | 474 | 474 |
| 11/21/02 | 2.0 | SOAR (Consolidation) Controls Testing | 474 | 948 |
| 11/22/02 | 3.0 | SAP General Computer Controls Testing | 474 | 1,422 |
| 11/25/02 | 4.0 | SAP General Computer Controls Testing | 474 | 1,896 |
| 11/26/02 | 2.0 | Information About Systems and Computer Environment | 474 | 948 |
| 11/27/02 | 1.0 | SAP General Computer Controls Testing | 474 | 474 |
| **Totals** | **42.5** | | | **$    20,145** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Fran Schlosser** | | | | |
| 11/03/02 | 0.2 | Preparation of the Management Representation Letter-Darex Puerto Rico | 470 | 94 |
| 11/06/02 | 1.0 | Review of WR Grace's Financial Statements-Darex Puerto Rico | 470 | 470 |
| 11/06/02 | 1.0 | Testing of Subsequent Events-Darex Puerto Rico | 470 | 470 |
| 11/09/02 | 0.4 | Audit Completion Procedures-Darx Puerto Rico | 470 | 188 |
| 11/09/02 | 0.3 | Preparation of the Management Representation Letter-Darex Puerto Rico | 470 | 141 |
| 11/09/02 | 0.4 | Management of the Engagement-Darex Puerto Rico | 470 | 188 |
| 11/09/02 | 0.3 | Preparation of the Flux Analysis and Review of the Results-Darex Puerto Rico | 470 | 141 |
| 11/11/02 | 0.2 | Preparation of the Flux Analysis and Review of the Results-Darex Puerto Rico | 470 | 94 |
| **Totals** | **3.8** | | | $ **1,786** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Sandra David** | | | | |
| 11/12/02 | 0.5 | Preparation of the Client Service Plan, including the Audit Strategy & Audit Program | 447 | 224 |
| 11/19/02 | 0.5 | Preparation of the Client Service Plan, including the Audit Strategy & Audit Program | 447 | 224 |
| 11/25/02 | 1.5 | Mobilization of the Team for the Audit | 447 | 671 |
| **Totals** | **2.5** | | | $ **1,118** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Jason Natt** | | | | |
| 11/04/02 | 6.0 | SAP General Computer Controls Preperation/discussion with Craig Cleaver | 447 | 2,682 |
| 11/05/02 | 2.0 | Discussion with Michael Brown, Assistant Controller | 447 | 894 |
| 11/06/02 | 7.0 | Attend Audit Committee Meeting; Plan for 2002 Audit with Larry Farmer and Dave Ryan | 447 | 3,129 |
| 11/07/02 | 2.0 | Corporate Administrative - Prepare Application for Reimbursement for 1/10/02-9/30/02 | 447 | 894 |
| 11/08/02 | 3.0 | Corporate Administrative - Prepare Application for Reimbursement for 1/10/02-9/30/02 | 447 | 1,341 |
| 11/11/02 | 8.0 | 10-Q review | 447 | 3,576 |
| 11/12/02 | 8.0 | 10-Q review | 447 | 3,576 |
| 11/13/02 | 3.0 | 2002 planning coordination with International Teams | 447 | 1,341 |
| 11/14/02 | 6.0 | Preperation and Review of the Application for the Bankruptcy Motion | 447 | 2,682 |
| 11/17/02 | 1.0 | Discussion with Michael Brown, Assistant Controller | 447 | 447 |
| 11/18/02 | 1.0 | Discussion with Michael Brown, Assistant Controller | 447 | 447 |
| 11/19/02 | 1.0 | Discussion with Michael Brown, Assistant Controller | 447 | 447 |
| 11/20/02 | 1.0 | Discussion with Dana Guzzo, Internal Audit Director | 447 | 447 |
| 11/21/02 | 1.0 | Discussion with Dana Guzzo, Internal Audit Director | 447 | 447 |
| 11/24/02 | 2.0 | Prepare for Team Planning Meeting | 447 | 894 |
| 11/25/02 | 2.0 | Prepare for Team Planning Meeting | 447 | 894 |
| 11/25/02 | 2.0 | Team Planning Meeting | 447 | 894 |
| 11/26/02 | 3.0 | 2002 planning coordination with International Teams | 447 | 1,341 |
| 11/27/02 | 4.0 | 2002 planning coordination with International Teams | 447 | 1,788 |
| **Totals** | **63.0** | | | **$   28,161** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Maureen Driscoll** | | | | |
| 11/04/02 | 1.0 | Planning for Interim and Year End Testing | 390 | 390 |
| 11/11/02 | 6.0 | Planning for Interim and Year End Testing | 390 | 2,334 |
| 11/11/02 | 6.0 | GRMS General and Administrative | 390 | 2,334 |
| 11/12/02 | 3.0 | General Computer Controls - Operational Testing | 390 | 1,167 |
| 11/12/02 | 3.0 | General Computer Controls - Maintenance Testing | 390 | 1,167 |
| 11/12/02 | 3.0 | Monitoring Controls - Payroll Testing | 390 | 1,167 |
| 11/12/02 | 1.0 | Monitoring and Application Controls Testing - SOAR | 390 | 390 |
| 11/13/02 | 4.0 | IT Overview Testing | 390 | 1,556 |
| 11/13/02 | 3.0 | General Computer Controls - Security Testing | 390 | 1,167 |
| 11/13/02 | 3.0 | Monitoring and Application Controls Testing - SOAR | 390 | 1,167 |
| 11/14/02 | 3.0 | IT Overview Testing | 390 | 1,167 |
| 11/14/02 | 2.0 | General Computer Controls - Security Testing | 390 | 778 |
| 11/14/02 | 2.0 | General Computer Controls - Maintenance Testing | 390 | 778 |
| 11/14/02 | 4.0 | Monitoring and Application Controls Testing - SOAR | 390 | 1,556 |
| 11/15/02 | 2.0 | Planning for Interim and Year End Testing | 390 | 778 |
| 11/15/02 | 1.0 | Monitoring Controls - Payroll Testing | 390 | 390 |
| 11/15/02 | 5.0 | General Computer Controls - Security Testing | 390 | 1,945 |
| 11/15/02 | 1.0 | General Computer Controls - Operational Testing | 390 | 390 |
| 11/18/02 | 2.0 | Planning for Interim and Year End Testing | 390 | 778 |
| 11/18/02 | 1.0 | IT Overview Testing | 390 | 390 |
| 11/18/02 | 3.0 | IT Overview Testing | 390 | 1,167 |
| 11/18/02 | 2.0 | GRMS General and Administrative | 390 | 778 |
| 11/18/02 | 2.0 | Monitoring and Application Controls Testing - SOAR | 390 | 778 |
| 11/19/02 | 2.0 | Planning for Interim and Year End Testing | 390 | 778 |
| 11/19/02 | 2.0 | GRMS General and Administrative | 390 | 778 |
| 11/19/02 | 4.0 | General Computer Controls - Security Testing | 390 | 1,556 |
| 11/19/02 | 1.0 | General Computer Controls - Maintenance Testing | 390 | 390 |
| 11/19/02 | 3.0 | General Computer Controls - Security Testing | 390 | 1,167 |
| 11/20/02 | 3.0 | Monitoring Controls - P & P Testing | 390 | 1,167 |
| 11/20/02 | 3.0 | Monitoring Controls - P & P Testing | 390 | 1,167 |
| 11/20/02 | 1.0 | IT Overview Testing | 390 | 390 |
| 11/21/02 | 3.0 | Monitoring Controls - R & R Testing | 390 | 1,167 |
| 11/21/02 | 2.0 | General Computer Controls - Security Testing | 390 | 778 |
| 11/21/02 | 2.0 | GRMS General and Administrative | 390 | 778 |
| 11/21/02 | 1.0 | General Computer Controls - Maintenance Testing | 390 | 390 |
| 11/21/02 | 1.0 | General Computer Controls - Operational Testing | 390 | 390 |
| 11/21/02 | 2.0 | IT Overview Testing | 390 | 778 |
| 11/22/02 | 2.0 | General Computer Controls - Security Testing | 390 | 778 |
| 11/22/02 | 1.0 | Monitoring Controls - R & R Testing | 390 | 390 |
| 11/22/02 | 1.0 | Monitoring Controls - P & P Testing | 390 | 390 |
| 11/25/02 | 3.0 | Planning for Interim and Year-End Testing | 390 | 1,167 |
| 11/25/02 | 2.0 | Monitoring Controls - R & R Testing | 390 | 778 |
| 11/25/02 | 3.0 | Monitoring and Application Controls Testing - SOAR | 390 | 1,167 |
| 11/26/02 | 1.0 | Planning for Interim and Year-End Testing | 390 | 390 |
| 11/26/02 | 2.0 | IT Overview Testing | 390 | 778 |
| 11/26/02 | 3.0 | General Computer Controls - Security Testing | 390 | 1,167 |
| 11/26/02 | 1.0 | General Computer Controls - Operational Testing | 390 | 390 |
| 11/26/02 | 1.0 | General Computer Controls - Maintenance Testing | 390 | 390 |
| **Totals** | **112.0** | | **$** | **43,664** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Cheryl Frick** | | | | |
| 11/04/02 | 1.0 | Planning for Interim and Year End Testing | 314 | 314 |
| 11/04/02 | 3.0 | Quarterly Review | 314 | 942 |
| 11/06/02 | 0.5 | Planning for Interim and Year End Testing | 314 | 157 |
| 11/07/02 | 5.0 | Quarterly Review | 314 | 1,570 |
| 11/11/02 | 4.0 | Planning for Interim and Year End Testing | 314 | 1,256 |
| 11/11/02 | 3.0 | Quarterly Review | 314 | 942 |
| 11/12/02 | 1.0 | Environmental Site Visit Planning | 314 | 314 |
| 11/12/02 | 3.5 | Quarterly Review | 314 | 1,099 |
| 11/13/02 | 8.0 | Environmental Site Visit-Libby, MT | 314 | 2,512 |
| 11/14/02 | 3.0 | Environmental Site Visit-Libby, MT | 314 | 942 |
| 11/14/02 | 2.0 | Planning for Interim and Year End Testing | 314 | 628 |
| 11/14/02 | 4.0 | Davison Chemicals Inventory Testing | 314 | 1,256 |
| 11/15/02 | 1.0 | Davison Chemicals Inventory Testing | 314 | 314 |
| 11/15/02 | 4.0 | Preparation of the Database for Interim Testing | 314 | 1,256 |
| 11/15/02 | 3.0 | Engagement Management | 314 | 942 |
| 11/25/02 | 6.0 | Team Planning Meeting and Planning for Interim and Year End Testing | 314 | 1,884 |
| **Totals** | **52.0** | | | **$ 16,328** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Nina Govic** | | | | |
| 11/25/2002 | 1.5 | WR Grace Team Planning Meeting | 273 | 410 |
| 11/25/2002 | 2.5 | Planning and Preparation of the Database for Interim and Year-End Testing | 273 | 683 |
| 11/25/2002 | 4.0 | Davison Chemicals Inventory Testing | 273 | 1,092 |
| **Totals** | **8.0** | | | **$  2,184** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Alexandre Rossin** | | | | |
| 11/13/02 | 4.0 | Visit to Libby, MT, meeting with Grace rep, Alan Stringer | 426 | 1,704 |
| 11/15/02 | 2.0 | Documentation of Memphis and Libby Visits | 426 | 852 |
| 11/26/02 | 8.0 | Documentation of Memphis and Libby Visits | 426 | 3,408 |
| 11/27/02 | 8.0 | Documentation of Memphis and Libby Visits | 426 | 3,408 |
| 11/28/02 | 2.0 | Documentation of Memphis and Libby Visits | 426 | 852 |
| **Totals** | **24.0** | | | **$   10,224** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Renee Anderson** | | | | |
| 11/22/02 | 0.3 | Administrative Assistance | 235 | 71 |
| 11/25/02 | 1.2 | WR Grace Client Meetings-Doug Hughes and Rick Brown | 235 | 282 |
| 11/27/02 | 2.0 | Audit Completion for Darex Puerto Rico | 235 | 470 |
| 11/27/02 | 2.3 | Other Audit Procedures - Preparation of the Darex Puerto Rico Database for Archiving | 235 | 541 |
| **Totals** | **5.8** | | | $ **1,363** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Aimee Stickley** | | | | |
| 11/11/02 | 0.5 | Corporate Administrative - Prepare Expense Reports for Bankruptcy Files | 213 | $ 107 |
| 11/25/02 | 1.0 | WR Grace Team Planning Meeting | 213 | $ 213 |
| **Totals** | **1.5** | | | **$ 320** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Derek Nance** | | | | |
| 11/06/02 | 11.0 | Quarterly Review-Performance Chemicals | 185 | 2,035 |
| **Totals** | **11.0** | | | $ **2,035** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Jeff Zartman** | | | | |
| 11/25/02 | 1.5 | WR Grace Team Planning Meeting | 213 | 320 |
| **Totals** | **1.5** | | | **$ 320** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Maureen Yeager** | | | | |
| 11/25/02 | 2.0 | WR Grace Team Planning Meeting | 185 | 370 |
| **Totals** | **2.0** | | | **$ 370** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Michelle Murray** | | | | |
| 11/01/02 | 6.5 | Completion of the Inventory Testing/Follow-up on Curtis Bay Inventory on 10/31 | 213 | 1,385 |
| **Totals** | **6.5** | | | **$ 1,385** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| 11/18/02 | 8.0 | Computer Operations Testing | 261 | 2,088 |
| 11/18/02 | 2.0 | Data Center Review | 261 | 522 |
| 11/19/02 | 8.0 | Computer Operations Testing | 261 | 2,088 |
| 11/19/02 | 1.5 | Computer Security Testing | 261 | 392 |
| 11/20/02 | 9.0 | Computer Program Change Control Testing and Computer Security Testing | 261 | 2,349 |
| 11/21/02 | 9.5 | Computer Program Change Control Testing | 261 | 2,480 |
| 11/22/02 | 4.0 | Computer Operations Testing | 261 | 1,044 |
| 11/22/02 | 2.5 | Computer Program Change Control Testing | 261 | 653 |
| 11/22/02 | 1.5 | Reporting and Review | 261 | 392 |
| **Totals** | **46.0** | | | **$ 12,006** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Douglas Hut** | | | | |
| 11/11/02 | 4.0 | SAP General Computer Controls | 208 | 832 |
| 11/11/02 | 4.0 | GRMS General and Administrative | 208 | 832 |
| 11/12/02 | 4.0 | GRMS - Payroll Testing | 208 | 832 |
| 11/12/02 | 4.0 | SAP General Computer Controls | 208 | 832 |
| 11/13/02 | 2.0 | GRMS General and Administrative | 208 | 416 |
| 11/13/02 | 6.0 | SAP General Computer Controls | 208 | 1,248 |
| 11/14/02 | 8.0 | SAP General Computer Controls | 208 | 1,664 |
| 11/15/02 | 2.0 | SAP General Computer Controls | 208 | 416 |
| 11/15/02 | 6.0 | GRMS General and Administrative | 208 | 1,248 |
| **Totals** | **40.0** | | | **$  8,320** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Elizabeth Coyle** | | | | |
| 11/24/2002 | 0.5 | Administrative Assistance | 112 | 56 |
| **Totals** | **0.5** | | **$** | **56** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Alexandra Rivera** | | | | |
| 11/04/02 | 0.5 | Administrative Assistance | 112 | 56 |
| **Totals** | **0.5** | | **$** | **56** |

WR Grace
Transaction Time Summary
Month Ended November 30, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Laurie Ortiz** | | | | |
| 11/04/02 | 3.0 | Administrative Assistance | 112 | 336 |
| **Totals** | **3.0** | | | **$  336** |

**WR Grace**
**Transaction Time Summary**
**Month Ended November 30, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Kate Burke** | | | | |
| 11/05/02 | 1.0 | Administrative Assistance | 112 | 112 |
| 11/06/02 | 1.0 | Administrative Assistance | 112 | 112 |
| 11/12/02 | 1.0 | Administrative Assistance | 112 | 112 |
| 11/22/02 | 0.2 | Administrative Assistance | 112 | 22 |
| 11/26/02 | 0.5 | Administrative Assistance | 112 | 56 |
| **Totals** | **3.7** | | | **$   414** |