# EXHIBIT D

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - November 30, 2002**

| | Date | Title | | Total | Description |
|---|---|---|---|---|---|
| **Larry Farmer** | 11/16/2002 | Audit Partner | | 16.42 | mileage travelling to client engagement |
| | | | | 16.42 | |
| **Cheryl Frick** | 11/11/2002 | Audit Senior | $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 11/12/2002 | Audit Senior | $ | 1,609.08 | airline ticket to Libby, Montana for environmental site visit |
| | 11/12/2002 | Audit Senior | $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 11/13/2002 | Audit Senior | $ | 189.12 | Lodging during Libby, MT trip |
| | 11/14/2002 | Audit Senior | $ | 64.00 | rental car in Libby, MT |
| | 11/14/2002 | Audit Senior | $ | 3.46 | phone charges while travelling to MT. |
| | 11/15/2002 | Audit Senior | $ | 14.60 | mileage travelling to client engagement - 40 miles roundtrip |
| | 11/25/2002 | Audit Senior | $ | 35.77 | mileage travelling to Tyson's Corner, VA office |
| | | | | 1945.23 | |
| **Nina Govic** | 11/25/2002 | Audit Senior | $ | 6.21 | Mileage travelling to client meeting in Tyson's office |
| | | | $ | 6.21 | |
| **Jason Natt** | 11/11/2002 | Manager | $ | 562.84 | DCA-Memphis one way for environmental site review |
| | 11/12/2002 | Manager | $ | 93.05 | rental car - Budget - in Memphis |
| | 11/12/2002 | Manager | $ | 28.00 | Parking at DCA for Memphis trip |
| | 11/12/2002 | Manager | $ | 594.22 | Memphis-DCA one way for environmental site review |
| | 11/12/2002 | Manager | $ | 78.85 | Lodging during Memphis trip |
| | | | $ | 1,356.96 | |
| **Francis Schlosser** | 11/05/2002 | Audit Manager | $ | 7.30 | Mileage in excess of commutting (20 miles) |
| | | | $ | 7.30 | |
| **Aimee Stickley** | 11/01/2002 | Audit Associate | $ | 73.46 | Steel toed boot for self and Nina Govic for 10/31/02 inventories |
| | | | $ | 73.46 | |
| **Ryan Parks** | 11/01/2002 | Audit Associate | $ | 96.77 | Excess Mileage travelling to inventory in Lake Charles, LA from Houston |
| | 11/01/2002 | Audit Associate | $ | 83.16 | Lodging in Lake Charles, LA for inventory observation |
| | 11/01/2002 | Audit Associate | $ | 29.95 | Steel toed boots for audit inventory |
| | | | $ | 209.88 | |
| **Dan Weir** | 11/18/2002 | GRMS Associate | $ | 57.00 | Taxi from airport to Grace |
| | 11/18/2002 | GRMS Associate | $ | 965.00 | Flight from Boston, MA to Pittsburgh, PA |
| | 11/20/2002 | GRMS Associate | $ | 1.65 | Breakfast at Starbucks |
| | 11/20/2002 | GRMS Associate | $ | 15.00 | Taxi from client to dinner |
| | 11/21/2002 | GRMS Associate | $ | 1,075.98 | Cambridge Mariott Lodgning (11/18-11/22) and 2 meals at hotel (11/18 and 11/19) |
| | 11/21/2002 | GRMS Associate | $ | 3.49 | Breakfast at Starbucks |
| | 11/21/2002 | GRMS Associate | $ | 6.25 | Lunch at Grace Cafeteria while travelling |
| | 11/21/2002 | GRMS Associate | $ | 3.52 | Breakfast at airport McDonalds |
| | 11/21/2002 | GRMS Associate | $ | 1.00 | Flight from Boston, MA to Pittsburg |
| | 11/21/2002 | GRMS Associate | $ | 14.00 | Taxi from Client to dinner |
| | 11/21/2002 | GRMS Associate | $ | 60.00 | Parking at Cambridge Mariott |
| | 11/22/2002 | GRMS Associate | $ | 22.64 | Lunch at airport Cheers Resturant |
| | 11/22/2002 | GRMS Associate | $ | 1.65 | Breakfast at Starbucks |
| | 11/22/2002 | GRMS Associate | $ | 28.75 | Parking at Pittsburgh International Airport (11/18-11/22) |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 11/22/2002 | GRMS Associate | $ | 8.03 | Airport commute (11 miles) |
| | 11/25/2002 | GRMS Associate | $ | 8.03 | Airport commute (11 miles) |
| | | | $ | 2,271.99 | |
| **Joseph Divito** | 11/08/2002 | GRMS Partner | $ | 40.97 | Lunch - Joe Divito, Brian McGowan of WR Grace |
| | 11/08/2002 | GRMS Partner | $ | 15.33 | Roundtrip mileage to airport |
| | 11/08/2002 | GRMS Partner | $ | 78.84 | Rental Car for Grace visit |
| | 11/08/2002 | GRMS Partner | $ | 842.50 | Roundtrip airfare to Baltimore from Philadelphia |
| | 11/08/2002 | GRMS Partner | $ | 5.00 | Gas for rental car |
| | 11/08/2002 | GRMS Partner | $ | 16.00 | Parking at airport |
| | | | $ | 998.64 | |
| **Maureen Driscoll** | 11/11/2002 | GRMS Senior | $ | 19.95 | Out of town dinner |
| | 11/11/2002 | GRMS Senior | $ | 48.26 | Mileage to client (125 miles - 1 mile base)*.365+$3 tolls |
| | 11/11/2002 | GRMS Senior | $ | 4.57 | Out of town lunch |
| | 11/12/2002 | GRMS Senior | $ | 8.17 | Out of town dinner |
| | 11/12/2002 | GRMS Senior | $ | 5.83 | Out of town lunch |
| | 11/13/2002 | GRMS Senior | $ | 2.46 | Out of town breakfast |
| | 11/14/2002 | GRMS Senior | $ | 4.96 | Out of town lunch |
| | 11/14/2002 | GRMS Senior | $ | 5.38 | Out of town breakfast |
| | 11/14/2002 | GRMS Senior | $ | 4.68 | Out of town lunch |
| | 11/14/2002 | GRMS Senior | $ | 20.78 | Out of town dinner |
| | 11/15/2002 | GRMS Senior | $ | 5.00 | tips at hotel week of 11/11 |
| | 11/15/2002 | GRMS Senior | $ | 479.60 | Hilton hotel Columbia for client fieldwork (11/11- 11/15) |
| | 11/15/2002 | GRMS Senior | $ | 111.12 | Mileage (299 miles - 11 base)*.365+$10 tolls |
| | 11/15/2002 | GRMS Senior | $ | 3.00 | Dial up phone charges from hotel |
| | 11/18/2002 | GRMS Senior | $ | 3.30 | Out of town breakfast |
| | 11/18/2002 | GRMS Senior | $ | 31.40 | Out of town dinner (Driscoll & Weir) |
| | 11/18/2002 | GRMS Senior | $ | 4.15 | Out of town lunch |
| | 11/18/2002 | GRMS Senior | $ | 3.00 | Tolls driving from airport to clietn |
| | 11/20/2002 | GRMS Senior | $ | 18.00 | Parking at Hotel |
| | 11/20/2002 | GRMS Senior | $ | 10.00 | Taxi from hotel to dinner |
| | 11/20/2002 | GRMS Senior | $ | 18.61 | Out of town breakfast |
| | 11/20/2002 | GRMS Senior | $ | 2.80 | Out of town breakfast |
| | 11/20/2002 | GRMS Senior | $ | 120.28 | Out of town dinner (Driscoll & Weir) |
| | 11/20/2002 | GRMS Senior | $ | 5.00 | Out of town lunch |
| | 11/20/2002 | GRMS Senior | $ | 10.00 | Taxi from dinner to hotel |
| | 11/21/2002 | GRMS Senior | $ | 8.00 | Taxi from hotel to dinner |
| | 11/21/2002 | GRMS Senior | $ | 4.75 | Out of town lunch |
| | 11/21/2002 | GRMS Senior | $ | 68.44 | Out of town dinner (Driscoll & Weir) |
| | 11/21/2002 | GRMS Senior | $ | 2.52 | Out of town breakfast |
| | 11/22/2002 | GRMS Senior | $ | 80.00 | ~~Parking, Philadelphia airport 11/18 to 11/22~~ |
| | 11/22/2002 | GRMS Senior | $ | 758.50 | USAirways flight PHL to BOS, 11/18 - 11/25 |
| | 11/22/2002 | GRMS Senior | $ | 262.65 | Budget rental car 11/18 - 11/22 |
| | 11/22/2002 | GRMS Senior | $ | 100.52 | Mileage (250 miles - 2 base)*.365+$10 tolls |
| | 11/22/2002 | GRMS Senior | $ | 980.60 | Lodging - Mariott Hotel, Cambridge, MA 11/18-11/22 |
| | 11/22/2002 | GRMS Senior | $ | 3.00 | Dial up phone charges from hotel |
| | 11/22/2002 | GRMS Senior | $ | 5.00 | Hotel tips week of 11/18-11/22 |
| | 11/25/2002 | GRMS Senior | $ | 6.75 | Dial up phone charges from hotel |
| | 11/25/2002 | GRMS Senior | $ | 4.93 | Out of town lunch |
| | 11/25/2002 | GRMS Senior | $ | 10.36 | Out of town dinner |
| | 11/25/2002 | GRMS Senior | $ | 86.90 | Mariott Hotel in Columbia, MD |
| | 11/25/2002 | GRMS Senior | $ | 4.50 | Out of town lunch |
| | | | $ | 3,337.72 | |
| **Craig Cleaver** | 11/04/2002 | GRMS Manager | $ | 4.00 | Tolls to Grace |
| | 11/04/2002 | GRMS Manager | $ | 41.25 | Mileage toGrace - Columbia, MD (113*.365) |
| | 11/11/2002 | GRMS Manager | $ | 4.75 | Lunch at Grace |
| | 11/11/2002 | GRMS Manager | $ | 26.48 | Dinner at Hilton, Columbia for audit |
| | 11/12/2002 | GRMS Manager | $ | 12.05 | Breakfast at Hilton, Columbia |
| | 11/12/2002 | GRMS Manager | $ | 5.85 | Lunch at Grace |
| | 11/12/2002 | GRMS Manager | $ | 82.13 | Mileage to/from Grace - Columbia, MD (225*.365) |
| | 11/12/2002 | GRMS Manager | $ | 119.90 | 1 night stay at Columbia Hilton |
| | 11/13/2002 | GRMS Manager | $ | 10.00 | Tolls on interstate |
| | 11/18/2002 | GRMS Manager | $ | 3.50 | Breakfast at airport |

| Name | Date | Title | | Amount | Description |
|---|---|---|---|---|---|
| | 11/18/2002 | GRMS Manager | $ | 5.65 | Lunch at Grace |
| | 11/18/2002 | GRMS Manager | $ | 42.50 | Dinner at Mariott |
| | 11/19/2002 | GRMS Manager | $ | 16.61 | Breakfast at Mariott |
| | 11/19/2002 | GRMS Manager | $ | 5.20 | Lunch at Grace |
| | 11/19/2002 | GRMS Manager | $ | 658.50 | Fligh to/from Boston |
| | 11/19/2002 | GRMS Manager | $ | 35.00 | Cab from Grace to Logan Airport |
| | 11/19/2002 | GRMS Manager | $ | 7.30 | Mielage to/from airport |
| | 11/19/2002 | GRMS Manager | $ | 32.00 | Parking at Philadelphia airport |
| | 11/19/2002 | GRMS Manager | $ | 245.15 | 1 night at Mariott Cambridge |
| | | | $ | 1,357.82 | |
| **Tom Kalinosky** | 11/11/2002 | Specialist | $ | 89.20 | Trip to Memphis TN Meal |
| | 11/11/2002 | Specialist | $ | 431.30 | Trip to Memphis and Libby, MT - flight |
| | 11/11/2002 | Specialist | $ | 23.00 | Trip to Memphis and Libby, MT - cab fare |
| | 11/11/2002 | Specialist | $ | 152.05 | Trip to Memphis and Libby, MT - lodging |
| | 11/11/2002 | Specialist | $ | 60.00 | Trip to Memphis and Libby, MT - American Express Fee |
| | 11/12/2002 | Specialist | $ | 78.85 | Trip to Memphis and Libby, MT - lodging |
| | 11/12/2002 | Specialist | $ | 5.23 | Trip to Memphis and Libby, MT - meals |
| | 11/12/2002 | Specialist | $ | 6.28 | Trip to Memphis and Libby, MT - meals |
| | 11/12/2002 | Specialist | $ | 109.40 | Trip to Memphis and Libby, MT - meals |
| | 11/12/2002 | Specialist | $ | 33.75 | Trip to Memphis and Libby, MT - meals |
| | 11/14/2002 | Specialist | $ | 172.46 | Trip to Memphis and Libby, MT - lodging |
| | 11/14/2002 | Specialist | $ | 64.00 | Trip to Memphis and Libby, MT - airport parking |
| | 11/14/2002 | Specialist | $ | 106.25 | Trip to Memphis and Libby, MT - car rental |
| | 11/14/2002 | Specialist | $ | 10.20 | Trip to Memphis and Libby, MT - meals |
| | | | $ | 1,341.97 | |
| **Dave Ryan** | 11/15/2002 | Audit Sr. Manager | $ | 159.29 | Travel/ Mileage |
| | | | $ | 159.29 | |
| | | **CONSOLIDATED AUDIT EXPENSE DETAIL TOTAL** | **$** | **13,082.90** | |

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - November 30, 2002**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Larry Farmer | 11/16/2002 | 16.42 | | | | Mileage travelling to client site |
| Cheryl Frick | 11/11/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 11/12/2002 | 1,609.08 | | | | Flight to Libby, MT |
| Cheryl Frick | 11/12/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 11/13/2002 | | 189.12 | | | Lodging in Libby, MT |
| Cheryl Frick | 11/14/2002 | 64.00 | | | | Rental car in Libby, MT |
| Cheryl Frick | 11/14/2002 | | | 3.46 | | Phone charges while travelling |
| Cheryl Frick | 11/15/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 11/25/2002 | 35.77 | | | | Mileage travelling to client site |
| Nina Govic | 11/25/2002 | 6.21 | | | | Mileage travelling to client site |
| Jason Natt | 11/11/2002 | 562.84 | | | | Flight to Memphis |
| Jason Natt | 11/12/2002 | 93.05 | | | | Rental car in Memphis |
| Jason Natt | 11/12/2002 | 28.00 | | | | Parking at airport |
| Jason Natt | 11/12/2002 | 594.22 | | | | Flight from Memphis |
| Jason Natt | 11/12/2002 | | 78.85 | | | Lodging in Memphis |
| Francis Schlosser | 11/05/2002 | 7.30 | | | | Mileage travelling to client site |
| Aimee Stickley | 11/01/2002 | | | 73.46 | | 2 pair steel toed boots for inventory |
| Ryan Parks | 11/01/2002 | 96.77 | | | | Mileage travelling to client site |
| Ryan Parks | 11/01/2002 | | 83.16 | | | Lodging in Lake Charles, LA |
| Ryan Parks | 11/01/2002 | | | 29.95 | | Steel Toed boots for audit inventory |
| Dan Weir | 11/18/2002 | 57.00 | | | | Taxi |
| Dan Weir | 11/18/2002 | 965.00 | | | | Flight to Boston |
| Dan Weir | 11/20/2002 | | | | 1.65 | Breakfast |
| Dan Weir | 11/20/2002 | 15.00 | | | | Taxi |
| Dan Weir | 11/21/2002 | | 1,075.98 | | | Cambridge Lodging |
| Dan Weir | 11/21/2002 | | | | 3.49 | Breakfast |
| Dan Weir | 11/21/2002 | | | | 6.25 | Lunch |
| Dan Weir | 11/21/2002 | | | | 3.52 | Breakfast |
| Dan Weir | 11/21/2002 | 1.00 | | | | Flight to Boston |
| Dan Weir | 11/21/2002 | 14.00 | | | | Taxi |
| Dan Weir | 11/21/2002 | 60.00 | | | | Parking |
| Dan Weir | 11/22/2002 | | | | 22.64 | Lunch |
| Dan Weir | 11/22/2002 | | | | 1.65 | Breakfast |
| Dan Weir | 11/22/2002 | 28.75 | | | | Parking |
| Dan Weir | 11/22/2002 | 8.03 | | | | Mileage travelling to client site |
| Dan Weir | 11/25/2002 | 8.03 | | | | Mileage travelling to client site |
| Joseph Divito | 11/08/2002 | | | | 40.97 | Client Lunch |
| Joseph Divito | 11/08/2002 | 15.33 | | | | Mileage travelling to client site |
| Joseph Divito | 11/08/2002 | 78.84 | | | | Rental Car |
| Joseph Divito | 11/08/2002 | 842.50 | | | | Flight to Baltimore |
| Joseph Divito | 11/08/2002 | 5.00 | | | | Gas for Rental car |
| Joseph Divito | 11/08/2002 | 16.00 | | | | Parking |
| Maureen Driscoll | 11/11/2002 | | | | 19.95 | Dinner |
| Maureen Driscoll | 11/11/2002 | 48.26 | | | | Mileage travelling to client site |
| Maureen Driscoll | 11/11/2002 | | | | 4.57 | Lunch |
| Maureen Driscoll | 11/12/2002 | | | | 8.17 | Dinner |
| Maureen Driscoll | 11/12/2002 | | | | 5.83 | Lunch |
| Maureen Driscoll | 11/13/2002 | | | | 2.46 | Breakfast |
| Maureen Driscoll | 11/14/2002 | | | | 4.96 | Lunch |
| Maureen Driscoll | 11/14/2002 | | | | 5.38 | Breakfast |
| Maureen Driscoll | 11/14/2002 | | | | 4.68 | Lunch |
| Maureen Driscoll | 11/14/2002 | | | | 20.78 | Dinner |
| Maureen Driscoll | 11/15/2002 | | | 5.00 | | Tips |
| Maureen Driscoll | 11/15/2002 | | 479.60 | | | Hotel - Columbia, MD |
| Maureen Driscoll | 11/15/2002 | 111.12 | | | | Mileage travelling to client site |
| Maureen Driscoll | 11/15/2002 | | | 3.00 | | Phone Charges |
| Maureen Driscoll | 11/18/2002 | | | | 3.30 | Breakfast |
| Maureen Driscoll | 11/18/2002 | | | | 31.40 | Dinner |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Maureen Driscoll** | 11/18/2002 | | | | 4.15 | Lunch |
| **Maureen Driscoll** | 11/18/2002 | 3.00 | | | | Tolls |
| **Maureen Driscoll** | 11/20/2002 | 18.00 | | | | Parking |
| **Maureen Driscoll** | 11/20/2002 | 10.00 | | | | Taxi |
| **Maureen Driscoll** | 11/20/2002 | | | | 18.61 | Breakfast |
| **Maureen Driscoll** | 11/20/2002 | | | | 2.80 | Breakfast |
| **Maureen Driscoll** | 11/20/2002 | | | | 120.28 | Dinner |
| **Maureen Driscoll** | 11/20/2002 | | | | 5.00 | Lunch |
| **Maureen Driscoll** | 11/20/2002 | 10.00 | | | | Taxi |
| **Maureen Driscoll** | 11/21/2002 | 8.00 | | | | Taxi |
| **Maureen Driscoll** | 11/21/2002 | | | | 4.75 | Lunch |
| **Maureen Driscoll** | 11/21/2002 | | | | 68.44 | Dinner |
| **Maureen Driscoll** | 11/21/2002 | | | | 2.52 | Breakfast |
| **Maureen Driscoll** | 11/22/2002 | 80.00 | | | | Parking |
| **Maureen Driscoll** | 11/22/2002 | 758.50 | | | | Flight to Boston |
| **Maureen Driscoll** | 11/22/2002 | 262.65 | | | | Rental Car |
| **Maureen Driscoll** | 11/22/2002 | 100.52 | | | | Mileage travelling to client site |
| **Maureen Driscoll** | 11/22/2002 | | 980.60 | | | Hotel - Cambridge, MA |
| **Maureen Driscoll** | 11/22/2002 | | | 3.00 | | Phone Charges |
| **Maureen Driscoll** | 11/22/2002 | | | 5.00 | | Tips |
| **Maureen Driscoll** | 11/25/2002 | | | 6.75 | | Phone Charges |
| **Maureen Driscoll** | 11/25/2002 | | | | 4.93 | Lunch |
| **Maureen Driscoll** | 11/25/2002 | | | | 10.36 | Dinner |
| **Maureen Driscoll** | 11/25/2002 | | 86.90 | | | Hotel - Columbia, MD |
| **Maureen Driscoll** | 11/25/2002 | | | | 4.50 | Lunch |
| | | | | | | |
| **Craig Cleaver** | 11/04/2002 | 4.00 | | | | Tolls |
| **Craig Cleaver** | 11/04/2002 | 41.25 | | | | Mileage travelling to client site |
| **Craig Cleaver** | 11/11/2002 | | | | 4.75 | Lunch |
| **Craig Cleaver** | 11/11/2002 | | | | 26.48 | Dinner |
| **Craig Cleaver** | 11/12/2002 | | | | 12.05 | Breakfast |
| **Craig Cleaver** | 11/12/2002 | | | | 5.85 | Lunch |
| **Craig Cleaver** | 11/12/2002 | 82.13 | | | | Mileage travelling to client site |
| **Craig Cleaver** | 11/12/2002 | | 119.90 | | | Hotel - Columbia, MD |
| **Craig Cleaver** | 11/13/2002 | 10.00 | | | | Tolls |
| **Craig Cleaver** | 11/18/2002 | | | | 3.50 | Breakfast |
| **Craig Cleaver** | 11/18/2002 | | | | 5.65 | Lunch |
| **Craig Cleaver** | 11/18/2002 | | | | 42.50 | Dinner |
| **Craig Cleaver** | 11/19/2002 | | | | 16.61 | Breakfast |
| **Craig Cleaver** | 11/19/2002 | | | | 5.20 | Lunch |
| **Craig Cleaver** | 11/19/2002 | 658.50 | | | | Flight to Boston |
| **Craig Cleaver** | 11/19/2002 | 35.00 | | | | Taxi |
| **Craig Cleaver** | 11/19/2002 | 7.30 | | | | Mileage travelling to client site |
| **Craig Cleaver** | 11/19/2002 | 32.00 | | | | Parking |
| **Craig Cleaver** | 11/19/2002 | | 245.15 | | | Hotel - Cambridge, MA |
| | | | | | | |
| **Tom Kalinosky** | 11/11/2002 | | | | 89.20 | Meals |
| **Tom Kalinosky** | 11/11/2002 | 431.30 | | | | Flight to Memphis |
| **Tom Kalinosky** | 11/11/2002 | 23.00 | | | | Taxi |
| **Tom Kalinosky** | 11/11/2002 | | 152.05 | | | Hotel in Libby, MT |
| **Tom Kalinosky** | 11/11/2002 | 60.00 | | | | Parking |
| **Tom Kalinosky** | 11/12/2002 | | 78.85 | | | Hotel In Memphis |
| **Tom Kalinosky** | 11/12/2002 | | | | 5.23 | Meals |
| **Tom Kalinosky** | 11/12/2002 | | | | 6.28 | Meals |
| **Tom Kalinosky** | 11/12/2002 | | | | 109.40 | Meals |
| **Tom Kalinosky** | 11/12/2002 | | | | 33.75 | Meals |
| **Tom Kalinosky** | 11/14/2002 | | 172.46 | | | Hotel In Memphis |
| **Tom Kalinosky** | 11/14/2002 | 64.00 | | | | Parking |
| **Tom Kalinosky** | 11/14/2002 | 106.25 | | | | Rental Car |
| **Tom Kalinosky** | 11/14/2002 | | | | 10.20 | Meals |
| | | | | | | |
| **Dave Ryan** | 11/15/2002 | 159.29 | | | | Mileage to Client |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 13,082.89 | 8,396.01 | 3,742.62 | 129.62 | 814.64 |