**CERTIFICATE OF SERVICE**

I, Kathleen Miller, hereby certify that I served one true and correct copy of the *Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for November 2002* on the following parties in the manner herein indicated, on December 30, 2002

| | |
|---|---|
| W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br>Attn: David B. Siegel, Senior Vice President<br>and General Counsel<br>**VIA U.S. MAIL AND VIA E-MAIL IN PDF FORMAT TO william.sparks@grace.com** | James H.M. Sprayregen, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Co-Counsel for the Debtors<br>**VIA E-MAIL IN PDF FORMAT TO james.kapp@chicago.kirkland.com** |
| Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young &<br>Jones, P.C.<br>919 North Market Street, Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>Co-Counsel for the Debtors<br>**VIA E-MAIL IN PDF FORMAT TO dcarickhoff@pszyj.com** | J. Douglas Bacon, Esq.<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606<br>Co-Counsel to Debtor-In-Possession<br>Lender<br>**VIA E-MAIL IN PDF FORMAT TO david.heller@lw.com and carol.hennessey@lw.com** |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Co-Counsel to Debtor-In-Possession<br>Lender<br>**VIA E-MAIL IN PDF FORMAT TO syoder@bayardfirm.com** | Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Counsel for the Official Committee<br>of Unsecured Creditors<br>**VIA E-MAIL IN PDF FORMAT TO rserrette@stroock.com** |

{MCM6881.DOC}

| | |
|---|---|
| Michael R. Latowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>Counsel for the Official Committee<br>of Unsecured Creditors<br>**VIA E-MAIL IN PDF FORMAT<br>TO mlastowski@duanemorris.com** | Scott L. Baena, Esq.<br>Bilzin, Sumberg, Dunn, Baena,<br>Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131<br>Counsel to the Official Committee of<br>Asbestos Property Damage Claimant<br>**VIA E-MAIL IN PDF FORMAT<br>TO jsakalo@bilzin.com** |
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Counsel to the Official Committee of<br>Asbestos Property Damage Claimants<br>**VIA E-MAIL IN PDF FORMAT<br>TO ttacconelli@ferryjoseph.com** | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>Counsel to the Official Committee<br>of Personal Injury Claimants<br>**VIA E-MAIL IN PDF FORMAT<br>TO** pvnl@capdale.com |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine, LLC<br>Chase Manhattan Centre, 15th Floor<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Counsel to the Official Committee<br>of Personal Injury Claimants<br>**VIA E-MAIL IN PDF FORMAT<br>TO mgz@del.camlev.com** | Philip Bentley, Esq.<br>Kramer, Levin, Naftalis &<br>Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Counsel to the Official Committee<br>of Equity Holders<br>**VIA E-MAIL IN PDF FORMAT<br>TO pbentley@kramerlevin.com** |
| Teresa K.D. Currier, Esq.<br>Kleett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Counsel to the Official Committee<br>of Equity Holders<br>**VIA E-MAIL IN PDF FORMAT<br>TO currier@klettrooney.com** | Warren H. Smith<br>Warren H. Smith & Associates<br>900 Jackson Street<br>120 Founders Square<br>Dallas, TX 75202<br>Fee Auditor<br>**VIA U.S. MAIL AND VIA E-<br>MAIL IN AN ELECTRONIC<br>FORMAT TO whsmith@<br>whsmithlaw.com** |
| Frank J. Perch, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2311<br>Wilmington, DE 19801<br>**VIA U.S. MAIL** | /s/ Kathleen M. Miller<br>Kathleen M. Miller |

{MCM6881.DOC}