Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                          ACCOUNT NO: 3000-
00D
                                            STATEMENT NO:
18

    Costs and Expenses




        PREVIOUS BALANCE
$5,492.55



11/13/02 Payment - Thank you.  (June, 2002 - 100%)        -
1,318.47
11/13/02 Payment - Thank you.  (July, 2002 - 100%)        -
1,623.50
                                                    -------
--
        TOTAL PAYMENTS                              -
2,941.97

        BALANCE DUE
$2,550.58

=========

{NOV_02-1:1 }

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

_____

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                              Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                              ACCOUNT NO: 3000-
01D
                                               STATEMENT NO:
18

    Asset Analysis and Recovery




        PREVIOUS BALANCE
$8,767.60



                                                     HOURS
11/18/02
    MRE Review of sixth claim settlement notice
        regarding the State of Ohio                   0.10
27.50
    MRE E-mail to Lockwood re: objection to
        debtors sixth claim settlement notice re:
        State of Ohio                                 0.10
27.50
                                                      ----    ---
--
        FOR CURRENT SERVICES RENDERED                 0.20
55.00

```
                            RECAPITULATION
      TIMEKEEPER                        HOURS HOURLY RATE      TOTAL
      Marla R. Eskin                     0.20    $275.00     $55.00
```

```
        TOTAL CURRENT WORK
55.00
```

```
11/13/02 Payment - Thank you.  (January, 2002 - 20%)           -
15.20
11/13/02 Payment - Thank you.  (February, 2002 - 20%)          -
203.80
11/13/02 Payment - Thank you.  (March, 2002 - 20%)             -
272.20
11/13/02 Payment - Thank you.  (June, 2002 - 80%)              -
502.80
11/13/02 Payment - Thank you.  (July, 2002 - 80%)             -
2,090.40
                                                        -------
--
        TOTAL PAYMENTS                                         -
3,084.40

        BALANCE DUE
$5,738.20

=========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

---

                        Campbell & Levine, LLC
                         1700 Grant Building
                        Pittsburgh, PA  15219
                           412-261-0310

```
                                                         Page:
1
     W.R. Grace
11/30/02
     Wilmington  DE                        ACCOUNT NO: 3000-
02D
                                           STATEMENT NO:
18
```

     Asset Disposition

```
      PREVIOUS BALANCE
$1,368.60


                                                      HOURS
11/04/02
    MTH Telephone conference with M. Berkin re:
        contact with Blackstone re: non-debtor
        acquisition                                    0.10
26.50

11/05/02
    MTH Telephone conference with PEM re: Grace
        non-debtor acquisition in Venezuela and
        review of correspondence from PEM to
        Lockwood re: same                              0.10
26.50
    MTH Review correspondence from PEM to PVL re:
        Venezuelan acquisition                         0.10
26.50
    PEM Review Berkin memo re: acquisition of
        MIDEVENSA (.1); draft correspondence re:
        same (.1)                                      0.20
53.00

11/06/02
    MTH Review correspondence from Lockwood re:
        Grace Venezuelan acquisition                   0.10
26.50

11/12/02
    MRE Review of debtors motion for authority to
        amend agreement for sale of real property      0.10
27.50

11/15/02
    MTH Review debtors' motion for authority to
        amend agreement of real property               0.30
79.50
    MTH Review debtors' amended notice re: fifth
        quarterly report of settlements                0.10
26.50
                                                      ----    ----
--
        FOR CURRENT SERVICES RENDERED                  1.10
292.50
```

---

W.R. Grace
11/30/02

ACCOUNT NO: 3000-02D

STATEMENT NO: 18

Asset Disposition

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $265.00 | $53.00 |
| Mark T. Hurford | 0.80 | 265.00 | 212.00 |
| Marla R. Eskin | 0.10 | 275.00 | 27.50 |

TOTAL CURRENT WORK                                                 292.50


11/13/02 Payment - Thank you.  (June, 2002 - 80%)            -302.80


BALANCE DUE                                                       $1,358.30

=========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace
11/30/02
Wilmington  DE                                    ACCOUNT NO: 3000-03D

                                                  STATEMENT NO: 13

Business Operations

PREVIOUS BALANCE
$234.40

                                                              HOURS
11/20/02
     MTH Review financial documents from WR Grace
         re: MOR and tax returns                        0.20
53.00
     MTH Correspondence to Tersigni re: financial
         documents received from debtors                0.20
53.00
     MTH Review correspondence from Tersigni re:
         financial documents and response to same       0.10
26.50

11/22/02
     PEM Review report on 3rd quarter operations
         from Tersigni to committee                      0.70
185.50

11/24/02

```
      DAC Review Tersigni's 3rd quarter report on
          operations                                        0.30
105.00
                                                          ----    ----
--
          FOR CURRENT SERVICES RENDERED                     1.50
423.00
```

                              RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $350.00 | $105.00 |
| Philip E. Milch | 0.70 | 265.00 | 185.50 |
| Mark T. Hurford | 0.50 | 265.00 | 132.50 |

```
          TOTAL CURRENT WORK
423.00


11/13/02 Payment - Thank you.  (February, 2002 - 20%)          -
100.50
```

_____

```
                                                         Page:
2
    W.R. Grace
11/30/02
                                            ACCOUNT NO: 3000-
03D
                                            STATEMENT NO:
13
     Business Operations




          BALANCE DUE
$556.90

=======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                                      ACCOUNT NO: 3000-
04D
                                                        STATEMENT NO:
18

    Case Administration

PREVIOUS BALANCE
$12,176.20

|  |  |  | HOURS |
|---|---|---|---|
| 11/12/02 | | | |
| | MRE | Motion to amend the order authorizing the debtor to employ ordinary course professionals utilized in the ordinary course of the debtors business | 0.10 |
| 27.50 | | | |
| 11/15/02 | | | |
| | MTH | Review debtors' motion to amend ordinary course professionals order (.2); telephone conference with PEM re: same (.2) | 0.40 |
| 106.00 | | | |
| 11/18/02 | | | |
| | MTH | Correspondence to PVNL re: amend ordinary course professional motion | 0.20 |
| 53.00 | | | |
| 11/19/02 | | | |
| | PEM | Telephone conference with MTH re: ordinary course | 0.10 |
| 26.50 | | | |
| | MTH | Telephone conference with PEM re: Locke motion, ordinary course professionals motion, contact with PVNL | 0.10 |
| 26.50 | | | |
| | MTH | Review correspondence from PVNL re: ordinary course motion | 0.10 |
| 26.50 | | | |
| | MTH | Review correspondence from MRE re: ordinary course motion and discussion re: same | 0.20 |
| 53.00 | | | |
| | | | ----    ---- |
| -- | | | |
| | | FOR CURRENT SERVICES RENDERED | 1.20 |
| 319.00 | | | |

Page:
2
   W.R. Grace
11/30/02
                                          ACCOUNT NO: 3000-
04D

                                              STATEMENT NO:
18
     Case Administration


                          RECAPITULATION
          TIMEKEEPER                    HOURS  HOURLY RATE     TOTAL
          Philip E. Milch                0.10     $265.00    $26.50
          Mark T. Hurford                1.00      265.00    265.00
          Marla R. Eskin                 0.10      275.00     27.50


          TOTAL CURRENT WORK
319.00


11/13/02 Payment - Thank you.  (January, 2002 - 20%)          -
207.80
11/13/02 Payment - Thank you.  (February, 2002 - 20%)         -
514.80
11/13/02 Payment - Thank you.  (March, 2002 - 20%)            -
248.10
11/13/02 Payment - Thank you.  (June, 2002 - 80%)           -
1,674.40
11/13/02 Payment - Thank you.  (July, 2002 - 80%)           -
1,029.60
                                                          -------
--
          TOTAL PAYMENTS                                    -
3,674.70

          BALANCE DUE
$8,820.50

=========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                              ACCOUNT NO: 3000-
05D
                                                STATEMENT NO:
18

    Claims Analysis Objection & Resolution (Asbestos)

        PREVIOUS BALANCE
$13,168.80

11/13/02 Payment - Thank you.  (February, 2002 - 20%)          -
5.80
11/13/02 Payment - Thank you.  (March, 2002 - 20%)            -
407.40
11/13/02 Payment - Thank you.  (June, 2002 - 80%)          -
2,059.60
11/13/02 Payment - Thank you.  (July, 2002 - 80%)          -
3,886.00
                                                        -------
--
        TOTAL PAYMENTS                                  -
6,358.80

        BALANCE DUE
$6,810.00

{NOV_02-1:1 }

=========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                                      ACCOUNT NO: 3000-
06D
                                                 STATEMENT NO:
18

    Claims Analysis Objection & Resol. (Non-Asbestos)

        PREVIOUS BALANCE
$5,367.50

```
                                                            HOURS
11/18/02
      MTH  Review correspondence from MRE re: State
           of Ohio settlement                                0.10
26.50
                                                            ----      ---
--
           FOR CURRENT SERVICES RENDERED                     0.10
26.50
```

                          RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $265.00 | $26.50 |

```
      TOTAL CURRENT WORK
26.50


11/13/02  Payment - Thank you.  (June, 2002 - 80%)          -
1,221.60
11/13/02  Payment - Thank you.  (July, 2002 - 80%)          -
843.60
                                                         -------
--
      TOTAL PAYMENTS                                        -
2,065.20

      BALANCE DUE
$3,328.80

=========
```

           Any payments received after the statement date will be
           applied to next month's statement.  Please note your
           account number on your payment.  Thank you.

---

           Campbell & Levine, LLC
           1700 Grant Building
           Pittsburgh, PA  15219
           412-261-0310

                                                       Page:
1

W.R. Grace
11/30/02
       Wilmington  DE                                ACCOUNT NO: 3000-
07D
                                              STATEMENT NO:
18

       Committee, Creditors, Noteholders, Equity Holders




          PREVIOUS BALANCE
$12,584.40



                                                        HOURS
11/01/02
     MTH Review report re: pleadings filed
          10/31/02                                       0.10
26.50
     DAD Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)                0.30
28.50
     PEM Review recommendation memo to committee
          regarding pending motions and adversary
          proceedings                                    0.40
106.00

11/04/02
     MTH Review report re: pleadings filed
          November 1, 2002                               0.10
26.50
     MTH Prepare weekly recommendation memo              0.30
79.50
     DAD Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)                0.30
28.50
     MK  Attention to document organization              0.20
18.00

11/05/02
     MTH Review report re: pleadings filed
          November 4, 2002                               0.10
26.50
     DAD Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)                0.30
28.50

11/06/02
     MTH Review report re: pleadings filed

|  | November 5, 2002 | 0.10 |
| --- | --- | --- |
| 26.50 | | |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 |
| 28.50 | | |

---

|  |  | Page: 2 |
| --- | --- | --- |
|  | W.R. Grace | 11/30/02 |
|  |  | ACCOUNT NO: 3000-07D |
|  |  | STATEMENT NO: 18 |

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |
| --- | --- | --- |
| 11/07/02 | | |
| MTH | Review report re: pleadings filed November 6, 2002 | 0.10 |
| 26.50 | | |
| MTH | Prepare weekly recommendation memo | 0.30 |
| 79.50 | | |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 |
| 28.50 | | |
| | | |
| 11/08/02 | | |
| MTH | Prepare weekly recommendation memo | 0.30 |
| 79.50 | | |
| MTH | Meeting with MRE re: weekly recommendation memo | 0.10 |
| 26.50 | | |
| MRE | Review and revisions to weekly recommendation calendar | 0.20 |
| 55.00 | | |
| | | |
| 11/11/02 | | |
| DAC | Review counsel's recommendation memo | 0.10 |
| 35.00 | | |
| MTH | Review report re: pleadings filed November 7 & 8, 2002 | 0.10 |
| 26.50 | | |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 |
| 28.50 | | |
| PEM | Review recommendation memo re: pending | |

```
        matters                                          0.40
106.00

11/12/02
     MTH Review report re: pleadings filed
         November 11, 2002                               0.10
26.50
     DAD Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)                 0.30
28.50

11/13/02
     DAD Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2)                 0.50
47.50

11/14/02
     MTH Review report re: pleadings filed
         November 13, 2002                               0.10
26.50
     DAD Review pleadings and electronic filing
         notices (.3); preparation and
         distribution of daily memo (.2)                 0.50
47.50
```

---

```
                                                   Page:
3
     W.R. Grace
11/30/02
                                      ACCOUNT NO: 3000-
07D
                                      STATEMENT NO:
18
     Committee, Creditors, Noteholders, Equity Holders




                                                 HOURS
11/15/02
     MTH Review report re: pleadings filed on
         November 14, 2002                               0.10
26.50
     MTH Prepare weekly recommendation memo              0.60
159.00
     MTH Correspondence to committee members re:
         weekly recommendation memo                      0.20
53.00
     DAD Review pleadings and electronic filing
         notices (.2); preparation and
```

```
            distribution of daily memo (.1)                    0.30
28.50

11/17/02
     PEM Review recommendation memo to committee
         re: pending matters                                   0.40
106.00

11/18/02
     DAC Review counsels' weekly recommendation
         memo                                                  0.10
35.00
     MTH Review report re: pleadings filed
         November 15, 2002                                     0.10
26.50
     DAD Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)                       0.30
28.50

11/19/02
     MTH Review report re: pleadings filed
         November 18, 2002                                     0.10
26.50
     MTH Prepare weekly recommendation memo                    0.40
106.00
     DAD Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)                       0.30
28.50

11/20/02
     MTH Review report re: pleadings filed
         November 19, 2002                                     0.10
26.50
     DAD Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)                       0.30
28.50

11/21/02
     MTH Review report re: pleadings filed
         November 20, 2002                                     0.10
26.50
     DAD Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)                       0.30
28.50
     MK  Attention to document organization                    0.40
36.00
```

     W.R. Grace
11/30/02

ACCOUNT NO: 3000-07D

STATEMENT NO: 18

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **11/22/02** |  |  |  |
| MRE | Review of daily pleadings memo | 0.10 | 27.50 |
| MTH | Review report re: pleadings filed November 21, 2002 | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| MTH | Correspondence to committee members re: recommendation memo | 0.20 | 53.00 |
| MTH | Review correspondence from EI re: Tersigni report re: 3rd quarter | 0.20 | 53.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| **11/25/02** |  |  |  |
| DAC | Review counsels 11/22 recommendation memo | 0.20 | 70.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| PEM | Review recommendation memo to committee re: pending matters | 0.40 | 106.00 |
| **11/26/02** |  |  |  |
| MTH | Review report re: pleadings filed November 22, 2002 | 0.10 | 26.50 |
| MTH | Review correspondence from EI re: committee co-counsel | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| **11/27/02** |  |  |  |
| DAD | Review pleadings and electronic filing |  |  |

```
        notices (.2); preparation and
        distribution of daily memo (.1)                    0.30
28.50
                                                         ----- ------
--
        FOR CURRENT SERVICES RENDERED                     13.30
2,470.50
```

```
                        RECAPITULATION
   TIMEKEEPER                        HOURS  HOURLY RATE      TOTAL
   Douglas A. Campbell                0.40    $350.00     $140.00
   Philip E. Milch                    1.60     265.00      424.00
   Michele Kennedy                    0.60      90.00       54.00
   Mark T. Hurford                    4.60     265.00    1,219.00
   Marla R. Eskin                     0.30     275.00       82.50
   Dylan A. Davis                     5.80      95.00      551.00
```

```
                                                          Page:
5
    W.R. Grace
11/30/02
                                        ACCOUNT NO: 3000-
07D
                                        STATEMENT NO:
18
     Committee, Creditors, Noteholders, Equity Holders
```

```
        TOTAL CURRENT WORK                               2,470.50
```

```
11/13/02 Payment - Thank you.  (January, 2002 - 20%)        -
819.40
11/13/02 Payment - Thank you.  (February, 2002 - 20%)       -
189.70
11/13/02 Payment - Thank you.  (March, 2002 - 20%)          -
276.60
                                                         -------
--
        TOTAL PAYMENTS                                       -
1,285.70
```

```
        BALANCE DUE                                    $13,769.20

==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                         Page:
1
     W.R. Grace
11/30/02
     Wilmington  DE                          ACCOUNT NO: 3000-
08D
                                             STATEMENT NO:
17

     Employee Benefits/Pension

        PREVIOUS BALANCE                                          
$15,562.40


11/13/02 Payment - Thank you.  (January, 2002 - 20%)              -
214.20
11/13/02 Payment - Thank you.  (February, 2002 - 20%)             -
110.20
11/13/02 Payment - Thank you.  (March, 2002 - 20%)                -
70.60
11/13/02 Payment - Thank you.  (June, 2002 - 80%)                -
8,736.80
11/13/02 Payment - Thank you.  (July, 2002 - 80%)                -
1,360.80
                                                          --------
--
        TOTAL PAYMENTS                                           -
10,492.60

        BALANCE DUE
$5,069.80

=========


            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.

                        Campbell & Levine, LLC
                         1700 Grant Building
                        Pittsburgh, PA  15219
                           412-261-0310

                                                                    Page:
1
     W.R. Grace
11/30/02
     Wilmington  DE                              ACCOUNT NO: 3000-
09D
                                                 STATEMENT NO:
8

     Employee Applications, Applicant




          PREVIOUS BALANCE
$26.50


          BALANCE DUE
$26.50

======




                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your

account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                          ACCOUNT NO: 3000-
10D
                                            STATEMENT NO:
18

    Employment Applications, Others

        PREVIOUS BALANCE
$11,170.50

11/13/02 Payment - Thank you.  (January, 2002 - 20%)           -
1,346.50
11/13/02 Payment - Thank you.  (February, 2002 - 20%)            -
237.80
11/13/02 Payment - Thank you.  (March, 2002 - 20%)            -
410.20
11/13/02 Payment - Thank you.  (June, 2002 - 80%)           -
1,335.60
11/13/02 Payment - Thank you.  (July, 2002 - 80%)           -
1,542.40
                                                   -------
--
        TOTAL PAYMENTS                                  -
4,872.50

        BALANCE DUE
$6,298.00

=========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                                    ACCOUNT NO: 3000-
11D
                                                     STATEMENT NO:
16

    Expenses

        PREVIOUS BALANCE
$17,643.96

11/04/02 Ikon Office Solutions - Photocopying, Envelopes,
        Hand Deliveries, Postage (CNO for Tersigni served
        11/1/02)
338.85
11/04/02 Ikon Office Solutions - Photocopying, Envelopes,
        Hand Deliveries, Postage (CNO for LAS served

{NOV_02-1:1 }

```
          11/1/02)
338.85
11/06/02 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage (Notice of Sixth
         Interim)
3,800.60
11/08/02 Federal Express to Mr. Brad Friedman on November
         1, 2002
24.13
11/12/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage (Certification of No
         Objection)
64.14
11/13/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage (Sixth Interim)
287.00
11/15/02 FAX to 4 parties of record - 4 pages (memo)
8.00
11/15/02 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage (Compensation of
         Services)
1,130.55
11/15/02 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage (Notice of Application)
240.85
11/16/02 AT&T Long Distance Phone Calls
13.82
11/22/02 Photocopying - 10 pages 2 copies (Tersigni
         report)
2.00
11/27/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage on 11/26/02 (Notice of
         Objection)
98.90
11/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage on 11/27/02
         (Certification of No Objection Regarding the 12th
         Monthly Application of C&D)
64.14
```

```
                                                    Page:
2
    W.R. Grace
11/30/02
                                          ACCOUNT NO: 3000-
11D
                                          STATEMENT NO:
16
    Expenses
```

11/30/02 Pacer - docket report, associated cases, image,
          attorney list, deadline/schedule
90.58
                                                              ------
--
          TOTAL EXPENSES
6,502.41

          TOTAL CURRENT WORK
6,502.41


11/13/02 Payment - Thank you.  (July, 2002 - 80%)              -
92.80


          BALANCE DUE
$24,053.57

==========

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

          Campbell & Levine, LLC

1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace
11/30/02
Wilmington  DE                                    ACCOUNT NO: 3000-12D

                                                  STATEMENT NO: 16


Fee Applications, Applicant




PREVIOUS BALANCE
$5,387.10



                                                          HOURS
11/11/02
    AFM Review and sign CNO re: C&L
        (Monthly-Aug); review docket re:
        objection to same                             0.10
20.00
    KJC Review of docket re: objections to C&L
        August fee application (.1); preparation
        of CNO re: same (.2); preparation of COS
        re: same (.1); electronic filing of same;
        hard copy service of same (.1); update
        spreadsheet (.1)                              0.60
57.00

11/12/02
    AFM Prepare 6th interim fee application for
        C&L (July-Sept)                              0.40
80.00

11/13/02
    AFM Prepare 6th interim fee application for
        C&L (July-Sept) (con't)(1.3); prepare
        summary of compensable time (.7); prepare
        summary by project category (.5); prepare
        exhibits (July-Sept) billing statements
        (.5)                                         3.00
600.00
    DAD Electronic filing of C&L's 6th interim
        fee application (.2); electronic service

```
         of same (.1); hard copy service of same
         (.2); update status chart (.1)                        0.60
57.00

11/18/02
     MTH Review and edit pre-bill                               1.30
344.50

11/21/02
     MRE Review and revisions to pre-bill for the
```

---

```
                                                         Page:
2
     W.R. Grace
11/30/02
                                              ACCOUNT NO: 3000-
12D
                                              STATEMENT NO:
16
     Fee Applications, Applicant
```

```
                                                         HOURS
         fee application (.5); meeting with MTH
         re: same (.2)                                          0.70
192.50
     MTH Meeting with MRE re: pre-bill                          0.20
53.00

11/22/02
     KJC Review of certification of counsel with
         respect to fee auditor project category
         summaries for 1st, 2nd, 3rd and 5th
         interim fee periods                                    0.80
76.00
     AFM E-mail from L. Ferdinand re: amended
         project category summary for quarters
         1-3, 5 (.2); various meetings with MRE,
         KJC and MTH re: same and fee application
         hearing for 11/25 (.5)                                 0.70
140.00
     MTH Review correspondence from L. Ferdinand
         re: revised spreadsheets                               0.20
53.00

11/27/02
     AFM Review and sign CNO for C&L
         (monthly-Sept)                                         0.10
20.00
     KJC CNO C&L; review of docket re: objections
         to C&L's September fee application (.1);
```

```
        preparation of CNO re: same (.2);
        preparation of COS re: same (.1)                        0.40
38.00
    MTH Review revised pre-bill                                 0.40
106.00
                                                                ----  ------
--
        FOR CURRENT SERVICES RENDERED                          9.50
1,837.00
```

```
                        RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    Aileen F. Maguire                4.30    $200.00    $860.00
    Mark T. Hurford                  2.10     265.00     556.50
    Marla R. Eskin                   0.70     275.00     192.50
    Kathleen J. Campbell             1.80      95.00     171.00
    Dylan A. Davis                   0.60      95.00      57.00
```

```
        TOTAL CURRENT WORK
1,837.00
```

```
11/13/02 Payment - Thank you.  (March, 2002 - 20%)             -
5.80
11/13/02 Payment - Thank you.  (June, 2002 - 80%)             -
212.00
11/13/02 Payment - Thank you.  (July, 2002 - 80%)             -
110.00
```

```
                                                          Page:
3
    W.R. Grace
11/30/02
                                              ACCOUNT NO: 3000-
12D
                                              STATEMENT NO:
16
    Fee Applications, Applicant
```

```
                                                          -----
--
        TOTAL PAYMENTS                                        -
327.80
```

```
        BALANCE DUE
$6,896.30
```

```
=========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
     W.R. Grace
11/30/02

{NOV_02~1:1 }

Wilmington  DE                                          ACCOUNT NO: 3000-
13D
                                                        STATEMENT NO:
3

     Fee Applications, Others




          PREVIOUS BALANCE
$4,478.00



                                                              HOURS
11/01/02
     AFM E-mail from L. Ferdinand re: committee
         member 5th quarter expenses                          0.10
20.00
     AFM Review and sign CNO re: LAS (monthly-Aug)            0.10
20.00
     AFM Review and sign CNO re: Tersigni
         (monthly-Aug)                                        0.10
20.00

11/04/02
     AFM E-mail and telephone conference with E.
         Strug re: Lovells fee application (2nd
         interim)                                             0.10
20.00
     MRE Review of fee auditors report for
         Hamilton Rabinowitz                                  0.10
27.50

11/05/02
     AFM E-mail to D. Collins re: Tersigni fee
         applications for September                           0.10
20.00
     AFM E-mails to and from E. Strug re: C&D
         (August)                                             0.10
20.00
     AFM Prepare, review and sign fee application
         for C&D interim fee application (6th)
         (.3); preparation of exhibit A re: same
         (.2); preparation of exhibit B re: same
         (.2); preparation of exhibit C re: same
         (.2); preparation of exhibit D re: same
         with edits (.3); preparation of notice
         re: same (.1) update status chart (.1);
         prepare COS re: same (.1)                            1.50
300.00
     AFM Prepare, review and sign fee application
         for Professor Warren (1st fraud
         conv.)(.5); preparation of exhibit A re:
         same (.2); preparation of exhibit B re:

```
                                                           Page:
2
    W.R. Grace
11/30/02
                                          ACCOUNT NO: 3000-
13D
                                          STATEMENT NO:
3
    Fee Applications, Others




                                               HOURS
        same (.2); preparation of exhibit C re:
        same (.2); prepare COS re: same (.1)          1.10
220.00
    AFM Prepare, review and sign fee application
        for C&D (1st fraud conv.)(.4);
        preparation of exhibit A re: same (.2);
        preparation of exhibit B re: same (.2);
        prepare COS re: same (.1)                     0.90
180.00
    AFM Prepare, review and sign fee application
        for C&D (2nd fraud conv.)(.5);
        preparation of exhibit A re: same (.2);
        preparation of exhibit B re: same (.2);
        prepare COS re: same (.1)                     1.00
200.00
    AFM Prepare, review and sign fee application
        for C&D (3rd fraud conv.)(.3);
        preparation of exhibit A re: same (.2);
        preparation of exhibit B re: same (.2);
        prepare COS re: same (.1)                     0.80
160.00
    AFM Prepare, review and sign fee application
        for C&D (4th fraud conv.)(.4);
        preparation of exhibit A re: same (.2);
        preparation of exhibit B re: same (.2);
        prepare COS re: same (.1)                     0.90
180.00
    AFM Prepare, review and sign fee application
        for Professor Warren (Interim fraud
        conv.)(.5); preparation of exhibit A re:
        same (.2); preparation of exhibit B re:
        same (.2); preparation of exhibit C re:
        same (.1); prepare COS re: same (.1)          1.10
220.00
    AFM Telephone conference with E. Strug re:
        interim fee application for Professor
        Warren (Fraud Conv.)                          0.10
20.00
```

```
      AFM Update fee application status chart          0.50
100.00
      AFM Prepare fee application for Tersigni
          (4th)                                        0.30
60.00
      KJC E-file C&D fee application for period
          7/1/02 - 9/30/02                             0.30
28.50

11/06/02
      KJC 14th monthly fee application of Tersigni
          for period 9/1/02 - 9/30/02: preparation
          of documents for electronic filing (.3);
          electronic filing of same (.2)               0.50
47.50
      MRE  Review of fee auditors final report for
           PI Committee                                0.10
27.50
      MRE  Review of fee auditors final report for
```

---

                                                       Page:
3
      W.R. Grace
11/30/02
                                        ACCOUNT NO: 3000-
13D
                                        STATEMENT NO:
3
      Fee Applications, Others


                                                       HOURS
      LAS                                              0.10
27.50
      MRE Review of LAS 1st, 2nd, and 3rd interim
          period                                       0.10
27.50

11/07/02
      MRE E-mail to R. Tobin re: fee auditor's
          final fee report for LAS                     0.10
27.50
      MRE Review of fee auditors report for Duane
          Morris                                        0.10
27.50
      MRE Review of fee auditors report for
          Tersigni for the 5th interim period          0.10
27.50

11/10/02
      MRE Research re: appeal of fee auditors

```
        report                                        0.40
110.00

11/11/02
    AFM Review and sign CNO re: C&D
        (Monthly-Aug); review docket re:
        objection to same                             0.10
20.00
    AFM Update fee application and payment status
        chart                                         0.10
20.00
    AFM Draft 2nd Interim Fee application for
        Committee Member Expense Reimbursement
        (.7); prepare exhibits re: same (1.0);
        meeting with MRE re: same (.1)                1.80
360.00
    AFM E-mail to D. Relles re: September monthly
        fee detail (LAS)                              0.10
20.00
    AFM Prepare 6th Interim Fee application for
        Tersigni (July-Sept)                          2.10
420.00
    AFM Telephone conference with M. Berkin re:
        task codes for Interim Fee application        0.10
20.00
    KJC Review of docket re: objections to C&D
        August fee application (.1); preparation
        of CNO re: same (.2); preparation of COS
        re: same (.1); electronic filing of same;
        hard copy service of same (.1); update
        spreadsheet (.1)                              0.60
57.00
    MRE Review of motion of Pachulski Stang to
        shorten notice period re: interim
        compensation                                  0.10
27.50

11/12/02
    AFM E-mail to D. Collins re: Tersigni task
        codes for project categories; interim fee
```

---

```
                                                  Page:
4
    W.R. Grace
11/30/02
                                      ACCOUNT NO: 3000-
13D
                                      STATEMENT NO:
3
    Fee Applications, Others
```

```
                                                       HOURS
          application (July-Sept)                       0.10
20.00
     AFM E-mails from D. Collins re: new task
          codes for Tersigni for project categories
          (x4); telephone conference with D.
          Collins re: same (.2)                         0.60
120.00
     AFM Con't preparation of Tersigni interim fee
          application (July-Sept)                       1.00
200.00
     AFM E-mail to D. Collins, MRE re: Tersigni
          6th interim fee application                   0.10
20.00
     AFM Prepare exhibits to Tersigni 6th interim
          fee application                               0.30
60.00
     AFM E-mail to and from MRE re: C&D and
          Tersigni fee auditor reports and upcoming
          fee application hearing                       0.20
40.00
     AFM Telephone conference with D. Collins re:
          revisions to Tersigni 6th interim fee
          application                                   0.10
20.00
     AFM Meeting with MRE re: 2nd interim
          application for committee reimbursements      0.10
20.00
     AFM Telephone conference with T. Roy re:
          Kazan committee expense reimbursements;
          2nd interim fee application                   0.30
60.00

11/13/02
     AFM Prepare monthly fee application for LAS
          (Sept) (1.5); prepare exhibits re:
          same (.4)                                     1.90
380.00
     AFM E-mail to D. Collins re: revised Tersigni
          interim fee application                       0.10
20.00
     AFM Telephone conference with D. Collins re:
          revision to Tersigni fee application          0.10
20.00
     AFM Prepare interim fee application for LAS
          (July-Sept) (1.5); prepare exhibits (.5);
          prepare certificate of service (.1)           2.10
420.00
     AFM Revise interim fee application for
          Tersigni (July-Sept)                          0.40
80.00

11/14/02
     AFM E-mail from D. Relles re: revisions to
          7th monthly fee application for LAS
```

{NOV_02-1:1 }

```
                    (Sept)                                    0.10
20.00
        AFM Revisions to 7th monthly fee application
            for LAS (Sept)                                    0.40
80.00
        AFM Prepare notice of 2nd interim fee
            application for LAS                               0.20
40.00
```

---

```
                                                         Page:
5
        W.R. Grace
11/30/02
                                              ACCOUNT NO: 3000-
13D
                                              STATEMENT NO:
3
        Fee Applications, Others




                                                         HOURS
        AFM Prepare notice of 6th interim fee
            application for Tersigni                          0.20
40.00
        AFM E-mail from E. Strug re: C&D interim fee
            application (1st - fraudulent conveyance)         0.10
20.00
        AFM Prepare C&D interim fee application (1st-
            fraudulent conveyance) for filing (.3);
            prepare exhibit A (.2); prepare exhibit B
            (.2); prepare exhibit C (.2); prepare
            notice of fee application (.1)                    1.00
200.00
        AFM Telephone conference with T. Roy re:
            committee member supporting documents for
            interim fee application                           0.10
20.00
        AFM Telephone conference with T. Roy re:
            committee member receipts for interim fee
            application                                       0.10
20.00
        AFM Telephone conference with T. Roy re:
            revisions to committee reimbursement
            interim fee application                           0.10
20.00
        AFM Prepare final committee interim fee
            application (.5); prepare exhibit A-B
            (.2); prepare notice of filing (.2);
            prepare certificate of service (.1)               1.00
200.00
        DAD Electronic filing of LAS interim fee
```

```
                   application (September 2002) (.2);
                   electronic service of same (.1); hard
                   copy service of same (.2); update status
                   chart (.1)                                        0.60
57.00

11/15/02
        MTH Review fee application of Reed Smith               0.10
26.50
        MTH Review fee application Richardson,
            Patrick                                            0.10
26.50
        MTH Review fee application Nelson, Mullins             0.10
26.50
        MTH Review fee application Kirkland & Ellis            0.10
26.50

11/18/02
        AFM E-mail from MRE re: fee applications for
            11/25 hearing (.1); review docket re:
            same (.1)                                          0.20
40.00
        AFM Telephone conference with L. Ferdinand
            re: C&L recalculation of 5th interim
            project category summary                           0.20
40.00
        AFM Revisions to C&L 5th interim porject
            category summary                                   0.20
40.00
        AFM E-mail to L. Ferdinand re: C&L
```

---

```
                                                    Page:
6
        W.R. Grace
11/30/02
                                          ACCOUNT NO: 3000-
13D
                                          STATEMENT NO:
3
        Fee Applications, Others




                                          HOURS
            recalculation of 5th interim project
            category summary                                   0.10
20.00
        AFM Telephone conference with L. Fernandez
            re: committee recalculation of 5th
            interim project category summary                   0.20
40.00
```

11/19/02
    AFM E-mail from D. Relles re: LAS October
        bills                              0.10
20.00

11/21/02
    KJC Review of proposed order approving
        quarterly fee applications for first,
        second and third periods: comparison of
        listed amounts with our records (.5);
        search for fee applications, CNOs, and
        fee auditor's reports related to LAS
        (.4); e-mails to D. Relles (.2); call to
        LaVern Ferdinand (.2); clear update
        status charts discrepancies between
        amounts in Order and requested fees;
        review of Tersigni fee application to
        reconcile in amounts from 1st and 2nd
        quarter to reflect difference in dates of
        applications and interim periods (.2)      1.50
142.50
    KJC Review of proposed order approving fifth
        quarter fee applications; comparison of
        listed amount with our records (.3);
        review of LAS fee applications to
        reconcile amount as a combination to two
        application (.2)                    0.50
47.50
    MRE Review of fee auditors report re:
        Tersigni                        0.10
27.50

11/22/02
    MTH Review motion of PwC for limited waiver
        of local rule 2016-2(d)           0.30
79.50
    MTH Review correspondence from Ferdinand re:
        draft order for first through third
        interim                      0.20
53.00
    MTH Telephone conference with Ferdinand re:
        proposed orders re: interim fees and
        project category expenses         0.40
106.00
    MTH Meeting with AFM re: comm. expenses in
        preparation for fee hearing       0.20
53.00

---

    W.R. Grace
11/30/02
                          ACCOUNT NO: 3000-
13D
                         STATEMENT NO:
3

{NOV_02-1:1 }

Fee Applications, Others

|  |  | HOURS |
|---|---|---|
| MTH | Review correspondence from Ferdinand re: proposed interim order re: 5th interim | 0.20 |
| 53.00 | | |
| MTH | Telephone conference with E. Strugg re: proposed orders re: interim | 0.10 |
| 26.50 | | |
| MTH | Telephone conference with Tersigni re: proposed orders re: interim | 0.20 |
| 53.00 | | |
| MTH | Telephone conference with M. Peterson re: proposed orders re: interim, fee auditor report | 0.20 |
| 53.00 | | |
| MTH | Correspondence to M. Peterson re: proposed orders re: interims | 0.10 |
| 26.50 | | |
| MTH | Telephone conference with M. Peterson re: proposed orders re: interims, fee hearing | 0.10 |
| 26.50 | | |
| MRE | Review of final fee auditors report for C&D | 0.10 |
| 27.50 | | |

11/26/02

|  |  |  |
|---|---|---|
| AFM | Review docket re: CNO for C&D June-September | 0.20 |
| 40.00 | | |
| AFM | Review docket re: CNO for C&D (Monthly-July) | 0.10 |
| 20.00 | | |
| AFM | Review docket re: CNO for C&D (Monthly-August) | 0.10 |
| 20.00 | | |
| AFM | Review docket re: CNO for C&D (Monthly-September) | 0.10 |
| 20.00 | | |
| AFM | Prepare and sign CNO for C&D (monthly-June)(.3); meeting with LMP re: CNO for July-Sept (.2) | 0.50 |
| 100.00 | | |
| AFM | Prepare fee summary for recategorization project (revised fee order)(March, 2002)(con't) | 1.80 |
| 360.00 | | |
| LMP | Electronic filing of July CNO for C&D (.1); update of service list (.1) | 0.20 |
| 18.00 | | |
| LMP | Preparation of June CNO for C&D (.1); | |

```
          electronic filing of same (.1); update
          service list (.1)                                    0.30
27.00
     LMP  Electronic filing of August CNO for C&D
          (.1); update of service list (.1)                    0.20
18.00
     LMP  Electronic filing of September CNO for
          C&D (.1); update of service list (.1)                0.20
18.00

11/27/02
     AFM  Review and sign CNO for C&D
          (monthly-Sept)                                       0.10
20.00
     AFM  Telephone conference with D. Collins re:
```

---

```
                                                      Page:
8
     W.R. Grace
11/30/02
                                             ACCOUNT NO: 3000-
13D
                                             STATEMENT NO:
3
     Fee Applications, Others
```

```
                                                      HOURS
          Tersigni Monthly fee application (Oct)          0.10
20.00
     KJC  CNO C&D; review of docket re: objections
          to C&D's September fee application (.1);
          preparation of CNO re: same (.2);
          preparation of COS re: same (.1)                0.40
38.00
     LMP  Electronic filing of CNO for C&L              0.10
9.00
     LMP  Electronic filing of CNO for C&D              0.10
9.00
     MTH  Review correspondence from E. Strug re:
          fee issue                                     0.10
26.50
     MTH  Telephone conference with E. Strug re:
          fee issue                                     0.10
26.50
     MTH  Telephone conference with W. Sparks re:
          fee issue                                     0.10
26.50
     MTH  Telephone conference with W. Sparks re:
          Caplin fee issues                             0.10
26.50
```

```
     MTH Correspondence to E. Strug re: Caplin fee
         issue                                       0.20
53.00
                                              ----- ------
--
     FOR CURRENT SERVICES RENDERED                  37.70
7,257.00
```

```
                    RECAPITULATION
     TIMEKEEPER                HOURS HOURLY RATE      TOTAL
     Aileen F. Maguire          27.80   $200.00  $5,560.00
     Mark T. Hurford             3.00    265.00     795.00
     Marla R. Eskin              1.40    275.00     385.00
     Kathleen J. Campbell        3.80     95.00     361.00
     Dylan A. Davis              0.60     95.00      57.00
     Lauren M. Przybylek         1.10     90.00      99.00
```

```
     TOTAL CURRENT WORK
7,257.00
```

```
     BALANCE DUE
$11,735.00

==========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                      412-261-0310
```

```
                                                    Page:
1
     W.R. Grace
11/30/02
     Wilmington  DE                      ACCOUNT NO: 3000-
14D
                                         STATEMENT NO:
16
```

Financing


        PREVIOUS BALANCE
$31.50


        BALANCE DUE
$31.50

======

                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.
_____

                            Campbell & Levine, LLC
                             1700 Grant Building
                            Pittsburgh, PA  15219
                               412-261-0310

Page:
1
   W.R. Grace
11/30/02
   Wilmington  DE                                    ACCOUNT NO: 3000-
15D
                                        STATEMENT NO:
18

   Hearings




      PREVIOUS BALANCE
$23,231.40



                                    HOURS
11/19/02
    MTH Meeting with MRE re: next omnibus hearing      0.10
26.50

11/21/02
    MTH Review agenda for hearing                      0.20
53.00
    MTH Telephone conference with PVNL re:
        attendance at hearing                      0.10
26.50
    MTH Review correspondence from MRE re: issues
        at hearing, attendance                     0.20
53.00

11/22/02
    MTH Review correspondence from PVNL re:
        hearing                                    0.10
26.50

11/25/02
    MTH Preparing for hearing                          0.60
159.00
    MTH Attending hearing                              1.50
397.50
                                  ----   ----
--
     FOR CURRENT SERVICES RENDERED                  2.80
742.00

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.80 | $265.00 | $742.00 |

```
        TOTAL CURRENT WORK
742.00


11/13/02 Payment - Thank you.  (January, 2002 - 20%)              -
386.10
11/13/02 Payment - Thank you.  (February, 2002 - 20%)            -
402.40
11/13/02 Payment - Thank you.  (March, 2002 - 20%)              -
555.20
```

---

```
                                                       Page:
2
    W.R. Grace
11/30/02
                                        ACCOUNT NO: 3000-
15D
                                        STATEMENT NO:
18
    Hearings




11/13/02 Payment - Thank you.  (June, 2002 - 80%)            -
5,446.00
11/13/02 Payment - Thank you.  (July, 2002 - 80%)            -
4,116.40
                                                   --------
--
        TOTAL PAYMENTS                              -
10,906.10

        BALANCE DUE
$13,067.30

==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                                ACCOUNT NO: 3000-
16D
                                             STATEMENT NO:
3

    Litigation and Litigation Consulting

    PREVIOUS BALANCE
$6,741.00

HOURS

11/04/02
    MTH Review Sealed Air's motion for permission
        to appeal                                          0.50
132.50
    MRE Review of Sealed Air and Cryrovac for
        Expedited Consolidation                            0.10
27.50

11/06/02
    MTH Review motion for expedited consolidation
        with misc. dockets of WR Grace                     0.10
26.50
    MTH Review petition of debtor for permission
        to file interlocutory appeal                       0.20
53.00
    MTH Review memo in support of WR Grace's
        motion for appointment of examiner or
        limited trustee and response to
        anticipated motions                                1.00
265.00

11/15/02
    MTH Review debtors' motion to further extend
        the PI as it applies to R. Locke matter            1.20
318.00
    MTH Telephone conference with PEM re:
        debtors' motion re: PI Locke matter                0.20
53.00

11/19/02
    PEM Telephone conference with MTH re:
        productive injunction                              0.10
26.50
    PEM Telephone conference with MTH re:
        preliminary injunction                             0.10
26.50
    MTH Review motion on short notice for stay
        pending appeals                                    0.20
53.00
    MTH Review joint motion to enter stipulation
        re: environmental liabilities                      0.20
53.00
    MTH Review Graces' Objections and counter

---

                                      Page:
2
   W.R. Grace
11/30/02
                             ACCOUNT NO: 3000-
16D
                           STATEMENT NO:
3
   Litigation and Litigation Consulting

```
                                                       HOURS
          designations to plaintiffs' supplemental
          deposition designations                      0.10
26.50
      MTH Review objections of Sealed Air and
          Cryovac to plaintiffs' supplemental will
          call designations of deposition testimony    0.10
26.50

11/21/02
      PEM Review memo from counsel to committee re:
          Sealed Air and 3rd Circuit Vacate of
          Cybergenics                                  0.10
26.50

11/22/02
      MTH Review memo opinion from Judge Wolin
          dated 11/21/02 and order relating thereto    0.20
53.00

11/26/02
      MTH Telephone conference with PEM re: Robert
          Locke matter                                 0.10
26.50
                                                       ----  ------
--
      FOR CURRENT SERVICES RENDERED                    4.50
1,193.50
```

```
                        RECAPITULATION
     TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
     Philip E. Milch                 0.30   $265.00       $79.50
     Mark T. Hurford                 4.10    265.00     1,086.50
     Marla R. Eskin                  0.10    275.00        27.50
```

```
     TOTAL CURRENT WORK
1,193.50
```

```
     BALANCE DUE
$7,934.50

=========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                                    ACCOUNT NO: 3000-
17D
                                              STATEMENT NO:
3

    Plan and Disclosure Statement

    PREVIOUS BALANCE
$131.50

    BALANCE DUE
$131.50

=======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                                      ACCOUNT NO: 3000-
18D
                                                        STATEMENT NO:
3

    Relief from Stay Proceedings

        PREVIOUS BALANCE
$676.00

                                                               HOURS
11/18/02
    MRE Review of motion of Catepillar Financial
        to compel administrative expenses or
        relief from automatic stay                      0.10
27.50

11/22/02
    MTH Review motion of Caterpillar for stay
        relief                                          0.40
106.00
    MTH Review debtors' motion to direct the

```
          State Court to Honor Preliminary
          Injunction                                    0.60
159.00
     MTH  Review objection of Kellogg to the
          debtors' motion to direct the state court
          to honor P.I.                                 0.20
53.00
     MTH  Review debtors' response to Kellogg
          objection                                     0.20
53.00
                                                        ----    ----
--
          FOR CURRENT SERVICES RENDERED                 1.50
398.50
```

```
                        RECAPITULATION
     TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
     Mark T. Hurford              1.40    $265.00    $371.00
     Marla R. Eskin               0.10     275.00      27.50
```

```
          TOTAL CURRENT WORK
398.50


          BALANCE DUE
$1,074.50

=========
```

_____

                                                            Page:
2
     W.R. Grace
11/30/02
                                        ACCOUNT NO: 3000-
18D
                                        STATEMENT NO:
3
     Relief from Stay Proceedings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                        ACCOUNT NO: 3000-
20D
                                          STATEMENT NO:
2

{NOV_02~1:1 }

Tax Litigation

PREVIOUS BALANCE
$2,344.00

BALANCE DUE
$2,344.00

=========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                                    Page: 1

     W.R. Grace
11/30/02
     Wilmington  DE                              ACCOUNT NO: 3000-22D
                                                 STATEMENT NO: 7

     Valuation

          PREVIOUS BALANCE                                          $2,057.10

11/13/02 Payment - Thank you.  (June, 2002 - 80%)                   -368.00
11/13/02 Payment - Thank you.  (July, 2002 - 80%)                   -292.00
                                                                    -------

          TOTAL PAYMENTS                                            -660.00

          BALANCE DUE                                               $1,397.10

          =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
_____

                        Campbell & Levine, LLC
                          1700 Grant Building
                        Pittsburgh, PA  15219
                           412-261-0310




                                                              Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                          ACCOUNT NO: 3000-
23D
                                            STATEMENT NO:
7

    ZAI Science Trial




        PREVIOUS BALANCE
$5,694.40


                                                HOURS
11/22/02
    MTH Review correspondence from W. Westbrook
        re: ZAI status, scheduling order              0.10
26.50
                                                ----     ---
--
        FOR CURRENT SERVICES RENDERED                 0.10
26.50
                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Mark T. Hurford               0.10    $265.00    $26.50


        TOTAL CURRENT WORK
26.50


11/13/02 Payment - Thank you.  (June, 2002 - 80%)         -
1,296.00


{NOV_02-1:1 }

11/13/02 Payment - Thank you.  (July, 2002 - 80%)              -
1,295.20
                                                        -------
--
        TOTAL PAYMENTS                                        -
2,591.20

        BALANCE DUE
$3,129.70

=========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

---

                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                       412-261-0310

                                                        Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                           ACCOUNT NO: 3000-
24D
                                             STATEMENT NO:
7

     ZAI Science Trial - Expenses

        PREVIOUS BALANCE
$159.00

        BALANCE DUE
$159.00

=======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page:
1
    W.R. Grace
11/30/02
    Wilmington  DE                          ACCOUNT NO
3000D

{NOV_02~1:1 }

```
PREVIOUS BALANCE       FEES   EXPENSES   ADVANCES    PAYMENTS
BALANCE

    3000-00 Costs and Expenses
     5,492.55      0.00      0.00      0.00   -2,941.97
$2,550.58

    3000-01 Asset Analysis and Recovery
     8,767.60     55.00      0.00      0.00   -3,084.40
$5,738.20

    3000-02 Asset Disposition
     1,368.60    292.50      0.00      0.00     -302.80
$1,358.30

    3000-03 Business Operations
       234.40    423.00      0.00      0.00     -100.50
$556.90

    3000-04 Case Administration
    12,176.20    319.00      0.00      0.00   -3,674.70
$8,820.50

    3000-05 Claims Analysis Objection & Resolution (Asbestos)
    13,168.80      0.00      0.00      0.00   -6,358.80
$6,810.00

    3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)
     5,367.50     26.50      0.00      0.00   -2,065.20
$3,328.80

    3000-07 Committee, Creditors, Noteholders, Equity Holders
    12,584.40  2,470.50      0.00      0.00   -1,285.70
$13,769.20

    3000-08 Employee Benefits/Pension
    15,562.40      0.00      0.00      0.00  -10,492.60
$5,069.80

    3000-09 Employee Applications, Applicant
        26.50      0.00      0.00      0.00       0.00
$26.50

    3000-10 Employment Applications, Others
    11,170.50      0.00      0.00      0.00   -4,872.50
$6,298.00

    3000-11 Expenses
    17,643.96      0.00  6,502.41      0.00      -92.80
$24,053.57
```

---

```
                                                    Page:
2
    W.R. Grace
11/30/02
```

ACCOUNT NO
3000D

PREVIOUS BALANCE      FEES    EXPENSES    ADVANCES     PAYMENTS
BALANCE

    3000-12 Fee Applications, Applicant
      5,387.10   1,837.00       0.00       0.00     -327.80
$6,896.30

    3000-13 Fee Applications, Others
      4,478.00   7,257.00       0.00       0.00        0.00
$11,735.00

    3000-14 Financing
         31.50       0.00       0.00       0.00        0.00
$31.50

    3000-15 Hearings
     23,231.40     742.00       0.00       0.00  -10,906.10
$13,067.30

    3000-16 Litigation and Litigation Consulting
      6,741.00   1,193.50       0.00       0.00        0.00
$7,934.50

    3000-17 Plan and Disclosure Statement
        131.50       0.00       0.00       0.00        0.00
$131.50

    3000-18 Relief from Stay Proceedings
        676.00     398.50       0.00       0.00        0.00
$1,074.50

    3000-20 Tax Litigation
      2,344.00       0.00       0.00       0.00        0.00
$2,344.00

    3000-22 Valuation
      2,057.10       0.00       0.00       0.00     -660.00
$1,397.10

    3000-23 ZAI Science Trial
      5,694.40      26.50       0.00       0.00   -2,591.20
$3,129.70

    3000-24 ZAI Science Trial - Expenses

```
        159.00         0.00         0.00        0.00         0.00
$159.00

        ----------   ---------   --------     ----  ---------- ---------
--
        154,494.41  15,041.00   6,502.41      0.00 -49,757.07
$126,280.75

===========
```

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

---