# EXHIBIT A-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 23, 2003 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | November | Total  Comp |
|------|----------|-------------|----------|-------------|
| Tracy, Brent | Associate | $    240.00 | 0.90 | $    216.00 |
| Trammell, Keith | Associate | $    185.00 | 12.8 | $    2,368.00 |
| Herceglic, Angela | Paralegal | $    100.00 | 6.5 | $    650.00 |
| Thede, Donna | Document Manager | $    30.00 | 10.5 | $    315.00 |
|  |  |  |  |  |
| Total |  |  | 30.70 | 3,549.00 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $         - |
| Photocopies | $      3.90 |
| Facsimiles | $    19.00 |
| Long Distance Telephone | $      2.76 |
| Outside Courier | $         - |
| Lexis | $         - |
| Travel Expense | $         - |
| Meal Expenses | $         - |
| Overtime | $         - |
| Other Expenses | $         - |
| Velo Binding | $         - |
| Tab Stock | $         - |
| Color Copies | $         - |
| **Total** | **$    25.66** |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 8 |
| Invoice No.: | | 618227 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/02 | TME | Prep, scan, QC, export and import correspondence, transcripts and pleadings (libby112). | 0.00  $ | 0.00 |
| 11/01/02 | DT | Telephone conferences with KJCoggon and JLSherman re document requests and inquiries (.30); database research and document review, and respond to inquiries (.70); telephone conferences and conferences with JLSherman, PRStacey and AHerceglic re status of document control system database coding, maintenance of database and documents, and related database issues (2.00). | 3.00 | 90.00 |
| 11/04/02 | DT | Conferences with JLSherman and AHerceglic re status of document control system database coding, maintenance of database and documents, and related database issues. | 2.00 | 60.00 |
| 11/05/02 | DT | Conferences with JLSherman, PRStacey and SCHaraldson re status of document control system database coding, maintenance of database and documents, and related database issues. | 4.00 | 120.00 |
| 11/06/02 | TME | Prep, scan, QC, export and import transcripts, correspondence and pleadings (libby113). | 0.00 | 0.00 |
| 11/06/02 | DT | Conferences with JLSherman and SCHaraldson re status of document control system database coding, maintenance of database and documents, and related database issues. | 1.50 | 45.00 |
| 11/07/02 | TME | Prep and scan pleadings and correspondence (libby114). | 0.00 | 0.00 |
| 11/08/02 | AH | Review background material re Libby issues and status of case (4.00); review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (2.50). | 6.50 | 650.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/08/02 | TME | Scan, QC, export and import pleadings and correspondence (libby114). | 0.00 | 0.00 |
| 11/11/02 | TME | Prep, scan, QC, export and import correspondence, transcripts, pleadings, articles and invoices (libby115). | 0.00 | 0.00 |
| 11/12/02 | TME | Prep, scan, QC, export and import correspondence, transcripts and pleadings (libby116). | 0.00 | 0.00 |
| 11/13/02 | TME | Prep and scan correspondence, pleadings and transcripts (libby117). | 0.00 | 0.00 |
| 11/14/02 | BAT | Telephone conference with Bob Marriam re documentation of waste from Phoenix plant (.20); research document database re same (.60). | 0.80 | 192.00 |
| 11/15/02 | TME | QC, export and import correspondence, pleadings and transcripts (libby117). | 0.00 | 0.00 |
| 11/18/02 | TME | Prep, scan, QC, export and import correspondence (libby118). | 0.00 | 0.00 |
| 11/20/02 | BAT | Research and prepare additional Phoenix waste information for Bob Marriam. | 0.10 | 24.00 |
| 11/25/02 | KAT | Review draft action memoranda and related e-mail correspondence (10.50); review and revise timeline re same (1.70). | 12.20 | 2,257.00 |
| 11/26/02 | KAT | Conference with LNBrown and JDMcCarthy re timeline of draft action memoranda and related correspondence (.60). | 0.60 | 111.00 |
| 11/26/02 | TME | Prep, scan, QC, export and import correspondence, invoices, pleadings and data (libby120). | 0.00 | 0.00 |
| 11/27/02 | TME | Prep, scan, QC, export and import correspondence and transcripts (libby121). | 0.00 | 0.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| | | **Total Fees Through November 30, 2002:** | **30.70** | **$** | **3,549.00** |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| BAT | Brent A Tracy | Associate | $ 240.00 | 0.90 | $ | 216.00 |
| KAT | Keith A Trammell | Associate | 185.00 | 12.80 | | 2,368.00 |
| AH | Angela Herceglic | Paralegal | 100.00 | 6.50 | | 650.00 |
| DT | Donna Thede | Document Manager | 30.00 | 10.50 | | 315.00 |
| TME | Theresa M Enriquez | Paralegal | 0.00 | 0.00 | | 0.00 |
| | | **Total Fees:** | | **30.70** | **$** | **3,549.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/02/02 | | Long Distance Telephone: 4105314751, 28 Mins., TranTime:11:45 | $ | 2.76 |
| 11/12/02 | 15 | Photocopy | | 2.25 |
| 11/14/02 | 7 | Facsimile | | 7.00 |
| 11/20/02 | 12 | Facsimile | | 12.00 |
| 11/20/02 | 11 | Photocopy | | 1.65 |
| | | **Total Disbursements:** | **$** | **25.66** |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 3.90 |
| Facsimile | | 19.00 |
| Long Distance Telephone | | 2.76 |
| **Total Disbursements:** | **$** | **25.66** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | *Outstanding Balance on Invoice 577760:* | | *$ 102,179.52* |
| | | | |
| 577905 | 10/31/01 | Bill | 88,335.39 |
| | *Outstanding Balance on Invoice 577905:* | | *$  88,335.39* |
| | | | |
| 579873 | 11/20/01 | Bill | 79,798.71 |
| | 01/24/02 | Cash Receipt | -65,468.39 |
| | 12/23/02 | Cash Receipt | -14,323.00 |
| | *Outstanding Balance on Invoice 579873:* | | *$       7.32* |
| | | | |
| 583055 | 12/27/01 | Bill | 41,549.74 |
| | 12/23/02 | Cash Receipt | -6,990.80 |
| | *Outstanding Balance on Invoice 583055:* | | *$       0.00* |
| | | | |
| 585053 | 01/23/02 | Bill | 89,602.37 |
| | 04/09/02 | Cash Receipt | -75,147.10 |
| | 12/23/02 | Cash Receipt | -14,366.31 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | November | Total Comp |
|------|----------|-------------|----------|------------|
| Brown, Linnea | Partner | $ 400.00 | 177.20 | $ 70,880.00 |
| Harris, Colin | Partner | $ 350.00 | 16.70 | $ 5,845.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 80.7 | $ 28,245.00 |
| Schuh-Decker, Lisa | Partner | $ 300.00 | 7.2 | $ 2,160.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 156.6 | $ 46,980.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 91.9 | $ 27,570.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 192.8 | $ 53,020.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 173.6 | $ 48,608.00 |
| Cooley, Caroline | Contract Attorney | $ 260.00 | 40.3 | $ 10,478.00 |
| Tracy, Brent | Associate | $ 240.00 | 16.5 | $ 3,960.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 140.4 | $ 30,888.00 |
| Hall, Jennifer | Associate | $ 220.00 | 135.9 | $ 29,898.00 |
| Trammell, Keith | Associate | $ 185.00 | 24.6 | $ 4,551.00 |
| Ochs, Matthew | Associate | $ 180.00 | 23.8 | $ 4,284.00 |
| Crist, Allison | Associate | $ 175.00 | 85.7 | $ 14,997.50 |
| Aschenbrenner, C. | Paralegal | $ 125.00 | 41.7 | $ 5,212.50 |
| Carroll, Ann | Paralegal | $ 125.00 | 161.4 | $ 20,175.00 |
| Kinnear, Karen | Paralegal | $ 125.00 | 82.7 | $ 10,337.50 |
| Latuda, Carla | Paralegal | $ 125.00 | 69.3 | $ 8,662.50 |
| Sherman, Joan | Paralegal | $ 125.00 | 205.1 | $ 25,637.50 |
| Stacey, Paula | Paralegal | $ 125.00 | 81.5 | $ 10,187.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 188.9 | $ 20,779.00 |
| Davidson, Dyan | Paralegal | $ 110.00 | 40.1 | $ 4,411.00 |
| Herceglic, Angela | Paralegal | $ 100.00 | 47.3 | $ 4,730.00 |
| Street, Loraine | Paralegal | $ 85.00 | 22.5 | $ 1,912.50 |
| Proctor, Faye | Paralegal | $ 70.00 | 45.15 | $ 3,160.50 |
| Duffus, Deborah | Paralegal | $ 60.00 | 87.1 | $ 5,226.00 |
| Martel, Lisa | Paralegal | $ 60.00 | 68.9 | $ 4,134.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 33.4 | $ 3,674.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 75.6 | $ 6,804.00 |
|  |  |  |  |  |
| Total |  |  | 2,614.55 | $ 517,408.00 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ 36.00 |
| Photocopies | $ 2,852.25 |
| Facsimiles | $ 237.00 |
| Long Distance Telephone | $ 535.07 |
| Outside Courier | $ 453.98 |
| Travel Expense | $ 7,371.19 |
| Postage | $ - |
| Other Meal Expenses | $ 144.47 |
| Lexis | $ 3,253.44 |
| Westlaw | $ 780.33 |
| Other Exp/Temporary Staffing | $ 1,185.17 |
| Legal Asst. Overtime | $ 5,344.38 |
| Velo Binding | $ 12.00 |
| Outside Reproduction | $ 31.50 |
| Tab Stock | $ 1.95 |
| Color Copies | $ 7.80 |
| **Total** | **$ 22,246.53** |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/23/02 | CLN | Review and revise Response to summary judgment motion re selection of remedy, including genuine issues, and administrative record brief. | 10.80 | $ 3,240.00 |
| 10/24/02 | CLN | Review and revise Statement of Genuine Issues for Response to Selection of Remedy Brief. | 11.50 | 3,450.00 |
| 11/01/02 | LB | Office conference with KWLund and KJCoggon re trial preparation (2.80); conference call with Gary Graham and KJCoggon re various trial issues (.50); review and revise Power Point presentation for Betty Anderson (1.10); trial planning (1.9); telephone conference with JLSherman and KLKinnear re trial exhibits and Peronard (0.4); telephone conference with CLNeitzel re findings of fact and direct examinations of Moolgavkar and Hughson (.10). | 6.80 | 2,720.00 |
| 11/01/02 | KWL | Review Summary Judgment briefs and attached exhibits for purposes of integrating trial strategy (3.50); conference with KJCoggon and LBrown re trial strategy and coordination (2.80); telephone conference with Bob Emmett re trial team coordination and expert witness issues (.30). | 6.60 | 2,310.00 |
| 11/01/02 | LSD | Review Statement of Facts for purpose of compiling pre-trial stipulations (.90); begin compiling same (.60). | 1.50 | 450.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 618227 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/01/02 | KJC | Address billing issues from team, vendors and experts (0.20); address inquiries and issues re document databases (0.20); respond to questions from client and team re facts and documents (0.30); address trial logistics and issues (0.60); conference with LBrown and KWLund re trial preparation (2.80); telephone conference with G. Graham and LBrown re witnesses and trial preparation (0.50); telephone conference with JLSherman and KLKinnear re timeline (0.40); review and respond to letter from DOJ re privilege log (1.10); e-mail associates re additional trial preparation (0.30); address trial exhibit list issues (0.40). | 6.80 | 1,870.00 |
| 11/01/02 | EES | Review additional documents for possible use as cost trial exhibits (2.10); review Shapiro rebuttal report (1.70). | 3.80 | 1,064.00 |
| 11/01/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 2,340.00 |
| 11/01/02 | NKA | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.90); conference with WEPayne re issues and complications with First Supplemental CD, and arrange for replacement cd to be produced to DOJ per KJCoggon's request (1.20). | 6.10 | 671.00 |
| 11/01/02 | CKA | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 6.00 | 750.00 |
| 11/01/02 | AEC | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.2); assist KJCoggon with response to DOJ letter re our privilege logs (1.0). | 5.20 | 650.00 |
| 11/01/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 0.60 | 66.00 |
| 11/01/02 | AH | Review, categorize and code documents produced by EPA for reference to various case issues. | 7.90 | 790.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 618227 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/01/02 | KLK | Review progress reports, log books, work plans, and other documents and create timeline of activities at Libby sites (6.60); conference call with LBrown, KJCoggon and JLSherman re Libby timeline (.40). | 7.00 | 875.00 |
| 11/01/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (3.50). | 3.50 | 437.50 |
| 11/01/02 | JLS | Review, categorize and code Boulder cost recovery documents  for relevance to various case issues (1.30); conferences with NKAberle re various case issues including previous privilege logs and sampling data (0.40); conferences with LCStreet re status of scanning Boulder boxes (0.40); telephone conference with LBrown re database (0.30); conference call with LBrown, KJCoggon and KLKinnear re Libby timeline (0.40); conferences with KLKinnear re same (0.20); database research re same (0.80). | 3.80 | 475.00 |
| 11/01/02 | PRS | Conference with KWLund, LBrown and KJCoggon re CBI project (0.4); review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.10); review Scheduling Order and Montana local rules re trial exhibits deadlines (0.8). | 6.30 | 787.50 |
| 11/01/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.30 | 498.00 |
| 11/01/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (3.30); review, categorize and code documents produced by EPA for relevance to various case issues (3.30). | 6.60 | 396.00 |
| 11/01/02 | FP | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 4.50 | 315.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/02 | MBF | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (2.80); review, categorize and code documents produced by EPA for relevance to various case issues (.80). | 3.60 | 324.00 |
| 11/03/02 | EES | Review Day 1 of Shapiro's deposition testimony re EPA's new indirect cost methodology in the Axel Johnson case (3.10); review Day 2 of Shapiro's deposition testimony in the Axel Johnson case (2.30). | 5.40 | 1,512.00 |
| 11/03/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 8.00 | 480.00 |
| 11/04/02 | LB | Conference call with Alan Stringer and Science staff (and for part, KJCoggon) re remedial actions  (1.8); office conference with KWLund re trial (.20); telephone conference with graphics consultants (.20); meeting with EEStevenson re cost testimony (.80); follow up meeting with EEStevenson and KJCoggon re same (.20); office conferences with KJCoggon re various trial issues including findings of fact and exhibits (1.20); review and revise Betty Anderson direct examination (2.40). | 6.80 | 2,720.00 |
| 11/04/02 | KWL | Review and revise Finding of Fact and Conclusions of Law for submission to United States by November 18 (7.00); conference with LBrown re trial (.20); telephone conference with KJCoggon re case strategy, client conferences and budget issues (.80). | 8.00 | 2,800.00 |
| 11/04/02 | CLN | Review of Genuine Issues in Selection of Remedy brief (.30); draft summary of W. Hughson testimony for LBrown (1.20). | 1.50 | 450.00 |
| 11/04/02 | LSD | Conference with KJCoggon re Hutchinson information (.30). | 0.30 | 90.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/04/02 | KJC | Draft, review and edit findings of fact and conclusions of law (0.20); draft direct examination questions (0.30); address billing issues from team, vendors and experts (0.10); respond to questions from client and team re facts and documents (0.30); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.20); address trial logistics and issues (0.20); attend portion of telephone conference with A. Stringer, Sciences International and LBrown re facts (1.10); telephone conferences with KWLund re case strategy, client conferences and budget (0.80); telephone conference with JAHall re drafting cross examinations (0.30); conference ATCrist re supplemental discovery responses (0.30) telephone conference with J. Stout re EPA activities in Libby (0.30); conferences with LBrown re witnesses, cost stipulation, documents, trial planning (1.20); research and draft one page witness summaries (1.70); address questions re data organization project (0.30). | 7.30 | 2,007.50 |
| 11/04/02 | EES | Draft summary of Wiley Wright's accounting opinions (2.20); review potential cost trial exhibits (3.40); review proposed stipulation re DOJ costs (.40); conference calls with accounting experts re findings of fact issues (.90); review additional DOT cost documentation (2.70). | 9.60 | 2,688.00 |
| 11/04/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.80 | 2,288.00 |
| 11/04/02 | GMB | Review of Bartelt's expert report and deposition testimony (3.80). | 3.80 | 836.00 |
| 11/04/02 | ATC | Conference with KJCoggon re supplementing discovery requests (0.3); draft supplement to discovery requests (2.7). | 3.00 | 525.00 |
| 11/04/02 | JAH | Review discovery materials in preparation of cross-examinations for Meeker and Millette. | 1.50 | 330.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 21 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/04/02 | NKA | Manage and provide substantive review re document coding issues (.50); review and organize data re EPA sampling in Libby to support statement of facts and expert review (3.50). | 4.00 | 440.00 |
| 11/04/02 | CKA | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 0.50 | 62.50 |
| 11/04/02 | AEC | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (6.20). | 6.20 | 775.00 |
| 11/04/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 4.00 | 440.00 |
| 11/04/02 | AH | Review, categorize and code documents produced by EPA for reference to various case issues (3.50); review EPA data re Libby to support expert review (4.00). | 7.50 | 750.00 |
| 11/04/02 | KLK | Review progress reports, log books, work plans, and other documents and create timeline of activities at Libby sites (5.50). | 5.50 | 687.50 |
| 11/04/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.80). | 4.80 | 600.00 |
| 11/04/02 | JLS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.80). | 4.80 | 600.00 |
| 11/04/02 | PRS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.3). | 5.30 | 662.50 |
| 11/04/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 11/04/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.20); review, categorize and code documents produced by EPA for relevance to various case issues (4.00). | 8.20 | 492.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/04/02 | FP | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 6.00 | 420.00 |
| 11/04/02 | MBF | Highlight arguments in response to summary judgment motion regarding CERCLA for LBrown (.50); review, categorize and code documents produced by EPA for relevance to various case issues (.50). | 1.00 | 90.00 |
| 11/04/02 | ICM | Search for background information on Nelson Shapiro including past testimony, publications, and speeches. | 6.00 | 660.00 |
| 11/05/02 | LB | Conferences with KJCoggon re trial (1.30); preparation for and meeting with potential trial presentation expert (1.50); review and revise direct examination of Betty Anderson (2.60). | 5.40 | 2,160.00 |
| 11/05/02 | KWL | Review and revise Findings of Fact and Conclusions of Law (6.0); review trial exhibits for Dodson and Horinko (1.0). | 7.00 | 2,450.00 |
| 11/05/02 | JDM | Prepare Lockey examination outline (1.7); prepare statement of facts (1.0); select trial exhibits (0.8); meeting with Litigation Abstract (1.5). | 5.00 | 1,500.00 |
| 11/05/02 | CLN | Draft summary of Hughson and Moolgavkar testimony including review of EPA September 2, 2002 response (7.5); conference with LBrown re winchite and richerite (.30); conference with D. Kuchinsky re case series and Whitehouse deposition (.20). | 8.00 | 2,400.00 |
| 11/05/02 | KJC | Draft direct examination questions (1.30); address trial logistics and issues (0.20); telephone conference with M. Grummer re useful deposition and materials from fraudulent conveyance action (0.40); telephone conference with R. Finke re status of case and R.J. Lee issues (0.20); address questions re data organization project (0.30); conferences with LBrown re facts, logistics and trial preparation generally (1.30); conference with potential trial presentation expert (2.00). | 5.70 | 1,567.50 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 618227 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/05/02 | EES | Draft summary of Dale Jensen's trial testimony (1.80); review additional potential trial cost exhibits (2.90); begin preparation of demonstrative cost exhibits (2.40); complete deposition testimony summary for Wiley Wright (EPA direct cost expert) (1.60). | 8.70 | 2,436.00 |
| 11/05/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.50 | 1,950.00 |
| 11/05/02 | GMB | Preparation of direct exam outline for expert witness Richard Bartelt (8.10). | 8.10 | 1,782.00 |
| 11/05/02 | ATC | Draft supplemental response to discovery requests. | 2.80 | 490.00 |
| 11/05/02 | JAH | Review expert reports and depositions of Meeker and Millette for trial preparation. | 9.00 | 1,980.00 |
| 11/05/02 | NKA | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (2.70); arrange for blowbacks of 1st Supplemental Production in Response to US Discovery Requests with copy vendor (.40). | 3.10 | 341.00 |
| 11/05/02 | AEC | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.00); research database to find documents for use in expert direct testimony (2.30). | 7.30 | 912.50 |
| 11/05/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 5.50 | 605.00 |
| 11/05/02 | AH | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (8.00). | 8.00 | 800.00 |
| 11/05/02 | KLK | Review progress reports, log books, work plans, and other documents and create timeline of activities at Libby sites (6.00). | 6.00 | 750.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/05/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.50). | 5.50 | 687.50 |
| 11/05/02 | JLS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.90); load fraudulent conveyance depositions in LiveNote (2.00). | 7.90 | 987.50 |
| 11/05/02 | PRS | Review and organize data re EPA sampling in Libby to support expert review (3.00). | 3.00 | 375.00 |
| 11/05/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.30 | 498.00 |
| 11/05/02 | SCH | E-mail memorandum from CLNeitzel re document requests; database research and document review, and distribution of requested documents (0.50);  database coding, update database coding, maintenance and filing of documents (6.00) | 0.00 | 0.00 |
| 11/05/02 | LAM | Review and organize data re EPA sampling in Libby to support statement of facts and expert review. | 7.30 | 438.00 |
| 11/05/02 | FP | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 0.50 | 35.00 |
| 11/05/02 | MBF | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (3.30); review, categorize and code documents produced by EPA for relevance to various case issues (1.00). | 4.30 | 387.00 |
| 11/05/02 | ICM | Review and summarize material and generate chart re Nelson Shapiro's testimony as per EEStevenson's request. | 1.40 | 154.00 |
| 11/06/02 | LB | Prepare for and attend meetings with Lev Ropes re graphics and with Ken Spitze re aerial photos (3.80); telephone conference with KJCoggon re same (.40). | 4.20 | 1,680.00 |
| 11/06/02 | JDM | Prepare Lockey cross (1.2); prepare statement of facts (0.6); select trial exhibits (0.4). | 2.20 | 660.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/06/02 | CLN | Prepare summary of Moolgavkar and Hughson testimony (.80). | 0.80 | 240.00 |
| 11/06/02 | KJC | Draft, review and edit findings of fact and conclusions of law (1.30); draft and revise direct examination questions (0.50); address billing issues from team, vendors and experts (0.40); respond to questions from client and team re facts and documents (0.20); review and respond to e-mail and follow up on document production from EPA (0.20); address trial logistics and issues (0.20); telephone conference with G.Graham re exhibits and tasks (0.40); conference with JLSherman, NKAberle, AECarroll re trial exhibits (1.00); telephone conference with D. Van Orden and L. Lockrem re Lee exhibits (0.80); telephone conferences with EEStevenson, D. Jensen and K. Fessler re exhibits and deadlines (0.30); draft one page Meeker summary (0.20); address data organization project issues (0.30); draft response to DOJ re privilege logs (0.60); telephone conference with LBrown re status of projects (0.40); telephone conferences with W. Corcoran re trial options (0.40); telephone conference with J. Freeman re exhibits, pretrial conference and related items (0.40). | 7.60 | 2,090.00 |
| 11/06/02 | EES | Complete summary of Nelson Shapiro's indirect cost testimony summary (1.10); meet with accounting experts re exhibits and trial preparation (3.00); draft deposition designations for the testimony of Charles Young (EPA indirect cost expert) (2.70). | 6.80 | 1,904.00 |
| 11/06/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 6.50 | 1,690.00 |
| 11/06/02 | GMB | Preparation of direct exam outline for expert witness Richard Bartelt (7.40). | 7.40 | 1,628.00 |
| 11/06/02 | ATC | Meet with JAHall re ATSDR findings for supplemental responses to discovery requests (.5); draft supplemental responses to discovery requests (2.3). | 2.80 | 490.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/06/02 | JAH | Review expert reports and depositions of Meeker and Millette for trial preparation (4.50); prepare cross-examination outline for Meeker (3.00); conference with ATCrist re supplemental discovery responses (.80). | 8.30 | 1,826.00 |
| 11/06/02 | NKA | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (3.30); office meeting with KJCoggon, JLSherman, and AECarroll re upcoming schedule, trial preparation and strategy (1.00); create Excel spreadsheet to be used on master trial exhibit list per KJCoggon's request (2.20);  verify Administrative Record numbers with images and descriptions (.80). | 7.30 | 803.00 |
| 11/06/02 | CKA | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 7.00 | 875.00 |
| 11/06/02 | AEC | Conference with KJCoggon, NKAberle and JLSherman re preparation of trial exhibit list (1.00); create chart of potential trial witnesses and responsible attorneys (0.80); review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.50). | 7.30 | 912.50 |
| 11/06/02 | DD | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 2.50 | 275.00 |
| 11/06/02 | AH | Review and code electronic trade secret documents to substantiate and waive CBI claims in response to EPA demand letter. | 3.50 | 350.00 |
| 11/06/02 | KLK | Review progress reports, log books, work plans, and other documents and create timeline of activities at Libby sites (6.00). | 6.00 | 750.00 |
| 11/06/02 | MCL | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (3.20). | 3.20 | 400.00 |
| 11/06/02 | JLS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (8.9). | 8.90 | 1,112.50 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 27 |
| Invoice No.: | | 618227 |
| Client   No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/06/02 | PRS | Review and organize data re EPA sampling in Libby to support expert review (7.0). | 7.00 | 875.00 |
| 11/06/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.50 | 510.00 |
| 11/06/02 | SCH | Database coding, update database coding and maintenance of documents. | 0.00 | 0.00 |
| 11/06/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 11/06/02 | FP | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 5.80 | 406.00 |
| 11/06/02 | MBF | Research and obtain orders from cases listed in designation of rebuttal expert, Nelson Shapiro (3.30). | 3.30 | 297.00 |
| 11/06/02 | ICM | Search for opinions, pleadings, and orders in various cases identified by rebuttal expert (3.50); review, summarize and generate chart re Nelson Shapiro's testimony as per EEStevenson's request (3.00). | 6.50 | 715.00 |
| 11/07/02 | LB | Office conferences with KJCoggon re Bartelt and Peronard exhibits and testimony (.90); conference call with KJCoggon, Rich Bartelt, and Frank Jones re exhibits and testimony (.60); office conferences with KJCoggon re trial preparation issues (.50); Grace team meeting re trial preparation (1.40); review documents for potential designation as trial exhibits (4.10). | 7.50 | 3,000.00 |
| 11/07/02 | CLN | Attend portion of Grace meeting re trial preparation (1.0); telephone conference with D. Kuchinsky re request for depositions (.30). | 1.30 | 390.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/07/02 | KJC | Draft, review and edit findings of fact and conclusions of law (1.30); draft and revise direct examination questions (0.40); address billing issues from team, vendors and experts (0.10); address inquiries and issues re document databases (0.10); respond to questions from client and team re facts and documents (0.60); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.80); address trial logistics and issues (0.30); attend portion of Grace meeting re trial preparation (1.00); conferences with LBrown re various issues (1.30); telephone conference with EEStevenson re trial prep assignments (0.20); address trial exhibit list issues (1.10); telephone conference with J. Freeman re deposition proffers (0.20); telephone conference with LBrown, R. Bartelt and F. Johns re exhibits (0.60); review draft Meeker cross-examination (0.40); draft Millette one page summary (0.30). | 8.70 | 2,392.50 |
| 11/07/02 | EES | Attend portion of Grace meeting re trial preparation (1.00); review Day 1 and 2 of Timothy Wall's (CDM) deposition testimony and draft trial deposition proffers (3.90); review William Hurley's (ECC) deposition testimony and prepare trial deposition proffers (2.90); phone conferences with accounting expert re exhibit issues (.80). | 8.60 | 2,408.00 |
| 11/07/02 | CCC | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.50 | 2,210.00 |
| 11/07/02 | GMB | Preparation of cross-exam outline for DOJ's expert witness Thomas Dahl (8.40). | 8.40 | 1,848.00 |
| 11/07/02 | ATC | Draft supplemental responses to discovery requests. | 4.10 | 717.50 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 618227 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/07/02 | JAH | Prepare cross-examination outline for Meeker (6.60); conference with KJCoggon re same (.50); review discovery materials in preparation of Meeker cross-examination outline (.30); consider and prepare cross-examination outline for Millette (1.00); review discovery material in preparation of same (1.00). | 9.40 | 2,068.00 |
| 11/07/02 | NKA | Attend portion of Grace meeting re trial preparation (1.00); adjust master trial exhibit list to include further information re will/may call status (.70); review and organize data re EPA sampling in Libby to support statement of facts and expert review (4.60); search for and locate exhibits from briefs re 2nd and 3rd affirmative defenses per ATCrist's request (.60); manage and provide substantive review re document coding issues (.40). | 7.30 | 803.00 |
| 11/07/02 | AEC | Trial team meeting re upcoming issues and schedule (1.00); review and organize data re EPA sampling in Libby to support statement of facts and expert review (6.20). | 7.20 | 900.00 |
| 11/07/02 | DD | Review and organize data re EPA sampling in Libby to support statement of fact and expert review (2.8). | 2.80 | 308.00 |
| 11/07/02 | AH | Review and organize data re sampling in Libby to support statement of fact and expert review (6.50). | 6.50 | 650.00 |
| 11/07/02 | KLK | Review progress reports, log books, work plans, and other documents and create timeline of activities at Libby sites (6.00). | 6.00 | 750.00 |
| 11/07/02 | JLS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.60); database research re depositions for ERita review (1.80); attend portion of Grace meeting re trial preparation  (1.00) | 8.40 | 1,050.00 |
| 11/07/02 | PRS | Review and organize data re EPA sampling in Libby to support expert review (4.6). | 4.60 | 575.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/07/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 11/07/02 | SCH | E mail memoranda from CLNeitzel, NKAberle, and KBCarnes re document requests and inquiries, database research and document review, distribution of requested documents and respond to inquiries. | 0.00 | 0.00 |
| 11/07/02 | LAM | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.20 | 432.00 |
| 11/07/02 | FP | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 5.90 | 413.00 |
| 11/07/02 | MBF | Research regarding litigation support provided by EPA experts Nelson Shapiro and Henry Anderson, M.D. (5.00). | 5.00 | 450.00 |
| 11/08/02 | LB | Review and select potential Peronard trial exhibits (8.60). | 8.60 | 3,440.00 |
| 11/08/02 | CGH | Review of case documents and designate trial exhibits (9.80). | 9.80 | 3,430.00 |
| 11/08/02 | KJC | Draft, review and edit findings of fact and conclusions of law (1.40); draft direct examination questions and power point slides (3.80); address billing issues from team, vendors and experts (0.20); address inquiries and issues re document databases (0.30); respond to questions from client and team re facts and documents (1.60); address trial logistics and issues (0.40); draft one page witness summaries (0.80). | 8.50 | 2,337.50 |
| 11/08/02 | EES | Strategy meeting with accounting experts re demonstrative cost trial exhibits (2.70); review Volume 1 of John McGuiggan's (DOT) deposition testimony for potential trial cost exhibits and use in cross-examination (2.90); review revised draft demonstrative cost trial exhibits (1.80) | 7.40 | 2,072.00 |
| 11/08/02 | GMB | Edit direct exam outline of Richard Bartelt and cross-exam outline for DOJ's expert witness Thomas Dahl (6.60). | 6.60 | 1,452.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/08/02 | ATC | Revise supplemental responses to discovery requests (3.5); research re objections to administrative record documents (2.7). | 6.20 | 1,085.00 |
| 11/08/02 | JAH | Conference with KJCoggon re preparation of cross-examination outlines (.40); review materials in preparation of cross-examination outline of Millette (1.00); consider and prepare cross-examination outline for Millette (2.00). | 3.40 | 748.00 |
| 11/08/02 | NKA | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.50); edit and update master exhibit list and transmit copy for reference by expert (.30); compile ATSDR documents for D. Kuchinsky per CLNeitzel's request (.40); research deviation sheets in Production database (1.00); research photographs produced by EPA for review by LBrown (1.10). | 8.30 | 913.00 |
| 11/08/02 | CKA | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 5.50 | 687.50 |
| 11/08/02 | AEC | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (6.00). | 6.00 | 750.00 |
| 11/08/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.50) | 5.50 | 605.00 |
| 11/08/02 | KLK | Confer with CGHarris and LBrown re designating documents as exhibits (0.50); review documents for inclusion on Peronard Exhibit List and add to List (7.50). | 8.00 | 1,000.00 |
| 11/08/02 | JLS | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (7.20). | 7.20 | 900.00 |
| 11/08/02 | PRS | Review and organize data re EPA sampling in Libby to support expert review (5.10) | 5.10 | 637.50 |
| 11/08/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.00 | 420.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/08/02 | SCH | Conference with MBFloyd re document request and inquiries; database research and document review, and respond to inquiries (3.00); database coding, update database coding and maintenance of documents (2.00). | 0.00 | 0.00 |
| 11/08/02 | FP | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 7.20 | 504.00 |
| 11/08/02 | LCS | Review, categorize and code documents for relevance to case issues. | 7.50 | 637.50 |
| 11/08/02 | MBF | Search Administrative Record and other Grace databases as part of trial exhibit preparation to determine which items listed on the Administrative Record must be requested from EPA (5.30). | 5.30 | 477.00 |
| 11/09/02 | KWL | Review and revise draft case strategy memo (3.0). | 3.00 | 1,050.00 |
| 11/09/02 | EES | Review Missy Koppelman's (ATSDR) deposition testimony (2.30); review Volume I of Daniel Figueroa's (Marcor) deposition testimony (2.40); review Volume II of Daniel Figueroa's deposition testimony (2.80). | 7.50 | 2,100.00 |
| 11/09/02 | FP | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 5.50 | 385.00 |
| 11/09/02 | MBF | Search Administrative Record and other Grace databases as part of trial exhibit preparation to determine which items listed on the Administrative Record must be requested from EPA (3.60); draft memorandum regarding results of search (.40). | 4.00 | 360.00 |
| 11/10/02 | LB | Draft settlement statement for Bill Corcoran (2.10); conference with KJCoggon re status of case projects (.30). | 2.40 | 960.00 |
| 11/10/02 | CLN | Review and revise direct examination for W. Hughson. | 3.00 | 900.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/10/02 | KJC | Revise direct examination questions (1.90); review, edit and discuss with LBrown white paper on settlement (0.70); conference with LBrown re status of case projects (0.30); review and respond to e-mail re documents and other facts (0.30). | 3.20 | 880.00 |
| 11/10/02 | EES | Review Kathy Kirkland's (ATSDR costs) deposition testimony (1.90). | 1.90 | 532.00 |
| 11/10/02 | ATC | Revise supplemental responses to discovery requests. | 2.10 | 367.50 |
| 11/10/02 | JAH | Consider and prepare cross-examination outline for Millette. | 2.00 | 440.00 |
| 11/10/02 | JLS | Review, categorize and code documents produced by EPA for relevance to various case issues (0.50); database research re EPA pollution reports for use as trial exhibits (0.40) | 0.90 | 112.50 |
| 11/11/02 | LB | Review videotapes and other potential trial exhibits for selection (4.20); office conferences with KJCoggon re trial exhibits and other issues (.70). | 4.90 | 1,960.00 |
| 11/11/02 | KWL | Review World Trade Center documents and various export plant work documents for possible inclusion on exhibit list (5.0); review US' reply briefs on motions for Summary Judgement (2.00). | 7.00 | 2,450.00 |
| 11/11/02 | JDM | Review and select trial exhibits (3.5); prepare Lockey cross (0.9); prepare findings of fact (0.4); prepare for telephone conference with client and medical experts re ATSDR study (0.5); telephone conference with client, KJCoggon and medical experts re ATSDR study (0.8). | 6.10 | 1,830.00 |
| 11/11/02 | CLN | Conference with MBFloyd re Administrative Record target sheets (.30); conference with Richard Finke re Hughson testimony (.20); review and revise Hughson direct testimony, including review of report, deposition, and EPA comments (9.5); conference with D. Kuchinsky, D. Cameron, L. Flately and R. Senftleben re Hughson testimony (1.0). | 11.00 | 3,300.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 618227 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/11/02 | KJC | Draft, review and revise direct and cross-examination questions for trial (1.40); respond to questions from client and team re facts and documents (0.80); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.40); address trial logistics and issues (0.70); telephone conference with R. Bartelt and F. Johns re exhibits (0.90); telephone conference with W. Corcoran et al re statistical and other errors in ATSDR studies (0.80); telephone conference with EEStevenson, D. Jensen and K. Fessler re exhibits (0.20); review ATSDR reports (0.30); address questions and issues re exhibit lists (1.20); telephone conferences with J. Freeman re pleadings and missing documents (0.30); telephone conference with G. Graham re exhibit list and witnesses (0.50); conferences with LBrown re exhibits, other trial issues (0.70). | 8.20 | 2,255.00 |
| 11/11/02 | EES | Review additional Marcor, CDM and ECC cost documentation for potential designation as trial exhibits (4.30); meet with accounting experts re additional demonstrative exhibits and additional cost documentation exhibit designations (3.20); review additional McGuiggin deposition testimony for deposition proffer designation and additional trial exhibits (2.60). | 10.10 | 2,828.00 |
| 11/11/02 | GMB | Additional research for Bartelt direct exam outline (3.40); additional research for Dahl cross exam outline (2.20); edit Bartelt direct exam outline (1.90). | 7.50 | 1,650.00 |
| 11/11/02 | ATC | Revise supplemental response to discovery requests (3.7); research re objections to documents in administrative record (2.8). | 6.50 | 1,137.50 |
| 11/11/02 | JAH | Review materials in preparation of cross-examination outline for Millette (2.00); consider and prepare cross-examination outline for Millette (5.00). | 7.00 | 1,540.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 35 |
| Invoice No.: | | 618227 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/11/02 | BAT | Research requirements to serve trial subpoenas and to quash same. | 3.10 | 744.00 |
| 11/11/02 | NKA | Research photographs and audio/visual references for review by LBrown (1.90); prepare exhibit list including review of documents for potential listing (3.80); review and organize data re EPA sampling in Libby to support statement of facts and expert review  (1.20). | 6.90 | 759.00 |
| 11/11/02 | AEC | Review documents for potential use as trial exhibits (5.4); conference with NKAberle and JLSherman re trial preparation tasks (0.5); database research re rebuttal expert Henry Anderson (1.2). | 7.10 | 887.50 |
| 11/11/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (5.2). | 5.20 | 572.00 |
| 11/11/02 | JLS | Review documents for potential use as trial exhibits (8.30); conference with NKAberle and AECarroll re trial preparation tasks and assignments (0.50); conference with KJCoggon re same (0.30); database research re EPA pollution reports (0.60); | 9.70 | 1,212.50 |
| 11/11/02 | PRS | Review and organize data re EPA sampling in Libby to support expert review (1.3). | 1.30 | 162.50 |
| 11/11/02 | SCH | E-mail memoranda from CLNeitzel, NKAberle and KBCarnes re document requests and inquiries; database research and document review, copy and distribute requested documents and respond to inquiries (1.0); database coding, update database coding and maintenance of documents (6.50). | 0.00 | 0.00 |
| 11/11/02 | FP | Review and organize data re EPA sampling in Libby to support statement of fact and expert review. | 7.25 | 507.50 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/11/02 | MBF | Conference with CLNeitzel regarding obtaining items missing from Administrative Record (.30); conference with KJCoggon regarding obtaining items missing from Administrative Record (.30); obtain complete set of Public Health conference videos for review by LBrown and prepare summary of first six videos (.30); double-check and revise index of items missing from Administrative Record (1.50); research for JDMcCarthy regarding expert Henry Anderson (1.00) | 3.40 | 306.00 |
| 11/12/02 | LB | Conference call with Alan Stringer and KJCoggon re factual background and preparation for testimony (1.30); review KJCoggon summary re R.J. Lee and Eric Chatfield and draft presentation re Lee (.80); office conference with JDMcCarthy and KJCoggon re trial preparation (.50); telephone conference with Gary Graham, KJCoggon, and JDMcCarthy re rebuttal and impeachment trial exhibits and other trial preparation (.20); review United States reply briefs (.50); telephone conference with Bill Corcoran and David Siegel re same (.20); telephone conference with Betty Anderson and Rick Reiss re testimony and trial (.30); review Peronard documents for potential trial exhibits (.70). | 4.50 | 1,800.00 |
| 11/12/02 | KWL | Draft witness summaries for Hutchinson, Dodson and Horinko (5.00); telephone conference with Bill Corcoran re case status and strategy (.40). | 5.40 | 1,890.00 |
| 11/12/02 | JDM | Review Anderson index (0.3); prepare Lockey cross examination outline (2.3); prepare trial exhibits (2.6); prepare findings of fact (2.1); review revised cost analysis and conference with EEStevenson re same (0.5); telephone conference with Gary Graham, KJCoggon, and LBrown re rebuttal and impeachment trial exhibits and other trial preparation (.20); conference with LBrown and KJCoggon re trial preparation issues (0.5). | 8.50 | 2,550.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/12/02 | CLN | Prepare direct testimony of W. Hughson (3.80); prepare direct testimony for S. Moolgavkar and W. Hughson and evaluate exhibits relating to testimony and prepare exhibit for S. Moolgavkar (7.20) | 11.00 | 3,300.00 |
| 11/12/02 | KJC | Draft, review and revise direct and cross-examination questions for trial (0.30); respond to questions from client and team re facts and documents (0.20); address trial logistics and issues (0.20); telephone conference with LBrown and A. Stringer re facts (1.30); conference with LBrown and JDMcCarthy re exhibits and other case projects (0.50); telephone conference with Gary Graham, LBrown and JDMcCarthy re rebuttal and impeachment trial exhibits and other trial preparation (.20); telephone conference with D. Van Orden re exhibits (0.60); telephone conference with R. Bartelt re exhibits (0.30); conference with JAHall re exhibits (0.40); review key documents for potential addition to exhibit list (5.20). | 9.20 | 2,530.00 |
| 11/12/02 | EES | Review revised demonstrative exhibits (2.30); prepare Wiley Wright cross-examination documentation (1.20); review Figueroa trial exhibit designation (.70); conference with JDMcCarthy re revised cost analysis (.50); review CDM trial exhibit designations (1.40); designate Wilson (ATSDR) trial exhibits (1.10); designate Missy Koppelman (NORC) trial exhibits (1.60) | 8.80 | 2,464.00 |
| 11/12/02 | GMB | Additional research for Bartelt direct exam outline (4.50); additional research for Dahl cross exam outline (1.60); edit Bartelt direct exam outline (2.20). | 8.30 | 1,826.00 |
| 11/12/02 | ATC | Draft memo re objections to documents in administrative record (5.7); revise supplemental response to discovery requests (.5). | 6.20 | 1,085.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/12/02 | JAH | Consider and prepare cross-examination outline for Millette (2.60); review and prepare exhibits for same (3.00); conference with KJCoggon re exhibits (.40). | 6.00 | 1,320.00 |
| 11/12/02 | BAT | Research and draft memo re issues with trial subpoenas. | 7.20 | 1,728.00 |
| 11/12/02 | NKA | Conference with SCHaraldson re location of various deposition transcripts and compile same per CLNeitzel's request (.60); prepare exhibit list including review of documents for potential listing (7.30). | 7.90 | 869.00 |
| 11/12/02 | AEC | Prepare exhibit list including review of documents for potential listings (5.8); update and review deposition exhibit notebooks (1.5). | 7.30 | 912.50 |
| 11/12/02 | DD | Review and organize data re EPA sampling in Libby to support statement of facts and expert review (.60). | 0.60 | 66.00 |
| 11/12/02 | JLS | Prepare exhibit list including review of documents for potential listing (10.10). | 10.10 | 1,262.50 |
| 11/12/02 | PRS | Review and organize data re EPA sampling in Libby to support expert review (2.6). | 2.60 | 325.00 |
| 11/12/02 | PRS | Conference with KJBates re exhibit lists and data sort projects to determine staffing needs (0.3). | 0.30 | 37.50 |
| 11/12/02 | SCH | E-mail memoranda from NKAberle, AECarroll re document requests and inquiries; database research and document review, distribution of requested documents and respond to inquiries (2.0); database coding, update database coding, maintenance and distribution of documents (3.50). | 0.00 | 0.00 |
| 11/12/02 | FP | Prepare exhibit list including review of documents for potential listing. | 2.50 | 175.00 |
| 11/12/02 | LCS | Review, categorize and code documents for relevance to case issues. | 7.50 | 637.50 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 39 |
| Invoice No.: | | 618227 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/12/02 | MBF | Research and obtain articles to be used as trial exhibits for CLNeitzel and JDMcCarthy (1.90); research regarding missing items in Administrative Record (.60); ensure documents sent by Matt Cohn of EPA included in database (.50). | 3.00 | 270.00 |
| 11/13/02 | LB | Attend portion of meeting with Lev Ropes and KJCoggon re trial graphics (3.60); attend portion of meeting with Lev Ropes, KJCoggon, and JDMcCarthy re summary exhibits and trial graphics (2.60); office conference with KJCoggon and JDMcCarthy re trial exhibits (.70); telephone conference with Bob Emmett re United States reply briefs (.50); office conference with KJCoggon re status of various trial preparation projects (.30); review documents for selection as potential trial exhibits (2.90); office conference with CLNeitzel and JDMcCarthy re trial exhibits, Hughson, Moolgavkar and related issues (.40) and follow up office conference with JDMcCarthy re same (.20); telephone conference with KWLund re case status and issues (.30); meeting with WBrown and KJCoggon re slope factor and ATSDR graphics (.50); telephone conference with Rick Reiss re trial exhibits (.20); office conference with EEStevenson re strategy re trial exhibits (.40). | 12.60 | 5,040.00 |
| 11/13/02 | KWL | Review documents for inclusion in trial exhibit list (3.50); review Weis deposition transcript for purpose of developing trial cross examination (1.20); telephone conference with LBrown re case status and issues (.30); telephone conference with KJCoggon re trial preparation status (.50). | 5.50 | 1,925.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 40 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/13/02 | JDM | Meet with JLSherman re exhibits and database (0.3); review draft Hughson outline (0.9); meet with LBrown re Hughson outline (0.2); review Hughson report (0.4); meet with LBrown and CLNeitzel re Hughson outline (0.4); review ATSDR summaries re Mortality Study and Screening Study (0.7); outline ATSDR issues for LBrown (0.7); review Anderson report and articles cited therein (1.5); review Brody deposition, report and articles (0.2); meet with trial exhibit consultant, LBrown, KJCoggon re demonstration exhibits (2.9); meet with WBrown re ATSDR exhibits (0.5); prepare ATSDR exhibit drafts (0.9); meet with LBrown re demonstrative exhibits, trial exhibits (0.6); meet with CLNeitzel re Hughson outline and exhibits (0.7). | 10.90 | 3,270.00 |
| 11/13/02 | CLN | Prepare direct for W. Hughson and S. Moolgavkar and review and revise exhibits for testimony and for pretrial order (9.30); meet with JDMcCarthy re Hughson outline and exhibits (0.7). | 10.00 | 3,000.00 |
| 11/13/02 | KJC | Address billing issues from team, vendors and experts (0.20); respond to questions from client and team re facts and documents (0.20); coordinate expert work including review and respond to e-mail and messages and telephone conferences with experts and counsel (0.30); address trial logistics and issues (0.20); conference with LBrown and Lev Ropes re demonstrative exhibits and other trial graphics (3.90); telephone conferences with D. Van Orden re exhibits and Lee testimony (1.30); telephone conference with R. Bartelt re exhibits (0.40); review and comment on memorandum re administrative record document objections (0.40); conferences with LBrown, JDMcCarthy and Lev Ropes re exhibits (3.10); conferences with LBrown re potential exhibits and trial strategies (0.30); telephone conference with KWLund re trial preparation status (0.50); address questions re exhibits (0.80); review documents for potential designation as exhibits (0.80). | 12.40 | 3,410.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 41 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/13/02 | EES | Revise and add new cost demonstrative exhibits (4.80); conference calls with accounting experts re demonstrative exhibits (1.60); meet with LBrown re exhibit issues (.40); prepare additional indirect cost demonstrative exhibits (2.20); review revised cost document trial exhibit designations (1.60). | 10.60 | 2,968.00 |
| 11/13/02 | GMB | Additional research for Bartelt direct exam outline (1.40); additional research for Dahl cross exam outline (1.60); edit Bartelt direct exam outline (1.20); research on exhibits for Bartelt direct exam outline (2.40); research on exhibits for Dahl cross exam outline (1.50). | 8.10 | 1,782.00 |
| 11/13/02 | ATC | Draft memo re objections to documents in administrative record. | 6.00 | 1,050.00 |
| 11/13/02 | JAH | Prepare cross-examination outline for Millette (3.00); review and prepare exhibits for same (1.00); review and prepare exhibits for Meeker cross-examination (1.00). | 5.00 | 1,100.00 |
| 11/13/02 | BAT | Research and draft memo re issues with trial subpoenas. | 2.50 | 600.00 |
| 11/13/02 | NKA | Prepare exhibit list including review of documents for potential listing (9.70); conference with MCLatuda, PRStacey, JLSherman, and AECarroll re upcoming schedule, trial preparation, and status of exhibit list (1.00). | 10.70 | 1,177.00 |
| 11/13/02 | CKA | Database document review for Libby downtown air samples. | 7.00 | 875.00 |
| 11/13/02 | AEC | Prepare exhibit list including review of documents for potential listings (4.8); database research re rebuttal expert Henry Anderson (1.8); conference with MCLatuda, PRStacey, JLSherman, and NKAberle re upcoming schedule, trial preparation, and status of exhibit list (1.00). | 7.60 | 950.00 |
| 11/13/02 | KLK | Review documents and add to Peronard Exhibit List if relevant (6.00). | 6.00 | 750.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 42 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/13/02 | MCL | Prepare exhibit list including review of documents for potential listing (3.90). | 3.90 | 487.50 |
| 11/13/02 | JLS | Prepare exhibit list including review of documents for potential listing (10.90); conferences with NKAberle, MCLatuda, PRStacey and AECarroll re same (1.00). | 11.90 | 1,487.50 |
| 11/13/02 | SCH | Database coding, update database coding, maintenance of documents. | 0.00 | 0.00 |
| 11/13/02 | LCS | Review, categorize and code documents for relevance to case issues. | 5.50 | 467.50 |
| 11/13/02 | MBF | Complete review of administrative record for missing items in preparation for trial exhibit list (.80), | 0.80 | 72.00 |
| 11/14/02 | LB | Travel from Denver to San Diego (1.00) (1.00 N/C) (NWT 50%); conference with CLNeitzel re position re Screening and Mortality Studies (2.00); review part of one photo CD for selection of trial exhibits (.30); meeting with Dr. Hughson, Rick Senftleben, and CLNeitzel re trial testimony (3.00); confer with CLNeitzel re S. Moolgavkar direct testimony (.50); travel from San Diego to Denver (1.00) (1.00 N/C) (NWT 50%). | 7.80 | 3,120.00 |
| 11/14/02 | JDM | Telephone conference with LBrown re demonstrative exhibits (0.1); revise demonstrative exhibits (1.8); revise additional exhibits (0.6); review EPA production database for trial exhibits (4.3); conferences with KJCoggon and WBrown re graphics for trial exhibits (1.30). | 8.10 | 2,430.00 |
| 11/14/02 | CLN | Travel to San Diego (1.00) (1.00 N/C) (NWT 50%); conference with LBrown re mortality and screening studies (2.00); meet with W. Hughson and R. Senftleben (3.00); review and revise Moolgavkar testimony and confer with LBrown re Moolgavkar testimony (.80); travel to Denver (1.00) (1.00 N/C) (NWT 50%) | 7.80 | 2,340.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 43 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/02 | KJC | Respond to questions from client and team re facts and documents (0.70); address trial logistics and issues (0.30); telephone conference with J. Freeman re exhibits and logistics for pretrial conference (0.30); telephone conference with J. Roeder re attic insulation investigation costs (0.30); telephone conference with D. Van Orden re exhibits and presentation (0.20); conference with GMBarry re Bartelt exhibits (0.20); conference with ATCrist re research projects (0.30); review documents for potential addition to exhibit list (0.80); address issues re exhibit list (0.40); conferences with JDMcCarthy and WBrown re graphics for trial exhibits (1.30). | 4.80 | 1,320.00 |
| 11/14/02 | EES | Prepare deposition testimony proffer for Colette Wilson (ATSDR indirect costs) (3.40). | 3.40 | 952.00 |
| 11/14/02 | GMB | Research on exhibits for Bartelt direct exam outline (6.10); draft summary exhibit for Bartelt direct exam (.40); edit Bartelt direct exam outline (.70). | 7.20 | 1,584.00 |
| 11/14/02 | ATC | Revise memo re objections to documents in administrative record. | 3.50 | 612.50 |
| 11/14/02 | JAH | Review Rich Lee deposition and other materials in preparation of Millette cross-examination outline (1.50); perform legal research re ATSDR authority (.50); review administrative record materials re various USGS studies (4.30). | 6.30 | 1,386.00 |
| 11/14/02 | BAT | Research and draft memo re issues with trial subpoenas. | 3.70 | 888.00 |
| 11/14/02 | NKA | Prepare exhibit list including review of documents for potential listing (5.50); research and review of Libby interviews per KJCoggon's request (3.10). | 8.60 | 946.00 |
| 11/14/02 | CKA | Database document review for Libby downtown air samples. | 4.00 | 500.00 |