# EXHIBIT A-3

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 84 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/12/02 | | Outside Reproduction: VENDOR: Mary E. Floyd; INVOICE#: 111202; DATE: 11/12/2002  -  Reimbursement for payment for copies of Articles for CLNeitzel and JDMcCarthy | 31.50 |
| 11/12/02 | 43 | Photocopy | 6.45 |
| 11/12/02 | 287 | Photocopy | 43.05 |
| 11/12/02 | 48 | Photocopy | 7.20 |
| 11/12/02 | 1,281 | Photocopy | 192.15 |
| 11/12/02 | 69 | Photocopy | 10.35 |
| 11/12/02 | 332 | Photocopy | 49.80 |
| 11/12/02 | 213 | Photocopy | 31.95 |
| 11/12/02 | 3 | Photocopy | 0.45 |
| 11/12/02 | 18 | Photocopy | 2.70 |
| 11/12/02 | 569 | Photocopy | 85.35 |
| 11/12/02 | 1 | Photocopy | 0.15 |
| 11/12/02 | 29 | Photocopy | 4.35 |
| 11/12/02 | 2 | Photocopy | 0.30 |
| 11/12/02 | 7 | Photocopy | 1.05 |
| 11/12/02 | 22 | Photocopy | 3.30 |
| 11/12/02 | 145 | Photocopy | 21.75 |
| 11/12/02 | 6 | Photocopy | 0.90 |
| 11/12/02 | 186 | Photocopy | 27.90 |
| 11/12/02 | 44 | Photocopy | 6.60 |
| 11/12/02 | 108 | Photocopy | 16.20 |
| 11/12/02 | 132 | Photocopy | 19.80 |
| 11/12/02 | 109 | Photocopy | 16.35 |
| 11/12/02 | 7 | Tab Stock | 0.35 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 85 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/12/02 | | Travel Expense: VENDOR: Yellow Cab; INVOICE#: 119053; DATE: 11/12/2002 - Denver, Customer #7220, Cab Fare, 10/29/02, From 1700 Lincoln To LightRail Englewood, F. Proctor | 17.20 |
| 11/13/02 | | Long Distance Telephone: 4152682000, 1 Mins., TranTime:12:10 | 0.04 |
| 11/13/02 | | Long Distance Telephone: 4065232543, 1 Mins., TranTime:12:12 | 0.07 |
| 11/13/02 | | Long Distance Telephone: 7036840123, 11 Mins., TranTime:13:41 | 1.09 |
| 11/13/02 | | Long Distance Telephone: 7243871869, 1 Mins., TranTime:13:49 | 0.07 |
| 11/13/02 | | Long Distance Telephone: 6174984459, 2 Mins., TranTime:13:58 | 0.15 |
| 11/13/02 | | Long Distance Telephone: 7243871869, 33 Mins., TranTime:14:45 | 3.27 |
| 11/13/02 | | Other Meal Expense: VENDOR: Katrina Lessee; INVOICE#: 11/13/02; DATE: 11/13/2002 - Petty Cash Reimbursement for lunch for W.R. Grace on 9/25/2002. | 11.50 |
| 11/13/02 | 9 | Photocopy | 1.35 |
| 11/13/02 | 2 | Photocopy | 0.30 |
| 11/13/02 | 15 | Photocopy | 2.25 |
| 11/13/02 | 4 | Photocopy | 0.60 |
| 11/13/02 | 18 | Photocopy | 2.70 |
| 11/13/02 | 8 | Photocopy | 1.20 |
| 11/13/02 | 26 | Photocopy | 3.90 |
| 11/13/02 | 38 | Photocopy | 5.70 |
| 11/13/02 | 35 | Photocopy | 5.25 |
| 11/13/02 | 2 | Photocopy | 0.30 |
| 11/13/02 | 122 | Photocopy | 18.30 |
| 11/13/02 | 170 | Photocopy | 25.50 |
| 11/13/02 | 6 | Tab Stock | 0.30 |
| 11/13/02 | 2 | Tab Stock | 0.10 |
| 11/13/02 | 12 | Tab Stock | 0.60 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 86 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/13/02 | 6 | Tab Stock | 0.30 |
| 11/13/02 | 1 | Velo Binding | 1.00 |
| 11/14/02 | 2 | Facsimile | 2.00 |
| 11/14/02 | 4 | Facsimile | 4.00 |
| 11/14/02 | 24 | Photocopy | 3.60 |
| 11/14/02 | 144 | Photocopy | 21.60 |
| 11/14/02 | 96 | Photocopy | 14.40 |
| 11/14/02 | 7 | Photocopy | 1.05 |
| 11/14/02 | 77 | Photocopy | 11.55 |
| 11/14/02 | 134 | Photocopy | 20.10 |
| 11/15/02 | 2 | Color Photocopy | 1.30 |
| 11/15/02 | 4 | Color Photocopy | 2.60 |
| 11/15/02 | 25 | Facsimile | 25.00 |
| 11/15/02 | 3 | Facsimile | 3.00 |
| 11/15/02 | 8 | Photocopy | 1.20 |
| 11/15/02 | 8 | Photocopy | 1.20 |
| 11/15/02 | 49 | Photocopy | 7.35 |
| 11/15/02 | 22 | Photocopy | 3.30 |
| 11/15/02 | 216 | Photocopy | 32.40 |
| 11/15/02 | 212 | Photocopy | 31.80 |
| 11/15/02 | 14 | Photocopy | 2.10 |
| 11/15/02 | 13 | Photocopy | 1.95 |
| 11/15/02 | 52 | Photocopy | 7.80 |
| 11/15/02 | 12 | Photocopy | 1.80 |
| 11/15/02 | 6 | Tab Stock | 0.30 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 87 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/15/02 | 1 | Westlaw | 5.00 |
| 11/16/02 | 160 | Photocopy | 24.00 |
| 11/16/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20065; DATE: 11/16/2002 - Denver, Airfare, 11/18-11/20/02, Denver Washington Washington Denver, J. McCarthy | 1,850.00 |
| 11/18/02 | 6 | Facsimile | 6.00 |
| 11/18/02 | 3 | Facsimile | 3.00 |
| 11/18/02 | | Long Distance Telephone: 7036840123, 4 Mins., TranTime:9:40 | 0.33 |
| 11/18/02 | 1 | Outside Courier | 6.50 |
| 11/18/02 | 50 | Photocopy | 7.50 |
| 11/18/02 | 86 | Photocopy | 12.90 |
| 11/18/02 | 3 | Photocopy | 0.45 |
| 11/18/02 | 25 | Photocopy | 3.75 |
| 11/18/02 | 396 | Photocopy | 59.40 |
| 11/18/02 | 68 | Photocopy | 10.20 |
| 11/18/02 | 207 | Photocopy | 31.05 |
| 11/18/02 | 223 | Photocopy | 33.45 |
| 11/18/02 | 122 | Photocopy | 18.30 |
| 11/18/02 | 208 | Photocopy | 31.20 |
| 11/18/02 | 247 | Photocopy | 37.05 |
| 11/18/02 | 45 | Photocopy | 6.75 |
| 11/18/02 | 216 | Photocopy | 32.40 |
| 11/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20068; DATE: 11/18/2002 - Denver, Airfare, 12/15-12/16/02, Denver Missoula Missoula Denver, L. Brown | 453.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 88 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20069; DATE: 11/18/2002  -  Denver, Airfare, 12/15-12/16/02, Denver Missoula Missoula Denver, K. Coggon | 853.00 |
| 11/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20071; DATE: 11/18/2002  -  Denver, Airfare, 12/15-12/16/02, Denver Missoula Missoula Denver, R. Fellinger | 853.00 |
| 11/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20073; DATE: 11/18/2002  -  Denver, Airfare, 12/15-12/16/02, Denver Missoula Missoula Denver, W. Brown | 853.00 |
| 11/18/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20074; DATE: 11/18/2002  -  Denver, Airfare, 12/15-12/16/02, Denver Missoula Missoula Denver, John McCarthy | 853.00 |
| 11/19/02 | 14 | Facsimile | 14.00 |
| 11/19/02 | 6 | Facsimile | 6.00 |
| 11/19/02 | | Long Distance Telephone: 7037298543, 2 Mins., TranTime:10:11 | 0.16 |
| 11/19/02 | | Long Distance Telephone: 7036840123, 4 Mins., TranTime:10:13 | 0.33 |
| 11/19/02 | 81 | Photocopy | 12.15 |
| 11/19/02 | 18 | Photocopy | 2.70 |
| 11/19/02 | 7 | Photocopy | 1.05 |
| 11/19/02 | 22 | Photocopy | 3.30 |
| 11/19/02 | 269 | Photocopy | 40.35 |
| 11/19/02 | 1 | Photocopy | 0.15 |
| 11/19/02 | 128 | Photocopy | 19.20 |
| 11/19/02 | 116 | Photocopy | 17.40 |
| 11/19/02 | 145 | Photocopy | 21.75 |
| 11/19/02 | 340 | Photocopy | 51.00 |
| 11/19/02 | 29 | Photocopy | 4.35 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 89 |
| Invoice No.: | 618227 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/19/02 | | Travel Expense: VENDOR: Kenneth W. Lund; INVOICE#: 110402; DATE: 11/19/2002  -  Travel Expense; Change fee for airline travel while attending deposition of Harry Eschenbach on 09/26/02. | 250.00 |
| 11/19/02 | | Travel Expense: VENDOR: Cathy Thorne; INVOICE#: 110702; DATE: 11/19/2002  -  Travel Expenses on 10/30 -31/02 to Missoula, Montana to locate office space, etc., for W.R. Grace Case going to trial. CThorne/ Auto Rental. | 181.61 |
| 11/19/02 | | Travel Expense: VENDOR: Cathy Thorne; INVOICE#: 110702; DATE: 11/19/2002  -  Travel Expenses on 10/30 -31/02 to Missoula, Montana to locate office space, etc., for W.R. Grace Case going to trial. CThorne/ Hotel. | 10.00 |
| 11/19/02 | | Travel Expense: VENDOR: Cathy Thorne; INVOICE#: 110702; DATE: 11/19/2002  -  Travel Expenses on 10/30 -31/02 to Missoula, Montana to locate office space, etc., for W.R. Grace Case going to trial. CThorne/ Meals | 8.48 |
| 11/19/02 | 2 | Velo Binding | 2.00 |
| 11/19/02 | 1 | Velo Binding | 1.00 |
| 11/20/02 | 2 | Facsimile | 2.00 |
| 11/20/02 | | Long Distance Telephone: 4065427260, 9 Mins., TranTime:15:18 | 0.81 |
| 11/20/02 | | Long Distance Telephone: 4065427286, 1 Mins., TranTime:15:42 | 0.07 |
| 11/20/02 | | Long Distance Telephone: 7243871869, 2 Mins., TranTime:16:29 | 0.11 |
| 11/20/02 | 113 | Photocopy | 16.95 |
| 11/20/02 | 2 | Photocopy | 0.30 |
| 11/20/02 | 4 | Photocopy | 0.60 |
| 11/20/02 | 28 | Photocopy | 4.20 |
| 11/20/02 | 5 | Photocopy | 0.75 |
| 11/20/02 | 65 | Photocopy | 9.75 |
| 11/20/02 | 211 | Photocopy | 31.65 |
| 11/20/02 | 130 | Photocopy | 19.50 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 90 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/20/02 | 192 | Photocopy | 28.80 |
| 11/20/02 | 80 | Photocopy | 12.00 |
| 11/20/02 | 8 | Photocopy | 1.20 |
| 11/20/02 | 8 | Photocopy | 1.20 |
| 11/20/02 | 225 | Photocopy | 33.75 |
| 11/21/02 | 2 | Facsimile | 2.00 |
| 11/21/02 | 2 | Facsimile | 2.00 |
| 11/21/02 | 30 | Photocopy | 4.50 |
| 11/21/02 | 24 | Photocopy | 3.60 |
| 11/21/02 | 22 | Photocopy | 3.30 |
| 11/21/02 | 14 | Photocopy | 2.10 |
| 11/21/02 | 1 | Photocopy | 0.15 |
| 11/21/02 | 189 | Photocopy | 28.35 |
| 11/21/02 | 79 | Photocopy | 11.85 |
| 11/21/02 | 187 | Photocopy | 28.05 |
| 11/21/02 | 20 | Photocopy | 3.00 |
| 11/21/02 | 1 | Photocopy | 0.15 |
| 11/21/02 | 31 | Photocopy | 4.65 |
| 11/21/02 | 56 | Photocopy | 8.40 |
| 11/22/02 | | Long Distance Telephone: 4065232500, 4 Mins., TranTime:9:45 | 0.31 |
| 11/22/02 | | Long Distance Telephone: 5613621532, 1 Mins., TranTime:13:29 | 0.09 |
| 11/22/02 | | Other Meal Expense: VENDOR: McCarthy, Jay D; INVOICE#: 11/22/02; DATE: 11/22/2002  -  Denver, 11/18-11/20/02, Washington DC/Alexandria, VA, To meet with experts Suresh Moolgavkar and Sciences International, Meals | 18.84 |
| 11/22/02 | 1 | Outside Courier | 6.50 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 91 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/22/02 | | Parking: VENDOR: McCarthy, Jay D; INVOICE#: 11/22/02; DATE: 11/22/2002 - Denver, 11/18-11/20/02, Washington DC/Alexandria, VA, To meet with experts Suresh Moolgavkar and Sciences International, Parking | 36.00 |
| 11/22/02 | 20 | Photocopy | 3.00 |
| 11/22/02 | 20 | Photocopy | 3.00 |
| 11/22/02 | 23 | Photocopy | 3.45 |
| 11/22/02 | 35 | Photocopy | 5.25 |
| 11/22/02 | 50 | Photocopy | 7.50 |
| 11/22/02 | 6 | Photocopy | 0.90 |
| 11/22/02 | | Travel Expense: VENDOR: McCarthy, Jay D; INVOICE#: 11/22/02; DATE: 11/22/2002 - Denver, 11/18-11/20/02, Washington DC/Alexandria, VA, To meet with experts Suresh Moolgavkar and Sciences International, Hotel | 275.90 |
| 11/22/02 | | Travel Expense: VENDOR: McCarthy, Jay D; INVOICE#: 11/22/02; DATE: 11/22/2002 - Denver, 11/18-11/20/02, Washington DC/Alexandria, VA, To meet with experts Suresh Moolgavkar and Sciences International, Taxis/Tips | 60.00 |
| 11/22/02 | | Travel Expense: VENDOR: McCarthy, Jay D; INVOICE#: 11/22/02; DATE: 11/22/2002 - Denver, 11/18-11/20/02, Washington DC/Alexandria, VA, To meet with experts Suresh Moolgavkar and Sciences International, Personal Auto/Miles | 15.33 |
| 11/22/02 | 3 | Velo Binding | 3.00 |
| 11/22/02 | 1 | Velo Binding | 1.00 |
| 11/23/02 | 226 | Photocopy | 33.90 |
| 11/23/02 | 66 | Photocopy | 9.90 |
| 11/23/02 | 24 | Photocopy | 3.60 |
| 11/24/02 | | Long Distance Telephone: 4256371977, 4 Mins., TranTime:14:12 | 0.40 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 92 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/24/02 | | Other Meal Expense: VENDOR: Aberle, Natalie K.; INVOICE#: 112402; DATE: 11/24/2002 - OT dinner for NKAberle - review and revise exhibit list, including review of documents for possible listing | 8.34 |
| 11/24/02 | 1 | Photocopy | 0.15 |
| 11/25/02 | 6 | Facsimile | 6.00 |
| 11/25/02 | 15 | Facsimile | 15.00 |
| 11/25/02 | 3 | Facsimile | 3.00 |
| 11/25/02 | | Long Distance Telephone: 7036840123, 2 Mins., TranTime:9:15 | 0.15 |
| 11/25/02 | | Long Distance Telephone: 7036840123, 2 Mins., TranTime:10:1 | 0.20 |
| 11/25/02 | | Long Distance Telephone: 2028795000, 3 Mins., TranTime:10:59 | 0.25 |
| 11/25/02 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:11:9 | 0.09 |
| 11/25/02 | | Long Distance Telephone: 2028795000, 2 Mins., TranTime:15:40 | 0.16 |
| 11/25/02 | 8 | Photocopy | 1.20 |
| 11/25/02 | 14 | Photocopy | 2.10 |
| 11/25/02 | 34 | Photocopy | 5.10 |
| 11/25/02 | 80 | Photocopy | 12.00 |
| 11/25/02 | 448 | Photocopy | 67.20 |
| 11/25/02 | 853 | Photocopy | 127.95 |
| 11/25/02 | 86 | Photocopy | 12.90 |
| 11/25/02 | 109 | Photocopy | 16.35 |
| 11/25/02 | 1 | Photocopy | 0.15 |
| 11/25/02 | 85 | Photocopy | 12.75 |
| 11/25/02 | 276 | Photocopy | 41.40 |
| 11/25/02 | 270 | Photocopy | 40.50 |
| 11/25/02 | 279 | Photocopy | 41.85 |
| 11/25/02 | 282 | Photocopy | 42.30 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 93 |
| Invoice No.: | | 618227 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/25/02 | 39 | Photocopy | 5.85 |
| 11/25/02 | 2 | Photocopy | 0.30 |
| 11/25/02 | 2 | Velo Binding | 2.00 |
| 11/26/02 | 6 | Color Photocopy | 3.90 |
| 11/26/02 | 3 | Facsimile | 3.00 |
| 11/26/02 | 2 | Facsimile | 2.00 |
| 11/26/02 | 3 | Facsimile | 3.00 |
| 11/26/02 | | Long Distance Telephone: 4065232500, 13 Mins., TranTime:8:15 | 1.21 |
| 11/26/02 | | Long Distance Telephone: 2537795588, 73 Mins., TranTime:11:0 | 7.24 |
| 11/26/02 | | Long Distance Telephone: 4065232543, 6 Mins., TranTime:11:35 | 0.57 |
| 11/26/02 | | Long Distance Telephone: 4065232543, 5 Mins., TranTime:11:45 | 0.44 |
| 11/26/02 | | Long Distance Telephone: 6174265900, 3 Mins., TranTime:13:26 | 0.29 |
| 11/26/02 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:15:8 | 0.09 |
| 11/26/02 | | Long Distance Telephone: 4105314371, 1 Mins., TranTime:15:11 | 0.09 |
| 11/26/02 | | Long Distance Telephone: 4062933964, 1 Mins., TranTime:15:13 | 0.04 |
| 11/26/02 | | Long Distance Telephone: 3026525340, 2 Mins., TranTime:15:15 | 0.11 |
| 11/26/02 | | Long Distance Telephone: 7037298543, 1 Mins., TranTime:15:17 | 0.09 |
| 11/26/02 | 13 | Photocopy | 1.95 |
| 11/26/02 | 23 | Photocopy | 3.45 |
| 11/26/02 | 2 | Photocopy | 0.30 |
| 11/26/02 | 23 | Photocopy | 3.45 |
| 11/26/02 | 215 | Photocopy | 32.25 |
| 11/26/02 | 89 | Photocopy | 13.35 |
| 11/26/02 | 91 | Photocopy | 13.65 |
| 11/26/02 | 354 | Photocopy | 53.10 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | 94 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/26/02 | 2 | Photocopy | 0.30 |
| 11/27/02 | 15 | Facsimile | 15.00 |
| 11/27/02 | 15 | Facsimile | 15.00 |
| 11/27/02 | 10 | Facsimile | 10.00 |
| 11/27/02 | | Legal Assistant Overtime: Paralegal overtime 11/27/02 MF | 172.50 |
| 11/27/02 | | Long Distance Telephone: 3609416302, 3 Mins., TranTime:9:48 | 0.27 |
| 11/27/02 | | Long Distance Telephone: 5613621533, 1 Mins., TranTime:11:15 | 0.04 |
| 11/27/02 | | Long Distance Telephone: 4122884104, 2 Mins., TranTime:11:17 | 0.16 |
| 11/27/02 | 6 | Photocopy | 0.90 |
| 11/27/02 | 180 | Photocopy | 27.00 |
| 11/27/02 | 28 | Photocopy | 4.20 |
| 11/27/02 | 6 | Photocopy | 0.90 |
| 11/27/02 | 7 | Photocopy | 1.05 |
| 11/27/02 | 402 | Photocopy | 60.30 |
| 11/27/02 | 36 | Photocopy | 5.40 |
| 11/27/02 | 9 | Photocopy | 1.35 |
| 11/27/02 | 13 | Photocopy | 1.95 |
| 11/29/02 | 3 | Facsimile | 3.00 |
| 11/29/02 | | Long Distance Telephone: 4065232500, 1 Mins., TranTime:10:39 | 0.01 |
| 11/29/02 | | Long Distance Telephone: 4256371977, 2 Mins., TranTime:13:54 | 0.12 |
| 11/29/02 | 61 | Photocopy | 9.15 |
| 11/29/02 | 15 | Photocopy | 2.25 |
| 11/29/02 | 1 | Photocopy | 0.15 |
| 11/30/02 | 7 | Facsimile | 7.00 |
| 11/30/02 | 2 | Facsimile | 2.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | | |
|---|---|---|
| Page | | 95 |
| Invoice No.: | | 618227 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/30/02 | 3 | Facsimile | 3.00 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  NA | 1,113.75 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  CA | 150.00 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  DD | 537.50 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  MF | 1,092.50 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  CL | 1,141.25 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  PS | 646.88 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  FP | 490.00 |
| 11/30/02 | | Long Distance Telephone: 3609416302, 2 Mins., TranTime:17:3 | 0.13 |
| 11/30/02 | 12 | Photocopy | 1.80 |
| 11/30/02 | 2 | Photocopy | 0.30 |

**Total Disbursements:**                              **$  22,246.53**

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 96 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Disbursement Summary

| | | |
|---|---|---:|
| Parking | $ | 36.00 |
| Photocopy | | 2,852.25 |
| Facsimile | | 237.00 |
| Long Distance Telephone | | 535.07 |
| Outside Courier | | 453.98 |
| Travel Expense | | 7,371.19 |
| Lexis | | 3,253.44 |
| Westlaw | | 780.33 |
| Other Meal Expense | | 144.47 |
| Outside Reproduction | | 31.50 |
| Other Expense | | 1,185.17 |
| Legal Assistant Overtime | | 5,344.38 |
| Color Photocopy | | 7.80 |
| Velo Binding | | 12.00 |
| Tab Stock | | 1.95 |
| **Total Disbursements:** | **$** | **22,246.53** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577764 | 10/30/01 | Bill | 5,425.00 |
| | *Outstanding Balance on Invoice 577764:* | | $  *5,425.00* |
| 577905 | 10/31/01 | Bill | 64,445.24 |
| | *Outstanding Balance on Invoice 577905:* | | $  *64,445.24* |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | November | Total  Comp |
|------|----------|-------------|----------|-------------|
| Street, Loraine | Paralegal | $      85.00 | 4 | $      340.00 |
|  |  |  |  |  |
| Total |  |  | 4.00 | $      340.00 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $        - |
| Parking | $        - |
| Facsimiles | $        - |
| Long Distance Telephone | $        - |
| Outside Courier | $        - |
| Travel Expense | $        - |
| Lexis | $        - |
| Westlaw | $        - |
| Other Expenses | $        - |
| Other Meal Expenses | $        - |
| Word Processing | $        - |
| **Total** | **$        -** |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 105 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/22/02 | LCS | Prepare files for warehousing and update box log (1.5); telephone conference with scanning vendors (.20); input data into the Boulder Box Tracking Database (2.30) | 4.00 | $ | 340.00 |
| | | **Total Fees Through November 30, 2002:** | **4.00** | **$** | **340.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| LCS | Loraine C. Street | Paralegal | $  85.00 | 4.00 | $ | 340.00 |
| | | | **Total Fees:** | **4.00** | **$** | **340.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 577747 | 10/30/01 | Bill | | 12,656.44 |
| | *Outstanding Balance on Invoice 577747:* | | *$* | *12,656.44* |
| 589414 | 02/28/02 | Bill | | 648.00 |
| | 12/23/02 | Cash Receipt | | -1.70 |
| | *Outstanding Balance on Invoice 589414:* | | *$* | *0.00* |
| 593727 | 04/16/02 | Bill | | 26,030.82 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | November | Total Comp |
|------|----------|-------------|----------|------------|
| Flaagan, Elizabeth K. | Partner | $ 275.00 | 8.30 | $ 2,282.50 |
| Haag, Susan | Paralegal | $ 105.00 | 25 | $ 2,625.00 |
| | | | | |
| Total | | | 33.30 | $ 4,907.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 618.30 |
| Facsimiles | $ - |
| Long Distance Telephone | $ 0.57 |
| Outside Courier | $ - |
| Tab Stock | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Research Services | $ - |
| Postage | $ 30.40 |
| **Total** | **$ 649.27** |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 109 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/02 | EKF | Review and revise summary and fee detail for September 2002 application (.30); conference with SHaag re same (.10). | 0.40 | $ 110.00 |
| 11/01/02 | SH | Finalize September fee application for filing (3.10); begin calculating and drafting sixth quarterly fee application (2.70). | 5.80 | 609.00 |
| 11/04/02 | SH | Format September fee detail and send to fee auditor (1.00); continue calculations of sixth quarterly fee application (2.80). | 3.80 | 399.00 |
| 11/05/02 | EKF | Draft e-mail to fee auditor re exhibits to fifth interim response. | 0.20 | 55.00 |
| 11/05/02 | SH | Finalize calculation of sixth quarterly fee application charts (4.30); begin calculation of sixth quarterly fee application summary (2.00). | 6.30 | 661.50 |
| 11/06/02 | EKF | Pursuant to fee auditor's request, review fifth interim fee application expenses relating to airfare and hotel (.80); draft e-mail to Doreen Williams re same (.20). | 1.00 | 275.00 |
| 11/06/02 | SH | Finalize calculation of sixth quarterly fee application summary (4.60) (N/C); draft sixth quarterly fee application (1.10); review and compile invoices for EKFlaagan re fee auditor's inquiry (.60). | 1.70 | 178.50 |
| 11/07/02 | EKF | Review and revise fifth interim fee application. | 0.50 | 137.50 |
| 11/07/02 | SH | Revise and compile sixth interim fee application. | 1.50 | 157.50 |
| 11/10/02 | EKF | Review and review October invoices/prebills (2.00). | 2.00 | 550.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 110 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/11/02 | EKF | Continued review and revision of October invoices/prebills (.50). | 0.50 | 137.50 |
| 11/12/02 | EKF | Continue review and revision of October invoices/prebills (1.00); review fee auditor's final report on fifth interim fee application (.40); e-mails to and from KJBates and KJCoggon re billing issues (.20). | 1.60 | 440.00 |
| 11/13/02 | SH | Format fee detail for sixth interim fee application (N/C). | 0.00 | 0.00 |
| 11/15/02 | EKF | Conference with KWLund re final report on fifth interim fee application (.30). | 0.30 | 82.50 |
| 11/18/02 | SH | Set up October fee application and charts. | 0.60 | 63.00 |
| 11/19/02 | SH | Research Pacer for KWLund re various responses to Fee Auditor's final reports (1.50) (N/C); telephone conference with KWLund re working chart of fee applications (.20) (N/C); draft chart for KWLund (1.40) (N/C). | 0.00 | 0.00 |
| 11/20/02 | EKF | Review draft fee orders on first and fifth interim applications. | 0.30 | 82.50 |
| 11/21/02 | EKF | Telephone conference with KWLund re 11/25/02 fee hearing and proposed orders from fee auditor (.10); review same (.10). | 0.20 | 55.00 |
| 11/21/02 | SH | Conference with KWLund re spreadsheet on fee applications (N/C). | 0.00 | 0.00 |
| 11/22/02 | EKF | Conferences with SHaag re proposed fee order on first interim fee application and discrepancy with fee auditors final report (.20); review amended fee auditor's report on same (.20); review fee auditor's revised project category spreadsheet (.20). | 0.60 | 165.00 |
| 11/25/02 | SH | Begin calculating and drafting October fee application charts. | 4.50 | 472.50 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 111 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/26/02 | EKF | Review revised fee categorization for first, second and third interim fee application (.20); review final summary of application for October 2002 (.20). | 0.40 | 110.00 |
| 11/26/02 | SH | Finalize and compile October Fee Application (5.1) (N/C); review fee auditor's category spreadsheets for the first through third fee applications and the fifth interim fee application (0.8). | 0.80 | 84.00 |
| 11/27/02 | EKF | Review bankruptcy court docket for fee hearing and entry of fee orders (.20); draft e-mail to KWLund re same (.10). | 0.30 | 82.50 |
| 11/27/02 | SH | Telephone conference with N. Sessa re filing October fee application (.20) (N/C); research files re fee auditor reports and responses for index (.70) (N/C). | 0.00 | 0.00 |

**Total Fees Through November 30, 2002:**   **33.30**   $   **4,907.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 8.30 | $ | 2,282.50 |
| SH | Susan Haag | Paralegal | 105.00 | 25.00 | | 2,625.00 |

**Total Fees:**   **33.30**   $   **4,907.50**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/01/02 | 164 | Photocopy | $ | 24.60 |
| 11/01/02 | 4 | Photocopy | | 0.60 |
| 11/01/02 | 884 | Photocopy | | 132.60 |
| 11/04/02 | | Long Distance Telephone: 3028886909, 2 Mins., TranTime:8:50 | | 0.12 |
| 11/06/02 | 7 | Photocopy | | 1.05 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 112 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/06/02 | 338 | Photocopy | 50.70 |
| 11/07/02 | 8 | Photocopy | 1.20 |
| 11/07/02 | 2,081 | Photocopy | 312.15 |
| 11/07/02 | 1 | Postage | 30.40 |
| 11/08/02 | | Long Distance Telephone: 3028886818, 1 Mins., TranTime:14:17 | 0.07 |
| 11/19/02 | | Long Distance Telephone: 2146983868, 3 Mins., TranTime:8:27 | 0.29 |
| 11/19/02 | 38 | Photocopy | 5.70 |
| 11/19/02 | 8 | Photocopy | 1.20 |
| 11/21/02 | | Long Distance Telephone: 3028886909, 1 Mins., TranTime:8:40 | 0.08 |
| 11/21/02 | 28 | Photocopy | 4.20 |
| 11/22/02 | 30 | Photocopy | 4.50 |
| 11/26/02 | 529 | Photocopy | 79.35 |
| 11/26/02 | 3 | Photocopy | 0.45 |
| 11/27/02 | | Long Distance Telephone: 3028886909, 1 Mins., TranTime:8:27 | 0.01 |

**Total Disbursements:** $ **649.27**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 618.30 |
| Long Distance Telephone | | 0.57 |
| Postage | | 30.40 |
| **Total Disbursements:** | **$** | **649.27** |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | November | Total  Comp |
|------|----------|-------------|----------|-------------|
| Tracy, Brent | Associate | $    240.00 | 1 | $        240.00 |
| Street, Loraine | Paralegal | $      85.00 | 12 | $     1,020.00 |
| | | | | |
| Total | | | 13.00 | 1,260.00 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 11.85 |
| Facsimile | $ - |
| Long Distance Telephone | $ 0.46 |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Temporary Services | $ - |
| Meal Expenses | $ 6.99 |
| Legal Asst. Overtime | $ 379.38 |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 398.68** |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 116 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/01/02 | LCS | Prepare reviewed boxes for warehousing and update box log. | 0.00 | $ | 0.00 |
| 11/04/02 | LCS | Prepare reviewed boxes for warehousing and update box log. | 0.00 | | 0.00 |
| 11/05/02 | LCS | Prepare reviewed boxes for warehousing and update box log. | 0.00 | | 0.00 |
| 11/06/02 | LCS | Prepare reviewed boxes for warehousing and update box log. | 0.00 | | 0.00 |
| 11/07/02 | BAT | Conference with WBrown re potential of omitted images from earlier production (.20); review and respond to e-mails re providing a copy of box tracking database to Reed Smith (.30). | 0.50 | | 120.00 |
| 11/07/02 | LCS | Prepare reviewed boxes for warehousing and update box log. | 6.50 | | 552.50 |
| 11/08/02 | BAT | Telephone conference with CCotts re providing copy of box tracking database to Reed Smith (.30); conference with WBrown re image selections for production to EPA (.20). | 0.50 | | 120.00 |
| 11/20/02 | LCS | Input and maintain data into the Cambridge/Winthrop Tracking Database. | 4.00 | | 340.00 |
| 11/21/02 | LCS | Input and maintain data into the Cambridge/Winthrop Tracking Database. | 1.50 | | 127.50 |

**Total Fees Through November 30, 2002:     13.00  $    1,260.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| BAT | Brent A Tracy | Associate | $ 240.00 | 1.00 | $ | 240.00 |
| LCS | Loraine C. Street | Paralegal | 85.00 | 12.00 | | 1,020.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 117 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| | | **Total Fees:** | | **13.00** | **$** | **1,260.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/31/02 | 3 | Photocopy | $ | 0.45 |
| 10/31/02 | 11 | Photocopy | | 1.65 |
| 11/04/02 | | Long Distance Telephone: 6175423025, 5 Mins., TranTime:9:46 | | 0.46 |
| 11/04/02 | | Other Meal Expense: VENDOR: Michael Tognetti; INVOICE#: 11/04/02; DATE: 11/4/2002  -  Denver, 10/25/02, Wahoo;s Fish Taco, After Hours Dinner | | 6.99 |
| 11/05/02 | 43 | Photocopy | | 6.45 |
| 11/05/02 | 19 | Photocopy | | 2.85 |
| 11/08/02 | 1 | Photocopy | | 0.15 |
| 11/13/02 | 2 | Photocopy | | 0.30 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  IM | | 186.88 |
| 11/30/02 | | Legal Assistant Overtime: Paralegal overtime  11/15/2002  PS | | 192.50 |
| | | **Total Disbursements:** | **$** | **398.68** |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 118 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 11.85 |
| Long Distance Telephone | | 0.46 |
| Other Meal Expense | | 6.99 |
| Legal Assistant Overtime | | 379.38 |
| **Total Disbursements:** | **$** | **398.68** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 583055 | 12/27/01 | Bill | 103,569.25 |
| | 12/23/02 | Cash Receipt | -17,487.80 |
| | *Outstanding Balance on Invoice 583055:* | | $ 0.00 |
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |
| | 12/23/02 | Cash Receipt | -19,515.83 |
| | *Outstanding Balance on Invoice 585053:* | | $ 120.84 |
| 589414 | 02/28/02 | Bill | 172,210.61 |
| | 12/23/02 | Cash Receipt | -300.40 |
| | *Outstanding Balance on Invoice 589414:* | | $ 0.00 |
| 593727 | 04/16/02 | Bill | 161,815.87 |
| | 12/23/02 | Cash Receipt | -3,493.00 |
| | *Outstanding Balance on Invoice 593727:* | | $ 0.00 |

**Matter 00410 - CBI Project**

| Name | Position | Hourly Rate | November | Total Comp |
|------|----------|-------------|----------|------------|
| Coggon, Katheryn | Special Counsel | $ 275.00 | 6.1 | $ 1,677.50 |
| Tracy, Brent | Associate | $ 240.00 | 38.1 | $ 9,144.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 28.2 | $ 3,525.00 |
| Stacey, Paula | Paralegal | $ 125.00 | 21.9 | $ 2,737.50 |
| Herceglic, Angela | Paralegal | $ 100.00 | 59.3 | $ 5,930.00 |
| Duffus, Deborah | Paralegal | $ 60.00 | 68.5 | $ 4,110.00 |
| Fante, Lisa | Paralegal | $ 60.00 | 77 | $ 4,620.00 |
| Harris, Russell | Paralegal | $ 60.00 | 72 | $ 4,320.00 |
| Machuca, Ina | Paralegal | $ 60.00 | 45 | $ 2,700.00 |
| Martel, Lisa | Paralegal | $ 60.00 | 57 | $ 3,420.00 |
| Ramirez, Mayeli | Paralegal | $ 60.00 | 71.8 | $ 4,308.00 |
| | | | | |
| Total | | | 544.90 | $ 46,492.00 |

**Matter 00410 - CBI Project**

| Description | TOTAL | |
|---|---|---|
| Parking | $ | - |
| Photocopies | $ | 0.15 |
| Facsimile | $ | - |
| Long Distance Telephone | $ | 0.28 |
| Outside Courier | $ | - |
| Travel Expense | $ | - |
| Lexis | $ | 37.21 |
| Temporary Services | $ | - |
| Meal Expenses | $ | - |
| Legal Assostant Overtime | $ | - |
| Tab Stock | $ | - |
| Velo Binding | $ | - |
| **Total** | **$** | **37.64** |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 121 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

**Regarding: CBI Project**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/01/02 | KJC | Conference with BATracy and KWLund re responding to CBI letter (0.50). | 0.50 | $ | 137.50 |
| 11/01/02 | BAT | Conference with WBrown to investigate database issues and document counts re EPA confidential business information letter (.80); conference with KWLund, LBrown and KJCoggon re responding to EPA confidential business information letter (.80); research EPA regulations and case law re confidential business information (1.20); conference with PRStacey re time estimate to review confidential business information documents (.80). | 3.60 | | 864.00 |
| 11/01/02 | PRS | Conference with BATracy re CBI project. | 0.80 | | 100.00 |
| 11/05/02 | KJC | Telephone conference with R. Finke re potential CBI response (0.20); address CBI response issues (2.20). | 2.40 | | 660.00 |
| 11/05/02 | BAT | Research and draft memo re options for responding to EPA's demand on CBI claims. | 3.90 | | 936.00 |
| 11/05/02 | PRS | Preparations to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (2.6); conference with BATracy re same (0.8). | 3.40 | | 425.00 |
| 11/06/02 | KJC | Review memorandum re CBI and e-mail exchange re same (0.60); telephone conferences with BATracy re CBI project (0.30); address issues re CBI project (0.40). | 1.30 | | 357.50 |
| 11/06/02 | BAT | Telephone conference and e-mail exchanges with CCotts re options for setting up database to review CBI claims (.70); draft memo re proposal for responding to EPA re CBI claims and transmit same to client and co-counsel (2.10). | 2.80 | | 672.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 122 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00410 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/07/02 | KJC | E-mail exchange re CBI project options (0.30); telephone conferences with BATracy, R. Finke, R. Emmett, E. Moeller et al re CBI project options (0.90). | 1.20 | 330.00 |
| 11/07/02 | BAT | Prepare for conference call re CBI issues (.40); telephone conference with client and co-counsel re CBI letter from EPA (.50); telephone conference with KJCoggon re review of CBI documents (.20); telephone conference with PRStacey re staffing and training for CBI review (.20); conference with CCotts re designing database for CBI review (.70); draft e-mail to Eric Moeller re CBI issues with Enclosure 2 to EPA's letter (.30); prepare for training paralegals and temporary employees re CBI review (.60). | 2.90 | 696.00 |
| 11/07/02 | PRS | Preparations to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (2.4). | 2.40 | 300.00 |
| 11/07/02 | LAM | Training to review and code electronic trade secret documents to substantiate claims in response to EPA demand letter (N/C). | 0.00 | 0.00 |
| 11/08/02 | KJC | Address issues re CBI project (0.70). | 0.70 | 192.50 |
| 11/08/02 | BAT | Prepare for training paralegals and temporary employees for CBI review (.50); telephone conference with PRStacey re sample documents for training (.20); telephone conference with CCotts re CBI review database issues (.30); train paralegals and temporary employees for CBI review (1.10); review e-mail from Eric Moeller re CBI issues (.10). | 2.20 | 528.00 |
| 11/08/02 | CKA | Training to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. (N/C) | 0.00 | 0.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 123 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/08/02 | PRS | Preparations to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (0.8); training for preparations to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.6) (N/C). | 0.80 | 100.00 |
| 11/08/02 | DRD | Attend training session for CBI review and coding project (N/C). | 0.00 | 0.00 |
| 11/08/02 | LF | Training to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.0).  (N/C) | 0.00 | 0.00 |
| 11/08/02 | RH | Training to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.0)  (N/C). | 0.00 | 0.00 |
| 11/08/02 | IM | Training to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.0)  (N/C). | 0.00 | 0.00 |
| 11/08/02 | NR | Training to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.0)  (N/C). | 0.00 | 0.00 |
| 11/11/02 | BAT | Answer questions of reviewers re document review and coding. | 0.30 | 72.00 |
| 11/11/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (7.00). | 7.00 | 700.00 |
| 11/11/02 | PRS | Supervise preparations to review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (5.8). | 5.80 | 725.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 124 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00410 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/11/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/11/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/11/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 7.50 | 450.00 |
| 11/11/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (7.0). | 7.00 | 420.00 |
| 11/11/02 | LAM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/11/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 9.00 | 540.00 |
| 11/12/02 | BAT | Answer questions of reviewers re document review and coding. | 0.30 | 72.00 |
| 11/12/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (7.00). | 7.00 | 700.00 |
| 11/12/02 | PRS | Supervision of review and coding of electronic trade secret document to substantiate or waive CBI claims in response to EPA demand letter (1.6). | 1.60 | 200.00 |
| 11/12/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 125 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00410 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/12/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/12/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/12/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/12/02 | LAM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/12/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/13/02 | BAT | Conference with MCLatuda re reviewing documents not considered trade secret on first review (.20); answer questions from reviewers re document review and coding (.30) | 0.50 | 120.00 |
| 11/13/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (7.30). | 7.30 | 730.00 |
| 11/13/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (3.30); office conference with BATracy re same (.20). | 3.50 | 437.50 |
| 11/13/02 | PRS | Supervision of review and coding of electronic trade secret document to substantiate or waive CBI claims in response to EPA demand letter (2.8). | 2.80 | 350.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 126 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00410 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/13/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/13/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/13/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/13/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (6.0). | 6.00 | 360.00 |
| 11/13/02 | LAM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 5.00 | 300.00 |
| 11/13/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/14/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.00). | 8.00 | 800.00 |
| 11/14/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/14/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 7.00 | 420.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 127 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.50 | 510.00 |
| 11/14/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (5.0). | 5.00 | 300.00 |
| 11/14/02 | LAM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/14/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/15/02 | BAT | Answer questions of reviewers re document review and coding (.10); review documents reviewers deemed not trade secret as final review before waiving claim (1.10). | 1.20 | 288.00 |
| 11/15/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (7.00). | 7.00 | 700.00 |
| 11/15/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/15/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/15/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 128 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/15/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (3.0). | 3.00 | 180.00 |
| 11/15/02 | LAM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/15/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 7.00 | 420.00 |
| 11/18/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.00). | 8.00 | 800.00 |
| 11/18/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (3.40). | 3.40 | 425.00 |
| 11/18/02 | PRS | Supervision of review and coding of electronic trade secret document to substantiate or waive CBI claims in response to EPA demand letter (2.4). | 2.40 | 300.00 |
| 11/18/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 5.50 | 330.00 |
| 11/18/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |
| 11/18/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 129 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/18/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (4.0). | 4.00 | 240.00 |
| 11/18/02 | LAM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/18/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |
| 11/19/02 | BAT | Answer questions of reviewers (.20); perform final quality control review of documents for which CBI claim is proposed to be waived (1.50). | 1.70 | 408.00 |
| 11/19/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (6.50). | 6.50 | 650.00 |
| 11/19/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (2.60). | 2.60 | 325.00 |
| 11/19/02 | PRS | Conference with BATracy re review and coding of electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (0.6). | 0.60 | 75.00 |
| 11/19/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 6.00 | 360.00 |
| 11/19/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 130 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/19/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |
| 11/19/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (4.5). | 4.50 | 270.00 |
| 11/19/02 | LAM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 8.00 | 480.00 |
| 11/19/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (7.3). | 7.30 | 438.00 |
| 11/20/02 | BAT | Telephone conference with CCotts re designing additional database views for quality control review (.20); perform quality control review on documents for which CBI claims are proposed to be waived (4.20). | 4.40 | 1,056.00 |
| 11/20/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 6.60 | 660.00 |
| 11/20/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (4.70). | 4.70 | 587.50 |
| 11/20/02 | PRS | Supervision of review and coding of electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.3). | 1.30 | 162.50 |
| 11/20/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 6.00 | 360.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 131 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/20/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |
| 11/20/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |
| 11/20/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (3.5). | 3.50 | 210.00 |
| 11/20/02 | LAM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 4.00 | 240.00 |
| 11/20/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |
| 11/21/02 | BAT | Perform quality control review of documents for which CBI claims are proposed to be waived (2.30); prepare for and attempt to contact Matt Cohn re CBI issues (.10). | 2.40 | 576.00 |
| 11/21/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.50). | 1.50 | 150.00 |
| 11/21/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (4.10). | 4.10 | 512.50 |
| 11/21/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 4.50 | 270.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 132 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/21/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |
| 11/21/02 | RH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.0). | 8.00 | 480.00 |
| 11/21/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (3.0). | 3.00 | 180.00 |
| 11/21/02 | NR | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (8.5). | 8.50 | 510.00 |
| 11/22/02 | BAT | Perform quality control review of documents for which CBI claim proposed to be waived (.90); telephone conference with Eric Moeller re guidelines for trade secret claims on RFTS reports (.20); conference with MCLatuda re CBI waiver issues (.20); perform quality control review of RFTS documents to determine CBI claim substantiation (4.30). | 5.60 | 1,344.00 |
| 11/22/02 | AH | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (.40). | 0.40 | 40.00 |
| 11/22/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (5.20). | 5.20 | 650.00 |
| 11/22/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 5.50 | 330.00 |
| 11/22/02 | LF | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (6.0). | 6.00 | 360.00 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 133 |
| Invoice No.: | 618227 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/22/02 | IM | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.0). | 1.00 | 60.00 |
| 11/25/02 | BAT | Answer questions of MCLatuda re waiver of claim (.10); review Enclosure 2 to EPA letter for source of non-confidential documents (.30); conference with MCLatuda re document sources (.20); leave detailed message for Matt Cohn re CBI claim letter (.20). | 0.80 | 192.00 |
| 11/25/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (4.70). | 4.70 | 587.50 |
| 11/25/02 | DRD | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter. | 1.00 | 60.00 |
| 11/26/02 | BAT | Conference with KJCoggon re production of repository boxes to EPA (.20); investigate box numbers of EPA Enclosure 2 documents against master list (.30); telephone conference with Matt Murphy re trade secret status of repository documents (.20); perform quality control review of CBI documents reviewers had questions on from initial review (2.70). | 3.40 | 816.00 |
| 11/27/02 | BAT | Perform quality control review of CBI documents for which reviewers had questions and determine CBI claim (1.60); telephone conference with Matt Cohn re CBI substantiation issues (.30); e-mail exchange with KWLund re same (.20). | 2.10 | 504.00 |

**Total Fees Through November 30, 2002:**    **544.90**   **$   46,492.00**

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 134 |
| Invoice No.: | 618227 |
| Client   No.: | 04339 |
| Matter  No.: | 00410 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 6.10 | $ 1,677.50 |
| BAT | Brent A. Tracy | Associate | 240.00 | 38.10 | 9,144.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 28.20 | 3,525.00 |
| PRS | Paula R. Stacey | Paralegal | 125.00 | 21.90 | 2,737.50 |
| AH | Angela Herceglic | Paralegal | 100.00 | 59.30 | 5,930.00 |
| CKA | Corina K. Aschenbrenner | Paralegal | 0.00 | 0.00 | 0.00 |
| DRD | Deborah R. Duffus | Paralegal | 60.00 | 68.50 | 4,110.00 |
| LF | Lisa Fante | Paralegal | 60.00 | 77.00 | 4,620.00 |
| RH | Russell Harris | Paralegal | 60.00 | 72.00 | 4,320.00 |
| IM | Ina Machuca | Paralegal | 60.00 | 45.00 | 2,700.00 |
| LAM | Lisa A Martel | Paralegal | 60.00 | 57.00 | 3,420.00 |
| NR | Nayeli Ramirez | Paralegal | 60.00 | 71.80 | 4,308.00 |
| DRD | Deborah R. Duffus | Paralegal | 0.00 | 0.00 | 0.00 |
| LF | Lisa Fante | Paralegal | 0.00 | 0.00 | 0.00 |
| RH | Russell Harris | Paralegal | 0.00 | 0.00 | 0.00 |
| IM | Ina Machuca | Paralegal | 0.00 | 0.00 | 0.00 |
| LAM | Lisa A. Martel | Paralegal | 0.00 | 0.00 | 0.00 |
| NR | Nayeli Ramirez | Paralegal | 0.00 | 0.00 | 0.00 |

**Total Fees:** 544.90 $ 46,492.00

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/01/02 | 1 | Lexis | $ 37.21 |
| 11/20/02 | 1 | Photocopy | 0.15 |
| 11/22/02 | | Long Distance Telephone: 4156691488, 2 Mins., TranTime:11:47 | 0.11 |
| 11/26/02 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:11:4 | 0.17 |

Holme Roberts & Owen LLP

December 24, 2002

W.R. Grace

| | |
|---|---|
| Page | 135 |
| Invoice No.: | 618227 |
| Client No.: | 04339 |
| Matter No.: | 00410 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| | | **Total Disbursements:** | $ | **37.64** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 0.15 |
| Long Distance Telephone | | 0.28 |
| Lexis | | 37.21 |
| **Total Disbursements:** | **$** | **37.64** |

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **46,529.64** |
| **Total Balance Due This Matter** | $ | **46,529.64** |