## Schedule A
## Lease to Reject

| LANDLORD: | Chattanooga Realty Associates |
|---|---|
| STREET ADDRESS OF LEASED PROPERTY: | 5027 Hixson Pike, Hixson, TN |
| MONTHLY RENT UNDER LEASE: | Base Rent of $10,887 plus estimated annual real estate taxes of $25,000 and CAM and insurance of $7,000. |
| REMAINING TERM UNDER LEASE: | Until January 30, 2005. |
| ADDRESS OF LANDLORD: | Chattanooga Realty Associates<br>c/o I. Reiss & Son<br>60 E. 42nd Street<br>Suite 2201<br>New York, NY   10165<br>Attn:  Arthur Reiss |
|  | WITH DUPLICATE COPY TO:<br>Chattanooga Realty Associates<br>c/o Pownsner Saft & Pownsner<br>3 East 54 Street<br>New York, NY   10022 |