## SCHEDULE B

## NOTICE PARTIES

### CO-COUNSEL TO THE DEBTORS

| | |
|---|---|
| Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>Attn:  James W. Kapp III, Esq. and<br>         Christian J. Lane, Esq. | Pachulski, Stang, Ziehl, Young & Jones P.C.<br>919 N. Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705<br>Attn: Laura Davis Jones, Esq. |

### COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | |
|---|---|
| Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Attn: Michael R. Lastowski, Esq. | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Attn:  Lewis Kruger, Esq. |

### OFFICE OF THE UNITED STATES TRUSTEE

Office of the United States Trustee
J. Caleb Boggs Building
844 N. King Street, Suite 2313
Lock Box 35
Wilmington, Delaware 19801
Attn: Frank J. Perch, Esq.