## SCHEDULE C

## SERVICE PARTIES

### LESSORS

| | |
|---|---|
| Chattanooga Realty Associates<br>c/o I. Reiss & Son<br>60 E. 42nd Street<br>Suite 2201<br>New York, NY 10165<br>Attn: Arthur Reiss | Chattanooga Realty Associates<br>c/o Pownsner Saft & Pownsner<br>3 East 54 Street<br>New York, NY 10022 |

### COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

| | |
|---|---|
| Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Attn: Michael R. Lastowski, Esq. | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Attn: Lewis Kruger, Esq. |

### COUNSEL TO THE ADMINISTRATIVE AGENT TO THE DIP LENDER

Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Attn: J. Douglas Bacon, Esq.

### OFFICE OF THE UNITED STATES TRUSTEE

Office of the United States Trustee
J. Caleb Boggs Building
844 N. King Street, Suite 2313
Lock Box 35
Wilmington, Delaware 19801
Attn: Frank J. Perch, Esq.