Special Lease Rejection Service List
Case No. 01-01139
Doc. No. 61656
01 - Hand Delivery
01 - Federal Express

(Co-Counsel for Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
917 King Street
Wilmington, DE  1980

*Hand Delivery*
Office of The United State Trustee
J. Caleb Boggs Building
Attn: Frank J. Perch, Esquire
844 N. King Street
Suite 2313
Lock Box 35
Wilmington, DE  19801

*Hand Delivery*
Duane Morris LLP
Attn: Michael R. Lastowski, Esquire
1100 North Market Street
Suite 1200
Wilmington, DE  19801

*Overnight Delivery*
Chattanooga Realty Associates
c/o I. Reiss & Son
Attn: Arthur Reiss
60 E. 42nd Street
Suite 2201
New York, NY  10165

*Overnight Delivery*
Chattanooga Realty Associates
c/o Pownsner Saft & Pownsner
3 East 54 Street
New York, NY  10022

*Overnight Delivery*
Stroock & Stroock & Lavan LLP
Attn: Lewis Kruger, Esquire
180 Maiden Lane
New York, NY  10038

*Overnight Delivery*
Latham & Watkins
Attn: J. Douglas Bacon, Esquire
Sears Tower
Suite 5800
Chicago, IL  60606