# IN THE UNITED STATES BANKRUPTYC COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., ET AL., | ) | Case Nos. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| DEBTOR. | ) | |

## AMENDED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 2nd day of January, 2003 the undersigned filed the **Notice of Substitution of Counsel for Reaud, Morgan & Quinn, Inc, and Environmental Litigation Group, P.C. and Request for Service of Papers** in the above captioned matter.

PLEASE TAKE FURTHER NOTICE that on the 3rd day of January, 2003 the **Notice of Substitution of Counsel for Reaud, Morgan & Quinn, Inc, and Environmental Litigation Group, P.C. and Request for Service of Papers** was served via first class mail on the attached 2002 list.

Dated: January 3, 2002         SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (ID No. 2898)

OF COUNSEL:                    The Corporate Plaza
Sander L. Esserman             800 Delaware Avenue, 7th Floor
Stutzman Bromberg,             P.O. Box 410
**Esserman & Plifka,**         Wilmington, DE 19899 (Courier 19801)
A Professional Corporation     (302) 652-8400
2323 Bryan Street              (302) 652-8405 (facsimile)
Suite 2200
Dallas, TX 75201-2689          Attorneys for Reaud, Morgan & Quinn, Inc.
(214) 969-4900                 and Environmental Litigation Group, Inc.
(214) 969-4999 (facsimile)

MCM6904.WPD