# Sierra Asset Management, LLC

2699 White Road, Suite 255; Irvine, CA 92614
949-660-1144 extension 17; Fax: 949-660-0632

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELEWARE

_____
W.R. GRACE & CO. et al.,                )
                                        }
                                        }    Case Nos. 01-01139
                                        }
                                        }
                                        }    **NOTICE OF WITHDRAWAL OF**
                                        }    **TRANSFER OTHER THAN**
                                        }    **FOR SECURITY AND WAIVER**
                                        }    **OF NOTICE**
Debtor                                  }
_____}    Rule 3006

The undersigned hereby submits this as evidence of the withdrawal of transfer of claim filed January 28, 2002, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, of all rights, title, and interest in and to the pre-petition claim originally held by **Crosible Inc. Filtration** and any of its affiliates. The Clerk of the Court is authorized to change the address on the claim filed by transferee to that of the transferor listed below, following notice to the transferor.

**Transferor:**
**Crosible inc. Filtrition**
**P.O. Box 271, 87 W. Cayuga St.**
**Moravia, NY 13118**

**Transferee:**
**Sierra Asset Management, LLC and any of its affiliates**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on 1/3/03 at Irvine, California.

_____
Joseph Lind