

**CROSIBLE FILTRATION**

December 31, 2002

FILED
2003 JAN -2 AM 11: 30

BANKRUPTCY COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States Bankruptcy Court
District of Delaware
824 Market St.
Wilmington, DE 19801-3577

RE: Objection to Transfer
    Case Nos. 01-01139 through 01-1200
    Claim No. 154, $4,699.20

To Whom It May Concern:

Please be advised that we have an objection to the transfer of our bankruptcy claim on W.R. Grace to Sierra Asset Management LLC for $4,699.20. This company did not buy the bankruptcy claim from Crosible Inc.. They have no claim to this amount. We sold this claim to Trade-A-Debt in West Babylon, NY. They are the only ones that should be claiming the $4699.20.

Please let me know if you need anymore information on this objection.

Thank you,

*Cathy Dreverman*

Cathy Dreverman
Accounting Dept.

Cc: Office of the Claims Agent

---

87 West Cayuga Street • Moravia, New York 13118
800.448.9900 • In NY: 315.497.2960 • Fax: 315.497.0324 • E-mail: filter@crosible.com