## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO.** | § | |
| **a Delaware corporation, <u>et</u> <u>al</u>.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |
| | § | |
| | § | **Re: Docket No.  3018** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 3018

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for October 1, 2002 through October 31, 2002 filed on November 18, 2002.  The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than November 5, 2002.  Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

January 6, 2003                                      **WARREN H. SMITH & ASSOCIATES**


By:_____
                                                  Warren H. Smith
                                                  State Bar No. 18757050

                                                  900 Jackson Street
                                                  120 Founders Square
                                                  Dallas, Texas 75202
                                                  (214) 698-3868
                                                  (214) 722-0081 (FAX)
                                                  **FEE AUDITOR**

WRGraceCNO.10.02.rtf