UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 14, 2002
#A-16

Nos. 02-8061, 02-8062 and 02-8064

IN RE: W.R. GRACE & CO., et al.

Official Committee of Asbestos Personal Injury
Claimants, Petitioner at No. 02-8061
Sealed Air Corporation and Cryovac, Inc., Petitioners at No. 02-8062
W.R. Grace & Co.-Conn., Petitioner at No. 02-8064
(Bankruptcy Court of Delaware Nos. 01-01139 through 01-01200, 02-02210 and 02-02211)

Present:    SLOVITER, McKEE and SMITH, Circuit Judges

1. Petition by Official Committee of Asbestos Personal Injury Claimants, Petitioner at No. 02-8061, for Permission to Take an Interlocutory Appeal pursuant to 28 U.S.C. Section 1292(b);

2. Petition by Sealed Air Corporation and Cryovac, Inc., Petitioners at No. 02-8062, for Permission to Appeal pursuant to 28 U.S.C. Section 1292(b);

3. Petition by W.R. Grace & Co.-Conn., Petitioner at No. 02-8064, for Permission to File Interlocutory Appeal pursuant to 28 U.S.C. Section 1292(b);

4. Motion by Official Committee of Asbestos Personal Injury Claimants, Petitioner at No. 02-8061, for Expedited Review of Interlocutory Appeal in the event Petition is granted, with proposed briefing as follows:

   Appellants' briefs due within 10 business days of Court's Order granting Motion to Expedite;

   Appellees' briefs due within 10 business days from date Appellants' briefs are due to be filed;

   Appellants' reply briefs, if any, due within 5 business days of date Appellees' briefs are due to be filed.

Nicole M. Bruno
Case Manager (267)299-4924

**Responses were due November 12, 2002.**

_____ O R D E R _____

The Petition for Permission to Appeal filed by Sealed Air Corporation and Cryovac is denied as per their letter dated December 2, 2002.

The Petition for Permission to Appeal filed by W.R. Grace & Co. is denied as moot pursuant to its letter dated December 2, 2002.

The Petition for Permission to Appeal filed on behalf of Official Committee of Asbestos Personal Injury Claimants will be held in abeyance as requested in its letter dated December 4, 2002, subject to the requirement that it inform the court by letter to the Clerk dated no later than March 3, 2003 of the status of developments with respect to the settlement.

The Motion by the Official Committee of Asbestos Personal Injury Claimants for expedited review in No. 02-8061 is denied as moot.

A TRUE COPY:

*Kathleen Brouwer*

**Kathleen Brouwer,**
**Chief Deputy Clerk**

By the Court,

*[signature]*

Circuit Judge

Dated : December 23, 2002

nmb/cc: All Counsel of Record