IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

1. CLAIMS BAR DATE NOTICE MATERIALS COMPRISED OF: **ATTACHED HERETO AS EXHIBIT 1**
   a. CLAIMS BAR DATE NOTICE
   b. ORDER AS TO ALL NON-ASBESTOS CLAIMS, ASBESTOS PROPERTY DAMAGE CLAIMS, AND MEDICAL MONITORING CLAIMS (I) ESTABLISHING BAR DATE, (II) APPROVING PROOF OF CLAIM FORMS AND (III) APPROVING NOTICE PROGRAM
   c. GENERAL INSTRUCTIONS FOR COMPLETING PROOF OF CLAIM FORMS FOR THE BAR DATE

2. GRACE NON-ASBESTOS PROOF OF CLAIM FORM    **ATTACHED HERETO AS EXHIBIT 2**

3. WR GRACE & CO. ASBESTOS MEDICAL MONITORING PROOF OF CLAIM FORM    **ATTACHED HERETO AS EXHIBIT 3**

4. WR GRACE & CO. ASBESTOS PROPERTY DAMAMGE PROOF OF CLAIM FORM    **ATTACHED HERETO AS EXHIBIT 4**

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I, Michelle S. Dalsin, being duly sworn state as follows:

1. I am over twenty-one years of age and I believe the statements contained herein are true, based on my personal knowledge.

2. I am employed by Rust Consulting, Inc., located at 201 South Lyndale, Faribault, MN. as a Senior Project Administrator.

3. On the dates indicated, I caused copies of certain of the above referenced documents, to be served by first class mail upon the parties listed on the attached service lists. The specific documents served on each party are indicated respectively.

I declare under penalty of perjury that the foregoing is true and correct.



Personally appeared before me on this 19th day of December, 2002, Michelle S Dalsin, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



DATED: December 19, 2002
Faribault, Minnesota

SHARON E. VELANDER
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

State of  Minnesota          )

County of  Rice              )

# *W.R. Grace & Co. et al*
## *Service list for requests from 11/12/2002 to 12/17/2002*

| | |
|---|---|
| 00037938<br>CHRYSTAL RUCKERS<br>104 MISTY LANE<br>BELTON, SC 29627<br>11/12/2002<br>    Medical:    0004<br>    Notice:    0001 | 00037952<br>ODESSA SPENCER<br>14831 PO BOX<br>SAGINAW, MI 48601-0831<br>11/12/2002<br>    Non-asbestos:    0001<br>    Notice:    0001 |
| 00037969<br>DIANNE HOLLEY<br>2057 CHAMPAGNE DR<br>ANN ARBOR, MI 48108-2558<br>11/12/2002<br>    Non-asbestos:    0001<br>    Notice:    0001 | 00037976<br>BIEN<br>217 FOREST DR<br>ERIE, PA 16505-1838<br>11/12/2002<br>    Non-asbestos:    0001<br>    Notice:    0001 |
| 00037983<br>JAMES BRYE<br>4412 BRUNSWICK DR<br>EIGHT MILE, AL 36613-3305<br>11/12/2002<br>    Non-asbestos:    0002<br>    Notice:    0001 | 00037990<br>ANNIE DEAN LITTROT<br>PO BOX 234<br>ARITON, AL 36311<br>11/12/2002<br>    Non-asbestos:    0001<br>    Notice:    0001 |
| 00038003<br>CHRISTINE FLAVIANI<br>2136 WOODLAND ST NE<br>WARREN, OH 44483-5554<br>11/12/2002<br>    Non-asbestos:    0003<br>    Notice:    0001 | 00038010<br>KERI ROST-CATANACH<br>21 CAMINO VALLE<br>SANTA FE, NM 87508-9182<br>11/12/2002<br>    Non-asbestos:    0001<br>    Notice:    0001 |
| 00038027<br>THELMA ROBERTSON<br>50 BROADWAY<br>ROCKPORT, MA 19661-0524<br>11/12/2002<br>    Non-asbestos:    0002<br>    Notice:    0001 | 00038034<br>NORMAN KOLLER<br>39610 HWY 27 SITE 267<br>DAVENPORT, FL 33837<br>11/12/2002<br>    Non-asbestos:    0001<br>    Notice:    0001 |
| 00038041<br>THOMAS CAMPAGNA<br>7340 LARES STREET<br>PORT CHARLOTTE, FL 33981<br>11/12/2002<br>    Medical:    0001<br>    Notice:    0001 | 00038058<br>KENNETH RODECK<br>111 NORTH CANAL STREET, SUITE 900<br>CHICAGO, IL 60606<br>11/12/2002<br>    Property:    0002<br>    Medical:    0002<br>    Non-asbestos:    0002<br>    Notice:    0002 |

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

---

00038065
JOSEPH MARTIN
321N JACKSON
FT GIBSON, OK 74434
11/12/2002
    Non-asbestos:    0001
    Notice:    0001

00038072
BETTY ROTZ
639 NE SUSAN ST
MADRAS, OR 97741
11/12/2002
    Medical:    0001
    Notice:    0001

00038089
DAVID LOHR
R.D.#6  BOX 194
MOUNT PLEASANT, PA 15666
UNITED STATES
11/12/2002
    Medical:    0001
    Notice:    0001

00038096
THERESA WASSER
c/o BURNS WHITE & HICKTON LLC
120 FIFTH AVENUE
SUITE 2400
PITTSBURGH, PA 15222
11/12/2002
    Property:    0150
    Notice:    0001

00038102
JESSICA PECORARO
c/o RIDER BENNETT EGAN & ARUNDEL LLP
333 SOUTH 7TH STREET
SUITE 2000
MINNEAPOLIS, MN 55402
11/12/2002
    Property:    0004
    Notice:    0001

00038119
PAUL BEATTIE
c/o F. R. E. BUILDING CO. INC.
290 ELIOT STREET - 2ND FLOOR
ASHLAND, MA 01721
11/12/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0003

00038126
CEPHAS HARRISON
2107 N THATCHER ST
WILMINGTON, DE 19802
11/12/2002
    Medical:    0003
    Notice:    0001

00038133
MRS GLIFTON G PROUTY
8232 16TH AVE NE
SEATTLE, WA 98115-4368
11/12/2002
    Property:    0002
    Medical:    0002
    Non-asbestos:    0002
    Notice:    0002

00038140
BUFORD H MELTON
8138 WOODLAKE AVENUE #182
WEST HILLS, CA 91304
11/12/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00038157
FRANK TIBOLLA
16435 DESERT STONE LANE
SUPRISE, AZ 85374
11/12/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00038164
HAROLD LOGAN
3172 SOUTH EAST FAIRWAY WEST
STUART, FL 34997
11/12/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00038171
DAVID KUTNER
17645 DRAYTON HALL WAY
SAN DIEGO, CA 92128
11/12/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

# W.R. Grace & Co. et al

*Service list for requests from 11/12/2002 to 12/17/2002*

| | |
|---|---|
| 00038188<br>THEODORE W THOMPSON<br>179 PINE RIDGE DRIVE<br>WHISPERING PINES, NC 28327<br>11/12/2002<br>    Property: 0001<br>    Medical: 0001<br>    Non-asbestos: 0001<br>    Notice: 0001 | 00038195<br>PETER KELLER<br>14818 CARSEN BEND<br>CYPRESS, TX 77429-6053<br>11/12/2002<br>    Property: 0001<br>    Medical: 0001<br>    Non-asbestos: 0001<br>    Notice: 0001 |
| 00038201<br>PETE KOCHLER<br>828 WAKE FOREST RD<br>RALEIGH, NC 27604<br>11/12/2002<br>    Property: 0003<br>    Notice: 0001 | 00038225<br>ALLIE F GILVAN<br>83 LAKESHORE PARKWAY<br>BRANDENBURG, KY 40108<br>11/12/2002<br>    Property: 0001<br>    Medical: 0001<br>    Non-asbestos: 0001<br>    Notice: 0001 |
| 00038232<br>FRANCIS SHEEHY<br>254-03 75TH AVENUE<br>GLEN OAKS, NY 11004<br>11/12/2002<br>    Property: 0001<br>    Medical: 0001<br>    Non-asbestos: 0001<br>    Notice: 0001 | 00038249<br>ROBERT CLABAULT<br>3091 S. E. DOUBLETON DRIVE<br>STUART, FL 34997<br>11/12/2002<br>    Property: 0001<br>    Medical: 0001<br>    Non-asbestos: 0001<br>    Notice: 0001 |
| 00038256<br>JACQUELYN POTTS<br>10736 SYCAMORE TER<br>KANSAS CITY, MO 64134-2756<br>11/12/2002<br>    Non-asbestos: 0002<br>    Notice: 0001 | 00038263<br>RAMONITA WILSON<br>207 W MAIN ST APT 1<br>BARSTOW, CA 92311<br>11/12/2002<br>    Non-asbestos: 0001<br>    Notice: 0001 |
| 00038270<br>ROBERT N VANDERLAAN<br>90 LOCHLOMOND NE<br>GRAND RAPIDS, MI 49546<br>11/12/2002<br>    Non-asbestos: 0003<br>    Notice: 0001 | 00038287<br>DEBRA ALLEN<br>21?47 HURON RIVER DR<br>NEW BOSTON, MI 48164-9738<br>11/12/2002<br>    Non-asbestos: 0001<br>    Notice: 0001 |
| 00038294<br>MASSEY MASSEY<br>313E SAINT THOMAS DR<br>NEWPORT NEWS, VA 23606<br>11/12/2002<br>    Non-asbestos: 0001<br>    Notice: 0001 | 00038300<br>DARLENE JENNINGS<br>1551 21ST AVE N<br>MYRTLE BEACH, SC 29577-7494<br>11/12/2002<br>    Non-asbestos: 0001<br>    Notice: 0001 |

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

00038317
JEANNETTE POOHLA
24 RED PINE DR
OTTAWA, ON K2E6S9
11/12/2002
    Non-asbestos:    0001
    Notice:    0001

00038324
TODD WORTHLEY
289 ROUTE ONE
EDGECOMB, ME 45563-0136
11/12/2002
    Non-asbestos:    0001
    Notice:    0001

00038331
JAMES TAYLOR
2517 COTTAGE HILL DR.
ORANGE, CA 92867-2055
11/12/2002
    Medical:    0002
    Notice:    0001

00038348
PAGE ROST
3709 FORSYTHIA DRIVE
BOISE, ID 83703
11/12/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00038355
JONATHAN BERGER
c/o BERGER & MONTAGUE P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103-6365
11/12/2002
    Property:    0070
    Notice:    0070

00038362
LAWRENCE MOLONEY
c/o GRAY PLANT MOOTY
33 S. SIXTH STREET, SUITE 3400
MINNEAPOLIS, MN 55402
11/12/2002
    Property:    0015
    Notice:    0001

00038379
NIAMBI PAIGE
c/o NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET, 5TH FLOOR
TAX & BANKRUPTCY LITIGATION
NEW YORK, NY 10007
11/12/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00038386
CLIFFORD OESCH
23624 NORTH 57TH DRIVE
GLENDALE, AZ 85310
11/12/2002
    Medical:    0001
    Notice:    0001

00038416
LAURENS ELECTRIC COOP
c/o DEBBIE GREEN
PO BOX 700
LAURENS, SC 29360
11/15/2002
    Non-asbestos:    0001
    Notice:    0001

00038423
EUGENIA DAVIS
8484 ARTESIAN
DETROIT, MI 48228
11/15/2002
    Property:    0001
    Notice:    0001

00038430
ANTHONY S SCIMECA
15925 E EAGLE ROCK DR
FOUNTAIN HILLS, AZ 85268-2273
11/15/2002
    Non-asbestos:    0002
    Notice:    0001

00038447
DANIEL REES
111 10TH ST NW
FORT DODGE, IA 50501-2236
11/15/2002
    Property:    0001
    Notice:    0001

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

00038454
LAVERNE MCKELLER
19222 W DAVISON ST
DETROIT, MI 48223-3417
11/15/2002
 Non-asbestos:  0001
 Notice:  0001

00038461
BUSTER DAWN
1774 HIGHWAY 9
BEARDEN, AR 71720-9254
11/15/2002
 Notice:  0001

00038478
SENAM PELADEAU
2386 MAGNUS AVE
OTTAWA, ON K1G1J8
11/15/2002
 Non-asbestos:  0001
 Notice:  0001

00038485
JAUDALE BANKS
305 SUNDERLAND DR
SAVANNAH, GA 31406
11/15/2002
 Medical:  0005
 Notice:  0001

00038492
JADALE BANKS
305 SUNDERLAND DR
SAVANNAH, GA 31406
11/15/2002
 Medical:  0005
 Notice:  0001

00038508
DARLEEN VOLKERT
P.O.BOX545
DAKOTA CITY, NE 68731-0545
11/15/2002
 Property:  0001
 Medical:  0001
 Non-asbestos:  0001
 Notice:  0001

00038515
DARLEEN VOLKERT
P.O.BOX545
DAKOTA CITY, NE 68731-0545
11/15/2002
 Property:  0001
 Medical:  0001
 Non-asbestos:  0001
 Notice:  0001

00038522
MARCIA L HOWARD
PO BOX 75
ELKINS, AR 72727
11/15/2002
 Property:  0001
 Medical:  0002
 Non-asbestos:  0001
 Notice:  0001

00038539
MARCIA L HOWARD
PO BOX 75
ELKINS, AR 72727
11/15/2002
 Property:  0001
 Medical:  0002
 Notice:  0001

00038546
JEFF ANDERSON
235 N 5TH ST.
CAMBRIDGE, OH 43725-0246
11/15/2002
 Property:  0002
 Medical:  0003
 Notice:  0001

00038553
ALLENE SPADAFORA
P.O. BOX 335
GREEN RIVER, UT 84525
11/15/2002
 Property:  0002
 Non-asbestos:  0001
 Notice:  0001

00038560
GAIL PEDERSEN
1400 DREXELGATE PARKWAY
AVON HILLS COOPERATIVE
ROCHESTER HILLS, MI 48307
11/15/2002
 Property:  0001
 Non-asbestos:  0001
 Notice:  0001

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

00038577
SHAWN ADAMS
410 N. AUBURN AVENUE
FARMINGTON, NM 87401
11/15/2002
    Property: 0003
    Medical: 0003
    Non-asbestos: 0003
    Notice: 0001

00038584
MARY JANE RHODES
6270 OLD WASHINGTON ROAD
ELKRIDGE, MD 21075
11/15/2002
    Property: 0002
    Medical: 0002
    Non-asbestos: 0002
    Notice: 0002

00038607
DONNERELL WARREN
c/o DONNERELL WARREN 15564058
FEDERAL MEDICAL CENTER COM S
PO BOX 14500
LEXINGTON, KY 40512
11/19/2002
    Property: 0001
    Medical: 0001
    Non-asbestos: 0001
    Notice: 0001

00038614
MARK A PAULETTE
287 TOWNSHIP RD 267
AMSTERDAM, OH 43903
11/19/2002
    Property: 0001
    Medical: 0002
    Non-asbestos: 0001
    Notice: 0001

00038621
C FORSYTHE
300 RIVERFRONT DR #9H
DETROIT, MI 48226
11/19/2002
    Property: 0001
    Medical: 0001
    Non-asbestos: 0001
    Notice: 0001

00038638
H TIPOLD
1147 PLANTERS RD
LAWRENCEVILLE, VA 23868
11/19/2002
    Property: 0001
    Medical: 0001
    Non-asbestos: 0001
    Notice: 0001

00038645
LOUISE LOFFREDO
104 KRISPIN LANE
EAST SETAUKET, NY 11733-1017
11/19/2002
    Property: 0001
    Medical: 0001
    Non-asbestos: 0001
    Notice: 0001

00038652
HAROLD G WEINREB
112 BRITE AVENUE
SCARSDALE, NY 10583-1402
11/19/2002
    Property: 0001
    Medical: 0001
    Non-asbestos: 0001
    Notice: 0001

00038669
WILLIAM D SOKOL
1615 BARRINGTON HILLS LN
KATY, TX 77450
11/19/2002
    Property: 0001
    Medical: 0001
    Non-asbestos: 0001
    Notice: 0001

00038676
GREG HOPPER
103 OAK SIDE CT
LOUISBURG, NC 27549-9003
11/19/2002
    Non-asbestos: 0001
    Notice: 0001

00038683
FREDERICK ENRIQUEZ
412 JENSEN AVE
EL PASO, TX 79915-3812
11/19/2002
    Property: 0001
    Non-asbestos: 0001
    Notice: 0001

00038690
JOE LOVELESS
2507 BENNETT AVE
COLORADO SPRINGS, CO 80909-1209
11/19/2002
    Non-asbestos: 0001
    Notice: 0001

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

---

| | |
|---|---|
| 00038706<br>JAMES FOSKETT<br>8022 VAN VLEET RD<br>GAINES, MI 48436-9788<br>11/19/2002<br>   Non-asbestos: 0001<br>   Notice: 0001 | 00038713<br>DOROTHY WOODS<br>7622 MATAMOROS<br>EL PASO, TX 79915<br>11/19/2002<br>   Non-asbestos: 0001<br>   Notice: 0001 |
| 00038720<br>EDITH FLANAGAN<br>5715 CAMERFORD AVE  108 APT<br>LOS ANGELES, CA 90038-3944<br>11/19/2002<br>   Non-asbestos: 0001<br>   Notice: 0001 | 00038737<br>WILLIE KEYS<br>PO BOX 772<br>FOXWORTH, MS 00000<br>11/19/2002<br>   Non-asbestos: 0002<br>   Notice: 0001 |
| 00038744<br>RONALD JEFFERSON<br>PO BOX 370<br>CRAWFORDVILLE, FL 32326<br>11/19/2002<br>   Property: 0002<br>   Notice: 0001 | 00038751<br>RICHARD ZARTLER<br>2013 DUBLIN ROAD<br>PLANO, TX 75094-3010<br>11/19/2002<br>   Non-asbestos: 0001<br>   Notice: 0001 |
| 00038768<br>SHIN TAKESHIMA<br>3373 ONSLOW WAY<br>SAN JOSE, CA 95132<br>11/19/2002<br>   Property: 0002<br>   Notice: 0001 | 00038775<br>JENNIFER WEBER<br>10902A SUMMIT AVE.<br>WOODSTOCK, MD 21163-1209<br>11/19/2002<br>   Non-asbestos: 0001<br>   Notice: 0001 |
| 00038782<br>SAM COHEN<br>5753 SAN AGUARIO DR<br>SAN DIEGO, CA 92109<br>11/22/2002<br>   Property: 0003<br>   Notice: 0001 | 00038805<br>PATRICK MICHAEL O'DWYER<br>#9 ROSS DRIVE<br>FORT SASKACHEWAN, AB T8L2M8     CANADA<br>11/22/2002<br>   Property: 0001<br>   Notice: 0001 |
| 00038812<br>NORTH COUNTRY BUILDERS<br>291 MORGAN RD<br>POTSDAM, NY 13676<br>11/22/2002<br>   Non-asbestos: 0001<br>   Notice: 0001 | 00038829<br>RUSSELL SHARPE<br>470 ROBERT YOUNG RD<br>WARD, AR 72176<br>11/22/2002<br>   Non-asbestos: 0001<br>   Notice: 0001 |

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

| | |
|---|---|
| 00038836<br>BARBARA SHARPE<br>470 ROBERT YOUNG RD<br>WARD, AR 72176<br>11/22/2002<br>   Non-asbestos:   0001<br>   Notice:   0001 | 00038843<br>EMMA JEAN SMITH<br>58 C BELIS HEIGHTS<br>SELMA, AL 36701<br>11/22/2002<br>   Non-asbestos:   0001<br>   Notice:   0001 |
| 00038850<br>WAYNE DENNY<br>PO BOX 203<br>PARK DALE, OR 97041<br>11/22/2002<br>   Non-asbestos:   0001<br>   Notice:   0001 | 00038867<br>LAZARUS MIRSKY<br>6-625 RICHMOND ROAD<br>OTTAWA, ON 00000     CANADA<br>11/22/2002<br>   Property:   0003<br>   Notice:   0001 |
| 00038874<br>MARY MCQUEEN<br>P.O. BOX 14831<br>3221 BUNDY ST.<br>SAGINAW, MI 48601<br>11/22/2002<br>   Medical:   0003<br>   Notice:   0001 | 00038881<br>WILLIAM PROPOSKI<br>12 STORY ST<br>ROCKPORT, MA 01966<br>11/22/2002<br>   Property:   0001<br>   Notice:   0001 |
| 00038904<br>JOE LOVELESS<br>PO BOX 7611<br>COLORADO SPRINGS, CO 80933<br>11/26/2002<br>   Property:   0001<br>   Notice:   0001 | 00038911<br>GRACE MERNICK<br>231 MASSACHUSETTS AVE #401<br>ARLINGTON, MA 02474-8408<br>11/26/2002<br>   Property:   0001<br>   Medical:   0001<br>   Non-asbestos:   0001<br>   Notice:   0001 |
| 00038928<br>NOREEN WEST<br>851 ROCK RUN RD<br>FRIENDLY, WV 26146-8588<br>11/26/2002<br>   Non-asbestos:   0001<br>   Notice:   0001 | 00038935<br>NOREEN WEST<br>851 ROCK RUN RD<br>FRIENDLY, WV 26146-8588<br>11/26/2002<br>   Non-asbestos:   0001<br>   Notice:   0001 |
| 00038942<br>ANN FITZGERALD<br>9411 SHORE RD 6K APT<br>BROOKLYN, NY 11209-6721<br>11/26/2002<br>   Non-asbestos:   0001<br>   Notice:   0001 | 00038959<br>ANTHONY SCIMECA<br>15925 E EAGLE ROCK DR<br>FOUNTAIN HILLS, AZ 85268-2273<br>11/26/2002<br>   Non-asbestos:   0001<br>   Notice:   0001 |

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

---

| | | | |
|---|---|---|---|
| 00038966<br>KASMER FOREYS<br>9809 FOLSOM DR<br>LAS VEGAS, NV 89134-7501<br>11/26/2002 | | 00038973<br>ST. MARK'S LUTHERAN CHURCH<br>101 SOUTH 6TH AVENUE<br>ST. CHARLES, IL 60174<br>11/26/2002 | |
| Property: | 0001 | Property: | 0002 |
| Medical: | 0001 | Notice: | 0001 |
| Non-asbestos: | 0001 | | |
| Notice: | 0001 | | |

00038980
JAMES PETKO
1704 CRESTVIEW DRIVE
ANTIOCH, CA 94509
11/26/2002
- Property: 0002
- Medical: 0002
- Non-asbestos: 0002
- Notice: 0002

00038997
CHENGBEN WANG
ONE KAISER CENTER   SUITE 268
OAKLAND, CA 94612
11/26/2002
- Property: 0002
- Notice: 0001

00039000
KIM O'ROURKE
20 JACKSON WAY, PLUM ISLAND
NEWBURY, MA 01951-2003
11/26/2002
- Property: 0002
- Medical: 0002
- Notice: 0002

00039017
MARC BLUMBERG
241 WEST WIEUCA ROAD, SUITE 230
ATLANTA, GA 30342
11/26/2002
- Property: 0010
- Notice: 0001

00039024
HARRY IRVING
6711 FAIRMOUNT DRIVE S.E.
CALGARY, AB 00000          CANADA
11/26/2002
- Property: 0001
- Notice: 0001

00039031
BRUCE FEINBERG
1957 SAGE CIRCLE
GOLDEN, CO 80401
11/26/2002
- Property: 0001
- Notice: 0001

00039048
DENNIS SLAWSON
302 W MAIN ST
SYKESVILLE, PA 15865
11/29/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039055
SUSAN VINCE
2729 SOUTH XANADU WAY
AURORA, CO 80014
11/29/2002
- Non-asbestos: 0001
- Notice: 0001

00039062
JOHN FINN
3952 UPOLO LN
NAPLES, FL 34119-7509
11/29/2002
- Non-asbestos: 0001
- Notice: 0001

00039079
DONALD DIXON
699 TALLAVANA TR
HAVANA, FL 32333
11/29/2002
- Non-asbestos: 0001
- Notice: 0001

# W.R. Grace & Co. et al

*Service list for requests from 11/12/2002 to 12/17/2002*

---

| | |
|---|---|
| 00039086<br>PENNY SPLAN<br>6417 DREXEL AVE<br>LOS ANGELES, CA 90048-4705<br>12/03/2002<br>    Property:    0001<br>    Notice:    0001 | 00039093<br>WILLIAM DAVID PENNINGTON<br>c/o FEDERAL MEDICAL CENTER<br>REG NO #08365-032<br>PO BOX 14500<br>LEXINGTON, KY 40512<br>12/03/2002<br>    Property:    0001<br>    Medical:    0001<br>    Non-asbestos:    0001<br>    Notice:    0001 |
| 00039109<br>SYLVIA LORNING<br>8800 BROADWAY ST APT 5247<br>HOUSTON, TX 77061<br>12/03/2002<br>    Non-asbestos:    0004<br>    Notice:    0001 | 00039116<br>FIDELLO AGUIRRE<br>643 E MONTEREY ST<br>CHANDLER, AZ 85225<br>12/03/2002<br>    Non-asbestos:    0002<br>    Notice:    0001 |
| 00039123<br>DOYLE ERVIN<br>9321 COUNTY RD 641 N<br>BUSHNELL, FL 33513<br>12/03/2002<br>    Non-asbestos:    0001<br>    Notice:    0001 | 00039130<br>ELLEN MEYER<br>511 W HIGHLANDVIEW DR<br>BOISE, ID 83702<br>12/03/2002<br>    Property:    0001<br>    Notice:    0001 |
| 00039147<br>LYNDA VELTE<br>P.O. BOX 646<br>BLACKSHEAR, GA 31516<br>12/03/2002<br>    Property:    0003<br>    Medical:    0003<br>    Non-asbestos:    0003<br>    Notice:    0001 | 00039154<br>LORRAINE WORKMAN<br>256 OAKDALE AVENUE<br>ST. CATHARINES, ONTARIO, CANAD, NO 00000    CANADA<br>12/03/2002<br>    Medical:    0001<br>    Notice:    0001 |
| 00039161<br>BRETT SOLOMON<br>c/o TUCKER ARENSBERG  PC<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222<br>12/03/2002<br>    Property:    0001<br>    Notice:    0001 | 00039178<br>BILLY ENGLISH<br>2705 BRECKENRIDGE DR.<br>LITTLE ROCK, AR 72227<br>12/03/2002<br>    Property:    0003<br>    Notice:    0001 |
| 00039185<br>DELMAR WEISS<br>2 LAWTON LANE<br>NORTH OAKS, MN 55127<br>12/03/2002<br>    Property:    0001<br>    Medical:    0001<br>    Notice:    0001 | 00039192<br>JUAN RASCONE<br>105 SOUTH ABNER<br>CARLSBAD, NM 88220<br>12/06/2002<br>    Property:    0003<br>    Medical:    0003<br>    Non-asbestos:    0003<br>    Notice:    0001 |

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

---

00039208
ZELMA L GAINES
1208 SW 38TH ST
OKLAHOMA CITY, OK 73109
12/06/2002
- Property: 0002
- Notice: 0001

00039215
FRANK F TERRY
2910 24TH AVE W
SEATTLE, WA 98199
12/06/2002
- Property: 0001
- Notice: 0001

00039222
JONATHAN SQUIRE
6209 RACOON RUN CT
LOUISVILLE, KY 40231
12/06/2002
- Non-asbestos: 0001
- Notice: 0001

00039239
HARRY FONTAINE
35 HIGHLAND AVE
WOODRIDGE, NY 12759
12/06/2002
- Medical: 0001
- Notice: 0001

00039246
FLORENCE WARREN
1102 S 114TH ST  110 LOT
MESA, AZ 85208
12/06/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039253
FLORENCE WARREN
3035 WESTMINSTER DR
LONDON, ON N6E3Y4
12/06/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039260
JUAN RASCON
105 S ABNER ST
CARLSBAD, NM 88220
12/06/2002
- Non-asbestos: 0003
- Notice: 0001

00039277
KATHLEEN MCNAMEE
45 PINE TREE DR
BAYVILLE, NJ 08721
12/06/2002
- Medical: 0001
- Notice: 0001

00039284
STEVEN LECLAIRE
609 RANDLES CRESCENT
MIDLAND, ON L4R4T3
12/06/2002
- Medical: 0001
- Notice: 0001

00039291
DOUGLAS VAN ETTEN
136 BRUYN AVE
KINGSTON, NY 12401
12/06/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039307
FRED BANKS
5510 GREYSTONE DR
FULTON, MO 65251
12/06/2002
- Medical: 0001
- Non-asbestos: 0002
- Notice: 0001

00039314
ANDREA MATTRESS
104 OAKVIEW RD
BELTON, SC 29627-8671
12/06/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

00039321
ANTHONY SCIMECA
15925 E EAGLE ROCK DR
FOUNTAIN HILLS, AZ 85268
12/06/2002
    Medical:    0001
    Notice:    0001

00039338
EDITH HARRELSON
2807 HARRIS BRIDGE ROAD
WOODRUFF, SC 29388-7881
12/06/2002
    Non-asbestos:    0001
    Notice:    0001

00039345
JAY ANDRESS
3524 HOLLY AVE.
CINCINNATI, OH 45208
12/06/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00039352
LUCIEN V. PLAMONDON
303 SHAWMUT AVENUE
CENTRAL FALLS, RI 02863-1845
12/06/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00039369
FRANK DONAHUE
2680 VENTURA AVE
SANTA ROSA, CA 95403
12/06/2002
    Property:    0002
    Notice:    0001

00039376
WASTE MANAGEMENT OF WISCONSIN
W124 N 9355 BOUNDARY RD
MENOMONEE FALLS, WI 53051
12/06/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00039383
DAVID TYNER
c/o HARRISON WHITE SMITH HAYS & COGGINS
178 W MAIN ST
PO BOX 3547
SPARTANBURG, SC 29304
12/10/2002
    Medical:    0001
    Notice:    0001

00039420
TED BARNHART
13705 HARCUM ROAD
PHOENIX, MD 21131
12/10/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00039437
TROY SPANN
6032 E STARDIS RD
HENSLEY, AR 72065
12/10/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00039444
CLAYTON REYNOLDS
2059 HUNTINGTON AVE 401 APT
ALEXANDRIA, VA 22303-1606
12/10/2002
    Property:    0001
    Notice:    0001

00039451
REQUESTOR
578 W LINCOLN AVE
COOLIDGE, AZ 85228-5004
12/10/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00039468
CLINTON SWAN
2318 UTAH ST
JACKSON, MS 39213-5411
12/10/2002
    Property:    0001
    Notice:    0001

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

| | |
|---|---|
| 00039475<br>DANI KIGGINS<br>3785 MILLER AVE<br>POCATELLO, ID 83201-5901<br>12/10/2002<br>    Property:    0002<br>    Medical:    0001<br>    Notice:    0001 | 00039482<br>MARVIN EVANS<br>693 SANDRIDGE ROAD<br>SCRANTON, SC 29591<br>12/10/2002<br>    Medical:    0002<br>    Notice:    0002 |
| 00039499<br>DONNERELL WARREN<br>c/o WARREN DONNERELL 15564058 COM S<br>FEDERAL MEDICAL CENTER<br>PO BOX 14500<br>LEXINGTON, KY 40512<br>12/10/2002<br>    Property:    0001<br>    Medical:    0001<br>    Non-asbestos:    0001<br>    Notice:    0001 | 00039505<br>MICHAEL WARMUTH<br>KFC HC-01 STANBACK HWY<br>HILO, HI 76753<br>12/10/2002<br>    Medical:    0001<br>    Notice:    0001 |
| 00039512<br>LD PETTUS<br>15003 PETTUS RD<br>BAUXITE, AR 72011<br>12/10/2002<br>    Property:    0001<br>    Medical:    0001<br>    Non-asbestos:    0001<br>    Notice:    0001 | 00039529<br>CELINE PELADEAU<br>2386 MAGNUS AVE<br>OTTAWA, ON K1G1J8    CANANDA<br>12/13/2002<br>    Property:    0001<br>    Notice:    0001 |
| 00039550<br>GARY GENGEL<br>c/o MORGAN LEWIS & BOCKIUS, LLP<br>502 CARNEGIE CENTER<br>PRINCETON, NJ 08540<br>12/13/2002<br>    Property:    0001<br>    Medical:    0001<br>    Non-asbestos:    0001<br>    Notice:    0001 | 00039567<br>JAMES M PORTER<br>c/o HOLLAND & KNIGHT<br>701 BRICKELL AVENUE<br>MIAMI, FL 33131<br>12/13/2002<br>    Property:    0001<br>    Medical:    0001<br>    Non-asbestos:    0001<br>    Notice:    0001 |
| 00039574<br>LTD KEY ENGINEERING GROUP<br>c/o D'ARCY GRAVELLE<br>KEY ENGINEERING GROUP, LTD<br>W 66 N 215 COMMERCE COURT<br>CEDARBURG, WI 53012<br>12/13/2002<br>    Property:    0001<br>    Medical:    0001<br>    Non-asbestos:    0001<br>    Notice:    0001 | 00039581<br>EXXON MOBIL CORPORATION<br>c/o STEVEN SCHMIDT<br>PEGASUS PLAZA RM 5A39<br>3000 PEGASUS PARK DRIVE<br>DALLAS, TX 75247<br>12/13/2002<br>    Property:    0001<br>    Medical:    0001<br>    Non-asbestos:    0001<br>    Notice:    0001 |

# *W.R. Grace & Co. et al*

*Service list for requests from 11/12/2002 to 12/17/2002*

---

00039598
H.B. FULLER COMPANY
c/o JOEL D HEDBERG
PO BOX 64683
ST PAUL, MN 55164
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039604
GEORGIA-PACIFIC CORPORATION
c/o TERI A WALL
ENVIRONMENTAL SPECIALIST
133 PEACHTREE STREET NE
ATLANTA, GA 30303
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039611
MAIL-WELL COMPANY
c/o DAVID GERRASCH
5445 NORTH ELSTON AVE
CHICAGO, IL 60630
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039628
HONEYWELL INC
c/o JEANH FLYNN
1985 DOUGLAS DRIVE NORTH
GOLDEN VALLEY, MN 55422
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039635
INK SPECIALITIES
c/o MCDERMOTT, WILL & EMERY
227 WEST MONROE STREET
CHICAGO, IL 60606-5096
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039642
INC MORTON INTERNATIONAL
c/o ROHM & HAAS
100 INDEPENDENCE MALL WEST
PHILADELPHIA, PA 19106
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039659
WASTE MANAGEMENT
c/o WINSTON & STRAWN
35 W WACHER DRIVE
CHICAGO, IL 60601-9703
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039666
WASTE MANAGEMENT
c/o LAWRENCE BUECHEL
WEST 124 NORTH 9355 BOUNDARY RD
MENOMONEE FALLS, WI 05351
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039673
WELLS MANUFACTURING COMPANY
c/o MIKE HACKWORTHY
2100 WEST LAKE SHORE DR
WOODSTOCK, IL 60098
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039680
WELLS MANUFACTURING COMPANY
c/o JOHN GLENN
2100 WEST LAKE SHORE DR
WOODSTOCK, IL 60098-6911
12/13/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

| | |
|---|---|
| 00039697<br>CONESTOGA-ROVERS & ASSOCIATES<br>c/o STEVEN R VOSS<br>1801 OLD HIGHWAY 8 NW STE 114<br>ST PAUL, MN 55112<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 | 00039703<br>JOSEPH S WRIGHT ESQ<br>c/o MCBRIDE, BAKER & COLES<br>500 WEST MADISON STREET, 40TH FLOOR<br>CHICAGO, IL 60661<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 |
| 00039710<br>ROY BALZWER<br>408 HORSE TRAIL COURT<br>ALAMO, CA 94507<br>12/13/2002<br>    Non-asbestos:     0001<br>    Notice:           0001 | 00039727<br>REMEDIUM GROUP INC<br>c/o PAUL BUCENS<br>REMEDIUM GROUP INC<br>62 WHITTEMORE AVENUE<br>CAMBRIDGE, MA 02140<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 |
| 00039734<br>BROWNING-FERRIS INDUSTRIES<br>c/o LATHROP,NORQUIST & MILLER<br>2345 GRAND MUTUAL BENEFIT LIFE BUILING<br>2345 GRAND AVENUE<br>KANSAS CITY, MO 64108<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 | 00039741<br>BROWNING-FERRIS INDUSTRIES<br>c/o BRUCE JERNIGAN<br>PO BOX 3151<br>HOUSTON, TX 77253<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 |
| 00039758<br>VILLAGE OF WAUCONDA<br>c/o TRIBLER & ORPETT<br>30 NORTH LASALLE STREET SUITE 2200<br>CHICAGO, IL 60602<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 | 00039765<br>LYDIA BELKNAP DUF<br>c/o W.R. GRACE & COMPANY<br>7500 GRACE DRIVE<br>COLUMBIA, MD 21044<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 |
| 00039772<br>LYDIA BELKNAP DUFF<br>c/o W.R. GRACE & COMPANY<br>7500 GRACE DR<br>COLUMBIA, MD 21044<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 | 00039789<br>FELTON WATSON<br>204 VINE ST<br>SULPHUR, LA 70663-6338<br>12/13/2002<br>    Property:         0001<br>    Medical:          0001<br>    Non-asbestos:     0001<br>    Notice:           0001 |

# W.R. Grace & Co. et al

*Service list for requests from 11/12/2002 to 12/17/2002*

---

00039796
JEANNETTE BURKHARDT
12500 STATE HIGHWAY 24  NW
SOUTH HAVEN, MN 55382-2839
12/13/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00039819
PAUL PINGUE
c/o THE CORPORATION OF THE CITY OF NIAGARA FALLS
4310 QUEEN STREET
P.O. BOX 1023
NIAGARA FALLS, ON 00000    CANADA
12/13/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00039833
EDWARD GROSS
5508 HARDISON RD
CHARLOTTE, NC 28226-6430
12/13/2002
    Non-asbestos:    0002
    Notice:    0001

00039857
CHOON CHOONG
570 HOOD ROAD,STE.14
MARKHAM, ON 00000    CANADA
12/13/2002
    Property:    0002
    Notice:    0001

00039871
CHRISTINE LIPSKI
c/o MORGAN  LEWIS & BOCKIUS
1701 MARKET STREET
PHILADELPHIA, PA 19103
12/13/2002
    Non-asbestos:    0001
    Notice:    0001

00039802
HENRY SHEN
520 W. 43RD STREET
APT. 10K
NEW YORK, NY 10036
12/13/2002
    Medical:    0002
    Notice:    0001

00039826
JOHN FIORELLA
c/o ARCHER & GREINER
ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033
12/13/2002
    Non-asbestos:    0004
    Notice:    0001

00039840
KAY BROCK
c/o TEXAS ATTORNEY GENERAL - BANKR. & COLL. DIV.
P. O. BOX 12548
AUSTIN, TX 78711-2548
12/13/2002
    Non-asbestos:    0003
    Notice:    0001

00039864
WATKINS UNITED METHODIST CHURCH
c/o G . WES WORLEY
9800 WESTPORT ROAD
11106 SHADY HOLLOW
LOUISVILLE, KY 40241
12/13/2002
    Property:    0001
    Medical:    0001
    Notice:    0001

00039888
JERRY JULIAN
101 PALM
YUKON, OK 73099
12/17/2002
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

# W.R. Grace & Co. et al
*Service list for requests from 11/12/2002 to 12/17/2002*

---

00039895
JAMES BROWN
35797-118
PO BOX 879
AYER, MA 01432
12/17/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039901
RAYMOND B MCFADDEN
1250 WINKLES RD
SUMTER, SC 29153
12/17/2002
- Property: 0003
- Medical: 0003
- Non-asbestos: 0003
- Notice: 0003

00039918
WILLIAM MONROE
1030 OCEAN TER
DELRAY BEACH, FL 33483-6818
12/17/2002
- Non-asbestos: 0003
- Notice: 0001

00039925
RICHARD CARL
2528 PRESTONWOOD DR
PLANO, TX 75093-8891
12/17/2002
- Non-asbestos: 0001
- Notice: 0001

00039932
HOWARD KARRIEM
1630 LANDIS RD
WINNSBORO, SC 29180-7522
12/17/2002
- Medical: 0001
- Notice: 0001

00039949
CLAUDIA MUWWIKKAL
5119 MONTICELLO RD
COLUMBIA, SC 29203-3449
12/17/2002
- Property: 0001
- Notice: 0001

00039956
CLAY WORMINGTON
3230 MATTHEW AVE NE
ALBUQUERQUE, NM 87107-1927
12/17/2002
- Medical: 0001
- Notice: 0001

00039963
JOHN LYALL
56 RAVEN RD
TIJERAS, NM 87059-8014
12/17/2002
- Medical: 0001
- Notice: 0001

00039970
CHRISTIAN HORN
7123 PO BOX
CARMEL, CA 93921-7123
12/17/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00039987
JODI SWAYNGHAME
868 N OLD MILL RD
EASLEY, SC 29640
12/17/2002
- Non-asbestos: 0001
- Notice: 0001

00039994
TANYA WYNN
2115 CENTRAL PKWY APT F7
DECATUR, AL 35115
12/17/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00040006
TANYA WYNN
2115 CENTRAL PKWY S W APT F7
DECATUR, AL 35601
12/17/2002
- Medical: 0001
- Notice: 0001

# W.R. Grace & Co. et al

*Service list for requests from 11/12/2002 to 12/17/2002*

---

00040013
THONG SENGSOURITH
1028 CORAL RIDGE CIRCLE
RODEO, CA 94572
12/17/2002
- Property: 0001
- Medical: 0001
- Notice: 0001

00040020
ROBERT GORMAN
c/o CRITCHFIELD  CRITCHFIELD & JOHNSTON  LTD.
225 NORTH MARKET STREET
WOOSTER, OH 44691
12/17/2002
- Property: 0003
- Medical: 0003
- Non-asbestos: 0003
- Notice: 0001

00040037
FRED H. BENNETT
528 WEST MAIN STREET
BALDWYN, MS 38824
12/17/2002
- Property: 0002
- Notice: 0001

00040044
DAVID RICE
1674 CARTWRIGHT COURT
DECATUR, GA 30033
12/17/2002
- Property: 0001
- Notice: 0001

00040051
MARTIN PAVELICH
4306 20 ST.
VERNON, BC 00000           CANADA
12/17/2002
- Property: 0001
- Medical: 0001
- Non-asbestos: 0001
- Notice: 0001

00040068
JEANNETTE BURKHARDT
PO BOX N
ANNANDALE, MN 55302
12/17/2002
- Medical: 0001
- Notice: 0001