### Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555      Fax:      (302) 575-1714

WR Grace PD Committee

October 1, 2002 - October 31, 2002
File #:        WR
Inv #:        6094

**Attention:**

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|--------------------------------------------------|-------|----------|
| B14 | Case Administration - | 7.80 | 1,439.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 5.00 | 947.50 |
| B18 | Fee Applications, Others | 8.80 | 1,272.00 |
| B25 | Fee Applications, Applicant - | 10.50 | 1,539.00 |
| B32 | Litigation and Litigation Consulting - | 0.90 | 180.00 |
| B33 | ZAI Science Trial | 0.30 | 53.00 |
| B37 | Hearings - | 0.50 | 100.00 |
| | **Total** | **33.80** | **$5,531.00** |
| | **Grand Total** | **33.80** | **$5,531.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 130.00 | 16.20 | 2,106.00 |
| Rick S. Miller | 175.00 | 3.80 | 665.00 |
| Theodore J. Tacconelli | 200.00 | 13.80 | 2,760.00 |
| **Total** | | **33.80** | **$5,531.00** |

## DISBURSEMENT SUMMARY

| CA | Expenses - | 1,235.50 |
|----|------------|----------|
| | **Total Disbursements** | **$1,235.50** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Oct-01-02 | *Case Administration* - Review pleading re: Supplemental Affidavit of T. Currier re: Equity Committee/Klett Rooney | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors' Objection to Westcon Claims | 0.10 | TJT |
| Oct-02-02 | *Case Administration* - Review pleadings re: Notice of Removal from Service List re: Voss, Luthe, LLP | 0.10 | TJT |
| | *Case Administration* - Teleconference with P. Galbraith re: 9/23/02 Hearing | 0.10 | TJT |
| Oct-03-02 | *Case Administration* - Review e-mail from fee auditor's office and discuss with T. Tacconelli | 0.30 | LLC |
| | *Case Administration* - Call to L. Flores re: Fee Application categories | 0.10 | LLC |
| | *Case Administration* - Update and revise service list | 0.40 | LLC |
| Oct-04-02 | *Case Administration* - Download 9/23/02 hearing transcript | 0.10 | RSM |
| | *Case Administration* - E-mail hearing transcript to Mr. Sakalo | 0.10 | RSM |
| Oct-07-02 | *Case Administration* - Teleconference with K. Sarkissa re: Fraudulent Transfer Litigation | 0.10 | TJT |
| Oct-08-02 | *Case Administration* - Review pleading re: Jay Peak LLC Objection to Motion to Extend Time to Assume or Reject Unexpired Leases of Real Property | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Legal Analysis Systems August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplan Drysdale August 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZYJ July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith August 2002 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooney July 2002 Fee Application | 0.10 | TJT |
| Oct-09-02 | *Case Administration* - Review letter from J. Wolin Adjourning PI CMO hearing | 0.10 | RSM |
| | *Case Administration* - E-mail to Mr. Sakalo and Mr. Baena re: J. Wolin letter dated 10/9/02 | 0.10 | RSM |
| | *Case Administration* - Review pleading re: L. Tersigni August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Order re: Permit of 10/18/02 conference with J. Wolin | 0.10 | TJT |
| Oct-11-02 | *Case Administration* - Prepare and file Objection to Motion to Appoint Trustee | 0.50 | RSM |
| | *Case Administration* - Review pleading re: Appellants Designation of Record and issues on appeal (C. Gerard) | 0.10 | TJT |
| | *Case Administration* - Review pleading Certificate of Counsel re: Order relating to Timothy Kane's Motion to Lift Stay | 0.10 | TJT |
| Oct-12-02 | *Case Administration* - Review pleading re: PI Committees Objection to Settlement Agreement with IRS | 0.10 | TJT |
| Oct-14-02 | *Case Administration* - Review pleading re: Debtors Statement of Amounts Paid to Oridinary Course Professionals | 0.10 | TJT |
| | *Case Administration* - Review letter from D. Siegel to Judge Fitzgerald re: Business Plan | 0.10 | TJT |

|  | | | |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Equity Committee's Response to Motion to Amend Employment Agreement with P. Norris | 0.10 | TJT |
| Oct-16-02 | *Case Administration* - Review pleading; request for removal from service list by Richards Packaging, Inc. | 0.10 | TJT |
| Oct-21-02 | *Case Administration* - Review monthly operating report for August 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PI's Notice of filing of Exhibit 32 to Motion to Appoint Trustee | 0.10 | TJT |
| Oct-22-02 | *Case Administration* - Review pleading re: Debtor's Motion to Direct State Court to Honor Preliminary Injunction re: Kellog | 0.10 | TJT |
| Oct-23-02 | *Case Administration* - Review pleading re: Certification of Counsel re: Order re: Motion to Extend Time for Debtors to Assume or Reject Real Property leases | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Request for Removal from Service List re: Counsel for Perry plaintiffs | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pitney Hardin July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Casner Edwards 1st Interim Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Kramer Levin 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Nelson Mullins 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Steptoe and Johnson 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Klett Rooney 1st Interim Period Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Blackstone Group 1st, 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Legal Analysis Systems 1st, 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Campbell Levine 1st, 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| Oct-24-02 | *Case Administration* - revew e-mail from L. Ferdinand re: spread sheets | 0.30 | LLC |
| | *Case Administration* - Discuss L. Ferdinand's e-mail with T. Tacconelli | 0.10 | LLC |
| Oct-27-02 | *Case Administration* - Review pleading re: FTI Policano August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Duane Morris August 2002 Fee Application | 0.10 | TJT |
| Oct-28-02 | *Case Administration* - Review pleading re: Klett Rooney September 2002 Fee Application | 0.10 | TJT |
| Oct-30-02 | *Case Administration* - Review e-mail from L. Ferdinand re: quarterly spreadsheets | 0.20 | LLC |
| Oct-31-02 | *Case Administration* - Review pleading re: Nelson Mullins September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Certificate of Counsel re: New Hearing Dates for 2003 | 0.10 | TJT |
| | *Case Administration* - Calendar 2003 hearing dates and deadlines | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Debtors 5th Quarterly Report of | 0.10 | TJT |

Asset Sales

| | | | |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Debtors 5th Quarterly Report of Settlements | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: K&E's 1st, 2nd and 3rd Interim Period Fee Applications | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Reed Smith 1st, 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Nelson Mullins 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: L. Tersigni 1st, 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| Oct-03-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 0.80 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.80 | TJT |
| Oct-10-02 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.10 | TJT |
| Oct-17-02 | *Committee, Creditors', Noteholders' or* - Prepare e-mail to J. Sakalo re: Weekly Committee Telephone conference | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphal re: Weekly Committee Telephone conference | 0.10 | TJT |
| Oct-24-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 1.30 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 1.30 | TJT |
| Oct-29-02 | *Committee, Creditors', Noteholders' or* - Review correspondence re: e-mail from R. Ramphal re: Weekly committee telephone conference | 0.10 | TJT |
| Oct-31-02 | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.40 | TJT |
| Oct-01-02 | *Fee Applications, Others* - Review docket re: objections to Bilzin 5th Interim Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: Docket no. 2671 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: docket no. 2671 | 0.40 | LLC |
| | *Fee Applications, Others* - Confer with L. Coggins re: Certificate of No Objection re: Bilzin Sumberg's 5th Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Sumberg's 5th Interim Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Bilzin Sumberg's 5th Interim Quarterly Fee Application | 0.10 | TJT |
| Oct-02-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Certificate of No Objection re: Bilzin Sumberg's 5th Interim Quarterly Fee Application | 0.10 | TJT |
| Oct-04-02 | *Fee Applications, Others* - Finalize Bilzin 13th Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: Bilzin 13th Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 13th Fee Application | 0.50 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg's 13th Interim Fee Application | 0.10 | TJT |
| Oct-10-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: Hamilton Fee Applications | 0.10 | LLC |
| Oct-11-02 | *Fee Applications, Others* - Review and finalize 5th and 6th Hamilton Fee Applications | 0.60 | LLC |
| | *Fee Applications, Others* - E-mail to co-counsel re: 5th and 6th Hamilton Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Draft Certificate of Service re: Hamilton 5th and 6th Fee Applications | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - E-file and serve Hamilton 5th and 6th Fee Applications | 0.60 | LLC |
| | *Fee Applications, Others* - Review Hamilton Rabinovitz Fee Application for 7/2002 | 0.10 | RSM |
| | *Fee Applications, Others* - Review Hamilton Rabinovitz Fee Application for 8/2002 | 0.10 | RSM |
| Oct-13-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo re: HRA's July 2002 and August 2002 Fee Application | 0.10 | TJT |
| Oct-14-02 | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2700 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Review docket re: Objection's to docket no. 2700 | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to J. Sakalo re: Hilsoft 1st quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: docket no. 2700 | 0.40 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Hilsoft Quarterly Fee Application March - June 2002 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Hilsoft Quarterly Fee Application March - June 2002 | 0.10 | TJT |
| Oct-16-02 | *Fee Applications, Others* - Teleconference with J. Sakalo re: Certificate of No Objection re: HRA's Fee Applications | 0.10 | TJT |
| Oct-18-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin 14th Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize for e-filing Bilzin 14th Fee Application and prepare Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 14th Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Sumberg Dunn August 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Bilzin Sumberg Dunn August 2002 Fee Application and Certificate of Service | 0.10 | TJT |
| Oct-21-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: Committee Expense Statement | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Committee Expense statement and prepare Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and Serve Committee 9th Expense Statement | 0.60 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Committees 9th Interim Application for Reimbursement of Expenses | 0.10 | TJT |
| | *Fee Applications, Others* - Review summary of 9th Interim Statement of Committee for Reimbursement of Expenses | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare letter to J. Sakalo re: Bilzin Sumberg August 2002 Fee Application | 0.10 | TJT |
| Oct-25-02 | *Fee Applications, Others* - Review docket re: objections to docket no. 2780 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2780 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - Revise, e-file and serve Certificate of No Objection re: docket no. 2780 | 0.60 | LLC |
| | *Fee Applications, Others* - Review and revise Certificate of No Objection re: Bilzin Sumberg July 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Bilzin Sumberg July 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: | 0.10 | TJT |

Bilzin Sumberg July 2002 Fee Application

| | | | |
|---|---|---|---|
| Oct-01-02 | *Litigation and Litigation Consulting* - Review pleadings re: Certificate of No Objection re: Bank of America's Motion for Relief from Stay to Effectuate Setoff | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Certificate of No Objection re: Bank of America's Motion for Relief from Stay to Effectuate Setoff | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Certificate of No Objection re: Bank of America's Motion for Relief from Stay to Effectuate Setoff | 0.10 | TJT |
| Oct-02-02 | *Litigation and Litigation Consulting* - Teleconference with J. Sakalo re: letter opinion and Order to Show Cause Why Case Management Order Should Not Be Entered | 0.10 | TJT |
| Oct-06-02 | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Response to BOA's Motion | 0.10 | TJT |
| Oct-07-02 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Response to BOA Motion | 0.10 | TJT |
| Oct-10-02 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Application to Third Circuit Court of Appeals | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - E-mail to J. Sakalo re: application for admission to Third Circuit Court of Appeals | 0.10 | TJT |
| Oct-24-02 | *Litigation and Litigation Consulting* - Prepare e-mail to S. McFarland re: Ed Westbrooks telephonic appearance during 10/28/02 hearing | 0.10 | TJT |
| Oct-21-02 | *Hearings* - Review agenda for 10/28/02 hearing | 0.10 | TJT |
| Oct-25-02 | *Hearings* -Review Amended Agenda for 10/28/02 hearing | 0.10 | TJT |
| | *Hearings* -Review e-mail from P. Galbraith re: 10/28/02 hearing canceled | 0.10 | TJT |
| | *Hearings* -Prepare e-mail to J. Sakalo re: 10/28/02 hearing canceled | 0.10 | TJT |
| Oct-26-02 | *Hearings* -Review pleading re: Notice of Cancellation of 10/28/02 hearing | 0.10 | TJT |
| Oct-01-02 | *Fee Applications, Applicant* - Review time entries for July 2002 | 0.50 | LLC |
| Oct-02-02 | *Fee Applications, Applicant* - Review e-mail from fee auditor's office re: summary of 5th interim fees and expenses | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare summary table of fees and expenses through 5th interim Fee Application | 0.40 | LLC |
| Oct-03-02 | *Fee Applications, Applicant* - Review docket re: objections to Fee Applications | 0.20 | LLC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection re: docket no. 2678 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection re: docket no. 2681 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - E-file and serve Certificate of No Objection re: docket no. 2678 and Certificate of Service | 0.50 | LLC |
| | *Fee Applications, Applicant* - E-file and serve Certificate of No Objection re: docket no. 2681 and Certificate of Service | 0.40 | LLC |
| | *Fee Applications, Applicant* - Review time details for July 2002 Fee Application for Ferry, Joseph & Pearce | 0.30 | RSM |
| | *Fee Applications, Applicant* - Review time details for July 2002 Fee Application | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review docket re: Certificate of No Objection re: Ferry, Joseph & Pearce's June 2002 Fee Application and 1st Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce's June 2002 Fee Application | 0.10 | TJT |
| Oct-08-02 | *Fee Applications, Applicant* - Prepare 15th Fee Application of Ferry, Joseph & Pearce | 2.20 | LLC |

| | | | |
|---|---|---|---|
| | *Fee Applications, Applicant* -Review e-mail from W. Smith re: Interim Reports re: 1st through 3rd and 5th Fee Applications | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with L. Coggins re: Responses to Fee Auditors Interim Reports re: 1st through 3rd and 5th Fee Applications | 0.10 | TJT |
| Oct-09-02 | *Fee Applications, Applicant* - E-mail to Fee Auditor re: responses to initial reports | 0.10 | LLC |
| | *Fee Applications, Applicant* - Revise 15th Ferry, Joseph & Pearce Fee Application | 0.40 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve 15th Ferry, Joseph & Pearce Fee Application | 0.60 | LLC |
| | *Fee Applications, Applicant* - Review July 2002 Fee Application | 0.30 | RSM |
| | *Fee Applications, Applicant* - Review and revise July Ferry, Joseph & Pearce 2002 Fee Application | 0.30 | TJT |
| | *Fee Applications, Applicant* - Review docket re: Certificate of No Objection re: Ferry, Joseph & Pearce June 2002 Fee Application | 0.10 | TJT |
| Oct-18-02 | *Fee Applications, Applicant* - Teleconference with M. Steirer re: response to fee auditors initial report re: Ferry, Joseph & Pearce quarterly Fee Application re: 1st, 2nd and 3rd Interim Periods | 0.30 | TJT |
| Oct-24-02 | *Fee Applications, Applicant* - Review time entries in preparations for 15th Fee Application | 0.70 | LLC |
| | *Fee Applications, Applicant* - Review Fee Auditors Final Report re: Ferry, Joseph & Pearce 1st, 2nd and 3rd Interim Period Fee Applications | 0.20 | TJT |
| Oct-30-02 | *Fee Applications, Applicant* - Review time details for Ferry, Joseph & Pearce August 2002 Fee Application | 0.30 | TJT |
| Oct-31-02 | *Fee Applications, Applicant* - Review docket re: objections to docket no. 2792 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 2792 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Applicant* - E-file Certificate of No Objection re: docket no. 2792 | 0.20 | LLC |
| | *Fee Applications, Applicant* - Prepare 16th monthly Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - E-mail to Debtors re: Certificate of No Objection's filed | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re: Ferry, Joseph & Pearce July 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket re: Ferry, Joseph & Pearce July 2002 Fee Application | 0.10 | TJT |
| Oct-22-02 | *ZAI Science Trial* - Review e-mail from J. Sakalo re: ZAI Scheduling Order | 0.10 | TJT |
| Oct-23-02 | *ZAI Science Trial* - Review *ZAI Science Trial* Scheduling Order | 0.10 | TJT |
| Oct-24-02 | *ZAI Science Trial* - Call to J. Sakalo re: ZAI fee category | 0.10 | LLC |
| | Totals | 33.80 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Oct-03-02 | *Expense* - Copying cost | 23.10 |
| | *Expense* - Postage | 8.48 |
| Oct-04-02 | *Expense* - Reliable Copy Service - copies | 116.16 |
| | *Expense* - Copying cost | 19.80 |
| Oct-07-02 | *Expense* - TriState Courier & Carriage | 5.00 |
| | *Expense* - Copying cost | 61.50 |
| Oct-08-02 | *Expense* - Transcript Plus | 400.00 |

| | | |
|---|---|---:|
| Oct-09-02 | *Expense* - Copying cost | 12.90 |
| | *Expense* - Copying cost | 6.75 |
| | *Expense* - Postage | 1.06 |
| Oct-10-02 | *Expense* - Reliable Copy Service - copies | 245.38 |
| Oct-11-02 | *Expense* - TriState Courier & Carriage | 5.00 |
| | *Expense* - Copying cost | 21.60 |
| | *Expense* - Postage | 2.21 |
| Oct-18-02 | *Expense* - PACER Service Center (Billing period of 7/1/02 - 9/30/02) | 3.78 |
| Oct-21-02 | *Expense* - TriState Courier & Carriage | 40.00 |
| | *Expense* - Copying cost | 7.65 |
| | *Expense* - Postage | 2.12 |
| Oct-23-02 | *Expense* - Copying cost | 14.55 |
| Oct-25-02 | *Expense* - Copying cost | 11.40 |
| | *Expense* - Copying cost | 14.82 |
| | *Expense* - Postage | 5.81 |
| Oct-28-02 | *Expense* - Copying cost | 6.90 |
| Oct-29-02 | *Expense* - Federal Express | 106.43 |
| | *Expense* - TriState Courier & Carriage | 10.00 |
| Oct-31-02 | *Expense* - Copying cost | 40.05 |
| | *Expense* - Copying cost | 43.05 |
| | Totals | $1,235.50 |

**Total Fees & Disbursements**                           **$6,766.50**

**Balance Due Now**                           **$6,766.50**