**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et</u> <u>al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: February 3, 2003**<br>**Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE THIRD MONTHY APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION
FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002</u>**

Name of Applicant:                                              Richardson Patrick Westbrook
                                                                           & Brickman, LLC

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                           July 22, 2002

Period for which compensation and
Reimbursement is sought:                                     November 1, 2002 through
                                                                           November 30, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                                   $ 115,319.00

Amount of Expenses Reimbursement:                    $ 5,714.09

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/02 through 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 through 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |

This is the third RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 53.8 | $31,947.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 36.9 | $14,760.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 73.4 | $19,451.00 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 41.5 | $9,960.00 |
| TOTALS | | | | | 205.6 | $76,118.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | .4 | $50.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 124.2 | $15,525.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 49.6 | $6,200.00 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 108.0 | $13,500.00 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 9.9 | $747.00 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 3.8 | $285.00 |
| Sally Hollings | Lit. Support | 4 | Litigation | $75 | 13.5 | $1,012.50 |
| Ian Jones | Comp. Tech | 5 | Litigation | $110 | 17.1 | $1,881.00 |
| TOTALS | | | | | 326.5 | $39,200.50 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 14.2 | $2,390.00 |
| 20-Travel–Non-working | 4.0 | $1,300.00 |
| 22-ZAI Science Trial | 513.9 | $111,629.00 |
| TOTALS | $532.1 | $115,319.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Telephone Expense | |
| Federal Express Overnight Delivery | $7.30 |
| Postage Expense | |
| Telephone Expense – Outside | |
| Duplicating – Internal | $46.95 |
| Documentation Charge | |
| Courier Service | |
| Outside Duplicating | $383.74 |
| Lodging | $178.44 |
| Parking | $28.00 |
| Air Travel Expense | $1,024.30 |
| Rail Travel Expense | |
| Taxi Expense | $64.00 |
| Mileage Expense | |
| Travel Meals | $19.96 |
| Reference Materials | $95.00 |
| Expert Services | $2,235.40 |
| Outgoing Faxes | $96.00 |
| Contract Labor | $1,535.00 |
| Total | $5,714.09 |

Dated: January 13, 2003

ELUZUFON AUSTON REARDON TARLOV &
MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

and

Edward J. Westbrook, Esq.
RICHARDSON PATRICK WESTBROOK
& BRICKMAN
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR ZAI CLAIMANTS

## <u>CERTIFICATE OF SERVICE</u>

I, William D. Sullivan, hereby certify that I caused copy of the foregoing

- Third Monthly Application Of Richardson Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From November 1, 2002 Through November 30, 2002

to be served upon those individuals identified on the attached service list.

I certify the foregoing to be true and correct under the penalty of perjury.


Date: January 13, 2003                                      */s/ William D. Sullivan*
                                                                        William D. Sullivan

SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD   21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899