IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: February 3, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46427.1
01/13/03 10:22 AM

-1-

# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 7, 2003

Bill Number 50407
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through November 30, 2002

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/01/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $21.00 |
| 11/01/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 11/01/02 | EKL | Obtain documents requested by Holme Roberts. | 6.50 Hrs | $520.00 |
| 11/03/02 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $63.00 |
| 11/04/02 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $105.00 |
| 11/04/02 | MTM | Telephone call from paralegal at Grace in Florida re: search for particular RFTS (.2). Receipt of email from paralegal at Holme Roberts requesting additional copies of documents from Winthrop Square for EPA case (.2); respond to email from paralegal at Holme Roberts re: same (.1). Receipt and review of letter from Holme Roberts to EPA and enclosed privilege log (.4). | 0.90 Hrs | $162.00 |
| 11/04/02 | ARA | Receipt of 9 boxes of documents from Cambridge to be reviewed (.5); prepare documents for review (1.0); conference with paralegal re: same (.5); telephone conferences with Holme Roberts paralegal (.1) and MTM (.1) re: same. Telephone call from MTM re: additional boxes of unscannable material to be sent from Boulder for storage at Winthrop Square and re: possible review of same by plaintiff (.1); organize boxes of unscannable material in one location (.9). Oversee wrap up of document review (1.0). Quality control Sales Outside | 5.20 Hrs | $416.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | U.S. documents (1.0). | | |
| 11/04/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/04/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.30 Hrs | $24.00 |
| 11/05/02 | ARA | Discussion with temporary paralegal re: new procedures re: document review. | 0.40 Hrs | $32.00 |
| 11/05/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/05/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 2.00 Hrs | $160.00 |
| 11/06/02 | MTM | Receipt of email from Holme Roberts attorney re: conference call on EPA's objections to Grace's confidential business information claims on certain documents (.1); receipt and review of email from second Holme Roberts attorney re: same (.1); receipt and review of letter from EPA regarding confidential business information issue and memo from Holme Roberts attorney analyzing potential responses (1.5) | 1.70 Hrs | $306.00 |
| 11/06/02 | ARA | Discussion with temporary paralegal re: new procedures re: document review (.5). Oversee wrap up of document review (.7). | 1.20 Hrs | $96.00 |
| 11/06/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/07/02 | MTM | Prepare for conference call re: EPA/confidential business information issue (.3); participate in conference call re: same with in-house counsel and Holme Roberts attorney (.3) | 0.60 Hrs | $108.00 |
| 11/07/02 | ARA | Oversee wrap up of document review. | 2.70 Hrs | $216.00 |
| 11/07/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 7.50 Hrs | $600.00 |
| 11/08/02 | ARA | Quality control production set documents. | 3.50 Hrs | $280.00 |
| 11/08/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/08/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 11/10/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $21.00 |
| 11/11/02 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $210.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/11/02 | MTM | Review and respond to email from Reed Smith paralegal re: status of review of 9 new boxes from Cambridge. | 0.20 Hrs | $36.00 |
| 11/11/02 | ARA | Oversee wrap up of document review. | 1.40 Hrs | $112.00 |
| 11/11/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/11/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.80 Hrs | $64.00 |
| 11/11/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 3.00 Hrs | $240.00 |
| 11/12/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $21.00 |
| 11/12/02 | MTM | Telephone call from in-house counsel re: Sealed Air's expert's request for product information (.2); review product binders at Winthrop Square re: same (1.0); telephone call to in-house counsel re: same (.1); telephone call from in-house counsel re: product binder review (.1); meeting with ARA re: same (.2); review product binders for documents to be produced to Sealed Air's expert (.9). | 2.50 Hrs | $450.00 |
| 11/12/02 | ARA | Conference with MTM re: review of product binders (.2); review and tag binders re: same (2.2). Oversee wrap up of document review (1.8). | 4.20 Hrs | $336.00 |
| 11/12/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/12/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 11/12/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 6.00 Hrs | $480.00 |
| 11/13/02 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $21.00 |
| 11/13/02 | MTM | Review product binders tagged by ARA per request of in-house counsel re: Sealed Air's expert (.5); telephone call to in-house counsel re: same (.1); letter to in-house counsel re: same (.1); review of copies to send to in-house counsel and Kirkland & Ellis re: same (.4) | 1.10 Hrs | $198.00 |
| 11/13/02 | ARA | Review product binders and arrange for information to be copied per in-house counsel's request (2.8). Oversee wrap up of document review (1.6). | 4.40 Hrs | $352.00 |
| 11/13/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/13/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM (.1); update bankruptcy court docket entries for RAM (.1). | 0.20 Hrs | $16.00 |
| 11/13/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 4.00 Hrs | $320.00 |
| 11/14/02 | RAM | Conference with MTM re: product information sent to in-house counsel for Sealed Air. | 0.10 Hrs | $21.00 |
| 11/14/02 | MTM | Conference with ARA re: estimated completion date for review of 9 new boxes from Cambridge (.1); email to Reed Smith paralegal re: same (.1). | 0.20 Hrs | $36.00 |
| 11/14/02 | ARA | Discussions with paralegal re: status of review of 9 boxes in Cambridge (.2). discussion with MTM re: same (.1). Oversee wrap up of document review (3.7). | 4.00 Hrs | $320.00 |
| 11/14/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 5.50 Hrs | $440.00 |
| 11/15/02 | ARA | Oversee wrap up of document review. | 5.00 Hrs | $400.00 |
| 11/15/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/18/02 | ARA | Oversee wrap up of document review (3.5). Receive and organize boxes of unscannable material from Colorado (1.0). | 4.50 Hrs | $360.00 |
| 11/18/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/19/02 | ARA | Oversee wrap up of document review. | 0.40 Hrs | $32.00 |
| 11/19/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 6.00 Hrs | $480.00 |
| 11/19/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 11/20/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.20 Hrs | $42.00 |
| 11/21/02 | RAM | Read selected documents filed in bankruptcy court (.1). Conference with MTM re: tests done on MK 4 and 5 requested by in-house counsel (.2). | 0.30 Hrs | $63.00 |
| 11/21/02 | MTM | Telephone call from in-house counsel re: Monokote 4 and 5 tests (.2); review standard trial exhibits re: same (1.4); telephone call to in-house counsel re: same (.1); conference with RAM re: same (.2); letter to in-house counsel with documents (.2). | 2.10 Hrs | $378.00 |
| 11/21/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 7.00 Hrs | $560.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/21/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $32.00 |
| 11/22/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/25/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/26/02 | DBM | Search for documents re: tests per request of Holme Roberts. | 0.80 Hrs | $152.00 |
| 11/26/02 | MTM | Telephone call from Holme Roberts attorney re: EPA/confidential business information issues and documents at Winthrop Square (.3); email to in-house counsel re: same (.3). Telephone call from Holme Roberts paralegal requesting identification of repository boxes which contain tests (.1); conference with DBM re: same (.1); review list of possibly responsive boxes re: same (.5); letter to Holme Roberts paralegal re: same (.2) | 1.50 Hrs | $270.00 |
| 11/26/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/27/02 | GRB | Review documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 11/27/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| | | TOTAL LEGAL SERVICES | | $17,932.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.80 Hrs | 210/hr | $588.00 |
| DONNA B. MACKENNA | 0.80 Hrs | 190/hr | $152.00 |
| MATTHEW T. MURPHY | 10.80 Hrs | 180/hr | $1,944.00 |
| ANGELA R. ANDERSON | 36.90 Hrs | 80/hr | $2,952.00 |
| GARY R. BELLINGER | 130.00 Hrs | 80/hr | $10,400.00 |
| MARCI E. VANDERHEIDE | 2.20 Hrs | 80/hr | $176.00 |
| EDWARD K. LAW | 21.50 Hrs | 80/hr | $1,720.00 |
| | 205.00 Hrs | | $17,932.00 |

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $17,932.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 31, 2002

Bill Number 50375
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through November 30, 2002

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/01/02 | RAM | Continue work on response to Fee Auditor's Initial Report for 5th Interim Period (1.0). Continue preparation of September fee application (1.5). | 2.50 Hrs | $525.00 |
| 11/01/02 | MTM | Work on September fee application. | 2.50 Hrs | $450.00 |
| 11/02/02 | RAM | Work on September fee application. | 1.00 Hrs | $210.00 |
| 11/03/02 | RAM | Work on September fee application. | 0.20 Hrs | $42.00 |
| 11/04/02 | RAM | Work on September fee application. | 1.80 Hrs | $378.00 |
| 11/04/02 | MTM | Work on responses to fee auditor's questions. | 0.60 Hrs | $108.00 |
| 11/05/02 | RAM | Work on September fee application (1.0); conferences with MTM re: same (.2). | 1.20 Hrs | $252.00 |
| 11/05/02 | MTM | Work on responses to questions from fee auditor (.5); advise RAM (.2). | 0.70 Hrs | $126.00 |
| 11/05/02 | ARA | Telephone call from MTM with questions re: paralegal's September time (.1); review time and discussion with paralegal re: same (.5). | 0.60 Hrs | $48.00 |
| 11/06/02 | RAM | Work on September fee application (.9); send it to client for review (.1). | 1.00 Hrs | $210.00 |
| 11/07/02 | RAM | Read Fee Auditor's Final Report re: 5th Interim Period (.1). Conference with in-house counsel re: September fee application (.1); make changes in fee application (.1). Calculate time spent in preparing September fee application and including it in fee application (.2). | 0.50 Hrs | $105.00 |

David B. Siegel

Re: Fee Applications, Applicant

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/08/02 | RAM | Finalize September fee application (.1) and send it to Delaware counsel for filing (.1). | 0.20 Hrs | $42.00 |
| 11/12/02 | RAM | Review draft Quarterly Fee Application for Sixth Interim Period. | 0.30 Hrs | $63.00 |
| 11/13/02 | RAM | Finalize quarterly fee application for sixth interim period and send it to Delaware counsel for filing. | 0.20 Hrs | $42.00 |
| 11/14/02 | RAM | Review final version of quarterly fee application. | 0.10 Hrs | $21.00 |
| 11/22/02 | RAM | Work on October fee application. | 1.30 Hrs | $273.00 |
| 11/23/02 | RAM | Work on October fee application. | 2.10 Hrs | $441.00 |
| 11/24/02 | RAM | Work on October fee application. | 1.50 Hrs | $315.00 |
| 11/27/02 | RAM | Finalize October fee application and send it to client for review. | 0.50 Hrs | $105.00 |
| | | TOTAL LEGAL SERVICES | | $3,756.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 14.40 Hrs | 210/hr | $3,024.00 |
| MATTHEW T. MURPHY | 3.80 Hrs | 180/hr | $684.00 |
| ANGELA R. ANDERSON | 0.60 Hrs | 80/hr | $48.00 |
| | 18.80 Hrs | | $3,756.00 |

TOTAL THIS BILL $3,756.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 7, 2003

Bill Number 50409
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## LEGAL SERVICES

Through November 30, 2002

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/01/02 | MTM | Conference with paralegal at Winthrop Square re: project to search for documents requested by plaintiffs in second request for production. | 0.30 Hrs | $54.00 |
| 11/01/02 | ARA | Inventory documents in Cambridge with in-house counsel. | 7.50 Hrs | $600.00 |
| 11/03/02 | RAM | Review list of documents to select those to be obtained for in-house counsel. | 1.30 Hrs | $273.00 |
| 11/04/02 | RAM | Read email re: 9 new boxes of material in Cambridge (.1); conference with MTM re: what was located and who will review (.1). | 0.20 Hrs | $42.00 |
| 11/04/02 | MTM | Telephone call from Reed Smith attorney re: plaintiffs' request for use of Grace's work product means at repository and status of searches using same (.6). Telephone call from ARA re: 9 boxes of new documents from Cambridge to be reviewed and scanned (.2); email to Holme Roberts and Reed Smith attorneys re: same (.6); email to Holme Roberts paralegal re: same and location of additional unscannable materials in Boulder (.2). Email to in-house counsel re: inventory of vermiculite samples in Cambridge last week (.2). Review 9 new boxes from Cambridge at Winthrop Square re: estimates for time to process and scan and general categories of documents (3.0); conference with RAM re: | 5.40 Hrs | $972.00 |

Page 1

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
|  |  | same (.1). Receipt of email from in-house counsel re: production of Zonolite attic insulation bags (.1); draft response to in-house counsel re: same (.1). Letter from plaintiffs' counsel re: production of ledgers in Denver (.1); email to Holme Roberts paralegal re: same (.2) |  |  |
| 11/04/02 | ARA | Telephone call from in-house counsel re: MTM's inventory of items at Grace, Cambridge (.1); telephone call to MTM re: same (.1). | 0.20 Hrs | $16.00 |
| 11/04/02 | EKL | Obtain documents requested by RAM. | 7.50 Hrs | $600.00 |
| 11/05/02 | RAM | Read response to E. Westbrook's letters re: discovery issues (.1); conference with MTM re: same (.1). Read memos with guidelines for reviewing 9 new boxes of material located in Cambridge (.1). | 0.30 Hrs | $63.00 |
| 11/05/02 | MTM | Email to in-house counsel, Holme Roberts attorney and Reed Smith attorney re: additional information re: 9 new boxes from Cambridge (1.1). Receipt and review of draft response to plaintiffs' counsel's letter re: discovery issues (.3). Receipt and review of email from in-house counsel re: his comments on draft response (.1). Receipt and review of response from paralegal at Reed Smith and two attorneys at Holme Roberts re: 9 new boxes from Cambridge to be reviewed (.4); draft new review guidelines for 9 new boxes (1.3); meeting with reviewers at Winthrop Square re: review guidelines (1.0). Telephone call from Reed Smith attorney re: draft response letter and plaintiffs' request for testing documents (.2). Telephone call from in-house counsel re: storage of attic insulation bags at Winthrop Square (.4); telephone call to ARA re: same (.1). Search for attic insulation test results conducted at particular residence (1.1). | 6.00 Hrs | $1,080.00 |
| 11/05/02 | ARA | Work on project of obtaining documents requested by RAM (1.0). Telephone call from MTM re: storage of attic insulation bags at Winthrop Square (.1) and re: inventory of material at Cambridge (.1). | 1.20 Hrs | $96.00 |
| 11/05/02 | EKL | Obtain documents requested by RAM. | 5.50 Hrs | $440.00 |
| 11/06/02 | MTM | Review copy sets of attic insulation test documents (.2); letter to Reed Smith attorney and in-house counsel at Grace re: same (.3).Telephone call to in-house counsel re: information on lack of manufacturing date code on ZAI bags re: second interrogatories (.1); receipt and review of email from in-house counsel re: bag codes for second discovery request (.1). | 0.70 Hrs | $126.00 |

Page 2

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/06/02 | ARA | Discussion with paralegal re: status of obtaining documents requested by RAM and MTM (.1); evaluate quality of the documents (.2). | 0.30 Hrs | $24.00 |
| 11/06/02 | EKL | Obtain documents requested by RAM. | 7.50 Hrs | $600.00 |
| 11/07/02 | RAM | Review and select documents to send to in-house counsel (1.5). Conference with paralegal re: same (.1). | 1.60 Hrs | $336.00 |
| 11/07/02 | MTM | Telephone call re: storage of attic insulation bags at Winthrop Square. | 0.20 Hrs | $36.00 |
| 11/07/02 | ARA | Work on problem of illegible documents obtained for MTM (1.7). Search for and locate original documents requested by RAM (.7). | 2.40 Hrs | $192.00 |
| 11/07/02 | EKL | Obtain documents requested by RAM. | 7.00 Hrs | $560.00 |
| 11/08/02 | RAM | Read emails with coding instructions for reviewing 9 boxes of new material in Cambridge. | 0.10 Hrs | $21.00 |
| 11/08/02 | ARA | Search for and locate original documents, per RAM's request (2.8). Telephone call to MTM re: attic insulation bags (.1); conference with paralegal re: storage of same (.1). | 3.00 Hrs | $240.00 |
| 11/08/02 | EKL | Obtain documents requested by RAM. | 7.00 Hrs | $560.00 |
| 11/11/02 | RAM | Read emails from Reed Smith attorney and in-house counsel re: sending fees and expenses to former (.1); respond to same (.1). Review and select documents to send to in-house counsel (.7). | 0.90 Hrs | $189.00 |
| 11/11/02 | DBM | Search for documents of certain persons and ZAI at request of plaintiff counsel. | 2.10 Hrs | $399.00 |
| 11/11/02 | MTM | Receipt and review of letters from Reed Smith attorney and plaintiffs' attorney re: reply to offer to use work product means for documents at Winthrop Square (.2); review memo re: prior uses of same for plaintiffs' counsel re: same (.1); conference with DBM re: same (.1); email to Reed Smith attorney re: same (.1). Receipt and review of draft answers to second interrogatories and document request (1.8); draft email response to Reed Smith attorney and in-house counsel re: same (.4); review documents to be produced in response to plaintiff's document request no. 5 (.2). Telephone call from ARA re: receipt of attic insulation bags (.1); assist in receipt of same at Winthrop Square (confirm numbering, type of bags, etc.) (1.2); email from in-house counsel and Reed Smith counsel re: same and lack of information on bags re: manufacturing date code (.3); email from Reed Smith re: second document requests (.2); review attic insulation bags at Winthrop square re: same (1.0); telephone call to Reed Smith attorney re: same (.2). | 5.90 Hrs | $1,062.00 |

David B. Siegel

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/02 | ARA | Oversee receipt of attic insulation bags at Winthrop Square (1.7); discussions with MTM re: same (.4). Oversee the completion of obtaining documents for RAM; answer questions re: same (.6). Discussions with MTM (.4) and paralegal (.5) re: obtaining documents. | 3.60 Hrs | $288.00 |
| 11/11/02 | EKL | Obtain documents requested by RAM. | 4.50 Hrs | $360.00 |
| 11/12/02 | RAM | Send selected documents to in-house counsel. | 0.10 Hrs | $21.00 |
| 11/12/02 | MTM | Review list of documents for named current and former Grace employees re: use of work product means for plaintiffs (.6). Review documents at Winthrop Square responsive to second document request no. 3 (1.8). Receipt and review of completed Quality Control Standards Memo re: bag labelling requirements re: answers to 2nd interrogatories (.2). Email from in-house counsel re: attic insulation bags received yesterday (.2); review bags at Winthrop Square (1.0); telephone call to in-house counsel re: same (.2). | 4.00 Hrs | $720.00 |
| 11/12/02 | ARA | Assist with locating original documents requested by MTM (.7); answer questions of paralegals re: same (.4). | 1.10 Hrs | $88.00 |
| 11/13/02 | MTM | Review documents to produce to plaintiffs re: interrogatory no. 3 (1.0). Receipt and review of revised draft responses to 2nd discovery requests (.3); email to Reed Smith attorney with comments on same (.1); letter to Reed Smith attorney re: documents to be produced (.4). Receipt and review of draft response to plaintiffs' counsel's letter re: use of work product means at Winthrop Square (.2); draft email to Reed Smith attorney with comments on same (.1). Receipt and review of email from in-house counsel re: vermiculite sample inventory at Cambridge (.2); telephone call from in-house counsel re: same and re: attic insulation bags (.3); draft note to file re: same (.2). | 2.80 Hrs | $504.00 |
| 11/13/02 | ARA | Work with paralegal to obtain documents for MTM (.5); answer questions re: same (.2). | 0.70 Hrs | $56.00 |
| 11/13/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 3.50 Hrs | $280.00 |
| 11/14/02 | RAM | Read email from in-house counsel with inventory of material reviewed in Cambridge; review inventory for anything responsive (.2). Conferences with MTM re: documents sent to Reed Smith attorney in response to plaintiffs' requests to produce (.1) and re: material inventoried by in-house counsel (.1). | 0.40 Hrs | $84.00 |
| 11/14/02 | MTM | Receipt and review of email from in-house counsel re: attic insulation bags (.1); telephone call re: additional bags to be stored at Winthrop Square (.1); email to in-house counsel re: same (.1). | 0.30 Hrs | $54.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/14/02 | ARA | Discussion with MTM re: completion of in-house counsel's inventory of items in Cambridge. | 0.30 Hrs | $24.00 |
| 11/14/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 7.50 Hrs | $600.00 |
| 11/15/02 | MTM | Telephone call to D. Croce at Grace re: access to vermiculite samples today to continue sample inventory (.2); work on inventory of vermiculite samples in Cambridge (5.2); travel re: same (.4 - 1/2 time). | 5.80 Hrs | $1,044.00 |
| 11/15/02 | ARA | Work on project of obtaining documents for MTM. | 0.50 Hrs | $40.00 |
| 11/15/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 6.50 Hrs | $520.00 |
| 11/18/02 | MTM | Complete inventory of vermiculite samples in Cambridge (2.7); travel re: same (.3 - 1/2 time ). Conference with ARA re: status of document retrieval project re: documents requested by plaintiffs (.2). Receipt and review of Grace's "as-filed" response to 2nd discovery request (.1). Receipt and review of November 15 letter to plaintiff re: production of compact disks and supplemental privilege list (.1). Conference with ARA re: receipt of Boulder unscannable materials boxes (.1); email to paralegal at Holme Roberts re: same (.2). Conference with ARA re; status of project re: use of work product means at Winthrop Square (.1). | 3.80 Hrs | $684.00 |
| 11/18/02 | ARA | Discussions with MTM (.3) and paralegal (.8) re: status of obtaining documents for MTM. | 1.10 Hrs | $88.00 |
| 11/18/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 7.50 Hrs | $600.00 |
| 11/19/02 | RAM | Read email from in-house counsel re: any documents re: ZAI testing at a particular location; have DBM do search for documents. | 0.10 Hrs | $21.00 |
| 11/19/02 | DBM | Search for any documents re: possible testing of ZAI at a particular location; none found. | 0.40 Hrs | $76.00 |
| 11/19/02 | ARA | Quality control documents after production to ZAI plaintiffs (2.7). Receipt of attic insulation bags for storage at Winthrop Square (1.0). | 3.70 Hrs | $296.00 |
| 11/19/02 | GRB | Assist with receipt of attic insulation bags. | 0.50 Hrs | $40.00 |
| 11/19/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 7.50 Hrs | $600.00 |
| 11/20/02 | RAM | Conferences with MTM re: reviewing advertising documents and photos from literature fulfillment room re: ZAI installation (.1). Telephone call to ARA to look for photographs (.1) | 0.20 Hrs | $42.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 11/20/02 | MTM | Conference with ARA re: 9 attic insulation bags received yesterday (.2); review file re: email citing different number of bags (.1). Conference with RAM re: certain attic insulation tests (.1); review file of attic insulation tests (.5); conference with ARA re: searching attic insulation advertising materials for same (.1); telephone call to paralegal at Winthrop Square re: attic insulation bag (.2); email to in-house counsel re: same (.2). Revise vermiculite sample inventory (.9). Receipt and review of 3rd document request from Reed Smith attorney (.2). | 2.50 Hrs | $450.00 |
| 11/20/02 | ARA | Per RAM's request, search for photos in attic insulation ads (1.4). Discussion with MTM re: receipt of attic insulation bags (.2). Discussion with temporary paralegal re: status of document project (.2). | 1.80 Hrs | $144.00 |
| 11/20/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production (6.9). Review attic insulation bags for information requested by MTM (.6). | 7.50 Hrs | $600.00 |
| 11/21/02 | RAM | Conference with MTM re: not locating certain photographs re: ZAI application. | 0.10 Hrs | $21.00 |
| 11/21/02 | DBM | Search for and find file folder documents per plaintiffs' counsel request. | 1.70 Hrs | $323.00 |
| 11/21/02 | MTM | Revise vermiculite sample inventory (.5). Telephone call from ARA re: search of attic insulation advertisements (.1). Work on response to 3rd document request (.3); email to DBM re: same (.1); email to Reed Smith attorney re: same (.1). Review list of documents possibly responsive to 3rd document request (.3). | 1.40 Hrs | $252.00 |
| 11/21/02 | ARA | Assist in locating original documents re: document response (.5). Search for certain photos in attic insulation ads (1.3). | 1.80 Hrs | $144.00 |
| 11/21/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 8.00 Hrs | $640.00 |
| 11/22/02 | RAM | Read emails re: responding to plaintiffs' third document request re: Attic Insulation - -Hazard Evaluation notation and conference with MTM re: same (.1); review ZAI documents for any responsive documents (.7). | 0.80 Hrs | $168.00 |
| 11/22/02 | MTM | Continue review of list for documents possibly responsive to 3rd document request (.8); email to Reed Smith attorney re: results of search for such documents (.5); review Winthrop Square box index to locate certain files possibly responsive to 3rd document request (.2); telephone call to paralegal at Winthrop Square re: same (.2). Receipt and review of email from Reed Smith counsel and letter from plaintiff's counsel re: majority of documents produced on disk lacking dates (.2); email | 4.20 Hrs | $756.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | response to Reed Smith counsel re: same (.4). Review certain files at Winthrop Square re: 3rd request for production (1.9). | | |
| 11/22/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 8.00 Hrs | $640.00 |
| 11/25/02 | RAM | Read email re: responding to third document request. | 0.10 Hrs | $21.00 |
| 11/25/02 | MTM | Continue review of documents responsive to 3rd document request (.9). Revise vermiculite sample inventory (.5). Email to Reed Smith attorneys and in-house counsel re: response to 3rd document request (.4). | 1.80 Hrs | $324.00 |
| 11/25/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 8.00 Hrs | $640.00 |
| 11/26/02 | MTM | Telephone call from paralegal at Winthrop Square re: status of project to obtain documents for plaintiffs (.2); email to Reed Smith counsel re: same (.4). | 0.60 Hrs | $108.00 |
| 11/26/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 8.00 Hrs | $640.00 |
| 11/27/02 | EKL | Per MTM, search for and obtain documents to respond to 2nd request for production. | 8.00 Hrs | $640.00 |
| | | | TOTAL LEGAL SERVICES | $22,222.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 6.20 Hrs | 210/hr | $1,302.00 |
| DONNA B. MACKENNA | 4.20 Hrs | 190/hr | $798.00 |
| MATTHEW T. MURPHY | 45.70 Hrs | 180/hr | $8,226.00 |
| ANGELA R. ANDERSON | 29.20 Hrs | 80/hr | $2,336.00 |
| GARY R. BELLINGER | 0.50 Hrs | 80/hr | $40.00 |
| EDWARD K. LAW | 119.00 Hrs | 80/hr | $9,520.00 |
| | 204.80 Hrs | | $22,222.00 |

| | |
|---|---|
| TOTAL THIS BILL | $22,222.00 |