**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 31, 2002

Bill Number 50377
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through November 30, 2002

EXCESS POSTAGE                                                                         $18.56

FEDERAL EXPRESS

| | | |
|---|---|---|
| 11/19/02 | To Holme Roberts paralegal from Matthew T. Murphy on 10/24/02 | 69.89 |
| 11/19/02 | To Holme Roberts paralegal from MTM on 10/25/02 | 113.70 |
| 11/20/02 | To in-house counsel from MTM on 11/13/02 | 25.90 |
| 11/20/02 | To Kirkland Ellis attorney from MTM on 11/13/02 | 24.39 |

$233.88

PHOTOCOPYING

| | | |
|---|---|---|
| 11/06/02 | 19 copies. | 2.28 |
| 11/18/02 | 24 copies. | 2.88 |

$5.16

TELEPHONE

| | | | |
|---|---|---|---|
| 11/07/02 | 329 | 5613621533 | 1.57 |
| 11/26/02 | 329 | 3038660478 | 0.36 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through November 30, 2002

TELEPHONE

| 11/26/02 | 329 | 3038660479 | 1.20 | |
| 11/26/02 | 357 | 3038660200 | 4.42 | |
| | | | | $7.55 |

MISCELLANEOUS

| 11/13/02 | RECORDKEEPER ARCHIVE - monthly storage fee (11/02) | 388.80 | |
| | | | $388.80 |

| | TOTAL DISBURSEMENTS | $653.95 |

| | TOTAL THIS BILL | $653.95 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 31, 2002

Bill Number 50378
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through November 30, 2002

FEDERAL EXPRESS

| | | |
|---|---|---|
| 11/20/02 | To Scotta McFarland from RAM on 11/13/02 | 17.05 |
| 11/20/02 | To Scotta McFarland, Esq. from RAM on 11/08/02 | 11.76 |
| | | $28.81 |

PHOTOCOPYING

| | | |
|---|---|---|
| 11/08/02 | 114 copies. | 13.68 |
| 11/08/02 | 65 copies. | 7.80 |
| 11/08/02 | 34 copies. | 4.08 |
| 11/12/02 | 33 copies. | 3.96 |
| 11/13/02 | 92 copies. | 11.04 |
| | | $40.56 |

TELEPHONE

| | | | |
|---|---|---|---|
| 11/06/02 | 357 | 5613621583 | 2.31 |
| 11/06/02 | 357 | 5613621583 | 2.31 |
| 11/12/02 | 357 | 4122883063 | 1.85 |
| 11/12/02 | 357 | 5613621583 | 1.38 |

David B. Siegel

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through November 30, 2002

TELEPHONE

| | | | |
|---|---|---|---:|
| 11/13/02 | 357 | 3026524400 | 0.46 |
| 11/27/02 | 357 | 5613621583 | 3.68 |
| 11/27/02 | 357 | 5613621583 | 3.68 |

| | |
|---|---:|
| | $15.67 |
| TOTAL DISBURSEMENTS | $85.04 |
| TOTAL THIS BILL | $85.04 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 31, 2002

Bill Number  50379
File Number  0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through November 30, 2002

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 11/01/02 | To Reed Smith attorney from MTM on 10/8/02 | 1,115.37 |
| 11/19/02 | To in-house counsel from MTM on 11/06/02 | 17.05 |
| 11/19/02 | To Reed Smith attorney from MTM on 11/06/02 | 22.66 |
| 11/19/02 | To Robert M. Turkewtiz, Esq. from Matthew T. Murphy on 10/24/02 | 24.79 |
| 11/19/02 | To in-house counsel from Matthew T. Murphy on 10/24/02 | 20.94 |
| 11/19/02 | To in-house counsel from RAM on 10/31/02 | 16.03 |
| 11/19/02 | To Reed Smith attorney from Matthew T. Murphy on 10/22/02 | 19.47 |
| 11/19/02 | To Robert M. Turkewitz from MTM on 10/28/02 | 19.45 |
| 11/20/02 | To in-house counsel from RAM on 11/12/02 | 18.35 |
| 11/20/02 | To in-house counsel from MTM on 11/13/02 | 52.66 |
| 11/20/02 | To Holme Roberts paralegal from MTM on 11/01/02 | 113.70 |

$1,440.47

PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 11/06/02 | 209 copies. | 25.08 |
| 11/06/02 | 3 copies. | 0.36 |

Page 1

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through November 30, 2002

PHOTOCOPYING

| Date | Description | Amount |
|---|---|---|
| 11/06/02 | 210 copies. | 25.20 |
| 11/06/02 | 9 copies. | 1.08 |
| 11/06/02 | 232 copies. | 27.84 |
| 11/06/02 | 63 copies. | 7.56 |
| 11/06/02 | 4 copies. | 0.48 |
| 11/06/02 | 10 copies. | 1.20 |
| 11/07/02 | 89 copies | 10.68 |
| 11/12/02 | 18 copies. | 2.16 |
| 11/12/02 | 275 copies. | 33.00 |
| 11/12/02 | 102 copies. | 12.24 |
| 11/12/02 | 11 copies. | 1.32 |
| 11/22/02 | 2 copies. | 0.24 |
| 11/22/02 | 1 copy. | 0.12 |
| | | $148.56 |

TELEPHONE

| Date | | | Amount |
|---|---|---|---|
| 11/05/02 | 329 | 5613621533 | 2.21 |
| 11/12/02 | 329 | 5613621532 | 0.98 |
| | | | $3.19 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $1,592.22 |
| TOTAL THIS BILL | $1,592.22 |