IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 3, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR PITNEY HARDIN KIPP & SZUCH LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD
### NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 11/01/02 | Follow up regarding correspondence to adversary regarding Judge's decision and interim order. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| 11/01/02 | Attend to litigation issues. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |
| 11/03/02 | Review and comment on draft URS report on site remediation issues. | | |
| 14 | W. Hatfield | 1.0 | 240.00 |
| 11/04/02 | Call with S. Honl at URS on draft report and comments on same regarding CEA, sampling and NFA issues. | | |
| 14 | W. Hatfield | 0.6 | 144.00 |
| 11/04/02 | Phone call from Judge McLaughlin's law clerk regarding trial exhibits to be picked up. Make arrangements for same. | | |
| 7 | S. Purrington | 0.3 | 30.00 |
| 11/06/02 | E-mail from A. Nagy concerning calculation of money judgment. | | |
| 3 | R. Rose | 0.2 | 70.00 |
| 11/06/02 | Telephone from Weja counsel concerning proposed form of interim judgment. | | |
| 3 | R. Rose | 0.3 | 105.00 |
| 11/06/02 | Discuss proposed form of interim judgment with W. Hatfield. | | |
| 3 | R. Rose | 0.2 | 70.00 |
| 11/06/02 | Address trial evidence. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |
| 11/06/02 | Address memo from client on damages award - attend to same and prepare response memo on interim order issues. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |
| 11/06/02 | Address memo with R. Rose. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |

| 11/07/02 14 | Follow up regarding order and information for client regarding judgment. A. Marchetta | 0.5 | 205.00 |
|---|---|---|---|
| 11/07/02 3 | Review Weja responses to proposed form of interim judgment. R. Rose | 1.3 | 455.00 |
| 11/07/02 3 | Review responses with B. Hatfield. R. Rose | 0.5 | 175.00 |
| 11/07/02 14 | Address case issues on proposed form of interim order. W. Hatfield | 0.5 | 120.00 |
| 11/07/02 14 | Address letter form Weja counsel on proposed form of interim order. W. Hatfield | 0.5 | 144.00 |
| 11/07/02 14 | Analyze matter with R. Rose and attend to interest issues. W. Hatfield | 0.5 | 120.00 |
| 11/07/02 7 | Work with W. Hatfield regarding pre-judgment interest calculations. S. Purrington | 0.6 | 60.00 |
| 11/07/02 7 | Prepare excel spreadsheet showing pre-judgment interest calculations. S. Purrington | 1.6 | 160.00 |
| 11/08/02 14 | Address interim order issues and attorneys fees and cleanup costs. W. Hatfield | 0.8 | 192.00 |
| 11/08/02 14 | Direct S. Purrington on interest and damages calculations for matter. W. Hatfield | 0.2 | 48.00 |
| 11/08/02 7 | Prepare Pre-judgment interest spreadsheets as requested by W. Hatfield. S. Purrington | 1.8 | 180.00 |
| 11/08/02 7 | Confer with W. Hatfield regarding pre-judgment interest calculations. S. Purrington | 0.8 | 80.00 |
| 11/10/02 14 | Attend to post trial issues and review. W. Hatfield | 1.0 | 240.00 |
| 11/10/02 14 | Attend to Weja cost issues for affidavits in matter. W. Hatfield | 1.0 | 240.00 |
| 11/11/02 14 | Attend to post trial costs issues and receipt of official opinion. W. Hatfield | 0.4 | 96.00 |

| 11/11/02 | Memos to A. Marchetta and R. Rose on post trial costs issues and receipt of official opinion. | | |
| 14 | W. Hatfield | 0.6 | 144.00 |

| 11/11/02 | Direct S. Purrington on post trial costs issues and receipt of official opinion and attend to URS invoices for Cleanup costs. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |

| 11/11/02 | Prepare letter to clients on post trial costs issues and receipt of official opinion. | | |
| 14 | W. Hatfield | 0.7 | 168.00 |

| 11/11/02 | Prepare Pre-judgment interest spreadsheets as requested by W. Hatfield. | | |
| 7 | S. Purrington | 2.2 | 220.00 |

| 11/11/02 | Confer with W. Hatfield regarding pre-judgment interest calculations. | | |
| 7 | S. Purrington | 0.7 | 70.00 |

| 11/12/02 | Review WEJA comments concerning proposed form of interim judgment. | | |
| 3 | R. Rose | 0.3 | 105.00 |

| 11/12/02 | Telephone Weja counsel concerning proposed form of interim judgment. | | |
| 3 | R. Rose | 0.3 | 105.00 |

| 11/12/02 | Discuss proposed form of interim judgment with B. Hatfield. | | |
| 3 | R. Rose | 0.2 | 70.00 |

| 11/12/02 | Address costs and order and draft damages charts with S. Purrington and provide direction on same. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |

| 11/12/02 | Memo and direct D. McKillop on interest and attorney's fees recovery research for Weja. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |

| 11/12/02 | Conference call with R. Rose and F. Biehl on matter. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |

| 11/12/02 | Address proposed order comments and disputes on damages and fees issues. | | |
| 14 | W. Hatfield | 1.1 | 264.00 |

| 11/12/02 | Review attorney's fees/interest thereon issues. | | |
| 14 | D. McKillop | 2.7 | 418.50 |

| 11/12/02 | Review attorney's fees/interest thereon issues with W. Hatfield. | | |
| 14 | D. McKillop | 0.3 | 46.5 |

| 11/12/02 | Prepare summary spreadsheet showing total damages against Weja and Teich. | | |
| 7 | S. Purrington | 1.2 | 120.00 |

| 11/12/02 | Confer with W. Hatfield regarding summary spreadsheet. | | |
| 7 | S. Purrington | 0.4 | 40.00 |

| 11/12/02 | Review all PHKS invoices and prepare summary of spill act attorney's fees. | | |
| 7 | S. Purrington | 1.2 | 120.00 |

| 11/12/02 | Confer with W. Hatfield regarding summary of spill act attorney's fees. | | |
| 7 | S. Purrington | 0.9 | 90.00 |

| 11/13/02 | Attend to evidence exhibits from Trial at Courthouse; address URS costs and forward same with letter to F. Biehl for review. | | |
| 14 | W. Hatfield | 0.5 | 120.00 |

| 11/13/02 | Prepare 10/18/02 decision transcripts for uploading into ISYS as requested by W. Hatfield.  Phone calls to transcription agency regarding same. | | |
| 7 | S. Purrington | 0.8 | 80.00 |

| 11/13/02 | Prepare Spill Act attorney's fees as requested by W. Hatfield. | | |
| 7 | S. Purrington | 0.9 | 90.00 |

| 11/13/02 | Phone call from Judge McLaughlin's clerk regarding oversized trial exhibit. | | |
| 7 | S. Purrington | 0.2 | 20.00 |

| 11/15/02 | Follow up regarding court order and issues regarding amount of judgment. | | |
| 14 | A. Marchetta | 0.5 | 205.00 |

| 11/15/02 | Revise draft interim order per F. Biehl and R. Rose conference call and prepare letter to F. Biehl on same. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |

| 11/15/02 | Review Spill Act attorneys fees (2000-2002) and attend to same. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |

| 11/16/02 | Review revised draft of interim order and compilation of Spill Act attorneys' fees. | | |
| 3 | R. Rose | 0.4 | 140.00 |

| 11/16/02 | Discuss revised draft of interim order and compilation of Spill Act attorneys' fees with B. Hatfield. | | |
| 3 | R. Rose | 0.3 | 105.00 |

| | | | |
|---|---|---|---|
| 11/16/02 | Attend to post-trial issues and revise proposed form of interim order concerning Court opinion to reflect negotiations with Weja Counsel. | | |
| 14 | W. Hatfield | 0.7 | 168.00 |
| 11/16/02 | Draft letter to Weja counsel on post-trial issues and proposed form of interim order. | | |
| 14 | W. Hatfield | 0.7 | 168.00 |
| 11/16/02 | Address case issues with R. Rose. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |
| 11/18/02 | Conference with R. Rose regarding issues related to interim judgment. | | |
| 14 | A. Marchetta | 0.4 | 164.00 |
| 11/18/02 | Review revised Spill Act attorney's fee claim; attend to letter to Weja counsel. | | |
| 3 | R. Rose | 0.3 | 105.00 |
| 11/18/02 | Address case issues per R. Rose. | | |
| 14 | W. Hatfield | 0.4 | 96.00 |
| 11/18/02 | Attend to attorneys fees for Spill Act matters. | | |
| 14 | W. Hatfield | 0.3 | 72.00 |
| 11/18/02 | Revise interim order. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |
| 11/18/02 | Draft and finalize letter to F. Biehl on matter. | | |
| 14 | W. Hatfield | 0.5 | 120.00 |
| 11/25/02 | Address issues on proposed interim order. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |
| 11/25/02 | Prepare correspondence forwarding payment to transcription agency for October 18, 2002 decision transcript. | | |
| 7 | S. Purrington | 0.4 | 40.00 |
| 11/26/02 | Conference with W. Hatfield and follow up with client regarding strategy concerning motion for reconsideration, appeal, etc. | | |
| 14 | A. Marchetta | 0.5 | 205.00 |
| 11/26/02 | Attend to case issues. | | |
| 14 | W. Hatfield | 0.1 | 24.00 |
| 11/26/02 | Call with A. Marchetta on status and strategy issues. | | |
| 14 | W. Hatfield | 0.1 | 24.00 |

| 11/26/02 | Call with R. Rose and F. Biehl on interim order and other cost issues. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |

| 11/26/02 | Attend to memo from S. Purrington on transcript issues. | | |
| 14 | W. Hatfield | 0.1 | 24.00 |

| 11/27/02 | Address case issues on order and strategy. | | |
| 14 | W. Hatfield | 0.2 | 48.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 2.20 | 410.00 | 902.00 |
| R. Rose | 4.30 | 350.00 | 1,505.00 |
| W. Hatfield | 16.50 | 240.00 | 3,960.00 |
| D. McKillop | 3.00 | 155.00 | 465.00 |
| S. Purrington | 14.00 | 100.00 | 1,400.00 |
| TOTALS | 40.00 | | 8,232.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 3 | 4.3 | 350.00 | 1,505.00 |
| A. Marchetta | 14 | 2.2 | 410.00 | 902.00 |
| W. Hatfield | 14 | 16.5 | 240.00 | 3,960.00 |
| D. McKillop | 14 | 3.0 | 155.00 | 465.00 |
| S. Purrington | 7 | 14.0 | 100.00 | 1,400.00 |
| TOTAL | | 40.0 | | 8,232.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 11/01/02 | Continue to work on fee application for September 2002. | | |
| 18 | D. Patel | 2.6 | 286.00 |

| 11/04/02 | Follow up regarding report of auditor and response to same. | | |
| 14 | A. Marchetta | 0.4 | 164.00 |

| 11/04/02 | Reviewed and updated docket. | | |
| 18 | K. Jasket | 0.2 | 31.00 |

| 11/04/02 | Receipt and review of Final Report regarding 1st, 2nd, and 3rd Interim Periods and forwarded same to A. Marchetta and S. Zuber. | | |
| 18 | K. Jasket | 0.2 | 31.00 |

| 11/04/02 | Receipt and review of Final Report regarding 5th Interim Period and forwarded same to A. Marchetta and S. Zuber. | | |
| 18 | K. Jasket | 0.2 | 31.00 |

| 11/04/02 | Receipt and review of spreadsheet of fees and expenses regarding 5th Interim Period. | | |
| 18 | K. Jasket | 0.2 | 31.00 |

| 11/05/02 | Make revisions to September fee application. | | |
| 18 | D. Patel | 0.7 | 77.00 |

| 11/05/02 | Review past quarterly fee applications and begin work on July-September 2002 quarterly application. | | |
| 18 | D. Patel | 1.4 | 154.00 |

| 11/06/02 | Continue to work on Quarterly Fee Application for July-September 2002. | | |
| 18 | D. Patel | 2.8 | 308.00 |

| 11/11/02 | Reviewed and revised Quarterly Fee Application for July - September 2002. | | |
| 18 | K. Jasket | 0.4 | 62.00 |

| 11/11/02 | Review July through September fee applications to prepare Quarterly fee application (July-Sept). | | |
| 18 | D. Patel | 2.6 | 286.00 |

| 11/12/02 | Assembled materials to be used for hearing on November 25, 2002. | | |
| 18 | K. Jasket | 0.4 | 62.00 |

| 11/12/02 | Reviewed and updated docket. | | |
| 18 | K. Jasket | 0.2 | 31.00 |

| 11/14/02 | Revised September 2002 fee application. | | |

| | | | |
|---|---|---|---|
| 18 | K. Jasket | 0.2 | 31.00 |

| | | | |
|---|---|---|---|
| 11/14/02 | Revised Quarterly Fee Application and forwarded to S. Zuber for review. | | |
| 18 | K. Jasket | 0.4 | 62.00 |

| | | | |
|---|---|---|---|
| 11/15/02 | Attention to forwarding September 2002 fee application to S. McFarland for filing. | | |
| 18 | K. Jasket | 0.3 | 46.50 |

| | | | |
|---|---|---|---|
| 11/15/02 | Reviewed motion to amend order regarding compensation and forwarded same to A. Marchetta and S. Zuber for review. | | |
| 18 | K. Jasket | 0.3 | 46.50 |

| | | | |
|---|---|---|---|
| 11/20/02 | Reviewed and updated docket. | | |
| 18 | K. Jasket | 0.3 | 46.50 |

| | | | |
|---|---|---|---|
| 11/20/02 | Reviewed Agenda for 11/25 hearing. | | |
| 18 | K. Jasket | 0.2 | 31.00 |

| | | | |
|---|---|---|---|
| 11/20/02 | Reviewed and replied to email of L. Ferdinand regarding project categories. | | |
| 18 | K. Jasket | 0.3 | 46.50 |

| | | | |
|---|---|---|---|
| 11/20/02 | Reviewed order regarding 5th Interim Period. | | |
| 18 | K. Jasket | 0.3 | 46.50 |

| | | | |
|---|---|---|---|
| 11/21/02 | Reviewed draft order for the 1st - 3rd Interim Periods and work with L. Ferdinand to revise same. | | |
| 18 | K. Jasket | 0.5 | 77.50 |

| | | | |
|---|---|---|---|
| 11/21/02 | Drafted memo to A. Marchetta regarding compensation for use at the 11/25 hearing. | | |
| 18 | K. Jasket | 0.5 | 77.50 |

| | | | |
|---|---|---|---|
| 11/21/02 | Reviewed Amended Report from Fee Auditor for 1st - 3rd Interim Periods and forwarded same to A. Marchetta and S. Zuber. | | |
| 18 | K. Jasket | 0.2 | 31.00 |

| | | | |
|---|---|---|---|
| 11/22/02 | Reviewed draft orders from Fee Auditor regarding 1st, 2nd, 3rd and 5th Interim Periods. | | |
| 18 | K. Jasket | 0.3 | 46.50 |

| | | | |
|---|---|---|---|
| 11/23/02 | Prepare information regarding fee application. | | |
| 14 | A. Marchetta | 0.6 | 246.00 |

| | | | |
|---|---|---|---|
| 11/25/02 | Prepare for and attend court hearing on Fee Applications. | | |
| 14 | A. Marchetta | 6.2 | 2,542.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 7.20 | 410.00 | 2,952.00 |
| K. Jasket | 5.60 | 155.00 | 868.00 |
| D. Patel | 10.10 | 110.00 | 1,111.00 |
| TOTALS | 22.90 | | 4,931.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.2 | 410.00 | 2,952.00 |
| K. Jasket | 18 | 5.6 | 155.00 | 868.00 |
| D. Patel | 18 | 10.1 | 110.00 | 1,111.00 |
| TOTAL | | 22.9 | | 4,931.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 11/01/02 | Finalized assembly of binder sets of cases cited in parties appellate briefing, including updating index and comparison to tables of authorities to confirm accuracy of index of same. | | |
|---|---|---|---|
| 14 | S. Parker | 2.2 | 198.00 |
| 11/11/02 | Work with B. Moffitt regarding call to Second Circuit concerning status of motion for leave to file overlength brief and finalizing binder of legal opinions, etc. in preparation for oral argument and memo to A. Marchetta regarding same. | | |
| 3 | M. Waller | 0.2 | 56.00 |
| 11/11/02 | Work with M. Waller regarding assembling case law and other legal authorities cited in various appellate submissions; e-mail to B. Cooney | | |

|  |  |  |  |
|---|---|---|---|
| | regarding same. | | |
| 3 | B. Moffitt | 0.2 | 49.00 |
| | | | |
| 11/12/02 | Follow up regarding briefing problems with Second Circuit. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| | | | |
| 11/12/02 | Confer with M. Waller and D. Buerrosse regarding assembly of case law and other legal authority cited in appellate briefing. | | |
| 3 | B. Moffitt | 0.3 | 73.50 |
| | | | |
| 11/13/02 | Review and forward motion papers to Clerk's office regarding briefing. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |
| | | | |
| 11/13/02 | Working with   B. Moffitt to prepare papers in support of motion for reconsideration of Order denying in part Grace's motion for leave to file an over length Reply Brief. | | |
| 3 | M. Waller | 1.1 | 308.00 |
| | | | |
| 11/13/02 | Drafting additions and revisions to affidavit in support of motion for reconsideration of Order denying in part Grace's motion for leave to file an over length Reply Brief. | | |
| 3 | M. Waller | 0.7 | 196.00 |
| | | | |
| 11/13/02 | Confer with B. Moffitt regarding conference with Second Circuit Staff Counsel regarding filing motion for reconsideration of Order denying in part Grace's motion for leave to file an over length Reply Brief. | | |
| 3 | M. Waller | 0.1 | 28.00 |
| | | | |
| 11/13/02 | Telephone call with Case Manager and Staff Counsel regarding status of application for reconsideration of word count limitation. | | |
| 3 | B. Moffitt | 0.3 | 73.50 |
| | | | |
| 11/13/02 | Telephone call with M. Waller regarding calls with Case Manager and Staff Counsel regarding status of application for reconsideration of word count limitation. | | |
| 3 | B. Moffitt | 0.1 | 24.50 |
| | | | |
| 11/13/02 | Preparation of motion for reconsideration of Order granting over length reply brief but limiting Grace to 10,000 words; confer with M. Waller regarding same. | | |
| 3 | B. Moffitt | 4.1 | 1,004.50 |
| | | | |
| 11/13/02 | Organized and assembled sets of exhibits to B. Moffitt's affidavit in support of WRG's motion for reconsideration of the Court's August 2002 Order. | | |
| 14 | S. Parker | 0.7 | 63.00 |

| | | | |
|---|---|---|---|
| 11/14/02 | Revising reply brief in order to comply with pending order limiting length to 10,000 words. | | |
| 3 | M. Waller | 0.7 | 196.00 |
| 11/15/02 | Reviewed case binders for appellate briefs and supplemented binders with additional authorities referenced in briefs. | | |
| 3 | D. Buerrosse | 2.1 | 325.50 |
| 11/15/02 | Conducted database searches and reviewed file documents as requested by M. Waller regarding identification and retrieval of authorization to A.M. Best for expenses related to request for copies of pages from Best's Key Rating Guide | | |
| 14 | S. Parker | 0.4 | 36.00 |
| 11/16/02 | Drafting additions and revisions to Grace Reply Brief in light of Order by Second Circuit regarding length of same. | | |
| 3 | M. Waller | 1.0 | 280.00 |
| 11/17/02 | Draft memorandum to B. Moffitt regarding additions and revisions to appellate brief to comply with current order requiring no more than 10,000 words and word count of brief and review response from B. Moffitt. | | |
| 3 | M. Waller | 0.4 | 112.00 |
| 11/17/02 | Work with M. Waller regarding revision of reply brief. | | |
| 3 | B. Moffitt | 0.2 | 49.00 |
| 11/18/02 | Drafting additions and revisions to appellate brief to comply with ordered word limitation. | | |
| 3 | M. Waller | 1.1 | 308.00 |
| 11/18/02 | Review opposition to motion for reconsideration of word limitation by CNA and confer with B. Moffitt regarding submission of reply. | | |
| 3 | M. Waller | 0.2 | 56.00 |
| 11/18/02 | Review affidavit prepared by B. Moffitt in further support of motion for reconsideration and working with B. Moffitt to finalize same. | | |
| 3 | M. Waller | 0.9 | 252.00 |
| 11/18/02 | Reviewed and supplemented case binders for appellate arguments, including locating miscellaneous references. | | |
| 3 | D. Buerrosse | 4.3 | 666.50 |
| 11/18/02 | Review CNA opposition to motion for reconsideration of word limit on Reply Brief and preparation of reply affidavit in further support of the motion. | | |
| 3 | B. Moffitt | 1.3 | 318.50 |

| 11/18/02 | Work with M. Waller regarding preparation of reply affidavit in further support of the motion for reconsideration of word limit on Reply Brief. | | |
| 3 | B. Moffitt | 0.9 | 220.50 |

| 11/19/02 | Review response to brief and follow up with M. Waller regarding same. | | |
| 14 | A. Marchetta | 0.5 | 205.00 |

| 11/19/02 | Working with B. Moffitt regarding finalizing and service of affidavit in further support of Grace's motion for reconsideration of the word limitation of Reply brief. | | |
| 3 | M. Waller | 1.1 | 308.00 |

| 11/19/02 | Work A. Marchetta and M. Waller regarding continued preparation of reply affidavit in further support of motion for reconsideration of order limiting reply brief to 10,000 words. | | |
| 3 | B. Moffitt | 0.8 | 196.00 |

| 11/19/02 | Reviewed and supplemented case binders for appellate argument. | | |
| 3 | D. Buerrosse | 0.3 | 46.50 |

| 11/20/02 | Follow up regarding filings with court. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |

| 11/20/02 | Review memo from A. Marchetta and respond to same regarding service of affidavit in further support of Grace's motion for reconsideration of the word limitation of Reply brief and draft follow up memo regarding status of preparation of brief pursuant to Second Circuit's initial order regarding word limitation. | | |
| 3 | M. Waller | 0.3 | 84.00 |

| 11/20/02 | Follow up with B. Moffitt regarding service of affidavit in further support of Grace's motion for reconsideration of the word limitation of Reply brief and preparation of brief pursuant to Second Circuit's initial order regarding word limitation. | | |
| 3 | M. Waller | 0.2 | 56.00 |

| 11/20/02 | Prepared and reviewed case binders for appellate arguments, including locating miscellaneous citations. | | |
| 3 | D. Buerrosse | 5.5 | 852.50 |

| 11/20/02 | Preparation of fax to CNA counsel forwarding papers in further support of motion for reconsideration of word count limitation. | | |
| 3 | B. Moffitt | 0.2 | 49.00 |

| 11/21/02 | Follow up with D. Buerrosse and B. Moffitt regarding finalizing binders of | | |

|  |  |  |  |
|---|---|---|---|
|  | cases and other preparation materials for oral argument. |  |  |
| 3 | M. Waller | 0.2 | 56.00 |
| 11/21/02 | Prepared and reviewed case binders for appellate arguments, including locating miscellaneous citations in briefs. |  |  |
| 3 | D. Buerrosse | 4.2 | 651.00 |
| 11/21/02 | Copied additional authorities regarding supplement to binder set of cases and authorities cited by parties in appellate briefing in preparation for oral argument. |  |  |
| 14 | S. Parker | 0.9 | 81.00 |
| 11/22/02 | Worked on locating references for case binders for appellate argument. |  |  |
| 3 | D. Buerrosse | 0.5 | 77.50 |
| 11/25/02 | Review order from Second Circuit; work with M. Waller regarding revised brief. |  |  |
| 14 | A. Marchetta | 0.6 | 246.00 |
| 11/25/02 | Reviewing Reply Brief and drafting additions and revisions to same. |  |  |
| 3 | M. Waller | 0.6 | 168.00 |
| 11/25/02 | Telephone conference with A. Marchetta regarding Order denying motion for reconsideration of word limit, finalizing Reply Brief within word limits and filing same. |  |  |
| 3 | M. Waller | 0.2 | 56.00 |
| 11/25/02 | Review Order denying motion for reconsideration of word limit of rely brief and confer with B. Moffitt regarding same. |  |  |
| 3 | M. Waller | 0.4 | 112.00 |
| 11/25/02 | Confer with M. Waller regarding order denying motion for reconsideration of word count limitation on reply brief. |  |  |
| 3 | B. Moffitt | 0.1 | 24.50 |
| 11/25/02 | Confer with A. Marchetta regarding Order denying motion for reconsideration of word count limitation on reply brief. |  |  |
| 3 | B. Moffitt | 0.1 | 24.50 |
| 11/25/02 | Telephone call with D. Paris of Staff Counsel's office regarding Order denying motion for reconsideration of word count limitation on reply brief and regarding finalizing and submitting revised brief. |  |  |
| 3 | B. Moffitt | 0.1 | 24.50 |
| 11/25/02 | Confer with M. Waller regarding telephone call with D. Paris of Staff Counsel's office regarding Order denying motion for reconsideration of |  |  |

|  | word count limitation on reply brief and regarding finalizing and submitting revised brief. |  |  |
|---|---|---|---|
| 3 | B. Moffitt | 0.1 | 24.50 |
| 11/26/02 | Review brief regarding cut down version in accordance with court's order. |  |  |
| 14 | A. Marchetta | 1.0 | 410.00 |
| 11/26/02 | Finalizing brief to submit to Second Circuit within ordered word limitation. |  |  |
| 3 | M. Waller | 1.9 | 532.00 |
| 11/26/02 | Conferring with B. Moffitt regarding finalizing brief to submit to Second Circuit within ordered word limitation and working with printer regarding same. |  |  |
| 3 | M. Waller | 0.5 | 140.00 |
| 11/26/02 | Work with B. Moffitt and D. Buerrosse to finalize brief, revise table of authorities and table of contents, adjust formatting and certifications, and draft memorandum to A. Marchetta regarding review and approval of same. |  |  |
| 3 | M. Waller | 1.7 | 476.00 |
| 11/26/02 | Updated reply brief, including table of authorities and citations. |  |  |
| 3 | D. Buerrosse | 2.4 | 372.00 |
| 11/26/02 | Confer with M. Waller regarding revising Reply Brief to conform with Second Circuit word limitation. |  |  |
| 3 | B. Moffitt | 0.1 | 24.50 |
| 11/26/02 | Preparation of motion papers for leave to file revised Reply Brief in accordance with word limitation set forth in Court's Orders. |  |  |
| 3 | B. Moffitt | 1.6 | 392.00 |
| 11/26/02 | Work with M. Waller and D. Buerrosse regarding editing Reply Brief to bring into conformity with Second Circuit word limitation. |  |  |
| 3 | B. Moffitt | 1.5 | 367.50 |
| 11/26/02 | Review and revise Reply Brief. |  |  |
| 3 | B. Moffitt | 2.1 | 514.50 |
| 11/27/02 | Follow up regarding brief. |  |  |
| 14 | A. Marchetta | 0.7 | 287.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|

| | | | |
|---|---|---|---|
| A. Marchetta | 3.60 | 410.00 | 1,476.00 |
| M. Waller | 13.50 | 280.00 | 3,780.00 |
| D. Buerrosse | 19.30 | 155.00 | 2,991.50 |
| B. Moffitt | 14.10 | 245.00 | 3,454.50 |
| S. Parker | 4.20 | 90.00 | 378.00 |
| TOTALS | 54.70 | | 12,080.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 3.6 | 410.00 | 1,476.00 |
| M. Waller | 3 | 13.5 | 280.00 | 3,780.00 |
| D. Buerrosse | 3 | 19.3 | 155.00 | 2,991.50 |
| B. Moffitt | 3 | 14.1 | 245.00 | 3,454.50 |
| S. Parker | 14 | 4.2 | 90.00 | 378.00 |
| TOTAL | | 54.7 | | 12,080.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| | | | |
|---|---|---|---|
| 11/01/02 | Follow up regarding issues on settlement and letter from adversary regarding same. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |
| 11/02/02 | Review history of correspondence to respond to letter of M. Kemp requesting that Grace turn over excess rents from 2002. | | |
| 3 | J. Scordo | 0.5 | 135.00 |
| 11/02/02 | Draft and revise letter to M. Kemp denying request for excess rent received by Grace. | | |
| 3 | J. Scordo | 0.4 | 108.00 |
| 11/05/02 | Review e-mail from P. Sharfstein regarding settlement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/13/02 | Review lease documents regarding involvement of local Economic Development Authority. | | |
| 3 | L. Reilly | 0.2 | 67.00 |

| 11/13/02 | Confer J. Scordo regarding involvement of local Economic Development Authority. | | |
| 3 | L. Reilly | 0.1 | 33.50 |

| 11/13/02 | Follow up with J. Scordo regarding problems with settlement. | | |
| 14 | A. Marchetta | 0.3 | 123.00 |

| 11/13/02 | E-mails to K. Taylor-Lewis and V. Finkelstein regarding settlement documents. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/13/02 | E-mails with P. Sharfstein regarding settlement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/13/02 | Telephone call with P. Sharfstein regarding settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |

| 11/13/02 | Fax to all counsel regarding same. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/13/02 | Leave voicemail to V. Finkelstein on status of settlement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/13/02 | Review letter from P. Sharfstein and his proposed changes to settlement documents. | | |
| 3 | J. Scordo | 0.3 | 81.00 |

| 11/13/02 | Revise settlement agreement. | | |
| 3 | J. Scordo | 0.4 | 108.00 |

| 11/13/02 | Revise termination agreement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |

| 11/13/02 | Conferences with L. Reilly on question raised by P. Sharfstein regarding EDA authority. | | |
| 3 | J. Scordo | 0.3 | 81.00 |

| 11/13/02 | Telephone call with K. Taylor-Lewis. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/13/02 | Finalize settlement documents. | | |
| 3 | J. Scordo | 0.2 | 54.00 |

| 11/14/02 | Follow up with J. Scordo regarding settlement documents and issues regarding same. | | |
| 14 | A. Marchetta | 0.4 | 164.00 |
| | | | |
| 11/14/02 | Draft, revise and finalize letter to all counsel. | | |
| 3 | J. Scordo | 0.4 | 108.00 |
| | | | |
| 11/14/02 | Telephone call with L. Heller of Grace. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| | | | |
| 11/14/02 | E-mails with P. Sharfstein, V. Finkelstein and L. Heller regarding settlement documents. | | |
| 3 | J. Scordo | 0.2 | 54.00 |
| | | | |
| 11/14/02 | Telephone call with V. Finkelstein on settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |
| | | | |
| 11/14/02 | Review and revise settlement agreement. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| | | | |
| 11/14/02 | Review and revise termination agreement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |
| | | | |
| 11/15/02 | Review "final" changes regarding settlement. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |
| | | | |
| 11/15/02 | Telephone calls with V. Finkelstein. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| | | | |
| 11/15/02 | Revise settlement agreement. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| | | | |
| 11/15/02 | E-mails to all counsel regarding settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |
| | | | |
| 11/15/02 | Telephone calls with A. Nagy and V. Finkelstein regarding execution. | | |
| 3 | J. Scordo | 0.3 | 81.00 |
| | | | |
| 11/15/02 | Attend to logistics of faxes and e-mails to finalize and obtain signed settlement agreements. | | |
| 3 | J. Scordo | 0.4 | 108.00 |
| | | | |
| 11/15/02 | E-mails with P. Sharfstein, K. Taylor-Lewis and V. Finkelstein regarding execution of settlement documents. | | |
| 3 | J. Scordo | 0.2 | 54.00 |

| 11/18/02 | E-mails with P. Sharfstein and K. Taylor-Lewis regarding settlement. | | |
| 3 | J. Scordo | 0.2 | 54.00 |

| 11/19/02 | E-mail to C. Lane regarding settlement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/21/02 | E-mails with P. Sharfstein and C. Lane regarding status of settlement. | | |
| 3 | J. Scordo | 0.3 | 81.00 |

| 11/23/02 | E-mail to V. Finkelstein regarding settlement agreement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/24/02 | Review e-mail from L. Cimino regarding draft letter. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/24/02 | E-mail to V. Finkelstein regarding same. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/25/02 | Conference with J. Scordo regarding issues in settlement. | | |
| 14 | A. Marchetta | 0.2 | 82.00 |

| 11/25/02 | E-mails with V. Finkelstein regarding agreement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/26/02 | E-mail to V. Finkelstein regarding agreement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

| 11/27/02 | Review e-mail from P. Sharfstein regarding agreement. | | |
| 3 | J. Scordo | 0.1 | 27.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
| --- | --- | --- | --- |
| A. Marchetta | 1.30 | 410.00 | 533.00 |
| L. Reilly | 0.30 | 335.00 | 100.50 |
| J. Scordo | 7.30 | 270.00 | 1,971.00 |
| TOTALS | 8.90 | | 2,604.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| L. Reilly | 3 | 0.3 | 335.00 | 100.50 |
| A. Marchetta | 14 | 1.3 | 410.00 | 533.00 |
| J. Scordo | 3 | 7.3 | 270.00 | 1,971.00 |
| TOTAL | | 8.9 | | 2,604.50 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 10/01/02 | Address landfill closure issues for site. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 96.00 |

| 10/15/02 | Attend to case file issues regarding landfill closure. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 72.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 0.70 | 240.00 | 168.00 |
| TOTALS | 0.70 | | 168.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 14 | 0.7 | 240.00 | 168.00 |
| TOTAL | | 0.7 | | 168.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 11/01/02 | Discuss response to letter of M. Kemp with A. Marchetta. | | |
|---|---|---|---|
| 3 | J. Scordo | 0.2 | 54.00 |

| 11/01/02 | Telephone call with D. Rozenholc regarding settlement and confirming that case was marked settled. | | |
|---|---|---|---|
| 3 | J. Scordo | 0.2 | 54.00 |

| 11/01/02 | Telephone call with B. Benjamin on filing stipulation of dismissal. | | |
|---|---|---|---|
| 3 | J. Scordo | 0.1 | 27.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| J. Scordo | 0.50 | 270.00 | 135.00 |
| TOTALS | 0.50 | | 135.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Scordo | 3 | 0.5 | 270.00 | 135.00 |
| TOTAL | | 0.5 | | 135.00 |