# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD
### NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

Engagement Costs – Weja, Inc.

| | |
|---|---:|
| Computer Assisted Research[2] | 61.41 |
| Duplicating | 175.14 |
| Express Delivery[3] | 104.13 |
| Postage | 4.29 |
| Telephone | 53.93 |
| 11/21/02 Payment for option transcript rendered 10/18/02[4] | 108.00 |
| 11/26/02 Deposit for trial decision transcript[5] | -300.00 |
| Travel and Miscellaneous Expense[6] | 28.56 |
| Vendor:  Paid Investigative Consultants Int'l[7] | 777.20 |
| Matter Total Engagement Cost | 1,012.66 |

Engagement Costs – Chapter 11 Administration

| | |
|---|---:|
| Duplicating | 179.90 |
| Express Delivery[8] | 17.58 |
| Matter Total Engagement Cost | 197.48 |

Engagement Costs  -- NY Superfund Action

| | |
|---|---:|
| Computer Assisted Research[9] | 596.77 |
| Document Access Facility – Annex -- November 2002 | 2864.00 |
| Duplicating | 99.68 |
| Express Delivery[10] | 42.32 |

---

[2] See Engagement Cost Report, attached hereto as Exhibit "1."

[3] See Engagement Cost Report, attached hereto as Exhibit "2."

[4] See Engagement Cost Report and Invoice No. 2285 from Audio-Digital Transcription Service, L.L.C., attached hereto as Exhibit "3."

[5] See check no. 240956 attached hereto as Exhibit "4."

[6] See Engagement Cost Report and Direct Reimbursement Expense Report, attached hereto as Exhibit "5."

[7] See Engagement Cost Report and invoice no. 22609 from Investigative Consultants International, attached hereto as Exhibit "6."

[8] See Engagement Cost Report, attached hereto as Exhibit "7."

[9] See Engagement Cost Report, attached hereto as Exhibit "8."

[10] See Engagement Cost Report, attached hereto as Exhibit "9."

|  |  |  |
|---|---|---|
| Facility Copying Expense | | 20.02 |
| Telephone | | 7.41 |
| Travel and Miscellaneous Expense[11] | | 24.00 |
| | Matter Total Engagement Cost | 3,654.20 |

### Engagement Costs – Prudential, et al.

|  |  |  |
|---|---|---|
| Express Delivery[12] | | 24.74 |
| | Matter Total Engagement Cost | 24.74 |

### Engagement Costs -- Lampetr Joint Venture/WRG

|  |  |  |
|---|---|---|
| Telephone | | 31.92 |
| | Matter Total Engagement Cost | 31.92 |

### Engagement Costs -- Landfill Closure Issues (Gloucester)

|  |  |  |
|---|---|---|
| Telephone | | 0.57 |
| | Matter Total Engagement Cost | 0.57 |

### Engagement Costs -- Tahari, Ltd.

|  |  |  |
|---|---|---|
| Duplicating | | 0.98 |
| Express Delivery[13] | | 40.72 |
| File memo of law for Tahari | | 9.00 |
| Telephone | | 1.14 |
| Travel and Miscellaneous Expense | | 7.50 |
| | Matter Total Engagement Cost | 59.34 |

---

[11] See Engagement Cost Report, attached hereto as Exhibit "10."

[12] See Engagement Cost Report, attached hereto as Exhibit "11."

[13] See Engagement Cost Report, attached hereto as Exhibit "12."

# ATTACHMENT 1

12/23/02
4:15 PM

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

(_PHDSB02JB)
Req'd By: KANDOLAB

Includes: Hard, Soft, Billed, Unbilled

Periods: 200210 To 200211  Dates: 10/1/02 To 11/30/02

Currency: USD

Client: 082910  W.R. GRACE & CO.

Matter: 065656  Weja, Inc.

| Trans Date | Disb | Disb Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 11/27/02 | CAR | | 1554248 | WRG.24 | 2008021 | 12/5/02 | $61.41 | $61.41 | $61.41 |
| **Matter 065656 Totals:** | | | | | | | $61.41 | $61.41 | $61.41 |
| **Client 082910 Totals:** | | | | | | | $61.41 | $61.41 | $61.41 |
| **Report Totals** | | | | | | | $61.41 | $61.41 | $61.41 |

# ATTACHMENT 2

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 200210 To 200211  Dates: 10/1/02 To 11/30/02

12/23/02
4:20 PM
Includes: Hard, Soft, Billed, Unbilled

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 065656  Weja, Inc.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Client: 082910  W.R. GRACE & CO.** | | | | | | | | | |
| 10/23/02 | EXPDEL | PD UPS TO MEMPHIS TN;WSH;CK# 241176 | 1548096 | WRG.24 | 2008021 | 12/5/02 | $9.10 | $9.10 | $9.10 |
| 10/28/02 | EXPDEL | PD UPS TO MEMPHIS TN;WSH;CK# 241176 | 1546036 | WRG.24 | 2008021 | 12/5/02 | $10.00 | $10.00 | $10.00 |
| 11/6/02 | EXPDEL | PD GEN MESS TO JERSEY CITY NJ;CK# 241775 | 1552547 | WRG.24 | 2008021 | 12/5/02 | $74.25 | $74.25 | $74.25 |
| 11/13/02 | EXPDEL | PD UPS TO ROSELAND NJ; WSH; CK# 241977 | 1553521 | WRG.24 | 2008021 | 12/5/02 | $10.78 | $10.78 | $10.78 |
| | | **Matter 065656 Totals:** | | | | | $104.13 | $104.13 | $104.13 |
| | | **Client 082910 Totals:** | | | | | $104.13 | $104.13 | $104.13 |
| | | **Report Totals** | | | | | $104.13 | $104.13 | $104.13 |

# ATTACHMENT 3

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

12/23/02
4:21 PM
Includes: Hard, Soft, Billed, Unbilled

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Periods: 200210 To 200211   Dates: 10/1/02 To 11/30/02

Client: 082910  W.R. GRACE & CO.

Matter: 065656  Wejia, Inc.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Client: 082910  W.R. GRACE & CO.** | | | | | | | | | |
| 11/21/02 | TRANS | Payment for option transcript rendered 10/18/02 #10501 S#3781 | 1551052 | WRG.24 | 2008021 | 12/5/02 | $108.00 | $108.00 | $108.00 |
| 11/26/02 | TRANS | Deposit for trial decision transcript #10501 S#3711 | 1553035 | WRG.24 | 2008021 | 12/5/02 | ($300.00) | ($300.00) | ($300.00) |
| | | **Matter 065656 Totals:** | | | | | ($192.00) | ($192.00) | ($192.00) |
| | | **Client 082910 Totals:** | | | | | ($192.00) | ($192.00) | ($192.00) |
| | | **Report Totals** | | | | | ($192.00) | ($192.00) | ($192.00) |

AUDIO-DIGITAL
TRANSCRIPTION SERVICE, L.L.C
P.O. BOX 7079 WOB
WEST ORANGE, NEW JERSEY   07052
PHONE:   973-669-1222
FAX:   973-403-2604
FEDERAL ID NO:   22-369-9447


TO:   Pitney, Hardin, Kipp & Szuch, LLP
      P.O. Box 1945
      Morristown, New Jersey   07962


      ATTN:   Sandra L. Purrington, Esq.


RE:   W.R. Grace & Co. vs.            INVOICE NO:  2285
      Weja, Inc.
      10/18/02                        DATE:  7/25/02
      Judge McLaughlin -
      Hudson County
-----------------------------------------------------------------

                              PAID.........................................
                              APPROVED.................................
TO:   Copy of Proceedings:    VENDOR NO. _00912_
                              CHECK NO. _241668_
      **EXPEDITED DELIVERY**   CHARGE _10501_


            62 Pages  x  .75          46.50

TO:   Electronic Copy

            62 Pages  x  .75          46.50
            Handling:                 15.00


               **BALANCE DUE:**      $ 108.00




Transcript previously delivered
hard copy 11/7/02
Emailed copy 11/13/02

PITNEY, HARDIN, KIPP & SZUCH LLP

No.  **241668**

P.O. BOX 1945

MORRISTOWN, NEW JERSEY 07962-1945

ATTORNEY BUSINESS ACCOUNT

$$\frac{55\text{-}760}{312} \text{ (006)}$$

PNC Bank, N.A.

NEW JERSEY 060

161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY ONE HUNDRED EIGHT AND 00/100 DOLLARS

| | Date | Amount |
|---|---|---|
| TO THE ORDER OF | Audio - Digital Transcription | 11-21-02 | $*******108.00 |

PITNEY, HARDIN, KIPP & SZUCH LLP

C 241668C A031207607A 8100460510C

| | | Request Number: | 70056 | | Check Number: | 241668 |
|---|---|---|---|---|---|---|
| | | Check Date: | 11-21-02 | | | |

Payee:   Audio - Digital Transcription

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Invoice Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 2285 | 11/21/02 | | | | Payment for option transcript rendered 10/18/02 #10501 S#3781 | | $108.00 |
| 2285 | Nov 21/02 | | 082910 | 065656 | Payment for option transcript rendered 10/18/02 #10501 S#3781 | 108.00 | 108.00 |
| | | | | | Check Total: | $108.00 | $108.00 |

| | | Request Number: | 70056 | | Check Number: | 241668 |
|---|---|---|---|---|---|---|
| | | Check Date: | 11-21-02 | | | |

Payee:   Audio - Digital Transcription

| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | Amount | Inv. Total |
|---|---|---|---|---|---|---|---|
| 2285 | Nov 21/02 | | 082910 | 065656 | Payment for option transcript rendered 10/18/02 #10501 S#3781 | 108.00 | 108.00 |
| | | | | | Invoice Totals: | $108.00 | $108.00 |

# ATTACHMENT 4



**PITNEY, HARDIN, KIPP & SZUCH LLP**
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945
ATTORNEY BUSINESS ACCOUNT

No. 240956

55-760 (006)
312

PNC Bank, N.A.
NEW JERSEY 060
161 MADISON AVENUE, MORRISTOWN, NJ 07960

Date 10-30-02

Amount $*******300.00

PAY THREE HUNDRED AND 00/100 DOLLARS

TO THE ORDER OF   G & L Transcriptions

PITNEY, HARDIN, KIPP & SZUCH LLP

⑂240956⑂ ⑊031207607⑊ 81004605⑊

PITNEY, HARDIN, KIPP & SZUCH LLP

P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

ATTORNEY BUSINESS ACCOUNT

No. 240956

55-760
312    (006)

PNC Bank, N.A.
NEW JERSEY 060
161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY THREE HUNDRED AND 00/100 DOLLARS

| Date | Amount |
|---|---|
| 10-30-02 | $*******300.00 |

TO
THE
ORDER
OF

G & L Transcriptions

PITNEY, HARDIN, KIPP & SZUCH LLP

⑈ 240956⑈ ⑆031207607⑆ 8100460510⑈

| | | | | Request Number: | 69160 | | Check Number: | 240956 |
|---|---|---|---|---|---|---|---|---|
| | | | | Check Date: | 10-30-02 | | | |
| Payee: | G & L Transcriptions | | | | | | | |
| Invoice # | Inv. Date | | | Invoice Narrative | | | Amount | Inv. Total |
| 103002 | 10/30/02 | | | Deposit for trial decision transcript #10501 S#3711 | | | | $300.00 |
| 103002 | Oct 30/02 | 082910 | 065656 | Deposit for trial decision transcript #10501 S#3711 | | | 300.00 | 300.00 |
| | | | | | | Check Total: | $300.00 | $300.00 |

| | | | | | Request Number: | 69160 | | Check Number: | 240956 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Check Date: | 10-30-02 | | | |
| Payee: | G & L Transcriptions | | | | | | | | |
| Invoice # | Inv. Date | G/L Acct | Client | Matter | Narrative | | | Amount | Inv. Total |
| 103002 | Oct 30/02 | | 082910 | 065656 | Deposit for trial decision transcript #10501 S#3711 | | | 300.00 | 300.00 |
| | | | | | | | Invoice Totals | $300.00 | $300.00 |

PITNEY, HARDIN, KIPP & SZUCH LLP

## CHECK REQUISITION

PAYEE G + L Transcription Service

CLIENT W. R. Grace

MATTER Weja

DESCRIPTION Deposit for trial decision transcript

AMOUNT $ 300.00

DATE 10/30/02

NO: 082910

NO: 065656

PAID _____

APPROVED _____

VENDOR NO. _____

AUTHORIZED SIGNATURE

CHECK NO. _____

CHARGE _____

# ATTACHMENT 5

12/23/02
4:22 PM

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Includes: Hard, Soft, Billed, Unbilled

Periods: 200210 To 200211  Dates: 10/1/02 To 11/30/02

Client: 082910  W.R. GRACE & CO.

Matter: 065656  Weja, Inc.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| **Client: 082910  W.R. GRACE & CO.** | | | | | | | | | |
| 10/18/02 | TVLEXP | PD TRAVEL EXPENSES TO JERSEY CITY NJ; WSH; UH 11/15/02 | 1548153 | WRG.24 | 2008021 | 12/5/02 | $28.56 | $28.56 | $28.56 |
| | **Matter 065656 Totals:** | | | | | | $28.56 | $28.56 | $28.56 |
| | **Client 082910 Totals:** | | | | | | $28.56 | $28.56 | $28.56 |
| **Report Totals** | | | | | | | $28.56 | $28.56 | $28.56 |

**DIRECT REIMBURSEMENT EXPENSE REPORT**
NAME _____ William S. Hatfield

Period From: _____ October 9, 2002
To: _____ October 18, 2002

RECEIVED

OCT 3 0 2002

ATTORNEY TIMEKEEPER KIPP & SZUCH LLP®

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Show details on Page 2 | | Total Expenses | Client No./ Matter No. or Firm Charge |
| | | Miles | Amount | Parking or Tolls | | Business Meals | Other Expenses | | |
| 10/18/2002 | W.R. Grace/Weja | | | | | | | | |
| | Court hearing in Jersey City | 48.00 | $16.56 | $12.00 | | | | $28.56 | 002910.065656 |

Signature _____    Date   10/25/2002

10/25/2002

# ATTACHMENT 6

12/23/02
4:37 PM
Includes: Hard, Soft, Billed, Unbilled

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 200210 To 200211  Dates: 10/1/02 To 11/30/02

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Client: 082910  W.R. GRACE & CO.
  Matter: 065656  Weja, Inc.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 10/28/02 | VENICI | Paid Investigative Consultants Int'l. for services rendered #10501: S#8737 | 1545843 | WRG.24 | 2006021 | 12/5/02 | $777.20 | $777.20 | $777.20 |
| | | **Matter 065656 Totals:** | | | | | $777.20 | $777.20 | $777.20 |
| | | **Client 082910 Totals:** | | | | | $777.20 | $777.20 | $777.20 |
| **Report Totals** | | | | | | | $777.20 | $777.20 | $777.20 |

# ATTACHMENT 7

12/23/02
4:01 PM
Includes: Hard, Soft, Billed, Unbilled

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 200210 To 200211  Dates: 10/1/02 To 11/30/02

(_PHDISB02JB)
Req'd By: KANDOLAB
Currency: USD

Client: 082910  W.R. GRACE & CO.

Matter: 095992  Chapter 11 Administration

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 10/31/02 | EXPDEL | PD UPS TO WILMINGTON DE:ELIS;CK# 241380 | 1548844 | WRG.24 | 2007989 | 12/5/02 | $9.84 | $9.84 | $9.84 |
| 11/15/02 | EXPDEL | PD UPS TO WILMINGTON DE; KMJ; CK# 241977 | 1553492 | WRG.24 | 2007989 | 12/5/02 | $7.74 | $7.74 | $7.74 |
| | | **Matter 095992 Totals:** | | | | | $17.58 | $17.58 | $17.58 |
| | | **Client 082910 Totals:** | | | | | $17.58 | $17.58 | $17.58 |
| **Report Totals** | | | | | | | $17.58 | $17.58 | $17.58 |

# Invoice

~vestigative Consultants International
231 North Avenue, Suite 302
Westfield, NJ 07090

| DATE | INVOICE # |
|------|-----------|
| 10/28/2002 | 22609 |

**BILL TO**

Pitney, Hardin, Kipp & Szuch
200 Campus Drive
Florham Park, New Jersey 07932
Attn: Anthony J. Marchetta

**CASE TITLE**

Wallace D. Teich
Client Matter #082910.065656

| OUR CASE # | TERMS |
|------------|-------|
| 1557-02 | Due on receipt |

| DATE | SERVICE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------|---------|-------------|----------|------|--------|
| 10/24/2002 | Investigation | MWB conducts financial research regarding Teich. | 1 | 650.00 | 650.00 |
| 10/24/2002 | Investigation | MWB conducts database identifier research of subject. | 1 | 125.00 | 125.00 |
| | Telephone | Telephone charges directly related to case. | 22 | 0.10 | 2.20 |
| | Legend | MWB, Michael W. Boyle; SJB, Stephen J. Biss; TMH, Timothy M. Hansen; JH, Joseph Higgins, TT, Thomas Tykowski, EC, Edward Corrales, SR, Stanley Rusniak, AC, Andrew Clark, RH, Robert Higgins, RB, Robert Bennett, BC, Bruce Clark. | | | 0.00 |
| | Questions | In the event you should have any questions regarding our invoice, please contact our offices at (908) 518-9185. | | 0.00 | 0.00 |

WRP / weja          082910. 065653 (A)

FEDERAL TAX ID # 22-3416362

| | **Total** | $777.20 |
|--|-----------|---------|

PAID............
APPROVED........... 1328
VENDOR NO.... 241264
..........NO............ 1050I

# ATTACHMENT 8

12/23/02

4:03 PM

Includes: Hard, Soft, Billed, Unbilled

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

Periods: 200210 To 200211  Dates: 10/1/02 To 11/30/02

(_PHDSB02JB)

Req'd By: KANIDOLAB

Currency: USD

Client: 082913  W.R. GRACE & CO.\INSURANCE CO

Matter: 000009  NY Superfund Action

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082913  W.R. GRACE & CO.\INSURANCE CO | | | | | | | | | |
| 11/27/02 | CAR | | 1554168 | WRG.24 | 2008011 | 12/5/02 | $591.39 | $591.39 | $591.39 |
| 11/27/02 | CAR | | 1554249 | WRG.24 | 2008011 | 12/5/02 | $5.38 | $5.38 | $5.38 |
| | | | | **Matter 000009 Totals:** | | | $596.77 | $596.77 | $596.77 |
| | | **Client 082913 Totals:** | | | | | $596.77 | $596.77 | $596.77 |
| **Report Totals** | | | | | | | $596.77 | $596.77 | $596.77 |

# ATTACHMENT 9

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**

12/23/02
4:06 PM
Includes: Hard, Soft, Billed, Unbilled

Periods: 200210 To 200211  Dates: 10/1/02 To 11/30/02

(_PHDSB02.JB)
Req'd By: KANDOLAB
Currency: USD

Client: 082913  W.R. GRACE & CO.\INSURANCE CO
Matter: 000009  NY Superfund Action

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082913  W.R. GRACE & CO.\INSURANCE CO | | | | | | | | | |
| 10/21/02 | EXPDEL | PD UPS TO VERO BEACH FL, BEM, CK# 241176 | 1545768 | WRG.24 | 2008011 | 12/5/02 | $23.12 | $23.12 | $23.12 |
| 11/9/02 | EXPDEL | PD UPS ADJUST.BEM.CK# 241380 | 1548265 | WRG.24 | 2008011 | 12/5/02 | $0.68 | $0.68 | $0.68 |
| 11/13/02 | EXPDEL | PD UPS TO NYC, MEW, CK# 241977 | 1553546 | WRG.24 | 2008011 | 12/5/02 | $7.74 | $7.74 | $7.74 |
| 11/13/02 | EXPDEL | PD UPS TO NYC, MEW, CK# 241977 | 1553548 | WRG.24 | 2008011 | 12/5/02 | $10.78 | $10.78 | $10.78 |
| **Matter 000009 Totals:** | | | | | | | $42.32 | $42.32 | $42.32 |
| **Client 082913 Totals:** | | | | | | | $42.32 | $42.32 | $42.32 |
| **Report Totals** | | | | | | | $42.32 | $42.32 | $42.32 |

# ATTACHMENT 10

12/23/02

4:10 PM

Pitney, Hardin, Kipp & Szuch, LLP

**Engagement Cost Report**

(\_PHDSB02JB)

Req'd By: KANDOLAB

Includes: Hard, Soft, Billed, Unbilled

Periods: 200209 To 200211  Dates: 9/1/02 To 11/30/02

Currency: USD

Client: 082913  W.R. GRACE & CO.\INSURANCE CO

Matter: 000009  NY Superfund Action

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082913  W.R. GRACE & CO.\INSURANCE CO | | | | | | | | | |
| 9/6/02 | TVLEXP | Pd Travel Expense;mh;Check no 240748 | 1545085 | WRG.24 | 2008011 | 12/5/02 | $12.00 | $12.00 | $12.00 |
| 9/6/02 | TVLEXP | Pd Travel Expense;mh;Check no 240748 | 1545086 | WRG.24 | 2008011 | 12/5/02 | $12.00 | $12.00 | $12.00 |
| **Matter 000009 Totals:** | | | | | | | $24.00 | $24.00 | $24.00 |
| **Client 082913 Totals:** | | | | | | | $24.00 | $24.00 | $24.00 |
| **Report Totals** | | | | | | | $24.00 | $24.00 | $24.00 |

# ATTACHMENT 11

12/23/02
4:13 PM
Includes: Hard, Soft, Billed, Unbilled

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 200210 To 200211   Dates: 10/1/02 To 11/30/02

(_PHDSB02JB)
Req'd By: KANDOLAB
Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 062416  Prudential, et al.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 10/28/02 | EXPDEL | PD UPS TO BOCA RATON FL.AJM.CK# 241380 | 1548343 | WRG.24 | 2008018 | 12/5/02 | $9.26 | $9.26 | $9.26 |
| 10/28/02 | EXPDEL | PD UPS TO COLUMBIA MD.AJM.CK# 241380 | 1548345 | WRG.24 | 2008018 | 12/5/02 | $7.74 | $7.74 | $7.74 |
| 10/28/02 | EXPDEL | PD UPS TO PHILADELPHIA PA.AJM.CK# 241380 | 1548346 | WRG.24 | 2008018 | 12/5/02 | $7.74 | $7.74 | $7.74 |
| **Matter 062416 Totals:** | | | | | | | $24.74 | $24.74 | $24.74 |
| **Client 082910 Totals:** | | | | | | | $24.74 | $24.74 | $24.74 |
| **Report Totals** | | | | | | | $24.74 | $24.74 | $24.74 |

# ATTACHMENT 12

12/23/02
4:14 PM
Includes: Hard, Soft, Billed, Unbilled

Pitney, Hardin, Kipp & Szuch, LLP
**Engagement Cost Report**
Periods: 200210 To 200211   Dates: 10/1/02 To 11/30/02

(_PHDSB02,IB)
Req'd By: KANDOLAB
Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 102292  Tahari, Ltd.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 10/15/02 | EXPDEL | Pd Deluxe Delivery to New York NY;bmb;Check no. 241760 | 1523459 | WRG.24 | 2008019 | 12/5/02 | $7.50 | $7.50 | $7.50 |
| 10/30/02 | EXPDEL | PD UPS TO NEW YORK NY;JPS;CK# 241380 | 1548424 | WRG.24 | 2008019 | 12/5/02 | $7.74 | $7.74 | $7.74 |
| 10/30/02 | EXPDEL | PD UPS TO COLUMBIA MD;JPS;CK# 241380 | 1548432 | WRG.24 | 2008019 | 12/5/02 | $7.74 | $7.74 | $7.74 |
| 11/7/02 | EXPDEL | PD UPS TO WINSLOW NJ;JPS;CK# 241552 | 1551466 | WRG.24 | 2008019 | 12/5/02 | $7.74 | $7.74 | $7.74 |
| 11/9/02 | EXPDEL | PD UPS ADJUST TO SWEDESBORO NJ;JPS;CK# 241552 | 1550464 | WRG.24 | 2008019 | 12/5/02 | $10.00 | $10.00 | $10.00 |
| **Matter 102292 Totals:** | | | | | | | $40.72 | $40.72 | $40.72 |
| **Client 082910 Totals:** | | | | | | | $40.72 | $40.72 | $40.72 |
| **Report Totals** | | | | | | | $40.72 | $40.72 | $40.72 |

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: January 30, 2003 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and

am a member in good standing of the bars of the State of New Jersey, the United States District

Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the

United States District Court for the Northern District of New York, the United States District

Court for the Eastern District of New York, the United States District Court for the Southern

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

977141\A01010203

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.  I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.


Florham Park, New Jersey
Dated: January 3, 2003

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP


Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950