TOGUT, SEGAL & SEGAL LLP
Co-Bankruptcy Counsel for Enron Corp., et al.
One Penn Plaza, Suite 3335
New York, NY 10119
(212) 594-5000
Neil Berger (NB-3599)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------x
                                              :
In re:                                        :     Chapter 11
                                              :
W.R. GRACE & CO et al.,                       :     Case No. 01-1139 (JKF)
                                              :     Jointly Administered
                                              :
          Debtors.                            :
-------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Enron Corp., et al., by its bankruptcy co-counsel Togut Segal & Segal LLP, hereby appears in the above-captioned case and, pursuant to 11 U.S.C. section 1109(b) and Bankruptcy Rule 9010(b), and hereby requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in this case.  All such notices should be addressed and served upon:

> General Counsel
> Enron Energy Services
> 1400 Smith Street
> EB 0889
> Houston, TX 770022

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above case and proceedings therein.

DATED:  New York, New York
        January 13, 2003

                        TOGUT SEGAL & SEGAL LLP,
                        Co-Counsel for Enron Corp., et al.,
                        By:

                        /s/ Neil Berger
                        NEIL BERGER (NB-3599)
                        One Penn Plaza, Suite 3335
                        New York, NY 10119
                        (212) 594-5000 (phone)
                        (212) 967-4258 (fax)