TOGUT, SEGAL & SEGAL LLP
Co-Bankruptcy Counsel for Enron Corp., et al.
One Penn Plaza, Suite 3335
New York, NY 10119
(212) 594-5000
Neil Berger (NB-3599)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
------------------------------------------------------x
:
In re:                                            :         Chapter 11
:
W.R. GRACE & CO et al.,            :         Case No. 01-1139 (JKF)
:         Jointly Administered
:
          Debtors.            :
------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF NOTICE OF
APPEARANCE AND REQUEST FOR SERVICE OF PAPERS.**

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

       CASSANDRA MCLEAN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Yonkers, New York.

       On January 13, 2003, deponent served a copy of the within Notice of Appearance and Request for Documents upon all of whom are set forth on the Service list annexed hereto by depositing a true copy of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

       /s/ Cassandra McLean
       CASSANDRA MCLEAN

Sworn to before me this
13th day of January, 2003

/s/ Elizabeth Wayne
Notary Public