**SERVICE LIST**

**COUNSEL TO DEBTOR**

Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705
Attn:  Laura Davis Jones, Esq.
          Rosalie L. Spelman, Esq.
          Rachel Lowy Werkheiser, Esq.
          David W. Carickhoff, Jr., Esq.

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801
Attn:  Richard Allen Keuler Jr., Esq.


**COUNSEL TO UNSECURED CREDITORS' COMMITTEE**

Duane Morris LLP
110 North Market Street
Suite 1200
Wilmington, DE 19801
Attn:  William K. Harrington, Esq.
          Michael R. Lastowski, Esq.

**UNITED STATES TRUSTEE**

Office of the United States Trustee
844 King Street
Room 2313
Wilmington, DE 19801
Attn:  Frank J. Perch III, Esq.