IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: February 3, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY COVERSHEET TO NINTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | November 1, 2002 through November 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $34,396.50 for the period November 1, 2002 through November 30, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,314.21 for the period of November 1, 2002 through November 30, 2002 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid in part[1] | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Application Pending | Application Pending |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Application Pending | Application Pending |

As indicated above, this is the ninth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

---

[1] When the certificate of no objection was filed for Carella Byrne's Fourth Monthly Interim Application, it contained a mathematical error in that it requested payment for 60% of the fees incurred during the Fourth Monthly Interim. Accordingly, Carella Byrne has requested the outstanding 40% of fees for services rendered in June 2002 in the Fifth Interim Quarterly Fee Application.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 67.40 | $21,905.00 |
| Melissa E. Flax | Partner | $215 | 58.10 | $12,491.50 |

Total Fees                $34,396.50

Total Hours               125.50

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $1,778.40 |
| Westlaw | |
| Telephone | $36.16 |
| Faxes | $85.00 |
| FedEx | $194.15 |
| Travel | |
|       Parking | $13.00 |
| Messenger | $177.50 |
| Additional Staff Time | |
| Court Reporter | |
| Meals | $30.00 |
| | |
| Total | $2,314.21 |

## ATTACHMENT B
## TO FEE APPLICATION
### (November 1, 2002 through November 30, 2002)

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 67.40 | $21,905.00 |
| Melissa E. Flax | Partner | $215 | 58.10 | $12,491.50 |

| | |
|---|---|
| Grand Total: | $34,396.50 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,314.21 |
| Fee Applications, Applicant | 13.40 | $3,046.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 112.10 | $31,350.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | | $85.00$ ($0.25 per page) |
| Long Distance Telephone | | $36.16 |
| In-House Reproduction | | $360.50 ($0.25 per page) |
| Outside Reproduction | | $1,417.90 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel (parking 10/18/02) | | $13.00 |
| Out-Of-Town Travel     airfare     car/taxi service     hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $194.15 |
| Postage | | |
| Other (Explain) - Working meal | | $30.00 |
| Messenger | | $177.50 |