IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 3, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 Page 2

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/05/02 | MEF | Review email from Schiappa regarding Roned exhibit list | .20 | 43.00 |
| 11/05/02 | MEF | Review email from R. Senftleben regarding meeting with C. Brookes | .20 | 43.00 |
| 11/05/02 | MEF | Telephone call with C. Marraro regarding revisions to Final Pretrial Order; voice mail - B. Banks regarding same | .20 | 43.00 |
| 11/05/02 | MEF | Revise final pretrial order; email to all counsel regarding revised final pretrial order | .40 | 86.00 |
| 11/06/02 | MEF | Telephone call with J. Kelley regarding Grace Exhibit list for final pretrial order | .20 | 43.00 |
| 11/06/02 | MEF | Final pretrial order - Revise final pretrial order; telephone call with K. Millian regarding same; emails from counsel regarding changes, additions, deletions to final pretrial order; telephone calls with C. Marraro regarding changes to final pretrial order; emails to all counsel regarding revised final pretrial order | 2.40 | 516.00 |
| 11/06/02 | MEF | Telephone call with Maureen at Judge Cavanaugh's chambers regarding final pretrial order | .20 | 43.00 |
| 11/08/02 | MEF | Finalize final pretrial order; letters to Clerk and Judge Cavanaugh; prepare certificate service | 1.10 | 236.50 |
| 11/09/02 | MEF | Continue drafting motions in limine; research RFA | 2.20 | 473.00 |
| 11/10/02 | JMA | Phone - C. Marraro re: trial strategy, trial brief, in limine briefs | .50 | 162.50 |
| 11/10/02 | MEF | Continue drafting motion in limine regarding Blanchard testimony; draft notice of motion and proposed order; continue drafting motion in | 3.00 | 645.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 Page 3

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | limine regarding 4th RFA's; draft notice of motion and proposed form of order | | |
| 11/11/02 | JMA | Conference call with C. Marraro and client representatives re: trial issues | .80 | 260.00 |
| 11/11/02 | JMA | Phone - C. Marraro re: trial strategy, trial brief | .50 | 162.50 |
| 11/11/02 | JMA | Preliminary review of Grace trial brief | 1.00 | 325.00 |
| 11/11/02 | MEF | Motions in limine - review case law regarding untimely RFA responses; revise memo in support of RFA in limine motion; email to C. Marraro regarding same; review draft Deming motion in limine | 2.50 | 537.50 |
| 11/11/02 | MEF | Telephone call with B. Hughes regarding motions in limine - RFA, Deming, Blanchard | .80 | 172.00 |
| 11/13/02 | JMA | Phone - C. Marraro re: trial and in limine briefs | .30 | 97.50 |
| 11/13/02 | JMA | Review and revise Grace trial brief; phone - C. Marraro re: trial and in limine briefs | 7.00 | 2275.00 |
| 11/13/02 | MEF | Revise notice of motion, order and memo in support of in limine motion regarding Honeywell's response to Grace's 4th RFA's; draft MEF declaration in support of certain motions in limine | .90 | 193.50 |
| 11/13/02 | MEF | Telephone call with B. Hughes regarding motions in limine | .30 | 64.50 |
| 11/13/02 | MEF | Review and revise motion in limine regarding cleanup to residential standards | 2.00 | 430.00 |
| 11/13/02 | MEF | Review Deming brief and revise Blanchard brief based on Deming motion | 1.60 | 344.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 Page 4

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/14/02 | JMA | Phone - C. Marraro re: trial brief | .20 | 65.00 |
| 11/14/02 | JMA | Phone - C. Marraro re: in limine motions re: experts | .40 | 130.00 |
| 11/14/02 | JMA | Review, revise and finalize Grace brief re: in limine motion - residential standards | 7.00 | 2275.00 |
| 11/14/02 | JMA | Review and execute Grace trial brief | 1.00 | 325.00 |
| 11/14/02 | MEF | Telephone calls with C. Marraro regarding trial brief and motions in limine (5) | .70 | 150.50 |
| 11/14/02 | MEF | Continue revising motion in limine regarding cleanup standards | 2.30 | 494.50 |
| 11/14/02 | MEF | Revise and finalize trial brief | 2.00 | 430.00 |
| 11/14/02 | MEF | Telephone calls with B. Hughes regarding trial brief and motions in limine | .30 | 64.50 |
| 11/14/02 | MEF | Review declaration of A. Nagy in support of motions in limine (2) | .30 | 64.50 |
| 11/15/02 | JMA | Phone - C. Marraro re: settlement issues | .40 | 130.00 |
| 11/15/02 | JMA | Review, revise and finalize Grace brief - in limine motion - Daylin and Goodrich | 4.30 | 1397.50 |
| 11/15/02 | JMA | Review and execute Grace motions in limine and supporting briefs | 2.60 | 845.00 |
| 11/15/02 | MEF | Motions in limine - review emails from B. Hughes and J. Kelley; revise and finalized MEF declaration; revise and finalize 7 notices of motions, 7 orders, 7 memoranda in support of motions in limine; telephone call with B. Hughes regarding motions in limine; telephone calls with C. Marraro regarding motions in limine; prepare certificate of service; letter to D. Field serving motions in limine | 8.50 | 1827.50 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 Page 5

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/02 | JMA | Receipt and review letter from M. Caffrey with Honeywell in limine motions | .20 | 65.00 |
| 11/18/02 | JMA | Receipt and review Honeywell in limine motion papers seeking to bar Sheehan | .80 | 260.00 |
| 11/18/02 | JMA | Receipt and review Honeywell in limine motion papers seeking to bar Belsito's testimony | 2.00 | 650.00 |
| 11/18/02 | JMA | Receipt and review Honeywell in limine motion papers seeking to bar Backstrom, Bergman, Pratt and Barber | 1.00 | 325.00 |
| 11/18/02 | JMA | Phone - C. Marraro re: trial strategy, responses to Honeywell in limine motions | .40 | 130.00 |
| 11/18/02 | JMA | Phone - R. Senftleben | .20 | 65.00 |
| 11/18/02 | JMA | Receipt and review Notice of entry of Final Pretrial Order | .10 | 32.50 |
| 11/18/02 | MEF | Letter to R. Senftleben regarding Grace trial brief and Grace's motions in limine | .60 | 129.00 |
| 11/18/02 | MEF | Review Honeywell's motions in limine | .50 | 107.50 |
| 11/19/02 | JMA | Phone - C. Marraro re: trial strategy | .30 | 97.50 |
| 11/19/02 | JMA | Phone - C. Marraro re: witness preparation; review Rule 702 and cases re: opposition to Honeywell in limine motions | 3.00 | 975.00 |
| 11/20/02 | JMA | Review of and comments to draft of Grace opposition briefs - in limine motions | 2.50 | 812.50 |
| 11/20/02 | JMA | Conference call with C. Marraro and B. Hughes re: Grace opposition briefs - in limine motions | 1.00 | 325.00 |
| 11/20/02 | JMA | Receipt and review letter from M. Caffrey to Judge Cavanaugh | .20 | 65.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/02 | JMA | Receipt and review letter from D. Field | .20 | 65.00 |
| 11/20/02 | JMA | Revise portions of Grace opposition briefs - in limine motions | 1.50 | 487.50 |
| 11/20/02 | JMA | Review Belsito expert report re: opposition to in limine motions | 1.70 | 552.50 |
| 11/20/02 | MEF | Review faxes from M. Caffrey (2) regarding extension of time to respond and to file in limine motions | .30 | 64.50 |
| 11/20/02 | MEF | Email from S. German regarding trial brief; email to S. German regarding same | .20 | 43.00 |
| 11/21/02 | JMA | Review file and notes re: preparation of fact witnesses for trial | 3.00 | 975.00 |
| 11/21/02 | JMA | Phone - C. Marraro re trial strategy | .20 | 65.00 |
| 11/21/02 | JMA | Receipt and review e-mail from B. Hughes re: Grace opposition briefs - in limine motions | .30 | 97.50 |
| 11/21/02 | MEF | Telephone call with C. Hopkins regarding exchange and filing of motions in limine | .20 | 43.00 |
| 11/22/02 | JMA | Conference with C. Marraro re: motions in limine; opposition to Honeywell in limine motion re: Belsito, trial strategy and preparation | 8.00 | 2600.00 |
| 11/25/02 | JMA | Review of and comments to Grace opposition brief re: Belsito; phone - C. Marraro re: Belsito brief | 1.80 | 585.00 |
| 11/25/02 | MEF | Telephone call with B. Hughes regarding opposition to Honeywell's motions in limine | .30 | 64.50 |
| 11/25/02 | MEF | Opposition to motions in limine - Review letter from M. Moasser with documents; review email | .50 | 107.50 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 Page 7

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

| | | | | |
|---|---|---|---|---|
| | | with additional documents in support of Grace's opposition to Honeywell's motions in limine | | |
| 11/26/02 | JMA | Review, revise, finalize and execute Grace opposition brief - Belsito; review, revise and execute Grace opposition brief - Rebuttal Witnesses | 6.00 | 1950.00 |
| 11/26/02 | JMA | Conference calls with C. Marraro and adversaries re: mediation; conference call with C. Marraro and clients re: mediation; conference call with C. Marraro and expert | 2.00 | 650.00 |
| 11/26/02 | MEF | Motions in limine - finalize opposition to Honeywell's motions; receipt of Honeywell's and plaintiffs oppositions to Grace's motions; prepare letters to D. Field, Clerk and Judge Cavanaugh regarding motions in limine; telephone calls with C. Hopkins regarding Honeywell opposition; preparation and filing of Grace's motions in limine with all parties' oppositions | 7.30 | 1569.50 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 Page 8

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

| | | | |
|---|---|---|---|
| 11/27/02 MEF | Telephone call with C. Marraro regarding conference call on Honeywell papers | .20 | 43.00 |
| 11/27/02 MEF | Letter to C. Hopkins regarding time-stamped letters for motions in limine | .40 | 86.00 |
| 11/29/02 MEF | Review email from C. Marraro regarding H. McGuire affidavit; review affidavit | .30 | 64.50 |
| 11/29/02 MEF | Review email from M. Moasser regarding Nitto v. Avery; email to C. Hopkins regarding same | .20 | 43.00 |

FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 11/03/02 MEF | Review email from L. Ferdinand with quarterly summaries; review quarterly summaries | .30 | 64.50 |
| 11/03/02 MEF | Voice mail - L. Ferdinand regarding same | .20 | 43.00 |
| 11/03/02 MEF | Email to L. Ferdinand regarding 3rd quarterly | .10 | 21.50 |
| 11/05/02 MEF | Review email from L. Ferdinand regarding summary for 5th Quarterly; review summary; confirm CBBG figures; email to L. Ferdinand regarding same | .50 | 107.50 |
| 11/06/02 MEF | Review October Fee Detail in preparation of fee application | .70 | 150.50 |
| 11/06/02 MEF | Begin preparing Grace Quarterly Application for July, August and September 2002 | 3.40 | 731.00 |
| 11/11/02 MEF | Receipt and review Fee Auditor's final report on fifth quarterly application | .50 | 107.50 |
| 11/11/02 MEF | Revise sixth quarterly interim fee application for 7/1/02 through 9/30/02 | 1.20 | 258.00 |
| 11/11/02 MEF | Prepare monthly fee application - October 2002 | 1.00 | 215.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 Page 9

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/12/02 | MEF | Revise fee application for October 2002 time (eighth application) | .40 | 86.00 |
| 11/13/02 | JMA | Fee Application - review and execute 6th quarterly fee application | 1.00 | 325.00 |
| 11/13/02 | MEF | Revise and finalize 6th Quarterly Interim Fee Application for 7/1/02 to 9/30/02; letter to D. Carrickhoff forwarding same | 1.60 | 344.00 |
| 11/13/02 | MEF | Revise and finalize monthly fee application for October 2002 | .60 | 129.00 |
| 11/18/02 | JMA | Fee Application - review and execution of Eighth Monthly Interim Fee Application | .50 | 162.50 |
| 11/18/02 | MEF | Letter to D. Carrickhoff regarding 8th Monthly Fee Application | .40 | 86.00 |
| 11/20/02 | MEF | Review draft order allowing fees for 5th Quarterly period; email to L. Ferdinand regarding same | .50 | 107.50 |
| 11/21/02 | MEF | Review email and order from L. Ferdinand regarding fees for 1,2,3 Quarters | .20 | 43.00 |
| 11/25/02 | MEF | Review email from L. Ferdinand with final spreadsheets for 1, 2, 3 and 5 quarterly applications | .30 | 64.50 |

Total Fees: 34,396.50

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680
INVOICE NO. 18102

December 19, 2002
Page 10

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

Disbursements

Telephone

| | | |
|---|---|---|
| 11/19/02 Telephone 11/8 | | 1.76 |
| | SUBTOTAL: | 1.76 |

Meals

| | | |
|---|---|---|
| 11/14/02 Meals MEF 10/12 | | 30.00 |
| | SUBTOTAL: | 30.00 |

Photocopies - Outside

| | | |
|---|---|---|
| 11/25/02 Photocopies - Outside DOC EXP 11/15 | | 832.97 |
| 11/25/02 Photocopies - Outside DOC EXP 11/15 | | 571.68 |
| 11/30/02 Photocopies - Outside DOC EXP 11/25 | | 13.25 |
| | SUBTOTAL: | 1417.90 |

| | | |
|---|---|---|
| 11/30/02 Messenger | 52.50 | |
| 11/30/02 Photocopies | 360.50 | |
| 11/30/02 Faxes | 85.00 | |
| 11/30/02 Telephone | 34.40 | |
| 11/30/02 Travel Expense | 13.00 | |
| 11/30/02 Federal Express | 194.15 | |
| 11/30/02 Messenger - In House | 125.00 | |
| Total Costs | | 2,314.21 |
| Total Due this Matter | | 36,710.71 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No. 734680 December 19, 2002
INVOICE NO. 18102 Page 11

For Professional Services Rendered through 10/31/02

Matter # 734680.1 VS. ALLIED SIGNAL

SUMMARY OF FEES:

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| J M AGNELLO | 325.00 | 67.40 | 21905.00 |
| M E FLAX | 215.00 | 58.10 | 12491.50 |
| TOTALS | | 125.50 | 34396.50 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 9th day of December, 2002

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06