## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 3, 2003 at 4:00 p.m.<br>Hearing Date: TBD only if necessary |

## SUMMARY APPLICATION OF KIRKLAND & ELLIS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND MONTHLY INTERIM PERIOD, FROM NOVEMBER 1, 2002, THROUGH NOVEMBER 30, 2002, FOR THE QUARTER OF OCTOBER – DECEMBER, 2002

Name of Applicant: **Kirkland & Ellis**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **Retention Order entered May 3, 2001, effective as of April 2, 2001.**

Period for which compensation and reimbursement is sought: **November 1, 2002, through November 30, 2002**

Amount of Compensation sought as actual, reasonable and necessary: **$122,419.00**

Amount of Expense Reimbursement sought as actual, reasonable and necessary: **$4,732.30**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

This is a **X** monthly ___ interim __ final application.

The total time expended for the preparation of this application is approximately 30 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $9,500.00.

This is the second monthly application for interim compensation of services for the October - December 2002 quarter that the Debtors have filed with the Bankruptcy Court in the Chapter 11 Cases. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 - 4/30/01 | $626,079.00 | $32,439.84 | Interim approval[2] | Interim approval |
| June 29, 2001 | 5/1 - 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 - 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April - June, 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50 | $155,393.83 |
| August 28, 2001 | 7/1-7/31/01 | $476,582.50 | $25,312.13 | Interim approval | Interim approval |
| September 28, 2001 | 8/1-8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1-9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July - September, 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50 | $81,482.19 |
| December 11, 2001 | 10/1-10/31/01 | $493,074.00 | $27,724.54 | Interim approval | Interim approval |
| December 29, 2001 | 11/1-11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1-12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October-December, 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00 | $84,679.70 |
| March 4, 2002 | 1/1-1/31/02 | $439,056.00 | $32,279.54 | Interim approval[3] | Interim approval |
| March 27, 2002 | 2/1-2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1-3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January-March, 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50 | $101,656.38 |
| June 10, 2002 | 4/1-4/30/02 | $410,702.50 | $25,286.05 | Interim approval | Interim approval |
| July 2, 2002 | 5/1-5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1-6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April-June, 2002 | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |
| September 11, 2002 | 7/1-7/31/02 | $335,129.00 | $28,504.48 | pending | pending |
| October 2, 2002 | 8/1-8/31/02 | $344,619.00 | $86,047.20 | pending | pending |
| October 30, 2002 | 9/1-9/30/02 | $238,876.50 | $20,882.49 | pending | pending |
| November 27, 2002 | July-September, 2002 | $918,624.50 | $135,434.17 | pending | pending |

---

[2] The fees and expenses requested in the April-June, 2001, July-September, 2001, October-December, 2001, and April-June, 2002 interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3] The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| December 6, 2002 | 10/1-10/31/02 | $207,778.00 | $7,769.74 | pending | pending |

K&E has filed certificates of no objection with respect to the interim monthly Applications for April 2001 through October 2002, respectively, because no objections were filed within the respective objection periods. The Quarterly Applications for the interim periods from (i) April 2, 2001, through June 31, 2001, (ii) July 1, 2001, through September 30, 2001, (iii) October 1, 2001, through December 31, 2001, and (iv) April 1, 2002 through June 30, 2002, were heard on November 25, 2002 and orders were entered November 29, 2002 granting interim compensation and reimbursement of expenses requested in the first-third and fifth Quarterly Applications. The Quarterly Applications for the interim period from January 1, 2002 through March 31, 2002, was heard on August 26, 2002, and an order was entered on October 9, 2002, granting interim compensation and reimbursement of expenses requested in the fourth Quarterly Application. The Quarterly Application for the interim period July 1, 2002, through September 30, 2002, is scheduled for hearing on March 18, 2003.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S. Baer | Of Counsel | 20 Years | Bankruptcy | $580.00 | 50.60 | $29,348.00 |
| James W. Kapp | Partner | 8 Years | Bankruptcy | $470.00 | 18.80 | $8,836.00 |
| Roger J. Higgins | Associate | 6 Years | Bankruptcy | $390.00 | 27.50 | $10,725.00 |
| Christian J. Lane | Associate | 5 Years | Bankruptcy | $410.00 | 97.60 | $40,016.00 |
| Michelle H. Browdy | Partner | 12 Years | Litigation | $420.00 | 0.60 | $252.00 |
| Elli Leibenstein | Partner | 10 Years | Litigation | $430.00 | 0.50 | $215.00 |
| Todd F. Maynes | Partner | 15 Years | Taxation | $600.00 | 7.00 | $4,200.00 |
| Andrew R. Running | Partner | 20 Years | Litigation | $480.00 | 5.60 | $2,688.00 |
| S. Jonathan Silverman | Partner | 10 Years | Litigation | $430.00 | 12.00 | $5,160.00 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rhonda A. Bledsoe | Legal Assistant | 11 Years | Bankruptcy | $200.00 | 22.60 | $4,520.00 |
| Toni L. Wallace | Legal Assistant | 2 Years | Bankruptcy | $145.00 | 24.50 | $3,552.50 |
| Aletheia V. Anderson | Project Assistant | 1 Year | Bankruptcy | $95.00 | 21.70 | $2,061.50 |
| Stephanie R. Cashman | Project Assistant | 7 Months | Litigation | $90.00 | 24.30 | $2,187.00 |
| Shirley A. Pope | Legal Assistant | 17 Years | Litigation | $180.00 | 48.10 | $8,658.00 |

Grand Total for Fees: $122,419.00
Blended Rate:          $338.74

## Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 16 | Asset Analysis and Recovery | 0.20 | $116.00 |
| 17 | Relief from Stay | 1.20 | $652.00 |
| 19 | Claims (Non-Asbestos) | 8.00 | $2,792.00 |
| 20 | Case Administration | 111.30 | $19,634.50 |
| 21 | Claims (Asbestos) | 2.50 | $1,450.00 |
| 26 | Financing | 9.90 | $4,145.00 |
| 28 | Litigation and Litigation Consulting | 98.20 | $43,682.00 |
| 30 | Hearings | 9.00 | $5,132.00 |
| 31 | Asset Disposition | 13.30 | $5,525.00 |
| 32 | Fee Applications, Applicant | 37.30 | $11,896.50 |
| 35 | Fee Applications Others | 16.00 | $3,182.00 |
| 38 | Employment Applications, Others | 29.60 | $12,388.00 |
| 42 | Travel non-working | 6.00 | $3,255.00 |
| 46 | Tax Litigation | 13.10 | $6,605.00 |
| 51 | ZAI Science Trial | 5.80 | $1,964.00 |
|  | **Total** | **361.40** | **$122,419.00** |

## Expense Summary

| Description | Amount |
|---|---:|
| Telephone | $218.68 |
| Fax Telephone Charge | $5.62 |
| Fax Charge | $104.25 |
| Standard Copies | $877.00 |
| Binding | $3.50 |
| Tabs/Indexes/Dividers | $3.60 |
| Scanned Images | $43.05 |
| Postage | $4.90 |
| Transportation to/from airport | $119.95 |
| Information Broker Doc/Svcs | $24.90 |
| Computer Database Research | $1,618.13 |
| Overtime Transportation | $82.80 |
| Overtime Meals | $42.00 |
| Secretarial Overtime | $1,583.92 |
| **Total** | **$4,732.30** |

WHEREFORE, K&E respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of $122,419.00 for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period ($97,935.20) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period ($4,732.30); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware                    Respectfully submitted,
Dated: December 3ɫ, 2002

                                        KIRKLAND & ELLIS

                                        James H.M. Sprayregen
                                        James W. Kapp III
                                        Christian J. Lane
                                        Roger J. Higgins
                                        200 East Randolph Drive
                                        Chicago, Illinois 60601
                                        (312) 861-2000