IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 3, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc.. Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/02 | Janet S Baer | .20 | Confer with counsel for CNA re settlement proceeds issues. |
| | Total hours: | .20 | |

## Matter 17 - Relief from Stay - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/02 | Janet S Baer | .80 | Review Kellogg response on individual action (.2); attend to matters re same for reply (.2); review Caterpillar motion for relief from stay (.3); confer re same (.1). |
| 11/19/02 | James W Kapp | .40 | Review Caterpillar automatic stay motion. |
| | | 1.20 | Total hours: |

## Matter 19 - Claims (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 11/05/02 | Christian J Lane | 1.80 | Prepare for and conduct telephone conference re claims objections (1.3); attend to matters re same (.5) |
| 11/07/02 | Rhonda A Bledsoe | 2.00 | Review and analyze claims and B-Linx re R. Locke (1.0); attend to matters re same (.3); review and analyze filed schedules re amount and classification (.7). |
| 11/18/02 | Rhonda A Bledsoe | 1.00 | Review and analyze filed claims on B-Linx system (.4); prepare report of filed unsecured claims (.6). |
| 11/20/02 | Rhonda A Bledsoe | 1.00 | Review and analyze claims re schedules and statement amounts (.6); attend to matters re same (.2); telephone conference with BMC re same (.2). |
| 11/22/02 | James W Kapp | .20 | Attend to issues re Caterpillar administrative claim motion. |
| 11/24/02 | Janet S Baer | .50 | Review chart on filed environmental claims in preparation for conference call re same (.2); review monthly chart on various claims filed (.3). |
| 11/26/02 | Janet S Baer | 1.50 | Participate in conference re approaching environmental claims. |
| | Total hours: | 8.00 | |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/02 | Aletheia V Anderson | 1.50 | Search central files, retrieve, duplicate and prepare financial documents for delivery to creditor and conferences re same (.8); analyze pleadings and update central files re same (.7). |
| 11/01/02 | Rhonda A Bledsoe | .50 | Review and analyze docket re removal of action extension order. |
| 11/01/02 | James W Kapp | .10 | Review articles in Daily Bankruptcy Review for October 30, 2002, re bankruptcy cases. |
| 11/01/02 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (2.0); review, analyze and distribute correspondence to responsible attorney for action (1.0). |
| 11/04/02 | Aletheia V Anderson | .50 | Retrieve and review docket and adversary dockets (.2); analyze pleadings and update central files re same (.3). |
| 11/04/02 | Rhonda A Bledsoe | .30 | Attention to creditor inquiry. |
| 11/04/02 | Stephanie R Cashman | 2.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/04/02 | James W Kapp | 1.10 | Review pleadings and correspondence and distribute same (.8); attend to issues re same (.3). |
| 11/04/02 | Shirley A Pope | 5.50 | Review docket for newly filed pleadings, download and organize for Concordance litigation support system database entry (1.5); locate, review and organize documents for client presentation (4.0). |
| 11/05/02 | Aletheia V Anderson | 1.60 | Search central files and retrieve and review various documents re SOFA question 17 and prepare for attorney review (.7); various conferences re same (.2); retrieve and review docket and adversary dockets (.2); analyze docket and update motion status chart re same (.5). |
| 11/05/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re critical dates (.6); attend to matters re same (.4). |
| 11/05/02 | Stephanie R Cashman | 2.50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/05/02 | James W Kapp | .40 | Review pleadings and correspondence and distribute same (.3); review docket and attend to issues re same (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/02 | Shirley A Pope | 2.30 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.3); review correspondence, analyze and distribute to responsible attorney for action (1.0). |
| 11/06/02 | Aletheia V Anderson | 3.40 | Analyze pleadings and corporate documents and update central files re same. |
| 11/06/02 | Rhonda A Bledsoe | 2.20 | Review and analyze docket re signed order (.4); attend to matters re same (.3); telephone conference with local counsel re same (.3); review and analyze docket re critical dates (.7); update and revise critical dates re objection and hearing deadlines (.5). |
| 11/06/02 | Stephanie R Cashman | 4.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/06/02 | James W Kapp | .10 | Review motion status chart. |
| 11/06/02 | Christian J Lane | 1.50 | Review and revise amended quarterly settlement report (.8); telephone conferences with client re same (.4); telephone conferences with local counsel re same (.3). |
| 11/06/02 | Elli Leibenstein | .50 | Exchange e-mails with B. Wolff re deposition scheduling (.3); analyze status of depositions (.2). |
| 11/06/02 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.5); locate, prepare and forward documents requested by McDermott Will and Emery (.5); review, analyze and distribute correspondence to responsible attorney for action (1.0). |
| 11/07/02 | Aletheia V Anderson | 1.20 | Retrieve and review docket and adversary dockets (.2); conferences re conflicts project and professionals listing (.2); analyze conflicts list and update re professionals and committees (.8). |
| 11/07/02 | Stephanie R Cashman | .30 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/07/02 | James W Kapp | .20 | Review pleadings and correspondence and distribute same. |
| 11/07/02 | Shirley A Pope | 5.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review correspondence, analyze and distribute to responsible attorney for action (1.0); review and organize legal research files for litigation support system database entry and Grace main file (2.0); organize attorney work product files for litigation support system database entry (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re extension of exclusivity (.4); review and analyze docket re hearing agenda deadlines (.6). |
| 11/08/02 | James W Kapp | .80 | Review dockets (.1); review correspondence from R. Baker re bonus plan (.1); status meeting re outstanding bankruptcy issues, including avoidance actions, National Union adversary and DIP facility (.6). |
| 11/08/02 | Shirley A Pope | 5.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for litigation support system database entry (2.0); compare database entries against docket entries and revise Concordance litigation support system database (2.0). |
| 11/09/02 | James W Kapp | .10 | Review dockets. |
| 11/11/02 | Rhonda A Bledsoe | .80 | Review and analyze docket re final agenda (.6); telephone conference with local counsel re same (.2). |
| 11/11/02 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for litigation support system database entry (1.5); organize legal research for litigation support system database entry (.5). |
| 11/12/02 | Rhonda A Bledsoe | 1.00 | Review and analyze adversary dockets re critical dates (.5); revise and update critical dates and distribute same (.5). |
| 11/12/02 | Janet S Baer | .20 | Conference with D. Siegel re status of business plans and Court response. |
| 11/12/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/12/02 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review, analyze and distribute correspondence to responsible attorney for action (1.0); organize attorney work product files for litigation support system database entry (1.0). |
| 11/13/02 | Rhonda A Bledsoe | 1.30 | Review and analyze docket re critical dates (.6);attend to matters re same (.3); revise and update same (.4). |
| 11/13/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/13/02 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review correspondence, analyze and distribute to responsible attorney for action (1.5); review pleadings database and compare to docket to ensure completeness (.5); revise production indices (1.0). |
| 11/14/02 | Rhonda A Bledsoe | 2.00 | Review and analyze adversary dockets re critical dates (.4); attend to matters re same (.3); update and distribute same (.3); review and analyze adversary docket re objection deadlines and hearing dates (.6); telephone conference with local counsel re same (.2); office conference re same (.2). |
| 11/14/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/14/02 | Shirley A Pope | 4.30 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review, analyze and distribute correspondence to responsible attorney for action (1.0); review and organize media materials for litigation support system database entry (1.0); review and compare pleadings database report to online docket entries (1.3). |
| 11/15/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/15/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review, analyze and distribute correspondence to responsible attorney for action (1.0). |
| 11/18/02 | Rhonda A Bledsoe | 1.50 | Review and analyze adversary dockets re critical dates (.7); update critical date chart re same (.4); telephone conference with local counsel re same (.4). |
| 11/18/02 | Janet S Baer | 1.50 | Review and organize notes and pleadings re various ongoing and pending matters. |
| 11/18/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/18/02 | James W Kapp | .30 | Review critical date memorandum (.1); review pleadings and correspondence and attend to issues re same (.2). |
| 11/18/02 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review pleadings litigation support database against docket report to verify completeness (.5); update legal research files (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/19/02 | Aletheia V Anderson | 2.90 | Analyze pleadings and corporate documents and update central files re same (1.7); retrieve and review various pleadings from docket and adversary docket for attorney's review (1.0); retrieve and review docket and adversary dockets (.2). |
| 11/19/02 | Rhonda A Bledsoe | 1.40 | Review and analyze docket re new entries and critical dates (.8); update and revise critical dates (.4); distribute same (.2). |
| 11/19/02 | James W Kapp | .20 | Review pleadings and correspondence and distribute same. |
| 11/19/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review, analyze and distribute correspondence to responsible attorney for action (1.0). |
| 11/20/02 | Aletheia V Anderson | 1.10 | Retrieve and review docket and adversary dockets (.2); analyze docket and adversary docket and update motion status chart re same (.6); analyze pleadings and corporate documents and update central files re same (.3). |
| 11/20/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re omnibus hearing dates (.6); telephone conference with local counsel re same (.4). |
| 11/20/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/20/02 | James W Kapp | .10 | Review motion status chart. |
| 11/21/02 | Aletheia V Anderson | 3.70 | Analyze docket and update index and order binders re same (1.0); analyze pleadings and various other documents and update central files re same (2.5); retrieve and review docket and adversary dockets (.2). |
| 11/21/02 | Rhonda A Bledsoe | 1.00 | Review and analyze adversary dockets (.6); revise critical dates re same (.4). |
| 11/21/02 | Stephanie R Cashman | .50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/21/02 | James W Kapp | .30 | Review pleadings and correspondence and attend to issues re same (.2); review article in Washington Post re "asbestos fraud" (.1). |
| 11/22/02 | Aletheia V Anderson | .50 | Retrieve and review docket and adversary dockets (.2); analyze pleadings and other corporate documents and update central files re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/22/02 | James W Kapp | .30 | Review Daily Bankruptcy Review article re Court vacating Cybergenic's ruling (.1); review pleadings and correspondence and attend to issues re same (.2). |
| 11/24/02 | Janet S Baer | .50 | Review Grace business plan in preparation for November Omnibus hearing. |
| 11/24/02 | James W Kapp | .20 | Review critical date list (.1); review docket (.1). |
| 11/25/02 | Aletheia V Anderson | .20 | Retrieve and review docket and adversary dockets. |
| 11/25/02 | Stephanie R Cashman | 3.50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/25/02 | James W Kapp | .30 | Review pleadings and correspondence and distribute same. |
| 11/26/02 | Aletheia V Anderson | 1.80 | Analyze pleadings and correspondence and update central files re same. |
| 11/26/02 | Rhonda A Bledsoe | 1.40 | Review and analyze dockets re critical dates and adversary cases (1.0); update critical dates re same (.4). |
| 11/26/02 | Stephanie R Cashman | .50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 11/26/02 | James W Kapp | .40 | Review pleadings and correspondence and distribute same. |
| 11/27/02 | Aletheia V Anderson | 1.50 | Analyze pleadings and other corporate documents and update central files re same. |
| 11/27/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleading for Concordance litigation support system database entry. |
| 11/29/02 | Rhonda A Bledsoe | 1.00 | Review and analyze non-debtor professionals re preparation of list to include same (.6); review and analyze docket re same (.4). |
|  | Total hours: | 111.30 |  |

## Matter 21 - Claims (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/02 | Janet S Baer | .50 | Review J. McFarland memo on claims objections and prepare response to same. |
| 11/07/02 | Janet S Baer | .20 | Confer with S. Ahern re claim objections. |
| 11/08/02 | Janet S Baer | .30 | Confer with J. Berger re schools litigation claims issues. |
| 11/11/02 | Janet S Baer | .70 | Confer with S. Ahern and J. McFarland re coordination of claims review (.5); follow up re Canada claims (.2). |
| 11/12/02 | Janet S Baer | .80 | Confer with W. Sparks re MK-5 claim issues (.3); review S. Ahern memo re environmental claim issues (.2); confer with R. Finke re MK-5 and review materials re same (.3). |
|  | Total hours: | 2.50 |  |

### Matter 26 - Financing - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/02 | James W Kapp | .10 | Review correspondence to M. Shelnitz and M. Hunter re DIP extension. |
| 11/08/02 | Christian J Lane | 1.00 | Review status of DIP renewal (.4); office conference re same (.3); draft correspondence re same (.3). |
| 11/11/02 | Christian J Lane | 1.80 | Prepare for and participate in telephone conference with client re DIP renewal. |
| 11/12/02 | Janet S Baer | .20 | Review memo on DIP financing issues. |
| 11/12/02 | James W Kapp | .20 | Review correspondence from M. Hunter re DIP facility. |
| 11/12/02 | Christian J Lane | 2.00 | Review materials re DIP renewal issues (1.5); telephone conferences re same (.5). |
| 11/13/02 | Janet S Baer | .20 | Follow up re DIP extension issues. |
| 11/18/02 | Christian J Lane | .80 | Analyze issues related to DIP renewal. |
| 11/20/02 | Christian J Lane | .80 | Analyze issues related to DIP renewal. |
| 11/21/02 | Christian J Lane | 2.80 | Prepare for and conduct telephone conferences re DIP financing renewal issues (2.3); attend to issues re same (.5). |
| | Total hours: | 9.90 | |

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | S Jonathan Silverman | 5.50 | Review and analyze scientific studies in preparation for meeting with B. Price. |
| 10/02/02 | S Jonathan Silverman | 5.00 | Meet with B. Price and D. Kuchinsky re analysis of exposure literature and additional work re same. |
| 11/01/02 | Christian J Lane | 2.50 | Research and revise memo re impact of appointment of chapter 11 trustee. |
| 11/03/02 | Christian J Lane | 4.50 | Draft and revise motion re applying preliminary injunction to Locke v. Bettacchi (2.3); research and revise memo re impact of appointment of chapter 11 trustee (2.2). |
| 11/04/02 | Roger J Higgins | 3.00 | Legal research on various trustee issues. |
| 11/04/02 | James W Kapp | .70 | Review and revise motion to extend preliminary injunction re Locke. |
| 11/04/02 | Christian J Lane | 5.00 | Draft and revise motion re applying preliminary injunction to Locke v. Bettacchi (2.3); research and revise memo re impact of appointment of chapter 11 trustee (2.7). |
| 11/05/02 | Janet S Baer | .70 | Review draft motion on injunction re Locke v. Bettacchi (.5); prepare letter on Celotex discovery (.2). |
| 11/05/02 | James W Kapp | .30 | Attend to issue re motion to extend preliminary injunction with regard to Locke. |
| 11/05/02 | Christian J Lane | 3.50 | Draft and revise motion re Locke v. Bettacchi. |
| 11/06/02 | Janet S Baer | 1.30 | Further review and revise Locke injunction motion and attend to matters re same (1.0); review correspondence re EAIG/Gerling discovery (.3). |
| 11/06/02 | Christian J Lane | 1.80 | Draft and revise motion re MCNIC (.4); revise motion re Locke v. Bettacchi (1.4). |
| 11/07/02 | Janet S Baer | 1.00 | Further review and revise Locke/Bettacchi motion and attend to matters re same. |
| 11/07/02 | James W Kapp | .30 | Review objection of Kellogg to motion to direct the state court to honor the preliminary injunction. |
| 11/07/02 | Christian J Lane | 1.70 | Draft and revise motion re MCNIC (.8); revise motion re Locke v. Bettacchi (.9). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/02 | Janet S Baer | 1.90 | Review Harry Grau & Sons environmental matter and supporting documents (.7); attend to issues re status on Gerard, MCNIC and National Union litigation matters (.3); prepare correspondence on Grace environmental matter (.3); review draft letter on discovery re EAIG/Gerling matter and respond re same (.4); review correspondence re Grace matter (.2). |
| 11/08/02 | James W Kapp | 1.50 | Review motion approving MCNIC settlement. |
| 11/08/02 | Christian J Lane | 1.50 | Draft and revise motion re MCNIC (.6); attend to issues re same (.3); revise motion re Locke v. Bettacchi (.6). |
| 11/09/02 | James W Kapp | .70 | Prepare correspondence to D. Siegel and M. Shelnitz re potential avoidance actions. |
| 11/11/02 | Janet S Baer | 3.50 | Review comments re MK-5 matter (.2); review memo re avoidance actions and attend to same (.4); review correspondence on further discovery issues re EAIG/Gerling (.4); review materials for response on Harry Grau matter (.5); prepare draft response on Grau matter (1.5); review draft Canadian status report (.5). |
| 11/11/02 | James W Kapp | .20 | Telephone conference with M. Shelnitz re potential avoidance action. |
| 11/11/02 | Christian J Lane | 2.20 | Revise motion re MCNIC (.7); attend to issues re same (.3); finalize motion re Locke v. Bettacchi (1.2). |
| 11/11/02 | Andrew R Running | 1.10 | Telephone conversation with D. Menes re product use questions (.3); telephone conversations with W. Sparks and J. Hughes re same (.4); draft e-mail re same (.2); attend to matters re same (.2). |
| 11/12/02 | Christian J Lane | 1.50 | Prepare for and conduct telephone conferences re Kellogg litigation (.7); attend to issues re same (.3); attend to issues re MCNIC adversary proceeding (.5). |
| 11/12/02 | Andrew R Running | .40 | Telephone conference with W. Sparks and J. Hughes re product use documentation. |
| 11/13/02 | Janet S Baer | 1.00 | Follow up re Kellogg reply (.2); review draft and revise same (.8). |
| 11/13/02 | Christian J Lane | 2.50 | Draft and revise reply to Kellogg objection. |
| 11/14/02 | Janet S Baer | .20 | Attend to matters re Gerard appeal. |
| 11/14/02 | Christian J Lane | 1.60 | Telephone conference with client re potential employee litigation (.5); attend to matters re same (.5); Revise reply to Kellogg objection (.6) |

A-13

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/15/02 | Janet S Baer | 2.30 | Attend to matters re Baker & Taylor settlement (.3); prepare memo re Canadian status report and substantially revise same (1.5); prepare noticed on Baker & Taylor settlement (.5). |
| 11/15/02 | Christian J Lane | 2.20 | Revise and finalize reply to Kellogg objection (1.7); attend to MCNIC adversary proceeding issues (.5). |
| 11/15/02 | Andrew R Running | 1.10 | Review documents forwarded by J. Hughes re product use issues (.7); attend to National Union litigation issues (.4). |
| 11/18/02 | Janet S Baer | .30 | Prepare final notice and arrange for transmittal re Baker & Taylor settlement. |
| 11/18/02 | Christian J Lane | 2.30 | Review Caterpillar motion to compel (.4); office conferences re same (.3); telephone conferences with client re same (.3); telephone conferences with Caterpillar counsel re same (.3); review and analyze National Union adversary proceeding issues (1.0). |
| 11/18/02 | Andrew R Running | 1.80 | Review National Union's memo in support of its March 2002 injunction motion, the stipulation resolving that motion, the Alabama and Texas RMQ and ELG settlement agreements, and related Grace claims reports in preparation for potential litigation with National Union. |
| 11/19/02 | Christian J Lane | 1.10 | Attend to matters re Caterpillar motion to compel (.3); telephone conferences with client re same (.4); telephone conferences with Caterpillar counsel re same (.4). |
| 11/20/02 | Janet S Baer | 1.00 | Attend to matters re Kellogg motion and potential settlement of claim (.2); begin preparation of Gerard appellate brief and review materials re same (.8). |
| 11/20/02 | Christian J Lane | 1.50 | Review and analyze National Union adversary proceeding issues. |
| 11/21/02 | Janet S Baer | 3.00 | Confer with W. Sparks re professionals in Montana litigation (.2); confer with J. Hughes re Kellogg matter (.2); confer with counsel for AIG re Kellogg (.2); confer with AIG representations re same (.2); confer with J. Posner re Kellogg settlement issues (.4); review AIG/Kellogg Stipulation for settlement (.3); prepare Statement of Facts for Gerard appellate brief (1.0); confer with Grace representations re Kellogg issues (.5). |
| 11/21/02 | James W Kapp | .70 | Respond to correspondence from D. Armstrong re preference actions (.1); attend to issues re Kellogg and enforcement of preliminary injunction (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/21/02 | Christian J Lane | 1.40 | Telephone conferences with client re Caterpillar motion to compel (.4); telephone conferences with Caterpillar counsel re same (.7); draft correspondence re same (.3). |
| 11/21/02 | Andrew R Running | .80 | Review claim reports re Alabama and Texas protocol settlements (.3); consider issues re potential declaratory judgment action against Reaud Morgan and Quinn and Environmental Litigation Group claimants (.5). |
| 11/22/02 | Janet S Baer | 2.50 | Review AIG Payment Agreement re Kellogg deductible (.3); confer with AIG's counsel (several times) re same and Kellogg settlement (.5); confer with J. Hughes re same (.2); confer with counsel to Kellogg several times re same (.5); confer with Neussbaum's counsel (several times) re same (.5); review pleadings and further confer re alternatives to resolving matter (.5). |
| 11/22/02 | James W Kapp | .30 | Attend to issues re ZAI scheduling (.2); review letter from E. Westbrook to Court re ZAI discovery schedule (.1). |
| 11/22/02 | Christian J Lane | 4.50 | Review and analyze National Union adversary proceeding issues (2.0); prepare for and participate in telephone conferences re same (1.8); draft correspondence re same (.7). |
| 11/25/02 | Janet S Baer | .50 | Confer with AIG's counsel re Kellogg matter and potential resolution (.3); confer with counsel for Gerard re status (.2). |
| 11/25/02 | Christian J Lane | 2.80 | Prepare for and participate in telephone conferences re National Union adversary proceeding issues (2.3); draft correspondence re same (.5). |
| 11/25/02 | Andrew R Running | .40 | Telephone conference with C. Lane and J. Hughes re National Union Texas and Alabama settlement issues. |
| 11/26/02 | Janet S Baer | .30 | Review materials re Kellogg 9019 motion. |
| 11/26/02 | Christian J Lane | 2.50 | Analysis of National Union adversary proceeding issues. |
| 11/27/02 | Janet S Baer | 3.30 | Confer with S. Ahern and R. Maggio re potential Noltec/Intercat suit (.5); review Locke response to Motion on injunction (.3); draft and revise Kellogg 9019 motion or settlement (2.5). |
| 11/27/02 | Christian J Lane | 1.00 | Analyze National Union adversary proceeding issues. |
| 11/29/02 | Stephanie R Cashman | 4.00 | Review, organize and catalog plaintiffs' trial exhibits and enter into Legal Key database management in preparation for potential future use. |
| | Total hours: | 98.20 | |

## Matter 30 - Hearings - Fees

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 11/11/02 | James W Kapp | .20 | Review and revise agenda re November 25, 2002 hearing. |
| 11/15/02 | Janet S Baer | .80 | Review and revise 11/25 omnibus hearing agenda (.3); attend to matters re fee orders and analysis for Omnibus hearing (.5). |
| 11/18/02 | Janet S Baer | .70 | Attend to matters re final agenda for 11/25 hearing, matters before the Court and related issues (.5); attend to matters re status of ZAI science trial matters (.2). |
| 11/18/02 | James W Kapp | .30 | Review Agenda for November 25, 2002, hearing and attend to issues re same. |
| 11/19/02 | Janet S Baer | .50 | Confer with W. Sparks re status of ZAI discovery and related matters for Omnibus hearing (.3); assembly documents for November Omnibus hearing (.2). |
| 11/21/02 | Janet S Baer | 1.40 | Attend to matters re outstanding issues re Omnibus hearing (.3); confer with various parties re Kellogg motion for hearing (.2); attend to fee matter re agreed orders (.4); confer with W. Sparks re matters for Omnibus hearing (.2); confer with W. smith and P. Galbraith re fee hearing matter (.3). |
| 11/21/02 | James W Kapp | .20 | Review 11/25 agenda. |
| 11/22/02 | Janet S Baer | 1.50 | Attend to matters re 11/25 Omnibus hearing and outstanding agenda items (.5); assemble fee materials for Omnibus hearing and confer with counsel re same (.5). |
| 11/25/02 | Janet S Baer | 2.80 | Review materials in preparation for November omnibus hearing (1.0); attend November omnibus hearing (1.5); confer with client re outcome of same and related issues (.3). |
| 11/26/02 | Janet S Baer | .50 | Review draft agenda for December hearing and attend to matters re same (.3); attend to follow up on matters re November omnibus hearing (.2). |
| 11/26/02 | James W Kapp | .10 | Review and revise agenda for December 16, 2002, omnibus hearing. |
| | Total hours: | 9.00 | |

**Matter 31 - Asset Disposition - Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/05/02 | Christian J Lane | 1.30 | Review material re amendment to real estate sale contract re Colorado property (1.0); telephone conferences re same (.3). |
| 11/06/02 | Christian J Lane | 2.40 | Draft and revise motion to amend Colorado property sale contract. |
| 11/07/02 | Christian J Lane | 1.80 | Draft and revise motion to amend Colorado property sale contract. |
| 11/08/02 | James W Kapp | 1.20 | Revise Debtors' motion to amend an agreement for sale of real property. |
| 11/08/02 | Christian J Lane | 2.10 | Revise motion to amend Colorado property sale contract. |
| 11/11/02 | Christian J Lane | 1.50 | Finalize motion to amend Colorado property sale contract. |
| 11/20/02 | Christian J Lane | 1.50 | Prepare for and conduct telephone conference re assumption and assignment of lease (1.3); attend to issues re same (.2). |
| 11/21/02 | Christian J Lane | 1.50 | Prepare for and conduct telephone conference re assumption and assignment of lease (1.3); attend to issues re same (.2). |
|  | Total hours: | 13.30 |  |

## Matter 32 - Fee Applications, Applicant - Fees

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 11/01/02 | Janet S Baer | .30 | Confer with W. Sparks re Warren Smith fee examiner issues. |
| 11/01/02 | Roger J Higgins | .50 | Revise response to first-third quarters Final Report. |
| 11/04/02 | Aletheia V Anderson | 1.10 | Analyze fifth quarter fee application chart and verify correct information and various conferences re same (.8); conferences with fee auditor re same and draft correspondence re same (.3). |
| 11/04/02 | Rhonda A Bledsoe | 1.20 | Review and analyze fee statement re accuracy of fees and expenses (.5); office conference re same (.3); review and analyze docket re CNO (.4). |
| 11/04/02 | Janet S Baer | 1.10 | Review and revise letter to W. Smith re outstanding issues on first-third fee periods (.5); attend to matters re same (.4); attend to matters re fifth fee period (.2). |
| 11/04/02 | Roger J Higgins | 1.00 | Revise reply to fifth quarter initial report (.5); revise reply to first-third quarter final report (.5). |
| 11/04/02 | James W Kapp | 1.00 | Review correspondence to fee auditor re final report for first through third periods (.5); review and revise response to fee auditor's initial report re the fifth interim period (.5). |
| 11/05/02 | Aletheia V Anderson | .50 | Various correspondence with attorneys re miscalculation of time re fee auditor's report. |
| 11/05/02 | Roger J Higgins | 3.00 | Revise response to fifth period interim report (1.5); revise response to first-third period final report (1.5). |
| 11/06/02 | Roger J Higgins | .50 | Revise response to fifth quarter interim report (.2); revise response to first-third quarter final report (.2); attend to matters thereto (.1). |
| 11/06/02 | James W Kapp | .70 | Revise response to fee auditor's final report for first through third interim periods (.4); revise response to fee auditor's interim report for fifth interim period (.3). |
| 11/07/02 | Aletheia V Anderson | .20 | Retrieve and review fee tracking charts for billing review. |
| 11/07/02 | Roger J Higgins | .50 | Telephone conference with W. Smith re first-third quarter final report response and agreed numbers for fees (.3); attend to matters related thereto (.1); draft e-mail to W. Smith re same (.1). |
| 11/07/02 | James W Kapp | .30 | Attend to issues re resolution of fee examiner final report for first through third periods. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/08/02 | Roger J Higgins | 1.10 | Attend to matters re fee auditor final report re fifth quarter (.3); telephone conference with W. Smith re same (.2); draft internal e-mails re same (.3); review and revise K&E October fee application detail (.3). |
| 11/09/02 | Roger J Higgins | 3.50 | Prepare K&E October fee application detail. |
| 11/10/02 | Roger J Higgins | 3.50 | Prepare K&E October fee application detail. |
| 11/12/02 | Toni L Wallace | 1.50 | Review and revise October billing sheets in preparation for K&E fee application. |
| 11/12/02 | Janet S Baer | .30 | Confer with W. Sparks re Warren Smith fee issues. |
| 11/13/02 | Toni L Wallace | 2.20 | Review docket for selected fee applications of other professionals and review same for fees related to responding to fee auditor reports. |
| 11/15/02 | Janet S Baer | .30 | Review final fee auditor report on fifth interim period. |
| 11/18/02 | Toni L Wallace | 1.50 | Review July, August and September monthly fee applications in preparation for sixth quarterly fee application (.4); prepare draft of same (1.1). |
| 11/19/02 | Toni L Wallace | 3.20 | Revise draft of sixth quarterly fee application (2.7); review docket for supplemental affidavits (.2); review docket for filing dates of previously filed monthly and quarterly fee applications (.3). |
| 11/19/02 | Janet S Baer | .50 | Confer with W. Smith re status of fee order and related matters (.3); confer with W. Sparks re same and related issues (.2). |
| 11/20/02 | Toni L Wallace | 1.00 | Final revisions to sixth quarterly fee application. |
| 11/20/02 | Janet S Baer | .50 | Review spreadsheet on W. Smith fee objections and results re same (.3); review Smith fee order and confer re same (.2). |
| 11/21/02 | Roger J Higgins | 1.00 | Revise quarterly fee applications (.4); telephone conference with W. Smith re K&E fees (.3); attend to matters related thereto (.3). |
| 11/23/02 | Toni L Wallace | 1.00 | Draft K&E October fee application. |
| 11/23/02 | Roger J Higgins | 2.00 | Revise K&E October fee application detail. |
| 11/24/02 | Roger J Higgins | 1.00 | Revise K&E October fee application detail. |
| 11/25/02 | Roger J Higgins | 1.00 | Revise K&E October fee application detail. |
| 11/26/02 | Toni L Wallace | .30 | Prepare fee detail for July and August for auditor review. |
|  | Total hours: | 37.30 |  |

## Matter 35 - Fee Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/02 | Roger J Higgins | .50 | Telephone conference re with C. Finke re Steptoe retention (.2); attend to matters related thereto (.3). |
| 11/15/02 | Toni L Wallace | 8.00 | Prepare draft omnibus orders for first, second and third quarterly fee applications for all professionals (3.6); telephone conference and e-mail correspondence with L. Ferdinand re same (.2); prepare analysis of time spent by Kirkland, Bilzin, Stroock, Caplin and Reed Smith responding to fee examiner reports (4.2). |
| 11/18/02 | Toni L Wallace | 2.00 | Prepare draft omnibus orders for fifth quarterly fee applications for all professionals. |
| 11/18/02 | Janet S Baer | 1.40 | Review draft orders for the fee auditors on first-third and fifth periods applications (.3); prepare transmittals and follow up re same (.3); review chart re fee status, auditor recommendations and related matters (.3); confer with W. Smith re draft fee orders, spreadsheet and related matters (.2); follow up re fee charts and new analysis re same (.3). |
| 11/19/02 | Toni L Wallace | 2.40 | Revise analysis of time spent by various professionals responding to fee examiner reports. |
| 11/20/02 | Toni L Wallace | 1.00 | Final revisions to charts summarizing time spent by various professionals responding to the fee examiner's reports. |
| 11/21/02 | Toni L Wallace | .40 | Telephone conferences with L. Ferdinand and respond to e-mails from same re omnibus orders for the first-third quarterly fee applications. |
| 11/21/02 | Janet S Baer | .30 | Attend to matters re fee orders for omnibus hearing. |
| | Total hours: | 16.00 | |

## Matter 38 - Employment Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/02 | Christian J Lane | 2.50 | Review precedent for OCP order (.5); Draft motion to amend OCP order (2.0). |
| 11/03/02 | Christian J Lane | 2.00 | Draft motion to amend OCP order. |
| 11/04/02 | James W Kapp | .70 | Review and revise motion seeking to amend OCP order. |
| 11/04/02 | Christian J Lane | 2.00 | Draft motion to amend OCP order. |
| 11/05/02 | James W Kapp | .90 | Review and revise motion to amend OCP order. |
| 11/05/02 | Christian J Lane | 2.90 | Draft and revise motion to revise OCP order (1.9); office conference re same (.5); attend to various issues re professional retention (.5). |
| 11/06/02 | James W Kapp | .10 | Attend to issues re Steptoe retention and supplemental affidavit re same. |
| 11/06/02 | Christian J Lane | 3.60 | Revise motion to revise OCP order (2.3); telephone conferences with client re ordinary course professional issues (.5); attend to various issues re professional retention (.8). |
| 11/07/02 | James W Kapp | 1.90 | Review and revise motion to amend OCP order (1.5); attend to issues re retention of certain ordinary course professionals, including Latham & Watkins (.4). |
| 11/07/02 | Christian J Lane | 4.50 | Revise motion to revise ordinary course professionals order (2.8); telephone conferences with client re ordinary course professional issues (.7); telephone conference with ordinary course professional re procedures for retention and payment (.5); attend to various issues re professional retention (.5). |
| 11/08/02 | James W Kapp | .60 | Review and revise motion to amend OCP order. |
| 11/08/02 | Christian J Lane | 3.60 | Revise motion to revise OCP order (2.5); telephone conferences with client re ordinary course professional issues (.3); office conference re same (.3); attend to various issues re professional retention (.5). |
| 11/11/02 | Christian J Lane | 4.30 | Finalize motion to revise OCP order (2.0); telephone conferences with client re ordinary course professional issues (.3); prepare for and participate in telephone conference with OCP re same (1.5); attend to various issues re professional retention (.5). |
| | Total hours: | 29.60 | |

A-21

## Matter 42 - Travel non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/02 | S Jonathan Silverman | 1.50 | Travel to meeting in D.C. (billed at 1/2 time). |
| 11/24/02 | Janet S Baer | 2.50 | Travel to Delaware for November omnibus hearing (billed at 1/2 time). |
| 11/25/02 | Janet S Baer | 2.00 | Travel from Delaware back to Chicago after November omnibus hearing (billed at 1/2 time). |
| | Total hours: | 6.00 | |

## Matter 46 - Tax Litigation - Fees

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---:|---|
| 11/04/02 | James W Kapp | .10 | Attend to issues re COLI tax settlement. |
| 11/05/02 | Roger J Higgins | 1.50 | Prepare for and participate in call with E. Filon and R. Tarola and P. Zilly re COLI termination. |
| 11/07/02 | Roger J Higgins | 1.30 | Telephone conferences with E. Filon re various tax controversy issues (.7); draft internal e-mail correspondence re same (.6). |
| 11/11/02 | Roger J Higgins | 1.80 | Prepare for and participate in conference call with E. Filon and W. Johnson re proposed COLI closing agreement (1.3); prepare for and participate in conference call with Fresenius counsel re state tax issues (.5). |
| 11/19/02 | Roger J Higgins | .80 | Telephone conference with E. Filon and C. Finke re COLI settlement issues (.2); review settlement agreement (.4); telephone conference with C. Finke re same (.2). |
| 11/19/02 | Michelle H Browdy | .60 | Work on COLI/tax stipulation. |
| 11/25/02 | Todd F Maynes | 2.00 | Review built-in gain rules (1.3); telephone calls with E. Filon re same (.7). |
| 11/26/02 | Todd F Maynes | 3.00 | Telephone calls with group re possible deduction structures (1.0); research re built-in losses (2.0). |
| 11/27/02 | Todd F Maynes | 2.00 | Telephone calls with E. Filon (.4); research re built-in losses and NOLs (1.6). |
| | Total hours: | 13.10 | |

## Matter 51 - ZAI Science Trial - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/06/02 | Shirley A Pope | .50 | Review, analyze and distribute ZAI science trial-related correspondence to responsible attorney for action. |
| 11/15/02 | Shirley A Pope | 1.00 | Review, catalog and organize attorney ZAI-related work product for inclusion in Grace main file. |
| 11/19/02 | Janet S Baer | .40 | Confer with D. Siegel and R. Finke re E. Westbrook issues on science trial extension. |
| 11/19/02 | Shirley A Pope | 2.00 | Review and organize product history documents for litigation support system database entry. |
| 11/20/02 | Janet S Baer | .70 | Confer with D. Siegel, J. Restivo and R. Finke re E. Westbrook's request to extend deadlines (.5); review Court's order re same (.2). |
| 11/22/02 | Janet S Baer | 1.20 | Several conferences re amending schedule on discovery and hearing (.5); review letters and draft order re same (.7). |
| | Total hours: | 5.80 | |