# EXHIBIT B

## Matter 42 - Non-working Travel - Expenses

| Service Description | Amount |
| --- | --- |
| Transportation to/from airport | $119.95 |
| **Total** | **$119.95** |

## Matter 42 - Non-working Travel - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/15/02 | 58.40 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 10/16/02 | 61.55 | Crown Coach - Transportation to/from airport, Janet S Baer |

## Matter 51 - ZAI Science Trial - Expenses

| Service Description | Amount |
|---|---|
| Fax Charge | $0.75 |
| Standard Copies | $0.20 |
| **Total** | **$0.95** |

## Matter 51 - ZAI Science Trial - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/07/02 | .75 | Fax page charge to 412-288-3063 |
| 11/07/02 | .10 | Standard Copies |
| 11/19/02 | .10 | Standard Copies |

## Matter 52 - Expenses - Expenses

| Service Description | Amount |
|---|---:|
| Telephone | $218.68 |
| Fax Telephone Charge | $5.62 |
| Fax Charge | $103.50 |
| Standard Copies | $876.80 |
| Binding | $3.50 |
| Tabs/Indexes/Dividers | $3.60 |
| Scanned Images | $43.05 |
| Postage | $4.90 |
| Information Broker Doc/Svcs | $24.90 |
| Computer Database Research | $1,618.13 |
| Overtime Transportation | $82.80 |
| Overtime Meals | $42.00 |
| Secretarial Overtime | $1,583.92 |
| **Total** | **$4,611.40** |

## Matter 52 - Expenses - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 8/31/02 | 53.28 | GENESYS CONFERENCING, INC. - Telephone, 8/20, 8/22/02, Christian Lane |
| 9/23/02 | 2.91 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 9/23/02 | 2.70 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 10/01/02 | 131.85 | West Publishing-TP,Database Usage 10.02 |
| 10/01/02 | 36.17 | West Publishing-TP,Database Usage 10.02 |
| 10/02/02 | 166.14 | West Publishing-TP,Database Usage 10.02 |
| 10/03/02 | 87.51 | West Publishing-TP,Database Usage 10.02 |
| 10/07/02 | 74.86 | West Publishing-TP,Database Usage 10.02 |
| 10/08/02 | 101.06 | West Publishing-TP,Database Usage 10.02 |
| 10/09/02 | 46.14 | West Publishing-TP,Database Usage 10.02 |
| 10/09/02 | 19.04 | West Publishing-TP,Database Usage 10.02 |
| 10/09/02 | 34.06 | West Publishing-TP,Database Usage 10.02 |
| 10/10/02 | 1.66 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 10/10/02 | 87.45 | West Publishing-TP,Database Usage 10.02 |
| 10/11/02 | 1.04 | Telephone call to:  LANSING,MI 517-371-8132 |
| 10/11/02 | .62 | Telephone call to:  E CENTRAL,FL 561-362-1506 |
| 10/11/02 | 1.04 | Telephone call to:  CENTRAL,MI 517-974-6750 |
| 10/11/02 | 150.25 | West Publishing-TP,Database Usage 10.02 |
| 10/11/02 | 31.02 | West Publishing-TP,Database Usage 10.02 |
| 10/11/02 | 89.13 | West Publishing-TP,Database Usage 10.02 |
| 10/13/02 | 24.90 | PARCELS, INC - Information Broker Doc/Svcs, #32 for case A01-771, 9/20/02 |
| 10/14/02 | .62 | Telephone call to:  CENTRAL,MN 651-733-1514 |
| 10/14/02 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 10/14/02 | .83 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 10/14/02 | .83 | Telephone call to:  LANSING,MI 517-371-8132 |
| 10/14/02 | 39.08 | West Publishing-TP,Database Usage 10.02 |
| 10/14/02 | 54.57 | West Publishing-TP,Database Usage 10.02 |
| 10/14/02 | 24.86 | West Publishing-TP,Database Usage 10.02 |
| 10/14/02 | 1.06 | West Publishing-TP,Database Usage 10.02 |
| 10/15/02 | .15 | Scanned Images |
| 10/15/02 | 37.32 | CRABB, B. - Prepare documents. |

| Date | Amount | Description |
|------|-------|-------------|
| 10/16/02 | 11.43 | Telephone call to:  EASTERN,MD 443-535-8439 |
| 10/16/02 | 2.70 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 10/16/02 | 93.77 | West Publishing-TP,Database Usage 10.02 |
| 10/16/02 | 55.98 | CRABB, B. - Prepare documents. |
| 10/17/02 | 3.12 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 10/17/02 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4795 |
| 10/18/02 | 1.45 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 10/18/02 | 1.66 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 10/18/02 | 3.33 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 10/18/02 | 4.78 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 10/18/02 | 65.31 | CRABB, B. - Prepare documents. |
| 10/18/02 | 37.32 | BROWN, B. - Copying, tabs and binder. |
| 10/20/02 | 164.87 | West Publishing-TP,Database Usage 10.02 |
| 10/20/02 | 6.00 | Overtime Meals    CRABB, BARBARA |
| 10/20/02 | 121.29 | CRABB, B. - Prepare documents. |
| 10/21/02 | .83 | Telephone call to:  COLUMBIA,MD 410-531-4236 |
| 10/21/02 | .83 | Telephone call to:  STATE OF,DE 302-778-6404 |
| 10/21/02 | .62 | Telephone call to:  STATE OF,DE 302-778-6442 |
| 10/21/02 | .62 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 10/21/02 | .83 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 10/21/02 | 3.00 | Scanned Images |
| 10/21/02 | .90 | Scanned Images |
| 10/21/02 | 25.51 | West Publishing-TP,Database Usage 10.02 |
| 10/21/02 | 65.31 | CRABB, B. - Prepare documents |
| 10/22/02 | 1.25 | Telephone call to:  BALTIMORE,MD 410-659-3944 |
| 10/22/02 | 1.04 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 10/22/02 | 1.04 | Telephone call to:  NEWYORKCTY,NY 212-794-1418 |
| 10/22/02 | 99.11 | West Publishing-TP,Database Usage 10.02 |
| 10/22/02 | 37.32 | CRABB, B. - Prepare documents. |
| 10/23/02 | 1.45 | Telephone call to:  PHILADELPH,PA 215-751-2885 |
| 10/23/02 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4751 |
| 10/23/02 | 1.66 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 10/23/02 | 6.65 | Telephone call to:  WASHINGTON,DC 202-736-8556 |
| 10/23/02 | .45 | Scanned Images |

B-7

| Date | Amount | Description |
|------|--------|-------------|
| 10/23/02 | 1.05 | Scanned Images |
| 10/24/02 | 1.25 | Telephone call to: NEWYORKCTY,NY 212-794-1418 |
| 10/28/02 | 2.29 | Telephone call to: E CENTRAL,FL 561-650-8007 |
| 10/28/02 | .62 | Telephone call to: WASHINGTON,DC 202-682-7120 |
| 10/28/02 | 65.31 | CRABB, B. - Prepare documents. |
| 10/29/02 | 3.74 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 10/29/02 | 3.33 | Telephone call to: BOSTON,MA 617-556-0800 |
| 10/29/02 | .62 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 10/29/02 | 5.61 | Telephone call to: SOUTHEAST,LA 225-383-8961 |
| 10/29/02 | 16.63 | Telephone call to: SOUTHEAST,LA 225-383-8961 |
| 10/29/02 | 1.25 | Telephone call to: DALLAS,TX 214-698-3868 |
| 10/29/02 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 10/29/02 | .20 | Standard Copies |
| 10/29/02 | 1.00 | Standard Copies |
| 10/29/02 | .60 | Standard Copies |
| 10/29/02 | 14.00 | Standard Copies |
| 10/29/02 | 44.30 | Standard Copies |
| 10/29/02 | 1.05 | Scanned Images |
| 10/29/02 | 9.30 | Scanned Images |
| 10/29/02 | 1.05 | Scanned Images |
| 10/30/02 | 1.04 | Telephone call to: SE PART,FL 954-590-3454 |
| 10/30/02 | .83 | Fax phone charge to 310-788-3399 |
| 10/30/02 | 1.04 | Fax phone charge to 954-590-3455 |
| 10/30/02 | .83 | Fax phone charge to 410-531-4545 |
| 10/30/02 | 9.00 | Fax page charge to 310-788-3399 |
| 10/30/02 | 11.25 | Fax page charge to 954-590-3455 |
| 10/30/02 | 11.25 | Fax page charge to 410-531-4545 |
| 10/30/02 | 3.00 | Standard Copies |
| 10/30/02 | 1.20 | Standard Copies |
| 10/30/02 | 9.40 | Standard Copies |
| 10/30/02 | .30 | Standard Copies |
| 10/30/02 | .40 | Standard Copies |
| 10/30/02 | 3.00 | Standard Copies |
| 10/30/02 | 37.53 | West Publishing-TP,Database Usage 10.02 |

| Date | Amount | Description |
|------|-------:|-------------|
| 10/30/02 | 65.31 | CRABB, B. - Prepare documents. |
| 10/31/02 | .10 | Standard Copies |
| 10/31/02 | 23.09 | PARCELS, INC - Computer Database Research, Usage 10/2002 |
| 10/31/02 | 37.32 | CRABB, B. - Prepare documents. |
| 11/01/02 | 1.04 | Telephone call to:  STATE OF,DE 302-778-6404 |
| 11/01/02 | .90 | Standard Copies |
| 11/01/02 | .40 | Standard Copies |
| 11/01/02 | 2.40 | Standard Copies |
| 11/01/02 | 6.40 | Standard Copies |
| 11/01/02 | .60 | Standard Copies |
| 11/01/02 | 13.20 | Standard Copies |
| 11/01/02 | .30 | Standard Copies |
| 11/01/02 | 4.70 | Standard Copies |
| 11/04/02 | 4.90 | Postage |
| 11/04/02 | .90 | Standard Copies |
| 11/04/02 | 6.20 | Standard Copies |
| 11/04/02 | 5.80 | Standard Copies |
| 11/04/02 | 1.80 | Standard Copies |
| 11/04/02 | 6.60 | Standard Copies |
| 11/04/02 | .30 | Standard Copies |
| 11/04/02 | 15.00 | Standard Copies |
| 11/04/02 | .45 | Scanned Images |
| 11/04/02 | .45 | Scanned Images |
| 11/04/02 | 37.32 | CRABB, B. - Prepare documents. |
| 11/05/02 | 1.66 | Telephone call to:  HEMPSTEAD,NY 516-489-3300 |
| 11/05/02 | .20 | Standard Copies |
| 11/05/02 | 11.90 | Standard Copies |
| 11/05/02 | 7.60 | Standard Copies |
| 11/05/02 | .20 | Standard Copies |
| 11/05/02 | 3.00 | Standard Copies |
| 11/05/02 | .20 | Standard Copies |
| 11/06/02 | 1.66 | Telephone call to:  PHILADELPH,PA 215-988-2630 |
| 11/06/02 | 6.40 | Standard Copies |
| 11/06/02 | .20 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 11/06/02 | .60 | Standard Copies |
| 11/06/02 | 3.10 | Standard Copies |
| 11/06/02 | 34.70 | Standard Copies |
| 11/06/02 | 9.70 | Standard Copies |
| 11/06/02 | 6.00 | Standard Copies |
| 11/06/02 | .40 | Standard Copies |
| 11/06/02 | 10.20 | Scanned Images |
| 11/06/02 | 10.20 | Scanned Images |
| 11/06/02 | 13.30 | Overtime Transportation, P. Shenoy, 10/9/02 |
| 11/06/02 | 7.00 | Overtime Transportation, J. Patrevito, 10/9/02 |
| 11/06/02 | 7.00 | Overtime Transportation, J. Patrevito, 10/10/02 |
| 11/06/02 | 18.00 | Overtime Transportation, M. Coleman, 10/2/02 |
| 11/06/02 | 12.00 | Overtime Meals    SOLIS, ROBERTA |
| 11/06/02 | 193.75 | COOPER, K - Revise pleadings; convert document to PDF |
| 11/06/02 | 74.64 | SOLIS, R. - Fee Auditor response letters |
| 11/07/02 | .83 | Telephone call to:  E CENTRAL,FL 561-650-8007 |
| 11/07/02 | .62 | Telephone call to:  COLUMBIA,MD 410-531-4212 |
| 11/07/02 | 5.82 | Telephone call to:  COLUMBIA,MD 410-531-4210 |
| 11/07/02 | 1.04 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 11/07/02 | .83 | Telephone call to:  COLUMBIA,MD 410-531-4213 |
| 11/07/02 | 6.00 | Fax page charge to 410-531-4783 |
| 11/07/02 | 6.75 | Fax page charge to 410-531-4783 |
| 11/07/02 | .10 | Standard Copies |
| 11/07/02 | .40 | Standard Copies |
| 11/07/02 | 23.00 | Standard Copies |
| 11/07/02 | 4.10 | Standard Copies |
| 11/07/02 | .30 | Standard Copies |
| 11/07/02 | .60 | Scanned Images |
| 11/07/02 | .60 | Scanned Images |
| 11/07/02 | 13.00 | Overtime Transportation, S. Cashman, 9/11/02 |
| 11/07/02 | 11.00 | Overtime Transportation, M. Coleman, 10/3/02 |
| 11/07/02 | 37.32 | CRABB, B. - Prepare documents. |
| 11/08/02 | 1.66 | Telephone call to:  EL SEGUNDO,CA 310-364-3170 |
| 11/08/02 | .62 | Telephone call to:  EL SEGUNDO,CA 310-364-3170 |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 11/08/02 | 1.04 | Telephone call to:  EL SEGUNDO,CA 310-364-3170 |
| 11/08/02 | 6.00 | Fax page charge to 410-531-4545 |
| 11/08/02 | 65.31 | CRABB, B. - Prepare documents. |
| 11/11/02 | 15.70 | Standard Copies |
| 11/11/02 | 7.70 | Standard Copies |
| 11/11/02 | 13.50 | Overtime Transportation, A. Anderson, 10/23/02 |
| 11/12/02 | 1.25 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 11/12/02 | 4.99 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 11/12/02 | 1.45 | Telephone call to:  E CENTRAL,FL 561-362-1533 |
| 11/12/02 | 1.66 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 11/12/02 | 1.50 | Fax page charge to 410-531-4783 |
| 11/12/02 | 1.50 | Fax page charge to 513-381-0205 |
| 11/12/02 | 1.50 | Fax page charge to 202-879-5200 |
| 11/12/02 | 21.00 | Standard Copies |
| 11/12/02 | .20 | Standard Copies |
| 11/12/02 | 3.20 | Standard Copies |
| 11/12/02 | 31.00 | Standard Copies |
| 11/12/02 | 26.70 | Standard Copies |
| 11/12/02 | .15 | Scanned Images |
| 11/12/02 | .15 | Scanned Images |
| 11/12/02 | 37.32 | CRABB, B. - Prepare documents. |
| 11/13/02 | 2.29 | Telephone call to:  NEWYORKCTY,NY 212-469-5760 |
| 11/13/02 | 5.50 | Standard Copies |
| 11/13/02 | 4.20 | Standard Copies |
| 11/13/02 | 6.20 | Standard Copies |
| 11/13/02 | .80 | Standard Copies |
| 11/13/02 | .20 | Standard Copies |
| 11/13/02 | 16.50 | Standard Copies |
| 11/14/02 | 2.70 | Telephone call to:  STATE OF,DE 302-778-6401 |
| 11/14/02 | .83 | Fax phone charge to 410-531-4783 |
| 11/14/02 | 2.25 | Fax page charge to 410-531-4783 |
| 11/14/02 | 1.20 | Standard Copies |
| 11/14/02 | 1.20 | Standard Copies |
| 11/14/02 | 6.00 | Standard Copies |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 11/14/02 | 1.50 | Standard Copies |
| 11/14/02 | .60 | Standard Copies |
| 11/14/02 | .30 | Standard Copies |
| 11/14/02 | 94.40 | Standard Copies |
| 11/14/02 | 13.50 | Standard Copies |
| 11/14/02 | 65.31 | CRABB, B. - Prepare documents. |
| 11/15/02 | .62 | Telephone call to:  NEWYORKCTY,NY 212-469-5760 |
| 11/15/02 | 1.26 | Fax phone charge to 416-340-6098 |
| 11/15/02 | 1.50 | Fax page charge to 202-514-9440 |
| 11/15/02 | 4.50 | Fax page charge to 416-340-6098 |
| 11/15/02 | 24.40 | Standard Copies |
| 11/15/02 | .40 | Standard Copies |
| 11/15/02 | 3.50 | Standard Copies |
| 11/16/02 | 12.00 | Overtime Meals    CRABB, BARBARA |
| 11/16/02 | 205.26 | CRABB, B. - Prepare documents. |
| 11/18/02 | 1.04 | Telephone call to:  WILMINGTON,DE 302-888-6888 |
| 11/18/02 | .83 | Fax phone charge to 212-644-6755 |
| 11/18/02 | 3.75 | Fax page charge to 302-573-6497 |
| 11/18/02 | 3.75 | Fax page charge to 212-806-6006 |
| 11/18/02 | 3.75 | Fax page charge to 302-652-4400 |
| 11/18/02 | 3.75 | Fax page charge to 212-644-6755 |
| 11/18/02 | 3.75 | Fax page charge to 202-429-3301 |
| 11/18/02 | 3.75 | Fax page charge to 302-426-9947 |
| 11/18/02 | 3.75 | Fax page charge to 305-374-7593 |
| 11/18/02 | 3.75 | Fax page charge to 212-715-8000 |
| 11/18/02 | .60 | Standard Copies |
| 11/18/02 | 70.10 | Standard Copies |
| 11/18/02 | 1.30 | Standard Copies |
| 11/18/02 | 27.00 | Standard Copies |
| 11/18/02 | 56.90 | Standard Copies |
| 11/18/02 | 12.60 | Standard Copies |
| 11/18/02 | .90 | Standard Copies |
| 11/19/02 | 2.29 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 11/19/02 | 5.20 | Telephone call to:  MOSINEE,WI 715-693-2813 |

| <u>Date</u> | <u>Amount</u> | <u>Description</u> |
|---|---|---|
| 11/19/02 | 1.45 | Telephone call to:  WILMINGTON,DE 302-888-6888 |
| 11/19/02 | 6.00 | Fax page charge to 561-362-1583 |
| 11/19/02 | 1.60 | Standard Copies |
| 11/19/02 | 13.70 | Standard Copies |
| 11/19/02 | 5.40 | Standard Copies |
| 11/20/02 | 1.25 | Telephone call to:  SAN FRAN,CA 415-786-5466 |
| 11/20/02 | 2.29 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 11/20/02 | .62 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 11/20/02 | 29.10 | Standard Copies |
| 11/20/02 | 1.80 | Standard Copies |
| 11/20/02 | .40 | Standard Copies |
| 11/20/02 | 40.40 | Standard Copies |
| 11/20/02 | 3.50 | Binding |
| 11/20/02 | 3.60 | Tabs/Indexes/Dividers |
| 11/20/02 | 37.32 | CRABB, B. - Prepare documents. |
| 11/21/02 | .62 | Telephone call to:  NORTH WEST,NJ 973-402-2800 |
| 11/21/02 | 3.33 | Telephone call to:  SE PART,FL 954-590-3454 |
| 11/21/02 | .62 | Telephone call to:  SE PART,FL 954-590-3454 |
| 11/21/02 | 2.29 | Telephone call to:  COLUMBIA,MD 410-531-4552 |
| 11/21/02 | 4.20 | Standard Copies |
| 11/21/02 | .50 | Standard Copies |
| 11/21/02 | .30 | Standard Copies |
| 11/21/02 | .40 | Standard Copies |
| 11/21/02 | 1.80 | Standard Copies |
| 11/21/02 | 1.00 | Standard Copies |
| 11/21/02 | 10.00 | Standard Copies |
| 11/22/02 | 4.50 | Fax page charge to 302-652-5338 |
| 11/23/02 | 12.00 | Overtime Meals     CRABB, BARBARA |
| 11/23/02 | 242.58 | CRABB, B. - Prepare documents. |
| 11/25/02 | 5.61 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 11/25/02 | 20.20 | Standard Copies |
| 11/25/02 | 3.10 | Standard Copies |
| 11/25/02 | 5.60 | Standard Copies |
| 11/25/02 | 3.30 | Scanned Images |

| **Date** | **Amount** | **Description** |
|---|---|---|
| 11/26/02 | 6.65 | Telephone call to:  NPA SUMMRY,MI 231-798-0218 |
| 11/26/02 | .83 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 11/26/02 | .40 | Standard Copies |
| 11/26/02 | 3.60 | Standard Copies |
| 11/26/02 | 22.20 | Standard Copies |
| 11/26/02 | .70 | Standard Copies |