UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al* | ) ) ) | Case No.  01-01139 (JKF) (Jointly Administered) |
| Debtors. | ) ) ) | **Objection Deadline: February 3, 2003 at 4:00 p.m.** **Hearing Date:  TBD only if necessary** |

**SUMMARY COVERSHEET TO TWENTIETH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 1, 2002 THROUGH NVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2002 through November 30, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $157,634.40 for the period November 1, 2002 through November 30, 2002 (80% of $197,043.00 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $25,921.79 for the period November 1, 2002 through November 30, 2002. |

This is a:        Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 80% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 80% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 80% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the twentieth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 170.6 | $75,064.00 |
| Alec Zacaroli | Associate | $210 | 34.4 | $7,224.00 |
| William Hughes | Counsel | $350 | 210.0 | $73,500.00 |
| Steven C. Dubuc | Associate | $270 | 19.1 | $5,157.00 |
| Tamara Parker | Associate | $270 | 100.6 | $27,162.00 |
| Anthony F. King | Partner | $390 | 86.5 | $33,735.00 |
| David J. Branson | Partner | $440 | 12.2 | $5,368.00 |
| Rebecca L. Schuller | Associate | $175 | 140.5 | $24,587.50 |

| Barbara Banks | Paralegal | $135 | 141.2 | $19,062.00 |
|---|---|---|---|---|
| Natasha Bynum | Legal Clerk | $100 | 104.8 | $10,480.00 |
| Mahmoude Moasser | Paralegal | $135 | 229.0 | $30,915.00 |
| Tonya Manago | Sr. Paralegal | $135 | 66.5 | $8,977.50 |
| Rebecca Mitchell | Paralegal | $120 | .4 | $48.00 |

Total Fees        $321,280.00
Less 40% Discount for Allied    $(124,237.00)

Balance Due        $197,043.00

Total Hours        1315.8

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| | |
| Air Fares | $281.00 |
| Copies- Internal and Outside | $9,734.94 |
| Facsimile | $111.00 |
| Lexis/Westlaw Costs | $8,583.00 |
| FedEx | $1,217.49 |
| Overtime Meals | $628.48 |
| Overtime Meals/Attorneys | $191.13 |
| Overtime Transportation | $1,125.68 |
| Secretarial Overtime | $2,935.29 |
| Document Retrieval | $125.00 |
| Parking on Trips | $64.00 |
| Taxi to RPG for Trial Exhibits | $18.00 |
| Delivery Service | $205.88 |
| Telephone | $698.73 |
| Postage | $2.17 |
| | |
| Total | $25,921.79 |