IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 3, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on January 10, 2003 the **Nineteenth Monthly Application of Ferry, Joseph & Pearce, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of November 1, 2002 through November 30, 2002** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before February 3, 2003 at 4:00 p.m. prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel and the parties on the attached service list.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 14, 2003                    FERRY, JOSEPH & PEARCE, P.A.


  /s/ Theodore J. Tacconelli
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants