***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:(302) 575-1555     Fax:     (302) 575-1714

| | |
|---|---|
| WR Grace PD Committee | November 1, 2002 - November 30, 2002 |
| | File #:     WR |
| | Inv #:     6108 |

**Attention:**

**RE:**     WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 12.10 | 2,301.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.90 | 360.00 |
| B18 | Fee Applications, Others | 14.10 | 2,040.50 |
| B25 | Fee Applications, Applicant - | 8.60 | 1,171.50 |
| B33 | ZAI Science Trial - | 0.20 | 40.00 |
| B37 | Hearings - | 0.60 | 120.00 |
| | **Total** | **37.50** | **$6,033.00** |
| | **Grand Total** | **37.50** | **$6,033.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 130.00 | 20.60 | 2,678.00 |
| Rick S. Miller | 175.00 | 1.00 | 175.00 |
| Theodore J. Tacconelli | 200.00 | 15.90 | 3,180.00 |
| **Total** | | **37.50** | **$6,033.00** |

## DISBURSEMENT SUMMARY

| CA | Expenses - | 929.00 |
|---|---|---:|
| | **Total Disbursements** | **$929.00** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-02 | *Case Administration* - Review pleading re: Caplin Drysdale September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: K&E September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZY&J August 2002 Fee Application | 0.10 | TJT |
| Nov-03-02 | *Case Administration* - Review pleading re: Campbell Levine September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith September 2002 Fee Application | 0.10 | TJT |
| Nov-04-02 | *Case Administration* - Review pleading re: fee auditors final report re: Duane Morris 1st, 2nd and 3rd Interim period quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: PSZY&J's 1st, 2nd and 3rd Interim period quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: CDG's 1st, 2nd and 3rd Interim period quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: fee auditors final report re: Pitney Harden's 1st, 2nd and 3rd Interim period quarterly Fee Applications | 0.10 | TJT |
| Nov-05-02 | *Case Administration* - Review pleading re: Warren Smith's & Associates September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Caplin Drysdale 1st, 2nd and 3rd Interim Period Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Wallace King 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: FTI Policano 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Holme Roberts 1st Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Stroock 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.20 | TJT |
| Nov-07-02 | *Case Administration* -  - Revise and update service list | 0.10 | LLC |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Campbell Levine's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Kramer Levin's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Reed Smith's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Pitney Harden 5th Interim Period Quaterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Klett Rooney's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Nelson Mullin's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| Nov-08-02 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: PI Committee members 5th Interim Period Quarterly Reimbursement Request | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Hilsoft Notifications 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | Carella Byrne 5th Interim Period Quarterly Fee Application | | |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Casner Edwards 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Stroock 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stipulation to Modify Briefing Schedule re: C. Gerard Appeal | 0.10 | TJT |
| Nov-10-02 | *Case Administration* - Review pleading re: Caplin Drysdale 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| Nov-14-02 | *Case Administration* - Review pleading re: Campbell Levine's 6th Quarterly Interim Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: K&E's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Steptoe & Johnson's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: L. Tersigni 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Legal Analysis Systems 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Legal Analysis Systems 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Duane Morris 5th Interim Period Quarterly Fee Application | 1.00 | TJT |
| Nov-15-02 | *Case Administration* - Call to L. Flores at Bilzin re: service list | 0.10 | LLC |
| Nov-16-02 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Holme Roberts 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Motion to Amend Order Authorizing Debtor to Pay Ordinary Course Professionals | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Amended 5th Quarter Report re: Settlements | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Motion to Amend Real Property Sale Agreement re: Peabody Development Group | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to J. Sakalo re: Debtors Motion to Increase Cap on Amounts to pay Ordinary Course Professionals | 0.10 | TJT |
| Nov-18-02 | *Case Administration* - Review and research file re: upcoming objection deadlines | 0.40 | LLC |
| | *Case Administration* - Review pleading re: Motion of Catapillar to Compel Payment of Administrative Claim and Relief from Stay | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Motion to Extend the Preliminary Injunction (Chakrian) | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Reply to Objection by E. Kellogg to Motion to Direct State Court to Honor Preliminary Injunction | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: PD Committees 1st, 2nd and 3rd Interim Period Reimbursement Requests | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: FTI Policano's 5th Interim Period Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Motion of PWC for Relief from Local Rule 20162d | 0.10 | TJT |
| | *Case Administration* - Review pleading re: 2nd Interim Quarterly Reimbursement Request of PI Committee April 2001 - June 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: 6th Quarterly Fee Application of Carella Byrne July 2002 - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: 6th Quarterly Fee Application of L. Tersigni July 2002-September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pachulski Stang Ziel Young and Jones September 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review agenda for 11/25/02 hearing | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Pachulski Stang Ziel Young & Jones 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Wallace Kings 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PWC's 1st, 2nd and 3rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick 1st Quarterly Fee Application July 2002 - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: 1st Quarterly Fee Application of Lukins and Annis July - September 2002 | 0.10 | TJT |
| Nov-19-02 | *Case Administration* - Review pleading re: Debtors Certificate of Counsel re: quarterly Fee Applications | 0.30 | LLC |
| | *Case Administration* - Review pleading re: Blackstone Groups 6th Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards 6th Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZY&J 5th Quarterly Fee Application April - June 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith 6th Interim Period Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King 6th Quarterly Interim Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZY&J 6th Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock 6th Interim Period Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano 6th Interim Period Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: W. Smith & Associates September 2002 Fee Application | 0.10 | TJT |
| Nov-20-02 | *Case Administration* - Review e-mail from L. Ferdinand re: draft of 5th quarterly Fee Application order | 0.20 | LLC |
| Nov-21-02 | *Case Administration* - Review e-mail from L. Ferdinand re: draft 1st, 2nd and 3rd quarterly Fee Application order | 0.20 | LLC |
| | *Case Administration* - Review pleading re: Caplan Drysdale 6th Interim Period Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| Nov-22-02 | *Case Administration* - Review e-mail from L. Ferdinand re: spreadsheets | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Fee Auditor's Exhibit of Categories and Time re: 1st, 2nd, 3rd & 5th Interim Fee Applications | 0.10 | TJT |
| Nov-23-02 | *Case Administration* - Review order re: Designation of District Judge (Wolin) | 0.10 | TJT |
| | *Case Administration* - Review pleading re: 1st Interim Quarterly Fee Application of Elzufon & Austin July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Klett Rooney's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: HRA's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Kramer Levin 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Reed Smith's 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Debtor's Monthly Operating Report re: September 2002 | 0.10 | TJT |
| Nov-25-02 | *Case Administration* - Call to L. Flores re: upcoming hearing dates | 0.10 | LLC |
| | *Case Administration* - Review pleading re: First Interim Fee Application of Wachtel Lipton re: April 2001 - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: 18th Monthly Application of Pittney Hardin re: September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: 8th Monthly Fee Application of Carella Byrne re: October 2002 | 0.10 | TJT |
| Nov-26-02 | *Case Administration* - Retrieve voicemail message from Debtor's counsel re: court dates | 0.10 | LLC |
| Nov-27-02 | *Case Administration* - Review pleading re: Klett Rooney Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| Nov-29-02 | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Holme Roberts 1st Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Nelson Mullins 2nd and 3rd Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Kramer Levin 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Stroock 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Wallace King 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Reed Smith's 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: L. Tersigni 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: PSZY&J 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Steptoe & Johnson's 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Pitney Hardin 1st, 2nd and 3rd Interim Period Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Amended Fee Auditors Final Report re: Caplin Drysdale 5th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: R. Locke's Opposition to Debtors Motion to Further Extend PI | 0.10 | TJT |
| Nov-07-02 | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re: Cancellation of Committee conference call | 0.10 | TJT |
| Nov-14-02 | *Committee, Creditors', Noteholders' or* -Teleconference with Committee | 0.20 | TJT |
| Nov-21-02 | *Committee, Creditors', Noteholders' or* - Attend Committee Teleconference | 0.80 | RSM |
| | *Committee, Creditors', Noteholders' or* - Teleconference with Committee | 0.80 | TJT |
| Nov-04-02 | *Fee Applications, Others* - Review docket re: Objections to docket no. 2803 and 2802 | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2802 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2803 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Revise Certificate of No Objection re: docket no. 2802 | 0.10 | LLC |
| | *Fee Applications, Others* - Revise Certificate of No Objection re: docket no. 2803 | 0.10 | LLC |
| | *Fee Applications, Others* - E-file Certificate of No Objection re: docket no. 2802 | 0.40 | LLC |
| | *Fee Applications, Others* - E-file Certificate of No Objection re: docket no. 2803 | 0.40 | LLC |
| | *Fee Applications, Others* - Finalize Hilsoft 2nd Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - E-file Hilsoft 2nd Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Finalize for e-filing Hamilton 7th Fee Application | 0.50 | LLC |
| | *Fee Applications, Others* - E-file Hamilton 7th Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA's July 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA's August 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection's for HRA's July and August 2002 Fee Applications | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection's for HRA's July and August 2002 Fee Applications | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: HRA's September Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Hilsoft Notifications Second Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re: HRA September Fee Application and Hilsoft Notifications Second Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Hilsoft Notifications August 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review HRA's September 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review e-mail from J. Sakalo to W. Sparks re: Service of Certificate of No Objection's for Fee Applications | 0.10 | TJT |
| | *Fee Applications, Others* - Prepare e-mail to J. Sakalo re: Service of Certificate of No Objection's for Fee Applications | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Nov-05-02 | *Fee Applications, Others* - Prepare letter to J. Sakalo re: HRA's July and August 2002 Fee Applications | 0.10 | TJT |
| Nov-06-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: Committee Expense Statement | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Committee expense statement for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: Committee expense statement | 0.10 | LLC |
| | *Fee Applications, Others* - E-file Committee Expense statement | 0.40 | LLC |
| Nov-08-02 | *Fee Applications, Others* - Review docket re: objection to docket no. 2841 | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2841 and Certificate of Service | 0.20 | LLC |
| Nov-11-02 | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: docket no. 2841 | 0.50 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Sumbergs 14th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Bilzin 14th Interim Fee Application | 0.10 | TJT |
| Nov-13-02 | *Fee Applications, Others* - Review docket re: objections to docket no. 2850 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2850 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - E-file Certificate of No Objection re: docket no. 2850 | 0.40 | LLC |
| | *Fee Applications, Others* - E-mail to W. Sparks re: Certificate of No Objection re: 2850 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Committee's 9th Interim Reimbursement Request | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: Committee's 9th Interim Reimbursement Request | 0.10 | TJT |
| Nov-15-02 | *Fee Applications, Others* - Finalize, e-file and serve Bilzin 15th Fee Application | 0.80 | LLC |
| | *Fee Applications, Others* - Review Bilzin 15th Fee Application | 0.10 | RSM |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Sumberg September Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Bilzin Sumberg September Fee Application | 0.10 | TJT |
| Nov-21-02 | *Fee Applications, Others* - Conference with L. Coggins re: Summary re: 1st, 2nd and 3rd Quarterly Fee Applications | 0.10 | TJT |
| Nov-22-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: Bilzin 6th quarterly Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Review and finalize Bilzin 6th quarterly Fee Application for e-filing | 0.60 | LLC |
| | *Fee Applications, Others* - E-file Bilzin 6th quarterly Fee Application | 0.50 | LLC |
| Nov-23-02 | *Fee Applications, Others* - Review Bilzin Sumberg 6th Interim Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| Nov-25-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: HR&A Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review and finalize HR&A 2nd quarterly Fee Application for e-filing | 0.60 | LLC |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Fee Applications, Others* - Prepare Certificate of Service re: 2nd HR&A quarterly Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - E-file HR&A 2nd quarterly Fee Applications | 0.50 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2933 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2932 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Review HRA's 2nd Interim Quarterly Fee Application re: July 2002 - September 2002 | 0.10 | TJT |
| | *Fee Applications, Others* - Review HRA's First Interim Quarterly Fee Application re: July 2002 - September 2002 | 0.10 | TJT |
| Nov-26-02 | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 2933 | 0.30 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 2932 | 0.30 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA's August 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Hilsoft Notifications 2nd Interim Fee Application re: August 2002 | 0.10 | TJT |
| | *Fee Applications, Others* - Review Certificate of No Objection re: HRA's September 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket re: Certificates of No Objection (3) | 0.10 | TJT |
| Nov-27-02 | *Fee Applications, Others* - Review docket re: objections to docket no. 2943 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 2943 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - E-file Certificate of No Objection re: docket no. 2943 | 0.30 | LLC |
| | *Fee Applications, Others* - Review docket re: Certificate of No Objection re: PD Committees 10th Interim Reimbursement Request | 0.10 | TJT |
| | *Fee Applications, Others* Review Ferry, Joseph & Pearce 6th Interim Quarterly Fee Application July - September 2002 | 0.20 | TJT |
| Nov-25-02 | *Hearings* - Attend Bankruptcy Court | 0.60 | TJT |
| Nov-01-02 | *Fee Applications, Applicant* - Prepare August 2002 fee detail | 0.80 | LLC |
| | *Fee Applications, Applicant* - Prepare 16th monthly Fee Application | 0.30 | LLC |
| Nov-04-02 | *Fee Applications, Applicant* - E-file and serve 16th monthly Fee Application | 0.40 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce August 2002 Fee Application | 0.10 | TJT |
| Nov-21-02 | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 2923 and Certificate of Service | 0.20 | LLC |
| Nov-22-02 | *Fee Applications, Applicant* - Review September 2002 Fee Application time records | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review time detail re: Ferry, Joseph & Pearce September 2002 Fee Application | 0.30 | TJT |
| Nov-25-02 | *Fee Applications, Applicant* - Prepare 17th Ferry, Joseph & Pearce monthly Fee Application | 0.30 | LLC |
| | *Fee Applications, Applicant* - Prepare 6th Ferry, Joseph & Pearce quarterly Fee Application | 0.70 | LLC |
| Nov-26-02 | *Fee Applications, Applicant* - Finalize and e-file Certificate of No Objection re: docket no. 2923 | 0.30 | LLC |
| | *Fee Applications, Applicant* - E-mail to W. Sparks re: Certificate of No Objection's filed | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Revise time entries and prepare fee detail for 17th Fee Application | 1.20 | LLC |
| | *Fee Applications, Applicant* - Prepare 6th quarterly Fee Application | 2.00 | LLC |
| Nov-27-02 | *Fee Applications, Applicant* - Finalize and e-file 17th montly Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - Revise 6th quarterly Fee Application | 0.40 | LLC |
| | *Fee Applications, Applicant* - Finalize and e-file 6th quarterly Fee Application | 0.60 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce 7th Interim Fee Application re: September 2002 | 0.10 | TJT |
| | *Fee Applications, Applicant* - - Review Certificate of No Objection re: PD Committees 10th Interim Reimbursement Request | 0.10 | TJT |
| | *Fee Applications, Applicant* - Confer with L. Coggins re: Ferry, Joseph & Pearce 6th Interim Quarterly Fee Application | 0.10 | TJT |
| Nov-23-02 | *ZAI Science Trial* - Review pleading re: Notice of Service of ZAI Claimants Third Request for Production of Documents | 0.10 | TJT |
| Nov-25-02 | *ZAI Science Trial* - Review letter from E. Westbrook to Judge Fitzgerald re: Amended Scheduling Order re: *ZAI Science Trial* | 0.10 | TJT |
| | Totals | 37.50 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-01-02 | *Expense* - Copying cost | 18.15 |
| Nov-04-02 | *Expense* - Copying cost | 29.70 |
| | *Expense* - Postage | 10.64 |
| | *Expense* - Copying cost | 4.65 |
| Nov-06-02 | *Expense* - Reliable Copy Service - copies | 117.40 |
| Nov-08-02 | *Expense* - Copying cost | 30.00 |
| Nov-11-02 | *Expense* - Copying cost | 14.25 |
| Nov-12-02 | *Expense* - Federal Express | 12.14 |
| Nov-13-02 | *Expense* - Copying cost | 12.60 |
| | *Expense* - Postage | 4.80 |
| | *Expense* - Copying cost | 33.75 |
| Nov-14-02 | *Expense* - Copying cost | 12.00 |
| Nov-15-02 | *Expense* - Federal Express | 13.45 |
| | *Expense* - Copying cost | 18.30 |
| | *Expense* - Copying cost | 20.40 |
| Nov-18-02 | *Expense* - TriState Courier & Carriage | 5.00 |
| | *Expense* - Copying cost | 54.30 |
| Nov-19-02 | *Expense* - Copying cost | 48.45 |
| Nov-22-02 | *Expense* - Copying cost | 55.65 |
| | *Expense* - Postage | 14.55 |
| Nov-25-02 | *Expense* - Copying cost | 42.00 |
| | *Expense* - Postage | 9.75 |
| | *Expense* - Copying cost | 27.00 |
| Nov-26-02 | *Expense* - Parcel's, Inc. | 175.00 |
| | *Expense* - TriState Courier & Carriage | 5.00 |
| | *Expense* - Copying cost | 37.43 |
| | *Expense* - Postage | 8.99 |
| Nov-27-02 | *Expense* - Copying cost | 59.25 |
| | *Expense* - Postage | 10.47 |
| | *Expense* - Copying cost | 12.60 |

| | |
|---|---:|
| *Expense* - Postage | 8.48 |
| *Expense* - Copying cost | 2.85 |
| Totals | $929.00 |
| **Total Fees & Disbursements** | **$6,962.00** |
| **Balance Due Now** | **$6,962.00** |