IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br>Objection Deadline: February 3, 2003 |

**SIXTEENTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMEBR 30, 2002**

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:    *November 1, 2002 through and
including November 30, 2002*

Amount of Compensation sought a
actual, reasonable and necessary: *$18,704.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$652.12*

This is a(n):    **x**    monthly         **__**    interim application

KL2:2192423.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

KL2:2192423.1

## SUMMARY OF TIME FOR BILLING PERIOD
## OCTOBER 1, 2002 THROUGH OCTOBER 30, 2002

| Name | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 7.90 | $3,752.50 |
| Horowitz, Gregory A. | 445.00 | 13.50 | $6,007.50 |
| Becker, Gary M. | 415.00 | 6.60 | $2,739.00 |
| Klein, David | 300.00 | 12.90 | $3,870.00 |
| O'Hanlon, Grace | 300.00 | 1.60 | $480.00 |
| Mangual, Kathleen | 175.00 | 10.30 | $1,802.50 |
| Fontein, Lauren | 175.00 | 0.30 | $52.50 |
| Total | | 53.10 | $18,704.00 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/02 through 10/31/02 | Total Fees for the Period 11/1/02 through 11/30/02 |
|---|---|---|
| Bankruptcy Motion | 1.70 | $717.50 |
| Case Administration | 15.90 | $4,769.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 3.20 | $1,520.00 |
| Creditor Committee | 1.20 | $498.00 |
| Fee Applications, Applicant | 8.50 | $2,009.50 |
| Fradulent Conveyance Adv Proceeding | 24.30 | $9,907.00 |
| Total | 53.10 | $18,704.00 |

---

[2] Rates increased as part of the normal yearly review.

- 3 -

KL2:2192423.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 11/1/02 through 11/30/02 |
|---|---:|
| Telecopier | $2.00 |
| Photocopying | $268.00 |
| Research Services | $42.00 |
| Long-Distance Tel. | $2.96 |
| Westlaw On-Line Research | $21.54 |
| Lexis/Nexis On-Line Research | $59.00 |
| Messenger Service | $55.67 |
| Cab Fares | $30.60 |
| Other Fees | $170.00 |
| **Total** | **$652.12** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: January 9, 2003

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| O'HANLON, GRACE | LITI | 1.60 | 300.00 | 480.00 |
| BECKER, GARY M. | CRED | 1.30 | 415.00 | 539.50 |
| KLEIN, DAVID | CRED | 11.80 | 300.00 | 3,540.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 1.20 | 175.00 | 210.00 |
| | Subtotal | 15.90 | $ | 4,769.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.20 | 415.00 | 498.00 |
| | Subtotal | 1.20 | $ | 498.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 475.00 | 142.50 |
| BECKER, GARY M. | CRED | 1.80 | 415.00 | 747.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 6.10 | 175.00 | 1,067.50 |
| FONTEIN, LAUREN | CRED | 0.30 | 175.00 | 52.50 |
| | Subtotal | 8.50 | $ | 2,009.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.20 | 475.00 | 1,520.00 |
| | Subtotal | 3.20 | $ | 1,520.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

*FRAUDULENT CONVEYANCE ADV. PROCEEDING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.40 | 475.00 | 2,090.00 |
| HOROWITZ, GREGORY A. | LITI | 13.50 | 445.00 | 6,007.50 |
| BECKER, GARY M. | CRED | 2.30 | 415.00 | 954.50 |
| KLEIN, DAVID | CRED | 1.10 | 300.00 | 330.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 3.00 | 175.00 | 525.00 |
| | Subtotal | 24.30 | $ | 9,907.00 |
| | Total | 53.10 | $ | 18,704.00 |

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 7.90 | 475.00 | 3,752.50 |
| HOROWITZ, GREGORY A. | PARTNER | 13.50 | 445.00 | 6,007.50 |
| O'HANLON, GRACE | ASSOCIATE | 1.60 | 300.00 | 480.00 |
| BECKER, GARY M. | ASSOCIATE | 6.60 | 415.00 | 2,739.00 |
| KLEIN, DAVID | ASSOCIATE | 12.90 | 300.00 | 3,870.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 10.30 | 175.00 | 1,802.50 |
| FONTEIN, LAUREN | PARALEGAL | 0.30 | 175.00 | 52.50 |
| | Total | 53.10 | | $18,704.00 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 2.00 |
| PHOTOCOPYING | 268.35 |
| RESEARCH SERVICES | 42.00 |
| LONG-DISTANCE TEL. | 2.96 |
| WESTLAW ON - LINE RESEARCH | 21.54 |
| LEXIS/NEXIS ON-LINE RESEARCH | 59.00 |
| MESSENGER SERVICES | 55.67 |
| CAB FARES | 30.60 |
| OTHER FEES | 170.00 |
| Subtotal | $652.12 |

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

| DISBURSEMENTS | AMOUNT |
|---|---:|
| TELECOPIER | 1.00 |
| PHOTOCOPYING | 143.12 |
| MANUSCRIPT SERVICE | 51.00 |
| MEALS | 17.10 |
| Subtotal | $212.22 |