aip_132c: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:47

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

| | | | FEES | COSTS |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 11/30/2002 | |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 11/30/2002 | |

GROSS BILLABLE AMOUNT:                18,704.00        633.86
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES   OR   NO
EXPECTED DATE OF COLLECTION:                       11/30/2002

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| | | | |
|---|---|---|---|
| | | ACCOUNTS RECEIVABLE TOTALS | UNAPPLIED CASH |
| FEES: | 49,218.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 633.86 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 49,852.36 | TRUST BALANCE: | |

BILLING HISTORY

DATE OF LAST BILL:        12/31/02        LAST PAYMENT DATE:        12/31/02
LAST BILL NUMBER:           362365        FEES BILLED TO DATE:    493,335.00
LAST BILL THRU DATE:      11/30/02

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132c: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:20:09

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Billed Hours | Amount |
|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 7.90 | 3,752.50 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 13.50 | 6,007.50 |
| 05039 | O'HANLON, GRACE | ASSOCIATE | 1.60 | 480.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 6.60 | 2,739.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 12.90 | 3,870.00 |
| | PARAPROFESSIONALS | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 10.30 | 1,802.50 |
| 05625 | FONTEIN, LAUREN | PARALEGAL | 0.30 | 52.50 |
| | Total: | | 53.10 | 18,704.00 |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 11/08/02 | 11/08/02 | 2.00 |
| 0820 | PHOTOCOPYING | 11/04/02 | 11/27/02 | 268.35 |
| 0840 | MANUSCRIPT SERVICE | 11/04/02 | 11/07/02 | 0.00 |
| 0841 | RESEARCH SERVICES | 11/04/02 | 11/04/02 | 42.00 |
| 0885 | LONG-DISTANCE TEL. | 11/13/02 | 11/13/02 | 6.51 |
| 0917 | WESTLAW ON - LINE RESEARCH | 11/04/02 | 11/06/02 | 21.54 |
| 0921 | LEXIS / NEXIS ON - LINE RESEAR | 11/06/02 | 11/08/02 | 59.00 |
| 0930 | MESSENGER/COURIER | 11/04/02 | 11/26/02 | 33.86 |
| 0940 | CAB FARES | 11/27/02 | 11/27/02 | 30.60 |
| 0943 | IN-HOUSE/MEALS | 11/12/02 | 11/12/02 | 0.00 |
| 0990 | OTHER FEES | 11/14/02 | 11/27/02 | 170.00 |
| | Total: | | | 633.86 |

Grand Total                                              19,337.86

**A C C O U N T S   R E C E I V A B L E   S U M M A R Y** (Reflects Payments As of 01/13/03 14:20:09)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Total | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 01/18/02 | 12/31/01 | 345477 | 32,467.50 | 2,338.23 | | | 32,463.23 | 12/31/02 | 2,342.50 |
| 05/31/02 | 04/30/02 | 352100 | 24,594.00 | 2,669.24 | | | 27,263.24 | 12/31/02 | .00 |
| 06/10/02 | 04/30/02 | 352100 | 7,600.00 | .00 | | | 4,200.00 | 12/31/02 | 3,400.00 |
| 08/15/02 | 06/30/02 | 357518 | 20,392.50 | 388.61 | | | 16,702.61 | 10/30/02 | 4,078.50 |
| 08/19/02 | 07/31/02 | 356269 | 28,083.50 | 923.59 | | | 23,390.39 | 12/31/02 | 5,616.70 |
| 09/30/02 | 08/31/02 | 358460 | 33,598.50 | 7,190.62 | | | 38,806.72 | 12/31/02 | 1,982.40 |
| 10/21/02 | 09/30/02 | 359721 | 35,489.50 | 1,761.46 | | | 22,134.06 | 12/31/02 | 5,116.90 |
| 11/19/02 | 10/31/02 | 361265 | 39,170.00 | 2,124.93 | | | 33,317.43 | 12/31/02 | 7,977.50 |
| 12/13/02 | 11/30/02 | 362365 | 18,704.00 | 633.86 | | | .00 | | 19,337.86 |
| | | Total: | 230,099.50 | 18,030.54 | | | 198,277.68 | | 49,852.36 |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

| | | |
|---|---|---|
| Matter No : 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1638395 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MORS - 03376 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

PRE-BILLING SUMMARY REPORT

|  | | | | |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 11/03/2002 | TO: | 11/29/2002 | |
| UNBILLED DISB FROM: | 11/04/2002 | TO: | 11/27/2002 | |

| | FEES | | COSTS |
|---|---|---|---|
| GROSS BILLABLE AMOUNT: | 4,769.50 | | 353.77 |
| AMOUNT WRITTEN DOWN: | | | |
| PREMIUM: | | | |
| ON ACCOUNT BILLED: | | | |
| DEDUCTED FROM PAID RETAINER: | | | |
| AMOUNT BILLED: | | | |
| THRU DATE: | | | 11/27/2002 |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | | |

| | | |
|---|---|---|
| BILLING PARTNER APPROVAL: | | WRITE OFF APPROVAL (necessary for write downs over $2,000.00) |
| | BENTLEY PHILIP - 02495 | |

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 4,769.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 353.77 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 5,123.27 | TRUST BALANCE: | |
| | | BILLING HISTORY | |

| | | |
|---|---|---|
| DATE OF LAST BILL: | 12/31/02 | LAST PAYMENT DATE: | 12/31/02 |
| LAST BILL NUMBER: | 362265 | FEES BILLED TO DATE: | 144,124.00 |
| LAST BILL THRU DATE: | 11/30/02 | | |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:      1638395
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                    ------- Total Billed -------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05039 | O'HANLON, GRACE | LITI | 11/06/02 | 11/06/02 | 1.60 | 480.00 |
| 05292 | BECKER, GARY M. | CRED | 11/12/02 | 11/26/02 | 1.30 | 539.50 |
| 05646 | KLEIN, DAVID | CRED | 11/03/02 | 11/29/02 | 11.80 | 3,540.00 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 05208 | MANGUAL, KATHLEEN | CRED | 11/14/02 | 11/19/02 | 1.20 | 210.00 |

Total:    15.90    4,769.50

**S u b - T o t a l   H o u r s  :**    0.00 Partners    0.00 Counsels    14.70 Associates    1.20 Legal Assts    0.00 Others

**B I L L E D   C O S T S   S U M M A R Y**    ------------ Total ------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER |  |  | 2.00 |
| 0820 | PHOTOCOPYING |  |  | 160.80 |
| 0840 | MANUSCRIPT SERVICE |  |  | 0.00 |
| 0841 | RESEARCH SERVICES |  |  | 21.00 |
| 0885 | LONG-DISTANCE TEL. |  |  | 6.51 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR |  |  | 59.00 |
| 0930 | MESSENGER/COURIER |  |  | 33.86 |
| 0940 | CAB FARES |  |  | 30.60 |
| 0990 | OTHER FEES |  |  | 40.00 |

Total    353.77

Grand Total    5,123.27

**A C C O U N T S   R E C E I V A B L E**    (Reflects Payments As Of 01/13/03 14:19:44)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/18/02 | 12/31/01 | 345477 | 8,017.00 | 1,134.54 |  | 9,151.54 | 09/13/02 |  |
| 05/31/02 | 04/30/02 | 352100 | 13,974.00 | 1,489.97 |  | 15,463.97 | 09/13/02 |  |
| 06/15/02 | 05/30/02 | 357518 | 3,870.00 | 332.91 |  | 4,202.91 | 10/30/02 |  |
| 08/19/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 |  | 6,342.89 | 12/31/02 |  |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 1,169.59 |  | 5,192.09 | 11/26/02 |  |
| 10/21/02 | 09/30/02 | 359721 | 1,255.50 | 1,759.36 |  | 3,014.86 | 12/31/02 |  |
| 11/19/02 | 10/31/02 | 361261 | 4,217.00 | 1,777.44 |  | 5,994.44 | 12/31/02 |  |
| 12/13/02 | 11/30/02 | 362365 | 4,769.50 | 353.77 |  | 5,123.27 |  | 5,123.27 |

Total:    46,100.50    8,385.47    49,362.70    5,123.27

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

| | |
|---|---|
| Matter No: 056772-00001 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Orig Prtnr : CRED. RGTS - 06975 |
| Matter Name : CASE ADMINISTRATION | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Opened : 07/27/2001 | Supv Prtnr : MAYER THOMAS MOERS - 03976 |

Proforma Number:      1638395
Bill Frequency: M

Status      : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/12/02 | Conf. with Klein re newly filed pleadings. | 1.00 | 415.00 | 4418155 | 11/18/02 |
| BECKER, GARY M. | 11/26/02 | Conf. with local counsel re omnibus hearing and other case issues | 0.30 | 124.50 | 4442807 | 12/02/02 |
| **Total For BECKER G - 05292** | | | **1.30** | **539.50** | | |
| KLEIN, DAVID | 11/03/02 | review filings for distr. | 0.10 | 30.00 | 4405924 | 11/06/02 |
| KLEIN, DAVID | 11/04/02 | review electronic filings re distrib. (0.4) | 0.40 | 120.00 | 4405925 | 11/06/02 |
| KLEIN, DAVID | 11/05/02 | review electronic filings re distrib. | 0.30 | 90.00 | 4405926 | 11/06/02 |
| KLEIN, DAVID | 11/07/02 | review pleadings/filings. | 0.10 | 30.00 | 4410557 | 11/08/02 |
| KLEIN, DAVID | 11/08/02 | review filings | 0.30 | 90.00 | 4412166 | 11/12/02 |
| KLEIN, DAVID | 11/11/02 | review pleadings/filings; | 0.40 | 120.00 | 4412948 | 11/12/02 |
| KLEIN, DAVID | 11/12/02 | review pleadings/filings. | 0.20 | 60.00 | 4414150 | 11/13/02 |
| KLEIN, DAVID | 11/13/02 | review pleadings/filings. | 0.20 | 60.00 | 4415759 | 11/14/02 |
| KLEIN, DAVID | 11/14/02 | review pleadings/filings. | 0.20 | 60.00 | 4417005 | 11/15/02 |
| KLEIN, DAVID | 11/15/02 | review pleadings | 0.10 | 30.00 | 4421543 | 11/19/02 |
| KLEIN, DAVID | 11/18/02 | review pleadings/filings. | 0.60 | 180.00 | 4429923 | 11/25/02 |
| KLEIN, DAVID | 11/19/02 | review pleadings/filings (0.3); distr. & disc. w/ QMB re same (.6); email from colleague re cybergenics rehearing (.4); email re monthly oper. report (.2). | 1.50 | 450.00 | 4429924 | 11/25/02 |
| KLEIN, DAVID | 11/20/02 | review and distr filings. | 0.30 | 90.00 | 4429925 | 11/25/02 |
| KLEIN, DAVID | 11/21/02 | review pleadings/filings. | 0.40 | 120.00 | 4429926 | 11/25/02 |
| KLEIN, DAVID | 11/22/02 | review pleadings/filings. | 0.10 | 30.00 | 4429927 | 11/25/02 |
| KLEIN, DAVID | 11/24/02 | review and distribute voluminous monthly operating reports for Sept. (2.5); review filings and distr (0.4); organize emails (0.3). | 3.20 | 960.00 | 4429928 | 11/25/02 |
| KLEIN, DAVID | 11/25/02 | review pleadings/filings and fax; distr same as necessary. | 1.20 | 360.00 | 4435625 | 11/27/02 |
| KLEIN, DAVID | 11/26/02 | review pleadings/filings (0.9) and distr of same (0.5). | 1.40 | 420.00 | 4435718 | 11/27/02 |
| KLEIN, DAVID | 11/27/02 | review pleadings/filings; distr same as necessary; | 0.50 | 150.00 | 4436442 | 11/29/02 |
| KLEIN, DAVID | 11/29/02 | reviewed filings | 0.30 | 90.00 | 4436994 | 12/02/02 |
| **Total For KLEIN D - 05646** | | | **11.80** | **3,540.00** | | |
| O'HANLON, GRACE | 11/06/02 | reviewing court decision. | 1.60 | 480.00 | 4421368 | 11/19/02 |
| **Total For O'HANLON G - 05039** | | | **1.60** | **480.00** | | |
| MANGUAL, KATHLEEN | 11/14/02 | update pleadings index and organization of files (1.0) | 1.00 | 175.00 | 4435599 | 11/18/02 |

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/13/2003 14:19:44
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   4

| | |
|---|---|
| Matter No: 056772-00001 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | |
| Matter Name : CASE ADMINISTRATION | |
| Matter Opened : 07/27/2001 | |

| | | |
|---|---|---|
| Orig Prtnr : CRED. RGTS - 06975 | | Proforma Number:   1638395 |
| Bill Prtnr : BENTLEY PHILLIP - 02495 | | Bill Frequency: M |
| Supv Prtnr : MAYER THOMAS MOERS - 03976 | | |
| | | Status : ACTIVE |

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 11/19/02 | docket review re: order to seal docs, adv prod | 0.20 | 35.00 | 4428896 | | 11/23/02 |
| | | (.20) | | | | | |
| **Total For MANGUAL K - 05208** | | | 0.20 | 210.00 | | | |
| **Fee Total** | | | 15.90 | 4,769.50 | | | |

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | |
| 0815   roadcast to 10 p | BENTLEY, P | 11/08/02 | 2.00 | 5846251 | 87772 | 11/11/02 |
| **0815 TELECOPIER Total :** | | | 2.00 | | | |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING   MANGUAL, KATHLEEN | MANGUAL, K M | 11/04/02 | 27.15 | 5837747 | 87563 | 11/07/02 |
| PHOTOCOPYING   MANGUAL, KATHLEEN | MANGUAL, K M | 11/06/02 | 47.25 | 5838280 | 87564 | 11/07/02 |
| PHOTOCOPYING   BENTLEY, PHILLIP | BENTLEY, P | 11/08/02 | 3.90 | 5845770 | 87769 | 11/11/02 |
| PHOTOCOPYING   BENTLEY, PHILLIP | BENTLEY, P | 11/08/02 | 3.90 | 5845770 | 87769 | 11/11/02 |
| PHOTOCOPYING   BENTLEY, PHILLIP | BENTLEY, P | 11/08/02 | 3.45 | 5845771 | 87769 | 11/11/02 |
| PHOTOCOPYING   KLEIN, DAVID | KLEIN, D K | 11/11/02 | 3.00 | 5847673 | 87841 | 11/12/02 |
| PHOTOCOPYING   BENTLEY, PHILLIP | BENTLEY, P | 11/12/02 | 4.50 | 5848754 | 87895 | 11/13/02 |
| PHOTOCOPYING   KLEIN, DAVID | KLEIN, D K | 11/13/02 | 4.50 | 5850660 | 87943 | 11/14/02 |
| PHOTOCOPYING   BENTLEY, PHILLIP | BENTLEY, P | 11/13/02 | 0.90 | 5856897 | 88148 | 11/19/02 |
| PHOTOCOPYING   MANGUAL, KATHLEEN | MANGUAL, K M | 11/18/02 | 2.25 | 5856898 | 88148 | 11/19/02 |
| PHOTOCOPYING   BENTLEY, PHILLIP | BENTLEY, P | 11/18/02 | 4.05 | 5856897 | 88148 | 11/19/02 |
| PHOTOCOPYING   MANGUAL, KATHLEEN | MANGUAL, K M | 11/22/02 | 18.90 | 5867855 | 88507 | 11/26/02 |
| PHOTOCOPYING   BENTLEY, PHILLIP | BENTLEY, P | 11/25/02 | 35.70 | 5867856 | 88507 | 11/26/02 |
| PHOTOCOPYING   MANGUAL, KATHLEEN | MANGUAL, K M | 11/26/02 | 8.25 | 5869326 | 88585 | 11/27/02 |
| PHOTOCOPYING   KLEIN, DAVID | KLEIN, D K | 11/27/02 | 1.50 | 5871404 | 88710 | 12/02/02 |
| **0820 PHOTOCOPYING Total :** | | | 160.80 | | | |

alp_112r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

1638395

**BILLED COSTS DETAIL**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MANUSCRIPT SERVICE | 0840 | | | | | | |
| MANUSCRIPT SERVICE 11/04/2002 | | SEANRIGHT, J | 11/04/02 | 0.00 | 5837229 | 87556 | 11/07/02 |
| MANUSCRIPT SERVICE 11/05/2002 | | SEANRIGHT, J | 11/05/02 | 0.00 | 5837230 | 87556 | 11/07/02 |
| MANUSCRIPT SERVICE 11/06/2002 | | SEANRIGHT, J | 11/06/02 | 0.00 | 5842040 | 87663 | 11/07/02 |
| MANUSCRIPT SERVICE 11/07/2002 | | SEANRIGHT, J | 11/07/02 | 0.00 | 5845568 | 87766 | 11/10/02 |
| 0840 MANUSCRIPT SERVICE Total : | | | | 0.00 | | | |
| RESEARCH SERVICES | 0841 | | | | | | |
| RESEARCH SERVICES 11/08/2002 | | HALVEY, J H | 11/08/02 | 21.00 | 5872858 | 88789 | 12/02/02 |
| 0841 RESEARCH SERVICES Total : | | | | 21.00 | | | |
| LONG-DISTANCE TEL. | 0885 | | | | | | |
| LONG-DISTANCE TEL. 3025524200 | | MANGUAL, K M | 11/04/02 | 1.77 | 5839495 | 87567 | 11/07/02 |
| LONG-DISTANCE TEL. 3128612460 | | BENTLEY, P | 11/04/02 | 0.30 | 5888300 | 89459 | 12/10/02 |
| LONG-DISTANCE TEL. 3025524239 | | MANGUAL, K M | 11/05/02 | 0.30 | 5839496 | 87567 | 11/07/02 |
| LONG-DISTANCE TEL. 3128612366 | | BENTLEY, P | 11/08/02 | 3.25 | 5992178 | 89634 | 12/12/02 |
| LONG-DISTANCE TEL. 3025524239 | | MANGUAL, K M | 11/13/02 | 0.89 | 5852571 | 88006 | 11/15/02 |
| 0885 LONG-DISTANCE TEL. Total : | | | | 6.51 | | | |
| LEXIS / NEXIS ON -L | 0921 | | | | | | |
| LEXIS / NEXIS ON -L | | HOROWITZ, G A | 11/06/02 | 54.00 | 5851279 | 87974 | 11/14/02 |
| LEXIS / NEXIS ON -LINE RESEARCH | | HALVEY, J H | 11/08/02 | 5.00 | 5851280 | 87974 | 11/14/02 |
| LEXIS / NEXIS ON -LINE RESEARCH | | | | | | | |
| 0921 LEXIS / NEXIS ON -L Total : | | | | 59.00 | | | |
| MESSENGER/COURIER | 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | | MANGUAL, K M | 11/04/02 | 10.76 | 5840567 | 87631 | 11/07/02 |
| FEDERAL EXPRESS CORPORAT | | MANGUAL, K M | 11/11/02 | 12.34 | 5846685 | 87795 | 11/11/02 |
| MESSENGER/COURIER - VENDOR -FEDERAL EXPRESS CORPORATION | | | | | | | |
| FEDERAL EXPRESS CORPORAT | | MANGUAL, K M | 11/22/02 | 10.76 | 5870128 | 88606 | 11/27/02 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   6

Run Date & Time: 01/13/2003 14:19:44

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1638395
Bill Frequency: M

Status     : ACTIVE

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| **BILLED COSTS DETAIL** | | | | | | |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS<br>CORPORATION | BENTLEY, P | 11/25/02 | 1.35 | 5867332 | 88405 | 11/25/02 |
| FEDERAL EXPRESS CORPORAT<br>Reversal from Void Check Number: 32959<br>Bank ID: 0202 Voucher ID: 184429<br>Vendor: FEDERAL EXPRESS CORPORATION | BENTLEY, P | 11/25/02 | -1.35 | 5895026 | 89708 | 12/13/02 |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS<br>CORPORATION | MANGUAL, K M | 11/26/02 | 16.43 | 5684410 | 88516 | 11/26/02 |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS<br>CORPORATION | MANGUAL, K M | 11/26/02 | 4.03 | 5684411 | 88516 | 11/26/02 |
| FEDERAL EXPRESS CORPORAT<br>Reversal from Void Check Number: 32961<br>Bank ID: 0202 Voucher ID: 184465<br>Vendor: FEDERAL EXPRESS CORPORATION | MANGUAL, K M | 11/26/02 | -16.43 | 5894640 | 89708 | 12/13/02 |
| FEDERAL EXPRESS CORPORAT<br>Reversal from Void Check Number: 32961<br>Bank ID: 0202 Voucher ID: 184465<br>Vendor: FEDERAL EXPRESS CORPORATION | MANGUAL, K M | 11/26/02 | -4.03 | 5894641 | 89708 | 12/13/02 |
| | | **0930 MESSENGER/COURIER Total :** | **33.86** | | | |
| CAB FARES<br>CAB FARES - VENDOR-DIAL CAR INC. | NOVOGROD, J C | 11/27/02 | 30.60 | 5871018 | 88672 | 11/27/02 |
| | | **0940 CAB FARES Total :** | **30.60** | | | |
| OTHER FEES<br>CLERK, U.S. COURT OF APP<br>OTHER FEES - VENDOR-CLERK, U.S. COURT OF<br>APPEALS | BECKER, G M | 11/14/02 | 40.00 | 5851259 | 87973 | 11/14/02 |
| | | **0990 OTHER FEES Total :** | **40.00** | | | |

Costs Total :                353.77

alp_112r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1638395
Bill Frequency: M

Status        : ACTIVE

**B I L L E D    T I M E    S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| O'HANLON, GRACE | 1.60 | 480.00 | | | | |
| BECKER, GARY M. | 1.30 | 539.50 | | | | |
| KLEIN, DAVID | 11.80 | 3,540.00 | | | | |
| MANCUAL, KATHLEEN | 1.20 | 210.00 | | | | |
| Total: | 15.90 | 4,769.50 | | | | |

**B I L L E D    C O S T S    S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 2.00 | | | | |
| 0820 | PHOTOCOPYING | 160.80 | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | |
| 0841 | RESEARCH SERVICES | 21.00 | | | | |
| 0885 | LONG-DISTANCE TEL. | 6.51 | | | | |
| 0921 | LEXIS / NEXIS ON -LINE R | 59.00 | | | | |
| 0930 | MESSENGER/COURIER | 33.86 | | | | |
| 0940 | CAB FARES | 30.60 | | | | |
| 0990 | OTHER FEES | 40.00 | | | | |

Costs Total :          353.77

alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    8

Run Date & Time: 01/13/2003 14:19:44                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:      1638396
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

Special Billing Instructions:

                                                 PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:    11/20/2002            TO:           11/25/2002
          UNBILLED DISB FROM:                          TO:

                                    FEES                            COSTS

  GROSS BILLABLE AMOUNT:             498.00                           0.00
  AMOUNT WRITTEN DOWN:
           PREMIUM:
       ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
           THRU DATE:
  CLOSE MATTER/FINAL BILLING?     YES   OR   NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:

  BILLING COMMENTS:               BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                                                    ----------------- UNAPPLIED CASH -----------------
  ACCOUNTS RECEIVABLE TOTALS                       UNIDENTIFIED RECEIPTS:         0.00
     FEES:                          498.00         PAID FEE RETAINER:             0.00
  DISBURSEMENTS:                       0.00        PAID DISB RETAINER:            0.00
     FEE RETAINER:                     0.00        TOTAL AVAILABLE FUNDS:        0.00
     DISB RETAINER:                    0.00        TRUST BALANCE:                 0.00
  TOTAL OUTSTANDING:                 498.00

                                                    BILLING HISTORY

  DATE OF LAST BILL:              12/31/02         LAST PAYMENT DATE:         12/31/02
  LAST BILL NUMBER:               362365          FEES BILLED TO DATE:       46,110.00
  LAST BILL THRU DATE:            11/30/02

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee         (6) Summer Associate
  (2) Late Time & Costs Posted   (7) Fixed Fee
  (3) Pre-arranged Discount      (8) Premium
  (4) Excessive Legal Time       (9) Rounding
  (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____    Processed by: _____        FRC: _____    CRC: _____

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    9
Run Date & Time: 01/13/2003 14:19:44                          *PRIVILEGED AND CONFIDENTIAL*
```

| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1638396 |
|---|---|---|
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 11/20/02 | 11/25/02 | 1.20 | 498.00 |
| | Total: | | | | 1.20 | 498.00 |

Sub-Total Hours :  0.00 Partners  0.00 Counsels  1.20 Associates  0.00 Legal Assts  0.00 Others

**ACCOUNTS RECEIVABLE**  (Reflects Payments As of 01/13/03 14:19:45)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/28/02 | 12/31/01 | 345477 | 3,476.50 | 302.15 | | 3,778.65 | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352100 | 600.00 | 25.84 | | 625.84 | 09/13/02 | |
| 08/15/02 | 06/30/02 | 357518 | 3,717.50 | 4.00 | | 3,721.50 | 10/31/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,287.50 | 14.59 | | 1,302.09 | 12/31/02 | |
| 08/30/02 | 08/31/02 | 358460 | 1,630.00 | 121.00 | | 1,751.00 | 11/26/02 | |
| 09/30/02 | 09/30/02 | 359721 | 3,489.50 | .00 | | 3,489.50 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 4,587.50 | 49.00 | | 4,636.50 | 12/31/02 | |
| 12/13/02 | 11/30/02 | 362365 | 498.00 | .00 | | 498.00 | | 498.00 |
| Total: | | | 19,286.50 | 516.58 | | 19,305.08 | | 498.00 |

alp_132r: Billed Charges Analysis                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    10

Run Date & Time: 01/13/2003 14:19:45                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:      1638396
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/20/02 | Prepare and circulate memo to committee re Cybergenics decision. | 0.50 | 207.50 | 4426607 | 11/23/02 |
| BECKER, GARY M. | 11/22/02 | Prepare and distribute memo to the committee re new Sealed Air order. | 0.40 | 166.00 | 4433436 | 11/27/02 |
| BECKER, GARY M. | 11/25/02 | Conf. with local counsel re omnibus hearing. | 0.30 | 124.50 | 4433467 | 11/27/02 |
| Total For BECKER G - 05292 | | | 1.20 | 498.00 | | |
| | | Fee Total | 1.20 | 498.00 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1638396
Bill Frequency: M

Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.20 | 498.00 | | | | | |
| Total: | 1.20 | 498.00 | | | | | |

alp_112r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00003                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1638397
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FINANCING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                          Status      : ACTIVE

Special Billing Instructions:

```
                                    PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                      TO:
              UNBILLED DISB FROM: 11/04/2002           TO: 11/04/2002

                                        FEES                        COSTS

       GROSS BILLABLE AMOUNT:              0.00                         31.64
       AMOUNT WRITTEN DOWN:
                  PREMIUM:
            ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                THRU DATE:                                          11/04/2002
CLOSE MATTER/FINAL BILLING?  YES   OR   NO
EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:
```

```
                             ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

         FEES:                               31.64      UNIDENTIFIED RECEIPTS:        0.00
   DISBURSEMENTS:                             0.00      PAID FEE RETAINER:            0.00
   FEE RETAINER:                              0.00      PAID DISB RETAINER:           0.00
   DISB RETAINER:                             0.00      TOTAL AVAILABLE FUNDS:        0.00
   TOTAL OUTSTANDING:                        31.64      TRUST BALANCE:
                                                        UNAPPLIED CASH
```

```
                                          BILLING HISTORY

         DATE OF LAST BILL:     12/31/02     LAST PAYMENT DATE:
         LAST BILL NUMBER:      362365       FEES BILLED TO DATE:           0.00
         LAST BILL THRU DATE:   11/30/02
```

FOR ACCT'G USE ONLY:                Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted  (7) Fixed Fee
    (3) Pre-arranged Discount     (8) Premium
    (4) Excessive Legal Time      (9) Rounding
    (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1638397
Bill Frequency: M

Status     : ACTIVE

| B I L L E D   C O S T S   S U M M A R Y | | ------ Total Billed ------ | | |
| Code | Description | Oldest Entry | Latest Entry | Total Amount | Status |
| --- | --- | --- | --- | --- | --- |
| 0841 | RESEARCH SERVICES | 11/04/02 | 11/04/02 | 21.00 | |
| 0917 | WESTLAW ON-LINE RESEARCH | 11/04/02 | 11/04/02 | 10.64 | |
| | Total | | | 31.64 | |
| | Grand Total | | | 31.64 | |

| A C C O U N T S   R E C E I V A B L E | | (Reflects Payments As of 01/13/03 14:19:45) | | | | |
| | | ----- Billed ----- | | -- Collections -- | | |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Total Date | Balance Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/13/02 | 11/30/02 | 362365 | .00 | 31.64 | .00 | | | 31.64 |
| | Total: | | .00 | 31.64 | .00 | | | 31.64 |

alp_132t: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    14

Run Date & Time: 01/13/2003 14:19:45                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                          Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:     1638397
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : FINANCING                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code              Employee            Date          Amount          Index#      Batch No   Batch Date
-----------                   --------            ----          ------          ------      --------   ----------

RESEARCH SERVICES      0841   GRGAS, A G          11/04/02       21.00          5872210     88733      12/02/02
RESEARCH SERVICES
11/04/2002

                                           0841 RESEARCH SERVICES Total :       21.00

WESTLAW ON - LINE RE   0917   PELLETIER, D        11/04/02       10.64          5851742     87984      11/14/02
WESTLAW ON - LINE RE

                                           0917 WESTLAW ON - LINE RE Total :    10.64

                             Costs Total :                                      31.64

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   15

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1638397
Bill Frequency: M

Status        : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|------|-------------|--------|------|-----------|-------------|----------|---------------|--------|
| 0841 | RESEARCH SERVICES | 21.00 | | | | | | |
| 0917 | WESTLAW ON - LINE RESEARC | 10.64 | | | | | | |

Costs Total :      31.64

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   16

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1638398
Bill Frequency: M

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   11/04/2002        TO:        11/22/2002
UNBILLED DISB FROM:                     TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,009.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?    YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION:    11/22/2002 | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS          UNAPPLIED CASH

| FEES: | 2,009.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,009.50 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 12/31/02 | LAST PAYMENT DATE: | 12/31/02 |
| LAST BILL NUMBER: | 362365 | FEES BILLED TO DATE: | 43,270.00 |
| LAST BILL THRU DATE: | 11/30/02 | | |

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee              (6) Summer Associate
(2) Late Time & Costs Posted        (7) Fixed Fee
(3) Pre-arranged Discount           (8) Premium
(4) Excessive Legal Time            (9) Rounding
(5) Business Development            (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____

CRC: _____

alp_112r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:        1638398
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILLIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y   --------------- Total --------------   Billed -----------------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 02495 | BENTLEY, PHILLIP | CRED | 11/04/02 | 11/22/02 | 0.30 | 142.50 |
| 05292 | BECKER, GARY M. | CRED | 11/04/02 | 11/21/02 | 1.80 | 747.00 |
|       | PARAPROFESSIONALS |     |          |          |      |        |
| 05208 | MANGUAL, KATHLEEN | CRED | 11/04/02 | 11/22/02 | 6.10 | 1,067.50 |
| 05625 | FONTEIN, LAUREN | CRED | 11/20/02 | 11/20/02 | 0.30 | 52.50 |
|        |                  |      |          |          |      |       |
|        | Total:           |      |          |          | 8.50 | 2,009.50 |

Sub-Total Hours :    0.30 Partners      0.00 Counsels     1.80 Associates    6.40 Legal Assts    0.00 Others

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 01/13/03 14:19:45)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Fee & OA Applied From OA | Total | ---- Collections ---- Date | Balance Due |
|-----------|-----------|-------|-----------------|---------------------|--------------------------|-------|-----------------------------|-------------|
| 01/18/02 | 12/31/01 | 345477 | 1,816.50 | 29.58 | .00 | 1,846.08 | 09/13/02 | |
| 05/31/02 | 04/30/02 | 352100 | 2,477.50 | 29.58 | .00 | 2,507.08 | 09/13/02 | |
| 08/15/02 | 06/30/02 | 357518 | 1,315.00 | .00 | .00 | 1,315.00 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,922.50 | .00 | .00 | 1,922.50 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 2,910.00 | .00 | .00 | 2,910.00 | 11/26/02 | |
| 10/21/02 | 09/30/02 | 359721 | 6,307.00 | .00 | 2.10 | 6,309.10 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 2,917.00 | .00 | .00 | 2,917.00 | 12/31/02 | |
| 12/13/02 | 11/30/02 | 362365 | 2,009.50 | .00 | .00 | 2,009.50 | | 2,009.50 |
|          |          |        |          |      |      |          |  |          |
|          | Total:   |        | 21,675.00 | 61.26 | 2.10 | 19,726.76 | | 2,009.50 |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   18

Matter No: 056772-00008
Client Name: W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name: FEE APPLICATIONS, APPLICANT
Matter Opened: 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1638398
Bill Frequency: M

Status       : ACTIVE

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 11/04/02 | Review and sign fee application. | 0.10 | 47.50 | 4433273 | 11/27/02 |
| BENTLEY, PHILIP | 11/19/02 | Review and sign fee application. | 0.10 | 47.50 | 4433375 | 11/27/02 |
| BENTLEY, PHILIP | 11/22/02 | Review and sign monthly fee application. | 0.10 | 47.50 | 4433415 | 11/27/02 |
| **Total For BENTLEY P - 02495** | | | **0.30** | **142.50** | | |
| BECKER, GARY M. | 11/04/02 | Attention to fee auditor spreadsheet. | 0.10 | 41.50 | 4416690 | 11/14/02 |
| BECKER, GARY M. | 11/18/02 | Review and revise October invoice (0.7); conf. with accounting re same (0.2). | 0.90 | 373.50 | 4428482 | 11/23/02 |
| BECKER, GARY M. | 11/19/02 | Review amended examiners report. | 0.30 | 124.50 | 4428505 | 11/23/02 |
| BECKER, GARY M. | 11/21/02 | Review and revise 15th monthly fee application. | 0.50 | 207.50 | 4428539 | 11/23/02 |
| **Total For BECKER G - 05292** | | | **1.80** | **747.00** | | |
| FONTEIN, LAUREN | 11/20/02 | Create cover letter for & send fee app. to J. Waxman per K. Mangual (0.3) | 0.30 | 52.50 | 4429870 | 11/25/02 |
| **Total For FONTEIN L - 05625** | | | **0.30** | **52.50** | | |
| MANGUAL, KATHLEEN | 11/04/02 | revision of Sept fee app; review pacer for interim order (.80); disc/w J. Waxman re: July fee app (.20); attend to dupe and fedex of Sept fee app (.30) | 1.30 | 227.50 | 4405536 | 11/06/02 |
| MANGUAL, KATHLEEN | 11/14/02 | review time details and coordinate w/ accounting re: payments made, disc/w local counsel re: filing of CNO's (.80) | 0.80 | 140.00 | 4418953 | 11/18/02 |
| MANGUAL, KATHLEEN | 11/18/02 | review time detail of October monthly for drafting purposes (.30); draft Oct. monthly fee app. (.90) | 1.20 | 210.00 | 4428907 | 11/23/02 |
| MANGUAL, KATHLEEN | 11/19/02 | continue to draft KL interim fee app; (.80) draft October monthly fee applications (1.2); | 0.80 | 140.00 | 4428931 | 11/23/02 |
| MANGUAL, KATHLEEN | 11/20/02 | review proposed order re: 5th interim (.20); revision of Oct fee app per GB markup (.30); | 1.40 | 245.00 | 4428917 | 11/23/02 |
| MANGUAL, KATHLEEN | 11/22/02 | revision of Oct fee app and federal express of same attention to email and federal express of same to J.Waxman and fee auditor (.30) | 0.60 | 105.00 | 4428967 | 11/23/02 |
| **Total For MANGUAL K - 05208** | | | **6.10** | **1,067.50** | | |
| **Fee Total** | | | **8.50** | **2,009.50** | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    19

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:      1638398
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.30 | 142.50 | | | | | |
| BECKER, GARY M. | 1.80 | 747.00 | | | | | |
| MANGUAL, KATHLEEN | 6.10 | 1,067.50 | | | | | |
| FONTEIN, LAUREN | 0.30 | 52.50 | | | | | |
| Total: | 8.50 | 2,009.50 | | | | | |

alp_l32r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1638399
Bill Frequency: M

Status     : ACTIVE

Special Billing Instructions:

**PRE-BILLING SUMMARY REPORT**

| | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 11/04/2002 | TO: | 11/25/2002 |
| UNBILLED DISB FROM: | 11/04/2002 | TO: | 11/27/2002 |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,520.00 | 248.45 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 11/25/2002 | 11/27/2002 |
| CLOSE MATTER/FINAL BILLING?   YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

**ACCOUNTS RECEIVABLE TOTALS**                                  **UNAPPLIED CASH**

| | | | |
|---|---|---|---|
| FEES: | 1,642.50 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 248.45 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 1,890.95 | TRUST BALANCE: | |

**BILLING HISTORY**

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 12/31/02 | LAST PAYMENT DATE: | 12/31/02 |
| LAST BILL NUMBER: | 362365 | FEES BILLED TO DATE: | 122,644.00 |
| LAST BILL THRU DATE: | 11/30/02 | | |

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee    (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount    (8) Premium
    (4) Excessive Legal Time    (9) Rounding
    (5) Business Development    (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____        Processed by: _____        FRC: _____

CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 01/13/2003 14:19:45

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    21

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1638399
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Emp id | Employee Name | Group | | | Total | | Billed | |
|---|---|---|---|---|---|---|---|---|
| | | | Oldest | Latest | | Hours | | Amount |
| 02495 | BENTLEY, PHILIP | CRED | 11/04/02 | 11/25/02 | | 3.20 | | 1,520.00 |
| | **Total:** | | | | | **3.20** | | **1,520.00** |

Sub-Total Hours :    3.20 Partners      0.00 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 11/04/02 | 11/04/02 | 107.55 |
| 0917 | WESTLAW ON - LINE RESEARCH | 11/06/02 | 11/06/02 | 10.90 |
| 0943 | IN-HOUSE/MEALS | 11/12/02 | 11/12/02 | 0.00 |
| 0990 | OTHER FEES | 11/27/02 | 11/27/02 | 130.00 |
| | **Total** | | | **248.45** |

**Grand Total** 1,768.45

**A C C O U N T S   R E C E I V A B L E**      (Reflects Payments As of 01/13/03 14:19:45)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/18/02 | 12/31/01 | 345477 | 16,937.50 | 871.96 | | 17,686.96 | 12/31/02 | |
| 05/31/02 | 04/30/02 | 352100 | 3,277.50 | 1,123.85 | | 4,401.35 | 09/13/02 | 122.50 |
| 08/15/02 | 06/30/02 | 357518 | 3,157.50 | 41.90 | | 3,199.40 | 10/30/02 | .00 |
| 08/19/02 | 07/31/02 | 356269 | 3,456.00 | .00 | | 3,456.00 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 20,108.50 | 1,404.74 | | 21,513.24 | 12/31/02 | |
| 10/21/02 | 09/30/02 | 359721 | 2,230.00 | .00 | | 2,230.00 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 3,131.00 | 298.49 | | 3,429.49 | 12/31/02 | 1,768.45 |
| 12/13/02 | 11/30/02 | 362365 | 1,520.00 | 248.45 | | .00 | | 1,768.45 |
| | **Total:** | | 53,818.00 | 3,989.39 | | 55,916.44 | | 1,890.95 |