```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   22
Run Date & Time: 01/13/2003 14:19:45                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:   1638399
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE


B I L L E D   T I M E   D E T A I L

Employee Name              Work Date     Description                                          Hours        Amount     Index#  Batch Date
---------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP            11/04/02      Conf. GAH re asbestos issues (2.3), and review        2.90       1,377.50   4433265  11/27/02
                                         documents re same.
BENTLEY, PHILIP            11/18/02      Review agenda for upcoming hearing and trade          0.10          47.50   4433365  11/27/02
                                         voicemails re same.
BENTLEY, PHILIP            11/25/02      Review recent papers.                                 0.20          95.00   4433442  11/27/02

   Total For BENTLEY P - 02495                                                                 3.20       1,520.00

                                                             Fee Total                         3.20       1,520.00


B I L L E D   C O S T S   D E T A I L

Description/Code           Employee                      Date                 Amount    Index#  Batch No  Batch Date
---------------------------------------------------------------------------------------------------------------------

PHOTOCOPYING
  PHOTOCOPYING             BENTLEY, P                    11/04/02             107.55   5853936    88061   11/18/02
  BENTLEY PHILIP
                                       0820 PHOTOCOPYING Total :              107.55

WESTLAW ON - LINE RE       HOROWITZ, G A                 11/06/02              10.90   5851743    87984   11/14/02
  WESTLAW ON - LINE RE
                              0917 WESTLAW ON - LINE RE Total :                10.90

IN-HOUSE/MEALS             HOROWITZ, G A                 11/12/02               0.00   5851599    87983   11/14/02
  IN-HOUSE/MEALS
                                 0943 IN-HOUSE/MEALS Total :                    0.00

OTHER FEES                 BECKER, G M                   11/27/02             130.00   5869943    88584   11/27/02
  JACQUELINE KASHMER, C.S.
  OTHER FEES - VENDOR-JACQUELINE KASHMER, C.S.R.
                                  0990 OTHER FEES Total :                     130.00

                                                Costs Total :                 248.45
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    23
Run Date & Time: 01/13/2003 14:19:45

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:    1638399
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status        : ACTIVE


B I L L E D    T I M E    S U M M A R Y
Employee Name                  Hours      Amount         Bill        W/o / W/u        Transfer To    Clnt/Mtr     Carry Forward

BENTLEY, PHILIP                 3.20    1,520.00

        Total:                  3.20    1,520.00


B I L L E D    C O S T S    S U M M A R Y
Code Description                        Amount           Bill        W/o / W/u        Transfer To    Clnt/Mtr     Carry Forward

0820 PHOTOCOPYING                        107.55
0917 WESTLAW ON - LINE RESEARC            10.90
0943 IN-HOUSE/MEALS                         0.00
0990 OTHER FEES                          130.00

        Costs Total :                   248.45
```

```
alp_132r: Billed Charges Analysis                                                                                         PAGE    24
Run Date & Time: 01/13/2003 14:19:45

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:   1638400
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:    11/01/2002             TO:   11/26/2002
        UNBILLED DISB FROM:                           TO:

                                 FEES                             COSTS

       GROSS BILLABLE AMOUNT:     9,907.00                         0.00
      AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:   11/26/2002
 CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

          BILLING COMMENTS:

                                          ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

           FEES:                   19,483.10       UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:               0.00       PAID FEE RETAINER:           0.00
           FEE RETAINER:                0.00       PAID DISB RETAINER:          0.00
           DISB RETAINER:               0.00       TOTAL AVAILABLE FUNDS:       0.00
           TOTAL OUTSTANDING:      19,483.10       TRUST BALANCE:
                                                   BILLING HISTORY
                DATE OF LAST BILL:    12/31/02             LAST PAYMENT DATE:     12/31/02
                LAST BILL NUMBER:      362365              FEES BILLED TO DATE:  68,554.50
                LAST BILL THRU DATE:  11/30/02

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee            (6) Summer Associate
    (2) Late Time & Costs Posted      (7) Fixed Fee
    (3) Pre-arranged Discount         (8) Premium
    (4) Excessive Legal Time          (9) Rounding
    (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                        PAGE  25
Run Date & Time: 01/13/2003 14:19:45

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:    1638400
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 06975      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

 B I L L E D   T I M E   S U M M A R Y   ----------- Total -----------
Emp Id Employee Name           Group       Oldest     Latest      Hours         Amount
                                          --------   --------    --------      --------

02495  BENTLEY, PHILIP         CRED        11/01/02   11/26/02      4.40        2,090.00
07850  HOROWITZ, GREGORY A.    LITI        11/04/02   11/25/02     13.50        6,007.50
05292  BECKER, GARY M.         CRED        11/12/02   11/25/02      2.30          954.50
05646  KLEIN, DAVID            CRED        11/04/02   11/06/02      1.10          330.00

05208  MANGUAL, KATHLEEN       CRED        11/01/02   11/22/02      3.00          525.00
       PARAPROFESSIONALS

                     Total:                                        24.30        9,907.00

Sub-Total Hours :    17.90 Partners        0.00 Counsels    3.40 Associates    3.00 Legal Assts    0.00 Others

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 01/13/03 14:19:45)
                                     ------- Billed -------   ---- Collections ----
Bill Date Thru Date Bill#            Fee & OA   Disbursement  Applied    Date        Balance
----------- --------- -----          --------   ------------  From OA                 Due
                                                              Total
05/31/02 04/30/02 352100             4,265.00          .00    4,265.00 12/31/02       1,741.70
08/15/02 06/30/02 357518             4,037.50         9.80    4,047.30 10/30/02       2,599.40
08/19/02 07/31/02 356269            11,567.50       541.11   10,366.91 12/31/02       5,235.00
10/21/02 09/30/02 359721             9,690.00          .00    7,090.60 12/31/02       9,907.00
11/19/02 10/31/02 361261            21,575.00          .00   16,340.00 12/31/02
12/13/02 11/30/02 362365             9,907.00          .00          .00

               Total:              61,042.00       550.91   42,109.81                19,483.10
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    26
Run Date & Time: 01/13/2003 14:19:45                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS   - 06975                  Proforma Number:  1638400
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency:   M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status   :  ACTIVE

   B I L L E D    T I M E    D E T A I L
Employee Name           Work Date   Description                                                          Hours    Amount      Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 11/01/02 | Review appeal papers, and discs. GB and KM re same. | 0.40 | 190.00 | 4433262 | 11/27/02 |
| BENTLEY, PHILIP | 11/04/02 | Review motions for leave to appeal. | 0.50 | 237.50 | 4433266 | 11/27/02 |
| BENTLEY, PHILIP | 11/05/02 | Trade emails re appeal issues. | 0.10 | 47.50 | 4433286 | 11/27/02 |
| BENTLEY, PHILIP | 11/06/02 | Trade emails. | 0.10 | 47.50 | 4433289 | 11/27/02 |
| BENTLEY, PHILIP | 11/07/02 | Trade voicemails. | 0.10 | 47.50 | 4433299 | 11/27/02 |
| BENTLEY, PHILIP | 11/08/02 | Discs. S. McMillan and followup re appeal issues; memo to appellants re same. | 1.40 | 665.00 | 4433304 | 11/27/02 |
| BENTLEY, PHILIP | 11/12/02 | Trade voicemails. | 0.10 | 47.50 | 4433325 | 11/27/02 |
| BENTLEY, PHILIP | 11/20/02 | Discs. GB. | 0.20 | 95.00 | 4433383 | 11/27/02 |
| BENTLEY, PHILIP | 11/21/02 | Review Wolin's opinion and order, and trade emails and voicemails and discs. GB, re same. | 0.70 | 332.50 | 4433391 | 11/27/02 |
| BENTLEY, PHILIP | 11/22/02 | Discs. GB and GAH re pending appeal issues. | 0.70 | 332.50 | 4433409 | 11/27/02 |
| BENTLEY, PHILIP | 11/26/02 | Review latest appellate pleadings. | 0.10 | 47.50 | 4439759 | 12/02/02 |
| **Total For BENTLEY P - 02495** | | | **4.40** | **2,090.00** | | |
| HOROWITZ, GREGORY A. | 11/04/02 | mw P Bentley re case background, role going forward, etc. [2.0]; read materials [1/5] | 3.50 | 1,557.50 | 4442548 | 12/02/02 |
| HOROWITZ, GREGORY A. | 11/06/02 | read, analyze Sealed Air claims valuation decision | 1.50 | 667.50 | 4442549 | 12/02/02 |
| HOROWITZ, GREGORY A. | 11/14/02 | read debtor briefs, briefs in Sealed Air, argument t'script | 4.50 | 2,002.50 | 4442550 | 12/02/02 |
| HOROWITZ, GREGORY A. | 11/15/02 | continued reading of background materials | 2.50 | 1,112.50 | 4442551 | 12/02/02 |
| HOROWITZ, GREGORY A. | 11/25/02 | continued reading | 1.50 | 667.50 | 4442552 | 12/02/02 |
| **Total For HOROWITZ G - 07850** | | | **13.50** | **6,007.50** | | |
| BECKER, GARY M. | 11/12/02 | Conf. with counsel for Cybergenics re appeals issues. | 0.20 | 83.00 | 4418156 | 11/18/02 |
| BECKER, GARY M. | 11/13/02 | Conf. with local counsel re appeals. | 0.20 | 83.00 | 4418313 | 11/18/02 |
| BECKER, GARY M. | 11/21/02 | Review Judge Wolin decision in Sealed Air adversary (0.4); conf. with Bentley re same (0.2); conf. with local counsel re same (0.2). | 0.80 | 332.00 | 4428527 | 11/23/02 |
| BECKER, GARY M. | 11/22/02 | Conf. with Bentley re issues arising out of Judge Wolin decision on interlocutory appeal for Sealed Air (0.4); conf. with Grace counsel re same (0.2). | 0.60 | 249.00 | 4433443 | 11/27/02 |
| BECKER, GARY M. | 11/25/02 | Attention to Sealed Air appeal issues; letter to local counsel re Third Circuit admission for appeal. | 0.50 | 207.50 | 4433471 | 11/27/02 |
| **Total for BECKER G - 05292** | | | **2.30** | **954.50** | | |

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    27
Run Date & Time: 01/13/2003 14:19:45                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                   Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:  1638400
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                                     Hours        Amount     Index#    Batch Date

KLEIN, DAVID           11/04/02     various attempts to check on status of sealed                    0.50        150.00     4462379   12/10/02
                                    air appeals (0.5).
KLEIN, DAVID           11/06/02     calls to 3d cir clerks office re 3 petitions                     0.60        180.00     4408187   11/07/02
                                    for leave to appeal (0.3); email to klnf group
                                    re same (0.3).;

Total for KLEIN D - 05646                                                                            1.10        330.00

MANGUAL, KATHLEEN      11/01/02     review of sealed air docket and print same per                   0.30         52.50     4405537   11/06/02
                                    P.Bentley (.30)
MANGUAL, KATHLEEN      11/04/02     online search of Sealed Air docket in court of                   0.70        122.50     4405538   11/06/02
                                    appeals per P.Bentley, trouble opening, disc/w
                                    managing attny office re: retrieval of such
                                    (.70)
MANGUAL, KATHLEEN      11/20/02     organization of sealed air files (pleadings,                     0.90        157.50     4428932   11/23/02
                                    correspondence) for filing of such (.90)
MANGUAL, KATHLEEN      11/22/02     update pleadings index re: sealed air (1.1)                      1.10        192.50     4428975   11/23/02

Total for MANGUAL K - 05208                                                                          3.00        525.00

                                                                                     Fee Total      24.30      9,907.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE     28
Run Date & Time: 01/13/2003 14:19:45

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                     Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:  1638400
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name                Hours          Amount                Bill            W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward

BENTLEY, PHILIP               4.40         2,090.00
HOROWITZ, GREGORY A.         13.50         6,007.50
BECKER, GARY M.               2.30           954.50
KLEIN, DAVID                  1.10           330.00
MANGUAL, KATHLEEN             3.00           525.00

       Total:                24.30         9,907.00
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    29
Run Date & Time: 01/13/2003 14:19:45

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                        TO:
              UNBILLED DISB FROM:                        TO:

                                           FEES                          COSTS

              GROSS BILLABLE AMOUNT:       0.00                          0.00
              AMOUNT WRITTEN DOWN:
                          PREMIUM:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                       THRU DATE:
   CLOSE MATTER/FINAL BILLING?          YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

                                           ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

              FEES:                       1,215.00    UNIDENTIFIED RECEIPTS:      0.00
              DISBURSEMENTS:                  0.00    PAID FEE RETAINER:          0.00
              FEE RETAINER:                   0.00    PAID DISB RETAINER:         0.00
              DISB RETAINER:                  0.00    TOTAL AVAILABLE FUNDS:      0.00
              TOTAL OUTSTANDING:          1,215.00    TRUST BALANCE:
                                                      BILLING HISTORY
              DATE OF LAST BILL:         08/19/02    LAST PAYMENT DATE:       10/30/02
              LAST BILL NUMBER:            356269    FEES BILLED TO DATE:     1,310.00
              LAST BILL THRU DATE:       07/31/02

FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee         (6) Summer Associate
       (2) Late Time & Costs Posted   (7) Fixed Fee
       (3) Pre-arranged Discount      (8) Premium
       (4) Excessive Legal Time       (9) Rounding
       (5) Business Development      (10) Client Arrangement

BILL NUMBER:_____        DATE OF BILL:_____     Processed by:_____    FRC:_____    CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE   30
Run Date & Time: 01/13/2003 14:19:45

                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                        Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                               Status        : ACTIVE

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 01/13/03 14:19:45)
                                    Billed   ------            ---- Collections ----
Bill Date  Thru Date  Bill#    Fee & OA    Disbursement   Applied     Total     Date      Balance
                                                         From OA                           Due
08/15/02  06/30/02  357518       95.00         .00                   95.00   10/30/02
08/19/02  07/31/02  356269    1,215.00         .00                     .00              1,215.00

             Total:           1,310.00         .00                   95.00              1,215.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  31
Run Date & Time: 01/13/2003 14:19:45

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                         Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : HEARINGS                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status      : ACTIVE

Special Billing Instructions:

==================================================================================================================
                                            PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                        TO:
         UNBILLED DISB FROM:                        TO:

                                                FEES                               COSTS
                                                ----                               -----
GROSS BILLABLE AMOUNT:                          0.00                               0.00
AMOUNT WRITTEN DOWN:
           PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
         THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                            BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

==================================================================================================================
                                         ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

       FEES:                               12,853.50        UNIDENTIFIED RECEIPTS:       0.00
DISBURSEMENTS:                                  0.00        PAID FEE RETAINER:           0.00
FEE RETAINER:                                   0.00        PAID DISB RETAINER:          0.00
DISB RETAINER:                                  0.00        TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:                         12,853.50        TRUST BALANCE:
                                                            BILLING HISTORY
                                                            ---------------
DATE OF LAST BILL:                         11/19/02         LAST PAYMENT DATE:         12/31/02
LAST BILL NUMBER:                            361261         FEES BILLED TO DATE:      48,292.50
LAST BILL THRU DATE:                       10/31/02

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
                      (1) Exceeded Fixed Fee      (6) Summer Associate
                      (2) Late Time & Costs Posted (7) Fixed Fee
                      (3) Pre-arranged Discount   (8) Premium
                      (4) Excessive Legal Time    (9) Rounding
                      (5) Business Development   (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   32
Run Date & Time: 01/13/2003 14:19:45

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 01/13/03 14:19:45)
                                          -------- Billed --------    ---- Collections ----     Balance
Bill Date  Thru Date  Bill#        Fee & OA      Disbursement   Applied From OA      Total    Date        Due
---------------------------------------------------------------------------------------------------------------
01/18/02   12/31/01   345477       2,220.00           .00              .00              .00              2,220.00
06/10/02   04/30/02   352100       3,200.00           .00              .00         3,200.00  12/31/02         .00
08/15/02   06/30/02   357518       4,200.00           .00              .00           121.50  10/30/02    4,078.50
08/19/02   07/31/02   356269       2,660.00           .00              .00              .00              2,660.00
09/30/02   08/31/02   358460       1,960.00         58.14              .00         2,018.14  11/26/02       -.00
10/21/02   09/30/02   359721       2,327.50           .00              .00              .00              2,327.50
11/19/02   10/31/02   361261       1,567.50           .00              .00              .00              1,567.50

                  Total:          18,135.00         58.14              .00         5,339.64             12,853.50
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   33
Run Date & Time: 01/13/2003 14:19:45

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : LITIGATION                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                    TO:
            UNBILLED DISB FROM:                    TO:

                                    FEES                               COSTS
                                    ----                               -----
   GROSS BILLABLE AMOUNT:           0.00                               0.00
   AMOUNT WRITTEN DOWN:
               PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                        ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

        FEES:                     1,182.40       UNIDENTIFIED RECEIPTS:      0.00
        DISBURSEMENTS:                0.00       PAID FEE RETAINER:          0.00
        FEE RETAINER:                 0.00       PAID DISB RETAINER:         0.00
        DISB RETAINER:                0.00       TOTAL AVAILABLE FUNDS:      0.00
        TOTAL OUTSTANDING:        1,182.40       TRUST BALANCE:

                                                BILLING HISTORY
        DATE OF LAST BILL:        10/21/02       LAST PAYMENT DATE:       12/31/02
        LAST BILL NUMBER:                        FEES BILLED TO DATE:     2,167.50
        LAST BILL THRU DATE:      09/30/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted  (7) Fixed Fee
    (3) Pre-arranged Discount     (8) Premium
    (4) Excessive Legal Time      (9) Rounding
    (5) Business Development     (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    34
Run Date & Time: 01/13/2003 14:19:45

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                               Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : LITIGATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status      : ACTIVE

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 01/13/03 14:19:45)
                         ------------ Billed ------------    ---- Collections ----
Bill Date Thru Date Bill#  Fee & OA    Disbursement   Applied    Total     Date      Balance
                                                      From OA                        Due

09/30/02 08/31/02 358460   2,167.50     4,437.15                5,422.25  12/31/02   1,182.40

           Total:          2,167.50     4,437.15                5,422.25             1,182.40
```

```
alp_132r: Billed Charges Analysis                                                                          PAGE   35
Run Date & Time: 01/13/2003 14:19:45

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                             Orig Prtnr  : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : OTHER                                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status  : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                              PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:               TO:
              UNBILLED DISB FROM:               TO:

                                          FEES            COSTS

    GROSS BILLABLE AMOUNT:                0.00             0.00
    AMOUNT WRITTEN DOWN:
                 PREMIUM:
       ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
               THRU DATE:
  CLOSE MATTER/FINAL BILLING?    YES OR NO
  EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

             FEES:                         890.00         UNIDENTIFIED RECEIPTS:        0.00
             DISBURSEMENTS:                  0.00         PAID FEE RETAINER:            0.00
             FEE RETAINER:                   0.00         PAID DISB RETAINER:           0.00
             DISB RETAINER:                  0.00         TOTAL AVAILABLE FUNDS:        0.00
             TOTAL OUTSTANDING:            890.00         TRUST BALANCE:
                                                          BILLING HISTORY

             DATE OF LAST BILL:          11/19/02         LAST PAYMENT DATE:
             LAST BILL NUMBER:            361261         FEES BILLED TO DATE:         890.00
             LAST BILL THRU DATE:        10/31/02

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee         (6) Summer Associate
      (2) Late Time & Costs Posted   (7) Fixed Fee
      (3) Pre-arranged Discount      (8) Premium
      (4) Excessive Legal Time       (9) Rounding
      (5) Business Development      (10) Client Arrangement


BILL NUMBER:_____   DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  36
Run Date & Time: 01/13/2003 14:19:45

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00026                          Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : OTHER                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                Status    : ACTIVE

A C C O U N T S     R E C E I V A B L E    (Reflects Payments As of 01/13/03 14:19:45)
                                    ------- Billed -------       Applied     ---- Collections ----    Balance
Bill Date Thru Date  Bill#          Fee & OA    Disbursement     From OA      Total       Date         Due
------------------------------      --------    ------------     -------      -----       ----         -------
11/19/02 10/31/02   361261           890.00         .00            .00         .00                      890.00
                          Total:     890.00         .00            .00         .00                      890.00
```

```
alp_132r: Billed Charges Analysis                                                                            PAGE  37
Run Date & Time: 01/13/2003 14:19:45

                            KRAMER NAFTALIS & FRANKEL LLP
                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                 Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                            PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:                  TO:
               UNBILLED DISB FROM:                  TO:

                                      FEES              COSTS
                                      ----              -----
GROSS BILLABLE AMOUNT:                0.00              0.00
AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
              THRU DATE:
CLOSE MATTER/FINAL BILLING?         YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                            ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
                  FEES:             4,675.00       UNIDENTIFIED RECEIPTS:      0.00
          DISBURSEMENTS:                 0.00          PAID FEE RETAINER:      0.00
          FEE RETAINER:                  0.00         PAID DISB RETAINER:      0.00
         DISB RETAINER:                  0.00       TOTAL AVAILABLE FUNDS:     0.00
      TOTAL OUTSTANDING:            4,675.00                TRUST BALANCE:
                                                   BILLING HISTORY
      DATE OF LAST BILL:           11/19/02          LAST PAYMENT DATE:    12/31/02
       LAST BILL NUMBER:             361261       FEES BILLED TO DATE:    5,675.00
    LAST BILL THRU DATE:           10/31/02

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee         (6) Summer Associate
        (2) Late Time & Costs Posted   (7) Fixed Fee
        (3) Pre-arranged Discount      (8) Premium
        (4) Excessive Legal Time       (9) Rounding
        (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____         DATE OF BILL: _____     Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE  38
Run Date & Time: 01/13/2003 14:19:45

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                       Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                            Status     : ACTIVE

A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 01/13/03 14:19:45)
                                   Billed    ------      Applied     ---- Collections ----      Balance
Bill Date Thru Date Bill#     Fee & OA  Disbursement     From OA     Total           Date          Due
------------------- -----     --------  ------------     -------     -----           ----       -------
06/10/02 04/30/02 352100      4,400.00          .00                1,000.00      12/31/02      3,400.00
09/30/02 09/30/02 358460        800.00          .00                     .00                      800.00
10/21/02 09/30/02 359721        190.00          .00                     .00                      190.00
11/19/02 10/31/02 361261        285.00          .00                     .00                      285.00

              Total:          5,675.00          .00                1,000.00                    4,675.00
```

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 1

Run Date & Time: 01/13/03 14:20:10
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
Work Thru : 11/30/02

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 15.90 | 4,769.50 | 353.77 | 5,123.27 | BENTLEY PHILIP - 02495 | M | | B |
| 00002 | CREDITOR COMMITTEE | 1.20 | 498.00 | 0.00 | 498.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00003 | FINANCING | 0.00 | 0.00 | 31.64 | 31.64 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATIONS, APPLIC | 8.50 | 2,009.50 | 0.00 | 2,009.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 3.20 | 1,520.00 | 248.45 | 1,768.45 | BENTLEY PHILIP - 02495 | M | | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 24.30 | 9,907.00 | 0.00 | 9,907.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| | Client Total | 53.10 | 18,704.00 | 633.86 | 19,337.86 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE