# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:  **W. R. Grace & Co., et al**                      Case No.  **01-01139** Jointly Administered
　　　　　　　Debtor                               Reporting Period:  **November  2002**

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (con't) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | Not available |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Not available |
| Copies of Federal income tax returns filed during reporting period | | | None filed |
| Summary of Unpaid Postpetition Debts | MOR-4 | | See Note #4 |
| Listing of aged accounts payable | | | See Note #4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_Robert M. Tarola_
_____
Signature of Authorized Individual*

_30 DECEMBER 2002_
_____
Date

Robert M. Tarola
_____
Printed Name of Authorized Individual

Senior Vice President and
Chief Financial Officer
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**W. R. Grace & Co.**
**Monthly Financial Report**
**November 30, 2002**

## Table of Contents

**Chart #**

**Form MOR**

**Monthly Operating Report**
Schedule of Cash Receipts and Disbursements ............................................................. 1    MOR-1
Bank Reconciliations ..................................................................................................... 2    MOR-1
Combining Statement of Operations - Filing Entities Only ............................................ 3    MOR-2
Combining Balance Sheet - Filing Entities Only ........................................................... 4    MOR-3
Status of Postpetition Taxes ......................................................................................... 5    MOR-4
Accounts Receivable Reconciliation and Aging ............................................................ 6    MOR-5
Debtor Questionnaire .................................................................................................... 7    MOR-5

**Combined Chapter 11 Filing Entity Statements**
Combined Statement of Operations................................................................................ 8
Combined Functional Basis Statement of Cash Flows .................................................. 9
Combined Balance Sheet ............................................................................................... 10
Notes to Combined Financial Statements ...................................................................... 11

**Bank Statements**

**Federal Income Tax Returns**                                                                    None

**Forward-Looking Information**
This monthly financial report contains forward-looking information that involves risks and uncertainties. For such information, Grace claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Actual results could differ materially from the results predicted, and reported results should not be considered as a indication of future performance. Factors that could cause actual results to differ from those contained in the forward-looking information include those factors set forth in Grace's most recent Annual Report on Form 10-K and quarterly reports on Form 10-Q, which have been filed with the Securities Exchange Commission.

**Statement of Confidentiality**
The information contained in the monthly financial report contains confidential information of W. R. Grace & Co. and its subsidiaries (the "Confidential Information"). The Confidential Information has been prepared solely for information purposes and may not be disclosed to any person or entity or reproduced, disseminated or disclosed, in whole or in part, except to officers, directors, employees, and representatives of the recipient ("Representatives") or as required by applicable law or regulation. By receipt of the Confidential Information, each recipient agrees to (1) use the Confidential Information only to enhance its understanding of Grace and its businesses, and (2) inform its Representatives of the confidential nature of such information and direct them to treat such information in accordance with the terms. Each recipient agrees to be responsible for any breach of these provisions by any of its Representatives.

**Monthly Operating Report**

Chart 1

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 72,389 | $ - | $ 230,446 | $ (148,574) | $ 47,210,619 | $ 5,275 | $ 728,742 |
| **RECEIPTS** | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 1,927,384 | | 52,709 | 7 | 1,030 |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 205,957 | | | 2,060,011 | 30,900,000 | | |
| MISCELLANEOUS | | | | | | | |
|    TOTAL RECEIPTS | 205,957 | - | 1,927,384 | 2,060,011 | 30,952,709 | 7 | 1,030 |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | 1,463,787 | | | |
| PAYROLL TAXES | | | | 661,908 | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION<br>  PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 164,749 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 2,147,688 | | 37,100,000 | | |
| MISCELLANEOUS | | | | | | | |
|    TOTAL DISBURSEMENTS | 164,749 | - | 2,147,688 | 2,125,696 | 37,100,000 | - | - |
| **NET CASH FLOW**<br>(RECEIPTS LESS DISBURSEMENTS) | 41,208 | - | (220,304) | (65,685) | (6,147,291) | 7 | 1,030 |
|   **CASH - END OF MONTH** | 113,597 | - | 10,142 | (214,258) | 41,063,328 | 5,282 | 727,772 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities. Such activity may include
salary of employees, legal and professional fees, and other
expenditures, and is generally recorded via intercompany
accounts. In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn

Chart 1

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 511,124 | $ - | $ - | $ 1,587,713 | $ 7,567,205 | $ (342,949) | $ 8,182 |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 41,374,364 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | 395,864 | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 2,154,374 | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | 7,486,673 | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 122,037,120 | | | | 75,000,000 | 5,324,292 | 5,991 |
| MISCELLANEOUS | | | | | | | |
| **TOTAL RECEIPTS** | 131,678,167 | - | - | 41,770,228 | 75,000,000 | 5,324,292 | 5,991 |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | | | 3,692,564 | |
| PAYROLL TAXES | | | | | | 1,677,068 | |
| TRADE PAYABLES - THIRD PARTIES | 539,256 | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | 120,749 | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 12,535,853 | | | 8,091 | | | 8,588 |
| TRANSFERS OUT - NONFILING ENTITIES | 3,429,011 | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 114,884,829 | | | 42,193,033 | 80,589,931 | | |
| MISCELLANEOUS | | | | | | | |
| **TOTAL DISBURSEMENTS** | 131,509,699 | - | - | 42,201,125 | 80,589,931 | 5,369,633 | 8,588 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 168,468 | - | - | (430,896) | (5,589,931) | (45,340) | (2,597) |
| **CASH - END OF MONTH** | 679,591 | - | - | 1,156,817 | 1,977,274 | (388,290) | 5,585 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 20,163 | $ 2,358 | $ 1 | $ (12,538,595) | $ (90,626) | $ 742,350 | $ (3,331,669) |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | 29,874,176 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | 1,708,050 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | 9,093,888 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 175,346 | 43,323,746 | 1,370,798 | | 8,524,014 |
| MISCELLANEOUS | | | | | | | |
| **TOTAL RECEIPTS** | - | - | 175,346 | 43,323,746 | 1,370,798 | 40,676,114 | 8,524,014 |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | | 934,598 | | |
| PAYROLL TAXES | | | | | 431,376 | | |
| TRADE PAYABLES - THIRD PARTIES | | | | 37,718,187 | | | 8,002,417 |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | 2,359 | 175,346 | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | 40,588,110 | |
| MISCELLANEOUS | | | | | | 703 | |
| **TOTAL DISBURSEMENTS** | - | 2,359 | 175,346 | 37,718,187 | 1,365,974 | 40,588,813 | 8,002,417 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | (2,359) | - | 5,605,559 | 4,824 | 87,301 | 521,597 |
| **CASH - END OF MONTH** | 20,163 | (0) | 1 | (6,933,036) | (85,803) | 829,651 | (2,810,071) |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities. Such activity may include
salary of employees, legal and professional fees, and other
expenditures, and is generally recorded via intercompany
accounts. In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ | (2,352,813) | $ | 193,120 | $ | 45,291 | $ | 25,000 | $ | 10,000 | $ | - | $ | 190,675 |
| **RECEIPTS** | | | | | | | | | | | |
| | | | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | | | | |
| DIP BORROWINGS | | | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 19,805,733 | 3,342,238 | | | | | 5,044,943 |
| MISCELLANEOUS | | | | | | | | | | |
| TOTAL RECEIPTS | 19,805,733 | 3,342,238 | - | - | - | - | 5,044,943 |
| **DISBURSEMENTS** | | | | | | | | | | |
| | | | | | | | | | | |
| PAYROLL | | 2,075,918 | | | | | 3,373,090 |
| PAYROLL TAXES | | 1,266,318 | | | | | 1,671,852 |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | | | |
| ACCOUNT SECURITIZATION<br>PAYMENTS AS SERVICER FOR GRPI | | | | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 17,452,919 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | | | | |
| MISCELLANEOUS | | | | | | | | | | |
| TOTAL DISBURSEMENTS | 17,452,919 | 3,342,238 | - | - | - | - | 5,044,943 |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | 2,352,813 | - | - | - | - | - | - |
| CASH - END OF MONTH | - | 193,120 | 45,291 | 25,000 | 10,000 | - | 190,675 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities. Such activity may include
salary of employees, legal and professional fees, and other
expenditures, and is generally recorded via intercompany
accounts. In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2002**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 41,091 | $ 5,441 | $ 469,732 | $ 10,000 | $ 5,905 | $ 790,577 | $ 0 |
| **RECEIPTS** | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 280 | 107,719 | | 27,659 | 263,512 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | 5,592 | | | 50,250 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 450,000 | | | | 1,697,772 |
| MISCELLANEOUS | | | | | | | |
|    TOTAL RECEIPTS | - | 5,872 | 557,719 | - | 77,908 | 263,512 | 1,697,772 |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | | | | |
| PAYROLL TAXES | | 1,043 | | | 27,300 | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | 250,345 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | 9,290 | | | 11,595 | 50,000 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | 5,618 | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 450,000 | | | | |
| MISCELLANEOUS | | (25) | 17,311 | | 16,703 | 13,859 | |
|    TOTAL DISBURSEMENTS | - | 10,308 | 472,929 | - | 55,598 | 314,204 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | (4,436) | 84,790 | - | 22,310 | (50,692) | 1,697,772 |
|    CASH - END OF MONTH | 41,091 | 1,004 | 554,522 | 10,000 | 28,215 | 739,886 | 1,697,772 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

W. R. Grace & Co. - Conn
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | | CURRENT MONTH | |
|---|---|---|---|---|
| | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ 44,425 | $ 194,568 | $ 41,905,166 | |
| **RECEIPTS** | | | | |
| | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | | 71,847,710 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | 2,103,914 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | - | |
| DIP BORROWINGS | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | 13,285,233 | |
| TRANSFERS IN - NONFILING ENTITIES | | | 7,486,673 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 319,267,958 | |
| MISCELLANEOUS | | 23,865.09 | 23,865 | |
| **TOTAL RECEIPTS** | - | 23,865 | 413,815,353 | - |
| **DISBURSEMENTS** | | | | |
| | | | | |
| PAYROLL | | | 11,539,958 | |
| PAYROLL TAXES | | | 5,738,867 | |
| TRADE PAYABLES - THIRD PARTIES | | | 46,510,204 | |
| TRADE PAYABLES - INTERCOMPANY | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | - | |
| DIP INTEREST AND USAGE FEES | | | 120,749 | |
| TRANSFERS OUT - THIRD PARTIES | | | 30,418,790 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | 3,434,629 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 317,953,591 | |
| MISCELLANEOUS | | | 48,551 | |
| **TOTAL DISBURSEMENTS** | - | - | 415,763,340 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | 23,865 | (1,947,987) | - |
| **CASH - END OF MONTH** | 44,425 | 218,433 | 39,957,179 | $ |

---

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities. Such activity may include
salary of employees, legal and professional fees, and other
expenditures, and is generally recorded via intercompany
accounts. In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

**W.R. Grace & Co.**
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | CURRENT MONTH | |
|---|---:|---:|---:|
| | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ (0) | $ (0) | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | 397,710 | 397,710 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|    TOTAL RECEIPTS | 397,710 | 397,710 | - |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION<br>   PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 397,710 | 397,710 | |
| MISCELLANEOUS | | - | |
|    TOTAL DISBURSEMENTS | 397,710 | 397,710 | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | - |
|    CASH - END OF MONTH | $ (0) | $ (0) | $ - |

Chart 1

Remedium Group, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | | | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ (2,287,677) | $ 2,122,215 | $ 6,016 | $ (159,446) | |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | - | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | | |
| TRANSFERS IN - THIRD PARTIES | 2,293,693 | | | 2,293,693 | |
| TRANSFERS IN - NONFILING ENTITIES | | 397,710 | | 397,710 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | - | |
| **TOTAL RECEIPTS** | 2,293,693 | 397,710 | - | 2,691,403 | - |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 2,583,183 | 6,016 | 2,589,199 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 6,016 | | | 6,016 | |
| MISCELLANEOUS | | | | - | |
| **TOTAL DISBURSEMENTS** | 6,016 | 2,583,183 | 6,016 | 2,595,215 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 2,287,677 | (2,185,473) | (6,016) | 96,188 | - |
| **CASH - END OF MONTH** | - | (63,258) | - | (63,258) | - |

*Chart 1*

Darex Puerto Rico, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | | | CURRENT MONTH | |
|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $      3,162,869 | $      1,500 | $      (51,673) | $      3,112,697 | |
| **RECEIPTS** | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 528,201 | | | 528,201 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | - | |
| TOTAL RECEIPTS | 528,201 | - | - | 528,201 | - |
| **DISBURSEMENTS** | | | | | |
| PAYROLL | 10,234 | | | 10,234 | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | 142,479 | | | 142,479 | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 3,722 | | | 3,722 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 156,435 | - | - | 156,435 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 371,767 | - | - | 371,767 | - |
| CASH - END OF MONTH | 3,534,636 | 1,500 | (51,673) | 3,484,463 | - |

CC Partners
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | PRIOR MONTH (PROJECTED) | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $ - | $ - | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|    TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
|    TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
|    CASH - END OF MONTH | $ - | $ - | $ - |

*Chart 1*

Kootenai Development Company
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | MONTH | | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ | 29,162 | $ | 29,162 | |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | - | |
|    TOTAL RECEIPTS | | - | | - | - |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | |
| MISCELLANEOUS | | | | - | |
|    TOTAL DISBURSEMENTS | | - | | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | - | | - | |
|    CASH - END OF MONTH | $ | 29,162 | $ | 29,162 | $ |

*Chart 1*

Dewey & Almy, LLC
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | CURRENT MONTH | |
| | | ACTUAL | PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $          1,000 | $          1,000 | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $          1,000 | $          1,000 | $          - |

Chart 1

Grace Europe, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | CUMULATIVE FILING TO DATE | CURRENT MONTH ACTUAL (OR PROJECTED) | |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $ - | $ - | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | |
| **DISBURSEMENTS** | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $ - | $ - | $ |

Chart 1

Gloucester New Communities Company, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
November 2002

| | | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 500 | $ 500 | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|     TOTAL RECEIPTS | - | - | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
|     TOTAL DISBURSEMENTS | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
|     CASH - END OF MONTH | $ 500 | $ 500 | $ - |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2002**
**MOR-1**

| | Amount Cash Disbursement 910101357 | | Wachovia Lockbox 8679089102 | | First Union Deposit Acct 2195990002161 | | Amount Payroll 2029000003615 | |
|---|---:|---|---|---|---:|---|---:|---|
| Balance per books | $ 72,389 | | $ - | | $ 230,446 | | $ (148,574) | |
| | | | | | | | | |
| Bank Balance | $ 72,389 | | | | $ 230,446 | | $ - | |
| (+) Deposits in transit | | | | | | | | |
| (-) Outstanding checks | | | | | | | (64,201) | |
| Other | | | - | | | | (84,373) | |
| Adjusted bank balance | $ 72,389 | | $ - | | $ 230,446 | | $ (148,574) | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding checks | Check | Amount | Check | Amount | Check | Amount | Check | Amount |
|---|---|---|---|---|---|---|---|---:|
| | | | | | | | 101521 | (6,113) |
| | | | | | | | 13480 | (3,750) |
| | | | | | | | 4642 | (77) |
| | | | | | | | 4870 | (1,792) |
| | | | | | | | 4888 | (812) |
| | | | | | | | 14085 | (14,273) |
| | | | | | | | 5297 | (1,125) |
| | | | | | | | 5307 | (2,586) |
| | | | | | | | 5308 | (1,883) |
| | | | | | | | 5356 | (2,763) |
| | | | | | | | 5383 | (6,617) |
| | | | | | | | 101 | (92) |
| | | | | | | | 5828 | (1,106) |
| | | | | | | | 5846 | (2,226) |
| | | | | | | | 5623 | (2,829) |
| | | | | | | | 14480 | (1,609) |
| | | | | | | | 14487 | (430) |
| | | | | | | | 6305 | (1,070) |
| | | | | | | | 6330 | (1,067) |
| | | | | | | | 6343 | (117) |
| | | | | | | | 6368 | (116) |
| | | | | | | | 6348 | (946) |
| | | | | | | | 6347 | (1,344) |
| | | | | | | | 6350 | (3,701) |
| | | | | | | | 6351 | (1,067) |
| | | | | | | | 6352 | (500) |
| | | | | | | | 6357 | (500) |
| | | | | | | | 6360 | (2,001) |
| | | | | | | | 6361 | (500) |
| | | | | | | | 6363 | (667) |
| | | | | | | | 6366 | (519) |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---:|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | 37,805 |
| Unreconciled bank activity | | | | | | | | (51,797) |
| Unreconciled ledger activity | | | | | | | | (70,382) |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

W. R. Grace & Co. - Conn
Bank Reconciliations
October 2002
MOR-1

| | Merrill Lynch Investment 310333431755 | Merrill Lynch Investment 310333431755 | JP Morgan Chase Payroll 323223141 |
|---|---|---|---|
| Balance per books | $ 47,210,619 | $ 5,275 | $ 726,742 |
| | | | |
| Bank Balance | $ 47,210,619 | $ 5,275 | $ 727,772 |
| (+) Deposits in transit | | | |
| ( - ) Outstanding checks | | | |
| Other | | | (1,030) |
| Adjusted bank balance | $ 47,210,619 | $ 5,275 | $ 726,742 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Outstanding Checks | CK# | Amount | CK# | Amount | CK# | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| Other | Amount | | Amount | | Amount | |
|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | |
| Accounting error | | | | | | |
| Interest not recorded on books | | | | | (1,030) | |
| Bank fees not recorded on books | | | | | | |
| Payroll tax payments not recorded | | | | | | |
| Unreconciled bank activity | | | | | | |
| Unreconciled ledger activity | | | | | | |
| Returned item adjustment | | | | | | |
| Payroll/other activity in transit | | | | | | |
| Petty cash funds | | | | | | |
| Unrecorded deposit | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2002**
**MOR-1**

| | Money Market Reconciliation 16001257 | | Petty Cash Payroll 41987009 | |
|---|---|---|---|---|
| Balance per books | $ 511,124 | | $ - | |
| | | | | |
| Bank Balance | $ 526,624 | | | |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | | |
| Other | (15,500) | | | |
| Adjusted bank balance | $ 511,124 | | $ - | |
| **Deposits in Transit** | Date | Amount | Date | Amount |
| | | | | |
| | | | | |
| **Outstanding Checks** | Check # | Amount | Check # | Amount |
| | | | | |
| | | | | |
| **Other** | | Amount | | |
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | (15,500) | | |
| Returned item adjustment | | | | |
| Payroll/other activity in transit | | | | |
| Petty cash funds | | | | |
| Unrecorded deposit | | | | |

Chart 2

W. R. Grace & Co. - Conn
Bank Reconciliations
October 2002
MOR-1

| | Bank account | Account | Account |
|---|---|---|---|
| Balance per books | $      - | $    1,587,713 | $   7,567,205 |
| | | | |
| Bank Balance | | $    1,587,713 | $   7,567,205 |
| (+) Deposits in transit | | | |
| ( -) Outstanding checks | | | |
| Other | • | | |
| Adjusted bank balance | $      - | $    1,587,713 | $   7,567,205 |
| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | |
| Outstanding checks | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | | | | | | |
| Other | | | | | | |
| Transfers between bank accounts | | | | | | |
| Accounting error | | | | | | |
| Interest not recorded on books | | | | | | |
| Bank fees not recorded on books | | | | | | |
| Payroll tax payments not recorded | | | | | | |
| Unreconciled bank activity | | | | | | |
| Unreconciled ledger activity | | | | | | |
| Returned item adjustment | | | | | | |
| Payroll/other activity in transit | | | | | | |
| Petty cash funds | | | | | | |
| Unrecorded deposit | | | | | | |

Chart 2

W. R. Grace & Co. - Conn
Bank Reconciliations
October 2002
MOR-1

| Balance per books | $ (342,949) | $ 8,182 | $ 20,163 | $ 2,358 |
|---|---|---|---|---|
| Bank Balance | $ - | $ - | $ 20,163 | $ - |
| (+) Deposits in transit | | | | |
| (-) Outstanding checks | (161,961) | (672) | | |
| Other | (180,988) | 8,854 | | 2,358 |
| Adjusted bank balance | $ (342,949) | $ 8,182 | $ 20,163 | $ 2,358 |

**Deposits in transit**

| | | Amount | Date | Amount | Check | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|

**Outstanding Checks**

| | | Amount | | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|
| | detail available | | 3840 | $ (64) | | | | |
| | | | 3842 | (98) | | | | |
| | | | 3849 | (43) | | | | |
| | | | 3852 | (71) | | | | |
| | | | 3884 | (227) | | | | |
| | | | 18489 | (60) | | | | |
| | | | 23329 | (78) | | | | |
| | | | 25039 | (12) | | | | |
| | | | 33009 | (20) | | | | |

**Other**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | (16,890) | | 8,854 | | | | 2,358 |
| Unreconciled ledger activity | | (164,098) | | | | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

Chart 2

W. R. Grace & Co. - Conn
Bank Reconciliations
October 2002
MOR-1

| | | | | |
|---|---|---|---|---|
| Balance per books | $ 1 | $ (12,538,595) | $ (90,626) | $ 742,350 |
| | | | | |
| Bank Balance | $ 1 | $ - | $ - | $ 742,350 |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | (8,930,254) | (145,445) | |
| Other | • | (3,608,341) | 54,819 | |
| Adjusted bank balance | $ 1 | $ (12,538,595) | $ (90,626) | $ 742,350 |
| **Deposits in Transit** | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Outstanding checks** | | detail available | detail available | |
| | | | | |
| | | | | |
| **Other** | | | | |
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | 5,209 | |
| Unreconciled bank activity | | (753,478) | | |
| Unreconciled ledger activity | | (2,854,863) | 49,610 | |
| Returned item adjustment | | | | |
| Payroll/other activity in transit | | | | |
| Petty cash funds | | | | |
| Unrecorded deposit | | | | |

Chart 2

W. R. Grace & Co. - Conn
Bank Reconciliations
October 2002
MOR-1

| | Account | Account | Account | Account |
|---|---|---|---|---|
| Balance per books | $ (3,331,669) | $ (2,352,813) | $ 193,120 | $ 45,291 |
| | | | | |
| Bank Balance | $ - | $ - | $ 399,836 | $ 45,291 |
| (+) Deposits in transit | | | | |
| ( - ) Outstanding checks | (3,331,669) | | (319,073) | |
| Other | | (2,352,813) | 112,357 | |
| Adjusted bank balance | $ (3,331,669) | $ (2,352,813) | $ 193,120 | $ 45,291 |

| Deposits in transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding checks | | Amount | | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|
| | detail available | | | | detail available | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | 505 | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | 15,062 | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | (2,352,813) | | 96,790 | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2002**
**MOR-1**

| | (0034130010) | (0010139103) | (0000100024107) | Account ? (0299857-?) | Cash (10006000018001) |
|---|---|---|---|---|---|
| Balance per books | $ 25,000 | $ 10,000 | $ - | $ 190,675 | $ 41,091 |
| | | | | | |
| Bank Balance | $ 24,676 | $ 10,000 | $ - | $ 215,791 | $ 43,843 |
| (+) Deposits in transit | | | | | |
| (-) Outstanding checks | | | | (25,085) | |
| Other | 324 | | | (31) | (2,752) |
| Adjusted bank balance | $ 25,000 | $ 10,000 | $ - | $ 190,675 | $ 41,091 |

| Deposits in transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding checks | Check | Amount | Check | Amount | Check | Amount | Check | Amount | Check | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4746 | $ (1,823) | | |
| | | | | | | | 4964 | (508) | | |
| | | | | | | | 4965 | (1,253) | | |
| | | | | | | | 5025 | (608) | | |
| | | | | | | | 5029 | (1,019) | | |
| | | | | | | | 5169 | (2,396) | | |
| | | | | | | | 014493 | (810) | | |
| | | | | | | | 5204 | (408) | | |
| | | | | | | | 5206 | (2,552) | | |
| | | | | | | | 5207 | (440) | | |
| | | | | | | | various | (13,269) | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | 324 | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| unreconciled bank activity | | | | | | | | | | |
| reconciled ledger activity | | | | | | | | (31) | | |
| returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | (3,752) |
| Petty cash funds | | | | | | | | | | 1,000 |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

W. R. Grace & Co. - Conn
Bank Reconciliations
October 2002
MOR-1

| | | | Operating Acct 001 291 006 (US$) | | Operating Acct 001 294 023 (US$) | | This Period 001 34 01 (Soles) | | Operating Acct 001 54 619 | | Operating Acct 001 54 421 (US$) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | (Soles) | S/. 19,548 | (US$) | $ 469,732 | (US$) | $ 10,000 | (Soles) | S/. 21,218 | (US$) | $ 790,577 |
| | | | | | | | | | | |
| Bank Balance | | S/. 19,548 | | $ 470,358 | | $ 10,000 | | S/. 21,218 | | $ 789,365 |
| (+) Deposits in transit | | | | (626) | | | | | | 1,212 |
| (-) Outstanding checks | | | | | | | | | | |
| Other | | | | | | | | | | |
| Adjusted bank balance | | S/. 19,548 | | $ 469,732 | | $ 10,000 | | S/. 21,218 | | $ 790,577 |

| Deposits in Transit | | | | Date | | Date | | Date | | | Date | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 10/31/02 $ (626) | | | | | | | 10/31/02 $ 1,212 |

| Outstanding Checks | Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| Other | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | | | |
| Accounting error | | | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | | | |

Chart 2

**W. R. Grace & Co.**
**Bank Reconciliations**
October 2002
MOR-1

| | Consolidated |
| --- | --- |
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amt. |
| --- | --- | --- |
| | | |
| | | |

| Outstanding Checks | Check# | Amt. |
| --- | --- | --- |
| | | |

| Other | | |
| --- | --- | --- |
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Chart 2

**Remedium Group, Inc.**
**Bank Reconciliations**
**October 2002**
**MOR-1**

| | | | | |
|---|---|---|---|---|
| Balance per books | | $ (2,287,577) | | $ 2,122,215 |
| | | | | |
| Bank Balance | | - | | - |
| (+) Deposits in transit | | | | (174,568) |
| ( -) Outstanding checks | | | | 2,296,783 |
| Other | • | (2,287,577) | | 2,296,783 |
| Adjusted bank balance | | $ (2,287,577) | | $ 2,122,215 |

| Deposits in Transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| Outstanding Checks | Check # | Amount | Check # | Amount |
|---|---|---|---|---|
| | | | 4158 | (3,600) |
| | | | 4188 | (75) |
| | | | 4223 | (126) |
| | | | 4252 | (135) |
| | | | 4279 | (121) |
| | | | 4287 | (154) |
| | | | 4288 | (150) |
| | | | 4289 | (150) |
| | | | 4290 | (12,477) |
| | | | 4291 | (11,742) |
| | | | 4292 | (13,022) |
| | | | 4293 | (1,617) |
| | | | 4294 | (1,314) |
| | | | 4295 | (2,200) |
| | | | 4296 | (3) |
| | | | 4297 | (772) |
| | | | 4298 | (11) |
| | | | 4299 | (128) |
| | | | 4300 | (86,484) |
| | | | 4301 | (60) |
| | | | 4302 | (38,425) |
| | | | 4303 | (1,801) |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | (2,287,577) | | 2,287,577 |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | | | 9,105 |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

*Chart 2*

**CC Partners**
**Bank Reconciliations**
**October 2002**
**MOR-1**

| | |
|---|---|
| Balance per books | $ - |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

**Deposits in Transit**

**Outstanding checks**

**Other**

| | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Chart 2

Darex Puerto Rico, Inc.
Bank Reconciliations
October 2002
MOR-1

|  | Cash Disbursement account |
|---|---|
| Balance per books | $ 3,162,869 |
|  |  |
| Bank Balance | 3,219,426 |
| (+) Deposits in transit | 35,088 |
| ( -) Outstanding checks | (91,688) |
| Other | 43 |
| Adjusted bank balance | $ 3,162,869 |

| Deposits in transit | Date | Amt |
|---|---|---|
|  | 10/23/02 | 35,088 |

| Outstanding checks | Check # | Amt |
|---|---|---|
|  | 15376 | (12,203) |
|  | 15461 | (27) |
|  | 15727 | (8,165) |
|  | 15871 | (4,347) |
|  | 15875 | (6,000) |
|  | 15893 | (2,171) |
|  | 15896 | (100) |
|  | 15902 | (100) |
|  | 15904 | (728) |
|  | 15908 | (39) |
|  | 15909 | (16,642) |
|  | 15910 | (5,930) |
|  | 15911 | (590) |
|  | 15913 | (1,763) |
|  | 15914 | (1,170) |
|  | 15915 | (3,000) |
|  | 15916 | (450) |
|  | 15917 | (2,190) |
|  | 15918 | (19) |
|  | 15919 | (215) |
|  | 15920 | (138) |
|  | 15921 | (186) |
|  | 15922 | (15,470) |
|  | 15923 | (110) |
|  | 15924 | (132) |
|  | 15925 | (1,899) |
|  | 15,926 | (58) |
|  | 15,927 | (1,200) |
|  | 15,928 | (200) |
|  | 15,929 | (115) |
|  | 15,930 | (730) |
|  | 15,931 | (25) |
|  | 15,932 | (1,799) |
|  | various | (4,778) |

| Other |  |  |
|---|---|---|
| Transfers between bank accounts |  |  |
| Accounting error |  |  |
| Interest not recorded on books |  |  |
| Bank fees not recorded on books |  |  |
| Payroll tax payments not recorded |  | 43 |
| Unreconciled bank activity |  |  |
| Unreconciled ledger activity |  |  |
| Returned item adjustment |  |  |
| Payroll activity in transit |  |  |
| Petty cash funds |  |  |