Chart 7

| W.R. Grace & Co., et al | | |
| :---: | :---: | :---: |
| Debtor Questionnaire | | |
| MOR - 5 | | |
| November 2002 | | |
| | Yes | No |
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period? If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect? If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date? If no, provide an explanation. | X (unless disputed in normal course of business) | |

**Note #5**

As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included. The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List the total amount paid in the normal course of business to $25,000 Description of Asset | Sale Date | Proceeds |
| :--- | :---: | :---: |
| | | |
| | | |
| | | |
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities Combined Statement of Operations | | | |
|---|---|---|---|
| Amounts in millions | Month Ended November 30, 2002 | Year to Date November 30, 2002 | Cumulative Since Filing |
| Net sales to third parties | $       65.3 | $       789.5 | $       1,453.3 |
| Net sales to non-filing entities | 7.9 | 121.3 | 226.2 |
| Interest and royalties from non-filing entities | (2.9) | 31.0 | 65.4 |
| Other income | (0.2) | 14.7 | 26.5 |
| | 70.1 | 956.5 | 1,771.4 |
| Cost of goods sold to third parties | 40.9 | 492.8 | 898.0 |
| Cost of goods sold to non-filing entities | 6.1 | 87.9 | 162.7 |
| Selling, general and administrative expenses | 19.0 | 237.4 | 396.8 |
| Research and development expenses | 3.5 | 38.8 | 69.4 |
| Depreciation and amortization | 5.1 | 56.1 | 99.5 |
| Interest expense | 1.5 | 17.8 | 44.7 |
| | 76.1 | 930.8 | 1,671.1 |
| Income before Chapter 11 reorganization expenses, income taxes and equity in net income of non-filing entities | (6.0) | 25.7 | 100.3 |
| Chapter 11 reorganization expenses, net | (4.9) | (31.3) | (44.0) |
| Provision for income taxes | 3.6 | (15.5) | (49.8) |
| Equity in net income of non-filing entities | 8.9 | 73.1 | 109.4 |
| Net Income | $       1.6 | $       52.0 | $       115.9 |

The Notes to Combined Financial Statements are an integral part of these statements.

)

Chart 9

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| Combined Functional Basis Statement of Cash Flows | | | |
| Amounts in millions | Month Ended November 30, 2002 | Year to Date November 30, 2002 | Cumulative Since Filing |
| **Core operations cash flow** | | | |
| Pre-tax income from core operations | $ (2.8) | $ 64.1 | $ 173.5 |
| Depreciation and amortization | 5.1 | 56.1 | 99.5 |
| | 2.3 | 120.2 | 273.0 |
| Changes in all core assets/liabilities and other | 5.5 | 8.4 | 8.4 |
| Net increase in accounts receivable due to termination of the securitization program | - | - | (64.8) |
| | 7.8 | 128.6 | 216.6 |
| Capital expenditures | (5.7) | (53.9) | (81.3) |
| Core Pre-tax Operating Cash Flow | 2.1 | 74.7 | 135.3 |
| **Charges against core reserves** | | | |
| Restructuring costs | - | - | - |
| Pension liabilities | (0.4) | (4.0) | (8.1) |
| Deferred compensation | - | (0.9) | (2.9) |
| Self insurance | (0.5) | (1.0) | (1.9) |
| Total Spending Against Core Reserves | (0.9) | (5.9) | (12.9) |
| Core Cash Flow | 1.2 | 68.8 | 122.4 |
| **Noncore cash flow** | | | |
| Proceeds from asset sales | 0.1 | 2.1 | 5.0 |
| Benefit proceeds under life insurance policies | 2.1 | 18.2 | 27.3 |
| Other noncore pretax cash flow | (1.5) | 0.2 | (1.8) |
| Noncore Pre-tax Cash Flow | 0.7 | 20.5 | 30.5 |
| **Charges against noncore reserves** | | | |
| Asbestos | | | |
| Asbestos claims processing | (0.2) | (11.1) | (17.6) |
| Less - insurance recovery | - | 10.8 | 57.9 |
| Net asbestos (payments) receipts | (0.2) | (0.3) | 40.3 |
| Environmental remediation | (1.8) | (17.7) | (36.5) |
| Retained obligations and other | (0.1) | (3.0) | (8.1) |
| Postretirement benefits | (2.2) | (20.1) | (36.8) |
| Total Spending Against Noncore Reserves | (4.3) | (41.1) | (41.1) |
| Noncore Cash Flow | (3.6) | (20.6) | (10.6) |
| Total Pre-tax/Pre-Interest/Pre-Chapter 11 Cash Flow | (2.4) | 48.2 | 111.8 |
| Cash paid for taxes, net of refunds | 1.5 | (0.6) | (2.9) |
| Cash paid for interest | (0.1) | 0.2 | (2.4) |
| Chapter 11 reorganization expenses paid | 0.1 | (17.4) | (24.0) |
| Cash Flow before Strategic Investments | (0.9) | 30.4 | 82.5 |
| **Strategic Investments** | | | |
| Cash paid for businesses acquired | - | (4.0) | (4.0) |
| Proceeds from option exercises | - | - | - |
| Repurchase of treasury stock | - | - | (0.6) |
| Cash used for Strategic Investments | - | (4.0) | (4.6) |
| Cash Flow after Strategic Investments | (0.9) | 26.4 | 77.9 |
| Borrowings (repayments) under DIP facility | - | - | (2.8) |
| Net (investing)/financing activities under life insurance policies | (0.5) | (21.0) | (40.3) |
| Net Cash Flow | $ (1.4) | $ 5.4 | $ 34.8 |

The Notes to Combined Financial Statements are an integral part of these statements.

**Chart 10**

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| Combined Balance Sheet | | | |
| Amounts in millions | November 30, 2002 | December 31, 2001 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $           43.4 | $           38.0 | $           8.6 |
| Notes and accounts receivable, net | 116.9 | 128.2 | 43.8 |
| Receivables from non-filing entities, net | 29.6 | 33.8 | 51.2 |
| Inventories | 74.2 | 83.9 | 80.6 |
| Deferred income taxes | 4.1 | 17.1 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | 7.7 | 9.7 | 17.0 |
| Other current assets | 60.5 | 51.8 | 21.9 |
| **Total Current Assets** | 336.4 | 362.5 | 304.0 |
| Properties and equipment, net | 382.1 | 384.9 | 400.4 |
| Goodwill, net | 14.4 | 13.9 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 83.4 | 75.6 | 64.1 |
| Deferred income taxes | 504.6 | 502.6 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 274.9 | 283.7 | 323.4 |
| Loans receivable from non-filing entities, net | 438.6 | 388.0 | 387.5 |
| Investment in non-filing entities | 224.3 | 159.1 | 121.0 |
| Other assets | 302.8 | 325.7 | 308.5 |
| **Total Assets** | $     2,561.5 | $     2,496.0 | $     2,323.5 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $             - | 1.6 | - |
| Accounts payable | 28.0 | 32.8 | - |
| Income Taxes Payable | 5.0 | - | - |
| Other current liabilities | 63.5 | 61.7 | - |
| **Total Current Liabilities** | 96.5 | 96.1 | - |
| Debt payable after one year | - | - | - |
| Other liabilities | 216.7 | 228.0 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 313.2 | 324.1 | 31.8 |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 537.6 | 524.5 | 511.5 |
| Accounts payable | 32.8 | 31.7 | 43.0 |
| Income taxes payable | 242.2 | 216.6 | 210.1 |
| Asbestos-related liability | 975.3 | 996.3 | 1,002.8 |
| Other liabilities | 518.2 | 544.5 | 598.6 |
| **Total Liabilities Subject to Compromise** | 2,306.1 | 2,313.6 | 2,366.0 |
| **Total Liabilities** | 2,619.3 | 2,637.7 | 2,397.8 |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 433.0 | 433.0 | 432.6 |
| Accumulated deficit | (85.8) | (137.8) | (201.8) |
| Treasury stock, at cost | (137.0) | (137.0) | (136.4) |
| Accumulated other comprehensive income (loss) | (268.8) | (300.7) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (57.8) | (141.7) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $     2,561.5 | $     2,496.0 | $     2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 11

**W. R. Grace & Co. – Chapter 11 Filing Entities**
**Notes to Combined Financial Statements**
**November 30, 2002**

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalyst and silica products ("Davison Chemicals") and construction chemicals, building materials and sealants and coatings ("Performance Chemicals"). W. R. Grace & Co. is a publicly held company with its shares traded on the New York Stock Exchange.

**Voluntary Bankruptcy Filing**

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn., (collectively, the "Debtors") filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product. After a thorough review of these developments, the Board of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 filing provides the best forum available to achieve predictability and fairness in the claims settlement process.

Under Chapter 11, Grace expects to be able to both obtain a comprehensive resolution of the claims against it and preserve the inherent value of its businesses. Under Chapter 11, the Debtors expect to continue to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them.

*Consequence of Filing* - As a consequence of the Filing, pending litigation against the Debtors for pre-petition matters is generally stayed (subject to certain exceptions in the case of governmental authorities), and no party may take action to realize its pre-petition claims except pursuant to an order of the Bankruptcy Court.

The Debtors intend to address all of their pending and future asbestos-related claims and all other pre-petition claims in a plan of reorganization. Such a plan of reorganization may include the establishment of a trust through which all pending and future asbestos-related claims would be channeled for resolution. However, it is currently impossible to predict with any degree of certainty the amount that would be required to be contributed to the trust, how the trust would be funded, how other pre-petition claims would be treated or what impact any reorganization plan may have on the shares of common stock of the Company. The interests of the Company's shareholders could be substantially diluted or cancelled under a plan of reorganization. The formulation and implementation of the plan of reorganization is expected to take a significant period of time.

*Status of Chapter 11 Proceedings* - Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court. In addition, the Debtors have received approval from the Bankruptcy Court to pay or otherwise honor certain of its pre-petition obligations in the ordinary course of business, including employee wages and benefits, customer programs, shipping charges and a limited amount of claims of essential trade creditors.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization

for a 120-day period following the Filing Date. The Debtors have received an extension of their exclusivity period during which to file a plan of reorganization through February 1, 2003, and an extension of the Debtors' exclusive rights to solicit acceptances of a reorganization plan through April 1, 2003.

Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees will have the right to be heard on all matters that come before the Bankruptcy Court, and, together with a legal representative of future asbestos claimants (whom Grace expects to be appointed by the Bankruptcy Court in the future), are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain of the committees' and the future asbestos claimants representative's costs and expenses, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases have been assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. Judge Wolin will preside over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He has assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware.

At a hearing on April 22, 2002 the Bankruptcy Court entered an order establishing a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos property damage claims and medical monitoring claims related to asbestos. The bar date does not apply to asbestos-related bodily injury claims or claims related to Zonolite® attic insulation ("ZAI"), which will be addressed separately. Grace has distributed notices and run media announcements of the bar date under a program approved by the Bankruptcy Court. Rust Consulting, the court-approved claims handling agent for the Chapter 11 Cases, is maintaining a register of all claims filed. As claims are filed, Gace will be cataloguing and assessing their validity.

In July 2002, the Bankruptcy Court approved special counsel to represent the ZAI claimants, at the Debtors' expense, in a proceeding to determine certain threshold scientific issues regarding ZAI. The court has set a litigation schedule that would result in pretrial hearings on these issues in the second and third quarters of 2003.

*Fraudulent Conveyance Claims* - On November 29, 2002 Sealed Air Corporation, ("Sealed Air") and Fresenius Medical Care AG, (Fresenius") each announced that they had reached agreements in principle with the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to settle claims of fraudulent conveyance related to the 1998 transaction involving Grace's former packaging business and Sealed Air and the 1996 transaction involving Grace's former medical care transactions and Fresenius, respectively.

The agreements in principle call for Sealed Air to contribute, as directed by the Bankruptcy Court, 9 million shares of its common stock and $512.5 million in cash plus interest (at a 5.5% annual rate, starting on December 21, 2002 and ending on the effective date of the Debtors plan of reorganization.) Sealed Air will not seek indemnification from Grace for payments made under this agreement.

The agreements in principle call for Fresenius to assume responsibility to resolve the outstanding pre-merger income taxes of the W.R. Grace & Co. consolidated tax group for year 1996 and prior and to pay $15 million upon the confirmation of the Debtors plan of reorganization, as directed by the Bankruptcy Court. Fresenius will not seek indemnification from Grace for payments made under this agreement.

Grace was not a party to these agreements and cannot predict how they may ultimately offset its plan of reorganization.

*Impact on Debt Capital* - All of the Debtor's pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet as of November 30, 2002 reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N. A. (the "DIP facility") in the

aggregate amount of $250 million. The DIP facility has a term expiring on April 1, 2003 and bears interest under a formula based on the London Inter-Bank Offered Rate ("LIBOR") plus 2.00 to 2.25 percentage points depending on the level of loans outstanding. The Debtors are in the process of evaluating their needs for a renewal of the DIP facility, which will be subject to Bankruptcy Court approval.

**Basis of Presentation**

The interim combined financial statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W.R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W.R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W.R. Grace & Co.'s 2001 Form 10-K and, when filed, its 2002 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim consolidated financial statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

**Reclassifications**

Certain amounts in prior years' Consolidated Financial Statements have been reclassified to conform to the 2002 presentation.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities (including contingent assets and liabilities) reported at the date of the Consolidated Financial Statements and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, tax exposures and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and total returns on invested funds.
- Depreciation and amortization periods for long-lived assets including property and equipment, and intangibles.
- Realization value of various assets such as receivables, inventories, goodwill, insurance and tax attributes.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheet as of November 30, 2002 separately identifies the liabilities that are "subject to compromise" under the Chapter 11 proceedings. In Grace's case, "Liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court.

Grace has been receiving pre-petition claims and expects to receive additional pre-petition claims through March 31, 2003, the bar date established by the Bankruptcy Court (see Note 1). Although these claims are being reviewed as they are received, Grace has insufficient information at this time to assess the validity or amount of these claims. As sufficient information becomes available for Grace to conclude that such claims are valid and their amount determinable, Grace will record appropriate adjustments, if necessary, to liabilities subject to compromise.

Changes to pre-petition liabilities subsequent to the Filing Date reflect: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt at the pre-petition contractual rate; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets. Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through November 30, 2002.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period ...... | $ 2,312.0 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order . | -- | (5.7) |
| Trade accounts payable order . | -- | (8.7) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ....... | (7.5) | (141.8) |
| Expense/(income) items: | | |
| Interest on pre-petition debt .... | 1.2 | 34.3 |
| Current period employment-related accruals .................... | 0.4 | 22.3 |
| Environmental accrual ........... | -- | 25.1 |
| Interest on income tax contingencies .................... | -- | 18.0 |
| Balance sheet reclassifications .... | -- | (3.4) |
| Balance, end of period ................ | $ 2,306.1 | $ 2,306.1 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "Liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the resolution of contingent or disputed claims.

## 3.  Other Balance Sheet Accounts

| (Dollars in millions) | November 30, 2002 | Filing Date |
|---|---|---|
| **Notes and accounts receivable, net** | | |
| Trade receivables, less allowance of $1.7 (Filing Date – $0.7).......................... | $   108.8 | $   32.3 |
| Other receivables, less allowance of $1.7 (Filing Date – $2.1).......................... | 8.1 | 11.5 |
| | $  116.9 | $   43.8 |
| **Inventories** | | |
| Raw materials .......................... | $   15.2 | $   20.3 |
| In process .............................. | 22.1 | 16.2 |
| Finished products ..................... | 52.4 | 63.8 |
| General merchandise ................. | 10.5 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis ................... | (26.0) | (29.3) |
| | $   74.2 | $   80.6 |
| **Other Assets** | | |
| Unamortized Pension Costs....... | $   230.0 | $   227.9 |
| Deferred charges ..................... | 24.9 | 40.4 |
| Long-term receivables.............. | 1.5 | 1.9 |
| Long-term investments ............ | 2.1 | 2.1 |
| Patents, licenses and other intangible assets .................... | 20.6 | 25.2 |
| Intangible asset – pension related...................... | 19.6 | 8.1 |
| Other assets ........................... | 4.1 | 2.9 |
| | $   302.8 | $   308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation ............. | $   26.7 | $   -- |
| Accrued commissions ............... | 4.6 | -- |
| Customer programs .................. | 13.6 | -- |
| Accrued utilities ....................... | 0.3 | -- |
| Accrued freight ........................ | 2.3 | -- |
| Other accrued liabilities ........... | 16.0 | -- |
| | $   63.5 | $   -- |
| **Other Liabilities** | | |
| Deferred royalty income– nonfiling entities .................... | $   12.5 | $   31.8 |
| Pension related ........................ | 202.9 | -- |
| Other liabilities ........................ | 1.3 | -- |
| | $   216.7 | $   31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits ... | $   148.7 | $   185.4 |
| Environmental remediation ...... | 153.1 | 164.8 |
| Retained obligations of divested businesses ........................... | 56.8 | 75.5 |
| Pension related ....................... | 77.1 | 70.8 |
| Deferred compensation ........... | 5.9 | 8.2 |
| Accrued compensation ............. | -- | 13.5 |
| Self insurance reserve ............. | 27.4 | 11.8 |
| Other accrued liabilities ........... | 49.2 | 68.6 |
| | $   518.2 | $   598.6 |

## 4. Life Insurance

The Debtors' are the beneficiary of life insurance policies on current and former employees with benefits in force of approximately $2,240.2 million and a net cash surrender value of $83.4 million at November 30, 2002. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at November 30, 2002 and Filing Date:

| Components of Net Cash Value | November 30, 2002 | Filing Date |
|---|---|---|
| Gross cash value | $ 469.7 | $ 453.7 |
| Principal – policy loans | (365.7) | (390.3) |
| Accrued interest – policy loans | (20.6) | 0.7 |
| Net cash value | $ 83.4 | $ 64.1 |
| Insurance benefits in force | $ 2,240.2 | $ 2,286.0 |

The Debtors' financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5. Debt

On November 30, 2002, and Filing Date, the Debtors' were obligated for the following:

| Components of Debt (Dollars in millions) | November 30, 2002 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| Other short-term borrowings | $ 5.2 | $ -- |
| | $ 5.2 | $ -- |
| **Debt payable after one year** | | |
| DIP facility | $ -- | $ -- |
| Other long-term borrowings | -- | -- |
| | $ -- | $ -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | 1.0 | 1.2 |
| Accrued interest | 36.6 | 2.6 |
| | $ 537.6 | $ 511.5 |

The Debtors have negotiated a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term of two years, is secured by a priority lien on substantially all assets of the Debtors, and bears interest at either Bank of America's prime rate or a formula based on the London Inter-Bank Offered Rate (LIBOR) plus 2.00 to 2.25 percentage points. The Bankruptcy Court issued a final approval of the DIP facility on May 3, 2001. As of November 30, 2002 Grace had no outstanding borrowings under the DIP facility.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of November 30, 2000.

5

# Bank Statements

JPMorganChase

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 01 OCT 2002 |
| Statement End Date: | 31 OCT 2002 |
| Statement Code: | 000-USA-21 |
| Statement No: | 010 |
| | Page 1 of 4 |

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 3 |
| Total Debits (incl. checks) | 22 |
| Total Checks Paid | 0 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### BALANCES

| | Opening (01 OCT 2002) | Closing (31 OCT 2002) | |
|---|---|---|---|
| Ledger | 208,134.43 | Ledger | 67,609.40 |
| Collected | 203,354.85 | Collected | 67,609.40 |
| | 0.00 | | 72,388.98 |
| | | | 72,388.98 |

**Need to reconcile your accounts as soon as possible?** Introducing the next phase in statement delivery – JPMorgan's Internet Statements. Now you can download the statement files for your accounts within three business days from the end of your statement cycle, search for transactions listed in your statement, and export data as a text or formatted Excel file. Please contact your JPMorgan Relationship Manager for further information.

#### Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 01OCT | 59,895.87 |
| 02OCT | 48,882.71 |
| 03OCT | 111,021.08 |
| 04OCT | 104,541.49 |
| 07OCT | 96,964.52 |
| 08OCT | 85,857.89 |
| 09OCT | 78,367.43 |
| 10OCT | 70,158.74 |
| 11OCT | 61,720.27 |
| 15OCT | 50,390.08 |
| 16OCT | 114,440.34 |
| 17OCT | 99,664.92 |
| 18OCT | 87,027.44 |
| 21OCT | 82,020.27 |
| 22OCT | 73,630.23 |
| 23OCT | 67,592.78 |
| 24OCT | 115,978.18 |
| 25OCT | 106,375.46 |
| 28OCT | 102,381.85 |
| 29OCT | 93,943.52 |
| 30OCT | 82,568.90 |
| 31OCT | 72,388.98 |

### CREDITS

| Ledger Date | A/U Ledger Date | Value Date | F/T | Reference | Credit | Description |
|---|---|---|---|---|---|---|
| 03OCT | | 03OCT | USD | YOUR: TEBC OF 02/10/03 OUR: 0804600276JB | 76,117.29 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HQWT |
| | | 16OCT | USD | YOUR: TEBC OF 02/10/16 OUR: 0415200289JB | 74,609.92 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HQWT |
| | | 24OCT | USD | YOUR: TEBC OF 02/10/24 OUR: 0907800297JB | 57,407.22 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HQWT |

### DEBITS

| Ledger Date | A/U Ledger Date | Value Date | F/T | Reference | Debit | Description |
|---|---|---|---|---|---|---|
| 01OCT | 30SEP | 30SEP | USD | OUR: 0227400091WA | 7,713.53 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS T/A/C NO/ 002-2416598 FOR WORK OF 09/30/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 02OCT | 01OCT | 01OCT | USD | OUR: 0227500090WA | 11,013.16 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS T/A/C NO/ 002-2416598 FOR WORK OF 10/01/02 |

| FT CODE: | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|
| | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |
| | USD - SAME DAY FUNDS | | |
| | USN - NEXT DAY FUNDS | | |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

TS

Account No: 910-1-013572
Statement Start Date: 01 OCT 2002
Statement End Date: 31 OCT 2002
Statement Code: 000-USA-21
Statement No: 010
Page 2 of 4

W R GRACE & CO
CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

## DEBITS CONTINUED

| Date | Date | | Reference | Amount | Description |
|---|---|---|---|---|---|
| 03OCT | 02OCT | 02OCT USD OUR: 022760000089WA | | 13,978.92 | W R GRACE & CO  C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/02/02 |
| 04OCT | 03OCT | 03OCT USD OUR: 022770000091WA | | 6,479.59 | W R GRACE & CO  C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/03/02 |
| 07OCT | 04OCT | 04OCT USD OUR: 022800000090WA | | 7,576.97 | W R GRACE & CO  C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/04/02 |
| 08OCT | 07OCT | 07OCT USD OUR: 022810000091WA | | 11,106.63 | W R GRACE & CO  C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/07/02 |
| 09OCT | 08OCT | 08OCT USD OUR: 022820000089WA | | 7,490.46 | W R GRACE & CO  C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/08/02 |
| 10OCT | 09OCT | 09OCT USD OUR: 022830000090WA | | 8,208.69 | W R GRACE & CO  C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/09/02 |
| 11OCT | 10OCT | 10OCT USD OUR: 022840000091WA | | 8,438.47 | W R GRACE & CO  C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 10/10/02 |

### COLLECTED BALANCES

| Date | Balance |
|---|---|
| 01OCT | 59,895.87 |
| 01OCT | 48,882.71 |
| 02OCT | 111,021.08 |
| 03OCT | 101,541.49 |
| 04OCT | 96,964.52 |
| 07OCT | 85,887.88 |
| 08OCT | 78,387.43 |
| 09OCT | 70,158.74 |
| 10OCT | 61,720.27 |
| 11OCT | 50,390.08 |
| 15OCT | 114,440.34 |
| 16OCT | 99,664.42 |
| 18OCT | 87,027.44 |
| 21OCT | 82,020.27 |
| 22OCT | 73,680.23 |
| 23OCT | 115,978.18 |
| 24OCT | 106,375.46 |
| 25OCT | 102,381.85 |
| 28OCT | 93,943.50 |
| 29OCT | 82,568.90 |
| 30OCT | 72,388.98 |

JPMorganChase

TS

J.P. Morgan Chase Bank

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

Account No: 910-1-013572
Statement Start Date: 01 OCT 2002
Statement End Date: 31 OCT 2002
Statement Code: 000-USA-21
Statement No: 010

Page  3  of  4

## DEBITS CONTINUED

| Post Date | Value Date | Amount | Reference | Description |
|---|---|---|---|---|
| 15OCT | 11OCT | 11,330.19 | USD OUR: 022880008WA | COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 10/11/02<br>W R GRACE & CO C/O CORPORATE DRIVE<br>ACCOUNTING 7500 GRACE DRIVE |
| 16OCT | 15OCT | 10,559.66 | USD OUR: 022890090WA | COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 10/15/02<br>W R GRACE & CO C/O CORPORATE DRIVE<br>ACCOUNTING 7500 GRACE DRIVE |
| 17OCT | 16OCT | 14,775.42 | USD OUR: 022900091WA | COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 10/16/02<br>W R GRACE & CO C/O CORPORATE DRIVE<br>ACCOUNTING 7500 GRACE DRIVE |
| 18OCT | 17OCT | 12,637.48 | USD OUR: 022910091WA | COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 10/17/02<br>W R GRACE & CO C/O CORPORATE DRIVE<br>ACCOUNTING 7500 GRACE DRIVE |
| 21OCT | 18OCT | 5,007.17 | USD OUR: 022940085WA | COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 10/18/02<br>W R GRACE & CO C/O CORPORATE DRIVE<br>ACCOUNTING 7500 GRACE DRIVE |
| 22OCT | 21OCT | 8,390.04 | USD OUR: 022950089WA | COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 10/21/02<br>W R GRACE & CO C/O CORPORATE DRIVE<br>ACCOUNTING 7500 GRACE DRIVE |
| 23OCT | 22OCT | 6,037.45 | USD OUR: 022960084WA | COLUMBIA MD 21044-4098<br>GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 10/22/02<br>W R GRACE & CO C/O CORPORATE DRIVE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |

JPMorganChase

Account No: 910-1-013572
Statement Start Date: 01 OCT 2002
Statement End Date: 31 OCT 2002
Statement Code: 000-USA-21
Statement No: 010

Page 4 of 4

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

## DEBITS CONTINUED

| Post Date | First Date | Value Date | Reference | Credit Amount | Debit Amount | Detail |
|---|---|---|---|---|---|---|
| 24OCT | 23OCT | | USD OUR: 0229700087WA | | 9,021.82 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41598 FOR WORK OF 10/23/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 25OCT | 24OCT | | USD OUR: 0229800089WA | | 9,602.72 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41598 FOR WORK OF 10/24/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 28OCT | 25OCT | | USD OUR: 0230100092WA | | 3,993.61 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41598 FOR WORK OF 10/25/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 29OCT | 28OCT | | USD OUR: 0230200092WA | | 8,438.33 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41598 FOR WORK OF 10/28/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 30OCT | 29OCT | | USD OUR: 0230300093WA | | 11,374.62 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41598 FOR WORK OF 10/29/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 31OCT | 30OCT | | USD OUR: 0230400088WA | | 10,179.92 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41598 FOR WORK OF 10/30/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

## CHECKS

*No Activity*

**WACHOVIA**

191 Peachtree ST
Atlanta      GA  30303

03      **TAXPAYER ID**      13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement
### October 16, 2002 - October 31, 2002 ( 16 days)

No Enclosures
c    e

Page 1 of 2

| FOR INFORMATION OR ASSISTANCE CONTACT: |
|---|
| Your Wachovia Banker |
| Visit our web site at www.wachovia.com |

## Commercial Checking Account Summary

Account Number 8619-038102

| Previous Balance | + Deposits & Other Credits | | — Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $614,000.00 | $.00 | $.00 | $.00 | $612,622.86 | $1,377.14 |

Average Ledger Balance      $575,711.07

## Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 10-31 | 0 | 0.00 | 1 | 612,622.86 | 1,377.14 |

## Other Debits

| Date | Amount | Description |
|---|---|---|
| 10-31 | 612,622.86 | REF=010230405676 Bnf=first Union National B |

17650

**WACHOVIA**

191 Peachtree ST                          03    **TAXPAYER ID**          13-5114230
Atlanta       GA 30303

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement

No Enclosures          October 1, 2002 - October 15, 2002 ( 15 days)                    Page 1 of 2
C    0

| FOR INFORMATION OR ASSISTANCE CONTACT: |
| :---: |
| **Your Wachovia Banker** |
| **Visit our web site at www.wachovia.com** |

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | – Checks & Other Debits | | = Closing Balance |
| :---: | :---: | :---: | :---: | :---: | :---: |
| | Deposits | Other Credits | Checks | Other Debits | |
| $614,000.00 | $.00 | $.00 | $.00 | $.00 | $614,000.00 |

Average Ledger Balance          $614,000.00

## Daily Activity and Balance

There was no activity for this statement period.

041



# Commercial Checking

01     2199500021812  036  130      0    0    56,559

```
|.|.|..|||..|.|.|.||.|
W R GRACE AND CO-CONN
GENERAL ACCOUNT                        CB
7500 GRACE DRIVE
ATTN: BONITA HARSH, CCM SR CASH MNGR
COLUMBIA MD 21044
```

# Commercial Checking

10/01/2002 thru 10/31/2002

Account number:    2199500021812
Account holder(s):    W R GRACE AND CO-CONN
                        GENERAL ACCOUNT

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 10/01 | $10,000.00 |
| Deposits and other credits | 2,724,227.14 + |
| Other withdrawals and service fees | 2,503,781.04 - |
| Closing balance 10/31 | $230,446.10 |

## Deposits and Other Credits

| | Amount | Description |
|---|---|---|
| 10/01 | 6,848.55 | DEPOSIT |
| 10/01 | 551,985.86 | DEPOSIT |
| 10/04 | 512,727.47 | DEPOSIT |
| 10/15 | 83,401.27 | DEPOSIT |
| 10/15 | 1,340,121.70 | DEPOSIT |
| 10/22 | 10,000.00 | FUNDS TRANSFER  (ADVICE 021022031224) RCVD FROM  CHASE MANHATTAN B/ ORG=W.R. GRACE AND COMPANY RFB=TEBC OF 02/10/22 OBI=HOWT REF=0885600295JB    10/22/02 04:45PM |
| 10/31 | 5,720.55 | DEPOSIT |
| 10/31 | 83,207.71 | DEPOSIT |
| 10/31 | 130,214.03 | DEPOSIT |
| **Total** | **$2,724,227.14** | |



# Commercial Checking

02     2199500021812  036  130          0     0      56,560

)

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 10/02 | 506,392.51 | FUNDS TRANSFER (ADVICE 021002022555)<br>SENT TO CHASE MANHATTAN B/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=          10/02/02 01:55PM |
| 10/07 | 509,797.90 | FUNDS TRANSFER (ADVICE 021007010706)<br>SENT TO CHASE MANHATTAN B/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=          10/07/02 03:08PM |
| 10/16 | 1,033,647.32 | FUNDS TRANSFER (ADVICE 021016012395)<br>SENT TO CHASE MANHATTAN B/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=          10/16/02 12:08PM |
| 10/17 | 443,468.80 | FUNDS TRANSFER (ADVICE 021017014563)<br>SENT TO CHASE MANHATTAN B/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=          10/17/02 03:30PM |
| 10/18 | 10,474.51 | DEPOSITED ITEM RETURNED<br>ADV # 468974 |
| Total | $2,503,781.04 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 10/01 | 568,834.41 | 10/15 | 1,488,894.44 | 10/22 | 11,303.81 |
| 10/02 | 62,441.90 | 10/16 | 455,247.12 | 10/31 | 230,446.10 |
| 10/04 | 575,169.37 | 10/17 | 11,778.32 | | |
| 10/07 | 65,371.47 | 10/18 | 1,303.81 | | |

)



# FIRST UNION®

## Commercial Checking

01      2079900003615   005   108      15  160      14,975   ——  ——

)

ldldlldllll........ldldlldld
W R GRACE & CO-CONN
ATTN: NELLIE FAUSTO                      CB   025      ——  ==
7500 GRACE DRIVE
COLUMBIA MD 21044

---

# Commercial Checking                    10/01/2002 thru 10/31/2002

Account number:       2079900003615
Account holder(s):    W R GRACE & CO-CONN

Taxpayer ID Number:   133461988

## Account Summary

| | |
|---|---:|
| Opening balance 10/01 | $0.00 |
| Deposits and other credits | 2,183,751.16 + |
| Other withdrawals and service fees | 2,183,751.16 - |
| **Closing balance 10/31** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---:|---|
| ) | 8,437.68 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/02 | 8,271.25 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/03 | 5,394.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/07 | 900.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/08 | 3,220.78 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/09 | 2,373.90 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/10 | 6,378.28 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/10 | 356,147.65 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/11 | 1,954.44 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/11 | 719,085.68 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/15 | 4,148.32 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/16 | 20,393.71 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/17 | 6,497.49 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/17 | 21,595.01 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

Deposits and Other Credits continued on next page.



# Commercial Checking

| 02 | 2079900003615 | 005 | 108 | 15 | 160 | 14,976 |

## Deposits and Other Credits    continued

| Date | Amount | Description |
|------|--------|-------------|
| 10/18 | 4,777.81 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/22 | 3,049.67 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/23 | 2,235.48 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/24 | 6,149.78 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/24 | 335,083.87 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/25 | 633,396.99 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/28 | 18,056.97 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/29 | 4,085.00 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/30 | 4,276.90 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/31 | 3,895.26 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 10/31 | 6,146.54 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$2,183,751.16** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 10/01 | 8,437.88 | LIST OF DEBITS POSTED | | |
| 10/02 | 1,968.59 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021002 CCD<br>MISC C4025-02 959919 | PR TAXES | E83-092902 |
| 10/02 | 8,302.70 | LIST OF DEBITS POSTED | | |
| 10/03 | 5,394.00 | AUTOMATED DEBIT<br>CO. ID.       021003 CCD<br>MISC SETTL NCVCERIDN | PAYROLL | E83-092902 |
| 10/07 | 900.00 | LIST OF DEBITS POSTED | | |
| 10/08 | 3,220.76 | LIST OF DEBITS POSTED | | |
| 10/09 | 2,373.00 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021009 CCD<br>MISC C4025-02 981221 | PR TAXES | E83-100602 |
| 10/10 | 3,066.24 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021010 CCD<br>MISC C2916-00 986608 | PR TAXES | E81-101502 |
| 10/10 | 6,378.28 | AUTOMATED DEBIT<br>CO. ID.       021010 CCD<br>MISC SETTL NCVCERIDN | PAYROLL | E83-100602 |

Other Withdrawals and Service Fees continued on next page.



# Commercial Checking

03    2079900003615  005  108    15  160    14,977

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 10/10 | 10,576.03 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021010 CCD<br>MISC C4213-00 986845 | PR TAXES | *E98 - 101502* |
| 10/10 | 23,975.65 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021010 CCD<br>MISC C2918-00 986609 | PR TAXES | *E78 - 101502* |
| 10/10 | 818,529.73 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021010 CCD<br>MISC C4025-01 986827 | PR TAXES | *E80 - 101502* |
| 10/11 | 1,954.44 | LIST OF DEBITS POSTED | | |
| 10/11 | 4,998.35 | AUTOMATED DEBIT<br>CO. ID.        021011 CCD<br>MISC SETTL NCVCERIDN | PAYROLL | *E81 - 101502* |
| 10/11 | 27,100.11 | AUTOMATED DEBIT<br>CO. ID.        021011 CCD<br>MISC SETTL NCVCERIDN | PAYROLL | *E98 - 101502* |
| 10/11 | 91,310.00 | AUTOMATED DEBIT<br>CO. ID.        021011 CCD<br>MISC SETTL NCVCERIDN | PAYROLL | *E78 - 101502* |
| 10/11 | 595,750.06 | AUTOMATED DEBIT<br>CO. ID.        021011 CCD<br>MISC SETTL NCVCERIDN | PAYROLL | *E80 - 101502* |
| 10/15 | 4,148.32 | LIST OF DEBITS POSTED | | |
| 10/16 | 2,501.38 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021016 CCD<br>MISC C4025-021015851 | PR TAXES | *E83 - 101302* |
| 10/16 | 17,892.33 | LIST OF DEBITS POSTED | | |
| 10/17 | 6,497.49 | AUTOMATED DEBIT<br>CO. ID.        021017 CCD<br>MISC SETTL NCVCERIDN | PAYROLL | *E83 - 101302* |
| 10/17 | 21,595.01 | LIST OF DEBITS POSTED | | |
| 10/18 | 4,777.81 | LIST OF DEBITS POSTED | | |
| 10/22 | 3,049.67 | LIST OF DEBITS POSTED | | |
| 10/23 | 2,235.48 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021023 CCD<br>MISC C4025-021037852 | PR TAXES | *E83 - 102002* |
| 10/24 | 116.27 | LIST OF DEBITS POSTED | | |
| 10/24 | 3,066.24 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021024 CCD<br>MISC C2916-001043016 | PR TAXES | *E81 - 103102* |
| 10/24 | 6,149.78 | AUTOMATED DEBIT<br>CO. ID.        021024 CCD<br>MISC SETTL NCVCERIDN | PAYROLL | *E83 - 102002* |
| 10/24 | 10,652.93 | AUTOMATED DEBIT  BNF CTS<br>CO. ID. 1411902914 021024 CCD<br>MISC C4213-001043243 | PR TAXES | *E98 - 103102* |

*r Withdrawals and Service Fees continued on next page.*

---

**FIRST UNION NATIONAL BANK , CAP MKTS INV BKG DIV MFG FRANCHI**



# Commercial Checking

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|---|---|---|
| 10/24 | 321,248.43 | AUTOMATED DEBIT  BNF CTS   PR TAXES  *E80 - 103102*<br>CO. ID. 1411902914 021024 CCD<br>MISC C4025-011043227 |
| 10/25 | 4,998.35 | AUTOMATED DEBIT              PAYROLL  *E81 - 103102*<br>CO. ID.         021025 CCD<br>MISC SETTL NCVCERIDN |
| 10/25 | 27,741.93 | AUTOMATED DEBIT              PAYROLL  *E98 - 103102*<br>CO. ID.         021025 CCD<br>MISC SETTL NCVCERIDN |
| 10/25 | 600,656.71 | AUTOMATED DEBIT              PAYROLL  *E80 - 103102*<br>CO. ID.         021025 CCD<br>MISC SETTL NCVCERIDN |
| 10/28 |  | LIST OF DEBITS POSTED |
| 10/29 |  | LIST OF DEBITS POSTED |
| 10/30 |  | LIST OF DEBITS POSTED |
| 10/30 | 2,240.71 | AUTOMATED DEBIT  BNF CTS   PR TAXES  *E83 - 102702*<br>CO. ID. 1411902914 021030 CCD<br>MISC C4025-021060393 |
| 10/31 | 3,895.26 | LIST OF DEBITS POSTED |
| 10/31 | 6,146.54 | AUTOMATED DEBIT              PAYROLL  *E83 - 102702*<br>CO. ID.         021031 CCD<br>MISC SETTL NCVCERIDN |
| **Total** | **$2,183,751.16** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 10/01 | 0.00 | 10/11 | 0.00 | 10/24 | 0.00 |
| 10/02 | 0.00 | 10/15 | 0.00 | 10/25 | 0.00 |
| 10/03 | 0.00 | 10/16 | 0.00 | 10/28 | 0.00 |
| 10/07 | 0.00 | 10/17 | 0.00 | 10/29 | 0.00 |
| 10/08 | 0.00 | 10/18 | 0.00 | 10/30 | 0.00 |
| 10/09 | 0.00 | 10/22 | 0.00 | 10/31 | 0.00 |
| 10/10 | 0.00 | 10/23 | 0.00 | | |

# **Merrill Lynch** Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118  (800) 225-1576

s • • 3

W R  GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 10/01/2002 - 10/31/2002

Account Number
318-3323735-8

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 10/31/2002
$47,210,618.46

Dividends
10/01/2002 - 10/31/2002        Year To Date
$67,354.86                      $395,314.89

> ON THURSDAY, NOVEMBER 28, MERRILL LYNCH
FUNDS FOR INSTITUTIONS WILL BE CLOSED IN
OBSERVANCE OF THANKSGIVING DAY.

> THE AVERAGE NET ANNUALIZED YIELD FOR OCTOBER
WAS 1.79%. TRADING DEADLINES ARE 3:00 PM ET
ON NOVEMBER 27 AND 1:00 PM ET ON NOVEMBER 29

## Account Activity

| Trade Date | Post Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $41,343,263.60 |
| 10/1/2002 | 10/1/2002 | Same Day Wire Redemption | $400,000.00 | $1.00 | $40,943,263.60 |
| | | Shares Purchased By Wire | | $1.00 | $42,543,263.60 |
| | | Shares Purchased By Wire | | $1.00 | $44,843,263.60 |
| 10/3/2002 | 10/3/2002 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $47,343,263.60 |
| | | Shares Purchased By Wire | $2,900,000.00 | $1.00 | $46,843,263.60 |
| 10/8/2002 | 10/8/2002 | Same Day Wire Redemption | $1,700,000.00 | $1.00 | $49,143,263.60 |
| 10/9/2002 | 10/9/2002 | Same Day Wire Redemption | $1,600,000.00 | $1.00 | $43,543,263.60 |
| 10/10/2002 | 10/10/2002 | Same Day Wire Redemption | $5,800,000.00 | $1.00 | $37,943,263.60 |
| 10/11/2002 | 10/11/2002 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $39,743,263.60 |
| 10/15/2002 | 10/15/2002 | Shares Purchased By Wire | $3,200,000.00 | $1.00 | $42,943,263.60 |
| 10/16/2002 | 10/16/2002 | Shares Purchased By Wire | $7,500,000.00 | $1.00 | $50,443,263.60 |
| 10/17/2002 | 10/17/2002 | Same Day Wire Redemption | $5,100,000.00 | $1.00 | $45,343,263.60 |
| 10/18/2002 | 10/18/2002 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $44,343,263.60 |
| 10/21/2002 | 10/21/2002 | Shares Purchased By Wire | $3,800,000.00 | $1.00 | $48,143,263.60 |
| 10/22/2002 | 10/22/2002 | Same Day Wire Redemption | $500,000.00 | $1.00 | $47,643,263.60 |
| 10/23/2002 | 10/23/2002 | Same Day Wire Redemption | $3,600,000.00 | $1.00 | $44,043,263.60 |
| 10/24/2002 | 10/24/2002 | Same Day Wire Redemption | $10,100,000.00 | $1.00 | $33,943,263.60 |
| 10/25/2002 | 10/25/2002 | Shares Purchased By Wire | $10,400,000.00 | $1.00 | $44,343,263.60 |

Account Number  318-3323735-8        (page 1 of 2)

519574


