**Merrill Lynch**  Investment Managers

Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 10/01/2002 - 10/31/2002

Account Number
318-3323735-8

## Account Activity

| Date Price | Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|
| | | $1,300,000.00 | | $45 |

Account Number  318-3323735-8          (page  2 of  2)

 

**Merrill Lynch** Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

4093

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 10/01/2002 - 10/31/2002

Account Number
 318-3343175-6

Financial Advisor
H P S Group
(--73807647)

Account Value As Of 10/31/2002
$5,275.16

Dividends
| 10/01/2002 - 10/31/2002 | Year To Date |
| --- | --- |
| $8.08 | $5,275.16 |

> *ON THURSDAY, NOVEMBER 28, MERRILL LYNCH
> FUNDS FOR INSTITUTIONS WILL BE CLOSED IN
> OBSERVANCE OF THANKSGIVING DAY.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR OCTOBER
> WAS 1.79%. TRADING DEADLINES ARE 3:00 PM ET
> ON NOVEMBER 27 AND 1:00 PM ET ON NOVEMBER 29*



JPMorgan Ch—Bank

**JPMorganChase**

Statement of Account

TS    1D

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA    MD   21044

In US Dollars

Account No:              323-223141
Statement Start Date:     01 OCT 2002
Statement End Date:       31 OCT 2002
Statement Code:           000-USA-22
Statement No:             010

Page 1 of 1

**ENCLOSURES**

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

**TRANSACTIONS**

| | | |
|---|---|---|
| Total Credits | 1 | 727,771.68 |
| Total Debits (incl. checks) | 1 | 727,771.68 |
| Total Checks Paid | 0 | 0.00 |

**BALANCES**

| | Opening (01 OCT 2002) | Closing (31 OCT 2002) |
|---|---|---|
| Ledger | 727,771.68 | .00 |
| | | |

**LEDGER BALANCES**
30OCT    0.00

**CREDITS**
30OCT

USD YOUR: NC087750561030020I
OUR: 0230350000S3IN

727,771.68   NASSAU DEPOSIT TAKEN
B/O: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO REPAY YOUR DEPOSIT FR 02093
0 TO 021030 RATE 1.7000

**DEBITS**
30OCT

USD YOUR: ND090158001030020I
OUR: 0230300947IN

727,771.68   NASSAU DEPOSIT TAKEN
A/C: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO ESTABLISH YOUR DEPOSIT FR 0
21030 TO 02112G RATE 1.6000

**CHECKS**

No Activity

FT CODE:
USD - SAME DAY FUNDS      US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT      USS - FIVE DAY FLOAT
USN - NEXT DAY FUNDS      US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT       USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT UNLESS INFORMED OF SUCH ERROR OR CHARGE WITHIN 30 DAYS THEREOF. THE DELIVERY MAILING
OR INVALIDITY OF OR THE STATEMENT AND CANCELED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 1 of 21

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 69 | 52,935,748.06 |
| Total Debits (incl. checks) | 50 | 53,023,407.70 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (01 OCT 2002) | | Closing (15 OCT 2002) | |
|---|---|---|---|
| Ledger | 537,945.05 | Ledger | 450,285.41 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### LEDGER BALANCES

| Date | Closing Balance |
|---|---|
| 01OCT | 496,291.16 |
| 02OCT | 370,065.01 |
| 03OCT | 439,692.42 |
| 07OCT | 459,762.59 |
| 07OCT | 509,538.09 |
| 08OCT | |
| 09OCT | 2,433,803.68 |
| 10OCT | 506,205.09 |
| 11OCT | 638,285.09 |
| 15OCT | 450,285.41 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 01OCT | | | | USD OUR: 2742989712TC | 2.60 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:9020571072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989712 EED:021001<br>IND ID:GWQ000000093A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | | | | USD OUR: 2742989717TC | 5.20 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:9020571072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989717 EED:021001<br>IND ID:GWS000000093A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | | | | USD OUR: 2742989713TC | 11.12 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:9020571072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989713 EED:021001<br>IND ID:GW0000000092A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | | | | USD OUR: 2742989715TC | 24.96 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:9020571072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989715 EED:021001<br>IND ID:GWR000000092A01<br>IND NAME:GRACE CORP BENEFITS DE |

FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN THIS STATEMENT OF ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY. MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

016-001257
01 OCT 2002
15 OCT 2002
S00-USA-22
019
Page 2 of 21

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | A/C Ledger Date | F | References | Value Date | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 01OCT | USD OUR: 2742989718TC | 27.08 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000022982718 EED:021001<br>IND ID:GWS000000092A08<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 2742989720TC | 28.33 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000022983420 EED:021001<br>IND ID:GWT000000093A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 2742989731TC | 52.99 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000022989731 EED:021001<br>IND ID:GYW000000094A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 2742989710TC | 88.45 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000022989710 EED:021001<br>IND ID:GRU000000094A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 2742989704TC | 105.97 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000022989704 EED:021001<br>IND ID:GRF000000094A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 2742989735TC | 105.98 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020923<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000022989735 EED:021001<br>IND ID:NQV000000092A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 2742989725TC | 158.96 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920 |



016-001257
01 OCT 2002
15 OCT 2002
S00-USA-22
019
Page 3 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

GE

| Account No: | 016-001257 |
| Statement Start Date: | 01 OCT 2002 |
| Statement End Date: | 15 OCT 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 019 |

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | F | References | Value Date | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|
| 01OCT | | | USD OUR: 2742989721TC | | | ELECTRONIC FUNDS TRANSFER ORIG ID:902057I072 DESC DATE:021001 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022989725 EED:021001 IND ID:GYD00000000094A01 IND NAME:GRACE CORP BENEFITS DE | | 183.28 |
| 01OCT | | | USD OUR: 2742989723TC | | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020920 ORIG ID:902057I072 DESC DATE:021001 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022989721 EED:021001 IND ID:GWT00000000092A01 IND NAME:GRACE CORP BENEFITS DE | | 317.92 |
| 01OCT | | | USD OUR: 2742989722TC | | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020920 ORIG ID:902057I072 DESC DATE:021001 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022989723 EED:021001 IND ID:GWZ00000000094A01 IND NAME:GRACE CORP BENEFITS DE | | 321.22 |
| 01OCT | | | USD OUR: 2742989727TC | | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020920 ORIG ID:902057I072 DESC DATE:021001 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022989722 EED:021001 IND ID:GWY00000000094A01 IND NAME:GRACE CORP BENEFITS DE | | 427.75 |
| 01OCT | | | USD OUR: 2742989702TC | | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020920 ORIG ID:902057I072 DESC DATE:021001 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022989727 EED:021001 IND ID:GYG00000000094A01 IND NAME:GRACE CORP BENEFITS DE | | 476.88 |
| 01OCT | | | USD OUR: 2742989730TC | | | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020920 ORIG ID:902057I072 DESC DATE:021001 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022989702 EED:021001 IND ID:GRD00000000094A01 IND NAME:GRACE CORP BENEFITS DE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020920 ORIG ID:902057I072 DESC DATE:021001 CO ENTRY DESCR: PENSIONS SEC:PPD | | 667.34 |

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 4 of 21

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

**CREDITS CONTINUED**

| Ledger Post Date | Value Date | F S | References | Credit/Debit | Description | Date | Customer Entry Ref | Amount |
|---|---|---|---|---|---|---|---|---|
| 01OCT | | | USD OUR: 2742989728TC | 1,207.82 | TRACE#:021000022989730 EED:021001<br>IND ID:GYT000000094A01<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057 1072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989728 EED:021001<br>IND ID:GYR000000094A01<br>IND NAME:GRACE CORP BENEFITS DE | | | |
| 01OCT | | | USD OUR: 2742989724TC | 1,303.75 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057 1072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989724 EED:021001<br>IND ID:GYC000000094A01<br>IND NAME:GRACE CORP BENEFITS DE | | | |
| 01OCT | | | USD OUR: 2742989729TC | 2,109.80 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057 1072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989729 EED:021001<br>IND ID:GYS000000094A01<br>IND NAME:GRACE CORP BENEFITS DE | | | |
| 01OCT | | | USD OUR: 2742989703TC | 2,175.31 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057 1072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989703 EED:021001<br>IND ID:GRE000000094A01<br>IND NAME:GRACE CORP BENEFITS DE | | | |
| 01OCT | | | USD OUR: 2742989716TC | 2,493.78 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057 1072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989716 EED:021001<br>IND ID:GWS000000094A01<br>IND NAME:GRACE CORP BENEFITS DE | | | |
| 01OCT | | | USD OUR: 2742989733TC | 3,214.98 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020923<br>ORIG ID:902057 1072 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989733 EED:021001<br>IND ID:NQS000000092A01 | | | |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 5 of 21

| Entry Date | Val Date | F | T | Reference | Credit/Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**01OCT** — USD OUR: 2742989726TC — 3,573.05
```
IND NAME:GRACE CORP BENEFITS DE
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N  020920
ORIG ID:902057107 2 DESC DATE:021001
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:0210000229 89726 EED:021001
IND ID:GYE000000094A01
IND NAME:GRACE CORP BENEFITS DE
```

**01OCT** — USD OUR: 2742989714TC — 8,876.24
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N  020920
ORIG ID:902057107 2 DESC DATE:021001
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:0210000229 89714 EED:021001
IND ID:GWT000000094A01
IND NAME:GRACE CORP BENEFITS DE
```

**01OCT** — USD OUR: 2742989708TC — 13,946.30
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N  020920
ORIG ID:902057107 2 DESC DATE:021001
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:0210000229 89708 EED:021001
IND ID:GRK000000094A01
IND NAME:GRACE CORP BENEFITS DE
```

**01OCT** — USD OUR: 2742989719TC — 16,376.44
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N  020920
ORIG ID:902057107 2 DESC DATE:021001
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:0210000229 89719 EED:021001
IND ID:GWT000000094A01
IND NAME:GRACE CORP BENEFITS DE
```

**01OCT** — USD OUR: 2742989709TC — 31,630.94
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N  020920
ORIG ID:902057107 2 DESC DATE:021001
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:0210000229 89709 EED:021001
IND ID:GRN000000094A01
IND NAME:GRACE CORP BENEFITS DE
```

**01OCT** — USD OUR: 2742989711TC — 37,159.24
```
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N  020920
ORIG ID:902057107 2 DESC DATE:021001
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:0210000229 89711 EED:021001
IND ID:GW000000094A01
IND NAME:GRACE CORP BENEFITS DE
```

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 6 of 21

| Ledger Date | Value Date | F T | References | Credit/Debit | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 01OCT | USD OUR: 27429897011TC | 42,505.52 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989701 EED:021001<br>IND ID:GRA000000094A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 27429897105TC | 60,443.42 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989705 EED:021001<br>IND ID:GRG000000094A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 27429897106TC | 85,051.18 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989706 EED:021001<br>IND ID:GRI000000094A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD OUR: 27429897107TC | 102,223.44 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 020920<br>ORIG ID:902057107 DESC DATE:021001<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000022989707 EED:021001<br>IND ID:GRJ000000094A01<br>IND NAME:GRACE CORP BENEFITS DE |
| 01OCT | USD YOUR: MAESTRO OUR: 0495409274FF | 400,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/O<br>IMAD: 1001A1Q002CC002489 |
| 01OCT | USD YOUR: O/B WACHOVIA WIN OUR: 0358508274FF | 990,041.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 7 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

6E

## CREDITS CONTINUED

| Book Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 01OCT | 01OCT | USD YOUR: O/B BKAM IL CGO OUR: 0206813274FF | 2,546,923.65 | ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:29 IMAD: 1001EAQFTIIA001125 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:38 IMAD: 1001G1QF6Y2C000493 |
| 02OCT | 02OCT | USD OUR: 2759443316TC | 26.87 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 020930 ORIG ID:9020571072 DESC DATE:021002 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000029443316 EED:021002 IND ID:GWT0000000094A02 IND NAME:GRACE CORP BENEFITS DE |
| 02OCT | 02OCT | USD YOUR: O/B FIRST UNION OUR: 0232607275FF | 506,392.51 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B FIRST UNION BBI=/TIME/13:55 IMAD: 1002F3QCAAIC001157 |
| 02OCT | 02OCT | USD YOUR: O/B WACHOVIA WIN OUR: 0183701275FF | 942,975.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: /CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/13:02 IMAD: 1002EAQFTIIA001025 |
| 02OCT | 02OCT | USD YOUR: O/B BKAM IL CGO OUR: 0094101275FF | 2,389,172.88 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:  01 OCT 2002
Statement End Date:    15 OCT 2002
Statement Code:       S00-USA-22
Statement No:         019

| Ledger Date | Val Ledger Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03OCT | | | USD YOUR: MAESTRO OUR: 0328509276FF | 900,000.00 | B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:02 IMAD: 1002G1QFG9Y2C000334 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 | | |
| 03OCT | | | USD YOUR: O/B BKAM IL CGO OUR: 0116913276FF | 1,396,474.16 | B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=MAESTRO OBI=FUND -318-P 1-S I ML PREMIER FUND BBI=/Q IMAD: 1003A1Q002DC001502 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 | | |
| 03OCT | | | USD YOUR: O/B WACHOVIA WIN OUR: 0113013276FF | 1,443,478.00 | B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:37 IMAD: 1003G1QFG9Y2C000488 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 | | |
| 04OCT | | | USD YOUR: O/B WACHOVIA WIN OUR: 0156114277FF | 2,060,967.00 | B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:32 IMAD: 1003EAQFTI1A000829 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A | | |

018-001257
01 OCT 2002
15 OCT 2002
S00-USA-22
019
Page 9 of 21

GE

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**04OCT**    USD YOUR: O/B BKAM IL CGO    OUR: 013921427FF

C-00001600125Z RFB=O/B WACHOVIA WIN
BBI=/TIME/12.19
IMAD: 1004EAQFTIIA000941

2,128,655.12   FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
CAMBRIDGE MA 02140
B/O: W.R. GRACE & CO.
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125Z RFB=O/B BKAM IL CGO
OBI=HQWT BBI=/TIME/12:00
IMAD: 1004Q1QFGY2C000560

**07OCT**    USD OUR: 280498291 5TC

233.43   ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021003
ORIG ID:90205Z1072 DESC DATE:021007
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000024982915 EED:021007
IND ID:GRA000000094A07
IND NAME:GRACE CORP BENEFITS DE

**07OCT**    USD YOUR: O/B FIRST UNION    OUR: 03010142 80FF

509,797.90   FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125Z RFB=O/B FIRST UNION
BBI=/TIME/15:08
IMAD: 1007F3QCAA1C001476

**07OCT**    USD YOUR: O/B WACHOVIA WIN    OUR: 01Z5603280FF

1,674,300.00   FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125Z RFB=O/B WACHOVIA WIN
BBI=/TIME/12:46
IMAD: 1007EAQFTIIA000954

**07OCT**    USD YOUR: O/B BKAM IL CGO    OUR: 009221328 0FF

3,040,669.62   FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.

Account No: 018-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 10 of 21

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Charges/Benefits Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 08OCT | | | | USD OUR: 28190983431C | 52.99 | CAMBRIDGE MA 02140 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001600125/ RFB=O/B BKAM IL CG0 OBI=HOWT BBI=/TIME/10:57 AMAD:1007G1QFGY2C000267 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 021004 ORIG ID:9020571072 DESC DATE:021008 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000029098343 EED:021008 IND ID:GRJ0000000094A08 IND NAME:GRACE CORP BENEFITS DE | | |
| 08OCT | | | | USD YOUR: 628328080258O001 OUR: 0289000281FC | 174.95 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE AND CO. COLUMBIA, MD 21044-4098 REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0001600125 7 ORG=000618101? COLUMBIA, MD 2104 4-4098 OGB=BANK OF AMERICA NT SA (N SSN: 0024492 | | |
| 08OCT | | | | USD YOUR: 628328080671O001 OUR: 0426000281FC | 438.25 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE AND CO. COLUMBIA, MD 21044-4098 REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0001600125 7 ORG=000618101? COLUMBIA, MD 2104 4-4098 OGB=BANK OF AMERICA NT SA (N SSN: 0029171 | | |
| 08OCT | | | | USD OUR: 28190983451C | 1,093.63 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:CABW TREAS 303 ORIG ID:3031036218 DESC DATE:100802 CO ENTRY DESCR:MISC PAY SEC:CCD TRACE#:021000029098345 EED:021008 IND/ID:J0232550120180O IND NAME:W R GRACE & CO RMR*IV*6793777-0-83883\ | | |
| 08OCT | | | | USD YOUR: MAESTRO OUR: 0309114281FF | 1,700,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 | | |

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 11 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

GE

## CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit / Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/O<br>IMAD: 1008A1Q002DC001505 | | | |
| | | 08OCT | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0096613281FF | 1,881,615.04 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/11.06<br>IMAD: 1008G1QF6Y2C000296 | | | |
| | | 08OCT | | USD YOUR: PER FAX REQUEST<br>OUR: 0097103281FF | 3,300,609.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=PER FAX REQUEST<br>OBI=FROM LORINE DAVENPORT. BBI=/TIM<br>IMAD: 1008EAQFT1A000633 | | | |
| | | 09OCT | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0088303282FF | 497,071.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/10:59<br>IMAD: 1009EAQFT11A000668 | | | |
| | | 09OCT | | USD YOUR: MAESTRO<br>OUR: 0293907282FF | 1,600,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A | | | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

GE

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 12 of 21

| Post Date | Value Date | Tran Code | Debit/ Amount | References | Description | Credit/ Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 09OCT | | USD YOUR: O/B BKAM IL CGO OUR: 0082907282FF | | | C-000016001257 RFB=MAESTRO OBI=FUND -31B-P 1-S 1 ML PREMIER FUND BBI=/0 IMAD: 1009A1Q002BC001391 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:41 IMAD: 1009G1QFGY2C000294 | 1,751,990.21 | | |
| 09OCT | | USD YOUR: O/B MARSHALL MIL OUR: 0315613282FF | | | FEDWIRE CREDIT VIA: M&I MARSHALL & ILSLEY BANK /075000051 B/O: NORTHWESTERN MUTUAL LIFE INS. MILWAUKEE WI 53202-4797 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B MARSHALL MIL OBI=CLIENT HAS REQUESTED WIRE IN L IMAD: 1009610X261C000890 | 1,902,016.52 | | |
| 10OCT | | USD YOUR: 14087262 OUR: 0277613283FF | | | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: HARTFORD LIFE COLI HARTFORD, CT 06101-2999 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=14087262 OBI=DEA TH CLAIMS FOR MB038 AND MB039 BBI=/ IMAD: 1010A1QF148C005397 | 200,243.32 | | |
| 10OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0128303283FF | | | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:42 IMAD: 1010EAQFTIA000850 | 519,341.00 | | |

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019

Page 13 of 21

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | A/I Date | Ledger Date | F | Reference | Credit/Debit | Description | Date | Charge/Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 10OCT | | 10OCT | | USD YOUR: O/B BKAM IL C60 OUR: 0099003283FF | 796,083.18 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-70001601257 RFB=O/B BKAM IL C60 OBI=HOWT BBI=/TIME/11:04 IMAD: 1010Q1QFGY2C000427 | | |
| 10OCT | | 10OCT | | USD YOUR: MAESTRO OUR: 0304801283FF | 5,600,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=MAESTRO OBI=FUND -318-P 1-S1 ML PREMIER FUND BBI=/0 IMAD: 1010A1Q002HC001647 | | |
| 11OCT | | 11OCT | | USD YOUR: 14096252 OUR: 0306107284FF | 115,284.44 | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: HARTFORD LIFE COLI HARTFORD, CT 06101-2999 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=14096252 OBI=DEA TH CLAIMS FOR MB039 BBI=/TIME/15:13 IMAD: 1011A1QF148C006100 | | |
| 11OCT | | 11OCT | | USD YOUR: O/B WACHOVIA WIN OUR: 0118902284FF | 1,449,770.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:17 IMAD: 1011EAQFTI1A000803 | | |
| 11OCT | | 11OCT | | USD YOUR: O/B BKAM IL C90 OUR: 0092101284FF | 1,796,910.21 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. | | |

GE

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 14 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | F | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | 15OCT | | USD YOUR: D/B BKAM IL CGO OUR: 0156214288FF | | CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B BKAM IL CGO OBT=HOWT BBI=/TIME/10:39 IMAD: 1011GIQFGY2C000337 | | |
| | 15OCT | | | 2,775,606.96 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B BKAM IL CGO OBT=HOWT BBI=/TIME/10:44 IMAD: 1015GIQFGY2C000607 | | |
| | 15OCT | | USD YOUR: D/B WACHOVIA WIN OUR: 0447009288FF | 5,700,043.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-0001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/14:50 IMAD: 1015EAQFTI1A001608 | | |

## DEBITS

| | 01OCT | | USD YOUR: SEE WIRE OUR: 1238600274JB | 43,621.42 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| | 01OCT | | USD YOUR: SEE WIRE OUR: 1238100274JB | 47,173.70 | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU BEN: /193069073S129 PETROPOLIS S.A. REF: OCTOBER FEES AND SERVICES | | |
| | 01OCT | | USD YOUR: SEE WIRE OUR: 0600100274JB | 805,114.64 | FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON X REF: HOURLY PAYROLL/TIME/12:35 | | |

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 15 of 21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

GE

| Ledger Post Date | Value Date | Reference | Credit / Debit | Description | Posting Balance / Date | Amount |
|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Post Date | Value Date | Reference | Credit / Debit | Description |
|---|---|---|---|---|
| 01OCT | 01OCT | USD YOUR: HONT-FUCD  OUR: 1239200274JB | 3,500,000.00 | IMAD: 1001B1Q6C01C002703  FEDWIRE DEBIT  VIA: FIRT UNION NC  /053000219  A/C: W.R. GRACE AND CO.  CHARLOTTE NC  REF: 0111 79 ATTN P. LAWING 704-374  -3448/TIME/16:59  IMAD: 1001B1Q6C07C005100 |
| 02OCT | 02OCT | USD YOUR: FPRS DEPOSITORY  OUR: 0661600275JB | 370.00 | CHIPS DEBIT  VIA: DEUTSCHE BANK TRUST CO AMERICA  /0103  A/C: FPRS DEPOSITORY  X  BEN: WR GRACE + CO.  X  REF: REFER TO WIRE WR GRACE WEEK EN  DING 9/23/02 HOURLY  SSN: 0233878 |
| 02OCT | 02OCT | USD YOUR: FPRS DEPOSITORY  OUR: 0661500275JB | 4,275.81 | CHIPS DEBIT  VIA: DEUTSCHE BANK TRUST CO AMERICA  /0103  A/C: FPRS DEPOSITORY  X  BEN: WR GRACE + CO.  X  REF: REFER TO WIRE WR GRACE WEEK EN  DING 9/23/02 SALARIED  SSN: 0233870 |
| 02OCT | 02OCT | USD YOUR: SEE WIRE  OUR: 0661400275JB | 55,109.65 | BOOK TRANSFER DEBIT  A/C: W R GRACE & CO CONN (UHC FUNDI  COLUMBIA MD 21044-  REF: UHC PAYMENTS |
| 02OCT | 02OCT | USD YOUR: SEE WIRE  OUR: 0998700275JB | 104,437.44 | FEDWIRE DEBIT  VIA: FW121000358  /121000358  A/C: BANK AMERICA BUSINESS CREDIT,  SONIA ROSADO PHONE 212-503-7835  REF: /TIME/16:59  IMAD: 1002B1Q6C05C003989 |
| 02OCT | 02OCT | USD YOUR: SEE WIRE  OUR: 0799800275JB | 1,600,000.00 | FEDWIRE DEBIT  VIA: STATE ST BOS  /011000028  A/C: MERRILL LYNCH PREMIER INSTITUT |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

016-001257
01 OCT 2002
15 OCT 2002
S00-USA-22
019

Page 16 of 21

| Ledger Date | Val Date | Ledger Date | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02OCT | 02OCT | USD | YOUR: HOWT-FUCD<br>OUR: 0799300275.B | 2,200,000.00 | FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:10<br>IMAD: 1002B1QGC07C003449<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:11 | | |
| 03OCT | 03OCT | USD | YOUR: SEE WIRE<br>OUR: 0805300276.JB | 35,714.61 | IMAD: 1002B1QGC02C003603<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 03OCT | 03OCT | USD | YOUR: HOWT-CHASE<br>OUR: 0804600276.JB | 76,117.29 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| 03OCT | 03OCT | USD | YOUR: FPRS DEPOSITORY<br>OUR: 0806200276.B | 159,490.77 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103 FPRS DEPOSITORY<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 9/30/02 FOR HOURLY<br>SSN: 0238054 | | |
| 03OCT | 03OCT | USD | YOUR: HOWT-FUCD<br>OUR: 0950100276.JB | 3,400,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/17:01<br>IMAD: 1003B1QGC01C004381 | | |
| 04OCT | | USD | OUR: 0031950114XF | 2,736.50 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238196.3<br>BOOK TRANSFER DEBIT | | |
| 04OCT | 04OCT | USD | YOUR: SEE WIRE<br>OUR: 0827500277JB | 23,681.52 | A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044- | | |

Account No: 016-001257
Statement Start Date: 01 OCT 2002
Statement End Date: 15 OCT 2002
Statement Code: S00-USA-22
Statement No: 019
Page 17 of 21

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Adj Date | Ledger Date | Value Date | F T | References | Credit/Debit | Description | Date | Cr/dr Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 04OCT | USD YOUR: SEE WIRE<br>OUR: 0827600277JB | 102,871.69 | REF: UHC PAYMENTS<br>CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: DEUTSCHE BANK AG,AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PYMT OF INVOICE<br>1487 1488<br>SSN: 0230255 |
| 04OCT | USD YOUR: HOWT-FUCD<br>OUR: 0827700277JB | 1,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:17<br>IMAD: 1004B1QGC07C003606 |
| 04OCT | USD YOUR: SEE WIRE<br>OUR: 0827800277JB | 2,300,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:17<br>IMAD: 1004B1QGC04C003210 |
| 07OCT | USD OUR: 0031130114XF | 17,449.04 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963<br>BOOK TRANSFER DEBIT |
| 07OCT | USD YOUR: SEE WIRE<br>OUR: 0871200280JB | 47,416.74 | A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 07OCT | USD YOUR: HOWT-FUCD<br>OUR: 0871300280JB | 2,300,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:35<br>IMAD: 1007B1QGC02C004003 |
| 07OCT | USD YOUR: SEE WIRE<br>OUR: 0871400280JB | 2,900,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS |

GE

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:        016-001257
Statement Start Date:  01 OCT 2002
Statement End Date:    15 OCT 2002
Statement Code:       S00-USA-22
Statement No:         019
Page 18 of 21

| Ledger Date | Value Date | F | Reference | Credit / Debit | Description | Commissions Amount |
|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 08OCT | | | USD YOUR: FPRS DEPOSIT:JRY<br>OUR: 0776200281JB | 330.00 | /01100028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:35<br>IMAD: 1007B1QGC07C004077<br>CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 9/30/02 HOURLY CATCH UP CONTRI<br>SSN: 0234933 | |
| 08OCT | | | USD YOUR: SEE WIRE<br>OUR: 0196100281JB | 42,119.63 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | |
| 08OCT | | | USD OUR: 002977011&XF | 47,481.08 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963 | |
| 08OCT | | | USD YOUR: SEE WIRE<br>OUR: 0548500281JB | 139,420.00 | BOOK TRANSFER DEBIT<br>A/C: SAMPO BANK PLC<br>HELSINKI 00007 FINLAND<br>BEN: /164800061401&1886<br>OMG HARJAVALTA NICKEL OY<br>REF: GRACE DAVISON PAYING INVOICE I<br>N80006156 | |
| 08OCT | | | USD YOUR: SEE WIRE<br>OUR: 0195600281JB | 806,857.65 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:37<br>IMAD: 1008B1QGC08C001800 | |
| 08OCT | | | USD YOUR: HOWT-FUCD<br>OUR: 0776500281JB | 5,800,000.00 | FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:15 | |