IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION TO THIRTEENTH MONTHLY
APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO
THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002
[RE: DOCKET NO. 3188]**

On December 26, 2002, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Thirteenth Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 3188] (the "Application"). The notice filed with the Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on January 15, 2003. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated May 3, 2001, the Debtors are authorized to pay Klett Rooney $7,414.40 which represents eighty percent (80%) of the total fees ($9,268.50), and $430.93, which represents 100% of the expenses requested in the Application

upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
    Teresa K.D. Currier (No. 3080)
    The Brandywine Building
    1000 West St. - Suite 1410
    Wilmington, DE 19801

Co-Counsel to the Official Committee of Equity Holders

Dated: January 16, 2003

WLM 42153.1