IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JANUARY 27, 2002 AT 12:00 P.M.

### UNCONTESTED MATTERS

1.  Special Fee Application of Pitney, Hardin, Kipp & Szuch LLP for Services Rendered to Debtor, Gloucester New Communities, Inc., Pursuant to Previously-Approved Contingency Fee Agreement (Docket No. 1305)

    **Related Documents:**

    a.  Notice of Final Hearing on Special Fee Application of Pitney, Hardin, Kipp & Szuch LLP for Services Rendered to Debtor, Gloucester New Communities, Inc., Pursuant to Previously-Approved Contingency Fee Agreement (Docket No. 3198)

    **Response Deadline:** January 10, 2003 at 4:00 p.m.

    **Responses Received:** None as of the date of this Agenda Notice.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Status:** This matter will be going forward.

2.      Motion of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Limited Waiver of the Requirements of Local Rule 2016-2(D) (Docket No. 3007)

**Related Documents:**

a.      Supplemental Affidavit of W. Larry Farmer in Support of Motion of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Limited Waiver of the Requirements of Local Rule 2016-2 (D) (Docket No. 3007)

**Response Deadline:** January 10, 2003 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** This matter will be going forward.

3.      Debtors' Motion for Order Approving Settlement with MCNIC Pipeline & Processing Company, Pursuant to Fed.R.Bankr.P. 9019 (Docket No. 3161)

**Related Documents:**

a.      Certification of No Objection Regarding Docket No. 3161 (Docket No. 3226)

**Response Deadline:** January 6, 2003 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** No parties have objected to the relief requested in the motion.  Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the motion.

4.      Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Woodcock Washburn LLP as Special Litigation Counsel to Intervene in Litigation (Docket No. 3182)

**Related Documents:**

a.      Affidavit of Gary H. Levin in Support of Application of the Debtors to Employ Woodcock Washburn LLP as Special Counsel for the Debtors (Docket No. 3182)

b.      [Proposed] Order Authorizing the Retention and Employment of Woodcock Washburn LLP as Special Litigation Counsel to Intervene in Litigation (Docket No. 3182)

c.      Certification of No Objection Regarding Docket No. 3182 (Docket No. 3251)

**Response Deadline:** January 10, 2003 at 4:00 p.m.

**Responses Received:** None as of the date of this Agenda Notice.

**Status:** No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the Application.

5.    Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors to Terminate a Prime Lease and Assume and Assign the Accompanying Sublease (Docket No. 3183)

   **Related Documents:**

   a.    [Proposed] Order Pursuant to Sections 363 and 365 of the Bankruptcy Code Authorizing the Debtors to Terminate a Prime Lease and Assume and Assign the Accompanying Sublease (Docket No. 3183)

   b.    Certification of No Objection Regarding Docket No. 3183 (Docket No. 3252)

   **Response Deadline:** January 10, 2003 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the motion.

## CONTESTED MATTERS

6.    Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

   **Related Documents:**

   a.    [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

   **Response Deadline:** Extended until January 17, 2003 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status:** The parties are working towards a consensual resolution of this matter and have determined that a resolution will not be reached before the hearing. The parties respectfully request that this matter be continued to the next omnibus hearing.

7.    Debtors' Motion to Further Extend the Preliminary Injunction as it Applies to the Robert Locke Matter (Adv. Pro. No. 01-771, Docket No. 143)

**Related Documents:**

a.     [Proposed] Order to Further Extend the Preliminary Injunction as it Applies to the Robert Locke Matter (Adv. Pro. No. 01-771, Docket No. 143)

**Response Deadline:** November 29, 2002 at 4:00 p.m.

**Responses Received:**

a.     Robert H. Locke's Opposition to Debtors' Motion to Further Extend the Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 145)

b.     Debtors' Reply to Robert H. Locke's Opposition to the Debtors' Motion to Further Extend the Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 147)

**Status:** This matter will be going forward.

## STATUS

8.     Rescheduling of the June 2003 omnibus hearing.

9.     Status of ZAI Litigation.

Dated: January *17*, 2003              KIRKLAND & ELLIS
                                       David M. Bernick, P.C.
                                       James H.M. Sprayregen, P.C.
                                       James W. Kapp III
                                       Janet S. Baer
                                       200 East Randolph Drive
                                       Chicago, Illinois 60601
                                       (312) 861-2000

                                       and

                                       PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

                                       Laura Davis Jones (Bar No. 2436)
                                       Scotta E. McFarland (Bar No. 4184)
                                       Paula A. Galbraith (Bar No. 4258)
                                       919 North Market Street, 16th Floor
                                       P.O. Box 8705
                                       Wilmington, DE 19899-8705 (Courier 19801)
                                       Telephone: (302) 652-4100
                                       Facsimile: (302) 652-4400

                                       Co-counsel for Debtors and Debtors in Possession