IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 17th day of January 2003, I caused a copy of the following document to be served on the individuals on the attached service lists in the manner indicated:

1. **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 27, 2003 AT 12:00 P.M..**

*Paula A. Galbraith*
Paula A. Galbraith (DE Bar No. 4258)

# PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

919 North Market Street, 16th Floor
P.O.Box 8705
Wilmington, Delaware 19899-8705
Phone: (302) 652-4100
Fax: (302) 652-4400

## FACSIMILE COVERSHEET

**DATE:** January 17, 2003

| RECIPIENT | FAX NO. |
|---|---|
| Hamid R. Rafatjoo, Esquire (Counsel to Debtors and Debtors in Possession) | 310-201-0760 |
| Steven M. Yoder, Esquire (Local Counsel to DIP Lender) | 302-658-6395 |
| Mark Hurford, Esquire (Local Counsel to Asbestos Claimants) (Special Request) | 302-426-9947 |
| William H. Sudell, Jr., Esquire Eric D. Schwartz, Esquire (Special Request) | 302-658-3989 |
| Mark D. Collins, Esquire Deborah E. Spivack, Esquire (Counsel for The Chase Manhattan Bank) | 302-658-6548 |
| Jeffrey C. Wisler, Esquire Michelle McMahon, Esquire | 302-658-0380 |
| Francis A. Monaco, Jr., Esquire Frederick B. Rosner, Esquire (Counsel for Ingersoll-Rand Fluid Products) | 302-656-2769 |
| Michael B. Joseph, Esquire Theodore J. Tacconelli, Esquire (Counsel for Property Damage Claimants) | 302-575-1714 |
| Mark S. Chehi (Counsel for Sealed Air Corporation) (Special Request) | 302-651-3001 |
| James H.M. Sprayregen, Esquire (Counsel to Debtor) | 312-861-2200 |

### CAUTION - CONFIDENTIAL

THE INFORMATION CONTAINED IN THIS IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
FAX ROOM AT OPERATOR AS SOON AS POSSIBLE.

Page 2

| | |
|---|---|
| James Kapp, III, Esquire<br>(Counsel to Debtor) | 312-660-0624 |
| Frank J. Perch, Esquire<br>(United States Trustee) | 302-573-6497 |
| Derrick Tay, Esquire<br>(Canadian counsel for Debtor) | 416-977-5239 |
| David B. Siegel<br>(W. R. Grace & Co.) | 410-531-4545 |
| William Sparks, Esquire<br>(Counsel to W. R. Grace &Co.) | 302-652-5338 |
| Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>(Official Committee of Personal Injury Claimants) | 212-644-6755 |
| Lewis Kruger, Esquire<br>(Official Committee of Unsecured Creditors) | 212-806-6006 |
| Scott L. Baena, Esquire<br>(Official Committee of Property Damage Claimants) | 305-374-7593 |
| Philip Bentely, Esquire<br>(Counsel for Equity Committee | 212-715-8000 |
| J. Douglas Bacon, Esquire<br>(Counsel to DIP Lender) | 312-993-9767 |
| Nancy Worth Davis, Esquire<br>(Counsel to Asbestos Claimants) | 843-216-9410 |
| Joseph Grey, Esquire<br>John Demmy, Esquire<br>Thomas G. Whalen, Esquire<br>(Special Request) | 610-371-7390 |
| Michael R. Lastowski, Esquire<br>(Counsel to Official Committee of Unsecured Creditors) | 302-657-4901 |
| Mary M. Maloney-Huss, Esquire<br>(Counsel for General Electric Company)<br>(Special Request) | 302-777-5863 |
| Selinda A. Melnik, Esquire<br>(Counsel for Gamma Holding NV)<br>(Special Request) | 302-652-8405 |
| Laurie Selber Silverstein, Esquire<br>(Counsel for Norfolk Southern Corp. | 302-658-1192 |

**CAUTION - CONFIDENTIAL**
THE INFORMATION CONTAINED IN THIS IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
FAX ROOM AT Operator AS SOON AS POSSIBLE.**

91100-001\DOCS_DE:62573.1

Page 3

| | |
|---|---|
| Teresa Currier, Esquire<br>(Counsel for Equity Committee) | 302-552-4295 |
| Curtis Crowther, Esquire<br>(Counsel for Century Indemnity Company) | 302-571-1253 |
| David Blechman<br>Blackstone Group<br>(Financial Advisor to Debtor) | 212-583-5707 |
| Aaron A. Garber, Esquire<br>(Counsel for Potash Corp.)<br>(Special Request) | 302-656-8865 |
| Eric Lopez Schnabel, Esquire<br>James H. Joseph, Esquire<br>(Counsel for Entergy Services, Inc.)<br>(Special Request) | 302-552-4295 |
| John D. Demmy, Esquire<br>(Counsel for First Union Leasing) | 610-371-7390 |
| William D. Sullivan, Esquire<br>(Counsel for Zonolite Attic Litigation Plantiffs)<br>(Special Request) | 302-428-3180 |
| Francis J. Murphy, Esquire<br>John S. Spadaro, Esquire<br>Chase T. Brockstedt, Esquire<br>(Counsel for Certain Underwriters at Lloyd's of London) | 302-654-4775 |
| Thomas G. Whalen, Esquire<br>Christina M. Maycen, Esquire<br>(Counsel for Mark Hankin and HanMar Associates) | 610-371-7390 |
| William S. Katchen, Esquire<br>(Special Request) | 973-424-2001 |
| Allison E. Reardon, Esquire<br>(Counsel for the Delaware Division of Revenue)<br>(Special Request) | 302-577-8656 |
| Robert J. Dehney, Esquire<br>Michael G. Busenkell, Esquire<br>(Counsel for Travelers Casualty and Surety Company) | 302-658-3989 |

**CAUTION - CONFIDENTIAL**

THE INFORMATION CONTAINED IN THIS IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL<br>FAX ROOM AT Operator AS SOON AS POSSIBLE.**

91100-001\DOCS_DE:62573.1

Page 4

| | |
|---|---|
| (Special Request) | |
| Adam G. Landis, Esquire<br>(Counsel for Wachovia Bank, N.A.)<br>(Special Request) | 302-552-4295 |
| Teresa K.D. Currier, Esquire<br>(Equity Committee Counsel)<br>(Special Request) | 302-552-4295 |
| Rachel B. Mersky, Esquire<br>(Counsel for Union Tank Car Company)<br>(Special Request) | 302-656-2769 |
| Megan N. Harper, Esquire<br>(Counsel for Royal Insurance)<br>(Special Request) | 302-429-8600 |
| Mark T. Hurtford, Esquire<br>Marla Rosoff Eskin, Esquire<br>(Counsel for Asbestos Personal Injury Claimants) | 302-426-9947 |
| Peter Van N. Lockwood, Esquire<br>Albert G. Lauber, Esquire<br>Nathan D. Finch, Esquire<br>Max C. Heerman, Esquire<br>(Counsel fro Asbestos Personal Injury Claimants) | 202-429-3301 |
| Kathleen M. Miller<br>(Counsel for Robert H. Locke and Counsel for PricewaterhouseCoopers LLP) | 302-652-8405 |
| Brett D. Fallon<br>(Counsel for Caterpillar Financial) | 302-571-1750 |
| David C. Casey<br>(Counsel for Robert H. Locke) | 617-951-8736 |

FROM:   Patricia E. Cuniff, Paralegal    PHONE:    (302) 652-4100

RE:    W. R. Grace & Co., et al.

| CLIENT/MATTER NUMBER: 91100-001 | |
|---|---|
| NUMBER OF PAGES WITH COVER PAGE: | ORIGINAL WILL NOT FOLLOW |

**CAUTION - CONFIDENTIAL**

THE INFORMATION CONTAINED IN THIS IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
FAX ROOM AT Operator AS SOON AS POSSIBLE.**

91100-001\DOCS_DE:62573.1