UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-4471, 00-4469, and 00-4470 <br> (Jointly Administered) |
| IN RE: W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered) |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-10578, et al. <br> (Jointly Administered) |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-2094 through 01-2104 <br> (Jointly Administered) |
| IN RE: OWENS CORNING, et al., <br><br><br> Debtors. | Chapter 11 <br> Case Nos. 00-3837 through 00-3854 <br> (Jointly Administered) <br><br> Objections due: January 13, 2003 <br> Hearing date to be set only if objections are timely filed. |

NOTICE OF FILING OF A SECOND FEE APPLICATION ON BEHALF OF BUDD LARNER

TO:   All parties set forth on the service list annexed hereto.

**PLEASE TAKE NOTICE** that Budd, Larner, Rosenbaum, Greenberg & Sade, P.C. ("Budd Larner") files this Notice of a Second Fee Application for services rendered and expenses incurred from March 1, 2002 through August 31, 2002 in conjunction with the Court Appointment of David R. Gross as an Advisor (hereinafter referred to as "Second Fee Application").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the aforementioned Second Fee Application, if any, must be filed on or before January 13, 2003 by 4:00 p.m. (E.S.T.) with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801, and must be served upon and received by: (i) Sonya M. Longo, Esq., Budd Larner Rosenbaum Greenberg & Sade, P.C., 150 JFK Parkway, CN 1000, Short Hills, New Jersey 07078; and (ii) Frank J. Perch, Esq., Office of the United States Trustee, 844 King Street, Lockbox 35, Room 2311, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that in the event that a timely objection to the Second Fee Application is filed, a hearing will be scheduled at the convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that in the absence of any timely filed objections, the Court may enter an Order

approving the aforementioned Second Fee Application on an interim basis without further notice or hearing.

Dated: December 31, 2002

SONYA M. LONGO
BUDD LARNER ROSENBAUM
GREENBERG & SADE, P.C.
150 JFK Parkway, CN 1000
Short Hills, NJ 07078
Telephone: (973) 379-4800

419847