IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:        General Asbestos          $\omega$

Chapter 11

Case Nos. 00-4471, 00-4469, 00-4470, 01-1139 through 01-1200, 01-10578, et al., 01-2094 through 1-2104 and 00-3837 through 00-3854.

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

SECOND FEE APPLICATION OF BUDD, LARNER, ROSENBAUM, GREENBERG & SADE, P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2002 THROUGH AUGUST 31, 2002 IN CONJUNCTION WITH THE COURT APPOINTMENT OF DAVID R. GROSS AS AN ADVISOR

Name of Applicant:

Budd, Larner, Rosenbaum, Greenberg & Sade, P.C.

Authorized to Provide
Professional Services to:

Alfred M. Wolin, U.S.D.J.

Date of Order:

December 28, 2001

Period for which Compensation and
Reimbursement Are Sought:

March 1, 2002 through
August 31, 2002

Amount of Compensation Sought as
Actual, Reasonable and Necessary:          $126,659.00

Amount of Expense Reimbursement Sought
as Actual, Reasonable and Necessary:      $9,043.94

This is an: X___ interim   ____ final application

The total time expended for fee application preparation for all five court appointed advisors is approximately 116.9 hours and

419880

the corresponding compensation requested is approximately
$16,132.50.

If this is not the first application filed, disclose the
following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 5/06/02 | 12/01-02/02 | $54,285.00 | $1,589.95 | $54,285.00 | $1,589.95 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

419880

**Local Form 101 (Fee Application Cover Sheet)**

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David R. Gross | Former Partner, admitted to practice in 1960 | $450 | 226.50 | $101,925.00 |
| Joseph J. Schiavone | Partner, admitted to practice in 1980 | $290 | 9.10 | $2,639.00 |
| Sonya M. Longo | Counsel, admitted to practice in 1995 | $225 | 13.60 | $3,060.00 |
| Whitney R. Chelnik | Associate, admitted to practice in 2001 | $150 | 104.50 | $15,675.00 |
| Kevin R. Daniels | Paralegal | $75 | 0.20 | $15.00 |
| Donna R. Deeney | Paralegal | $75 | 44.60 | $3,345.00 |
| Grand Total: 398.50 hrs. | $126,659.00 | | | |
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 281.60 | $110,526.50 |
| Employment/Fee Applications | 116.90 | $16,132.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone Charges | | $18.22 |

419876

| | | |
|---|---|---|
| Parking/Tolls | | $168.00 |
| Photocopying | | $6,504.75 |
| Facsimile | | $100.00 |
| Legal Research Services | Pacer | $7.07 |
| Train Fare | | $35.00 |
| Mileage | | $17.05 |
| Courier & Express Carriers (e.g., Federal Express) | Federal Express, J.E.M. Messenger Service and Postage | $444.89 |
| Travel Expenses | Lodging and Taxis | $1,748.96 |

419876

**Local Form 102 (Fee Application/Attachment B)**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al.,          Debtors. | : Chapter 11 <br> : Case Nos. 00-4471, 00-4469, 00-4470 <br> : (Jointly Administered) |
| IN RE: W. R. GRACE & CO., et al.,          Debtors. | : Chapter 11 <br> : Case Nos. 01-1139 through 01-1200 <br> : (Jointly Administered) |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al.,          Debtors. | : Chapter 11 <br> : Case Nos. 01-10578, et al. <br> : (Jointly Administered) |
| IN RE: USG CORPORATION, a Delaware Corporation, et al.,          Debtors. | : Chapter 11 <br> : Case Nos. 01-2094 through 01-2104 <br> : (Jointly Administered) |
| IN RE: OWENS CORNING, et al.,          Debtors. | : Chapter 11 <br> : Case Nos. 00-3837 through 00-3854 <br> : (Jointly Administered) <br><br> Objections due: January 13, 2003 <br> Hearing date set only if objections are timely filed |

IN RE:    GENERAL ASBESTOS

SECOND APPLICATION OF BUDD, LARNER, ROSENBAUM, GREENBERG & SADE, P.C. ON BEHALF OF THE COURT APPOINTED ADVISOR DAVID R. GROSS FOR AN INTERIM ALLOWANCE OF FEES FOR ACTUAL AND NECESSARY SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MARCH 1, 2002 THROUGH AUGUST 31, 2002

**TO THE HONORABLE ALFRED M. WOLIN, U.S.D.J.:**

Pursuant to 11 U.S.C. §330 and §331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Budd, Larner, Rosenbaum, Greenberg & Sade, P.C. ("Budd Larner") hereby moves this Honorable Court for an Order awarding a second interim allowance of reasonable compensation with respect to the five above-captioned Chapter 11 cases for professional services rendered in conjunction with the Court Appointment of David R. Gross as an Advisor in connection with the Court's management of these very large, mass-tort bankruptcy cases, in the amount of $126,659.00 and reimbursement of related expenses of $9,043.94 for the period from March 1, 2002 through August 31, 2002.

In support of this Application and pursuant to Bankruptcy Rule 2016, Budd Larner respectfully represents as follows:

1.  On various dates, the debtors in the above-captioned cases filed voluntary petitions for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101-1330.   The debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  On December 28, 2001, the Court appointed David R. Gross and several other attorneys as "Court Appointed Advisors" to assist the Court as set forth in that Order and

425723                                          2

in subsequent Orders with the management of the above-captioned very large, mass-tort bankruptcy cases and to undertake such duties as the Court may assign. A copy of the Appointment Order is attached hereto as Exhibit A.

3. By its Order dated March 19, 2002, the Court withdrew the reference to the Bankruptcy Court for any application for allowance of fees and/or costs by Court Appointed Advisors and gave leave to the Court Appointed Advisors to file interim fee applications in accordance with the directions set forth therein. A copy of the March 19, 2002 Order is attached hereto as Exhibit B. This Application is the second such application by Budd Larner.

4. There is no agreement or understanding between the members, associates and employees of Budd Larner and any other individuals or entities for the sharing of compensation received or to be received by this firm for services rendered in connection with these proceedings.

5. No agreement exists with any person or entity regarding the rate or amount of compensation Budd Larner shall receive in connection with the appointment of David R. Gross by this Court. The hourly rate of $450.00 is reasonable and customary for an attorney of David R. Gross' experience in rendering services such as those involved with his duties as a Court Appointed Advisor. The hourly rate of $290.00 is reasonable and customary for an attorney of Joseph S. Schiavone's experience in rendering services such as those involved in this matter. The hourly rate of $225.00 is

425723                                                                        3

reasonable and customary for an attorney of my experience in rendering services such as those involved in this matter. The hourly rate of $150.00 is reasonable and customary for an attorney of Whitney R. Chelnik's experience in rendering services such as those involved in this matter. The hourly rate of $75.00 is reasonable and customary for paralegal services.

6.    David R. Gross and other professionals associated with Budd Larner have expended a total of 398.50 hours in rendering professional services through August 31, 2002 related to David R. Gross' position as a Court Appointed Advisor. The time spent and the services rendered were reasonable in relation to the size and complexity of the matters handled, not duplicative of other services rendered, and necessary to the administration of the debtors' estates. An overall billing statement is attached as Exhibit C. Exhibit C sets forth the total hours spent by David R. Gross and other professionals associated with Budd Larner.

7.    The billing statement attached as Exhibit C presents the hours expended in increments of one-tenth of an hour with a description of the service rendered for each entry.

8.    In addition to the time expended in rendering services, Budd Larner incurred out-of-pocket expenses in connection with David R. Gross' appointment as a Court

425723

4

Appointed Advisor in the amount of $9,043.94. These expenses were reasonable in relation to the size and complexity of the matters handled, not duplicative of other expenses incurred, and necessary to the administration of the debtors' estates.

9. Budd Larner respectfully submits that the sought compensation for services and reimbursement of expenses is consistent with the nature and extent of the services rendered for the period from March 1, 2002 through August 31, 2002, the size and complexity of the case, the time, labor and special expertise brought to bear on the questions, and other related factors.

10. A proposed form of Order is submitted herewith.

WHEREFORE, Budd Larner respectfully requests that an interim allowance of compensation for fees for services rendered and reimbursement of costs be allowed in the amount of $135,702.94, subject to disgorgement as may be directed in a final Order of allowance at the conclusion of these Chapter 11 cases.

WHEREFORE, Budd Larner further respectfully requests that the interim allowance of its fees and costs be allocated evenly among the debtors as to all consolidated proceedings as set forth in Exhibit C for a total amount of $135,702.94, resulting in each debtor paying $27,140.59. The sum of fees and costs allowed against each debtor pursuant to this interim allowance shall total $27,140.59 against Federal-Mogul Global, Inc.; $27,140.59 against W. R. Grace & Co.; $27,140.59 against

Armstrong World Industries, Inc.; $27,140.59 against Owens
Corning; and $27,140.59 against U.S.G. Corporation.

_____

SONYA M. LONGO
BUDD LARNER ROSENBAUM
GREENBERG & SADE, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-0999
(973) 379-4800

Dated:    December 31, 2002

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD    :<br>INDUSTRIES, INC., et al.,: | Chapter 11<br>Case Nos. 00-4471, 00-4469,<br>00-4470 |
| Debtors.    : | |
| IN RE: W.R. GRACE & CO., :<br>et al.,    : | Chapter 11<br>Case Nos. 01-1139 through<br>0-1200 |
| Debtors.    : | |
| IN RE: FEDERAL-MOGUL    :<br>GLOBAL, INC., T&N    :<br>LIMITED, et al.,    : | Chapter 11<br>Case Nos. 01-10578, et al.[1] |
| Debtors.    : | |
| IN RE: USG CORPORATION,    :<br>a Delaware Corporation,    :<br>et al.,    : | Chapter 11<br>Case Nos. 01-2094 through<br>01-2104 |
| Debtors.    : | |
| IN RE: OWENS CORNING,    :<br>et al.,    : | Chapter 11<br>Case Nos. 00-3837 through<br>00-3854 |
| Debtors.    : | |

ORDER DESIGNATING COURT APPOINTED CONSULTANTS
AND SPECIAL MASTERS

This matter having been opened by the Court upon its own

motion in each of the above-captioned Chapter 11 cases; and the

interested parties having been put on notice by the Court at the

joint case management conference held on December 20, 2001, that

the Court anticipated appointing special masters and/or case

[1] See attached list.

management consultants to whom the Court may from time to time delegate certain authority to hear matters and to advise the Court on issues that may arise in these five large Chapter 11 cases; and for good cause shown

It is this 28th day of December, 2001

ORDERED that the following Order applies to the lead cases identified in the caption of this Order and to all cases filed as related cases thereto, and it is further

ORDERED that William A. Drier, Esq., David R. Gross, Esq., C. Judson Hamlin, Esq., John E. Keefe, Esq., and Professor Francis E. McGovern are hereby designated as Court Appointed Consultants to advise the Court and to undertake such responsibilities, including by way of example and not limitation, mediation of disputes, holding case management conferences, and consultation with counsel, as the Court may delegate to them individually, and it is further

ORDERED that the parties are on notice that the Court may, without further notice, appoint any of the Court-Appointed Consultants to act as a Special Master to hear any disputed matter and to make a report and recommendation to the Court on the disposition of such matter, and it is further

ORDERED that William A. Drier, Esq., is hereby appointed Special Master in the matter of In re W.R. Grace & Co., Bankruptcy No. 01-1139 through 01-1200, to hear all disputed matters in that Chapter 11 case for which the Court's Order of

Reference may be withdrawn from the Honorable Judith K.
Fitzgerald, United States Bankruptcy Judge, and it is further

ORDERED that the fees of the Court Appointed Consultants and
Special Master(s) shall be borne by the debtors in such manner
and apportionment as this Court or the Bankruptcy Courts may
hereinafter direct.

ALFRED M. WOLIN, U.S.D.J.

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD  : | Chapter 11 |
| INDUSTRIES, INC., et al.,: | Case Nos. 00-4471, 00-4469, |
| : | 00-4470 |
| Debtors.  : | |
| IN RE: W.R. GRACE & CO., : | Chapter 11 |
| et al., : | Case Nos. 01-1139 through |
| : | 0-1200 |
| Debtors.  : | |
| IN RE: FEDERAL-MOGUL : | Chapter 11 |
| GLOBAL, INC., T&N : | Case Nos. 01-10578, et al.[1] |
| LIMITED, et al., : | |
| : | |
| Debtors.  : | |
| IN RE: USG CORPORATION, : | Chapter 11 |
| a Delaware Corporation, : | Case Nos. 01-2094 through |
| et al., : | 01-2104 |
| : | |
| Debtors.  : | |
| IN RE: OWENS CORNING, : | Chapter 11 |
| et al., : | Case Nos. 00-3837 through |
| : | 00-3854 |
| Debtors.  : | |

**ORDER 1) PARTIALLY WITHDRAWING THE REFERENCE AND 2) GOVERNING
APPLICATIONS FOR THE ALLOWANCE OF FEES AND EXPENSES TO COURT
APPOINTED ADVISORS**

This matter being opened upon the Court's own motion pursuant

to the authority granted in 11 U.S.C. § 105(a) and the Court's

inherent power; and the Court, pursuant to its Order of December

28, 2001, having appointed certain persons as Court Appointed

Advisors ("Advisors") and in that Order and in subsequent Orders

---

[1]See attached list.

certain of these Advisors having been designated Special Masters to hear and report on matters specifically delegated to them by the Court as set forth in those Orders; and it appearing that the Advisors are functioning in a manner in all respects similar to examiners as provided for in the Bankruptcy Code, 11 U.S.C. §§ 1104, 1106; and the Bankruptcy Code and Rules providing for the compensation of examiners, officers and professional persons pursuant to 11 U.S.C. §§ 330, 331; and the Advisors, by virtue of their direct appointment by the Court, occupying a unique position in the above-captioned cases not shared by other persons employed in these cases; and the Court having determined that the continued employment of the Advisors in their various capacities is necessary for the efficient administration of these very large mass-tort chapter 11 cases and in the best interests of the creditors, equity holders and the estates in bankruptcy and that the debts of the estates as specified in 11 U.S.C. § 1104(c)(2) exceed $5,000,000; and for good cause shown

IT IS this | 9 day of March 2002

ORDERED that pursuant to 28 U.S.C. § 157 and the Order of this Court issued December 10, 2001, the reference of these cases to the Bankruptcy Court, Judge Randall J. Newsome and Judge Judith K. Fitzgerald presiding, is hereby withdrawn with respect to any application for an allowance of fees filed by any of the Advisors, and it is further

2

ORDERED that the Advisors may make application for the allowance of their fees and expenses from the debtors' estates directly to this Court in the first instance, requesting that such applications be reviewed and approved by the Court pursuant to the substantive standards set forth in 11 U.S.C. § 330, and it is further

ORDERED that any application for the allowance of fees and expenses shall set forth how the applicant believes the fees and expenses should be allocated between the debtors, and it is further

ORDERED that, although by its terms local bankruptcy rule 2016-2 does not apply to applications for the allowance of fees and expenses by the Advisors, local rule 2016-2(d) governing information requirements relating to compensation requests is hereby incorporated by reference and made applicable to applications by the Advisors pursuant to this Order, and it is further

ORDERED that the Advisors may make interim applications for the allowance of fees and expenses pursuant to 11 U.S.C. § 331, on a monthly basis, and it is further

ORDERED that an application for the allowance of fees and expenses pursuant to this Order shall not set forth a hearing date for the application and no hearing will be held unless written objection is filed with the Court no later than ten days

3

after service upon the objecting party of the fee application, and it is further

ORDERED that no Administrative Order or other Order in any of the above-captioned cases governing applications for the allowance of fees and expenses to professionals shall apply to an application by any of the Court Appointed Advisors pursuant to this Order except as provided below with respect to service, and it is further

ORDERED that any application made pursuant to this Order shall be served on the same parties and in the same manner as provided by applicable rule as superseded or modified by any Administrative Order of the Bankruptcy Court governing applications for the allowance of fees and expenses to professionals for which the reference has not been withdrawn, and it is further

ORDERED that this Order shall not limit the Court's ability, upon adequate notice, to charge fees and expenses of the Advisors upon parties besides the debtors on the grounds of equity, rule of procedure, or other law.

ALFRED M. WOLIN, U.S.D.J.

4

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

5

**EXHIBIT C**

BUDD LARNER ROSENBAUM GREENBERG & SADE, P.C.
150 John F. Kennedy Parkway CN 1000
Short Hills, N.J. 07078-0999
(973) 379-4800   Fax (973) 379-7734
Tax ID: 22-2321266

October 31, 2002

Bill Number  56179
File Number  008507-00001

General Asbestos Bankruptcy Committee
c/o Honorable Alfred M. Wolin
United States District Court
Martin Luther King Jr. Federal
Building and Courthouse
Room 4069
50 Walnut Street
P.O. Box 999
Newark, NJ 07101

## FOR PROFESSIONAL SERVICES

Re: General Asbestos (PA & Delaware Bankruptcy)

## LEGAL SERVICES

Through August 31, 2002

### Case Administration

| 03/01/02 | DRG | Review Federal Mogul material; interoffice conference with S. Longo [G101] | 2.50 Hrs |
| 03/02/02 | DRG | Receipt and review correspondence; telephone conversation with F. McGovern [G101] | 1.10 Hrs |
| 03/04/02 | SML | Review calendar re: pending matters [G101] | 0.10 Hrs |
| 03/05/02 | WRC | Telephone calls from D. Gross; telephone call to J. Barbee re: March 15th meeting; prepare correspondence to J. Barbee re: March 15th meeting; telephone calls to W. Dreier, J. Keefe, C. Hamlin and F. McGovern re: scheduling of March 14th meeting; telephone calls to G. Hanson re: March 14th meeting; prepare memorandum to D. Gross re: scheduling of meetings on March 14th and 15th [G101] | 3.00 Hrs |
| 03/06/02 | DRG | Telephone calls to F. McGovern, Judge Wolin and experts re: statistics [G101] | 0.50 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | | |
|---|---|---|---|---|
| 03/06/02 | WRC | Telephone calls with F. McGovern, W. Dreier, C. Hamlin, J. Keefe and G. Hanson re: possible meeting of the management committee [G101] | 0.70 Hrs |
| 03/07/02 | WRC | Review correspondence and prepare memorandum to D. Gross re: same; telephone calls with F. McGovern, E. Wohlforth; meet with D. Gross re: Federal Mogul meeting [G101] | 0.40 Hrs |
| 03/08/02 | DRG | Conference with (Name Withheld) and F. McGovern [G101] | 2.60 Hrs |
| 03/08/02 | DRD | Update files with opinions from Judge Wolin and notes regarding Federal Mogul [G101] | 0.30 Hrs |
| 03/11/02 | DRG | Meeting in New York City with (Name Withheld) and representative from (Name Withheld) re: insurance issues [G101] | 3.00 Hrs |
| 03/13/02 | WRC | Telephone calls with C. Hamlin and G. Hanson re: management committee meeting  [G101] | 0.20 Hrs |
| 03/13/02 | WRC | Review article re: asbestos lawsuits [G101] | 0.50 Hrs |
| 03/14/02 | DRG | Breakfast meeting with Francis McGovern;  meeting with Judge Wolin, et al. [G101] | 8.00 Hrs |
| 03/14/02 | DRG | Dinner meeting with F. McGovern et al. re: Federal Mogul [G101] | 3.80 Hrs |
| 03/14/02 | JJS | Preparation for meetings with Federal Mogul representatives [G101] | 2.10 Hrs |
| 03/15/02 | DRG | Meeting at Short Hills office re: Federal Mogul with (Names Withheld) [G101] | 6.00 Hrs |
| 03/15/02 | JJS | Preparation for attendance at meeting with Federal Mogul representatives; preparatory meeting with D. Gross re: same [G101] | 5.90 Hrs |
| 03/15/02 | WRC | Attend meeting re: Federal Mogul bankruptcy and insurance issues [G101] | 3.00 Hrs |
| 03/17/02 | DRG | Telephone conference with (Names Withheld) re: Federal Mogul [G101] | 1.10 Hrs |
| 03/18/02 | DRG | Teleconference; meeting with (Name Withheld) [G101] | 4.50 Hrs |
| 03/18/02 | WRC | Telephone call to F. McGovern re: possible meeting dates [G101] | 0.20 Hrs |
| 03/19/02 | WRC | Review memorandum and article from J. Schiavone re: California insurance decision; research case referred to in article; prepare memorandum to D. Gross and J. Schiavone re: same [G101] | 1.00 Hrs |
| 03/22/02 | DRG | Conference call on Federal Mogul with (Name Withheld) [G101] | 1.00 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| 03/22/02 | JJS | Teleconference with (Name Withheld); follow-up teleconference with David Gross; review of cases [G101] | 1.10 Hrs |
| 03/22/02 | DRD | Review documents and prepare files for D. Gross [G101] | 0.80 Hrs |
| 03/25/02 | WRC | Review e-mail correspondence from G. Hanson re: recent orders; review orders [G101] | 0.20 Hrs |
| 03/26/02 | SML | Review file re: pending proceedings [G101] | 0.10 Hrs |
| 03/28/02 | DRD | Conference with W. Chelnik regarding fee application and service list; research Pacer for service list; conference with S. Longo regarding research results [G101] | 5.00 Hrs |
| 03/29/02 | DRG | Telephone conference with (Name Withheld) and F. McGovern re: insurance [G101] | 2.20 Hrs |
| 04/01/02 | DRG | Telephone call on documents from (Name Withheld) re: insurance companies; preparation for meeting [G101] | 2.60 Hrs |
| 04/01/02 | SML | Review Liberty Mutual's position re: interest in Armstrong World Industries bankruptcy proceeding [G101] | 1.30 Hrs |
| 04/01/02 | KRD | Review and organize incoming mail for attorney review [G101] | 0.20 Hrs |
| 04/04/02 | DRG | Dinner meeting with Judge Wolin, F. McGovern and (Name Withheld) [G101] | 3.00 Hrs |
| 04/05/02 | DRG | Meeting at Judge Wolin's Chambers (Names Withheld) and F. McGovern [G101] | 6.20 Hrs |
| 04/05/02 | WRC | Review correspondence from G. Hanson re: order appointing W. Dreier; review same [G101] | 0.20 Hrs |
| 04/05/02 | WRC | Telephone call from D. Gross re: April 26 meeting [G101] | 0.10 Hrs |
| 04/08/02 | WRC | Telephone calls with offices of C. Hamlin, W. Dreier, J. Keefe and F. McGovern re: scheduling meeting for April 26, 2002; call to G. Hanson to confirm time and date; draft memorandum to D. Gross re: same [G101] | 0.40 Hrs |
| 04/09/02 | DRG | Meeting with (Name Withheld) and others re: bankruptcies [G101] | 3.50 Hrs |
| 04/09/02 | SML | Conference with W. Chelnik re: proposed revisions to bill [G101] | 0.10 Hrs |
| 04/09/02 | WRC | Telephone calls with C. Hamlin's office re: scheduling meeting for April 26th; telephone calls to F. McGovern and J. Bridgers re: same; meet with C. McCarthy re: same; telephone call from G. Hanson re: Judge Wolin's availability [G101] | 1.00 Hrs |
| 04/10/02 | DRG | Meeting with (Name Withheld) and others re: bankruptcies [G101] | 3.50 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 04/11/02 | SML | Review and revise firm's time entries and associated expenses during March 2002; review and revise draft application of W. Dreier in support of fee application and accompanying proposed service list; conference with W. Chelnik re: draft materials [G101] | 1.10 Hrs |
| 04/11/02 | WRC | Review correspondence re: insurance matters; meet with C. McCarthy re: same [G101] | 0.10 Hrs |
| 04/11/02 | WRC | Telephone call to F. McGovern re: fee application and April 26 meeting; telephone call to J. Bridgers re: fee application and time sheets for F. McGovern [G101] | 0.30 Hrs |
| 04/11/02 | WRC | Telephone call from D. Gross re: April 26 meeting at Judge Wolin's chambers [G101] | 0.10 Hrs |
| 04/12/02 | DRG | Telephone conference with Judge Wolin and (Name Withheld); review material re: insurance issues [G101] | 2.00 Hrs |
| 04/12/02 | WRC | Telephone call from D. Gross re: April 26 meeting; telephone calls to W. Dreier, J. Hamlin and F. McGovern re: alternative dates for meeting [G101] | 0.30 Hrs |
| 04/15/02 | DRG | Dinner meeting with Judge Wolin [G101] | 3.20 Hrs |
| 04/15/02 | DRG | Telephone conference with (Name Withheld) and Judge Wolin [G101] | 1.20 Hrs |
| 04/15/02 | WRC | Conference with D. Gross re: rescheduling of meeting; telephone calls to J. Keefe's office; draft memorandum to D. Gross re: J. Keefe's availability [G101] | 0.30 Hrs |
| 04/16/02 | DRD | Conference with W. Chelnik regarding counsel list [G101] | 0.30 Hrs |
| 04/17/02 | WRC | Conference with D. Gross re: available dates for management committee meeting; review memorandum to D. Gross re: same; telephone calls with W. Dreier, J. Keefe, and C. Hamlin's office; draft memorandum to D. Gross re: availability [G101] | 0.30 Hrs |
| 04/18/02 | DRG | Dinner with "A" Team and (Name Withheld)  [G101] | 2.50 Hrs |
| 04/18/02 | WRC | Telephone call from C. Hamlin's office re: availability [G101] | 0.10 Hrs |
| 04/18/02 | DRD | Conference with W. Chelnik requesting Order from Judge Wolin appointing special master; document retrieval [G101] | 0.40 Hrs |
| 04/22/02 | DRG | Teleconference with Management Committee. [G101] | 2.50 Hrs |
| 04/22/02 | WRC | Conference with D. Gross re: available dates; telephone calls to Judge Wolin and management committee re: May 28 meeting [G101] | 0.30 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| 04/23/02 | DRG | Telephone conference with Judge Wolin and F. McGovern [G101] | 1.00 Hrs |
|---|---|---|---|
| 04/23/02 | WRC | Conferences with D. Gross re: management committee meetings; prepare correspondence to management committee re: same; telephone calls to J. Bridgers re: F. McGovern's availability [G101] | 0.50 Hrs |
| 04/24/02 | DRG | Meeting in Hartford with CEO's [G101] | 5.50 Hrs |
| 04/24/02 | DRG | Travel to and from Connecticut (at 1/2 time) [G101] | 1.50 Hrs |
| 04/25/02 | DRG | Telephone conference with F. McGovern, (Name Withheld) and CEO's [G101] | 2.10 Hrs |
| 04/27/02 | DRG | Conference and meeting with F. McGovern re: general strategy and various bankruptcies [G101] | 4.60 Hrs |
| 04/29/02 | DRG | Telephone call re: scheduling [G101] | 1.20 Hrs |
| 04/30/02 | DRG | Telephone calls and conferences with CEO's of Hartford, Travelers and Liberty Mutual [G101] | 4.60 Hrs |
| 04/30/02 | WRC | Conference with D. Gross re: research; conduct and prepare research re: [Name Withheld] and involvement of [Name Withheld] [G101] | 0.80 Hrs |
| 05/02/02 | DRG | Telephone calls re: insurance issues [G101] | 4.20 Hrs |
| 05/03/02 | DRG | Telephone calls, review bankruptcy rules - referenced case [G101] | 2.40 Hrs |
| 05/06/02 | DRG | Meeting with (Name Withheld) [G101] | 1.50 Hrs |
| 05/07/02 | DRG | Attend meeting with General Counsel of Travelers, Hartford, Liberty and CNA [G101] | 5.00 Hrs |
| 05/07/02 | DRG | Prepare for meeting re: same [G101] | 1.00 Hrs |
| 05/07/02 | DRG | Travel to and from meeting (at 1/2 time) [G101] | 1.00 Hrs |
| 05/07/02 | WRC | Attend meeting with [Names Withheld] re: insurance issues [G101] | 3.50 Hrs |
| 05/07/02 | WRC | Travel to and from meeting at 1/2 time [G101] | 0.70 Hrs |
| 05/07/02 | WRC | Prepare correspondence to J. Keefe, C. Hamlin and W. Dreier re: insurance memorandum [G101] | 0.20 Hrs |
| 05/08/02 | DRG | Re: telephone calls with Judge Wolin, F. McGovern, Travelers and Hartford [G101] | 1.50 Hrs |
| 05/08/02 | SML | Conference with D. Deeney re: docketing of the applications [G101] | 0.20 Hrs |
| 05/09/02 | DRD | Organize documents [G101] | 0.30 Hrs |
| 05/10/02 | WRC | Telephone call from D. Trafelette's office re: mailing address [G101] | 0.10 Hrs |
| 05/14/02 | DRG | Meeting with Judge Wolin; telephone conference with Liberty Mutual General Counsel [G101] | 8.00 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 05/14/02 | SML | Conferences with W. Chelnik re: certification of no objection, electronic filing and pro hac vice application [G101] | 0.20 Hrs |
| 05/15/02 | DRG | Telephone conferences with Judge Wolin and F. McGovern re: matters - Armstrong [G101] | 2.60 Hrs |
| 05/15/02 | SML | Conference with W. Chelnik re: electronic filing [G101] | 0.10 Hrs |
| 05/16/02 | DRG | Telephone conferences with David Cain, Judge Wolin and Evans Wohlforth [G101] | 1.50 Hrs |
| 05/17/02 | DRG | Meeting with Judge Wolin and "A" team and meeting with lawyers from Armstrong [G101] | 7.00 Hrs |
| 05/17/02 | DRD | Organize documents in preparation of 2nd. fee application; call from M. Davis regarding e filing [G101] | 0.80 Hrs |
| 05/20/02 | SML | Conference with D. Deeney and W. Chelnik re: service of certifications of no objection and review draft correspondence [G101] | 0.10 Hrs |
| 05/21/02 | DRG | Telephone conference re: Federal Mogul/Armstrong [G101] | 2.20 Hrs |
| 05/22/02 | DRG | Dinner meeting with Judge Wolin, (Name Withheld) re: McGovern [G101] | 3.40 Hrs |
| 05/28/02 | DRG | Conference calls with McGovern, (Names Withheld) re: Liberty Mutual [G101] | 4.40 Hrs |
| 05/29/02 | DRG | Meeting with Judge Wolin re: Armstrong matter at U.S.D.C. in Newark [G101] | 4.20 Hrs |
| 05/29/02 | SML | Review article re: Judge Wolin [G101] | 0.20 Hrs |
| 05/29/02 | WRC | Review article re: Judge Wolin; prepare memorandum to file and D. Gross re: same [G101] | 0.20 Hrs |
| 05/29/02 | DRD | Review Delaware District website for our certificates of no objection; call to M. Davis regarding same [G101] | 1.50 Hrs |
| 05/30/02 | DRG | Telephone calls re: Liberty Mutual counsel (Ace) [G101] | 3.50 Hrs |
| 05/30/02 | DRD | Conference with W. Chelnik regarding letter objection regarding fees for F. McGovern [G101] | 0.40 Hrs |
| 05/31/02 | DRG | Conference call with Francis McGovern, (Name Withheld) re: Liberty Mutual [G101] | 1.30 Hrs |
| 06/12/02 | DRG | Telephone conferences with Liberty Mutual, (Name Withheld) Judge Wolin and Francis McGovern re: Armstrong [G101] | 6.40 Hrs |
| 06/12/02 | DRG | Telephone calls with (Name Withheld) re: Federal Mogul [G101] | 0.50 Hrs |
| 06/12/02 | DRD | Call to Delaware Bankruptcy Court regarding electronic filing; call from Delaware Bankruptcy Court; conference with W. Chelnik regarding electronic filing [G101] | 0.60 Hrs |
| 06/13/02 | DRD | Review docket for objections; organize file [G101] | 1.50 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| Date | Init | Description | Hours |
|---|---|---|---|
| 06/14/02 | DRD | Review dockets for certificates of no objection [G101] | 2.00 Hrs |
| 06/17/02 | SML | Conference with W. Chelnik re: matter status [G101] | 0.10 Hrs |
| 06/17/02 | DRD | Status conference with S. Longo regarding pending matters [G101] | 0.60 Hrs |
| 06/18/02 | DRG | Telephone calls re: Liberty and (Name Withheld) re: London Insurance Market [G101] | 2.80 Hrs |
| 06/19/02 | DRG | Dinner meeting with Judge Wolin, Francis McGovern, (Name Withheld) re: Honeywell  [G101] | 4.30 Hrs |
| 06/20/02 | DRG | Prepare for and appear at Bankruptcy Court before Judge Gambardella; meeting with Kevin Irwin [G101] | 5.20 Hrs |
| 06/20/02 | DRG | Telephone conferences with (Names Withheld) and Judge Wolin's chambers [G101] | 1.80 Hrs |
| 06/21/02 | DRG | Telephone conferences with Francis McGovern and Liberty re: meeting [G101] | 1.50 Hrs |
| 06/24/02 | WRC | Review correspondence from G. Hanson re: interim orders; review orders; prepare correspondence to D. Deeney [G101] | 0.20 Hrs |
| 06/26/02 | DRG | Meeting with Federal Mogul; conference call with (Name Withheld)  [G101] | 6.20 Hrs |
| 06/26/02 | WRC | Conferences with D. Gross re: scheduled conferences; attend meeting with D. Gross and Federal Mogul representatives re: Federal Mogul [G101] | 2.20 Hrs |
| 06/28/02 | DRG | Preparation and appearance at meeting in NYC at Hartford offices [G101] | 4.00 Hrs |
| 06/28/02 | DRG | Travel to and from meeting (at 1/2 time) [G101] | 1.00 Hrs |
| 06/28/02 | WRC | Attend conferences with various insurers re: insurance issues [G101] | 4.00 Hrs |
| 06/28/02 | WRC | Travel to and from New York City at 1/2 time [G101] | 1.00 Hrs |
| 07/01/02 | DRG | Preparation and appearance in Washington for meeting with General Counsel, (Names Withheld) Francis McGovern and attorneys from Choate Hall and Akin Gump [G101] | 11.00 Hrs |
| 07/02/02 | DRG | Telephone conferences re: Liberty [G101] | 2.10 Hrs |
| 07/02/02 | DRG | Review e-mails [G101] | 2.80 Hrs |
| 07/02/02 | DRG | Telephone conferences with Francis and Judge Wolin re: Armstrong [G101] | 1.50 Hrs |
| 07/08/02 | SML | Conference with W. Chelnik re: matter status [G101] | 0.10 Hrs |
| 07/10/02 | DRG | Telephone conference re: London matter [G101] | 1.80 Hrs |
| 07/11/02 | DRG | Meeting in New York City with Doris Polk - Owens Corning, Judge Wolin, Francis McGovern and counsel [G101] | 7.30 Hrs |
| 07/12/02 | DRG | Telephone conferences with Liberty, Akin Gump re D/J action; telephone conference with (Names Withheld) re: same [G101] | 2.10 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 07/15/02 | DRG | Review materials re: Armstrong; telephone calls re: Owens Corning; lengthy telephone conference - Owens Corning [G101] | 3.80 Hrs |
| 07/16/02 | DRG | Telephone conferences with Francis McGovern and Judge Wolin [G101] | 1.40 Hrs |
| 07/18/02 | DRG | Review file re: Liberty Mutual [G101] | 1.10 Hrs |
| 07/19/02 | DRG | Review file re: Liberty Mutual [G101] | 1.40 Hrs |
| 07/22/02 | DRG | Telephone calls re: Liberty Mutual; telephone calls re: Armstrong [G101] | 2.60 Hrs |
| 07/22/02 | DRD | Review PACER for signed orders [G101] | 1.50 Hrs |
| 07/25/02 | DRG | Meeting with Judge Wolin [G101] | 1.40 Hrs |
| 08/14/02 | DRG | Telephone conference with Francis McGovern re: Grace/Mogul [G101] | 0.20 Hrs |
| 08/21/02 | DRG | Meeting with Francis McGovern, (Name Withheld) and Judge Wolin [G101] | 4.00 Hrs |
| 08/26/02 | DRG | Conference with Judge Wolin [G101] | 3.00 Hrs |
| 08/26/02 | DRG | Meeting with (Name Withheld); conference re: strategy - asbestos ligation [G101] | 3.60 Hrs |

|  | Case Administration Totals | 281.60 HRS | $110,526.50 |
|---|---|---|---|

Fee/Employment Applications

| | | | |
|---|---|---|---|
| 03/05/02 | SML | Conference with W. Chelnik re: fee application; review proposed documents re: same for law clerk [G104] | 0.20 Hrs |
| 03/05/02 | WRC | Telephone call to E. Wohlforth re: joint fee applications; review and prepare documents for E. Wohlforth re: fee application; meet with S. Longo re: fee application [G104] | 1.50 Hrs |
| 03/06/02 | SML | Telephone conference with law clerk re: proposed application; conference with W. Chelnik re: proposed application re: reimbursement of consultants [G104] | 0.20 Hrs |
| 03/06/02 | WRC | Telephone calls from E. Wohlforth re: fee applications; review correspondence from E. Wohlforth; meet with S. Longo re: same [G104] | 0.30 Hrs |
| 03/08/02 | SML | Review draft fee application documents from law clerk; conference with D. Gross re: same and telephone conferences with law clerk re: same [G104] | 0.60 Hrs |
| 03/08/02 | WRC | Meet with S. Longo re: fee application; telephone calls to F. McGovern, J. Keefe and W. Dreier re: fee applications [G104] | 0.50 Hrs |
| 03/10/02 | SML | Review draft bill in support of fee application and revise same [G104] | 0.20 Hrs |
| 03/11/02 | SML | Telephone conference with law clerk re: fee application materials; conference with W. Chelnik re: same [G104] | 0.30 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/15/02 | SML | Review bill of J. Keefe and conference with W. Chelnik re: fee applications [G104] | 0.20 Hrs |
| 03/15/02 | WRC | Telephone call to F. McGovern re: fee application; review correspondence from J. Keefe re: time sheets and fee applications; meet with S. Longo re: same [G104] | 0.50 Hrs |
| 03/25/02 | WRC | Review correspondence from E. Wohlforth re: fee applications; telephone call from J. Bridges re: fee application and F. McGovern's time sheets [G104] | 0.30 Hrs |
| 03/26/02 | WRC | Meet with S. Longo re: fee applications; telephone call to J. Bridgers re: fee application for F. McGovern [G104] | 0.30 Hrs |
| 03/27/02 | SML | Review correspondence from J. Wolin re: fee application; conferences with W. Chelnik re: same; review various draft bills [G104] | 1.00 Hrs |
| 03/27/02 | WRC | Meetings with D. Gross and S. Longo re: fee applications; review Judge Wolin's Order and correspondence from E. Wohlforth; research and review local bankruptcy rules; conferences with S. Longo re: service lists; telephone call from J. Bridgers re: F. McGovern's time sheets; telephone call to W. Dreier re: time sheets; review Judge Wolin's Order for reimbursement of Special Masters; review correspondence from W. Dreier and time sheets [G104] | 3.50 Hrs |
| 03/28/02 | SML | Conference with D. Deeney re: service list for fee application [G104] | 0.20 Hrs |
| 03/28/02 | WRC | Review and revise time sheet entries in preparation for fee applications; review draft of interim application and proposed order; meet with D. Gross and S. Longo re: time entries; review order re: compensation; research local bankruptcy rules [G104] | 2.50 Hrs |
| 03/29/02 | WRC | Review second draft of time sheets and continue to revise entries [G104] | 0.30 Hrs |
| 04/02/02 | WRC | Telephone call from J. Bridgers re: F. McGovern's time sheets and fee application [G104] | 0.10 Hrs |
| 04/07/02 | WRC | Review time sheets and prepare draft fee application re: W. Dreier [G104] | 1.00 Hrs |
| 04/08/02 | SML | Conferences with W. Chelnik re: fee application [G104] | 0.20 Hrs |
| 04/08/02 | WRC | Review time sheets and prepare draft fee application re: W. Dreier; meet with D. Deeney re: same [G104] | 1.70 Hrs |
| 04/08/02 | WRC | Conference with S. Longo re: fee applications [G104] | 0.10 Hrs |
| 04/08/02 | DRD | Conference with W. Chelnik regarding fee application [G104] | 0.30 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 04/09/02 | WRC | Meet with C. McCarthy and S. Longo re: time sheets; review drafts with accounting department [G104] | 1.00 Hrs |
| 04/10/02 | WRC | Telephone calls to F. McGovern and J. Bridgers re: time sheets and April 26 meeting [G104] | 0.20 Hrs |
| 04/11/02 | WRC | Meet with S. Longo re: fee application for W. Dreier and D. Gross, service list; conferences with accounting department re: billing codes and revisions to time sheets; research Delaware bankruptcy court local rules re: allowable expenses [G104] | 0.50 Hrs |
| 04/16/02 | WRC | Telephone call from W. Dreier's office re: April time sheets [G104] | 0.10 Hrs |
| 04/16/02 | WRC | Review D. Deeney's research re: service list; conduct on-line research re: service list including attorneys in all five bankruptcies; conference with D. Deeney re: same [G104] | 1.70 Hrs |
| 04/17/02 | WRC | Revising fee application re: W. Dreier [G104] | 0.80 Hrs |
| 04/18/02 | WRC | Prepare fee applications re: J. Keefe, C. Hamlin and F. McGovern; conference with D. Deeney re: service list and review of fee applications; review and prepare exhibits re: fee applications; conference with D. Gross re: same; review time sheets re: Budd Larner; conferences with accounting department [G104] | 5.00 Hrs |
| 04/19/02 | WRC | Conferences with accounting department re: billing codes and revised bills; prepare memorandum re: same to be distributed to all; prepare fee application re: D. Gross; revise fee application re: F. McGovern; continue researching service lists and review attorney lists [G104] | 2.50 Hrs |
| 04/19/02 | DRD | Conference with W. Chelnik regarding fee applications and service list [G104] | 0.20 Hrs |
| 04/22/02 | SML | Review memorandum re: billing procedures; conference with W. Chelnik re: draft fee application [G104] | 0.20 Hrs |
| 04/22/02 | WRC | Review correspondence from [Name Withheld] re: billing statement; conference with S. Longo and D. Gross re: same; revise fee application re: D. Gross to reflect additional billing statement [G104] | 1.00 Hrs |
| 04/23/02 | SML | Review draft fee applications on behalf of Budd Larner, C. Judson Hamlin, F. McGovern and J. Keefe; review revised fee application of W. Dreier; conferences with W. Chelnik re: same [G104] | 1.50 Hrs |
| 04/23/02 | WRC | Telephone call from S. Longo re: time sheets [G104] | 0.10 Hrs |
| 04/23/02 | WRC | Conference with S. Longo re: revisions to fee applications and service lists; revise fee applications re: all members of management committee [G104] | 5.50 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 04/24/02 | SML | Conference with W. Chelnik re: fee application; supplement first fee applications [G104] | 0.50 Hrs |
| 04/24/02 | WRC | Conference with S. Longo re: revised fee applications and expert consultant fee [G104] | 0.20 Hrs |
| 04/24/02 | WRC | Review revisions made by S. Longo; revise all applications to reflect same; telephone calls from J. Bridgers re: F. McGovern's time sheets [G104] | 0.80 Hrs |
| 04/25/02 | SML | Review and revise fee application of Budd Larner through February 2002 [G104] | 0.60 Hrs |
| 04/25/02 | WRC | Conference with S. Longo re: revisions; revise fee application re: Budd Larner; prepare exhibits for all applications, prepare correspondence to W. Dreier, C. Hamlin and J. Keefe re: execution of applications and filing [G104] | 2.50 Hrs |
| 04/25/02 | WRC | Research re: service list; prepare draft of lists re: all five bankruptcies [G104] | 1.20 Hrs |
| 04/26/02 | WRC | Review time sheets re: F. McGovern; telephone call re: W. Dreier's time sheets; revise and prepare final copies of fee application re: Budd Larner and D. Gross; prepare memorandum to F. McGovern re: execution of fee application [G104] | 1.30 Hrs |
| 04/26/02 | WRC | Revise service lists for all five bankruptcies re: additional parties [G104] | 1.00 Hrs |
| 04/29/02 | WRC | Conduct on-line research re: service lists; prepare and revise service lists re: all five bankruptcies [G104] | 3.80 Hrs |
| 04/30/02 | WRC | Conference with D. Gross re: F. McGovern's fee application [G104] | 0.10 Hrs |
| 05/01/02 | SML | Conferences with W. Chelnik re: service of fee application; review proposed counsel list and draft correspondence to clerk re: filing fee applications [G104] | 1.30 Hrs |
| 05/01/02 | WRC | Prepare certification of service and cover letters for all applications; conferences with S. Longo and D. Deeney re: filing of applications; telephone call to Bankruptcy Court clerk re: filing procedures; review Delaware local rules re: filing procedures; revise service lists [G104] | 4.30 Hrs |
| 05/01/02 | DRD | Conference with W. Chelnik regarding fee applications; review service list; review documents and orders; sign certificate of service; assist with cover letter to clerk; review rules regarding service; assist with document organization; coordinate for multiple service; conference with S. Longo regarding service list and documents [G104] | 3.50 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 05/02/02 | SML | Conferences with D. Deeney and W. Chelnik re: fee applications and local court rules for service of same; review and revise affidavits of service and notices of applications for fees [G104] | 1.00 Hrs |
| 05/02/02 | WRC | Telephone conference with (Name Withheld) and E. Wohlforth re: Delaware fee applications and local rules; prepare affidavits and notices of filing re: fee applications; telephone conferences with Clerk's office at Delaware Bankruptcy Court re: local rules; finalize service lists; conferences with D. Deeney and S. Longo re: filing of applications [G104] | 8.00 Hrs |
| 05/02/02 | DRD | Conference with W. Chelnik regarding fee applications; service of same; calls to clerk; review rules; finalize documents; review service list; review affidavit of service; begin to organize documents for service [G104] | 6.00 Hrs |
| 05/03/02 | SML | Conference with W. Chelnik re: fee applications; review notices and correspondence to clerk re: filing same [G104] | 0.40 Hrs |
| 05/03/02 | WRC | Prepare packages for delivery to all counsel on service list; finalize all papers and scan applications for electronic filing; telephone call from Clerk's office at Delaware Bankruptcy court; conferences with D. Deeney and S. Longo re: filing of applications; revise letter to clerk re: applications and Judge Wolin's Order; prepare diskettes for electronic filing re: all fee applications [G104] | 8.00 Hrs |
| 05/03/02 | DRD | Conference with W. Chelnik regarding applications; service list; affidavit of service and documents; finalize affidavit of service; prepare documents for service list; organize and prepare for mailing [G104] | 8.00 Hrs |
| 05/06/02 | DRD | Review documents [G104] | 0.20 Hrs |
| 05/08/02 | DRD | Research bankruptcy website regarding filed fee applications; conference with S. Longo regarding objections date [G104] | 0.70 Hrs |
| 05/10/02 | SML | Prepare memorandum to W. Chelnik re: fee applications [G104] | 0.10 Hrs |
| 05/13/02 | WRC | Telephone call to D. Trafelet's office re: change of address; prepare memorandum and conference with D. Deeney re: same [G104] | 0.30 Hrs |
| 05/13/02 | WRC | Conduct research on Court website re: filed fee applications, objections and electronic filing; review docket re: certificates of no objections; telephone call to clerk's office re: same [G104] | 1.40 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| 05/13/02 | DRD | Conference with W. Chelnik regarding status of filing for fee applications; service list updates [G104] | 0.30 Hrs |
|---|---|---|---|
| 05/14/02 | WRC | Conference with S. Longo re: electronic filing; telephone calls from Delaware Bankruptcy Court clerk's office, prepare memorandum to S. Longo re: same; prepare firm registration re: electronic filing; conferences with D. Deeney re: same [G104] | 2.30 Hrs |
| 05/14/02 | DRD | Conference with W. Chelnik regarding electronic filing; status of 2nd fee application; filing certificate of no objection [G104] | 0.60 Hrs |
| 05/15/02 | WRC | Telephone calls from clerk's office at Delaware Bankruptcy Court re: J. Keefe's fee application [G104] | 0.20 Hrs |
| 05/15/02 | DRD | Conference with W. Chelnik regarding status of documents posted [G104] | 0.40 Hrs |
| 05/16/02 | SML | Review memorandum re: special master fee application's docket number; review proposed certifications of no objection [G104] | 0.40 Hrs |
| 05/16/02 | WRC | Conferences with D. Deeney re: fee applications, electronic docket and certificates of no objection; telephone calls with (Name Withheld) re: certification of no objections, review docket re: same; prepare certifications of no objection re: all five applications; conference with S. Longo re: same [G104] | 2.50 Hrs |
| 05/16/02 | DRD | Review District of Delaware website for 1st. fee applications, objections and docket numbers; call to M. Davis regarding documents on system; conference with W. Chelnik regarding documents; draft memo to all involved regarding docket numbers [G104] | 1.90 Hrs |
| 05/17/02 | WRC | Telephone call from C. Schweiger at Federal Mogul re: fee application; conference with D. Deeney re: same [G104] | 0.20 Hrs |
| 05/17/02 | WRC | Conference with C. Hamlin, J. Keefe, F. McGovern and W. Dreier re: certification of no objection and time sheets [G104] | 0.20 Hrs |
| 05/20/02 | WRC | Conferences with D. Deeney re: certification of no objection and service lists; draft cover letter; review on line docket listing; prepare and mail certifications and affidavits [G104] | 4.00 Hrs |
| 05/29/02 | WRC | Draft correspondence to D. Deeney re: electronic registration and certifications of no objection; review correspondence from D. Deeney re: same [G104] | 0.20 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| 05/30/02 | SML | Conference with W. Chelnik re: Armstrong's comments to fee application of S. McGovern [G104] | 0.70 Hrs |
|---|---|---|---|
| 05/30/02 | WRC | Telephone conference with F. McGovern re: time sheets and fee application; review local bankruptcy rules and fee applications; prepare correspondence re: same; conference with S. Longo re: same [G104] | 0.70 Hrs |
| 05/31/02 | SML | Review correspondence re: electronic filing [G104] | 0.10 Hrs |
| 06/11/02 | WRC | Conference with D. Deeney re: Delaware electronic filing [G104] | 0.20 Hrs |
| 06/11/02 | DRD | Conference with W. Chelnik regarding fee applications; electronic filing; status of payment [G104] | 0.60 Hrs |
| 06/17/02 | WRC | Conference with S. Longo re: fee applications [G104] | 0.10 Hrs |
| 06/24/02 | DRD | Review orders regarding compensation for 1st. fee application [G104] | 0.20 Hrs |
| 06/28/02 | WRC | Conference with F. McGovern re: fee application and correspondence to Judge Wolin; review correspondence from Armstrong re: 1st. fee application [G104] | 1.00 Hrs |
| 06/28/02 | DRD | Conference with W. Chelnik regarding inquiry of F. McGovern's 1st fee application for travel; review letter from M. Griffinger [G104] | 1.00 Hrs |
| 07/01/02 | DRD | Call from W. Chelnik regarding inquiry to F. McGovern's travel expenses; review letter to Judge Wolin; revise/review 1st fee application; conference with W. Chelnik regarding amounts [G104] | 2.50 Hrs |
| 07/02/02 | DRD | Call from W. Sparks regarding 1st fee application; review documents; draft note to W. Chelnik; call to Judge Wolin's chambers regarding Orders [G104] | 1.00 Hrs |
| 07/09/02 | WRC | Telephone conferences with K. Schwiniger re: Federal Mogul payments; telephone calls to court appointed advisors re: payment information; prepare correspondence to J. Port re: W.R. Grace; prepare multiple correspondence to K. Schwiniger re: Federal Mogul; conferences with accounting department re: payment information [G104] | 1.00 Hrs |
| 07/09/02 | WRC | Telephone conference with F. McGovern re: correspondence to Judge Wolin; review fee application and revise correspondence re: amounts due; prepare correspondence to F. McGovern re: same [G104] | 1.00 Hrs |
| 07/09/02 | DRD | Conference with W. Chelnik regarding orders [G104] | 0.20 Hrs |
| 07/10/02 | WRC | Telephone conference with C. Hamlin's office re: payments; conferences with Accounting department re: payment forms [G104] | 0.30 Hrs |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

| | | | |
|---|---|---|---|
| 07/10/02 | DRD | Conference with W. Chelnik regarding Orders; review PACER for orders online; update file [G104] | 1.00 Hrs |
| 07/16/02 | WRC | Review correspondence from K. Schweniger re: Orders and Delaware on-line docket; prepare correspondence re: same [G104] | 0.20 Hrs |
| 07/23/02 | WRC | Review e-mail correspondences from D. Deeney re: PACER website and Orders [G104] | 0.20 Hrs |
| 08/05/02 | WRC | Review correspondence from K. Schweninger re: Dreier Order and Federal Mogul payments; prepare correspondence to K. Schweninger re: same [G104] | 0.20 Hrs |

|  |  |  |
|---|---|---|
| Fee/Employment Applications Totals | 116.90 HRS | $16,132.50 |
| TOTAL LEGAL SERVICES | | $126,659.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| Gross, David R. | 226.50 Hrs | 450/hr | $101,925.00 |
| Schiavone, Joseph J. | 9.10 Hrs | 290/hr | $2,639.00 |
| Longo, Sonya M. | 13.60 Hrs | 225/hr | $3,060.00 |
| Chelnik, Whitney R. | 104.50 Hrs | 150/hr | $15,675.00 |
| Deeney, Donna R. | 44.60 Hrs | 75/hr | $3,345.00 |
| Daniels, Kevin R. | 0.20 Hrs | 75/hr | $15.00 |
| | 398.50 Hrs | | $126,659.00 |

## DISBURSEMENTS

Through August 31, 2002

| | |
|---|---|
| Postage | $171.92 |
| Messenger Service | $94.80 |
| Federal Express | $178.17 |
| Parking/Tolls | $168.00 |
| Mileage | $17.05 |
| Photocopies-Inoffice | $6,504.75 |
| Taxi Service | $124.30 |
| Hotels/Lodging | $1,624.66 |
| Train Fare | $35.00 |

General Asbestos Bankruptcy Committee

Re: General Asbestos (PA & Delaware Bankruptcy)

## DISBURSEMENTS

Through August 31, 2002

| | |
|---|---:|
| Online Services-Pacer | $7.07 |
| Telecopies | $100.00 |
| Long Distance Telephone Charges | $18.22 |

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $9,043.94 |
| TOTAL THIS BILL | $135,702.94 |

## PREVIOUS BILLS OUTSTANDING

| 48069 | 04/19/02 | 33,524.97 |
|---|---|---|

| | |
|---|---:|
| TOTAL DUE | $169,227.91 |

General Asbestos Bankruptcy Committee

## Task Billing Summary Page

Re: General Asbestos (PA & Delaware Bankruptcy)
    File Number 008507-00001

| | | Previous Billed | Current Bill | Total |
|---|---|---|---|---|
| Case Administration | | | 110,526 | 110,526 |
| Fee/Employment Applications | | | 16,132 | 16,132 |
| | Subtotals | | 126,659 | 126,659 |
| | Totals | | 126,659 | 126,659 |