UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., Debtors. | Chapter 11<br>Case Nos. 00-4471, 00-4469, 00-4470 |
| IN RE: W. R. GRACE & CO., et al., Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., Debtors. | Chapter 11<br>Case Nos. 01-10578, et al. |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., Debtors. | Chapter 11<br>Case Nos. 01-2094 through 01-2104 |
| IN RE: OWENS CORNING, et al., Debtors. | Chapter 11<br>Case Nos. 00-3837 through 00-3854 |

IN RE:    GENERAL ASBESTOS

SECOND INTERIM ORDER ALLOWING FEES AND EXPENSES TO
BUDD, LARNER, ROSENBAUM, GREENBERG & SADE, P.C. FOR
SERVICES RENDERED THROUGH AUGUST 31, 2002 IN
CONJUNCTION WITH THE APPOINTMENT OF DAVID R. GROSS
AS AN ADVISOR

$25,331.80 in fees and $1,808.79 in expenses against Armstrong World Industries, Inc.;

$25,331.80 in fees and $1,808.79 in expenses against Owens Corning; and

$25,331.80 in fees and $1,808.79 in expenses against U.S.G. Corporation; and it is further

ORDERED that the debtors are authorized and directed to pay to Budd Larner the amounts as set forth herein; and it is further

ORDERED that amounts received by Budd Larner pursuant to this interim Order may be subject to disgorgement as may be provided in the final Order of allowance of fees and expenses at the conclusion of the above-captioned Chapter 11 cases.

                                                      _____
                                                      ALFRED M. WOLIN, U.S.D.J.