UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-4471, 00-4469, 00-4470 <br> (Jointly Administered) |
| IN RE: W. R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered) |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-10578, et al. <br> (Jointly Administered) |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-2094 through 01-2104 <br> (Jointly Administered) |
| IN RE: OWENS CORNING, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-3837 through 00-3854 <br> (Jointly Administered) |

AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY:
              SS:
COUNTY OF ESSEX    :

    Donna R. Deeney, being duly sworn according to law, deposes and says that she is employed by the law firm of Budd,

427273

Larner, Rosenbaum, Greenberg & Sade, P.C., and that on the 31st day of December, 2002, she caused to be served an original and two copies of the Notice of filing of the Second Fee Application of Budd, Larner, Rosenbaum, Greenberg & Sade, P.C.; Second Fee Application of Budd, Larner, Rosenbaum, Greenberg & Sade, P.C. with exhibits; Fee Application Cover Sheets and Proposed form of Order to be served upon the Clerk of the Court via Federal Express; and one copy served via Federal Express to the Honorable Alfred M. Wolin, and one copy of the foregoing documents to be served upon all counsel on the attached service lists via U.S. Mail.

_____
Donna R. Deeney

Sworn to and subscribed before
me this 31st day of December, 2002.

_____
FRANCES C. COCO
A Notary Public of New Jersey
My Commission Expires Jan. 30, 2004

427273

| | |
|---|---|
| Federal Mogul Global, Inc.<br>26555 Northwestern Highway<br>Southfield, MI 48034<br><br>Counsel List 01-10578 | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Sheldon Samuel Toll, Esq.<br>Honigman Miller Schwartz & Cohn, LLP<br>2290 First National Building<br>Detroit, MI 48226-3583 | |
| Federal Mogul Corporation - | Richard S. Busch, Esq.<br>King & Ballow<br>100 Union Street Plaza<br>315 Union Street<br>Nashville, TN 37201 |
| Julia S. Kreher, Esq.<br>One M&T Plaza<br>Suite 2000<br>Buffalo, NY 14203 | James E. O'Neill, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Futures Representative- | Edwin J. Harron, Esq.<br>Young, Conaway, Stargatt & Taylor<br>Brandywine Building<br>1000 West Street, 17th Floor, P.O. Box 391<br>Wilmington, DE 19899-0391 |
| Maribeth L. Minella, Esq.<br>Young, Conaway, Stargatt & Taylor<br>Brandywine Building<br>1000 West Street, 17th Floor, P.O. Box 391<br>Wilmington, DE 19899-0391 | |
| Official Committe of Unsecured Creditors | Charlene D. Davis, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 |

| | |
|---|---|
| Eric Michael Sutty, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Peter D. Wolfson, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Official Committe of Asbestos Claimants | Aileen F. Maguire, Esq.<br>Campbell & Levine<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine<br>Chase Manhatten Center<br>800 King Street, Suite 300<br>Wilmington, DE 19801 | |
| Official Committee of Equity Security Holders | Ian Connor Bifferato, Esq.<br>Bifferato, Bifferato & Gentilotti<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899-2165 |
| Megan Nancy Harper, Esq.<br>Bifferato, Bifferato & Gentilotti<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE 19899-2165 | |
| United States Trustee | Frank Perch, III<br>Office of the United States Trustee<br>844 King Street<br>Room 2313<br>Wilmington, DE 19801 |
| Unofficial Committee of Select Asbestos Claimants | Steven T. Davis, Esq.<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>716 Tatnall Street<br>Wilmington, DE 19899 |

420124

| | |
|---|---|
| W. R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br><br>Counsel List 01-01139 | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl Young & Jones<br>919 N. Market Street, 16th Floor<br>Wilmington, DE 19899-8705 |
| Richard Allen Keuler, Jr.<br>Reed Smith LLP<br>1201 Market Street<br>Suite 1500<br>Wilmington, DE 19801 | Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 |
| Scotta Edelen McFarland, Esq.<br>Pachulski, Stang, Ziehl Young & Jones<br>10100 Santa Monica Blvd, 11th Floor<br>Los Angeles, CA 90067 | Rosalie L. Spelman, Esq.<br>Pachulski, Stang, Ziehl Young & Jones<br>919 N. Market Street, 16th Floor<br>Wilmington, DE 19899-8705 |
| Official Committee of Asbestos Personal Injury Claimants | Aileen F. Maguire, Esq.<br>Campbell & Levine<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine<br>Chase Manhatten Center<br>800 King Street, Suite 300<br>Wilmington, DE 19801 | Mark T. Hurford, Esq.<br>Campbell & Levine<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| Christopher S. Sontchi<br>Ashby & Geddes<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19899 | |
| Official Committee of Asbestos Property Damage Claimants | Scott Baena, Esq.<br>(no address) |

Rick S. Miller, Esq.
Ferry & Joseph
824 Market Street
Suite 904
Wilmington, DE 19899

Official Committee of Equity Holders

Kathleen P. Makowski, Esq.
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, DE 19801

Jeffrey R. Waxman, Esq.
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, DE 19801

Official Committe of Unsecured Creditors

Michael R. Lastowski, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

United States Trustee

Theodore J. Tacconelli, Esq.
Ferry & Joseph
824 Market Street
Suite 904
Wilmington, DE 19899

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, DE 19801

Thomas Moers Mayer, Esq.
919 Third Avenue
New York, NY 10022

William K. Harrington, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Frank Perch, III
Office of the United States Trustee
844 King Street
Room 2313
Wilmington, DE 19801

| | |
|---|---|
| Special Asbestos Products Liability Defense Counsel | Kurt F. Gwynne, Esq.<br>Reed Smith LLP<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801 |
| Richard Allen Keuler, Jr., Esq.<br>Reed Smith LLP<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801 | |
| Unofficial Committee of Select Asbestos Claimants | Steven T. Davis, Esq.<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>716 Tatnall Street<br>Wilmington, DE 19899 |

420141

| | |
|---|---|
| Armstrong World Industries, Inc.<br>2500 Columbia Avenue<br>Lancaster, PA 17603<br><br>Counsel List 00-04471 | Rebecca L. Booth, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Mark D. Collins, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Deborah E. Spivack, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Joanne Bianco Wills<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 | Sharon M. Zieg, Esq.<br>Young, Conaway, Stargatt & Taylor<br>Brandywine Bldg. 17th Floor<br>1000 West Street, P.O. Box 391<br>Wilmington, DE 19899 |
| Official Asbestos Related Property Damage Claimants | Steven K. Kortanek, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 |
| Official Committe of Asbestos Claimants | Aileen F. Maguire, Esq.<br>Campbell & Levine<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| Christopher S. Sontchi, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19899 | Matthew G. Zaleski, III, Esq.<br>Campbell & Levine<br>Chase Manhatten Center<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| Official Committee of Asbestos Property Damage Claimants | Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19899 |

| | |
|---|---|
| Official Committee of Asbestos-related Property Damage Claimants | Denise Seastone Kraft, Esq.<br>Klehr Harrison Harvey Branzburg & Ellers<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 |
| Official Committe of Unsecured Creditors | Mark E. Felger, Esq.<br>Cozen O'Connor<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801 |
| United States Trustee | Frank Perch, III<br>Office of the United States Trustee<br>844 King Street<br>Room 2313<br>Wilmington, DE 19801 |
| Unofficial Committee of Select Asbestos Claimants | Steven T. Davis, Esq.<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>716 Tatnall Street<br>Wilmington, DE 19899 |

420151

USG Corporation
125 South Franklin Street
Chicago, IL 60606

Counsel List 01-02094

Paul Noble Heath, Esq.
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

John Henry Knight, Esq.
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

James D. Pagliaro, Esq.
Morgan, Lewis & Brockius, LLP
1701 Market Street
Philadelphia, PA 19103

Official Committee of Asbestos Personal Injury
Claimants

Aileen F. Maguire, Esq.
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhatten Center
800 King Street, Suite 300
Wilmington, DE 19801

Daniel J. DeFranceschi, Esq.
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

J. Michael Kelly, Esq.
Cooley Godward LLP
One Maritime Plaza
20th Floor
San Francisco, CA 94111-3580

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

William David Sullivan, Esq.
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Avenue
Suite 1700
Wilmington, DE 19801

Elio Battista, Jr., Esq.
Blank, Rome, Comisky & McCauley LLP
1201 N. Market Street
Suite 800
Wilmington, DE 19801

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
Wilmington, DE 19899

| | |
|---|---|
| Official Committe of Asbestos Property Damage Claimants | Christopher A. Ward, Esq.<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19899 |
| Official Committe of Unsecured Creditors | William K. Harrington, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 |
| Michael R. Lastowski, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 |
| John W. Weiss, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | |
| Unofficial Committee of Select Asbestos Claimants | Steven T. Davis, Esq.<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>716 Tatnall Street<br>Wilmington, DE 19899 |
| United States Trustee | Frank Perch, III<br>Office of the United States Trustee<br>844 King Street<br>Room 2313<br>Wilmington, DE 19801 |

420128

Owens Corning  
One Owens Corning Parkway  
Toledo, OH 43659  

Counsel List 00-03837  

Donald J. Detweiler, Esq.  
Saul Ewing LLP  
222 Delaware Avenue  
P.O. Box 1266  
Wilmington, DE 19899  

Norman L. Pernick, Esq.  
Saul Ewing LLP  
222 Delaware Avenue  
P.O. Box 1266  
Wilmington, DE 19899  

H. Bushwell Roberts, Jr., Esq.  
Shumaker, Loop & Kendrick, LLP  
1000 Jackson Street  
Toledo, OH 43624  

J. Kate Stickles, Esq.  
Saul Ewing LLP  
222 Delaware Avenue  
P.O. Box 1266  
Wilmington, DE 19899  

Sharon M. Zieg, Esq.  
Young, Conaway, Stargatt & Taylor  
Brandywine Bldg. 17th Floor  
1000 West Street, P.O. Box 391  
Wilmington, DE 19899  

Official Committee of Asbestos Claimants  

Mark S. Chehi, Esq.  
Skadden, Arps, Slate, Meagher & Flom  
One Rodney Square, P.O. Box 636  
Wilmington, DE 19899-0636  

David R. Hurst, Esq.  
Skadden, Arps, Slate, Meagher & Flom  
One Rodney Square, P.O. Box 636  
Wilmington, DE 19899-0636  

Ronald D. Quintrell  
(no address)  

Maria Aprile Sawczuk, Esq.  
Saul Ewing LLP  
222 Delaware Avenue  
P.O. Box 1266  
Wilmington, DE 19899  

Rebecca Elizabeth Street, Esq.  
Saul Ewing LLP  
222 Delaware Avenue  
P.O. Box 1266  
Wilmington, DE 19899  

Aileen F. Maguire, Esq.  
Campbell & Levine  
800 King Street, Suite 300  
Wilmington, DE 19801

Matthew G. Zaleski, III, Esq.
Campbell & Levine
Chase Manhatten Center
800 King Street, Suite 300
Wilmington, DE 19801

| | |
|---|---|
| Official Committe of Unsecured Creditors | Joseph J. Bodnar, Esq.<br>Walsh, Monzack & Monaco, P.A.<br>1201 Orange Street<br>Suite 400<br>Wilmington, DE 19801 |
| Donna L. Harris, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Francis A. Monaco, Jr.<br>Walsh, Monzack & Monaco, P.A.<br>1201 Orange Street<br>Suite 400<br>Wilmington, DE 19801 |
| William H. Sudell, Jr.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Michael G. Wilson, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| Christopher Martin Winter, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | |
| United States Trustee | Frank Perch, III<br>Office of the United States Trustee<br>844 King Street<br>Room 2313<br>Wilmington, DE 19801 |
| Unofficial Committee of Select Asbestos Claimants | Steven T. Davis, Esq.<br>Obermayer Rebmann Maxwell & Hippel, LLP<br>716 Tatnall Street<br>Wilmington, DE 19899 |

420135