TOGUT, SEGAL & SEGAL LLP
Co-Bankruptcy Counsel for Enron Corp., et al.
One Penn Plaza, Suite 3335
New York, NY 10119
(212) 594-5000
Neil Berger (NB-3599)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :
W.R. GRACE & CO et al.,                         :    Case No. 01-1139 (JKF)
                                                :    Jointly Administered
                                                :
            Debtors.                            :
-------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE
## OF NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS


STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )


      MELISSA SMITH, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at Merrick, New York.

      On January 21, 2003, deponent served a copy of the within Notice of Appearance and Request for Documents upon, all of whom are set forth on the Service list annexed hereto, by depositing a true copy of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                              /s/ Melissa Smith
                                              MELISSA SMITH

Sworn to before me this
21st day of January, 2003


   /s/ Cynthia Juliano
       Notary Public