IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 3203 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE FOURTEENTH MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002 (DOCKET NO. 3203)**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on December 30, 2002 a fourteenth monthly application ("Application") [Docket No. 3203] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.  Objections to the Application were to be filed and served on or before January 20, 2003. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application

{D0007710:1 }

were filed. In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

                              CAPLIN & DRYSDALE, CHARTERED
                              Elihu Inselbuch
                              399 Park Avenue
                              New York, NY 10022
                              (212) 319-7125

                                  -and-

                              CAPLIN & DRYSDALE, CHARTERED
                              Peter Van N. Lockwood
                              One Thomas Circle, N.W.
                              Washington, D.C. 20005
                              (202) 862-5000

                                  - and -

                              CAMPBELL & LEVINE, LLC


                              /S/ Aileen F. Maguire
                              Aileen F. Maguire (I.D. #3756)
                              800 N. King Street
                              Suite 300
                              Wilmington, DE 19899
                              (302) 426-1900

                              Counsel for the Official Committee
                                of Asbestos Personal Injury Claimants

Dated: January 22, 2003