## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et. al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | Hearing Date: Jan. 27, 2003 @ 12:00 (noon) |
| | ) | Related Docket Item: 3007 |

### CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to PricewaterhouseCoopers LLP's Motion For Limited Waiver of the Requirements of Local Rule 2016-2(D) (Docket No. 3007) filed on November 15, 2002, the undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection nor other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Filing of the Motion, objections to the Motion were to be filed and served no later than January 10, 2003.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Date:  January 23, 2002         SMITH, KATZENSTEIN & FURLOW LLP
                                /s/ Kathleen M. Miller
                                Kathleen M. Miller (ID No. 2898)
OF COUNSEL:                     The Corporate Plaza
John C. Goodchild, III          800 Delaware Avenue, 7th Fl
Christine M. Lipski             P.O. Box 410
Morgan, Lewis & Bockius LLP     Wilmington, DE 19899 (Courier 19801)
1701 Market Street              Telephone:  302.652.8400
Philadelphia, PA 19103          Telecopy:  302.652.8405
Telephone: 215.963.5000         E-mail: Kmiller@skfdelaware.com

                                Attorneys for PricewatershouseCoopers LLC

MCM6977.WPD                     1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **23rd** day of **January, 2003**, one copy of the foregoing **Certificate of No Objection** was caused to be served on the following parties in the manner indicated:

| | |
|---|---|
| W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br>Attn: David B. Siegel, Senior Vice President and General Counsel<br>**VIA U.S. MAIL AND VIA E-MAIL IN PDF FORMAT TO william.sparks@grace.com** | James H.M. Sprayregen, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>**VIA E-MAIL IN PDF FORMAT TO James.kapp@chicago.kirkland.com** |
| Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 North Market Street, Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>**TO dcarickhoff@pszyj.com** | J. Douglas Bacon, Esq.<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606<br>**VIA E-MAIL IN PDF FORMAT**<br>**VIA E-MAIL IN PDF FORMAT TO david.heller@lw.com and carol.hennessey@lw.com** |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>**VIA E-MAIL IN PDF FORMAT TO syoder@bayardfirm.com** | Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>**VIA E-MAIL IN PDF FORMAT TO rserrette@stroock.com** |
| Michael R. Latowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>Counsel for the Official Committee of Unsecured Creditors<br>**VIA E-MAIL IN PDF FORMAT TO mlastowski@duanemorris.com** | Scott L. Baena, Esq.<br>Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131<br>Counsel to the Official Committee of Asbestos Property Damage Claimant<br>**VIA E-MAIL IN PDF FORMAT TO jsakalo@bilzin.com** |

MCM6977.WPD

| | |
|---|---|
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Counsel to the Official Committee of<br>Asbestos Property Damage Claimants<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO ttacconelli@ferryjoseph.com** | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>Counsel to the Official Committee<br>of Personal Injury Claimants<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO** pvnl@capdale.com |
| Matthew G. Zaleski, III, Esq.<br>Campbell & Levine, LLC<br>Chase Manhattan Centre, 15th Floor<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Counsel to the Official Committee<br>of Personal Injury Claimants<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO mgz@del.camlev.com** | Philip Bentley, Esq.<br>Kramer, Levin, Naftalis &<br>Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Counsel to the Official Committee<br>of Equity Holders<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO pbentley@kramerlevin.com** |
| Teresa K.D. Currier, Esq.<br>Kleett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Counsel to the Official Committee<br>of Equity Holders<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO currier@klettrooney.com** | Warren H. Smith<br>Warren H. Smith & Associates<br>900 Jackson Street<br>120 Founders Square<br>Dallas, TX 75202<br>Fee Auditor<br>**VIA U.S. MAIL AND VIA E-**<br>**MAIL IN AN ELECTRONIC FORMAT**<br>**TO whsmith@whsmithlaw.com** |

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
**VIA U.S. MAIL**

and on the attached 2002 list by first class mail.

/s/ Kathleen M. Miller
Kathleen M. Miller