## Warren H. Smith & Associates, P.C.
900 Jackson Street
120 Founders Square
Dallas, TX  75202

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 21, 2003

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10195

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/2/2002 | GG | detailed review of caplin july 2002 fee invoice | 2.80 | 350.00 |
| | GG | detailed review of caplin august 2002 fee invoice | 4.70 | 587.50 |
| | GG | detailed review of caplin september 2002 fee invoice | 1.90 | 237.50 |
| | ESN | detailed review of Casner & Edwards Jul-Sep 02 interim fee application | 3.10 | 310.00 |
| | ESN | draft summary PSZY&J Jul-Sep 02 interim fee application | 1.50 | 150.00 |
| | ESN | draft summary CBBG Jul-Sep 02 interim fee application | 2.00 | 200.00 |
| | ESN | draft summary Casner & Edwards, Jul-Sep 02 interim | 2.50 | 250.00 |
| | KRY | Detailed review of FTI's July - September 02 quarterly application and review E. Nichol's Summary re same. | 6.10 | 610.00 |
| 12/3/2002 | GG | detailed review of caplin september 2002 fee invoice | 1.70 | 212.50 |

214 698-3868

W.R. Grace & Co. Page 2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/3/2002 | GG | detailed review of caplin august 2002 fee invoice | 1.90 | 237.50 |
| | GG | detailed review of caplin july 2002 fee invoice | 1.20 | 150.00 |
| | GG | detailed review of reed smith july 2002 fee invoice | 1.10 | 137.50 |
| | GG | detailed review of pitney hardin july 2002 fee invoice | 1.30 | 162.50 |
| | GG | detailed review of pachulski september 2002 fee invoice | 2.10 | 262.50 |
| | GG | detailed review of casner july-august 2002 fee invoice | 1.40 | 175.00 |
| | ESN | detailed review of Stroock, Stroock & Lavan Jul-Sep 02 interim fee application | 5.20 | 520.00 |
| | ESN | detailed review of Duane Morris Jul-Sep 02 interim fee application | 2.10 | 210.00 |
| | DTW | Review fees and summaries and conference with L. Garcia re Pachulski (.3); Pitney Hardin (.4); Casner (.4). | 1.10 | 148.50 |
| | KRY | Begin detailed review of First Interim Quarterly Application of Richardson Patrick, et al. (2.0). | 2.00 | 200.00 |
| | KRY | Prepare, review and revise Summary re FTI Policano & Manzo's July - September 02 Quarterly Application for Compensation and Reimbursement (4.5). | 4.50 | 450.00 |
| 12/4/2002 | WHS | telephone conference with Will Sparks re Grace total fees, etc. | 0.30 | 82.50 |
| | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | GG | detailed review of bilzin sumberg july-september 2002 fee invoice | 3.40 | 425.00 |

W.R. Grace & Co.                                                                                                          Page    3

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 12/4/2002 | ESN | draft summary of Stroock, Stroock & Lavan Jul-Sep 02 interim fee application | 4.50 | 450.00 |
|  | ESN | draft revised summary PSZY&J Jul-Sep 02 per D. Williams | 1.00 | 100.00 |
|  | ESN | draft revised summary Casner & Edwards July -Sep 02 per D. Williams | 1.00 | 100.00 |
|  | DTW | Conference with E. Nichols re Casner, Pachulski and Pitney re fees (.6); review summary FTI Policano fee summary (.3). | 0.90 | 121.50 |
|  | JBA | Update database with Reed Smith 10.02, Ferry Joseph 7-9.02 Int. App. and 9.02, Hamilton 7-9.02 Int. App. | 0.20 | 8.00 |
|  | KRY | Continued review of Richardson Patrick, et al. First Interim Quarterly Application and draft summary regarding same (6.3). | 6.30 | 630.00 |
| 12/5/2002 | JBA | Update database with Kramer 6th Int. Jul-Sept 02 Application, Pitney 9.02 App., Carrella 10.02 Fee App | 0.20 | 8.00 |
|  | JBA | Update database with Holme Roberts 10.02 App., Klett 10.02 App. and 6int Jul-Sept 02, Kramer 10.02 App. Steptoe 7,8,9.02 Apps. | 0.20 | 8.00 |
|  | GG | detailed review of bilzin sumberg july-september 2002 fee invoice | 2.10 | 262.50 |
|  | ESN | detailed review ofRichardson, Patrick, Westbrook & Brickman July 22 -Sep 30 02 | 2.60 | 260.00 |
|  | JBA | Update database with Holme Roberts 10.02, Klett 7-9.02 and 10.02, Kramer 10.02, Steptoe 7,8,9.02. | 0.20 | 8.00 |
|  | JBA | draft e-mail to Smith Katzenstein (K. Miller) re: PwC fee detail for 6 Int. | 0.10 | 4.00 |
|  | KRY | Continued draft of summary, and revisions to same, of Richardson Patrick et al.'s First Interim Quarterly Application (4.5). | 4.50 | 450.00 |
| 12/6/2002 | CC | Detailed review of Kirkland & Ellis 8/02 fee application. | 2.10 | 252.00 |
|  | ESN | draft revision Tersigni, Jun-Aug 02, per D. Williams, IP vs. overhead issues | 1.00 | 100.00 |

W.R. Grace & Co. Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/6/2002 | ESN | draft summary Duane Morris, Jul-Sep 02 | 1.90 | 190.00 |
| | ESN | draft summary Richardson, Patrick, Jul-Sep 02 | 2.60 | 260.00 |
| | ESN | detailed review Campbell, Levine, Jul-Sept 02 | 1.50 | 150.00 |
| | JBA | telephone conference with Morgan Lewis (K. Lipsky) re: PwC fee detail for the 6th Interim | 0.10 | 4.00 |
| | JBA | left detailed telephone voicemail for Morgan Lewis (K. Lipsky) re: PwC fee detail for the 6th Interim | 0.10 | 4.00 |
| | KRY | Detailed review of Reed Smith's July 02 Application for Compensation (4.6); review 4th Interim Final Report and Amended 5th Final Report re Reed Smith (.8) | 5.40 | 540.00 |
| 12/7/2002 | DTW | Telephone conference with K. Wright re Richardson (.2). | 0.20 | 27.00 |
| | KRY | Review RPWB's July - September 02 Application and E. Nichol's summary re same (1.9); continued review of Reed Smith's July 02 Application and draft summary of same (4.0). | 5.90 | 590.00 |
| 12/8/2002 | WHS | draft motion re cap | 1.10 | 302.50 |
| | KRY | Detailed review of Stroock & Stroock & Lavan's Application for Compensation for months July - September 02 (6.8) | 6.80 | 680.00 |
| 12/9/2002 | WHS | draft motion re cap | 0.30 | 82.50 |
| | DTW | Conference with K. Young re several applications (.6). | 0.60 | 81.00 |
| | CC | Detailed review of Kirkland & Ellis 8/02 fee application. | 3.30 | 396.00 |
| | CC | Detailed review of Kirkland & Ellis 9/02 fee application. | 0.40 | 48.00 |

W.R. Grace & Co. Page 5

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/9/2002 | GG | detailed review of duane morris july-september 2002 fee invoice | 1.40 | 175.00 |
| | LMF | review of 5th Q cumulative amounts to reconcile 4th and 5th Q discrepancy | 0.40 | 60.00 |
| | KRY | Continued review of Stroock's 07/02 - 09/02 Application and review E. Nichol's summary re same (4.7). | 4.70 | 470.00 |
| 12/10/2002 | WHS | telephone conference with Will Sparks re Pitney, etc. | 0.10 | 27.50 |
| | WHS | receive and review motion of PWC re no fee detail | 0.20 | 55.00 |
| | DTW | Conference with W. Smith re PwC fees and Motion for limited waiver (.2); review motion and fee application including attachments of various retention motions and objections (1.3); conference with M. Stierer re same (.2); review fee application and summary of K&E July 2002 (1.2); conference with S. Bossay re same (.4). | 3.30 | 445.50 |
| | SLB | Begin review of july-sept 02 Casner & Edwards - (3.7 hrs.) | 3.70 | 370.00 |
| | KRY | Draft summary of Application for Compensation of Stroock & Stroock & Lavan for time period July - September 2002 (7.0). | 7.00 | 700.00 |
| 12/11/2002 | WHS | telephone conference with Paula Galbraith re Carella | 0.20 | 55.00 |
| | WHS | conference with LaVern Ferdinand re Carella amounts | 0.10 | 27.50 |
| | DTW | Conference with L. Ferdinand re PwC fees and motion (.3); confeernce with S. Bossay re July 2002, K&E fees (.3). | 0.60 | 81.00 |
| | ALW | detailed review of PWC motion | 0.50 | 95.00 |
| | LMF | draft e-mail to Paula, Paulchulski re:Carella Byrne amended fees allowed for 5th Q | 0.30 | 45.00 |
| | LMF | review Carella interim fee application to amend fees allowed for the 5th Q | 0.30 | 45.00 |

| W.R. Grace & Co. | | | Page | 6 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 12/11/2002 SLB | Edit July 02 Kirkland & Ellis - (5.2 hrs.) | | 5.20 | 520.00 |
| KRY | Continue draft and revisions to summary of Stroock's Application for Compensation (4.0). | | 4.00 | 400.00 |
| 12/12/2002 WHS | detailed review of invoice of WHS&A before service | | 0.10 | 27.50 |
| WHS | receive and review 4 misc pleadings | | 0.10 | 27.50 |
| DTW | Conference with A. Willingham re initial report deadline and course of action re same (.1). | | 0.10 | 13.50 |
| GG | detailed review of duane morris july-september 2002 fee invoice | | 1.60 | 200.00 |
| ALW | telephone conference with DTW re initial reports and deadline | | 0.20 | 38.00 |
| ALW | detailed review of Legal Analysis summaries for IR purposes | | 0.80 | 152.00 |
| ALW | draft initial report re Legal Analysis 6Q | | 0.90 | 171.00 |
| KRY | Detailed review of Carella, et al. 07/02 - 09/02 Quarterly Application for Compensation (4.3). | | 4.30 | 430.00 |
| 12/13/2002 DTW | Conference with L. Garcia re status of summaries revised and completed (.3); several calls and e-mails to and from A. Willingham re initial reports for Legal (.2); Tersigni (.1); Wallace (.2); HOlme Roberts (.1); conference with J. Allgood re files for Holme Roberts (.2); conference with L. Garcia and K. Young re summaries and status of same (.5). | | 1.50 | 202.50 |
| GG | detailed review of duane morris july-september 2002 fe invoice | | 2.10 | 262.50 |
| GG | detailed review of campbell july-september 2002 fee invoice | | 1.80 | 225.00 |
| GG | detailed review of pitney hardin july 2002 fee invoice | | 3.20 | 400.00 |

| W.R. Grace & Co. | | | Page | 7 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 12/13/2002 ALW | draft Legal Analysis 6Q IR | | 1.30 | 247.00 |
| ALW | draft Tersigni 6 Quarter initial report | | 0.80 | 152.00 |
| ALW | detailed review of Wallace King Summaries and Application for 6Q | | 1.00 | 190.00 |
| ALW | draft Wallace King 6Q initial report | | 0.80 | 152.00 |
| ALW | telephone conference with JFA re WRG initial reports | | 0.10 | 19.00 |
| ALW | detailed review of Application for 6Q initial report | | 0.70 | 133.00 |
| ALW | telephone conference with JFA re Holme Roberts Summaries and fee details | | 0.10 | 19.00 |
| SLB | Completed amended July-Sept. 02 Casner - (3.6 hrs.) ; completed amended July - Sept. 02 Pachulski - (3.9 hrs) | | 7.50 | 750.00 |
| KRY | Continue review of Carella, et al. Quarterly Application and prepare summary regarding same (3.8);  detailed review of Nelson Mullins, et al. Quarterly Application for Compensation for time period July - September 2002 (1.0); draft summary of Nelson Mullin's Quarterly Application (.7). | | 5.50 | 550.00 |
| 12/14/2002 KRY | Detailed review of Hamilton, Robinovitz & Alschuler's Second Interim Quarterly Fee Application and prepare summary of same (1.4);  detailed review of Campbell & Levine's monthly fee statements for July and August 2002 and draft summary of same (2.5); detailed review of Klett Rooney Lieber & Schorling Quarterly Fee Application for July - September 2002 time period and draft summary re same (1.8). | | 5.70 | 570.00 |
| 12/15/2002 DTW | Review revisions to summaries for Casner 7-01 through 9-02 (.2); review revisions to Pachulski re 8-02 through 9-02 (.2). | | 0.40 | 54.00 |
| GG | detailed review of pitney hardin august-september 2002 fee invoice | | 1.40 | 175.00 |
| 12/16/2002 WHS | receive, review, and respond to e-mail from LaVern Ferdinand re Elzufon Austin | | 0.10 | 27.50 |

W.R. Grace & Co. Page 8

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/16/2002 | WHS | conference with LaVern Ferdinand re spreadsheet for 6th interim | 0.10 | 27.50 |
| | GG | detailed review of pitney hadrin september 2002 fee invoice | 0.40 | 50.00 |
| | GG | detailed review of pachulski 6th interim initial report | 8.40 | 1,050.00 |
| | SLB | completed Sixth Interim Initial Report - Casner & Edwards - (7.1 hrs.) | 7.10 | 710.00 |
| | DTW | Review relevant material, including administrative order and initial reports in preparation for drafting initial reports for 6th interim period (.7); conference with L. Garcia and S. Bossay re same (.8); reivew initial report for Casner 6th (.4); conference with S. Bossay re same (.3); conference with L. Ferdinand re spreadsheet issues for 6th interim period (.2); conference with L. Garcia re initial reports (.4); review and revise Casner initial report (.6); conference with S. Bossay re same (.2). | 3.60 | 486.00 |
| | LMF | review of new applicant's retention in case for 2d Q filed application(.5); PACER search to verify previous filings(.3) | 0.80 | 120.00 |
| | KRY | Draft and revisions to summary of Reed Smith's 7/02 interim fee application (2.8). | 2.80 | 280.00 |
| 12/17/2002 | DTW | Conference with S. Bossay re Klett Rooney and others to review (.2); review fees and initial report for Nelson Mullins and conference with S. Bossay re same (.5); review fees and initial report for Pachulski (.6); conference with L. Garcia re same (.4); PACER research re Klett Rooney interim application for 6th interim period (.4); additional revisions to Pachulski initial report and conference with L. Garcia re same (.5); conference with A. Willingham re Holme Roberts (.2); several conferences thoughout the day with S. Bossay and L. Garcia re initial reports (.5). | 3.30 | 445.50 |
| | GG | prelim draft of pachulski 6th interim initial report | 2.90 | 362.50 |
| | GG | detailed review of pitney hardin july-september 2002 fee invoice | 5.80 | 725.00 |
| | SLB | Reviewed summaries Jul-Sept 02 - Klett - (1.2 hr.) ; Jul-Sept 02 - Nelson, Mullins - (1.5 hr.) ; Completed initial report of 6th Interim Nelson, Mullins - (5.4 hr.) | 8.10 | 810.00 |

W.R. Grace & Co. Page 9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/17/2002 | ALW | detailed review of Holme Roberts initial report and fee details and t/c with DTW re same | 0.20 | 38.00 |
| | KRY | Review and finalize summary of Reed Smith's 7/02 interim fee application (1.0). | 1.00 | 100.00 |
| | KRY | Draft and revisions to summary of Nelson Mullins 7/02-9/02 quarterly fee applications (1.0). | 1.00 | 100.00 |
| | KRY | Detailed review of Reed Smith's 8/02 interim fee application (1.4). | 1.40 | 140.00 |
| 12/18/2002 | DTW | Conference with L. Ferdinand re initial reports (.1). | 0.10 | 13.50 |
| | GG | detailed review of pitney hardin july-sept 2002 fee invoice | 2.40 | 300.00 |
| | SLB | Began 6th Interim initial report Holme Roberts - (7.5 hrs) | 7.50 | 750.00 |
| | KRY | Continued detailed review of Reed Smith's 8/02 interim fee application (7.5). | 7.40 | 740.00 |
| 12/19/2002 | GG | prelim draft of pachulski 6th interim inital report | 0.30 | 37.50 |
| | GG | prelim draft of carella 6th interim initial report | 2.30 | 287.50 |
| | GG | detailed review of kramer levin july-august 2002 fee invoice | 2.40 | 300.00 |
| | DTW | Review initial report for Pachulski (.4); review Klett Rooney initial report (.1); review Nelson Mullins initial report (.4); PACER research for Nelson interim application (.2); conference with S. Bossay re same (.1); review Wallace King initial report (.6). | 1.80 | 243.00 |
| | SLB | Continued initial report 6th Interim Holme Roberts - (7.8) | 7.80 | 780.00 |
| | MWS | conferences with L. Garcia regarding Carella initial report and discrepancies in amounts billed; analysis of same. | 0.40 | 80.00 |

| W.R. Grace & Co. | | | Page | 10 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 12/19/2002 KRY | Draft summary of Reed Smith's 8/02 interim fee application (7.5). | | 7.50 | 750.00 |
| 12/20/2002 WHS | receive and review 3 misc pleadings | | 0.10 | 27.50 |
| DTW | Conference with S. Bossay re Holme Roberts initial report (.3); conference with W. Smith re same (.1); review initial report for Tersigni and accompanying fees (.4); same re Legal Analysis (.5). | | 1.30 | 175.50 |
| SLB | Continued initial report on 6th Interim Holme Roberts - (6.7 hrs) | | 6.70 | 670.00 |
| LMF | detailed review of Motion filed by PWC re:retention and request to not submit fee application detail for audit services | | 0.70 | 105.00 |
| GG | detailed review of kramer levin july-august 2002 fee invoice | | 1.40 | 175.00 |
| GG | detailed review of steptoe july-september 2002 fee invoice | | 2.10 | 262.50 |
| KRY | Confer with L. Garcia regarding Carella's 7/02-9/02 quarterly fee application (.5); review and revise summary of same (3.0). | | 3.50 | 350.00 |
| 12/21/2002 KRY | Continued draft and revisions to summary of Reed Smith's 8/02 interim fee application (4.1). | | 4.10 | 410.00 |
| KRY | Continued draft and revisions to Hamilton's quarterly fee application (1.2). | | 1.20 | 120.00 |
| 12/23/2002 WHS | telephone conference with Melissa Flax re Carella | | 0.20 | 55.00 |
| WHS | draft 6th interim application | | 0.20 | 55.00 |
| SLB | Edit 6th interim report - Nelson - (.7 hrs); Begin 6th interim report - Stroock - (3.3 hrs.) ; edit 6th interim report - Home Roberts - (4.8 hrs) | | 8.80 | 880.00 |
| DTW | Conference with S. Bossay re initial report for Holme Roberts (.2); conference with S. Bossay re issues with Stroock fees (.2); review and revise initial report for Holme Roberts A(1.4); conference with S. Bossay re | | 3.20 | 432.00 |

| W.R. Grace & Co. | | | Page | 11 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| | | same (.3); research on PACER re interim application and missing exhibits (.6); research re fraudulent conveyance and fees attributable to same (.5). | | |
| 12/24/2002 | WHS | receive and review 3 misc pleadings | 0.10 | 27.50 |
| | SLB | Edit 6th interim report - Holme Roberts - (3.7 hrs.) | 3.70 | 370.00 |
| | DTW | Considerable telephone conversation with L. Hamm re Stroock and Mealy's publication issues and research files res same (.4). | 0.40 | 54.00 |
| 12/26/2002 | LMF | telephone conference with Terri, Caplin re:Grace contact and fee reimbursement payment(.2); t/c with Paula, Palchulski re:Pitney 3Q fees allowed and footnote to order(.3) | 0.50 | 75.00 |
| | SLB | Completed 6th interim initial report - Holme Roberts - (4.2 hrs.) ; continued 6th interim initial report - Stroock - (4.4 hrs.) | 8.60 | 860.00 |
| 12/27/2002 | SLB | Completed 6th interim initial report - Stroock - (4.6 hrs.) ; began 6th interim initial report - Caplin - (3.7 hrs.) | 8.30 | 830.00 |
| | DTW | Several conferences with S. Bossay regarding Caplin and inconsistancies between monthly and interim application (.4); PACER research regarding same (.6). | 1.00 | 135.00 |
| 12/29/2002 | SLB | Continued 6th Interim initial report - Caplin - (2.5 hrs.) | 2.50 | 250.00 |
| 12/30/2002 | SLB | Continued 6th Interim initial report - Caplin - (7.6 hrs.) | 7.60 | 760.00 |
| 12/31/2002 | SLB | completed 6th Interim initial report - Caplin - (7.8 hrs) | 7.80 | 780.00 |
| | ALW | telephone conference with DTW re WRGrace deadlines and remaining applications for review | 0.30 | 57.00 |
| | | **For professional services rendered** | **346.30** | **$38,614.50** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Amber L Willingham | 7.70 | 190.00 | $1,463.00 |

W.R. Grace & Co.     Page 12

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Colleen Canion | 5.80 | 120.00 | $696.00 |
| Doreen T Williams | 23.40 | 135.00 | $3,159.00 |
| Eugenia S. Nichols | 32.50 | 100.00 | $3,250.00 |
| Gloria Garcia (Linda) | 65.50 | 125.00 | $8,187.50 |
| Jeff B. Allgood | 1.10 | 40.00 | $44.00 |
| Kristi R. Young | 102.60 | 100.00 | $10,260.00 |
| Lavern Ferdinand | 3.00 | 150.00 | $450.00 |
| Mark W Steirer | 0.40 | 200.00 | $80.00 |
| Stephen L. Bossay | 100.90 | 100.00 | $10,090.00 |
| Warren H Smith | 3.40 | 275.00 | $935.00 |