IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: February 18, 2003 at 4:00 p.m. |

**FOURTEENTH MONTHLY APPLICATION OF
KLETT ROONEY LIEBER & SCHORLING,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 25, 2002**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 1, 2002 through December 25, 2002 |
| Amount of fees to be approved as actual, reasonable and necessary: | $4,071.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $160.28 |
| This is a(n): | _x_ interim ___ final application. |

The total time expended for the preparation of this application will be included in the next interim fee application.

WLM 41928.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $ 940.67 | $3,295.60/ $ 940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $ 1,343.14 | $10,054.80/ $ 1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |

## SUMMARY OF TIME FOR BILLING PERIOD
### DECEMBER 1, 2002 THROUGH DECEMBER 25, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---:|---:|---:|
| Teresa K.D. Currier | $395 | 5.8 | $2,291.00 |
| Jeffrey R. Waxman | $160 | 6.1 | $976.00 |
| Raelena T. Taylor | $120 | 6.7 | $804.00 |
| **TOTAL** | | **18.6** | **$4,071.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### DECEMBER 1, 2002 THROUGH DECEMBER 25, 2002

| Project category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Disposition | 0.9 | $332.00 |
| Business Operations | 0.6 | $237.00 |
| Case Administration | 2.7 | $446.00 |
| Fee/Employment Applications | 2.6 | $399.00 |
| Litigation | 1.8 | $476.00 |
| Meetings of Creditors | 1.8 | $546.50 |
| Klett Rooney Fee/Employment Applications | 4.8 | $644.00 |
| Hearings | 1.3 | $349.00 |
| Fraudulent Transfer Litigation | 2.1 | $641.50 |
| **TOTAL** | **18.6** | **$4,071.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
### DECEMBER 1, 2002 THROUGH DECEMBER 25, 2002

| Expense Category | Total Expenses |
| --- | --- |
| Reproduction of Documents | $26.70 |
| Duplicating Services/Digital Legal Services | $14.04 |
| Telecopy expenses | $13.36 |
| Federal Express | $65.68 |
| Messenger Services | $40.50 |
| **TOTAL** | $160.28 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: /s/ Teresa K. D. Currier

Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE  19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: January 27, 2003

WLM 41928.1                                                      4

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE    : JANUARY 9, 2003
                                              MATTER  : W9600-001
                                              INVOICE : 150376

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:  IN RE: W.R. GRACE & CO., ET AL.


            DESCRIPTION OF EXPENSE ADVANCES                         AMOUNT
            ------------------------------                          ------

11/27/02  TELECOPY EXPENSES                                          13.36
11/27/02  REPRODUCTION OF DOCUMENTS                                  17.10
11/27/02  REPRODUCTION OF DOCUMENTS                                   9.60
12/10/02  FEDERAL EXPRESS - 4-488-30939 -    FEDERAL                 28.75
          EXPRESS CORPORATION
12/10/02  MESSENGER SERVICES - 14329 -    PARCELS, INC.-D            18.00
          D R
12/18/02  DUPLICATING SERVICES -   DIGITAL LEGAL SERVICES            14.04
12/23/02  MESSENGER SERVICES -   PARCELS, INC.-D D R -                7.50
          14411
12/24/02  FEDERAL EXPRESS -   FEDERAL EXPRESS CORPORATION             8.18
          - 4-488-69176
12/24/02  MESSENGER SERVICES -   PARCELS, INC.-D D R -                7.50
          #14605
12/24/02  FEDERAL EXPRESS -   FEDERAL EXPRESS CORPORATION            28.75
          - 4-488-69176
12/25/02  MESSENGER SERVICES -   TRISTATE COURIER &                   7.50
          CARRIAGE - #3684

                         TOTAL EXPENSE ADVANCES :              160.28

                         TOTAL DUE    :                        160.28


**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    JANUARY 9, 2003
                                          MATTER :  W9600-003
                                          INVOICE : 150377

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:   ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/10/02 | JRW | OBTAIN AND REVIEW ORDER APPROVING DEBTORS' MOTION TO AMEND AGREEMENT FOR SALE OF REAL PROPERTY | .10 |
| 12/12/02 | TC | REVIEWED MOTION FOR AUTHORITY TO AMEND AGREEMENT FOR SALE OF REAL PROPERTY | .40 |
| 12/24/02 | TC | REVIEWED MOTION TO REJECT A PRIME LEASE | .40 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| J R WAXMAN | 160.00 | .10 | 16.00 |
| T CURRIER  | 395.00 | .80 | 316.00 |
| TOTALS     |        | .90 | 332.00 |

TOTAL FEES :                                                332.00

TOTAL DUE  :                                                332.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE   : JANUARY 9, 2003
                                            MATTER : W9600-004
                                            INVOICE : 150378

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/18/02 | TC | REVIEWED MONTHLY OPERATING REPORTS | .60 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T CURRIER | 395.00 | .60 | 237.00 |
| TOTALS |  | .60 | 237.00 |

TOTAL FEES :                                                        237.00

TOTAL DUE  :                                                        237.00

---

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :   JANUARY 9, 2003
                                                MATTER : W9600-005
                                                INVOICE : 150379

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02   T C

RE:   CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/09/02 | JRW | OBTAIN AND REVIEW AGENDA FOR DECEMBER 16, 2002 HEARING (.2) EMAIL TO GBECKER RE: SAME (.1) | .30 |
| 12/12/02 | RTT | UPDATE CASE DOCKET(.2); MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER(1.3) | 1.50 |
| 12/12/02 | RTT | REVIEW DOCKET RE ORDER SCHEDULING OMNIBUS HEARING DATES | .10 |
| 12/13/02 | TC | REVIEWED AGENDA FOR HEARING 12/16 | .40 |
| 12/18/02 | RTT | REVIEW DOCKET RE OMNIBUS ORDER | .10 |
| 12/18/02 | RTT | E-FILE AFFIDAVIT OF SERVICE RE NO ORDER REQUIRED CERTIFICATES OF NO OBJECTION TO FIFTEENTH FEE APP OF KRAMER LEVIN AND TWELFTH FEE APP OF KRLS | .30 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | .30 | 48.00 |
| R T TAYLOR | 120.00 | 2.00 | 240.00 |
| T CURRIER | 395.00 | .40 | 158.00 |
| TOTALS |  | 2.70 | 446.00 |

**PENNSYLVANIA • DELAWARE • NEW JERSEY • WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE   :   JANUARY 9, 2003
                                            MATTER :   W9600-005
                                            INVOICE :  150379

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:   CASE ADMINISTRATION


                              TOTAL FEES :                           446.00


                              TOTAL DUE   :                          446.00






**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JANUARY 9, 2003
                                                MATTER :  W9600-008
                                                INVOICE : 150380

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 12/03/02 | JRW | EMAIL TO AND FROM SMCFARLAND RE: CERTIFICATION OF COUNSEL RE: FEE ORDER | .10 |
| 12/09/02 | JRW | EMAIL FROM KMANGUEL RE: CNO FOR KRAMER LEVIN FEE APPLICATION (.1);.CONFERENCE WITH RTAYLOR RE: SAME (.1) OBTAIN AND REVIEW DOCKET AND REVIEW CNO (.2) | .40 |
| 12/09/02 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S FOURTEENTH FEE APPLICATION | .40 |
| 12/09/02 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN NAFTALIS & FRANKEL LLP'S FOURTEENTH FEE APPLICATION | .40 |
| 12/10/02 | JRW | OBTAIN AND REVIEW AMENDED ORDER AUTHORIZING DEBTORS TO EMPLOY AND COMPENSATE OCPS | .10 |
| 12/12/02 | TC | REVIEWED AMENDED ORDINARY COURSE PROFESSIONALS ORDER | .20 |
| 12/16/02 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN NAFTALIS & FRANKEL'S FIFTEENTH FEE APPLICATION | .40 |
| 12/17/02 | JRW | REVIEW DOCKET AND CNO RE: KRAMER LEVIN FEE APPLICATION AND EMAIL TO GBECKER RE: SAME | .20 |
| 12/17/02 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN NAFTALIS & FRANKEL LLP'S FIFTEENTH FEE APPLICATION | .40 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE    : JANUARY 9, 2003
                                             MATTER  : W9600-008
                                             INVOICE : 150380

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:   FEE/EMPLOYMENT APPLICATIONS


TIME SUMMARY
---------------------

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| J R WAXMAN   | 160.00 | .80   | 128.00 |
| R T TAYLOR   | 120.00 | 1.60  | 192.00 |
| T CURRIER    | 395.00 | .20   | 79.00  |
| TOTALS       |        | 2.60  | 399.00 |

TOTAL FEES :                                                399.00

TOTAL DUE  :                                                399.00


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                  DATE :    JANUARY 9, 2003
                                                      MATTER :  W9600-011
                                                      INVOICE : 150381


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02   T C

RE: LITIGATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/03/02 | JRW | OBTAIN AND REVIEW MOTION TO SETTLE KELLOGG LITIGATION | .20 |
| 12/04/02 | JRW | TELEPHONE CALL FROM CWOORD (DEVALLA) RE: SCHEDULE OF TEREX AGREEMENT FOR ASSUMPTION OF LIABILITIES (.2); SEARCH FILES FOR TEREX AGREEMENT (.2); CONFERENCE WITH RS COBB RE: SAME (.1) | .50 |
| 12/13/02 | JRW | OBTAIN AND REVIEW ORDER APPROVING SETTLEMENT OF LITIGATION AND CLAIM OF KELLOGG | .10 |
| 12/17/02 | TC | REVIEWED MOTION TO APPROVE MCNIC SETTLEMENT | .40 |
| 12/18/02 | TC | REVIEWED AMENDED SCHEDULING ORDER | .40 |
| 12/21/02 | JRW | OBTAIN AND REVIEW MOTION TO APPROVE SETTLEMENT WITH MCNIC | .20 |


TIME SUMMARY

|            | RATE   | HOURS | TOTALS |
|------------|--------|-------|--------|
| J R WAXMAN | 160.00 | 1.00  | 160.00 |
| T CURRIER  | 395.00 | .80   | 316.00 |
| TOTALS     |        | 1.80  | 476.00 |

TOTAL FEES :                                                          476.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE   :   JANUARY 9, 2003
                                                    MATTER :   W9600-011
                                                    INVOICE :  150381


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:   LITIGATION


                            TOTAL DUE   :                              476.00

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 9, 2003
                                              MATTER :  W9600-012
                                              INVOICE : 150382


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

   RE:  MEETINGS OF CREDITORS


  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                      HOURS
  ----   ----   -------------------------------                       -----

12/12/02 JRW    ATTEND COMMITTEE CONFERENCE CALL                        .70

12/12/02 TC     ATTENDED COMMITTEE MEETING                             1.10



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE      HOURS        TOTALS
                          ----      -----        ------
 J R WAXMAN              160.00      .70         112.00
 T CURRIER               395.00     1.10         434.50
                 TOTALS             1.80         546.50

                 TOTAL FEES :                                         546.50


                 TOTAL DUE  :                                         546.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JANUARY 9, 2003
                                            MATTER :  W9600-017
                                            INVOICE : 150383


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

    RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                           HOURS
 ----   ----   -------------------------------                            -----

12/02/02 JRW   EMAIL TO SMCFARLAND, WSMITH, LFERDINAND RE:                 .50
               CERTIFICATION OF COUNSEL RE: KRLS FEES AND
               AMENDING OMNIBUS FEE ORDER FO RFOURTH INTERIM
               PERIOD

12/09/02 RTT   PREPARE PRE-BILLS FOR THE MONTH OF NOVEMBER                 .10
               2002

12/10/02 RTT   REVIEW PRE-BILLS FOR THE MONTH OF NOVEMBER 2002             .60

12/11/02 JRW   TELEPHONE CALL TO PGALBRAITH RE: CERTIFICATION              .10
               OF COUNSEL RE: AMENDING INTERIM FEE ORDER

12/12/02 JRW   REVIEW AND REVISE TIME ENTRIES IN ANTICIPATION              .30
               OF FILING FEE APPLICATION

12/13/02 RTT   CONFERENCE WITH J.WAXMAN RE CNO'S TO BE FILED               .10
               ON 12/16/02

12/16/02 JRW   TELEPHONE CALL TO PGALBRAITH RE: CERTIFICATION              .10
               OF COUNSEL FOR AMENDED FEE ORDER

12/16/02 RTT   BEGIN DRAFTING OF KRLS THIRTEENTH FEE                       .60
               APPLICATION

12/16/02 RTT   DRAFT NO ORDER REQUIRED CERTIFICATE OF NO                   .40
               OBJECTION TO KRLS TWELFTH FEE APPLICATION

12/16/02 RTT   REVIEW AND COMPARE FINAL BILLS FOR THE MONTH OF             .60
               NOVEMBER 2002

12/17/02 JRW   REVIEW DOCKET AND CNO RE: KRLS FEE APPLICATION              .20
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JANUARY 9, 2003
                                                MATTER :  W9600-017
                                                INVOICE : 150383

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02   T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/17/02 | RTT | CONTINUE TO DRAFT KRLS THIRTEENTH FEE APPLICATION | .30 |
| 12/17/02 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS TWELFTH FEE APPLICATION | .40 |
| 12/18/02 | JRW | REVIEW AND REVISE KRLS FEE APPLICATION (.3); CONFERENCE WITH RTAYLOR RE: SAME (.1) | .40 |
| 12/19/02 | JRW | REVIEW EDITS TO KRLS FEE APPLICATION AND CONFERENCE WITH TKDCURRIER RE: SAME | .10 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 160.00 | 1.70 | 272.00 |
| R T TAYLOR | 120.00 | 3.10 | 372.00 |
| TOTALS |  | 4.80 | 644.00 |

TOTAL FEES :                                                     644.00

TOTAL DUE :                                                      644.00

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE    : JANUARY 9, 2003
                                               MATTER  : W9600-018
                                               INVOICE : 150384


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:    HEARINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/09/02 | TC | REVIEWED AGENDA LETTER FOR HEARING 12/16 | .40 |
| 12/13/02 | JRW | TELEPHONE CALL FROM GBECKER RE: NOVEMBER 16, 2002 HEARING | .10 |
| 12/16/02 | JRW | OBTAIN AND REVIEW AMENDED SCHEDULING ORDER (.1) EMAIL TO GBECKER, PBENTLEY, AND TKDCURRIER RE: SAME (.1) | .20 |
| 12/16/02 | JRW | REVIEW AMENDED AGENDA AND GO TO HEARING (.3); EMAIL TO PBENTLEY AND GBECKER RE: SAME (.1) | .40 |
| 12/17/02 | TC | REVIEWED AND CALENDARED ORDER WITH OMNIBUS DATES | .20 |


               T I M E   S U M M A R Y

                         RATE      HOURS         TOTALS

J R WAXMAN              160.00      .70          112.00
T CURRIER               395.00      .60          237.00
              TOTALS                1.30         349.00


                    TOTAL FEES :                              349.00


                    TOTAL DUE  :                              349.00


PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : JANUARY 9, 2003
MATTER  : W9600-021
INVOICE : 150385

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

RE:  FRAUDULENT TRANSFER LITIGATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/02/02 | JRW | REVIEW CORESPONDENCE FROM THIRD CIRCUIT RE: SEALED AIR APPEAL (.2); EMAIL TO AND FROM PBENTLEY RE: POSSIBLE SETTLEMENT (.1) | .30 |
| 12/03/02 | JRW | LETTER FROM BIRNBAUM TO THIRD CIRCUIT RE: SETTLEMENT OF SEALED AIR MATTER AND DISMISSAL OF APPEAL (.1); EMAIL TO PBENTLEY AND GBECKER RE: SAME (.1) | .20 |
| 12/04/02 | TC | REVIEWED SEALED AIR LETTER RE SETTLEMENT | .30 |
| 12/12/02 | TC | REVIEWED MEMO TO COMMITTEE RE SEALED AIR LITIGATION AND PROPOSED SETTLEMENT- | .60 |
| 12/12/02 | TC | CONF WITH JEFF WAXMAN RE SEALED AIR SETTLEMENT AND PLAN ISSUES | .40 |
| 12/17/02 | JRW | REVIEW MEMO AND ACCOMPANYING DOCUMENTS FROM PBENTLEY RE: SETTLEMENT OF SEALED AIR LITIGATION | .30 |

### T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS |
|------------|--------|-------|--------|
| J R WAXMAN | 160.00 | .80   | 128.00 |
| T CURRIER  | 395.00 | 1.30  | 513.50 |
| TOTALS     |        | 2.10  | 641.50 |

TOTAL FEES :                                            641.50

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE   :   JANUARY 9, 2003
                                              MATTER :   W9600-021
                                              INVOICE:   150385


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/02    T C

     RE:   FRAUDULENT TRANSFER LITIGATION



                              TOTAL DUE   :                       641.50
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**