IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection deadline: February 18, 2003 @ 4:00 p.m. |

**FIFTEENTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2002 through December 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,712.00 (80% of $15,890.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $4,409.58 |

This is a: __X__ monthly _____ interim _____ final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 - 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

{D0007837:1 }
DOC# -171899

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 - 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $25,727.20 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $11,656.40 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $20,302.00 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $34,684.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | Pending | Pending |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | Pending | Pending |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | Pending | Pending |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | Pending | Pending |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | Pending | Pending |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | Pending | Pending |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,726.25) | $24,602.71 | Pending | Pending |
| 10/30/02 | 09/01/02 through 09/30/02 | $58,214.20 (80% of $72,767.75) | $28,256.42 | Pending | Pending |
| 12/03/02 | 10/01/02 through 10/31/02 | $28,861.20 (80% of $36,076.50) | $18,036.72 | Pending | Pending |
| 12/30/02 | 11/1/02 through 11/30/02 | $29,528.00 (80% of $36,910.00) | $11,184.60 | Pending | Pending |
| 1/28/03 | 12/1/02 through 12/31/02 | $12,712.00 (80% of $15,890.00) | $4,409.58 | Pending | Pending |

2

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
## FOR BILLING PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002
## CAPLIN & DRYSDALE, CHARTERED

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|---|---|
| Elihu Inselbuch (EI) | Member | 39 | .6 | $710 | $1,136.00 |
| Peter V. Lockwood (PVL) | Member | 33 | 4.2 | $625 | $2,625.00 |
| Trevor W. Swett (TWS) | Member | 20 | .4 | $470 | $188.00 |
| Nathan D. Finch (NDF) | Member | 9 | 1.6 | $395 | $632.00 |
| Kimberly N. Brown (KNB) | Of Counsel | 8 | .3 | $350 | $105.00 |
| Rita C. Tobin (RCT) | Associate | 11 | 3.5 | $340 | $1,190.00 |
| John P. Cunningham (JPC) | Associate | 1 | 21.7 | $240 | $5,208.00 |
| Brian A. Skretny (BAS) | Associate | 1 | 3.8 | $240 | $912.00 |
| Robert C. Spohn (RCS) | Paralegal | 8 | 7.0 | $165 | $1,155.00 |
| Elyssa J. Strug (EJS) | Paralegal | 6 | 6.0 | $155 | $930.00 |
| Karen A. Albertelli (KAA) | Paralegal | 1 | 11.4 | $135 | $1,539.00 |
| Tracy L Wantuck (TLW) | Paralegal | 1 | 2.0 | $135 | $270.00 |
| Total | | | 63.5 | | $15,890.00 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 12/01/02 through 12/31/02 | Total Fees for the Period 12/01/02 through 12/31/02 |
|---|---|---|
| Case Administration | 26.7 | $4,938.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 12.2 | $3,846.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 1.1 | $687.50 |

| | | |
|---|---:|---:|
| Fee Applications, Applicant | 5.5 | $1,703.50 |
| Fee Applications, Others | .4 | $219.00 |
| Plan & Disclosure Statement | 1.7 | $679.00 |
| Tax Issues | 15.9 | $3,816.00 |
| **Grand totals** | **63.5** | **$15,890.00** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period December 1, 2002 through December 31, 2002 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $626.90 |
| In-House Reproduction ($0.15 per page) | | $373.50 |
| Facsimile ($0.15 per page) | | $83.80 |
| Federal Express | | $0 |
| Long Distance Telephone Calls | | $56.78 |
| Air & Train Transportation | | $783.55 |
| Messenger Service | | $327.50 |
| Local Transportation | | $0 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $0 |
| Postage | | $5.35 |
| Research Material | | $0 |
| Westlaw/Lexis | | $785.99 |
| Professional Fees & Expert Witness Fees | | $0 |
| Travel – Meals | | $16.38 |
| Travel – Hotel | | $891.52 |
| Travel – Ground Transportation | | $458.31 |
| **Total:** | | **$4,409.58** |

CAPLIN & DRYSDALE, CHARTERED

_____
Elihu Inselbuch
399 Park Avenue
New York, NY 10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
1201 N. Market Street
15th Floor
Wilmington, DE 19801
(302) 426-1900

Counsel for the Official Committee
 of Asbestos Personal Injury Claimants

Dated: January 22, 2003

{D0002790:1}                            5