## EXHIBIT A

**Case Administration (26.70 Hours; $ 4,938.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.10 | $710 | 781.00 |
| Peter V. Lockwood | .60 | $625 | 375.00 |
| Trevor W. Swett | .10 | $470 | 47.00 |
| Rita C. Tobin | .40 | $340 | 136.00 |
| Robert C. Spohn | 7.00 | $165 | 1,155.00 |
| Elyssa J. Strug | 4.10 | $155 | 635.50 |
| Karen A. Albertelli | 11.40 | $135 | 1,539.00 |
| Tracy L. Wantuck | 2.00 | $135 | 270.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/02 | EJS | 155.00 | 0.20 | Updated EI Judge Wolin files/indexes. |
| 12/02/02 | EJS | 155.00 | 0.30 | Updated EI hearing files. |
| 12/02/02 | EJS | 155.00 | 0.10 | Updated JWD agenda files. |
| 12/02/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/27/02 |
| 12/02/02 | KAA | 135.00 | 1.50 | Updated Ct doc & Orders indexes (02-2210). |
| 12/02/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/03/02 | RCS | 165.00 | 1.80 | Review and index pleadings and correspondence received 12/2/02 (.3); review and index specific item documents and prepare for scanning and inclusion in the electronically imaged document database (1.2); gather electronic media re: bates (.3) |
| 12/03/02 | KAA | 135.00 | 0.20 | Updated litigation calendar. |
| 12/04/02 | RCT | 340.00 | 0.20 | Review weekly recommendations re: EI update. |
| 12/04/02 | EJS | 155.00 | 0.20 | Updated EI minute files. |
| 12/04/02 | EJS | 155.00 | 0.20 | Updated EI files. |

{D0007838:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/04/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 12/3/02 |
| 12/05/02 | PVL | 625.00 | 0.20 | Review NDF memo and reply (.1); review Hurford memo (.1). |
| 12/05/02 | EJS | 155.00 | 0.50 | Created EI files. |
| 12/05/02 | EJS | 155.00 | 0.30 | Edited draft minutes per EI. |
| 12/05/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/4/02 |
| 12/05/02 | EI | 710.00 | 0.50 | Memo re: Siegel request. |
| 12/05/02 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/05/02 | KAA | 135.00 | 0.50 | Updated Ct doc index (01-771). |
| 12/05/02 | KAA | 135.00 | 0.50 | Updated Ct doc index (02-2210). |
| 12/05/02 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 12/06/02 | PVL | 625.00 | 0.20 | Confer EI re status. |
| 12/06/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/5/02 |
| 12/09/02 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 12/6/02 (.2); retrieve documents requested by attorney (.3) |
| 12/09/02 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/10/02 | EJS | 155.00 | 0.30 | Updated EI minute files. |
| 12/10/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/9/02 |
| 12/10/02 | EI | 710.00 | 0.10 | Memo to Kazan. |
| 12/10/02 | KAA | 135.00 | 0.20 | Updated litigation calendar. |
| 12/11/02 | EJS | 155.00 | 0.50 | Updated EI hearing files. |
| 12/11/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 12/10/02 |

{D0007838:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/11/02 | TLW | 135.00 | 2.00 | Organize case files and pleadings. |
| 12/12/02 | PVL | 625.00 | 0.10 | Review miscellaneous filings. |
| 12/12/02 | EJS | 155.00 | 0.40 | Updated EI files. |
| 12/12/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/11/02 |
| 12/12/02 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 12/12/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/13/02 | RCT | 340.00 | 0.10 | Review weekly recommendation reports re: EI update. |
| 12/16/02 | EJS | 155.00 | 0.40 | Updated EI, PVNL, JWD agenda files. |
| 12/16/02 | RCS | 165.00 | 0.80 | Review and index pleadings and correspondence received 12/12/02 - 12/13/02 (.4); retrieve docs for attorney (.4) |
| 12/16/02 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/16/02 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 12/17/02 | EJS | 155.00 | 0.10 | Updated EI files. |
| 12/17/02 | EJS | 155.00 | 0.30 | Updated EI hearing files. |
| 12/17/02 | EJS | 155.00 | 0.30 | Updated EI hearing files. |
| 12/17/02 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 12/16/02 (.3); organize docs and forward filing (.4) |
| 12/17/02 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 12/18/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/17/02 |
| 12/18/02 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/19/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/18/02 |

{D0007838:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/19/02 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/20/02 | TWS | 470.00 | 0.10 | Instructions to paralegal re distribution of materials |
| 12/20/02 | KAA | 135.00 | 0.20 | Updated Monthly Operating Rpts index. |
| 12/20/02 | KAA | 135.00 | 1.20 | Updated Ct doc & Orders indexes (01-1139). |
| 12/20/02 | KAA | 135.00 | 0.50 | Updated Ct doc index (02-2210). |
| 12/20/02 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/21/02 | PVL | 625.00 | 0.10 | Review 9019 motion re MCNIC. |
| 12/23/02 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 12/19/02 - 12/20/02 |
| 12/23/02 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/24/02 | RCT | 340.00 | 0.10 | Review weekly recommendations re: EI update. |
| 12/24/02 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/23/02 |
| 12/24/02 | KAA | 135.00 | 0.20 | Updated litigation calendar. |
| 12/27/02 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/30/02 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 12/24/02 through 12/27/02 (.4). |
| 12/30/02 | KAA | 135.00 | 0.20 | Reviewed recently received court documents in preparation of indexing/filing. |
| 12/31/02 | RCS | 165.00 | 0.20 | Review and index pleadings and corresp. rec'd 12/30/02 (.2) |
| 12/31/02 | EI | 710.00 | 0.50 | Read Mich. court opinion on EPA case. |

**Total Task Code .04    26.70**

{D0007838:1 }

**Claim Analysis Objection & Resolution (Asbestos)(12.20 Hours; $ 3,846.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 2.30 | $625 | 1,437.50 |
| Kimberly N. Brown | .30 | $350 | 105.00 |
| John P. Cunningham | 5.80 | $240 | 1,392.00 |
| Brian A. Skretny | 3.80 | $240 | 912.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/02 | BAS | 240.00 | 0.30 | Reviewed MCH comments re: draft interrogatories (.3). |
| 12/03/02 | PVL | 625.00 | 0.40 | Review expert report re PD claims estimation. |
| 12/03/02 | KNB | 350.00 | 0.30 | Confer with NDF re settlement, estimation |
| 12/03/02 | JPC | 240.00 | 0.30 | Update challenged claims survey research |
| 12/04/02 | PVL | 625.00 | 0.60 | Email Berkin (.1); review Siegel memo (.2); review memo re Libby (.1); review Grace brief v. EPA (.2). |
| 12/04/02 | JPC | 240.00 | 0.40 | Update challenged claims survey research and files |
| 12/09/02 | PVL | 625.00 | 0.40 | Review Siegel memo (.2); confer NDF re same (.1); review Kellogg 9019 motion(.1). |
| 12/12/02 | BAS | 240.00 | 3.50 | Incorporate JPC/NDF/MCH edits to BAS 12/01/02 draft memo and letter to retained medical expert (3.5). |
| 12/12/02 | JPC | 240.00 | 2.10 | Review survey-related correspondence (.5); summarize state-by-state breakdown re: pleural and other contested claims (.8); begin research re: response memo to updated SAC assertions on state treatment of pleural claims (.8) |
| 12/13/02 | JPC | 240.00 | 1.40 | Continue research on state treatment of challenged claims for follow up response memo to updated SAC and USG assertions |
| 12/16/02 | JPC | 240.00 | 1.60 | Continue research on state treatment of challenged claims for follow up response memo to updated SAC and USG assertions |
| 12/27/02 | PVL | 625.00 | 0.70 | Review Stiglitz et al study. |

{D0007838:1 }

| 12/30/02 | PVL | 625.00 | 0.20 | Review J. Molly opposition re EPA claims re Libby. |

**Total Task Code .05        12.20**

### Claim Analysis Objection & Resolution (Non-Asbestos)(1.10 Hours; $ 687.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.10 | $625 | 687.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/13/02 | PVL | 625.00 | 1.10 | Review amended agenda letter (.1); review 2 memos and teleconference Hurford re same (.2) teleconference Icahn re status (.8). |

**Total Task Code .06        1.10**

### Fee Applications, Applicant (5.50 Hours; $ 1,703.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $710 | 355.00 |
| Rita C. Tobin | 3.10 | $340 | 1,054.00 |
| Elyssa J. Strug | 1.90 | $155 | 294.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/02 | EJS | 155.00 | 0.30 | Created December fee schedule. |
| 12/05/02 | EJS | 155.00 | 0.10 | Updated RCT & ES fee files w/payments received. |
| 12/09/02 | EI | 710.00 | 0.50 | Memo to NDF re: fees (.3); memo to Jacobs re: same (.1); t/c NDF re: same (.1). |
| 12/13/02 | RCT | 340.00 | 1.50 | Review pre-bills. |
| 12/17/02 | RCT | 340.00 | 0.50 | Review edits to fee apps and e-mails to TB re: same. |

{D0007838:1 }

| 12/17/02 | RCT | 340.00 | 0.50 | Review edits to fee apps and e-mails to TB re: same. |
| 12/18/02 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |
| 12/19/02 | RCT | 340.00 | 0.60 | Review final fee app. |
| 12/19/02 | EJS | 155.00 | 1.00 | Worked on monthly fee application. |

**Total Task Code .12        5.50**


**Fee Applicants, Others (.40 Hours; $ 219.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |
| Trevor W. Swett | .20 | $470 | 94.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/02/02 | PVL | 625.00 | 0.10 | Review 5 fee applications. |
| 12/04/02 | TWS | 470.00 | 0.20 | Conf NDF re 11 U.S.C. section 503 |
| 12/09/02 | PVL | 625.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13        .40**

**Plan & Disclosure Statement (1.70 Hours; $ 679.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $470 | 47.00 |
| Nathan D. Finch | 1.60 | $395 | 632.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/05/02 | TWS | 470.00 | 0.10 | E-mail from PNVL and NDF re quantifying liabilities |

{D0007838:1 }

| 12/16/02 | NDF | 395.00 | 1.60 | Review info re: PD liabilities and insurance (1.0); t/c Berkin of Larry Tersigni's office re: PD liabilities and insurance for plan negotiation purposes (.6). |

**Total Task Code .17**   1.70

**Tax Issues (15.90 Hours; $ 3,816.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| John P. Cunningham | 15.90 | $240 | 3,816.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/16/02 | JPC | 240.00 | 0.80 | Conference with CSR re: tax issues re: set off from IRS for Grace '91-'92 returns and related assignment (.5); begin research re: same (.3) |
| 12/17/02 | JPC | 240.00 | 8.10 | Research re: tax issues re: set off from IRS for grace '91-'92 returns (4.6); draft memo for CSR re: state of law availability of setoffs in bankruptcy (1.3); conference with CSR re: same (.5); review previous C&D pleading filings on issue of IRS setoffs in chapter 11 cases (1.7) |
| 12/18/02 | JPC | 240.00 | 7.00 | Research re: tax issues re: setoff from IRS for '91-'92 returns (5.2); revise and update memo re: state of law to availability of setoffs in bankruptcy (1.8) |

**Total Task Code .19**   15.90

{D0007838:1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 783.55 |
| Air Freight & Express Mail | 327.50 |
| Database Research | 785.99 |
| Long Distance Telephone - Equitrac In-House | 44.85 |
| Meals Related to Travel | 16.38 |
| NYO Long Distance Telephone | 11.93 |
| Outside Local Deliveries | 147.22 |
| Outside Duplication Service | 479.68 |
| Postage | 5.35 |
| Telecopier | 83.80 |
| Travel Expenses – Ground Transportation | 458.31 |
| Travel Expenses – Hotel Charges | 891.52 |
| Duplicating | <u>373.50</u> |
| Total: | $ 4,409.58 |

{D0007838:1 }