## EXHIBIT B

### Case Administration (26.7 Hours; $ 4,938.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04        26.7**

### Claim Analysis Objection & Resolution (Asbestos) (12.2 Hours; $ 3,846.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05        12.2**

### Claim Analysis (Objection & Resolution (Non-Asbestos) (1.1 Hours; $ 687.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06        1.1**

### Fee Applications, Applicant (5.5 Hours; $ 1,703.50)

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        5.5**

### Fee Applications, Others (.4 Hours; $ 219.00)

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .4**

### Plan & Disclosure Statement (1.7 Hours; $ 679.00)

{D0007839:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          1.7**

**Tax Issues (15.9 Hours; $ 3,816.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19          15.9**