**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 783.55 |
| Air Freight & Express Mail | 327.50 |
| Database Research | 785.99 |
| Long Distance Telephone - Equitrac In-House | 44.85 |
| Meals Related to Travel | 16.38 |
| NYO Long Distance Telephone | 11.93 |
| Outside Local Deliveries | 147.22 |
| Outside Duplication Service | 479.68 |
| Postage | 5.35 |
| Telecopier | 83.80 |
| Travel Expenses – Ground Transportation | 458.31 |
| Travel Expenses – Hotel Charges | 891.52 |
| Duplicating | <u>373.50</u> |
| Total: | $ 4,409.58 |

{D0007840:1 }