PREBILL / CONTROL REPORT

| | | | | |
|---|---|---|---|---|
| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | Page: |
| Matter 000 | Disbursements | | | |
| | | | | 1/14/2003 |
| Attn: | | | | Invoice # |

rans Date Range: 1/1/1950 to: 12/31/2002

**Matter 000**

**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 12/26/2002 | 13,655 |
|---|---|---|---|---|---|---|---|---|

| Trust Amount Available | | Total Expenses Billed To Date | $209,586.41 | Billing Empl: | 0120 | Elihu Inselbuch |
|---|---|---|---|---|---|---|
| | | | | Responsible Empl: | 0120 | Elihu Inselbuch |
| | | | | Alternate Empl: | 0120 | Elihu Inselbuch |
| | | | | Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 768.31 | 0.00 | 768.31 |
| 0083 | CSR | Christopher S. Rizek | 0.00 | 1.80 | 0.00 | 1.80 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 1,547.25 | 0.00 | 1,547.25 |
| 0106 | TWS | Trevor W. Swett | 0.00 | 46.50 | 0.00 | 46.50 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 8,018.88 | 0.00 | 8,018.88 |
| 0138 | BAS | Brian A. Skretny | 0.00 | 11.79 | 0.00 | 11.79 |
| 0149 | JPC | John P. Cunningham | 0.00 | 8,439.48 | 0.00 | 8,439.48 |
| 0187 | NDF | Nathan D. Finch | 0.00 | 8,647.11 | 0.00 | 8,647.11 |
| 0197 | TLW | Tracy L. Wantuck | 0.00 | 17.40 | 0.00 | 17.40 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 1.60 | 0.00 | 1.60 |
| 0234 | RET | Rita E Tower | 0.00 | 26.45 | 0.00 | 26.45 |
| 0237 | SC | Sharon Clark | 0.00 | 3.25 | 0.00 | 3.25 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 0.75 | 0.00 | 0.75 |
| 0246 | NO | Nickie Ochoa | 0.00 | 0.45 | 0.00 | 0.45 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | -23,121.44 | 0.00 | -23,121.44 |

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G ---------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

{D0007841:1}

```
   Client Number:   4642     Grace Asbestos Personal Injury Claimants                                                               Page:
   Matter      000            Disbursements
                                                                                                                                    1/14/2003
                                                                                                                                    Invoice #
Attn:
```

|  |  |  |  |  |  | ---------- ACTUAL ---------- |  | ---------- BILLING--------- |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1383468 | Travel Expenses - Hotel Charges - deposit for EI for 11/29/02 - 12/20/02 for trial | E | 11/17/2002 | 0120 | EI | | 0.00 | $4,680.48 | | 0.00 | $4,680.48 | 4,680.48 |
| 1383469 | Travel Expenses - Hotel Charges Deposit on room for NDF for 11/29/02 - 12/20/02 for trial | E | 11/17/2002 | 0187 | NDF | | 0.00 | $4,680.48 | | 0.00 | $4,680.48 | 9,360.96 |
| 1383470 | Travel Expenses - Hotel Charges - deposit on room for JPC for 11/29/02 - 12/20/02 for trial | E | 11/17/2002 | 0149 | JPC | | 0.00 | $4,680.48 | | 0.00 | $4,680.48 | 14,041.44 |
| 1390089 | Travel Expenses - Hotel Charges - Deposit on hotel room for trial 12/6-12/10 | E | 11/22/2002 | 0101 | RCS | | 0.00 | $1,000.00 | | 0.00 | $1,000.00 | 15,041.44 |
| 1390090 | Travel Expenses - Hotel Charges - Deposit on hotel room for trial 12/6-12/20 for NDF | E | 11/22/2002 | 0187 | NDF | | 0.00 | $3,158.45 | | 0.00 | $3,158.45 | 18,199.89 |
| 1390091 | Travel Expenses - Hotel Charges - Deposit on hotel room for trial 12/6-12/20 for EI | E | 11/22/2002 | 0120 | EI | | 0.00 | $3,158.45 | | 0.00 | $3,158.45 | 21,358.34 |
| 1390092 | Travel Expenses - Hotel Charges - Deposit on hotel room for trial 12/6-12/20 for JPC | E | 11/22/2002 | 0149 | JPC | | 0.00 | $3,158.46 | | 0.00 | $3,158.46 | 24,516.80 |
| 1411203 | Fax Transmission to 12145239159 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $1.00 | | 0.00 | $1.00 | 24,517.80 |
| 1411204 | Fax Transmission to 12145239157 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $1.00 | | 0.00 | $1.00 | 24,518.80 |
| 1411205 | Fax Transmission to 12145239158 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.70 | | 0.00 | $0.70 | 24,519.50 |
| 1411206 | Fax Transmission to 12145991171 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.90 | | 0.00 | $0.90 | 24,520.40 |
| 1411207 | Fax Transmission to 12148248100 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.80 | | 0.00 | $0.80 | 24,521.20 |
| 1411208 | Fax Transmission to 13125516759 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.90 | | 0.00 | $0.90 | 24,522.10 |
| 1411210 | Fax Transmission to 18432169450 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.90 | | 0.00 | $0.90 | 24,523.00 |
| 1411214 | Fax Transmission to 18432169290 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.90 | | 0.00 | $0.90 | 24,523.90 |
| 1411216 | Fax Transmission to 14067527124 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $1.20 | | 0.00 | $1.20 | 24,525.10 |
| 1411217 | Fax Transmission to 13026565875 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.80 | | 0.00 | $0.80 | 24,525.90 |
| 1411218 | Fax Transmission to 15108354913 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.70 | | 0.00 | $0.70 | 24,526.60 |
| 1411219 | Fax Transmission to 12165750799 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.70 | | 0.00 | $0.70 | 24,527.30 |
| 1411220 | Fax Transmission to 14124718308 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.90 | | 0.00 | $0.90 | 24,528.20 |
| 1411221 | Fax Transmission to 13053796222 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.70 | | 0.00 | $0.70 | 24,528.90 |
| 1411222 | Fax Transmission to 3440994 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $1.40 | | 0.00 | $1.40 | 24,530.30 |
| 1411223 | Fax Transmission to 3445461 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.80 | | 0.00 | $0.80 | 24,531.10 |
| 1411224 | Fax Transmission to 3445461 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.40 | | 0.00 | $0.40 | 24,531.50 |
| 1411225 | Fax Transmission to 16179510679 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.90 | | 0.00 | $0.90 | 24,532.40 |
| 1411226 | Fax Transmission to 12024293329 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.80 | | 0.00 | $0.80 | 24,533.20 |
| 1411227 | Fax Transmission to 12024293301 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $1.00 | | 0.00 | $1.00 | 24,534.20 |
| 1411228 | Fax Transmission to 14122615066 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.50 | | 0.00 | $0.50 | 24,534.70 |
| 1411229 | Fax Transmission to 14122615066 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.40 | | 0.00 | $0.40 | 24,535.10 |
| 1411230 | Fax Transmission to 3445461 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.30 | | 0.00 | $0.30 | 24,535.40 |
| 1411231 | Fax Transmission to 13024269947 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.80 | | 0.00 | $0.80 | 24,536.20 |
| 1411232 | Fax Transmission to 17136501400 | E | 11/26/2002 | 0999 | C&D | | 0.00 | $0.70 | | 0.00 | $0.70 | 24,536.90 |
| 1411279 | Fax Transmission to 12024293329 | E | 11/27/2002 | 0999 | C&D | | 0.00 | $0.60 | | 0.00 | $0.60 | 24,537.50 |

{D0007841:1 }

**Client Number:   4642      Grace Asbestos Personal Injury Claimants**

Page:

**Matter      000              Disbursements**

1/14/2003

Invoice #

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1411280 | Fax Transmission to 12024293301 | E | 11/27/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90  24,538.40 |
| 1411354 | Fax Transmission to 12145239159 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,539.10 |
| 1411355 | Fax Transmission to 12145239157 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,539.80 |
| 1411356 | Fax Transmission to 12145239158 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50  24,540.30 |
| 1411357 | Fax Transmission to 12145991171 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,541.00 |
| 1411358 | Fax Transmission to 12148248100 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50  24,541.50 |
| 1411359 | Fax Transmission to 17136501400 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60  24,542.10 |
| 1411360 | Fax Transmission to 13125516759 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,542.80 |
| 1411361 | Fax Transmission to 18432169450 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,543.50 |
| 1411362 | Fax Transmission to 18432169290 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,544.20 |
| 1411363 | Fax Transmission to 13026565875 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,544.90 |
| 1411364 | Fax Transmission to 13026565875 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30  24,545.20 |
| 1411365 | Fax Transmission to 14067527124 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90  24,546.10 |
| 1411366 | Fax Transmission to 15108354913 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,546.80 |
| 1411367 | Fax Transmission to 12165750799 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60  24,547.40 |
| 1411368 | Fax Transmission to 13053796222 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50  24,547.90 |
| 1411369 | Fax Transmission to 14124718308 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70  24,548.60 |
| 1411370 | Fax Transmission to 3440994 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00  24,549.60 |
| 1411371 | Fax Transmission to 3445461 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50  24,550.10 |
| 1411372 | Fax Transmission to 16179510679 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60  24,550.70 |
| 1411373 | Fax Transmission to 12024293301 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00  24,551.70 |
| 1411374 | Fax Transmission to 13024269947 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50  24,552.20 |
| 1411375 | Fax Transmission to 14122615066 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50  24,552.70 |
| 1411376 | Fax Transmission to 13024269947 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30  24,553.00 |
| 1411378 | Fax Transmission to 14122615066 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30  24,553.30 |
| 1395456 | Equitrac - Long Distance to 2123199240 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.52 | 0.00 | $0.52  24,553.82 |
| 1395483 | Equitrac - Long Distance to 2127353000 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20  24,554.02 |
| 1395487 | Equitrac - Long Distance to 2126446755 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06  24,554.08 |
| 1395488 | Equitrac - Long Distance to 2126446755 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05  24,554.13 |
| 1395493 | Equitrac - Long Distance to 2126446755 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06  24,554.19 |
| 1395501 | Equitrac - Long Distance to 2126446755 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06  24,554.25 |
| 1395504 | Equitrac - Long Distance to 2126446755 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06  24,554.31 |
| 1395510 | Equitrac - Long Distance to 2127277890 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08  24,554.39 |
| 1395518 | Equitrac - Long Distance to 2123199240 | E | 12/02/2002 | 0999 | C&D | 0.00 | $3.07 | 0.00 | $3.07  24,557.46 |
| 1395519 | Equitrac - Long Distance to 2125945300 | E | 12/02/2002 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00  24,560.46 |
| 1395528 | Equitrac - Long Distance to 2126446755 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12  24,560.58 |
| 1395542 | Equitrac - Long Distance to 3033127331 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14  24,560.72 |
| 1395543 | Equitrac - Long Distance to 8054993572 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42  24,561.14 |
| {D0007841:1 } | | | | | | | | | |
| 1396051 | Fax Transmission to 12126446755 | E | 12/02/2002 | 0020 | PVL | 0.00 | $1.10 | 0.00 | $1.10  24,562.24 |

**Client Number:  4642     Grace Asbestos Personal Injury Claimants**

**Matter       000              Disbursements**

Page:

1/14/2003

Invoice #

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1396056 | Fax Transmission to 13033127331 | E | 12/02/2002 | 0020 | PVL | 0.00 | $1.30 | 0.00 | $1.30 | 24,563.54 |
| 1396098 | Photocopy | E | 12/02/2002 | 0020 | PVL | 0.00 | $3.75 | 0.00 | $3.75 | 24,567.29 |
| 1396159 | Photocopy | E | 12/02/2002 | 0245 | PT | 0.00 | $0.75 | 0.00 | $0.75 | 24,568.04 |
| 1396232 | Equitrac - Long Distance to 8054997126 | E | 12/03/2002 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 24,568.44 |
| 1396240 | Equitrac - Long Distance to 2123199240 | E | 12/03/2002 | 0999 | C&D | 0.00 | $1.08 | 0.00 | $1.08 | 24,569.52 |
| 1396263 | Equitrac - Long Distance to 3033127321 | E | 12/03/2002 | 0999 | C&D | 0.00 | $0.79 | 0.00 | $0.79 | 24,570.31 |
| 1396270 | Equitrac - Long Distance to 2126201830 | E | 12/03/2002 | 0999 | C&D | 0.00 | $2.25 | 0.00 | $2.25 | 24,572.56 |
| 1396279 | Equitrac - Long Distance to 2128681229 | E | 12/03/2002 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 24,572.70 |
| 1396294 | Equitrac - Long Distance to 2145236265 | E | 12/03/2002 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 24,572.80 |
| 1396296 | Equitrac - Long Distance to 2147296265 | E | 12/03/2002 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 24,572.90 |
| 1396303 | Equitrac - Long Distance to 2145201181 | E | 12/03/2002 | 0999 | C&D | 0.00 | $0.91 | 0.00 | $0.91 | 24,573.81 |
| 1396328 | Equitrac - Long Distance to 2129469446 | E | 12/03/2002 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 24,573.90 |
| 1396340 | Equitrac - Long Distance to 2127612903 | E | 12/03/2002 | 0999 | C&D | 0.00 | $1.75 | 0.00 | $1.75 | 24,575.65 |
| 1396398 | Postage | E | 12/03/2002 | 0149 | JPC | 0.00 | $0.60 | 0.00 | $0.60 | 24,576.25 |
| 1396408 | Fax Transmission to 18054997126 | E | 12/03/2002 | 0234 | RET | 0.00 | $4.30 | 0.00 | $4.30 | 24,580.55 |
| 1396414 | Fax Transmission to 12128681229 | E | 12/03/2002 | 0237 | SC | 0.00 | $1.40 | 0.00 | $1.40 | 24,581.95 |
| 1396417 | Fax Transmission to 12145201181 | E | 12/03/2002 | 0234 | RET | 0.00 | $10.00 | 0.00 | $10.00 | 24,591.95 |
| 1396442 | Photocopy | E | 12/03/2002 | 0234 | RET | 0.00 | $2.70 | 0.00 | $2.70 | 24,594.65 |
| 1396447 | Photocopy | E | 12/03/2002 | 0101 | RCS | 0.00 | $1.05 | 0.00 | $1.05 | 24,595.70 |
| 1396453 | Photocopy | E | 12/03/2002 | 0234 | RET | 0.00 | $2.25 | 0.00 | $2.25 | 24,597.95 |
| 1396500 | Photocopy | E | 12/03/2002 | 0101 | RCS | 0.00 | $5.40 | 0.00 | $5.40 | 24,603.35 |
| 1395850 | Air & Train Transportation - Tvl NY 11/29 for settlement conference for PVNL | E | 12/03/2002 | 0020 | PVL | 0.00 | $73.50 | 0.00 | $73.50 | 24,676.85 |
| 1395851 | Travel Expenses - Ground Transportation - Tvl NY 11/29 for settlement conference for PVNL | E | 12/03/2002 | 0020 | PVL | 0.00 | $183.52 | 0.00 | $183.52 | 24,860.37 |
| 1395871 | Air Freight & Express Mail - Federal Express delivery on 11/21 to A. King | E | 12/04/2002 | 0101 | RCS | 0.00 | $17.54 | 0.00 | $17.54 | 24,877.91 |
| 1395872 | Air Freight & Express Mail - Federal Express delivery on 11/22 to M. Peterson & 11/20 to M. Peterson & R. Fleishman | E | 12/04/2002 | 0187 | NDF | 0.00 | $69.41 | 0.00 | $69.41 | 24,947.32 |
| 1395878 | Air Freight & Express Mail - Federal Express delivery on 11/18 to P. Weitz | E | 12/04/2002 | 0999 | C&D | 0.00 | $12.67 | 0.00 | $12.67 | 24,959.99 |
| 1397112 | Equitrac - Long Distance to 2123199240 | E | 12/04/2002 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 24,960.04 |
| 1397127 | Equitrac - Long Distance to 2147296265 | E | 12/04/2002 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 24,960.12 |
| 1397165 | Equitrac - Long Distance to 2123197125 | E | 12/04/2002 | 0999 | C&D | 0.00 | $0.72 | 0.00 | $0.72 | 24,960.84 |
| 1397370 | Photocopy | E | 12/04/2002 | 0101 | RCS | 0.00 | $0.15 | 0.00 | $0.15 | 24,960.99 |
| 1397380 | Photocopy | E | 12/04/2002 | 0101 | RCS | 0.00 | $0.15 | 0.00 | $0.15 | 24,961.14 |
| 1397407 | Photocopy | E | 12/04/2002 | 0101 | RCS | 0.00 | $0.15 | 0.00 | $0.15 | 24,961.29 |
| 1397558 | Air Freight & Express Mail Federal Express to Loreto Tersigni from ei ON 11/25 | E | 12/06/2002 | 0120 | EI | 0.00 | $26.96 | 0.00 | $26.96 | 24,988.25 |
| 1397576 | Equitrac - Long Distance to 5613621312 | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 24,988.37 |
| 1397823 | Photocopy | E | 12/06/2002 | 0246 | NO | 0.00 | $0.45 | 0.00 | $0.45 | 24,988.82 |
| 1397847 | Photocopy | E | 12/06/2002 | 0083 | CSR | 0.00 | $1.80 | 0.00 | $1.80 | 24,990.62 |

{D0007841:1 }

**Client Number:  4642    Grace Asbestos Personal Injury Claimants**

Page:

**Matter      000           Disbursements**

1/14/2003

Invoice #

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1397858 | Photocopy | | E | 12/06/2002 | 0234 | RET | 0.00 | $1.65 | 0.00 | $1.65 | 24,992.27 |
| 1397860 | Photocopy | | E | 12/06/2002 | 0234 | RET | 0.00 | $0.90 | 0.00 | $0.90 | 24,993.17 |
| 1397861 | Photocopy | | E | 12/06/2002 | 0149 | JPC | 0.00 | $0.75 | 0.00 | $0.75 | 24,993.92 |
| 1397275 | Travel Expenses - Ground Transportation  Petty Cash;  Cabs for DNF  in NY on 11/27 | | E | 12/06/2002 | 0187 | NDF | 0.00 | $37.74 | 0.00 | $37.74 | 25,031.66 |
| 1397276 | Meals Related to Travel Petty Cash;  Supper in New York for NDF on 11/27 | | E | 12/06/2002 | 0187 | NDF | 0.00 | $4.26 | 0.00 | $4.26 | 25,035.92 |
| 1397277 | Travel Expenses - Ground Transportation  Petty Cash;  Cabs for PVNL in New York on 12/2 | | E | 12/06/2002 | 0020 | PVL | 0.00 | $36.50 | 0.00 | $36.50 | 25,072.42 |
| 1397278 | Meals Related to Travel Petty Cash;  Dinner for PVNL in New York on 12/2 | | E | 12/06/2002 | 0020 | PVL | 0.00 | $12.12 | 0.00 | $12.12 | 25,084.54 |
| 1411561 | Fax Transmission to 12145239159 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,085.54 |
| 1411562 | Fax Transmission to 12145239157 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,086.54 |
| 1411563 | Fax Transmission to 12145991171 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,087.54 |
| 1411564 | Fax Transmission to 12148248100 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 25,088.34 |
| 1411565 | Fax Transmission to 17136501400 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 25,089.04 |
| 1411566 | Fax Transmission to 13125516759 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,090.04 |
| 1411567 | Fax Transmission to 18432169450 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,091.04 |
| 1411568 | Fax Transmission to 12145239158 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 25,091.94 |
| 1411569 | Fax Transmission to 18432169290 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,092.94 |
| 1411570 | Fax Transmission to 13026565875 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,093.94 |
| 1411571 | Fax Transmission to 15108354913 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,094.94 |
| 1411572 | Fax Transmission to 12165750799 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 25,095.84 |
| 1411573 | Fax Transmission to 14124718308 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 25,096.84 |
| 1411574 | Fax Transmission to 3440994 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 25,098.34 |
| 1411575 | Fax Transmission to 13053796222 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 25,099.24 |
| 1411576 | Fax Transmission to 3445461 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 25,100.04 |
| 1411577 | Fax Transmission to 16179510679 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 25,100.94 |
| 1411578 | Fax Transmission to 12024293329 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 25,101.64 |
| 1411579 | Fax Transmission to 12024293301 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 25,102.54 |
| 1411580 | Fax Transmission to 13024269947 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 25,103.04 |
| 1411581 | Fax Transmission to 13024269947 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 25,103.54 |
| 1411582 | Fax Transmission to 14122615066 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 25,104.04 |
| 1411583 | Fax Transmission to 14122615066 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 25,104.54 |
| 1411584 | Fax Transmission to 13024269947 | | E | 12/06/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 25,105.24 |
| 1411585 | Fax Transmission to 12024293302 | | E | 12/06/2002 | 0232 | LK | 0.00 | $1.60 | 0.00 | $1.60 | 25,106.84 |
| 1411619 | Fax Transmission to 13024269947 | | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 25,107.34 |
| 1411625 | Fax Transmission to 13024269947 | | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 25,107.74 |
| 1411638 | Fax Transmission to 13026565875 | | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 25,108.34 |
| {D0007841:1 }<br>1398022 | Equitrac - Long Distance to 2149784984 | | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 25,108.39 |
| 1398028 | Equitrac - Long Distance to 3033127321 | | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 25,108.86 |

**Client Number:   4642      Grace Asbestos Personal Injury Claimants**

**Matter      000               Disbursements**

Page:

1/14/2003

Invoice #

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1398030 | Equitrac - Long Distance to 2123197125 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 25,109.18 |
| 1398031 | Equitrac - Long Distance to 4105314000 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 25,109.29 |
| 1398057 | Equitrac - Long Distance to 4105314170 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 25,109.79 |
| 1398127 | Equitrac - Long Distance to 3024261900 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 25,110.54 |
| 1398217 | Photocopy | E | 12/09/2002 | 0101 | RCS | 0.00 | $28.95 | 0.00 | $28.95 | 25,139.49 |
| 1398248 | Photocopy | E | 12/09/2002 | 0197 | TLW | 0.00 | $14.10 | 0.00 | $14.10 | 25,153.59 |
| 1398301 | Photocopy | E | 12/09/2002 | 0999 | C&D | 0.00 | $234.60 | 0.00 | $234.60 | 25,388.19 |
| 1398869 | Recall Total Information; Delivery of documents | E | 12/09/2002 | 0120 | EI | 0.00 | $139.05 | 0.00 | $139.05 | 25,527.24 |
| 1398870 | Outside Photocopying/Duplication Service; ImageNet Copying medium handling | E | 12/09/2002 | 0101 | RCS | 0.00 | $479.68 | 0.00 | $479.68 | 26,006.92 |
| 1399086 | Red Top Cab for NDF to National airport on 11/26 | E | 12/10/2002 | 0187 | NDF | 0.00 | $17.03 | 0.00 | $17.03 | 26,023.95 |
| 1399252 | Equitrac - Long Distance to 5613621302 | E | 12/10/2002 | 0999 | C&D | 0.00 | $0.46 | 0.00 | $0.46 | 26,024.41 |
| 1399822 | Outside Local Deliveries - Velocity Express delivery service on 11/18 | E | 12/11/2002 | 0999 | C&D | 0.00 | $8.17 | 0.00 | $8.17 | 26,032.58 |
| 1400094 | Equitrac - Long Distance to 3129847759 | E | 12/11/2002 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 26,032.72 |
| 1401598 | Equitrac - Long Distance to 2129469446 | E | 12/13/2002 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 26,032.85 |
| 1401617 | Equitrac - Long Distance to 3129847552 | E | 12/13/2002 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 26,033.06 |
| 1401642 | Equitrac - Long Distance to 3024261900 | E | 12/13/2002 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 26,033.14 |
| 1401645 | Equitrac - Long Distance to 3129847759 | E | 12/13/2002 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 26,033.33 |
| 1401646 | Equitrac - Long Distance to 3024261900 | E | 12/13/2002 | 0999 | C&D | 0.00 | $0.67 | 0.00 | $0.67 | 26,034.00 |
| 1401669 | Equitrac - Long Distance to 2127024333 | E | 12/13/2002 | 0999 | C&D | 0.00 | $4.62 | 0.00 | $4.62 | 26,038.62 |
| 1401914 | Travel Expenses - Hotel Charges - Hilton Newark Gateway - 4 rooms for one night due to cancellation of reservations due to settlement | E | 12/16/2002 | 0999 | C&D | 0.00 | $891.52 | 0.00 | $891.52 | 26,930.14 |
| 1401922 | Equitrac - Long Distance to 2035699093 | E | 12/16/2002 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 26,931.34 |
| 1401928 | Equitrac - Long Distance to 2035699093 | E | 12/16/2002 | 0999 | C&D | 0.00 | $1.81 | 0.00 | $1.81 | 26,933.15 |
| 1401936 | Equitrac - Long Distance to 2125945300 | E | 12/16/2002 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 26,933.23 |
| 1402042 | Equitrac - Long Distance to 2123197125 | E | 12/16/2002 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 26,933.28 |
| 1402813 | Equitrac - Long Distance to 5613621312 | E | 12/17/2002 | 0999 | C&D | 0.00 | $8.25 | 0.00 | $8.25 | 26,941.53 |
| 1402936 | Photocopy | E | 12/17/2002 | 0999 | C&D | 0.00 | $51.45 | 0.00 | $51.45 | 26,992.98 |
| 1402958 | Photocopy | E | 12/17/2002 | 0197 | TLW | 0.00 | $0.30 | 0.00 | $0.30 | 26,993.28 |
| 1402964 | Photocopy | E | 12/17/2002 | 0149 | JPC | 0.00 | $3.75 | 0.00 | $3.75 | 26,997.03 |
| 1403004 | Photocopy | E | 12/17/2002 | 0149 | JPC | 0.00 | $1.20 | 0.00 | $1.20 | 26,998.23 |
| 1411804 | Fax Transmission to 13024269947 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 26,998.73 |
| 1411808 | Fax Transmission to 13024269947 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 26,999.13 |
| 1403075 | Database Research-Westlaw research by JPC on 11/26 | E | 12/19/2002 | 0149 | JPC | 0.00 | $573.69 | 0.00 | $573.69 | 27,572.82 |
| 1403089 | Database Research-Westlaw research by NDF on 12/05 | E | 12/19/2002 | 0187 | NDF | 0.00 | $191.75 | 0.00 | $191.75 | 27,764.57 |
| 1403258 {D0007841:1} | ADA Travel First class train for NDF to New York on 11/26 (coach $145.00) | E | 12/20/2002 | 0187 | NDF | 0.00 | $203.00 | 0.00 | $203.00 | 27,967.57 |
| 1403259 | ADA Travel  Agency fee on NDF 11/26 travel to | E | 12/20/2002 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 28,007.57 |

Client Number:  4642    Grace Asbestos Personal Injury Claimants

Page:

Matter   000        Disbursements

1/14/2003

Invoice #

Attn:

New York

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1403260 | ADA Travel  Coach fare for NDF to New York on 11/26 | E | 12/20/2002 | 0187 | NDF | 0.00 | $154.05 | 0.00 | $154.05 | 28,161.62 |
| 1403261 | ADA Travel; Agency fee on NDF 11/26 travel to New York | E | 12/20/2002 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 28,201.62 |
| 1403262 | ADA Travel; PVNL first class train to Newark on 11/27 (coach $253.00) | E | 12/20/2002 | 0020 | PVL | 0.00 | $233.00 | 0.00 | $233.00 | 28,434.62 |
| 1403263 | ADA Travel; Agency fee on PVNL travel to Newark on 11/27 | E | 12/20/2002 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 28,474.62 |
| 1406649 | Equitrac - Long Distance to 5613621302 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 28,475.38 |
| 1406753 | Equitrac - Long Distance to 3024261900 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 28,475.64 |
| 1406754 | Equitrac - Long Distance to 3024299947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,475.70 |
| 1406758 | Equitrac - Long Distance to 3024299947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,475.76 |
| 1406761 | Equitrac - Long Distance to 3024299947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,475.82 |
| 1406767 | Equitrac - Long Distance to 3024299947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,475.88 |
| 1406781 | Equitrac - Long Distance to 3053502403 | E | 12/20/2002 | 0999 | C&D | 0.00 | $1.41 | 0.00 | $1.41 | 28,477.29 |
| 1406805 | Equitrac - Long Distance to 3024299947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,477.35 |
| 1406808 | Equitrac - Long Distance to 3024299947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,477.41 |
| 1406812 | Equitrac - Long Distance to 3024299947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,477.47 |
| 1406816 | Equitrac - Long Distance to 3024299947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,477.53 |
| 1406819 | Equitrac - Long Distance to 3024269947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 28,477.58 |
| 1406821 | Equitrac - Long Distance to 3024254265 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 28,477.64 |
| 1406824 | Equitrac - Long Distance to 3024261900 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 28,477.71 |
| 1406829 | Equitrac - Long Distance to 3024269947 | E | 12/20/2002 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 28,477.86 |
| 1406845 | Equitrac - Long Distance to 3129847759 | E | 12/20/2002 | 0999 | C&D | 0.00 | $5.02 | 0.00 | $5.02 | 28,482.88 |
| 1407346 | Fax Transmission to 13024269947 | E | 12/20/2002 | 0237 | SC | 0.00 | $1.70 | 0.00 | $1.70 | 28,484.58 |
| 1407419 | Photocopy | E | 12/20/2002 | 0197 | TLW | 0.00 | $3.00 | 0.00 | $3.00 | 28,487.58 |
| 1407431 | Photocopy | E | 12/20/2002 | 0237 | SC | 0.00 | $0.15 | 0.00 | $0.15 | 28,487.73 |
| 1403725 | United Parcel Service to Andrew King on 11/13 from RCS | E | 12/23/2002 | 0101 | RCS | 0.00 | $14.18 | 0.00 | $14.18 | 28,501.91 |
| 1403738 | Federal Express to Robert Turken, Mark Peterson , Brad Friedman from NDF on 11/13 | E | 12/23/2002 | 0187 | NDF | 0.00 | $23.40 | 0.00 | $23.40 | 28,525.31 |
| 1404438 | Equitrac - Long Distance to 5612129435 | E | 12/24/2002 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 28,525.39 |
| 1404339 | NYO Long Distance Telephone-Long distance call made in the month of November | E | 12/26/2002 | 0999 | C&D | 0.00 | $1.43 | 0.00 | $1.43 | 28,526.82 |
| 1404345 | NYO Long Distance Telephone-Long distance call made in the month of November | E | 12/26/2002 | 0999 | C&D | 0.00 | $7.91 | 0.00 | $7.91 | 28,534.73 |
| 1404350 | NYO Long Distance Telephone-Long distance call made in the month of November | E | 12/26/2002 | 0999 | C&D | 0.00 | $2.59 | 0.00 | $2.59 | 28,537.32 |
| 1404367 | Database Research-Westlaw research by JPC on 12/11,13 | E | 12/26/2002 | 0149 | JPC | 0.00 | $20.55 | 0.00 | $20.55 | 28,557.87 |
| 1404396 | Federal Express to Marla Eskin from EI on 12/6 | E | 12/26/2002 | 0120 | EI | 0.00 | $10.76 | 0.00 | $10.76 | 28,568.63 |
| 1412202 | Fax Transmission to 12024293301 | E | 12/27/2002 | 0999 | C&D | 0.00 | $2.80 | 0.00 | $2.80 | 28,571.43 |

{D0007841:1 }

| | Client Number: 4642  Grace Asbestos Personal Injury Claimants | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Matter  000       Disbursements | | | | | | | | | Page: |
| | | | | | | | | | | 1/14/2003 |
| Attn: | | | | | | | | | | Invoice # |
| 1404895 | Air Freight & Express Mail - Federal Express delivery charges to M. Eskin on 12/19 | E | 12/28/2002 | 0120 | EI | 0.00 | $3.18 | 0.00 | $3.18 | 28,574.61 |
| 1404910 | Air Freight & Express Mail - Federal Express delivery to D. Bernick on 9/14 | E | 12/28/2002 | 0106 | TWS | 0.00 | $46.50 | 0.00 | $46.50 | 28,621.11 |
| 1404913 | Air Freight & Express Mail - Federal Express delivery to R. Fleishman on 11/6 | E | 12/28/2002 | 0999 | C&D | 0.00 | $12.67 | 0.00 | $12.67 | 28,633.78 |
| 1404920 | Air Freight & Express Mail - Federal Express delivery to J. Sakalo on 11/1 | E | 12/28/2002 | 0999 | C&D | 0.00 | $38.23 | 0.00 | $38.23 | 28,672.01 |
| 1405955 | Travel Expenses - Hotel Charges - record void of check to Hilton Newark Gateway for EI | E | 12/30/2002 | 0999 | C&D | 0.00 | -$4,680.48 | 0.00 | -$4,680.48 | 23,991.53 |
| 1405956 | Travel Expenses - Hotel Charges - record void of check to Hilton Newark Gateway for NDF | E | 12/30/2002 | 0999 | C&D | 0.00 | -$4,680.48 | 0.00 | -$4,680.48 | 19,311.05 |
| 1405957 | Travel Expenses - Hotel Charges - record void of check to Hilton Newark Gateway for JPC | E | 12/30/2002 | 0999 | C&D | 0.00 | -$4,680.48 | 0.00 | -$4,680.48 | 14,630.57 |
| 1405958 | Travel Expenses - Hotel Charges - record void of check to Hilton Newark Gateway for RCS | E | 12/30/2002 | 0999 | C&D | 0.00 | -$1,000.00 | 0.00 | -$1,000.00 | 13,630.57 |
| 1405959 | Travel Expenses - Hotel Charges - record void of check to Hilton Newark Gateway for EI | E | 12/30/2002 | 0999 | C&D | 0.00 | -$3,158.45 | 0.00 | -$3,158.45 | 10,472.12 |
| 1405960 | Travel Expenses - Hotel Charges - record void of check to Hilton Newark Gateway for NDF | E | 12/30/2002 | 0999 | C&D | 0.00 | -$3,158.45 | 0.00 | -$3,158.45 | 7,313.67 |
| 1405961 | Travel Expenses - Hotel Charges - record void of check to Hilton Newark Gateway for JPC | E | 12/30/2002 | 0999 | C&D | 0.00 | -$3,158.46 | 0.00 | -$3,158.46 | 4,155.21 |
| 1408142 | Postage from NY office for December | E | 12/30/2002 | 0999 | C&D | 0.00 | $4.75 | 0.00 | $4.75 | 4,159.96 |
| 1409344 | Photocopy | E | 12/31/2002 | 0999 | C&D | 0.00 | $9.45 | 0.00 | $9.45 | 4,169.41 |
| 1409345 | Photocopy | E | 12/31/2002 | 0234 | RET | 0.00 | $4.65 | 0.00 | $4.65 | 4,174.06 |
| 1406254 | Air Freight & Express Mail - Federal Express delivery on 11/26 to K.Thomas | E | 12/31/2002 | 0999 | C&D | 0.00 | $12.67 | 0.00 | $12.67 | 4,186.73 |
| 1406255 | Air Freight & Express Mail - Federal Express delivery on 11/25 to L. Oliver | E | 12/31/2002 | 0138 | BAS | 0.00 | $11.79 | 0.00 | $11.79 | 4,198.52 |
| 1406256 | Air Freight & Express Mail - Federal Express delivery on 11/22 to R. Fleishman | E | 12/31/2002 | 0187 | NDF | 0.00 | $27.54 | 0.00 | $27.54 | 4,226.06 |
| 1406259 | Travel Expenses - Ground Transportation - Hertz Rental Car service on 11/29 in Newark | E | 12/31/2002 | 0020 | PVL | 0.00 | $183.52 | 0.00 | $183.52 | 4,409.58 |
| **Total Expenses** | Matter Total Fees | | | | | 0.00 | $4,409.58 0.00 | 0.00 | $4,409.58 0.00 | |
| | Matter Total Expenses | | | | | | 4,409.58 | | 4,409.58 | |
| | Matter Total | | | | | 0.00 | 4,409.58 | 0.00 | 4,409.58 | |
| | Prebill Total Fees | | | | | | | | | |
| | Prebill Total Expenses | | | | | | $4,409.58 | | $4,409.58 | |
| | Prebill Total | | | | | 0.00 | $4,409.58 | 0.00 | $4,409.58 | |

{D0007841:1 }

**Client Number:   4642**   Grace Asbestos Personal Injury Claimants

Page:

**Matter         000**         Disbursements

1/14/2003

Invoice #

Attn:

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 46,344.55 |
| 37,197 | 09/25/2002 | 246,726.25 | 49,345.25 |
| 37,497 | 10/24/2002 | 101,024.17 | 101,024.17 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 54,113.22 | 54,113.22 |
| 37,962 | 11/30/2002 | 137,754.50 | 137,754.50 |
| 38,222 | 12/26/2002 | 48,094.60 | 48,094.60 |
| 38,223 | 12/26/2002 | 155,061.50 | 155,061.50 |
|  |  | 1,248,968.24 | 636,375.38 |

{D0007841:1 }