IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection Date: February 18, 2003 |

**SEVENTEENTH MONTHLY FEE APPLICATION OF L TERSIGNI CONSULTING P.C., FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE& CO., *ET AL.*
FOR THE PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

| | |
|---|---|
| Name of Applicant: | L Tersigni Consulting P.C. |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2002 through December 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary: | $ 7,100.60  (80% of $ 8,875.75) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $ 48.52 |

This is a:     **X**   monthly    ___ interim _____ final application.

L Tersigni Consulting P.C.'s time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 9/21/01 (First Interim) | 4/12/01 through 7/31/01 | $16,986.25 | $1,037.07 | $16,986.25 | $1,037.07 |
| 9/28/01 | 8/1/01 through 8/31/01 | $27,927.60 (80% of 34,909.50) | $2,551.74 | $34,909.50 | $2,551.74 |
| 10/30/01 | 9/1/01 through 9/30/01 | $767.00 (80% of $958.75) | $43.80 | $958.75 | $43.80 |
| 11/30/01 | 10/1/01 through 11/1/01 | $9,869.00 (80% of $12,336.25) | $2,036.35 | $12,336.25 | $2,036.35 |
| ½/02 | 11/2/01 through 11/30/01 | $22,567.00 (80% of $28,208.75) | $148.70 | $28,208.75 | $148.70 |
| 1/28/02 | 12/1/01 through 12/31/01 | $5,109.00 (80% of $6,386.25) | $133.70 | $6,362.86($23.39 deduction) | $133.70 |
| 3/5/02 | 1/1/02 through 1/31/02 | $8,360.20 (80% of $10,450.25) | $32.54 | $10,450.25 | $32.54 |
| 4/2/02 | 2/1/02 through 2/28/02 | $3,027.20 (80% of $3,784.00) | $22.81 | $3,784.00 | $22.81 |
| 4/30/02 | 3/1/02 through 3/31/02 | $32,085.00 (80% of $40,106.25) | $1,184.09 | $39,893.75 ($40,106.25-212.50) | $1,184.09 |
| 6/3/02 | 4/1/02 through 4/30/02 | $18,578.00 (80% of $23,222.50) | $163.81 | $23,222.50 | $163.81 |
| 7/16/02 | 5/1/02 through 5/31/02 | $38,345.40 (80% of $47,931.75) | $546.95 | $47,931.75 | $546.95 |
| 7/30/02 | 6/1/02 through 6/30/02 | $37,110.60 (80% of $46,388.25) | $244.43 | $46,388.25 | $244.43 |
| 9/10/02 | 7/1/02 through 7/31/02 | $158,711.40 (80% of $198,389.25) | $2,315.77 | $158,711.40 (80% of $198,389.25) | $2,315.77 |
| 10/8/02 | 8/01/02 through 8/31/02 | $56,949.20 (80% of $71,186.50) | $550.89 | $56,949.20 | $550.89 |
| 11/7/02 | 9/01/02 through 9/30/02 | $96,580.40 (80% of $120,725.500) | $590.18 | PENDING | PENDING |
| 12/3/02 | 10/01/02 through 10/31/02 | $17,331.60 (80% of $21,664.50) | $109.33 | PENDING | PENDING |
| 1/6/03 | 1/01/02 through 11/30/02 | $44,366.40 (80% of $55,458.00) | $267.18 | PENDING | PENDING |
| 1/28/03 | 12/01/02 through 12/31/02 | $ 7,100.60 (80% of $ 8,875.75) | $ 48.52 | **PENDING** | **PENDING** |

## SUMMARY OF COMPENSABLE TIME OF ACCOUNTANTS AND FINANCIAL ADVISORS FOR BILLING PERIOD
## DECEMBER 1, 2002 TO DECEMBER 31, 2002

| Name, Position, Years of Experience | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Loreto T. Tersigni, Managing Director, 30+ years | 5.35 | $425.00 | $2,273.75 |
| Bradley Rapp, Managing Director, 25+ years | 0.00 | | |
| Brian Cavanaugh, Managing Director, 20+ years | 0.50 | $425.00 | $212.50 |
| Michael Berkin, Managing Director, 12 years | 12.70 | $425.00 | $5,397.50 |
| Peter Rubsam, Director, 10 years | 2.50 | $320.00 | $800.00 |
| Susan Plotzky, Director, 17 years | 0.00 | | |
| Christopher Curti, Senior Manager, 8+ years | 0.00 | | |
| Elizabeth Tersigni, Senior Consultant, 3 years | 0.00 | | |
| Dottie-Jo Collins, Manager, 20+ years | 0.80 | $240.00 | $192.00 |
| **Total/average** | 21.85 | | $8,875.75 |

### COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 12/01/02 through 12/31/02 | Total Fees for the Period 12/01/02 through 12/31/02 |
|---|---|---|
| Committee Matters | 10.60 | $4,505.00 |
| Fee Application-Applicant | 0.80 | $192.00 |
| Litigation/Litigation Consulting | 0.50 | $212.50 |
| Business Analysis | 9.95 | $3,966.25 |
| **Grand totals** | 21.85 | $8,875.75 |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period December 1, 2002 through December 31, 2002 |
|---|---|---|
| Facsimile ($0.50 per page-Outbound Only) | | $ 1.00 |
| Long Distance Telephone | | $ 24.30 |
| In-house reproduction ($0.10 per page) | | $ 12.70 |
| Overnight courier | Federal Express | $ 10.52 |
| Research | | |
| Postage | | |
| Travel | | |
| **Total:** | | **$ 48.52** |

L TERSIGNI CONSULTING P.C.

Loreto T. Tersigni
2001 West Main Street, Suite 220
Stamford, CT 06902
(203) 569-9090

Accountant and Financial Advisor for the
Official Committee of Asbestos Personal Injury
Claimants

Dated: January 17, 2003

{D0007594:1}              4