**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

January 16, 2002

**Invoice No. 15002**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period
December 1, 2002 through December 31, 2002 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - Managing Director | 5.35 | $2,273.75 |
| Brian Cavanaugh - Managing Director | 0.50 | $212.50 |
| Michael Berkin - Managing Director | 12.70 | $5,397.50 |
| Peter Rubsam - Director | 2.50 | $800.00 |
| Dottie-Jo Collins - Manager | 0.80 | $192.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Federal Express, Telephone, Fax, Xerox | $48.52 |
| **T O T A L** | $8,924.27 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
               by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**January 16, 2002**

**Invoice No. 15002**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

Summary of Professional Services Rendered:     December 1 - 31, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule  A | $425 | 5.35 | $2,273.75 |
| Brian Cavanaugh | Schedule  A | $425 | 0.50 | $212.50 |
| Michael Berkin | Schedule  A | $425 | 12.70 | $5,397.50 |
| Peter Rubsam | Schedule  A | $320 | 2.50 | $800.00 |
| Dottie-Jo Collins | Schedule  A | $240 | 0.80 | $192.00 |
| **Total  Professional  Services- Schedule A:** | | | 21.85 | $8,875.75 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $48.52 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $8,924.27 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

# W.R. Grace

# Schedule A

**Services Rendered during the Period:  December 1 - 31, 2002.**

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - Managing Director** | | | | | | |
| 12/13/02 | LT | Preparation of distributable value and claim recovery analysis requested by counsel | 27 | 2.00 | $425.00 | $850.00 |
| 12/18/02 | LT | Updated the claims recovery analysis to incorporate Sealed Air settlement | 27 | 0.75 | $425.00 | $318.75 |
| 12/19/02 | LT | Review engagement status and fee application for the month of November 2002 including daily timekeepers entries | 27 | 0.50 | $425.00 | $212.50 |
| 12/26/02 | LT | Review and analysis of Monthly Operating Report for October 2002- cash account rollforwards | 27 | 0.50 | $425.00 | $212.50 |
| 12/26/02 | LT | Review and analysis of Monthly Operating Report for October 2002- combining balancesheet | 27 | 1.00 | $425.00 | $425.00 |
| 12/26/02 | LT | Review and analysis of Monthly Operating Report for October 2002- combined balancesheet and statement of operations | 27 | 0.60 | $425.00 | $255.00 |
| | | **Sub-Total** | | 5.35 | | $2,273.75 |
| **Brian Cavanaugh - Managing Director** | | | | | | |
| 12/2/02 | BC | Conference call with counsel regarding settlement MOU and status of work in progress | 16 | 0.50 | $425.00 | $212.50 |
| | | **Sub-Total** | | 0.50 | | $212.50 |
| **Michael Berkin - Managing Director** | | | | | | |
| 12/4/02 | MB | Compile potential distributable value of the WR Grace estate per request of ACC counsel | 07 | 1.50 | $425.00 | $637.50 |
| 12/4/02 | MB | Compile detail of claims in the WR Grace estate per request by ACC counsel | 07 | 1.70 | $425.00 | $722.50 |
| 12/6/02 | MB | Review 12/6/02 W.R.Grace Recommendation Memorandum transitted by counsel | 07 | 0.30 | $425.00 | $127.50 |
| 12/10/02 | MB | Prepare claims recovery model for Grace in preparation for meeting with ACC counsel | 07 | 2.50 | $425.00 | $1,062.50 |
| 12/11/02 | MB | Discussion with debtor financial advisor and subsequent documentation of the components of distributable value and bankruptcy claims | 27 | 1.00 | $425.00 | $425.00 |
| 12/13/02 | MB | Prepare for status meeting to identify current issue impacting bankruptcy | 27 | 0.50 | $425.00 | $212.50 |
| 12/13/02 | MB | Review 12/13/02 W.R.Grace Recommendation Memorandum transitted by counsel and 12/12/02 Memorandum regarding 11/25/02 Hearing | 07 | 0.50 | $425.00 | $212.50 |
| 12/16/02 | MB | Research asbestos property damage claims through discussions with ACC counsel and review of public filings in order to update claims analysis | 07 | 1.70 | $425.00 | $722.50 |
| 12/16/02 | MB | Research insurance available for asbestos claims by reviewing recent 10Ks and having with ACC counsel | 07 | 1.10 | $425.00 | $467.50 |
| 12/16/02 | MB | Update distributable value and claims analysis schedule based upon information provided by ACC counsel | 07 | 1.00 | $425.00 | $425.00 |
| 12/17/02 | MB | Review 12/17/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 12/23/02 | MB | Review 12/23/02 W.R.Grace Recommendation Memorandum transitted by counsel | 07 | 0.30 | $425.00 | $127.50 |
| 12/26/02 | MB | Review 12/26/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| | | **Sub-Total** | | 12.70 | | $5,397.50 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period:  December 1 - 31, 2002.**

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Peter Rubsam - Director** | | | | | | |
| 12/3/02 | PR | Review WR Grace 3rd Qtr'02 Executive Summary & financial statements for updated valuation | 27 | 2.50 | $320.00 | $800.00 |
| | | **Sub-Total** | | 2.50 | | $800.00 |
| | | | | | | |
| **Dottie Collins - Manager** | | | | | | |
| 12/31/02 | DC | Compilation and consolidation of monthly services rendered | 12 | 0.50 | $240.00 | $120.00 |
| 12/31/02 | DC | Assignment of Monthly Billing Categories | 12 | 0.30 | $240.00 | $72.00 |
| | | **Sub-Total** | | 0.80 | | $192.00 |

**TOTAL   Schedule A :**      21.85      $8,875.75

# W.R. Grace

**Schedule  B**

**Services Rendered during the Period:   December 1 -31, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/4/02 | MB | Compile potential distributable value of the WR Grace estate per request of ACC counsel | 07 | 1.50 | $425.00 | $637.50 |
| 12/4/02 | MB | Compile detail of claims in the WR Grace estate per request by ACC counsel | 07 | 1.70 | $425.00 | $722.50 |
| 12/6/02 | MB | Review 12/6/02 W.R.Grace Recommendation Memorandum transitted by counsel | 07 | 0.30 | $425.00 | $127.50 |
| 12/10/02 | MB | Prepare claims recovery model for Grace in preparation for meeting with ACC counsel | 07 | 2.50 | $425.00 | $1,062.50 |
| 12/13/02 | MB | transitted by counsel and 12/12/02 Memorandum regarding 11/25/02 Hearing | 07 | 0.50 | $425.00 | $212.50 |
| 12/16/02 | MB | ACC counsel and review of public filings in order to update claims analysis | 07 | 1.70 | $425.00 | $722.50 |
| 12/16/02 | MB | Research insurance available for asbestos claims by reviewing recent 10Ks and having with ACC counsel | 07 | 1.10 | $425.00 | $467.50 |
| 12/16/02 | MB | Update distributable value and claims analysis schedule based upon information provided by ACC counsel | 07 | 1.00 | $425.00 | $425.00 |
| 12/23/02 | MB | Review 12/23/02 W.R.Grace Recommendation Memorandum transitted by counsel | 07 | 0.30 | $425.00 | $127.50 |
| | | **TOTAL Project Category 07:  Committee, Creditors', Noteholders or EquityHolders** | | 10.60 | | $4,505.00 |
| 12/31/02 | DC | Compilation and consolidation of monthly services rendered | 12 | 0.50 | $240.00 | $120.00 |
| 12/31/02 | DC | Assignment of Monthly Billing Categories | 12 | 0.30 | $240.00 | $72.00 |
| | | **TOTAL Project Category 12:  Fee Application, Applicant** | | 0.80 | | $192.00 |
| 12/2/02 | BC | Conference call with counsel regarding settlement MOU and status of work in progress | 16 | 0.50 | $425.00 | $212.50 |
| | | **TOTAL Project Category 16: Litigation and Litigation Consulting** | | 0.50 | | $212.50 |
| 12/3/02 | PR | Review WR Grace 3rd Qtr'02 Executive Summary & financial statements for updated valuation | 27 | 2.50 | $320.00 | $800.00 |
| 12/11/02 | MB | Discussion with debtor financial advisor and subsequent documentation of the components of distributable value and | 27 | 1.00 | $425.00 | $425.00 |
| 12/13/02 | LT | Preparation of distributable value and claim recovery analysis requested by counsel | 27 | 2.00 | $425.00 | $850.00 |
| 12/13/02 | MB | Prepare for status meeting to identify current issue impacting bankruptcy | 27 | 0.50 | $425.00 | $212.50 |
| 12/17/02 | MB | Review 12/17/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 12/18/02 | LT | Updated the claims recovery analysis to incorporate Sealed Air settlement | 27 | 0.75 | $425.00 | $318.75 |
| 12/19/02 | LT | Review engagement status and fee application for the month of November 2002 including daily timekeepers entries | 27 | 0.50 | $425.00 | $212.50 |
| 12/26/02 | LT | Review and analysis of Monthly Operating Report for October 2002- cash account rollforwards | 27 | 0.50 | $425.00 | $212.50 |
| 12/26/02 | LT | Review and analysis of Monthly Operating Report for October 2002- combining balancesheet | 27 | 1.00 | $425.00 | $425.00 |
| 12/26/02 | LT | Review and analysis of Monthly Operating Report for October 2002- combined balancesheet and statement of operations | 27 | 0.60 | $425.00 | $255.00 |
| 12/26/02 | MB | Review 12/26/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| | | **TOTAL Project Category 27:  Business Analysis** | | 9.95 | | $3,966.25 |
| | | **TOTAL   Schedule B :** | | 21.85 | | $8,875.75 |

6

# W. R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| FAX:   ( 2 x $0.50 per page OUTBOUND ONLY) | 11 | $1.00 |
| Federal Express:  AWB# 8371-9613-6220 12/9/02 | 11 | $10.52 |
| Telephone | 11 | $24.30 |
| Xerox:   ( 127 x $0.10 per page) | 11 | $12.70 |
| **Total Expenses incurred from  December 1 -31, 2002** | 11 | $48.52 |