```
Date: 01/20/03           Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                     HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 12/03/02  Peterson  / (07) Committee, Creditors'                 0.5    250.00
 #3301     Telephone Russell Budd re: questions about expert    500.00
           analysis

 12/03/02  Peterson  / (28) Data Analysis                         2.8   1400.00
 #3302     Review forecasts from LAS Sealed Air report;         500.00
           abstract LAS report; draft memo to Budd re:
           forecasts

 12/04/02  Peterson  / (28) Data Analysis                         1.8    900.00
 #3303     Assemble information on forecasted liabilities and   500.00
           provided to Tersigni for conference call with
           committee

 12/04/02  Peterson  / (28) Data Analysis                         0.7    350.00
 #3304     Send material on Grace liabilities to Budd           500.00

 12/10/02  Peterson  / (28) Data Analysis                         0.3    150.00
 #3305     communications with Berkin re: Grace liability       500.00

 12/20/02  Relles    / (28) Data Analysis                         2.4    792.00
 #3501     develop templates for report in preparation for      330.00
           Finch meeting

 12/23/02  Relles    / (28) Data Analysis                         1.6    528.00
 #3502     work on developing templates for report             330.00
-------------------------------------------------------------------------------
```

{D0007848:1 }

```
Date: 01/20/03          Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 2

                     W. R. Grace (continued)

               Summary Of Time Charges, By Month and Activity
                       December 2002 - December 2002

   MONTH        ACTIVITY                                     HOURS    AMOUNT
   -----------------------------------------------------------------------
   December   - (07) Committee, Creditors'                     0.5    250.00
   December   - (28) Data Analysis                             9.6   4120.00
   December   - (99) Total                                    10.1   4370.00

   Total      - (07) Committee, Creditors'                     0.5    250.00
   Total      - (28) Data Analysis                             9.6   4120.00
   Total      - (99) Total                                    10.1   4370.00


   ---------------------------------------------------------------------------
```

```
Date: 01/20/03           Legal Analysis Systems, Inc.
Time: 9:00am                                                          Page 3

                    W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                     December 2002 - December 2002

   MONTH      PERSON                                        HOURS      AMOUNT
   ---------------------------------------------------------------------------
   December  - Relles                                         4.0     1320.00
   December  - Peterson                                       6.1     3050.00
   December  - Total                                         10.1     4370.00

   Total     - Relles                                         4.0     1320.00
   Total     - Peterson                                       6.1     3050.00
   Total     - Total                                         10.1     4370.00


   -----------------------------------------------------------------------------
```

```
Date: 01/20/03           Legal Analysis Systems, Inc.
Time: 9:00am                                                           Page 4

                W. R. Grace (continued)

        Summary Of Time Charges, By Activity, Month, and Person
                    December 2002 - December 2002

  MONTH      PERSON                                HOURS    RATE    AMOUNT
  ---------------------------------------------------------------------------
  (07) Committee, Creditors'

  December  - Peterson                              0.5    500.     250.00

  (28) Data Analysis

  December  - Relles                                4.0    330.    1320.00
  December  - Peterson                              5.6    500.    2800.00

  ---------------------------------------------------------------------------
```

{D0007848:1 }