IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

**TWENTIETH MONTHLY FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **November 1, 2002 – November 30, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$75,345.50 (80% - $60,276.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$8,712.16 (Stroock)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Eighteenth and Nineteenth Monthly Fee Statements and the Sixth Quarterly Fee Application is approximately 55 hours and the corresponding compensation requested is approximately $15,531.00.*

**Attachment A**

**Monthly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 | 04/01/02 – 04/30/02 | $97,251.50 | $11,588.86 | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 3, 2002 | 05/01/02-05/31/02 | $71,910.75 | $46,105.12 | $59,918.60 | $46,105.12 |
| August 5, 2002 | 06/01/02 – 06/30/02 | $73,097.75 | $116,720.77 | $58,477.40 | $116,720.77 |
| September 20, 2002 | 07/01/02 – 07/31/02 | $90,903.27 | $13,274.04 | $72,722.61 | $13,274.04 |
| October 29, 2002 | 08/01/02 – 08/31/02 | $93,522.50 | $16,586.21 | $74,818.00 | $16,586.21 |
| November 13, 2002 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 | $77,290.60 | $15,567.77 |
| December 10, 2002 | 10/01/02 – 10/31/02 | $68,404.00 | $4,737.29 | $54,723.20 | $4,737.29 |

| WR GRACE & CO | | | | |
|---|---|---|---|---|
| **ATTACHMENT B** | | | | |
| **NOVEMBER 1, 2002 - NOVEMBER 30, 2002** | | | | |
| | | | | No. of Years |
| | Hours | Rate | Amount | In Position |
| **Partners** | | | | |
| Kruger, Lewis | 12.6 | $695 | $ 8,757.00 | 33 |
| Pasquale, Kenneth | 25.5 | $495 | $ 12,622.50 | 4 |
| | | | | |
| **Associates** | | | | |
| Krieger, Arlene | 52.2 | $475 | $ 24,795.00 | 19 |
| Ross, Adam S. | 4.5 | $185 | $ 832.50 | 2 |
| Sasson, Moshe | 33.8 | $395 | $ 13,351.00 | 9 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 40.5 | $177 | $ 6,885.00 | 1 |
| Defreitas, Vaughn | 30.3 | $100 | $ 3,030.00 | 15 |
| Holzberg, Ethel | 0.5 | $170 | $ 85.00 | 31 |
| Maniscalco, Ilea | 18.8 | $70 | $ 1,316.00 | 1 |
| Mariano, Christine | 6.5 | $155 | $ 1,007.50 | 7 |
| Schoenfeld, Benjamin | 14.0 | $155 | $ 2,170.00 | 1 |
| Serrette, Rosemarie | 5.7 | $170 | $ 969.00 | 15 |
| | | | | |
| **Subtotal** | 244.9 | | $ 75,820.50 | |
| | | | | |
| **Less 50% Travel** | (-1.0) | | $ (475.00) | |
| | | | | |
| **Total** | 244.9 | | $ 75,345.50 | |

| WR GRACE & CO | | | |
|---|---|---|---|
| COMPENSATION BY PROJECT CATEGORY | | | |
| NOVEMBER 1, 2002 - NOVEMBER 30, 2002 | | | |
| | | | |
| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES ($) |
| 0002 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 9.4 | $ 4,729.00 |
| 0008 | Asset Analysis and Recovery | 0.9 | 427.50 |
| 0013 | Business Operations | 1.0 | 475.00 |
| 0014 | Case Administration | 41.4 | 6,503.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.2 | 95.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 4.2 | 1,995.00 |
| 0018 | Fee Application, Applicant | 55.0 | 15,531.00 |
| 0020 | Fee Application, Others | 6.1 | 1,067.50 |
| 0034 | Litigation and Litigation Consulting | 120.4 | 42,005.00 |
| 0035 | Travel - Non Working | 2.0 | 950.00 |
| 0037 | Hearings | 4.3 | 2,042.50 |
| | | | |
| | Subtotal | 244.9 | $ 75,820.50 |
| | | | |
| | Less 50% Travel | -1.0 | $     (475.00) |
| | | | |
| | Total | 243.9 | $ 75,345.50 |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 21, 2003 |
| INVOICE NO. | 278730 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period
through November 30, 2002, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843  0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/05/2002 | Attended to review of Armstrong plan providing for the treatment of asbestos claims (.8); attended to review of Armstrong press release re plan filing (.1); attended to memorandum re Judge Newsome's Daubert hearing ruling on property damage liability evidence (.2). | Krieger, A. | 1.1 |
| 11/05/2002 | Office conference with KP re: letter to Judge Wolin re: Grace issues (.2) and review of letter to Wolin (.3). | Kruger, L. | 0.5 |
| 11/06/2002 | Continue review of Armstrong Plan and related documents (4.4). | Krieger, A. | 4.4 |
| 11/07/2002 | Office conference DW re Armstrong plan terms and PD Committee pleading seeking leave to appeal from Judge Newsome's order on Daubert trial (.5); review pleading (.4). | Krieger, A. | 0.9 |
| 11/14/2002 | Review Gonzalez cases re exposure sufficient | Krieger, A. | 0.3 |

# STROOCK

PAGE: 2

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to overcome summary judgment motion on asbestos caused mesothelioma (.3). | | |
| 11/18/2002 | Telephone call from W. Katchen to have En Banc hearing to review the 3rd Circuit Decision on Cybergenics (.2); email from W. Katchen regarding settlement conference (.2). | Kruger, L. | 0.4 |
| 11/21/2002 | Telephone conference with Inselbuch re: court ordered mediation prospects. | Kruger, L. | 0.3 |
| 11/27/2002 | Attended to Mobil Corporation and Honeywell International v. Adkins petition to the Supreme Court re aggregation of mass tort liability trials (1.5). | Krieger, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 8.2 | $ 475 | $ 3,895.00 |
| Kruger, Lewis | 1.2 | 695 | 834.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,729.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,729.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

---

PAGE: 3

---

| RE | Asset Analysis and Recovery |
| --- | --- |
| | 699843  0008 |

---

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/05/2002 | Review FTI analysis of Middy acquisition (.4); telephone conference L. Hamilton re FTI analysis and forward revised analysis to the Committee (.3); memo to LK re above (.2). | Krieger, A. | 0.9 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene | 0.9 | $ 475 | $ 427.50 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 427.50 |
| --- | --- |

---

| TOTAL FOR THIS MATTER | $ 427.50 |
| --- | --- |

# STROOCK

PAGE: 4

| RE | Business Operations<br>699843 0013 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/15/2002 | Review third quarter ended and 9/02 financial reports (1.0). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.0 | $ 475 | $ 475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 475.00 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 475.00 |
|---|---|

# STROOCK

RE      Case Administration
699843 0014

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/04/2002 | Download recently filed pleadings for distribution to working group. | Defreitas, V. | 0.7 |
| 11/04/2002 | Telephone conference T. Yosseloff re motion authorizing trading (.1); review order forwarded (.1); memo to LK re same (.1). | Krieger, A. | 0.3 |
| 11/04/2002 | Telephone conference C. Bastable re Armstrong plan and treatment of asbestos and other unsecured claims (.3). | Krieger, A. | 0.3 |
| 11/05/2002 | Download recently filed pleadings for distribution to working group. | Defreitas, V. | 2.5 |
| 11/05/2002 | Memo from and to M Chehi Committee contact list (.2); memo to L. Hamilton re Committee contract list (.2). | Krieger, A. | 0.4 |
| 11/06/2002 | Download recently filed pleadings for distribution to working group. | Defreitas, V. | 0.8 |
| 11/07/2002 | Review correspondence to Judge Wolin (.2); memo to LK, KP re same (.1); telephone conference R. Douglas re Cybergenics decision (.1); memo from and to M. Lastowski re Third Circuit ruling (.1) | Krieger, A. | 0.5 |
| 11/07/2002 | Conf with accounting re payment of June and July invoices (.1); Conf with L. Hamilton re payment of invoices and sixth quarterly (.2). | Serrette, R. | 0.3 |
| 11/08/2002 | Download recently filed pleadings for distribution to working group. | Defreitas, V. | 2.5 |
| 11/08/2002 | Conf call with accounting to reconcile Grace payments (.3); follow up research (.4). | Serrette, R. | 0.7 |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/11/2002 | Draft summary chart for fee periods from 4/2001 - 8/2002. | Caskadon, A. | 1.0 |
| 11/11/2002 | Download recently filed pleadings for distribution to working group. | Defreitas, V. | 2.3 |
| 11/11/2002 | Attended to Pachulski motion shortening time (.1). | Krieger, A. | 0.1 |
| 11/12/2002 | Review proposed form of revised order re bank debt trading approval (.2); telephone conference T. Yosseloff re comments to order (.3). | Krieger, A. | 0.5 |
| 11/13/2002 | Download recently filed pleadings for distribution to working group | Defreitas, V. | 2.7 |
| 11/13/2002 | Office conferences RS re shortfall on fee/expense amount paid by Debtors in respect of Fourth quarterly fee application (.3); review order/motion authorizing retention of asbestos experts (.2); telephone conference Scotta McFarland re outstanding payment issue (.1); telephone conference P. Galbraith (Pachulski, Stang) re payment issue (3.). | Krieger, A. | 0.9 |
| 11/14/2002 | Download recently filed pleadings for distributed for distribution to working group. | Defreitas, V. | 1.2 |
| 11/14/2002 | Telephone conference L. Ferdinand re order allowing compensation in respect of the fourth quarterly fee period (.1); review docket update (.2). | Krieger, A. | 0.3 |
| 11/18/2002 | Download recently filed pleadings for distribution to working group | Defreitas, V. | 3.3 |
| 11/19/2002 | Download recently filed documents for distribution to working group | Defreitas, V. | 3.3 |
| 11/20/2002 | Download recently filed documents for distribution to atty working group. | Defreitas, V. | 2.5 |
| 11/20/2002 | Further review of fee auditors amended final report (.3); review of sixth quarterly fee application and expert fees (.3). | Serrette, R. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/21/2002 | Download recently filed documents for distribution to atty working group | Defreitas, V. | 2.2 |
| 11/21/2002 | Review of proposed fee order for first, second and third quarterly fee applications (.3). | Serrette, R. | 0.3 |
| 11/22/2002 | Review October fee statement received from accounting (2.0) Send SSL and FTI Policano & Manzo 6th Quarterly fee application along with July, August and September monthly fee statements and original certificates of service to Shelly Caban at Duane Morris LLP (.3). | Caskadon, A. | 2.3 |
| 11/22/2002 | Office conference RS re fee hearings (.3); office conference V. DeFreitas re pleadings for 11/29/02 hearings before Judge Fitzgerald (.2); began to prepare materials for 11/29/02 hearings (.5). | Krieger, A. | 1.0 |
| 11/22/2002 | Telephone conference M. Lastowski re fee auditor's position on DM fee application (.1); telephone conference S. Cunningham re 11/25/02 hearings (.1); telephone conference Ed Ordway re 11/25/02 hearings ( .1) | Krieger, A. | 0.3 |
| 11/22/2002 | Conf with A. Krieger to prepare for fee hearing (.2); research re same (.5). | Serrette, R. | 0.7 |
| 11/25/2002 | Download recently filed documents to central files and for distribution to atty working group | Defreitas, V. | 3.1 |
| 11/26/2002 | Memo to RS re revised fee auditor project categories correspondence (.1). | Krieger, A. | 0.1 |
| 11/27/2002 | Download recently filed documents to central files and for distribution to working atty working group | Defreitas, V. | 3.2 |
| 11/27/2002 | Attended to Fee Auditors report on several fee quarters including Caplin & Drysdale, Holme Roberts (.3); attended to updated docket (.2). | Krieger, A. | 0.5 |

# STROOCK

PAGE: 8

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 3.3 | $ 170 | $ 561.00 |
| Defreitas, Vaughn | 30.3 | 100 | 3,030.00 |
| Krieger, Arlene | 5.2 | 475 | 2,470.00 |
| Serrette, Rosemarie | 2.6 | 170 | 442.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,503.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,503.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/25/2002 | Telephone conference J. Baer re Caterpillar motion, settlement of Ohio lawsuit involving former book selling subsidiary. | Krieger, A. | 0.1 |
| 11/27/2002 | Memorandum to J. Baer re Baker and Taylor settlement information and extension of time for Committee to respond (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.2 | $ 475 | $ 95.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 95.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 95.00 |
|---|---|

# STROOCK

---

PAGE: 10

---

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |

---

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/04/2002 | Telephone conference M. Coventry re current Committee contact list (.1); prepare updated Committee only contact list and forward same to M. Coventry (.5); memo to the Committee re Third Circuit request for briefing in Cybergenics, Sealed Air motion to dismiss, other (.1). | Krieger, A. | 0.7 |
| 11/05/2002 | Memo to T. Maher re Bank debt holder trading order (.2); telephone conference T. Maher re substance of conversation with bank debt holder (.1); memo to debt holder (.1). | Krieger, A. | 0.4 |
| 11/06/2002 | Memo to T. Yoseloff re conversation with T. Maher (.1); telephone conference T. Yoseloff re substance of additional conversation with T. Maher (.1); memo from FTI re Middy acquisition analysis (.1). | Krieger, A. | 0.3 |
| 11/07/2002 | Telephone conference R. Douglas re forwarding Midday analysis to signatories to Bank confidentiality agreement and forwarding advice to Committee (.2). | Krieger, A. | 0.2 |
| 11/08/2002 | Memo to the Committee re proposed circulation of FTI Midday analyses to signatories to Bank Confidentiality Agreement (.5); memos from and to S. Cunningham re Committee memorandum on Middy acquisition (.2); began to prepare memo to the Committee re Armstrong plan terms (1.0). | Krieger, A. | 1.7 |
| 11/11/2002 | Prepare memorandum to the Committee re distribution of FTI analysis of Middy acquisition and distribution of same to bank signatories (3.). | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/12/2002 | Attended to memo from and to T. Maher re bank confidentiality agreement (.2); memos from and to R. Douglas re Committee members response on signatory memo (.1). | Krieger, A. | 0.3 |
| 11/18/2002 | Attended to memo to the Committee re Third Circuit decision to hear Cybergenics and resulting vacatur of decisions pending en banc ruling (.1); attended to memo to the Committee re joint stipulation on Sealed Air litigation (.1). | Krieger, A. | 0.2 |
| 11/20/2002 | Memo from J. Hong (DK) re information for trading motion (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.2 | $ 475 | $ 1,995.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,995.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,995.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant 699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2002 | Conference re: Grace September Fee Statement with R. Serrette (.6); Review and Edit Stroock's September Fee Statement (2.0) | Caskadon, A. | 2.6 |
| 11/04/2002 | Preliminary revision of 6th Quarterly Fee Application. | Caskadon, A. | 1.9 |
| 11/07/2002 | Assist prepare 6th quarterly fee application: print and review July and August fee statements and 5th quarterly fee app(1.1); and print and review cover sheets for Jan-Aug and 4th quarterly fee application per R. Serrette instructions (1.1). | Caskadon, A. | 2.2 |
| 11/07/2002 | Research invoices and payments received (.4); begin review of October time (.2); discussion with A. Caskadon re September bill (.2). | Serrette, R. | 0.8 |
| 11/10/2002 | Review September 2002 time detail for preparation of fee application (1.0). | Krieger, A. | 1.0 |
| 11/11/2002 | Draft Notices for SSL for September fee statements (.7). Review September fee statement with A. Krieger (.3) and M. Sasson (.4). Revise September fee app for accounting (2.0). | Caskadon, A. | 1.3 |
| 11/11/2002 | Memo to MS re time detail (.2); memo to RS re Fee Auditor's report on SSL Fifth Quarterly application (.1). | Krieger, A. | 0.3 |
| 11/12/2002 | Assist R. Serrette in preparing 6th quarterly fee app by reviewing the Certificate of No Objection filed by local counsel for the June and July fee statements of SSL(.9) . Review September fee app in preparation for service and filing (1.2). | Caskadon, A. | 2.1 |

# STROOCK

PAGE: 13

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/12/2002 | Preparation of sixth quarterly fee application (7.0); office conference A. Caskadon re finalization of monthly fee application for September 2002 (.2). | Krieger, A. | 7.2 |
| 11/13/2002 | Finalize and serve September fee statement for SSL (2.3); Assist in preparation of 6th quarterly fee application: print off docs for A. Krieger (.8) and research on the web Certificate of No Objection filed by local counsel (.6). | Caskadon, A. | 3.7 |
| 11/13/2002 | Continue to prepare Sixth Quarterly fee application, review and revise same (5.4); office conference A. Caskadon re same (.2); office conferences RS re preparation of fee application to reflect new matter numbers (.2). | Krieger, A. | 5.8 |
| 11/13/2002 | Conf with accounting re fees paid (.1); further conf with John Port re same (.1); conf with A. Krieger re same (.2). | Serrette, R. | 0.4 |
| 11/14/2002 | Revise 6th Quarterly fee application per A. Krieger and K. Pasquale's corrections (2.4). Review 6th Quarterly fee application for discrepancy in billing amounts from monthly statements to Quarterly application (1.8). Further revise 6th quarterly fee application for distribution per corrections made by R. Serrette (2.4); conf with R. Serrette re: same (.6).. | Caskadon, A. | 7.2 |
| 11/14/2002 | O/c with A. Krieger re: prep of Quarterly fee app. | Caskadon, A. | 0.3 |
| 11/14/2002 | Review quarterly fee application (2.8); office conference KP re review of application (.3); office conferences A. Caskadon re preparation of revised schedules, and preparation of Pasquale Affidavit (.3). | Krieger, A. | 3.4 |
| 11/14/2002 | Attention to draft of Sixth Interim Fee Application (1.0) | Pasquale, K. | 1.0 |
| 11/14/2002 | Assisted with the preparation of the sixth quarterly fee application preparation (.7). | Serrette, R. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/15/2002 | Edit (1.8) and finalize (2.2) 6th quarterly fee application for service. | Caskadon, A. | 4.0 |
| 11/15/2002 | O/c with A. Krieger re: 6th Quarterly fee app. | Caskadon, A. | 0.2 |
| 11/15/2002 | Assisted in reconcilling charts for Fee Application. | Holzberg, E. | 0.5 |
| 11/15/2002 | Office conference A. Caskadon re final modifications to quarterly fee application (.2). | Krieger, A. | 0.2 |
| 11/15/2002 | Conf with V. Ferdinand (fee auditor) (.1); edits to fifth quarterly spreadsheet (.5); assisted with preparation of sixth quarterly fee application (.6). | Serrette, R. | 1.2 |
| 11/18/2002 | Prepare Notice of 6th Quarterly fee app for SSL (.5) for approval by Duane Morris and email to S. Caban (.1).Prepare (1.2) and serve (.8) 6th Quarterly fee application via email and Federal Express. | Caskadon, A. | 2.6 |
| 11/20/2002 | Review and edit October fee statement and send to accounting for changes (1.6) Meet with P. Harrington in accounting re: changing matter names to match fee auditor's matter names for fee statements and applications (.4). | Caskadon, A. | 2.0 |
| 11/26/2002 | Revise Grace October fee statement per A. Krieger's corrections. | Caskadon, A. | 1.0 |
| 11/26/2002 | O/c with A. Krieger re: October 2002 time detail. | Caskadon, A. | 0.1 |
| 11/26/2002 | Review SSL October 2002 time detail (1.2); office conference A. Caskadon re same (.1). | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 31.2 | $ 170 | $ 5,304.00 |
| Holzberg, Ethel | 0.5 | 170 | 85.00 |
| Krieger, Arlene | 19.2 | 475 | 9,120.00 |
| Pasquale, Kenneth | 1.0 | 495 | 495.00 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Serrette, Rosemarie | 3.1 | 170 | 527.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,531.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 15,531.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others 699843  0020 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/11/2002 | Draft Notices for FTI Policano & Manzo for September fee statements (.6) | Caskadon, A. | 0.6 |
| 11/12/2002 | Assist R. Serrette in preparing 6th quarterly fee app by reviewing the Certificate of No Objection filed by local counsel for the June and July fee statements of FTI Policano & Manzo(.9) | Caskadon, A. | 0.9 |
| 11/13/2002 | Finalize and serve September fee statement for FTI Policano & Manzo. | Caskadon, A. | 2.3 |
| 11/15/2002 | Review Pachulski motion to shorten notice period in respect of fifth quarterly fee application (.1). | Krieger, A. | 0.1 |
| 11/18/2002 | Prepare Notice of 6th Quarterly fee app for FTI Policano & Manzo (.5) and email to S. Caban (.1) | Caskadon, A. | 0.6 |
| 11/20/2002 | Review October fee statement for FTI Policano & Manzo. | Caskadon, A. | 0.8 |
| 11/20/2002 | Draft Notice for FTI Policano & Manzo October Fee Statement (.4) and draft certificate of service (.4). | Caskadon, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 6.0 | $ 170 | $ 1,020.00 |
| Krieger, Arlene | 0.1 | 475 | 47.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,067.50 |
|------------------------------------------|-----------|

# STROOCK

PAGE: 17

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 1,067.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| | | | |
|---|---|---|---|
| RE | Litigation and Litigation Consulting<br>699843 0034 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/01/2002 | 0.5 - Printed and prepared documents for update into computer system.<br>2.3 - Organized and inputted recent documents into case judgment roll file. | Maniscalco, I. | 2.8 |
| 11/01/2002 | Telephone conference M.Browdy re status of appeals (.2); attention to same (.3) | Pasquale, K. | 0.5 |
| 11/01/2002 | Research regarding right to be heard on appeal. | Ross, A. | 3.4 |
| 11/01/2002 | O/c A. Ross re: research (.2); t/c K. Pasquale re: same (.1); continued research re: appellate procedure (.3). | Sasson, M. | 0.6 |
| 11/04/2002 | Telephone conference B. Katchen re en banc ruling, Sealed Air's appeal (.3); US Trustee's supplemental memorandum on Cybergenics decisions (.3); Milberg Weiss application for interim compensation (.2); memo to LK, KP re Milberg Weiss application (.1); review PI Committee's opposition to Sealed Air's motion to dismiss (.1); review equity committee pleading regarding potential appointment of examiner or trustee (.1); review Fresenius pleading regarding trustee appointment (3.); review PD Committee's motion and memorandum of law to reset trial, disqualify Grace and in opposition to motion to dismiss (.2); review US Trustee's memorandum in response to October 7 hearing (.7). | Krieger, A. | 2.3 |
| 11/04/2002 | Attention to Sealed Air petition for Appellate review to Third Circuit (.8) | Pasquale, K. | 0.8 |
| 11/04/2002 | Review PI appellate brief (.5); attention to Peterson report/confidentiality issues (.7); review memo to committee (.1); review | Sasson, M. | 3.0 |

# STROOCK

PAGE: 19

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Cybergenics docket (.2); review transcripts, 10/24 order for letter (1.5). | | |
| 11/04/2002 | Looked in LiveNotes for Depositions (1.8); Created revised lists of Deposition transcripts & Digests for adversary case (4.2). | Schoenfeld, B. | 6.0 |
| 11/05/2002 | Complete review of PD motion to reset the Sealed Air litigation (.3). | Krieger, A. | 0.3 |
| 11/05/2002 | Attention to draft letter to Judge Wolin (.6); telephone conference B. Katchen re same (.2); telephone conference T. Maher re same (.2); office conferences L. Kruger re same (.3) | Pasquale, K. | 1.3 |
| 11/05/2002 | Review prior letters, submissions (1.0); draft letter to Wolin (4.0); review revised letter (.2); t/c K. Pasquale re: letter, comments (.2). | Sasson, M. | 5.4 |
| 11/05/2002 | Wrote letter to Group Digesting re: missing adversary depositions (.6); searched for depositions (2.4); made copies & filed (3.0). | Schoenfeld, B. | 6.0 |
| 11/06/2002 | 1.0 - Printed and prepared documents for update into case file 6.0 - Organized and inputted documents into case judgment roll file | Maniscalco, I. | 7.0 |
| 11/06/2002 | Review e-mails from K. Pasquale re: deposition trasncripts, print and file. | Mariano, C. | 0.3 |
| 11/06/2002 | T/c B. Katchen re: letter to Wolin (.1); t/c L. Kruger re: letter to Wolin (.1). | Sasson, M. | 0.2 |
| 11/06/2002 | Called Court Reporter to send Aoki disks of depositions (.3). Downloaded files onto livenote - updated deposition list (1.7). | Schoenfeld, B. | 2.0 |
| 11/07/2002 | T/c K. Pasquale, K&E re: Peterson Report (.1); t/c B. Katchen re: letter to Wolin (.2); t/c L. Kruger re: letter to Wolin (.2). | Sasson, M. | 0.5 |
| 11/08/2002 | 0.3 - Printed documents and prepared them for entry into case file 3.2 - Organized and input recent documents into case judgment roll | Maniscalco, I. | 3.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/08/2002 | Conference with M. Sasson re: motion to file amicus brief | Ross, A. | 0.4 |
| 11/08/2002 | T/c K. Pasquale, B. Katchen re: letter to Wolin (.3); t/c L. Kruger re: same (.2); review confidentiality stip.; t/c C. Mariano re: same (.4); review amicus rules, procedure (.5); o/c A. Ross re amicus procedure, rules (.2); | Sasson, M. | 1.6 |
| 11/11/2002 | Attention to Grace petition to Third Circuit (.3); telephone conferences with W. Katchen re status (.2) | Pasquale, K. | 0.5 |
| 11/11/2002 | Conference w/M Sasson. | Ross, A. | 0.1 |
| 11/11/2002 | Outline/draft appellate brief (6.5); finalize, send letter to Wolin (.3); forward Confidentiality Order to C. Mariano (.1). | Sasson, M. | 6.9 |
| 11/12/2002 | Receive e-mails from Bankruptcy and review (.6); print (.4); circulate to attorneys (.3); call Jane Rose Reporting re: obtaining copies of transcripts (.2); review documents and exhibits received from JaneRose Reporting (.7) | Mariano, C. | 2.3 |
| 11/12/2002 | Continued review of prior proceedings, pleadings and transcripts for appeal (3.0); continued outline/draft appellate brief (4.2). | Sasson, M. | 7.2 |
| 11/13/2002 | 0.3 - Printed and prepared documents for update into case file<br>3.0 - Organized and brought to date the case judgment roll file<br>0.5 - Prepared depositions and letter for delivery to Group Digesting<br>1.7 - Organized and inputted index of depositions into case file on computer system | Maniscalco, I. | 5.5 |
| 11/13/2002 | Research re: time to file amicus brief. | Ross, A. | 0.6 |
| 11/13/2002 | Continued draft appellate brief (4.5); o/c A. Ross re: Amicus Petition (.2); research appellate timing rules (.3); t/c docketing re: same (.2). | Sasson, M. | 5.2 |

# STROOCK

PAGE: 21

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/14/2002 | Attended to Sealed Air's motion to stay proceedings (.2); memos to and from KP re same (.1); telephone conference B. Katchen re Sealed Air litigation (.1). | Krieger, A. | 0.4 |
| 11/14/2002 | Attention to Sealed Air's motion for stay pending appeal (.2); attention to pleadings from G-1 case on Cybergenics issues (1.0) | Pasquale, K. | 1.2 |
| 11/14/2002 | T/c K. Pasquale, C. Mariano re: staffing issue (.2); review order to show cause/motion (.1). | Sasson, M. | 0.3 |
| 11/15/2002 | Memo to KP, LK re substance of Sealed Air conversation on 11/14/02 with B. Katchen (.1); memo from B. Katchen re Sealed Air's motion to stay (.1); memo to B. Katchen response and inquiry on Sealed Air information (.1). | Krieger, A. | 0.3 |
| 11/18/2002 | Telephone conference LK, KP re Third Circuit to hear Cybergenics en banc (.1); memo from KP re joint motion establishing total amount of environmental liabilities for litigation (.1). | Krieger, A. | 0.2 |
| 11/18/2002 | Prepared memo to client re Cybergenics en banc decision (.3); attention to same (.3); attention to stipulation re environmental liabilities (.3); and memo to Committee re same (.2) | Pasquale, K. | 1.1 |
| 11/18/2002 | Memo re: Cybergenics decision (.1); t/c K. Pasquale re: same (.2); attention to filings (stipulation re: environmental liability) (.3); memo to committee re: same (.1). | Sasson, M. | 0.7 |
| 11/19/2002 | Memo from LK re Cybergenics en banc hearing. | Krieger, A. | 0.1 |
| 11/19/2002 | Attention to draft appellate brief to Third Circuit (1.5) | Pasquale, K. | 1.5 |
| 11/19/2002 | T/c M. Lastowski; attention to filing (Order Granting Consolidation) (.1), T/c K. Pasquale re: same (.1). | Sasson, M. | 0.2 |
| 11/20/2002 | Memos from KP re Third Circuit's ruling on Cybergenics (.1). | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/20/2002 | Telephone call with T. Maher regarding negotiating meeting with Judge Wolin regarding Sealed Air (.3). | Kruger, L. | 0.3 |
| 11/20/2002 | Attention to recently filed pleadings re witness lists, etc. (1.3); review of certain deposition testimony designated for trial (1.2) | Pasquale, K. | 2.5 |
| 11/20/2002 | T/c K. Pasquale, t/c E. Liebenstein re: Peterson report (.1); t/c K. Pasquale re: appellate brief (.1). | Sasson, M. | 0.2 |
| 11/21/2002 | Continued review of depositions and designated deposition testimony for trial (2.5) | Pasquale, K. | 2.5 |
| 11/21/2002 | T/c's E. Liebenstein re: Peterson report (.2). | Sasson, M. | 0.2 |
| 11/22/2002 | Telephone conference M. Lastowski re Sealed Air litigation and en banc hearing (.1). | Krieger, A. | 0.1 |
| 11/22/2002 | Review Wolin decision and order (.2); t/c K. Pasquale re: same (.1); t/c E. Liebenstein, S. McMillan re: Peterson report (.2); review Confidentiality Agreement (.2); corr. K. Pasquale re: same (.1). | Sasson, M. | 0.8 |
| 11/22/2002 | T/c's E. Liebenstien re: Peterson Report (.2). | Sasson, M. | 0.2 |
| 11/25/2002 | Review Judge Wolin's memorandum decision and order re vacating portion of October 24, 2002 order (.1); review motion for joint stipulation re establishing undiscounted environmental liabilities amount for purposes of the fraudulent conveyance litigation (.1); review article re en banc review of Cybergenics decision (.3). | Krieger, A. | 0.5 |
| 11/25/2002 | Review of Sealed Air litigation documents and issues in preparation for hearing before Judge Wolin. | Kruger, L. | 1.1 |
| 11/25/2002 | Review Wolin Order (.1), t/c K. Pasquale re : same (.1), Petersons reports (.1); t/c B. Chipman re: Peterson report (.1); e-mail copies of reports, bates report to Chipman for review | Sasson, M. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2). | | |
| 11/26/2002 | Memo from and to M. Lastowski re issuance by Third Circuit re Cybergenics action and continuance of Sealed Air Action (.1); memo to KP re same (.1); review newly filed discovery-related pleadings including asbestos committees' objection to trial related matters (.5). | Krieger, A. | 0.7 |
| 11/26/2002 | Telephone call with T. Maher regarding hearing before Judge Wolin (.2); telephone call with W. Katchen regarding Wolin hearing and newspaper article regarding WR Grace (.2); review Sealed Air litigation documents in preparation for hearing (.3). | Kruger, L. | 0.7 |
| 11/26/2002 | Review deposition transcripts recieved (.3), copy (.2) and load into livenote (.2). | Mariano, C. | 0.7 |
| 11/26/2002 | Attention to recently filed trial-related pleadings (.8); office conferences L. Kruger re settlement conference (.3) | Pasquale, K. | 1.1 |
| 11/27/2002 | Attended to motion for entry of joint stipulation and order (.3); memos to and from LK, KP re Judge Wolin's settlement conference (.2). | Krieger, A. | 0.5 |
| 11/27/2002 | In court before Judge Wolin at all day Sealed Air settlement negotiations. | Kruger, L. | 9.3 |
| 11/27/2002 | Obtain digests (deposition) from Group Digesting (.2), review, insert tabs and copy for binders & attorneys (1.2). Update index list of digests received (.2) and file (.2) and compare with livenote (.5). Speak to Pat Abrahamson @ Group regarding other digests and transcripts for review (.3). Speak to Moshe Sasson regarding deposition transcripts and confidentiality agreement. (.4) Reivew bills from Group Digesting and forward for approval (.2). | Mariano, C. | 3.2 |
| 11/27/2002 | Participated in court settlement conference | Pasquale, K. | 11.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/29/2002 | Telephone conference S. Cunningham re proposed settlement of Sealed Air litigation (.1); telephone conference T. Yosseloff re same (.1); telephone conference LK re settlement terms (.1). | Krieger, A. | 0.3 |
| 11/29/2002 | Prepared memos to Committee re Sealed Air settlements (.5) | Pasquale, K. | 0.5 |
| 11/30/2002 | Review Sealed Air press release, Fresenius release and other articles on the proposed settlement of the Sealed Air litigation (1.0); telephone conference from and to LK re settlement (.1). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 6.9 | $ 475 | $ 3,277.50 |
| Kruger, Lewis | 11.4 | 695 | 7,923.00 |
| Maniscalco, Ilea | 18.8 | 70 | 1,316.00 |
| Mariano, Christine | 6.5 | 155 | 1,007.50 |
| Pasquale, Kenneth | 24.5 | 495 | 12,127.50 |
| Ross, Adam S. | 4.5 | 185 | 832.50 |
| Sasson, Moshe | 33.8 | 395 | 13,351.00 |
| Schoenfeld, Benjamin | 14.0 | 155 | 2,170.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 42,005.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 42,005.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 25

| RE | Travel - Non Working<br>699843  0035 |
|----|--------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/25/2002 | Travel back to SSL from hearings in Wilmington (2.0). | Krieger, A. | 2.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.0 | $ 475 | $ 950.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 950.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 950.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Hearings<br>699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/24/2002 | Preparation for hearings before Judge Fitzgerald including reviewing Gerard bond issuance-related matters (2.2). | Krieger, A. | 2.2 |
| 11/25/2002 | Travel to Wilmington for hearings before Judge Fitzgerald during which review recent ZAI litigation-related documents (.2); review Debtors' motion to compel state court to abide by preliminary injunction and related pleadings (.2); review Debtors' correspondence to the Court re financial information forwarded to the Committees (.1); review Caterpillar motion for administrative expense claim and related relief; (.2); review state of Ohio claim (.1); settlement notice (.1) and other Grace matters (1.2) | Krieger, A. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 4.3 | $ 475 | $ 2,042.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,042.50 | |
|---|---|---|

| TOTAL FOR THIS MATTER | $ 2,042.50 | |
|---|---|---|

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 75,820.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| CLIENT | W R Grace & Co |
|--------|----------------|
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED for the period through November 30, 2002, including:

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Outside Messenger Service** | | |
| 11/07/2002 | 10/24/2002 Federal Express T#829409285633 R. SERRETTE to: DAVID B. SIEGAL COLUMB | 9.04 |
| 11/07/2002 | 10/24/2002 Federal Express T#829409285666 ROSE SERRETTE to: WARREN H SMITH DALLA | 11.04 |
| 11/07/2002 | 10/24/2002 Federal Express T#829409285677 R. SERRETTE to: FRANK J PERCH WILMINGT | 9.04 |
| 11/11/2002 | Federal Express T#836515063769 KRUGER to: HON. A M WOLIN NEWARK,NJ | 9.13 |
| 11/13/2002 | Federal Express T#831137271320 A CASKADON to: FRANK J PERCH WILMINGTON,DE | 9.13 |
| 11/13/2002 | Federal Express T#831137271330 A CASKADON to: DAVID SIEGAL COLUMBIA,MD | 11.49 |
| 11/13/2002 | Federal Express T#831137271341 A CASKADON to: WARREN SMITH DALLAS,TX | 11.15 |
| 11/18/2002 | Federal Express T#829407410752 A CASKADON to: WARREN H SMITH DALLAS,TX | 19.01 |
| 11/18/2002 | Federal Express T#829407410763 A CASKADON to: FRANK J. PERCH WILMINGTON,DE | 10.94 |
| 11/18/2002 | Federal Express T#829409274121 A CASKADON to: DAVID SIEGAL COLUMBIA,MD | 10.94 |
| | **Outside Messenger Service Total** | **110.91** |
| **Meals** | | |
| 11/15/2002 | VENDOR: Seamless Web; INVOICE#: 14353; DATE: 11/19/02  - China Chalet; | 16.24 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Meals Total** | **16.24** |

**Local Transportation**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/05/2002 | VENDOR: Lewis Kruger; INVOICE#: 10/17/02A; DATE: 11/5/02 - 10/07/02 TRAIN AND CABFARE TO NEWARK, ATTEND MTG. IN JUDGE WOLIN'S CHAMBERS | 8.00 |
| 11/07/2002 | NYC Two Ways Inc. KRIEGER 10/23/02 15:50 M from 180 MAIDEN to E 80 ST | 25.58 |
| 11/07/2002 | NYC Two Ways Inc. KRIEGER 10/21/02 23:00 M from 180 MAIDEN to E 80 ST | 24.60 |
| 11/07/2002 | VENDOR: Corporate Transportation Group, Ltd.; INVOICE#: 552865; DATE: 11/8/02 - NYC Two Ways Inc A Krieger 10/20/02 180 Maiden Lane to 10 East | 24.60 |
| 11/19/2002 | NYC Two Ways Inc. KRIEGER 11/12/02 21:00 M from 180 MAIDEN to 10    EAST E | 25.58 |
| 11/27/2002 | NYC Two Ways Inc. KRUGER 11/05/02 11:45 M from 180 MAIDEN to E 52 ST | 20.69 |
| 11/27/2002 | NYC Two Ways Inc. KRIEGER 11/13/02 20:00 M from 180 MAIDEN to 10    EAST E | 24.60 |
| | **Local Transportation Total** | **153.65** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01/2002 | EXTN.5492, TEL.732-271-1999, S.T.15:20, DUR.11:18 | 4.68 |
| 11/01/2002 | EXTN.5544, TEL.201-556-4021, S.T.10:49, DUR.26:00 | 10.14 |
| 11/04/2002 | EXTN.5492, TEL.954-722-1445, S.T.16:45, DUR.00:12 | 0.39 |
| 11/05/2002 | VENDOR: Lewis Kruger; INVOICE#: 10/17/02B; DATE: 11/5/02 - 08/28 - 10/17   TELEPHONE CHARGES | 6.25 |
| 11/05/2002 | EXTN.5492, TEL.954-357-7158, S.T.10:02, DUR.23:54 | 9.36 |
| 11/05/2002 | EXTN.5492, TEL.301-218-7005, S.T.12:24, DUR.00:24 | 0.39 |
| 11/05/2002 | EXTN.5492, TEL.954-722-1445, S.T.13:08, DUR.00:42 | 0.39 |
| 11/05/2002 | EXTN.5492, TEL.954-974-5298, S.T.13:09, DUR.00:36 | 0.39 |
| 11/05/2002 | EXTN.5492, TEL.954-974-5298, S.T.14:07, DUR.00:12 | 0.39 |

# STROOCK

PAGE: 3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/05/2002 | EXTN.5544, TEL.201-556-4021, S.T.10:56, DUR.00:30 | 0.39 |
| 11/05/2002 | EXTN.5562, TEL.973-424-2031, S.T.16:36, DUR.07:54 | 3.12 |
| 11/06/2002 | EXTN.5492, TEL.301-218-7005, S.T.11:59, DUR.00:18 | 0.39 |
| 11/06/2002 | EXTN.6015, TEL.973-424-2000, S.T.16:29, DUR.05:24 | 2.34 |
| 11/07/2002 | EXTN.5492, TEL.302-657-4924, S.T.09:43, DUR.12:54 | 5.07 |
| 11/08/2002 | EXTN.5492, TEL.770-469-5714, S.T.09:08, DUR.03:12 | 1.56 |
| 11/08/2002 | EXTN.5492, TEL.770-469-5714, S.T.09:24, DUR.09:36 | 3.90 |
| 11/08/2002 | EXTN.5492, TEL.954-610-6712, S.T.17:24, DUR.01:54 | 0.78 |
| 11/08/2002 | EXTN.5492, TEL.954-610-6712, S.T.17:44, DUR.00:42 | 0.39 |
| 11/11/2002 | EXTN.5492, TEL.954-722-1445, S.T.13:41, DUR.03:12 | 1.56 |
| 11/11/2002 | EXTN.5562, TEL.973-424-2000, S.T.10:53, DUR.01:06 | 0.78 |
| 11/12/2002 | EXTN.3760, TEL.415-498-2800, S.T.12:08, DUR.01:36 | 0.78 |
| 11/12/2002 | EXTN.5492, TEL.301-218-7005, S.T.09:16, DUR.14:00 | 5.46 |
| 11/12/2002 | EXTN.5492, TEL.954-610-6712, S.T.20:24, DUR.05:24 | 1.97 |
| 11/12/2002 | EXTN.5562, TEL.908-638-4661, S.T.14:46, DUR.00:48 | 0.39 |
| 11/12/2002 | EXTN.5760, TEL.415-781-5555, S.T.10:06, DUR.01:06 | 0.78 |
| 11/12/2002 | EXTN.6495, TEL.302-657-4924, S.T.12:23, DUR.04:00 | 1.56 |
| 11/13/2002 | EXTN.3760, TEL.973-424-2031, S.T.16:25, DUR.00:30 | 0.39 |
| 11/13/2002 | EXTN.5492, TEL.954-610-6712, S.T.12:36, DUR.03:00 | 1.17 |
| 11/13/2002 | EXTN.5492, TEL.561-362-1506, S.T.16:43, DUR.07:54 | 3.12 |
| 11/13/2002 | EXTN.5492, TEL.954-610-6712, S.T.21:20, DUR.01:12 | 0.66 |
| 11/13/2002 | EXTN.5544, TEL.214-698-3868, S.T.17:09, DUR.01:42 | 0.78 |
| 11/13/2002 | EXTN.5544, TEL.302-652-4100, S.T.17:38, DUR.02:06 | 1.17 |

# STROOCK

PAGE: 4

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/13/2002 | EXTN.6495, TEL.302-657-4924, S.T.18:06, DUR.00:24 | 0.39 |
| 11/14/2002 | EXTN.5492, TEL.954-722-1445, S.T.09:55, DUR.00:30 | 0.39 |
| 11/14/2002 | EXTN.5492, TEL.954-722-1445, S.T.15:08, DUR.01:54 | 0.78 |
| 11/14/2002 | EXTN.5544, TEL.214-698-3868, S.T.12:37, DUR.00:54 | 0.39 |
| 11/14/2002 | EXTN.6495, TEL.302-657-4924, S.T.09:41, DUR.00:42 | 0.39 |
| 11/15/2002 | EXTN.5492, TEL.302-656-4433, S.T.13:32, DUR.02:30 | 1.17 |
| 11/18/2002 | EXTN.6495, TEL.201-843-4900, S.T.17:21, DUR.00:12 | 0.39 |
| 11/19/2002 | EXTN.5492, TEL.201-384-1279, S.T.11:44, DUR.03:18 | 1.56 |
| 11/19/2002 | EXTN.5492, TEL.561-969-9933, S.T.12:28, DUR.00:12 | 0.39 |
| 11/19/2002 | EXTN.5492, TEL.757-575-0584, S.T.18:54, DUR.00:18 | 0.39 |
| 11/19/2002 | EXTN.6495, TEL.201-843-4900, S.T.13:16, DUR.01:24 | 0.78 |
| | **Long Distance Telephone Total** | **77.91** |

**Duplicating Costs-in House**

| DATE | | AMOUNT |
|------|--|--------|
| 11/01/2002 | | 1.20 |
| 11/05/2002 | | 15.60 |
| 11/05/2002 | | 65.30 |
| 11/06/2002 | | 0.60 |
| 11/06/2002 | | 0.40 |
| 11/06/2002 | | 73.70 |
| 11/06/2002 | | 0.20 |
| 11/06/2002 | | 1.70 |
| 11/07/2002 | | 7.40 |
| 11/08/2002 | | 0.40 |
| 11/08/2002 | | 0.40 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/08/2002 | | 10.00 |
| 11/11/2002 | | 3.70 |
| 11/11/2002 | | 1.10 |
| 11/11/2002 | | 2.10 |
| 11/12/2002 | | 3.60 |
| 11/13/2002 | | 3.10 |
| 11/13/2002 | | 7.80 |
| 11/13/2002 | | 5.20 |
| 11/13/2002 | | 23.70 |
| 11/13/2002 | | 21.20 |
| 11/13/2002 | | 0.60 |
| 11/14/2002 | | 10.30 |
| 11/14/2002 | | 0.30 |
| 11/18/2002 | | 3.60 |
| 11/18/2002 | | 78.00 |
| 11/18/2002 | | 29.10 |
| 11/20/2002 | | 23.00 |
| 11/20/2002 | | 0.20 |
| 11/22/2002 | | 10.00 |
| 11/22/2002 | | 11.00 |
| 11/24/2002 | | 4.40 |
| 11/25/2002 | | 34.00 |
| 11/27/2002 | | 0.70 |
| **Duplicating Costs-in House Total** | | **453.60** |

# STROOCK

PAGE: 6

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Court Reporting Services**

| | | |
|------|-------------|--------|
| 11/05/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056166; DATE: 10/28/02 - deposition of David Siegel- September 19, 2002   Re: WR Grace | 1,287.90 |
| 11/05/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056196; DATE: 10/28/02 - Deposition of Charles Bates    September 13 2002    Re: WR Grace | 1,117.95 |
| 11/05/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056191; DATE: 10/28/02 - Depostion of Andrew Brownstein september 9, 2002 | 365.90 |
| 11/05/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056180; DATE: 10/28/02 - Deposition of Gordon Rausser September 20, 2002 | 263.00 |
| 11/05/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056207; DATE: 10/28/02 - Deposition of Dr. Neil Ram  September 19, 2002  Wash DC | 871.75 |
| 11/05/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056175; DATE: 10/28/02 - Depositon of Robert Tarola  Septemnber 20,2002 | 436.70 |
| 11/05/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056212; DATE: 10/28/02 - Deposition of Thomas hayes  September 13, 2002  Richmond VA | 773.00 |
| 11/05/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056217; DATE: 10/28/02 - Deposition of Seymour Preston JR    September 17, 2002 | 1,121.00 |
| 11/07/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056629; DATE: 11/7/2002 - Deposition of: James Hass. | 1,012.75 |
| | **Court Reporting Services Total** | **7,249.95** |

**In House Messenger Service**

| | | |
|------|-------------|--------|
| 11/07/2002 | Early Bird Messenger 10/25/2002 Vehicle Standard from N. MISC to ARLENE KRIEGER | 21.95 |
| 11/13/2002 | Early Bird Messenger Bike Standard from N. MISC to  GROUP DIGESTING, 280 PARK AV | 10.75 |
| | **In House Messenger Service Total** | **32.70** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 11/30/2002 | AMEX KRIEGER/ARLENE  on 10/24/2002 | 47.00 |

# STROOCK

PAGE: 7

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/30/2002 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 10/24/2002 | 198.00 |
| | **Travel Expenses - Transportation Total** | **245.00** |

**Westlaw**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01/2002 | ; Duration 0:00:00; By ROSS ADAM | 62.25 |
| 11/04/2002 | ; Duration 0:04:42; By PASQUALE KENNETH | 48.04 |
| 11/05/2002 | ; Duration 0:16:32; By PASQUALE KENNETH | 191.84 |
| 11/18/2002 | ; Duration 0:01:46; By PASQUALE KENNETH | 10.07 |
| | **Westlaw Total** | **312.20** |

**Word Processing - Logit**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/11/2002 | | 60.00 |
| | **Word Processing - Logit Total** | **60.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 110.91 |
| Meals | 16.24 |
| Local Transportation | 153.65 |
| Long Distance Telephone | 77.91 |
| Duplicating Costs-in House | 453.60 |
| Court Reporting Services | 7249.95 |
| In House Messenger Service | 32.70 |
| Travel Expenses - Transportation | 245.00 |
| Westlaw | 312.20 |
| Word Processing - Logit | 60.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 8,712.16 |
|---|---|