Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        12/31/02
Wilmington  DE                      ACCOUNT NO: 3000-00D
                                    STATEMENT NO:       19

Costs and Expenses



    PREVIOUS BALANCE                          $2,550.58



12/18/02 Payment - Thank you. (August, 2002 - 100%)       -2,550.58


    BALANCE DUE                                   $0.00
                                                  =====


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                  Page: 1
   W.R. Grace                                     12/31/02
   Wilmington  DE                     ACCOUNT NO: 3000-01D
                                      STATEMENT NO:      19

   Asset Analysis and Recovery



      PREVIOUS BALANCE                        $5,738.20



12/18/02 Payment - Thank you. (August, 2002 - 80%)       -2,328.80


      BALANCE DUE                             $3,409.40
                                             =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    12/31/02
Wilmington  DE                          ACCOUNT NO: 3000-02D
                                        STATEMENT NO:      19

Asset Disposition

PREVIOUS BALANCE                                    $1,358.30

BALANCE DUE                                         $1,358.30
                                                   =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington   DE                    ACCOUNT NO: 3000-03D
                                   STATEMENT NO:      14

Business Operations



    PREVIOUS BALANCE                                $556.90


    BALANCE DUE                                     $556.90
                                                    =======


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           12/31/02
Wilmington  DE                       ACCOUNT NO: 3000-04D
                                     STATEMENT NO:      19

Case Administration


    PREVIOUS BALANCE                              $8,820.50


12/18/02 Payment - Thank you. (August, 2002 - 80%)    -1,246.40


    BALANCE DUE                                   $7,574.10
                                                  =========


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              12/31/02
Wilmington  DE                        ACCOUNT NO: 3000-05D
                                      STATEMENT NO:      19

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                    $6,810.00


BALANCE DUE                                         $6,810.00
                                                   =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                  Page: 1
W.R. Grace                                        12/31/02
Wilmington  DE                   ACCOUNT NO: 3000-06D
                                 STATEMENT NO:      19

Claims Analysis Objection & Resol. (Non-Asbestos)



      PREVIOUS BALANCE                       $3,328.80



12/18/02 Payment - Thank you. (August, 2002 - 80%)    -1,774.80


      BALANCE DUE                            $1,554.00
                                             =========


      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                  12/31/02
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      19

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                    $13,769.20

HOURS

12/02/02
    MRE  Review of letter from Heberling re:
         associating counsel in pi cases            0.10     27.50
    MTH  Review report re: pleadings filed
         November 27-29, 2002                        0.10     26.50
    MTH  Correspondence to committee re: weekly
         recommendation memo                         0.20     53.00
    DAD  Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)             0.30     28.50
    MRE  Review of memo re: pleadings filed on
         November 27, 28, and 29 2002                0.20     55.00
    MTH  Review designation of district Judge
         Wolin for service in another district
         within the circuit                          0.10     26.50
    PEM  Review recommendation memo to committee
         re: pending matters                         0.40    106.00

12/03/02
    MRE  Draft of minutes for committee meeting
         (.6); e-mail to PEM re: same (.1)           0.70    192.50
    MTH  Review reports re: pleadings filed
         December 1, 2002                            0.10     26.50
    MTH  Begin preparation of report to EI and
         PVNL re: Nov. Omnibus Hearing               0.50    132.50
    DAD  Review pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)             0.30     28.50
    MK   Update attorneys' trial calendars           0.30     27.00
    MK   Attention to document organization          0.10      9.00

```
                                                         Page:  2
W.R. Grace                                              12/31/02
                                         ACCOUNT NO:  3000-07D
                                         STATEMENT NO:      19
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| **12/04/02** | | | |
| MRE | Revisions to committee minutes of December 3, 2002 | 0.20 | 55.00 |
| MTH | Prepare report to EI and PVNL re: Omnibus Hearing | 2.00 | 530.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MRE | Review and revise hearing memo to committee | 0.20 | 55.00 |
| **12/05/02** | | | |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| PEM | Review omnibus hearing summary report to committee | 0.20 | 53.00 |
| MK | Update attorney's case calendars | 0.20 | 18.00 |
| MRE | Telephone conference with E. Strug re: committee minutes | 0.20 | 55.00 |
| MRE | E-mail to C&D re: committee minutes of 12/2/02 | 0.20 | 55.00 |
| **12/06/02** | | | |
| MTH | Review report re: pleadings filed December 4 & 5, 2002 | 0.10 | 26.50 |
| MTH | Review correspondence from PVNL re: hearing report | 0.10 | 26.50 |
| MTH | Review misc. orders entered | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| MTH | Review correspondence from EI re: minutes of committee meeting re: Sealed Air | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| PEM | Review recommendation memo from counsel to committee re: pending matters | 0.40 | 106.00 |
| PEM | Review minutes from meeting on 12/3 | 0.10 | 26.50 |
| MTH | Correspondence to EI and PVNL re: hearing report | 0.20 | 53.00 |
| **12/09/02** | | | |
| MRE | Review of e-mail from Lockwood re: minutes of December 3, 2002 committee meeting | 0.10 | 27.50 |

```
                                                     Page:  3
        W.R. Grace                                  12/31/02
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:       19
        Committee, Creditors, Noteholders, Equity Holders




                                           HOURS
        MRE Telephone conference with Lockwood re:
            December 3, 2002 minutes to the committee   0.10    27.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)             0.30    28.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)             0.30    28.50
        MK  Review committee events calendar            0.10     9.00

12/10/02
        MTH Review report re: pleadings filed
            December 6 through 9, 2002                  0.10    26.50
        DAD Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2)             0.50    47.50

12/11/02
        MTH Review report re: pleadings filed
            December 10, 2002                           0.10    26.50
        MTH Correspondence to committee members re:
            recommendation memo                         0.10    26.50
        DAD Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2)             0.50    47.50
        MTH Prepare weekly recommendation memo          0.20    53.00

12/12/02
        MTH Review report re: pleadings filed
            December 11, 2002                           0.10    26.50
        MTH Prepare weekly recommendation memo          0.30    79.50
        MTH Review various orders entered               0.10    26.50
        DAD Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2)             0.50    47.50

12/13/02
        MTH Drafting report re: omnibus hearing for
            distribution to committee                   0.40   106.00
        MTH Correspondence to PVNL re: draft report
            to committee                                0.10    26.50
        MTH Prepare weekly recommendation memo          0.50   132.50
        MTH Telephone conference with PVNL re:
            revisions to report to committee            0.10    26.50
        MRE Review and revisions to weekly
```

```
                                                    Page:  4
       W.R. Grace                                   12/31/02
                                  ACCOUNT NO: 3000-07D
                                  STATEMENT NO:       19
       Committee, Creditors, Noteholders, Equity Holders
```

|     |                                                          | HOURS |        |
|-----|----------------------------------------------------------|-------|--------|
|     | recommendation memo                                      | 0.20  | 55.00  |
| KJC | Distribution of memo re: November 25, 2002 hearing to committee members | 0.10  | 9.50   |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50  | 47.50  |
| DAC | Review counsel's weekly recommendation memo              | 0.10  | 35.00  |

**12/16/02**

|     |                                                          |       |        |
|-----|----------------------------------------------------------|-------|--------|
| MTH | Review report re: pleadings filed 12/13/02               | 0.10  | 26.50  |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50  | 47.50  |
| PEM | Review recommendation memo to committee re: pending matters | 0.40  | 106.00 |

**12/17/02**

|     |                                                          |       |        |
|-----|----------------------------------------------------------|-------|--------|
| MTH | Review report re: pleadings filed 12/16/02               | 0.10  | 26.50  |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50  | 47.50  |
| LMP | Docket search for MGZ with the purpose of removing from the docket | 0.10  | 9.00   |
| MK  | Attention to document organization                       | 0.20  | 18.00  |

**12/18/02**

|     |                                                          |       |        |
|-----|----------------------------------------------------------|-------|--------|
| MTH | Review various orders entered                            | 0.10  | 26.50  |
| MTH | Prepare weekly recommendation memo                       | 0.30  | 79.50  |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30  | 28.50  |

**12/19/02**

|     |                                                          |       |        |
|-----|----------------------------------------------------------|-------|--------|
| MTH | Review report re: pleadings filed 12/18/02               | 0.10  | 26.50  |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50  | 47.50  |

**12/20/02**

|     |                                                          |       |        |
|-----|----------------------------------------------------------|-------|--------|
| MTH | Review report re: pleadings filed 12/19/02               | 0.10  | 26.50  |

```
                                                     Page: 5
          W.R. Grace                               12/31/02
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:       19
          Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MK | Attention to review of committee calendar; update attorney calendar | 0.20 | 18.00 |

**12/22/02**

| MRE | Review of memo re: filing of pleadings on 12/20/02 | 0.10 | 27.50 |
|---|---|---|---|

**12/23/02**

| MTH | Review report re: pleadings filed 12/20/02 | 0.10 | 26.50 |
|---|---|---|---|
| MTH | Prepare weekly recommendation memo | 0.20 | 53.00 |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| PEM | Review recommendation memo from counsel to committee re: pending matters | 0.40 | 106.00 |

**12/24/02**

| MRE | Review of daily memo re: pleadings filed on 12/20/02 | 0.10 | 27.50 |
|---|---|---|---|

**12/26/02**

| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
|---|---|---|---|

**12/27/02**

| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
|---|---|---|---|

**12/30/02**

| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
|---|---|---|---|
| MRE | Review of memo of pleadings filed 12/23 through 12/27 | 0.10 | 27.50 |
| MTH | Review report re: pleadings filed 12/23 to 27 | 0.10 | 26.50 |

**12/31/02**

| DAD | Review pleadings and electronic filing |  |  |
|---|---|---|---|

```
                                                       Page:  6
        W.R. Grace                                   12/31/02
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      19
        Committee, Creditors, Noteholders, Equity Holders




                                             HOURS
                notices (.2); preparation and
                distribution of daily memo (.1)      0.30     28.50
        MRE Review of memo summarizing pleadings
                filed on 12/30/02                    0.10     27.50
                                                    -----  --------
            FOR CURRENT SERVICES RENDERED           22.00  4,158.50

                        RECAPITULATION
        TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
        Douglas A. Campbell          0.10    $350.00     $35.00
        Philip E. Milch              1.90     265.00     503.50
        Michele Kennedy              1.10      90.00      99.00
        Mark T. Hurford              7.40     265.00   1,961.00
        Marla R. Eskin               2.60     275.00     715.00
        Kathleen J. Campbell         0.10      95.00       9.50
        Dylan A. Davis               8.70      95.00     826.50
        Lauren M. Przybylek          0.10      90.00       9.00


            TOTAL CURRENT WORK                        4,158.50


        12/18/02 Payment - Thank you. (August, 2002 - 80%)   -2,918.40


            BALANCE DUE                             $15,009.30
                                                    ==========
```

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    12/31/02
Wilmington  DE                ACCOUNT NO: 3000-08D
                              STATEMENT NO:      18

Employee Benefits/Pension



    PREVIOUS BALANCE                         $5,069.80



12/18/02 Payment - Thank you. (August, 2002 - 80%)    -1,403.20


    BALANCE DUE                              $3,666.60
                                             =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                      ACCOUNT NO: 3000-09D
                                    STATEMENT NO:        9

Employee Applications, Applicant



    PREVIOUS BALANCE                             $26.50


    BALANCE DUE                                  $26.50
                                                 ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                         1700 Grant Building
                         Pittsburgh, PA  15219
                           412-261-0310




                                                       Page: 1
         W.R. Grace                                    12/31/02
         Wilmington  DE                   ACCOUNT NO: 3000-10D
                                          STATEMENT NO:      19


         Employment Applications, Others




             PREVIOUS BALANCE                         $6,298.00


                                              HOURS
         12/31/02
             MRE Review of motion of debtors to retain
                 Woodcock Ashburn                 0.10    27.50
                                                  ----   -----
                 FOR CURRENT SERVICES RENDERED    0.10    27.50

                          RECAPITULATION
          TIMEKEEPER               HOURS HOURLY RATE    TOTAL
          Marla R. Eskin            0.10   $275.00    $27.50


             TOTAL CURRENT WORK                          27.50


         12/18/02 Payment - Thank you. (August, 2002 - 80%)    -487.20


             BALANCE DUE                             $5,838.30
                                                     =========
```

```
             Any payments received after the statement date will be
             applied to next month's statement.  Please note your
             account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    12/31/02
Wilmington  DE                              ACCOUNT NO: 3000-11D
                                            STATEMENT NO:      17

Expenses

PREVIOUS BALANCE                                          $24,053.57

| | | |
|---|---|---|
| 12/02/02 | FAX to 13 parties of record - 3 pages (39 total) (letter to 3rd Circuit) | 19.50 |
| 12/03/02 | FAX to P. Lockwood - 18 pages | 9.00 |
| 12/03/02 | FAX to M. Lastowski - 4 pages (letter to 3rd Circuit) | 2.00 |
| 12/04/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/03/02 (16th Monthly Fee application of C&L) | 272.00 |
| 12/04/02 | Ikon Office Solutions - Photocopying, Envelopes, Postage on 12/03/02 (Certification of No Objection) | 64.08 |
| 12/04/02 | Ikon Office Solutions- Photocopying, Envelopes, Hand Deliveries, Postage on 12/03/02 (Application for Compensation) | 114.80 |
| 12/04/02 | FAX to 13 parties of record - 5 pages (3rd Circuit) | 32.50 |
| 12/05/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage (Certification of No Objection re: 16th Interim Application of C&L) on December 4, 20002 | 58.47 |
| 12/06/02 | FAX to J. Cunningham - 5 pages (letter sent to 3rd circuit) | 2.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - Third Circuit Court of Appeals on 12/02/02 | 107.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - Duane Morris & Heckscher on 12/02/02 | 7.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - The Bayard Firm on 12/02/02 | 7.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - Richards Layton & Finger on 12/02/02 | 7.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - Office of U.S. Trustee on 12/02/02 | 7.50 |

```
                                                       Page: 2
        W.R. Grace                                   12/31/02
                                      ACCOUNT NO: 3000-11D
                                      STATEMENT NO:       17

        Expenses
```

| Date | Description | Amount |
|------|-------------|--------|
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - Klett Rooney Lieber & Schorling on 12/02/02 | 7.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - District Court of Delaware on 12/02/02 | 7.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - Third Circuit Court of Appeals on 12/04/02 | 8.00 |
| 12/09/02 | FAX to John Cunningham - 12 pages (letter to 3rd circuit) | 6.00 |
| 12/10/02 | FAX to 4 parties of record - 3 pages (memo) | 6.00 |
| 12/11/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/04/02 | 58.47 |
| 12/13/02 | Parcels, Inc. - Daily memo copy fee | 7.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - copy 3 pg doc 13 times, post mail, copied 12/2/02 on 12/09/02 | 14.15 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - copy 11 pg doc 13 times, post mail, copied 12/09/02 on 12/13/02 | 25.41 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Third Circuit Court of Appeals on 12/09/02 | 107.50 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Pachulski Stang on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Skadden Arps et al. on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Reed Smith Shaw & McClay on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Morris Nichols Arsht & Tunnell on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Ferry & Joseph on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Skadden Arps et al. on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Duane Morris & Heckscher on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Skadden Arps et al. on 12/12/02 | 7.50 |
| 12/16/02 | AT&T Long Distance Phone Calls | 14.97 |
| 12/17/02 | FAX to 4 parties of record - 4 pages (memo) | 10.00 |
| 12/19/02 | FAX to Albert Lauber - 11 pages | 5.50 |
| 12/19/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/18/02 (certificate of no objection) | 51.90 |
| 12/23/02 | Federal Express to Peter Van N. Lockwood on 12/11/02 | 10.92 |
| 12/23/02 | Federal Express to Peter Van N. Lockwood on 12/18/02 | 10.92 |

```
                                                            Page: 3
          W.R. Grace                                       12/31/02
                                      ACCOUNT NO: 3000-11D
                                      STATEMENT NO:        17
          Expenses
```

| | | |
|---|---|---:|
| 12/23/02 | FAX to Walter Slocombe - 12 pages (USCA material) | 6.00 |
| 12/27/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/26/02 (certificate of no objection) | 77.04 |
| 12/27/02 | Postage - 1 @ $3.13 (3rd Circuit appeal) | 3.13 |
| 12/30/02 | FAX to 4 parties of record - 9 pages (36 total) (memo) | 18.00 |
| 12/30/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/27/02 (certificate of no objection) | 48.90 |
| 12/30/02 | Photocopying - 75 pages (documents to be sent to John Cunningham) | 7.50 |
| 12/31/02 | Parcels, Inc. - Photocopying (63 page document 21 times; 6,936 pages 1 time | 888.15 |
| 12/31/02 | Parcels, Inc. - Delaware Document Retrieval on 12/27/02 | 107.50 |
| 12/31/02 | November Pacer Charges - misc. reports, lists and summaries | 95.20 |
| 12/31/02 | Ikon Office Solutions - Photocopying, Envelopes on 12/30/02 (Application for Compensation) | 79.02 |
| 12/31/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/30/02 (14th monthly fee application of C&D) | 153.03 |

```
                                                        --------
          TOTAL EXPENSES                                2,590.06

          TOTAL CURRENT WORK                            2,590.06


          BALANCE DUE                                 $26,643.63
                                                      ==========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                         ACCOUNT NO: 3000-12D
                                       STATEMENT NO:      17

Fee Applications, Applicant

PREVIOUS BALANCE                                   $6,896.30

                                       HOURS
12/03/02
    AFM E-mail from DGS re: C&L monthly fee
        application (Oct) (.1); prepare same
        (1.5); prepare billing statement (.3);
        meeting with MTH and LMP re: expense
        charges (.1); prepare and sign COS (.1)      2.10    420.00
    LMP Electronic filing of October monthly fee
        application for C&L (.1); electronic
        service of same (.1); update status chart
        (.1)                                          0.30     27.00
    LMP Electronic filing of certificate of no
        objection for C&L (.1); update status
        chart (.1)                                    0.20     18.00

12/04/02
    AFM Review docket re: objections to C&D 6th
        interim fee application (July-Sept) (.1);
        prepare CNO re: same (.2); prepare and
        sign COS (.1)                                 0.40     80.00
    LMP Electronic filing of certificate of no
        objection for C&L (interim fee
        application) (.1); update status chart
        (.1)                                          0.20     18.00

12/11/02
    AFM Telephone conference with B. Jeffords
        (UST) re: C&L expenses for monthly fee
        application (Oct)                             0.10     20.00

12/15/02
    MRE Review of November pre-bills for purposes
        of filing C&L fee application               0.70    192.50

```
                                                           Page: 2
        W.R. Grace                                       12/31/02
                                          ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      17

        Fee Applications, Applicant
```

```
                                                    HOURS
12/17/02
      MTH Review and revise pre-bill                 0.80    212.00

12/19/02
      MRE Review of pre-bill in preparation for
          filing fee application                     0.50    137.50

12/30/02
      AFM Review and sign fee application of C&L
          (monthly-November) (.2); e-mail to DGS
          re: expense credit from Oct. monthly fee
          application (.2)                           0.40     80.00

12/31/02
      LMP Electronic filing of C&L's November
          monthly fee application                    0.10      9.00
      AFM E-mail to LMP re: C&L fee application
          (Monthly-Nov)(.1); review and sign same
          (.2)                                       0.30     60.00
                                                     ----  --------
          FOR CURRENT SERVICES RENDERED              6.10  1,274.00
```

```
                         RECAPITULATION
      TIMEKEEPER                HOURS HOURLY RATE       TOTAL
      Aileen F. Maguire          3.30    $200.00     $660.00
      Mark T. Hurford            0.80     265.00      212.00
      Marla R. Eskin             1.20     275.00      330.00
      Lauren M. Przybylek        0.80      90.00       72.00


      TOTAL CURRENT WORK                            1,274.00


12/18/02 Payment - Thank you. (August, 2002 - 80%)    -889.60


      BALANCE DUE                                  $7,280.70
                                                   =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            12/31/02
Wilmington   DE                        ACCOUNT NO: 3000-13D
                                       STATEMENT NO:      4


Fee Applications, Others



     PREVIOUS BALANCE                           $11,735.00



                                         HOURS
12/02/02
     AFM E-mail from DGS re: C&L monthly fee
         application (monthly-Oct)(.1); prepare
         same (.5); prepare and sign COS (.1)      0.70      140.00
     MTH Review fee application of Holme Roberts
         for Sept. 2002                            0.10       26.50
     MTH Review fee application of Reed Smith       0.10       26.50
     MTH Review fee application of Blackstone
         Group for July                            0.10       26.50
     MTH Review fee application of Blackstone
         Group for August                          0.10       26.50
     MTH Review fee application of Blackstone
         Group for September                       0.10       26.50
     MTH Review fee application of Blackstone
         Group (Interim)                           0.10       26.50
     MTH Review fee application of Pitney, Hardin
         for August                                0.10       26.50
     MTH Review fee application of Casner &
         Edwards                                   0.10       26.50
     MTH Review fee application of FTI Policano    0.10       26.50
     MTH Review fee application of Stroock         0.20       53.00
     MTH Review fee application of Pachulski,
         Stang                                     0.10       26.50
     MTH Review fee application of Casner &
         Edwards (Interim)                         0.10       26.50
     MTH Review fee application of Pachulski,
         Stang (Interim)                           0.10       26.50
     MTH Review fee application of Richardson,
         Patrick                                   0.10       26.50
     MTH Review fee application of Bilzin, Sumberg 0.10       26.50
     MTH Review fee application of PWC             0.20       53.00
     MTH Review fee application of W. Smith        0.10       26.50

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review fee application of Elzufon, Austin | 0.10 | 26.50 |
| MTH | Review fee application of Lukin, Annis | 0.10 | 26.50 |
| MTH | Review fee application of Wachtell, Lipton | 0.10 | 26.50 |
| MTH | Review fee application of Pitney, Hardin | 0.10 | 26.50 |
| MTH | Review fee application of Stroock (Interim) | 0.10 | 26.50 |
| MTH | Review fee application of FTI Policano (Interim) | 0.10 | 26.50 |
| MTH | Review fee application of Steptoe for July | 0.10 | 26.50 |
| MTH | Review fee application of Steptoe for August | 0.10 | 26.50 |
| MTH | Review fee application of Steptoe for September | 0.10 | 26.50 |
| MTH | Review fee application of Kramer, Levin | 0.10 | 26.50 |
| MTH | Review fee application of Bilzin, Sumberg (Interim) | 0.10 | 26.50 |
| MTH | Review fee application of Hamilton, Ravinovitz (Interim) | 0.10 | 26.50 |
| MTH | Review fee application of Kramer, Levin for October | 0.10 | 26.50 |
| MTH | Review fee application of Klett Rooney | 0.10 | 26.50 |
| MTH | Telephone conference with E. Strug re: Caplin fee issues | 0.10 | 26.50 |

12/03/02

|  |  |  |  |
|---|---|---|---|
| AFM | E-mail from D. Collins re: Tersigni monthly fee application (Oct)(.1); prepare same (.3); prepare Exhibit A (.1); prepare and sign COS (.1) | 0.60 | 120.00 |
| AFM | E-mail from E. Strug re: C&D monthly fee application (Oct)(.1); prepare same (.4); prepare Exhibit A-D (.3); prepare and sign COS (.1) | 0.90 | 180.00 |
| AFM | Prepare CNO re: Prof. Warren 1st monthly fee application (Sept) (.3); review docket re: same (.1); prepare and sign COS re: same (.1) | 0.40 | 80.00 |
| AFM | Prepare CNO re: Prof. Warren 2nd monthly fee application (July-Sept) (.3); review docket re: same (.1); prepare and sign COS re: same (.1) | 0.40 | 80.00 |
| AFM | Prepare CNO re: Prof. Warren 1st interim application (July-Sept) (.3); review |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | docket re: same (.1); prepare and sign COS re: same (.1) | 0.40 | 80.00 |
| AFM | E-mail from D. Relles re: LAS monthly October fee application (.1); prepare same (.3); prepare exhibits (fee detail) (.1); prepare and sign COS (.1) | 0.60 | 120.00 |
| LMP | Electronic filing of 15th monthly fee application for Tersigni (.1); electronic service of same (.1); update status chart (.1) | 0.30 | 27.00 |
| LMP | Electronic filing of 13th monthly fee application for C&D (.1); electronic service of same (.1); update status chart (.1) | 0.30 | 27.00 |
| LMP | Electronic filing of 15th monthly fee application for C&D (.1); electronic service of same (.1); update status chart (.1) | 0.30 | 27.00 |
| LMP | Electronic filing of certificate of no objection for C&D (.1); update status chart (.1) | 0.20 | 18.00 |
| LMP | Electronic filing of certificate of no objection for Elizabeth Warren (.1); update status chart (.1) | 0.20 | 18.00 |

12/04/02

|  |  |  |  |
|---|---|---|---|
| AFM | Review docket re: objections to C&L 6th interim fee application (July-Sept) (.1); prepare CNO re: same (.1); prepare and sign COS (.1) | 0.30 | 60.00 |
| AFM | Telephone conference with E. Strug re: fee application payments | 0.10 | 20.00 |
| AFM | Meeting with LMP re: fee application payments for C&D | 0.10 | 20.00 |
| AFM | E-mail from MRE re: interim fee application procedures for Judge Fitzgerald (.1); meeting with KJC re: C&L interim (July-Sept) (.1); review fee application procedures (.3) | 0.50 | 100.00 |
| MRE | Review of e-mail from debtors counsel re: e-mailing of fee applications and meeting with AFM re: same | 0.20 | 55.00 |

12/06/02

|  |  |  |  |
|---|---|---|---|
| MTH | Review fee application of Lukins & Annis | 0.10 | 26.50 |

```
                                                        Page: 4
          W.R. Grace                                   12/31/02
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:        4
```

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review fee application of Kirkland & Ellis in Sealed Air for June through September | 0.10 | 26.50 |
| MTH | Review fee application of Ferry, Joseph & Pearce for September (Sealed Air) | 0.10 | 26.50 |
| MTH | Review fee application of Ferry, Joseph & Pearce for September | 0.10 | 26.50 |
| MTH | Review fee application of Klett Rooney (quarterly) | 0.10 | 26.50 |
| MTH | Review fee application of Ferry Joseph & Pearce (quarterly) | 0.10 | 26.50 |
| MTH | Review fee application of Holme Roberts for October | 0.10 | 26.50 |
| MTH | Review fee application of Reed Smith for October | 0.10 | 26.50 |
| MTH | Review fee application of Pitney Hardin (quarterly) | 0.10 | 26.50 |
| MTH | Review fee application of Kirkland & Ellis (quarterly) | 0.10 | 26.50 |
| MTH | Review fee application of Nelson Mullins (quarterly) | 0.10 | 26.50 |

12/09/02
| MRE | Review of e-mail from Nate Finch re: fee applications of Stroock and meeting re: same with DAD | 0.20 | 55.00 |

12/11/02
| MRE | Meeting with AFM re: fee application of C&D (.1); meeting with Lauren re: same (.1) | 0.20 | 55.00 |
| MRE | Telephone conference with E. Strug at C&D re" C&D fee application | 0.20 | 55.00 |
| AFM | E-mail from E. Strug re: C&D fee application payments (.1); meeting with MRE and MTH re: same (.2) | 0.30 | 60.00 |
| MTH | Meeting with AFM re: C&D fee app. | 0.20 | 53.00 |

12/13/02
| MTH | Review fee application of Bilzin, Sumberg for October | 0.10 | 26.50 |
| MTH | Review fee application of Wallace King for October | 0.10 | 26.50 |
| MTH | Review fee application of Nelson, Mullins for October | 0.10 | 26.50 |

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review fee application of FTI Policano & Manzo for October | 0.10 | 26.50 |
| MTH | Review fee application of Stroock Stroock & Lavan for October | 0.10 | 26.50 |
| MTH | Review fee application of Hamilton, Rabinovitz for October | 0.10 | 26.50 |
| MTH | Review fee application of Kirkland & Ellis for October | 0.10 | 26.50 |
| **12/16/02** | | | |
| AFM | E-mail from D. Relles re: LAS November monthly fee application (.1); e-mail to LMP re: same (.1) | 0.20 | 40.00 |
| **12/18/02** | | | |
| AFM | Review and sign CNO re: LAS fee application (monthly-Sept) | 0.10 | 20.00 |
| AFM | Review and sign CNO re: LAS fee application (interim/July-Sept) | 0.10 | 20.00 |
| LMP | Review docket for objections to LAS interim fee application for (7/1-9/30) (.1); prepare CNO and COS for same (.2); electronic filing of same (.1) | 0.40 | 36.00 |
| LMP | Review docket for objections to LAS Sept monthly fee application (.1); prepare CNO and COS for same (.2); electronic filing of same (.1) | 0.40 | 36.00 |
| **12/19/02** | | | |
| LMP | Review of Elzufon Austin Reardon Tarlov & Mondell Oct. monthly fee application | 0.10 | 9.00 |
| LMP | Review of Warren Smith & Assoc. Nov. monthly fee application | 0.10 | 9.00 |
| LMP | Review of Pitney, Hardin, Kipp & Szuch Oct. monthly fee application | 0.10 | 9.00 |
| LMP | Review of Casner & Edwards Oct. monthly fee application | 0.10 | 9.00 |
| **12/20/02** | | | |
| AFM | Review and sign fee application for LAS (monthly - Nov.) | 0.20 | 40.00 |
| **12/23/02** | | | |
| MRE | Telephone conference with Nancy Davis re: committee expense reimbursement | 0.20 | 55.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| 12/26/02 |  |  |  |
| MRE | Review and sign CNO for C&D October fee application | 0.10 | 27.50 |
| MRE | Review and sign CNO for October fee application | 0.10 | 27.50 |
| MRE | Review and sign CNO for C&L October fee application | 0.10 | 27.50 |
| MRE | Review and sign CNO for Tersigni monthly fee application | 0.10 | 27.50 |
| LMP | Review docket for objections to Tersigni's Oct. monthly fee application (.1); prepare CNO and COS for same (.1); electronic service of same (.1) | 0.30 | 27.00 |
| LMP | Review docket for objections to C&D's Oct. monthly fee application (.1); prepare CNO and COS for same (.1); electronic service of same (.1) | 0.30 | 27.00 |
| LMP | Review docket for objections to LAS' Oct. monthly fee application (.1); prepare CNO and COS for same (.1); electronic service of same (.1) | 0.30 | 27.00 |
| LMP | Review docket for objections to C&L Nov. monthly fee application (.1); prepare CNO and COS for same (.1); electronic service of same (.1) | 0.30 | 27.00 |
| 12/27/02 |  |  |  |
| LMP | Review docket for objections to Tersigni's 6th interim fee application (.1); prepare CNO for same (.1); electronic filing of same (.1) | 0.30 | 27.00 |
| 12/30/02 |  |  |  |
| AFM | Review and sign fee application of LAS (monthly-November) | 0.20 | 40.00 |
| AFM | Review and sign fee application of C&D (monthly-November) | 0.20 | 40.00 |
| LMP | Prepare LAS 9th monthly fee application (.1); electronic filing of same (.1) | 0.20 | 18.00 |
| LMP | Prepare C&D's 14th  monthly fee application (.1); electronic filing of same (.1) | 0.20 | 18.00 |
| AFM | Review and sign fee application of C&D (monthly-Nov) | 0.20 | 40.00 |

```
                                                       Page: 7
        W.R. Grace                                    12/31/02
                                     ACCOUNT NO: 3000-13D
                                     STATEMENT NO:        4

        Fee Applications, Others




                                              HOURS
12/31/02
        LMP Review of Klett Rooney November monthly
            fee application                    0.10       9.00
        LMP Review of Neslon Mullins Riley &
            Scarborough November monthly fee
            application                         0.10       9.00
        LMP Review of D.R. Gross & Assoc. November
            monthly fee application            0.10       9.00
        LMP Review of John E. Keefe interim fee
            application for May through Oct, 2002  0.10    9.00
                                              -----   --------
            FOR CURRENT SERVICES RENDERED     18.10   3,548.00

                        RECAPITULATION
        TIMEKEEPER               HOURS HOURLY RATE      TOTAL
        Aileen F. Maguire          6.50    $200.00  $1,300.00
        Mark T. Hurford            5.40     265.00   1,431.00
        Marla R. Eskin             1.40     275.00     385.00
        Lauren M. Przybylek        4.80      90.00     432.00


            TOTAL CURRENT WORK                        3,548.00


12/18/02 Payment - Thank you. (August, 2002 - 80%)   -1,192.80


        BALANCE DUE                               $14,090.20
                                                  ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          12/31/02
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      17

Financing

    PREVIOUS BALANCE                                 $31.50

    BALANCE DUE                                      $31.50
                                                     ======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      19


Hearings



        PREVIOUS BALANCE                         $13,067.30


                                           HOURS
12/09/02
    MRE Review of agenda for December 16, 2002
        omnibus hearing                     0.20      55.00
    MRE Review of motion re: omnibus hearing
        dates and e-mail to Mark re: same    0.20      55.00

12/12/02
    MTH Review agenda                        0.20      53.00
    MRE Drafting of e-mail and memo to C&D re:
        matters for upcoming  hearing        0.30      82.50

12/13/02
    MTH Review amended agenda                0.10      26.50

12/16/02
    PEM Review hearing memo from 11/25 hearing 0.10   26.50
                                            ----    ------
        FOR CURRENT SERVICES RENDERED        1.10     298.50

                    RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
    Philip E. Milch              0.10    $265.00     $26.50
    Mark T. Hurford              0.30     265.00      79.50
    Marla R. Eskin               0.70     275.00     192.50


        TOTAL CURRENT WORK                           298.50


        BALANCE DUE                             $13,365.80
                                               ==========

```
                                          Page: 2
W.R. Grace                                12/31/02
                          ACCOUNT NO: 3000-15D
                          STATEMENT NO:        19

Hearings
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
12/31/02

W.R. Grace
Wilmington  DE

ACCOUNT NO: 3000-16D
STATEMENT NO:      4

Litigation and Litigation Consulting

PREVIOUS BALANCE                                    $7,934.50

|  |  | HOURS |  |
|---|---|---|---|
| **12/02/02** | | | |
| MTH | Telephone conference with PEM re: Sealed Air settlement (2 calls) | 0.30 | 79.50 |
| MTH | Meeting with MRE re: Sealed Air settlement | 0.20 | 53.00 |
| MTH | Review correspondence from EI re: Sealed Air/Fresenius recent events | 0.10 | 26.50 |
| **12/03/02** | | | |
| PEM | Telephone conference with MRE and counsel re: terms of stlmnt with Sealed Air and Fresnius | 0.40 | 106.00 |
| **12/04/02** | | | |
| MTH | Review correspondence from H. Wasserstein to Clerk of Court re: settlement | 0.10 | 26.50 |
| **12/08/02** | | | |
| MRE | Review of Judge Wolins decision in the transfer cases (.4); drafting of e-mail re: same to Lockwood (.2) | 0.60 | 165.00 |
|  | | ---- | ------ |
|  | FOR CURRENT SERVICES RENDERED | 1.70 | 456.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.40 | $265.00 | $106.00 |
| Mark T. Hurford | 0.70 | 265.00 | 185.50 |
| Marla R. Eskin | 0.60 | 275.00 | 165.00 |

```
                                             Page: 2
      W.R. Grace                            12/31/02
                               ACCOUNT NO: 3000-16D
                               STATEMENT NO:        4
      Litigation and Litigation Consulting




      TOTAL CURRENT WORK                      456.50


12/18/02 Payment - Thank you. (August, 2002 - 80%)    -2,173.60


      BALANCE DUE                          $6,217.40
                                           =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                            412-261-0310




                                                            Page: 1
         W.R. Grace                                        12/31/02
         Wilmington  DE                     ACCOUNT NO: 3000-17D
                                            STATEMENT NO:        4

         Plan and Disclosure Statement




            PREVIOUS BALANCE                                $131.50



12/18/02 Payment - Thank you. (August, 2002 - 80%)          -48.00


            BALANCE DUE                                      $83.50
                                                            ======
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                    Page: 1
    W.R. Grace                                       12/31/02
    Wilmington  DE                      ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      4


    Relief from Stay Proceedings




        PREVIOUS BALANCE                          $1,074.50


                                            HOURS
12/05/02
      MTH Review R. Locke's opposition to Debtors'
          Motion to Further Extend Stay          0.30     79.50

12/06/02
      MTH Review debtors' motion for order
          approving settlement of litigation and
          claim                                  0.30     79.50
                                                 ----   ------
          FOR CURRENT SERVICES RENDERED          0.60    159.00

                    RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE    TOTAL
   Mark T. Hurford                0.60    $265.00   $159.00


        TOTAL CURRENT WORK                          159.00


12/18/02 Payment - Thank you. (August, 2002 - 80%)    -63.60


        BALANCE DUE                              $1,169.90
                                                 =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                12/31/02
Wilmington  DE                           ACCOUNT NO: 3000-20D
                                         STATEMENT NO:        3

Tax Litigation

PREVIOUS BALANCE                                    $2,344.00

BALANCE DUE                                         $2,344.00
                                                    =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                    ACCOUNT NO: 3000-22D
                                  STATEMENT NO:        8

Valuation


    PREVIOUS BALANCE                              $1,397.10


    BALANCE DUE                                   $1,397.10
                                                  =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                    12/31/02
Wilmington  DE                    ACCOUNT NO: 3000-23D
                                  STATEMENT NO:       8

ZAI Science Trial

PREVIOUS BALANCE                              $3,129.70

                                       HOURS
12/04/02
    MTH Review ZAI discovery               0.20    53.00
                                           ----    -----
        FOR CURRENT SERVICES RENDERED      0.20    53.00

                    RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Mark T. Hurford          0.20    $265.00     $53.00

    TOTAL CURRENT WORK                            53.00

    BALANCE DUE                              $3,182.70
                                            =========

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                  12/31/02
Wilmington  DE                          ACCOUNT NO: 3000-24D
                                        STATEMENT NO:        8

ZAI Science Trial - Expenses


        PREVIOUS BALANCE                                $159.00


        BALANCE DUE                                     $159.00
                                                        =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    12/31/02
Wilmington  DE                              ACCOUNT NO     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 2,550.58 | 0.00 | 0.00 | 0.00 | -2,550.58 | $0.00 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 5,738.20 | 0.00 | 0.00 | 0.00 | -2,328.80 | $3,409.40 |
| 3000-02 Asset Disposition | | | | | |
| 1,358.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,358.30 |
| 3000-03 Business Operations | | | | | |
| 556.90 | 0.00 | 0.00 | 0.00 | 0.00 | $556.90 |
| 3000-04 Case Administration | | | | | |
| 8,820.50 | 0.00 | 0.00 | 0.00 | -1,246.40 | $7,574.10 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 6,810.00 | 0.00 | 0.00 | 0.00 | 0.00 | $6,810.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 3,328.80 | 0.00 | 0.00 | 0.00 | -1,774.80 | $1,554.00 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 13,769.20 | 4,158.50 | 0.00 | 0.00 | -2,918.40 | $15,009.30 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 5,069.80 | 0.00 | 0.00 | 0.00 | -1,403.20 | $3,666.60 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 26.50 | 0.00 | 0.00 | 0.00 | 0.00 | $26.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 6,298.00 | 27.50 | 0.00 | 0.00 | -487.20 | $5,838.30 |
| 3000-11 Expenses | | | | | |
| 24,053.57 | 0.00 | 2,590.06 | 0.00 | 0.00 | $26,643.63 |

```
                                              Page: 2
        W.R. Grace                            12/31/02
                              ACCOUNT NO    3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,896.30 | 1,274.00 | 0.00 | 0.00 | -889.60 | $7,280.70 |
| 3000-13 Fee Applications, Others | | | | | |
| 11,735.00 | 3,548.00 | 0.00 | 0.00 | -1,192.80 | $14,090.20 |
| 3000-14 Financing | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Hearings | | | | | |
| 13,067.30 | 298.50 | 0.00 | 0.00 | 0.00 | $13,365.80 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 7,934.50 | 456.50 | 0.00 | 0.00 | -2,173.60 | $6,217.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 131.50 | 0.00 | 0.00 | 0.00 | -48.00 | $83.50 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 1,074.50 | 159.00 | 0.00 | 0.00 | -63.60 | $1,169.90 |
| 3000-20 Tax Litigation | | | | | |
| 2,344.00 | 0.00 | 0.00 | 0.00 | 0.00 | $2,344.00 |
| 3000-22 Valuation | | | | | |
| 1,397.10 | 0.00 | 0.00 | 0.00 | 0.00 | $1,397.10 |
| 3000-23 ZAI Science Trial | | | | | |
| 3,129.70 | 53.00 | 0.00 | 0.00 | 0.00 | $3,182.70 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| 159.00 | 0.00 | 0.00 | 0.00 | 0.00 | $159.00 |
| ---------- | -------- | -------- | ---- | ---------- | ----------- |
| 126,280.75 | 9,975.00 | 2,590.06 | 0.00 | -17,076.98 | $121,768.83 |
| | | | | | =========== |

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```