IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

           Chapter 11

W. R. GRACE & CO.

           Case No. 01-01139 (JKF)

     Debtor.

NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO SECOND
APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX
CONSULTANTS TO THE DEBTORS, FOR INTERIM ALLOWANCE OF
COMPENSATION AND FOR THE REIMMBURSEMENT OF EXPENSES FOR
SERVICES RENDERED DURING THE PERIOD FROM OCTOBER 1, 2002 THROUGH
NOVEMBER 30, 2002.

On December 28, 2002, PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax

Consultants to the Debtors, filed its second *Monthly Fee Application of*

*PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, For Allowance of*

*Compensation and Reimbursement of Expenses for the Months of October 2002 and*

*November 2002* (the "Application"). The notice filed with the Application provided an

objection deadline of 4:00 pm (Eastern Standard Time) on January 21, 2003. The

undersigned hereby certifies that no answer, objection or any responsive pleading with

respect to the Application has been filed with the Court.

Pursuant to the Administrative Order Pursuant to Sections 105 and 331 of the

Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of

Expenses for Professionals dated December 31, 2001 ("the Order"), the Debtor is authorized

to pay PwC $136,740.80, which represents eighty percent (80%) of the fees, and $16,105.33

which represents 100% of the expenses requested in the Application upon the filing of this

Certification and without the need for entry of a Court order approving the Application.

       By: _W. Tony Farmer_

       W. Larry Farmer
       PricewaterhouseCoopers LLP
       1751 Pinnacle Dr.
       McLean, VA 22102-3811
       Phone: (703) 918 - 3785
       Facsimile: (703) 918 – 3571

Dated: January 23, 2003

       Kathleen M. Miller (ID No. 2898)
       Smith Katzenstein & Furlow, LLP
       800 Delaware Avenue, 7th Floor
       P.O. Box 410
       Wilmington, DE 19899 (Courier 19801)
       Telephone: 302-652-8400
Dated: January 29, 2003   Telecopy: 302-652-8405

## CERTIFICATE OF SERVICE

I, Kathleen Miller, hereby certify that I served one true and correct copy of the *No Order Required Certification Of No Objection to Second Application of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Interim Allowance Of Compensation And Reimbursement Of Expenses for Services Rendered During the Period from October 1, 2002 through November 30, 2002* on the following parties in the manner herein indicated, on January 29, 2003

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: David B. Siegel, Senior Vice President
and General Counsel
**VIA U.S. MAIL AND VIA E-MAIL IN PDF FORMAT TO william.sparks@grace.com**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Co-Counsel for the Debtors
**VIA E-MAIL IN PDF FORMAT TO james.kapp@chicago.kirkland.com**

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
Co-Counsel for the Debtors
**VIA E-MAIL IN PDF FORMAT TO dcarickhoff@pszyj.com**

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
Co-Counsel to Debtor-In-Possession Lender
**VIA E-MAIL IN PDF FORMAT TO david.heller@lw.com and carol.hennessey@lw.com**

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Co-Counsel to Debtor-In-Possession Lender
**VIA E-MAIL IN PDF FORMAT TO syoder@bayardfirm.com**

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Counsel for the Official Committee of Unsecured Creditors
**VIA E-MAIL IN PDF FORMAT TO rserrette@stroock.com**

{MCM6881.DOC}

Michael R. Latowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Counsel for the Official Committee
of Unsecured Creditors
**VIA E-MAIL IN PDF FORMAT
TO mlastowski@duanemorris.com**

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Counsel to the Official Committee of
Asbestos Property Damage Claimants
**VIA E-MAIL IN PDF FORMAT
TO ttacconelli@ferryjoseph.com**

Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
Counsel to the Official Committee
of Personal Injury Claimants
**VIA E-MAIL IN PDF FORMAT
TO mgz@del.camlev.com**

Teresa K.D. Currier, Esq.
Kleett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
Counsel to the Official Committee
of Equity Holders
**VIA E-MAIL IN PDF FORMAT
TO currier@klettrooney.com**

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
**VIA U.S. MAIL**

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
Counsel to the Official Committee of
Asbestos Property Damage Claimant
**VIA E-MAIL IN PDF FORMAT
TO jsakalo@bilzin.com**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Counsel to the Official Committee
of Personal Injury Claimants
**VIA E-MAIL IN PDF FORMAT
TO pvnl@capdale.com**

Philip Bentley, Esq.
Kramer, Levin, Naftalis &
Frankel, LLP
919 Third Avenue
New York, NY 10022
Counsel to the Official Committee
of Equity Holders
**VIA E-MAIL IN PDF FORMAT
TO pbentley@kramerlevin.com**

Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202
Fee Auditor
**VIA U.S. MAIL AND VIA E-
MAIL IN AN ELECTRONIC
FORMAT TO whsmith@
whsmithlaw.com**

Kathleen M. Miller

{MCM6881.DOC}