IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*             Bankruptcy No. 01-1139-JKF
    Debtor(s)                             (Jointly Administered)
                                         Chapter 11

**SUPPLEMENTAL CASE MANAGEMENT ORDER
EFFECTIVE IMMEDIATELY**

AND NOW, this **29th** day of **January, 2003**, it is **ORDERED**, that when a disclosure statement and plan are filed the proponent shall immediately mail a paper copy of same, in binder format, to

> The Honorable Judith K. Fitzgerald
> 5490 US Steel Tower
> 600 Grant Street
> Pittsburgh, PA 15219

It is **FURTHER ORDERED** that the same procedure shall be followed when an amended disclosure statement or plan is filed.

It is **FURTHER ORDERED** that when a motion to file under seal is electronically filed, counsel shall simultaneously deliver paper copies of the documents to be sealed to

> Rachel Bello
> U.S. Bankruptcy Court
> 824 Market Street, 5th Floor
> Wilmington, DE 19801

and shall simultaneously deliver paper copies of the documents to Chambers in Pittsburgh

> The Honorable Judith K. Fitzgerald
> 5490 U.S. Steel Building
> 600 Grant Street
> Pittsburgh, PA 15219

*/s/ Judith K. Fitzgerald*
_____
Judith K. Fitzgerald
United States Bankruptcy Judge