IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 19, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 19 - Claims Analysis Objection & Resolution (Non-Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/02 | Rhonda A Bledsoe | 1.00 | Review and analyze claim reports re unsecured claims (.6); review and analyze schedules and statements re same (.4). |
| 12/10/02 | Janet S Baer | .50 | Attend to matters re tax claims and confer with F. Zaremby and J. Hasenzahl re same. |
| 12/11/02 | Janet S Baer | .30 | Review tax claim information for Fresenius issue and conference with D. Rosenbloom re same. |
| 12/16/02 | Rhonda A Bledsoe | 1.00 | Review and analyze claims re unsecured claims and top twenty claims (.6); prepare claim report with B Linx system re same (.4). |
| 12/23/02 | Janet S Baer | .20 | Review memo re claim information. |
| 12/27/02 | Rhonda A Bledsoe | .50 | Review and analyze non-priority claims. |
|  | Total hours: | 3.50 |  |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/02/02 | Aletheia V Anderson | .20 | Retrieve and review docket and adversary docket. |
| 12/02/02 | Rhonda A Bledsoe | 2.00 | Review and analyze docket re critical dates and orders entered (1.0); update critical dates chart re same (.6); review and analyze adversary dockets re same (.4). |
| 12/02/02 | Stephanie R Cashman | 2.50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 12/02/02 | James W Kapp | .50 | Review pleadings and correspondence and distribute same. |
| 12/02/02 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for litigation support system database entry (2.0). |
| 12/02/02 | Andrew R Running | .20 | Telephone conference with W. Sparks re case status in light of Sealed Air settlement. |
| 12/03/02 | Aletheia V Anderson | 3.10 | Office conference with R. Bledsoe re conflicts list update (.2); prepare and review correspondence re conflicts analysis and fee application procedures for non-debtor professionals (.4); analyze pleadings re critical dates (.4); prepare list of UCCs for attorney review (.4); research re contact information for various professionals and various conferences re same (1.7). |
| 12/03/02 | Rhonda A Bledsoe | 2.50 | Office conference with A. Anderson re conflicts (.2); review and analyze adversary docket re critical dates (.8); review and analyze contact list re non-Debtor professionals and contact information for same (.5); review, analyze and classify documents for incorporation into central file (.5). |
| 12/03/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 12/03/02 | James W Kapp | .20 | Review pleadings and correspondence and distribute same (.1); review Daily Bankruptcy Review article re Sealed Air settlement (.1). |
| 12/03/02 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (2.0); review, analyze and distribute correspondence to responsible attorney for action (1.5). |
| 12/04/02 | Aletheia V Anderson | 4.30 | Research re contact information for various professionals and various conferences re same (2.8); analyze and revise contact list re same (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/02 | Rhonda A Bledsoe | 1.00 | Telephone conference with CT Corp re updated UCC searches (.3); review docket for pleadings re contact list and non-debtor professionals filing fee applications (.4); review contact list re same (.3). |
| 12/04/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 12/04/02 | James W Kapp | .30 | Review pleadings and correspondence and distribute same. |
| 12/04/02 | Christian J Lane | 1.00 | Review docket reports (.5); review and revise critical dates list (.5). |
| 12/04/02 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review, analyze and distribute correspondence to responsible attorney for action (.5). |
| 12/05/02 | Aletheia V Anderson | 3.40 | Analyze docket and pleadings and update critical dates chart re same (.7); retrieve and review pleadings for attorney's review and various conferences re same (.3); review and revise contact list re professionals (.3); retrieve and review adversary docket and numerous pleadings for attorney's review and attend to issues re same (1.0); retrieve and review docket and adversary dockets (.2); analyze pleadings and other corporate documents and update central files re same (.9). |
| 12/05/02 | Stephanie R Cashman | .50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 12/05/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0). |
| 12/05/02 | Andrew R Running | .60 | Review case status and legal assistant projects. |
| 12/06/02 | Aletheia V Anderson | 3.80 | Conferences re UCC search estimate (.2); analyze pleadings and update central files re same (.8); retrieve and review docket and adversary docket (.2); prepare 2001 pleadings for off-site storage (1.8); analyze docket and update motion status chart re same and correspondence re same (.7); retrieve and review pleadings for attorney's review (.1). |
| 12/06/02 | James W Kapp | .30 | Review pleadings and correspondence and distribute same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review correspondence, analyze and distribute to appropriate attorney for action (1.0). |
| 12/09/02 | Aletheia V Anderson | 2.20 | Analyze pleadings and other corporate documents and update central files re same (.6); various conferences re UCC search project (.2); revise chart re previous UCC search to reflect pertinent information and prepare same for distribution (1.1); retrieve and review docket and adversary dockets (.3). |
| 12/09/02 | Stephanie R Cashman | .50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 12/09/02 | James W Kapp | .60 | Review pleadings and correspondence and distribute same (.4); review docket (.2). |
| 12/10/02 | Aletheia V Anderson | 3.80 | Retrieve and review docket and adversary dockets (.2); prepare central files for off-site storage and legal key entry re same (1.3); analyze pleadings and other corporate documents and update central files re same (2.3). |
| 12/10/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re critical dates (.7); update and distribute critical dates (.3). |
| 12/10/02 | David M Bernick, P.C. | .50 | Conference with D. Siegel re status of case. |
| 12/10/02 | Christian J Lane | 1.00 | Draft and prepare for filing, notice of settlement. |
| 12/10/02 | Shirley A Pope | 2.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0). |
| 12/11/02 | Aletheia V Anderson | 2.00 | Prepare and review correspondence re UCC search (.2); analyze pleadings and other corporate documents and update central files re same (1.8). |
| 12/11/02 | Rhonda A Bledsoe | 1.00 | Review and analyze adversary dockets (.6); office conference re upcoming hearing dates (.2); update critical dates re same (.2). |
| 12/11/02 | Stephanie R Cashman | 1.50 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 12/11/02 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/02 | Aletheia V Anderson | 1.80 | Retrieve and review docket and adversary dockets (.2); retrieve, duplicate and prepare documents for distribution informational brief (.4); analyze pleadings and other corporate documents and update central files re same (1.2). |
| 12/12/02 | Rhonda A Bledsoe | 1.50 | Review, analyze and classify pleadings for incorporation into central file (.5); review and analyze docket re contact information for non-debtor professionals (1.0). |
| 12/12/02 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry. |
| 12/13/02 | Aletheia V Anderson | 2.40 | Retrieve and review various pleadings and conferences re same (.4); retrieve and review docket and adversary dockets (.2); analyze pleadings and other corporate documents and update central files re same (1.8). |
| 12/13/02 | Stephanie R Cashman | 3.00 | Review, organize and catalog pleadings for Concordance litigation support system database entry. |
| 12/13/02 | James W Kapp | .60 | Review pleadings and correspondence and distribute same. |
| 12/13/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry. |
| 12/16/02 | Aletheia V Anderson | 1.50 | Analyze pleadings and other corporate documents and update central files re same. |
| 12/16/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re hearing agenda and scheduled hearing dates (.7); attend to matters re same (.3). |
| 12/16/02 | Stephanie R Cashman | 2.00 | Review, catalog and organize pleadings for Concordance litigation support system database entry. |
| 12/16/02 | James W Kapp | .20 | Review pleadings and correspondence and distribute same. |
| 12/16/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review, analyze and distribute correspondence to responsible attorney for action (1.0). |
| 12/17/02 | Aletheia V Anderson | 1.40 | Analyze pleadings and update central files re same (.5); retrieve confidentiality agreements and various conferences re same (.5); retrieve and review docket and adversary dockets (.2); analyze pleadings and other corporate documents and update central files re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/17/02 | Rhonda A Bledsoe | 2.30 | Review and analyze docket re critical dates (.7); review and analyze adversary docket re same (.6); prepare and update critical dates (.5); review, analyze and categorize pleadings for incorporation into central files (.5). |
| 12/17/02 | Stephanie R Cashman | 1.00 | Review, catalog and organize pleadings for Concordance litigation support system. |
| 12/17/02 | James W Kapp | .20 | Review docket. |
| 12/17/02 | Shirley A Pope | 1.00 | Review, analyze and distribute correspondence to responsible attorney for action. |
| 12/18/02 | Aletheia V Anderson | 2.60 | Analyze pleadings and other corporate documents and update central files re same. |
| 12/18/02 | Rhonda A Bledsoe | 3.50 | Review and analyze adversary dockets re hearing dates and deadlines (1.0); update and revise critical dates list re same (.5) review and analyze docket and pleadings re motion status chart (.8); revise same (.2); review and analyze docket re ZAI critical dates and hearing dates (.6); retrieve pleadings re same (.4). |
| 12/18/02 | Shirley A Pope | 2.50 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (2.0); review, analyze and distribute correspondence to responsible attorney for action (.5). |
| 12/19/02 | Aletheia V Anderson | 1.90 | Analyze scheduling order and revise critical dates chart re same (.3); retrieve and review docket and adversary dockets (.2); analyze pleadings and other corporate documents and update central files re same (1.4). |
| 12/19/02 | Rhonda A Bledsoe | 1.50 | Review and analyze docket re omnibus hearing dates (.6); review and analyze order re same (.4); update critical dates with same (.5). |
| 12/19/02 | Stephanie R Cashman | 3.00 | Review, organize and catalog pleadings for Concordance litigation support system database entry. |
| 12/19/02 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings, download and organize for litigation support system (1.0); review, analyze and distribute correspondence to responsible attorney for action (1.0). |
| 12/20/02 | Aletheia V Anderson | 3.30 | Retrieve and review docket and adversary dockets (.2); analyze pleadings and other corporate documents and update central files re same (3.1). |
| 12/20/02 | Rhonda A Bledsoe | .50 | Review and analyze docket re scheduling order and omnibus hearing dates (.3); telephone conference with local counsel re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/20/02 | Stephanie R Cashman | 1.50 | Review docket for newly filed pleadings, download and organize for litigation support system database entry. |
| 12/20/02 | James W Kapp | .30 | Review critical date list (.1); revise same (.2). |
| 12/23/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re critical dates (.6); update and revise critical dates with current deadlines (.4). |
| 12/23/02 | Stephanie R Cashman | 1.50 | Review docket for newly filed pleadings, download and organize for litigation support system database entry. |
| 12/26/02 | Aletheia V Anderson | 1.70 | Analyze pleadings and other corporate documents and update central files re same. |
| 12/26/02 | Stephanie R Cashman | 3.50 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (1.0); review, organize and catalog pleadings for entry into Concordance litigation support system database entry (2.5). |
| 12/26/02 | Christian J Lane | 2.00 | Review docket reports (1.0); attention to status of open matters (1.0). |
| 12/27/02 | Aletheia V Anderson | 2.40 | Retrieve and review docket and adversary dockets (.2); analyze docket and update order index and binders re same (.7); analyze pleadings and other corporate documents and update central files re same (1.5). |
| 12/27/02 | Stephanie R Cashman | 1.50 | Review docket for newly filed pleadings, download and organize for litigation support system database entry. |
| 12/30/02 | Aletheia V Anderson | 2.10 | Retrieve and review docket and adversary dockets (.3); update and organize order binders (.3); analyze docket and update motion status chart re same and correspondence re same (.6); analyze pleadings and other corporate documents and update central files re same (.9). |
| 12/30/02 | Stephanie R Cashman | 3.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry (2.0); review, catalog and organize pleadings for entry into Concordance litigation support system database entry (1.0). |
| 12/30/02 | James W Kapp | 1.00 | Review pleadings and correspondence and attend to issues re same. |
| 12/31/02 | Aletheia V Anderson | 1.90 | Analyze pleadings and other corporate documents and update central files re same (1.7); retrieve and review docket and adversary dockets (.2). |
| 12/31/02 | Rhonda A Bledsoe | 1.00 | Review and analyze docket re critical dates (.4); update and revise critical dates re upcoming deadlines (.6). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/31/02 | Stephanie R Cashman | 2.00 | Review docket for newly filed pleadings, download and organize for litigation support system database entry. |
| 12/31/02 | James W Kapp | .20 | Review dockets. |
| | Total hours: | 129.80 | |

## Matter 21 - Claims Analysis Objection & Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/02 | Rhonda A Bledsoe | .50 | Review and analyze report re filed claims and schedule amounts. |
| 12/11/02 | Janet S Baer | .80 | Conference with L. Duff and M. Shelnitz re service issues on PRP Group mailings of bar date (.3); conference with J. Hasenzahl re same (.2); conference with R. Finke re PD objection approach (.3). |
| 12/13/02 | Janet S Baer | .30 | Conference with J. Hasenzahl re schedule amendments and supplements and bar date matters. |
| | Total hours: | 1.60 | |

## Matter 23 - Business Operations - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/02 | David M Bernick, P.C. | 1.50 | Prepare for Grace board meeting. |
| 11/03/02 | David M Bernick, P.C. | 2.50 | Prepare for Grace board meeting. |
| 11/04/02 | David M Bernick, P.C. | 3.00 | Prepare for board meeting. |
| 11/05/02 | David M Bernick, P.C. | 8.50 | Prepare for board meeting and travel (4.0); attend board meeting (4.5). |
| 12/11/02 | Janet S Baer | .30 | Attend to matters re German non-debtor subsidiary and intercompany debt issue. |
| 12/30/02 | James W Kapp | .20 | Respond to correspondence from S. Ahern re particular sublicense. |
| | Total hours: | 16.00 | |

## Matter 24 - Committee, Creditors', Noteholders' or Equity Holders' - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/02 | James W Kapp | .10 | Telephone conference with C. Boldt with Tetra Technology. |
| | Total hours: | .10 | |

## Matter 26 - Financing - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/02 | Christian J Lane | 1.80 | Prepare for and conduct telephone conference re DIP renewal issues (1.3); attend to matters re same (.5). |
| 12/13/02 | Christian J Lane | 1.30 | Prepare for and conduct telephone conference re DIP renewal issues (.8); attend to matters re same (.5). |
| 12/17/02 | Janet S Baer | .30 | Confer with client re status of DIP financing renewal. |
|  | Total hours: | 3.40 |  |

## Matter 27 - Employee Benefits/Pension - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/20/02 | Christian J Lane | .50 | Attention to issues related to union pension amendments. |
| 12/23/02 | Janet S Baer | .80 | Review draft re Curtis Bay Pension Plans. |
| | Total hours: | 1.30 | |

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/17/02 | Christopher Landau | 1.50 | Review Supreme Court briefs and discuss same with Bill Baker. |
| 10/18/02 | Christopher Landau | .30 | Review materials from US Supreme Court. |
| 10/24/02 | Christopher Landau | 1.00 | Review materials and discuss case with G. Levin. |
| 10/30/02 | Christopher Landau | 1.00 | Review materials. |
| 11/02/02 | Christopher Landau | 1.20 | Research on issues presented in Supreme Court case in preparation for client meeting. |
| 11/03/02 | Christopher Landau | 3.30 | Research on issues presented in Supreme Court case in preparation for client meeting. |
| 11/04/02 | Christopher Landau | 5.70 | Prepare for and attend Federal Circuit argument in Grace v. Zapata (2.5); post-argument meet with client, co-counsel re related US Supreme Court case (1.0); follow-up call to L. Wallace (Deputy Solicitor General) re potential Government involvement (.3); e-mail to client re same (.1); review Joint Appendix issues (.1); letter to opposing counsel re same (.2); follow-up research on case (1.5). |
| 11/05/02 | Christopher Landau | .50 | Discussion with opposing counsel re joint appendix and e-mail to client re same. |
| 11/11/02 | Christopher Landau | 1.00 | Telephone conference with opposing counsel re potential dismissal of case and research rules re same. |
| 11/12/02 | Christopher Landau | .50 | Communications with client and co-counsel re status of case (.2); review relevant rules (.3). |
| 11/13/02 | Christopher Landau | .50 | Telephone conference with opposing counsel re Supreme Court case (.4); message to client, co-counsel and Supreme Court clerk's office re same (.1). |
| 11/15/02 | Christopher Landau | .80 | Telephone conference with Supreme Court Clerk's office re dismissal of appeal (.3); prepare and send letter to Court re same (.3); message to opposing counsel re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/02/02 | Janet S Baer | 5.00 | Attend to matters re various outstanding cases including Locke, Kellogg and National Union (.5); confer with C. Shelly and M. Leavitt re Kellogg status (.3); confer with J. Posner re AIG/Kellogg issues (.3); review, revise and supplement Kellogg motion re settlement (2.6); review further information re Kellogg and prepare transmittal re Motion (.5); prepare Kellogg Order (.3); prepare for upcoming conference call on avoidance actions (including internal office conferences (.5). |
| 12/02/02 | Megan K Coleman | 6.50 | Review, organize and catalog environmental depositions and enter into Legal Key database management in preparation for potential future use. |
| 12/02/02 | David M Bernick, P.C. | .50 | Conference with D. Siegel re status of negotiations. |
| 12/02/02 | James W Kapp | 1.00 | Prepare for telephone conference with company re certain avoidance actions (.6); office conference re same (.4). |
| 12/02/02 | Christian J Lane | 6.40 | Telephone conferences re issues related to AIG settlement of Kellogg Action (.5); attend to matters re same (.5); telephone conference re issues in National Union adversary proceeding (.6); attend to issues re same (.5); prepare for and participate in office conference re avoidance action issues (.7); research re same (2.6); prepare for and participate in telephone conferences re same (1.0). |
| 12/02/02 | Elli Leibenstein | 1.70 | Telephone conference with F. Dunbar re estimates (.2); analyze estimates for Grace (1.5). |
| 12/02/02 | Shirley A Pope | 4.00 | Review, organize and catalog pleadings for entry into Legal Key database management in preparation for potential future use (2.0); review, organize and catalog attorney work files re witness outlines for entry into Legal Key database management in preparation for potential future use (2.0). |
| 12/03/02 | Janet S Baer | 1.80 | Review correspondence re Harry Grau matter (.2); review correspondence re EAIG/Gerling status (.2); confer with Canadian counsel re status (.2); participate in conference call with company re avoidance action analysis (1.2). |
| 12/03/02 | Stephanie R Cashman | 1.00 | Review, organize and catalog defendants' exhibits and enter into Legal Key database management in preparation for potential future use. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/02 | Megan K Coleman | 7.00 | Review, organize and catalog non-environmental depositions and enter into Legal Key database management in preparation for potential future use. |
| 12/03/02 | Joseph A Patrevito | 5.50 | Review, organize and catalog pleadings, key documents (Houlihan, Stewart Econ, ARPC, Wachtell Lipton and Sealed Air) and enter into Legal Key database management in preparation for potential future use. |
| 12/03/02 | Mark E Grummer | .10 | Telephone conference with R. O'Grady, counsel for G-I Holdings, re status of Novak Landfill administrative expense application and motion. |
| 12/03/02 | James W Kapp | 1.20 | Telephone conference with D. Siegel, M. Shelnitz, B. McGowan, P. Norris, J. McFarland, B. Torrola re pursuit of avoidance actions. |
| 12/03/02 | Christian J Lane | 3.70 | Telephone conferences re MCNIC adversary proceeding (.5); attend to issues re same (.5); prepare for and participate in telephone conference re avoidance actions (2.2); research re same (.5). |
| 12/03/02 | Elli Leibenstein | 1.00 | Analyze estimates. |
| 12/03/02 | Shirley A Pope | 2.00 | Review, organize and catalog attorney work files for entry into Legal Key database management in preparation for potential future use. |
| 12/03/02 | Andrew R Running | .40 | Telephone conversation with J. Hughes re case status (.2); confer with K. Love re obtaining Babcock & Wilcox case filings requested by J. Hughes (.2). |
| 12/04/02 | Janet S Baer | .60 | Attend to matters re National Union (.3); attend to matters re various outstanding injunction related issues (.3). |
| 12/04/02 | Stephanie R Cashman | 3.50 | Review, organize and catalog plaintiffs' exhibits and enter into Legal Key database management in preparation for potential future use (1.5); review, organize and catalog M. Browdy work files and enter into Legal Key database management in preparation for potential future use (2.0). |
| 12/04/02 | Joseph A Patrevito | 6.50 | Review, catalog and organize pleadings and enter into Legal Key database management in preparation for future use. |
| 12/04/02 | David M Bernick, P.C. | 1.20 | Conference with D. Siegel and P. Norse re settlement negotiations (.3), conference with D. Siegel and Weitzel re settlement negotiations (.9). |
| 12/04/02 | James W Kapp | .20 | Attend to issues re National Union adversary proceeding. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/02 | Christian J Lane | 2.20 | Prepare for and participate in telephone conferences re avoidance actions (.5); research re same (1.7). |
| 12/04/02 | Elli Leibenstein | 1.50 | Analyze potential liability (.7); analyze solvency issues (.8). |
| 12/04/02 | Shirley A Pope | 4.00 | Review, organize and catalog key documents production for entry into Legal Key database management in preparation for potential future use. |
| 12/05/02 | Janet S Baer | 2.10 | Review and revise Locke reply (.8); attend to matters re same (.3); review letters of credit re Kellogg and prepare correspondence re AIG (.4); attend to matters re Gerard Motion on Bond and appeal (.3); prepare notes re status of various litigation matters (.3). |
| 12/05/02 | Stephanie R Cashman | 6.00 | Review, organize and catalog environmental production and enter into Legal Key database management in preparation for potential future use (4.0); Review, organize and catalog insurance claims files and enter into Legal Key database management in preparation for potential future use (2.0). |
| 12/05/02 | Joseph A Patrevito | 7.00 | Review, catalog and organize key documents (Houlihan/Lokey, Stewart Econ, Sealed Air, Grace, Board Minutes, ARPC, Fresenius) and enter into Legal Key database management in preparation for future use (3.5); review, catalog and organize expert documents produced to opposing counsel and co-counsel (Tarola, Siegel, Uy, Norris) and enter into Legal Key database management in preparation for future use (3.5). |
| 12/05/02 | Christian J Lane | 4.70 | Draft and revise reply to Locke's objection to motion to extend preliminary injunction (3.0); prepare and participate in telephone conferences re avoidance actions (.5); office conferences re same (.5); research re same (.7). |
| 12/05/02 | Scott A McMillin | .80 | Review, organize and archive files for future litigation. |
| 12/05/02 | Shirley A Pope | 4.00 | Review, organize and catalog Grace-Maryland documents produced to plaintiffs, in July 2002. |
| 12/06/02 | Janet S Baer | 1.50 | Confer with S. Kotarnek re Gerard order and appeal dates (.3); attend to matters re same (.2); follow up re CNA settlement proceeds issues (.2); confer with J. Posner and J. Hughes re insurance litigation issues (.3); review Gerard Stipulation and prepare transmittal re same (.3); review correspondence re EAIG/Gerling (.2). |

A-17

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/02 | Stephanie R Cashman | 3.00 | Review, organize and catalog Tax/COLI document production and enter into Legal Key database management in preparation for potential future use (2.0); review, organize and catalog environmental document productions and enter into Legal Key database management in preparation for potential future use (1.0). |
| 12/06/02 | Joseph A Patrevito | 4.00 | Review, catalog and organize expert docs produced to opposing counsel and co-counsel (Shelnitz, Eccher, Gilbert, Norris and Dunbar) and enter into Legal Key database management in preparation for future use. |
| 12/06/02 | Christian J Lane | 3.50 | Revise and finalize reply to Locke's objection to motion to extend preliminary injunction (2.5); prepare for and participate in telephone conferences re avoidance actions (.4); research re same (.6). |
| 12/06/02 | Shirley A Pope | 3.00 | Review, organize and catalog pleadings for entry in Legal Key database management in preparation for potential future use. |
| 12/08/02 | Janet S Baer | 1.00 | Review materials re National Union bond/letter of credit issues. |
| 12/09/02 | Janet S Baer | .80 | Confer with L. Duff re Hatco draft letter of intent with risk consultant (.2); follow up re CNA settlement proceeds and confer with J. Young re same (.2); review EAIG statement re Gerling matter (.4). |
| 12/09/02 | Stephanie R Cashman | 3.50 | Review, organize and catalog insurance claims files and enter into Legal Key database management in preparation for potential future use (1.5); review, organize and catalog MALS and Outside Counsel Reports and enter into Legal Key database management in preparation for potential future use (2.0). |
| 12/09/02 | Joseph A Patrevito | 6.00 | Review, catalog and organize production documents (Wachtell/Lipton) and enter into Legal Key database management in preparation for future use. |
| 12/09/02 | Mark E Grummer | .20 | Exchange voice messages with team re advisability of agreeing to participation of government attorney in particular proceedings. |
| 12/09/02 | Christian J Lane | 1.30 | Prepare for and participate in telephone conferences re avoidance actions (.5); office conferences re same (.3); research re same (.5). |
| 12/10/02 | Janet S Baer | 1.20 | Review National Union documentation. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/02 | Stephanie R Cashman | 4.00 | Review, organize and catalog Grace insurance documents produced to plaintiffs and enter into Legal Key database management in preparation for potential future use (2.5); review, organize and catalog non-responsive documents and enter into Legal Key database management in preparation for potential future use (1.5). |
| 12/10/02 | Joseph A Patrevito | 7.00 | Review, catalog and organize production documents (Wachtell/Lipton) and enter into Legal Key database management in preparation for future use. |
| 12/10/02 | Elli Leibenstein | .50 | Telephone conference with D. Siegal re estimation (.2); telephone conference with F. Dunbar re same (.2); analyze estimates (.1). |
| 12/10/02 | Shirley A Pope | 4.00 | Review, organize and catalog tax documents produced to plaintiffs for Legal Key database management in preparation for potential future use. |
| 12/11/02 | Janet S Baer | 1.30 | Confer with J. Magheren re Hatco settlement discussions and Westin letter of intent issues (.5); internal conference re National Union issues (.3); review final National Union materials (.3); attend to matters re Kellogg motion and AIG (.2). |
| 12/11/02 | Stephanie R Cashman | 1.50 | Review, organize and catalog environmental production and enter into Legal Key database management in preparation for potential future use. |
| 12/11/02 | Joseph A Patrevito | 7.00 | Review, catalog and organize production documents (Wachtell/Lipton) and enter into Legal Key database management in preparation for future use (3.0); review, catalog and organize expert reports (Peterson, Ross, Bates) and enter into Legal Key database management in preparation for future use (2.0); review, catalog and organize attorney work files (Liebenstein) and enter into Legal Key database management in preparation for future use (2.0). |
| 12/11/02 | Shirley A Pope | 4.00 | Review, organize and catalog documents produced by Wachtell for Legal Key database management in preparation for potential future use. |
| 12/12/02 | Janet S Baer | .80 | Review materials on CNA Settlement Agreement (.3); follow up re National Union, German sale and Noltec/Intercat (.2); confer with AIG re Kellogg settlement (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/02 | Stephanie R Cashman | 1.00 | Review, organize and catalog reclassified privileged documents produced to plaintiffs and enter into Legal Key database management in preparation for potential future use. |
| 12/12/02 | Joseph A Patrevito | 4.50 | Review, catalog and organize expert documents (Bates, Peterson, Ross) and enter into Legal Key database management in preparation for future use (1.5); review, catalog and organize attorney work files (McMillin working files) and enter into Legal Key database management in preparation for future use (3.0). |
| 12/12/02 | Shirley A Pope | 4.00 | Review, organize and catalog attorney files re experts, legal research, witness outlines for Legal key database management in preparation for potential future use. |
| 12/13/02 | Janet S Baer | 1.30 | Attend to matters re National Union/AIG, Noltec/Intercat, McNick, Caterpiller and other pending matters (1.0); review draft from environmental counsel re Hatco/Weston matter (.3). |
| 12/13/02 | Stephanie R Cashman | 3.00 | Review, organize and catalog Sealed Air Corporation exhibits and enter into Legal Key database management in preparation for potential future use. |
| 12/13/02 | Joseph A Patrevito | 3.50 | Review, catalog and organize miscellaneous boxes (expert reports, Wachtell/Lipton, Attorney work files) and enter into Legal Key database management in preparation for future use. |
| 12/13/02 | James W Kapp | 1.40 | Attend to issues re National Union adversary proceeding. |
| 12/13/02 | Christian J Lane | 3.80 | Prepare for and participate in office conference re National Union adversary proceeding (1.5); telephone conferences re same (.5); research re same (1.3); attend to matters re same (.5). |
| 12/13/02 | Shirley A Pope | 4.00 | Review, organize, catalog attorney files re legal research, privileged documents issues for Legal Key database management in preparation for potential future use. |
| 12/16/02 | Janet S Baer | 1.80 | Conference with J. Magheren re Westco/Hatco retention (.3); review National Union agreements re settlement issues (.5); attend to matters re Hatco/Westco (.3); attend to matters re National Union bond/letter of credit issues (.3); attend to matter re Westco/Hatco (.2); follow up re Kellogg settlement (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/16/02 | Stephanie R Cashman | 1.00 | Review, organize and catalog insurance claims files and enter into Legal Key database management in preparation for potential future use |
| 12/16/02 | James W Kapp | 1.10 | Telephone conference with B. McGowan re certain avoidance actions (.3); attend to issues re Hatco environmental site (.3); review and revise letter agreement re same (.5). |
| 12/16/02 | Shirley A Pope | 4.00 | Review, organize and catalog attorney files re trial exhibits, privileged documents issue for entry in Legal Key database in preparation for potential future use. |
| 12/17/02 | Janet S Baer | 2.00 | Conference with various parties re national Union matter (.5); conference with clients re National Union issues and related matters (.8); review and revise Hatco/Weston letter of intent and conference re same (.4); review Noltec demand letter (.1); follow up re avoidance actions (.2). |
| 12/17/02 | James W Kapp | 2.60 | Attend to issues re National Union adversary proceeding and potential strategies re same (.6); prepare for telephone conference with Company re same (.9); telephone conference with M. Hunter, J. McFarland re same (1.1). |
| 12/17/02 | Christian J Lane | 3.50 | Prepare for and participate in telephone conference re National Union adversary proceeding strategy (1.8); review background materials re same (1.7). |
| 12/17/02 | Elli Leibenstein | .50 | Analyze potential liabilities. |
| 12/17/02 | Shirley A Pope | 2.00 | Review, organize and catalog attorneys' claim files re database produced to plaintiffs in August 2002 for entry into Legal Key database management in preparation for potential future use. |
| 12/18/02 | Janet S Baer | 1.80 | Review EAIG/Gerling Reply Brief (.5); review revised Woodcock Washburn application and memos re same (.5); confer with D. Siegel re case status and Libby issues (.5); attend to matters re avoidance actions and follow up re same (.3). |
| 12/18/02 | James W Kapp | 1.00 | Attend to issues arising from Company analysis of avoidance actions. |
| 12/18/02 | Elli Leibenstein | 1.00 | Conference with NERA personnel re forecast. |
| 12/18/02 | Shirley A Pope | 2.00 | Review, organize and catalog attorney deposition designations work files for entry into Legal Key database management in preparation for potential future use. |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 12/20/02 | Janet S Baer | 1.00 | Review materials re Woodcock/Washburn-Intercat (.5); respond to various client inquiries (.5). |
| 12/23/02 | Mark E Grummer | 3.50 | Telephone conference with W. Corcoran re Libby summary judgment decision (.2); review and analyze same (2.3); telephone conference with W. Corcoran re results of review and prepare email to appellate K&E team re same (.3); attend to matters re site background and appellate issues (.2); telephone conference re appellate issues (.5). |
| 12/23/02 | Kenneth W Starr | 1.20 | Voice mail message from M. Grummer re district court opinion (.1); review and analysis of district court opinion (.1); telephone conference re analysis of possible steps (1.0). |
| 12/24/02 | Janet S Baer | .50 | Follow up re Gerling/EAIC and review J. Posner responses re same. |
| 12/26/02 | Mark E Grummer | .10 | Exchange voice messages with various re status of Libby appeal issues. |
| 12/30/02 | Janet S Baer | 1.80 | Conference with J. Hughes re Baker & Taylor lawsuit issues (.2); review materials re National Union and attend to matters re same (.8); review AIG Motion for Summary Judgment and related documents (.8). |
| 12/30/02 | Mark E Grummer | 3.10 | Review draft brief in support of motion for reconsideration of Libby summary judgment order and draft email to team re same and exchange voice messages with team re same (1.9); consider issues re same (.5); telephone conference with W. Corcoran (.2); telephone conference with W. Corcoran, and K. Coggon re same (.3); send email to team re same (.2). |
| 12/30/02 | James W Kapp | .90 | Review stipulation of National Union re briefing schedule for summary judgment motions (.2); review correspondence from M. Davis and S. Esserman re same (.3); attend to issues re same (.4). |
| 12/30/02 | Christian J Lane | 6.50 | Prepare for and participate in office conference re National Union adversary proceeding issues (1.0); prepare for and participate in telephone conferences re same (1.5); review National Union adversary proceeding filings (2.8); review scheduling stipulation re same (1.2). |
| 12/30/02 | Andrew R Running | .30 | Attend to matters re National Union's summary judgment motion (.2); review their proposed scheduling order (.1). |
| 12/30/02 | Kenneth W Starr | .20 | Voice mail message re motion for reconsideration. |

| **Date** | **Name** | **Hours** | **Description** |
|----------|----------|-----------|-----------------|
| 12/31/02 | Janet S Baer | .30 | Follow up re National Union and Deloitte & Touche issues. |
| | Total hours: | 239.70 | |

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/10/02 | Janet S Baer | .50 | Attend to matters re December Omnibus hearing. |
| 12/11/02 | Janet S Baer | .20 | Attend to matters re Locke injunction issue and hearing re same. |
| 12/13/02 | Janet S Baer | 3.10 | Attend to matters re Locke injunction matter (.5); attend to matters re Gerard order on Bond (.3); confer with various parties re status of agenda items for hearing (.5); assemble materials for December omnibus hearing (.8); assemble and review materials on preliminary injunction re potential issue at Omnibus hearing (.5); several telephone calls and e-mail messages re hearing issues (.5). |
| 12/15/02 | Janet S Baer | .50 | Review injunction materials in preparation for hearing on Locke matter. |
| 12/16/02 | Janet S Baer | 1.50 | Review materials for Court hearing and attend Court re same (1.0); conference with W. Sparks re Omnibus hearing and injunction issues (.5). |
|  | Total hours: | 5.80 |  |

## Matter 31 - Asset Disposition - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/06/02 | Christian J Lane | .80 | Prepare for and participate in telephone conferences re motion to assign Lampeter, PA lease. |
| 12/09/02 | Christian J Lane | 1.50 | Draft motion to assign Lampeter, PA lease. |
| 12/10/02 | Christian J Lane | .80 | Telephone conferences re motion to assign Lampeter, PA lease. |
| 12/12/02 | Christian J Lane | 1.50 | Telephone conferences and correspondence re Lampeter, PA motion (1.0); attend to issues re same (.5). |
| 12/16/02 | Christian J Lane | 3.50 | Revise motion to assign Lampeter, PA lease (1.5); review materials re same (1.0); prepare for and participate in telephone conferences re same (1.0). |
| 12/17/02 | James W Kapp | .90 | Review and revise Debtors' motion to assume and assign prime lease and sublease. |
| 12/17/02 | Christian J Lane | .70 | Prepare for and participate in telephone conferences with client re rejection of Lampeter, PA lease. |
| 12/18/02 | James W Kapp | .30 | Review and revise motion to assume and assign prime lease and sublease. |
| 12/18/02 | Christian J Lane | 2.00 | Review lease rejection procedures order (1.0); draft notice of rejection of Lampeter, PA lease (.5); telephone conferences with client re same (.5). |
| 12/19/02 | Christian J Lane | 2.30 | Revise motion re Lampeter PA real estate lease (1.3); telephone conferences and correspondence re same (1.0). |
| 12/20/02 | James W Kapp | .40 | Attend to issues re motion to terminate prime lease and sublease. |
| 12/20/02 | Christian J Lane | 2.00 | Finalize motion re Lampeter PA real estate lease. |
| 12/27/02 | Christian J Lane | 1.50 | Draft lease rejection notice (1.0); attend to matters re same (.5). |
| 12/30/02 | Christian J Lane | 1.00 | Revise and finalize notice of lease rejection. |
| | Total hours: | 19.20 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/02/02 | Toni L Wallace | 3.40 | Prepare fee detail to October fee application (2.7); continued revisions to same (.7). |
| 12/05/02 | Toni L Wallace | .70 | Update tracking charts of fees and expenses for use with quarterly fee applications. |
| 12/10/02 | Toni L Wallace | 1.20 | Review and revise November fee detail. |
| 12/18/02 | Toni L Wallace | 2.10 | Final review and revision of fee detail for November fee application. |
| 12/19/02 | Toni L Wallace | 4.50 | Prepare November summary fee application and exhibits to same. |
| 12/27/02 | Toni L Wallace | .50 | Review docket for certificates of no objection re October fee application (.4); e-mail correspondence to local counsel re same (.1). |
| | Total hours: | 12.40 | |

## Matter 35 - Fee Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/04/02 | Aletheia V Anderson | .40 | Prepare and review correspondence to various non-debtor professionals re quarter fee application procedure change. |
| 12/10/02 | Janet S Baer | .30 | Confer with W. Sparks re Pitney Hardin contingent fee matter. |
| 12/11/02 | Janet S Baer | .50 | Review Pitney Hardin application re contingent fee arrangement and CNO (.3); confer with W. Sparks re same (.2). |
| 12/16/02 | Janet S Baer | .30 | Confer with W. Sparks and P. Galbraith re Pitney Hardin fee issue. |
| 12/27/02 | Scott A McMillin | .30 | Review correspondence re Houlihan Lokey reibursement. |
| | Total hours: | 1.80 | |

## Matter 38 - Employment Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/12/02 | Janet S Baer | 3.30 | Review draft Woodcock Washburn retention application and related Noltec/Intercat materials (1.5); review new memo from client re justification to pursue Intercat/Noltec suit (.8); confer with W. R. Grace re Noltec/Intercat application (.5); further revise application (.5). |
| 12/15/02 | Janet S Baer | .70 | Further revise application re Noltec/Intercat matter (.5); review draft affidavit of G. Levin re Intercat matter (.2). |
| 12/17/02 | Janet S Baer | .50 | Further review Woodcock Washburn application re Intercat suit and prepare transmittal re same. |
| 12/20/02 | Janet S Baer | 1.30 | Confer with G. Levin re Woodcock Washburn application and affidavit (.3); revise Woodcock application and prepare transmittal re same (1.0). |
| 12/20/02 | David M Bernick, P.C. | .30 | Conference with E. Green re potential retention. |
| 12/23/02 | Janet S Baer | .80 | Review/final revisions of Woodcock Washburn application and prepare same for filing. |
| 12/23/02 | Christian J Lane | 1.50 | Review application and draft order for Woodcock Washburn (1.0); attend to matters re same (.5). |
| 12/31/02 | Janet S Baer | 1.00 | Review draft re Forgach motion on Curtis Bay Pension Plan. |
| 12/31/02 | James W Kapp | .20 | Review correspondence from F. Perch re retention of Deloitte & Touche. |
| | Total hours: | 9.60 | |

## Matter 42 - Travel non-working - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/15/02 | Janet S Baer | 2.00 | Travel to Delaware for December omnibus hearing billed at 1/2 time. |
| 12/16/02 | Janet S Baer | 2.00 | Travel from Wilmington back to Chicago after omnibus hearing billed at 1/2 time. |
| | Total hours: | 4.00 | |

## Matter 46 - Tax Litigation - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/03/02 | James W Kapp | .30 | Attend to COLI tax issues raised by Fresenius settlement of adversary proceeding. |
| 12/04/02 | Todd F Maynes | 1.50 | Telephone conferences re tax consequences of Sealed Air and Fresenius settlements (.8); research re Sealed Air settlements (.7). |
| 12/06/02 | Todd F Maynes | 1.00 | Telephone conferences with client re Sealed Air settlement (.3); research re same (.7). |
| 12/10/02 | Todd F Maynes | 1.60 | Telephone conferences re possible opinion for Fresenius settlement and research re same. |
| 12/11/02 | Todd F Maynes | 1.00 | Telephone conferences re structuring of Fresenius settlement. |
| 12/12/02 | Todd F Maynes | 1.00 | Telephone conferences re settlement structure. |
| 12/13/02 | Todd F Maynes | .50 | Telephone conferences with E. Napoli Filon re settlement (.4); follow up re same (.1). |
| 12/23/02 | Todd F Maynes | .50 | Telephone conferences with Wachtell re tax settlement status. |
| 12/31/02 | James W Kapp | .40 | Review tax schedule pursuant to Fresenius settlement. |
| | Total hours: | 7.80 | |

## Matter 51 - ZAI Science Trial - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/09/02 | Timothy S Hardy | 3.90 | Office conference re low dose issues. |
| | Total hours: | 3.90 | |