# EXHIBIT B

## Matter 42 - Non-working Travel - Expenses

| Service Description | Amount |
|---|---|
| Telephone | $9.95 |
| Travel Expense | $40.00 |
| Hotel | $559.85 |
| Airfare | $3,631.09 |
| Transportation to/from airport | $755.45 |
| Travel Meals | $47.78 |
| **Total** | **$5,044.12** |

## Matter 42 - Non-working Travel - Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 11/21/02 | 65.00 | DAVID M BERNICK, P.C. - Transportation to/from airport, Balitmore, MD, 11/5/02 to 11/6/02, (Attend Grace Board Meeting) |
| 11/21/02 | 1,004.69 | DAVID M BERNICK, P.C. - Airfare Expense, Balitmore, MD, 11/5/02 to 11/6/02, (Attend Grace Board Meeting) |
| 11/25/02 | 64.10 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 11/26/02 | 171.72 | JANET BAER - Hotel Expense, Philadelphia, PA, 11/24/02 to 11/25/02, (Hearings) |
| 11/26/02 | 80.00 | JANET BAER - Transportation to/from airport, Philadelphia, PA, 11/24/02 to 11/25/02, (Hearings) |
| 11/26/02 | 1,116.20 | JANET BAER - Airfare Expense, Philadelphia, PA, 11/24/02 to 11/25/02, (Hearings) |
| 11/26/02 | 10.00 | JANET BAER - Meal Expense, Philadelphia, PA, 11/24/02 to 11/25/02, (Hearings) |
| 12/02/02 | 130.33 | JANET BAER - Transportation to/from airport, Boca Raton, FL, 10/16/02 supplement report (Attend F. Finke Deposition) |
| 12/02/02 | 108.56 | JANET BAER - Transportation to/from airport, Boca Raton, FL, 10/16/02 supplement report (Attend F. Finke Deposition) |
| 12/12/02 | 173.46 | JAMES W KAPP - Transportation to/from airport, Columbia, MD, 9/5/02 to 9/9/02, (Attend Meeting) Suppl |
| 12/16/02 | 216.41 | S JONATHAN SILVERMAN - Hotel Expense, Washington, DC 12/8/02 to 12/9/02 (Meet w/B. Price and D. Kuchinskey) |
| 12/16/02 | 64.00 | S JONATHAN SILVERMAN - Transportation to/from airport, Washington, DC 12/8/02 to 12/9/02 (Meet w/B. Price and D. Kuchinskey) |
| 12/16/02 | 9.95 | S JONATHAN SILVERMAN - Telephone Expense, Washington, DC 12/8/02 to 12/9/02 (Meet w/B. Price and D. Kuchinskey) |
| 12/16/02 | 394.00 | S JONATHAN SILVERMAN - Airfare Expense, Washington, DC 12/8/02 to 12/9/02 (Meet w/B. Price and D. Kuchinskey) |
| 12/16/02 | 27.78 | S JONATHAN SILVERMAN - Meals Expense, Washington, DC 12/8/02 to 12/9/02 (Meet w/B. Price and D. Kuchinskey) |
| 12/17/02 | 171.72 | JANET BAER - Hotel Expense, Philadelphia, PA, 12/15/02 to 12/16/02, (Hearing) |
| 12/17/02 | 70.00 | JANET BAER - Transportation to/from airport, Philadelphia, PA, 12/15/02 to 12/16/02, (Hearing) |
| 12/17/02 | 40.00 | JANET BAER - Travel Expense, Philadelphia, PA, 12/15/02 to 12/16/02, (Hearing) (parking and mileage to/from airport) |

| Date | Amount | Description |
| --- | --- | --- |
| 12/17/02 | 1,116.20 | JANET BAER - Airfare Expense, Philadelphia, PA, 12/15/02 to 12/16/02, (Hearing) |
| 12/17/02 | 10.00 | JANET BAER - Meal Expense, Philadelphia, PA, 12/15/02 to 12/16/02, (Hearing) |

## Matter 51 - ZAI Science Trial - Expenses

| Service Description | Amount |
| --- | --- |
| Fax Charge | $2.25 |
| Scanned Images | $3.30 |
| **Total** | **$5.55** |

## Matter 51 - ZAI Science Trial - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 11/25/02 | 3.30 | Scanned Images |
| 12/09/02 | .75 | Fax page charge to 561-362-1584 |
| 12/09/02 | .75 | Fax page charge to 561-362-1583 |
| 12/09/02 | .75 | Fax page charge to 561-362-1583 |

## Matter 52 - Expenses - Expenses

| Service Description | Amount |
|---|---|
| Telephone | $45.85 |
| Fax Telephone Charge | $7.28 |
| Fax Charge | $79.50 |
| Standard Copies | $200.60 |
| Binding | $3.50 |
| Tabs/Indexes/Dividers | $1.20 |
| Scanned Images | $10.95 |
| Overnight Delivery | $24.64 |
| Outside Messenger Services | $15.40 |
| Working Meals/K&E and Others | $90.38 |
| Computer Database Research | $213.36 |
| Overtime Transportation | $68.90 |
| Overtime Meals | $12.00 |
| Secretarial Overtime | $270.57 |
| **Total** | **$1,044.13** |

## Matter 52 - Expenses - Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 9/27/02 | 24.64 | UPS Dlvry to:Warren H. Smith&Associates ,Warren H. Smith,Dallas,TX from:Roger J Higgins |
| 10/08/02 | 213.36 | PACER SERVICE CENTER - Computer Database Research, Pacer svc chgs, 7/1/02 to 9/30/02 |
| 10/22/02 | .92 | Telephone call to:  MIAMI,FL 305-579-0012 |
| 10/24/02 | .92 | Telephone call to:  PHILADELPH,PA 215-568-3100 |
| 11/04/02 | 9.90 | Standard Copies |
| 11/04/02 | .30 | Standard Copies |
| 11/04/02 | .40 | Standard Copies |
| 11/04/02 | 9.00 | Working Meals/K&E and Others Beverages |
| 11/04/02 | 81.38 | WHO'S COOKIN - Working Meals/K&E and Others 11/4 WITH C.LANDAU |
| 11/15/02 | .30 | Standard Copies |
| 11/22/02 | 13.00 | TONI L WALLACE - Overtime Transportation, 11/28/02 |
| 11/26/02 | 2.08 | Fax phone charge to 561-362-1323 |
| 11/26/02 | 9.75 | Fax page charge to 561-362-1323 |
| 11/26/02 | 10.00 | TONI L WALLACE - Overtime Transportation, 11/19/02 |
| 12/02/02 | 1.04 | Telephone call to:  SE PART,FL 954-590-3454 |
| 12/02/02 | 1.10 | Standard Copies |
| 12/02/02 | 8.90 | Standard Copies |
| 12/02/02 | 1.60 | Standard Copies |
| 12/02/02 | 33.80 | Standard Copies |
| 12/02/02 | .45 | Scanned Images |
| 12/02/02 | .30 | Scanned Images |
| 12/02/02 | 37.32 | Crabb, B. - Prepare documents |
| 12/03/02 | 4.36 | Telephone call to:  HEMPSTEAD,NY 516-489-3300 |
| 12/03/02 | .84 | Telephone call to:  TORONTO,ON 416-340-6154 |
| 12/03/02 | .62 | Telephone call to:  E CENTRAL,FL 561-362-1532 |
| 12/03/02 | .75 | Fax page charge to 561-362-1583 |
| 12/03/02 | 1.50 | Fax page charge to 410-531-4783 |
| 12/03/02 | 1.50 | Fax page charge to 202-879-5200 |
| 12/03/02 | 6.90 | Standard Copies |
| 12/03/02 | .30 | Standard Copies |
| 12/03/02 | 2.40 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 12/03/02 | .10 | Standard Copies |
| 12/03/02 | 2.70 | Standard Copies |
| 12/03/02 | .45 | Scanned Images |
| 12/03/02 | 37.32 | Crabb, B. - Prepare documents. |
| 12/04/02 | .62 | Telephone call to: KALISPELL,MT 406-752-5566 |
| 12/04/02 | 1.66 | Telephone call to: STATE OF,CT 860-547-5582 |
| 12/04/02 | .62 | Telephone call to: MILFORD,DE 302-424-1996 |
| 12/04/02 | 1.66 | Telephone call to: STATE OF,CT 860-547-5582 |
| 12/04/02 | .10 | Standard Copies |
| 12/05/02 | .83 | Telephone call to: PHILADELPH,PA 215-751-2862 |
| 12/05/02 | 3.20 | Standard Copies |
| 12/05/02 | .20 | Standard Copies |
| 12/05/02 | 4.80 | Standard Copies |
| 12/05/02 | 5.00 | Standard Copies |
| 12/05/02 | 9.00 | Scanned Images |
| 12/06/02 | 3.53 | Telephone call to: SE PART,FL 954-590-3454 |
| 12/06/02 | .62 | Telephone call to: E CENTRAL,FL 561-650-8007 |
| 12/06/02 | .83 | Telephone call to: STATE OF,CT 860-547-5582 |
| 12/06/02 | 14.20 | Standard Copies |
| 12/06/02 | 3.50 | Binding |
| 12/06/02 | 1.20 | Tabs/Indexes/Dividers |
| 12/06/02 | .45 | Scanned Images |
| 12/08/02 | 12.00 | Overtime Meals BARBARA CRABB |
| 12/08/02 | 195.93 | Crabb, B. - Prepare documents |
| 12/09/02 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4210 |
| 12/09/02 | 4.36 | Telephone call to: LONG ISLND,NY 516-707-3218 |
| 12/09/02 | 1.00 | Standard Copies |
| 12/09/02 | 14.50 | Standard Copies |
| 12/10/02 | 1.45 | Telephone call to: E CENTRAL,FL 561-362-1568 |
| 12/10/02 | .62 | Telephone call to: LB AREA,CA 310-321-5553 |
| 12/10/02 | 2.08 | Telephone call to: HEMPSTEAD,NY 516-489-3300 |
| 12/10/02 | 3.50 | Standard Copies |
| 12/10/02 | .10 | Standard Copies |
| 12/10/02 | .30 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 12/11/02 | 1.04 | Telephone call to:  EL SEGUNDO,CA 310-364-3170 |
| 12/11/02 | 3.53 | Telephone call to:  NORTH WEST,NJ 973-639-7270 |
| 12/11/02 | 2.91 | Telephone call to:  MOSINEE,WI 715-693-2813 |
| 12/11/02 | 1.45 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 12/11/02 | 1.25 | Fax phone charge 561-362-1970 |
| 12/11/02 | 1.25 | Fax phone charge to 302-652-5338 |
| 12/11/02 | 13.50 | Fax page charge to 561-362-1970 |
| 12/11/02 | 13.50 | Fax page charge to 302-652-5338 |
| 12/11/02 | 1.00 | Standard Copies |
| 12/11/02 | 1.50 | Standard Copies |
| 12/11/02 | .20 | Standard Copies |
| 12/12/02 | 5.20 | Standard Copies |
| 12/12/02 | 3.50 | Standard Copies |
| 12/12/02 | .40 | Standard Copies |
| 12/12/02 | 7.30 | Standard Copies |
| 12/12/02 | .30 | Scanned Images |
| 12/13/02 | .83 | Fax phone charge to 561-362-1583 |
| 12/13/02 | 9.00 | Fax page charge to 561-362-1583 |
| 12/13/02 | 3.00 | Standard Copies |
| 12/13/02 | .10 | Standard Copies |
| 12/13/02 | .20 | Standard Copies |
| 12/13/02 | 6.90 | Standard Copies |
| 12/13/02 | 2.50 | Standard Copies |
| 12/13/02 | 3.60 | Standard Copies |
| 12/13/02 | .40 | Standard Copies |
| 12/13/02 | .40 | Standard Copies |
| 12/13/02 | 1.90 | Standard Copies |
| 12/13/02 | 15.40 | Comet Messenger Services to:  MCD |
| 12/16/02 | .10 | Standard Copies |
| 12/16/02 | 11.70 | Standard Copies |
| 12/16/02 | 1.10 | Standard Copies |
| 12/16/02 | 12.00 | Overtime Transportation, T. Wallace, 11/13/02 |
| 12/16/02 | 13.90 | Overtime Transportation, A. Anderson, 11/21/02 |
| 12/17/02 | 1.87 | Fax phone charge to 612-332-7165 |

| Date | Amount | Description |
|------|-------:|-------------|
| 12/17/02 | 1.50 | Fax page charge to 650-758-2299 |
| 12/17/02 | 21.75 | Fax page charge to 612-332-7165 |
| 12/17/02 | 3.00 | Fax page charge to 410-531-4783 |
| 12/17/02 | 3.75 | Fax page charge to 973-639-7298 |
| 12/17/02 | 1.50 | Standard Copies |
| 12/17/02 | .90 | Standard Copies |
| 12/17/02 | 1.60 | Standard Copies |
| 12/17/02 | 1.10 | Standard Copies |
| 12/17/02 | 4.90 | Standard Copies |
| 12/17/02 | 6.00 | JANET BAER - Overtime Transportation 12/13/02 |
| 12/18/02 | 2.40 | Standard Copies |
| 12/18/02 | .60 | Standard Copies |
| 12/18/02 | .10 | Standard Copies |
| 12/18/02 | 8.00 | Standard Copies |
| 12/20/02 | 1.20 | Standard Copies |
| 12/20/02 | 1.70 | Standard Copies |
| 12/23/02 | .92 | Telephone call to:  COLUMBIA,MD 410-531-4203 |
| 12/23/02 | 1.38 | Telephone call to:  COLUMBIA,MD 410-531-4203 |
| 12/23/02 | 5.08 | Telephone call to:  COLUMBIA,MD 410-531-4203 |
| 12/23/02 | 2.50 | Standard Copies |
| 12/23/02 | 7.50 | Standard Copies |
| 12/26/02 | .92 | Telephone call to:  COLUMBIA,MD 410-531-4203 |
| 12/30/02 | 14.00 | Overtime Transportation, S. Cashman, 12/8/02 |