```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


  W. R. Grace                                 Invoice Number      1000150
  5400 Broken Sound Blvd., N.W.               Invoice Date        01/28/03
  Boca Raton, FL 33487                        Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

     Fees                                 26,096.00

                           TOTAL BALANCE DUE UPON RECEIPT    $ 26,096.00
                                                             ============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630




 W. R. Grace                                  Invoice Number       1000150
 5400 Broken Sound Blvd., N.W.                Invoice Date        01/28/03
 Boca Raton, FL 33487                         Client Number        172573
                                              Matter Number         60028


=============================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2002

  Date    Name                                                   Hours
 -------- -----------                                            -----

11/27/02 Rea              Drafted supplemental discovery           .50
                          requests to ZAI claimants.

12/01/02 Cameron          Review materials relating to            1.30
                          potential expert witness meeting
                          for ZAI Science Trial preparation
                          (1.1) and e-mails regarding same
                          (0.2).

12/02/02 Bentz            Review of correspondence regarding       .10
                          supplemental discovery request in
                          ZAI Science Trial.

12/03/02 Atkinson         Searches for ZAI Science Trial          1.20
                          potential expert files per
                          instructions of D. Cameron(.40);
                          searches in Summation re:
                          particular "Attic-Hazardous
                          Evaluation" file requested by ZAI
                          claimants' counsel (0.7), and
                          e-mail to Carla Latuda (HRO) re:
                          same (0.1).

12/03/02 Bentz            Preparation of responses to second      3.30
                          requests for admissions by ZAI
                          claimants (1.7); preparation of
                          response to third request for
                          production of documents by ZAI
                          claimants (1.0); conference with
                          A. Muha regarding privileged
                          documents and review of privilege
                          documents (.6).
```

```
172573 W. R. Grace & Co.                              Invoice Number  1000150
60028  ZAI Science Trial                              Page     2
       January 28, 2003
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/03/02 | Cameron | Telephone call with R. Finke regarding issues relating to attic insulation removal at home of R. Bush (.4); telephone call with J. Restivo regarding same (.3). | .70 |
| 12/03/02 | Muha | Meet with J. Bentz re: report on review of attorney-client privilege documents (0.6); review status of law on attorney-client/work-product privilege (2.3); intensive review of documents to which ZAI claimants' counsel objected to characterization as privileged (3.8). | 6.70 |
| 12/03/02 | Restivo | Review new Science Trial materials and consider ZAI/Busch removal. | .50 |
| 12/04/02 | Atkinson | Reviewing files re: Science Trial potential expert material (.6); searches on Summation for particular "Attic Insulation Hazard Evaluation" file requested by claimants (.2); e-mails to C. Latuda (Holme Roberts) and J. Bentz re: same (.6). | 1.40 |
| 12/04/02 | Bentz | Review of correspondence regarding discovery in ZAI Science Trial. | .30 |
| 12/04/02 | Cameron | Telephone call with R. Finke regarding ZAI removal project and potential consultant to monitor same (.3); prepare draft letter regarding same (.2); review recent discovery from Science Trial proceeding (.9). | 1.40 |
| 12/04/02 | Muha | Review ZAI documents for indicia of attorney-client privilege (1.7); draft memo regarding same (2.0). | 3.70 |
| 12/05/02 | Bentz | Review of materials regarding dispute raised by ZAI claimants over privilege asserted on certain documents. | .60 |

```
172573 W. R. Grace & Co.                         Invoice Number  1000150
60028  ZAI Science Trial                         Page     3
       January 28, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/05/02 | Cameron | Telephone call with R. Finke regarding ZAI removal project in Spokane (.3); revise and finalize letter regarding same (.3). | .60 |
| 12/05/02 | Muha | Revise and finalize memo regarding privileged status of documents sought for production by ZAI claimants. | 1.40 |
| 12/06/02 | Atkinson | Searches on Summation for documents without dates per letter request from ZAI claimants' counsel (.6); meeting with J. Bentz and e-mail to C. Latuda (Holme Roberts) re: attic insulation file requested by ZAI claimants (.4). | 1.00 |
| 12/06/02 | Bentz | Conference with M. Atkinson regarding response to ZAI claimants' Third Request for Production and Debtor's response to First Request for Production (.6); preparation of responses to second requests for admissions (1.5); draft response to various letters of ZAI claimants' counsel regarding ongoing discovery issues (1.0). | 3.10 |
| 12/09/02 | Atkinson | Searches on Summation database for attic test results (1.2); reviewing notebooks relating to attic testing (.9); review past e-mails to M. Murphy (Casner Edwards) re: review of materials for file requested by ZAI claimants (.3). | 2.40 |
| 12/09/02 | Bentz | Preparation of letter to ZAI Claimants' counsel regarding various outstanding discovery issues. | .80 |
| 12/09/02 | Restivo | Review of newly received materials and reports relating to ZAI Science Trial proceeding. | .60 |

```
172573 W. R. Grace & Co.                              Invoice Number  1000150
60028  ZAI Science Trial                              Page    4
       January 28, 2003
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/10/02 | Cameron | Review materials for ZAI removal project logistics (.3); Review letters and summarize discovery issues from Science Trial (.8). | 1.10 |
| 12/11/02 | Bentz | Conferences with W. Sparks and J. Restivo regarding discovery issues for argument at December 16th Omnibus hearing (.6); review of various outstanding discovery issues in ZAI Science Trial (1.0). | 1.60 |
| 12/11/02 | Miller | Draft portion of memorandum regarding science issues in asbestos-related injury litigation. | 2.60 |
| 12/11/02 | Restivo | Review proposed findings and conclusions for ZAI Science Trial case. | 1.00 |
| 12/12/02 | Bentz | Preparation of responses to outstanding discovery requests. | .90 |
| 12/13/02 | Atkinson | Reviewing document binders and database entries for documents relating to testing issues. | .80 |
| 12/13/02 | Bentz | Revising responses to ZAI claimants' third request for production and conference with M. Murphy regarding same (.5); review of letter from claimants' counsel regarding potential formatting problem in document production and investigating same (.9). | 1.40 |
| 12/13/02 | Miller | Research of case law regarding science issues in asbestos-related injury lawsuits. | 1.80 |
| 12/16/02 | Atkinson | Searches on Summation and meeting with J. Bentz, H. Flakker (Lit. Sup.) re: R. Turkewitz 12/13 letter re: problems in ZAI document production files (.8); meeting with A. Rose (vendor) re: same (.6). | 1.40 |

```
172573 W. R. Grace & Co.                       Invoice Number  1000150
60028  ZAI Science Trial                       Page    5
       January 28, 2003
```

| Date | Name | | Hours |
|------|------|---|------|
| 12/16/02 | Bentz | Conference with M. Atkinson, H. Flakker and vendor regarding determination of whether document production files provided to ZAI claimants' counsel contain a defect (1.9); corresponding with ZAI claimants' counsel regarding purported defect and vendor's suggestions (.5); review of data regarding discovery materials provided (.4). | 2.80 |
| 12/16/02 | Cameron | Review agenda for upcoming meeting with several Science Trial consultants and e-mail regarding same (.4); review Science Trial consultant materials relating to testing issues in preparation for meeting (.9). | 1.30 |
| 12/16/02 | Miller | Draft portion of memorandum regarding Science issues in asbestos-related injury litigation. | 2.50 |
| 12/17/02 | Atkinson | Organizing and reviewing privileged documents files. | .70 |
| 12/17/02 | Bentz | Review of documents on which ZAI claimants' counsel has challenged the privilege asserted and formulate recommendation for possible compromise (4.5); revising and circulating responses to ZAI claimants' third document request (0.8). | 5.30 |
| 12/17/02 | Cameron | Review issues relating to testing data from Science Trial consultant. | .90 |
| 12/18/02 | Atkinson | Reviewing ZAI document binders for development of trial aides. | 2.30 |
| 12/18/02 | Bentz | Corresponding with vendor and ZAI claimants' counsel regarding problem with loan files produced with ZAI documents on compact discs (1.0); work on finalizing responses to ZAI discovery | 2.90 |

```
172573 W. R. Grace & Co.                              Invoice Number  1000150
60028  ZAI Science Trial                              Page     6
       January 28, 2003
```

| Date | Name | | Hours |
|------|------|---|------|
| | | requests (.6); drafting letter to ZAI claimants' counsel regarding privilege document disputes (.9); reviewing and researching ZAI claimants' counsel's letter regarding index of documents on microfilm (.4). | |
| 12/18/02 | Miller | Draft/revise portion of memorandum regarding Science issues in asbestos personal injury lawsuits. | 2.70 |
| 12/19/02 | Atkinson | Reviewing Summation databases and meeting with J. Bentz re: claimants' counsel 12/18 letter regarding microfilm/microfiche. | 1.10 |
| 12/19/02 | Bentz | Finalizing discovery responses to ZAI claimants' requests (.3); investigating index to documents on microfilm and draft letter to ZAI claimants' counsel regarding same (1.7); call with M. Murphy regarding document production issues (.3); review of ZAI documents produced to claimants from the repository (1.8). | 4.10 |
| 12/19/02 | Cameron | Telephone call with counsel for ZAI claimants regarding discovery extension and e-mails regarding same (.3); telephone call with R. Finke regarding upcoming Science Trial consultant meetings (.4); prepare for meeting in Pittsburgh with Grace in-house counsel and several consultants re: science trial issues (1.4). | 2.10 |
| 12/19/02 | Miller | Review and revisions to memo regarding Science issues in asbestos lawsuits. | 2.50 |
| 12/20/02 | Bentz | Review of historical documents produced to ZAI claimants' counsel in preparation for witness interviews and depositions. | 2.75 |

172573 W. R. Grace & Co. Invoice Number 1000150
60028 ZAI Science Trial Page 7
January 28, 2003

| Date | Name | | Hours |
|---|---|---|---|
| 12/20/02 | Cameron | Prepare for and meet with R. Finke regarding Science Trial consultant meetings (1.9); Meet with R. Finke and several consultants regarding work on testing issues for science trial (2.9). | 4.80 |
| 12/20/02 | Miller | Revise portions of memorandum regarding Science issues in asbestos lawsuits. | 2.80 |
| 12/21/02 | Bentz | Review of additional historical documents produced to ZAI claimants' counsel in preparation for witness interviews and depositions. | 2.00 |
| 12/23/02 | Atkinson | Reviewing ZAI document database to add coding to summaries for relevant documents (1.1); search on Summation database re: review of new boxes of ZAI documents from Cambridge (.3); review of certain Summation documents/binders of ZAI documents for meetings with witnesses (1.9). | 3.30 |
| 12/23/02 | Bentz | Corresponding with R. Finke regarding privileged ZAI documents (.3); review of ZAI documents produced to claimants' counsel in preparation for witness interviews and depositions (4.6). | 4.90 |
| 12/26/02 | Atkinson | Reviewing privileged documents files (.3); supplementing coding of relevant ZAI documents (.5). | .80 |
| 12/27/02 | Atkinson | Reviewing and preparing inventory of ZAI documents produced at Casner & Edwards Winthrop Square Repository (4.9); additional coding of certain ZAI documents reviewed by paraprofessionals (.7). | 5.60 |
| 12/27/02 | Cameron | Review materials from meeting with Science Trial consultants and Grace in-house counsel for purposes of summary. | 1.20 |

```
172573 W. R. Grace & Co.                            Invoice Number   1000150
60028  ZAI Science Trial                            Page      8
       January 28, 2003


   Date    Name                                                        Hours
 --------  -----------                                                  -----
 12/29/02  Atkinson      Revising inventory of ZAI                      1.90
                         documents produced at Casner &
                         Edwards Winthrop Square Repository.

 12/30/02  Bentz         Review of documents produced to                 .40
                         ZAI claimants' counsel in
                         preparation for witness interviews
                         and depositions.

                                                                       ------
                                                     TOTAL HOURS       105.85


 TIME SUMMARY                   Hours          Rate          Value
 --------------------------     --------------------         -------

 James J. Restivo Jr.            2.10   at  $  430.00   =        903.00
 Douglas E. Cameron             15.40   at  $  385.00   =      5,929.00
 James W Bentz                  37.25   at  $  300.00   =     11,175.00
 Traci Sands Rea                  .50   at  $  265.00   =        132.50
 Andrew J. Muha                 11.80   at  $  185.00   =      2,183.00
 Rosa Copeland Miller           14.90   at  $  195.00   =      2,905.50
 Maureen L. Atkinson            23.90   at  $  120.00   =      2,868.00

                 CURRENT FEES                                                26,096.00


                                                                        ------------
                 TOTAL BALANCE DUE UPON RECEIPT                         $  26,096.00
                                                                        ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



  W.R Grace & Co.                           Invoice Number        1000149
  One Town Center Road                      Invoice Date         01/28/03
  Boca Raton, FL   33486                    Client Number         172573


==============================================================================
Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

     Fees                                 7,692.50


                        TOTAL BALANCE DUE UPON RECEIPT    $ 7,692.50
                                                          ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630



W.R Grace & Co.                          Invoice Number     1000149
One Town Center Road                     Invoice Date       01/28/03
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026


=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2002

   Date    Name                                                       Hours
 --------  -----------                                                 -----

 12/02/02  Cameron       E-mail to HRO regarding Yang                   2.10
                         deposition designation in cost
                         recovery action (.7); Review
                         materials for Rich Lee trial prep
                         meeting as relating to cost
                         recovery action (1.4).

 12/03/02  Bentz         Review of order regarding                      1.10
                         settlement of fraudulent
                         conveyance action (.3); review of
                         stipulation in EPA cost recovery
                         action (.8).

 12/03/02  Cameron       Review materials relating to                   1.40
                         fraudulent conveyance action
                         settlement and telephone call with
                         R. Finke regarding same (.5);
                         Review cost recovery action
                         revised stipulated facts (.9).

 12/05/02  Bentz         Review of materials regarding                   .30
                         Grace, Libby and the fraudulent
                         conveyance action.

 12/06/02  Cameron       Telephone call with R. Finke                    .40
                         regarding R. Lee trial preparation
                         and proposed Stipulation of Fact
                         in cost recovery action.

 12/07/02  Cameron       Review proposed stipulation of                 1.50
                         facts in cost recovery action.
```

```
172573 W. R. Grace & Co.                              Invoice Number  1000149
60026  Litigation and Litigation Consulting           Page    2
       January 28, 2003
```

| Date | Name | | Hours |
|---|---|---|---|
| 12/09/02 | Cameron | Memo regarding proposed findings of fact in EPA Cost Recovery Action (.7); Telephone call with R. Finke regarding same (.2); Review R. J. Lee trial preparation materials (.8). | 1.70 |
| 12/10/02 | Rossi | Memo to Murphy re: additional boxes for scanning in connection with cost recovery action. | .10 |
| 12/11/02 | Rossi | Memo to On-Site re: scanning of additional boxes in connection with cost recovery action (0.2); telephone call with Murphy re: same (0.1); memo to Murphy re: same (0.1). | .40 |
| 12/12/02 | Bentz | Review of proposed findings of fact and conclusions of law in cost recovery action. | 1.90 |
| 12/12/02 | Cameron | Review materials from EPA Cost Recovery Action regarding Rich Lee preparation (.8); Review recently filed stipulation, witness lists, etc.in EPA Cost Recovery Action (.9). | 1.70 |
| 12/13/02 | Bentz | Review of proposed findings of fact and conclusions of law in cost recovery action. | .60 |
| 12/18/02 | Bentz | Review of portions of discovery in EPA cost recovery action. | 1.60 |
| 12/19/02 | Cameron | Telephone call with R. Finke regarding developments in cost recovery action. | .50 |
| 12/21/02 | Cameron | Prepare for and participate in conference call regarding EPA cost recovery action trial preparation of expert witness. | 2.90 |
| 12/22/02 | Cameron | Review revised materials for R. J. Lee testimony in EPA cost recovery action (.8); review Court's opinion in cost recovery action (1.1). | 1.90 |

```
172573  W. R. Grace & Co.                       Invoice Number   1000149
 60026  Litigation and Litigation Consulting    Page    3
        January 28, 2003


    Date    Name                                                    Hours
  --------  -----------                                              -----

  12/23/02  Cameron       Continue review of R. J. Lee               1.40
                          materials for his testimony in
                          cost recovery action.

                                                                    ------
                                                 TOTAL HOURS         21.50


  TIME SUMMARY                Hours       Rate           Value
  -------------------------   ---------------------      -------

  Douglas E. Cameron          15.50  at  $  385.00  =    5,967.50
  James W Bentz                5.50  at  $  300.00  =    1,650.00
  Martha Susan Haines Rossi     .50  at  $  150.00  =       75.00

                   CURRENT FEES                                   7,692.50


                                                                ------------
                   TOTAL BALANCE DUE UPON RECEIPT               $  7,692.50
                                                                ============
```

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630



   W.R Grace & Co.                         Invoice Number      1000175
   One Town Center Road                    Invoice Date       01/28/03
   Boca Raton, FL   33486                  Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60030)   Hearings

    Fees                                    192.00

                       TOTAL BALANCE DUE UPON RECEIPT       $ 192.00
                                                          ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W.R Grace & Co.                          Invoice Number        1000175
  One Town Center Road                     Invoice Date         01/28/03
  Boca Raton, FL   33486                   Client Number         172573
                                           Matter Number          60030


==============================================================================

Re: (60030)   Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2002

  Date    Name                                               Hours
  ------- -----------                                        -----

12/16/02 Keuler           Telephone call with J. Bentz re:    .80
                          today's hearing (0.2); check
                          docket re: hearing status (0.1);
                          calls to Court re: telephonic
                          appearance (0.1); telephone call
                          with debtor's counsel re: hearing
                          and follow-up with J. Bentz re:
                          same (0.2); telephone call to K.
                          Miller re: today's hearing (0.1);
                          telephone call to S. McFarland re:
                          tidings hearing (0.1).

                                                            ------
                                              TOTAL HOURS     .80


TIME SUMMARY              Hours         Rate         Value
------------------------- ---------------------      -------
Richard A. Jr. Keuler      .80  at  $  240.00  =      192.00

                     CURRENT FEES                              192.00

                                                           ------------
                     TOTAL BALANCE DUE UPON RECEIPT         $  192.00
                                                           ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630



  W. R. Grace                              Invoice Number      1000153
  5400 Broken Sound Blvd., N.W.            Invoice Date        01/28/03
  Boca Raton, FL 33487                     Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                                  2,764.00

                        TOTAL BALANCE DUE UPON RECEIPT     $ 2,764.00
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1000153
5400 Broken Sound Blvd., N.W.              Invoice Date       01/28/03
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60029
```

==============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2002

```
  Date    Name                                                     Hours
--------  -----------                                              -----

11/11/02 Keuler          Telephone call with J. Lord                .80
                         regarding information needed for
                         filing fee application/CNOs (0.4).
                         Reviewed documents regarding
                         interim fee application procedures
                         (0.4).

11/19/02 Keuler          Reviewed e-messages with                   .40
                         Pittsburgh attorneys re:
                         outstanding fee application (0.2).
                         Met with J. Lord regarding status
                         of outstanding fee application
                         (0.2).

11/27/02 Keuler          Reviewed October fee application           .60
                         and met with J. Lord regarding
                         filing.

12/02/02 Lord            Research docket and prepare e-mail         .50
                         to R. Keuler re: possible CNO for
                         quarterly fee application (.3);
                         e-mail to Bilzin firm re-serving
                         monthly fee application re:
                         earlier undeliverable (.2).

12/04/02 Lord            Research docket for objections and         .50
                         prepare CNO for Sixth Quarterly
                         fee application.

12/05/02 Lord            Telephone call with R. Keuler re:          .20
                         CNO for 6th interim application.
```

```
172573 W. R. Grace & Co.                              Invoice Number   1000153
60029  Fee Applications-Applicant                     Page      2
       January 28, 2003


    Date   Name                                                          Hours
  -------- -----------                                                   -----

  12/06/02 Lord            Revise and e-file CNO for Reed                 1.00
                           Smith's Sixth Interim application
                           (.7); supplement and perfect
                           service for same (.3).

  12/06/02 Muha            Review DBR for November 2002 fee                .30
                           application.

  12/12/02 Muha            Review and revise November DBRs                1.10
                           for 17th monthly fee application.

  12/15/02 Muha            Revise November DBR for                        1.30
                           incorporation into 17th monthly
                           fee application.

  12/16/02 Lord            Draft CNO for Reed Smith's 16th                 .40
                           monthly fee application.

  12/16/02 Muha            Review/revise DBRs for                         1.10
                           incorporation into 17th monthly
                           fee application.

  12/18/02 Muha            Review/revise fee and expense                  1.40
                           details for 17th monthly fee
                           application.

  12/20/02 Lord            Discuss October monthly CNO with               1.50
                           R. Keuler (.1); review and revise
                           same (.3); research docket for
                           objections (.3); e-file CNO (.4);
                           draft correspondence and prepare
                           enclosures to Grace in-house
                           counsel re: same (.4).

  12/20/02 Muha            Final review of/revisions to 17th               .90
                           monthly fee and expense details.

  12/24/02 Lord            Review and prepare billing                     1.10
                           enclosures for e-filing and
                           e-service of November monthly fee
                           application (1.0); e-mails to P.
                           Lykens and A. Muha re: same (.1).

  12/26/02 Lord            Review and revise Summary of Reed              1.30
                           Smith's November fee application
                           (1.0); e-mail to M. Atkinson re:
                           fee detail for same (.1); draft
                           service e-mail for same (.2).
```

```
172573  W. R. Grace & Co.                            Invoice Number   1000153
 60029  Fee Applications-Applicant                   Page    3
        January 28, 2003


     Date    Name                                                      Hours
   --------  -----------                                               -----

   12/27/02  Lord            Review and revise 17th monthly fee         .80
                             application for e-filing.

   12/30/02  Lord            Prepare 17th monthly fee                  1.00
                             application summary (.3); e-file
                             monthly fee application (.3);
                             complete and perfect e-mail and
                             regular service for fee
                             application per admin. order (.4).

                                                                      ------
                                               TOTAL HOURS             16.20


   TIME SUMMARY                   Hours         Rate         Value
   ------------------------    ---------------------       -------
   Andrew J. Muha                 6.10  at  $  185.00  =   1,128.50
   Richard A. Jr. Keuler          1.80  at  $  240.00  =     432.00
   John B. Lord                   8.30  at  $  145.00  =   1,203.50

                               CURRENT FEES                              2,764.00


                                                                     ------------
                               TOTAL BALANCE DUE UPON RECEIPT         $ 2,764.00
                                                                     ============
```