```
                              REED SMITH LLP
                              PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number      1000159
  5400 Broken Sound Blvd., N.W.        Invoice Date        01/28/03
  Boca Raton, FL 33487                 Client Number        172573
```

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

  Expenses                          15,186.66

       TOTAL BALANCE DUE UPON RECEIPT        $ 15,186.66
                    =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W. R. Grace                             Invoice Number      1000159
  5400 Broken Sound Blvd., N.W.           Invoice Date       01/28/03
  Boca Raton, FL 33487                    Client Number       172573
                                          Matter Number         60028
```

=============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                        3.69
    Duplicating/Printing                    62.70
    Westlaw                                 19.87
    Postage Expense                          4.62
    Courier Service                         11.16
    Outside Duplicating                 14,919.49
    Meal Expense                            82.18
    Telephone - Outside                     82.95

              CURRENT EXPENSES                          15,186.66
                                                       -------------

              TOTAL BALANCE DUE UPON RECEIPT          $ 15,186.66
                                                       =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1000159
5400 Broken Sound Blvd., N.W.        Invoice Date      01/28/03
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/22/02 | 843-727-6513/CHARLESTON, SC/6 | .34 |
| 11/22/02 | 843-727-6513/CHARLESTON, SC/2 | .17 |
| 11/22/02 | 843-727-6513/CHARLESTON, SC/3 | .23 |
| 11/22/02 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 11/22/02 | 302-652-5340/WILMINGTON, DE/2 | .11 |
| 11/26/02 | 561-362-1533/BOCA RATON, FL/5 | .34 |
| 12/13/02 | 617-426-5900/BOSTON, MA/15 | .86 |
| 12/16/02 | 843-727-6673/CHARLESTON, SC/2 | .11 |
| 12/16/02 | 302-778-7533/WILMINGTON, DE/3 | .17 |
| 12/19/02 | 843-727-6688/CHARLESTON, SC/3 | .17 |
| 12/19/02 | 617-426-5900/BOSTON, MA/13 | .74 |
| 12/23/02 | 617-426-0135/BOSTON, MA/5 | .34 |
| 11/20/02 | ATTY # 1911: 7 COPIES | 1.05 |
| 11/20/02 | ATTY # 1911: 1 COPIES | .15 |
| 11/21/02 | ATTY # 1911: 4 COPIES | .60 |
| 11/21/02 | ATTY # 1911: 4 COPIES | .60 |
| 12/02/02 | ATTY # 0856: 1 COPIES | .15 |
| 12/02/02 | ATTY # 0856: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                      Invoice Number  1000159
60028  ZAI Science Trial                      Page   2
       January 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 12/02/02 | ATTY # 0856; 1 COPIES | .15 |
| 12/04/02 | ATTY # 0856: 32 COPIES | 4.80 |
| 12/05/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/05/02 | ATTY # 0710: 16 COPIES | 2.40 |
| 12/06/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/06/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/06/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/09/02 | ATTY # 0885; 1 COPIES | .15 |
| 12/09/02 | ATTY # 0885: 3 COPIES | .45 |
| 12/09/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/09/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/13/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/13/02 | ATTY # 0885: 3 COPIES | .45 |
| 12/13/02 | ATTY # 0856; 9 COPIES | 1.35 |
| 12/16/02 | ATTY # 0856: 1 COPIES | .15 |
| 12/16/02 | ATTY # 0856: 1 COPIES | .15 |
| 12/17/02 | ATTY # 0885: 3 COPIES | .45 |
| 12/17/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/17/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/17/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/17/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/17/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/18/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/18/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/18/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/18/02 | ATTY # 0885: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                        Invoice Number  1000159
60028  ZAI Science Trial                        Page   3
       January 28, 2003
```

| | | |
|---|---|---|
| 12/18/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/18/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/18/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/18/02 | ATTY # 0885: 6 COPIES | .90 |
| 12/18/02 | ATTY # 0885; 68 COPIES | 10.20 |
| 12/18/02 | ATTY # 0885; 30 COPIES | 4.50 |
| 12/19/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/19/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/19/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/19/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/19/02 | ATTY # 4219: 3 COPIES | .45 |
| 12/19/02 | ATTY # 1048; 1 COPIES | .15 |
| 12/19/02 | ATTY # 0885; 81 COPIES | 12.15 |
| 12/23/02 | ATTY # 0885; 8 COPIES | 1.20 |
| 12/23/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/26/02 | ATTY # 0856: 32 COPIES | 4.80 |
| 12/27/02 | ATTY # 0856: 6 COPIES | .90 |
| 12/27/02 | ATTY # 0856: 1 COPIES | .15 |
| 12/27/02 | ATTY # 0856: 4 COPIES | .60 |
| 12/30/02 | ATTY # 0856: 12 COPIES | 1.80 |
| 12/30/02 | ATTY # 0856: 12 COPIES | 1.80 |
| 12/03/02 | Westlaw | 14.93 |
| 12/19/02 | Westlaw | 4.94 |
| 12/03/02 | Postage Expense | .37 |
| 12/09/02 | Postage Expense | .37 |

```
172573 W. R. Grace & Co.                        Invoice Number  1000159
60028  ZAI Science Trial                        Page   4
       January 28, 2003
```

| Date | Description | Amount |
|------|-------------|-------:|
| 12/19/02 | Postage Expense | 2.40 |
| 12/23/02 | Postage Expense | 1.48 |
| 12/19/02 | Courier Service FEDEX | 11.16 |
| 12/05/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV.-- Printing of additional, recently-discovered boxes of documents for timely production and preparation of defense in cost recovery action and ZAI Science Trial. | 2103.11 |
| 12/09/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. DIGITAL PRINTING-Printing of additional, recently-discovered boxes of documents for production and preparation of defense in  cost recovery action and ZAI Science Trial | 4790.81 |
| 12/10/02 | Outside Duplicating - - VENDOR: DITTO DOCUMENT SERVICES, INC.-Printing of additional, recently-discovered boxes of documents for for production and preparation of defense in  cost recovery action and ZAI Science Trial | 5442.54 |
| 01/20/03 | Outside Duplicating - - VENDOR: ON SITE SOURCING INC DOCUMENT SCANNING DEC. 2002 -- scanning of recently discovered documents subject to discovery in cost recovery action and ZAI Science Trial | 2583.03 |
| 12/31/02 | Meal Expense - - VENDOR: MARK'S GRILLE & CATERING LUNCH (12/20/02) for working lunch meeting with Grace in-house counsel and several science trial consultants | 82.18 |
| 12/23/02 | Telephone - Outside - - VENDOR: CHORUS CALL, INC. 7743215 10/23 | 82.95 |

```
                              CURRENT EXPENSES              15,186.66
                                                          ------------
                              TOTAL BALANCE DUE UPON RECEIPT  $ 15,186.66
                                                          ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
 W.R Grace & Co.                        Invoice Number      1000155
 One Town Center Road                   Invoice Date      01/28/03
 Boca Raton, FL   33486                 Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Expenses                          1,123.39

                        TOTAL BALANCE DUE UPON RECEIPT      $ 1,123.39
                                                          =============

```
                           REED SMITH LLP
                           PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W.R Grace & Co.                        Invoice Number      1000155
  One Town Center Road                   Invoice Date       01/28/03
  Boca Raton, FL   33486                 Client Number        172573
                                         Matter Number         60026
```

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                          5.50
    Documentation Charge                     232.80
    Duplicating/Printing                     200.40
    Postage Expense                            1.94
    Courier Service                          101.91
    Outside Duplicating                       69.34
    Air Travel Expense                       511.50

                    CURRENT EXPENSES                     1,123.39
                                                      -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $ 1,123.39
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1000155
One Town Center Road                     Invoice Date      01/28/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

11/25/02   561-362-1533/BOCA RATON, FL/7                        .40

11/26/02   215-851-8250/PHILA, PA/22                           1.28

12/04/02   561-362-1583/BOCA RATON, FL/8                        .51

12/04/02   561-362-1533/BOCA RATON, FL/8                        .46

12/05/02   561-362-1583/BOCA RATON, FL/7                        .40

12/09/02   561-362-1533/BOCA RATON, FL/8                        .46

12/19/02   202-457-6315/WASHINGTON, DC/12                       .68

12/19/02   202-457-6315/WASHINGTON, DC/18                      1.08

12/20/02   303-866-0408/DENVER, CO/3                            .23

12/10/02   Documentation Charge-Pacer charges               89.50

12/13/02   Documentation Charge-Pacer charges               36.55

12/30/02   PACER USAGE FOR MONTH OF OCTOBER 2002-           106.75
           Documentation Charge - docket review service
           expense.

11/26/02   ATTY # 0856: 6 COPIES                               .90

11/27/02   ATTY # 0718; 329 COPIES                           49.35

11/27/02   ATTY # 1398: 3 COPIES                               .45

12/02/02   ATTY # 0856: 2 COPIES                               .30

12/02/02   ATTY # 0559; 54 COPIES                            8.10

```
172573 W. R. Grace & Co.                        Invoice Number  1000155
60026  Litigation and Litigation Consulting     Page   2
       January 28, 2003
```

| | | |
|---|---|---:|
| 12/02/02 | ATTY # 0559; 14 COPIES | 2.10 |
| 12/02/02 | ATTY # 0559; 16 COPIES | 2.40 |
| 12/03/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/03/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/03/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/04/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/04/02 | ATTY # 0885: 3 COPIES | .45 |
| 12/04/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/04/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/04/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/04/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/04/02 | ATTY # 0718: 3 COPIES | .45 |
| 12/04/02 | ATTY # 0856; 18 COPIES | 1.80 |
| 12/05/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/05/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/05/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/05/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/05/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/05/02 | ATTY # 0559; 39 COPIES | 5.85 |
| 12/06/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/06/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/06/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/06/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/06/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/06/02 | ATTY # 0559; 88 COPIES | 13.20 |
| 12/06/02 | ATTY # 0559; 10 COPIES | 1.50 |

```
172573 W. R. Grace & Co.                        Invoice Number  1000155
60026  Litigation and Litigation Consulting      Page   3
       January 28, 2003

12/06/02   ATTY # 0718; 13 COPIES                            1.95

12/07/02   ATTY # 0349: 1 COPIES                              .15

12/07/02   ATTY # 0349: 1 COPIES                              .15

12/09/02   ATTY # 0559: 1 COPIES                              .15

12/09/02   ATTY # 0559: 1 COPIES                              .15

12/10/02   ATTY # 1911: 2 COPIES                              .30

12/10/02   ATTY # 1911: 10 COPIES                            1.50

12/11/02   ATTY # 1911: 7 COPIES                             1.05

12/11/02   ATTY # 1911: 29 COPIES                            4.35

12/11/02   ATTY # 1911: 6 COPIES                              .90

12/11/02   ATTY # 1911: 4 COPIES                              .60

12/11/02   ATTY # 1911: 1 COPIES                              .15

12/11/02   ATTY # 0349: 1 COPIES                              .15

12/11/02   ATTY # 1911: 1 COPIES                              .15

12/11/02   ATTY # 1911: 12 COPIES                            1.80

12/11/02   ATTY # 1911: 1 COPIES                              .15

12/12/02   ATTY # 1911: 1 COPIES                              .15

12/12/02   ATTY # 1911: 1 COPIES                              .15

12/12/02   ATTY # 1911: 1 COPIES                              .15

12/12/02   ATTY # 1911: 2 COPIES                              .30

12/12/02   ATTY # 1911: 4 COPIES                              .60

12/12/02   ATTY # 1911: 1 COPIES                              .15

12/12/02   ATTY # 1911: 4 COPIES                              .60

12/12/02   ATTY # 1911: 1 COPIES                              .15

12/13/02   ATTY # 1911: 1 COPIES                              .15

12/13/02   ATTY # 1911: 6 COPIES                              .90
```

```
172573 W. R. Grace & Co.                        Invoice Number  1000155
60026  Litigation and Litigation Consulting     Page   4
       January 28, 2003
```

| Date | Description | Amount |
|------|-------------|-------:|
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 8 COPIES | 1.20 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 2 COPIES | .30 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/16/02 | ATTY # 0718: 3 COPIES | .45 |
| 12/17/02 | ATTY # 0559; 11 COPIES | 1.65 |
| 12/18/02 | ATTY # 0559; 8 COPIES | 1.20 |
| 12/19/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/19/02 | ATTY # 0559: 4 COPIES | .60 |
| 12/19/02 | ATTY # 0885: 3 COPIES | .45 |
| 12/19/02 | ATTY # 0559; 43 COPIES | 6.45 |
| 12/20/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/20/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/20/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/20/02 | ATTY # 0559; 59 COPIES | 8.85 |
| 12/20/02 | ATTY # 0718; 30 COPIES | 4.50 |
| 12/20/02 | ATTY # 0718; 15 COPIES | 2.25 |
| 12/20/02 | ATTY # 0718; 1 COPIES | .15 |
| 12/20/02 | ATTY # 0718; 32 COPIES | 4.80 |
| 12/23/02 | ATTY # 0349; 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                        Invoice Number  1000155
60026  Litigation and Litigation Consulting     Page   5
       January 28, 2003
```

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/23/02 | ATTY # 0559: 5 COPIES | .75 |
| 12/23/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/23/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/24/02 | ATTY # 0718: 16 COPIES | 2.40 |
| 12/24/02 | ATTY # 0718: 16 COPIES | 2.40 |
| 12/27/02 | ATTY # 0718: 1 COPIES | .15 |
| 12/27/02 | ATTY # 0718: 12 COPIES | 1.80 |
| 12/30/02 | ATTY # 0718; 270 COPIES | 40.50 |
| 12/30/02 | ATTY # 0559: 6 COPIES | .90 |
| 12/30/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/31/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 12/31/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 12/31/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/31/02 | ATTY # 0559: 6 COPIES | .90 |
| 12/31/02 | ATTY # 0559: 3 COPIES | .45 |
| 12/04/02 | Postage Expense | .37 |
| 12/06/02 | Postage Expense | .60 |
| 12/31/02 | Postage Expense | .60 |
| 12/31/02 | Postage Expense | .37 |
| 11/20/02 | Courier Service UPS | 8.92 |
| 11/27/02 | Courier Service-UPS | 8.92 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1000155
60026  Litigation and Litigation Consulting     Page    6
       January 28, 2003


 11/30/02   PARCELS 11/25/02 14466                           5.00

 11/30/02   PARCELS 11/25/02 14466                           5.00

 11/30/02   PARCELS 11/25/02 14466                           5.00

 12/09/02   PARCELS 12/06/02 14564                           5.00

 12/09/02   PARCELS 12/06/02 14564                           5.00

 12/09/02   PARCELS 12/06/02 14564                           5.00

 12/09/02   PARCELS 12/06/02 14564                           5.00

 12/09/02   PARCELS 12/06/02 14564                           5.00

 12/09/02   PARCELS 12/06/02 14564                           5.00

 12/09/02   PARCELS 12/06/02 14564                           5.00

 12/09/02   PARCELS 12/06/02 14564                           5.00

 12/31/02   Courier Service UPS                              9.07

 12/17/02   11/27/02  Outside Duplicating                   34.67

 12/17/02   11/27/02  Outside Duplicating                   34.67

 11/22/02   RESTIVO/JAMES J 25NOV PIT PHL PIT- Coach-class  511.50
            airfare for attendance at Nov. 2002 omnibus
            hearing in Wilmington, DE

                              CURRENT EXPENSES               1,123.39
                                                            ------------
                              TOTAL BALANCE DUE UPON RECEIPT   $ 1,123.39
                                                            =============
```