**NO ORDER REQUIRED**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 30, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3229

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Eighteenth Monthly Application of Ferry, Joseph &

Pearce, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as

Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of

October 1, 2002 through October 31, 2002 ("the Application").   The undersigned further

certifies that the Court's docket in this case reflects that no answer, objection or other responsive

pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to

the Application were to be filed and served no later than January 30, 2003.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay Ferry, Joseph & Pearce, P.A. $4,424.80 which represents 80% of the fees

($5,531.00) and $1,235.50, which represents 100% of the expenses requested in the Application

for the period October 1, 2002 through October 31, 2002, upon the filing of this

certification and without the need for entry of a Court order approving the Application.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: January 31, 2003