# RPWB RICHARDSON, PATRICK WESTBROOK & BRICKMAN, LLC

**EDWARD J. WESTBROOK**
Direct: 843.727.6513
Fax:    843.727.6688
Email: ewestbrook@rpwb.com

James C. Bradley
Michael J. Brickman
J. David Butler
William M. Connelly
Jerry Hudson Evans
Nina H. Fields
Thomas P. Gressette, Jr.
H. Blair Hahn
Daniel S. Haltiwanger
Christian H. Hartley
Kimberly S. Keevers
Gregory A. Lofstead
K. Elizabeth Middleton
Daniel O. Myers
Karl E. Novak
Kevin L. Oufnac
Charles W. Patrick, Jr.
Terry E. Richardson, Jr.
Thomas D. Rogers
A. Hoyt Rowell, III
Matthew J. Thiesing
T. Christopher Tuck
Robert M. Turkewitz
Nicholas J. Vogelzang (IL Only)
James L. Ward, Jr.
Edward J. Westbrook
Kenneth J. Wilson
Robert S. Wood

Of Counsel:
Timothy E. Eble
Gordon C. Rhea
James H. Rion, Jr.

January 23, 2003

<u>Via Facsimile – (412) 644-5448</u>
Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.E.PA
5490 US Steel Tower
Pittsburgh, PA  15219

Re:  In Re W.R. Grace (ZAI Science Trial)

Dear Judge Fitzgerald:

As you requested at the November hearing, the parties are providing this joint status report concerning the progress of the ZAI Science Trial proceedings.

As you will recall, the fact discovery cut off is currently scheduled for February 28, 2003. W.R. Grace has recently completed the bulk of its document production, sending six additional bankers boxes of documents that mention ZAI and certain Grace personnel. This production resolved a potential discovery dispute concerning Grace's ability to locate documents in its Boston repository.

The ZAI Claimants have notified Grace of their initial desire to take the depositions of six Grace employees or former employees. (By agreement, the ZAI Claimants have limited their total fact deposition requests to nine). Two of the six requested depositions have been scheduled for February 5 and 6 in Florida and Massachusetts. Grace is attempting to schedule a third and the parties are discussing the other three. The ZAI Claimants and Grace will likely notice additional fact depositions which the parties anticipate being able to complete (barring unforeseen circumstances or witness problems) by the close of fact discovery.

The parties have exchanged and responded to other written discovery. Grace has withheld a number of documents on the ground of privilege. The ZAI Claimants reviewed the Grace privilege list and raised questions about a number of the privilege claims. In subsequent discussions, the parties have narrowed their disagreements. They are currently attempting to narrow further their disagreements and will present any remaining disputes to the Court.

The parties continue to use their best efforts to cooperate and avoid unnecessary pretrial disputes.

Honorable Judith K. Fitzgerald
U.S. Bankruptcy Court, W.E.PA
January 23, 2003
Page Two of Two

Because of the limited budgets available to both sides for the ZAI proceedings, the parties intend to participate in the January 27 conference by telephone to answer any questions the Court may have.

Respectfully,

Edward J. Westbrook, Esq.
Counsel for ZAI Claimants

James J. Restivo, Jr., Esq.
Counsel for W.R. Grace

EJW/kag

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## DECLARATION OF SERVICE

I, William D. Sullivan, Esquire, do hereby declare that I am Delaware counsel for the Zonolite Attic Insulation Plaintiffs, and that on January 31, 2003, I caused a copy copies of the following document to be served via first class mail on the parties identified on the attached service list:

**Letter to the Honorable Judith K. Fitzgerald, dated January 23, 2003, regarding status of the ZAI Science Trial proceedings.**

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.


_/s/ William D. Sullivan_
William D. Sullivan (No. 2820)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 428-3180

Delaware Counsel for Zonolite Attic
Insulation Claimants

# SERVICE LIST FOR ZAI TRIAL PLEADINGS

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705
*(Counsel to Debtors and Debtors-in-Possession)*

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100
*(Counsel to Debtors and Debtors-in-Possession)*

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
*(Counsel to Debtor)*

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886
*(Counsel to Debtor)*

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*(Counsel for The Chase Manhattan Bank)*

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044
*(Debtor)*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*(Counsel to Official Committee of Unsecured Creditors)*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*(Counsel to Official Committee of Unsecured Creditors)*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*(Local Counsel to DIP Lender)*

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102
*(Counsel to Official Committee of Unsecured Creditors)*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*(Counsel for Property Damage Claimants)*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
*(Counsel to DIP Lender)*

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801
*(Counsel to Personal Injury Committee)*

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
*(Official Committee of Property Damage Claimants)*

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
*(Equity Committee Counsel)*

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
*(Official Committee of Personal Injury Claimants)*

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
*(Equity Committee Counsel)*

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
*(Official Committee of Personal Injury Claimants)*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
*(United States Trustee)*

G:\Docs\CLIENT\220305\11221\address\00132220.DOC