UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
  W.R. GRACE & CO.-CONN.                                        |
                                                                | Case No. 01-01140
                                                                |
            Debtors.                                            |
----------------------------------------------------------------X   **Claim No. 679**

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2)**

To: (Transferor)        DCP-LOHJA Inc.
                        7700 Griffin Way
                        Willowbrook, IL 60521
                        Attn: Dan McCullough

The transfer of your claim as shown above, in the amount of $273,919.50 has been transferred (unless previously expunged by court order) to:
                        LONGACRE MASTER FUND, LTD.
                        Transferor: DCP-LOHJA Inc.
                        810 Seventh Avenue, 22nd Floor
                        New York, NY  10019
                        Att: Vladimir Jelisavcic

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

    - FILE A WRITTEN OBJECTION TO THE TRANSFER with:

        United States Bankruptcy Court
        District of Delaware
        824 Market Street, Room 525
        Wilmington, DE 19801

    - SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. ____ in your objection.  If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
                                                    Intake Clerk
-----------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2003.
INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)
Copy to Transferee:_____

                                    _____
                                    Deputy Clerk

**LONGACRE**

THE LONGACRE FUNDS

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel:  212-259-4350
Fax: 212-259-4345
www.longacrellc.com

### TRADE CONFIRMATION

*To:*   *Loparex, Inc. (f.k.a. DCP-LOHJA Inc.)*
       *7700 Griffin Way*
       *Willowbrook, IL 60521*
       *Attn:   Roger Blake*
       *Tel:    630-734-2700*
       *Fax:    630-734-2690*

*From:  Longacre Management, LLC*
       *810 Seventh Avenue, 22nd Floor*
       *New York, NY 10019*
       *Attn:   Steven S. Weissman*
       *Tel:    212-259-4350*
       *Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim agreement which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 12/6/2002 |
| **Seller:** | Loparex, Inc. (f.k.a. DCP-LOHJA Inc.) |
| **Buyer:** | Longacre Master Fund, Ltd. |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding |
| **Claim Amount:** | $230,700.26 |
| **Purchase Rate:** | [deleted]% |
| **Consideration:** | $[deleted] (Claim Amount x Purchase Rate, subject to verification) |
| **Holdback Rate:** | None |

**LONGACRE**

**THE LONGACRE FUNDS**

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel: 212-259-4350
Fax: 212-259-4345
www.longacrellc.com

## TRADE CONFIRMATION

*To:  Loparex, Inc. (f.k.a. DCP-LOHJA Inc.)*
*7700 Griffin Way*
*Willowbrook, IL 60521*
*Attn:  Roger Blake*
*Tel:  630-734-2700*
*Fax:  630-734-2690*

*From: Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn:  Steven S. Weissman*
*Tel:  212-259-4350*
*Fax:  212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim agreement which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 12/6/2002 |
| **Seller:** | Loparex, Inc. (f.k.a. DCP-LOHJA Inc.) |
| **Buyer:** | Longacre Master Fund, Ltd. |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding |
| **Claim Amount:** | $273,919.50 |
| **Purchase Rate:** | % |
| **Consideration:** | (Claim Amount x Purchase Rate, subject to verification) |
| **Holdback Rate:** | None |

| | |
|---|---|
| **Disclosure:** | Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim. |
| **Payments:** | Any payments or distributions made on account of the Claim after the date hereof are for the benefit of Buyer. |
| **Subject to:** | 1) Execution of an Assignment of Claim agreement reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition. |
| **Settlement:** | As soon as reasonably practical. |
| **Binding Effect:** | Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim. |
| **Expiration:** | Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer. |

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Christopher Martinez** at the following fax number: (212) 259-4345

ACCEPTED AND AGREED

LOPAREX, INC. (F.K.A. DCP-LOHJA INC.)

Signature: /s/ Roger E Blake
Title:      Vice President & CFO
Name:   Roger E Blake
Date:      December 18, 2002


LONGACRE MASTER FUND, LTD.


By:     /s/ Steven Weissman
Name:  Steven Weissman
Title:  Director
Date:  12/6/2002