UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
DELAWARE DIVISION



Case number: 01-01140 (JJF)

In re:   W R GRACE & CO. - CONN.

Taxpayer number:   1-13-5114230-9

## WITHDRAWAL OF

## Priority Proof Of Claim

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:   Office of the Attorney General
Collection Division - Bankruptcy Section
P. O. Box 12548
Austin, TX 78711-2548

1. DATE OF CLAIM                : 06/22/2001

2. TOTAL AMOUNT OF CLAIM        : $948,274.70
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/1998 TO 12/31/2001

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 01/09/03                              _____
                                            Richard Craig
                                            Legal Counsel
                                            Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $5,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev. 2-94/2)