

*RUST CONSULTING, INC.*

*Faribo Town Square*

*201 South Lyndale Avenue*

*Faribault, MN 55021-5758*

*(507) 333-4300 (507) 333-4330 Fax*

VIA UPS

January 27, 2003

Paula Galbraith
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street 16th Floor
Wilmington, DE 19899-8705

Re:    W. R. Grace Service List

Dear Ms. Galbraith:

I have enclosed an Affidavit of Service and the Service List for WR Grace & Co. et al, for the period of December 20, 2002 through January 17, 2003. Please file this Service List on Rust Consulting, Inc.'s behalf with the United States Bankruptcy Court for the District of Delaware.

Please let me know if you need any additional information.


Sincerely,

Michelle S. Dalsin
Sr. Project Administrator

Enclosure

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

**1. CLAIMS BAR DATE NOTICE MATERIALS COMPRISED OF:**   **ATTACHED HERETO**
   **AS EXHIBIT 1**
   a. **CLAIMS BAR DATE NOTICE**
   b. **ORDER AS TO ALL NON-ASBESTOS CLAIMS, ASBESTOS PROPERTY DAMAGE CLAIMS, AND MEDICAL MONITORING CLAIMS (I) ESTABLISHING BAR DATE, (II) APPROVING PROOF OF CLAIM FORMS AND (III) APPROVING NOTICE PROGRAM**
   c. **GENERAL INSTRUCTIONS FOR COMPLETING PROOF OF CLAIM FORMS FOR THE BAR DATE**

**2. GRACE NON-ASBESTOS PROOF OF CLAIM FORM**   **ATTACHED HERETO**
   **AS EXHIBIT 2**

**3. WR GRACE & CO. ASBESTOS MEDICAL MONITORING**   **ATTACHED HERETO**
**PROOF OF CLAIM FORM**   **AS EXHIBIT3**

**4. WR GRACE & CO. ASBESTOS PROPERTY DAMAMGE**   **ATTACHED HERETO**
**PROOF OF CLAIM FORM**   **AS EXHIBIT4**

---

[1]The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I, Michelle S. Dalsin, being duly sworn state as follows:

1.      I am over twenty-one years of age and I believe the statements contained herein are true, based on my personal knowledge.

2.      I am employed by Rust Consulting, Inc., located at 201 South Lyndale, Faribault, MN. as a Senior Project Administrator.

3.      On the dates indicated, I caused copies of certain of the above referenced documents, to be served by first class mail upon the parties listed on the attached service lists. The specific documents served on each party are indicated respectively.

I declare under penalty of perjury that the foregoing is true and correct.

_Michelle Dalsin_

Personally appeared before me on this 27th day of January, 2003, Michelle S Dalsin, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



DATED: January 27, 2003
Faribault, Minnesota

VIRGINIA L. SARTOR
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

State of <u>Minnesota</u>      )

County of <u>Rice</u>      )

# W.R. Grace & Co. et al

*Service list for requests from 12/20/2002 to 1/17/2003*

---

00040075
RICHARD J ASAL JR
1040 QUADIC TOWN FARM RD
THOMPSON, CT 06277
12/20/2002

| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040082
GENE HOLLENBERGER
9801 N THORNAPLE LANE
MEQUON, WI 53092
12/20/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040099
DR. CHRISTIAN HORN
PO BOX 7123
CARMEL, CA 93921
12/20/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040105
SARAH DAVIS
180 MORGANTOWN RD
00000
12/20/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040112
SAINT DOUGLAS HAYES
408 HIGH VALLEY BLVD
GREENVILLE, SC 29605-4725
12/20/2002

| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00040129
JOHN DAWSON
9 GRAPE ARBOR LN
FOUNTAIN INN, SC 29644-3513
12/20/2002

| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040136
DOROTHY COVINGTON
22 BLUEGRASS DR
NATCHEZ, MS 39120-8329
12/20/2002

| | |
|---|---|
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040143
WILLIAM ZACHER
199 S UNION RD
WILLIAMSVILLE, NY 14221
12/20/2002

| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040150
CHRISTIAN HORN
PO BOX 7123
CARMEL, CA 93921
12/20/2002

| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040167
MAHMOUD GHAFFARI
30755 VIA LA CRESTA
RANCHO PALOS VERDES, CA 90275
12/20/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Notice: | 0001 |

00040174
MATTHEW PIETSCH
c/o BENDET FIDELL SAKAI & LEE
841 BISHOP STREET, SUITE 1500
HONOLULU, HI 96813
12/20/2002

| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040181
KGH & PM NICHOLES
10 JAWBONE RD
MARTINSDALE, MT 59053-8749
12/20/2002

| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

---

# *W.R. Grace & Co. et al*

*Service list for requests from 12/20/2002 to 1/17/2003*

---

00040198
PHILLIP WICHNER
780 SPRINGFIELD AVE
IRVINGTON, NJ 07111
12/27/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040204
JAMES A DAILEY
c/o SIERRA CONSERVATION CENTER
CDC #P95457 28-04V
PO BOX 617
JAMESTOWN, CA 95327
12/27/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040211
JOHN JONES
2440 CASSENS DR
FENTON, MO 63026-2539
12/27/2002

| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040228
MICHAEL JONES
5725 1/2 2ND AVE
LOS ANGELES, CA 90043
12/27/2002

| | |
|---|---|
| Non-asbestos: | 0004 |
| Notice: | 0001 |

00040235
ESTELLA QUEEN
32 PO BOX
FAYETTE, MS 39069-0032
12/27/2002

| | |
|---|---|
| Property: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040242
EDWARD DUFFY
3338 HIGHLAND'S BRIDGE ROAD
SARASOTA, FL 34235
12/27/2002

| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040259
KAREN CORDRY
c/o NATIONAL ASSOCIATION OF ATTORNEYS GENERAL
750 FIRST ST., N.E.
SUITE 1100
WASHINGTON, DC 20002
12/27/2002

| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040266
JAMES NEEVES
11 HIDDEN HARBOUR DRIVE
GULF STREAM, FL 33483
12/27/2002

| | |
|---|---|
| Non-asbestos: | 0010 |
| Notice: | 0001 |

00040273
RANDY CHASE
116 DAUPHIN WAY
CHATTANOOGA, TN 37411-4405
12/27/2002

| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040280
DAVID MARTINEZ
2014 38TH ST
GALVESTON, TX 77550
12/27/2002

| | |
|---|---|
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040297
HAROLD L SAMPSON
835 7TH AVE E
KALISPELL, MT 59901
12/27/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040303
ALFRED F DUGAN
PO BOX 299
MADISON, CT 06443
12/27/2002

| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 12/20/2002 to 1/17/2003*

---

00040310
THOMAS FOWLER
306 OVERLOOK DR
KERRVILLE, TX 78028
12/27/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040327
RICK BORCHERS
4513 EASTON LN
PETERSBURG, KY 41080
12/27/2002
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040334
SUSAN VINCE
2729 SOUTH XANADU WAY
AURORA, CO 80014-3479
01/03/2003
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040341
RONALD T LEONARD
1180 TOWNLINE RD
KAWKAWLIN, MI 48631-9116
01/03/2003
| | |
|---|---|
| Property: | 0002 |
| Notice: | 0001 |

00040358
MORRIS ARAKELIAN
129 GUILFORD COURT
TAVERNIER, FL 33070
01/03/2003
| | |
|---|---|
| Property: | 0002 |
| Notice: | 0002 |

00040365
SUSAN OLLILA
1050 FIFTH AVENUE  #6B
NEW YORK, NY 10028
01/03/2003
| | |
|---|---|
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00040372
JOSE NUNEZ
ID #776443
9601 SPUR 591
AMARILLO, TX 79107-9606
01/03/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040389
KATHERINE MCMAHON
3037 LONG MEADOW CIR
BLOOMINGTON, MN 55425
01/03/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040396
SHANTEL KASEY
PO BOX 6018
LYNCHBURG, VA 24504
01/03/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040402
PATRICIA BOUGHEN
BOX 1466
NIPAWIN, SK S0E1E0
01/03/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00040419
GLORIA HEYWARD
3615 BLUE RIDGE EXT  10 APT
GRANDVIEW, MO 64030-1572
01/03/2003
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040426
GLORIA HEYWARD
3615 BLUE RIDGE EXT  10 APT
GRANDVIEW, MO 64030-1572
01/03/2003
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 12/20/2002 to 1/17/2003*

00040433
JOEY HARRIS
824 FORK SHOALS RD
GREENVILLE, SC 29605-5832
01/03/2003
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040440
JOEY HARRIS
824 FORK SHOALS RD
GREENVILLE, SC 29605-5832
01/03/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00040457
WILLIAM GILBERT
7924 WOODMAN AVE. #2
PANORAMA CITY, CA 91402-6225
01/03/2003
| | |
|---|---|
| Property: | 0004 |
| Medical: | 0004 |
| Non-asbestos: | 0004 |
| Notice: | 0004 |

00040464
RON CANTRELL
150 ERIC ST.
BATESVILLE, AR 72501
01/03/2003
| | |
|---|---|
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040471
RON CANTRELL
150 ERIC ST.
BATESVILLE, AR 72501
01/03/2003
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040488
CLIFTON BUELL
1018 PARK ESTATES PLACE
ELLISVILLE, MO 63021
01/03/2003
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040495
CLIFTON BUELL
1018 PARK ESTATES PLACE
ELLISVILLE, MO 00006
01/03/2003
| | |
|---|---|
| Notice: | 0001 |

00040501
MICHAEL D. JONES
5725 1/2 2ND AVE.
LOS ANGELES, CA 90043
01/03/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040518
MORTON KLIMAN
215 WAVERLEY AVE
NEWTON, MA 02458-2426
01/07/2003
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040525
MORTON KLIMAN
215 WAVERLEY AVE
NEWTON, MA 02458-2426
01/07/2003
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040532
BETTY ANN MICELI
113 MEADOW LN
POUGHKEEPSIE, NY 12603-3277
01/07/2003
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00040549
EVELYN MAGEE
816 CECELIA DR
SPARTANBURG, SC 29316-6107
01/07/2003
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 12/20/2002 to 1/17/2003*

---

00040556
EVELYN MAGEE
816 CECELIA DR
SPARTANBURG, SC 29316-6107
01/07/2003
    Property:            0001
    Notice:              0001


00040570
ALFRED SCHNEIDER
7 CARLEEN CT
SUMMIT, NJ 07901-1216
01/07/2003
    Non-asbestos:        0001
    Notice:              0001


00040594
DANIEL WILLIAMS
2532 SAGAMORE CIRCLE
AURORA, IL 60504-5664
01/07/2003
    Non-asbestos:        0001
    Notice:              0001


00040617
FATEMEH TALEBI
22970 SYCAMORE CREEK DRIVE
VALENCIA, CA 91354
01/07/2003
    Notice:              0001


00040631
LINDA        N HASTEN
33430 BOWIE ST.
WHITE CASTLE,, LA 70788
01/07/2003
    Non-asbestos:        0100
    Notice:              0010


00040655
BRUNO TEMPESTA
25 DUSTIN STREET
BRIGHTON, MA 02135
01/07/2003
    Medical:             0002
    Notice:              0001


00040563
MICHAEL BEASLEY
3114 TYLER ST NE
MINNEAPOLIS, MN 55418-2148
01/07/2003
    Medical:             0001
    Notice:              0001


00040587
DAVID CHENEY
7205 62ND AVE N
MINNEAPOLIS, MN 55428-2927
01/07/2003
    Medical:             0001
    Notice:              0001


00040600
FATEMEH TALEBI
22970 SYCAMORE CREEK DRIVE
VALENCIA, CA 91354
01/07/2003
    Medical:             0001
    Notice:              0001


00040624
JANIS TALEBIZADEJ
22970 SYCAMORE CREEK DRIVE
VALENCIA, CA 91354
01/07/2003
    Medical:             0003
    Non-asbestos:        0001
    Notice:              0001


00040648
VINCENT DELROSSI
43-45 CHAPIN STREET
SOUTHBRIDGE, MA 01550-2405
01/07/2003
    Property:            0002
    Non-asbestos:        0002
    Notice:              0001


00040662
AUTUMN RAY
102 STRAND APT 3
GALVESTON, TX 77550
01/07/2003
    Medical:             0001
    Notice:              0001

---

# *W.R. Grace & Co. et al*

*Service list for requests from 12/20/2002 to 1/17/2003*

| | |
|---|---|
| 00040679<br>JUSTIN RAY<br>2700 AMB CAFFERY APT 116<br>LAFAYETTE, LA 70506<br>01/07/2003 | 00040686<br>MICHAEL RAY<br>3879 MISSION HILLS DR. EAST<br>JACKSONVILLE, FL 32225<br>01/07/2003 |

00040679
JUSTIN RAY
2700 AMB CAFFERY APT 116
LAFAYETTE, LA 70506
01/07/2003
    Medical:        0001
    Notice:         0001

00040686
MICHAEL RAY
3879 MISSION HILLS DR. EAST
JACKSONVILLE, FL 32225
01/07/2003
    Medical:        0004
    Notice:         0001

00040693
M. TONI PERRY
c/o NONE
20872 SEA MIST LANE
HUNTINGTON BEACH, CA 92646-6301
01/07/2003
    Property:       0001
    Notice:         0001

00040716
PAMELA J TURBIVILLE
c/o NAVISTAR INTERNATIONAL TRANSPORTATION
SENIOR VICE PRESIDENT, HUMAN RESOURCES
455 N CITYFRONT PLAZA DR
CHICAGO, IL 60611
01/10/2003
    Property:       0001
    Medical:        0001
    Non-asbestos:   0001
    Notice:         0001

00040723
MARGARITA MELENDEZ
BO CORAZON MALAGUETTA #735
GUAYAMA, PR 00784
01/10/2003
    Medical:        0001
    Notice:         0001

00040730
MELINDA MELENDEZ
BO CORAZON SECT. BILLODAS 706 B13
GUAYAMA, PR 00784
01/10/2003
    Medical:        0001
    Notice:         0001

00040747
MARTIAN PAVITCH
4306 20TH ST
VERNON, BC V1T3E4          CANADA
01/10/2003
    Property:       0001
    Medical:        0001
    Non-asbestos:   0001
    Notice:         0001

00040754
DAVID MACKIM
BOX 416
MOUNT PLEASANT, OH 43939
01/10/2003
    Property:       0001
    Medical:        0001
    Non-asbestos:   0001
    Notice:         0001

00040761
JACQUELINE POTTS
10736 SYCAMORE TER
KANSAS CITY; MO 64134
01/10/2003
    Medical:        0001
    Notice:         0001

00040778
RAYMOND L SANDERS
393 SICOMAC AVE
WYCKOFF, NJ 07481-2141
01/10/2003
    Property:       0001
    Medical:        0001
    Non-asbestos:   0001
    Notice:         0001

00040785
GEORGE HVIDSTEN
33 HALL RD
CHATHAM, NJ 07928
01/10/2003
    Property:       0001
    Medical:        0001
    Non-asbestos:   0001
    Notice:         0001

00040792
MRS GEORGE HVIDSTEN
33 HALL RD
CHATHAM, NJ 07928
01/10/2003
    Property:       0001
    Medical:        0001
    Non-asbestos:   0001
    Notice:         0001

# *W.R. Grace & Co. et al*

*Service list for requests from 12/20/2002 to 1/17/2003*

00040808
GRANT HEINO
4315 HARBOR LN N
MINNEAPOLIS, MN 55446-2764
01/10/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Notice: | 0001 |

00040815
JAMES KUCHER
2301 91ST CRES N
MINNEAPOLIS, MN 55443-3855
01/10/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Notice: | 0001 |

00040822
R W GORRILLA
5109 PENN AVE S
MINNEAPOLIS, MN 55419
01/10/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00040839
EDMUND KODET
7421 5TH AVE S
MINNEAPOLIS, MN 55423-4334
01/10/2003
| | |
|---|---|
| Medical: | 0002 |
| Notice: | 0001 |

00040846
ROBERT E ANDERSON
1523 ADAMS ST NE
MINNEAPOLIS, MN 55413-1443
01/10/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00040853
BARRY SLEIGHT
655 E RANCHO CATALINA PL
TUCSON, AZ 85704-7223
01/10/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Notice: | 0001 |

00040860
DONALD BURKNESS
3935 WHITE MARSH LN
EDGEWATER, MD 21037-4513
01/10/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00040877
BEVERLY BRISSETT
46 ADAMS ST
HARTFORD, CT 06112
01/10/2003
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040884
PATRICK WYERS
8261 RIVERVIEW LN  3 APT
MINNEAPOLIS, MN 55444-2283
01/10/2003
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00040891
LYLE MCMURCHIE
3035 HAYES ST NE
MINNEAPOLIS, MN 55418-2271
01/10/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00040907
DANIEL BEISE
5903 CARLSON ST
SAINT PAUL, MN 55126-4654
01/10/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00040914
LARRY HOHMANN
1368 21ST AVE SW
CEDAR RAPIDS, IA 52404-2522
01/10/2003
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 12/20/2002 to 1/17/2003*

00040921
DAN TUCKER
BOX 10516
CORPUS CHRISTI, TX 78460
01/10/2003
|  | Non-asbestos: | 0001 |
|  | Notice: | 0001 |

00040938
WALTER PARLOW
2328 4TH ST NE
MINNEAPOLIS, MN 55418
01/10/2003
|  | Medical: | 0001 |
|  | Notice: | 0001 |

00040945
PETER MARTYNOWYCH
9740 46TH AVE NE
SEATTLE, WA 98115-2620
01/10/2003
|  | Property: | 0001 |
|  | Medical: | 0001 |
|  | Notice: | 0001 |

00040952
LORY CASEY
547 PO BOX
LAKESIDE, MT 59922-0547
01/10/2003
|  | Medical: | 0001 |
|  | Notice: | 0001 |

00040969
ANGIE RIDGE
7450 OLD RAILROAD BED RD
MARYVILLE, TN 37801
01/10/2003
|  | Property: | 0001 |
|  | Medical: | 0001 |
|  | Notice: | 0001 |

00040976
PETER DEMICO
2300 BRADLEY RD
CLEVELAND, OH 44145
01/10/2003
|  | Property: | 0001 |
|  | Notice: | 0001 |

00040983
DAVID HARDY
1120 E ROSE ST
LAKELAND, FL 33801-2098
01/10/2003
|  | Medical: | 0001 |
|  | Notice: | 0001 |

00040990
CLAUS SHAY
6350 PELICAN BAY BLVD APT 101B
NAPLES, FL 34108
01/10/2003
|  | Non-asbestos: | 0001 |
|  | Notice: | 0001 |

00041003
REQUESTOR
433 GREGORY ST
WINSTON SALEM, NC 27101-4924
01/10/2003
|  | Property: | 0001 |
|  | Medical: | 0001 |
|  | Non-asbestos: | 0001 |
|  | Notice: | 0001 |

00041010
WALLACE NEAL
11016 GLEN WILDING LN
BLOOMINGTON, MN 55431
01/10/2003
|  | Medical: | 0001 |
|  | Notice: | 0001 |

00041027
CASEY HIXSON
511 EAST TENTH STREET
BOWLING GREEN, KY 42101
01/10/2003
|  | Property: | 0001 |
|  | Medical: | 0001 |
|  | Notice: | 0001 |

00041034
WILLIAM BUCHANAN
4376 GRAYS MARKET
GAHANNA, OH 43230
01/10/2003
|  | Property: | 0001 |
|  | Medical: | 0001 |
|  | Non-asbestos: | 0001 |
|  | Notice: | 0001 |

# *W.R. Grace & Co. et al*

## *Service list for requests from 12/20/2002 to 1/17/2003*

00041041
SONJA DANIEL
c/o NORM'S RESTAURANTS
17904 LAKEWOOD BOULEVARD
BELLFLOWER, CA 90706-6416
01/10/2003
    Property:     •    0005
    Notice:         0001

00041058
WILLIAM SMITH
185 JEFFERSON DRIVE
PALMYRA, VA 22963
01/10/2003
    Non-asbestos:    0001
    Notice:         0001

00041065
ALFRED SCHNEIDER
7 CARLEEN COURT,
SUMMIT, NJ 07901-1216
01/10/2003
    Non-asbestos:    0001
    Notice:         0001

00041072
ROBERT HELLER
c/o ROBERT E. HELLER LAW OFFICE
9129 CONGDON BOULEVARD
DULUTH, MN 55804
01/10/2003
    Property:      0003
    Notice:        0001

00041089
WAVECREST MANAGEMENT
129-09 26TH AVENUE
SUITE 301
FLUSHING, NY 11354
01/10/2003
    Property:     0020
    Notice:       0001

00041102
TOMMY TRULL
c/o DONALDSON AND BLACK
208 WEST WENDOVER AVE
GREENSBORO, NC 27401
01/17/2003
    Property:     0075
    Medical:     0075
    Notice:      0075

00041119
OTTO ZAPP
719 NORTH 20TH STREET
ORD, NB 68862
01/17/2003
    Non-asbestos:    0001
    Notice:         0001

00041126
STEVEN JOHNSON
182 AMETHYST CIRCLE
GARDENA, CA 90248
01/17/2003
    Property:     0001
    Medical:     0001
    Non-asbestos:    0001
    Notice:       0001

00041133
GEORGE DWIGHT
c/o EMMET, MARVIN, & MARTIN
120 BROADWAY
NEW YORK, NY 10271
01/17/2003
    Non-asbestos:    0002
    Notice:         0001

00041140
JEROME JAROSZ
12173 UNDERCLIFF ST NW
MINNEAPOLIS, MN 55433-6727
01/17/2003
    Medical:     0002
    Notice:      0001

00041157
ANTHONY GANTT
2902 TROY PL
DISTRICT HEIGHTS, MD 20747-2852
01/17/2003
    Medical:     0001
    Notice:      0001

00041164
ALAN MANN
9338 TEWSBURY BND
OSSEO, MN 55311-1146
01/17/2003
    Medical:     0001
    Notice:      0001

# W.R. Grace & Co. et al

*Service list for requests from 12/20/2002 to 1/17/2003*

00041171
GARMOND DOTY
6013 EDGEWOOD DR NE
ANDOVER, MN 55304-4847
01/17/2003
| | |
|---|---|
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00041188
STEPHEN SPENCER
608 E 3RD ST
WINONA, MN 55987
01/17/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00041195
MICHAEL PORTER
2530 CHESTNUT AVE
CARLSBAD, CA 92008-2803
01/17/2003
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00041201
RICHARD DEERING
3822 3RD ST NE
MINNEAPOLIS, MN 55421-3738
01/17/2003
| | |
|---|---|
| Medical: | 0001 |
| Notice: | 0001 |

00041218
TERLIE DUDLEY
4220 RING
SAGINAW, MI 00000
01/17/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Non-asbestos: | 0001 |
| Notice: | 0001 |

00041225
RAY JOHNSON
136 N. TWIN LAKES ROAD
COCOA, FL 32926
01/17/2003
| | |
|---|---|
| Property: | 0001 |
| Medical: | 0001 |
| Notice: | 0001 |

00041232
RALPH MITCHELL
3457 CORNING STREET
PORT CHARLOTTE, FL 33980
01/17/2003
| | |
|---|---|
| Property: | 0006 |
| Medical: | 0006 |
| Non-asbestos: | 0006 |
| Notice: | 0006 |

00041249
CHARLES NORRIS
2LL MAXWELL STREET
WHITEVILLE, NC 28472
01/17/2003
| | |
|---|---|
| Property: | 0002 |
| Medical: | 0002 |
| Non-asbestos: | 0002 |
| Notice: | 0001 |

00041256
EDWIN HESS
2931 PLAZA DEL AMO #53
TORRANCE, CA 90275-9326
01/17/2003
| | |
|---|---|
| Property: | 0002 |
| Notice: | 0001 |

00041263
EDWIN HESS
2931 PLAZA DEL AMO #53
TORRANCE, CA 90275-9326
01/17/2003
| | |
|---|---|
| Notice: | 0001 |

00041270
CHARAN KHURANA
13209 GEORGE STREET
FARMERS BRANCH, TX 75234
01/17/2003
| | |
|---|---|
| Property: | 0001 |
| Notice: | 0001 |

00041287
KLAUS SCHEYE
6350 PELICAN BAY BLVD. #101B,
NAPLES, FL 00000
01/17/2003
| | |
|---|---|
| Non-asbestos: | 0001 |
| Notice: | 0001 |

# W.R. Grace & Co. et al

*Service list for requests from 12/20/2002 to 1/17/2003*

00041294
ROGER ISPHORDING
901 VENETIA BAY BLVD SUITE 110
VENICE, FL 34292
01/17/2003
    Non-asbestos:    0001
    Notice:    0001

00041300
PAUL AND MARY LOU ENBERG
c/o PAUL AND MARY LOU ENBERG
11208 7TH ST NE
BLAINE, MN 55434
01/17/2003
    Medical:    0002
    Notice:    0001

00041317
KEVIN ENBERG
1966 JERROLD AVE
ARDEN HILLS, MN 55112
01/17/2003
    Medical:    0001
    Notice:    0001

00041324
PAUL ENBERG JR
8608 CHANHASSEN HILLS DRIVE SOUTH
CHANHASSEN, MN 55317
01/17/2003
    Medical:    0001
    Notice:    0001

00041331
MICHAEL JENKINS
#1080304, D2-33
3295 F M 3514
BEAUMONT, TX 77705
01/17/2003
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00041348
VINCENT J MEAD
c/o US PENITENTIARY LEAVENWORTH
#08301-021
PO BOX 1000
LEAVENWORTH, KS 66048
01/17/2003
    Property:    0001
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00041362
JEROME JAROSZ
12173 UNDERCLIFF ST NW
MINNEAPOLIS, MN 55433-6727
01/17/2003
    Medical:    0002
    Notice:    0001

00041379
ANTHONY GANTT
2902 TROY PL
DISTRICT HEIGHTS, MD 20747-2852
01/17/2003
    Medical:    0001
    Notice:    0001

00041386
ALAN MANN
9338 TEWSBURY BND
OSSEO, MN 55311-1146
01/17/2003
    Medical:    0001
    Notice:    0001

00041393
GARMOND DOTY
6013 EDGEWOOD DR NE
ANDOVER, MN 55304-4847
01/17/2003
    Medical:    0001
    Non-asbestos:    0001
    Notice:    0001

00041409
STEPHEN SPENCER
608 E 3RD ST
WINONA, MN 55987
01/17/2003
    Medical:    0001
    Notice:    0001

00041416
MICHAEL PORTER
2530 CHESTNUT AVE
CARLSBAD, CA 92008-2803
01/17/2003
    Property:    0001
    Notice:    0001

# W.R. Grace & Co. et al

*Service list for requests from 12/20/2002 to 1/17/2003*

---

00041423
RICHARD DEERING
3822 3RD ST NE
MINNEAPOLIS, MN 55421-3738
01/17/2003
    Medical:        0001
    Notice:         0001

00041447
NICOLE KENNEDY
c/o BRENT COON & ASSOCIATES
917 FRANKLIN, STE. 110
HOUSTON, TX 77002
01/17/2003
    Property:      0001
    Medical:        0001
    Notice:         0001

00041461
EILEEN HYATT
301 COOK STREET
DENVER, CO 80206
01/17/2003
    Property:      0001
    Notice:         0001

00041485
LYNN ZIEGLER
W 11281 BILKEY RD
LODI, WI 53555
01/17/2003
    Property:      0001
    Notice:         0001

00041508
ARCHER B. BATTISTA
c/o LYON  FERRITER & FITZPATRICK  LLP
WHITNEY PLACE
14 BOBALA ROAD
HOLYOKE, MA 01040
01/17/2003
    Property:      0002
    Notice:         0001

00041522
REBECCA SAILER
5492 MEADOWVIEW DR S
FLORENCE, MT 59833
01/17/2003
    Medical:        0006
    Notice:         0006

00041430
TERLIE DUDLEY
4220 RING
SAGINAW, MI 00000
01/17/2003
    Property:      0001
    Medical:        0001
    Non-asbestos:    0001
    Notice:         0001

00041454
EDWARD COTTINGHAM
c/o NESS MOTLEY PA
28 BRIDGESIDE BOULEVARD
MT. PLEASANT, SC 29464
01/17/2003
    Property:      0020
    Notice:         0001

00041478
NORMA NAGEL
7751 AVOCET DRIVE
WESLEY CHAPEL, FL 33544
01/17/2003
    Medical:        0003
    Non-asbestos:    0003
    Notice:         0001

00041492
JAN CHRILLESEN
16, LAKESIDE GRANGE
OATLANDS PARK
WEYBRIDGE, SU 00000               ENGLAND
01/17/2003
    Non-asbestos:    0002
    Notice:         0001

00041515
FANETTE STEWART
621 EAST 40TH
SPOKANE, WA 99203-2901
01/17/2003
    Property:      0002
    Notice:         0001

00041539
ROBERT ESTEVEZ
439 GABLE LANE
LINDEN, NJ 07036
01/17/2003
    Property:      0001
    Medical:        0001
    Non-asbestos:    0001
    Notice:         0001