# EXHIBIT A-3

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 94 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/10/02 | | Other Expense: VENDOR: Access/Information; INVOICE#: 125802; DATE: 12/17/2002 - Document delivery through December 13, 2002/Respiratory system | 78.00 |
| 12/10/02 | | Other Meal Expense: VENDOR: Aberle, Natalie K.; INVOICE#: 121002; DATE: 12/10/2002 - OT dinner for NKAberle, JLSherman, KBates, AECarroll on 12/09/02. | 61.20 |
| 12/10/02 | 2 | Photocopy | 0.30 |
| 12/10/02 | 14 | Photocopy | 2.10 |
| 12/10/02 | 2 | Photocopy | 0.30 |
| 12/10/02 | 286 | Photocopy | 42.90 |
| 12/10/02 | 8 | Photocopy | 1.20 |
| 12/10/02 | 15 | Photocopy | 2.25 |
| 12/10/02 | 106 | Photocopy | 15.90 |
| 12/10/02 | 7 | Photocopy | 1.05 |
| 12/10/02 | 8 | Photocopy | 1.20 |
| 12/10/02 | 14 | Photocopy | 2.10 |
| 12/10/02 | 1 | Photocopy | 0.15 |
| 12/10/02 | 196 | Photocopy | 29.40 |
| 12/10/02 | 3 | Photocopy | 0.45 |
| 12/10/02 | 87 | Photocopy | 13.05 |
| 12/10/02 | 5 | Photocopy | 0.75 |
| 12/11/02 | 16 | Color Photocopy | 10.40 |
| 12/11/02 | 8 | Color Photocopy | 5.20 |
| 12/11/02 | 16 | Color Photocopy | 10.40 |
| 12/11/02 | 1 | Lexis | 203.12 |
| 12/11/02 | 1 | Lexis | 162.90 |
| 12/11/02 | | Long Distance Telephone: 6174526071, 9 Mins., TranTime:8:49 | 0.82 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 95 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/11/02 | | Long Distance Telephone: 6174526071, 4 Mins., TranTime:12:5 | 0.32 |
| 12/11/02 | 1 | Outside Courier | 6.50 |
| 12/11/02 | 40 | Oversize/Map Charge | 40.00 |
| 12/11/02 | 14 | Photocopy | 2.10 |
| 12/11/02 | 5 | Photocopy | 0.75 |
| 12/11/02 | 80 | Photocopy | 12.00 |
| 12/11/02 | 101 | Photocopy | 15.15 |
| 12/11/02 | 256 | Photocopy | 38.40 |
| 12/11/02 | 6 | Photocopy | 0.90 |
| 12/11/02 | 50 | Photocopy | 7.50 |
| 12/11/02 | 23 | Photocopy | 3.45 |
| 12/11/02 | 13 | Photocopy | 1.95 |
| 12/11/02 | 46 | Photocopy | 6.90 |
| 12/11/02 | 1,587 | Tab Stock | 79.35 |
| 12/12/02 | 3 | Facsimile | 3.00 |
| 12/12/02 | 45 | Facsimile | 45.00 |
| 12/12/02 | 61 | Facsimile | 61.00 |
| 12/12/02 | 1 | Lexis | 399.97 |
| 12/12/02 | | Long Distance Telephone: 7243094381, 1 Mins., TranTime:8:51 | 0.04 |
| 12/12/02 | | Long Distance Telephone: 4105314203, 3 Mins., TranTime:12:9 | 0.25 |
| 12/12/02 | | Long Distance Telephone: 4065232543, 1 Mins., TranTime:17:17 | 0.07 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002  -  Courier, Acct. 0802-0410-8. 12-03; Gary Graham Missoula, Mt | 12.30 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002  -  Courier, Acct. 0802-0410-8. 12-05; Rich Bartelt Chicago, IL | 12.30 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 96 |
| Invoice No.: | 621058 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002 - Courier, Acct. 0802-0410-8. 12-05; Richard Finke Boca Raton, Fl | 43.42 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002 - Courier, Acct. 0802-0410-8. 12-05; William Corcoran Columbia, Md | 15.41 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002 - Courier, Acct. 0802-0410-8. 12-05; Robert Emmett Columbia, Md | 15.23 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002 - Courier, Acct. 0802-0410-8. 12-06; Robert Emmett Columbia, Md | 13.42 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002 - Courier, Acct. 0802-0410-8. 12-06; Richard Bartelt Chicago, IL | 17.98 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002 - Courier, Acct. 0802-0410-8. 12-09; Dori Anne Kuchinsky Leesburg, Va | 18.52 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002 - Courier, Acct. 0802-0410-8. 12-09; William Mercer Billings, Mt | 15.55 |
| 12/12/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-17925; DATE: 12/12/2002 - Courier, Acct. 0802-0410-8. 12-04; Gary Graham Missoula, Mt | 13.79 |
| 12/12/02 | 101 | Photocopy | 15.15 |
| 12/12/02 | 381 | Photocopy | 57.15 |
| 12/12/02 | 66 | Photocopy | 9.90 |
| 12/12/02 | 14 | Photocopy | 2.10 |
| 12/12/02 | 48 | Photocopy | 7.20 |
| 12/12/02 | 50 | Photocopy | 7.50 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 97 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/12/02 | 287 | Photocopy | 43.05 |
| 12/12/02 | 22 | Photocopy | 3.30 |
| 12/12/02 | 100 | Photocopy | 15.00 |
| 12/12/02 | 12 | Photocopy | 1.80 |
| 12/12/02 | 441 | Photocopy | 66.15 |
| 12/12/02 | 36 | Photocopy | 5.40 |
| 12/12/02 | 22 | Photocopy | 3.30 |
| 12/12/02 | 6 | Photocopy | 0.90 |
| 12/12/02 | 147 | Photocopy | 22.05 |
| 12/12/02 | 13 | Photocopy | 1.95 |
| 12/12/02 | 324 | Photocopy | 48.60 |
| 12/12/02 | 54 | Photocopy | 8.10 |
| 12/12/02 | 30 | Photocopy | 4.50 |
| 12/12/02 | 28 | Photocopy | 4.20 |
| 12/12/02 | 1 | Photocopy | 0.15 |
| 12/12/02 | 51 | Photocopy | 7.65 |
| 12/12/02 | 268 | Photocopy | 40.20 |
| 12/12/02 | 2 | Photocopy | 0.30 |
| 12/12/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 45532; DATE: 12/12/2002  -  Denver, Acct #00020, Room Charges Eric Chatfield, 12/10-12/11/02 (two nights) | 315.38 |
| 12/12/02 | | Travel Expense: VENDOR: Yellow Cab; INVOICE#: 120292; DATE: 12/12/2002  -  Denver, Customer #7220, Cab Fare, 12/4/02, From 1700 Lincoln To 7890 W. 68th Ave. for DDavidson | 24.20 |
| 12/13/02 | 1 | Lexis | 15.33 |
| 12/13/02 | 1 | Lexis | 63.86 |
| 12/13/02 | | Long Distance Telephone: 7036840123, 1 Mins., TranTime:9:5 | 0.06 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 98 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/13/02 | | Long Distance Telephone: 4105314751, 2 Mins., TranTime:9:22 | 0.14 |
| 12/13/02 | | Long Distance Telephone: 4045628190, 2 Mins., TranTime:9:28 | 0.17 |
| 12/13/02 | | Long Distance Telephone: 4067283830, 6 Mins., TranTime:15:35 | 0.54 |
| 12/13/02 | | Other Expense: VENDOR: Choice Sedans; INVOICE#: 121502; DATE: 12/20/2002  -  Sedan services - 12/01-12/15/02 - R. Reiss | 69.00 |
| 12/13/02 | 1 | Outside Courier | 6.50 |
| 12/13/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20349; DATE: 12/13/2002  -  Denver, Airfare, 12/31/02-1/6/03, Denver Missoula Missoula Denver, W. Brown | 130.00 |
| 12/13/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 45635; DATE: 12/13/2002  -  Denver, Acct #00020, Room Charges for Drew VanOrden, 12/11-12/12/02  (two nights, hotel charges only) | 247.32 |
| 12/13/02 | | Travel Expense: VENDOR: Warwick Hotel; INVOICE#: 45636; DATE: 12/13/2002  -  Denver, Acct #00020, Room Charges for Richard Lee, 12/11-12/12/02   (two nights, hotel charges only). | 247.32 |
| 12/14/02 | 1 | Lexis | 114.64 |
| 12/16/02 | 1 | Lexis | 33.18 |
| 12/16/02 | 49 | Photocopy | 7.35 |
| 12/16/02 | 91 | Photocopy | 13.65 |
| 12/16/02 | 45 | Photocopy | 6.75 |
| 12/16/02 | 103 | Photocopy | 15.45 |
| 12/16/02 | | Travel Expense: VENDOR: Street, Loraine C.; INVOICE#: 12/16/02; DATE: 12/16/2002  -  Boulder, 12/10-12-13-14-16/02, Mileage and Parking | 93.10 |
| 12/16/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20361; DATE: 12/16/2002  -  Denver, Airfare, 12/16-12/17/02, Denver Chicago Chicago Baltimore Baltimore Denver, L. Brown | 130.00 |
| 12/17/02 | 14 | Color Photocopy | 9.10 |
| 12/17/02 | 14 | Color Photocopy | 9.10 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 99 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/17/02 | 2 | Facsimile | 2.00 |
| 12/17/02 | 2 | Facsimile | 2.00 |
| 12/17/02 | 2 | Facsimile | 2.00 |
| 12/17/02 | 1 | Lexis | 16.59 |
| 12/17/02 | 1 | Lexis | 351.70 |
| 12/17/02 | 1 | Lexis | 145.79 |
| 12/17/02 | | Long Distance Telephone: 4105314203, 1 Mins., TranTime:12:47 | 0.06 |
| 12/17/02 | | Long Distance Telephone: 2066674273, 3 Mins., TranTime:12:49 | 0.24 |
| 12/17/02 | | Long Distance Telephone: 4105314371, 2 Mins., TranTime:13:46 | 0.17 |
| 12/17/02 | | Long Distance Telephone: 7243871869, 2 Mins., TranTime:16:41 | 0.11 |
| 12/17/02 | 2 | Photocopy | 0.30 |
| 12/17/02 | 1 | Photocopy | 0.15 |
| 12/17/02 | 2 | Photocopy | 0.30 |
| 12/17/02 | 2 | Photocopy | 0.30 |
| 12/17/02 | 30 | Photocopy | 4.50 |
| 12/17/02 | | Travel Expense: VENDOR: Brown, Linnea; INVOICE#: 122302E; DATE: 12/26/2002  -  Travel expense - December 15-17,2002 - Missoula and Columbia, Montana - pretrial and client meeting/Hotel (three nights) | 310.81 |
| 12/17/02 | | Travel Expense: VENDOR: Brown, Linnea; INVOICE#: 122302E; DATE: 12/26/2002  -  Travel expense - December 15-17,2002 - Missoula and Columbia, Montana - pretrial and client meeting/Meals | 23.30 |
| 12/17/02 | | Travel Expense: VENDOR: Brown, Linnea; INVOICE#: 122302E; DATE: 12/26/2002  -  Travel expense - December 15-17,2002 - Missoula and Columbia, Montana - pretrial and client meeting/Personal Mileage | 18.03 |
| 12/17/02 | | Travel Expense: VENDOR: Brown, Linnea; INVOICE#: 122302E; DATE: 12/26/2002  -  Travel expense - December 15-17,2002 - Missoula and Columbia, Montana - pretrial and client meeting/Parking | 32.00 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 100 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/17/02 | | Travel Expense: VENDOR: Lund, Kenneth W; INVOICE#: 01/03/03; DATE: 1/3/2003  -  12/4/ 02 - Sacramento- Attend meeting with possible trial witnesses and 12/17/02- Baltimore, MD - Attend meeting with Bill Corcoran re case status and strategy - Airfare | 575.50 |
| 12/17/02 | 4 | Velo Binding | 4.00 |
| 12/17/02 | 1 | Westlaw | 224.82 |
| 12/18/02 | 13 | Facsimile | 13.00 |
| 12/18/02 | 2 | Facsimile | 2.00 |
| 12/18/02 | 1 | Lexis | 85.83 |
| 12/18/02 | 1 | Lexis | 132.89 |
| 12/18/02 | 1 | Lexis | 100.69 |
| 12/18/02 | | Long Distance Telephone: 4105314170, 2 Mins., TranTime:11:13 | 0.14 |
| 12/18/02 | | Long Distance Telephone: 7036840123, 2 Mins., TranTime:13:49 | 0.12 |
| 12/18/02 | | Long Distance Telephone: 7036840123, 5 Mins., TranTime:13:56 | 0.47 |
| 12/18/02 | | Long Distance Telephone: 5613621533, 4 Mins., TranTime:14:21 | 0.37 |
| 12/18/02 | | Long Distance Telephone: 3124254103, 13 Mins., TranTime:14:49 | 1.23 |
| 12/18/02 | | Long Distance Telephone: 5618666803, 1 Mins., TranTime:16:0 | 0.02 |
| 12/18/02 | | Long Distance Telephone: 5618666803, 22 Mins., TranTime:16:17 | 2.15 |
| 12/18/02 | | Long Distance Telephone: arthy, Jay D; INVOICE#: 12/18/2002; DATE: 12/18/2002  -  Denver, 12/15-12/16/02, Missoula, MT, Attend Pretrail Hearing, Telephone | 12.56 |
| 12/18/02 | | Other Meal Expense: VENDOR: McCarthy, Jay D; INVOICE#: 12/18/02; DATE: 12/18/2002  -  Denver, 12/15/02, Hard Rock Cafe, Working Lunch for Grace Team to Prepare for Pretrial Conference, JDMcCarthy, LBrown, KJCoggon, JLSherman, MBFloyd, AECarroll, MCLatuda, NKAberle, DDavidson and PRStacey (Avg. $12.00 per meal) | 119.20 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 101 |
| Invoice No.: | 621058 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/18/02 | | Other Meal Expense: VENDOR: McCarthy, Jay D; INVOICE#: 12/18/2002; DATE: 12/18/2002 - Denver, 12/15-12/16/02, Missoula, MT, Attend Pretrail Hearing, Meals (two) | 24.50 |
| 12/18/02 | 1 | Outside Courier | 6.50 |
| 12/18/02 | 3 | Photocopy | 0.45 |
| 12/18/02 | 1 | Photocopy | 0.15 |
| 12/18/02 | 191 | Photocopy | 28.65 |
| 12/18/02 | 156 | Photocopy | 23.40 |
| 12/18/02 | 50 | Photocopy | 7.50 |
| 12/18/02 | 6 | Photocopy | 0.90 |
| 12/18/02 | 52 | Photocopy | 7.80 |
| 12/18/02 | | Travel Expense: VENDOR: McCarthy, Jay D; INVOICE#: 12/18/2002; DATE: 12/18/2002 - Denver, 12/15-12/16/02, Missoula, MT, Attend Pretrial Hearing, Hotel | 82.16 |
| 12/18/02 | | Travel Expense: VENDOR: McCarthy, Jay D; INVOICE#: 12/18/2002; DATE: 12/18/2002 - Denver, 12/15-12/16/02, Missoula, MT, Attend Pretrial Hearing, Personal Auto/Miles | 7.66 |
| 12/19/02 | 2 | Facsimile | 2.00 |
| 12/19/02 | 1 | Lexis | 38.26 |
| 12/19/02 | 1 | Lexis | 421.87 |
| 12/19/02 | | Long Distance Telephone: 4067218550, 15 Mins., TranTime:11:40 | 1.43 |
| 12/19/02 | | Long Distance Telephone: 6174526071, 4 Mins., TranTime:12:4 | 0.35 |
| 12/19/02 | 1 | Outside Courier | 6.50 |
| 12/19/02 | 1 | Outside Courier | 6.50 |
| 12/19/02 | 6 | Photocopy | 0.90 |
| 12/19/02 | 142 | Photocopy | 21.30 |
| 12/19/02 | 6 | Photocopy | 0.90 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 102 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/19/02 | 15 | Photocopy | 2.25 |
| 12/19/02 | 17 | Photocopy | 2.55 |
| 12/19/02 | 138 | Photocopy | 20.70 |
| 12/19/02 | 38 | Photocopy | 5.70 |
| 12/19/02 | 3 | Photocopy | 0.45 |
| 12/19/02 | 55 | Photocopy | 8.25 |
| 12/19/02 | 1 | Photocopy | 0.15 |
| 12/19/02 | 1 | Photocopy | 0.15 |
| 12/19/02 | 1 | Photocopy | 0.15 |
| 12/19/02 | 1 | Photocopy | 0.15 |
| 12/19/02 | 230 | Photocopy | 34.50 |
| 12/19/02 | 16 | Photocopy | 2.40 |
| 12/19/02 | 382 | Photocopy | 57.30 |
| 12/19/02 | 4 | Photocopy | 0.60 |
| 12/19/02 | 342 | Photocopy | 51.30 |
| 12/19/02 | 5 | Photocopy | 0.75 |
| 12/19/02 | 3 | Photocopy | 0.45 |
| 12/19/02 | 4 | Photocopy | 0.60 |
| 12/19/02 | 8 | Photocopy | 1.20 |
| 12/19/02 | 4 | Photocopy | 0.60 |
| 12/19/02 | 695 | Photocopy | 104.25 |
| 12/19/02 | 38 | Photocopy | 5.70 |
| 12/19/02 | 82 | Photocopy | 12.30 |
| 12/19/02 | 59 | Photocopy | 8.85 |
| 12/19/02 | 511 | Photocopy | 76.65 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | | 103 |
| Invoice No.: | | 621058 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/19/02 | 21 | Photocopy | 3.15 |
| 12/19/02 | 604 | Photocopy | 90.60 |
| 12/19/02 | 150 | Photocopy | 22.50 |
| 12/19/02 | 2 | Photocopy | 0.30 |
| 12/19/02 | 12 | Photocopy | 1.80 |
| 12/19/02 | 1 | Photocopy | 0.15 |
| 12/19/02 | 440 | Photocopy | 66.00 |
| 12/19/02 | 228 | Photocopy | 34.20 |
| 12/19/02 | 248 | Photocopy | 37.20 |
| 12/19/02 | 54 | Photocopy | 8.10 |
| 12/19/02 | 266 | Photocopy | 39.90 |
| 12/19/02 | 132 | Photocopy | 19.80 |
| 12/20/02 | 4 | Color Photocopy | 2.60 |
| 12/20/02 | 96 | Color Photocopy | 62.40 |
| 12/20/02 | 143 | Color Photocopy | 92.95 |
| 12/20/02 | 24 | Facsimile | 24.00 |
| 12/20/02 | 1 | Lexis | 11.08 |
| 12/20/02 | | Long Distance Telephone: 4105314751, 14 Mins., TranTime:10:50 | 1.39 |
| 12/20/02 | | Long Distance Telephone: 4105314203, 2 Mins., TranTime:11:6 | 0.20 |
| 12/20/02 | | Long Distance Telephone: 4105314362, 2 Mins., TranTime:11:10 | 0.11 |
| 12/20/02 | | Long Distance Telephone: 4105314362, 4 Mins., TranTime:13:37 | 0.36 |
| 12/20/02 | | Long Distance Telephone: 4105314203, 24 Mins., TranTime:13:47 | 2.33 |
| 12/20/02 | | Long Distance Telephone: 4105314362, 2 Mins., TranTime:14:11 | 0.12 |
| 12/20/02 | | Long Distance Telephone: 4102884104, 1 Mins., TranTime:14:12 | 0.03 |
| 12/20/02 | | Long Distance Telephone: 4122884104, 1 Mins., TranTime:14:14 | 0.05 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 104 |
| Invoice No.: | 621058 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/20/02 | | Long Distance Telephone: 4124961870, 2 Mins., TranTime:14:15 | 0.16 |
| 12/20/02 | | Long Distance Telephone: 4105314362, 1 Mins., TranTime:14:17 | 0.09 |
| 12/20/02 | | Long Distance Telephone: 4065232500, 1 Mins., TranTime:14:59 | 0.07 |
| 12/20/02 | | Long Distance Telephone: 6174526071, 1 Mins., TranTime:15:45 | 0.08 |
| 12/20/02 | 1 | Outside Courier | 6.50 |
| 12/20/02 | 3 | Photocopy | 0.45 |
| 12/20/02 | 5 | Photocopy | 0.75 |
| 12/20/02 | 1 | Photocopy | 0.15 |
| 12/20/02 | 40 | Photocopy | 6.00 |
| 12/20/02 | 24 | Photocopy | 3.60 |
| 12/20/02 | 10 | Photocopy | 1.50 |
| 12/20/02 | 719 | Photocopy | 107.85 |
| 12/20/02 | 21 | Photocopy | 3.15 |
| 12/20/02 | 2 | Photocopy | 0.30 |
| 12/20/02 | 6 | Photocopy | 0.90 |
| 12/20/02 | 3 | Photocopy | 0.45 |
| 12/20/02 | 50 | Photocopy | 7.50 |
| 12/20/02 | 920 | Photocopy | 138.00 |
| 12/20/02 | 1,179 | Photocopy | 176.85 |
| 12/20/02 | 156 | Photocopy | 23.40 |
| 12/20/02 | 164 | Photocopy | 24.60 |
| 12/20/02 | 68 | Photocopy | 10.20 |
| 12/20/02 | 208 | Photocopy | 31.20 |
| 12/20/02 | 2 | Photocopy | 0.30 |
| 12/20/02 | 7 | Photocopy | 1.05 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 105 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/20/02 | 2 | Photocopy | 0.30 |
| 12/21/02 | 160 | Color Photocopy | 104.00 |
| 12/21/02 | 1 | Lexis | 64.44 |
| 12/21/02 | 90 | Photocopy | 13.50 |
| 12/22/02 | 1 | Lexis | 199.86 |
| 12/22/02 | | Long Distance Telephone: 2066183954, 3 Mins., TranTime:14:12 | 0.25 |
| 12/22/02 | | Long Distance Telephone: 4256371977, 12 Mins., TranTime:14:49 | 1.16 |
| 12/22/02 | 18 | Photocopy | 2.70 |
| 12/22/02 | 65 | Photocopy | 9.75 |
| 12/22/02 | 174 | Photocopy | 26.10 |
| 12/22/02 | 69 | Photocopy | 10.35 |
| 12/22/02 | 1 | Photocopy | 0.15 |
| 12/22/02 | 80 | Photocopy | 12.00 |
| 12/23/02 | 1 | Facsimile | 1.00 |
| 12/23/02 | 8 | Facsimile | 8.00 |
| 12/23/02 | 1 | Facsimile | 1.00 |
| 12/23/02 | 3 | Facsimile | 3.00 |
| 12/23/02 | 18 | Facsimile | 18.00 |
| 12/23/02 | 1 | Lexis | 105.21 |
| 12/23/02 | 1 | Lexis | 749.36 |
| 12/23/02 | 1 | Lexis | 1,603.41 |
| 12/23/02 | 1 | Lexis | 91.62 |
| 12/23/02 | 1 | Lexis | 217.49 |
| 12/23/02 | | Long Distance Telephone: 6057221255, 1 Mins., TranTime:8:39 | 0.04 |
| 12/23/02 | | Long Distance Telephone: 6057221255, 6 Mins., TranTime:10:51 | 0.54 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 106 |
| Invoice No.: | 621058 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/23/02 | | Long Distance Telephone: 6057221255, 3 Mins., TranTime:13:18 | 0.25 |
| 12/23/02 | | Long Distance Telephone: 4105314203, 14 Mins., TranTime:11:28 | 1.37 |
| 12/23/02 | 68 | Photocopy | 10.20 |
| 12/23/02 | 773 | Photocopy | 115.95 |
| 12/23/02 | 985 | Photocopy | 147.75 |
| 12/23/02 | 64 | Photocopy | 9.60 |
| 12/23/02 | 3 | Photocopy | 0.45 |
| 12/23/02 | 1,164 | Photocopy | 174.60 |
| 12/23/02 | 1,667 | Photocopy | 250.05 |
| 12/23/02 | 14 | Photocopy | 2.10 |
| 12/23/02 | 101 | Photocopy | 15.15 |
| 12/23/02 | 22 | Photocopy | 3.30 |
| 12/23/02 | 2 | Photocopy | 0.30 |
| 12/23/02 | 5 | Photocopy | 0.75 |
| 12/23/02 | 25 | Photocopy | 3.75 |
| 12/23/02 | 2 | Photocopy | 0.30 |
| 12/23/02 | 16 | Photocopy | 2.40 |
| 12/23/02 | 16 | Photocopy | 2.40 |
| 12/23/02 | 6 | Photocopy | 0.90 |
| 12/24/02 | 40 | Color Photocopy | 26.00 |
| 12/24/02 | | Long Distance Telephone: 7037298543, 2 Mins., TranTime:9:20 | 0.11 |
| 12/26/02 | | Long Distance Telephone: 4065232543, 1 Mins., TranTime:10:47 | 0.09 |
| 12/26/02 | | Long Distance Telephone: 4105314203, 45 Mins., TranTime:12:8 | 4.50 |
| 12/26/02 | | Long Distance Telephone: 6174526071, 6 Mins., TranTime:13:22 | 0.58 |
| 12/26/02 | | Long Distance Telephone: 4105314751, 29 Mins., TranTime:13:59 | 2.85 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

Page          107
Invoice No.:  621058
Client  No.:  04339
Matter  No.:  00302

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/26/02 | | Photocopy | 21.20 |
| 12/26/02 | 6 | Photocopy | 0.90 |
| 12/26/02 | | Photocopy | 789.20 |
| 12/26/02 | | Photocopy | 106.60 |
| 12/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20431; DATE: 12/26/2002 - Denver, Airfare, 1/2-1/11/03, Denver Missoula Missoula Denver, K. Coggon | 1,258.00 |
| 12/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20432; DATE: 12/26/2002 - Denver, Airfare, 1/2-1/11/03, Denver Missoula Missoula Denver, L. Brown | 1,258.00 |
| 12/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20433; DATE: 12/26/2002 - Denver, Airfare, 1/2-1/11/03, Denver Missoula Missoula Denver, K. Carnes | 1,258.00 |
| 12/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20434; DATE: 12/26/2002 - Denver, Airfare, 1/2-1/11/03, Denver Missoula Missoula Denver, J. MCarthy | 1,258.00 |
| 12/26/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20435; DATE: 12/26/2002 - Denver, Airfare, 1/2-1/11/03, Denver Missoula Missoula Denver, E. Stevenson | 1,258.00 |
| 12/27/02 | 2 | Facsimile | 2.00 |
| 12/27/02 | 1 | Photocopy | 0.15 |
| 12/27/02 | 1 | Photocopy | 0.15 |
| 12/27/02 | 4 | Photocopy | 0.60 |
| 12/27/02 | 4 | Photocopy | 0.60 |
| 12/27/02 | 8 | Photocopy | 1.20 |
| 12/27/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20442; DATE: 12/27/2002 - Denver, Airfare, 1/3-1/6/03, Denver Missoula Missoula Denver, W. Brown | 535.00 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 108 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/27/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20443; DATE: 12/27/2002  -  Denver, Airfare, 1/2-1/11/03, Denver Missoula Missoula Denver, N. Aberle | 1,258.00 |
| 12/27/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20445; DATE: 12/27/2002  -  Denver, Airfare, 1/3-1/11/03, Denver Missoula Missoula Denver, D. Jensen | 1,258.00 |
| 12/28/02 | 1 | Photocopy | 0.15 |
| 12/28/02 | 1 | Photocopy | 0.15 |
| 12/28/02 | 41 | Photocopy | 6.15 |
| 12/28/02 | 19 | Photocopy | 2.85 |
| 12/28/02 | 55 | Photocopy | 8.25 |
| 12/28/02 | 1 | Photocopy | 0.15 |
| 12/29/02 | | Other Meal Expense: VENDOR: Mulholland, Imelda; INVOICE#: 12/31/02; DATE: 12/31/2002  -  Denver, 12/29/02, Maggiano's, Lunch for Attorneys and Paralegal Staff working on Motion for Reconsideration, L. Brown, K. Coggon, J. McCarthy, C. Latuda, I. Mulholland, J. Sherman, A. Carroll, N. Aberle (Avg. meal $9.00) | 71.67 |
| 12/29/02 | 17 | Photocopy | 2.55 |
| 12/29/02 | 54 | Photocopy | 8.10 |
| 12/29/02 | 1 | Photocopy | 0.15 |
| 12/29/02 | 4 | Photocopy | 0.60 |
| 12/30/02 | 60 | Color Photocopy | 39.00 |
| 12/30/02 | 118 | Color Photocopy | 76.70 |
| 12/30/02 | 116 | Color Photocopy | 75.40 |
| 12/30/02 | 7 | Facsimile | 7.00 |
| 12/30/02 | 6 | Facsimile | 6.00 |
| 12/30/02 | 15 | Facsimile | 15.00 |
| 12/30/02 | 53 | Facsimile | 53.00 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 109 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/30/02 | | Long Distance Telephone: 4065427286, 1 Mins., TranTime:9:1 | 0.02 |
| 12/30/02 | | Long Distance Telephone: 4067218550, 6 Mins., TranTime:9:32 | 0.52 |
| 12/30/02 | | Long Distance Telephone: 2537795588, 2 Mins., TranTime:10:55 | 0.15 |
| 12/30/02 | | Long Distance Telephone: 6174984459, 2 Mins., TranTime:12:44 | 0.11 |
| 12/30/02 | 8 | Photocopy | 1.20 |
| 12/30/02 | 191 | Photocopy | 28.65 |
| 12/30/02 | 52 | Photocopy | 7.80 |
| 12/30/02 | 25 | Photocopy | 3.75 |
| 12/30/02 | 54 | Photocopy | 8.10 |
| 12/30/02 | 3 | Photocopy | 0.45 |
| 12/30/02 | 439 | Photocopy | 65.85 |
| 12/30/02 | 80 | Photocopy | 12.00 |
| 12/30/02 | 249 | Photocopy | 37.35 |
| 12/30/02 | 25 | Photocopy | 3.75 |
| 12/30/02 | 347 | Photocopy | 52.05 |
| 12/30/02 | 30 | Photocopy | 4.50 |
| 12/30/02 | 42 | Photocopy | 6.30 |
| 12/30/02 | 22 | Photocopy | 3.30 |
| 12/30/02 | 28 | Photocopy | 4.20 |
| 12/30/02 | 10 | Photocopy | 1.50 |
| 12/30/02 | 80 | Photocopy | 12.00 |
| 12/30/02 | 119 | Photocopy | 17.85 |
| 12/30/02 | 25 | Photocopy | 3.75 |
| 12/30/02 | 8 | Photocopy | 1.20 |
| 12/30/02 | 382 | Photocopy | 57.30 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 110 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/30/02 | 55 | Photocopy | 8.25 |
| 12/30/02 | 611 | Photocopy | 91.65 |
| 12/30/02 | 255 | Photocopy | 38.25 |
| 12/30/02 | 30 | Photocopy | 4.50 |
| 12/30/02 | 909 | Photocopy | 136.35 |
| 12/30/02 | 170 | Photocopy | 25.50 |
| 12/30/02 | 4 | Photocopy | 0.60 |
| 12/30/02 | 60 | Photocopy | 9.00 |
| 12/30/02 | 342 | Photocopy | 51.30 |
| 12/30/02 | 141 | Photocopy | 21.15 |
| 12/30/02 | 610 | Photocopy | 91.50 |
| 12/30/02 | 51 | Photocopy | 7.65 |
| 12/30/02 | 1,485 | Photocopy | 222.75 |
| 12/30/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20450; DATE: 12/30/2002  -  Denver, Airfare, 1/6-1/11/03, Denver Missoula Missoula Denver, J. Bader | 1,258.00 |
| 12/30/02 | 2 | Velo Binding | 2.00 |
| 12/31/02 | | Administration: other billable 12-13/02-WP | 75.00 |
| 12/31/02 | | Legal Assistant Overtime: 12/13/02-LA OT-11/29/02-MBF | 546.25 |
| 12/31/02 | | Legal Assistant Overtime: 12/13/02-LA OT-11/22/02-PS | 276.25 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/6/02-NA | 1,306.25 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/13/02-NA | 1,663.75 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-11/22/02-AC | 525.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-11/29/02-AC | 962.50 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/06/02-MF | 991.88 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/13/02-MF | 948.75 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 111 |
| Invoice No.: | 621058 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/6/02-CL | 242.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/13/02-CL | 1,050.50 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/6/02-JS | 1,956.50 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/13/02-JS | 1,846.00 |
| 12/31/02 | | Legal Assistant Overtime: 12/31/02-LA OT-12/13/02-PS | 825.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT-12/6/02-FP | 203.13 |
| 12/31/02 | | Legal Assistant Overtime: 12/13/02-LA OT-11/15/02-CL | 137.50 |
| 12/31/02 | | Legal Assistant Overtime: 12/13/02-LA OT-11/22/02-CL | 178.75 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 10/25/02-NA | 352.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 11/15/02-NA | 165.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 11/22/02-NA | 973.50 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 11/29/02-NA | 1,177.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 9/6/02-JS | 156.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 9/13/02-JS | 793.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 9/20/02-JS | 643.50 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 9/27/02-JS | 9.75 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 11/15/02-JS | 1,092.00 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 11/22/02-JS | 695.50 |
| 12/31/02 | | Legal Assistant Overtime: LA OT 11/29/02-JS | 1,924.00 |
| 12/31/02 | | Other Meal Expense: VENDOR: Sherman, Joan L; INVOICE#: 12/31/02; DATE: 12/31/2002  -  Denver, 12/8/02 Nicolos Dinner for Joan Sherman, Carla Latuda, Mary Beth Floyd, Natalie Aberlie, Ann Carroll and Katheryn Coggon $39.67, 12/15/02 Starbucks Beverages for Jay McCarthy, Natalie Aberlie, Joan Sherman and Carla Latuda $20.03 | 59.70 |
| 12/31/02 | 32 | Photocopy | 4.80 |
| 12/31/02 | 6 | Photocopy | 0.90 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 112 |
| Invoice No.: | 621058 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/31/02 | 71 | Photocopy | 10.65 |
| 12/31/02 | 112 | Photocopy | 16.80 |
| 12/31/02 | 25 | Photocopy | 3.75 |
| 12/31/02 | 1 | Photocopy | 0.15 |
| 12/31/02 | 147 | Photocopy | 22.05 |
| 12/31/02 | 215 | Photocopy | 32.25 |
| 12/31/02 | 42 | Photocopy | 6.30 |
| 12/31/02 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20462; DATE: 12/31/2002 - Denver, Airfare, 1/5-1/11/03, Seattle Missoula Missoula Seattle, M. Hutchinson | 664.00 |

**Total Disbursements:**          **$ 75,582.93**

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 113 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Disbursement Summary

| | | |
|---|---|---:|
| Parking | $ | 11.00 |
| Photocopy | | 6,726.35 |
| Facsimile | | 362.00 |
| Long Distance Telephone | | 68.51 |
| Outside Courier | | 649.63 |
| Travel Expense | | 15,682.64 |
| Postage | | 6.50 |
| Lexis | | 27,474.39 |
| Westlaw | | 588.67 |
| Other Meal Expense | | 1,232.45 |
| Outside Reproduction | | 29.48 |
| Other Expense | | 345.00 |
| Legal Assistant Overtime | | 21,641.26 |
| Administration | | 75.00 |
| Oversize/Map Charge | | 40.00 |
| Color Photocopy | | 557.70 |
| Velo Binding | | 13.00 |
| Tab Stock | | 79.35 |
| **Total Disbursements:** | **$** | **75,582.93** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577764 | 10/30/01 | Bill | 5,425.00 |
| | | *Outstanding Balance on Invoice 577764:* | $   *5,425.00* |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | December | Total  Comp |
|------|----------|-------------|----------|-------------|
| Duffus, Deborah | Paralegal | $    60.00 | 40.3 | $    2,418.00 |
| | | | | |
| Total | | | 40.30 | $    2,418.00 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Parking | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Other Expenses | $ - |
| Other Meal Expenses | $ - |
| Word Processing | $ - |
| **Total** | **$ -** |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 120 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/02/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.50 | $ 510.00 |
| 12/03/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 9.00 | 540.00 |
| 12/04/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 8.00 | 480.00 |
| 12/05/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.00 | 420.00 |
| 12/06/02 | DRD | Review, categorize and code documents produced by EPA for relevance to various case issues. | 7.80 | 468.00 |
| | | **Total Fees Through December 31, 2002:** | **40.30** | **$ 2,418.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| DRD | Deborah R Duffus | Paralegal | $ 60.00 | 40.30 | $ 2,418.00 |
| | | **Total Fees:** | | **40.30** | **$ 2,418.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577747 | 10/30/01 | Bill | 12,656.44 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | December | Total  Comp |
|------|----------|-------------|----------|-------------|
| Flaagan, Elizabeth K. | Partner | $      275.00 | 3.10 | $      852.50 |
| Haag, Susan | Paralegal | $      105.00 | 7.3 | $      766.50 |
|  |  |  |  |  |
| Total |  |  | 10.40 | $    1,619.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $      76.80 |
| Facsimiles | $         - |
| Long Distance Telephone | $       0.20 |
| Outside Courier | $      34.18 |
| Tab Stock | $         - |
| Lexis | $         - |
| Westlaw | $         - |
| Meal Expenses | $         - |
| Research Services | $         - |
| Professional Billable Services | $    2,019.50 |
| **Total** | **$    2,130.68** |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 123 |
| Invoice No.: | 621058 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 12/02/02 | EKF | Review orders authorizing fees on first, second, third and fifth interim applications (.20). | 0.20 | $ | 55.00 |
| 12/12/02 | EKF | Review and revise November invoices. | 2.70 | | 742.50 |
| 12/23/02 | SH | Draft 2001 fee spreadsheet for KWLund (N/C). | 0.00 | | 0.00 |
| 12/24/02 | SH | Update charts for November fee application (1.00); research Pacer for certificate of no objection (.30) (N/C). | 0.00 | | 0.00 |
| 12/26/02 | EKF | Review and revise November monthly fee application (.20). | 0.20 | | 55.00 |
| 12/26/02 | SH | Calculate charts for November fee application (2.50); calculate and draft November fee application summary (2.80). | 5.30 | | 556.50 |
| 12/27/02 | SH | Revise and compile November fee application. | 1.00 | | 105.00 |
| 12/30/02 | SH | Format fee detail for fee auditor (1.00). | 1.00 | | 105.00 |

**Total Fees Through December 31, 2002:** **10.40** **$** **1,619.00**

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 3.10 | $ | 852.50 |
| SH | Susan Haag | Paralegal | 105.00 | 7.30 | | 766.50 |
| SH | Susan Haag | Paralegal | 0.00 | 0.00 | | 0.00 |

**Total Fees:** **10.40** **$** **1,619.00**

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 124 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/15/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-443-63920; DATE: 11/15/2002  -  Courier, Acct. 0802-0410-8. 11-01; Gayle Ignudo Wilmington, De | $ 17.01 |
| 11/18/02 | | Professional Other Billable  Service: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 244847.; DATE: 11/18/2002  - Denver, Professional Services Through October 31, 2002 | 315.87 |
| 12/03/02 | | Long Distance Telephone: 3028886909, 2 Mins., TranTime:13:50 | 0.11 |
| 12/05/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-486-81444; DATE: 12/5/2002  -  Courier, Acct. 0802-0410-8. 11-26; Nichole Sessa Wilmington, De | 17.17 |
| 12/13/02 | | Professional Other Billable  Service: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 246103; DATE: 12/13/2002  - Denver, Professional Service Through November 30, 2002 | 1,703.63 |
| 12/26/02 | | Long Distance Telephone: 3028886909, 1 Mins., TranTime:9:49 | 0.05 |
| 12/27/02 | 508 | Photocopy | 76.20 |
| 12/27/02 | 4 | Photocopy | 0.60 |
| 12/31/02 | | Long Distance Telephone: 3028886909, 1 Mins., TranTime:12:57 | 0.04 |

**Total Disbursements:** $ **2,130.68**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 76.80 |
| Long Distance Telephone | | 0.20 |
| Outside Courier | | 34.18 |
| Professional Other Billable  Service | | 2,019.50 |
| **Total Disbursements:** | **$** | **2,130.68** |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | December | Total Comp |
|------|----------|-------------|----------|------------|
| Tracy, Brent | Associate | $    240.00 | 0.3 | $      72.00 |
|  |  |  |  |  |
| Total |  |  | 0.30 | 72.00 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimile | $ - |
| Long Distance Telephone | $ 49.78 |
| Outside Courier | $ 131.64 |
| Travel Expense | $ - |
| Lexis | $ - |
| Temporary Services | $ - |
| Meal Expenses | $ - |
| Legal Asst. Overtime | $ 1,150.00 |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 1,331.42** |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 127 |
| Invoice No.: | 621058 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/19/02 | BAT | Telephone conference with Matt Murphy re his questions on scope of EH&S microfilmed documents reviewed during Boston review project. | 0.10 | $ 24.00 |
| 12/23/02 | BAT | Telephone exchanges with Matt Murphy re answering questions on scope of historical documents archived by EH&S group (0.2). | 0.20 | 48.00 |

**Total Fees Through December 31, 2002:** **0.30** **$ 72.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| BAT | Brent A. Tracy | Associate | $ 240.00 | 0.30 | $ 72.00 |

**Total Fees:** **0.30** **$ 72.00**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/07/02 | | Long Distance Telephone: arOne Communications; INVOICE#: 172653-000; DATE: 11/30/2002 - Conference Calls - November 2002 | $ 49.78 |
| 11/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-471-28106; DATE: 11/29/2002 - Courier, Acct. 1166-7194-8. 11-15; Matt Murphy Boston, Ma | 40.26 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 128 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-471-28106; DATE: 11/29/2002  -  Courier, Acct. 1166-7194-8. 11-15; Matt Murphy Boston, Ma | 55.04 |
| 11/29/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-471-28106; DATE: 11/29/2002  -  Courier, Acct. 1166-7194-8. 11-15; Matt Murphy Boston, Ma | 36.34 |
| 12/31/02 | | Legal Assistant Overtime: 12/13/02-LA O/T-10/25/02-NA | 110.00 |
| 12/31/02 | | Legal Assistant Overtime: 12/13/02-LA OT-10/25/02-JS | 1,040.00 |

**Total Disbursements:**    $    **1,331.42**

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 49.78 |
| Outside Courier | | 131.64 |
| Legal Assistant Overtime | | 1,150.00 |

**Total Disbursements:**    $    **1,331.42**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |
| | 12/23/02 | Cash Receipt | -19,515.83 |
| | | *Outstanding Balance on Invoice 585053:* | $    *120.84* |
| | | | |
| 601008 | 06/30/02 | Bill | 369,264.06 |

**Matter 00410 - CBI Project**

| Name | Position | Hourly Rate | December | Total Comp |
|------|----------|-------------|----------|------------|
| Tracy, Brent | Associate | $ 240.00 | 34.3 | $ 8,232.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 9.2 | $ 1,150.00 |
| Stacey, Paula | Paralegal | $ 125.00 | 0.6 | $ 75.00 |
| | | | | |
| Total | | | 44.10 | $ 9,457.00 |

Expenses

**Matter 00410 - CBI Project**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Temporary Services | $ - |
| Meal Expenses | $ - |
| Legal Assostant Overtime | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ -** |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 130 |
| Invoice No.: | 621058 |
| Client   No.: | 04339 |
| Matter  No.: | 00410 |

**Regarding: CBI Project**

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/01/02 | BAT | Perform quality control review of CBI documents for which reviewers had questions and determine CBI claim. | 0.90 | $   216.00 |
| 12/02/02 | BAT | Perform quality control review of CBI documents for which reviewers had questions and determine CBI claim (.50); telephone conference with MCLatuda re CBI review quality control issues (.20); review CBI cd's provided by EPA to determine feasibility for use on CBI review (.90). | 1.60 | 384.00 |
| 12/02/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.00). | 1.00 | 125.00 |
| 12/03/02 | BAT | Review e-mails re CBI claims (.10); review and respond to e-mails re CBI review issues (.20); perform quality control of CBI documents for which reviewers had questions and determine CBI claim (2.60); conference with MThompson re developing output file for CBI substantiation (.50). | 3.40 | 816.00 |
| 12/03/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (3.30). | 3.30 | 412.50 |
| 12/04/02 | BAT | Perform quality control review of CBI documents for which reviewers had questions and determine CBI claim (4.70); estimate effort to perform CBI review of hard copy documents and draft memo outlining options re same (1.20). | 5.90 | 1,416.00 |
| 12/04/02 | MCL | Review code and electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (2.20). | 2.20 | 275.00 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 131 |
| Invoice No.: | 621058 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/05/02 | BAT | Perform quality control review of CBI documents for which reviewers had questions and determine CBI claim (3.80); draft letter re extension for CBI review of hard copy documents (.60). | 4.40 | 1,056.00 |
| 12/05/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.00). | 1.00 | 125.00 |
| 12/06/02 | BAT | Perform quality control review of CBI documents for which reviewers had questions and determine CBI claim (4.70); conference with KWLund re draft extension letter to EPA (.20); draft revisions to extension letter (.10); review Hindman documents and draft e-mail re CBI questions on same (.40). | 5.40 | 1,296.00 |
| 12/06/02 | MCL | Review and code electronic trade secret documents to substantiate or waive CBI claims in response to EPA demand letter (1.70). | 1.70 | 212.50 |
| 12/09/02 | BAT | Review e-mail responses from client and co-counsel re questions for CBI substantiation (0.20); revise coding on questioned documents to substantiate CBI claims (0.50). | 0.70 | 168.00 |
| 12/10/02 | BAT | Perform quality control review of documents having problems in coding to substantiate or waive CBI claims. | 1.60 | 384.00 |
| 12/16/02 | BAT | Perform quality control review of questioned documents for substantiation of CBI claims (0.8); conference with MThompson re structuring tables for production of substantiation to EPA (0.3). | 1.10 | 264.00 |
| 12/16/02 | PRS | Conference with BATracy re logistics of additional review of CBI documents. | 0.60 | 75.00 |
| 12/18/02 | BAT | Conference with MThompson re database issues for producing CBI claim substantiation (0.2). | 0.20 | 48.00 |

Holme Roberts & Owen LLP

January 30, 2003

W.R. Grace

| | |
|---|---|
| Page | 132 |
| Invoice No.: | 621058 |
| Client No.: | 04339 |
| Matter No.: | 00410 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/19/02 | BAT | Conference with MThompson re problems in CBI claim substantiation data exports (0.2); investigate document issues (0.3). | 0.50 | 120.00 |
| 12/27/02 | BAT | Review problem CBI documents and add appropriate claim category for documents missing claim (1.4); telephone conference with MThompson re exporting of CBI claim data for substantiation to EPA (0.2). | 1.60 | 384.00 |
| 12/29/02 | BAT | Review problem CBI documents and add appropriate claim for documents missing claim (2.1). | 2.10 | 504.00 |
| 12/30/02 | BAT | Review problem CBI documents and add appropriate claim for documents missing claim (1.3); conference with MThompson re final fields for output tables (.30); revise field entries for CBI output tables and sort to final format (1.50); draft and revise letter to substantiate CBI claims (1.80). | 4.90 | 1,176.00 |

**Total Fees Through December 31, 2002:**   **44.10**   **$   9,457.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| BAT | Brent A. Tracy | Associate | $ 240.00 | 34.30 | $ | 8,232.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 9.20 | | 1,150.00 |
| PRS | Paula R. Stacey | Paralegal | 125.00 | 0.60 | | 75.00 |

**Total Fees:**   **44.10**   **$   9,457.00**