## SCHEDULE A

## LEASE TO REJECT

| LANDLORD: | Kent Holding, LLC |
|---|---|
| STREET ADDRESS OF LEASED PROPERTY: | 1420 Marks Church Road<br>Augusta, GA |
| MONTHLY RENT UNDER LEASE: | Base Rent of $13,125.00 plus estimated annual real estate taxes of $16,000.00. |
| REMAINING TERM UNDER LEASE: | Until January 30, 2005. |
| ADDRESS OF LANDLORD: | Kent Holdings, LLC<br>The Langfan Co.<br>6 E. 45th Street<br>New York, NY 10017<br>Attn:  William Langfan and<br>         Mark Langfan |
|  | WITH DUPLICATE COPY TO:<br>John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>300 Delaware Avenue<br>Suite 800, 8th Floor<br>Wilmington, DE 19801 |