## SCHEDULE C

## SERVICE PARTIES

**LESSORS**

| Kent Holdings, LLC<br>The Langfan Co.<br>6 E. 45th Street<br>New York, NY 10017<br>Attn: William Langfan and<br>       Mark Langfan | John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>300 Delaware Avenue<br>Suite 800, 8th Floor<br>Wilmington, DE 19801 |

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Attn: Michael R. Lastowski, Esq. | Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Attn: Lewis Kruger, Esq. |

**COUNSEL TO THE ADMINISTRATIVE AGENT TO THE DIP LENDER**

Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
Attn: J. Douglas Bacon, Esq.

**OFFICE OF THE UNITED STATES TRUSTEE**

Office of the United States Trustee
J. Caleb Boggs Building
844 N. King Street, Suite 2313
Lock Box 35
Wilmington, Delaware 19801
Attn: Frank J. Perch, Esq.