Unexpired Lease Rejection Notice
Service List (2-04-03)
Case No. 01-01139
Doc. No. 63970
04 - Hand Delivery
03 – Overnight Delivery

(Co-Counsel for Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Parcels)
Vito I. DiMiao
Parcels, Inc.
917 King Street
Wilmington, DE 1980

*Hand Delivery*
Office of the United States Trustee
Attn: Frank J. Perch, Esq.
J. Caleb Boggs Building
844 N. King Street
Suite 2313
Lock Box 35
Wilmington, Delaware 19801

*Hand Delivery*
John D. Demmy, Esq.
Stevens & Lee, P.C.
300 Delaware Avenue
Suite 800, 8th Floor
Wilmington, DE 19801

*Hand Delivery*
Duane Morris LLP
Attn: Michael R. Lastowski, Esquire
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*Overnight Delivery*
Kent Holdings, LLC
Attn: William Langfan and
Mark Langfan
The Langfan Co.
6 E. 45th Street
New York, NY 10017

*Overnight Delivery*
Stroock & Stroock & Lavan LLP
Attn: Lewis Kruger, Esquire
180 Maiden Lane
New York, NY 10038

*Overnight Delivery*
Latham & Watkins
Attn: J. Douglas Bacon, Esquire
Sears Tower
Suite 5800
Chicago, IL 60606