# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: __W. R. Grace & Co., et al__
Debtor

Case No. **01-01139** Jointly Administered
**Reporting Period:** __December  2002__

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (con't) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | Not available |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Not available |
| Copies of Federal income tax returns filed during reporting period | | | None filed |
| Summary of Unpaid Postpetition Debts | MOR-4 | | See Note #4 |
| Listing of aged accounts payable | | | See Note #4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_Robert M. Tarola_
Signature of Authorized Individual*

__1/31/2003__
Date

_Robert M. Tarola_
Printed Name of Authorized Individual

Senior Vice President and
Chief Financial Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

# W. R. Grace & Co.
## Monthly Financial Report
### December 31, 2002

## Table of Contents

Chart #

**Form MOR**

**Monthly Operating Report**

Schedule of Cash Receipts and Disbursements .......................................................... 1    MOR-1
Bank Reconciliations ......................................................................................... 2    MOR-1
Combining Statement of Operations - Filing Entities Only ................................... 3    MOR-2
Combining Balance Sheet - Filing Entities Only ............................................... 4    MOR-3
Status of Postpetition Taxes ............................................................................. 5    MOR-4
Accounts Receivable Reconciliation and Aging ................................................. 6    MOR-5
Debtor Questionnaire ....................................................................................... 7    MOR-5

**Combined Chapter 11 Filing Entity Statements**

Combined Statement of Operations............................................................... 8
Combined Functional Basis Statement of Cash Flows ..................................... 9
Combined Balance Sheet ............................................................................. 10
Notes to Combined Financial Statements ...................................................... 11

**Bank Statements**

**Federal Income Tax Returns**                                         None    Attached

---

**Forward-Looking Information**

This monthly financial report contains forward-looking information that involves risks and uncertainties. For such information, Grace claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Actual results could differ materially from the results predicted, and reported results should not be considered as a indication of future performance. Factors that could cause actual results to differ from those contained in the forward-looking information include those factors set forth in Grace's most recent Annual Report on Form 10-K and quarterly reports on Form 10-Q, which have been filed with the Securities Exchange Commission.

---

**Statement of Confidentiality**

The information contained in the monthly financial report contains confidential information of W. R. Grace & Co. and its subsidiaries (the "Confidential Information"). The Confidential Information has been prepared solely for information purposes and may not be disclosed to any person or entity or reproduced, disseminated or disclosed, in whole or in part, except to officers, directors, employees, and representatives of the recipient ("Representatives") or as required by applicable law or regulation. By receipt of the Confidential Information, each recipient agrees to (1) use the Confidential Information only to enhance its understanding of Grace and its businesses, and (2) inform its Representatives of the confidential nature of such information and direct them to treat such information in accordance with the terms. Each recipient agrees to be responsible for any breach of these provisions by any of its Representatives.

# Monthly Operating Report

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | JP Morgan Chase Disbursements 910101557... | Wachovia Lockbox 8691909102 | JP Morgan 2105000481... | JP Morgan Payroll 20124000312 | Merrill Lynch Investment 333783... | Merrill Lynch Investment 333317083... | JP Morgan Chase Holding 23223141... |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 113,597 | $ - | $ 10,142 | $ (214,258) | $ 41,063,328 | $ 5,282 | $ 727,772 |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | · | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 2,105,260 | | 50,585 | 6 | 873 |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 136,055 | | | 3,255,917 | 31,200,000 | | |
| MISCELLANEOUS | | | | 124,419 | | | |
| **TOTAL RECEIPTS** | 136,055 | - | 2,105,260 | 3,380,337 | 31,250,585 | 6 | 873 |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | 1,759,484 | | | |
| PAYROLL TAXES | | | | 1,406,594 | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | · | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 162,269 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 2,105,613 | | 24,900,000 | | |
| MISCELLANEOUS | | | 9,789 | | | | |
| **TOTAL DISBURSEMENTS** | 162,269 | - | 2,115,402 | 3,166,078 | 24,900,000 | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (26,214) | - | (10,142) | 214,258 | 6,350,585 | 6 | 873 |
| CASH - END OF MONTH | 87,383 | - | (0) | 0 | 47,413,913 | 5,288 | 728,645 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 679,591 | $ - | $ - | $ 1,156,817 | $ 1,977,274 | $ (388,290) | $ 5,585 |
| **RECEIPTS** | | | | | | | |
| | | Account closed | Account closed | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | 39,754,436 | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | 606,448 | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 3,582,401 | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | 23,112,030 | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 104,662,229 | | | 1,697,772 | 80,300,000 | 5,656,027 | 4,847 |
| MISCELLANEOUS | | | | | | 396,424 | |
| **TOTAL RECEIPTS** | 131,356,661 | - | - | 42,058,656 | 80,300,000 | 6,052,452 | 4,847 |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | | | 3,732,429 | |
| PAYROLL TAXES | | | | | | 1,931,732 | |
| TRADE PAYABLES - THIRD PARTIES | 266,164 | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | 99,739 | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 5,851,749 | | | 1,419,875 | | | 8,639 |
| TRANSFERS OUT - NONFILING ENTITIES | 3,583,461 | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 121,761,634 | | | 40,264,834 | 77,482,236 | | |
| MISCELLANEOUS | | | | | | 4,795,037 | 1,793 |
| **TOTAL DISBURSEMENTS** | 131,562,747 | - | - | 41,684,709 | 82,277,274 | 5,664,162 | 10,432 |
| **NET CASH FLOW** **(RECEIPTS LESS DISBURSEMENTS)** | (206,086) | - | - | 373,947 | (1,977,274) | 388,290 | (5,585) |
| **CASH - END OF MONTH** | 473,505 | - | - | 1,530,763 | 0 | - | - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities. Such activity may include
salary of employees, legal and professional fees, and other
expenditures, and is generally recorded via intercompany
accounts. In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 20,163 | $ (0) | $ 1 | $ (6,933,036) | $ (85,803) | $ 829,651 | $ (2,810,071) |
| **RECEIPTS** | | | | | | | |
| | | Account closed | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | 30,137,871 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | 5,257,654 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | 1,763,575 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 211,695 | 41,435,313 | 1,517,854 | | 8,528,663 |
| MISCELLANEOUS | | | | 10,885,269 | | | 2,879,334 |
| **TOTAL RECEIPTS** | - | - | 211,695 | 52,320,582 | 1,517,854 | 37,159,100 | 11,407,997 |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | | 940,060 | | |
| PAYROLL TAXES | | | | | 439,462 | | |
| TRADE PAYABLES - THIRD PARTIES | | | | 34,568,404 | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | 211,186 | | | | 8,597,926 |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | 37,381,993 | |
| MISCELLANEOUS | | | 510 | 10,819,142 | 52,529 | 606,758 | |
| **TOTAL DISBURSEMENTS** | - | - | 211,696 | 45,387,546 | 1,432,051 | 37,988,751 | 8,597,926 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | - | - | (1) | 6,933,036 | 85,803 | (829,651) | 2,810,071 |
| **CASH - END OF MONTH** | 20,163 | (0) | - | 0 | - | 0 | (0) |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities. Such activity may include
salary of employees, legal and professional fees, and other
expenditures, and is generally recorded via intercompany
accounts. In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $        - | $    193,120 | $    45,291 | $    25,000 | $    10,000 | $        - | $    190,675 |
| **RECEIPTS** | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 16,871,921 | 4,539,937 | | | | | 5,205,423 |
| MISCELLANEOUS | 2,701,305 | | | | | | |
| TOTAL RECEIPTS | 19,573,226 | 4,539,937 | - | - | - | - | 5,205,423 |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | 1,642,936 | | | | | 3,450,151 |
| PAYROLL TAXES | | 1,018,001 | | | | | 1,755,271 |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION<br>  PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 19,573,226 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | 854,369 | | | | | |
| TOTAL DISBURSEMENTS | 19,573,226 | 3,515,306 | - | - | - | - | 5,205,423 |
| **NET CASH FLOW**<br>(RECEIPTS LESS DISBURSEMENTS) | (0) | 1,024,631 | - | - | - | - | |
| CASH - END OF MONTH | (0) | 1,217,750 | 45,291 | 25,000 | 10,000 | - | 190,675 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities. Such activity may include
salary of employees, legal and professional fees, and other
expenditures, and is generally recorded via intercompany
accounts. In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | First Union Petty Cash 2040000(16000) | Bank of America Operating Acct (8317151)2359 | Bank of America Operating Acct 1190029304 | Bank of America Time Deposit Acct 0010529 | Bank of America Operating Acct 0019439 | Bank of America Operation Acct 0019424 | Cash In Transit |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 41,091 | $ 1,004 | $ 554,522 | $ 10,000 | $ 28,215 | $ 739,886 | $ 1,697,772 |
| **RECEIPTS** | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 187,835 | | | 93,447 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | 22,923 | | | 199,270 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | 350,000 | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | - | 22,923 | 187,835 | - | 199,270 | 443,447 | - |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | | 12,239 | | |
| PAYROLL TAXES | | 1,076 | | | 70,058 | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | 230,638 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | 14,317 | | 129,502 | 195,000 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 350,000 | | | | 1,697,772 |
| MISCELLANEOUS | | 11,155 | 9,214 | | 7,838 | 12,955 | |
| TOTAL DISBURSEMENTS | - | 12,231 | 373,531 | - | 219,638 | 438,594 | 1,697,772 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 10,692 | (185,696) | - | (20,368) | 4,853 | (1,697,772) |
| CASH - END OF MONTH | 41,091 | 11,697 | 368,826 | 10,000 | 7,848 | 744,739 | 0 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | Cash on Hand | Other | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 44,425 | $ 218,433 | $ 39,957,179 | |
| **RECEIPTS** | | | | |
| | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 70,173,589 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | 5,864,101 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | - | |
| DIP BORROWINGS | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | 7,724,894 | |
| TRANSFERS IN - NONFILING ENTITIES | | | 23,112,030 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | 305,573,652 | |
| MISCELLANEOUS | 5,000 | 25,423 | 17,017,175 | |
| **TOTAL RECEIPTS** | 5,000 | 25,423 | 429,465,442 | - |
| **DISBURSEMENTS** | | | | |
| | | | | |
| PAYROLL | | | 11,537,299 | |
| PAYROLL TAXES | | | 6,622,195 | |
| TRADE PAYABLES - THIRD PARTIES | | | 35,065,207 | |
| TRADE PAYABLES - INTERCOMPANY | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | - | |
| DIP INTEREST AND USAGE FEES | | | 99,739 | |
| TRANSFERS OUT - THIRD PARTIES | | | 36,163,688 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | 3,583,461 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 305,944,082 | |
| MISCELLANEOUS | | | 17,181,091 | |
| **TOTAL DISBURSEMENTS** | - | - | 416,196,763 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 5,000 | 25,423 | 13,268,679 | - |
| **CASH - END OF MONTH** | 49,425 | 243,856 | 53,225,858 | $ - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

*Chart 1*

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | PRIOR MONTH 12/31/02 ACTUAL | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $ (0) | $ (0) | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 380,220 | 380,220 | |
|     TOTAL RECEIPTS | 380,220 | 380,220 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 380,220 | 380,220 | |
| MISCELLANEOUS | | - | |
|     TOTAL DISBURSEMENTS | 380,220 | 380,220 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
|     CASH - END OF MONTH | $ (0) | $ (0) | $ - |

Chart 1

| Remedium Group, Inc. | | | | | |
| --- | --- | --- | --- | --- | --- |
| Schedule of Cash Receipts and Disbursements | | | | | |
| MOR-1 | | | | | |
| December 2002 | | | | | |
| | DIP Morgan Chase Depository/Wire 323883642 | DIP Morgan Chase Disbursements 50183108504 | Other | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
| CASH BEGINNING OF MONTH | $    - | $    (63,258) | $    - | $    (63,258) | |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | - | 380,220 | | 380,220 | |
| TOTAL RECEIPTS | - | 380,220 | - | 380,220 | |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 569,481 | | 569,481 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | |
| MISCELLANEOUS | 15,500 | | (7,093) | 8,407 | |
| TOTAL DISBURSEMENTS | 15,500 | 569,481 | (7,093) | 577,888 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (15,500) | (189,261) | 7,093 | (197,668) | |
| CASH - END OF MONTH | (15,500) | (252,519) | 7,093 | (260,926) | |

Chart 1

Darex Puerto Rico, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
December 2002

| | ACTUAL (00-6301) | Petty Cash | (00-6305) | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 3,534,636 | $ 1,500 | $ (51,673) | $ 3,484,463 | |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 637,538 | | | 637,538 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 351,278 | | | 351,278 | |
| TOTAL RECEIPTS | 988,816 | - | - | 988,816 | - |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | 10,627 | - | | 10,627 | |
| PAYROLL TAXES | 3,784 | | | 3,784 | |
| TRADE PAYABLES - THIRD PARTIES | 259,104 | | | 259,104 | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 351,278 | | | 351,278 | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | 624,793 | - | - | 624,793 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 364,024 | - | - | 364,024 | - |
| CASH - END OF MONTH | 3,898,659 | 1,500 | (51,673) | 3,848,486 | - |

Chart 1

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | TF ALUTION Deposit Acct 2199-00031862 | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $ - | $ - | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| | | | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| | | | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| | | | |
| CASH - END OF MONTH | $ - | $ - | $ - |

Chart 1

**Kootenai Development Company**
**Schedule of Cash Receipts and Disbursements**
MOR-1
December 2002

| | BANK OF GEORGIA Bank Account #1-29007 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $        29,162 | $        29,162 | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $        29,162 | $        29,162 | $        - |

*Chart 1*

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**December 2002**

| | Miscellaneous | CURRENT MONTH ACTUAL | PROJECTED |
|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 1,000 | $ 1,000 | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| **TOTAL RECEIPTS** | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| **TOTAL DISBURSEMENTS** | - | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | | - | - |
| **CASH - END OF MONTH** | $ 1,000 | $ 1,000 | $ |

Chart 1

| Grace Europe, Inc.<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>December 2002 | | | |
|---|---|---|---|
| | | **CURRENT MONTH** | |
| | | **ACTUAL** | **PROJECTED** |
| **CASH BEGINNING OF MONTH** | $ - | $ - | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|    TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION<br>   PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
|    TOTAL DISBURSEMENTS | - | - | - |
| **NET CASH FLOW**<br>  (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
|    CASH - END OF MONTH | $ - | $ - | $ - |

Chart 1

Gloucester New Communities Company, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
December 2002

| | | | CURRENT MONTH | |
| | | | ACTUAL | PROJECTED |
|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ | 500 | $ 500 | |
| **RECEIPTS** | | | | |
| | | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | - | |
| DIP BORROWINGS | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | - | |
| TOTAL RECEIPTS | | - | - | - |
| **DISBURSEMENTS** | | | | |
| | | | | |
| PAYROLL | | | - | |
| PAYROLL TAXES | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | - | |
| DIP INTEREST AND USAGE FEES | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | - | |
| MISCELLANEOUS | | | - | |
| TOTAL DISBURSEMENTS | | - | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | - | - | - |
| CASH - END OF MONTH | $ | 500 | $ 500 | $ - |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | 3-Month Disbursement (810101357) | W.R. Grace Medical (661903102) | PI (219950032802) | The United Payroll (2079000003615) |
|---|---|---|---|---|
| Balance per books | $ 113,597 | $ - | $ 10,142 | $ (214,258) |
| | | | | |
| Bank Balance | $ 113,597 | $ 1,377 | $ 10,142 | $ - |
| (+) Deposits in transit | - | - | - | |
| ( -) Outstanding checks | - | - | - | (110,599) |
| Other | - | (1,377) | - | (103,659) |
| Adjusted bank balance | $ 113,597 | $ - | $ 10,142 | $ (214,258) |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Ck# | Amount | Ck# | Amount | Ck# | Amount | Ck# | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | - | | 101521 | (6,113) |
| | | | | | | | 13480 | (3,750) |
| | | | | | | | 4642 | (77) |
| | | | | | | | 4870 | (1,792) |
| | | | | | | | 4888 | (812) |
| | | | | | | | 14085 | (14,273) |
| | | | | | | | 5297 | (1,125) |
| | | | | | | | 5307 | (2,566) |
| | | | | | | | 5308 | (1,883) |
| | | | | | | | 5356 | (2,763) |
| | | | | | | | 5383 | (6,617) |
| | | | | | | | 101 | (92) |
| | | | | | | | 5828 | (1,106) |
| | | | | | | | 5846 | (2,226) |
| | | | | | | | 14480 | (1,609) |
| | | | | | | | 14467 | (430) |
| | | | | | | | 6351 | (1,067) |
| | | | | | | | 6376 | (1,067) |
| | | | | | | | 14496 | (500) |
| | | | | | | | 14498 | (500) |
| | | | | | | | 14501 | (924) |
| | | | | | | | 14495 | (19,594) |
| | | | | | | | 14500 | (6,478) |
| | | | | | | | 6390 | (120) |
| | | | | | | | 6391 | (1,018) |
| | | | | | | | 6392 | (3,701) |
| | | | | | | | 6393 | (2,222) |
| | | | | | | | 6394 | (1,067) |
| | | | | | | | 6395 | (1,536) |
| | | | | | | | 6396 | (1,051) |
| | | | | | | | 6397 | (1,123) |
| | | | | | | | 6399 | (2,038) |
| | | | | | | | 6400 | (1,761) |
| | | | | | | | 6401 | (2,001) |
| | | | | | | | 6402 | (1,976) |
| | | | | | | | 6403 | (667) |
| | | | | | | | 6406 | (4,172) |
| | | | | | | | 6407 | (4,172) |
| | | | | | | | 14502 | (1,758) |
| | | | | | | | various | (2,829) |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | 13,940 |
| Unreconciled bank activity | | | | | | | | (51,297) |
| Unreconciled ledger activity | | | | (1,377) | | | | (66,302) |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

Chart 2

| W. R. Grace & Co. - Conn<br>Bank Reconciliations<br>November 2002<br>MOR-1 | First Union<br>Money Market<br>2079290271 | | First Union<br>Disbursement<br>2000000810391 | | Merrill Lynch<br>Investment<br>33057 | | Merrill Lynch<br>Investment<br>318390175 | | JP Morgan Chase<br>Payroll<br>323223(1) | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | - | $ | - | $ | 41,063,328 | $ | 5,282 | $ | 727,772 |
| | | | | | | | | | | |
| Bank Balance | $ | - | $ | - | $ | 41,063,328 | $ | 5,282 | $ | 728,645 |
| (+) Deposits in transit | | - | | - | | - | | - | | - |
| ( -) Outstanding checks | | - | | - | | - | | - | | - |
| Other | | - | | - | | - | | - | | (873) |
| Adjusted bank balance | $ | - | $ | - | $ | 41,063,328 | $ | 5,282 | $ | 727,772 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | - |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | (873) |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | First Union Patriot Deposit 2000/2054777 | | PNC Sun Deposit 2000038186045 | | JP Morgan Concentration 1600120 | | Deere Cash 493870000 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ - | | $ - | | $ 679,591 | | $ - | |
| | | | | | | | | |
| Bank Balance | $ - | | $ - | | 695,091 | | - | |
| (+) Deposits in transit | - | | - | | - | | - | |
| ( -) Outstanding checks | - | | - | | - | | - | |
| Other | - | | - | | (15,500) | | - | |
| Adjusted bank balance | $ - | | $ - | | $ 679,591 | | $ - | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | (15,500) | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | Bank of America 1750248 | Amount account 8188203114 | First Union account 2000002884172 |
|---|---|---|---|
| Balance per books | $ - | $ 1,156,817 | $ 1,977,274 |
| | | | |
| Bank Balance | - | 1,156,817 | 1,977,274 |
| (+) Deposits in transit | - | - | - |
| ( - ) Outstanding checks | - | - | - |
| Other | - | - | - |
| Adjusted bank balance | $ - | $ 1,156,817 | $ 1,977,274 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

| Outstanding Checks | Check | Amount | Check | Amount | Check | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

| Other | | | | | | |
|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | |
| Accounting error | | | | | | |
| Interest not recorded on books | | | | | | |
| Bank fees not recorded on books | | | | | | |
| Payroll tax payments not recorded | | | | | | |
| Unreconciled bank activity | | | | | | |
| Unreconciled ledger activity | | | | | | |
| Returned item adjustment | | | | | | |
| Payroll/other activity in transit | | | | | | |
| Petty cash funds | | | | | | |
| Unrecorded deposit | | | | | | |

Chart 2

W. R. Grace & Co. - Conn
Bank Reconciliations
November 2002
MOR-1

| | First Union Payroll Acct 2079000018781 | | First Union Payroll Acct 2079000016600 | | Chase Bank Payroll Acct 1830201573030 | | First Union Payroll Acct 15127660 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ (388,290) | | $ 5,585 | | $ 20,163 | | $ - | |
| | | | | | | | | |
| Bank Balance | - | | - | | 20,163 | | - | |
| (+) Deposits in transit | - | | - | | - | | | |
| ( -) Outstanding checks | (261,906) | | (1,544) | | - | | | |
| Other | (126,384) | | 7,129 | | - | | | |
| Adjusted bank balance | $ (388,290) | | $ 5,585 | | $ 20,163 | | $ - | |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | Detail Available | | 2036 | (360) | | | | |
| | | | 3840 | (64) | | | | |
| | | | 3842 | (98) | | | | |
| | | | 3849 | (43) | | | | |
| | | | 3852 | (71) | | | | |
| | | | 3864 | (227) | | | | |
| | | | 7346 | (80) | | | | |
| | | | 7347 | (99) | | | | |
| | | | 7348 | (45) | | | | |
| | | | 18489 | (60) | | | | |
| | | | 23059 | (64) | | | | |
| | | | 23329 | (78) | | | | |
| | | | 25039 | (10) | | | | |
| | | | 25057 | (64) | | | | |
| | | | 25058 | (162) | | | | |
| | | | 33009 | (20) | | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | (16,892) | | 7,129 | | | | | |
| Unreconciled ledger activity | (109,492) | | | | | | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | First Union Lilly Medical 2079000065006 | | First Union Assel Bankers 2079020005761 | | First Union Payroll 2079000067564 | | Wachovia Locbox 18660032336 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 1 | $ | (6,933,036) | $ | (85,803) | $ | 829,651 |
| | | | | | | | | |
| Bank Balance | | 1 | | - | | - | | 829,651 |
| (+) Deposits in transit | | - | | - | | - | | - |
| (-) Outstanding checks | | - | | (6,486,995) | | (141,123) | | - |
| Other | | - | | (446,041) | | 55,320 | | - |
| Adjusted bank balance | $ | 1 | $ | (6,933,036) | $ | (85,803) | $ | 829,651 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Check# | Amount | Check# | Amount | Check# | Amount | Check# | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Deatail Available | | Detail Available | | | |

| Other | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | (446,041) | | 55,320 | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | First Union Accts payable 2079900005260 | | First Union Accts Payable 2079900005231 | | Arco Branch 182285-110 | | Sun Trust Payroll 00000141009 | |
|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | (2,810,071) | $ | - | $ | 193,120 | $ | 45,291 |
| | | | | | | | | |
| Bank Balance | | - | | - | | 350,228 | | 45,291 |
| (+) Deposits in transit | | - | | - | | - | | - |
| ( -) Outstanding checks | | (2,810,069) | | - | | (269,466) | | - |
| Other | | (2) | | - | | 112,358 | | - |
| Adjusted bank balance | $ | (2,810,071) | $ | - | $ | 193,120 | $ | 45,291 |

| Deposits in transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Outstanding Checks | Check | Amount | Check | Amount | | Amount | Check | Amount |
|---|---|---|---|---|---|---|---|---|
| | 47108 | (5,150) | | | Detail Available | | | |
| | 48744 | (481) | | | | | | |
| | Various | (2,804,437) | | | | | | |

| Other | Date | | Date | | Date | | Date | |
|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | |
| Accounting error | | | | | | | | |
| Interest not recorded on books | | | | | | | | |
| Bank fees not recorded on books | | | | | | 505 | | |
| Payroll tax payments not recorded | | (2) | | | | | | |
| Unreconciled bank activity | | | | | | | | |
| Unreconciled ledger activity | | | | | | 15,062 | | |
| Returned item adjustment | | | | | | | | |
| Payroll/other activity in transit | | | | | | 96,791 | | |
| Petty cash funds | | | | | | | | |
| Unrecorded deposit | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | Payroll 0002-41950 | Payroll Disbursement 101391200 | Bank Adjustment Payroll 0000-0002-1970 | Payroll 0009656799 | First Union Petty Cash 2060000010900 |
|---|---|---|---|---|---|
| Balance per books | $ 25,000 | $ 10,000 | $ - | $ 190,675 | $ 41,091 |
| | | | | | |
| Bank Balance | 24,676 | 10,000 | - | 223,327 | 40,132 |
| (+) Deposits in transit | - | - | - | - | - |
| (-) Outstanding checks | - | - | - | (33,007) | - |
| Other | 324 | - | - | 355 | 960 |
| Adjusted bank balance | $ 25,000 | $ 10,000 | $ - | $ 190,675 | $ 41,091 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4746 | (1,825) | | |
| | | | | | | | 4964 | (508) | | |
| | | | | | | | 4965 | (1,253) | | |
| | | | | | | | 5025 | (608) | | |
| | | | | | | | 5039 | (1,019) | | |
| | | | | | | | 5169 | (2,396) | | |
| | | | | | | | 014493 | (810) | | |
| | | | | | | | 5218 | (2,420) | | |
| | | | | | | | 5219 | (1,514) | | |
| | | | | | | | 5220 | (2,876) | | |
| | | | | | | | 5221 | (879) | | |
| | | | | | | | 5223 | (330) | | |
| | | | | | | | 5224 | (599) | | |
| | | | | | | | 5225 | (772) | | |
| | | | | | | | various | (15,202) | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | 324 | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | (32) | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | 387 | | (40) |
| Petty cash funds | | | | | | | | | | 1,000 |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | | Banco de Credito Operating Acct 1831181220897 | | Bank of NY Operating Acct 1931128563172 | | Bank of NY Time Deposit | | Bank of NY Operating Acct 01645197 | | Bank of NY Operating Acct 0166424 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | (Soles) | 3,591 | (US$) | 554,522 | (US$) | 10,000 | (Soles) | 100,912 | (US$) | | 739,886 |
| | | | | | | | | | | | | |
| Bank Balance | | 3,591 | | 508,571 | | 10,000 | | 100,912 | | | 739,886 |
| (+) Deposits in transit | | - | | 45,951 | | - | | - | | | - |
| ( -) Outstanding checks | | - | | - | | - | | - | | | - |
| Other | | - | | - | | - | | - | | | - |
| Adjusted bank balance | | 3,591 | | 554,522 | | 10,000 | | 100,912 | | | 739,886 |
| **Deposits in Transit** | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | |
| | | | 11/30/02 | 45,951 | | | | | | | |
| | | | | | | | | | | | |
| **Outstanding Checks** | Ck# | Amount | Ck# | Amount | Ck# | Amount | Ck# | Amount | Ck# | Amount | |
| | | | | | | | | | | | |
| **Other** | | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | | |
| Accounting error | | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | | |

Chart 2

**W. R. Grace & Co.**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amount |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Cleared | Amount |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Chart 2

**Remedium Group, Inc.**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | JP Morgan Chase Amount xxxx8888 | | JP Morgan Chase Disbursement 601831999 | |
|---|---|---|---|---|
| Balance per books | $ - | | $ (63,258) | |
| | | | | |
| Bank Balance | - | | - | |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | (72,363) | |
| Other | | | 9,105 | |
| Adjusted bank balance | $ - | | $ (63,258) | |

| Deposits in Transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| Outstanding Checks | Check # | Amount | Check # | Amount |
|---|---|---|---|---|
| . | | | 4188 | (75) |
| | | | 4223 | (126) |
| | | | 4345 | (227) |
| | | | 4346 | (25,217) |
| | | | 4347 | (200) |
| | | | 4348 | (13,022) |
| | | | 4349 | (250) |
| | | | 4352 | (30) |
| | | | 4353 | (3,550) |
| | | | 4354 | (24) |
| | | | 4355 | (661) |
| | | | 4356 | (2,261) |
| | | | 4358 | (17,955) |
| | | | 4359 | (100) |
| | | | 4361 | (2) |
| | | | 4363 | (518) |
| | | | 4364 | (2,083) |
| | | | 4366 | (136) |
| | | | 4367 | (25) |
| | | | 4369 | (60) |
| | | | 4370 | (2,717) |
| | | | 4371 | (200) |
| | | | 4372 | (2,915) |
| | | | 4373 | (11) |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | | | 9,105 |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

**CC Partners**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | Current PNC (Payroll) 1999-0003-1802 |
|---|---|
| Balance per books | $ |
| | |
| Bank Balance | |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | |
| Adjusted bank balance | $ |

| Deposits in Transit | | |
|---|---|---|
| | | |

| Outstanding Checks | | |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**November 2002**
**MOR-1**

| | Citibank Operating Acct (30015507160) |
|---|---|
| Balance per books | $ 3,534,636 |
| | |
| Bank Balance | 3,609,188 |
| (+) Deposits in transit | |
| ( -) Outstanding checks | (74,595) |
| Other | 43 |
| Adjusted bank balance | $ 3,534,636 |

| Deposits in transit | Date | Amount |
|---|---|---|
| | | |

| Outstanding checks | | Amount |
|---|---|---|
| | 15376 | (12,203) |
| | 15461 | (27) |
| | 15727 | (8,165) |
| | 15904 | (728) |
| | 15937 | (7,794) |
| | 15939 | (4,878) |
| | 15941 | (1,890) |
| | 15945 | (54) |
| | 15961 | (2,710) |
| | 15963 | (7,320) |
| | 15964 | (14,054) |
| | 15965 | (248) |
| | 15968 | (30) |
| | 15969 | (8) |
| | 15970 | (1,100) |
| | 15971 | (1,570) |
| | 15972 | (6,026) |
| | 15973 | (497) |
| | various | (5,294) |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | 43 |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Chart 2

Kootenai Development Company
Bank Reconciliations
November 2002
MOR-1

| | First National Bank of Montana Checking #xxxx6937xxxx4637 |
|---|---|
| Balance per books | $ 29,162 |
| | |
| Bank Balance | 29,162 |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | |
| Adjusted bank balance | $ 29,162 |

**Deposits in Transit**

**Outstanding Checks**

**Other**

| | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Grace Europe, Inc.
Bank Reconciliations
November 2002
MOR-1

| | Per Books |
|---|---|
| Balance per books | $ |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ |

| Deposits in transit | Date | Amt |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Ck # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended December 31, 2002**

| | W R Grace Co-Conn | W R Grace Co | Remedium Group Inc | A-1 Bit & Tool Co Inc | Hatco Corp | Grace Washington Inc | GEC Management Corp | Grace Europe Inc | GN Holdings Inc |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 65,009,407 | $      - | $      - | $      - | $      - | $      - | $      - | $      - | $      - |
| Net sales to non-filing entities | 8,987,840 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | 183,537 | - | - | - | - | - | - | - | - |
| interest and royalties from non-filing entities, net | 11,571,767 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (5,613,427) | 4,116,872 | 759,285 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Other income | 607,587 | - | - | - | - | - | - | - | - |
| | 80,746,710 | 4,116,872 | 759,285 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 44,350,881 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 6,767,474 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 75,607 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 69,253,692 | 305,116 | 6,014 | 8,847 | 8,847 | 42,594 | - | 3,925 | - |
| Research and development expenses | 2,397,273 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 4,637,919 | - | 2,319 | - | - | - | - | - | - |
| Interest expense | 1,572,582 | - | - | - | - | - | - | - | - |
| | 129,055,428 | 305,116 | 8,333 | 8,847 | 8,847 | 42,594 | - | 3,925 | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (48,308,717) | 3,811,756 | 750,952 | 10,326 | 836,386 | (42,594) | 2,602,915 | (3,925) | - |
| Chapter 11 reorganization expenses, net | 1,249,341 | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 14,527,621 | (1,334,114) | (263,969) | (3,614) | (292,735) | (82,494) | (911,021) | 1,373 | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income** | $ (32,531,756) | $2,477,642 | $ 486,983 | $ 6,712 | $ 543,651 | $ (125,088) | $1,691,894 | $ (2,552) | $      - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended December 31, 2002**

| | Grace Chemical Holdings Inc | W.R. Grace & Co. - Conn | Gloucester New Communities Corporation | Amicon Boston, Ltd. | Five Alewife Boston LLC | GEC Management Corp | MRA Holdings Corp | ... International | W.R. Grace Capital Systems Inc | ... Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 425,730 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 2,135,701 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,730,049) | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | (594,348) | 425,730 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 194,971 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 68,298 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 85,499 | - | - | - | - | - | - | 8,847 | 15,637 |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,628 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 356,396 | - | - | - | - | - | - | 8,847 | 15,637 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (594,348) | 69,334 | - | - | - | - | - | - | (8,847) | (15,637) |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 169,365 | (24,267) | - | - | - | - | - | - | 3,096 | 5,473 |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income** | $ (424,983) | $ 45,067 | $ - | $ - | $ - | $ - | $ - | $ - | $ (5,751) | $ (10,164) |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended December 31, 2002**

| | CB Biomedical, Inc. | Amicon, Inc. | CB Environmental Inc. | TRG Company of Ohio | Graham & Oglebay Fiberglass Inc. | Cal & Development Corporation | Dewey & Almy LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | Del Taco Restaurants Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | | - | | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | | - | - | - | - | - | | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.