# WACHOVIA

191 Peachtree ST
Atlanta     GA  30303

03        **TAXPAYER ID**        13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement
November 1, 2002 - November 15, 2002 ( 15 days)

Page 1 of 2

No Enclosures
c    0

**FOR INFORMATION OR ASSISTANCE CONTACT:**

Your Wachovia Banker

Visit our web site at www.wachovia.com

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $1,377.14 | $.00 | $.00 | $.00 | $.00 | $1,377.14 |
| Average Ledger Balance | $1,377.14 | | | | |

## Daily Activity and Balance

There was no activity for this statement period.

014

**WACHOVIA**

191 Peachtree ST
Atlanta     GA  30303

03     **TAXPAYER ID**     13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement

No Enclosures
c    0

November 16, 2002 - November 30, 2002 ( 15 days)                    Page 1 of 2

| FOR INFORMATION OR ASSISTANCE CONTACT: |
| :---: |
| Your Wachovia Banker |
| Visit our web site at www.wachovia.com |

## Commercial Checking Account Summary

Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $1,377.14 | $.00 | $.00 | $.00 | $.00 | $1,377.14 |

Average Ledger Balance            $1,377.14

### Daily Activity and Balance

There was no activity for this statement period.

17599



**WACHOVIA**

# Commercial Checking

01      2199500021812   036  130           0    0    65,482    ▬▬  ▬▬
                                                                    ▬▬

|ıl.l.l..lll...l.l.l.l.l.l.l
W R GRACE AND CO-CONN
GENERAL ACCOUNT                              CB
ATTN: BONITA HARSH CCM SR CASH MNGR
7500 GRACE DR
COLUMBIA MD 21044

---

# Commercial Checking
**11/01/2002 thru 11/29/2002**

Account number:        2199500021812
Account holder(s):     W R GRACE AND CO-CONN
                       GENERAL ACCOUNT

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $230,446.10 |
| Deposits and other credits | 1,927,383.89 + |
| Other withdrawals and service fees | 2,147,687.68 - |
| Closing balance 11/29 | $10,142.31 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/06 | 235,890.51 | DEPOSIT |
| 11/14 | 7,344.10 | DEPOSIT |
| 11/14 | 18,158.82 | DEPOSIT |
| 11/14 | 18,451.91 | DEPOSIT |
| 11/14 | 1,647,538.55 | DEPOSIT |
| **Total** | **$1,927,383.89** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 11/05 | 220,446.10 | FUNDS TRANSFER (ADVICE 021105019873) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=            11/05/02 02:57PM |
| 11/08 | 235,565.51 | FUNDS TRANSFER (ADVICE 021108016498) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=            11/08/02 03:15PM |
| 11/15 | 819,751.73 | FUNDS TRANSFER (ADVICE 021115015084) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=            11/15/02 11:41AM |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

03      2199500021812   036   130          0      0      65,484

## Customer Service Information

For questions about your statement
or billing errors, contact us at:

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| | | | | |
| | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here. | | | | |
| | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.



# Commercial Checking

01        2079900003615   005   108        14   160        17,244

|ɪ.ɪlɪ.ɪllɪɪ.ɪ.ɪ.llɪlɪɪl
W R GRACE & CO-CONN
ATTN: NELLIE FAUSTO                CB   025
7500 GRACE DRIVE
COLUMBIA MD 21044

# Commercial Checking

11/01/2002 thru 11/29/2002

Account number:        2079900003615
Account holder(s):     W R GRACE & CO-CONN

Taxpayer ID Number:    133461988

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $0.00 |
| Deposits and other credits | 2,060,126.09 + |
| Other withdrawals and service fees | 2,060,126.09 - |
| **Closing balance 11/29** | **$0.00** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/01 | 667.47 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/04 | 2,790.09 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/05 | 500.00 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/06 | 8,613.24 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/07 | 6,430.48 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/08 | 329,407.71 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/12 | 57.50 | AUTOMATED CREDIT RETURN SETTLE   RETURN CO. ID.      021112 CCD MISC SETTL CHRETIRE |
| 11/12 | 867.53 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/12 | 696,991.91 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/13 | 7,536.18 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 5,535.29 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/14 | 5,579.92 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/15 | 1,758.27 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/18 | 6,287.79 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

02    2079900003615  005  108    14  160    17,245

## Deposits and Other Credits *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 11/19 | 6,844.34 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/20 | 5,337.03 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/21 | 6,426.19 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/22 | 476.62 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/25 | 328,518.24 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/26 | 57.50 | AUTOMATED CREDIT RETURN SETTLE   RETURN<br>CO. ID.       021126 CCD<br>MISC SETTL CHRETIRE |
| 11/26 | 29,815.88 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/26 | 598,623.08 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/27 | 3,148.88 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/27 | 5,812.99 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 11/29 | 2,041.96 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$2,060,126.09** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 11/01 | 667.47 | LIST OF DEBITS POSTED |
| 11/04 | 2,790.09 | LIST OF DEBITS POSTED |
| 11/05 | 500.00 | LIST OF DEBITS POSTED |
| 11/06 | 2,410.95 | AUTOMATED DEBIT BNF CTS       PR TAXES<br>CO. ID. 1411902914 021106 CCD<br>MISC C4025-021086516 |
| 11/06 | 6,202.29 | LIST OF DEBITS POSTED |
| 11/07 | 6,430.48 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.       021107 CCD<br>MISC SETTL NCVCERIDN |
| 11/08 | 2,136.98 | LIST OF DEBITS POSTED |
| 11/08 | 2,798.87 | AUTOMATED DEBIT  BNF CTS    PR TAXES<br>CO. ID. 1411902914 021108 CCD<br>MISC C2918-001100650 |
| 11/08 | 3,066.25 | AUTOMATED DEBIT  BNF CTS    PR TAXES<br>CO. ID. 1411902914 021108 CCD<br>MISC C2916-001100649 |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

| 03 | 2079900003615 | 005 | 108 | 14 | 160 | 17,246 |

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 11/08 | 10,040.12 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 021108 CCD<br>MISC C4213-001100715 |
| 11/08 | 311,365.49 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 021108 CCD<br>MISC C4025-011100707 |
| 11/12 | 867.53 | LIST OF DEBITS POSTED |
| 11/12 | 4,998.34 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        021112 CCD<br>MISC SETTL NCVCERIDN |
| 11/12 | 27,728.41 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        021112 CCD<br>MISC SETTL NCVCERIDN |
| 11/12 | 72,419.27 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        021112 CCD<br>MISC SETTL NCVCERIDN |
| 11/12 | 591,903.39 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        021112 CCD<br>MISC SETTL NCVCERIDN |
| 11/13 | 2,033.18 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 021113 CCD<br>MISC C4025-021107018 |
| 11/13 | 5,503.00 | LIST OF DEBITS POSTED |
| 11/14 | 5,535.29 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        021114 CCD<br>MISC SETTL NCVCERIDN |
| 11/14 | 5,579.92 | LIST OF DEBITS POSTED |
| 11/15 | 1,758.27 | LIST OF DEBITS POSTED |
| 11/18 | 6,287.79 | LIST OF DEBITS POSTED |
| 11/19 | 6,844.34 | LIST OF DEBITS POSTED |
| 11/20 | 2,386.65 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 021120 CCD<br>MISC C4025-021141546 |
| 11/20 | 2,950.38 | LIST OF DEBITS POSTED |
| 11/21 | 6,426.19 | AUTOMATED DEBIT            PAYROLL<br>CO. ID.        021121 CCD<br>MISC SETTL NCVCERIDN |
| 11/22 | 476.62 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 021122 CCD<br>MISC C4025-011157931 |
| 11/25 | 3,066.24 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 021125 CCD<br>MISC C2916-001162191 |
| 11/25 | 10,040.16 | AUTOMATED DEBIT  BNF CTS        PR TAXES<br>CO. ID. 1411902914 021125 CCD<br>MISC C4213-001162224 |

*Other Withdrawals and Service Fees continued on next page.*



## Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 04 | 2079900003615 | 005 | 108 | 14 | 160 | 17,247 |

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|---|---|---|
| 11/25 | 315,411.84 | AUTOMATED DEBIT  BNF CTS          PR TAXES<br>CO. ID. 1411902914 021125 CCD<br>MISC C4025-011162219 |
| 11/26 | 2,087.51 | AUTOMATED DEBIT  BNF CTS          PMT IMPND<br>CO. ID. 1411902914 021126 CCD<br>MISC C4025-021165232 |
| 11/26 | 4,998.35 | AUTOMATED DEBIT              .PAYROLL<br>CO. ID.          021126 CCD<br>MISC SETTL NCVCERIDN |
| 11/26 | 27,728.37 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID. 1222312556 021126 PPD<br>MISC OFFSET |
| 11/26 | 593,682.23 | AUTOMATED DEBIT              PAYROLL<br>CO. ID.          021126 CCD<br>MISC SETTL NCVCERIDN |
| 11/27 | 3,148.88 | LIST OF DEBITS POSTED |
| 11/27 | 5,812.99 | AUTOMATED DEBIT              PAYROLL<br>CO. ID.          021127 CCD<br>MISC SETTL NCVCERIDN |
| 11/29 | 2,041.96 | LIST OF DEBITS POSTED |
| **Total** | **$2,060,126.09** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 11/01 | 0.00 | 11/13 | 0.00 | 11/22 | 0.00 |
| 11/04 | 0.00 | 11/14 | 0.00 | 11/25 | 0.00 |
| 11/05 | 0.00 | 11/15 | 0.00 | 11/26 | 0.00 |
| 11/06 | 0.00 | 11/18 | 0.00 | 11/27 | 0.00 |
| 11/07 | 0.00 | 11/19 | 0.00 | 11/29 | 0.00 |
| 11/08 | 0.00 | 11/20 | 0.00 | | |
| 11/12 | 0.00 | 11/21 | 0.00 | | |



# Commercial Checking

| 05 | 2079900003615 | 005 | 108 | 14 | 160 | 17,248 |
|---|---|---|---|---|---|---|

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| | Ck. No. | Amount | Ck. No. | Amount |
| _____ 2. Write in the closing balance shown on the front of account statement. | | | | |
| _____ 3. Write in any deposits you have made since the date of this statement. | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ | | | | |
| _____ 4. Add together amounts listed above in steps 2 and 3. | | | | |
| _____ 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your statement. Write in the total here. | | | | |
| _____ 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 above. | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

**Merrill Lynch** Investment Managers

**Merrill Lynch Funds For Institutions**

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

* * *

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 11/01/2002 - 11/30/2002

Account Number
 318-3343175-6

Financial Advisor
H P S Group
(--73807647)

Account Value As Of 11/30/2002
$5,281.90

Dividends
| 11/01/2002 - 11/30/2002 | Year To Date |
|---|---|
| $6.74 | $5,281.90 |

> *OUR OFFICE WILL BE CLOSED ON DECEMBER 25TH,
> IN OBSERVANCE OF CHRISTMAS AND ON JANUARY 1,
> IN OBSERVANCE OF NEW YEARS'.*

> *AVERAGE NET ANNUALIZED YIELD FOR NOVEMBER
> WAS 1.56%. TRADING DEADLINE ON 12/24/02 IS
> 1:00 PM AND ON 12/31/02 IS 3:00 PM.*



## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Balance After Transaction |
|---|---|---|---|---|
| | | Beginning Balance | | |
| 11/30/2002 | 11/30/2002 | Div Reinvest | | |
| | | Ending Balance | | $5,281.90 |



**Merrill Lynch**  Investment Managers

**Merrill Lynch Funds For Institutions**

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

3 6 9 0

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 11/01/2002 - 11/30/2002

Account Number
318-3323735-8

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 11/30/2002
$41,063,327.59

Dividends
11/01/2002 - 11/30/2002          Year To Date
$52,709.13                       $448,024.02

> *OUR OFFICE WILL BE CLOSED ON DECEMBER 25TH,*
> *IN OBSERVANCE OF CHRISTMAS AND ON JANUARY 1,*
> *IN OBSERVANCE OF NEW YEARS'.*

> *AVERAGE NET ANNUALIZED YIELD FOR NOVEMBER*
> *WAS 1.56%. TRADING DEADLINE ON 12/24/02 IS*
> *1:00 PM AND ON 12/31/02 IS 3:00 PM.*



 

**Merrill Lynch** Investment Managers          Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 11/01/2002 - 11/30/2002

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 11/27/2002 | 11/27/2002 | Same Day Wire Redemption | $3,000,000.00 | $1.00 | $40,710,618.46 |
| 11/29/2002 | 11/29/2002 | Shares Purchased By Wire | $300,000.00 | $1.00 | $41,010,618.46 |
| 11/30/2002 | 11/30/2002 | Div Reinvest | $52,709.13 | $1.00 | $41,063,327.59 |
| | | Ending Balance | | | $41,063,327.59 |

Account Number 318-3323735-8   (page 2 of 2)



JPMorgan Chase Bank

**JPMorganChase**

**Statement of Account**

TS    'D

W.R. GRACE AND COMPANY
ATTN, CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA  MD  21044

In US Dollars

Account No: 323-223141
Statement Start Date: 30 NOV 2002
Statement End Date: 31 DEC 2002
Statement Code: 000-USA-22
Statement No: 012

Page 1 of 1

**ENCLOSURES**

| | |
|---|---|
| Credits | 0 0 |
| Debits | 0 0 |
| Checks | 0 0 |

**TRANSACTIONS**

| | | |
|---|---|---|
| Total Credits | 1 | |
| Total Debits (incl. checks) | 1 | |
| Total Checks Paid | 0 | |

**BALANCES**

| | Opening (30 NOV 2002) | Closing (31 DEC 2002) |
|---|---|---|
| Ledger | 729,505.22 | .00 |
| Ledger | 729,505.22 | .00 |
| | 0.00 | |

Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES 30DEC | 0.00 |

**CREDITS**

30DEC   USD YOUR: NC092339521230201    729,505.22   NASSAU DEPOSIT TAKEN
      OUR: 0236400001IN      B/O: WR GRACE & COMPANY
                     JERSEY CITY NJ 07310
                     REF: TO REPAY YOUR DEPOSIT FR 02112
                     6 TO 021250 RATE 1.2500

**DEBITS**

30DEC   USD YOUR: ND094958171230201    729,505.22   NASSAU DEPOSIT TAKEN
      OUR: 0236400969IN      A/C: WR GRACE & COMPANY
                     JERSEY CITY NJ 07310
                     REF: TO ESTABLISH YOUR DEPOSIT FR 0
                     21230 TO 030130 RATE 1.2500

**CHECKS**

No Activity

FT CODE:

USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR ALL TYPES OF ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE OF THE STATEMENT UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

 JPMorganChase

Statement of Account

TS ‾ᴅ

In US Dollars

| Account No: | 323-223141 |
| Statement Start Date: | 01 NOV 2002 |
| Statement End Date: | 29 NOV 2002 |
| Statement Code: | 000-USA-22 |
| Statement No: | 011 |
| | Page 1 of 1 |

**ENCLOSURES**

| | |
| --- | --- |
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA  MD  21044

**TRANSACTIONS**

| | |
| --- | --- |
| Total Credits | 728,645.01 | 1 |
| Total Debits (incl. checks) | 728,645.01 | 1 |
| Total Checks Paid | 0.00 | 0 |

**BALANCES**

| Opening (01 NOV 2002) | | Closing (29 NOV 2002) | |
| --- | --- | --- | --- |
| Ledger | | Ledger | |
| | | | .00 |
| .00 | | | |

This message is to all Global Clearing clients: As a valued client of JPMorgan Treasury Services, you have come to rely on products and services that lead the industry. From time to time we evaluate our services and procedures in an effort to maintain the high quality standards you have come to expect. A recent review of our paper advising process has resulted in the combining of several Global Clearing paper advising services. Items that may have appeared as USD Global Clearing Bank Advice will now be reported with the appropriate Debit or Credit Mail Advice services. This change will be reflected on your December statement, which you will receive in January 2003. Please note that these changes will not impact your Global Clearing Mail Advice service level or pricing in any way.

If you have any questions, please do not hesitate to contact your Treasury Services Relationship Manager.

**Ledger balances**

| Date | Amount |
| --- | --- |
| LEDGER BALANCES | |
| 26NOV | 0.00 |

**CREDITS**

| Value Date | Reference | Credit Detail | Description |
| --- | --- | --- | --- |
| 26NOV | USD OUR: 02330000131N | YOUR: NC090150001126020I | 728,645.01 | NASSAU DEPOSIT TAKEN |
| | | | A/C: WR GRACE & COMPANY |
| | | | JERSEY CITY NJ 07310 |
| | | | REF: TO REPAY YOUR DEPOSIT FR 02103 |
| | | | 0 TO 021126 RATE 1.6000 |

**DEBITS**

| Value Date | Reference | Debit Detail | Description |
| --- | --- | --- | --- |
| 26NOV | USD OUR: 02330000059IN | YOUR: ND092359521126020I | 728,645.01 | NASSAU DEPOSIT TAKEN |
| | | | A/C: WR GRACE & COMPANY |
| | | | JERSEY CITY, NJ 07310 |
| | | | REF: TO ESTABLISH YOUR DEPOSIT FR 0 |
| | | | 21126 TO 021230 RATE 1.2500 |

**CHECKS**

*No Activity*

FT CODE:

| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JP morgan

TS

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 1 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 65 |
| Total Debits (incl. checks) | 57 |
| Total Checks Paid | 0 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### BALANCES

| | Opening (01 NOV 2002) | Closing (15 NOV 2002) |
|---|---|---|
| Ledger | 68,042,355.66 | 526,623.94 |
| | 68,196,546.49 | 372,433.11 |
| | 0.00 | |

### LEDGER BALANCES

| Date | Opening Balance Amount |
|---|---|
| 01NOV | 492,918.12 |
| 04NOV | 465,873.48 |
| 05NOV | 486,299.97 |
| 05NOV | 496,343.26 |
| 07NOV | 533,931.59 |
| 08NOV | 523,801.16 |
| 12NOV | 459,682.88 |
| 13NOV | 546,937.93 |
| 14NOV | 450,342.20 |
| 15NOV | 372,433.11 |

**Need to reconcile your accounts as soon as possible?** Introducing the next phase in statement delivery - JPMorgan's Internet Statements. Now you can download the statement files for your accounts within three business days from the end of your statement cycle, search for transactions listed in your statement, and export data as a text or formatted Excel file. Please contact your JPMorgan Relationship Manager for further information.

### CREDITS

| Ledger Date | Value Date | F | Reference | Credit / Debit | Description |
|---|---|---|---|---|---|
| 01NOV | | | USD OUR: 3058060195TC | 2.60 | ELECTRONIC FUNDS TRANSFER |
| | | | | | ORIG CO NAME:EBS C-3N    021024 |
| | | | | | ORIG ID:9020571072 DESC DATE:021101 |
| | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | TRACE#:021000028060195 EED:021101 |
| | | | | | IND ID:GW000000093B01 |
| | | | | | IND NAME:GRACE CORP BENEFITS DE |
| 01NOV | | | USD OUR: 3058060196TC | 11.12 | ELECTRONIC FUNDS TRANSFER |
| | | | | | ORIG CO NAME:EBS C-3N    021024 |
| | | | | | ORIG ID:9020571072 DESC DATE:021101 |
| | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | TRACE#:021000028060196 EED:021101 |
| | | | | | IND ID:GW000000092B01 |
| | | | | | IND NAME:GRACE CORP BENEFITS DE |
| 01NOV | | | USD OUR: 3058060198TC | 24.96 | ELECTRONIC FUNDS TRANSFER |
| | | | | | ORIG CO NAME:EBS C-3N    021024 |
| | | | | | ORIG ID:9020571072 DESC DATE:021101 |
| | | | | | CO ENTRY DESCR: PENSIONS SEC:PPD |
| | | | | | TRACE#:021000028060198 EED:021101 |
| | | | | | IND ID:GWR000000092B01 |
| | | | | | IND NAME:GRACE CORP BENEFITS DE |
| 01NOV | | | USD OUR: 3058060201TC | 28.33 | ELECTRONIC FUNDS TRANSFER |
| | | | | | ORIG CO NAME:EBS C-3N    021024 |

FT CODE:
USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT        US3 - THREE DAY FLOAT        US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT        US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THIS STATEMENT AND CANCELLED VOUCHERS, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Cha---Bank

**JP organChase**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:                016-001257
Statement Start Date:      01 NOV 2002
Statement End Date:        15 NOV 2002
Statement Code:            S00-USA-22
Statement No:              021
Page 2 of 22

| Post Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balance/Amount |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Date | Reference | Amount | Description |
|---|---|---|---|
| 01NOV | USD OUR: 3058060212TC | 52.99 | ORIG ID:902057107 2 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:0210000280602 01 EED:021101<br>IND ID:GW0000000093B01<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01NOV | USD OUR: 3058060193TC | 88.45 | ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:902057107 2 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:0210000280602 12 EED:021101<br>IND ID:GYW00000000094B01<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01NOV | USD OUR: 3058060187TC | 105.97 | ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:902057107 2 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:0210000280601 93 EED:021101<br>IND ID:GRU0000000094B01<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01NOV | USD OUR: 3058060206TC | 158.96 | ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:902057107 2 DESC DATE:021101<br>CO/ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:0210000280601 87 EED:021101<br>IND ID:GRF0000000094B01<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01NOV | USD OUR: 3058060214TC | 158.97 | ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:902057107 2 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:0210000280602 06 EED:021101<br>IND ID:GYD00000000094B01<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER |
| 01NOV | USD OUR: 3058060202TC | 183.28 | ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:902057107 2 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>ELECTRONIC FUNDS TRANSFER<br>IND NAME:GRACE CORP BENEFITS DE<br>IND ID:NQV0000000092B01<br>TRACE#:0210000280602 14 EED:021101 |

JPMorgan Chase Bank

**JP Morgan Chase**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 3 of 22

| Ledger Date | Value Date | References | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | References | Credit/Debit |
|---|---|---|---|
| 01NOV | | USD OUR: 3058060204TC | 317.92 |

TRACE#:021000028060202 EED:021101
IND NAME:GRACE CORP BENEFITS DE
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:9020571072 DESC DATE:021101
CO ENTRY DESCR:PENSIONS SEC:PPD
TRACE#:021000028060204 EED:021101
IND ID:GWZ000000094B01
IND NAME:GRACE CORP BENEFITS DE

| 01NOV | | USD OUR: 3058060203TC | 321.22 |

ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:9020571072 DESC DATE:021101
CO ENTRY DESCR:PENSIONS SEC:PPD
TRACE#:021000028060203 EED:021101
IND ID:GWY000000094B01
IND NAME:GRACE CORP BENEFITS DE

| 01NOV | | USD OUR: 3058060208TC | 427.75 |

ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:9020571072 DESC DATE:021101
CO ENTRY DESCR:PENSIONS SEC:PPD
TRACE#:021000028060208 EED:021101
IND ID:GYG000000094B01
IND NAME:GRACE CORP BENEFITS DE

| 01NOV | | USD OUR: 3058060185TC | 476.88 |

ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:9020571072 DESC DATE:021101
CO ENTRY DESCR:PENSIONS SEC:PPD
TRACE#:021000028060185 EED:021101
IND ID:GRD000000094B01
IND NAME:GRACE CORP BENEFITS DE

| 01NOV | | USD OUR: 3058060211TC | 922.26 |

ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:9020571072 DESC DATE:021101
CO ENTRY DESCR:PENSIONS SEC:PPD
TRACE#:021000028060211 EED:021101
IND ID:GYT000000094B01
IND NAME:GRACE CORP BENEFITS DE

| 01NOV | | USD OUR: 3058060209TC | 1,207.82 |

ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:9020571072 DESC DATE:021101
CO ENTRY DESCR:PENSIONS SEC:PPD
TRACE#:021000028060209 EED:021101
IND ID:GYR000000094B01

JPMorgan Chase — Bank

 JPMorganChase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 4 of 22

## CREDITS CONTINUED

| Post Date | Val Date | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|
| 01NOV | | USD OUR: 30580602205TC | 1,431.20 | IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:9020571072 DESC DATE:021101<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000028060205 EED:021101<br>IND ID:GYC000000099B05<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01NOV | | USD OUR: 30580601B6TC | 2,069.35 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:9020571072 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028060186 EED:021101<br>IND ID:GRE000000094B01<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01NOV | | USD OUR: 30580602210TC | 2,162.78 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:9020571072 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028060210 EED:021101<br>IND ID:GYS000000099B01<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01NOV | | USD OUR: 30580601B9TC | 2,493.78 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:9020571072 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028060199 EED:021101<br>IND ID:GWS000000094B01<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01NOV | | USD OUR: 30580602207TC | 3,031.72 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:9020571072 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028060207 EED:021101<br>IND ID:GYE000000094B01<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 01NOV | | USD OUR: 30580602213TC | 3,087.53 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 021024<br>ORIG ID:9020571072 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028060213 EED:021101<br>IND ID:NQS000000092B01<br>IND NAME:GRACE CORP BENEFITS DE | | |

JPMorgan Chase Bank

**JPMorganChase**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021    Page 5 of 22

| Ledger Date | Value Date | F | Reference | Description | Credit / Debit | Date | Amount Closing Balance |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

01NOV    USD OUR: 3058060197TC    ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:902057107 2 DESC DATE:021101
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000028060197 EED:021101
IND ID:GWR000000094B01
IND NAME:GRACE CORP BENEFITS DE    9,035.21

01NOV    USD OUR: 3058060191TC    ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:902057107 2 DESC DATE:021101
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000028060191 EED:021101
IND ID:GRK000000094B01
IND NAME:GRACE CORP BENEFITS DE    12,853.65

01NOV    USD OUR: 3058060200TC    ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:902057107 2 DESC DATE:021101
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000028060200 EED:021101
IND ID:GWT000000094B01
IND NAME:GRACE CORP BENEFITS DE    16,716.74

01NOV    USD OUR: 3058060192TC    ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:902057107 2 DESC DATE:021101
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000028060192 EED:021101
IND ID:GRN000000094B01
IND NAME:GRACE CORP BENEFITS DE    31,005.15

01NOV    USD OUR: 3058060194TC    ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:902057107 2 DESC DATE:021101
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000028060194 EED:021101
IND ID:GW0000000094B01
IND NAME:GRACE CORP BENEFITS DE    34,959.38

01NOV    USD OUR: 3058060184TC    ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024
ORIG ID:902057107 2 DESC DATE:021101
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000028060184 EED:021101
IND ID:GRA000000094B01
IND NAME:GRACE CORP BENEFITS DE    40,316.07

01NOV    USD OUR: 3058060188TC    ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021024    57,057.99

JPMorgan Chase Bank

JPMorganChase

TS

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 6 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Value Date | Adj Ledger Date | References | Credit / Debit | Description | Closing Balances Amount |
|---|---|---|---|---|---|

## CREDITS CONTINUED

| Value Date | References | Credit / Debit | Description |
|---|---|---|---|
| 01NOV | USD OUR: 305806O189TC | 82,718.55 | ORIG ID:9020571072 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028060188 EED:021101<br>IND ID:0RG000000094B01<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 021024 |
| 01NOV | USD OUR: 305806O190TC | 98,430.86 | ORIG ID:9020571072 DESC DATE:021101<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000028060189 EED:021101<br>IND ID:GRI000000094B01<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 021024 |
| 01NOV | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0144114305FF | 934,686.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160157 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/10:52 |
| 01NOV | USD YOUR: O/B BKAM IL CGO<br>OUR: 0181308305FF | 1,573,318.70 | IMAD: 1101EAQFTIIA000849<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0000160157 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:24 |
| 04NOV | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0334609308FF | 1,988,654.00 | IMAD: 1101QFGY2C000498<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044 |

JPMorgan Chase Bank

JP organ Chase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY FOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | | Account No: | 016-001257 |
| | | | Statement Start Date: | 01 NOV 2002 |
| | | | Statement End Date: | 15 NOV 2002 |
| | | | Statement Code: | S00-USA-22 |
| | | | Statement No: | 021 |
| | | | | Page 7 of 22 |

| Post Ledger Date | Value Date | T | Reference | Credits (Debits) | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**04NOV**  USD YOUR: O/B BKAM IL CGO  OUR: 0131809308FF  **3,177,374.16**
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125/ RFB=O/B WACHOVIA WIN
BBI=/TIME/15.39
/MAD:1106EAQFTIIA001290
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125/ RFB=O/B BKAM IL CG0
OBI=HOWT BBI=/TIME/11.44

**04NOV**  USD YOUR: MAESTRO  OUR: 0404507308FF  **4,900,000.00**
/MAD:11046IQFGY2C000303
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/01100028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125/ RFB=MAESTRO OBI=FUND
/MAB:-P1104A1M002HC001910
/MAD:1104A1M002HC001910

**05NOV**  USD OUR: 309996020202TC  **52.99**
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS-C3 E21101
ORIG ID:9020571072 DESC DATE:021105
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000029960202 EED:021105
IND ID:GRJ000000094B05
IND NAME:GRACE CORP BENEFITS DE

**05NOV**  USD YOUR: O/B FIRST UNION  OUR: 0269703309FF  **220,446.10**
FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600125/ RFB=O/B FIRST UNION
BBI=/TIME/14.57

**05NOV**  USD YOUR: MAESTRO  OUR: 0319703309FF  **300,000.00**
/MAD:1105F3QCAA1C001395
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP

JPMorgan Chase Bank

TS

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 8 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Effective Date | Value Date | References | Credit/Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|

## CREDITS (CONTINUED)

| | | | | | | |
|---|---|---|---|---|---|---|
| 05NOV | 05NOV | USD YOUR: O/B WACHOVIA WIN OUR: 0131102309FF | 481,973.00 | /011000028<br>B/O: W.R. GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=MAESTRO DBI=FUND<br>-318-P-1-S-1 ML PREMIER FUND BBI=/O<br>IMAD: 1105A1Q002BC001516 | | |
| 05NOV | 05NOV | USD YOUR: O/B BKAM IL CGO OUR: 0109309309FF | 3,596,998.58 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00Q016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:03<br>IMAD: 1105EAQFIIA000816 | | |
| 06NOV | 06NOV | USD YOUR: O/B BKAM IL CGO OUR: 0098B02310FF | 1,815,137.17 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/11:30<br>IMAD: 1105G1QFGY2C000292 | | |
| 06NOV | 06NOV | USD YOUR: O/B WACHOVIA WIN OUR: 0120608310FF | 2,682,788.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/11:07<br>IMAD: 1106G1QFGY2C000311<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

JPMorgan Chase Bank


J.P.Morgan Chase

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT MARY FOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:       016-001257
Statement Start Date: 01 NOV 2002
Statement End Date:   15 NOV 2002
Statement Code:   S00-USA-22
Statement No:     021  of  22
Page  9  of  22

| Post Ledger Date | Value Date | References | Credit Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|

**CREDITS:CONTINUED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07NOV | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0116602311FF | | ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:41<br>IMAD: 1106EAQFTIIA000783 | | |
| 07NOV | | | 757,570.70 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W R GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=0/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/11:21<br>IMAD: 1107O1QFGV2C000461 | | |
| 07NOV | | USD YOUR: MAESTRO<br>OUR: 0131013311FF | | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028 | | |
| 07NOV | | | 800,000.00 | B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=MAESTRO OBI=FUND<br>-318-P I-S 1 ML PREMIER FUND BBI=/0<br>IMAD: 1107AIQ02GC000531 | | |
| 07NOV | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0130403311FF | | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494 | | |
| 07NOV | | | 937,563.00 | B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=0/B WACHOVIA WIN<br>BBI=/TIME/11:44<br>IMAD: 1107EAQFTIIA000849 | | |
| 07NOV | | USD YOUR: MAESTRO<br>OUR: 0334403311FF | | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028 | | |
| 07NOV | | | 7,300,000.00 | B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001600l257 RFB=MAESTRO OBI=FUND<br>-318-P I-S 1 ML PREMIER FUND BBI=/0<br>IMAD: 1107AIQ02BC001492 | | |

JPMorgan Chase Bank

**JPMorganChase**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 10 of 22

| Ledger Date | Value Date | F | T | Reference | Credit/Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

08NOV  |  |  |  | USD YOUR: OUR: 31245000061C | 52.99 | ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:EBS C-3N 021106
ORIG ID:9020571072 DESC DATE:021108
CO ENTRY DESCR: PENSIONS SEC:PPD
TRACE#:021000024500006 EED:021108
IND ID:GWQ0000000094808
IND NAME:GRACE CORP BENEFITS DE

08NOV | 235,565.51 | USD YOUR: O/B FIRST UNION OUR: 0306307312FF | FEDWIRE CREDIT
VIA:FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND /COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B FIRST UNION
BBI=/TIME/15:15
IMAD: 1108F3QCA1C001621

08NOV | 1,367,486.46 | USD YOUR: O/B BKAM IL CGO OUR: 0150414312FF | FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W R GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/12:08
IMAD: 1108G1QFGY2C000489

08NOV | 1,534,951.00 | USD YOUR: O/B WACHOVIA WIN OUR: 0137813312FF | FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11:49
IMAD: 1108EAQFTI1A000846

08NOV | 2,800,000.00 | USD YOUR: MAESTRO OUR: 0325201312FF | FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A

JPMorgan Chase Bank

**JPMorganChase**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 11 of 22

## CREDITS CONTINUED

| Ledger Date | Value Date | F | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 12NOV | 12NOV | | USD YOUR: O/B WACHOVIA WIN OUR: 017911431FF | 1,642,018.00 | C-00001601257 RFB=MAESTRO OBI=FUND -3J8-P1-S 1 ML PREMIER FUND BI=/0 IMAD: 1108AIQ002GC001516 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN OBI=/TIME/11:34 IMAD: 1112EAQFTIA000978 |
| 12NOV | 12NOV | | USD YOUR: MAESTRO OUR: 0435909316FF | 2,500,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 COLUMBIA MD 21044-4029 B/O: W R GRACE & CO - CONN REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=MAESTRO OBI=FUND -3J8-P1-S 1 ML PREMIER FUND BI=/0 IMAD: 1112AIQ002DC002234 |
| 12NOV | 12NOV | | USD YOUR: O/B BKAM IL CGO OUR: 0135303516FF | 3,284,703.78 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 CAMBRIDGE MA 02140 B/O: W.R. GRACE & CO. REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:36 IMAD: 0112BIQFGY2C000392 |
| 13NOV | 13NOV | | USD YOUR: O/B BKAM IL CGO OUR: 0086302317FF | 1,886,885.44 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 CAMBRIDGE MA 02140 B/O: W.R. GRACE & CO. REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:39 IMAD: 1113BIQFGY2C000310 |

JPMorgan Chase Bank

**JPMorganChase**

TS

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 12 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT,MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | Value Date | Reference | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

13NOV   13NOV   USD YOUR: O/B WACHOVIA WIN   2,738,267.00
OUR: 0099007317FF
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601601257 RFB=O/B WACHOVIA WIN
ABI=/TIME/11.00

14NOV   14NOV   USD YOUR: 015917   2,566.67
OUR: 0190007318FF
IMAD: 1113EAQFTIIA000697
FEDWIRE CREDIT
VIA: BANK OF AMERICA, NA
/053000196
B/O: GRACE COLLECTIONS INC
21044-4098

14NOV   14NOV   USD YOUR: O/B WACHOVIA WIN   586,967.00
OUR: 0142803318FF
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601601257 RFB=O/B WACHOVIA WIN
D/PROCEEDS FROM MAT CD 507726 BBI=/
IMAD: 1114L1B7031C000389
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601601257 RFB=GCI C
OBI=GCI C

14NOV   14NOV   USD YOUR: O/B BKAM IL C0O   1,740,217.99
OUR: 0127603318FF
BBI=/TIME/11.47
IMAD: 1114EAQFTIIA001041
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601601257 RFB=O/B BKAM IL C0O
OBI=HOWT BBI=/TIME/11.27

14NOV   14NOV   USD YOUR: MAESTRO   3,900,000.00
OUR: 0349409318FF
IMAD: 1114GlQFG9Y2C000537
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN

JPMorgan Chase Bank


(JP Morgan Chase logo)

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Account No: | 016-001257 |
| Statement Start Date: | 01 NOV 2002 |
| Statement End Date: | 15 NOV 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 021 |

Page 13 of 22

| Effect Date | Roll Ledger Date | Value Date | T | References | Credits/Debits | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

15NOV    USD YOUR: O/B FIRST UNION
         OUR: 0182013319FF
         819,751.73
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-000016001257 RFB=MAESTRO DBI=FUND
-3-P11S.1 ML PREMIER FUND BBI=/O
/MAD: 111517ADIP002HCC001908
FEDWIRE CREDIT
VIA: FIRST UNION NATIONAL BK OF FLO
/063000021
B/O: W R GRACE AND CO CONN
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=O/B FIRST UNION
BBI=/TIME/11:41

15NOV    USD YOUR: O/B WACHOVIA WIN
         OUR: 0216008319FF
         1,390,320.25
LMAD: 1115F39CAA1C000961
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=O/B WACHOVIA WIN
BBI=/TIME/12:11

15NOV    USD YOUR: O/B BKAM IL CGO
         OUR: 0135409319FF
         2,115,174.00
IMAD: 1115EAQFI1A000935
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00016001257 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/11:01

15NOV    USD YOUR: O/B WACHOVIA WIN
         OUR: 0417109319FF
         7,634,006.00
IMAD: 1115G1QFGY2C000405
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A

JPMorgan Chase Bank

TS

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 14 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | References | Credits/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

## DEBITS

| Ledger Date | References | Credit/Debit | Description |
|---|---|---|---|
| 01NOV | USD OUR: 003344O118XF | 10,060.67 | AUTOMATIC DOLLAR/FLOAT TRANSFER ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=0/B WACHOVIA WIN OBI=WIRE SIGNED BY BONITA HARSH AT IMAD: 1115EAQFTI1A001433 TO ACCOUNT 00032388196 |
| 01NOV | USD YOUR: SEE WIRE OUR: 1088003053JB | 33,509.29 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 01NOV | USD YOUR: HOWT-FUCD OUR: 1089003053JB | 700,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:18 IMAD: 1101B1QGC08C004951 |
| 01NOV | USD YOUR: SEE WIRE OUR: 1088900305JB | 2,200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/16:17 IMAD: 1101B1QGC06C004438 |
| 04NOV | USD YOUR: SEE WIRE OUR: 1116200308JB | 496.00 | FEDWIRE DEBIT VIA: COMMERZBANK NYC /026008044 A/C: COMMERZBANK AG HAMBURG SWIFT CODE: COBADEHH BEN: SASDE GERBADEHH GMBH ATTN KAREN JURGENS REF: GRACE DAVISON PMT INV 280440, 28157/TIME/17:23 IMAD: 1104B1QGC07C004734 |
| 04NOV | USD OUR: 003259O114XF | 3,107.30 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196 |
| 04NOV | USD YOUR: SEE WIRE OUR: 099420308JB | 5,584.75 | CHIPS DEBIT VIA: CITIBANK /0008 |

JPMorgan Chase Bank

TS

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 15 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | E | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|
| 04NOV | | USD YOUR: SEE WIRE / OUR: 0993500308JB | 76,131.96 | A/C: BANCO DE OCCIDENTE<br>CALI, COLOMBIA<br>BEN: ALVARO BELTRAN FEGED<br>X<br>REF: MISC EXPENSES AUGUST-OCTOBER 2<br>002<br>SSN: 0218216<br>CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: DEUTSCHE BANK AG,AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PMT OF INV 1552 |
| 04NOV | | USD YOUR: SEE WIRE / OUR: 0992800308JB | 109,232.40 | SSN: 0218210<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 04NOV | | USD YOUR: SEE WIRE / OUR: 0995600308JB | 120,749.39 | FEDWIRE DEBIT<br>VIA: FW021000358<br>/021000358<br>A/C: GE AMERICA BUSINESS CREDIT,<br>SONIA ROSADO PHONE 212-503-7835<br>REF: TIME/16:12<br>IMAD: 1104B1QGC08C004416 |
| 04NOV | | USD YOUR: ACH OF 02/11/04 / OUR: 0019600308HP | 177,771.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634-<br>FEDWIRE DEBIT |
| 04NOV | | USD YOUR: HOWT-FUCD / OUR: 0994800308JB | 2,100,000.00 | VIA: FIRT UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:12<br>IMAD: 1104B1QGC05C003977 |
| 04NOV | | USD YOUR: SEE WIRE / OUR: 1115700308JB | 7,500,000.00 | FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: BANK OF BERMUDA LTD CLEARING A<br>HAMILTON HM DX BERMUDA<br>BEN: MARSH GLOBAL BROKING (BERMUDA) |

JPMorgan Chase Bank

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | | |
|---|---|---|
| Account No: | 016-001257 | |
| Statement Start Date: | 01 NOV 2002 | |
| Statement End Date: | 15 NOV 2002 | |
| Statement Code: | S00-USA-22 | |
| Statement No: | 021 | |
| | Page 16 of 22 | |

## DEBITS CONTINUED

| Post Date | Value Date | References | Description | Credit/Debit Amount |
|---|---|---|---|---|
| 05NOV | 05NOV USD | YOUR: FPRS DEPOSITORY<br>OUR: 0462800309JB | PREMIUMS<br>REF: DIRECTOR'S + OFFICERS PREMIUM<br>IMAD: 1104B1Q8C07C004735<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO. | 280.00 |
| 05NOV | 05NOV USD | OUR: 0031670114XF | X<br>REF: REFER TO WIRE WR GRACE WEEK EN<br>DING 10/28/2002 HOURLY<br>SSN: 0201266 | 14,909.30 |
| 05NOV | 05NOV USD | YOUR: HOWT-CHASE<br>OUR: 0784800309JB | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052381963<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098 | 68,785.46 |
| 05NOV | 05NOV USD | YOUR: SEE WIRE<br>OUR: 0462700309JB | REF: HOWT<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044- | 85,477.85 |
| 05NOV | 05NOV USD | YOUR: SEE WIRE<br>OUR: 0462600309JB | REF: UHC PAYMENTS<br>FEDWIRE DEBIT<br>VIA: ALF FIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X | 809,591.57 |
| 05NOV | 05NOV USD | YOUR: HOWT-FUCD<br>OUR: 0784900309JB | REF: HOURLY PAYROLL/TIME/12:42<br>IMAD: 1105B1Q8C06C002100<br>FEDWIRE DEBIT<br>VIA: FIRT UNION NC<br>/053000219<br>CHARLOTTE NC<br>A/C: W.R. GRACE AND CO.<br>REF: 0111.79 ATTN P. LAWING 704-374<br>-4448/TIME/15:23 | 3,600,000.00 |
| 06NOV | 06NOV USD | YOUR: 240009<br>OUR: 0804100310JB | IMAD: 1105B1Q8C02C003304<br>BOOK TRANSFER DEBIT<br>A/C: D0022430680<br>X<br>REF: MET LIFE PREM. EMPLOYEE GUL CO<br>NTRIBUTIONS FOR OCTOBER 2002 | 2,308.18 |

JPMorgan Chase Bank

JPMorganChase    Statement

| Account No: | 016-001257 |
| Statement Start Date: | 01 NOV 2002 |
| Statement End Date: | 15 NOV 2002 |
| Statement Code: | S00-USA-22 |
| Statement No: | 021 |

Page 17 of 22

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## DEBITS CONTINUED

| Value Date | Reference | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|
| 06NOV | USD OUR: 0031010114XF | 13,305.70 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196 | | |
| 06NOV | USD YOUR: SEE WIRE OUR: 0804000310JB | 92,260.82 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 06NOV | USD YOUR: SEE WIRE OUR: 0803800310JB | 800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:54 | | |
| 06NOV | USD YOUR: SEE WIRE OUR: 1013400310JB | 1,080,007.18 | FEDWIRE DEBIT VIA: BK AMIL CGO /071000039 A/C: THE SEPRATIONS GROUP SRG REF: REPAYMENT OF LOAN DATED 4/17/0 1 IMAD: 1106B1Q8C07C004074 | | |
| 06NOV | USD YOUR: HOWT-FUCD OUR: 0803900310JB | 2,500,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:53 IMAD: 1106B1Q8C02C003618 | | |
| 07NOV | USD OUR: 0031230114XF | 30,329.78 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196 | | |
| 07NOV | USD YOUR: SEE WIRE OUR: 0916700311JB | 40,400.47 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 07NOV | USD YOUR: FPRS DEPOSITORY OUR: 0916900311JB | 162,405.11 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X | | |

JPMorgan Chase Bank

**JPMorganChase**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 01 NOV 2002
Statement End Date: 15 NOV 2002
Statement Code: S00-USA-22
Statement No: 021
Page 18 of 22

### DEBITS CONTINUED

| Transaction Date | Value Date | Reference | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|
| 07NOV | | USD YOUR: SEE WIRE OUR: 0379900311JB | 2,524,410.01 | REF: REFER TO WIRE WEEK ENDING 11/4/ 02 CPD/DAVISON SSN: 0239463 FEDWIRE DEBIT VIA: ALLFIRST BANK /052000113 A/C: GRACE DAVISON | | |
| 07NOV | | USD YOUR: HOWT-FUCD OUR: 0916300311JB | 7,000,000.00 | REF: SALARIED PAYROLL/TIME/12:05 IMAD: 1107B1QGC07C002135 FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC 704-374 REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:44 | | |
| 08NOV | | USD OUR: 0032030114XF | 3,191.79 | IMAD: 1107B1QGC04C003786 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 08NOV | | USD YOUR: SEE WIRE OUR: 0956200312JB | 44,994.60 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 08NOV | | USD YOUR: HOWT-FUCD OUR: 0956100312JB | 5,900,000.00 | FEDWIRE DEBIT VIA: FIRT UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:12 | | |
| 12NOV | | USD YOUR: ACH OF 02/11/12 OUR: 0032500316HP | 3,286.00 | IMAD: 1108B1QGC06C004028 BOOK TRANSFER DEBIT A/C: CB/ETI PRE-FUNDING CLEARING A TAMPA FL 33634- BOOK TRANSFER DEBIT | | |
| 12NOV | | USD YOUR: SEE WIRE OUR: 0206900316JB | 103,801.79 | A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 12NOV | | USD OUR: 0033910114XF | 129,309.29 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 12NOV | | USD YOUR: FPRS DEPOSITORY OUR: 1025800316JB | 821,396.72 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 | | |

JPMorgan Chase Bank

JPMorganChase

TS

Account No:        016-001257
Statement Start Date:   01 NOV 2002
Statement End Date:    15 NOV 2002
Statement Code:      S00-USA-22
Statement No:        021
Page 19 of 22

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Booking Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Booking Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| | | | | A/C: FPRS DEPOSITORY |
| | | | | X |
| | | | | BEN: WR GRACE + CO. |
| | | | | X |
| | | | | REF: REFER TO WIRE WR GRACE WEEK EN |
| | | | | DING 11/6/02 SALARIED |
| 12NOV | 12NOV | USD YOUR: SEE WIRE OUR: 0206800316JB | 833,066.28 | FEDWIRE DEBIT |
| | | | | SSN: 0433401 |
| | | | | VIA: ALLFIRST BANK |
| | | | | /052000113 |
| | | | | A/C: GRACE DAVISON |
| | | | | X |
| | | | | REF: HOURLY PAYROLL/TIME/11.03 |
| 12NOV | 12NOV | USD YOUR: HOWT-FUCD OUR: 1187200316JB | 5,600,000.00 | MAD: 1112B1QGC02C002419 |
| | | | | FEDWIRE DEBIT |
| | | | | VIA: FIRT UNION NC |
| | | | | /053000219 |
| | | | | A/C: W.R. GRACE AND CO. |
| | | | | CHARLOTTE NC |
| | | | | REF: 0111 79 ATTN P. LAWING 704-374 |
| | | | | -3448/TIME/16:28 |
| 13NOV | | USD OUR: 0031510114XF | 56,104.06 | MAD: 1112B1QGC07C006281 |
| | | | | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| | | | | TO ACCOUNT 00032381963 |
| 13NOV | 13NOV | USD YOUR: SEE WIRE OUR: 0958700317JB | 76,438.46 | BOOK TRANSFER DEBIT |
| | | | | A/C: W R GRACE & CO CONN (UHC FUNDI |
| | | | | COLUMBIA MD 21044- |
| | | | | REF: UHC PAYMENTS |
| 13NOV | 13NOV | USD YOUR: SEE WIRE OUR: 0958800317JB | 100,334.87 | CHIPS DEBIT |
| | | | | VIA: DEUTSCHE BANK TRUST CO AMERICA |
| | | | | /0103 |
| | | | | A/C: DEUTSCHE BANK AG,AMSTERDAM |
| | | | | SWIFT CODE DEUTNL2A |
| | | | | BEN:/A+ M MINERALS AND METALS LTD |
| | | | | X |
| | | | | REF: INV 1569 50,860.10 INV 1571 49 |
| | | | | ,974.77 |
| 13NOV | 13NOV | USD YOUR: HOWT-FUCD OUR: 0958600317JB | 1,900,000.00 | SSN: 0243073 |
| | | | | FEDWIRE DEBIT |
| | | | | VIA: FIRT UNION NC |
| | | | | /053000219 |
| | | | | A/C: W.R. GRACE AND CO. |
| | | | | CHARLOTTE NC |
| | | | | REF: 0111 79 ATTN P. LAWING 704-374 |