## EXHIBIT A

### Case Administration (110.80 Hours; $ 20,122.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.20 | $710 | 1,562.00 |
| Peter V. Lockwood | 3.30 | $625 | 2,062.50 |
| Walter B. Slocombe | .10 | $540 | 54.00 |
| Trevor W. Swett | .30 | $470 | 141.00 |
| Rita C. Tobin | 3.70 | $340 | 1,258.00 |
| Robert C. Spohn | 33.70 | $165 | 5,560.50 |
| Elyssa J. Strug | 18.60 | $155 | 2,883.00 |
| Karen A. Albertelli | 41.40 | $135 | 5,589.00 |
| Samira A. Taylor | 1.90 | $135 | 256.50 |
| Tracy L. Wantuck | 5.60 | $135 | 756.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2002 | RCT | 340.00 | 0.20 | Review EI status memos re: all pending issues. |
| 10/1/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 10/1/2002 | KAA | 135.00 | 0.30 | Updated Ct Dep & transcripts index (02-2210). |
| 10/1/2002 | PVL | 625.00 | 0.60 | Confer NDF re case management (.2); review 4 miscellaneous orders (.1); teleconference EI re status (.1); confer TWS re case management (.1); email JPC (.1). |
| 10/1/2002 | RCS | 165.00 | 0.40 | Review and index correspondence and pleadings received 9/30/02 |
| 10/2/2002 | RCS | 165.00 | 0.40 | Review and index correspondence and pleadings received 10/1/02 |
| 10/2/2002 | EJS | 155.00 | 0.50 | Updated EI, PVNL and JWD agenda files. |
| 10/2/2002 | KAA | 135.00 | 0.70 | Updated Ct doc & Orders indexes (01-1139). |
| 10/2/2002 | KAA | 135.00 | 0.30 | Updated Ct doc index (02-2210). |

- 2 -

| 10/2/2002 | KAA | 135.00 | 0.20 | Updated Ct doc index (01-771). |
| 10/3/2002 | EI | 710.00 | 0.10 | Staff conference call re: agenda. |
| 10/3/2002 | RCT | 340.00 | 0.30 | Prepare meeting memo for distribution to team. |
| 10/3/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/3/2002 | TWS | 470.00 | 0.10 | Discussion of status |
| 10/3/2002 | EJS | 155.00 | 0.20 | Updated EI files. |
| 10/3/2002 | EJS | 155.00 | 0.50 | Updated fee app indexes & files. |
| 10/3/2002 | RCS | 165.00 | 0.40 | Review and index correspondence and pleadings received 10/02/02 |
| 10/3/2002 | WBS | 540.00 | 0.10 | Discussion of status. |
| 10/4/2002 | EJS | 155.00 | 0.10 | Meet w/RCT re minutes. |
| 10/4/2002 | RCS | 165.00 | 0.30 | Review and index correspondence and pleadings received 10/4/02 |
| 10/4/2002 | TWS | 470.00 | 0.10 | TC M.Borja |
| 10/4/2002 | RCT | 340.00 | 0.20 | Revise and complete memo. |
| 10/7/2002 | EJS | 155.00 | 0.50 | Updated EI & PVNL agenda files and EI hearing files. |
| 10/7/2002 | RCS | 165.00 | 0.60 | Review and index correspondence and pleadings received 10/7/02 (.3); retrieve docs requested by attorney (.3) |
| 10/8/2002 | EJS | 155.00 | 0.60 | Updated players list and files. |
| 10/9/2002 | PVL | 625.00 | 0.30 | Email CSR et al re COLI motions (.1); review draft reply re same (.2). |
| 10/9/2002 | RCS | 165.00 | 1.30 | Review and index pleadings and correspondence received 10/7/02 - 10/8/02 (.6); search files for specific documents requested by attorney (.3); download pleadings from electronic docket per attorney request (.4) |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 10/9/2002 | SAT | 135.00 | 0.40 | Proofread NDF Declaration. |
| 10/9/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/9/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 10/9/2002 | TLW | 135.00 | 1.50 | Pull requested pleadings and search LiveEdgar for Form 10-Ks. |
| 10/10/2002 | RCS | 165.00 | 1.10 | Review and index pleadings and correspondence received 10/9/02 (.4); retrieve documents requested by attorney using electronic dockets and inhouse indices (.7) |
| 10/10/2002 | SAT | 135.00 | 0.30 | Print pleadings docket as per BAS request. |
| 10/10/2002 | SAT | 135.00 | 0.70 | Search docket for and download BAS requested transcript. |
| 10/10/2002 | SAT | 135.00 | 0.50 | Searched for and retrieved BS requested pleadings and transcript. |
| 10/11/2002 | RCS | 165.00 | 1.10 | Review and index pleadings and correspondence received 10/10/02 (.3); check electronic dockets for a transcript of a specific hearing per attorney request (.4); gather specific documents requested by attorney (.4) |
| 10/11/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/13/2002 | RCT | 340.00 | 0.30 | Review and analyze memos, calendars; memo to EI re: upcoming matters and events. |
| 10/15/2002 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/15/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 10/15/2002 | RCT | 340.00 | 0.20 | Telecon local counsel re: hearing. |
| 10/16/2002 | EJS | 155.00 | 0.60 | Updated EI, PVNL, JWD agenda files and EI hearing files. |
| 10/16/2002 | KAA | 135.00 | 0.50 | Updated Ct doc index (02-2211). |

- 4 -

| | | | | |
|---|---|---|---|---|
| 10/16/2002 | KAA | 135.00 | 0.50 | Updated Ct doc index (02-2210). |
| 10/16/2002 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 10/16/2002 | KAA | 135.00 | 0.50 | Updated Ct doc index (01-771). |
| 10/16/2002 | KAA | 135.00 | 0.20 | Updated Ct & dep transcripts index (02-2210). |
| 10/17/2002 | KAA | 135.00 | 0.20 | Searched and retrieved various Ct docs for RCT. |
| 10/17/2002 | RCS | 165.00 | 2.40 | Review and index pleadings and correspondence received 10/16/02 (.3); review electronic docket, download pleadings not held in firm files, update pleadings database and attach downloaded imaged documents (2.1) |
| 10/18/2002 | RCS | 165.00 | 0.60 | Review and index pleadings and correspondence received 10/17/02 (.3); review electronic docket and download documents requested by attorney (.3) |
| 10/18/2002 | KAA | 135.00 | 0.20 | Forwarded L Tersigni Monthly Operating Report. |
| 10/18/2002 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/18/2002 | PVL | 625.00 | 0.10 | Review draft COLI order and confer CSR re same. |
| 10/21/2002 | KAA | 135.00 | 0.50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/21/2002 | RCT | 340.00 | 0.20 | Review schedules and emails from C&D attys and local counsel; draft memo to EI re: status and pending matters. |
| 10/21/2002 | PVL | 625.00 | 0.30 | Review 7 miscellaneous filings (.1); review EI memo re status (.1); review agenda letter (.1). |
| 10/21/2002 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 10/18/02 (.2); |

|  |  |  |  | review correspondence files for specific documents requested by attorney (.3) |
|---|---|---|---|---|
| 10/22/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 10/21/02 (.3) |
| 10/22/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/22/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 10/23/2002 | TLW | 135.00 | 0.50 | Search for filings requested by BAS. |
| 10/23/2002 | KAA | 135.00 | 0.10 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/23/2002 | RCS | 165.00 | 0.90 | Review and index pleadings and correspondence received 10/22/02 (.3); download documents from electronic docket and attach to images to firm file database (.6) |
| 10/23/2002 | RCT | 340.00 | 0.30 | Review schedules from local counsel re: status and events. |
| 10/23/2002 | EJS | 155.00 | 0.70 | Updated EI files. |
| 10/24/2002 | PVL | 625.00 | 0.30 | Teleconference Pacheco re status (.1); teleconference Hurford re status (.1); review 4 miscellaneous filings (.1). |
| 10/24/2002 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 10/23/02 (.3); review electronic document in bankruptcy and download files requested by attorney (.4) |
| 10/24/2002 | KAA | 135.00 | 0.20 | Updated Monthly Op Rpt index. |
| 10/24/2002 | KAA | 135.00 | 1.30 | Updated Ct doc & Orders indexes (01-1139). |
| 10/24/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/25/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/25/2002 | PVL | 625.00 | 0.10 | Review 5 miscellaneous filings. |

| 10/25/2002 | RCT | 340.00 | 0.30 | Prepare EI weekly report re: significant pending events and issues. |
|---|---|---|---|---|
| 10/25/2002 | RCS | 165.00 | 0.30 | Retrieve and index pleadings and correspondence received 10/24/02 |
| 10/28/2002 | RCS | 165.00 | 1.70 | Review and index pleadings and correspondence received 10/25/02 (.3); retrieve documents requested by attorney (.5); update pleadings database and attach image files to database (.3); check docket for any filing in Cybergenics appeal (.1); attach imaged files to document database (.5) |
| 10/28/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/28/2002 | KAA | 135.00 | 0.30 | Searched & retrieved Ct docs per RCT request re: responses to Fee Auditor. |
| 10/28/2002 | TLW | 135.00 | 1.60 | Organize and assemble materials for trial preparation binders. |
| 10/29/2002 | EJS | 155.00 | 0.50 | Updated EI, PVNL and JWD agenda files. |
| 10/29/2002 | RCS | 165.00 | 1.80 | Review and index pleadings and correspondence received 10/28/02 (.2); retrieve pleadings requested by attorney (.2); download electronic files and append to pleadings database (.7); review main case electronic docket with local firm files and prepare to download documents for file (.7) |
| 10/29/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 10/30/2002 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 10/29/02 (.3); download docket for period June to present per attorney request (.2); request files for specific issue documents (.2) |
| 10/30/2002 | EJS | 155.00 | 0.50 | Updated EI Judge Wolin files. |
| 10/30/2002 | EJS | 155.00 | 0.20 | Updated EI files. |

| 10/31/2002 | EJS | 155.00 | 0.70 | Updated C&D fee app files/indexes. |
| 10/31/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 10/30/02 |
| 10/31/2002 | KAA | 135.00 | 0.50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 10/31/2002 | RCT | 340.00 | 0.20 | Review schedules re: agenda items to be addressed. |
| 10/31/2002 | PVL | 625.00 | 0.20 | Teleconference Klee re status. |
| 11/1/2002 | RCT | 340.00 | 0.20 | Prepare weekly report for EI re: significant events. |
| 11/1/2002 | RCT | 340.00 | 0.10 | E-mail litigation partners; review responses re: weekly report to EI re: significant events. |
| 11/1/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 10/31/02 |
| 11/1/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct doc in prep of indexing & filing. |
| 11/1/2002 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 11/1/2002 | KAA | 135.00 | 0.50 | Updated Ct doc index (01-771). |
| 11/3/2002 | PVL | 625.00 | 0.10 | Review 2 miscellaneous filings. |
| 11/4/2002 | RCS | 165.00 | 0.90 | Search correspondence for specific documents requested by attorney |
| 11/4/2002 | KAA | 135.00 | 1.30 | Updated Ct doc & Orders indexes (02-2210). |
| 11/4/2002 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/4/2002 | EI | 710.00 | 0.10 | Re: Sealed Air:  t/c E. Wohlforth re: McGovern. |
| 11/5/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |

- 8 -

| | | | | |
|---|---|---|---|---|
| 11/5/2002 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 11/1/02 - 11/04/02 |
| 11/6/2002 | RCS | 165.00 | 2.40 | Review and index pleadings and correspondence received 11/5/02 (.2); prepare documents for forwarding to co-counsel (.2); retrieve trial exhibits per attorney request (.3); prepare exhibits for fedex to co-counsel (.3) review exhibits lists and compare depos exhibits used to insure all depos are listed as trial exhibits (1.1); retrieve specific documents requested by attorney (.3) |
| 11/6/2002 | KAA | 135.00 | 1.50 | Updated Ct doc & Orders indexes (01-1139). |
| 11/6/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/6/2002 | PVL | 625.00 | 0.10 | Review Berkin memo and email Milch. |
| 11/6/2002 | RCT | 340.00 | 0.30 | Review weekly recommendation and schedules re: EI update and status report. |
| 11/7/2002 | KAA | 135.00 | 0.70 | Updated Ct doc & Orders indexes (02-2210). |
| 11/7/2002 | EJS | 155.00 | 0.60 | Retrieved archived Manville files for BAS re W.R. Grace work. |
| 11/7/2002 | EJS | 155.00 | 0.30 | Minutes memo to RCT. |
| 11/7/2002 | KAA | 135.00 | 0.50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/7/2002 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 11/6/02 (.3); retrieve specific documents requested by attorney (.4) |
| 11/8/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/7/02 |
| 11/8/2002 | EJS | 155.00 | 0.50 | Updated EI hearing files. |

| 11/8/2002 | EJS | 155.00 | 0.30 | Updated EI's Judge Wolin files/indexes. |
|---|---|---|---|---|
| 11/8/2002 | EJS | 155.00 | 2.00 | Retrieved archived Manville files for BAS. |
| 11/11/2002 | KAA | 135.00 | 1.70 | Updated Ct doc & Orders indexes (01-1139). |
| 11/11/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/11/2002 | RCT | 340.00 | 0.20 | Review M. Eskin e-mails and case memo. |
| 11/11/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/8/02 |
| 11/11/2002 | PVL | 625.00 | 0.10 | Review 3 miscellaneous filings. |
| 11/11/2002 | EJS | 155.00 | 0.50 | Updated EI, PVNL and JWD agenda files. |
| 11/11/2002 | EJS | 155.00 | 1.00 | Sent Manville documents to BAS. |
| 11/12/2002 | EJS | 155.00 | 0.50 | Updated EI hearing files. |
| 11/12/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/12/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 11/12/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/11/02 |
| 11/13/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/12/02 |
| 11/14/2002 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 11/13/02 (.2); retrieve documents requested by attorney (.3) |
| 11/14/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/14/2002 | KAA | 135.00 | 1.50 | Updated Ct doc & Orders indexes (01-1139). |
| 11/14/2002 | EJS | 155.00 | 0.60 | Updated C&D files/indexes. |

| 11/14/2002 | EJS | 155.00 | 0.60 | Updated C&D files/indexes. |
| 11/15/2002 | PVL | 625.00 | 0.10 | Review motion re Locke p.i. |
| 11/15/2002 | RCT | 340.00 | 0.10 | Review responses from lit partners re: weekly update and prepare memo for EI. |
| 11/15/2002 | KAA | 135.00 | 0.20 | Reviewed received Ct docs in prep of indexing & filing. |
| 11/15/2002 | KAA | 135.00 | 0.50 | Updated Ct doc index (01-1139). |
| 11/15/2002 | KAA | 135.00 | 0.40 | Updated Ct doc index (01-771). |
| 11/15/2002 | KAA | 135.00 | 0.40 | Updated Ct doc index (02-2210). |
| 11/15/2002 | KAA | 135.00 | 0.30 | Updated Ct doc index (02-1549). |
| 11/15/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/14/02 |
| 11/18/2002 | EJS | 155.00 | 0.30 | Updated EI files. |
| 11/18/2002 | EJS | 155.00 | 0.70 | Updated EI, PVNL and JWD agenda files. |
| 11/19/2002 | KAA | 135.00 | 0.20 | Updated litigation calendar. |
| 11/19/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/19/2002 | PVL | 625.00 | 0.10 | Review 4 miscellaneous filings. |
| 11/19/2002 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 11/15/02 - 11/18/02 |
| 11/20/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 11/19/02 |
| 11/21/2002 | RCT | 340.00 | 0.20 | Review and analyze recommendation memo for EI report. |
| 11/21/2002 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 11/20/02 (.2); search e-document for specific items requested by attorney (.3) |

| 11/21/2002 | KAA | 135.00 | 1.30 | Updated Ct doc & Orders indexes (01-1139). |
| 11/21/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/21/2002 | PVL | 625.00 | 0.20 | Review agenda letter (.1); teleconference Hurford (.1). |
| 11/22/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/22/2002 | RCS | 165.00 | 0.60 | Review and index pleadings and correspondence received 11/21/02 (.3); search files for documents requested by attorney (.3) |
| 11/25/2002 | EJS | 155.00 | 0.20 | Updated JWD agenda files. |
| 11/25/2002 | EJS | 155.00 | 0.40 | Updated EI & PVNL agenda files. |
| 11/25/2002 | RCS | 165.00 | 2.10 | Review and index pleadings and correspondence received 11/22/02 (.2); prepare documents for depo exhibits (1.9) |
| 11/25/2002 | EI | 710.00 | 0.80 | Re:  Sealed Air:  T/c NDF re: expert evidentiary issues (.5); t/c E. Wohlforth (.1); reviewed appeal issues (.2). |
| 11/25/2002 | PVL | 625.00 | 0.10 | Review calendar. |
| 11/26/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/25/02 |
| 11/26/2002 | EI | 710.00 | 0.10 | File and agenda review. |
| 11/26/2002 | EJS | 155.00 | 0.40 | Updated EI hearing files. |
| 11/26/2002 | KAA | 135.00 | 0.20 | Updated Monthly Operating Reports index. |
| 11/26/2002 | KAA | 135.00 | 0.70 | Updated Ct doc & Orders indexes (01-1139). |
| 11/26/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |

| | | | | |
|---|---|---|---|---|
| 11/26/2002 | KAA | 135.00 | 0.50 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 11/27/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 11/26/02 |
| 11/27/2002 | KAA | 135.00 | 1.50 | Updated Ct doc index (02-2210). |
| 12/2/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/2/2002 | KAA | 135.00 | 1.50 | Updated Ct doc & Orders indexes (02-2210). |
| 12/2/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 11/27/02 |
| 12/2/2002 | EJS | 155.00 | 0.20 | Updated EI Judge Wolin files/indexes. |
| 12/2/2002 | EJS | 155.00 | 0.30 | Updated EI hearing files. |
| 12/2/2002 | EJS | 155.00 | 0.10 | Updated JWD agenda files. |
| 12/3/2002 | KAA | 135.00 | 0.20 | Updated litigation calendar. |
| 12/3/2002 | RCS | 165.00 | 1.80 | Review and index pleadings and correspondence received 12/2/02 (.3); review and index specific item documents and prepare for scanning and inclusion in the electronically imaged document database (1.2); gather electronic media re: bates (.3) |
| 12/4/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 12/3/02 |
| 12/4/2002 | RCT | 340.00 | 0.20 | Review weekly recommendations re: EI update. |
| 12/4/2002 | EJS | 155.00 | 0.20 | Updated EI files. |
| 12/4/2002 | EJS | 155.00 | 0.20 | Updated EI minute files. |
| 12/5/2002 | EI | 710.00 | 0.50 | Memo re: Siegel request. |
| 12/5/2002 | EJS | 155.00 | 0.50 | Created EI files. |
| 12/5/2002 | EJS | 155.00 | 0.30 | Edited draft minutes per EI. |

| | | | | |
|---|---|---|---|---|
| 12/5/2002 | KAA | 135.00 | 0.50 | Updated Ct doc index (01-771). |
| 12/5/2002 | KAA | 135.00 | 0.50 | Updated Ct doc index (02-2210). |
| 12/5/2002 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 12/5/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/5/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/4/02 |
| 12/5/2002 | PVL | 625.00 | 0.20 | Review NDF memo and reply (.1); review Hurford memo (.1). |
| 12/6/2002 | PVL | 625.00 | 0.20 | Confer EI re status. |
| 12/6/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/5/02 |
| 12/9/2002 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 12/6/02 (.2); retrieve documents requested by attorney (.3) |
| 12/9/2002 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/10/2002 | EJS | 155.00 | 0.30 | Updated EI minute files. |
| 12/10/2002 | KAA | 135.00 | 0.20 | Updated litigation calendar. |
| 12/10/2002 | EI | 710.00 | 0.10 | Memo to Kazan. |
| 12/10/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/9/02 |
| 12/11/2002 | TLW | 135.00 | 2.00 | Organize case files and pleadings. |
| 12/11/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 12/10/02 |
| 12/11/2002 | EJS | 155.00 | 0.50 | Updated EI hearing files. |
| 12/12/2002 | EJS | 155.00 | 0.40 | Updated EI files. |
| 12/12/2002 | PVL | 625.00 | 0.10 | Review miscellaneous filings. |

| 12/12/2002 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 12/12/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/12/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/11/02 |
| 12/13/2002 | RCT | 340.00 | 0.10 | Review weekly recommendation reports re: EI update. |
| 12/16/2002 | EJS | 155.00 | 0.40 | Updated EI, PVNL, JWD agenda files. |
| 12/16/2002 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/16/2002 | KAA | 135.00 | 1.00 | Updated Ct doc & Orders indexes (01-1139). |
| 12/16/2002 | RCS | 165.00 | 0.80 | Review and index pleadings and correspondence received 12/12/02 - 12/13/02 (.4); retrieve docs for attorney (.4) |
| 12/17/2002 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 12/16/02 (.3); organize docs and forward filing (.4) |
| 12/17/2002 | KAA | 135.00 | 0.30 | Updated litigation calendar. |
| 12/17/2002 | EJS | 155.00 | 0.10 | Updated EI files. |
| 12/17/2002 | EJS | 155.00 | 0.30 | Updated EI hearing files. |
| 12/17/2002 | EJS | 155.00 | 0.30 | Updated EI hearing files. |
| 12/18/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/18/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/17/02 |
| 12/19/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/18/02 |
| 12/19/2002 | KAA | 135.00 | 0.40 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |

| | | | | |
|---|---|---|---|---|
| 12/20/2002 | TWS | 470.00 | 0.10 | Instructions to paralegal re distribution of materials |
| 12/20/2002 | KAA | 135.00 | 0.20 | Updated Monthly Operating Rpts index. |
| 12/20/2002 | KAA | 135.00 | 1.20 | Updated Ct doc & Orders indexes (01-1139). |
| 12/20/2002 | KAA | 135.00 | 0.50 | Updated Ct doc index (02-2210). |
| 12/20/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/21/2002 | PVL | 625.00 | 0.10 | Review 9019 motion re MCNIC. |
| 12/23/2002 | KAA | 135.00 | 0.20 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/23/2002 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 12/19/02 - 12/20/02 |
| 12/24/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 12/23/02 |
| 12/24/2002 | KAA | 135.00 | 0.20 | Updated litigation calendar. |
| 12/24/2002 | RCT | 340.00 | 0.10 | Review weekly recommendations re: EI update. |
| 12/27/2002 | KAA | 135.00 | 0.30 | Reviewed recently rec'd Ct docs in prep of indexing & filing. |
| 12/30/2002 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 12/24/02 through 12/27/02 (.4). |
| 12/30/2002 | KAA | 135.00 | 0.20 | Reviewed recently received court documents in preparation of indexing/filing. |
| 12/31/2002 | RCS | 165.00 | 0.20 | Review and index pleadings and corresp. rec'd 12/30/02 (.2) |
| 12/31/2002 | EI | 710.00 | 0.50 | Read Mich. court opinion on EPA case. |

**Total Task Code .04        110.80**

**Claim Analysis Objection & Resolution (Asbestos)(111.40 Hours; $ 30,376.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | 4.00 | $625 | 2,500.00 |
| Albert G. Lauber | 1.10 | $490 | 539.00 |
| Trevor W. Swett | .50 | $470 | 235.00 |
| Kimberly N. Brown | 12.30 | $350 | 4,305.00 |
| Max C. Heerman | 14.30 | $265 | 3,789.50 |
| John P. Cunningham | 7.20 | $240 | 1,728.00 |
| Brian A. Skretny | 72.00 | $240 | 17,280.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 10/1/2002 | TWS | 470.00 | 0.10 | Conf NDF re bar date issue |
| 10/1/2002 | TWS | 470.00 | 0.10 | Conf NDF re case law pertaining to appointment of trustee |
| 10/1/2002 | TWS | 470.00 | 0.10 | Conf NDF re Grace bar date issue |
| 10/1/2002 | BAS | 240.00 | 0.10 | Web rs re: non-malignant claims (.1). |
| 10/2/2002 | BAS | 240.00 | 0.20 | Rs re non-malignant claims (.2). |
| 10/3/2002 | BAS | 240.00 | 0.80 | Web rs re non-malignant asbestos claims (.8) |
| 10/4/2002 | BAS | 240.00 | 0.20 | Web-based res re: non-malignant asbestos claims (.2). |
| 10/4/2002 | BAS | 240.00 | 0.20 | Organize non-malignant rs to date (.2). |
| 10/6/2002 | PVL | 625.00 | 0.70 | Review 2002 Rand report (half time). |
| 10/7/2002 | PVL | 625.00 | 0.70 | Confer KNB re est. argument prep. |
| 10/7/2002 | AGL | 490.00 | 0.40 | Conference w/KNB, MCH re revisions to oral argument outline. |

| 10/8/2002 | KNB | 350.00 | 3.40 | Draft memorandum to EI re claims filings of Grace and Manville (.5); confer with EI re oral argument outline (.1); edit same (2.8) |
|---|---|---|---|---|
| 10/8/2002 | BAS | 240.00 | 0.70 | Performed web search for verdicts on challenged asbestos claims. (.7). |
| 10/8/2002 | AGL | 490.00 | 0.40 | Conference w/KNB re revisions to oral argument outline (0.2); follow-up email to her (0.2). |
| 10/9/2002 | BAS | 240.00 | 0.10 | Performed web search for verdicts on challenged asbestos claims (.1). |
| 10/10/2002 | PVL | 625.00 | 0.10 | Review draft COLI order and email CSR re same. |
| 10/10/2002 | AGL | 490.00 | 0.30 | Review final outline of oral argument. |
| 10/14/2002 | BAS | 240.00 | 0.30 | Gathered docs for NDF (.3). |
| 10/15/2002 | BAS | 240.00 | 0.40 | Rs re challenged claims (.4). |
| 10/16/2002 | BAS | 240.00 | 6.50 | Draft and update memo to PI Committee (5.4); update memo and incorporate edits (1.1). |
| 10/16/2002 | BAS | 240.00 | 1.20 | Locate transcript re 10/07/02 hearing via Pacer and telephone w/ Clerk's office and Court Reporter (.6); prepare transcript for submission to Court (.6). |
| 10/17/2002 | BAS | 240.00 | 0.30 | E-mail communication w/local counsel re submission of 10/07/02 transcript to Court (.3). |
| 10/18/2002 | JPC | 240.00 | 0.70 | Update pleural disease state survey research |
| 10/21/2002 | JPC | 240.00 | 0.40 | Update pleural disease state survey research |
| 10/23/2002 | MCH | 265.00 | 0.20 | Research re: diagnosis of asbestos disease |
| 10/23/2002 | MCH | 265.00 | 0.30 | Research re: non-malignant claims |

| 10/24/2002 | MCH | 265.00 | 0.20 | Research re: diagnosis of asbestos-related disease (.2) |
| 10/28/2002 | BAS | 240.00 | 0.20 | Web search re challenged asbestos personal injury claims (.2). |
| 10/29/2002 | KNB | 350.00 | 1.20 | Review incoming PD pleadings |
| 10/29/2002 | BAS | 240.00 | 0.20 | Web rs re viability of challenged asbestos-related PI claims (.2). |
| 10/30/2002 | KNB | 350.00 | 3.50 | Review PD pleadings, materials and prepare memo re same |
| 10/31/2002 | BAS | 240.00 | 1.40 | Rs Relative risk regs for reliability requirement (1.4). |
| 11/1/2002 | MCH | 265.00 | 0.20 | Conference with EI re: letter to Wolin re: challenged claims (.1); conference with JPC re: same (.1) |
| 11/4/2002 | KNB | 350.00 | 2.20 | Memo to EI re property damage litigation |
| 11/4/2002 | BAS | 240.00 | 4.70 | Rs re: compensability of challenged claims (4.7) |
| 11/5/2002 | BAS | 240.00 | 0.60 | Meet w/ AGL/MCH re: 3d Cir. Appellate brief (.2); meet w/ AGL/JPL re: 3d Cir. Appellate brief (.4). |
| 11/5/2002 | BAS | 240.00 | 11.60 | Rs re: compensability of challenged claims (11.6). |
| 11/5/2002 | KNB | 350.00 | 1.30 | Memo re PD litigation |
| 11/6/2002 | PVL | 625.00 | 0.20 | Review JPC memo re PD issues. |
| 11/6/2002 | BAS | 240.00 | 12.40 | Draft ltr addressing compensability of challenged claims, and summarizing comprehensive research assignments (12.4). |
| 11/7/2002 | BAS | 240.00 | 1.30 | Meet w/ NDF (.3); discussion w/ Elyssa Strug re: document requests (.6); rs re: potential expert consultant (.3); discuss doc. request w/ RCS (.1). |

| | | | | |
|---|---|---|---|---|
| 11/11/2002 | KNB | 350.00 | 0.10 | Confer with RCS re Joe Rice's request for Ed Westbrook's address |
| 11/12/2002 | KNB | 350.00 | 0.30 | Discussion of issues relating to compensability of challenged claims under various state law |
| 11/12/2002 | JPC | 240.00 | 0.30 | Conference of issues re: compensability of challenged claims under various state law |
| 11/12/2002 | MCH | 265.00 | 2.30 | Discussion of issues re: compensability of challenged conditions under various state law (.3); research med. lit. re: challenged asbestos disease (2.0) |
| 11/12/2002 | TWS | 470.00 | 0.20 | Read e-mails on Daubert issues (.1); e-mail to legal team re Daubert issues (.1) |
| 11/12/2002 | BAS | 240.00 | 0.30 | Discussion of issues relating to challenged claims (.3). |
| 11/12/2002 | BAS | 240.00 | 0.40 | Review JPC/MCH edits to "Challenged Claims"/letters (.2); prepare for discussion of issues relating to challenged claims (.2). |
| 11/13/2002 | BAS | 240.00 | 0.40 | Review on-line research resources re expert testimony with assistance from Mary Lou (.4). |
| 11/13/2002 | MCH | 265.00 | 2.30 | Draft memo re: med. lit. on challenged asbestos disease |
| 11/14/2002 | MCH | 265.00 | 2.30 | Draft memo re: med. lit re: challenged asbestos disease |
| 11/14/2002 | BAS | 240.00 | 0.20 | Follow-up to online research resources re admissibility of expert testimony (.2) |
| 11/15/2002 | MCH | 265.00 | 1.70 | Conference with BAS re: challenged asbestos disease (.2); conference with JPC re: same (.2); draft memo re: same (1.3) |
| 11/18/2002 | BAS | 240.00 | 0.60 | Reviewed  medical literature re: MCH's draft memo on definitions of medical conditions (.6). |

| 11/19/2002 | MCH | 265.00 | 4.80 | Draft memo re: potential preference claims (4.5); acquire and review 3d cir. decision to vacate Cybergenics II and re-hear en banc (.2); research re: challenged asbestos disease (.1) |
| 11/21/2002 | BAS | 240.00 | 5.10 | Met w/ NDF re: medical experts (.1); met w/ RCS re: docs for medical experts (.3); submitted doc. request to paralegal re: above (.3); phone call w/ potential expert (.3); prepared docs and faxed (.5); reviewed fax received (.3); gathered retention orders (.3); reviewed expert's past testimony (1.1); drafted retainer letter (1.9). |
| 11/22/2002 | BAS | 240.00 | 0.40 | Read e-mails re: tactical considerations for court proceedings (.4). |
| 11/22/2002 | BAS | 240.00 | 6.70 | Draft retainer letter and other correspondence (2.7); gathered and reviewed past interr. (.8); gathered and reviewed medical docs (1.2); draft questions for expert review (2.0). |
| 11/23/2002 | BAS | 240.00 | 1.60 | Draft questions for expert review (1.6). |
| 11/25/2002 | BAS | 240.00 | 5.80 | Draft and circulate questions for expert review (5.8). |
| 11/26/2002 | BAS | 240.00 | 2.80 | Read and outlined expert deposition testimony in various parallel proceedings (2.8). |
| 11/27/2002 | BAS | 240.00 | 0.50 | Email KNB re: recovery options for challenged claims under state law (.5). |
| 12/2/2002 | BAS | 240.00 | 0.30 | Reviewed MCH comments re: draft interrogatories (.3). |
| 12/3/2002 | KNB | 350.00 | 0.30 | Confer with NDF re settlement, estimation |
| 12/3/2002 | JPC | 240.00 | 0.30 | Update challenged claims survey research |
| 12/3/2002 | PVL | 625.00 | 0.40 | Review expert report re PD claims estimation. |

| | | | | |
|---|---|---|---|---|
| 12/4/2002 | PVL | 625.00 | 0.60 | Email Berkin (.1); review Siegel memo (.2); review memo re Libby (.1); review Grace brief v. EPA (.2). |
| 12/4/2002 | JPC | 240.00 | 0.40 | Update challenged claims survey research and files |
| 12/9/2002 | PVL | 625.00 | 0.40 | Review Siegel memo (.2); confer NDF re same (.1); review Kellogg 9019 motion(.1). |
| 12/12/2002 | BAS | 240.00 | 3.50 | Incorporate JPC/NDF/MCH edits to BAS 12/01/02 draft memo and letter to retained medical expert (3.5). |
| 12/12/2002 | JPC | 240.00 | 2.10 | Review survey-related correspondence (.5); summarize state-by-state breakdown re: pleural and other contested claims (.8); begin research re: response memo to updated SAC assertions on state treatment of pleural claims (.8) |
| 12/13/2002 | JPC | 240.00 | 1.40 | Continue research on state treatment of challenged claims for follow up response memo to updated SAC and USG assertions |
| 12/16/2002 | JPC | 240.00 | 1.60 | Continue research on state treatment of challenged claims for follow up response memo to updated SAC and USG assertions |
| 12/27/2002 | PVL | 625.00 | 0.70 | Review Stiglitz et al study. |
| 12/30/2002 | PVL | 625.00 | 0.20 | Review J. Molly opposition re EPA claims re Libby. |

**Total Task Code .05**          **111.40**


**Claim Analysis Objection & Resolution (Non-Asbestos) (1.20 Hours; $ 750.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.20 | $625 | 750.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/19/2002 | PVL | 625.00 | 0.10 | Review settlement notice re Ohio claims. |
| 12/13/2002 | PVL | 625.00 | 1.10 | Review amended agenda letter (.1); review 2 memos and teleconference Hurford re same (.2) teleconference Icahn re status (.8). |

**Total Task Code .06        1.20**

## Committee, Creditors', Noteholders' or Equity Holders' (1.70 Hours; $ 1,190.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.50 | $710 | 1,065.00 |
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/8/2002 | PVL | 625.00 | 0.20 | Teleconference Milch re COLI settlement. |
| 10/10/2002 | EI | 710.00 | 1.00 | Report to Committee re: status. |
| 10/19/2002 | EI | 710.00 | 0.50 | Edited report to Committee on Cybergenics. |

**Total Task Code .07        1.70**

## Fee Applications, Applicant (37.90 Hours; $ 11,087.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $710 | 355.00 |
| Peter V. Lockwood | .50 | $625 | 312.50 |
| Trevor W. Swett | .10 | $470 | 47.00 |
| Rita C. Tobin | 25.20 | $340 | 8,568.00 |

| | | | |
|---|---|---|---|
| Brian A. Skretny | .20 | $240 | 48.00 |
| Elyssa J. Strug | 10.90 | $155 | 1,689.50 |
| Karen A. Albertelli | .50 | $135 | 67.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2002 | EJS | 155.00 | 0.30 | P/c w/M.Hurtford at C&L re fee apps re fraudulent conveyance time. |
| 10/3/2002 | EJS | 155.00 | 0.70 | Searched and retrieved various fee auditor final reports and responses in preparation of response for RCT. |
| 10/4/2002 | EJS | 155.00 | 0.10 | Memo to EI re payments. |
| 10/7/2002 | TWS | 470.00 | 0.10 | E-mails to and from legal team re fee application matters |
| 10/9/2002 | RCT | 340.00 | 0.10 | Response to email re: initial report and conference with ES re: same. |
| 10/10/2002 | RCT | 340.00 | 1.30 | Review and edit time detail. |
| 10/10/2002 | RCT | 340.00 | 0.20 | Email TB re: same. |
| 10/11/2002 | KAA | 135.00 | 0.50 | Searched & retrieved correspondence & mtg minutes for RCT re: fee auditor. |
| 10/11/2002 | BAS | 240.00 | 0.20 | Discussed 12/02 billing w/ R. Tobin. (.2). |
| 10/15/2002 | EJS | 155.00 | 0.60 | Created task description document with new codes needed by TB. |
| 10/16/2002 | RCT | 340.00 | 1.60 | E-mails to fee auditor re: spreadsheet (.1); e-mails t/review e-mails from KNB re: bar date brief (.5); draft and edit letter to fee auditor (1.0). |
| 10/17/2002 | RCT | 340.00 | 0.70 | E-mail fee auditor re: response (.2); review E. Warren fee app (.5). |
| 10/22/2002 | RCT | 340.00 | 0.80 | Review and edit final of monthly fee app. |
| 10/22/2002 | EJS | 155.00 | 0.20 | Calculated quarterly fee figures for TB. |
| 10/22/2002 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |

| 10/24/2002 | RCT | 340.00 | 1.50 | Collect data for fee auditor response. |
| 10/24/2002 | RCT | 340.00 | 0.10 | Conference with KAA and ES re: fee auditor procedures, C&D. |
| 10/25/2002 | RCT | 340.00 | 1.20 | Review final of Grace interim fee app. |
| 10/25/2002 | EJS | 155.00 | 0.10 | Created working files for RCT re fee auditor documents. |
| 10/25/2002 | EJS | 155.00 | 2.00 | Worked on quarterly fee application (July-September). |
| 10/28/2002 | EJS | 155.00 | 0.70 | P/cs & emails w/W.Sparks at Grace re payment received 10/25/02. |
| 10/28/2002 | RCT | 340.00 | 0.80 | Review Grace fee apps - quarterly (.8) |
| 10/28/2002 | RCT | 340.00 | 0.20 | Review final reports re: fee apps. |
| 10/31/2002 | RCT | 340.00 | 2.00 | Draft response to fee auditor (1.0); collect info re: response to fee auditor (1.0). |
| 11/1/2002 | EJS | 155.00 | 0.20 | Created November fee schedule. |
| 11/2/2002 | RCT | 340.00 | 1.80 | Review pre-bill. |
| 11/6/2002 | RCT | 340.00 | 3.50 | Draft response to fee auditor (1.5); review fee apps and meeting memos re: same (1.5); review Sealed Air docs re: same (.5) |
| 11/6/2002 | RCT | 340.00 | 0.50 | Conference with EI re: fee issues (.1); research re: fee issues (.1); telecons with M. Eskin re: additional research needed (.3). |
| 11/6/2002 | EJS | 155.00 | 0.20 | Fee amounts to RCT re April, May, June F.C. fee apps. |
| 11/6/2002 | PVL | 625.00 | 0.20 | Review draft letter Smith and email RCT re same. |
| 11/7/2002 | PVL | 625.00 | 0.20 | Teleconference RCT re letter Smith. |
| 11/7/2002 | EJS | 155.00 | 0.50 | Retrieved various fee auditor's reports for RCT. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/7/2002 | RCT | 340.00 | 3.10 | Draft letter to fee auditor (2.5); e-mails to NDF, PVNL re: response to fee auditor (.3); review committee minutes re: response to fee auditor (.3). |
| 11/8/2002 | EJS | 155.00 | 0.20 | Updated payment schedule with payment recently received. |
| 11/11/2002 | RCT | 340.00 | 1.10 | Review and edit revised pre-bills (1.0); e-mail TB re: same (.1). |
| 11/12/2002 | EJS | 155.00 | 0.50 | Searched and retrieved various fee auditor reports for RCT. |
| 11/19/2002 | EJS | 155.00 | 0.70 | Worked on monthly fee application. |
| 11/19/2002 | RCT | 340.00 | 0.80 | Review final fee apps. |
| 11/19/2002 | RCT | 340.00 | 0.30 | Review final fee apps. f/c. |
| 11/20/2002 | EJS | 155.00 | 0.50 | Completed work on monthly fee application. |
| 11/21/2002 | EJS | 155.00 | 0.30 | Retrieved fee applications for RCT. |
| 11/21/2002 | EJS | 155.00 | 0.40 | Updated payment schedule with recently filed fee applications. |
| 11/21/2002 | PVL | 625.00 | 0.10 | Review Smith report. |
| 11/25/2002 | EJS | 155.00 | 0.20 | Email to local counsel re payment received and payment missed. |
| 11/25/2002 | RCT | 340.00 | 0.50 | Review final report from fee auditor (.3); e-mail PVNL re: same (.2). |
| 11/26/2002 | EJS | 155.00 | 0.10 | Updated RCT fee book. |
| 12/2/2002 | EJS | 155.00 | 0.30 | Created December fee schedule. |
| 12/5/2002 | EJS | 155.00 | 0.10 | Updated RCT & ES fee files w/payments received. |
| 12/9/2002 | EI | 710.00 | 0.50 | Memo to NDF re: fees (.3); memo to Jacobs re: same (.1); t/c NDF re: same (.1). |
| 12/13/2002 | RCT | 340.00 | 1.50 | Review pre-bills. |

- 26 -

| 12/17/2002 | RCT | 340.00 | 0.50 | Review edits to fee apps and e-mails to TB re: same. |
| 12/17/2002 | RCT | 340.00 | 0.50 | Review edits to fee apps and e-mails to TB re: same. |
| 12/18/2002 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |
| 12/19/2002 | EJS | 155.00 | 1.00 | Worked on monthly fee application. |
| 12/19/2002 | RCT | 340.00 | 0.60 | Review final fee app. |

**Total Task Code .12**　　　　**37.90**


## Fee Applicants, Others (8.60 Hours; $ 2,187.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .70 | $625 | 437.50 |
| Trevor W. Swett | .20 | $470 | 94.00 |
| Rita C. Tobin | 2.50 | $340 | 850.00 |
| Elyssa J. Strug | 5.20 | $155 | 806.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/15/2002 | EJS | 155.00 | 1.60 | Worked on Professor Elizabeth Warren's monthly fee application. |
| 10/21/2002 | RCT | 340.00 | 0.50 | Review 7 final reports of fee auditor. |
| 10/24/2002 | RCT | 340.00 | 0.10 | Conference with KAA & ES re: fee auditor procedures, LAS & Tersigni. |
| 10/28/2002 | EJS | 155.00 | 2.50 | Worked on Professor Elizabeth Warren's quarterly fee application. |
| 10/28/2002 | RCT | 340.00 | 0.30 | Review Elizabeth Warren fee apps. |
| 10/29/2002 | RCT | 340.00 | 0.30 | Review revised Warren apps. |
| 10/31/2002 | RCT | 340.00 | 0.50 | Review 8 "final reports." |

| 10/31/2002 | EJS | 155.00 | 0.40 | Updated fee apps files/indexes re Prof. Warren. |
| 11/1/2002 | RCT | 340.00 | 0.30 | Review E. Warren time entries. |
| 11/5/2002 | RCT | 340.00 | 0.50 | Review final reports and US Trustee objections to committee expenses (.3); conference with EI re: same (.1); conference with ES re: same (.1). |
| 11/13/2002 | PVL | 625.00 | 0.10 | Review 3 fee applications. |
| 11/15/2002 | PVL | 625.00 | 0.10 | Review 4 fee applications. |
| 11/19/2002 | EJS | 155.00 | 0.70 | Worked on monthly fee application. |
| 11/19/2002 | PVL | 625.00 | 0.30 | Review 13 fee oppositions and notices (.2); review PWC motion re fees (.1). |
| 12/2/2002 | PVL | 625.00 | 0.10 | Review 5 fee applications. |
| 12/4/2002 | TWS | 470.00 | 0.20 | Conf NDF re 11 U.S.C. section 503 |
| 12/9/2002 | PVL | 625.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13        8.60**

**Hearings (13.70 Hours; $ 7,187.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.90 | $710 | 4,189.00 |
| Peter V. Lockwood | .40 | $625 | 250.00 |
| Albert G. Lauber | 1.70 | $490 | 833.00 |
| Nathan D. Finch | .50 | $395 | 197.50 |
| Kimberly N. Brown | 4.00 | $350 | 1,400.00 |
| Max C. Heerman | 1.20 | $265 | 318.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2002 | KNB | 350.00 | 1.40 | Review and edit draft oral argument outline on estimation (1.0); confer with litigation group re trial (.4) |

| 10/1/2002 | AGL | 490.00 | 1.10 | Work on revisions to oral argument outline for hearing before Judge Wolin on October 17-18. |
| 10/2/2002 | AGL | 490.00 | 0.60 | Memos to/from KNB and MCH re revisions to argument outline. |
| 10/2/2002 | KNB | 350.00 | 1.50 | Review and edit draft oral argument outline on estimation |
| 10/2/2002 | MCH | 265.00 | 0.10 | Email correspondence with KNB and AGL re: oral argument on estimation |
| 10/2/2002 | EI | 710.00 | 0.10 | T/c AGL re: argument prep (1/2 of total time:  see 2814). |
| 10/3/2002 | NDF | 395.00 | 0.50 | Gather docs and conf. Max Heerman re: Grace settlement program for EI argument outline (.5). |
| 10/3/2002 | MCH | 265.00 | 0.80 | Review depos for oral argument re: estimation (.6); conference with NDF re: same (.2) |
| 10/3/2002 | PVL | 625.00 | 0.40 | Review draft EI argument outline (.3); confer EI et al. re status (.1). |
| 10/7/2002 | KNB | 350.00 | 1.10 | Confer with PVNL re oral argument outline (.7); revise same (.4) |
| 10/7/2002 | MCH | 265.00 | 0.30 | Conference with KNB and PVNL re: oral argument (.1); draft changes to same (.2) |
| 10/7/2002 | EI | 710.00 | 5.80 | Travel to court reviewing papers in car (.7); conference at Court with all counsel (.7); hearing before Court on O/S/C (3.0); return to NY and conference call PVNL/NDF to report and plan work (.7); t/c McGovern to report (.2); t/cs Friedman re: strategy before hearing (.5). |

**Total Task Code .15**       **13.70**

**Plan & Disclosure Statement (1.70 Hours; $ 679.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $470 | 47.00 |
| Nathan D. Finch | 1.60 | $395 | 632.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/5/2002 | TWS | 470.00 | 0.10 | E-mail from PNVL and NDF re quantifying liabilities |
| 12/16/2002 | NDF | 395.00 | 1.60 | Review info re: PD liabilities and insurance (1.0); t/c Berkin of Larry Tersigni's office re: PD liabilities and insurance for plan negotiation purposes (.6). |

**Total Task Code .17**    **1.70**

**Tax Issues (15.90 Hours; $ 3,816.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| John P. Cunningham | 15.90 | $240 | 3,816.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/16/2002 | JPC | 240.00 | 0.80 | Conference with CSR re: tax issues re: set off from IRS for Grace '91-'92 returns and related assignment (.5); begin research re: same (.3) |
| 12/17/2002 | JPC | 240.00 | 8.10 | Research re: tax issues re: set off from IRS for grace '91-'92 returns (4.6); draft memo for CSR re: state of law availability of setoffs in bankruptcy (1.3); conference with CSR re: same (.5); review previous C&D pleading filings on issue of IRS setoffs in chapter 11 cases (1.7) |

| 12/18/2002 | JPC | 240.00 | 7.00 | Research re: tax issues re: setoff from IRS for '91-'92 returns (5.2); revise and update memo re: state of law to availability of setoffs in bankruptcy (1.8) |
|---|---|---|---|---|

**Total Task Code .19**          **15.90**


## Tax Litigation (23.70 Hours; $ 7,312.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | 5.40 | $490 | 2,646.00 |
| Diana R. Hartstein | 18.30 | $255 | 4,666.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2002 | DRH | 255.00 | 0.40 | Updates on case progress |
| 10/1/2002 | DRH | 255.00 | 3.10 | Preparing accounting memo; telephone calls with AICPA, FASB, library, etc. |
| 10/2/2002 | DRH | 255.00 | 1.50 | Accounting research |
| 10/3/2002 | DRH | 255.00 | 6.50 | Preparing accounting memo on discount rates |
| 10/4/2002 | DRH | 255.00 | 5.60 | Discount rate memo |
| 10/28/2002 | DRH | 255.00 | 1.20 | Preparing FAS's for NDF |
| 11/26/2002 | AGL | 490.00 | 4.30 | Review CA3 order re supplemental memo on interlocutory appeals (0.2); review Brad Friedman proposed response (0.3); legal research re same (0.6); draft letter-memo to CA3 Clerk and revise same (2.9). |
| 11/27/2002 | AGL | 490.00 | 1.10 | Review Brad Friedman comments on draft letter to CA3 (0.3); incorporate suggested changes in draft (0.5); emails to Marla Eskin re filing and service of letter (0.3). |

**Total Task Code .20**         **23.70**

**Travel - Non-Working (18.40 Hours; $ 4,167.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 6.90 | $312.50 | 2,156.25 |
| Nathan D. Finch | 9.50 | $197.50 | 1,876.25 |
| Tracy L. Wantuck | 2.00 | $ 67.50 | 135.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/11/2002 | TLW | 67.50 | 2.00 | Travel to client office to serve filing. |
| 10/30/2002 | NDF | 197.50 | 2.00 | Travel to NY for meeting with environ. experts (2.0). |
| 10/31/2002 | NDF | 197.50 | 4.00 | Travel to DC. |
| 11/26/2002 | NDF | 197.50 | 3.50 | Travel time DC/NY/DC (3.5) |
| 11/27/2002 | PVL | 312.50 | 6.90 | Travel to and from Newark for settlement conference. |

**Total Task Code .21**         **18.40**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,149.75 |
| Air Freight & Express Mail | 1,543.02 |
| Charge of Cell and/or Home Phone Useage | 34.44 |
| Conference Meals | 123.90 |
| Database Research | 12,110.04 |
| Local Transportation – DC | 90.05 |
| Long Distance Telephone Chge-Credit Card | 29.73 |
| Long Distance Telephone - Equitrac In-House | 200.33 |
| Meals Related to Travel | 71.47 |
| Miscellaneous: Client Advances | 47.45 |
| NYO Long Distance Telephone | 306.65 |
| Outside Local Deliveries | 237.73 |
| Outside Duplication Service | 2,260.51 |
| Postage | 15.15 |
| Professional Fees & Expert Witness Fees | 3,798.50 |
| Research Material | 209.87 |
| Telecopier | 255.40 |
| Travel Expenses – Ground Transportation | 1,250.72 |
| Travel Expenses – Hotel Charges | 1,209.89 |
| Duplicating | 7,686.30 |

Total:                                    $ 33,630.90