## EXHIBIT B

### Case Administration (110.8 Hours; $ 20,122.50)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          110.8**

### Claim Analysis Objection & Resolution (Asbestos) (111.4 Hours; $ 30,376.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05          111.4**

### Claim Analysis Objection & Resolution (Non-Asbestos) (1.2 Hours; $ 750.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06          1.2**

### Committee, Creditors' Noteholders' or Equity Holders' (1.7 Hours; $ 1,190.00)

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07          1.7**

**Fee Applications, Applicant (37.9 Hours; $ 11,087.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          37.9**


**Fee Applications, Others (8.6 Hours; $ 2,187.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          8.6**


**Hearings (13.7 Hours; $ 7,187.50)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          13.7**


**Plan & Disclosure Statement (1.7 Hours; $ 679.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          1.7**


**Tax Issues (15.9 Hours; $ 3,816.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

Services rendered in this category pertain to the preparation and review of the fee applications of professionals and experts employed by parties to these bankruptcy proceedings.

**Total Task Code .19          15.9**


**Tax Litigation (23.7 Hours; $ 7,312.50)**

Services rendered in this category pertain to the …….

- 3 -

**Total Task Code .20**          **23.7**


**Travel – Non-Working (18.4 Hours; $ 4,167.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings.  Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**          **18.4**