## EXHIBIT C

**Other Charges:**

| | |
|---|---:|
| Air & Train Transportation | 2,149.75 |
| Air Freight & Express Mail | 1,543.02 |
| Charge of Cell and/or Home Phone Useage | 34.44 |
| Conference Meals | 123.90 |
| Database Research | 12,110.04 |
| Local Transportation – DC | 90.05 |
| Long Distance Telephone Chge-Credit Card | 29.73 |
| Long Distance Telephone - Equitrac In-House | 200.33 |
| Meals Related to Travel | 71.47 |
| Miscellaneous: Client Advances | 47.45 |
| NYO Long Distance Telephone | 306.65 |
| Outside Local Deliveries | 237.73 |
| Outside Duplication Service | 2,260.51 |
| Postage | 15.15 |
| Professional Fees & Expert Witness Fees | 3,798.50 |
| Research Material | 209.87 |
| Telecopier | 255.40 |
| Travel Expenses – Ground Transportation | 1,250.72 |
| Travel Expenses – Hotel Charges | 1,209.89 |
| Duplicating | 7,686.30 |
| **Total:** | **$ 33,630.90** |

```
Client Number:   5155      NARCO Committee of Asbestos Creditors                                                     Page:
Matter           000        Disbursements                                                                            November 18, 2002
```

Attn:                                                                                                          Invoice #

Matter 000                                                                        Trans Date Range: 1/1/1950 to: 10/31/2002

**Disbursements**

Bill Cycle:   Monthly        Style:    il        Start:   2/4/2002

Trust Amount Available                Billed Exp        $15,271.81        Billing Empl:      0120    Elihu Inselbuch
                                      Total:            $15,271.81        Responsible Empl:  0120    Elihu Inselbuch
                                                                          Alternate Empl:    0120    Elihu Inselbuch
                                                                          Originating Empl:  0120    Elihu Inselbuch

Summary by Employee

|  |  |  | ---------- ACTUAL ---------- |  |  | ---------- BILLING ---------- |  |  |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

Detail Time / Expense by Date

|  |  |  |  |  |  | ---------- ACTUAL ---------- |  |  | ---------- BILLING ---------- |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1369116 | Xeroxing | E | 10/03/2002 | 0999 | C&D |  |  | $0.90 |  |  | $0.90 | 0.90 |
| 1369833 | Equitrac - Photocopy charges | E | 10/04/2002 | 0999 | C&D |  |  | $8.10 |  |  | $8.10 | 9.00 |
| 1369989 | Equitrac - Photocopy charges | E | 10/07/2002 | 0999 | C&D |  |  | $0.45 |  |  | $0.45 | 9.45 |
| 1369990 | Equitrac - Photocopy charges | E | 10/07/2002 | 0999 | C&D |  |  | $0.45 |  |  | $0.45 | 9.90 |
| 1370261 | Federal Express to Philip Milch from EI on 9/24 From Federal Express        002001 AUDIT * AP-0073,774:0005 Date: 10/08/02 | E | 10/08/2002 | 0120 | EI |  |  | $17.72 |  |  | $17.72 | 27.62 |
| 1370408 | Xeroxing | E | 10/08/2002 | 0999 | C&D |  |  | $15.00 |  |  | $15.00 | 42.62 |
| 1370409 | Equitrac - Photocopy charges | E | 10/08/2002 | 0999 | C&D |  |  | $6.75 |  |  | $6.75 | 49.37 |
| 1374796 | Equitrac - Photocopy charges | E | 10/11/2002 | 0999 | C&D |  |  | $6.75 |  |  | $6.75 | 56.12 |
| 1374797 | Equitrac - Photocopy charges | E | 10/16/2002 | 0999 | C&D |  |  | $0.15 |  |  | $0.15 | 56.27 |
| 1374799 | Telecopier/Equitrac | E | 10/16/2002 | 0999 | C&D |  |  | $9.15 |  |  | $9.15 | 65.42 |
| 1376519 | Equitrac - Photocopy charges | E | 10/21/2002 | 0999 | C&D |  |  | $3.60 |  |  | $3.60 | 69.02 |
| 1374798 | Equitrac - Photocopy charges | E | 10/21/2002 | 0999 | C&D |  |  | $0.15 |  |  | $0.15 | 69.17 |
| 1376520 | Equitrac - Photocopy charges | E | 10/22/2002 | 0999 | C&D |  |  | $0.75 |  |  | $0.75 | 69.92 |
| 1376521 | Xeroxing | E | 10/22/2002 | 0999 | C&D |  |  | $7.80 |  |  | $7.80 | 77.72 |
| 1376522 | Xeroxing | E | 10/23/2002 | 0999 | C&D |  |  | $26.40 |  |  | $26.40 | 104.12 |
| 1376523 | Xeroxing | E | 10/23/2002 | 0999 | C&D |  |  | $4.05 |  |  | $4.05 | 108.17 |
| 1376524 | Telecopier/Equitrac | E | 10/23/2002 | 0999 | C&D |  |  | $2.40 |  |  | $2.40 | 110.57 |
| 1376525 | Telecopier/Equitrac | E | 10/23/2002 | 0999 | C&D |  |  | $11.25 |  |  | $11.25 | 121.82 |

Client Number: 5155   NARCO Committee of Asbestos Creditors
Matter      000       Disbursements

Case 01-01139-AMC   Doc 3333-4   Filed 02/06/03   Page 3 of 13

Page:
November 18, 2002

Attn:

Invoice #

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1376766 | Equitrac - Photocopy charges | E | 10/24/2002 | 0999 | C&D | $0.45 | $0.45 | 122.27 |
| 1377501 | Equitrac - Photocopy charges | E | 10/25/2002 | 0999 | C&D | $0.30 | $0.30 | 122.57 |
| 1378035 | Equitrac - Photocopy charges | E | 10/28/2002 | 0999 | C&D | $0.15 | $0.15 | 122.72 |
| 1378036 | Equitrac - Photocopy charges | E | 10/28/2002 | 0999 | C&D | $147.60 | $147.60 | 270.32 |
| 1378037 | Xeroxing | E | 10/28/2002 | 0999 | C&D | $9.00 | $9.00 | 279.32 |
| 1378038 | Equitrac - Photocopy charges | E | 10/28/2002 | 0999 | C&D | $2.70 | $2.70 | 282.02 |
| 1378039 | Telecopier/Equitrac | E | 10/28/2002 | 0999 | C&D | $11.55 | $11.55 | 293.57 |
| 1378603 | LexisNexis research by library<br>From LexisNexis Courtlink Inc.      003463<br>AUDIT * AP-0074,139:0008  Date: 10/29/02 | E | 10/29/2002 | 0999 | C&D | $5.28 | $5.28 | 298.85 |
| 1378604 | LexisNexis research by library<br>From LexisNexis Courtlink Inc.      003463<br>AUDIT * AP-0074,139:0009  Date: 10/29/02 | E | 10/29/2002 | 0999 | C&D | $12.69 | $12.69 | 311.54 |
| 1378762 | Federal Express delivery to P.Milch on 10/23<br>From Federal Express               002001<br>AUDIT * AP-0074,204:0019  Date: 10/30/02 | E | 10/30/2002 | 0999 | C&D | $6.79 | $6.79 | 318.33 |
| 1379691 | Equitrac - Photocopy charges | E | 10/30/2002 | 0999 | C&D | $0.75 | $0.75 | 319.08 |
| 1380533 | Equitrac - Photocopy charges | E | 10/31/2002 | 0999 | C&D | $3.60 | $3.60 | 322.68 |
| Total Expenses | | | | | | $322.68 | $322.68 | |

|  |  |  |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 322.68 | 322.68 |
| Matter Total | 322.68 | 322.68 |
| Prebill Total Fees | | |
| Prebill Total Expenses | $322.68 | $322.68 |
| Prebill Total | $322.68 | $322.68 |

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,953 | 08/22/2002 | 7,468.00 | 1,493.60 |
| 37,201 | 09/25/2002 | 13,732.50 | 2,746.50 |
| 37,496 | 10/23/2002 | 14,290.03 | 14,290.03 |
| | | 35,490.53 | 18,530.13 |

Client Number: 5155    NARCO Committee of Asbestos Creditors

Matter    000    Disbursements

Page:

December 16, 2002

Attn:

Invoice #

Matter    000

Trans Date Range: 1/1/1950 to: 11/30/2002

Disbursements

Bill Cycle:    Monthly    Style:    i1    Start:    2/4/2002

Trust Amount Available

Billed Exp    $15,594.49    Billing Empl:    0120    Elihu Inselbuch
Total:        $15,594.49    Responsible Empl: 0120   Elihu Inselbuch
                            Alternate Empl:   0120   Elihu Inselbuch
                            Originating Empl: 0120   Elihu Inselbuch

Summary by Employee

| Empl | Initials | Name | ACTUAL Rate | Hours | Amount | BILLING Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

Total Fees

Detail Time / Expense by Date

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | Hours | Amount | BILLING Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1387290 | Photocopy | E | 11/01/2002 | 0999 | C&D | | 0.00 | $3.60 | | 0.00 | $3.60 | 3.60 |
| 1387309 | Photocopy | E | 11/01/2002 | 0999 | C&D | | 0.00 | $6.75 | | 0.00 | $6.75 | 10.35 |
| 1387360 | Photocopy | E | 11/01/2002 | 0090 | EJS | | 0.00 | $0.75 | | 0.00 | $0.75 | 11.10 |
| 1386721 | Photocopy | E | 11/05/2002 | 0999 | C&D | | 0.00 | $2.40 | | 0.00 | $2.40 | 13.50 |
| 1386137 | Photocopy | E | 11/07/2002 | 0999 | C&D | | 0.00 | $1.80 | | 0.00 | $1.80 | 15.30 |
| 1381770 | Dinner for EI on 10/30 with Budd, Weitz, Baron, Cooney and PVNL | E | 11/07/2002 | 0120 | EI | | 0.00 | $575.34 | | 0.00 | $575.34 | 590.64 |
| 1381778 | EI room service in DC on 10/30 for Committee meeting | E | 11/07/2002 | 0120 | EI | | 0.00 | $16.96 | | 0.00 | $16.96 | 607.60 |
| 1381779 | EI Delta Shuttle t/f DC for Committee meeting on 10/30 | E | 11/07/2002 | 0120 | EI | | 0.00 | $79.50 | | 0.00 | $79.50 | 687.10 |
| 1381780 | EI Wyndham hotel in DC for Committee meeting on 10/30 | E | 11/07/2002 | 0120 | EI | | 0.00 | $170.61 | | 0.00 | $170.61 | 857.71 |
| 1385904 | Photocopy | E | 11/08/2002 | 0999 | C&D | | 0.00 | $4.80 | | 0.00 | $4.80 | 862.51 |
| 1385564 | Photocopy | E | 11/11/2002 | 0999 | C&D | | 0.00 | $5.40 | | 0.00 | $5.40 | 867.91 |
| 1385403 | Photocopy | E | 11/12/2002 | 0999 | C&D | | 0.00 | $7.80 | | 0.00 | $7.80 | 875.71 |
| 1385450 | Photocopy | E | 11/12/2002 | 0141 | KAA | | 0.00 | $4.95 | | 0.00 | $4.95 | 880.66 |
| 1385468 | Photocopy | E | 11/12/2002 | 0999 | C&D | | 0.00 | $0.75 | | 0.00 | $0.75 | 881.41 |
| 1385195 | Photocopy | E | 11/13/2002 | 0999 | C&D | | 0.00 | $3.30 | | 0.00 | $3.30 | 884.71 |
| 1384897 | Photocopy | E | 11/14/2002 | 0232 | LK | | 0.00 | $0.75 | | 0.00 | $0.75 | 885.46 |
| 1384913 | Photocopy | E | 11/14/2002 | 0090 | EJS | | 0.00 | $0.15 | | 0.00 | $0.15 | 885.61 |

Client Number:  5155   NARCO Committee of Asbestos Creditors
Matter          000    Disbursements

Page:
December 16, 2002

Attn:                                                                                                              Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1384975 | Photocopy | E | 11/14/2002 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 887.11 |
| 1384995 | Fax Transmission to 18432169290 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1384996 | Fax Transmission to 18432169450 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1384997 | Fax Transmission to 14098388888 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1384998 | Fax Transmission to 15108354913 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1384999 | Fax Transmission to 13139615275 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385000 | Fax Transmission to 12123440994 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385001 | Fax Transmission to 3445461 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385002 | Fax Transmission to 14124718308 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385003 | Fax Transmission to 3445461 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385004 | Fax Transmission to 12165750799 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385005 | Fax Transmission to 14098338236 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385007 | Fax Transmission to 13053796222 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385008 | Fax Transmission to 12145239159 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385009 | Fax Transmission to 12145239157 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385010 | Fax Transmission to 12145239158 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385011 | Fax Transmission to 12145991171 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385012 | Fax Transmission to 12148210977 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385013 | Fax Transmission to 12024293301 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385015 | Fax Transmission to 14122615066 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385017 | Fax Transmission to 12024293329 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385033 | Fax Transmission to 18432169450 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385035 | Fax Transmission to 12148248100 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385037 | Fax Transmission to 14098388888 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385039 | Fax Transmission to 15108354913 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385040 | Fax Transmission to 13139615275 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385041 | Fax Transmission to 12123440994 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385043 | Fax Transmission to 3445461 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385044 | Fax Transmission to 14124718308 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385046 | Fax Transmission to 12165750799 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385049 | Fax Transmission to 12145239159 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385050 | Fax Transmission to 14098338236 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385051 | Fax Transmission to 13053796222 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385054 | Fax Transmission to 12145239157 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385056 | Fax Transmission to 12145991171 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385057 | Fax Transmission to 12148210977 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385060 | Fax Transmission to 12024293329 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385061 | Fax Transmission to 12024293301 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385063 | Fax Transmission to 12145239158 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |

Client Number: 5155   NARCO Committee of Asbestos Creditors

Matter   000   Disbursements

Page:
December 16, 2002

Attn:

Invoice #

| ID | Description | | Date | Code | Init | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1385065 | Fax Transmission to 14122615066 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1385075 | Fax Transmission to 18432169290 | E | 11/14/2002 | 0999 | C&D | 0.00 | $0.00 | 0.00 | $0.00 | 887.11 |
| 1384547 | Photocopy | E | 11/15/2002 | 0999 | C&D | 0.00 | $4.50 | 0.00 | $4.50 | 891.61 |
| 1384550 | Photocopy | E | 11/15/2002 | 0999 | C&D | 0.00 | $39.90 | 0.00 | $39.90 | 931.51 |
| 1384552 | Photocopy | E | 11/15/2002 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 931.81 |
| 1387612 | Photocopy | E | 11/18/2002 | 0208 | MP | 0.00 | $4.50 | 0.00 | $4.50 | 936.31 |
| 1387758 | Postage | E | 11/18/2002 | 0094 | JWD | 0.00 | $0.37 | 0.00 | $0.00 | 936.31 |
| 1388289 | Equitrac - Long Distance to 2163671942 | E | 11/18/2002 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 936.42 |
| 1392406 | Photocopy | E | 11/19/2002 | 0090 | EJS | 0.00 | $4.05 | 0.00 | $4.05 | 940.47 |
| 1392457 | Photocopy | E | 11/19/2002 | 0999 | C&D | 0.00 | $29.25 | 0.00 | $29.25 | 969.72 |
| 1392753 | Photocopy | E | 11/20/2002 | 0090 | EJS | 0.00 | $13.05 | 0.00 | $13.05 | 982.77 |
| 1392927 | Fax Transmission to 12024293329 | E | 11/21/2002 | 0238 | SLG | 0.00 | $1.90 | 0.00 | $1.90 | 984.67 |
| 1392928 | Fax Transmission to 14122615066 | E | 11/21/2002 | 0238 | SLG | 0.00 | $1.90 | 0.00 | $1.90 | 986.57 |
| 1393051 | Photocopy | E | 11/21/2002 | 0141 | KAA | 0.00 | $5.40 | 0.00 | $5.40 | 991.97 |
| 1389875 | LexisNexis research by Library | E | 11/21/2002 | 0999 | C&D | 0.00 | $253.80 | 0.00 | $253.80 | 1,245.77 |
| 1392168 | Equitrac - Long Distance to 2125585508 | E | 11/21/2002 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1,245.88 |
| 1394152 | Photocopy | E | 11/22/2002 | 0232 | LK | 0.00 | $3.00 | 0.00 | $3.00 | 1,248.88 |
| 1394296 | Photocopy | E | 11/25/2002 | 0999 | C&D | 0.00 | $17.55 | 0.00 | $17.55 | 1,266.43 |
| 1394347 | Photocopy | E | 11/25/2002 | 0999 | C&D | 0.00 | $14.25 | 0.00 | $14.25 | 1,280.68 |
| 1394367 | Photocopy | E | 11/25/2002 | 0999 | C&D | 0.00 | $3.75 | 0.00 | $3.75 | 1,284.43 |
| 1394399 | Photocopy | E | 11/25/2002 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 1,285.03 |
| 1394400 | Photocopy | E | 11/25/2002 | 0232 | LK | 0.00 | $6.00 | 0.00 | $6.00 | 1,291.03 |
| 1390448 | Travel Expenses - Ground Transportation Petty Cash; PVNL cab expenses in NY and in DC on 11/20 | E | 11/25/2002 | 0020 | PVL | 0.00 | $52.00 | 0.00 | $52.00 | 1,343.03 |
| 1393515 | Equitrac - Long Distance to 2125585508 | E | 11/25/2002 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 1,343.28 |
| 1393734 | Equitrac - Long Distance to 4122610310 | E | 11/26/2002 | 0999 | C&D | 0.00 | $2.54 | 0.00 | $2.54 | 1,345.82 |
| 1393136 | Air & Train Transportation; ADA Travel for PVNL (coach fare) to NYC on 11/20 | E | 11/27/2002 | 0020 | PVL | 0.00 | $346.60 | 0.00 | $346.60 | 1,692.42 |
| 1393209 | Travel Expenses - Ground Transportation - EI's trip to DC on 10/28-10/31 to attend Committee meeting (1/3 of total amount)   NYO PC JE#313 | E | 11/30/2002 | 0998 | TLB | 0.00 | $33.34 | 0.00 | $33.34 | 1,725.76 |
| 1394783 | Air Freight & Express Mail - Federal Express delivery on 11/20 to P. Milch | E | 11/30/2002 | 0999 | C&D | 0.00 | $6.85 | 0.00 | $6.85 | 1,732.61 |
| 1395822 | Postage from NY office for November | E | 11/30/2002 | 0999 | C&D | 0.00 | $3.95 | 0.00 | $3.95 | 1,736.56 |
| 1397573 | Conference Meals - Luncheon meeting on 11/20 for Committee Meeting attended by P. Weitz, M. Kelley, B. Thayer, T. Goldberg, P. Milch, PVNL, JWD & EI NYO PC JE#316 | E | 11/30/2002 | 0999 | C&D | 0.00 | $124.97 | 0.00 | $124.97 | 1,861.53 |
| Total Expenses | | | | | | 0.00 | $1,861.90 | 0.00 | $1,861.53 | |

|  |  |  |
|---|---|---|
| Matter Total Fees | 0.00 | 0.00 |
| Matter Total Expenses | 1,861.90 | 1,861.53 |

Client Number:   5155    NARCO Committee of Asbestos Creditors
Matter      000          Disbursements

Page:
December 16, 2002

Attn:                                                                                                         Invoice #

| | | | | |
|---|---|---|---|---|
| Matter Total | 0.00 | 1,861.90 | 0.00 | 1,861.53 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $1,861.90 | | $1,861.53 |
| Prebill Total | 0.00 | $1,861.90 | 0.00 | $1,861.53 |

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,953 | 08/22/2002 | 7,468.00 | 1,493.60 |
| 37,201 | 09/25/2002 | 13,732.50 | 2,746.50 |
| 37,496 | 10/23/2002 | 14,290.03 | 14,290.03 |
| 37,759 | 11/23/2002 | 21,303.68 | 21,303.68 |
| | | 56,794.21 | 39,833.81 |

## PREBILL / CONTROL REPORT

Client Number: 5155    NARCO Committee of Asbestos Creditors        Page:
Matter    000    Disbursements
                                                                    1/16/2003
Attn:                                                               Invoice #

Matter    000                                    Trans Date Range: 1/1/1950 to: 12/31/2002
Disbursements

Bill Cycle:    Monthly    Style:    i1    Start: 2/4/2002    Last Billed: 12/26/2002    14,222

Trust Amount Available    Total Expenses Billed To Date    $17,456.02    Billing Empl:   0120    Elihu Inselbuch
                                                                Responsible Empl: 0120    Elihu Inselbuch
                                                                Alternate Empl:   0120    Elihu Inselbuch
                                                                Originating Empl: 0120    Elihu Inselbuch

Summary by Employee

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 35.70 | 0.00 | 35.70 |
| 0094 | JWD | Julie W. Davis | 0.00 | 557.84 | 0.00 | 557.84 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 2.25 | 0.00 | 2.25 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 9.28 | 0.00 | 9.28 |
| 0208 | MP | Mitzie Patrick | 0.00 | 20.70 | 0.00 | 20.70 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 1.90 | 0.00 | 1.90 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 521.40 | 0.00 | 521.40 |

Summary by Employee

|  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Total Fees

Detail Time / Expense by Date

|  |  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | | |
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1411281 | Fax Transmission to 12148712263 | E | 11/27/2002 | 0232 | LK | 0.00 | | $0.40 | 0.00 | | $0.40 | 0.40 |
| 1411292 | Fax Transmission to 12148248100 | E | 12/02/2002 | 0999 | C&D | 0.00 | | $12.10 | 0.00 | | $12.10 | 12.50 |
| 1411302 | Fax Transmission to 12148248100 | E | 12/02/2002 | 0999 | C&D | 0.00 | | $0.70 | 0.00 | | $0.70 | 13.20 |
| 1411304 | Fax Transmission to 18432169290 | E | 12/02/2002 | 0999 | C&D | 0.00 | | $1.30 | 0.00 | | $1.30 | 14.50 |
| 1411307 | Fax Transmission to 18432169450 | E | 12/02/2002 | 0999 | C&D | 0.00 | | $1.40 | 0.00 | | $1.40 | 15.90 |
| 1411309 | Fax Transmission to 14098388888 | E | 12/02/2002 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 17.40 |

Client Number:   5155      NARCO Committee of Asbestos Creditors

Matter      000            Disbursements

Page:

1/16/2003

Invoice #

Attn:

| ID | Description | | Date | Code | Init | | Amount | | Total | Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| 1411310 | Fax Transmission to 15108354913 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 18.70 |
| 1411312 | Fax Transmission to 13139615275 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 20.10 |
| 1411315 | Fax Transmission to 12123440994 | E | 12/02/2002 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 22.20 |
| 1411317 | Fax Transmission to 3445461 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 23.30 |
| 1411319 | Fax Transmission to 14124718308 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 24.60 |
| 1411321 | Fax Transmission to 12165750799 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 25.70 |
| 1411322 | Fax Transmission to 13053796222 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 26.50 |
| 1411324 | Fax Transmission to 14098338236 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 27.50 |
| 1411326 | Fax Transmission to 13053796222 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 28.40 |
| 1411328 | Fax Transmission to 12145239159 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 29.70 |
| 1411330 | Fax Transmission to 12145239157 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 31.10 |
| 1411332 | Fax Transmission to 13053796222 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 31.60 |
| 1411334 | Fax Transmission to 12145239158 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 32.60 |
| 1411335 | Fax Transmission to 12145991171 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 33.90 |
| 1411337 | Fax Transmission to 12024293301 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 35.20 |
| 1411340 | Fax Transmission to 12024293329 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 36.10 |
| 1411342 | Fax Transmission to 14122615066 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 36.60 |
| 1411345 | Fax Transmission to 14122615066 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 37.10 |
| 1411347 | Fax Transmission to 14122615066 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 37.70 |
| 1411351 | Fax Transmission to 13024269947 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 38.80 |
| 1411352 | Fax Transmission to 13024269947 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 39.20 |
| 1411379 | Fax Transmission to 12148210977 | E | 12/02/2002 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 40.70 |
| 1395606 | Equitrac - Long Distance to 4122610310 | E | 12/02/2002 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 40.90 |
| 1396454 | Photocopy | E | 12/03/2002 | 0101 | RCS | 0.00 | $2.25 | 0.00 | $2.25 | 43.15 |
| 1395874 | Air Freight & Express Mail - Federal Express delivery to varioius people on 11/18 | E | 12/04/2002 | 0094 | JWD | 0.00 | $137.17 | 0.00 | $137.17 | 180.32 |
| 1397229 | Equitrac - Long Distance to 5108137817 | E | 12/05/2002 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 180.41 |
| 1398038 | Equitrac - Long Distance to 4122610310 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 180.47 |
| 1398875 | JWD travel expenses to NYC on 11/20 for NARCO meeting for coach fare on Delta Shuttle | E | 12/09/2002 | 0094 | JWD | 0.00 | $307.34 | 0.00 | $307.34 | 487.81 |
| 1398876 | JWD travel expenses to NYC on 11/20 for NARCO meeting for cabs in NY and in DC | E | 12/09/2002 | 0094 | JWD | 0.00 | $72.50 | 0.00 | $72.50 | 560.31 |
| 1398877 | JWD travel expenses to NYC on 11/20 for NARCO meeting for travel agency fee | E | 12/09/2002 | 0094 | JWD | 0.00 | $40.00 | 0.00 | $40.00 | 600.31 |
| 1411615 | Fax Transmission to 12148248100 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 600.91 |
| 1411616 | Fax Transmission to 18432169290 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 601.61 |
| 1411617 | Fax Transmission to 18432169450 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 602.31 |
| 1411618 | Fax Transmission to 14098388888 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 603.11 |
| 1411620 | Fax Transmission to 13139615275 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 603.81 |
| 1411621 | Fax Transmission to 12123440994 | E | 12/09/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 604.91 |
| 1411622 | Fax Transmission to 3445461 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 605.31 |

Client Number: 5155   NARCO Committee of Asbestos Creditors

Matter    000         Disbursements

Page:
1/16/2003
Invoice #

Attn:

| ID | Description | | Date | Code | Init | | Amount | | Total | Ref |
|---|---|---|---|---|---|---|---|---|---|---|
| 1411623 | Fax Transmission to 14124718308 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 606.21 |
| 1411624 | Fax Transmission to 12165750799 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 606.71 |
| 1411626 | Fax Transmission to 14098338236 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 607.31 |
| 1411627 | Fax Transmission to 13053796222 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 607.81 |
| 1411628 | Fax Transmission to 12145239159 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 608.51 |
| 1411629 | Fax Transmission to 12145239157 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 609.21 |
| 1411630 | Fax Transmission to 12145239158 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 609.71 |
| 1411631 | Fax Transmission to 12145991171 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 610.51 |
| 1411632 | Fax Transmission to 12148210977 | E | 12/09/2002 | 0999 | C&D | 0.00 | $3.10 | 0.00 | $3.10 | 613.61 |
| 1411633 | Fax Transmission to 12024293329 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 614.11 |
| 1411634 | Fax Transmission to 14122615066 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 614.61 |
| 1411635 | Fax Transmission to 12024293301 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 615.51 |
| 1411636 | Fax Transmission to 14122615066 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 615.91 |
| 1411654 | Fax Transmission to 18432169290 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 616.61 |
| 1411656 | Fax Transmission to 18432169450 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 617.31 |
| 1411657 | Fax Transmission to 12148248100 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 617.81 |
| 1411658 | Fax Transmission to 14098388888 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 618.61 |
| 1411659 | Fax Transmission to 15108354913 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 619.21 |
| 1411661 | Fax Transmission to 13139615275 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 619.91 |
| 1411663 | Fax Transmission to 12123440994 | E | 12/09/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 621.01 |
| 1411665 | Fax Transmission to 3445461 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 621.51 |
| 1411666 | Fax Transmission to 14124718308 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 622.21 |
| 1411667 | Fax Transmission to 12165750799 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 622.81 |
| 1411669 | Fax Transmission to 14098338236 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 623.31 |
| 1411670 | Fax Transmission to 12145239159 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 624.01 |
| 1411672 | Fax Transmission to 12145239157 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 624.71 |
| 1411673 | Fax Transmission to 13053796222 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 625.51 |
| 1411675 | Fax Transmission to 12145239158 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 626.11 |
| 1411677 | Fax Transmission to 12145991171 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 626.81 |
| 1411678 | Fax Transmission to 12024293329 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 627.31 |
| 1411681 | Fax Transmission to 12148210977 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 628.11 |
| 1411682 | Fax Transmission to 13024269947 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 628.61 |
| 1411684 | Fax Transmission to 13024269947 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 628.91 |
| 1411685 | Fax Transmission to 12024293301 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 629.51 |
| 1411706 | Fax Transmission to 12123445461 | E | 12/09/2002 | 0999 | C&D | 0.00 | $0.50 | 0.00 | $0.50 | 630.01 |
| 1399070 | Charge & Ride cab for Milch to LaGuardia airport on 11/20 | E | 12/10/2002 | 0999 | C&D | 0.00 | $29.83 | 0.00 | $29.83 | 659.84 |
| 1400216 | Postage | E | 12/11/2002 | 0094 | JWD | 0.00 | $0.83 | 0.00 | $0.83 | 660.67 |
| 1400275 | Photocopy | E | 12/11/2002 | 0208 | MP | 0.00 | $12.75 | 0.00 | $12.75 | 673.42 |
| 1411793 | Fax Transmission to 12148248100 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 674.12 |

Client Number:  5155    NARCO Committee of Asbestos Creditors

Matter   000    Disbursements

Page:
1/16/2003
Invoice #

Attn:

| ID | Description | | Date | Code | Ref | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1411794 | Fax Transmission to 18432169290 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 675.02 |
| 1411795 | Fax Transmission to 18432169450 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 675.92 |
| 1411796 | Fax Transmission to 14098388888 | E | 12/17/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 676.92 |
| 1411797 | Fax Transmission to 15108354913 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 677.82 |
| 1411798 | Fax Transmission to 13139615275 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 678.72 |
| 1411799 | Fax Transmission to 14098338236 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 679.42 |
| 1411800 | Fax Transmission to 12145239159 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 680.32 |
| 1411801 | Fax Transmission to 12145239157 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 681.22 |
| 1411802 | Fax Transmission to 12145991171 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 682.12 |
| 1411806 | Fax Transmission to 12148210977 | E | 12/17/2002 | 0999 | C&D | 0.00 | $1.00 | 0.00 | $1.00 | 683.12 |
| 1411807 | Fax Transmission to 12165750799 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 683.72 |
| 1411812 | Fax Transmission to 14124718308 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 684.62 |
| 1411814 | Fax Transmission to 12123440994 | E | 12/17/2002 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 686.02 |
| 1411815 | Fax Transmission to 12024293329 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 686.62 |
| 1411816 | Fax Transmission to 14122615066 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 687.32 |
| 1411817 | Fax Transmission to 12024293301 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 688.22 |
| 1411818 | Fax Transmission to 14122615066 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 688.52 |
| 1411819 | Fax Transmission to 12145239158 | E | 12/17/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 689.32 |
| 1411833 | Fax Transmission to 12148248100 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.50 | 0.00 | $2.50 | 691.82 |
| 1411834 | Fax Transmission to 18432169290 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.90 | 0.00 | $2.90 | 694.72 |
| 1411836 | Fax Transmission to 14098388888 | E | 12/18/2002 | 0999 | C&D | 0.00 | $3.50 | 0.00 | $3.50 | 698.22 |
| 1411837 | Fax Transmission to 13139615275 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.80 | 0.00 | $2.80 | 701.02 |
| 1411839 | Fax Transmission to 12123440994 | E | 12/18/2002 | 0999 | C&D | 0.00 | $5.10 | 0.00 | $5.10 | 706.12 |
| 1411840 | Fax Transmission to 3445461 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 707.32 |
| 1411841 | Fax Transmission to 14124718308 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.80 | 0.00 | $2.80 | 710.12 |
| 1411842 | Fax Transmission to 15108354913 | E | 12/18/2002 | 0999 | C&D | 0.00 | $4.90 | 0.00 | $4.90 | 715.02 |
| 1411843 | Fax Transmission to 3445461 | E | 12/18/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 715.92 |
| 1411844 | Fax Transmission to 12165750799 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.30 | 0.00 | $2.30 | 718.22 |
| 1411845 | Fax Transmission to 3445461 | E | 12/18/2002 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 718.82 |
| 1411846 | Fax Transmission to 13053796222 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 719.92 |
| 1411847 | Fax Transmission to 14098338236 | E | 12/18/2002 | 0999 | C&D | 0.00 | $3.80 | 0.00 | $3.80 | 723.72 |
| 1411848 | Fax Transmission to 13053796222 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.90 | 0.00 | $1.90 | 725.62 |
| 1411849 | Fax Transmission to 12145239159 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.90 | 0.00 | $2.90 | 728.52 |
| 1411850 | Fax Transmission to 13053796222 | E | 12/18/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 729.32 |
| 1411851 | Fax Transmission to 12145239157 | E | 12/18/2002 | 0999 | C&D | 0.00 | $6.50 | 0.00 | $6.50 | 735.82 |
| 1411852 | Fax Transmission to 12145239158 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.20 | 0.00 | $2.20 | 738.02 |
| 1411853 | Fax Transmission to 13053796222 | E | 12/18/2002 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 738.32 |
| 1411854 | Fax Transmission to 12145991171 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 739.82 |
| 1411855 | Fax Transmission to 12145991171 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 741.22 |

Client Number: 5155    NARCO Committee of Asbestos Creditors

Matter    000    Disbursements

Page:
1/16/2003
Invoice #

Attn:

| ID | Description | | Date | Code | Init | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1411856 | Fax Transmission to 12148210977 | E | 12/18/2002 | 0999 | C&D | 0.00 | $3.10 | 0.00 | $3.10 | 744.32 |
| 1411857 | Fax Transmission to 12145991171 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.70 | 0.00 | $1.70 | 746.02 |
| 1411858 | Fax Transmission to 12148210977 | E | 12/18/2002 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 746.82 |
| 1411859 | Fax Transmission to 12145991171 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 748.02 |
| 1411860 | Fax Transmission to 12024293301 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 750.72 |
| 1411861 | Fax Transmission to 14122615066 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.20 | 0.00 | $2.20 | 752.92 |
| 1411862 | Fax Transmission to 13024269947 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 754.02 |
| 1411864 | Fax Transmission to 15108354913 | E | 12/18/2002 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 756.42 |
| 1411866 | Fax Transmission to 13024269947 | E | 12/18/2002 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 757.72 |
| 1411911 | Fax Transmission to 18432169450 | E | 12/19/2002 | 0999 | C&D | 0.00 | $2.90 | 0.00 | $2.90 | 760.62 |
| 1412038 | Fax Transmission to 18432169290 | E | 12/23/2002 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 761.52 |
| 1403951 | Equitrac - Long Distance to 4122610310 | E | 12/23/2002 | 0999 | C&D | 0.00 | $1.09 | 0.00 | $1.09 | 762.61 |
| 1404282 | Photocopy | E | 12/23/2002 | 0208 | MP | 0.00 | $7.95 | 0.00 | $7.95 | 770.56 |
| 1404424 | Equitrac - Long Distance to 3123722000 | E | 12/24/2002 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 770.79 |
| 1404451 | Equitrac - Long Distance to 4122610310 | E | 12/24/2002 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 770.93 |
| 1404356 | NYO Long Distance Telephone-Committee conference call made in the month of November | E | 12/26/2002 | 0999 | C&D | 0.00 | $325.81 | 0.00 | $325.81 | 1,096.74 |
| 1412200 | Fax Transmission to 18432169290 | E | 12/27/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 1,097.84 |
| 1404884 | Travel Expenses - Ground Transportation - Charge & Ride car service on 11/20 | E | 12/28/2002 | 0020 | PVL | 0.00 | $35.70 | 0.00 | $35.70 | 1,133.54 |
| 1404890 | Air Freight & Express Mail - Federal Express delivery charges on 12/18 to P. Milch | E | 12/28/2002 | 0120 | EI | 0.00 | $9.28 | 0.00 | $9.28 | 1,142.82 |
| 1408149 | Postage from NY office for December | E | 12/30/2002 | 0999 | C&D | 0.00 | $1.85 | 0.00 | $1.85 | 1,144.67 |
| 1412208 | Fax Transmission to 12033292814 | E | 12/30/2002 | 0232 | LK | 0.00 | $0.80 | 0.00 | $0.80 | 1,145.47 |
| 1412214 | Fax Transmission to 12142200206 | E | 12/30/2002 | 0232 | LK | 0.00 | $0.70 | 0.00 | $0.70 | 1,146.17 |
| 1412244 | Fax Transmission to 14098388888 | E | 12/30/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 1,147.27 |
| 1412245 | Fax Transmission to 14098338236 | E | 12/30/2002 | 0999 | C&D | 0.00 | $0.70 | 0.00 | $0.70 | 1,147.97 |
| 1412246 | Fax Transmission to 12148210977 | E | 12/30/2002 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 1,149.07 |
| Total Expenses | | | | | | 0.00 | $1,149.07 | 0.00 | $1,149.07 | |

Matter Total Fees                        0.00                    0.00
Matter Total Expenses               1,149.07               1,149.07
Matter Total                   0.00  1,149.07        0.00  1,149.07

Prebill Total Fees
Prebill Total Expenses               $1,149.07             $1,149.07
Prebill Total                  0.00  $1,149.07       0.00  $1,149.07

Client Number: 5155    NARCO Committee of Asbestos Creditors
Matter          000    Disbursements

Attn:

Previous Billings

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 37,759 | 11/23/2002 | 21,303.68 | 21,303.68 |
| 38,204 | 12/26/2002 | 36,544.03 | 36,544.03 |
|  |  | 57,847.71 | 57,847.71 |