**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002**

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative Oct. to Dec., 2002 Hours | Cumulative Oct. to Dec., 2002 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .0 | .00 | .0 | .00 |
| Asset Disposition | .0 | .00 | .0 | .00 |
| Business Operations | .0 | $ .00 | 13.0 | $ 4,914.00 |
| Case Administration | 110.8 | $ 20,122.50 | 1,406.9 | $ 299,027.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 111.4 | $ 30,376.50 | 1,193.4 | $ 334,351.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 1.2 | $ 750.00 | 2.6 | $ 1,404.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 1.7 | $ 1,190.00 | 66.1 | $ 34,733.00 |
| Employee Benefits/Pension | .0 | $ .00 | 6.5 | $ 3,356.50 |
| Employment Applications, Applicant | .0 | .00 | 32.8 | $ 8,214.00 |
| Employment Applications, Others | .0 | $ .00 | 38.9 | $ 14,930.00 |
| Expenses | .0 | .00 | .0 | .00 |
| Fee Applications, Applicant | 37.9 | $ 11,087.50 | 169.9 | $ 40,751.00 |
| Fee Applications, Others | 8.6 | $ 2,187.50 | 18.4 | $ 4,441.50 |
| Financing | .0 | .00 | .0 | .00 |
| Hearings | 13.7 | $ 7,187.50 | 52.0 | $ 30,098.50 |
| Litigation and Litigation Consulting | .0 | $ .00 | 1,233.8 | $ 382,963.50 |
| Plan & Disclosure Statement | 1.7 | 679.00 | 8.8 | $ 3,755.00 |
| Relief from Stay Proceedings | .0. | .00 | .0 | .00 |
| Tax Issues | 15.9 | $ 3,816.00 | 60.1 | $ 19,081.00 |
| Tax Litigation | 23.7 | $ 7,312.50 | 23.7 | $ 7,312.50 |

| | | | | |
|---|---|---|---|---|
| Travel-Non-Working | 18.4 | $ 4,167.50 | 296.8 | $ 55,776.50 |
| Valuation | .0 | .00 | .0 | .00 |
| ZAI Science Trial | .0 | .00 | | .00 |
| ZAI Science Trial – Expenses | .0 | .00 | | .00 |
| Other | .0 | .00 | | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | | .00 |
| **Totals** | **345.0** | **$88,876.50** | **4,623.7** | **$1,245,109.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 10/1/02 – 12/31/02 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $      12,110.04 | $      59,394.99 |
| Research Material | 209.87 | 1,522.65 |
| Air Freight & Express Mail | 1,543.02 | 7,181.64 |
| Outside Local Deliveries | 237.73 | 564.79 |
| Filing Fees | .00 | .00 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 123.90 | 901.35 |
| Outside Photocopy Service | 2,260.51 | 23,098.19 |
| Professional Fees & Expert Witness Fees | 3,798.50 | 10,546.80 |
| Court Reporting/Transcript Service | .00 | 4,145.19 |
| Miscellaneous Client Advances | 47.45 | 746.77 |
| Air & Train Transportation | 2,149.75 | 37,978.79 |
| Meals Related to Travel | 71.47 | 2,936.51 |
| Travel Expenses – Hotel Charges | 1,209.89 | 13,181.45 |
| Travel Expenses – Ground Transportation | 1,250.72 | 6,510.52 |

| | | |
|---|---:|---:|
| Travel Expenses – Miscellaneous | .00 | 73.30 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,025.43 |
| Local Transportation - DC | 90.05 | 110.80 |
| Local Transportation – NY | .00 | 183.58 |
| Xeroxing | 7,686.30 | 38,339.85 |
| Postage | 15.15 | 147.12 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | .00 |
| Telecopier | 255.40 | 1,210.30 |
| Long Distance –Credit Card | 29.73 | 915.78 |
| Long Distance Telephone - DC | 200.33 | 1,539.32 |
| NYO Long Distance Telephone | 306.65 | 1,227.46 |
| Use of Cell/Home Phone | 34.44 | 501.41 |
| **TOTAL** | **$ $33,630.90** | **$ $213,995.99** |

{D0007878:1 }