UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| W.R GRACE & CO., ET AL., | ) | Chapter 11 |
| | ) | Case No. 01-01139-RJN |
| Debtors. | ) | |
| | ) | Jointly Administered |

NOTICE OF APPEARANCE AND REQUEST FOR
ELECTRONIC NOTICE BY THE
PENSION BENEFIT GUARANTY CORPORATION

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the United States Government and a creditor in the above-captioned case, hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Section 1109(b) of title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtor be given to and served upon PBGC as follows:

Charles L. Finke, Assistant General Counsel
Brad Rogers, Attorney
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Ph: 202-326-4020 (x3029) or 800-400-7242 (x3029)
Fax: 202-326-4112
E-mails: rogers.brad@pbgc.gov *and* efile@pbgc.gov

This request includes, inter alia, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or

requests, and any other documents brought before this Court in this case, whether formal or informal, ex parte or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after de novo review by a district court, (ii) to trial by jury in any proceedings so triable in this case or in any controversy or proceeding related to this case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

DATED: Washington, D.C.
February 6, 2003

/s/ Brad Rogers

Charles L. Finke, Assistant General Counsel
Brad Rogers, Attorney (BR3552)
PENSION BENEFIT GUARANTY CORP.
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Ph: 202-326-4020 (x3029) or 800-400-7242 (x3029)
Fax: 202-326-4112
E-mails: rogers.brad@pbgc.gov *and* efile@pbgc.gov

Attorneys for the Pension Benefit Guaranty Corporation

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of February 2003, the foregoing **Notice of Appearance and Request for Electronic Notice by the Pension Benefit Guaranty Corporation** was served electronically or by First-Class Mail on the following:

**Waren H. Smith**
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**David B. Siegel,** Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Frank J. Perch III**, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2313-Lockbox 35
Wilmington, DE 19801

**Laura Davis Jones**, Esquire
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705
302- 652-4100
Fax : 302-652-4400
ljones@pszyj.com

**Marla Rosoff Eskin**, Esquire
Campbell & Levine, LLC
800 King St., Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

**James H. M. Sprayregen**, Esquire
**James W. Kapp, III,** Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_kapp@chicago.kirkland.com

**Steven M. Yoder**, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
syoder@bayardfirm.com

**Elihu Inselbuch**, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
pvnl@capdale.com

**J. Douglas Bacon**, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

**Michael R. Lastowski**, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
302-657-4900
Fax : 302-657-4901
reorg@duanemorris.com

**Philip Bently**, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
pbentley@kramerlevin.com

**Teresa Currier**, Esquire
Klett Rooney Lieber & Schlorling
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel for the Official Committee of Unsecured Creditors)

**Lewis Kruger**, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York, NY 10038-4982
rserrette@stroock.com

**Scott L. Baena**, Esquire
Bilzin Sumberg Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

/s/ Brad Rogers
BRAD ROGERS