IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  February, 2003 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

January 17, 2003
Invoice 545039 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06023 | For Services Through 01/01/03 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| | | | | |
|---|---|---|---|---|
| 12/06/02 | Meet with Attorney Cleary to discuss Ms. Gettier's message regarding Invoice #532719 Libby - review of EPA Region 7  Site Investigation report. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/09/02 | Telephone Ms. Gettier regarding Invoice #532719 and left message. | | | |
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 12/10/02 | Telephone Ms. Gettier and left message regarding October 2002 Invoice for Libby. | | | |
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 12/11/02 | Telephone conference with Ms. Gettier regarding October 2002 Invoice for Libby. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

**Fees for Legal Services** ....................................................................................... **$100.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 0.80 | 125.00 | 100.00 |
| TOTAL | 0.80 | $125.00 | $100.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/09/2002 | Telephone 1-410-531-4129 | 0.21 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$0.21**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.21 |
| TOTAL | $0.21 |

**Net current billing for this invoice** .................................................................................. **$100.21**

W. R. Grace & Co.

January 17, 2003
Invoice 545039 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/01/03

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---|
| Fees for Professional Services | $100.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.21 |

**Net current billing for this invoice** ................................................................ **$100.21**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 532719 | 11/12/2002 | 145.00 | 145.00 |
| 545039 | 01/17/2003 | 100.21 | 100.21 |
| | TOTAL A/R BALANCE | | $245.21 |

# NELSON

### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 24, 2003
Invoice 545000 Page 1

Our Matter #          02399/06032                       For Services Through 01/01/03
WR Grace #           063-KL-721490-01-0501221
Name of Matter:     Charleston

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/02/02 | Review incoming information regarding meeting with DHEC to discuss remedy implementation. B.F. HAWKINS, JR. | 0.80 hrs. | 260.00/hr | $208.00 |
| 12/03/02 | Discuss DHEC ROD language regarding amendments with Attorney Hawkins (0.2); review DHEC comments, and research NCP (0.3); e-mail opinion to Attorney Hawkins (0.1). D.M. CLEARY | 0.60 hrs. | 295.00/hr | $177.00 |
| 12/03/02 | Review electronic mail memorandum from Attorney Hawkins regarding need or propriety of further comment on groundwater/ARAR issues from ROD (0.1); review electronic mail memorandum from Attorney Cleary regarding his opinion on same (0.1). R.T. CARLISLE | 0.20 hrs. | 240.00/hr | $48.00 |
| 12/04/02 | Review issues associated with issuance of Record of Decision and in preparation for meeting on Monday with DHEC to discuss same. B.F. HAWKINS, JR. | 1.50 hrs. | 260.00/hr | $390.00 |
| 12/05/02 | Review issue associated with natural resource damages and who must be identified to provide notice of claim. B.F. HAWKINS, JR. | 0.80 hrs. | 260.00/hr | $208.00 |
| 12/06/02 | Review and evaluate Record of Decision for Charleston site (2.4); discussion of same with Mr. Bucens as well as agenda for meeting with DHEC next week (0.5); review e-mail from Mr. Bucens regarding issuance of ROD and qualification on selection of alternative remedy (0.3); assignments on determining significance of potential qualification on selection of alternative remedy (0.4); review significance of language on qualification for remedy (0.5). B.F. HAWKINS, JR. | 4.10 hrs. | 260.00/hr | $1,066.00 |
| 12/06/02 | Confer with Attorney Hawkins regarding consent order issues addressed by review of past consent orders. R.T. CARLISLE | 0.10 hrs. | 240.00/hr | $24.00 |
| 12/08/02 | Review information regarding Record of Decision and DHEC response to comments in preparation for meeting with DHEC. B.F. HAWKINS, JR. | 3.20 hrs. | 260.00/hr | $832.00 |

W. R. Grace & Co.

| 12/09/02 | Review information in preparation for meeting with DHEC (0.8); meet with Mr. Bucens and Ms. Saucier in preparation for meeting with DHEC on Record of Decision issued for Charleston site (0.8); meet with DHEC concerning implementation of Record of Decision and timing for same (1.4); review and revise notes from meeting with DHEC (0.5). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 3.50 hrs. | 260.00/hr | $910.00 |

| 12/16/02 | Review documents forwarded by Mr. Bucens regarding implementation of ROD and requests for oversight costs (0.5); review research project with Attorney Ternes regarding recoverability of past oversight costs (0.4); review provisions of S.C. Consent Orders in evaluation of offer from DHEC (0.9). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 1.80 hrs. | 260.00/hr | $468.00 |

| 12/16/02 | Conduct legal research regarding Rohm & Haas case involving cost recovery of oversight costs in Superfund removal and remedial actions. | | | |
|---|---|---|---|---|
| | M.E. TERNES | 1.20 hrs. | 240.00/hr | $288.00 |

| 12/17/02 | Review proposals concerning ROD and implementation of same (1.1); review legal issues associated with seeking oversight costs without an agreement in place to cover same (0.9); conference call with Mr. Bucens and Mr. Obradovic to discuss ROD/Consent Agreement implementation issues (0.5); review issues associated with payment of oversight costs (1.4); review other Consent Orders on issue of payment of oversight costs (0.5); review and revise proposed language to DHEC on oversight costs (0.5). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 4.90 hrs. | 260.00/hr | $1,274.00 |

| 12/17/02 | Continue to conduct legal research regarding Rohm & Haas case involving cost recovery of oversight costs in Superfund removal and remedial actions (1.6); review results with Attorney Hawkins (0.3). | | | |
|---|---|---|---|---|
| | M.E. TERNES | 1.90 hrs. | 240.00/hr | $456.00 |

| 12/20/02 | Review information for response to DHEC on proposed Consent Order (1.4); respond to group with comments and suggested changes for letter to DHEC and request for consideration on specific issues (0.4); review historical Consent Orders, make additional suggested changes to amendment language (1.1). | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 2.90 hrs. | 260.00/hr | $754.00 |

| 12/23/02 | Discussion with consultant from Charleston company regarding gathering information and group response to possibly go forward to DHEC for groundwater reclassification request. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |

| 12/30/02 | Review information from Mr. Bucens regarding contact with DHEC and proposed meeting for Friday. | | | |
|---|---|---|---|---|
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |

**Fees for Legal Services** .................................................................................................. **$7,311.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 24.30 | 260.00 | 6,318.00 |
| D.M. CLEARY | 0.60 | 295.00 | 177.00 |
| M.E. TERNES | 3.10 | 240.00 | 744.00 |
| R.T. CARLISLE | 0.30 | 240.00 | 72.00 |
| TOTAL | 28.30 | $258.34 | $7,311.00 |

W. R. Grace & Co.

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/03/2002 | Telephone 1-617-498-2667 | 0.55 |
| 12/04/2002 | Photocopies 407 Page(s) | 20.35 |
| 12/16/2002 | Service: LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 8.00 | 3.23 |
| 12/16/2002 | Service: LEGAL SERVICES; Charge Type: LEXSEE SEARCHES; Quantity: 7.00 | 3.11 |
| 12/16/2002 | Service: LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 4.61 |
| 12/16/2002 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.00 | 0.35 |
| 12/20/2002 | Photocopies 25 Page(s) | 1.25 |
| 12/30/2002 | Photocopies 7 Page(s) | 0.35 |

**Total Charges for Other Services Provided/Expenses Incurred ....................................** **$33.80**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 21.95 |
| Lexis | 11.30 |
| Telephone | 0.55 |
| TOTAL | $33.80 |

**Net current billing for this invoice ....................................................................................** **$7,344.80**

W. R. Grace & Co.

January 24, 2003
Invoice 545000  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/01/03

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $7,311.00 |
| Charges for Other Services Provided/Expenses Incurred | $33.80 |

**Net current billing for this invoice** ................................................................. **$7,344.80**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 518010 | 08/15/2002 | 10,057.75 | 2,007.80 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 4,527.42 |
| 538208 | 12/13/2002 | 1,553.30 | 1,553.30 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| | TOTAL A/R BALANCE | | $21,372.53 |

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 24, 2003
Invoice 545861  Page 1

| Our Matter # | 02399/06091 | For Services Through 01/01/03 |
|---|---|---|
| Name of Matter: | Fee Applications | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/02/02 | Review and modify 5th Quarterly Interim Fee documents.<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 12/05/02 | Prepare October 2002 Fee Application documents.<br>K. BROWN | 2.50 hrs. | 125.00/hr | $312.50 |
| 12/05/02 | Review docket for recent filings for Orders, Certificate of No Objection, Fee Auditor's Report and Quarterly Interim Fee Application.<br>K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 12/06/02 | Review and modify October 2002 fee application documents (2.1); update Project Category Report (0.7); meet with Attorney Cleary for his review and approval of the fee application documents (0.5).<br>K. BROWN | 3.30 hrs. | 125.00/hr | $412.50 |
| 12/06/02 | Prepare final fee application documents for distribution to Ms. McFarland and Mr. Smith.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 12/10/02 | Prepare October 2002 Fee Application for electronic transmission and e-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/11/02 | Prepare October 2002 invoices for electronic transmission.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/12/02 | Prepare correspondence containing October 2002 invoices in Word format and e-mail to Mr. Smith and Attorney Cleary.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/19/02 | Prepare draft November 2002 Fee Application documents.<br>K. BROWN | 2.50 hrs. | 125.00/hr | $312.50 |
| 12/19/02 | Prepare draft correspondence to Ms. Duff and Mr. Smith regarding November 2002 invoices (0.3); update Outstanding Balance database (1.1); update Project Category Summary (0.3); meet with Attorney Cleary for his review of the draft letters regarding November 2002 invoices (0.2); review Docket for filings from December 4-19 (0.3).<br>K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |
| 12/23/02 | Prepare fee detail and e-mail to Mr. Smith, Mr. Stierer and Attorney Cleary.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

W. R. Grace & Co.

| 12/23/02 | Prepare Fee Application correspondence and e-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/27/02 | Review correspondence from AP/AR Clerk regarding payments received. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

**Fees for Legal Services** ...................................................................................................... **$1,887.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 15.10 | 125.00 | 1,887.50 |
| TOTAL | 15.10 | 125.00 | 1,887.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 12/06/2002 | Photocopies 54 Page(s) | 2.70 |
| 12/11/2002 | VENDOR: Federal Express; INVOICE#: 647088649; DATE: 12/11/2002 - 11/22/02 | 34.83 |
| 12/11/2002 | VENDOR: Federal Express; INVOICE#: 647088665; DATE: 12/11/2002 - 12/06/02 | 25.59 |
| 12/11/2002 | Telephone 1-410-531-4129 | 0.07 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$63.19**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.70 |
| Federal Express | 60.42 |
| Telephone | 0.07 |
| TOTAL | $63.19 |

**Net current billing for this invoice** .................................................................................... **$1,950.69**

W. R. Grace & Co.

January 24, 2003
Invoice 545861  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/01/03

Our Matter # 02399/06091
Fee Applications

---

| | |
|---|---|
| Fees for Professional Services | $1,887.50 |
| Charges for Other Services Provided/Expenses Incurred | $63.19 |

**Net current billing for this invoice** ................................................................. **$1,950.69**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514768 | 07/23/2002 | 5,866.44 | 1,166.90 |
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 3,562.00 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| | TOTAL A/R BALANCE | | $12,938.68 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## **VERIFICATION**

David M. Cleary, after being duly sworn according to law, deposes and says as follows:

1.     I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bars of the State of South Carolina and the State of New York.

2.     I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special litigation and environmental

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
David M. Cleary

SWORN to and subscribed before me

this _31ˢᵗ_ day of _January_, 2003

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: _Feb. 21ˢᵗ, 2012._