IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 26, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
Client No. 734680
INVOICE NO. 18338

January 17, 2003
Page 1

LITIGATION AND LITIGATION CONSULTING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/02 | JMA | Phone - C. Marraro - trial strategy | .40 | 130.00 |
| 12/02/02 | MEF | Motions in limine - review Honeywell opposition to Grace's motions in limine (7); review plaintiffs' opposition to Grace's motions in limine | 3.00 | 645.00 |
| 12/02/02 | MEF | Telephone call with M. Caffrey regarding unpublished case cited by Honeywell; telephone call with C. Marraro regarding same | .30 | 64.50 |
| 12/04/02 | JMA | Review Honeywell opposition to Grace in limine motion - cost documents; review Honeywell cross motion - Grace documents | 2.30 | 747.50 |
| 12/04/02 | MEF | Telephone call with C. Marraro regarding oral argument on motions; conference with JMA regarding same | .30 | 64.50 |
| 12/05/02 | JMA | Motions in Limine - Review Honeywell opposition to Grace in limine motion re: Daylin; review plaintiff's opposition to Grace in limine motion re: Daylin; review Honeywell opposition to Grace in limine motion re: Rifkin; review Honeywell opposition to Grace in limine motion re: requests for admission | 5.00 | 1625.00 |
| 12/05/02 | JMA | Motions in Limine - Phone - C. Marraro; phone - M. Caffrey; phone - C. Marraro; phone - M. Caffrey re: oral argument on in limine motions | .60 | 195.00 |
| 12/05/02 | JMA | Motions in Limine - Review Roned Realty in limine motion re: dismissal of all claims vs. Roned; review of Honeywell opposition to Grace in limine motion re: residential standard | 2.50 | 812.50 |
| 12/06/02 | JMA | Motions in Limine - Receipt and review letter from M. Caffrey; phone - D. Field's secretary; review memo from Wallace King re: Grace motion to bar Honeywell cost documents | .80 | 260.00 |
| 12/06/02 | JMA | Meeting with C. Marraro re: strategy for argument on in limine motions | 7.00 | 2275.00 |
| 12/06/02 | MEF | Telephone call with M. Moasser regarding photographer; voicemail - Furlick at Air Photo | .20 | 43.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/02 | MEF | Conference with JMA regarding Rule 45 trial subpoenas, corporate dissolution statute and joint venture agreement | .50 | 107.50 |
| 12/06/02 | MEF | Email to/from M. Moasser regarding photographer | .20 | 43.00 |
| 12/06/02 | MEF | Emails to/from B. Banks regarding Grace trial exhibits | .40 | 86.00 |
| 12/06/02 | MEF | Conference with JMA and C. Marraro regarding motions in limine oral argument | 1.00 | 215.00 |
| 12/07/02 | JMA | Review Grace witness list and proposed Order of Proofs for conference call with C. Marraro; conference call with C. Marraro re: same, and trial strategy | 3.20 | 1040.00 |
| 12/07/02 | JMA | Phone - D. Field regarding oral argument | .20 | 65.00 |
| 12/08/02 | JMA | Review of miscellaneous correspondence from plaintiff's attorneys and Honeywell's attorneys re: pretrial Order and in limine motions | 1.00 | 325.00 |
| 12/08/02 | JMA | Review synopsis of recent Third Circuit Decision re: RCRA issues bearing on trial strategy; conference with MEF re: same | .40 | 130.00 |
| 12/08/02 | MEF | Review letter from M. Caffrey regarding rescheduling oral argument on motions in limine | .20 | 43.00 |
| 12/08/02 | MEF | Review recent 3rd Circuit decision regarding RCRA (Lamb Riad); review local civil rules regarding non precedential opinions, conference with JMA regarding same | .50 | 107.50 |
| 12/09/02 | JMA | Motions in Limine - Receipt and review and letter from M. Caffrey re: in limine motions; receipt and review letter from F. Boenning; receipt and review letter from M. Schiappa to Judge Cavanaugh; receipt and review Roned reply brief on Roned in limine motion; receipt and review letter from S. German | .80 | 260.00 |
| 12/09/02 | JMA | Receipt and review Honeywell notice of motion, declaration , proposed order and certification of service to bar Hugh McGuire's supplemental expert report | .50 | 162.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/02 | JMA | Conference with MEF re: trial exhibits | 1.00 | 325.00 |
| 12/09/02 | MEF | Telephone call with R. Schuller regarding opposition to motion to strike; email to R. Schuller regarding same | .30 | 64.50 |
| 12/09/02 | MEF | Conference with JMA regarding trial preparation - aerial photos, trial exhibits | 1.00 | 215.00 |
| 12/09/02 | RCS | Conference with JMA re overview of case in conjunction with preparing legal argument admit exhibits | 1.00 | 200.00 |
| 12/09/02 | RCS | Review pleadings in connection with preparing legal argument to admit exhibits | 2.00 | 400.00 |
| 12/09/02 | RCS | Review court orders and opinions rendered on summary judgment motion in conjunction with preparing legal argument to admit exhibits | 2.50 | 500.00 |
| 12/10/02 | JMA | Receipt and review letter from M. Caffrey re: Honeywell motion to strike McGuire supplemental report | .20 | 65.00 |
| 12/10/02 | JMA | Phone - C. Marraro re: opposition to Honeywell motion to strike McGuire supplemental report | .70 | 227.50 |
| 12/10/02 | MEF | Conference with RCS regarding admissibility of Grace trial exhibits | .50 | 107.50 |
| 12/10/02 | MEF | Telephone call with C. Marraro and B. Banks regarding trial exhibit admissibility chart | .40 | 86.00 |
| 12/10/02 | MEF | Telephone call with R. Schuller regarding trial exhibits - photos | .20 | 43.00 |
| 12/10/02 | MEF | Receipt and review fax from M. Caffrey regarding oral argument - motion to strike | .20 | 43.00 |
| 12/10/02 | RCS | Review final pretrial order in connection with review of client's trial exhibits to determine grounds for admission in evidence | 4.00 | 800.00 |
| 12/10/02 | RCS | Review trial briefs in connection with review of clients' trial exhibits to determine grounds for admission in evidence | 4.00 | 800.00 |

| | | | | |
|---|---|---|---|---|
| 12/10/02 | RCS | Receipt of all parties' trial exhibits; organize same by party and exhibit number chronologically | 1.00 | 200.00 |
| 12/11/02 | JMA | Review of and comments to ECARG opposition to motion to strike supplemental report of McGuire | 1.00 | 325.00 |
| 12/11/02 | RCS | Review applicable Federal Evidence Rules re hearsay exceptions and relevancy in conjunction with preparing basis for admission analysis of Grace trial exhibits | 2.50 | 500.00 |
| 12/11/02 | RCS | Review Grace trial exhibits and prepare analysis of grounds for admission into evidence (partial) | 7.00 | 1400.00 |
| 12/12/02 | MEF | Review email from R. Schuller regarding opposition to Honeywell motion to strike McGuire supplemental report; review Nagy declaration in opposition to motion to strike | .40 | 86.00 |
| 12/12/02 | MEF | Review draft opposition to motion to strike | .20 | 43.00 |
| 12/12/02 | MEF | Voice mail - R. Schuller regarding preliminary site plan | .10 | 21.50 |
| 12/12/02 | MEF | Trial prep - preparation of exhibits - photos/aerial for production and exchange; telephone calls with M. Moasser, B. Banks and C. Marraro regarding photos/aerials | 5.20 | 1118.00 |
| 12/12/02 | GGT | Assist MEF in preparation of exhibits for trial. | 1.00 | 220.00 |
| 12/12/02 | RCS | Review trial exhibits of client and prepare basis for admission of same into evidence | 9.00 | 1800.00 |
| 12/13/02 | JMA | Trial preparation - meeting with C. Marraro and experts | 8.00 | 2600.00 |
| 12/13/02 | MEF | Trial exhibits - preparation and finalization of trial exhibits - photos; letter to all counsel serving same and errata sheet to trial exhibit list; telephone call with J. Kelley regarding errata sheet; revise and finalize errata sheet | 3.80 | 817.00 |

| | | | | |
|---|---|---|---|---|
| 12/13/02 | MEF | Opposition to Honeywell motion to strike - revise and finalize letter brief; prepare MEF declaration ; revise same; prepare certificate of service; prepare letter to Clerk; letter to Judge Cavanaugh regarding A. Nagy declaration; letter to Clerk regarding same | 3.00 | 645.00 |
| 12/13/02 | RCS | Review client's trial exhibits and prepare basis for admission into evidence | 7.50 | 1500.00 |
| 12/13/02 | RCS | Research and prepare memorandum of law re public records exception to Hearsay Rule (partial) | 2.50 | 500.00 |
| 12/14/02 | JMA | Review in limine motions; phone - C. Marraro re trial strategy | 1.80 | 585.00 |
| 12/14/02 | RCS | Research and prepare memorandum of law re public records exception to hearsay rule | 2.50 | 500.00 |
| 12/14/02 | RCS | Review Grace trial exhibits and prepare table of categories for the several types of public records in order to meet public records exception to hearsay rule | 1.50 | 300.00 |
| 12/14/02 | RCS | Research and prepare memorandum of law re documents affecting interest in property and statements affecting interest in property exceptions to the hearsay rule | 1.30 | 260.00 |
| 12/16/02 | JMA | Phone - D. Field re: withdrawing in limine motions | .40 | 130.00 |
| 12/16/02 | JMA | Conference with MEF re: withdrawing in limine motions | .20 | 65.00 |
| 12/16/02 | JMA | Phone - C. Marraro re: trial strategy | .20 | 65.00 |
| 12/16/02 | JMA | Conference with MEF re: trial exhibits | .40 | 130.00 |
| 12/16/02 | MEF | Telephone call with Maureen Goodman at Judge Cavanaugh regarding in limine motions on cost documents; letter to Judge Cavanaugh withdrawing motion and cross motion | .40 | 86.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/16/02 | RCS | Research and prepare draft of legal memorandum re business record exception to hearsay rule in conjunction with admitting Grace trial exhibits into evidence | 4.50 | 900.00 |
| 12/16/02 | RCS | Telephone call to Mike Williams, Esq. re conferring on basis of admission of certain Grace trial exhibits | .30 | 60.00 |
| 12/16/02 | RCS | Prepare evidentiary basis for admission of Grace trial exhibits; revise and edit same | 1.50 | 300.00 |
| 12/17/02 | JMA | Conference with C. Marraro and Grace representative re: trial preparation | 6.00 | 1950.00 |
| 12/17/02 | JMA | Review and revise Grace opposition to motion to strike Honeywell re McGuire supplemental report | .80 | 260.00 |
| 12/17/02 | MEF | Review Grace damage documents | 1.10 | 236.50 |
| 12/17/02 | MEF | Telephone call with C. Hopkins regarding Grace trial exhibit list; telephone call with B. Hughes regarding same | .20 | 43.00 |
| 12/17/02 | MEF | Letter to all counsel regarding Grace trial exhibit list with trial exhibit numbers | .20 | 43.00 |
| 12/17/02 | RCS | Research and prepare draft legal memorandum re statement against interest exception to Hearsay Rule in conjunction with admitting Grace trial exhibits | 3.20 | 640.00 |
| 12/18/02 | JMA | Preparation for oral argument on in limine motions | 4.00 | 1300.00 |
| 12/18/02 | RCS | Research and prepare legal memorandum re Admission by Party Opponent exception to the hearsay rule | 5.00 | 1000.00 |
| 12/18/02 | RCS | Telephone call to Mike Williams re coordinating objections to exhibits offered by Honeywell | .40 | 80.00 |
| 12/19/02 | JMA | Prepare for oral argument on in limine motions | 3.00 | 975.00 |
| 12/19/02 | JMA | Attend oral argument on in limine motions | 4.00 | 1300.00 |
| 12/19/02 | JMA | Conference with C. Marraro re: trial strategy | 1.50 | 487.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/19/02 | MEF | Motions in limine - review various case law in preparation for oral argument; review deposition transcripts regarding same | 1.00 | 215.00 |
| 12/19/02 | MEF | Attendance at oral argument regarding motions in limine | 1.00 | 215.00 |
| 12/19/02 | RCS | Re-review Grace pretrial order-contested facts section in conjunction with Grace trial exhibits and prepare analysis for admission of selected exhibits into evidence | 4.00 | 800.00 |
| 12/19/02 | RCS | Telephone call from Mike Williams, Esq. re hearsay exception to in order to admit certain Grace exhibits | .30 | 60.00 |
| 12/20/02 | JMA | Meeting with C. Marraro re: trial preparation/trial strategy | 5.50 | 1787.50 |
| 12/20/02 | JMA | Receipt and review letter from D. Field to Judge Cavanaugh with Consent Orders settling Roned claims; conference call with C. Marraro and K. Millian re: Consent Orders; prepare, review, revise and finalize Grace letter objection to Honeywell/Roned Consent Orders | 2.00 | 650.00 |
| 12/20/02 | JMA | Conference with MEF re: Order regarding in limine motions; review and revise Order; phone - D. Field re: comments to in limine Order | 1.80 | 585.00 |
| 12/20/02 | MEF | Draft and revise order regarding all parties' motions in limine and other matters; letter to all counsel regarding same | 2.50 | 537.50 |
| 12/20/02 | MEF | Conference with JMA and C. Marraro regarding (1) draft order regarding motions in limine and other matters (2) D. Field objections | 1.50 | 322.50 |
| 12/20/02 | MEF | Review FRE 615 regarding exclusion of witness | .40 | 86.00 |
| 12/20/02 | MEF | Telephone call with F. Boenning regarding deposition transcript | .20 | 43.00 |
| 12/20/02 | RCS | Review Honeywell statement of contested facts in conjunction with review of their trial exhibits for basis of opposition to admitting same in evidence | 2.50 | 500.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/20/02 | RCS | Telephone call with Mike Williams at Wallace King coordinating review of Honeywell trial exhibits and formulating objections to admission into evidence | .20 | 40.00 |
| 12/20/02 | RCS | Review Honeywell trial exhibit binders and prepare analysis for admission/objection into evidence | 4.50 | 900.00 |
| 12/21/02 | RCS | Correspondence from Mike Williams regarding objection to certain Honeywell trial exhibits because "prepared in anticipation of litigation"; correspondence to M. Williams regarding same | .30 | 60.00 |
| 12/21/02 | RCS | Review Honeywell trial exhibits and prepare objections against admitting same into evidence | 4.00 | 800.00 |
| 12/23/02 | JMA | Phone - C. Marraro re: trial strategy; receipt and review e-mail from S. German; receipt and review e-mail from M. Schiappa | .60 | 195.00 |
| 12/23/02 | MEF | Telephone call with C. Hopkins regarding Honeywell trial exhibits and demonstrative evidence; telephone call with C. Marraro regarding demonstrative evidence | .40 | 86.00 |
| 12/23/02 | MEF | Telephone call with C. Marraro regarding trial subpoenas and acceptance of service of subpoenas | .30 | 64.50 |
| 12/23/02 | MEF | Telephone call with M. Caffrey regarding acceptance of trial subpoenas; telephone call with C. Marraro regarding same | .30 | 64.50 |
| 12/23/02 | RCS | Review of Honeywell trial exhibits and prepare analysis to object to admitting same into evidence | 3.00 | 600.00 |
| 12/23/02 | RCS | Continue preparation of memorandum of law regarding Business Record exception to hearsay rule | 1.00 | 200.00 |
| 12/23/02 | KV | Compile trial exhibits | 2.00 | 150.00 |

| | | | | |
|---|---|---|---|---|
| 12/24/02 | RCS | Receipt and review of Honeywell trial exhibit list, 847-1624, prepared by Wallace King; response to M. Williams regarding preparing responses to same | .40 | 80.00 |
| 12/24/02 | RCS | Continue preparation of memorandum of law regarding statement against interest; exception to hearsay rule | 1.00 | 200.00 |
| 12/24/02 | RCS | Continued preparation of memorandum of law regarding public records and reports exception to hearsay rule | 1.00 | 200.00 |
| 12/24/02 | RCS | Continued preparation of memorandum of law regarding admission by party opponent, exception to hearsay rule | 1.00 | 200.00 |
| 12/26/02 | JMA | Phone - C. Marraro re: trial exhibits; conference with R. Scrivo re: trial exhibits | .70 | 227.50 |
| 12/26/02 | JMA | Receipt and review letter from K. Millian to Judge Cavanaugh re: Honeywell and Roned Consent Orders | .30 | 97.50 |
| 12/26/02 | JMA | Receipt and review letter from A. Doumas to F. Brennan with trial subpoena | .20 | 65.00 |
| 12/26/02 | MEF | Review Pierson outline | .60 | 129.00 |
| 12/26/02 | MEF | Begin preparation of trial subpoenas | .30 | 64.50 |
| 12/26/02 | MEF | Review fax from K. Millian regarding plaintiffs' objections to Honeywell/Roned Consent orders | .20 | 43.00 |
| 12/26/02 | MEF | Telephone call with B. Banks regarding addresses for trial subpoenas | .20 | 43.00 |
| 12/26/02 | MEF | Prepare Wong trial subpoena | .50 | 107.50 |
| 12/26/02 | RCS | Continue review Honeywell trial exhibits and prepare analysis for objection to admitting same into evidence | 2.50 | 500.00 |
| 12/26/02 | RCS | Telephone call from M. Williams, Esq. regarding Ancient Document exception to hearsay rule | .20 | 40.00 |

| | | | | |
|---|---|---|---|---|
| 12/26/02 | RCS | Receipt and review of status of trial exhibit project prepared by M. Williams for JMA and C. Marraro; revise and edit same | 1.00 | 200.00 |
| 12/26/02 | RCS | Telephone call with M. Williams regarding objecting to certain trial exhibits submitted by Honeywell | .50 | 100.00 |
| 12/26/02 | RCS | Additional research on Ancient Document exception to hearsay rule within Third Circuit | 1.00 | 200.00 |
| 12/26/02 | RCS | Continued preparation of memorandum of law regarding documents affecting interest in property as exception to Hearsay Rule | .40 | 80.00 |
| 12/26/02 | RCS | Telephone conference with M. Williams regarding joint legal memoranda on hearsay exceptions | .80 | 160.00 |
| 12/26/02 | RCS | Research and preparation of legal memorandum regarding residual exception to hearsay rule | 2.70 | 540.00 |
| 12/26/02 | KV | Compile trial exhibits | 5.90 | 442.50 |
| 12/27/02 | JMA | Receipt and review letter from M. Schiappa to K. Millian re: photocopy costs; receipt and review letter from F. Boenning enclosing analytical test results; receipt and review letter from D. Field re: in limine order; receipt and review letter from S. German re: site photos; receipt and review letter from C. Marraro to M. Caffrey re: Grace employees as Honeywell witnesses | .90 | 292.50 |
| 12/27/02 | JMA | Review memos re: admissibility of trial exhibits; phone conference with C. Marraro, M. Williams, RCS re: trial exhibits | 3.00 | 975.00 |
| 12/27/02 | JMA | Review and execute trial subpoenas; phone - C. Marraro re: trial subpoenas | .70 | 227.50 |
| 12/27/02 | MEF | Review email from B. Banks regarding addresses for Honeywell vendors; review list of vendors | .30 | 64.50 |
| 12/27/02 | MEF | Trial preparation - conference call with JMA and C. Marraro regarding damage documents and trial subpoenas | 1.00 | 215.00 |

W.R. GRACE & COMPANY January 17, 2003
Client No. 734680 Page 11
INVOICE NO. 18338

| | | |
|---|---|---|
| 12/27/02 MEF Revise Wong trial subpoena | .30 | 64.50 |

C:\Documents and Settings\pec\Local Settings\Temporary Internet Files\OLK18\3L0Z01!.doc

| | | | | |
|---|---|---|---|---|
| 12/27/02 | MEF | Prepare Walerko trial subpoena; prepare letters to Wong and Walerko regarding trial subpoenas | .40 | 86.00 |
| 12/27/02 | MEF | Prepare letters to Guaranteed Subpoena regarding same | .20 | 43.00 |
| 12/27/02 | MEF | Prepare letter to K. Millian and D. Field regarding proposed order regarding motions in limine and other matters | .40 | 86.00 |
| 12/27/02 | MEF | Revise proposed order regarding motions in limine and other matters (review FRE 615 and comments) | .40 | 86.00 |
| 12/27/02 | MEF | Telephone call with M. Caffrey regarding trial subpoenas and demonstrative exhibits; telephone call with C. Marraro regarding same | .50 | 107.50 |
| 12/27/02 | MEF | Prepare trial subpoenas (21) to Honeywell consultants | 1.70 | 365.50 |
| 12/27/02 | RCS | Preparation of memorandum of law regarding statement against interest exception to hearsay rule; revise and edit same | .40 | 80.00 |
| 12/27/02 | RCS | Preparation of memorandum of law regarding Public Records and Reports exception to hearsay rule; revise and edit same | 1.00 | 200.00 |
| 12/27/02 | RCS | Continue review of Honeywell trial exhibits and prepare analysis regarding admission/objection into evidence | 2.50 | 500.00 |
| 12/27/02 | RCS | Telephone conference with JMA, C. Marraro and M. Williams regarding evidentiary issues in objecting to Honeywell's trial exhibits, admitting Grace exhibits and more particular analysis of certain Honeywell exhibits | 2.70 | 540.00 |
| 12/27/02 | RCS | Correspondence to M. Williams regarding dividing up remainder of Honeywell exhibits for evidentiary analysis | .20 | 40.00 |
| 12/27/02 | RCS | Review certain Honeywell trial exhibits as selected by JMA and C. Marraro in effort to oppose admission into evidence (partial) | .80 | 160.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/27/02 | RCS | Telephone call from Mike Williams re charts of admissible evidence/objections for Honeywell trial exhibits | .20 | 40.00 |
| 12/27/02 | RCS | Preparation of memorandum of law re documents affecting interest in property exception to hearsay rule; revise and edit same | .40 | 80.00 |
| 12/27/02 | KV | Compile trial documents | 6.90 | 517.50 |
| 12/28/02 | JMA | Conference call with C. Marraro, M. William, R. Scrivo re: evidence issues; conference call with Honeywell's attorneys, C. Marraro; trial preparation | 5.50 | 1787.50 |
| 12/28/02 | RCS | Revise and edit memorandum of law re documents affecting interest in property exception to hearsay rule | .20 | 40.00 |
| 12/28/02 | RCS | Research and preparation of memorandum of law re admission by party opponent as exception to hearsay rule | 3.00 | 600.00 |
| 12/28/02 | RCS | Preparation of memorandum of law re business record exception to hearsay rule; revise and edit same | 1.30 | 260.00 |
| 12/28/02 | RCS | Telephone call with JMA and C. Marraro regarding issues concerning business records; ancient document and admission by party opponent exceptions to hearsay rule and review of Honeywell trial exhibits for selected documents | .50 | 100.00 |
| 12/28/02 | RCS | Correspondence to Mike Williams re review of Honeywell exhibits 1-846 for selected documents pursuant to instructions by JMA and CM | .20 | 40.00 |
| 12/28/02 | RCS | Preparation of memorandum of law re public records exception to hearsay rule | .50 | 100.00 |
| 12/28/02 | RCS | Review Honeywell trial exhibits selected by C. Marraro and JMA "knowledge documents" to provide more detailed grounds for objection of same into evidence | 1.50 | 300.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/29/02 | JMA | Receipt and review letter from F. Boenning re: supplemental document production; receipt and review letter from S. German with plaintiffs' expert reports; receipt and review letter from M. Caffrey re: acceptance of trial subpoenas | .50 | 162.50 |
| 12/29/02 | JMA | Trial preparation - review of McGuire supplemental report, review NJDEP 9/18/98 soil cleanup criteria for trivalent and hexavalent chromium, review additional expert demonstrative exhibits, Honeywell exhibit list, review Anderson demonstrative exhibits, review witness deposition transcripts | 4.50 | 1462.50 |
| 12/30/02 | JMA | Trial Exhibits - Receipt and review letter from M. Caffrey re: additional Honeywell exhibits; receipt and review letter from M. Caffrey re: Honeywell photographs; phone - Judge Cavanaugh's chambers; conference call with D. Field, K. Millian, C. Marraro, Judge Cavanaugh's chambers | 2.00 | 650.00 |
| 12/30/02 | JMA | Review Anderson Expert Report and exhibits; meeting with C. Marraro, B. Anderson re: trial preparation | 7.00 | 2275.00 |
| 12/30/02 | JMA | Meeting with C. Marraro re: trial strategy | 2.50 | 812.50 |
| 12/30/02 | JMA | Miscellaneous conferences with MEF and RCS re: trial exhibits | 1.00 | 325.00 |
| 12/30/02 | MEF | Trial prep - 35 trial subpoenas; 35 letters to third party witnesses; review trial exhibit list and aerial photos for subpoenas | 6.00 | 1290.00 |
| 12/30/02 | RCS | Preparation of memorandum of law re Business Record Exception to Hearsay Rule; revise and edit same | .70 | 140.00 |
| 12/30/02 | RCS | Preparation of memorandum of law re admission by party opponent as non-hearsay; revise and edit same | .50 | 100.00 |
| 12/30/02 | RCS | Preparation of memorandum of law re public records exception to hearsay rule; revise and edit same | .60 | 120.00 |

| | | | | |
|---|---|---|---|---|
| 12/30/02 | RCS | Preparation of memorandum of law re statement against interest exception to hearsay rule; revise and edit same | .30 | 60.00 |
| 12/30/02 | RCS | Revise and edit basis for admission into evidence of Grace trial exhibits | 4.00 | 800.00 |
| 12/30/02 | RCS | Telephone call from Mike Williams re selected exhibits relied upon by Grace experts | .20 | 40.00 |
| 12/30/02 | RCS | Review and coordinate ICO and Honeywell exhibits relied upon by experts in support of their testimony per JMA | 1.00 | 200.00 |
| 12/30/02 | RCS | Correspondence to Caffrey re proposed amendment to Grace trial exhibit list | .20 | 40.00 |
| 12/30/02 | RCS | Review Honeywell trial exhibits to compile list of photographs as exhibits and for objection to certain undated ones | .30 | 60.00 |
| 12/30/02 | RCS | Telephone call to Mike Williams re objecting to undated photographs submitted by Honeywell | .20 | 40.00 |
| 12/30/02 | KV | Compile trial exhibits | 7.10 | 532.50 |
| 12/31/02 | JMA | Conference with C. Marraro re: trial preparation | 4.00 | 1300.00 |
| 12/31/02 | MEF | Letter to Judge Cavanaugh forwarding order regarding motions in limine | .30 | 64.50 |
| 12/31/02 | MEF | Trial preparation - ICO trial exhibits | .50 | 107.50 |
| 12/31/02 | MEF | Telephone call with C. Marraro regarding Grace errata list | .20 | 43.00 |
| 12/31/02 | RCS | Research re authentication requirements and objecting to Honeywell trial exhibit photographs which are not dated | 2.50 | 500.00 |
| 12/31/02 | RCS | Review Honeywell trial exhibit photographs to determine dates taken | .60 | 120.00 |
| 12/31/02 | RCS | Telephone call to Mike Williams re Honeywell trial exhibits 812 to 846 and authenticity of undated Honeywell trial exhibit photographs | .20 | 40.00 |

| | | | | |
|---|---|---|---|---|
| 12/31/02 | RCS | Receipt and review of exhibits relied upon by experts but not contained in Grace trial exhibit list from Natasha Byrum | .20 | 40.00 |
| 12/31/02 | RCS | Correspondence to all counsel amending Grace trial exhibit list | .20 | 40.00 |
| 12/31/02 | RCS | Review Grace trial exhibits in conjunction with completing chart re admissibility in evidence (partial) | 1.00 | 200.00 |

FEE APPLICATIONS, APPLICANT

| | | | | |
|---|---|---|---|---|
| 12/11/02 | MEF | Fee application - telephone calls (2) with P. Gailbraith regarding 5th quarterly fee application and 6th quarterly fee application | .30 | 64.50 |
| 12/11/02 | MEF | Review 6th quarterly fee application regarding total amounts requested | .30 | 64.50 |
| 12/12/02 | MEF | Review email from P. Galbraith regarding amended order on 5th quarterly; review amended order; review certification in support of amended order; review email from P. Galbraith regarding L. Ferdinand email in 5th quarterly fees for CBBG | .40 | 86.00 |
| 12/12/02 | MEF | Continue review of November fee detail | .50 | 107.50 |
| 12/17/02 | MEF | Preparation of 9th monthly fee application - November | 2.00 | 430.00 |
| 12/19/02 | MEF | Revise and finalize 9th monthly fee application | 1.00 | 215.00 |
| 12/23/02 | MEF | Telephone call with W. Smith regarding February time | .20 | 43.00 |
| 12/23/02 | MEF | Review application for retention as special litigation counsel and order; review February 2002 fee detail | .80 | 172.00 |
| 12/27/02 | MEF | Review status of fee payments; revise chart regarding same | .30 | 64.50 |

Total Fees: 70,285.50