# EXHIBIT B

```
W.R. GRACE & COMPANY                              January 17, 2003
Client No.            734680                       Page    17
INVOICE NO.           18338
```

Disbursements

Travel Expense

```
12/04/02 Travel Expense JMA  9/4 - Parking ($25), 9/25 -    65.00
         Taxi ($15), 9/26 - Taxi ($15), 10/16 - Parking
         ($10)

                                      SUBTOTAL:    65.00
```

Meals

```
12/11/02 Meals JMA 12/11 M&M #985953                        20.49
12/16/02 Meals JMA LIV. DELI 12/13 #378051                  47.97

                                      SUBTOTAL:    68.46
```

Photocopies - Outside

```
12/23/02 Photocopies - Outside DOC EXP 12/16              2404.08
12/26/02 Photocopies - Outside MEF (KINKOS) 12/12          353.32
12/27/02 Photocopies - Outside AMERICAN LEGAL (R-5819)    4251.91
         12/20
12/31/02 Photocopies - Outside  AMERICAN LEGAL COPYING &    96.67
         DUPLICATING SERVICES, INC.  12/11/02

                                      SUBTOTAL:   7105.98
```

Costs Advanced

```
12/31/02 Costs Advanced MY LIMOUSINE 12/17#126017           63.10

                                      SUBTOTAL:    63.10
```

```
12/31/02 Messenger                                 300.21
12/31/02 Photocopies                               271.50
12/31/02 Faxes                                     119.00
12/31/02 Telephone                                 175.86
12/31/02 Computer Searches                          36.92
12/31/02 Federal Express                           191.99
                                                ------------
Total Costs                                        8,398.02
                                                ------------
Total Due this Matter                             78,683.52
==============
```

```
W.R. GRACE & COMPANY                              January 17, 2003
Client No.             734680                      Page      18
INVOICE NO.            18338
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*     RATE    HOURS              FEES
J M AGNELLO                        325.00   100.60         32695.00
M E FLAX                           215.00    51.20         11008.00
G G TROUBLEFIELD                   220.00     1.00           220.00
RC SCRIVO                          200.00   123.60         24720.00
K VENGROW                           75.00    21.90          1642.50
                          TOTALS            298.30         70285.50
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                  )
                                        )    Chapter 11
                                        )
W. R. GRACE & CO. et al.[1]             )    Case No. 01-01139 (JKF)
                                        )    (Jointly Administered)
        Debtors.                        )

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 17th day of January, 2003

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06