IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 26, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR PITNEY HARDIN KIPP & SZUCH LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD
### DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 12/02/02 | Worked with E. Greenfield to obtained orders regarding 1st, 2nd, 3rd and 5th Interim Periods and forwarded same to A. Marchetta and S. Zuber. | | |
| 11 | K. Jasket | 0.3 | 46.50 |
| 12/03/02 | Drafted Fee Application for October 2002. | | |
| 11 | K. Jasket | 1.8 | 279.00 |
| 12/04/02 | Drafted October fee application. | | |
| 11 | K. Jasket | 5.2 | 806.00 |
| 12/04/02 | Receipt and review of Order regarding hearing dates on the quarterly fee applications and forwarded same to A. Marchetta and S. Zuber. | | |
| 11 | K. Jasket | 0.2 | 31.00 |
| 12/06/02 | Revised October 2002 fee application and forwarded to A. Marchetta for signature. | | |
| 11 | K. Jasket | 0.5 | 77.50 |
| 12/09/02 | Follow up regarding questions on billings. | | |
| 04 | A. Marchetta | 0.7 | 287.00 |
| 12/09/02 | Work with R. Rosen regarding fees approved for the 3rd Quarter. | | |
| 11 | K. Jasket | 0.5 | 77.50 |
| 12/09/02 | Attention to sending October 2002 fee application to S. McFarland for filing and service, with copies to A. Marchetta and S. Zuber. | | |
| 11 | K. Jasket | 0.3 | 46.50 |
| 12/10/02 | Follow up regarding billing information for client, with attention to amounts due for 2002 bills . | | |
| 04 | A. Marchetta | 0.4 | 164.00 |
| 12/10/02 | Reviewed prior quarterly fee applications for 1-5th Quarters and client ledger sheets to draft spreadsheet reflecting compensation (fees and expenses) that Pitney, Hardin applied for by way of fee applications and amount of compensation actually paid by W.R. Grace by matter. | | |
| 11 | K. Jasket | 5.5 | 852.50 |

| 12/11/02 | Revised spreadsheet with Invoice Payment report. | | |
| 11 | K. Jasket | 1.5 | 232.5 |

| 12/11/02 | Conferred with A. Marchetta regarding revised spreadsheet with Invoice Payment report. | | |
| 11 | K. Jasket | 0.2 | 31.00 |

| 12/11/02 | Reviewed WR Grace invoices to modify spreadsheet regarding payments through the 5th Quarter. | | |
| 11 | K. Jasket | 1.8 | 279.00 |

| 12/12/02 | Work on fee information for client. | | |
| 04 | A. Marchetta | 0.5 | 205.00 |

| 12/12/02 | Reviewed file and modified spreadsheet to draft response to email from W. Sparks. | | |
| 11 | K. Jasket | 1.8 | 279.00 |

| 12/12/02 | Work with A. Marchetta and R. Rosen to draft response to email from W. Sparks. | | |
| 11 | K. Jasket | 0.5 | 77.50 |

| 12/12/02 | Receipt and review of CNOs for August and September 2002 and forward same to A. Marchetta and S. Zuber. | | |
| 11 | K. Jasket | 0.2 | 31.00 |

| 12/13/02 | Work on billing information requested. | | |
| 04 | A. Marchetta | 1.3 | 533.00 |

| 12/13/02 | Work with S. Zuber, A. Marchetta and R. Rosen to finalize spreadsheet regarding Grace payments by reviewing all invoices and payments. | | |
| 11 | K. Jasket | 3.8 | 589.00 |

| 12/16/02 | Telephone calls and follow up regarding request of client for information regarding billing and amounts due for 2002. | | |
| 04 | A. Marchetta | 0.9 | 369.00 |

| 12/16/02 | Telephone conference with A. Marchetta, S. Zuber and W. Sparks regarding outstanding amounts and Order for the 3rd Quarter. | | |
| 11 | K. Jasket | 0.3 | 46.50 |

| 12/16/02 | Reviewed and updated docket. | | |
| 11 | K. Jasket | 0.5 | 77.50 |

| 12/16/02 | Updated spreadsheet of amounts outstanding with invoices from July - | | |

|          | October.                                                                      |     |        |
|----------|-------------------------------------------------------------------------------|-----|--------|
| 11       | K. Jasket                                                                     | 0.9 | 139.50 |
| 12/17/02 | Drafted November 2002 fee application.                                        |     |        |
| 11       | K. Jasket                                                                     | 0.9 | 139.50 |
| 12/17/02 | Drafted Certification of Counsel and Proposed Form of Order for contingency matter. |     |        |
| 11       | K. Jasket                                                                     | 1.0 | 155.00 |
| 12/17/02 | Revised Certification and Order and forwarded both to S. McFarland for review. |     |        |
| 11       | K. Jasket                                                                     | 1.3 | 201.50 |
| 12/19/02 | Telephone conference with P. Galbraith regarding contingency matter.          |     |        |
| 11       | K. Jasket                                                                     | 0.2 | 31.00  |
| 12/20/02 | Drafted November 2002 fee application.                                        |     |        |
| 11       | K. Jasket                                                                     | 2.7 | 418.50 |
| 12/24/02 | Work on order regarding payments and billing for 2002.                        |     |        |
| 04       | A. Marchetta                                                                  | 0.5 | 205.00 |
| 12/26/02 | Drafted November 2002 fee application.                                        |     |        |
| 11       | K. Jasket                                                                     | 1.8 | 279.00 |
| 12/27/02 | Receipt and review of message from P. Galbraith regarding contingency fee matter and conferred with A. Marchetta regarding same. |     |        |
| 11       | K. Jasket                                                                     | 0.3 | 46.50  |
| 12/27/02 | Telephone conference with P. Galbraith regarding contingency fee matter and sent memos to S. Zuber and A. Marchetta regarding same. |     |        |
| 11       | K. Jasket                                                                     | 0.3 | 46.50  |

Attorney Summary

| Timekeeper   | Hours  | Rate   | Dollars  |
|--------------|--------|--------|----------|
| A. Marchetta | 4.30   | 410.00 | 1,763.00 |
| K. Jasket    | 34.30  | 155.00 | 5,316.50 |
|              |        |        |          |
| TOTALS       | 38.60  |        | 7,079.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 04 | 4.3 | 410.00 | 1,763.00 |
| K. Jasket | 11 | 34.3 | 155.00 | 5,316.50 |
| | TOTAL | 38.6 | | 7,079.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| 11/08/02 | Telephone conversation with M. Keen of ExxonMobil regarding escrow agreement. | | |
| 04 | S. Zuber | 0.3 | 88.50 |

| 12/05/02 | Correspondence to M. Keene, ExxonMobil's counsel, regarding Modified Third Amended Plan of Reorganization and obtaining ExxonMobil's signature on Escrow Agreement. | | |
| 04 | S. Zuber | 0.3 | 88.50 |

| 12/05/02 | Telephone conversation with I. Greene, Intercat's bankruptcy counsel, regarding Modified Third Amended Plan of Reorganization and Escrow Agreement. | | |
| 04 | S. Zuber | 0.3 | 88.50 |

| 12/05/02 | Correspondence from Intercat's counsel regarding Modified Third Amended Plan of Reorganization. | | |
| 04 | S. Zuber | 0.2 | 59.00 |

| 12/05/02 | (Second) Correspondence to M. Keen regarding Intercat's Modified Third Amended Plan of Reorganization and Escrow Agreement. | | |
| 04 | S. Zuber | 0.3 | 88.50 |

| 12/05/02 | Review file regarding Modified Third Amended Plan of Reorganization, in order to obtain ExxonMobil's signature on Escrow Agreement. | | |
| 04 | S. Zuber | 0.5 | 147.50 |

| 12/11/02 | Correspondence to and from M. Keen of ExxonMobil regarding Escrow Agreement. | | |
| 04 | S. Zuber | 0.3 | 88.50 |

| 12/19/02 | Review bankruptcy docket, and discuss status with A. Marchetta. | | |

| 04 | S. Zuber | | | 0.2 | 59.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars | |
|---|---|---|---|---|
| S. Zuber | 2.40 | 295.00 | | 708.00 |
| TOTALS | 2.40 | | | 708.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 04 | 2.4 | 295.00 | 708.00 |
| TOTAL | | 2.4 | | 708.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 092159 Lampetr Joint Venture/WRG

| 12/01/02 | E-mail to P. Sharfstein regarding revisions to audit letter. | | |
| 15 | J. Scordo | 0.1 | 27.00 |

| 12/02/02 | E-mails with P. Sharfstein regarding settlement agreement. | | |
| 15 | J. Scordo | 0.2 | 54.00 |

| 12/03/02 | E-mails with C. Lane regarding motion and settlement. | | |
| 15 | J. Scordo | 0.1 | 27.00 |

| 12/04/02 | E-mail to C. Lane regarding settlement. | | |
| 15 | J. Scordo | 0.1 | 27.00 |

| 12/06/02 | E-mails with P. Sharfstein on request to escrow $1,300. | | |
| 15 | J. Scordo | 0.2 | 54.00 |

| 12/06/02 | Review three proposed settlement documents. | | |
| 15 | J. Scordo | 0.3 | 81.00 |

| 12/06/02 | Telephone call with C. Lane regarding possible escrow of excess rent. | | |

| | | | |
|---|---|---|---|
| 15 | J. Scordo | 0.2 | 54.00 |
| 12/06/02 | E-mails to P. Sharfstein declining request to escrow excess rent. | | |
| 15 | J. Scordo | 0.2 | 54.00 |
| 12/10/02 | Review e-mail from P. Sharfstein regarding executed adjustment letter. | | |
| 15 | J. Scordo | 0.1 | 27.00 |
| 12/10/02 | Review e-mail from C. Lane regarding draft motion. | | |
| 15 | J. Scordo | 0.1 | 27.00 |
| 12/11/02 | E-mails with A. Nagy and L. Heller regarding proposed letter to W.R. Grace on settlement. | | |
| 15 | J. Scordo | 0.2 | 54.00 |
| 12/12/02 | E-mails with A. Nagy and L. Heller regarding W.R. Grace letter on settlement and motion. | | |
| 15 | J. Scordo | 0.1 | 27.00 |
| 12/12/02 | E-mails with C. Lane regarding motion. | | |
| 15 | J. Scordo | 0.1 | 27.00 |
| 12/19/02 | E-mails with C. Lane regarding possible motion and settlement documents. | | |
| 15 | J. Scordo | 0.2 | 54.00 |
| 12/19/02 | Numerous e-mails with P. Sharfstein regarding settlement documents. | | |
| 15 | J. Scordo | 0.3 | 81.00 |
| 12/20/02 | Review e-mail from C. Lane regarding settlement documents. | | |
| 15 | J. Scordo | 0.1 | 27.00 |
| 12/26/02 | Review file and create a list of outstanding items. | | |
| 15 | J. Scordo | 0.1 | 27.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| J. Scordo | 2.70 | 270.00 | 729.00 |
| TOTALS | 2.70 | | 729.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Scordo | 15 | 2.7 | 270.00 | 729.00 |
| TOTAL | | 2.7 | | 729.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 12/02/02 | Address Spill Act costs issues and interim order. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.3 | 72.00 |

| 12/03/02 | Conference call with Weja counsel concerning proposed form of interim order. | | |
|---|---|---|---|
| 15 | R. Rose | 0.5 | 175.00 |

| 12/03/02 | Address case issues for Grace with outside counsel on site litigation status and respond to request for information. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.4 | 96.00 |

| 12/03/02 | Address experts request for copy of Court opinion. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.1 | 24.00 |

| 12/03/02 | Review comparison of opinion transcript - different versions. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.3 | 72.00 |

| 12/03/02 | Call with F. Biehl on comments to interim order and judge's opinion. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.4 | 96.00 |

| 12/03/02 | Address overall case strategy. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.3 | 72.00 |

| 12/03/02 | Call with A. Nagy on case issues. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.2 | 48.00 |

| 12/03/02 | Discuss strategy for motion for reconsideration and potential appeal; attorneys fees and costs and pre-trial interest issues; address overall case strategy | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.4 | 96.00 |

| 12/03/02 | Attend to interim order. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.2 | 48.00 |
| 12/03/02 | Prepare letter to F. Biehl on cost issues and proposed changes to interim order. | | |
| 04 | W. Hatfield | 0.4 | 96.00 |
| 12/03/02 | Revise draft interim order pursuant to negotiations with F. Biehl, Esq. | | |
| 04 | W. Hatfield | 0.1 | 24.00 |
| 12/03/02 | Review strategy on attorneys fees and costs and pre-trial interest issues. | | |
| 04 | W. Hatfield | 0.2 | 48.00 |
| 12/04/02 | Review and follow up regarding attorneys fees/interest demands. | | |
| 04 | A. Marchetta | 0.3 | 123.00 |
| 12/04/02 | Address case cost issues. | | |
| 04 | W. Hatfield | 0.2 | 48.00 |
| 12/04/02 | Prepare letter to experts on court opinion transcript. | | |
| 04 | W. Hatfield | 0.3 | 72.00 |
| 12/09/02 | Follow up with W. Hatfield regarding issues on case. | | |
| 04 | A. Marchetta | 0.3 | 123.00 |
| 12/09/02 | Address damages and costs issues in case. | | |
| 04 | W. Hatfield | 0.4 | 96.00 |
| 12/09/02 | Meeting with A. Marchetta on case strategy and motion for reconsideration or appeal. | | |
| 04 | W. Hatfield | 0.2 | 48.00 |
| 12/09/02 | Prepare pre-judgement interest spreadsheets for W. Hatfield. | | |
| 24 | S. Purrington | 0.4 | 40.00 |
| 12/10/02 | Call to F. Biehl on interim order status. | | |
| 04 | W. Hatfield | 0.1 | 24.00 |
| 12/10/02 | Attend to strategy issues on motion for reconsideration; outline of same. | | |
| 04 | W. Hatfield | 0.5 | 120.00 |
| 12/12/02 | Attend to order issues. | | |
| 04 | W. Hatfield | 0.2 | 48.00 |
| 12/13/02 | Call with F. Biehl on defendants insurance adjuster comments and status of interim order. | | |
| 04 | W. Hatfield | 0.2 | 48.00 |

| 12/19/02 | Call with F. Biehl and R. Rose on additional comments to interim order - litigation costs pre-trial still outstanding with carriers. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.4 | 96.00 |

| 12/19/02 | Address interim order and memo to A, Marchetta on Weja carrier status on same. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.3 | 72.00 |

| 12/20/02 | Follow up regarding agreed upon expenses. | | |
|---|---|---|---|
| 04 | A. Marchetta | 0.3 | 123.00 |

| 12/23/02 | Review file for reacted version of Pitney bills trial exhibit P-89 as requested by W. Hatfield. | | |
|---|---|---|---|
| 24 | S. Purrington | 0.6 | 60.00 |

| 12/24/02 | Follow up regarding attorneys fees on order. | | |
|---|---|---|---|
| 04 | A. Marchetta | 0.3 | 123.00 |

| 12/24/02 | Attend to cost issues on post-trial matters. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.3 | 72.00 |

| 12/30/02 | Conference with W. Hatfield regarding attorneys fees dispute. | | |
|---|---|---|---|
| 04 | A. Marchetta | 0.4 | 164.00 |

| 12/30/02 | Review fax and chart on costs from Weja counsel. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.4 | 96.00 |

| 12/30/02 | Conference call with W. Crowther, Esq. counsel for Weja on carrier's position on pre-trial costs and discuss/negotiate same. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.5 | 120.00 |

| 12/30/02 | Memo to R. Rose and A. Marchetta on case issues and carrier position on pre-trial litigation costs - regarding interim order with Weja. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.5 | 120.00 |

| 12/30/02 | Address case issues with A. Marchetta on strategy. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.2 | 48.00 |

## Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.60 | 410.00 | 656.00 |
| R. Rose | 0.50 | 350.00 | 175.00 |
| W. Hatfield | 8.00 | 240.00 | 1,920.00 |

| S. Purrington | 1.00 | 100.00 | 100.00 |
|---|---|---|---|
| TOTALS | 11.10 | | 2,851.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 0.5 | 350.00 | 175.00 |
| A. Marchetta | 04 | 1.6 | 410.00 | 656.00 |
| W. Hatfield | 04 | 8.0 | 240.00 | 1,920.00 |
| S. Purrington | 24 | 1.0 | 100.00 | 100.00 |
| TOTAL | | 11.1 | | 2,851.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 11/27/02 | Finalizing brief per comments of A. Marchetta. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 28.00 |

| 11/29/02 | Working with A. Marchetta and finalizing revised appellate brief for forwarding to printer. | | |
|---|---|---|---|
| 15 | M. Waller | 2.1 | 588.00 |

| 11/29/02 | Work with B. Moffitt regarding finalizing brief and forwarding to printer. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 28.00 |

| 11/29/02 | Telephone conferences with printer regarding finalizing, binding and serving revised Reply Brief, and forwarding scanned signature pages by e-mail. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 112.00 |

| 11/29/02 | Reviewing affidavit in support of motion for Court to file revised Appellate Brief and draft additions and revisions to same with B. Moffitt. | | |
|---|---|---|---|
| 15 | M. Waller | 0.7 | 196.00 |

| 11/29/02 | Attending to execution of brief and scanning of original signature pages and sending to printer. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 84.00 |

11/29/02 Drafting letter to printer forwarding original signature pages and affidavits, and copies of motion papers.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 56.00 |

11/29/02 Reviewing prior brief to identify pages of brief redacted pursuant to protective orders, working with B. Moffitt to identify pages of Reply Brief to be redacted, and review memo from B. Moffitt forwarding information to prepare redacted brief.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.8 | 224.00 |

11/29/02 Review brief and follow up with M. Waller regarding printing and service.

| | | | |
|---|---|---|---|
| 04 | A. Marchetta | 0.7 | 287.00 |

11/29/02 Continued preparation of revised Reply Brief and motion; filing same and working with M. Waller regarding same.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 3.4 | 833.00 |

12/02/02 Work with B. Moffitt regarding filing letters and service of revised reply brief.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 56.00 |

12/02/02 Work with M. Waller regarding cover letter filing revised Reply Brief and motion to file same in accordance with Court's prior Orders.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.2 | 49.00 |

12/02/02 Review voicemail from appellate printer confirming Court's receipt of revised Reply Brief and motion to file same in accordance with Court's prior Orders.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.1 | 24.50 |

12/03/02 Follow up regarding briefing.

| | | | |
|---|---|---|---|
| 04 | A. Marchetta | 0.4 | 164.00 |

12/04/02 Draft memo to A. Marchetta regarding status of briefing and forwarding copies of same to client.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 28.00 |

12/05/02 Review and forward revised brief.

| | | | |
|---|---|---|---|
| 04 | A. Marchetta | 0.3 | 123.00 |

12/06/02 Conference with B. Moffitt and D. Buerrosse regarding finalizing materials for preparation for oral argument of appeal.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 56.00 |

| 12/06/02 | Met with M. Waller and B. Moffitt regarding preparation of Joint Appendix binders in preparation for oral argument. | | |
| 15 | D. Buerrosse | 0.3 | 46.50 |

| 12/06/02 | Spoke to D. Florence regarding copying Joint Appendix references in brief for binders regarding same. | | |
| 15 | D. Buerrosse | 0.1 | 15.50 |

| 12/06/02 | Work with M. Waller and D. Buerrosse regarding assembling critical documents for oral argument. | | |
| 15 | B. Moffitt | 0.2 | 49.00 |

| 12/06/02 | Review appellate briefing and preparing materials to assist in preparation for oral argument for D. Buerrosse. | | |
| 04 | D. Florence | 3.2 | 288.00 |

| 12/09/02 | Review D. Buerrosse e-mail regarding preparation of binders for use at oral argument before Second Circuit Court of Appeals and confer with her regarding same. | | |
| 15 | B. Moffitt | 0.2 | 49.00 |

| 12/09/02 | Prepare format of binders for use at oral argument before Second Circuit Court of Appeals. | | |
| 15 | B. Moffitt | 0.1 | 24.50 |

| 12/09/02 | Confer with D. Buerrosse and D. Florence regarding continued preparation of binders for use at oral argument before Second Circuit Court of Appeals. | | |
| 15 | B. Moffitt | 0.1 | 24.50 |

| 12/09/02 | Assemble a set of excerpts from the Joint Appendix referenced in the parties briefing in preparation for oral argument. | | |
| 04 | D. Florence | 4.0 | 360.00 |

| 12/10/02 | Assemble a set of excerpts from the Joint Appendix in preparing materials for oral argument. | | |
| 04 | D. Florence | 2.8 | 252.00 |

| 12/13/02 | Update the case file and pleading board. | | |
| 04 | D. Florence | 0.8 | 72.00 |

| 12/18/02 | Conference with A. Marchetta regarding appeal. | | |
| 15 | M. Waller | 0.3 | 84.00 |

| 12/18/02 | Conference with M. Waller regarding appeal. | | |
| 04 | A. Marchetta | 0.3 | 123.00 |

| 12/20/02<br>04 | Telephone calls and follow up regarding notice of oral argument.<br>A. Marchetta | 0.4 | 164.00 |
|---|---|---|---|
| 12/20/02<br>04 | Work with attorneys regarding preparation issues for oral argument.<br>A. Marchetta | 0.4 | 164.00 |
| 12/20/02<br>04 | Worked with A. Marchetta in preparation for upcoming oral argument.<br>S. Parker | 0.5 | 45.00 |
| 12/20/02<br><br><br>04 | Conducted searches in the U.S. Court of Appeals website regarding identification and retrieval of rules applicable to postponement of oral argument.<br>S. Parker | 0.4 | 36.00 |
| 12/21/02<br>15 | Confer with M. Waller regarding contacting Second Circuit regarding motion to file revised Reply Brief.<br>B. Moffitt | 0.1 | 24.50 |
| 12/23/02<br>04 | Work on motion regarding hearing date and revise affidavit in support of motion.<br>A. Marchetta | 1.0 | 410.00 |
| 12/23/02<br>15 | Follow up with B. Moffitt regarding calls to Second Circuit regarding adjournment of argument date.<br>M. Waller | 0.1 | 28.00 |
| 12/23/02<br>15 | Confer with B. Moffitt regarding results of calls to Second Circuit indicating motion required to seek adjournment of oral argument date.<br>M. Waller | 0.2 | 56.00 |
| 12/23/02<br>15 | Work with M. Waller regarding motion to adjourn hearing date.<br>B. Moffitt | 0.4 | 98.00 |
| 12/23/02<br>15 | Work with S. Parker regarding assembling documents needed for motion to adjourn hearing date.<br>B. Moffitt | 0.3 | 73.50 |
| 12/23/02<br>15 | Calls with Second Circuit personnel regarding motion to adjourn hearing date.<br>B. Moffitt | 0.3 | 73.50 |
| 12/23/02<br>15 | Draft motion to adjourn hearing date.<br>B. Moffitt | 3.6 | 882.00 |
| 12/23/02<br>15 | Confer with A. Marchetta regarding draft of motion to adjourn hearing date.<br>B. Moffitt | 0.4 | 98.00 |

| 12/23/02 15 | Revise motion to adjourn hearing date. B. Moffitt | 0.3 | 73.50 |

| 12/23/02 15 | Call with clerk regarding status of motion to file revised Reply Brief. B. Moffitt | 0.1 | 24.50 |

| 12/23/02 04 | Worked with A. Marchetta and B. Moffitt regarding preparation of motion to adjourn hearing date and supporting affidavit. S. Parker | 0.9 | 81.00 |

| 12/23/02 04 | Conducted database searches and reviewed file documents as requested by B. Moffitt to identify and retrieve all submissions to the appellate court, related correspondence and applicable appellate rules regarding preparation of motion to adjourn hearing date and supporting affidavit. S. Parker | 2.4 | 216.00 |

| 12/24/02 15 | Telephone call to CNA counsel regarding motion to adjourn hearing date. B. Moffitt | 0.1 | 24.50 |

| 12/30/02 04 | Work with D. Buerrosse regarding argument preparation. A. Marchetta | 1.0 | 410.00 |

| 12/30/02 15 | Reviewed briefs and drafted sample questions in preparation for appellate argument. D. Buerrosse | 6.2 | 961.00 |

| 12/30/02 04 | Reviewed casefile, retrieved parties' appellate briefing and prepared binder sets of same in preparation for upcoming oral argument. S. Parker | 1.3 | 117.00 |

| 12/31/02 04 | Follow up regarding motion on adjournment and work with D. Buerrosse and M. Waller regarding review of issues regarding argument. A. Marchetta | 0.8 | 328.00 |

| 12/31/02 15 | Work with A. Marchetta regarding preparation for oral argument in matter and status of motion to adjourn initial oral argument date. M. Waller | 0.2 | 56.00 |

| 12/31/02 15 | Work with B. Moffitt and D. Buerrosse regarding issues expected for oral argument and status of motion to adjourn initial oral argument date. M. Waller | 0.3 | 84.00 |

| 12/31/02 15 | Reviewed appellate briefs and prepared questions in preparation for oral argument. D. Buerrosse | 6.0 | 930.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 5.30 | 410.00 | 2,173.00 |
| M. Waller | 6.30 | 280.00 | 1,764.00 |
| D. Buerrosse | 12.60 | 155.00 | 1,953.00 |
| B. Moffitt | 9.90 | 245.00 | 2,425.50 |
| D. Florence | 10.80 | 90.00 | 972.00 |
| S. Parker | 5.50 | 90.00 | 495.00 |
| TOTALS | 50.40 | | 9,782.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 04 | 5.3 | 410.00 | 2,173.00 |
| M. Waller | 15 | 6.3 | 280.00 | 1,764.00 |
| D. Buerrosse | 15 | 12.6 | 155.00 | 1,953.00 |
| B. Moffitt | 15 | 9.9 | 245.00 | 2,425.50 |
| D. Florence | 04 | 10.8 | 90.00 | 972.00 |
| S. Parker | 04 | 5.5 | 90.00 | 495.00 |
| TOTAL | | 50.4 | | 9,782.50 |

Client: 082910 W.R. GRACE & CO.\INSURANCE CO
Matter: 051680 West Deptford Property

| 10/10/02 | Address memo from client – respond to same on NJDEP communications. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.2 | 48.00 |

| 10/24/02 | Review incoming DEP enforcement notice – call to NJDEP on matter and memos to client regarding same. | | |
|---|---|---|---|
| 04 | W. Hatfield | 0.5 | 120.00 |

| 10/25/02 | Memos with client on NJDEP denial of use of RA for costs; options on | | |

same; bankruptcy issues.
04                    W. Hatfield                                              0.3              72.00

10/29/02              Attend to memo on bankruptcy issues regarding NJDEP oversight costs.
04                    W. Hatfield                                              0.1              24.00

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 1.1 | 240.00 | 264.00 |
| TOTALS | 1.1 | | 264.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 04 | 1.1 | 240.00 | 264.00 |
| TOTAL | | 1.1 | | 264.00 |