# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Engagement Costs – Chapter 11 Administration

| Date | Description | Amount |
|---|---|---|
| 11/19/02 | PD AMEX FOR TRAVEL EXPENSES; AJM; CK# 242450[2] | 30.00 |
| 11/19/02 | PD AMEX FOR TRAVEL EXPENSES MIAMI FL; AJM; CK# 242450[3] | 302.00 |
| 11/20/02 | PD UPS TO WILMINGTON DE; KMJ; CK# 242218 | 10.78 |
| 11/25/02 | PD TRAVEL EXPENSE;AJM;CK# 242829[4] | 72.95 |
| 12/09/02 | PD UPS TO WILMINGTON DE; KMJ; CK# 242698 | 7.74 |
|  | Duplicating | 25.48 |
|  | Telephone | 2.70 |
|  | **Matter Total Engagement Cost** | **451.65** |

Engagement Costs – Intercat, Inc. et al.

| | | |
|---|---|---|
| | Computer Assisted Research[5] | 43.75 |
| | **Matter Total Engagement Cost** | **43.75** |

Engagement Costs – Lampetr Joint Venture

| Date | Description | Amount |
|---|---|---|
| 11/18/02 | PD UPS TO MINEOLA NY; CJS; CK# 242218 | 7.74 |
| 12/13/02 | PD UPS TO MINEOLA NY;JPS;CK# 242698 | 7.74 |
|  | Duplicating | 34.02 |
|  | Postage | 9.03 |
|  | Telephone | 6.48 |
|  | **Matter Total Engagement Cost** | **65.01** |

---

[2] See Key Biscayne Invoice attached hereto as Exhibit 1.
[3] See Exhibit 1.
[4] See Direct Reimbursement Expense Report for Anthony J. Marchetta, Esq. attached hereto as Exhibit 3.
[5] See Engagement Cost Report, attached hereto as Exhibit 3.

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 08/05/02 | Paid HCK#151019 to Clerk of the Court for filing fee, #10507, S#3399[6] | 35.00 |
| 12/02/02 | PD UPS TO WINSLOW NJ; JPS; CK# 242822 | 7.74 |
| 12/07/02 | PD UPS TO SWEDESBORO NJ;JPS;CK# 242822 | 10.00 |
| | Postage | 5.67 |
| | Telephone | 10.12 |
| | Matter Total Engagement Cost | 68.53 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 11/19/02 | PD UPS TO NYC; BEM; CK# 242218 | 7.74 |
| 11/19/02 | PD UPS TO NYC; MEW; CK# 242218 | 7.74 |
| 11/29/02 | PD UPS TO LONG BEACH NY; MEW; CK# 242387 | 41.25 |
| 12/05/02 | PD UPS TO COLUMBIA MD; AJM; CK# 242822 | 7.74 |
| 12/05/02 | PD UPS TO BOCA RATON FL; AJM; CK# 242822 | 9.26 |
| 12/31/02 | Document Access Facility – Annex – December 2002 | 2864.00 |
| | Duplicating | 24.08 |
| | Telephone | 3.42 |
| | Matter Total Engagement Cost | 2,965.23 |

---

[6] See copy of check number 151019, attached hereto as Exhibit 4.

# EXHIBIT 1

# Key Biscayne Travel  
*service, inc. since 1960*

328 Crandon Boulevard, Key Biscayne, Florida 33149 • Phone: (305) 361-5429 • Fax: (305) 361-3771
keybistrav@worldnet.att.com

**INVOICE**

```
SALES PERSON: OL          ITINERARY/INVOICE NO. 0159371          DATE: 1
CUSTOMER NBR: 773968                            EKOISU           PAGE: 0

TO: ANTHONY MARCHETTA ESQ
    200 CAMPUS DRIVE
    FLORHAM PARK NJ 07932
```

THANK YOU FOR F...
WITH YOUR TRAVEL
WE MUST PAY THE AIR...
WEEK FOR ALL TICKE...
WE WILL APPRECIATE
PAYMENT FOR YOUR
PROMPTLY.
PLEASE REMIT FROM THIS

FOR: MARCHETTA/ANTHONY

```
25 NOV 02 - MONDAY
     RAIL   AMTRAK SERVICE              CONFIRMATION 2V158C96
            LV NEWARK PENN ST NJ  713A
            AR WILMINGTON DE      829A
            TRAIN 2107
            AMTRAK 001 F FIRST
     RAIL   AMTRAK SERVICE              CONFIRMATION 2V158C96
            LV WILMINGTON DE      115P
            AR NEWARK PENN ST NJ  228P
            TRAIN 2164
            AMTRAK 003 F FIRST
MCO         XD5057701984
                                 BILLED TO AX3782913510730335      30.00*

RAIL TICKET   2V7314021627       MARCHETTA ANTHONY
                                 BILLED TO AX3782913510730335     302.00*
                                                                  -------
                                 SUB TOTAL                        332.00
                                 NET CC BILLING                   332.00*
                                                                  -------
                                 TOTAL AMOUNT DUE                   0.00
```

**CUSTOMER COPY**

# EXHIBIT 2

RECEIVED

DEC 0 5 2002

NEY, HARDIN, KIPP & SZUCH LLP

DIRECT REIMBURSEMENT EXPENSE REPORT

NAME: ANTHONY J. MARCHETTA

Period From: _____ To: _____

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | ALL EXPENSES (A) DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | | Hotel or Lodging | Show details on Page 2 | | Total Expenses | Client No./ Matter No. or Firm Charge |
|---|---|---|---|---|---|---|---|---|---|
| | | Miles | Amount | Parking | | Business Meals | Other Expenses | | |
| 11/25/2002 | Travel to Wilmington, Delaware for court hearing on fee application for W.R. Grace | 110 | $ 37.95 | $13.00 | | $ 14.00 | $ 8.00 | $72.95 | 082910.095992 (A) Grace/Chapter 11 |

Expenses Reported $72.95

IOU (72.95)

ø

Signature [signed]   Date 12/4/02

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

10501 - 58.95
10504 - 14.00

12/4/2002

# EXHIBIT 3

1/29/03 Pitney, Hardin, Kipp & Szuch, LLP (_PHDSB02JB)
10:32 AM Engagement Cost Report Req'd By: KANDOLAB
Includes: Hard, Soft, Billed Periods: 200211 To 200331  Dates: 11/1/02 To 1/31/03 Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 072757  Intercat, Inc. et al.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| 11/27/02 | CAR | | 1554029 | WRG.24 | 2011365 | 1/17/03 | $5.00 | $5.00 | $5.00 |
| 11/27/02 | CAR | | 1554033 | WRG.24 | 2011365 | 1/17/03 | $2.50 | $2.50 | $2.50 |
| 11/27/02 | CAR | | 1554272 | WRG.24 | 2011365 | 1/17/03 | $5.00 | $5.00 | $5.00 |
| 11/27/02 | CAR | | 1554279 | WRG.24 | 2011365 | 1/17/03 | $2.50 | $2.50 | $2.50 |
| 12/26/02 | CAR | | 1563548 | WRG.24 | 2011365 | 1/17/03 | $12.25 | $12.25 | $12.25 |
| 12/30/02 | CAR | | 1565803 | WRG.24 | 2011365 | 1/17/03 | $6.50 | $6.50 | $6.50 |
| 12/31/02 | CAR | | 1566651 | WRG.24 | 2011365 | 1/17/03 | $10.00 | $10.00 | $10.00 |
| **Matter 072757 Totals:** | | | | | | | **$43.75** | **$43.75** | **$43.75** |
| **Client 082910 Totals:** | | | | | | | **$43.75** | **$43.75** | **$43.75** |
| **Report Totals** | | | | | | | **$43.75** | **$43.75** | **$43.75** |

Page: 1

# EXHIBIT 4

PITNEY, HARDIN, KIPP & SZUCH LLP
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

515996.098900
Filing fee
$35.00
7/31/02

#78

PAID............
APPROVED............
VENDOR NO. 00161
CHECK NO. 151019
CHARGE 10507

ALREADY ENTERED IN COMPUTER

mwS 8/5

NO. 151019

55-760/312 (006)

PNC Bank, N.A.
NEW JERSEY 060
161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY  Thirty Five Dollars and Zero Cents

TO THE ORDER OF   Clerk of the Court

ACCOUNTS PAYABLE FILE COPY

| DATE | AMOUNT |
|---|---|
| $35/00 | 7/31/02 |

PITNEY, HARDIN, KIPP & SZUCH LLP

NON NEGOTIABLE
AUTHORIZED SIGNATURE

⑈151019⑈ ⑆031207607⑆ 8100460510⑈

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: March 3, 2003 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

992022A01020303

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: February 4, 2003

Respectfully submitted,  
PITNEY, HARDIN, KIPP & SZUCH LLP

_____  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950