# Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 30, 2002 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 11/21/02 | 07/01/02 – 07/31/02 | $15,366.00 | $ 5,138.86 | $12,292.80 | $ 5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 – 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 - 09/30/02 | $22,133.00 | $ 141.96 | $17,706.40 | $ 141.96 | $ 4,426.60 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 11.3 | $ 4,137.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 129.9 | $48,312.50 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
|  | **Total** | **141.20** | **$52,450.00** |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 60.89 |
| Copies – Matter 32 (Fee Applications) | $ 75.90 |
| Copies – Matter 46 (Tax Litigation) | $ 256.68 |
| Computer Database Research | $ 5,007.93 |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 8.53 |
| Facsimile | $ 6.00 |
| Postage | $ .74 |
| Local Transportation | $ 0 |
| Travel Meals & Expenses | $ 0 |
| Parking | $ 0 |
| Airfare | $ 0 |
| **Total** | **$ 5,416.67** |

Doc. #1165751 v.1 1/31/03 11:37 AM