UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: W.R GRACE & CO., ET. AL.<br><br><br><br>DEBTORS. | )<br>)<br>) BANKRUPTCY NO. 01-01139-RJN<br>) CHAPTER 11<br>) (Jointly Administered)<br>)<br>) |

**RESPONSE OF PBGC TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO CONTRIBUTE FUNDS INTO THE TRUST FUNDING THE CURTIS BAY PENSION PLAN TO SUPPORT AMENDMENTS TO ENHANCE BENEFITS THEREUNDER**

The Pension Benefit Guaranty Corporation ("PBGC"), a potential creditor in this case, supports the W.R. Grace & Co., et al ("Debtors") Motion for Entry of an Order authorizing it to contribute funds into the Trust funding the W.R. Grace & Co. Retirement Plan for Hourly Workers of Curtis Bay (the "Union Pension Plan").

PBGC is a wholly-owned United States government corporation and an agency of the United States that administers the defined benefit pension plan termination insurance program under Title IV of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1301-1461 (2002). When an underfunded single-employer plan covered by Title IV terminates, the PBGC becomes trustee of the plan and, subject to certain statutory limitations, pays the plan's unfunded benefits with its insurance funds. See 29 U.S.C. §§ 1321-1322, 1342. The Union Pension Plan is a tax-qualified, single-employer, defined benefit pension plan to which Title IV of ERISA applies. See 29 U.S.C. § 1321.

In accordance with a collective bargaining agreement covering the Curtis Bay Maryland plant that Debtors negotiated with the International Chemical Workers Union in October of 2002,

Debtors are obliged to amend the Union Plan to increase pension benefits. The present motion seeks authority to make a required contribution to the Union Pension Plan in an amount not to exceed $10,000,000.

PBGC agrees with Debtors that the Internal Revenue Code ("IRC") requires the proposed contribution to the Union Plan.[1] According to IRC § 401(a)(33)(A), a trust funding a pension plan would "not constitute a qualified trust" if a plan sponsor operating under bankruptcy protection adopts a pension plan amendment which increases benefits and the funding requirements unless an exception contained in IRC § 401(33)(B) is met. IRC § 401(a)(33)(B)(i) allows for the adoption of an amendment to increase benefits of a defined benefit pension plan where "the plan, were such amendment to take effect, would have a funded current liability percentage (as defined in IRC § 412(l)(8)) of 100% or more." Debtor's actuary currently estimates the Union Plan would meet the 100% funding requirement by contributing $8,600,000 to $9,000,000 to the Trust that funds the Union Pension Plan. That calculation will not be finalized until May of 2003. Motion ¶¶ 14, 18.

Therefore, because the proposed contribution is required in order to comply with IRC § 401(a)(33), the Court should authorize Debtors to make the contribution to the Trust funding the Union Pension Plan.

---

[1] PBGC notes that the Internal Revenue Service is the agency responsible for interpreting the IRC. Accordingly, PBGC's observations in this motion should not be regarded as authoritative.

**CONCLUSION**

For the foregoing reasons, PBGC supports Debtor's Motion for the Entry of an Order Authorizing Debtor's to Contribute Funds to the Trust Funding the Union Pension Plan.

Respectfully submitted,

Dated: February 7, 2003        /s/ Brad Rogers
JAMES J. KEIGHTLEY
General Counsel
JEFFREY B. COHEN
Deputy General Counsel
CHARLES L. FINKE
Assistant General Counsel
BRAD ROGERS
Attorney
Attorneys for
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C.  20005-4026
(202) 326-4020 ext. 3878
(202) 326-4112 (fax)

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of February 2003, the foregoing **Response of PBGC to Motion for Entry of an Order Authorizing the Debtors to Contribute Funds into the Trust Funding the Curtis Bay Pension Plan to Support Amendments to Enhance Benefits Thereunder** was served electronically or by Facsimile on the following:

**Waren H. Smith**
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**David B. Siegel,** Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Frank J. Perch III**, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street
Suite 2313-Lockbox 35
Wilmington, DE 19801

**Laura Davis Jones**, Esquire
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705
302- 652-4100
Fax : 302-652-4400
ljones@pszyj.com

**Marla Rosoff Eskin**, Esquire
Campbell & Levine, LLC
800 King St., Suite 300
Wilmington, DE 19801
meskin@del.camlev.com

**James H. M. Sprayregen**, Esquire
**James W. Kapp, III,** Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
james_kapp@chicago.kirkland.com

**Steven M. Yoder**, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
syoder@bayardfirm.com

**Elihu Inselbuch**, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022
pvnl@capdale.com

**J. Douglas Bacon**, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606
david.heller@lw.com
carol.hennessey@lw.com

| | |
|---|---|
| **Michael R. Lastowski**, Esquire<br>Duane Morris & Heckscher LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246<br>302-657-4900<br>Fax : 302-657-4901<br>reorg@duanemorris.com | **Lewis Kruger**, Esquire<br>Stroock Stroock and Lavan<br>180 Maiden Lane<br>New York, NY 10038-4982<br>rserrette@stroock.com |
| **Philip Bently**, Esquire<br>Kramer, Levin, Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>pbentley@kramerlevin.com | **Scott L. Baena**, Esquire<br>Bilzin Sumberg Baena Price & Axelrod<br>First Union Financial Center<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 |

**Teresa Currier**, Esquire
Klett Rooney Lieber & Schlorling
1000 West Street, Suite 1410
Wilmington, DE 19801
(Counsel for the Official Committee of Unsecured Creditors)


                                                /s/ Brad Rogers
                                          BRAD ROGERS