**TWENTY-FIRST MONTHLY FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
<u>FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002</u>**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **December 1, 2002 – December 31, 2002** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$27,683.50 (80% - $22,146.80)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$13,332.14 (Stroock)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Twentieth Monthly Fee Statement is
approximately 10.5 hours and the corresponding compensation requested is approximately
$1,785.00.*

.

**Attachment A**

**Monthly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| August 31, 2001 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 | 04/01/02 – 04/30/02 | $97,251.50 | $11,588.86 | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 3, 2002 | 05/01/02-05/31/02 | $71,910.75 | $46,105.12 | $59,918.60 | $46,105.12 |
| August 5, 2002 | 06/01/02 – 06/30/02 | $73,097.75 | $116,720.77 | $58,477.40 | $116,720.77 |
| September 20, 2002 | 07/01/02 – 07/31/02 | $90,903.27 | $13,274.04 | $72,722.61 | $13,274.04 |
| October 29, 2002 | 08/01/02 – 08/31/02 | $93,522.50 | $16,586.21 | $74,818.00 | $16,586.21 |
| November 13, 2002 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 | $77,290.60 | $15,567.77 |
| December 10, 2002 | 10/01/02 – 10/31/02 | $68,404.00 | $4,737.29 | $54,723.20 | $4,737.29 |
| January 21,2003 | 11/01/02 – 11/30/02 | $75,345.50 | $8,712.16 | $60,276.40 | $8,712.16 |

| WR GRACE & CO | | | | |
|---|---|---|---|---|
| **ATTACHMENT B** | | | | |
| **DECEMBER 1, 2002 - DECEMBER 31, 2002** | | | | |
| | | | | No. of Years |
| | Hours | Rate | Amount | In Position |
| **Partners** | | | | |
| Kruger, Lewis | 3.0 | $695 | $ 2,085.00 | 32 |
| Pasquale, Kenneth | 4.9 | $495 | $ 2,425.50 | 4 |
| | | | | |
| **Associates** | | | | |
| Krieger, Arlene | 34.8 | $475 | $ 16,055.00 | 19 |
| Sasson, Moshe | 3.0 | $395 | $ 1,185.00 | 9 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 24.1 | $170 | $ 4,097.00 | 1 |
| Mariano, Christine | 3.6 | $155 | $ 558.00 | 7 |
| Serrette, Rosemarie | 0.4 | $170 | $ 68.00 | 15 |
| Defreitas, Vaughn | 12.1 | $100 | $ 1,210.00 | 15 |
| | | | | |
| **Total** | **85.9** | | $ 27,683.50 | |

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES ($) |
|---|---|---|---|
| | **WR GRACE & CO** | | |
| | **COMPENSATION BY PROJECT CATEGORY** | | |
| | **DECEMBER 1, 2002 - DECEMBER 31, 2002** | | |
| 0002 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 5.5 | $ 3,114.50 |
| 0008 | Asset Analysis and Recovery | 0.5 | 237.50 |
| 0013 | Business Operations | 1.1 | 522.50 |
| 0014 | Case Administration | 30.7 | 5,752.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.5 | 712.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 19.2 | 9,290.00 |
| 0018 | Fee Application, Applicant | 10.5 | 1,785.00 |
| 0020 | Fee Application, Others | 1.3 | 165.00 |
| 0034 | Litigation and Litigation Consulting | 15.6 | 6,104.00 |
| | | | |
| | **Total** | **85.9** | **$27,683.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | January 30, 2003 |
| INVOICE NO. | 281332 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through December 31, 2002, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2002 | Memoranda to and from J. Baer re Sealed Air settlement and impact on the ZAI litigation (.3). | Krieger, A. | 0.3 |
| 12/02/2002 | Office conference with P. Weitz regarding Sealed Air settlement and the impact on possible plan (.3); office conference with K. Pasquale and W. Katchen regarding possible letter to Judge Wolin regarding Sealed Air's recovery payment into estate (.2); letter to Judge Wolin regarding same (.2); arrange conference call for WR Grace committee (.2). | Kruger, L. | 0.9 |
| 12/02/2002 | ZAI scheduling order. | Sasson, M. | 0.1 |
| 12/03/2002 | Attended to Debtors' objection to R. Locke motion to modify preliminary injunction and related pleadings (.6). | Krieger, A. | 0.6 |
| 12/04/2002 | Attention to draft memo re Armstrong plan (.2) | Pasquale, K. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/05/2002 | Attended to review of Debtors' motion to extend preliminary injunction and exhibits, including affidavit (.8); attended to review of Debtors supplemental response to Locke's opposition including Rutkowski declaration (1.0). | Krieger, A. | 1.8 |
| 12/05/2002 | Telephone call with P. Weitz regarding negotiations on Sealed Air and plan issues (.2). | Kruger, L. | 0.2 |
| 12/19/2002 | Attended to article on Halliburton asbestos claims settlement (.2). | Krieger, A. | 0.2 |
| 12/19/2002 | Review of proposed Seal Air settlement regarding funds into asbestos trust (.8); office conference with K. Pasquale regarding response to proposed settlement and need to call parties (.4). | Kruger, L. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.9 | $ 475 | $ 1,377.50 |
| Kruger, Lewis | 2.3 | 695 | 1,598.50 |
| Pasquale, Kenneth | 0.2 | 495 | 99.00 |
| Sasson, Moshe | 0.1 | 395 | 39.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,114.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,114.50 |
|------------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

---

PAGE: 3

---

| RE | Asset Analysis and Recovery<br>699843 0008 |
| --- | --- |

---

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 12/01/2002 | Telephone conference L. Hamilton re Medavensa acquisition and follow-up on prior Atlanta Facility, Darex Consolidation, and prior write off in Latin America (.5). | Krieger, A. | 0.5 |

---

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene | 0.5 | $ 475 | $ 237.50 |

---

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 237.50 |
| --- | --- |

---

| TOTAL FOR THIS MATTER | $ 237.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 4

| RE | Business Operations<br>699843  0013 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/09/2002 | Memo from L. Hamilton re FTI report on the Debtor's Third Quarter Operating results (.1); review report (.8); telephone conference L. Hamilton re comments to report (.2). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.1 | $ 475 | $ 522.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 522.50 |
|------|------|

| TOTAL FOR THIS MATTER | $ 522.50 |
|------|------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Case Administration<br>699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2002 | Set up Conferece call for 12/3 (.3). | Caskadon, A. | 0.3 |
| 12/02/2002 | Attended to recent order awarding quarterly fee application (.1); memo from and to M. Sasson re agenda for 12/3/02 conference call (.1). | Krieger, A. | 0.2 |
| 12/03/2002 | Memo from and to L. Hamilton re distribution of latest financial information (.1). | Krieger, A. | 0.1 |
| 12/04/2002 | Update chart summarizing fee applications/ statements per orders entered 11/25. | Caskadon, A. | 1.6 |
| 12/04/2002 | Attended to memo from Debtors' counsel re Judge Fitzgerald's direction regarding service of quarterly fee applications (1.); memos to RS, AC re same (.1); memo from and to LH re inquiry on new service advice (.2); memo to V. DeFreitas adversary proceeding pleading relating to Debtors' motion to extend the preliminary injunction (.1). | Krieger, A. | 0.5 |
| 12/05/2002 | Draft (.4), revise (.2) and send (.2) checks to Chambers Associates for payments of invoices dated June 23, July 28, and August 28. | Caskadon, A. | 0.8 |
| 12/05/2002 | Download recently filed case pleadings.(re; 01-771; 02-2210; 01-1139) | Defreitas, V. | 1.8 |
| 12/09/2002 | Meet with P. Harrington re standard things to do for Grace fee apps per the fee auditor's request (.4). | Caskadon, A. | 0.4 |
| 12/09/2002 | Review various documents/pleadings for assignment of central file categories in preparation for addition to filesurf database. | Defreitas, V. | 3.6 |
| 12/09/2002 | Review notice of agenda for 12/16/02 hearings | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2). | | |
| 12/10/2002 | Memo to V. DeFreitas re pleading requested from the docket (.1); office conference LK re 12/16/02 hearings before Judge Fitzgerald (.1); memo to M. Lastowski re coverage for 12/16/02 hearing (.2); memos from M. Lastowski re 12/16/02 hearing (.2); office conference RS re response to earlier memo from P. Galbraith re form of amended order awarding fees to include Chambers' invoices for Fourth Interim Period (.3); review correspondence and order and prepare memo to P. Galbraith responding to inquiry (.8); review PWC motion for limited waiver of local rule requirements on fee applications and related affidavit (.5). | Krieger, A. | 2.2 |
| 12/13/2002 | Review Grace Certificate of No Objection on docket (.6); TC with S. Caban re: changes for an amended CNO (.4); draft amended CNO(1.0); PDF Chambers Associates bills for July, August and September 2002 (.4) and send them to the Fee Auditor (.4). | Caskadon, A. | 2.8 |
| 12/13/2002 | Memo to and from M. Lastowski re coverage of 12/16/02 hearing (.1); memo to V. DeFreitas re amended agenda for hearing, additional pleading (.1). Memo to A. Caskadon re transmittal memo to the Fee Auditor forwarding Chambers' bills for the July-September 2002 (.2); memo from A. Caskadon re same (.1); create transmittal memorandum (.6); memo from A. Caskadon to fee auditor re invoices (.1). | Krieger, A. | 1.2 |
| 12/16/2002 | Revise chart summarizing fees per fee orders from 1st 2nd 3rd and 5th quarters (1.0) and attempt to find discrepancies from the fee applications per Fee Auditor's report (1.0). | Caskadon, A. | 2.0 |
| 12/16/2002 | Download recently filed documents. | Defreitas, V. | 2.5 |
| 12/16/2002 | Review amended notice of 12/16/02 agenda (.1); memos to M. Lastowski re above and cancellation of hearing (.2); memo to LK, KP | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re hearing (.1). | | |
| 12/17/2002 | Meet w/ R.Serrette re: Grace Summary of Fees Chart discrepancies (.8) and review old fee statements leading up to quarterly fee applications (1.2). | Caskadon, A. | 2.0 |
| 12/19/2002 | Review various case documents for assignment to central files and filesurf database. | Defreitas, V. | 3.4 |
| 12/24/2002 | Meet with P. Harrington re: Grace Billing Codes. | Caskadon, A. | 1.0 |
| 12/30/2002 | Memo to P. Galbraith re preparation of amended order with respect to fourth interim fees. | Krieger, A. | 0.1 |
| 12/31/2002 | Review all documents e-filed (forwarded from V. Defreitas) and create cabinet and folder for them(1.5); review docket for fee applications and CNO's filed(1.1). | Caskadon, A. | 2.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 13.5 | $ 170 | $ 2,295.00 |
| Defreitas, Vaughn | 11.3 | 100 | 1,130.00 |
| Krieger, Arlene | 4.9 | 475 | 2,327.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,752.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,752.50 |
|-----------------------|------------|

# STROOCK

PAGE: 8

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2002 | Memoranda to and from J. Baer re Baker & Taylor claim settlement (.1). | Krieger, A. | 0.1 |
| 12/03/2002 | Attended to Debtors' motion for approval of settlement of litigation and claim of E.Kellogg (.6); telephone conference Mark Bowen re action commenced by Ohio's Attorney General and proposed settlement thereof (.6). | Krieger, A. | 1.2 |
| 12/16/2002 | Review MCNIC Settlement motion and stipulation (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 1.5 | $ 475 | $ 712.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 712.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 712.50 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/02/2002 | Attended to KP's memos to the Committee re Sealed Air litigation (.5); office conference KP re settlement discussions, and conference call meeting of the Committee and plan concepts (.2); office conference LK re Committee conference call and Wall Street Journal article (.2); review WSJ article (.2); office conference KP re WSJ article (.1); prepare memorandum for the Committee re 12/3/02 conference call (.3); memoranda from and to E. Ordway re 12/3/ call and agenda therefore (.2); review draft motion for trading authorization (.8); memo to LK re DK draft motion (.1). | Krieger, A. | 2.6 |
| 12/03/2002 | Complete memorandum to the Committee re Armstrong Plan (2.3); conference call meeting of the Committee re Sealed Air Litigation and other issues (.3); memo to LK re mark-up of draft bank debt trading motion (.5). | Krieger, A. | 3.1 |
| 12/03/2002 | Telephone conference with creditors committee regarding current status, impact of Sealed Air settlement and next steps. | Kruger, L. | 0.7 |
| 12/03/2002 | Committee conference call re Sealed Air settlement and related issues (.3); attention to settlement issues pertaining to 524(g) trust (.5) | Pasquale, K. | 0.8 |
| 12/04/2002 | Prepared memorandum re: Baker and Taylor litigation and proposed settlement thereof (1.3); memo to T. Maher re memorandum discussing Baker and Taylor settlement (.1); memo to LK, KP re memorandum discussing the Armstrong Plan terms (.1). | Krieger, A. | 1.5 |
| 12/05/2002 | Memo from KP re Armstrong plan memo (.1); prepared memorandum for the Committee re | Krieger, A. | 1.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Debtors' motion to settle Kellogg lift stay matter (1.4); memo to KP, LK re proposed memorandum to the Committee on Kellogg settlement (.1). | | |
| 12/06/2002 | Memo from KP re  Kellogg settlement memorandum (.1); memo for LK re Kellogg settlement (.1); memorandum to the Committee re settlement of Kellogg claim and related litigation (.1). | Krieger, A. | 0.3 |
| 12/09/2002 | Memo from T. Maher re E. Kellogg settlement (.1); memo from J. Anderson re E. Kellog settlement (.1). | Krieger, A. | 0.2 |
| 12/10/2002 | Prepare final form of memo to the Committee re Armstrong plan terms (.6); attended to final form of FTI memo to the Committee re Third Quarter results (.1); memo from R. Douglas re circulation of third quarter report to signatories to confidentiality agreement (.1); telephone conference S. Cunningham, L. Hamilton re same (.1); | Krieger, A. | 0.9 |
| 12/11/2002 | Memo to S. Cunningham, L. Hamilton re transmission of FTI report to Bank signatories (.1); prepared memorandum for the Committee re status of motion seeking approval for Sealed air settlement (.3). | Krieger, A. | 0.4 |
| 12/13/2002 | Prepare memorandum to the Committee re proposed motion by DK Acquisition (1.0); memo to LK re same (.1); memo to T. Maher re same (.1). | Krieger, A. | 1.2 |
| 12/16/2002 | Memo from and to T. Maher re memo re DK Acquisition 's motion (.1); memo to the Committee re DK Acquisition motion (.5). | Krieger, A. | 0.6 |
| 12/17/2002 | Memo from and to M. Chehi re comments to the DK Acquisition motion (.3); memo to LK re same (.1). | Krieger, A. | 0.4 |
| 12/18/2002 | Telephone conference A. Yosseloff re Owens Corning issues on asbestos claims, Committees review of DK motion | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/19/2002 | Memos from and to M. Chehi re draft Sealed Air settlement agreement (.1); memo to and from KP re same (.1); office conference LK's office re same (.1); telephone conference B. Wolff re settlement agreement (.1); review Sealed Air Settlement Agreement and prepare memo for the Committee summarizing terms (1.9); memos from and to KP re Settlement Agreement terms (.2); office conference KP re same (.2); memo from KP re proposed revisions to Settlement Agreement (.2); further office conference KP re additional comments to Settlement Agreement (.1); reviewed additional memo to Skadden re comments to Settlement Agreement (.1). | Krieger, A. | 3.1 |
| 12/23/2002 | Prepare memo to Tom Maher re stipulation resolving MCNIC matter (.8). | Krieger, A. | 0.8 |
| 12/24/2002 | Memo to T. Maher re MCNIC settlement (.8). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 17.7 | $ 475 | $ 8,407.50 |
| Kruger, Lewis | 0.7 | 695 | 486.50 |
| Pasquale, Kenneth | 0.8 | 495 | 396.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,290.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 9,290.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/02/2002 | Review and revise SSL's October fee statement (1.7) and meet with P. Harrington in accounting re: same (.3) | Caskadon, A. | 2.0 |
| 12/09/2002 | Draft Notice of Filing of Fee Statement for SSL and Certificate of service (1.0), revise October fee statement (.6) | Caskadon, A. | 1.6 |
| 12/10/2002 | Finalize October fee statement (1.2) prepare for service and filing (.8) and serve (1.4). | Caskadon, A. | 3.4 |
| 12/10/2002 | Review of October monthly application  (.4). | Serrette, R. | 0.4 |
| 12/26/2002 | Preliminary review of November 2002 fee statement. | Caskadon, A. | 2.5 |
| 12/31/2002 | Revise SSL November fee statement. | Caskadon, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 10.1 | $ 170 | $ 1,717.00 |
| Serrette, Rosemarie | 0.4 | 170 | 68.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,785.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,785.00 |
|---|---|

# STROOCK

| RE | Fee Application, Others<br>699843 0020 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 12/30/2002 | Review november fee statement of FTI Policano & Manzo. | Caskadon, A. | 0.5 |
| 12/30/2002 | Review and assign to central file and filesurf database. | Defreitas, V. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 0.5 | $ 170 | $ 85.00 |
| Defreitas, Vaughn | 0.8 | 100 | 80.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 165.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 165.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 14

| RE | Expenses |
|----|----------|
|    | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 57.79 |
| Meals | 30.81 |
| Local Transportation | 257.28 |
| Long Distance Telephone | 57.01 |
| Duplicating Costs-in House | 104.90 |
| Duplicating Costs-Outside | 10671.75 |
| Postage | 4.65 |
| Court Reporting Services | 1021.85 |
| Process Service & Calendar Watch | 358.59 |
| Miscellaneous | 18.80 |
| In House Messenger Service | 26.95 |
| Facsimile Charges | 8.00 |
| Travel Expenses - Transportation | 263.76 |
| Word Processing - Logit | 450.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 13,332.14 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,332.14 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| RE | Litigation and Litigation Consulting 699843 0034 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 12/01/2002 | Complete asbestos PI Committee's motion to the Third Circuit for expedited review of interlocutary appeal (1.0); attended to October 7, 2002 hearing transcript (1.7). | Krieger, A. | 2.7 |
| 12/02/2002 | Call Group Digesting to inform them case has settled and to forward all bills (.2); review diskette received regarding expert reports and exhibits (.4) | Mariano, C. | 0.6 |
| 12/02/2002 | Attention to settlement-related issues, including telephone conferences from committee members (1.2) | Pasquale, K. | 1.2 |
| 12/02/2002 | T/c K. Pasquale re: sealed air settlement review (.2); t/c B. Chipman re: expert reports (.1); t/c K. Pasquale, C. Mariano re: Peterson depos (.2). | Sasson, M. | 0.5 |
| 12/03/2002 | Meet with M. Sasson re: documents obtained for filing (.2). File documents and begin to close file (.2). | Mariano, C. | 0.4 |
| 12/03/2002 | CC: Creditors Committee (.5); o/c C. Mariano re: Peterson expert reports (.1); t/c K. Pasquale re: additional expert reports add to database (.4). | Sasson, M. | 1.0 |
| 12/06/2002 | Memos from and to M. Lastowski re proposed settlement of Sealed Air litigation and forward memoranda regarding same (.8). | Krieger, A. | 0.8 |
| 12/10/2002 | Obtain and organize documents from M. Sasson (.6). Call Jane Rose Reporting re: additional exhibits and deposition of Mark Peterson (.2). Obtain transcripts and copy to all attorneys (1.2). Begin to close CCR | Mariano, C. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | proceedings file and send to records (.6). | | |
| 12/11/2002 | Memo to J. Baer re status of the Sealed Air settlement (.1); memo from J. Baer re same (.1); memo to LK, KP re settlement information received from Debtors' counsel (.1); further memos to J. Baer re request for draft agreement (.2); follow up memo and office conference LK, KP re contract with Sealed Air's counsel re settlement (.1). | Krieger, A. | 0.6 |
| 12/18/2002 | T/c C. Mariano, M. Brody re: Peterson transcripts. | Sasson, M. | 0.2 |
| 12/19/2002 | Attention to draft settlement agreement (2.0); telephone conference B. Wolff/Skadden re same (.2); telephone conference P. Lockwood re same (.2); drafted e-mail to B. Wolff proposing language (.3) | Pasquale, K. | 2.7 |
| 12/20/2002 | Attended to review of Registration of Rights Agreement (.8); office conference LK re Settlement Agreement provisions (.1). | Krieger, A. | 0.9 |
| 12/20/2002 | Review Setlement Agreement (1.0); o/c K. Pasquale re: same (.2). | Sasson, M. | 1.2 |
| 12/24/2002 | Memo to B. Wolff re status of revised settlement agreement. | Krieger, A. | 0.1 |
| 12/30/2002 | Attended to memo from B.Wolff re status of proposed Sealed Air Settlement and memo to LK, KP re same. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 5.2 | $ 475 | $ 2,470.00 |
| Mariano, Christine | 3.6 | 155 | 558.00 |
| Pasquale, Kenneth | 3.9 | 495 | 1,930.50 |
| Sasson, Moshe | 2.9 | 395 | 1,145.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,104.00 |
|-------------------------------------------|-----------|

# STROOCK

PAGE: 17

| TOTAL FOR THIS MATTER | $ 6,104.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

PAGE: 18

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 27,683.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 13,332.14 |
| TOTAL BILL | $ 41,015.64 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

# STROOCK

| CLIENT | W R Grace & Co |
| --- | --- |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |
| RE | 699843 W R Grace & Co |

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 12/03/2002 | Federal Express T#805731738233 L. KRUGER to: ALFRED M. WOLIN NEWARK,NJ | 9.13 |
| 12/05/2002 | Federal Express 11/22/02 Shelly Caban Wilmington, DE | 10.94 |
| 12/05/2002 | Federal Express 12/5/02 R Serrette to Bo Chipman Wash, DC | 12.37 |
| 12/11/2002 | Federal Express T#829409274030 A. CASKADON to: SHELLY A. CABAN WILMINGTON,DE | 9.13 |
| 12/23/2002 | FedEx Log 10/24/02 R SERRETTE TO DAVID SIEGAL | 1.48 |
| 12/23/2002 | FedEx Log 10/24/02 R SERRETTE TO WARREN SMITH | 5.86 |
| 12/23/2002 | FedEx Log 10/24/02 R SERRETTE TO FRANK PERCH | 1.48 |
| 12/23/2002 | FedEx Log 11/13/02 A CASKADON TO FRANK PERCH | 1.49 |
| 12/23/2002 | FedEx Log 11/13/02 A CASKADON TO WARREN SMITH | 5.91 |
| | **Outside Messenger Service Total** | **57.79** |
| **Meals** | | |
| 12/12/2002 | VENDOR: Seamless Web; INVOICE#: 15331; DATE: 12/17/02  - New York Primo Pizza; | 15.96 |
| 12/26/2002 | VENDOR: Seamless Web; INVOICE#: 15945; DATE: 01/01/03  - China Chalet; | 14.85 |
| | **Meals Total** | **30.81** |
| **Local Transportation** | | |
| 02/14/2002 | NYC Two Ways Inc. KRUGER 02/01/02 16:45 M from 180 MAIDEN LA to E 70 ST M | 31.27 |
| 02/20/2002 | NYC Two Ways Inc. KRUGER 02/07/02 17:32 M from 180 | 20.69 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | MAIDEN LA to W 55 ST M | |
| 03/21/2002 | NYC Two Ways Inc. KRUGER 03/07/02 15:21 M from 180 MAIDEN LA to 257 W 86 ST M | 39.90 |
| 12/06/2002 | NYC Two Ways Inc. PASQUALE 11/21/02 08:00 M from 380 GREENW to NJ  SUMMIT | 77.23 |
| 12/06/2002 | VENDOR: Petty Cash; INVOICE#: 12/03/02; DATE: 12/6/2002 - 11/25/02    NY PETTY CASH   A.KRIEGER | 17.00 |
| 12/12/2002 | NYC Two Ways Inc. KRIEGER 11/25/02 07:05 M from 10     EAST E to 343    7 AVE | 27.74 |
| 12/31/2002 | NYC Two Ways Inc. CASKADON 12/10/02 23:44 M from 180 MAIDEN to NJ  HOBOKEN | 43.45 |
| | **Local Transportation Total** | **257.28** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/29/2002 | EXTN.5430, TEL.973-467-9253, S.T.10:05, DUR.50:30 | 16.52 |
| 07/31/2002 | CREDIT CARD CALLS 5/02 | 6.14 |
| 12/02/2002 | EXTN.5562, TEL.973-424-2031, S.T.16:04, DUR.03:36 | 1.56 |
| 12/04/2002 | EXTN.3488, TEL.973-249-7017, S.T.17:20, DUR.00:18 | 0.39 |
| 12/09/2002 | EXTN.3544, TEL.201-556-4021, S.T.15:58, DUR.13:00 | 5.04 |
| 12/09/2002 | EXTN.5492, TEL.868-637-4264, S.T.08:49, DUR.00:54 | 3.39 |
| 12/09/2002 | EXTN.5492, TEL.868-642-0163, S.T.08:49, DUR.00:12 | 3.39 |
| 12/09/2002 | EXTN.5492, TEL.954-722-1445, S.T.10:05, DUR.01:48 | 0.78 |
| 12/09/2002 | EXTN.5492, TEL.954-722-1445, S.T.10:47, DUR.01:48 | 0.78 |
| 12/09/2002 | EXTN.5492, TEL.954-731-1035, S.T.19:12, DUR.06:06 | 2.29 |
| 12/10/2002 | EXTN.5492, TEL.732-271-1999, S.T.15:22, DUR.08:54 | 3.49 |
| 12/10/2002 | EXTN.6495, TEL.302-657-4924, S.T.14:25, DUR.03:18 | 1.55 |
| 12/10/2002 | EXTN.6495, TEL.302-657-4924, S.T.17:05, DUR.01:06 | 0.78 |
| 12/10/2002 | EXTN.6495, TEL.302-657-4924, S.T.17:21, DUR.00:12 | 0.39 |
| 12/12/2002 | EXTN.5492, TEL.305-374-2199, S.T.09:41, DUR.01:06 | 0.78 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/12/2002 | EXTN.5544, TEL.201-556-4021, S.T.11:10, DUR.00:36 | 0.39 |
| 12/17/2002 | EXTN.5492, TEL.401-946-2310, S.T.11:26, DUR.02:18 | 1.16 |
| 12/18/2002 | EXTN.6015, TEL.312-861-2000, S.T.16:04, DUR.01:54 | 0.78 |
| 12/19/2002 | EXTN.5492, TEL.954-731-1035, S.T.19:15, DUR.11:30 | 3.92 |
| 12/19/2002 | EXTN.5562, TEL.202-862-5065, S.T.14:44, DUR.07:42 | 3.10 |
| 12/20/2002 | EXTN.5431, TEL.203-618-2685, S.T.16:59, DUR.00:36 | 0.39 |
| | **Long Distance Telephone Total** | **57.01** |

**Duplicating Costs-in House**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/02/2002 | | 3.70 |
| 12/02/2002 | | 0.30 |
| 12/02/2002 | | 0.20 |
| 12/02/2002 | | 1.00 |
| 12/03/2002 | | 2.40 |
| 12/03/2002 | | 0.40 |
| 12/03/2002 | | 0.60 |
| 12/05/2002 | | 0.20 |
| 12/09/2002 | | 1.50 |
| 12/10/2002 | | 1.50 |
| 12/10/2002 | | 0.10 |
| 12/10/2002 | | 29.60 |
| 12/11/2002 | | 2.80 |
| 12/12/2002 | | 0.10 |
| 12/12/2002 | | 0.10 |
| 12/12/2002 | | 0.20 |
| 12/13/2002 | on 11/27/2002 | 16.50 |
| 12/13/2002 | on 11/27/2002 | 3.30 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/13/2002 | on 11/27/2002 | 9.80 |
| 12/13/2002 | | 1.80 |
| 12/13/2002 | | 1.80 |
| 12/13/2002 | | -1.80 |
| 12/17/2002 | | 0.20 |
| 12/17/2002 | | 0.20 |
| 12/17/2002 | | -0.20 |
| 12/18/2002 | | 0.40 |
| 12/18/2002 | | 0.40 |
| 12/18/2002 | | -0.40 |
| 12/19/2002 | | 4.80 |
| 12/19/2002 | | 4.80 |
| 12/19/2002 | | -4.80 |
| 12/26/2002 | | 10.80 |
| 12/30/2002 | | 12.60 |

**Duplicating Costs-in House Total** **104.90**

**Duplicating Costs-Outside**

| | | |
|------|-------------|--------|
| 12/02/2002 | VENDOR: Group Digesting Services, Inc.; INVOICE#: 11242; DATE: 11/22/2002  -  W. R. Grace & Company et al.  Chapter 11 David Siegel & Dr. Neil Ram | 2,375.75 |
| 12/02/2002 | VENDOR: Group Digesting Services, Inc.; INVOICE#: 11241; DATE: 9/17/2002  -  W.R. Grace & compnay et.al. chapter 11 Thomas Griffin Hayes & Seymour Preston Jr | 1,925.25 |
| 12/03/2002 | VENDOR: Group Digesting Services, Inc.; INVOICE#: 11246; DATE: 12/3/2002  -  Mark Peterson taken 9/9/02; James Hass, taken 9/12/02. | 2,894.25 |
| 12/16/2002 | VENDOR: Group Digesting Services, Inc.; INVOICE#: 11243; DATE: 12/16/2002  -  Charles Bates taken 9/13/02 & 9/18/02. | 2,269.50 |
| 12/16/2002 | VENDOR: Group Digesting Services, Inc.; INVOICE#: 11244A; | 1,207.00 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|  | DATE: 11/26/2002  -  Andrew Brownstein, taken 9/9/02; Gordon Rausser, taken 9/20/02; Robert Tarola, taken 9/20/02 |  |

**Duplicating Costs-Outside Total**                                                                       **10,671.75**

**Postage**

| 08/07/2002 | Postage Charged by  on 07/31/2002 | 4.65 |

    **Postage Total**                                                                                           **4.65**

**Court Reporting Services**

| 12/02/2002 | VENDOR: Jane Rose Reporting Inc.; INVOICE#: 1056201; DATE: 10/28/2002  -  Deposition of Charles Bates  09/12/02  Wash DC WR Grace | 1,021.85 |

    **Court Reporting Services Total**                                                            **1,021.85**

**Process Service & Calendar Watch**

| 12/02/2002 | VENDOR: U.S. Document Retrieval Service, Inc.; INVOICE#: 22840; DATE: 12/2/2002  -  Research & Document Retrieval | 155.45 |
| 12/05/2002 | VENDOR: Pacer Service Center; INVOICE#: 093002; DATE: 9/30/2002  -  Billing cycle 07/01/02 - 09/30/02 | 203.14 |

    **Process Service & Calendar Watch Total**                                           **358.59**

**Miscellaneous**

| 12/12/2002 | VENDOR: Arlene G. Krieger; INVOICE#: 121002; DATE: 12/12/2002  -  Telephone Conference | 18.80 |

    **Miscellaneous Total**                                                                              **18.80**

**In House Messenger Service**

| 12/09/2002 | Early Bird Messenger 11/27/2002 Vehicle Rush from L. KRUGER to RES-LEWIS KRUGER | 26.95 |

    **In House Messenger Service Total**                                                    **26.95**

**Facsimile Charges**

| 12/02/2002 | FAX # 718-353-2271 | 8.00 |

    **Facsimile Charges Total**                                                                       **8.00**

**Travel Expenses - Transportation**

| 12/17/2002 | VENDOR: Ken Pasquale; INVOICE#: 12/13/02; DATE: 12/17/2002  -  11/27   CONF. IN NEWARK, NJ - PARKING AND MILEAGE | 18.76 |
| 12/27/2002 | AMEX KRIEGER/ARLENE  on 10/24/2002 | 47.00 |
| 12/27/2002 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 10/24/2002 | 198.00 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Travel Expenses - Transportation Total** | **263.76** |
| | **Word Processing - Logit** | |
| 12/04/2002 | | 60.00 |
| 12/05/2002 | | 90.00 |
| 12/05/2002 | | 180.00 |
| 12/05/2002 | | 42.00 |
| 12/06/2002 | | 78.00 |
| | **Word Processing - Logit Total** | **450.00** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 57.79 |
| Meals | 30.81 |
| Local Transportation | 257.28 |
| Long Distance Telephone | 57.01 |
| Duplicating Costs-in House | 104.90 |
| Duplicating Costs-Outside | 10671.75 |
| Postage | 4.65 |
| Court Reporting Services | 1021.85 |
| Process Service & Calendar Watch | 358.59 |
| Miscellaneous | 18.80 |
| In House Messenger Service | 26.95 |
| Facsimile Charges | 8.00 |
| Travel Expenses - Transportation | 263.76 |
| Word Processing - Logit | 450.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 13,332.14 |
|---|---|