```
Date: 11/19/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 10/17/02  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2    100.00
 #1506     meeting Relles re: discuss next steps                 500.00

 10/17/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.2     66.00
 #1710     meeting Peterson re: discuss next steps               330.00
```

{D0006580:1 }

```
Date: 11/19/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 2

                      W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 10/09/02  Relles    / (11) Fee Applications, Applicant        1.0       330.00
 #1707     construct bills                                   330.00
```

{D0006580:1 }

```
Date: 11/19/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 3

                     W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 10/01/02  Brauner   / (14) Hearings                              2.1     388.50
 #1901     revise Powerpoint graphics according to Peterson and 185.00
           Relles specifications

 10/01/02  Peterson  / (14) Hearings                              1.0     500.00
 #1501     telephone Relles (several re: revisions to charts    500.00

 10/01/02  Peterson  / (14) Hearings                              1.6     800.00
 #1502     Review reports and analysis to prepare               500.00
           demonstratives

 10/01/02  Relles    / (14) Hearings                              1.9     627.00
 #1701     review and revise charts; telephone Peterson         330.00
           (several, 1.0) re: revisions

 10/02/02  Peterson  / (14) Hearings                              1.0     500.00
 #1503     Telephone Relles (several) re: preparation of        500.00
           exhibits for hearing

 10/02/02  Peterson  / (14) Hearings                              2.7    1350.00
 #1504     Review and modify exhibits                           500.00

 10/02/02  Relles    / (14) Hearings                              1.0     330.00
 #1702     Telephone Peterson (several) re: preparation of      330.00
           exhibits for hearing

 10/02/02  Relles    / (14) Hearings                              1.4     462.00
 #1703     additional chart revisions                           330.00

 10/05/02  Brauner   / (14) Hearings                              1.7     314.50
 #1902     prepare several additional graphics                  185.00

 10/05/02  Relles    / (14) Hearings                              1.0     330.00
 #1704     prepare additional graphics                          330.00

 10/06/02  Brauner   / (14) Hearings                              2.5     462.50
 #1903     prepare several additional graphics                  185.00

 10/06/02  Peterson  / (14) Hearings                              3.2    1600.00
 #1505     Review and modify demonstrative exhibits; telephone  500.00
           Relles to discuss (1.3)
```

{D0006580:1 }

```
Date: 11/19/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 4

                       W. R. Grace (continued)


Date/Slip# Description                                       HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 10/06/02  Relles    / (14) Hearings                             3.2    1056.00
 #1706     produce additional graphics, display moratorium     330.00
           effects; telephone Peterson (several, 1.3) re:
           revisions

 10/11/02  Relles    / (14) Hearings                             0.2      66.00
 #1708     status of case, testimony                           330.00

 10/21/02  Peterson  / (14) Hearings                             2.0    1000.00
 #1507     Review Peterson deposition                          500.00

 10/29/02  Peterson  / (14) Hearings                             2.0    1000.00
 #1508     Telephone Finch and Swett re: deposition transcript 500.00
           (.1); edit transcript for errors

 10/30/02  Peterson  / (14) Hearings                             0.5     250.00
 #1509     Prepare for Swett telephone call; review documents  500.00

 10/30/02  Peterson  / (14) Hearings                             2.4    1200.00
 #1510     Review and make corrections to deposition           500.00

 10/31/02  Peterson  / (14) Hearings                             1.1     550.00
 #1511     Draft memo to Swett re: analysis of WRG data        500.00

 10/31/02  Peterson  / (14) Hearings                             1.7     850.00
 #1512     Review and make corrections to deposition           500.00
```

{D0006580:1 }

```
Date: 11/19/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 5

                       W. R. Grace (continued)


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 10/05/02  Relles    / (28) Data Analysis                       0.3    99.00
 #1705     back up and archive programs                       330.00

 10/11/02  Relles    / (28) Data Analysis                       0.3    99.00
 #1709     download and scan ARPC 1999 and 2000 analysis      330.00
           databases

 10/26/02  Brelsford / (28) Data Analysis                       0.3    60.00
 #2201     organize and archive data files and email          200.00
------------------------------------------------------------------------------
```

{D0006580:1 }

```
Date: 11/19/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 6

                         W. R. Grace (continued)

                Summary Of Time Charges, By Month and Activity
                         October 2002 - October 2002

   MONTH       ACTIVITY                                      HOURS      AMOUNT
   ----------------------------------------------------------------------------
   October   - (05) Claims Anal Objectn/Resolutn (Asbest)      0.4      166.00
   October   - (11) Fee Applications, Applicant                1.0      330.00
   October   - (14) Hearings                                  34.2    13636.50
   October   - (28) Data Analysis                              0.9      258.00
   October   - (99) Total                                     36.5    14390.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)      0.4      166.00
   Total     - (11) Fee Applications, Applicant                1.0      330.00
   Total     - (14) Hearings                                  34.2    13636.50
   Total     - (28) Data Analysis                              0.9      258.00
   Total     - (99) Total                                     36.5    14390.50


   ----------------------------------------------------------------------------
```

{D0006580:1 }

```
Date: 11/19/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 7

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                      October 2002 - October 2002

 MONTH      PERSON                                         HOURS      AMOUNT
 ----------------------------------------------------------------------------
 October   - Relles                                         10.5     3465.00
 October   - Peterson                                       19.4     9700.00
 October   - Brauner                                         6.3     1165.50
 October   - Brelsford                                       0.3       60.00
 October   - Total                                          36.5    14390.50

 Total     - Relles                                         10.5     3465.00
 Total     - Peterson                                       19.4     9700.00
 Total     - Brauner                                         6.3     1165.50
 Total     - Brelsford                                       0.3       60.00
 Total     - Total                                          36.5    14390.50


------------------------------------------------------------------------------
```

{D0006580:1 }

```
Date: 11/19/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 8

                   W. R. Grace (continued)

            Summary Of Time Charges, By Activity, Month, and Person
                        October 2002 - October 2002

  MONTH      PERSON                                HOURS    RATE     AMOUNT
  ---------------------------------------------------------------------------
  (05) Claims Anal Objectn/Resolutn (Asbest)

  October   - Relles                                 0.2    330.      66.00
  October   - Peterson                               0.2    500.     100.00

  (11) Fee Applications, Applicant

  October   - Relles                                 1.0    330.     330.00

  (14) Hearings

  October   - Relles                                 8.7    330.    2871.00
  October   - Peterson                              19.2    500.    9600.00
  October   - Brauner                                6.3    185.    1165.50

  (28) Data Analysis

  October   - Relles                                 0.6    330.     198.00
  October   - Brelsford                              0.3    200.      60.00

  ---------------------------------------------------------------------------
```

{D0006580:1 }