```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                          HOURS/RATE   AMOUNT
----------------------------------------------------------------------------------
 11/13/02  Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)   0.5       165.00
 #2604     telephone Peterson re: plans for analysis of            330.00
           Grace/Manville linked data
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 2

                     W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
11/11/02    Peterson  / (07) Committee, Creditors'              0.3     150.00
#2403       Telephone Friedman and Finch re: preparation for  500.00
            trial

11/13/02    Peterson  / (07) Committee, Creditors'              1.0     500.00
#2404       Telephone Finch (.5) and preparation, re: forecasts 500.00

11/13/02    Peterson  / (07) Committee, Creditors'              0.5     250.00
#2406       Telephone Finch and Relles re: forecasts and      500.00
            demonstratives

11/13/02    Relles    / (07) Committee, Creditors'              0.5     165.00
#2605       telephone Peterson and Finch re: data requests    330.00

11/14/02    Peterson  / (07) Committee, Creditors'              1.9     950.00
#2409       Telephone Finch re: annual forecasts; review      500.00
            Finch-Relles correspondence about annual forecasts;
            email to Gries re: annual forecasts

11/15/02    Peterson  / (07) Committee, Creditors'              1.4     700.00
#2410       Review Relles-Finch correspondence re: Bates'     500.00
            forecasts; review Bates' tables

11/19/02    Peterson  / (07) Committee, Creditors'              2.5    1250.00
#2419       Conference call Finch, Relles re: demonstrative   500.00
            exhibits

11/19/02    Relles    / (07) Committee, Creditors'              2.5     825.00
#2619       conference call with Finch and Peterson re: exhibits 330.00
            for trial

11/22/02    Relles    / (07) Committee, Creditors'              0.7     231.00
#2627       telephone Peterson, Finch, Boyer re: issues to    330.00
            discuss with financial analysts

11/22/02    Relles    / (07) Committee, Creditors'              0.4     132.00
#2628       telephone Peterson re: followup to Finch and Boyer 330.00
            phone calls

11/23/02    Relles    / (07) Committee, Creditors'              0.6     198.00
#2632       conference call with Finch and Boyer re: explaining 330.00
            steps between Peterson and financial analysts'
            reports
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                                Page 3

                    W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 11/24/02  Peterson  / (07) Committee, Creditors'             0.5       250.00
 #2433     Conference call: Finch, Boyer, Gries Relles,     500.00
           Friedman re: 2001 Forecast

 11/24/02  Relles    / (07) Committee, Creditors'             0.5       165.00
 #2637     conference call with Finch, Friedman, Boyer, Gries, 330.00
           Peterson

 11/29/02  Peterson  / (07) Committee, Creditors'             0.2       100.00
 #2444     Telephone Finch and Relles about settlement of   500.00
           fraudulent conveyance action

 11/29/02  Relles    / (07) Committee, Creditors'             0.2        66.00
 #2649     telephone Finch and Peterson about settlement of  330.00
           fraudulent conveyance action
```

{D0007060:1 }

```
Date: 12/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 4

                    W. R. Grace (continued)


Date/Slip#  Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
11/07/02    Peterson  / (14) Hearings                            1.3      650.00
#2401       Review September and August reports; review        500.00
            demonstratives

11/10/02    Peterson  / (14) Hearings                            4.3     2150.00
#2402       Review KPMG and Bates reports'; review LAS responses 500.00
            to KPMG and Bates' reports

11/13/02    Peterson  / (14) Hearings                            1.9      950.00
#2405       Work on demonstratives for trial                   500.00

11/15/02    Peterson  / (14) Hearings                            2.6     1300.00
#2411       Review analyses from LAS July report               500.00

11/15/02    Relles    / (14) Hearings                            1.8      594.00
#2613       produce graphical summaries of mesothelioma counts, 330.00
            allocations, and propensities to sue; memo to Finch
            and Swett

11/16/02    Peterson  / (14) Hearings                            5.4     2700.00
#2412       Review RPC reports, Rourke and Florence depositions; 500.00
            LAS comments on RPC reports

11/17/02    Peterson  / (14) Hearings                            3.8     1900.00
#2413       Review Grace Monthly Asbestos Litigation Reports   500.00

11/17/02    Peterson  / (14) Hearings                            3.5     1750.00
#2414       Review LAS August and September reports            500.00

11/17/02    Peterson  / (14) Hearings                            0.3      150.00
#2415       Review NPV calculations from Relles                500.00

11/17/02    Relles    / (14) Hearings                            0.8      264.00
#2614       run NPV computations with insurance, send to Finch 330.00
            and Peterson

11/17/02    Relles    / (14) Hearings                            2.3      759.00
#2615       estimate trends in settlement rates                330.00

11/18/02    Peterson  / (14) Hearings                            1.0      500.00
#2416       email correspondence with Finch, with Boyer: re:   500.00
            annual forecasts

11/18/02    Peterson  / (14) Hearings                            0.7      350.00
#2417       Review summary of Grace MALs reports               500.00
```

{D0007060:1 }

```
Date: 12/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 5

                     W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
11/18/02    Peterson  / (14) Hearings                            1.2    600.00
#2418       Review Finch suggestions re: demonstratives;      500.00
            telephone Relles (.3)

11/18/02    Relles    / (14) Hearings                            0.3     99.00
#2617       telephone Peterson re: Finch suggestions on       330.00
            demonstratives

11/19/02    Peterson  / (14) Hearings                            3.1   1550.00
#2421       Review reports and demonstratives in preparation for 500.00
            trial

11/20/02    Peterson  / (14) Hearings                            0.6    300.00
#2422       Review USCS report on cancer statistics           500.00

11/20/02    Peterson  / (14) Hearings                            4.5   2250.00
#2423       Develop additional demonstrative exhibits; telephone 500.00
            Relles (1.8) re: exhibits

11/20/02    Relles    / (14) Hearings                            0.5    165.00
#2620       review USCS cancer report                         330.00

11/20/02    Relles    / (14) Hearings                            3.8   1254.00
#2621       revise Powerpoint charts following Finch/Peterson 330.00
            discussion

11/20/02    Relles    / (14) Hearings                            1.8    594.00
#2622       telephone Peterson re: revised charts            330.00

11/21/02    Peterson  / (14) Hearings                            2.1   1050.00
#2424       Review Finch materials on Bates testimony        500.00

11/21/02    Peterson  / (14) Hearings                            2.2   1100.00
#2425       Work on demonstrative exhibits; telephone Relles 500.00
            (.7)

11/21/02    Relles    / (14) Hearings                            1.9    627.00
#2624       review, edit, and revise new charts; telephone   330.00
            Peterson (.7) re: charts

11/22/02    Peterson  / (14) Hearings                            2.7   1350.00
#2426       Work on demonstrative exhibits                   500.00
```

```
Date: 12/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                         Page 6

                     W. R. Grace (continued)


Date/Slip#  Description                                   HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
11/22/02    Peterson  / (14) Hearings                            1.7   850.00
#2427       Review Boyer materials; conference: Boyer, Finch,  500.00
            Relles (0.7) re: annual forecasts; telephone Relles
            (.4) re: Boyer followup to phone call

11/22/02    Peterson  / (14) Hearings                            1.2   600.00
#2428       Review analysis files to prepare for testimony    500.00

11/22/02    Relles    / (14) Hearings                            0.3    99.00
#2625       telephone Finch re: changes to Powerpoint charts  330.00

11/22/02    Relles    / (14) Hearings                            0.5   165.00
#2626       review Powerpoint charts from Finch               330.00

11/23/02    Brauner   / (14) Hearings                            2.9   536.50
#2801       develop several new Powerpoint exhibits           185.00

11/23/02    Peterson  / (14) Hearings                            0.5   250.00
#2429       Conference call with Finch and Relles re: forecast 500.00
            as of April 2001

11/23/02    Peterson  / (14) Hearings                            0.6   300.00
#2430       Conference call with Finch, Relles and Boyer (.6) 500.00
            re: forecast as of April 2001

11/23/02    Peterson  / (14) Hearings                            3.5  1750.00
#2431       Review April 2001 forecast; telephone Relles (.5); 500.00
            draft memo to Boyer

11/23/02    Peterson  / (14) Hearings                            3.2  1600.00
#2432       Work on demonstratives; telephone Relles (several 500.00
            1.0)

11/23/02    Relles    / (14) Hearings                            1.0   330.00
#2633       work with Brauner on exhibits                     330.00

11/23/02    Relles    / (14) Hearings                            0.5   165.00
#2634       telephone Peterson re: discuss current exhibits,  330.00
            identify additional variations

11/24/02    Brauner   / (14) Hearings                            2.8   518.00
#2802       develop several new Powerpoint exhibits           185.00
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                        Page 7

                    W. R. Grace (continued)


Date/Slip# Description                                  HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 11/24/02  Peterson  / (14) Hearings                         2.2    1100.00
 #2434     Work on demonstratives; telephone Relles (several 500.00
           1.0)

 11/24/02  Peterson  / (14) Hearings                         2.5    1250.00
 #2435     Review drafts of demonstratives and LAS reports to 500.00
           prepare for hearing

 11/24/02  Relles    / (14) Hearings                         1.3     429.00
 #2635     work with Brauner on exhibits                   330.00

 11/24/02  Relles    / (14) Hearings                         0.8     264.00
 #2636     prepare for conference call                     330.00

 11/24/02  Relles    / (14) Hearings                         0.3      99.00
 #2638     put tables into spreadsheets, send to Boyer     330.00

 11/24/02  Relles    / (14) Hearings                         1.0     330.00
 #2639     telephone Peterson (several) re: work on        330.00
           demonstratives

 11/25/02  Peterson  / (14) Hearings                         0.2     100.00
 #2436     telephone Relles re: computations to investigate 500.00
           Bates' assertions

 11/25/02  Relles    / (14) Hearings                         0.2      66.00
 #2640     telephone Peterson re: computations to investigate 330.00
           Bates' assertions

 11/26/02  Peterson  / (14) Hearings                         3.1    1550.00
 #2437     Review Peterson deposition transcripts          500.00

 11/26/02  Relles    / (14) Hearings                         0.8     264.00
 #2641     download and review revisions by Finch         330.00

 11/27/02  Peterson  / (14) Hearings                         1.8     900.00
 #2438     Telephone Finch and Relles re: work on          500.00
           demonstratives

 11/27/02  Peterson  / (14) Hearings                         6.9    3450.00
 #2439     Work on demonstratives for hearing; review Bates 500.00
           report to prepare responsive demonstratives
```

{D0007060:1 }

```
Date: 12/16/02            Legal Analysis Systems, Inc.
Time: 7:00am                                                             Page 8

                     W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 11/27/02  Relles    / (14) Hearings                              2.4    792.00
 #2642     work through Peterson graphics, checking and filling 330.00
           in missing numbers, incorporating Finch edits

 11/27/02  Relles    / (14) Hearings                              1.8    594.00
 #2643     telephone Finch and Peterson re: work on             330.00
           demonstratives

 11/28/02  Peterson  / (14) Hearings                              4.7   2350.00
 #2440     Review LAS reports for hearing                       500.00

 11/28/02  Peterson  / (14) Hearings                              1.4    700.00
 #2441     work on demonstratives; telephone Relles (.4) re:    500.00
           same

 11/28/02  Relles    / (14) Hearings                              0.4    132.00
 #2644     telephone Peterson re: work on demonstratives        330.00

 11/28/02  Relles    / (14) Hearings                              4.2   1386.00
 #2645     derive inflated (cpi) liability+defense-cost         330.00
           estimates under various forecast scenarios for
           Peterson exhibits

 11/29/02  Peterson  / (14) Hearings                              0.4    200.00
 #2442     telephone Relles re: graphics, Bates cumulative      500.00
           exposure population

 11/29/02  Peterson  / (14) Hearings                              1.1    550.00
 #2443     Develop additional graphic exhibits for hearing      500.00

 11/29/02  Relles    / (14) Hearings                              1.6    528.00
 #2646     finish obtaining cpi-inflated liability+defense-cost 330.00
           estimates; update Peterson testimony graphics

 11/29/02  Relles    / (14) Hearings                              0.7    231.00
 #2647     obtain Bates cumulative exposure population numbers  330.00
           and graphics

 11/29/02  Relles    / (14) Hearings                              0.4    132.00
 #2648     telephone Peterson re: graphics, Bates cumulative    330.00
           exposure population

 11/29/02  Relles    / (14) Hearings                              2.5    825.00
 #2650     archive all Grace datasets and programs              330.00
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                           Page 9

                    W. R. Grace (continued)


Date/Slip#  Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 11/13/02   Peterson  / (28) Data Analysis                     1.0      500.00
 #2407      Review Grace-Manville database; telephone Relles  500.00
            (.5)

 11/13/02   Relles    / (28) Data Analysis                     0.2       66.00
 #2601      download merged Grace/Manville data               330.00

 11/13/02   Relles    / (28) Data Analysis                     1.4      462.00
 #2602      read and convert Grace/Manville data to ascii     330.00

 11/13/02   Relles    / (28) Data Analysis                     0.4      132.00
 #2603      prepare spreadsheet for Finch et al; prepare      330.00
            frequencies and listings to review with Peterson

 11/14/02   Peterson  / (28) Data Analysis                     2.7     1350.00
 #2408      Review annual values/amounts of claims telephone  500.00
            Relles (many 1.4)

 11/14/02   Relles    / (28) Data Analysis                     0.7      231.00
 #2606      review cdroms sent with Peterson reports; verify  330.00
            Grace received projections

 11/14/02   Relles    / (28) Data Analysis                     1.2      396.00
 #2607      find computations and results associated with     330.00
            Peterson projection summaries

 11/14/02   Relles    / (28) Data Analysis                     1.4      462.00
 #2608      telephone Peterson (several calls) re: projections, 330.00
            conversation to cash flows required by financial
            analysts

 11/14/02   Relles    / (28) Data Analysis                     2.2      726.00
 #2609      assemble year by year npv projection information; 330.00
            inflate by cpi

 11/14/02   Relles    / (28) Data Analysis                     0.6      198.00
 #2610      summarize for Mike Gries (financial analyst); send 330.00
            information to Finch, Gries

 11/14/02   Relles    / (28) Data Analysis                     0.4      132.00
 #2611      miscellaneous email correspondence with Finch     330.00

 11/14/02   Relles    / (28) Data Analysis                     0.9      297.00
 #2612      access Bates spreadsheet, extract mesothelioma    330.00
            numbers
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                          Page 10

                        W. R. Grace (continued)


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 11/18/02  Relles   / (28) Data Analysis                         0.6   198.00
 #2616     respond to Finch email re: Bates tables             330.00

 11/19/02  Peterson / (28) Data Analysis                         3.0  1500.00
 #2420     Prepare for conference call with Finch and Relles;  500.00
           review demonstratives and analyses described by
           demonstratives

 11/19/02  Relles   / (28) Data Analysis                         3.2  1056.00
 #2618     review reports and computer code in preparation for 330.00
           conference call with Finch

 11/21/02  Relles   / (28) Data Analysis                         2.3   759.00
 #2623     review old analyses for numbers to enter into new   330.00
           charts; develop tables for charts

 11/22/02  Relles   / (28) Data Analysis                         1.7   561.00
 #2629     review computations leading to spreadsheets sent to 330.00
           financial analysts

 11/23/02  Relles   / (28) Data Analysis                         1.3   429.00
 #2630     replicate old computations to understand spreadsheet 330.00
           discrepancies

 11/23/02  Relles   / (28) Data Analysis                         1.5   495.00
 #2631     telephone Peterson (several calls) re: appendix B   330.00
           versus tables on page 11
------------------------------------------------------------------------------
```

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                              Page 12

                        W. R. Grace (continued)

                 Summary Of Time Charges, By Month and Activity
                         November 2002 - November 2002

   MONTH        ACTIVITY                                         HOURS     AMOUNT
   -------------------------------------------------------------------------------
   November  - (05) Claims Anal Objectn/Resolutn (Asbest)          0.5     165.00
   November  - (07) Committee, Creditors'                         13.7    5932.00
   November  - (14) Hearings                                     115.8   50341.50
   November  - (28) Data Analysis                                 26.7    9950.00
   November  - (99) Total                                        156.7   66388.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)          0.5     165.00
   Total     - (07) Committee, Creditors'                         13.7    5932.00
   Total     - (14) Hearings                                     115.8   50341.50
   Total     - (28) Data Analysis                                 26.7    9950.00
   Total     - (99) Total                                        156.7   66388.50
```

--------------------------------------------------------------------------------

{D0007060:1 }

```
Date: 12/16/02              Legal Analysis Systems, Inc.
Time: 7:00am                                                       Page 13

                       W. R. Grace (continued)

                Summary Of Time Charges, By Month and Person
                       November 2002 - November 2002

   MONTH       PERSON                                      HOURS     AMOUNT
   ---------------------------------------------------------------------
   November  - Relles                                       59.8   19734.00
   November  - Peterson                                     91.2   45600.00
   November  - Brauner                                       5.7    1054.50
   November  - Total                                       156.7   66388.50

   Total     - Relles                                       59.8   19734.00
   Total     - Peterson                                     91.2   45600.00
   Total     - Brauner                                       5.7    1054.50
   Total     - Total                                       156.7   66388.50


   ---------------------------------------------------------------------
```

{D0007060:1 }

```
Date: 12/16/02             Legal Analysis Systems, Inc.
Time: 7:00am                                                       Page 14

                      W. R. Grace (continued)

              Summary Of Time Charges, By Activity, Month, and Person
                          November 2002 - November 2002

MONTH      PERSON                                  HOURS    RATE      AMOUNT
-----------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

November  - Relles                                   0.5    330.       165.00

(07) Committee, Creditors'

November  - Relles                                   5.4    330.      1782.00
November  - Peterson                                 8.3    500.      4150.00

(14) Hearings

November  - Relles                                  33.9    330.     11187.00
November  - Peterson                                76.2    500.     38100.00
November  - Brauner                                  5.7    185.      1054.50

(28) Data Analysis

November  - Relles                                  20.0    330.      6600.00
November  - Peterson                                 6.7    500.      3350.00

-----------------------------------------------------------------------------
```

{D0007060:1 }