```
Date: 01/20/03              Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 12/03/02  Peterson  / (07) Committee, Creditors'                  0.5    250.00
 #3301     Telephone Russell Budd re: questions about expert    500.00
           analysis

 12/03/02  Peterson  / (28) Data Analysis                          2.8   1400.00
 #3302     Review forecasts from LAS Sealed Air report;         500.00
           abstract LAS report; draft memo to Budd re:
           forecasts

 12/04/02  Peterson  / (28) Data Analysis                          1.8    900.00
 #3303     Assemble information on forecasted liabilities and   500.00
           provided to Tersigni for conference call with
           committee

 12/04/02  Peterson  / (28) Data Analysis                          0.7    350.00
 #3304     Send material on Grace liabilities to Budd           500.00

 12/10/02  Peterson  / (28) Data Analysis                          0.3    150.00
 #3305     communications with Berkin re: Grace liability       500.00

 12/20/02  Relles    / (28) Data Analysis                          2.4    792.00
 #3501     develop templates for report in preparation for      330.00
           Finch meeting

 12/23/02  Relles    / (28) Data Analysis                          1.6    528.00
 #3502     work on developing templates for report             330.00
--------------------------------------------------------------------------------
```

{D0007848:1 }

```
Date: 01/20/03            Legal Analysis Systems, Inc.
Time: 9:00am                                                            Page 2

                       W. R. Grace (continued)

               Summary Of Time Charges, By Month and Activity
                      December 2002 - December 2002

   MONTH        ACTIVITY                                      HOURS    AMOUNT
   --------------------------------------------------------------------------
   December  - (07) Committee, Creditors'                       0.5     250.00
   December  - (28) Data Analysis                               9.6    4120.00
   December  - (99) Total                                      10.1    4370.00

   Total     - (07) Committee, Creditors'                       0.5     250.00
   Total     - (28) Data Analysis                               9.6    4120.00
   Total     - (99) Total                                      10.1    4370.00


   ---------------------------------------------------------------------------
```

{D0007848:1 }

```
Date: 01/20/03            Legal Analysis Systems, Inc.
Time: 9:00am                                                              Page 3

                    W. R. Grace (continued)

             Summary Of Time Charges, By Month and Person
                    December 2002 - December 2002

  MONTH        PERSON                                          HOURS    AMOUNT
  ---------------------------------------------------------------------------
  December  - Relles                                             4.0   1320.00
  December  - Peterson                                           6.1   3050.00
  December  - Total                                             10.1   4370.00

  Total     - Relles                                             4.0   1320.00
  Total     - Peterson                                           6.1   3050.00
  Total     - Total                                             10.1   4370.00


  ---------------------------------------------------------------------------
```

{D0007848:1 }

```
Date: 01/20/03            Legal Analysis Systems, Inc.
Time: 9:00am                                                             Page 4

                     W. R. Grace (continued)

           Summary Of Time Charges, By Activity, Month, and Person
                      December 2002 - December 2002

 MONTH       PERSON                                  HOURS    RATE    AMOUNT
 ----------------------------------------------------------------------------
 (07) Committee, Creditors'

 December  - Peterson                                  0.5    500.     250.00

 (28) Data Analysis

 December  - Relles                                    4.0    330.    1320.00
 December  - Peterson                                  5.6    500.    2800.00

 ----------------------------------------------------------------------------
```

{D0007848:1 }