**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**November 18, 2002**

**Invoice No. 12302**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period Octber 1, 2002 through October 31, 2002 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - Managing Director | 12.10 | $5,142.50 |
| Bradley Rapp - Managing Director | 12.40 | $5,270.00 |
| Brian Cavanaugh - Managing Director | 4.30 | $1,827.50 |
| Michael Berkin - Managing Director | 10.80 | $4,590.00 |
| Peter Rubsam - Director | 5.75 | $1,840.00 |
| Susan Plotzky - Director | 0.80 | $256.00 |
| Elizabeth Tersigni - Senior Consultant | 11.30 | $2,090.50 |
| Dottie-Jo Collins - Manager | 2.70 | $648.00 |

| Expenses   (see Schedule C) | |
|---|---:|
| Federal Express, Telephone, Xerox | $109.33 |
| **T O T A L** | $21,773.83 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                      by Billing Matter Category.

Case 01-01139-AMC    Doc 3356-1    Filed 02/10/03    Page 2 of 9

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

**November 18, 2002**                                **Invoice No. 12302**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R. Grace

Summary of Professional Services Rendered:   October 1 -31, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $425 | 12.10 | $5,142.50 |
| Bradley Rapp | Schedule A | $425 | 12.40 | $5,270.00 |
| Brian Cavanaugh | Schedule A | $425 | 4.30 | $1,827.50 |
| Michael Berkin | Schedule A | $425 | 10.80 | $4,590.00 |
| Peter Rubsam | Schedule A | $320 | 5.75 | $1,840.00 |
| Susan Plotzky | Schedule A | $320 | 0.80 | $256.00 |
| Elizabeth Tersigni | Schedule A | $185 | 11.30 | $2,090.50 |
| Dottie-Jo Collins | Schedule A | $240 | 2.70 | $648.00 |
| **Total Professional Services- Schedule A:** | | | 60.15 | $21,664.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $109.33 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $21,773.83 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                      by Billing Matter Category.

# W.R. Grace

# Schedule A

**Services Rendered during the Period:   October 1 -31, 2002.**

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - Managing Director** | | | | | | |
| 10/1/02 | LT | Preparation of enterprise valuation, debt capacity and market price analysis based upon varying assumptions provided by counsel to ACC | 07 | 3.70 | $425.00 | $1,572.50 |
| 10/1/02 | LT | Preparation of memorandum and related analysis to counsel to ACC regarding debt capacity and market price analysis based upon varying assumptions | 07 | 1.80 | $425.00 | $765.00 |
| 10/2/02 | LT | Memorandum to ACC counsel regarding enterprise value, debt capacity and market price analysis | 07 | 0.50 | $425.00 | $212.50 |
| 10/2/02 | LT | Review and analysis of debtors motion regarding amendment to Paul Norris Employment Agreement | 08 | 1.50 | $425.00 | $637.50 |
| 10/2/02 | LT | Review of August 2002 Fee Application and related diary entries | 12 | 0.80 | $425.00 | $340.00 |
| 10/4/02 | LT | Discussion of observations and recommendations regarding Paul Norris contract extension with counsel | 08 | 0.20 | $425.00 | $85.00 |
| 10/4/02 | LT | Review and analysis of debtors proposal regarding extension of Paul Norris Executive Compensation contract | 08 | 1.00 | $425.00 | $425.00 |
| 10/8/02 | LT | Discussion with counsel to ACC regarding issues related to extension of employment contract for Paul Norris, CEO | 07 | 0.50 | $425.00 | $212.50 |
| 10/30/02 | LT | Research regarding discount rate for contingent liabilities as per counsels request | 07 | 2.10 | $425.00 | $892.50 |
| | | **Sub-Total** | | 12.10 | | $5,142.50 |
| **Bradley Rapp - Managing Director** | | | | | | |
| 10/26/02 | BR | Review of memorandum from counsel requesting follow-up research on certain issues for purpose of assisting with fraudulent transfer litigation | 16 | 1.40 | $425.00 | $595.00 |
| 10/28/02 | BR | Research of valuation literature for proper means of determining present value of liabilities in the context of fraudulent conveyances at the request of counsel | 16 | 3.40 | $425.00 | $1,445.00 |
| 10/28/02 | BR | Review and analysis of Order of Estimation of asbestos liabilities in Chapter 11 proceedings for purpose of ascertaining method of discounting asbestos liabilities | 16 | 2.20 | $425.00 | $935.00 |
| 10/28/02 | BR | Review of certain accounting literature references provided by counsel in connection with fraudulent transfer litigation | 16 | 3.30 | $425.00 | $1,402.50 |
| 10/31/02 | BR | Review of valuation literature to ascertain the appropriate discount rate to be used in valuing the asbestos obligations for purposes of fraudulent conveyance actions | 16 | 2.10 | $425.00 | $892.50 |
| | | **Sub-Total** | | 12.40 | | $5,270.00 |
| **Brian Cavanaugh - Managing Director** | | | | | | |
| 10/1/02 | BC | Prepared presentation analysis of Sealed Air alternative settlement scenarios to ACC counsel | 07 | 3.50 | $425.00 | $1,487.50 |
| 10/28/02 | BC | Review of Goldin Memo regarding appropriate discount rate for asbestos liabilities and control valuation standard | 16 | 0.80 | $425.00 | $340.00 |
| | | **Sub-Total** | | 4.30 | | $1,827.50 |
| **Michael Berkin - Managing Director** | | | | | | |
| 10/1/02 | MB | Compilation of issues related to motion authorizing amendment of Paul Norris employment contract to determine whether to recommend objection per request from the ACC counsel | 08 | 1.50 | $425.00 | $637.50 |
| 10/1/02 | MB | Review of affidavit of Nick Bubnovich related to Paul Norris' proposed employment contract amendment in connection with motion analysis | 08 | 0.50 | $425.00 | $212.50 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period:   October 1 -31, 2002.**

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/02 | MB | Review of motion authorizing amendment of Paul Norris employment contract | 08 | 0.70 | $425.00 | $297.50 |
| 10/1/02 | MB | Review of Paul Norris' existing employment contract in connection with motion analysis | 08 | 0.70 | $425.00 | $297.50 |
| 10/1/02 | MB | Review of Paul Norris' proposed employment contract amendment in connection with motion analysis | 08 | 0.50 | $425.00 | $212.50 |
| 10/2/02 | MB | Analysis of issues related to motion authorizing amendment of Paul Norris employment contract to determine whether to recommend objection per request from the ACC counsel | 08 | 1.00 | $425.00 | $425.00 |
| 10/8/02 | MB | Review and discuss status of COLI motion with ACC counsel | 07 | 0.50 | $425.00 | $212.50 |
| 10/8/02 | MB | Review and discuss status of Norris employment compensation motion with ACC counsel | 08 | 0.50 | $425.00 | $212.50 |
| 10/10/02 | MB | Review 10/9/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 10/24/02 | MB | Determine status and planning session to discuss new projects and current issues | 27 | 0.70 | $425.00 | $297.50 |
| 10/28/02 | MB | Review 10/18/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 10/28/02 | MB | Review 10/25/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 10/29/02 | MB | Formulate questions for Grace related to Midevensa acquisition related to deal structure | 27 | 1.00 | $425.00 | $425.00 |
| 10/29/02 | MB | Review proposed Midevensa acquisition documentation including company analysis and valuation | 27 | 2.30 | $425.00 | $977.50 |
| | | **Sub-Total** | | 10.80 | | $4,590.00 |

## Peter Rubsam - Director

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/02 | PR | Review memo by Seymour Preston regarding discount rates for Sealed Air | 29 | 0.50 | $320.00 | $160.00 |
| 10/29/02 | PR | Reviewed Mergerstat data on precedent transactions from 1996-1998 regarding control premiums and multiples for Sealed Air | 29 | 2.75 | $320.00 | $880.00 |
| 10/29/02 | PR | Reviewed valuation sections in report by Goldin Associates for Sealed Air and all supporting exhibits | 29 | 2.50 | $320.00 | $800.00 |
| | | **Sub-Total** | | 5.75 | | $1,840.00 |

## Susan Plotzky - Director

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/2/02 | SP | Assess and compare Paul Norris employment agreement with regards to overall compensation and retention to comparative companies | 08 | 0.80 | $320.00 | $256.00 |
| | | **Sub-Total** | | 0.80 | | $256.00 |

## Elizabeth Tersigni - Senior Consultant

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/02 | ET | Prepared monthly comparison balance sheet matrix for consolidated W. R. Grace (Filers and Non-Filers). | 29 | 0.70 | $185.00 | $129.50 |
| 10/1/02 | ET | Prepared monthly comparison statement of operations matrix for consolidated W.R. Grace (Filers and Non-Filers). | 29 | 0.60 | $185.00 | $111.00 |
| 10/1/02 | ET | Edit of income statement, balance sheet, cash flow and summary of accounts receivable and aging reconciliation matrixes for W.R. Grace April vs. May 2002 | 29 | 1.00 | $185.00 | $185.00 |
| 10/1/02 | ET | Edit of income statement, balance sheet, cash flow and summary of accounts receivable and aging reconciliation matrixes for W.R. Grace June vs. July 2002 | 29 | 1.00 | $185.00 | $185.00 |
| 10/1/02 | ET | Edit of income statement, balance sheet, cash flow and summary of accounts receivable and aging reconciliation matrixes for W.R. Grace May vs. June 2002 | 29 | 1.00 | $185.00 | $185.00 |
| 10/1/02 | ET | Updated December 2001 and July and August 2002 balance sheet numbers for consolidated W.R. Grace into monthly comparison matrix. | 29 | 0.60 | $185.00 | $111.00 |

# W.R. Grace

# Schedule A

**Services Rendered during the Period:   October 1 -31, 2002.**

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/02 | ET | Updated July 2002 and August 2002 income statement numbers for consolidated W.R. Grace into matrix. Entered year to date consolidated W. R. Grace numbers as of August 2002. Calculated month over month variance. | 29 | 0.60 | $185.00 | $111.00 |
| 10/2/02 | ET | Prepared comparison matrix of core operations of W.R. Grace, comparing August 2002 vs. 2001 and the year-to-date August 2002 vs. 2001 for Davision Chemicals, Performance Chemicals and corporate. Entered August 2002 and 2001 numbers and year-to-date August 2002 and 2001 numbers; calculated variance. | 29 | 0.80 | $185.00 | $148.00 |
| 10/2/02 | ET | Updated July 2002 monthly and July 2002 year-to-date numbers into core operations matrix. | 29 | 0.40 | $185.00 | $74.00 |
| 10/2/02 | ET | Reviewed notes to the consolidated financial statements for August 2002 for W.R. Grace & Co in order to develop commentary in regards to the monthly comparison matrixes. | 29 | 1.00 | $185.00 | $185.00 |
| 10/2/02 | ET | Prepared monthly comparison matrix for consolidated analysis of continuing operations for W.R. Grace & Co. for July 2002. | 29 | 0.30 | $185.00 | $55.50 |
| 10/2/02 | ET | Prepared commentary on core operations operating results for August 2002 for W.R. Grace & Co. | 29 | 1.50 | $185.00 | $277.50 |
| 10/2/02 | ET | Prepared commentary on core operations operating results for July 2002 for W.R. Grace & Co. | 29 | 0.80 | $185.00 | $148.00 |
| 10/3/02 | ET | Completed commentary on core operations operating results for July 2002 for W.R. Grace & Co. | 29 | 1.00 | $185.00 | $185.00 |
| | | **Sub-Total** | | 11.30 | | $2,090.50 |

### Dottie Collins - Manager

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/31/02 | DC | Compilation and consolidation of monthly services rendered | 12 | 2.00 | $240.00 | $480.00 |
| 10/31/02 | DC | Assignment of Monthly Billing Categories | 12 | 0.70 | $240.00 | $168.00 |
| | | **Sub-Total** | | 2.70 | | $648.00 |
| | | **TOTAL   Schedule A :** | | 60.15 | | $21,664.50 |

6

# W.R. Grace

Schedule B

**Services Rendered during the Period: October 31, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/1/02 | LT | Preparation of enterprise valuation, debt capacity and market price analysis based upon varying assumptions provided by counsel to ACC | 07 | 3.70 | $425.00 | $1,572.50 |
| 10/1/02 | LT | Preparation of memorandum and related analysis to counsel to ACC regarding debt capacity and market price analysis based upon varying assumptions | 07 | 1.80 | $425.00 | $765.00 |
| 10/1/02 | BC | Prepared presentation analysis of Sealed Air alternative settlement scenarios to ACC counsel | 07 | 3.50 | $425.00 | $1,487.50 |
| 10/2/02 | LT | Memorandum to ACC counsel regarding enterprise value, debt capacity and market price analysis | 07 | 0.50 | $425.00 | $212.50 |
| 10/8/02 | LT | Discussion with counsel to ACC regarding issues related to extension of employment contract for Paul Norris, CEO | 07 | 0.50 | $425.00 | $212.50 |
| 10/8/02 | MB | Review and discuss status of COLI motion with ACC counsel | 07 | 0.50 | $425.00 | $212.50 |
| 10/30/02 | LT | Research regarding discount rate for contingent liabilities as per counsels request | 07 | 2.10 | $425.00 | $892.50 |
| | | **TOTAL Category 07: Committee, Creditors' Matters** | | 12.60 | | $5,355.00 |
| 10/1/02 | MB | Compilation of issues related to motion authorizing amendment of Paul Norris employment contract to determine whether to recommend objection per request from the ACC counsel | 08 | 1.50 | $425.00 | $637.50 |
| 10/1/02 | MB | Review of affidavit of Nick Bubnovich related to Paul Norris' proposed employment contract amendment in connection with motion analysis | 08 | 0.50 | $425.00 | $212.50 |
| 10/1/02 | MB | Review of motion authorizing amendment of Paul Norris employment contract | 08 | 0.70 | $425.00 | $297.50 |
| 10/1/02 | MB | Review of Paul Norris' existing employment contract in connection with motion analysis | 08 | 0.70 | $425.00 | $297.50 |
| 10/1/02 | MB | Review of Paul Norris' proposed employment contract amendment in connection with motion analysis | 08 | 0.50 | $425.00 | $212.50 |
| 10/2/02 | LT | Review and analysis of debtors motion regarding amendment to Paul Norris Employment Agreement | 08 | 1.50 | $425.00 | $637.50 |
| 10/2/02 | MB | Analysis of issues related to motion authorizing amendment of Paul Norris employment contract to determine whether to recommend objection per request from the ACC counsel | 08 | 1.00 | $425.00 | $425.00 |
| 10/2/02 | SP | Assess and compare Paul Norris employment agreement with regards to overall compensation and retention to comparative companies | 08 | 0.80 | $320.00 | $256.00 |
| 10/4/02 | LT | Discussion of observations and recommendations regarding Paul Norris contract extension with counsel | 08 | 0.20 | $425.00 | $85.00 |
| 10/4/02 | LT | Review and analysis of debtors proposal regarding extension of Paul Norris Executive Compensation contract | 08 | 1.00 | $425.00 | $425.00 |
| 10/8/02 | MB | Review and discuss status of Norris employment compensation motion with ACC counsel | 08 | 0.50 | $425.00 | $212.50 |
| | | **TOTAL Category 08: Employee Benefits/Pension** | | 8.90 | | $3,698.50 |
| 10/2/02 | LT | Review of September 2002 Fee Application and related diary entries | 12 | 0.80 | $425.00 | $340.00 |
| 10/31/02 | DC | Compilation and consolidation of monthly services rendered | 12 | 2.00 | $240.00 | $480.00 |
| 10/31/02 | DC | Assignment of Monthly Billing Categories | 12 | 0.70 | $240.00 | $168.00 |
| | | **TOTAL Category 12: Fee Applications, Applicant** | | 3.50 | | $988.00 |
| 10/26/02 | BR | Review of memorandum from counsel requesting follow-up research on certain issues for purpose of assisting with fraudulent transfer litigation | 16 | 1.40 | $425.00 | $595.00 |
| 10/28/02 | BR | Research of valuation literature for proper means of determining present value of liabilities in the context of fraudulent conveyances at the request of counsel | 16 | 3.40 | $425.00 | $1,445.00 |
| 10/28/02 | BR | Review and analysis of Order of Estimation of asbestos liabilities in Chapter 11 proceedings for purpose of ascertaining method of discounting asbestos liabilities | 16 | 2.20 | $425.00 | $935.00 |
| 10/28/02 | BR | Review of certain accounting literature references provided by counsel in connection with fraudulent transfer litigation | 16 | 3.30 | $425.00 | $1,402.50 |
| 10/28/02 | BC | Review of Goldin Memo regarding appropriate discount rate for asbestos liabilities and control valuation standard | 16 | 0.80 | $425.00 | $340.00 |
| 10/31/02 | BR | Review of valuation literature to ascertain the appropriate discount rate to be used in valuing the asbestos obligations for purposes of fraudulent conveyance actions | 16 | 2.10 | $425.00 | $892.50 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   October 31, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  | **TOTAL Category 16: Litigation and Litigation Consulting** |  | 13.20 |  | $5,610.00 |
| 10/10/02 | MB | Review 10/9/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 10/24/02 | MB | Determine status and planning session to discuss new projects and current issues | 27 | 0.70 | $425.00 | $297.50 |
| 10/28/02 | MB | Review 10/18/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 10/28/02 | MB | Review 10/25/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 10/29/02 | MB | Formulate questions for Grace related to Midevensa acquisition related to deal structure | 27 | 1.00 | $425.00 | $425.00 |
| 10/29/02 | MB | Review proposed Midevensa acquisition documentation including company analysis and valuation | 27 | 2.30 | $425.00 | $977.50 |
|  |  | **TOTAL Category 27: Business Analysis** |  | 4.90 |  | $2,082.50 |
| 10/1/02 | ET | Prepared monthly comparison balance sheet matrix for consolidated W. R. Grace (Filers and Non-Filers). | 29 | 0.70 | $185.00 | $129.50 |
| 10/1/02 | ET | Prepared monthly comparison statement of operations matrix for consolidated W.R. Grace (Filers and Non-Filers). | 29 | 0.60 | $185.00 | $111.00 |
| 10/1/02 | ET | Edit of income statement, balance sheet, cash flow and summary of accounts receivable and aging reconciliation matrixes for W.R. Grace April vs. May 2002 | 29 | 1.00 | $185.00 | $185.00 |
| 10/1/02 | ET | Edit of income statement, balance sheet, cash flow and summary of accounts receivable and aging reconciliation matrixes for W.R. Grace June vs. July 2002 | 29 | 1.00 | $185.00 | $185.00 |
| 10/1/02 | ET | Edit of income statement, balance sheet, cash flow and summary of accounts receivable and aging reconciliation matrixes for W.R. Grace May vs. June 2002 | 29 | 1.00 | $185.00 | $185.00 |
| 10/1/02 | ET | Updated December 2001 and July and August 2002 balance sheet numbers for consolidated W.R. Grace into monthly comparison matrix. | 29 | 0.60 | $185.00 | $111.00 |
| 10/1/02 | ET | Updated July 2002 and August 2002 income statement numbers for consolidated W.R. Grace into matrix. Entered year to date consolidated W. R. Grace numbers as of August 2002. Calculated month over month variance. | 29 | 0.60 | $185.00 | $111.00 |
| 10/2/02 | ET | Prepared comparison matrix of core operations of W.R. Grace, comparing August 2002 vs. 2001 and the year-to-date August 2002 vs. 2001 for Davision Chemicals, Performance Chemicals and corporate. Entered August 2002 and 2001 numbers and year-to-date August 2002 and 2001 numbers; calculated variance. | 29 | 0.80 | $185.00 | $148.00 |
| 10/2/02 | ET | Updated July 2002 monthly and July 2002 year-to-date numbers into core operations matrix. | 29 | 0.40 | $185.00 | $74.00 |
| 10/2/02 | ET | Reviewed notes to the consolidated financial statements for August 2002 for W.R. Grace & Co in order to develop commentary in regards to the monthly comparison matrixes. | 29 | 1.00 | $185.00 | $185.00 |
| 10/2/02 | ET | Prepared monthly comparison matrix for consolidated analysis of continuing operations for W.R. Grace & Co. for July 2002. | 29 | 0.30 | $185.00 | $55.50 |
| 10/2/02 | ET | Prepared commentary on core operations operating results for August 2002 for W.R. Grace & Co. | 29 | 1.50 | $185.00 | $277.50 |
| 10/2/02 | ET | Prepared commentary on core operations operating results for July 2002 for W.R. Grace & Co. | 29 | 0.80 | $185.00 | $148.00 |
| 10/3/02 | ET | Completed commentary on core operations operating results for July 2002 for W.R. Grace & Co. | 29 | 1.00 | $185.00 | $185.00 |
| 10/28/02 | PR | Review memo by Seymour Preston regarding discount rates for Sealed Air | 29 | 0.50 | $320.00 | $160.00 |
| 10/29/02 | PR | Reviewed Mergerstat data on precedent transactions from 1996-1998 regarding control premiums and multiples for Sealed Air | 29 | 2.75 | $320.00 | $880.00 |
| 10/29/02 | PR | Reviewed valuation sections in report by Goldin Associates for Sealed Air and all supporting exhibits | 29 | 2.50 | $320.00 | $800.00 |
|  |  | **TOTAL Category 29: Data Analysis** |  | 17.05 |  | $3,930.50 |
|  |  | **TOTAL Schedule B:** |  | 60.15 |  | $21,664.50 |

# W. R. Grace            Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Federal Express:  AWB# 8371-9613-5933 | 11 | $14.13 |
| Federal Express:  AWB# 8371-9613-6609 | 11 | $12.14 |
| Xerox:   ( 415 x $0.10 per page) | 11 | $41.50 |
| Telephone | 11 | $41.56 |
| **Total Expenses incurred from  October 1 -31, 2002** | 11 | $109.33 |