**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

December 26, 2002

Invoice No. 13702

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period
November 1, 2002 through November 30, 2002 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - Managing Director | 11.10 | $4,717.50 |
| Bradley Rapp - Managing Director | 38.30 | $16,277.50 |
| Brian Cavanaugh - Managing Director | 53.00 | $22,525.00 |
| Michael Berkin - Managing Director | 26.00 | $11,050.00 |
| Dottie-Jo Collins - Manager | 3.70 | $888.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Transportation, Federal Express, Telephone, Fax, Xerox | $267.18 |

**T O T A L**                 $55,725.18

Please Note:   Schedule B (attached)  reflects Professional Services Summary
by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

December 26, 2002

**Invoice No. 13702**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R. Grace

Summary of Professional Services Rendered:   November 1 - 30, 2002

| Name | Schedule | Rate (2002) | Hours | Amount |
|------|----------|-------------|-------|--------|
| Loreto T. Tersigni | Schedule  A | $425 | 11.10 | $4,717.50 |
| Bradley Rapp | Schedule  A | $425 | 38.30 | $16,277.50 |
| Brian Cavanaugh | Schedule  A | $425 | 53.00 | $22,525.00 |
| Michael Berkin | Schedule  A | $425 | 26.00 | $11,050.00 |
| Dottie-Jo Collins | Schedule  A | $240 | 3.70 | $888.00 |
| **Total  Professional  Services- Schedule A:** | | | 132.10 | $55,458.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $267.18 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $55,725.18 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
         by Billing Matter Category.

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  November 1 -30, 2002.

| Date | | Comment | Category | Hours | Rate | Amount |
|------|---|---------|----------|-------|------|--------|

### Loreto Tersigni - Managing Director

| Date | | Comment | Category | Hours | Rate | Amount |
|------|---|---------|----------|-------|------|--------|
| 11/5/02 | LT | Preparation of memorandum to counsel regarding discount rate used to compute Grace's liability | 16 | 1.70 | $425.00 | $722.50 |
| 11/5/02 | LT | Research regarding discount rate to be used in calculation of Grace's liability | 16 | 3.40 | $425.00 | $1,445.00 |
| 11/5/02 | LT | Review and analysis of W.R.Grace 3rd Quarter 2002 Operating results as compared to plan and financial condition | 27 | 2.00 | $425.00 | $850.00 |
| 11/7/02 | LT | Preparation of memorandum of observations and comments of defendant's conclusions regarding discount rate and control premium | 16 | 2.00 | $425.00 | $850.00 |
| 11/8/02 | LT | Preparation of memorandum to counsel regarding circumstance under which control premiums are includable in enterprise valuation | 16 | 1.50 | $425.00 | $637.50 |
| 11/18/02 | LT | Engagement status review including monthly fee application and timekeepers entries for October 2002 | 12 | 0.50 | $425.00 | $212.50 |
| | | **Sub-Total** | | 11.10 | | $4,717.50 |

### Bradley Rapp - Managing Director

| Date | | Comment | Category | Hours | Rate | Amount |
|------|---|---------|----------|-------|------|--------|
| 11/1/02 | BR | Preparation for conf call w/ Nate Finch to discuss fraudulent conveyance issues | 16 | 1.30 | $425.00 | $552.50 |
| 11/1/02 | BR | TeleConference w/ Nate Finch for purpose of discussing valuation issues in connection with fraudulent conveyance litigation | 16 | 0.80 | $425.00 | $340.00 |
| 11/5/02 | BR | Review and analysis of memorandum regarding discount rates and control premiums prepared at the request of counsel | 16 | 1.80 | $425.00 | $765.00 |
| 11/5/02 | BR | Preparation of comments relating to the appropriate discount rate to be used in valuing asbestos liabilities for purpose of modifying draft memorandum to be sent to counsel for the ACC | 16 | 1.30 | $425.00 | $552.50 |
| 11/5/02 | BR | Research on control premiums in the Business Valuation Resources database at request of counsel | 16 | 3.90 | $425.00 | $1,657.50 |
| 11/5/02 | BR | Research on discount rates and valuation methodologies used in fraudulent conveyance litigation at request of counsel | 16 | 3.20 | $425.00 | $1,360.00 |
| 11/6/02 | BR | Review and analysis of control premium articles in Business Valuation Review for purposes of fraudulent conveyance litigation at the request of counsel | 16 | 2.80 | $425.00 | $1,190.00 |
| 11/6/02 | BR | Preparation of comments for counsel regarding control premiums for purposes of assisting counsel in fraudulent conveyance litigation | 16 | 1.80 | $425.00 | $765.00 |
| 11/6/02 | BR | Review of four case opinions provided by counsel relating to the appropriate discount rate to be used in determining the present value of asbestos claims | 16 | 1.40 | $425.00 | $595.00 |
| 11/7/02 | BR | Review and analysis of revised version of memorandum regarding discount rates and standards of value being prepared at the request of counsel | 16 | 2.30 | $425.00 | $977.50 |
| 11/7/02 | BR | Assisted in the drafting of changes to the memorandum regarding discount rates and standards of value for purpose of assisting counsel in fraudulent conveyance litigation | 16 | 1.80 | $425.00 | $765.00 |
| 11/14/02 | BR | Review and analysis of latest draft of memorandum prepared at request of counsel for litigation support purposes | 16 | 1.80 | $425.00 | $765.00 |
| 11/14/02 | BR | Research in online Business Valuation Library relating to appropriate methodology for determining the residual value in a discounted cash flow valuation at the request of counsel | 16 | 3.00 | $425.00 | $1,275.00 |
| 11/14/02 | BR | Review of income approach and residual value techniques in Shannon Pratt's <u>Valuing A Business</u> at the request of counsel | 16 | 1.50 | $425.00 | $637.50 |
| 11/16/02 | BR | Review of income approach and residual value techniques in Al Rappaport's <u>Creating Shareholder Value</u> at request of counsel | 16 | 1.10 | $425.00 | $467.50 |
| 11/16/02 | BR | Review of income approach and residual value techniques in Copland's <u>Valuation</u> at request of counsel | 16 | 2.10 | $425.00 | $892.50 |
| 11/18/02 | BR | Research of valuation literature re specific issues identified by counsel in preparation for meeting with counsel to discuss the same | 16 | 2.70 | $425.00 | $1,147.50 |
| 11/19/02 | BR | Meeting w/ counsel to assist in preparation for fraudulent conveyance trial | 16 | 1.70 | $425.00 | $722.50 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period:  November 1 -30, 2002.**

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/02 | BR | Half of the round trip travel time from Allentown to New York City for meeting with counsel | 21 | 1.40 | $425.00 | $595.00 |
| 11/21/02 | BR | Review of portions of draft report of Seymour Preston at request of counsel in preparation for fraudulent conveyance trial | 16 | 0.60 | $425.00 | $255.00 |
| | | **Sub-Total** | | 38.30 | | $16,277.50 |

## Brian Cavanaugh - Managing Director

| Date | | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/1/02 | BC | Conference call with counsel regarding analysis to be performed relating to Preston Memo | 16 | 0.50 | $425.00 | $212.50 |
| 11/4/02 | BC | Drafting of memorandum, and preparation of related exhibits, to counsel regarding discount rates and valuation standards | 16 | 4.00 | $425.00 | $1,700.00 |
| 11/5/02 | BC | Review of SFA Concept #7 in preparation for analysis of Preston memo regarding the appropriate discount rate for asbestos liabilities | 16 | 3.50 | $425.00 | $1,487.50 |
| 11/5/02 | BC | Review and analysis of issues relating to the appropriate discount rate and valuation standard for WRG | 16 | 2.00 | $425.00 | $850.00 |
| 11/5/02 | BC | Drafting of memorandum to counsel regarding discount rates and valuation standards | 16 | 1.50 | $425.00 | $637.50 |
| 11/6/02 | BC | Review of court cases where the discount rate for certain liabilities was decided in order to advise counsel | 16 | 2.80 | $425.00 | $1,190.00 |
| 11/6/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 2.00 | $425.00 | $850.00 |
| 11/7/02 | BC | Further analysis of valuation literature regarding valuation standards in order to advise counsel | 16 | 1.60 | $425.00 | $680.00 |
| 11/7/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 3.50 | $425.00 | $1,487.50 |
| 11/11/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 1.70 | $425.00 | $722.50 |
| 11/11/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 2.00 | $425.00 | $850.00 |
| 11/12/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 1.30 | $425.00 | $552.50 |
| 11/14/02 | BC | Conference call with counsel regarding litigation support for upcoming trial on fraudulent transfer case | 16 | 0.50 | $425.00 | $212.50 |
| 11/14/02 | BC | Work allocation and scheduling regarding litigation support for upcoming trial | 16 | 0.50 | $425.00 | $212.50 |
| 11/19/02 | BC | Half round trip travel Mendham, NJ-NYC to attend meeting with counsel | 21 | 1.00 | $425.00 | $425.00 |
| 11/19/02 | BC | Meeting with counsel regarding trial preparation on financial issues | 16 | 4.00 | $425.00 | $1,700.00 |
| 11/20/02 | BC | Analysis of scenarios utilizing alternative sets of projections using Goldin's DCF model for purposes of trial preparation | 16 | 3.50 | $425.00 | $1,487.50 |
| 11/20/02 | BC | Assisting counsel in trial preparation related to Goldin's precedent transaction EV analysis | 16 | 1.40 | $425.00 | $595.00 |
| 11/21/02 | BC | Review of previous expert report of Goldin/Preston in preparation for trial | 16 | 1.30 | $425.00 | $552.50 |
| 11/21/02 | BC | Analysis of scenarios utilizing alternative sets of projections using Goldin's DCF model for purposes of trial preparation | 16 | 3.00 | $425.00 | $1,275.00 |
| 11/22/02 | BC | Review of previous expert report of Goldin/Preston in preparation for trial | 16 | 2.50 | $425.00 | $1,062.50 |
| 11/26/02 | BC | Review and analysis of Gries deposition in preparation for trial support on financial issues | 16 | 4.40 | $425.00 | $1,870.00 |
| 11/27/02 | BC | Review and analysis of Preston deposition in preparation for trial support | 16 | 2.30 | $425.00 | $977.50 |
| 11/27/02 | BC | Review and analysis of valuation literature regarding valuation standards and their appropriate use for purposed of advising counsel | 16 | 2.20 | $425.00 | $935.00 |
| | | **Sub-Total** | | 53.00 | | $22,525.00 |

## Michael Berkin - Managing Director

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  November 1 -30, 2002.

| Date | | Comment | Category | Hours | Rate | Amount |
|------|---|---------|----------|-------|------|--------|
| 11/1/02 | MB | Participate in conference call with Grace management to discuss details for Midevensa acquisition | 27 | 0.50 | $425.00 | $212.50 |
| 11/1/02 | MB | Review proposed Midevensa transaction in preparation for conference call with debtor | 27 | 1.80 | $425.00 | $765.00 |
| 11/4/02 | MB | Perform analysis of Midevensa transaction and prepare memorandum summarizing findings | 27 | 1.50 | $425.00 | $637.50 |
| 11/8/02 | MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 07 | 0.80 | $425.00 | $340.00 |
| 11/8/02 | MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 07 | 1.20 | $425.00 | $510.00 |
| 11/8/02 | MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 07 | 1.00 | $425.00 | $425.00 |
| 11/8/02 | MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 07 | 1.30 | $425.00 | $552.50 |
| 11/8/02 | MB | Review 3Q 2002 press release in connection with monitoring continuing operations of the Company | 27 | 1.00 | $425.00 | $425.00 |
| 11/8/02 | MB | Review September monthly operating report in connection with monitoring continuing operations of the Company and reporting operating performance to ACC | 07 | 2.00 | $425.00 | $850.00 |
| 11/11/02 | MB | Preparation of cash flow section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 1.20 | $425.00 | $510.00 |
| 11/11/02 | MB | Preparation of core operations section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 2.50 | $425.00 | $1,062.50 |
| 11/11/02 | MB | Preparation of noncore operations section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 1.30 | $425.00 | $552.50 |
| 11/11/02 | MB | Review 11/8/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 11/12/02 | MB | Review Third Quarter Financial Briefing Package in advance of conference call with debtor to discuss 3Q results | 27 | 1.60 | $425.00 | $680.00 |
| 11/13/02 | MB | Participate in conference call with debtor to discuss third quarter results | 27 | 1.00 | $425.00 | $425.00 |
| 11/13/02 | MB | Summarize important business and legal issues discussed in conference call with debtor | 27 | 1.20 | $425.00 | $510.00 |
| 11/18/02 | MB | Review 11/15/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 11/19/02 | MB | Review financial statements and accompanying notes to the 2002 10Q report | 27 | 1.50 | $425.00 | $637.50 |
| 11/19/02 | MB | Review the management discussion and analysis of the 2002 10Q report as part of the continuing monitoring of Grace's operations | 27 | 1.70 | $425.00 | $722.50 |
| 11/20/02 | MB | Final review and edits of memorandum to ACC counsel related to 2002 third quarter operating results. | 07 | 1.20 | $425.00 | $510.00 |
| 11/20/02 | MB | Research and preparation of COLI motion update section in memorandum to ACC counsel | 07 | 0.80 | $425.00 | $340.00 |
| 11/27/02 | MB | Review 11/22/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| | | **Sub-Total** | | 26.00 | | $11,050.00 |

## Dottie Collins - Manager

| Date | | Comment | Category | Hours | Rate | Amount |
|------|---|---------|----------|-------|------|--------|
| 11/30/02 | DC | Compilation and consolidation of monthly services rendered | 12 | 2.60 | $240.00 | $624.00 |
| 11/30/02 | DC | Assignment of Monthly Billing Categories | 12 | 1.10 | $240.00 | $264.00 |
| | | **Sub-Total** | | 3.70 | | $888.00 |

| | | **TOTAL   Schedule A :** | | 132.10 | | $55,458.00 |

# W.R. Grace

**Schedule   B**

**Services Rendered during the Period:  November 1 -30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|------|-----------|---------|----------|-------|------|--------|
| 11/8/02 | MB | Preparation and analysis of balance sheet for use in operating review memorandum to ACC | 07 | 0.80 | $425.00 | $340.00 |
| 11/8/02 | MB | Preparation and analysis of business unit income statement for use in operating review memorandum to ACC | 07 | 1.20 | $425.00 | $510.00 |
| 11/8/02 | MB | Preparation and analysis of cash flow statement for use in operating review memorandum to ACC | 07 | 1.00 | $425.00 | $425.00 |
| 11/8/02 | MB | Preparation and analysis of comparative income statement for use in operating review memorandum to ACC | 07 | 1.30 | $425.00 | $552.50 |
| 11/8/02 | MB | Review September monthly operating report in connection with monitoring continuing operations of the Company and reporting operating performance to ACC | 07 | 2.00 | $425.00 | $850.00 |
| 11/11/02 | MB | Preparation of cash flow section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 1.20 | $425.00 | $510.00 |
| 11/11/02 | MB | Preparation of core operations section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 2.50 | $425.00 | $1,062.50 |
| 11/11/02 | MB | Preparation of noncore operations section of memorandum to ACC related to 2002 third quarter operating results. | 07 | 1.30 | $425.00 | $552.50 |
| 11/20/02 | MB | Final review and edits of memorandum to ACC counsel related to 2002 third quarter operating results. | 07 | 1.20 | $425.00 | $510.00 |
| 11/20/02 | MB | Research and preparation of COLI motion update section in memorandum to ACC counsel | 07 | 0.80 | $425.00 | $340.00 |
| **Total Project Category 07:  Committee,Creditors',Noteholders' or EquityHolders** | | | | **13.30** | | **$5,652.50** |
| | | | | | | |
| 11/18/02 | LT | Engagement status review including monthly fee application and timekeepers entries for October 2002 | 12 | 0.50 | $425.00 | $212.50 |
| 11/30/02 | DC | Compilation and consolidation of monthly services rendered | 12 | 2.60 | $240.00 | $624.00 |
| 11/30/02 | DC | Assignment of Monthly Billing Categories | 12 | 1.10 | $240.00 | $264.00 |
| | | **Total Project Category 12: Fee Application, Applicant** | | **4.20** | | **$1,100.50** |
| | | | | | | |
| 11/1/02 | BC | Conference call with counsel regarding analysis to be performed relating to Preston Memo | 16 | 0.50 | $425.00 | $212.50 |
| 11/1/02 | BR | Preparation for conf call w/ Nate Finch to discuss fraudulent conveyance issues | 16 | 1.30 | $425.00 | $552.50 |
| 11/1/02 | BR | TeleConference w/ Nate Finch for purpose of discussing valuation issues in connection with fraudulent conveyance litigation | 16 | 0.80 | $425.00 | $340.00 |
| 11/4/02 | BC | Drafting of memorandum, and preparation of related exhibits, to counsel regarding discount rates and valuation standards | 16 | 4.00 | $425.00 | $1,700.00 |
| 11/5/02 | BC | Review of SFA Concept #7 in preparation for analysis of Preston memo regarding the appropriate discount rate for asbestos liabilities | 16 | 3.50 | $425.00 | $1,487.50 |
| 11/5/02 | BC | Review and analysis of issues relating to the appropriate discount rate and valuation standard for WRG | 16 | 2.00 | $425.00 | $850.00 |
| 11/5/02 | BC | Drafting of memorandum to counsel regarding discount rates and valuation standards | 16 | 1.50 | $425.00 | $637.50 |

# W.R. Grace

**Services Rendered during the Period:  November 1 -30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|------|-----------|---------|----------|-------|------|--------|
| 11/5/02 | BR | Review and analysis of memorandum regarding discount rates and control premiums prepared at the request of counsel | 16 | 1.80 | $425.00 | $765.00 |
| 11/5/02 | BR | Preparation of comments relating to the appropriate discount rate to be used in valuing asbestos liabilities for purpose of modifying draft memorandum to be sent to counsel for the ACC | 16 | 1.30 | $425.00 | $552.50 |
| 11/5/02 | BR | Research on control premiums in the Business Valuation Resources database at request of counsel | 16 | 3.90 | $425.00 | $1,657.50 |
| 11/5/02 | BR | Research on discount rates and valuation methodologies used in fraudulent conveyance litigation at request of counsel | 16 | 3.20 | $425.00 | $1,360.00 |
| 11/5/02 | LT | Preparation of memorandum to counsel regarding discount rate used to compute Grace's liability | 16 | 1.70 | $425.00 | $722.50 |
| 11/5/02 | LT | Research regarding discount rate to be used in calculation of Grace's liability | 16 | 3.40 | $425.00 | $1,445.00 |
| 11/6/02 | BC | Review of court cases where the discount rate for certain liabilities was decided in order to advise counsel | 16 | 2.80 | $425.00 | $1,190.00 |
| 11/6/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 2.00 | $425.00 | $850.00 |
| 11/6/02 | BR | Review and analysis of control premium articles in Business Valuation Review for purposes of fraudulent conveyance litigation at the request of counsel | 16 | 2.80 | $425.00 | $1,190.00 |
| 11/6/02 | BR | Preparation of comments for counsel regarding control premiums for purposes of assisting counsel in fraudulent conveyance litigation | 16 | 1.80 | $425.00 | $765.00 |
| 11/6/02 | BR | Review of four case opinions provided by counsel relating to the appropriate discount rate to be used in determining the present value of asbestos claims | 16 | 1.40 | $425.00 | $595.00 |
| 11/7/02 | BC | Further analysis of valuation literature regarding valuation standards in order to advise counsel | 16 | 1.60 | $425.00 | $680.00 |
| 11/7/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 3.50 | $425.00 | $1,487.50 |
| 11/7/02 | BR | Review and analysis of revised version of memorandum regarding discount rates and standards of value being prepared at the request of counsel | 16 | 2.30 | $425.00 | $977.50 |
| 11/7/02 | BR | Assisted in the drafting of changes to the memorandum regarding discount rates and standards of value for purpose of assisting counsel in fraudulent conveyance litigation | 16 | 1.80 | $425.00 | $765.00 |
| 11/7/02 | LT | Preparation of memorandum of observations and comments of defendant's conclusions regarding discount rate and control premium | 16 | 2.00 | $425.00 | $850.00 |
| 11/8/02 | LT | Preparation of memorandum to counsel regarding circumstance under which control premiums are includable in enterprise valuation | 16 | 1.50 | $425.00 | $637.50 |
| 11/11/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 1.70 | $425.00 | $722.50 |
| 11/11/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 2.00 | $425.00 | $850.00 |
| 11/12/02 | BC | Drafting of memo to counsel regarding discount rates and valuation standards as it relates to WR Grace | 16 | 1.30 | $425.00 | $552.50 |
| 11/14/02 | BC | Conference call with counsel regarding litigation support for upcoming trial on fraudulent transfer case | 16 | 0.50 | $425.00 | $212.50 |

# W.R. Grace

**Services Rendered during the Period:  November 1 -30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|------|-----------|---------|----------|-------|------|--------|
| 11/14/02 | BC | Work allocation and scheduling regarding litigation support for upcoming trial | 16 | 0.50 | $425.00 | $212.50 |
| 11/14/02 | BR | Review and analysis of latest draft of memorandum prepared at request of counsel for litigation support purposes | 16 | 1.80 | $425.00 | $765.00 |
| 11/14/02 | BR | Research in online Business Valuation Library relating to appropriate methodology for determining the residual value in a discounted cash flow valuation at the request of counsel | 16 | 3.00 | $425.00 | $1,275.00 |
| 11/14/02 | BR | Review of income approach and residual value techniques in Shannon Pratt's Valuing A Business at the request of counsel | 16 | 1.50 | $425.00 | $637.50 |
| 11/16/02 | BR | Review of income approach and residual value techniques in Al Rappaport's Creating Shareholder Value at request of counsel | 16 | 1.10 | $425.00 | $467.50 |
| 11/16/02 | BR | Review of income approach and residual value techniques in Copland's Valuation at request of counsel | 16 | 2.10 | $425.00 | $892.50 |
| 11/18/02 | BR | Research of valuation literature re specific issues identified by counsel in preparation for meeting with counsel to discuss the same | 16 | 2.70 | $425.00 | $1,147.50 |
| 11/19/02 | BC | Meeting with counsel regarding trial preparation on financial issues | 16 | 4.00 | $425.00 | $1,700.00 |
| 11/19/02 | BR | Meeting w/ counsel to assist in preparation for fraudulent conveyance trial | 16 | 1.70 | $425.00 | $722.50 |
| 11/20/02 | BC | Analysis of scenarios utilizing alternative sets of projections using Goldin's DCF model for purposes of trial preparation | 16 | 3.50 | $425.00 | $1,487.50 |
| 11/20/02 | BC | Assisting counsel in trial preparation related to Goldin's precedent transaction EV analysis | 16 | 1.40 | $425.00 | $595.00 |
| 11/21/02 | BC | Review of previous expert report of Goldin/Preston in preparation for trial | 16 | 1.30 | $425.00 | $552.50 |
| 11/21/02 | BC | Analysis of scenarios utilizing alternative sets of projections using Goldin's DCF model for purposes of trial preparation | 16 | 3.00 | $425.00 | $1,275.00 |
| 11/21/02 | BR | Review of portions of draft report of Seymour Preston at request of counsel in preparation for fraudulent conveyance trial | 16 | 0.60 | $425.00 | $255.00 |
| 11/22/02 | BC | Review of previous expert report of Goldin/Preston in preparation for trial | 16 | 2.50 | $425.00 | $1,062.50 |
| 11/26/02 | BC | Review and analysis of Gries deposition in preparation for trial support on financial issues | 16 | 4.40 | $425.00 | $1,870.00 |
| 11/27/02 | BC | Review and analysis of Preston deposition in preparation for trial support | 16 | 2.30 | $425.00 | $977.50 |
| 11/27/02 | BC | Review and analysis of valuation literature regarding valuation standards and their appropriate use for purposed of advising counsel | 16 | 2.20 | $425.00 | $935.00 |
| | | **Total Project Category 16:  Litigation and Litigation Consulting** | | 97.50 | | $41,437.50 |
| | | | | | | |
| 11/19/02 | BC | Half round trip travel Mendham, NJ-NYC to attend meeting with counsel | 21 | 1.00 | $425.00 | $425.00 |
| 11/19/02 | BR | Half of the round trip travel time from Allentown to New York City for meeting with counsel | 21 | 1.40 | $425.00 | $595.00 |
| | | **Total Project Category 21:  Travel- Non Working** | | 2.40 | | $1,020.00 |

# W.R. Grace

**Schedule   B**

**Services Rendered during the Period:  November 1 -30, 2002.**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|------|-----------|---------|----------|-------|------|--------|
| 11/1/02 | MB | Participate in conference call with Grace management to discuss details for Midevensa acquisition | 27 | 0.50 | $425.00 | $212.50 |
| 11/1/02 | MB | Review proposed Midevensa transaction in preparation for conference call with debtor | 27 | 1.80 | $425.00 | $765.00 |
| 11/4/02 | MB | Perform analysis of Midevensa transaction and prepare memorandum summarizing findings | 27 | 1.50 | $425.00 | $637.50 |
| 11/5/02 | LT | Review and analysis of W.R.Grace 3rd Quarter 2002 Operating results as compared to plan and financial condition | 27 | 2.00 | $425.00 | $850.00 |
| 11/8/02 | MB | Review 3Q 2002 press release in connection with monitoring continuing operations of the Company | 27 | 1.00 | $425.00 | $425.00 |
| 11/11/02 | MB | Review 11/8/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 11/12/02 | MB | Review Third Quarter Financial Briefing Package in advance of conference call with debtor to discuss 3Q results | 27 | 1.60 | $425.00 | $680.00 |
| 11/13/02 | MB | Participate in conference call with debtor to discuss third quarter results | 27 | 1.00 | $425.00 | $425.00 |
| 11/13/02 | MB | Summarize important business and legal issues discussed in conference call with debtor | 27 | 1.20 | $425.00 | $510.00 |
| 11/18/02 | MB | Review 11/15/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| 11/19/02 | MB | Review financial statements and accompanying notes to the 2002 10Q report | 27 | 1.50 | $425.00 | $637.50 |
| 11/19/02 | MB | Review the management discussion and analysis of the 2002 10Q report as part of the continuing monitoring of Grace's operations | 27 | 1.70 | $425.00 | $722.50 |
| 11/27/02 | MB | Review 11/22/02 Calendar of Critical Events | 27 | 0.30 | $425.00 | $127.50 |
| | | **Total Project Category 27:  Business Analysis** | | 14.70 | | $6,247.50 |

**TOTAL   Schedule B :**          132.10          $55,458.00

# W. R. Grace                                    **Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C**.
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Transportation: Round Trip Personal Car from Allentown, PA. To NYC for meeting with counsel 11/19/02 B.Rapp= 130 miles @  $0.345 per mile, PATH train $1.50, tolls $4.00, parking $17.50 | 11 | $67.85 |
| Transportation: Round Trip Personal Car from Mendham, NJ. To NYC for meeting with counsel 11/19/02 B.Cavanaugh= 45 miles @  $0.345 per mile, train $13.00, tolls $3.00, parking $6.00 | 11 | $37.53 |
| Federal Express:  AWB# 8371-9613-6583  11/5/02 | 11 | $10.52 |
| Federal Express:  AWB# 8371-9613-6079  11/12/02 | 11 | $16.61 |
| Federal Express:  AWB# 8371-9613-6105  11/13/02 | 11 | $12.26 |
| Xerox:    ( 407 x $0.10 per page) | 11 | $40.70 |
| Telephone | 11 | $68.21 |
| FAX:    ( 27 x $0.50 per page OUTBOUND ONLY) | 11 | $13.50 |
| **Total Expenses incurred from  November 1-30, 2002** | 11 | $267.18 |