Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              10/31/02
Wilmington  DE                        ACCOUNT NO: 3000-00D
                                      STATEMENT NO:      17

Costs and Expenses


PREVIOUS BALANCE                                      $5,492.55


BALANCE DUE                                           $5,492.55
                                                     =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             10/31/02
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      17

Asset Analysis and Recovery



        PREVIOUS BALANCE                            $8,767.60


        BALANCE DUE                                 $8,767.60
                                                    =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                            10/31/02
Wilmington  DE                       ACCOUNT NO: 3000-02D
                                     STATEMENT NO:      17

Asset Disposition


PREVIOUS BALANCE                                    $1,182.10


                                             HOURS
10/08/02
    MRE Review of objection to motion to assume
        or reject unexpired leases of
        nonresidential property                    0.10     27.50

10/24/02
    MTH Review certification of counsel re: order
        extending time to assume or reject leases
        of real property (.2); correspondence to
        PEM and MRE re: same (.2)                   0.40    106.00

10/31/02
    MTH Review debtors 5th quarterly report of
        settlements                                0.10     26.50
    MTH Review debtors 5th quarterly of assets
        sales                                      0.10     26.50
                                                   ----    ------
        FOR CURRENT SERVICES RENDERED              0.70    186.50

                          RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
    Mark T. Hurford             0.60    $265.00    $159.00
    Marla R. Eskin             0.10     275.00      27.50


        TOTAL CURRENT WORK                                 186.50


        BALANCE DUE                                      $1,368.60
                                                         =========

{D0006563:1 }

```
                                                    Page:  2
W.R. Grace                                        10/31/02
                                    ACCOUNT NO: 3000-02D
                                    STATEMENT NO:      17

Asset Disposition
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              10/31/02
Wilmington  DE                         ACCOUNT NO: 3000-03D
                                       STATEMENT NO:      12

Business Operations

PREVIOUS BALANCE                                        $206.90

                                              HOURS
10/18/02
    MRE Review of letter from W. R. Grace to
        Judge Fitzgerald re: business plan       0.10    27.50
                                                 ----    -----
        FOR CURRENT SERVICES RENDERED            0.10    27.50

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
    Marla R. Eskin                0.10     $275.00     $27.50

    TOTAL CURRENT WORK                                  27.50

    BALANCE DUE                                        $234.40
                                                       =======

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              10/31/02
Wilmington  DE                           ACCOUNT NO: 3000-04D
                                         STATEMENT NO:      17


Case Administration




PREVIOUS BALANCE                                     $12,069.20



                                               HOURS
10/12/02
    MRE Review of debtors' statement of amounts
        paid to ordinary course professionals       0.10     27.50

10/17/02
    MTH Review debtors' statement of amounts paid
        to ordinary course professionals            0.10     26.50

10/18/02
    MTH Review correspondence from D. Davis re:
        MORs                                         0.20     53.00
                                                    ----   ------
        FOR CURRENT SERVICES RENDERED               0.40    107.00

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Mark T. Hurford               0.30    $265.00      $79.50
    Marla R. Eskin               0.10     275.00       27.50


    TOTAL CURRENT WORK                                107.00


    BALANCE DUE                                    $12,176.20
                                                   ==========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      10/31/02
Wilmington   DE                                  ACCOUNT NO: 3000-05D
                                                 STATEMENT NO:      17

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                         $13,142.30


                                                   HOURS
10/10/02
    MTH Review notice from Judge Wolin re: case
        management hearings                          0.10      26.50
                                                     ----     -----
        FOR CURRENT SERVICES RENDERED                0.10      26.50
                         RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                  0.10    $265.00    $26.50


    TOTAL CURRENT WORK                                       26.50


    BALANCE DUE                                         $13,168.80
                                                        ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                    10/31/02
Wilmington  DE                          ACCOUNT NO: 3000-06D
                                        STATEMENT NO:      17

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                          $5,341.00

                                                  HOURS
10/04/02
    MTH Review debtors' objection to claims of
        Wesconn and FUS                            0.10      26.50
                                                   ----     -----
        FOR CURRENT SERVICES RENDERED              0.10      26.50

                        RECAPITULATION
    TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                 0.10     $265.00   $26.50

    TOTAL CURRENT WORK                                       26.50

    BALANCE DUE                                          $5,367.50
                                                         =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                  10/31/02
Wilmington  DE                              ACCOUNT NO: 3000-07D
                                            STATEMENT NO:      17

Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                            $8,657.90



                                              HOURS
10/01/02
        MTH Review report re: pleadings filed
            September 30, 2002                  0.10      26.50
        MRE Review of memo from E. Inselbuch re:
            September 24, 2002 hearing on Sealed Air  0.20   55.00
        MK  Attention to document organization  0.20      18.00
        MRE Review of memo from Inselbuch's letter to
            the Judge                          0.10      27.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)     0.30      28.50

10/02/02
        MTH Review report re: pleadings filed 10/1/02  0.10   26.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)     0.30      28.50

10/03/02
        MTH Review report re: pleadings filed 10/2/02  0.10   26.50
        MTH Prepare weekly recommendation memo  0.50     132.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)     0.30      28.50

10/04/02
        MTH Prepare weekly recommendation memo  0.80     212.00
        MTH Correspondence to E. Strug re: filing of
            objection                          0.20      53.00
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)     0.30      28.50

Page: 2
10/31/02
ACCOUNT NO: 3000-07D
STATEMENT NO:     17

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **10/07/02** | | | |
| MRE | Review of weekly memo to the committee | 0.20 | 55.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| **10/08/02** | | | |
| MTH | Review report re: pleadings filed 10/4/02 and 10/7/02 | 0.10 | 26.50 |
| MK | Attention to document organization | 0.10 | 9.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| **10/09/02** | | | |
| MTH | Review report re: pleadings filed 10/8/02 | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memo | 0.70 | 185.50 |
| MTH | Correspondence to PEM re: weekly recommendation memo | 0.10 | 26.50 |
| MTH | Telephone conference with PEM re: weekly recommendation memo | 0.10 | 26.50 |
| MK | Attention to document organization | 0.20 | 18.00 |
| PEM | Telephone conference with MTH re: recommendation to committee | 0.20 | 53.00 |
| PEM | Review and revise recommendation memo to committee | 0.40 | 106.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DAC | Review memo of events and issue positions | 0.10 | 35.00 |
| KJC | E-mail calendar to the committee | 0.20 | 19.00 |
| **10/10/02** | | | |
| MTH | Review report re: pleadings filed 10/10/02 | 0.10 | 26.50 |
| MK | Attention to document organization | 0.10 | 9.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DAC | Review memo from Elihu re: Sealed Air/Wolin motions/Cybergenics | 0.30 | 105.00 |
| **10/11/02** | | | |
| MTH | Review report re: pleadings filed 10/10/02 | 0.10 | 26.50 |

```
                                                     Page: 3
        W.R. Grace                                  10/31/02
                                     ACCOUNT NO: 3000-07D
                                     STATEMENT NO:      17
        Committee, Creditors, Noteholders, Equity Holders
```

```
                                          HOURS
        MTH Prepare weekly recommendation memo    0.30    79.50
        MK  Attention to document organization (.2);
            update attorneys' case binders (.2)   0.40    36.00
        MRE Review of weekly calendar and
            recommendations                       0.10    27.50
        DAD Review pleadings and electronic filing
            notices (.3); preparation and
            distribution of daily memo (.2)       0.50    47.50
        MLP Update 2002 service list              0.10     9.00

10/14/02
        DAC Review of weekly memo                 0.10    35.00
        MTH Review report re: pleadings filed October
            11, 2002                              0.10    26.50
        PEM Review memo from counsel to committee re:
            pending matters with recommendations  0.30    79.50
        MRE Drafting of e-mail to C&D re: October 10,
            2002 committee meeting                0.20    55.00
        MK  Attention to document organization;
            update aspects                        0.40    36.00
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)       0.30    28.50
        AFM Meeting with MTH re: new category codes 0.10  20.00

10/15/02
        MTH Review report re: pleadings filed October
            14, 2002                              0.10    26.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)       0.30    28.50

10/16/02
        MLP Update weekly recommendation memo     0.40    36.00
        MTH Review report re: pleadings filed October
            15, 2002                              0.10    26.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)       0.30    28.50

10/17/02
        MTH Review report re: pleadings filed October
            16, 2002                              0.10    26.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
```

```
                                                    Page: 4
     W.R. Grace                                    10/31/02
                                     ACCOUNT NO: 3000-07D
                                     STATEMENT NO:      17
     Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| distribution of daily memo (.1) | | 0.30 | 28.50 |

**10/18/02**

| MRE | Review of weekly recommendations | 0.20 | 55.00 |
|---|---|---|---|
| MTH | Review report re: pleadings filed October 17, 2002 | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memo | 0.60 | 159.00 |
| MTH | Correspondence to committee members re: weekly recommendation memo | 0.20 | 53.00 |
| PEM | Review memo of counsel to committee re: recommendation on pending motions and proceedings | 0.40 | 106.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |

**10/21/02**

| MTH | Review report re: pleadings filed October 18, 2002 | 0.10 | 26.50 |
|---|---|---|---|
| MTH | Review correspondence from EI re: pleadings in fraudulent transfer case re: Cybergenics | 0.10 | 26.50 |
| PEM | Review memo from Inselbuch re: summary of Cybergenics inspired pleadings | 0.30 | 79.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |

**10/22/02**

| MK | Attention to attorneys' calendar; update and review committee calendar | 0.10 | 9.00 |
|---|---|---|---|
| MTH | Review report re: pleadings filed 10/21/02 | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |

**10/23/02**

| MTH | Review report re: pleadings filed 10/22/02 | 0.10 | 26.50 |
|---|---|---|---|
| MTH | Prepare weekly recommendation memo | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |

```
                                                       Page: 5
        W.R. Grace                                    10/31/02
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      17
        Committee, Creditors, Noteholders, Equity Holders
```

|            |                                                            | HOURS |        |
|------------|------------------------------------------------------------|-------|--------|
| 10/24/02   |                                                            |       |        |
| MTH        | Prepare weekly recommendation memo                         | 0.30  | 79.50  |
| DAD        | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30  | 28.50  |
| 10/25/02   |                                                            |       |        |
| MTH        | Prepare weekly recommendation memo                         | 0.40  | 106.00 |
| MTH        | Meeting with D. Davis re: recent order by Judge Fitzgerald | 0.10  | 26.50  |
| MTH        | Correspondence to committee members re: recommendation memo | 0.10  | 26.50  |
| MRE        | Review and revisions to weekly recommendation memo         | 0.20  | 55.00  |
| PEM        | Review recommendation memo to committee re: pending matters | 0.40  | 106.00 |
| DAD        | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30  | 28.50  |
| 10/28/02   |                                                            |       |        |
| DAC        | Review 10/25 counsel's recommendation memo                 | 0.10  | 35.00  |
| MTH        | Review report re: pleadings filed 10/25/02                 | 0.10  | 26.50  |
| DAD        | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30  | 28.50  |
| 10/29/02   |                                                            |       |        |
| DAD        | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30  | 28.50  |
| 10/30/02   |                                                            |       |        |
| MTH        | Review report re: pleadings filed October 28 & 29, 2002    | 0.10  | 26.50  |
| MTH        | Prepare weekly recommendation memo                         | 0.30  | 79.50  |
| DAD        | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30  | 28.50  |
| 10/31/02   |                                                            |       |        |
| MRE        | Review and revision to weekly recommendation memo          | 0.20  | 55.00  |

```
                                                     Page: 6
W.R. Grace                                          10/31/02
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      17
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
MTH Review report re: pleadings filed
    10/30/02                                   0.10      26.50
MTH Correspondence to committee members re:
    recommendation memo                        0.10      26.50
MTH Prepare weekly recommendation memo         0.40     106.00
DAD Review pleadings and electronic filing
    notices (.2); preparation and
    distribution of daily memo (.1)            0.30      28.50
                                              -----  --------
    FOR CURRENT SERVICES RENDERED             20.60   3,926.50
```

```
                    RECAPITULATION
TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
Douglas A. Campbell              0.60    $350.00    $210.00
Philip E. Milch                  2.00     265.00     530.00
Michele Kennedy                  1.50      90.00     135.00
Aileen F. Maguire                0.10     200.00      20.00
Mark T. Hurford                  7.20     265.00   1,908.00
Marla R. Eskin                   1.40     275.00     385.00
Marnie L. Powell                 0.50      90.00      45.00
Kathleen J. Campbell             0.20      95.00      19.00
Dylan A. Davis                   7.10      95.00     674.50


    TOTAL CURRENT WORK                             3,926.50


    BALANCE DUE                                  $12,584.40
                                                 ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           10/31/02
Wilmington  DE                           ACCOUNT NO: 3000-08D
                                         STATEMENT NO:      16


Employee Benefits/Pension



        PREVIOUS BALANCE                          $14,740.90



                                          HOURS
10/02/02
    MTH Telephone conference with M. Berkin re:
        Norris contract                    0.10    26.50

10/04/02
    PEM Telephone conference with MTH re: Grace
        comp issues and review of Norris comp and
        general benefits                   0.30    79.50

10/08/02
    MTH Telephone conference with PEM (and later
        conferenced in M. Berkin) re: Norris
        amendment and COLI motion          0.20    53.00
    MTH Telephone conference with M. Lastowski
        re: Norris contract amendment motion  0.10    26.50
    MTH Telephone conference with J. Sakalo re:
        Norris contract amendment motion   0.20    53.00
    MTH Telephone conference with T. Currier re:
        Norris contract amendment motion   0.10    26.50
    MTH Correspondence to PEM re: contracts with
        other committees re:Norris contract   0.20    53.00
    PEM Telephone conference with Berkin and
        Tersigni and MTH re: Norris amendment to
        EE Iontract (.1); COLI motion (.1)    0.20    53.00
    PEM Review motion re: P. Norris EE Contract
        and exhibits (.4); telephone conference
        with MRE and MTH re: analysis (.1)    0.50   132.50

10/09/02
    MTH Telephone conference with J. Sakalo re:
        Norris contract                    0.10    26.50
    MTH Telephone conference with T. Currier re:

```
                                                         Page: 2
        W.R. Grace                                      10/31/02
                                        ACCOUNT NO: 3000-08D
                                        STATEMENT NO:        16

        Employee Benefits/Pension




                                                HOURS
            Norris contract                      0.10     26.50
        MTH Telephone conference with PEM re: contact
            with PD committee re: Norris motion  0.20     53.00
        MTH Telephone conference with M. Berkin re:
            Norris contract motion               0.20     53.00
        PEM Telephone conference with MTH re: Norris
            motion                               0.20     53.00

10/10/02
        MTH Telephone conference with PEM re: Norris
            motion                               0.10     26.50
        MTH Telephone conference with M. Lastowski
            re: position on Norris motion        0.10     26.50

10/14/02
        PEM Telephone conference with MTH re: Equity
            response on Norris contract          0.10     26.50

10/30/02
        MTH Review order re: Norris amendment
            contract                             0.10     26.50
                                                 ----    ------
            FOR CURRENT SERVICES RENDERED        3.10    821.50

                        RECAPITULATION
        TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
        Philip E. Milch               1.30    $265.00    $344.50
        Mark T. Hurford               1.80     265.00     477.00


            TOTAL CURRENT WORK                            821.50


            BALANCE DUE                              $15,562.40
                                                    ==========




            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.
```

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    10/31/02
Wilmington  DE                              ACCOUNT NO: 3000-09D
                                            STATEMENT NO:       7

Employee Applications, Applicant



PREVIOUS BALANCE                                        $26.50


BALANCE DUE                                             $26.50
                                                       ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          10/31/02
Wilmington   DE                          ACCOUNT NO: 3000-10D
                                         STATEMENT NO:      17

Employment Applications, Others



PREVIOUS BALANCE                                  $11,170.50


BALANCE DUE                                       $11,170.50
                                                  ==========



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          10/31/02
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      15

Expenses

PREVIOUS BALANCE                                     $920.03

| | |
|---|---|
| 10/01/02 Photocopying - 37 pages 2 copies (memo) | 18.50 |
| 10/04/02 Photocopying - 11 pages 2 copies (notice of motion/hearing) | 2.20 |
| 10/04/02 FAX to E. Strug - 9 pages (objection) | 4.50 |
| 10/06/02 Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage (Docket No. 308) | 58.70 |
| 10/09/02 Photocopying - 3 pages 3 copies (pleadings received) | 2.25 |
| 10/09/02 Photocopying - 6 pages 2 copies (fee auditors report 5th interim) | 1.20 |
| 10/10/02 Photocopying - 4 pages 2 copies (memo/Sealed Air/Cybegenics) | 0.80 |
| 10/11/02 Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage (Docket No. 2798) | 255.85 |
| 10/11/02 Photocopying - 6 pages 2 copies (modification of order) | 1.20 |
| 10/11/02 FAX to 14 parties of record - 40 pages (560 pages total) | 280.00 |
| 10/11/02 FAX to the Honorable Alfred M. Wolin - 41 pages | 20.50 |
| 10/11/02 FAX to E. Inselbuch - 41 pages | 20.50 |
| 10/12/02 Ikon Office Solutions - Photocopying, Envelopes, Postage (Docket Nos. 2804, 2805, 2806) | 11,810.20 |
| 10/12/02 Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries (Docket No. 316) | 57.10 |
| 10/13/02 Parcels, Inc. - copies and delivery | 9.66 |
| 10/14/02 FAX to MTH - 7 pages | 3.50 |
| 10/14/02 FAX to 4 parties of record - 3 pages | 6.00 |
| 10/14/02 FAX to PEM - 12 pages (motion) | 6.00 |
| 10/16/02 Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage (Docket No. 2819) | 350.02 |
| 10/18/02 Federal Express to Brian Skretny on October 7, 2002 | 18.54 |

```
                                                      Page: 2
        W.R. Grace                                   10/31/02
                                    ACCOUNT NO: 3000-11D
                                    STATEMENT NO:      15

        Expenses




10/20/02 September Pacer charges - docket report, image,
         search                                        59.64
10/22/02 FAX to Kathleen Campbell - 2 pages (auditor's
         final report)                                  1.00
10/22/02 FAX to 4 parties of record - 4 pages           8.00
10/30/02 FAX to 4 parties of record - 4 pages           8.00
10/31/02 Westlaw usage for October, 2002               10.57
10/31/02 Parcels, Inc. - Delaware Document Retrieval on
         10/29/02                                     177.50
10/31/02 Parcels, Inc. Delaware Document Retrieval -
         Photocopying, Envelopes, Postage on 10/30/02
         (copy 92 pages 140 times, post mail, serve
         locals)                                    1,766.00
                                                    ---------
         TOTAL EXPENSES                            14,957.93

         TOTAL CURRENT WORK                        14,957.93
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219

{D0006563:1 }

412-261-0310

```
                                                       Page: 1
W.R. Grace                                            10/31/02
Wilmington  DE                      ACCOUNT NO: 3000-12D
                                    STATEMENT NO:      15
```

Fee Applications, Applicant

PREVIOUS BALANCE                                  $3,111.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 10/01/02 |  |  |  |  |
|  | AFM | Review and sign fee applications of C&L (Monthly- Aug)(.2); meeting with MLP re: same (.1) | 0.30 | 60.00 |
|  | MLP | Review e-mail from DGS re: August, 2002 billing statement (.1); preparation of same for electronic filing (.1); preparation of fee application re: same (.5); preparation of COS re: same (.1); electronic filing and service of same (.3); hard copy service of same (.2); update status chart (.1) | 1.40 | 126.00 |
| 10/02/02 |  |  |  |  |
|  | AFM | E-mail to and from L. Ferdinand re: 5th quarter project category summary | 0.20 | 40.00 |
|  | AFM | Prepare 5th quarter project category summary | 1.30 | 260.00 |
|  | AFM | E-mail to MRE, MTH and L. Ferdinand re: 5th quarter project category summary | 0.30 | 60.00 |
| 10/03/02 |  |  |  |  |
|  | AFM | E-mail to and from L. Ferdinand re: 5th quarter project category summary | 0.10 | 20.00 |
|  | AFM | Edit 5th quarter project category summary re: ZAI fees | 0.60 | 120.00 |
|  | AFM | E-mail to L. Ferdinand re: same | 0.10 | 20.00 |
|  | MTH | Conference with AFM re: billing code changes; recategorization issues | 0.20 | 53.00 |
| 10/04/02 |  |  |  |  |
|  | MTH | Telephone conference with P. Galbraith |  |  |

```
                                                       Page: 2
W.R. Grace                                            10/31/02
                                    ACCOUNT NO: 3000-12D
                                    STATEMENT NO:      15
```

{D0006563:1 }

Fee Applications, Applicant

|  |  | HOURS |  |
|---|---|---|---|
|  | re: payments of fees | 0.10 | 26.50 |

**10/09/02**

| MRE | Conference with MTH re: billing issues | 0.10 | 27.50 |
|---|---|---|---|

**10/13/02**

| MRE | Drafting of e-mail to AFM and MLP re: WR order for quarterly fee applications | 0.10 | 27.50 |
|---|---|---|---|

**10/14/02**

| MLP | Review e-mail from MRE re: interim order signed by Judge (.1); e-mail response re: interim payments (.1) | 0.20 | 18.00 |
|---|---|---|---|
| MRE | Review of letter from W. Smith to the Judge re: hearing date for interim fee applications | 0.10 | 27.50 |
| MRE | Review and revisions to September pre-bill | 0.50 | 137.50 |
| MTH | Review and edit pre-bill | 1.40 | 371.00 |
| MTH | Prepare memo re: explanation of billing codes | 0.80 | 212.00 |
| MTH | Meeting with MRE re: same | 0.20 | 53.00 |
| MTH | Meeting with AFM re: same | 0.10 | 26.50 |
| MTH | Correspondence to DAC, DBS, MRE and AFM re: billing code changes | 0.20 | 53.00 |

**10/18/02**

| MRE | Review of fee auditors final report for first, second and third interim periods | 0.10 | 27.50 |
|---|---|---|---|
| MRE | Drafting of e-mail to DAC, PEM and AFM re: fee auditors final report for first, second and third interim periods | 0.10 | 27.50 |

**10/22/02**

| MTH | Revise pre-bill | 0.40 | 106.00 |
|---|---|---|---|
| KJC | Search for copy of US Trustee Guidelines for reviewing applications (.1); download from UST website (.1); e-mail to DAC and MRE (.1) | 0.30 | 28.50 |

**10/23/02**

| AFM | E-mail from L. Ferdinand and MRE re: 1-3, 5 quarter project summary spreadsheets | 0.20 | 40.00 |
|---|---|---|---|

---

{D0006563:1 }

```
                                              HOURS
10/24/02
     AFM Review 1st quarter project category
         summary                               0.20     40.00
     AFM Review 2nd quarter project category
         summary                               0.20     40.00
     AFM Review 3rd quarter project category
         summary-                              0.20     40.00
     AFM Review 5th quarter project category
         summary-                              0.20     40.00

10/29/02
     AFM E-mail from D. Williams re: extension to
         objection period to fee auditor's report
         of C&L 5th interim period (.1); e-mail to
         MRE and MLP re: same (.1)             0.20     40.00
     MRE Review of e-mail from D. Williams re: 5th
         interim period and response to e-mail  0.10     27.50

10/31/02
     AFM Review and sign fee application for C&L
         (Monthly-Aug)                         0.20     40.00
     AFM Review and sign fee application for C&L
         (monthly- Aug)                        0.20     40.00
                                              -----  --------
         FOR CURRENT SERVICES RENDERED        10.90  2,276.00

                          RECAPITULATION
     TIMEKEEPER                    HOURS  HOURLY RATE      TOTAL
     Aileen F. Maguire              4.50    $200.00     $900.00
     Mark T. Hurford                3.40     265.00      901.00
     Marla R. Eskin                 1.10     275.00      302.50
     Marnie L. Powell               1.60      90.00      144.00
     Kathleen J. Campbell           0.30      95.00       28.50


         TOTAL CURRENT WORK                             2,276.00


         BALANCE DUE                                   $5,387.10
                                                       =========


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                            Page: 1
        W.R. Grace                                         10/31/02
        Wilmington  DE                         ACCOUNT NO: 3000-13D
                                               STATEMENT NO:       2


        Fee Applications, Others




           PREVIOUS BALANCE                              $1,432.00



                                                HOURS
        10/01/02
            MTH Telephone conference with E. Strug re:
                fraudulent transfer matter fee
                applications                      0.10     26.50
            KJC Transcript search re: Elizabeth Warren
                fee retention                     0.70     66.50
            MLP Review Klett Rooney's  August 2002 fee
                application                       0.10      9.00

        10/02/02
            MTH Review correspondence from E. Strug re:
                billing codes                     0.10     26.50

        10/03/02
            MTH Telephone conference with L. Ferdinand
                re: billing code issues, issues re: C&D
                fee application                   0.40    106.00
            MTH Telephone conference with E. Strug re:
                billing code issues               0.10     26.50
            MTH Review correspondence from E. Strug re:
                Grace fraudulent transfer fee application
                issues                            0.10     26.50
            MTH Review correspondence from L. Ferdinand
                re: fee applications for committee
                members                           0.10     26.50
            MTH Correspondence to L. Ferdinand re: fee
                applications for committee members 0.10    26.50
            MTH Attend to issues related to fee
                applications for C&L and C&D for
                fraudulent transfer litigation, including
                a review of Judge Fitzgerald's 4/17/02
                order and orders from Judge Wolin re:
```

```
                                                            Page: 2
        W.R. Grace                                         10/31/02
                                               ACCOUNT NO: 3000-13D
                                               STATEMENT NO:       2
        Fee Applications, Others
```

|     |                                                                                                                                                                             | HOURS |        |
|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
|     | withdrawal of reference and Protocol                                                                                                                                         | 0.60  | 159.00 |
| MTH | Telephone conference with J. Sakalo re: fee application issues                                                                                                               | 0.30  | 79.50  |
| MTH | Telephone conference with E. Strug re: fee application issues                                                                                                                | 0.20  | 53.00  |
| MTH | Correspondence to E. Strug re: billing code changes                                                                                                                          | 0.20  | 53.00  |
| AFM | Prepare 5th quarter project category summary for committee members                                                                                                          | 0.50  | 100.00 |
| AFM | Telephone conference with T. Roy (S. Kazan) re: expenses                                                                                                                     | 0.10  | 20.00  |

10/04/02

|     |                                                                                                                                                                                                                                              |      |       |
|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-------|
| MLP | Review e-mails from D. Collins re: Tersigni's August, 2002 billing statement (.2); preparation of fee application (.3); e-mail same to D. Collins for review and signature (.1)                                                               | 0.60 | 54.00 |
| MLP | Review e-mails from D. Collins re: Tersigni's July, 2002 fee application (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1); electronic filing of same  (.1); hard copy service of same (.1); update status charts (.1) | 0.80 | 72.00 |
| MLP | Review docket re: signed order approving interim payments of Caplin                                                                                                                                                                          | 0.10 | 9.00  |
| AFM | E-mail from E. Strug re: 5th quarter project category summary (committee members)                                                                                                                                                           | 0.10 | 20.00 |
| AFM | E-mail to L. Ferdinand re: same                                                                                                                                                                                                             | 0.10 | 20.00 |
| AFM | Review and sign CNO of Tersigni (monthly-July)                                                                                                                                                                                              | 0.10 | 20.00 |
| AFM | Review and sign CNO of Tersigni (monthly-July)                                                                                                                                                                                              | 0.10 | 20.00 |
| MRE | E-mails with Inselbuch's office re: status of payment (.2); research to determine status (.1)                                                                                                                                               | 0.30 | 82.50 |
| MLP | Review Pachulski's July 2002 fee application                                                                                                                                                                                                | 0.10 | 9.00  |
| MLP | Review Reed Smith's August 2002 fee application                                                                                                                                                                                             | 0.10 | 9.00  |
| MLP | Review Kirkland & Ellis' August 2002 fee application                                                                                                                                                                                        | 0.10 | 9.00  |

Page: 3
W.R. Grace                                              10/31/02
                                            ACCOUNT NO: 3000-13D
                                          STATEMENT NO:        2

Fee Applications, Others

{D0006563:1 }

```
                                              HOURS
10/08/02
    MLP Preparation of Tersigni's 13th monthly
        fee application for electronic filing
        (.2); preparation of COS re: same (.1);
        electronic filing and service of same
        (.3); hard copy service of same
        (.2); update status charts (.1)           0.90      81.00
    AFM Review and sign fee application of
        Tersigni (monthly-August)                 0.20      40.00
    MRE Telephone conference with Patty at
        debtors office re: e-filing of fee
        applications                              0.10      27.50

10/09/02
    MLP Review e-mail from AFM re: LAS'
        fraudulent conveyance fees for M.
        Peterson (.1); review LAS' invoices for
        fees (.3); e-mail to D. Relles for
        estimate of September and October fees
        (.1)                                      0.50      45.00
    AFM Telephone conference with E. Strug re:
        fraudulent conveyance fees and expenses   0.10      20.00
    AFM Prepare calculation re: same (.6); e-mail
        to E. Strug and R. Tobin re: same
        (x2)(.2)                                  0.80     160.00

10/10/02
    MLP Meeting with MRE re: fraudulent
        conveyance expenses by C&L and LAS (.1);
        review invoices re: same (.1); e-mail to
        MRE re: amounts of expenses (.1)          0.30      27.00
    MLP Preparation of objection for Caplin re:
        IRS motion (.2); electronic filing of
        same (.1); hard copy service of same (.2) 0.50      45.00
    MRE Telephone conference with Rita Tobin re:
        expenses (.1); research on expenses (.1)  0.20      55.00
    MRE E-mail to Rita Tobin re: expenses         0.10      27.50

10/14/02
    MRE Review and calculations re: fee auditors
        initial report for committee members      0.60     165.00
    MRE Telephone conference with Julie at John
        Cooney's office re initial report of fee
        auditor for committee expenses            0.20      55.00
    MRE Drafting of e-mail to John Cooney re:
```

```
                                                      Page: 4
    W.R. Grace                                        10/31/02
                                           ACCOUNT NO: 3000-13D
                                           STATEMENT NO:       2

    Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| | initial report of fee auditor for committee expenses | 0.20 | 55.00 |
| **10/15/02** | | | |
| AFM | Review and sign : CNO for LAS (July) | 0.10 | 20.00 |
| MLP | Review docket re: objections to LAS' July, 2002 fee application (.1); preparation of CNO re: same (.2); electronic filing of same (.2); hard copy service of same (.2); update status chart (.2) | 0.90 | 81.00 |
| **10/16/02** | | | |
| MLP | Review fee application of Bilzin, Sumberg for July | 0.10 | 9.00 |
| MLP | Review fee application of Wallace, King for August | 0.10 | 9.00 |
| MLP | Review fee application of Hamilton Rabinovitz for July & August | 0.20 | 18.00 |
| **10/21/02** | | | |
| MTH | Review fee auditor's final report re: C&L | 0.10 | 26.50 |
| **10/22/02** | | | |
| MRE | Review of fee auditors final report for the 1st interim application of Casner & Edwards | 0.10 | 27.50 |
| MRE | Review of fee auditors final report for the 1st interim application of Ferry & Joseph | 0.10 | 27.50 |
| MRE | Review of fee auditors final report for the 1st interim application of Blackstone | 0.10 | 27.50 |
| MRE | Review of fee auditors final report for the 1st interim application of Klett Rooney | 0.10 | 27.50 |
| MRE | Review of fee auditors final report for the 1st interim application of Kramer Levin | 0.10 | 27.50 |
| MRE | Review of fee auditors final report for the 1st interim application of Nelson Mullins Riley & Scarbourough | 0.10 | 27.50 |
| MTH | Review fee auditor's final report re: Ferry & Joseph | 0.10 | 26.50 |

```
                                                          Page: 5
W.R. Grace                                              10/31/02
                                          ACCOUNT NO: 3000-13D
                                          STATEMENT NO:        2

     Fee Applications, Others
```

```
                                              HOURS
10/24/02
     AFM  Review and sign fee application of C&D
          (Monthly - Sept)                     0.20     40.00
     AFM  E-mail to and from Elyssa re: cumulative
          summary of interim application
          (monthly-Sept)                        0.20     40.00
     MRE  Review of fee auditors final report of
          LAS for 1st, 2nd and 3rd interim periods
          and telephone conference with Marc
          Peterson                              0.10     27.50

10/25/02
     AFM  Telephone conference with E. Strug re:
          fee application payments              0.10     20.00

10/29/02
     AFM  Telephone conference with E. Strug re:
          Warren fee application for fraudulent
          conveyance (.1); meeting with MLP re:
          same (.1); e-mail to E. Strug re: revised
          fee application for Professor Warren for
          Judge Wolin (.1)                      0.30     60.00
     MRE  Review of fee auditors report re: Pitney
          Hardin                                0.10     27.50
     MRE  Review of fee auditors report re:
          Pachulski Stang                       0.10     27.50
     MRE  Review of fee auditors report re: C&D   0.10     27.50

10/30/02
     MLP  Review e-mail from E. Strug re: Caplin's
          September, 2002 fee application (.1);
          preparation of same for electronic filing
          (.3); preparation of COS re: same (.1);
          electronic filing and service of same
          (.3); hard copy service of same (.3);
          update status chart (.1)              1.20    108.00
     MRE  Telephone conference with Rita Tobin re:
          fee auditors report for Tersigni,
          Peterson and firms                    0.10     27.50
     AFM  Review and sign fee application of C&D
          (monthly-Sept)                        0.20     40.00
     AFM  E-mail from L. Ferdinand re: 1st, 2nd and
          3rd quarter project category summaries  0.10     20.00
```

```
                                                        Page: 6
                                                       10/31/02
     W.R. Grace
                                         ACCOUNT NO: 3000-13D
                                         STATEMENT NO:        2

     Fee Applications, Others




                                             HOURS
10/31/02
     AFM Review project category summaries (1-3)
         and compare with C&L spreadsheet           0.30    60.00
     AFM E-mail to L. Ferdinand re: committee
         reimbursement project category summary     0.30    60.00
     AFM Review project category summaries (1-3)
         and compare with C&L spreadsheets          0.30    60.00
     AFM E-mail to L. Ferdinand re: committee
         reimbursement project category summary     0.30    60.00
     MTH Review fee auditor's report re: Kirkland
         & Ellis                                    0.20    53.00
                                                    -----  --------
         FOR CURRENT SERVICES RENDERED             17.30  3,046.00

                        RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
     Aileen F. Maguire           4.50    $200.00    $900.00
     Mark T. Hurford             2.70     265.00     715.50
     Marla R. Eskin              2.80     275.00     770.00
     Marnie L. Powell            6.60      90.00     594.00
     Kathleen J. Campbell        0.70      95.00      66.50


         TOTAL CURRENT WORK                         3,046.00


         BALANCE DUE                               $4,478.00
                                                   =========
```

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                        10/31/02
Wilmington  DE                       ACCOUNT NO: 3000-14D
                                     STATEMENT NO:       15

Financing

PREVIOUS BALANCE                                    $31.50

BALANCE DUE                                         $31.50
                                                   ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           10/31/02
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:     17


Hearings




    PREVIOUS BALANCE                              $23,077.90



                                         HOURS
10/15/02
    MRE Telephone conference with Rita Tobin re:
        hearing on October 17, 2002              0.10    27.50

10/22/02
    MTH Review notice of agenda                  0.10    26.50

10/25/02
    MTH Review amended notice of agenda          0.10    26.50
    AFM Telephone conference with MTH re:
        upcoming hearings                        0.10    20.00

10/31/02
    MTH Telephone conference with S. McFarland
        re: omnibus hearing date for March       0.10    26.50
    MTH Review certification of counsel re:
        hearing dates                            0.10    26.50
                                                 ----  ------
        FOR CURRENT SERVICES RENDERED            0.60   153.50

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Aileen F. Maguire           0.10    $200.00     $20.00
    Mark T. Hurford             0.40     265.00     106.00
    Marla R. Eskin              0.10     275.00      27.50


    TOTAL CURRENT WORK                              153.50


    BALANCE DUE                                 $23,231.40
                                                ==========

                                                    Page: 2
W.R. Grace                                        10/31/02
                                    ACCOUNT NO: 3000-15D
                                    STATEMENT NO:        17

Hearings

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                      10/31/02
Wilmington  DE                                  ACCOUNT NO: 3000-16D
                                                STATEMENT NO:        2

Litigation and Litigation Consulting

PREVIOUS BALANCE                                           $3,185.00

                                                    HOURS
10/01/02
    DAC Review of 9/30 report from Caplin and
        9/30 letter to Judge Wolin re: effect of
        Cybergenics decision on the
        administration of the estate and
        committee's position                          0.50     175.00
    DAC Re-read Cybergenics decision                  0.50     175.00
    MRE Review of Inselbuch's letter to the Judge     0.20      55.00
    PEM Review memo from counsel re: Sealed Air
        in WR Grace in light of Cybergenics and
        letter and case law to J. Wolin re: same      0.50     132.50
    MTH Review docket re: status of matter
        various recent Sealed Air filings and
        orders (.3); review transcript of 9/21/02
        hearing (.5); court's bench memo dated
        9/18/02 (.3); brief review voluminous
        motions filed since 9/11/02 (.5)              1.60     424.00

10/02/02
    MTH Review correspondence from E. Inselbuch
        re: correspondence to Judge Wolin ex
        parte                                         0.80     212.00
    MTH Review correspondence from E. Inselbuch
        re: fraudulent transfer status               0.10      26.50

10/04/02
    MTH Review order to show cause dated 10/02/02
        and related letter opinion                   0.20      53.00
    MRE Review of letter from Judge Wolin re:
        pre-trial proceeding                         0.10      27.50
    MRE Review of order to show cause re: second
        case management order                        0.10      27.50

{D0006563:1 }

```
                                                 Page: 2
W.R. Grace                                       10/31/02
                                 ACCOUNT NO: 3000-16D
                                 STATEMENT NO:        2

Litigation and Litigation Consulting
```

|  |  | HOURS |  |
|---|---|---|---|
| **10/06/02** | | | |
| MTH | Review U.S. Trustee's memo response to the court's order to show cause | 0.30 | 79.50 |
| **10/08/02** | | | |
| DAC | Review circuit opinion in Pillowtex concerning standing/capacity to bring actions for the benefit of the debtor's estate | 0.40 | 140.00 |
| MTH | Telephone conference with PEM re: events at Sealed Air Hearing, additional issues re: Norris contract | 0.20 | 53.00 |
| **10/09/02** | | | |
| MRE | Telephone conference with PEM re: motion to appoint UST | 0.10 | 27.50 |
| **10/10/02** | | | |
| MTH | Review correspondence from EI re: status of Sealed Air matter | 0.10 | 26.50 |
| MTH | Review Sealed Air's memo on the issue of waiver | 0.30 | 79.50 |
| MTH | Review plaintiff's opposition to defendant Sealed Air's second motion to strike expert work product of Mark Peterson | 0.20 | 53.00 |
| PEM | Review memo re: developments in Sealed Air and Cybergenics to committee | 0.20 | 53.00 |
| MRE | Review of memo from E. Inselbuch to committee re: Sealed Air matter | 0.10 | 27.50 |
| **10/15/02** | | | |
| MRE | E-mails with R. Tobin re: scheduling of hearing by Judge Wolin | 0.20 | 55.00 |
| MRE | Drafting of e-mail to C&D re: service upon Judge Wolin of motion to appoint a trustee | 0.10 | 27.50 |
| MRE | E-mails with B. Skretny re: motion filed by UCC re: the motion to appoint trustee | 0.10 | 27.50 |
| MTH | Review correspondence from AFM re: order from Judge Wolin | 0.10 | 26.50 |
| **10/17/02** | | | |
| PEM | Review UST's supplemental memorandum re: Cybergenics (.3); review motion to reset | | |

{D0006563:1 }

Page: 3
10/31/02
ACCOUNT NO: 3000-16D
STATEMENT NO:        2

W.R. Grace

Litigation and Litigation Consulting

|  | | HOURS | |
|---|---|---|---|
| | trial and disqualify counsel (.3) | 0.60 | 159.00 |
| **10/18/02** | | | |
| PEM | Telephone conference with MTH re: Sealed Air adversaries | 0.20 | 53.00 |
| MRE | Meeting with MTH re: papers filed by PD Committee | 0.10 | 27.50 |
| **10/21/02** | | | |
| DAC | Review memo/report on "Cybergenic" pleadings | 0.30 | 105.00 |
| MRE | Review of memo from EI re: status pleadings filed by all parties re: US Trustee due to Cybegenics | 0.10 | 27.50 |
| **10/22/02** | | | |
| MTH | Review US Trustee's supplement memo re: Cybergenics | 0.20 | 53.00 |
| MTH | Review motion to reset trial, disqualify Grace counsel, opposing motion to dismiss, motion to appoint examiner and motion for trustee | 0.30 | 79.50 |
| MTH | Review defendant Sealed Air's motion to dismiss and opposition to anticipate motions and attached case law | 1.10 | 291.50 |
| MTH | Review response of equity committee re: order to show cause | 0.10 | 26.50 |
| **10/24/02** | | | |
| MTH | Telephone conference with Lockwood re: issues re: service of documents in adversary (.1); correspondence MRE rE: same (.1) | 0.20 | 53.00 |
| **10/27/02** | | | |
| MTH | Review Judge Wolin's October 24, 2002 opinion re: various motions filed as a result of Cybergenics | 0.90 | 238.50 |
| MTH | Review Judge Wolin's second case management order | 0.10 | 26.50 |
| MTH | Review Judge Wolin's supplementary order to the second case management order | 0.10 | 26.50 |
| **10/28/02** | | | |
| DAC | Review of Judge Wolin's decision on | | |

```
                                                        Page: 4
W.R. Grace                                           10/31/02
                                        ACCOUNT NO: 3000-16D
                                        STATEMENT NO:        2
Litigation and Litigation Consulting
```

```
                                                 HOURS
            standing in fraudulent transfer
            proceedings                           0.40    140.00
PEM Telephone conference with MTH re: WR
    Grace appeal                                  0.20     53.00
PEM Review Wolin opinion and orders               0.40    106.00

10/30/02
    MTH Review petition for appeal to 3rd circuit 0.10     26.50
    MTH Review motion for expedited appeal to the
        3rd motion                                0.20     53.00

10/31/02
    MTH Review correspondence from W. Katchen re:
        affidavit re: fees                        0.10     26.50
                                                 -----  --------
        FOR CURRENT SERVICES RENDERED            12.70  3,556.00

                     RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE       TOTAL
Douglas A. Campbell            2.10    $350.00     $735.00
Philip E. Milch                2.10     265.00      556.50
Mark T. Hurford                7.30     265.00    1,934.50
Marla R. Eskin                 1.20     275.00      330.00


    TOTAL CURRENT WORK                             3,556.00


    BALANCE DUE                                   $6,741.00
                                                 =========
```

```
Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          10/31/02
Wilmington  DE                      ACCOUNT NO: 3000-17D
                                    STATEMENT NO:      2

Plan and Disclosure Statement



        PREVIOUS BALANCE                              $26.50


                                         HOURS
10/24/02
        DAC Review memo re: state law status of
            actions for asyptomatic non-maligant
            asbestos disease                     0.30   105.00
                                                 ----   ------
        FOR CURRENT SERVICES RENDERED            0.30   105.00

                         RECAPITULATION
        TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
        Douglas A. Campbell          0.30    $350.00   $105.00


        TOTAL CURRENT WORK                          105.00


        BALANCE DUE                                 $131.50
                                                    =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            10/31/02
Wilmington  DE                        ACCOUNT NO: 3000-18D
                                      STATEMENT NO:       2


Relief from Stay Proceedings




        PREVIOUS BALANCE                              $169.50




                                         HOURS
10/04/02
        MTH Review notice of withdrawal of
            certificate of no objection regarding BOA    0.10    26.50
        MRE Meeting with MTH re: Wachovia lift stay      0.10    27.50

10/07/02
        MRE Telephone conference with PEM re: stay
            motion of Wachovia Bank                      0.10    27.50
        PEM Review motion re: Wachovia setoff (.3);
            research case law re: same (.8)              1.10   291.50

10/09/02
        MRE Review of CNO and order to lift stay for
            Timothy Kane                                 0.10    27.50

10/10/02
        MTH Review certificate of counsel and
            proposed order the Kane Relief from Stay
            Motion                                       0.10    26.50

10/18/02
        MTH Review signed order re: Kane Relief from
            Stay Motion                                  0.10    26.50

10/30/02
        MTH Review order re: Wachovia Bank motion        0.10    26.50
        MTH Review order re: Bank of America motion      0.10    26.50
                                                        ----   ------
        FOR CURRENT SERVICES RENDERED                   1.90   506.50

```
                                                           Page: 2
          W.R. Grace                                      10/31/02
                                          ACCOUNT NO: 3000-18D
                                          STATEMENT NO:          2

          Relief from Stay Proceedings




                              RECAPITULATION
          TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
          Philip E. Milch                1.10   $265.00     $291.50
          Mark T. Hurford                0.50    265.00      132.50
          Marla R. Eskin                 0.30    275.00       82.50


              TOTAL CURRENT WORK                             506.50


              BALANCE DUE                                  $676.00
                                                           =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           10/31/02
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:      1


Tax Litigation



                                              HOURS
10/08/02
    PEM Review COLI Tax claim related motion
        (.4); telephone conference with Lockwood
        re: committee response (.1); telephone
        conference with MRE and MTH re: committee
        response and language and follow up with
        debtor (.1)                               0.60      159.00
    MTH Review motion to authorize settlement
        with IRS re: COLI                          0.40      106.00
    MTH Telephone conference with MRE and PEM re:
        IRS issue re: COLI                         0.30       79.50
    MTH Review debtors motion for approval of
        settlement with the IRS re: COLI
        deductions                                 0.20       53.00
    MTH Telephone conference with PEM re: contact
        with Lockwood re: COLI motion              0.20       53.00
    MRE Telephone Conference with MTH and PEM re:
        COLI issue                                 0.30       82.50

10/09/02
    PEM Telephone conference with Ryzik re:
        settlement wit IRS re: COLI and response
        thereto (.2); work on same (.2)            0.40      106.00
    MTH Telephone conference with PEM re: Norris
        contract, COLI tax motion                  0.20       53.00
    MTH Review correspondence from various
        attorneys at C&D and C&L re: COLI motion   0.20       53.00
    MTH Telephone conference with PEM re:
        revisions to COLI tax motion               0.20       53.00
    MTH Review and revise response and objection
        to debtors' motion re: COLI tax
        settlement                                 0.80      212.00
    MTH Telephone conference with R. Higgins re:
        committee's position on COLI tax

```
                                                      Page: 2
   W.R. Grace                                        10/31/02
                                         ACCOUNT NO: 3000-20D
                                         STATEMENT NO:       1

   Tax Litigation




                                              HOURS
            settlement                         0.10      26.50
        MTH Review correspondence from C. Rizek re:
            COLI tax motion                    0.10      26.50
        MLP Review of e-mail from P. Lockwood re: tax
            settlement                         0.10       9.00


10/10/02
        MTH Telephone conference with J. Sakalo re:
            Norris motion, COLI issue          0.10      26.50
        MTH Telephone conference with C. Rizek re:
            negotiations on COLI proposed order,
            response and objection             0.10      26.50
        MTH Review correspondence from Lockwood re:
            COLI motion                        0.10      26.50
        MTH Review correspondence from C. Rizek re:
            COLI motion, suggested changes to
            proposed order                     0.10      26.50
        MTH Response to C. Rizek re: same      0.10      26.50


10/11/02
        MTH Review correspondence from Lockwood re:
            proposed amended language to COLI motion   0.10   26.50


10/14/02
        PEM Review revised tax and COLI order  0.20      53.00


10/15/02
        MTH Review correspondence from C. Rixzek re:
            COLI motion, proposed order language  0.20   53.00
        MTH Correspondence to C. Rizek re: filing
            form Fresenius                     0.20      53.00
        MTH Review correspondence from PEM re: COLI
            motion and response thereto        0.10      26.50
        MTH Review correspondence from C. Rizek re:
            continuing negotiations            0.20      53.00
        MTH Review revised proposed order from R.
            Higgins                            0.20      53.00
        PEM Review response and limited objection of
            Fresnius to debtor's motion re: tax
            settlement                         0.40     106.00


10/18/02
        MTH Telephone conference with C. Rizek re:
            negotiated proposed order on COLI motion
            (2 calls)                          0.20      53.00
```

```
                                                       Page: 3
                                                     10/31/02
W.R. Grace
                                           ACCOUNT NO: 3000-20D
                                           STATEMENT NO:       1

     Tax Litigation




                                                HOURS
     MTH Review response and limited objection of
         Fresenius to debtors COLI motion         0.70    185.50
     PEM Review Fresnius response re: Tax
         settlement with IRS and PI committee memo 0.30    79.50

10/21/02
     MTH Telephone conference with PEM re: status
         of negotiations re: COLI motion           0.10    26.50

10/23/02
     MTH Review certification of counsel re: order
         re: COLI motion (.2); review response by
         Fresenius in light of revisions to the
         Order (.3); review prior proposed
         revisions to COLI order (.2);
         correspondence to C. Rizek re: same (.2)   0.90   238.50
     MTH Review order re: COLI motion              0.10    26.50

10/24/02
     MTH Review correspondence from C. Rizek re:
         COLI order                                0.10    26.50
     MTH Telephone conference with C. Rizek re:
         future issues re: Grace's COLI taxes      0.20    53.00
     MTH Telephone conference with PEM re:
         resolution of COLI motion, future issues,
         contact with C. Rizek, and review of
         e-mail re: same                           0.10    26.50
                                                   ----  --------
         FOR CURRENT SERVICES RENDERED             8.90  2,344.00

                        RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Philip E. Milch              1.90   $265.00      $503.50
     Mark T. Hurford              6.60    265.00     1,749.00
     Marla R. Eskin               0.30    275.00        82.50
     Marnie L. Powell             0.10     90.00         9.00


         TOTAL CURRENT WORK                              2,344.00


         BALANCE DUE                                    $2,344.00
                                                        =========
```

```
                                                      Page: 4
W.R. Grace                                          10/31/02
                                    ACCOUNT NO: 3000-20D
                                    STATEMENT NO:        1

Tax Litigation
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        10/31/02
Wilmington  DE                       ACCOUNT NO: 3000-22D
                                     STATEMENT NO:       6

Valuation



    PREVIOUS BALANCE                              $2,057.10


    BALANCE DUE                                   $2,057.10
                                                  =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

{D0006563:1 }

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          10/31/02
Wilmington  DE                       ACCOUNT NO: 3000-23D
                                     STATEMENT NO:       6


ZAI Science Trial



PREVIOUS BALANCE                               $5,640.40


                                          HOURS
10/24/02
    MTH Review order re: ZAI deadlines          0.10    26.50
    MRE Review of order discovery for ZAI       0.10    27.50
                                                ----    -----
        FOR CURRENT SERVICES RENDERED           0.20    54.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE    TOTAL
    Mark T. Hurford              0.10    $265.00    $26.50
    Marla R. Eskin               0.10     275.00     27.50


    TOTAL CURRENT WORK                              54.00


    BALANCE DUE                                 $5,694.40
                                               =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          10/31/02
Wilmington  DE                         ACCOUNT NO: 3000-24D
                                       STATEMENT NO:       6

ZAI Science Trial - Expenses


PREVIOUS BALANCE                                      $159.00


BALANCE DUE                                           $159.00
                                                     =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                          10/31/02
Wilmington  DE                              ACCOUNT NO    3000D

PREVIOUS BALANCE        FEES    EXPENSES    ADVANCES    PAYMENTS      BALANCE

   3000-00 Costs and Expenses
     5,492.55        0.00        0.00        0.00        0.00    $5,492.55

   3000-01 Asset Analysis and Recovery
     8,767.60        0.00        0.00        0.00        0.00    $8,767.60

   3000-02 Asset Disposition
     1,182.10      186.50        0.00        0.00        0.00    $1,368.60

   3000-03 Business Operations
      206.90       27.50        0.00        0.00        0.00      $234.40

   3000-04 Case Administration
   12,069.20      107.00        0.00        0.00        0.00   $12,176.20

   3000-05 Claims Analysis Objection & Resolution (Asbestos)
   13,142.30       26.50        0.00        0.00        0.00   $13,168.80

   3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)
    5,341.00       26.50        0.00        0.00        0.00    $5,367.50

   3000-07 Committee, Creditors, Noteholders, Equity Holders
    8,657.90    3,926.50        0.00        0.00        0.00   $12,584.40

   3000-08 Employee Benefits/Pension
   14,740.90      821.50        0.00        0.00        0.00   $15,562.40

   3000-09 Employee Applications, Applicant
      26.50        0.00        0.00        0.00        0.00       $26.50

   3000-10 Employment Applications, Others
   11,170.50        0.00        0.00        0.00        0.00   $11,170.50

   3000-11 Expenses
     920.03        0.00   14,957.93        0.00        0.00   $17,643.96

{D0006563:1 }

```
                                                            Page: 2
          W.R. Grace                                       10/31/02
                                             ACCOUNT NO      3000D
```

```
PREVIOUS BALANCE      FEES   EXPENSES   ADVANCES    PAYMENTS      BALANCE

   3000-12 Fee Applications, Applicant
      3,111.10  2,276.00       0.00       0.00        0.00   $5,387.10

   3000-13 Fee Applications, Others
      1,432.00  3,046.00       0.00       0.00        0.00   $4,478.00

   3000-14 Financing
         31.50      0.00       0.00       0.00        0.00      $31.50

   3000-15 Hearings
     23,077.90    153.50       0.00       0.00        0.00  $23,231.40

   3000-16 Litigation and Litigation Consulting
      3,185.00  3,556.00       0.00       0.00        0.00   $6,741.00

   3000-17 Plan and Disclosure Statement
         26.50    105.00       0.00       0.00        0.00     $131.50

   3000-18 Relief from Stay Proceedings
        169.50    506.50       0.00       0.00        0.00     $676.00

   3000-20 Tax Litigation
          0.00  2,344.00       0.00       0.00        0.00   $2,344.00

   3000-22 Valuation
      2,057.10      0.00       0.00       0.00        0.00   $2,057.10

   3000-23 ZAI Science Trial
      5,640.40     54.00       0.00       0.00        0.00   $5,694.40

   3000-24 ZAI Science Trial - Expenses
        159.00      0.00       0.00       0.00        0.00     $159.00

    ----------  --------  --------     ----       ---- -----------
    120,607.48 17,163.00 14,957.93       0.00        0.00 $154,494.41
                                                         ===========
```

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.