Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                               11/30/02
Wilmington  DE                          ACCOUNT NO: 3000-00D
                                        STATEMENT NO:      18

Costs and Expenses

       PREVIOUS BALANCE                               $5,492.55

11/13/02 Payment - Thank you.  (June, 2002 - 100%)    -1,318.47
11/13/02 Payment - Thank you.  (July, 2002 - 100%)    -1,623.50
                                                      ---------
       TOTAL PAYMENTS                                 -2,941.97

       BALANCE DUE                                    $2,550.58
                                                      =========

       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          11/30/02
Wilmington  DE                        ACCOUNT NO: 3000-01D
                                      STATEMENT NO:      18

Asset Analysis and Recovery

PREVIOUS BALANCE                                    $8,767.60

                                        HOURS
11/18/02
    MRE Review of sixth claim settlement notice
        regarding the State of Ohio            0.10      27.50
    MRE E-mail to Lockwood re: objection to
        debtors sixth claim settlement notice re:
        State of Ohio                          0.10      27.50
                                               ----      -----
        FOR CURRENT SERVICES RENDERED          0.20      55.00

                       RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Marla R. Eskin                 0.20    $275.00      $55.00

    TOTAL CURRENT WORK                                   55.00

11/13/02 Payment - Thank you.  (January, 2002 - 20%)       -15.20
11/13/02 Payment - Thank you.  (February, 2002 - 20%)     -203.80
11/13/02 Payment - Thank you.  (March, 2002 - 20%)        -272.20
11/13/02 Payment - Thank you.  (June, 2002 - 80%)         -502.80
11/13/02 Payment - Thank you.  (July, 2002 - 80%)       -2,090.40
                                                        ---------
    TOTAL PAYMENTS                                      -3,084.40

    BALANCE DUE                                         $5,738.20
                                                        =========

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC

1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 11/30/02 |
| Wilmington  DE | ACCOUNT NO: 3000-02D |
|  | STATEMENT NO:      18 |

Asset Disposition

PREVIOUS BALANCE                                    $1,368.60

HOURS

**11/04/02**
MTH Telephone conference with M. Berkin re:
contact with Blackstone re: non-debtor
acquisition                                    0.10    26.50

**11/05/02**
MTH Telephone conference with PEM re: Grace
non-debtor acquisition in Venezuela and
review of correspondence from PEM to
Lockwood re: same                              0.10    26.50
MTH Review correspondence from PEM to PVL re:
Venezuelan acquisition                         0.10    26.50
PEM Review Berkin memo re: acquisition of
MIDEVENSA (.1); draft correspondence re:
same (.1)                                      0.20    53.00

**11/06/02**
MTH Review correspondence from Lockwood re:
Grace Venezuelan acquisition                   0.10    26.50

**11/12/02**
MRE Review of debtors motion for authority to
amend agreement for sale of real property      0.10    27.50

**11/15/02**
MTH Review debtors' motion for authority to
amend agreement of real property               0.30    79.50
MTH Review debtors' amended notice re: fifth
quarterly report of settlements                0.10    26.50
                                               ----    ------
FOR CURRENT SERVICES RENDERED                  1.10    292.50

STATEMENT NO:      18

Asset Disposition

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $265.00 | $53.00 |
| Mark T. Hurford | 0.80 | 265.00 | 212.00 |
| Marla R. Eskin | 0.10 | 275.00 | 27.50 |

TOTAL CURRENT WORK                                        292.50


11/13/02 Payment - Thank you.  (June, 2002 - 80%)          -302.80


BALANCE DUE                                              $1,358.30
                                                         =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219

412-261-0310

```
                                                    Page: 1
W.R. Grace                                          11/30/02
Wilmington  DE                        ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      13

    Business Operations
```

```
        PREVIOUS BALANCE                           $234.40
```

```
                                            HOURS
11/20/02
     MTH Review financial documents from WR Grace
         re: MOR and tax returns             0.20    53.00
     MTH Correspondence to Tersigni re: financial
         documents received from debtors     0.20    53.00
     MTH Review correspondence from Tersigni re:
         financial documents and response to same  0.10  26.50

11/22/02
     PEM Review report on 3rd quarter operations
         from Tersigni to committee          0.70   185.50

11/24/02
     DAC Review Tersigni's 3rd quarter report on
         operations                          0.30   105.00
                                             ----   ------
        FOR CURRENT SERVICES RENDERED        1.50   423.00
```

```
                    RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
    Douglas A. Campbell         0.30   $350.00     $105.00
    Philip E. Milch             0.70    265.00      185.50
    Mark T. Hurford             0.50    265.00      132.50


        TOTAL CURRENT WORK                          423.00


11/13/02 Payment - Thank you.  (February, 2002 - 20%)    -100.50
```

```
                                                    Page: 2
W.R. Grace                                          11/30/02
                                      ACCOUNT NO: 3000-03D
                                      STATEMENT NO:      13

    Business Operations
```

```
BALANCE DUE                                          $556.90
                                                     =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                    Page: 1
W.R. Grace                                        11/30/02
Wilmington  DE                      ACCOUNT NO: 3000-04D
                                    STATEMENT NO:      18


        Case Administration




        PREVIOUS BALANCE                       $12,176.20



                                       HOURS
11/12/02
     MRE Motion to amend the order authorizing the
         debtor to employ ordinary course
         professionals utilized in the ordinary
         course of the debtors business         0.10    27.50

11/15/02
     MTH Review debtors' motion to amend ordinary
         course professionals order (.2);
         telephone conference with PEM re: same
         (.2)                                   0.40   106.00

11/18/02
     MTH Correspondence to PVNL re: amend ordinary
         course professional motion             0.20    53.00

11/19/02
     PEM Telephone conference with MTH re:
         ordinary course                        0.10    26.50
     MTH Telephone conference with PEM re: Locke
         motion, ordinary course professionals
         motion, contact with PVNL              0.10    26.50
     MTH Review correspondence from PVNL re:
         ordinary course motion                 0.10    26.50
     MTH Review correspondence from MRE re:
         ordinary course motion and discussion re:
         same                                   0.20    53.00
                                                ----   ------
        FOR CURRENT SERVICES RENDERED           1.20   319.00
```

---

```
                                                    Page: 2
W.R. Grace                                        11/30/02
                                    ACCOUNT NO: 3000-04D
                                    STATEMENT NO:      18
        Case Administration
```

```
                          RECAPITULATION
TIMEKEEPER                       HOURS  HOURLY RATE      TOTAL
  Philip E. Milch                 0.10    $265.00    $26.50
  Mark T. Hurford                 1.00     265.00    265.00
  Marla R. Eskin                  0.10     275.00     27.50


  TOTAL CURRENT WORK                                  319.00



11/13/02 Payment - Thank you.  (January, 2002 - 20%)      -207.80
11/13/02 Payment - Thank you.  (February, 2002 - 20%)     -514.80
11/13/02 Payment - Thank you.  (March, 2002 - 20%)        -248.10
11/13/02 Payment - Thank you.  (June, 2002 - 80%)       -1,674.40
11/13/02 Payment - Thank you.  (July, 2002 - 80%)       -1,029.60
                                                        ---------
  TOTAL PAYMENTS                                        -3,674.70

  BALANCE DUE                                         $8,820.50
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                                                      Page: 1
W.R. Grace                                           11/30/02
Wilmington  DE                        ACCOUNT NO: 3000-05D
                                      STATEMENT NO:     18


Claims Analysis Objection & Resolution (Asbestos)




     PREVIOUS BALANCE                          $13,168.80




11/13/02 Payment - Thank you.  (February, 2002 - 20%)       -5.80
11/13/02 Payment - Thank you.  (March, 2002 - 20%)        -407.40
11/13/02 Payment - Thank you.  (June, 2002 - 80%)       -2,059.60
11/13/02 Payment - Thank you.  (July, 2002 - 80%)       -3,886.00
                                                        ---------
     TOTAL PAYMENTS                                    -6,358.80

     BALANCE DUE                                       $6,810.00
                                                       =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

```
                   Campbell & Levine, LLC
                    1700 Grant Building
                   Pittsburgh, PA  15219
                      412-261-0310
```

```
W.R. Grace                                           11/30/02
Wilmington  DE                        ACCOUNT NO: 3000-06D
                                      STATEMENT NO:       18
```

Claims Analysis Objection & Resol. (Non-Asbestos)


```
          PREVIOUS BALANCE                         $5,367.50


                                          HOURS
11/18/02
          MTH Review correspondence from MRE re: State
              of Ohio settlement                    0.10     26.50
                                                    ----    -----
              FOR CURRENT SERVICES RENDERED         0.10     26.50
                        RECAPITULATION
          TIMEKEEPER                 HOURS HOURLY RATE    TOTAL
          Mark T. Hurford             0.10    $265.00    $26.50


          TOTAL CURRENT WORK                            26.50


11/13/02 Payment - Thank you.  (June, 2002 - 80%)      -1,221.60
11/13/02 Payment - Thank you.  (July, 2002 - 80%)        -843.60
                                                       ---------
          TOTAL PAYMENTS                               -2,065.20

          BALANCE DUE                                  $3,328.80
                                                       =========
```


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Wilmington  DE                                    ACCOUNT NO: 3000-07D
                                                  STATEMENT NO:     18

Committee, Creditors, Noteholders, Equity Holders


        PREVIOUS BALANCE                              $12,584.40


                                                  HOURS
11/01/02
      MTH Review report re: pleadings filed
          10/31/02                                 0.10     26.50
      DAD Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)          0.30     28.50
      PEM Review recommendation memo to committee
          regarding pending motions and adversary
          proceedings                              0.40    106.00

11/04/02
      MTH Review report re: pleadings filed
          November 1, 2002                         0.10     26.50
      MTH Prepare weekly recommendation memo       0.30     79.50
      DAD Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)          0.30     28.50
       MK Attention to document organization       0.20     18.00

11/05/02
      MTH Review report re: pleadings filed
          November 4, 2002                         0.10     26.50
      DAD Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)          0.30     28.50

11/06/02
      MTH Review report re: pleadings filed
          November 5, 2002                         0.10     26.50
      DAD Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)          0.30     28.50

                                                  Page: 2
            W.R. Grace                            11/30/02
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:     18
      Committee, Creditors, Noteholders, Equity Holders




                                                  HOURS

11/07/02
    MTH Review report re: pleadings filed
        November 6, 2002                    0.10     26.50
    MTH Prepare weekly recommendation memo     0.30     79.50
    DAD Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)      0.30     28.50

11/08/02
    MTH Prepare weekly recommendation memo     0.30     79.50
    MTH Meeting with MRE re: weekly
        recommendation memo                 0.10     26.50
    MRE Review and revisions to weekly
        recommendation calendar            0.20     55.00

11/11/02
    DAC Review counsel's recommendation memo  0.10     35.00
    MTH Review report re: pleadings filed
        November 7 & 8, 2002            0.10     26.50
    DAD Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)      0.30     28.50
    PEM Review recommendation memo re: pending
        matters                        0.40   106.00

11/12/02
    MTH Review report re: pleadings filed
        November 11, 2002              0.10     26.50
    DAD Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)      0.30     28.50

11/13/02
    DAD Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)      0.50     47.50

11/14/02
    MTH Review report re: pleadings filed
        November 13, 2002              0.10     26.50
    DAD Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)      0.50     47.50

---

                                             Page: 3
W.R. Grace                                11/30/02
                          ACCOUNT NO: 3000-07D
                          STATEMENT NO:     18
Committee, Creditors, Noteholders, Equity Holders

                                  HOURS
11/15/02
    MTH Review report re: pleadings filed on

|     |                                                                                      |      |        |
|-----|--------------------------------------------------------------------------------------|------|--------|
|     | November 14, 2002                                                                    | 0.10 | 26.50  |
| MTH | Prepare weekly recommendation memo                                                   | 0.60 | 159.00 |
| MTH | Correspondence to committee members re: weekly recommendation memo                   | 0.20 | 53.00  |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50  |

11/17/02

|     |                                                                    |      |        |
|-----|--------------------------------------------------------------------|------|--------|
| PEM | Review recommendation memo to committee re: pending matters        | 0.40 | 106.00 |

11/18/02

|     |                                                                                      |      |        |
|-----|--------------------------------------------------------------------------------------|------|--------|
| DAC | Review counsels' weekly recommendation memo                                          | 0.10 | 35.00  |
| MTH | Review report re: pleadings filed November 15, 2002                                  | 0.10 | 26.50  |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50  |

11/19/02

|     |                                                                                      |      |        |
|-----|--------------------------------------------------------------------------------------|------|--------|
| MTH | Review report re: pleadings filed November 18, 2002                                  | 0.10 | 26.50  |
| MTH | Prepare weekly recommendation memo                                                   | 0.40 | 106.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50  |

11/20/02

|     |                                                                                      |      |        |
|-----|--------------------------------------------------------------------------------------|------|--------|
| MTH | Review report re: pleadings filed November 19, 2002                                  | 0.10 | 26.50  |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50  |

11/21/02

|     |                                                                                      |      |        |
|-----|--------------------------------------------------------------------------------------|------|--------|
| MTH | Review report re: pleadings filed November 20, 2002                                  | 0.10 | 26.50  |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50  |
| MK  | Attention to document organization                                                   | 0.40 | 36.00  |

---

                                        HOURS

11/22/02

|     |                                     |      |       |
|-----|-------------------------------------|------|-------|
| MRE | Review of daily pleadings memo      | 0.10 | 27.50 |
| MTH | Review report re: pleadings filed   |      |       |

```
              November 21, 2002                          0.10     26.50
          MTH Prepare weekly recommendation memo         0.40    106.00
          MTH Correspondence to committee members re:
              recommendation memo                        0.20     53.00
          MTH Review correspondence from EI re:
              Tersigni report re: 3rd quarter            0.20     53.00
          DAD Review pleadings and electronic filing
              notices (.2); preparation and
              distribution of daily memo (.1)            0.30     28.50

11/25/02
          DAC Review counsels 11/22 recommendation memo  0.20     70.00
          DAD Review pleadings and electronic filing
              notices (.2); preparation and
              distribution of daily memo (.1)            0.30     28.50
          PEM Review recommendation memo to committee
              re: pending matters                        0.40    106.00

11/26/02
          MTH Review report re: pleadings filed
              November 22, 2002                          0.10     26.50
          MTH Review correspondence from EI re:
              committee co-counsel                       0.10     26.50
          DAD Review pleadings and electronic filing
              notices (.2); preparation and
              distribution of daily memo (.1)            0.30     28.50

11/27/02
          DAD Review pleadings and electronic filing
              notices (.2); preparation and
              distribution of daily memo (.1)            0.30     28.50
                                                        -----  --------
              FOR CURRENT SERVICES RENDERED             13.30  2,470.50

                          RECAPITULATION
     TIMEKEEPER                     HOURS HOURLY RATE       TOTAL
     Douglas A. Campbell             0.40    $350.00     $140.00
     Philip E. Milch                 1.60     265.00      424.00
     Michele Kennedy                 0.60      90.00       54.00
     Mark T. Hurford                 4.60     265.00    1,219.00
     Marla R. Eskin                  0.30     275.00       82.50
     Dylan A. Davis                  5.80      95.00      551.00
```

---

```
                                                          Page: 5
     W.R. Grace                                         11/30/02
                                       ACCOUNT NO: 3000-07D
                                       STATEMENT NO:        18
     Committee, Creditors, Noteholders, Equity Holders
```

```
     TOTAL CURRENT WORK                                 2,470.50


11/13/02 Payment - Thank you.  (January, 2002 - 20%)      -819.40
```

```
11/13/02 Payment - Thank you.  (February, 2002 - 20%)          -189.70
11/13/02 Payment - Thank you.  (March, 2002 - 20%)             -276.60
                                                              ---------
         TOTAL PAYMENTS                                       -1,285.70

         BALANCE DUE                                         $13,769.20
                                                             ==========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                        Page: 1
W.R. Grace                                          11/30/02
Wilmington  DE                    ACCOUNT NO: 3000-08D
                                  STATEMENT NO:      17

Employee Benefits/Pension
```

```
          PREVIOUS BALANCE                                      $15,562.40



11/13/02 Payment - Thank you.  (January, 2002 - 20%)              -214.20
11/13/02 Payment - Thank you.  (February, 2002 - 20%)            -110.20
11/13/02 Payment - Thank you.  (March, 2002 - 20%)               -70.60
11/13/02 Payment - Thank you.  (June, 2002 - 80%)             -8,736.80
11/13/02 Payment - Thank you.  (July, 2002 - 80%)             -1,360.80
                                                             ----------
          TOTAL PAYMENTS                                     -10,492.60

          BALANCE DUE                                         $5,069.80
                                                              =========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                        Page: 1
W.R. Grace                                            11/30/02
Wilmington  DE                         ACCOUNT NO: 3000-09D
                                       STATEMENT NO:        8


Employee Applications, Applicant
```

PREVIOUS BALANCE                                    $26.50


BALANCE DUE                                         $26.50
                                                    ======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                       412-261-0310



                                                Page: 1
W.R. Grace                                      11/30/02
Wilmington  DE                      ACCOUNT NO: 3000-10D
                                    STATEMENT NO:      18

Employment Applications, Others

```
            PREVIOUS BALANCE                              $11,170.50




11/13/02 Payment - Thank you.  (January, 2002 - 20%)      -1,346.50
11/13/02 Payment - Thank you.  (February, 2002 - 20%)       -237.80
11/13/02 Payment - Thank you.  (March, 2002 - 20%)          -410.20
11/13/02 Payment - Thank you.  (June, 2002 - 80%)         -1,335.60
11/13/02 Payment - Thank you.  (July, 2002 - 80%)         -1,542.40
                                                          ---------
            TOTAL PAYMENTS                                -4,872.50

            BALANCE DUE                                   $6,298.00
                                                          =========
```

```
            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.
```

---

```
                      Campbell & Levine, LLC
                        1700 Grant Building
                      Pittsburgh, PA  15219
                         412-261-0310
```

```
                                                     Page: 1
            W.R. Grace                                11/30/02
            Wilmington  DE                  ACCOUNT NO: 3000-11D
                                            STATEMENT NO:      16


            Expenses
```

PREVIOUS BALANCE                                    $17,643.96


11/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage (CNO for Tersigni served
         11/1/02)                                      338.85
11/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage (CNO for LAS served
         11/1/02)                                      338.85
11/06/02 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage (Notice of Sixth
         Interim)                                    3,800.60
11/08/02 Federal Express to Mr. Brad Friedman on November
         1, 2002                                        24.13
11/12/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage (Certification of No
         Objection)                                     64.14
11/13/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage (Sixth Interim)      287.00
11/15/02 FAX to 4 parties of record - 4 pages (memo)     8.00
11/15/02 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage (Compensation of
         Services)                                   1,130.55
11/15/02 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage (Notice of Application) 240.85
11/16/02 AT&T Long Distance Phone Calls                 13.82
11/22/02 Photocopying - 10 pages 2 copies (Tersigni
         report)                                         2.00
11/27/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage on 11/26/02 (Notice of
         Objection)                                     98.90
11/29/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage on 11/27/02
         (Certification of No Objection Regarding the 12th
         Monthly Application of C&D)                    64.14

---

                                              Page:  2
       W.R. Grace                             11/30/02
                             ACCOUNT NO: 3000-11D
                             STATEMENT NO:      16

       Expenses




11/30/02 Pacer - docket report, associated cases, image,
         attorney list, deadline/schedule              90.58
                                                    --------
       TOTAL EXPENSES                              6,502.41

       TOTAL CURRENT WORK                          6,502.41


11/13/02 Payment - Thank you.  (July, 2002 - 80%)      -92.80

```
BALANCE DUE                                        $24,053.57
                                                   ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                            Page: 1
W.R. Grace                                  11/30/02
Wilmington  DE                 ACCOUNT NO: 3000-12D
                               STATEMENT NO:     16
```

Fee Applications, Applicant

```
PREVIOUS BALANCE                                    $5,387.10
```

```
                                                  HOURS
11/11/02
     AFM  Review and sign CNO re: C&L
          (Monthly-Aug); review docket re:
          objection to same                        0.10    20.00
     KJC  Review of docket re: objections to C&L
          August fee application (.1); preparation
          of CNO re: same (.2); preparation of COS
          re: same (.1); electronic filing of same;
          hard copy service of same (.1); update
          spreadsheet (.1)                          0.60    57.00

11/12/02
     AFM  Prepare 6th interim fee application for
          C&L (July-Sept)                           0.40    80.00

11/13/02
     AFM  Prepare 6th interim fee application for
          C&L (July-Sept) (con't)(1.3); prepare
          summary of compensable time (.7); prepare
          summary by project category (.5); prepare
          exhibits (July-Sept) billing statements
          (.5)                                      3.00   600.00
     DAD  Electronic filing of C&L's 6th interim
          fee application (.2); electronic service
          of same (.1); hard copy service of same
          (.2); update status chart (.1)            0.60    57.00

11/18/02
     MTH  Review and edit pre-bill                   1.30   344.50

11/21/02
     MRE  Review and revisions to pre-bill for the
```

---

```
                                               Page: 2
     W.R. Grace                               11/30/02
                                 ACCOUNT NO: 3000-12D
                                 STATEMENT NO:       16

          Fee Applications, Applicant
```

```
                                                  HOURS
          fee application (.5); meeting with MTH
          re: same (.2)                             0.70   192.50
     MTH  Meeting with MRE re: pre-bill             0.20    53.00

11/22/02
     KJC  Review of certification of counsel with
          respect to fee auditor project category
          summaries for 1st, 2nd, 3rd and 5th
          interim fee periods                       0.80    76.00
     AFM  E-mail from L. Ferdinand re: amended
          project category summary for quarters
```

```
                1-3, 5 (.2); various meetings with MRE,
                KJC and MTH re: same and fee application
                hearing for 11/25 (.5)                          0.70    140.00
            MTH Review correspondence from L. Ferdinand
                re: revised spreadsheets                        0.20     53.00

11/27/02
            AFM Review and sign CNO for C&L
                (monthly-Sept)                                  0.10     20.00
            KJC CNO C&L; review of docket re: objections
                to C&L's September fee application (.1);
                preparation of CNO re: same (.2);
                preparation of COS re: same (.1)                0.40     38.00
            MTH Review revised pre-bill                         0.40    106.00
                                                               ----   --------
                FOR CURRENT SERVICES RENDERED                  9.50  1,837.00

                            RECAPITULATION
            TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
            Aileen F. Maguire               4.30   $200.00     $860.00
            Mark T. Hurford                 2.10    265.00      556.50
            Marla R. Eskin                  0.70    275.00      192.50
            Kathleen J. Campbell            1.80     95.00      171.00
            Dylan A. Davis                  0.60     95.00       57.00


                TOTAL CURRENT WORK                             1,837.00


11/13/02 Payment - Thank you.  (March, 2002 - 20%)              -5.80
11/13/02 Payment - Thank you.  (June, 2002 - 80%)            -212.00
11/13/02 Payment - Thank you.  (July, 2002 - 80%)            -110.00
```

```
                                                   Page: 3
            W.R. Grace                             11/30/02
                                       ACCOUNT NO: 3000-12D
                                       STATEMENT NO:      16

            Fee Applications, Applicant




                                                   -------
            TOTAL PAYMENTS                         -327.80

            BALANCE DUE                          $6,896.30
                                                 =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                11/30/02
Wilmington   DE                        ACCOUNT NO: 3000-13D
                                       STATEMENT NO:        3

Fee Applications, Others

PREVIOUS BALANCE                                        $4,478.00

HOURS

11/01/02

```
        AFM E-mail from L. Ferdinand re: committee
            member 5th quarter expenses              0.10      20.00
        AFM Review and sign CNO re: LAS (monthly-Aug) 0.10      20.00
        AFM Review and sign CNO re: Tersigni
            (monthly-Aug)                             0.10      20.00

11/04/02
        AFM E-mail and telephone conference with E.
            Strug re: Lovells fee application (2nd
            interim)                                  0.10      20.00
        MRE Review of fee auditors report for
            Hamilton Rabinowitz                       0.10      27.50

11/05/02
        AFM E-mail to D. Collins re: Tersigni fee
            applications for September                0.10      20.00
        AFM E-mails to and from E. Strug re: C&D
            (August)                                  0.10      20.00
        AFM Prepare, review and sign fee application
            for C&D interim fee application (6th)
            (.3); preparation of exhibit A re: same
            (.2); preparation of exhibit B re: same
            (.2); preparation of exhibit C re: same
            (.2); preparation of exhibit D re: same
            with edits (.3); preparation of notice
            re: same (.1); update status chart (.1);
            prepare COS re: same (.1)                 1.50     300.00
        AFM Prepare, review and sign fee application
            for Professor Warren (1st fraud
            conv.)(.5); preparation of exhibit A re:
            same (.2); preparation of exhibit B re:
```

---

```
                                                  Page:   2
    W.R. Grace                                    11/30/02
                                  ACCOUNT NO: 3000-13D
                                  STATEMENT NO:       3

    Fee Applications, Others




                                           HOURS
            same (.2); preparation of exhibit C re:
            same (.2); prepare COS re: same (.1)      1.10     220.00
        AFM Prepare, review and sign fee application
            for C&D (1st fraud conv.)(.4);
            preparation of exhibit A re: same (.2);
            preparation of exhibit B re: same (.2);
            prepare COS re: same (.1)                 0.90     180.00
        AFM Prepare, review and sign fee application
            for C&D (2nd fraud conv.)(.5);
            preparation of exhibit A re: same (.2);
            preparation of exhibit B re: same (.2);
            prepare COS re: same (.1)                 1.00     200.00
        AFM Prepare, review and sign fee application
            for C&D (3rd fraud conv.)(.3);
            preparation of exhibit A re: same (.2);
```

```
         preparation of exhibit B re: same (.2);
         prepare COS re: same (.1)                          0.80    160.00
    AFM  Prepare, review and sign fee application
         for C&D (4th fraud conv.)(.4);
         preparation of exhibit A re: same (.2);
         preparation of exhibit B re: same (.2);
         prepare COS re: same (.1)                          0.90    180.00
    AFM  Prepare, review and sign fee application
         for Professor Warren (Interim fraud
         conv.)(.5); preparation of exhibit A re:
         same (.2); preparation of exhibit B re:
         same (.2); preparation of exhibit C re:
         same (.1); prepare COS re: same (.1)               1.10    220.00
    AFM  Telephone conference with E. Strug re:
         interim fee application for Professor
         Warren (Fraud Conv.)                               0.10     20.00
    AFM  Update fee application status chart               0.50    100.00
    AFM  Prepare fee application for Tersigni
         (4th)                                              0.30     60.00
    KJC  E-file C&D fee application for period
         7/1/02 - 9/30/02                                   0.30     28.50

11/06/02
    KJC  14th monthly fee application of Tersigni
         for period 9/1/02 - 9/30/02: preparation
         of documents for electronic filing (.3);
         electronic filing of same (.2)                     0.50     47.50
    MRE  Review of fee auditors final report for
         PI Committee                                       0.10     27.50
    MRE  Review of fee auditors final report for
```

---

                                                        Page:     3
W.R. Grace                                              11/30/02
                                        ACCOUNT NO:   3000-13D
                                        STATEMENT NO:        3

Fee Applications, Others

```
                                               HOURS
         LAS                                    0.10     27.50
    MRE  Review of LAS 1st, 2nd, and 3rd interim
         period                                 0.10     27.50

11/07/02
    MRE  E-mail to R. Tobin re: fee auditor's
         final fee report for LAS               0.10     27.50
    MRE  Review of fee auditors report for Duane
         Morris                                 0.10     27.50
    MRE  Review of fee auditors report for
         Tersigni for the 5th interim period    0.10     27.50

11/10/02
    MRE  Research re: appeal of fee auditors
         report                                 0.40    110.00
```

11/11/02

    AFM Review and sign CNO re: C&D
        (Monthly-Aug); review docket re:
        objection to same                       0.10    20.00

    AFM Update fee application and payment status
        chart                              0.10    20.00

    AFM Draft 2nd Interim Fee application for
        Committee Member Expense Reimbursement
        (.7); prepare exhibits re: same (1.0);
        meeting with MRE re: same (.1)       1.80   360.00

    AFM E-mail to D. Relles re: September monthly
        fee detail (LAS)                0.10    20.00

    AFM Prepare 6th Interim Fee application for
        Tersigni (July-Sept)            2.10   420.00

    AFM Telephone conference with M. Berkin re:
        task codes for Interim Fee application  0.10    20.00

    KJC Review of docket re: objections to C&D
        August fee application (.1); preparation
        of CNO re: same (.2); preparation of COS
        re: same (.1); electronic filing of same;
        hard copy service of same (.1); update
        spreadsheet (.1)                0.60    57.00

    MRE Review of motion of Pachulski Stang to
        shorten notice period re: interim
        compensation                   0.10    27.50

11/12/02

    AFM E-mail to D. Collins re: Tersigni task
        codes for project categories; interim fee

---

Fee Applications, Others

                                HOURS

        application (July-Sept)         0.10    20.00

    AFM E-mails from D. Collins re: new task
        codes for Tersigni for project categories
        (x4); telephone conference with D.
        Collins re: same (.2)           0.60   120.00

    AFM Con't preparation of Tersigni interim fee
        application (July-Sept)         1.00   200.00

    AFM E-mail to D. Collins, MRE re: Tersigni
        6th interim fee application       0.10    20.00

    AFM Prepare exhibits to Tersigni 6th interim
        fee application                0.30    60.00

    AFM E-mail to and from MRE re: C&D and
        Tersigni fee auditor reports and upcoming
        fee application hearing         0.20    40.00

    AFM Telephone conference with D. Collins re:
        revisions to Tersigni 6th interim fee
        application                   0.10    20.00

```
        AFM  Meeting with MRE re: 2nd interim
             application for committee reimbursements      0.10      20.00
        AFM  Telephone conference with T. Roy re:
             Kazan committee expense reimbursements;
             2nd interim fee application                   0.30      60.00

11/13/02
        AFM  Prepare monthly fee application for LAS
             (Sept) (1.5); prepare exhibits re:
             same (.4)                                     1.90     380.00
        AFM  E-mail to D. Collins re: revised Tersigni
             interim fee application                       0.10      20.00
        AFM  Telephone conference with D. Collins re:
             revision to Tersigni fee application          0.10      20.00
        AFM  Prepare interim fee application for LAS
             (July-Sept) (1.5); prepare exhibits (.5);
             prepare certificate of service (.1)           2.10     420.00
        AFM  Revise interim fee application for
             Tersigni (July-Sept)                          0.40      80.00

11/14/02
        AFM  E-mail from D. Relles re: revisions to
             7th monthly fee application for LAS
             (Sept)                                        0.10      20.00
        AFM  Revisions to 7th monthly fee application
             for LAS (Sept)                                0.40      80.00
        AFM  Prepare notice of 2nd interim fee
             application for LAS                           0.20      40.00
```

```
                                                 Page: 5
      W.R. Grace                                 11/30/02
                                   ACCOUNT NO: 3000-13D
                                   STATEMENT NO:        3

      Fee Applications, Others
```

```
                                               HOURS
        AFM  Prepare notice of 6th interim fee
             application for Tersigni                      0.20      40.00
        AFM  E-mail from E. Strug re: C&D interim fee
             application (1st - fraudulent conveyance)     0.10      20.00
        AFM  Prepare C&D interim fee application (1st-
             fraudulent conveyance) for filing (.3);
             prepare exhibit A (.2); prepare exhibit B
             (.2); prepare exhibit C (.2); prepare
             notice of fee application (.1)                1.00     200.00
        AFM  Telephone conference with T. Roy re:
             committee member supporting documents for
             interim fee application                       0.10      20.00
        AFM  Telephone conference with T. Roy re:
             committee member receipts for interim fee
             application                                   0.10      20.00
        AFM  Telephone conference with T. Roy re:
             revisions to committee reimbursement
             interim fee application                       0.10      20.00
```

```
      AFM Prepare final committee interim fee
          application (.5); prepare exhibit A-B
          (.2); prepare notice of filing (.2);
          prepare certificate of service (.1)           1.00     200.00
      DAD Electronic filing of LAS interim fee
          application (September 2002) (.2);
          electronic service of same (.1); hard
          copy service of same (.2); update status
          chart (.1)                                     0.60      57.00

11/15/02
      MTH Review fee application of Reed Smith           0.10      26.50
      MTH Review fee application Richardson,
          Patrick                                        0.10      26.50
      MTH Review fee application Nelson, Mullins         0.10      26.50
      MTH Review fee application Kirkland & Ellis        0.10      26.50

11/18/02
      AFM E-mail from MRE re: fee applications for
          11/25 hearing (.1); review docket re:
          same (.1)                                      0.20      40.00
      AFM Telephone conference with L. Ferdinand
          re: C&L recalculation of 5th interim
          project category summary                       0.20      40.00
      AFM Revisions to C&L 5th interim porject
          category summary                               0.20      40.00
      AFM E-mail to L. Ferdinand re: C&L
```

---

```
                                                         Page: 6
      W.R. Grace                                      11/30/02
                                            ACCOUNT NO: 3000-13D
                                            STATEMENT NO:       3

      Fee Applications, Others




                                               HOURS
          recalculation of 5th interim project
          category summary                               0.10      20.00
      AFM Telephone conference with L. Fernandez
          re: committee recalculation of 5th
          interim project category summary               0.20      40.00

11/19/02
      AFM E-mail from D. Relles re: LAS October
          bills                                          0.10      20.00

11/21/02
      KJC Review of proposed order approving
          quarterly fee applications for first,
          second and third periods: comparison of
          listed amounts with our records (.5);
          search for fee applications, CNOs, and
          fee auditor's reports related to LAS
          (.4); e-mails to D. Relles (.2); call to
          LaVern Ferdinand (.2); clear update
```

```
        status charts discrepancies between
        amounts in Order and requested fees;
        review of Tersigni fee application to
        reconcile in amounts from 1st and 2nd
        quarter to reflect difference in dates of
        applications and interim periods (.2)          1.50     142.50
    KJC Review of proposed order approving fifth
        quarter fee applications; comparison of
        listed amount with our records (.3);
        review of LAS fee applications to
        reconcile amount as a combination to two
        application (.2)                                0.50      47.50
    MRE Review of fee auditors report re:
        Tersigni                                        0.10      27.50

11/22/02
    MTH Review motion of PwC for limited waiver
        of local rule 2016-2(d)                         0.30      79.50
    MTH Review correspondence from Ferdinand re:
        draft order for first through third
        interim                                         0.20      53.00
    MTH Telephone conference with Ferdinand re:
        proposed orders re: interim fees and
        project category expenses                       0.40     106.00
    MTH Meeting with AFM re: comm. expenses in
        preparation for fee hearing                     0.20      53.00
```

---

```
                                                              Page: 7
        W.R. Grace                                           11/30/02
                                             ACCOUNT NO: 3000-13D
                                             STATEMENT NO:        3

        Fee Applications, Others



                                             HOURS
    MTH Review correspondence from Ferdinand re:
        proposed interim order re: 5th interim          0.20      53.00
    MTH Telephone conference with E. Strugg re:
        proposed orders re: interim                     0.10      26.50
    MTH Telephone conference with Tersigni re:
        proposed orders re: interim                     0.20      53.00
    MTH Telephone conference with M. Peterson re:
        proposed orders re: interim, fee auditor
        report                                          0.20      53.00
    MTH Correspondence to M. Peterson re:
        proposed orders re: interims                    0.10      26.50
    MTH Telephone conference with M. Peterson re:
        proposed orders re: interims, fee hearing       0.10      26.50
    MRE Review of final fee auditors report for
        C&D                                             0.10      27.50

11/26/02
    AFM Review docket re: CNO for C&D
        June-September                                  0.20      40.00
    AFM Review docket re: CNO for C&D
```

|     |                                                                                                     | HOURS |        |
| --- | --------------------------------------------------------------------------------------------------- | ----- | ------ |
|     | (Monthly-July)                                                                                      | 0.10  | 20.00  |
| AFM | Review docket re: CNO for C&D (Monthly-August)                                                      | 0.10  | 20.00  |
| AFM | Review docket re: CNO for C&D (Monthly-September)                                                   | 0.10  | 20.00  |
| AFM | Prepare and sign CNO for C&D (monthly-June)(.3); meeting with LMP re: CNO for July-Sept (.2)         | 0.50  | 100.00 |
| AFM | Prepare fee summary for recategorization project (revised fee order)(March, 2002)(con't)            | 1.80  | 360.00 |
| LMP | Electronic filing of July CNO for C&D (.1); update of service list (.1)                             | 0.20  | 18.00  |
| LMP | Preparation of June CNO for C&D (.1); electronic filing of same (.1); update service list (.1)      | 0.30  | 27.00  |
| LMP | Electronic filing of August CNO for C&D (.1); update of service list (.1)                           | 0.20  | 18.00  |
| LMP | Electronic filing of September CNO for C&D (.1); update of service list (.1)                        | 0.20  | 18.00  |

11/27/02

|     |                                                |      |       |
| --- | ---------------------------------------------- | ---- | ----- |
| AFM | Review and sign CNO for C&D (monthly-Sept)     | 0.10 | 20.00 |
| AFM | Telephone conference with D. Collins re:       |      |       |

---

Page: 8

W.R. Grace                                11/30/02
                          ACCOUNT NO: 3000-13D
                          STATEMENT NO:        3

Fee Applications, Others

|     |                                                                                                                                                   | HOURS |          |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------- | ----- | -------- |
|     | Tersigni Monthly fee application (Oct)                                                                                                             | 0.10  | 20.00    |
| KJC | CNO C&D; review of docket re: objections to C&D's September fee application (.1); preparation of CNO re: same (.2); preparation of COS re: same (.1) | 0.40  | 38.00    |
| LMP | Electronic filing of CNO for C&L                                                                                                                  | 0.10  | 9.00     |
| LMP | Electronic filing of CNO for C&D                                                                                                                  | 0.10  | 9.00     |
| MTH | Review correspondence from E. Strug re: fee issue                                                                                                 | 0.10  | 26.50    |
| MTH | Telephone conference with E. Strug re: fee issue                                                                                                  | 0.10  | 26.50    |
| MTH | Telephone conference with W. Sparks re: fee issue                                                                                                 | 0.10  | 26.50    |
| MTH | Telephone conference with W. Sparks re: Caplin fee issues                                                                                         | 0.10  | 26.50    |
| MTH | Correspondence to E. Strug re: Caplin fee issue                                                                                                   | 0.20  | 53.00    |
|     |                                                                                                                                                   | ----- | -------- |
|     | FOR CURRENT SERVICES RENDERED                                                                                                                     | 37.70 | 7,257.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 27.80 | $200.00 | $5,560.00 |
| Mark T. Hurford | 3.00 | 265.00 | 795.00 |
| Marla R. Eskin | 1.40 | 275.00 | 385.00 |
| Kathleen J. Campbell | 3.80 | 95.00 | 361.00 |
| Dylan A. Davis | 0.60 | 95.00 | 57.00 |
| Lauren M. Przybylek | 1.10 | 90.00 | 99.00 |

```
    TOTAL CURRENT WORK                          7,257.00


    BALANCE DUE                                $11,735.00
                                               ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                 Page: 1
W.R. Grace                                     11/30/02
Wilmington  DE                    ACCOUNT NO: 3000-14D
                                  STATEMENT NO:      16
```

Financing

```
    PREVIOUS BALANCE                              $31.50


    BALANCE DUE                                   $31.50
                                                  ======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          11/30/02
Wilmington  DE                       ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      18

Hearings

       PREVIOUS BALANCE                         $23,231.40

                                         HOURS
11/19/02
    MTH Meeting with MRE re: next omnibus hearing    0.10    26.50

11/21/02
    MTH Review agenda for hearing                    0.20    53.00
    MTH Telephone conference with PVNL re:
        attendance at hearing                        0.10    26.50
    MTH Review correspondence from MRE re: issues
        at hearing, attendance                       0.20    53.00

```
11/22/02
     MTH Review correspondence from PVNL re:
         hearing                                          0.10     26.50

11/25/02
     MTH Preparing for hearing                            0.60    159.00
     MTH Attending hearing                                1.50    397.50
                                                          ----    ------
         FOR CURRENT SERVICES RENDERED                    2.80    742.00

                        RECAPITULATION
     TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
     Mark T. Hurford                2.80    $265.00    $742.00


         TOTAL CURRENT WORK                                      742.00



11/13/02 Payment - Thank you.  (January, 2002 - 20%)            -386.10
11/13/02 Payment - Thank you.  (February, 2002 - 20%)           -402.40
11/13/02 Payment - Thank you.  (March, 2002 - 20%)             -555.20
```
---
```
                                                        Page: 2
     W.R. Grace                                         11/30/02
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:      18

     Hearings




11/13/02 Payment - Thank you.  (June, 2002 - 80%)             -5,446.00
11/13/02 Payment - Thank you.  (July, 2002 - 80%)            -4,116.40
                                                             ----------
         TOTAL PAYMENTS                                      -10,906.10

         BALANCE DUE                                         $13,067.30
                                                             ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          11/30/02
Wilmington  DE                     ACCOUNT NO: 3000-16D
                                   STATEMENT NO:        3

Litigation and Litigation Consulting

        PREVIOUS BALANCE                        $6,741.00

                                          HOURS
11/04/02
        MTH Review Sealed Air's motion for permission
            to appeal                      0.50      132.50
        MRE Review of Sealed Air and Cryrovac for
            Expedited Consolidation        0.10       27.50

11/06/02
        MTH Review motion for expedited consolidation
            with misc. dockets of WR Grace  0.10      26.50
        MTH Review petition of debtor for permission
            to file interlocutory appeal    0.20      53.00
        MTH Review memo in support of WR Grace's

```
            motion for appointment of examiner or
            limited trustee and response to
            anticipated motions                          1.00    265.00

11/15/02
      MTH Review debtors' motion to further extend
            the PI as it applies to R. Locke matter      1.20    318.00
      MTH Telephone conference with PEM re:
            debtors' motion re: PI Locke matter          0.20     53.00

11/19/02
      PEM Telephone conference with MTH re:
            productive injunction                        0.10     26.50
      PEM Telephone conference with MTH re:
            preliminary injunction                       0.10     26.50
      MTH Review motion on short notice for stay
            pending appeals                              0.20     53.00
      MTH Review joint motion to enter stipulation
            re: environmental liabilities                0.20     53.00
      MTH Review Graces' Objections and counter
```

---

```
                                                            Page: 2
        W.R. Grace                                       11/30/02
                                              ACCOUNT NO: 3000-16D
                                              STATEMENT NO:       3

        Litigation and Litigation Consulting
```

```
                                                         HOURS
            designations to plaintiffs' supplemental
            deposition designations                      0.10     26.50
      MTH Review objections of Sealed Air and
            Cryovac to plaintiffs' supplemental will
            call designations of deposition testimony    0.10     26.50

11/21/02
      PEM Review memo from counsel to committee re:
            Sealed Air and 3rd Circuit Vacate of
            Cybergenics                                  0.10     26.50

11/22/02
      MTH Review memo opinion from Judge Wolin
            dated 11/21/02 and order relating thereto    0.20     53.00

11/26/02
      MTH Telephone conference with PEM re: Robert
            Locke matter                                 0.10     26.50
                                                         ----  --------
            FOR CURRENT SERVICES RENDERED                4.50  1,193.50
```

```
                            RECAPITULATION
        TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
        Philip E. Milch                0.30    $265.00      $79.50
        Mark T. Hurford                4.10     265.00    1,086.50
        Marla R. Eskin                 0.10     275.00       27.50
```

TOTAL CURRENT WORK                                    1,193.50


BALANCE DUE                                          $7,934.50
                                                     =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310



                                              Page: 1
W.R. Grace                                    11/30/02
Wilmington  DE                    ACCOUNT NO: 3000-17D
                                  STATEMENT NO:       3

Plan and Disclosure Statement



PREVIOUS BALANCE                                       $131.50


BALANCE DUE                                            $131.50
                                                       =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

_____

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                       Page: 1
W.R. Grace                                            11/30/02
Wilmington  DE                          ACCOUNT NO: 3000-18D
                                        STATEMENT NO:        3

Relief from Stay Proceedings

        PREVIOUS BALANCE                                $676.00

                                            HOURS
11/18/02
    MRE Review of motion of Catepillar Financial
        to compel administrative expenses or
        relief from automatic stay             0.10     27.50

11/22/02
    MTH Review motion of Caterpillar for stay
        relief                                 0.40    106.00
    MTH Review debtors' motion to direct the
        State Court to Honor Preliminary
        Injunction                             0.60    159.00
    MTH Review objection of Kellogg to the
        debtors' motion to direct the state court
        to honor P.I.                          0.20     53.00
    MTH Review debtors' response to Kellogg

```
        objection                                    0.20     53.00
                                                     ----   ------
        FOR CURRENT SERVICES RENDERED                1.50    398.50
                        RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE        TOTAL
Mark T. Hurford                 1.40    $265.00     $371.00
Marla R. Eskin                  0.10     275.00       27.50


        TOTAL CURRENT WORK                                 398.50


        BALANCE DUE                                    $1,074.50
                                                       =========
```

```
                                                    Page: 2
        W.R. Grace                                  11/30/02
                                        ACCOUNT NO: 3000-18D
                                        STATEMENT NO:      3

        Relief from Stay Proceedings
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                      11/30/02
Wilmington  DE                    ACCOUNT NO: 3000-20D
                                  STATEMENT NO:      2

Tax Litigation


    PREVIOUS BALANCE                        $2,344.00


    BALANCE DUE                             $2,344.00
                                           =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

|                                      | Page: 1 |
|--------------------------------------|---------|
| W.R. Grace                           | 11/30/02 |
| Wilmington  DE                       | ACCOUNT NO: 3000-22D |
|                                      | STATEMENT NO:       7 |

Valuation

PREVIOUS BALANCE                                   $2,057.10

11/13/02 Payment - Thank you.  (June, 2002 - 80%)      -368.00
11/13/02 Payment - Thank you.  (July, 2002 - 80%)      -292.00
                                                       -------
         TOTAL PAYMENTS                                -660.00

         BALANCE DUE                                 $1,397.10
                                                     =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                           11/30/02
Wilmington  DE                        ACCOUNT NO: 3000-23D
                                      STATEMENT NO:       7


ZAI Science Trial



        PREVIOUS BALANCE                         $5,694.40


                                            HOURS
11/22/02
     MTH Review correspondence from W. Westbrook
         re: ZAI status, scheduling order        0.10     26.50
                                                 ----     -----
         FOR CURRENT SERVICES RENDERED           0.10     26.50
                      RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
   Mark T. Hurford                0.10    $265.00    $26.50


        TOTAL CURRENT WORK                             26.50


11/13/02 Payment - Thank you.  (June, 2002 - 80%)      -1,296.00
11/13/02 Payment - Thank you.  (July, 2002 - 80%)      -1,295.20
                                                       ---------
        TOTAL PAYMENTS                                 -2,591.20

        BALANCE DUE                               $3,129.70

=========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                11/30/02
Wilmington  DE                          ACCOUNT NO: 3000-24D
                                        STATEMENT NO:        7

ZAI Science Trial - Expenses


    PREVIOUS BALANCE                                    $159.00


    BALANCE DUE                                         $159.00
                                                       =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

---

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
11/30/02

W.R. Grace
Wilmington   DE                                ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 5,492.55 | 0.00 | 0.00 | 0.00 | -2,941.97 | $2,550.58 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 8,767.60 | 55.00 | 0.00 | 0.00 | -3,084.40 | $5,738.20 |
| 3000-02 Asset Disposition | | | | | |
| 1,368.60 | 292.50 | 0.00 | 0.00 | -302.80 | $1,358.30 |
| 3000-03 Business Operations | | | | | |
| 234.40 | 423.00 | 0.00 | 0.00 | -100.50 | $556.90 |
| 3000-04 Case Administration | | | | | |
| 12,176.20 | 319.00 | 0.00 | 0.00 | -3,674.70 | $8,820.50 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 13,168.80 | 0.00 | 0.00 | 0.00 | -6,358.80 | $6,810.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 5,367.50 | 26.50 | 0.00 | 0.00 | -2,065.20 | $3,328.80 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 12,584.40 | 2,470.50 | 0.00 | 0.00 | -1,285.70 | $13,769.20 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 15,562.40 | 0.00 | 0.00 | 0.00 | -10,492.60 | $5,069.80 |

3000-09 Employee Applications, Applicant
```
      26.50         0.00         0.00    0.00          0.00      $26.50
```

3000-10 Employment Applications, Others
```
  11,170.50         0.00         0.00    0.00     -4,872.50   $6,298.00
```

3000-11 Expenses
```
  17,643.96         0.00     6,502.41    0.00        -92.80  $24,053.57
```

---

```
                                                          Page: 2
W.R. Grace                                              11/30/02
                                            ACCOUNT NO     3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|

3000-12 Fee Applications, Applicant
```
   5,387.10     1,837.00         0.00    0.00       -327.80   $6,896.30
```

3000-13 Fee Applications, Others
```
   4,478.00     7,257.00         0.00    0.00          0.00  $11,735.00
```

3000-14 Financing
```
      31.50         0.00         0.00    0.00          0.00      $31.50
```

3000-15 Hearings
```
  23,231.40       742.00         0.00    0.00    -10,906.10  $13,067.30
```

3000-16 Litigation and Litigation Consulting
```
   6,741.00     1,193.50         0.00    0.00          0.00   $7,934.50
```

3000-17 Plan and Disclosure Statement
```
     131.50         0.00         0.00    0.00          0.00     $131.50
```

3000-18 Relief from Stay Proceedings
```
     676.00       398.50         0.00    0.00          0.00   $1,074.50
```

3000-20 Tax Litigation
```
   2,344.00         0.00         0.00    0.00          0.00   $2,344.00
```

3000-22 Valuation
```
   2,057.10         0.00         0.00    0.00       -660.00   $1,397.10
```

3000-23 ZAI Science Trial
```
   5,694.40        26.50         0.00    0.00     -2,591.20   $3,129.70
```

3000-24 ZAI Science Trial - Expenses
```
     159.00         0.00         0.00    0.00          0.00     $159.00
```

```
   ----------  ---------  --------     ----  ----------  -----------
```

```
154,494.41  15,041.00   6,502.41      0.00  -49,757.07  $126,280.75
                                                        ===========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.