Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                  Page: 1
    W.R. Grace                                    12/31/02
    Wilmington  DE                   ACCOUNT NO: 3000-00D
                                     STATEMENT NO:      19

    Costs and Expenses



        PREVIOUS BALANCE                        $2,550.58



12/18/02 Payment - Thank you. (August, 2002 - 100%)    -2,550.58


        BALANCE DUE                                $0.00
                                                  =====
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                      ACCOUNT NO: 3000-01D
                                    STATEMENT NO:      19

Asset Analysis and Recovery



     PREVIOUS BALANCE                           $5,738.20



12/18/02 Payment - Thank you. (August, 2002 - 80%)      -2,328.80


     BALANCE DUE                                $3,409.40
                                                =========






                 Any payments received after the statement date will be
                 applied to next month's statement.  Please note your
                 account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              12/31/02
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      19


Asset Disposition



    PREVIOUS BALANCE                             $1,358.30


    BALANCE DUE                                  $1,358.30
                                                 =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              12/31/02
Wilmington  DE                       ACCOUNT NO: 3000-03D
                                     STATEMENT NO:      14

Business Operations


        PREVIOUS BALANCE                              $556.90


        BALANCE DUE                                   $556.90
                                                      =======


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
       W.R. Grace                                    12/31/02
       Wilmington  DE                ACCOUNT NO: 3000-04D
                                     STATEMENT NO:      19


       Case Administration



       PREVIOUS BALANCE                       $8,820.50



12/18/02 Payment - Thank you. (August, 2002 - 80%)      -1,246.40


       BALANCE DUE                           $7,574.10
                                             =========






       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                       ACCOUNT NO: 3000-05D
                                     STATEMENT NO:      19

Claims Analysis Objection & Resolution (Asbestos)


    PREVIOUS BALANCE                          $6,810.00


    BALANCE DUE                               $6,810.00
                                              =========

            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
     W.R. Grace                                        12/31/02
     Wilmington  DE                     ACCOUNT NO: 3000-06D
                                       STATEMENT NO:      19

     Claims Analysis Objection & Resol. (Non-Asbestos)



        PREVIOUS BALANCE                         $3,328.80



12/18/02 Payment - Thank you. (August, 2002 - 80%)      -1,774.80


        BALANCE DUE                              $1,554.00
                                                 =========




             Any payments received after the statement date will be
             applied to next month's statement.  Please note your
             account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                               12/31/02
Wilmington  DE                          ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      19

Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                        $13,769.20


                                        HOURS
12/02/02
      MRE  Review of letter from Heberling re:
           associating counsel in pi cases       0.10      27.50
      MTH  Review report re: pleadings filed
           November 27-29, 2002                  0.10      26.50
      MTH  Correspondence to committee re: weekly
           recommendation memo                   0.20      53.00
      DAD  Review pleadings and electronic filing
           notices (.2); preparation and
           distribution of daily memo (.1)       0.30      28.50
      MRE  Review of memo re: pleadings filed on
           November 27, 28, and 29 2002          0.20      55.00
      MTH  Review designation of district Judge
           Wolin for service in another district
           within the circuit                    0.10      26.50
      PEM  Review recommendation memo to committee
           re: pending matters                   0.40     106.00

12/03/02
      MRE  Draft of minutes for committee meeting
           (.6); e-mail to PEM re: same (.1)      0.70     192.50
      MTH  Review reports re: pleadings filed
           December 1, 2002                       0.10      26.50
      MTH  Begin preparation of report to EI and
           PVNL re: Nov. Omnibus Hearing          0.50     132.50
      DAD  Review pleadings and electronic filing
           notices (.2); preparation and
           distribution of daily memo (.1)        0.30      28.50
      MK   Update attorneys' trial calendars      0.30      27.00
      MK   Attention to document organization     0.10       9.00

```
                                                      Page:  2
       W.R. Grace                                    12/31/02
                                     ACCOUNT NO: 3000-07D
                                     STATEMENT NO:      19
       Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| **12/04/02** | | | |
| MRE | Revisions to committee minutes of December 3, 2002 | 0.20 | 55.00 |
| MTH | Prepare report to EI and PVNL re: Omnibus Hearing | 2.00 | 530.00 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MRE | Review and revise hearing memo to committee | 0.20 | 55.00 |
| **12/05/02** | | | |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| PEM | Review omnibus hearing summary report to committee | 0.20 | 53.00 |
| MK | Update attorney's case calendars | 0.20 | 18.00 |
| MRE | Telephone conference with E. Strug re: committee minutes | 0.20 | 55.00 |
| MRE | E-mail to C&D re: committee minutes of 12/2/02 | 0.20 | 55.00 |
| **12/06/02** | | | |
| MTH | Review report re: pleadings filed December 4 & 5, 2002 | 0.10 | 26.50 |
| MTH | Review correspondence from PVNL re: hearing report | 0.10 | 26.50 |
| MTH | Review misc. orders entered | 0.20 | 53.00 |
| MTH | Prepare weekly recommendation memo | 0.40 | 106.00 |
| MTH | Review correspondence from EI re: minutes of committee meeting re: Sealed Air | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| PEM | Review recommendation memo from counsel to committee re: pending matters | 0.40 | 106.00 |
| PEM | Review minutes from meeting on 12/3 | 0.10 | 26.50 |
| MTH | Correspondence to EI and PVNL re: hearing report | 0.20 | 53.00 |
| **12/09/02** | | | |
| MRE | Review of e-mail from Lockwood re: minutes of December 3, 2002 committee meeting | 0.10 | 27.50 |

```
                                                        Page: 3
          W.R. Grace                                  12/31/02
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      19
          Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| MRE | Telephone conference with Lockwood re: December 3, 2002 minutes to the committee | 0.10 | 27.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DAD | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MK | Review committee events calendar | 0.10 | 9.00 |

**12/10/02**

| | | | |
|---|---|---|---|
| MTH | Review report re: pleadings filed December 6 through 9, 2002 | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |

**12/11/02**

| | | | |
|---|---|---|---|
| MTH | Review report re: pleadings filed December 10, 2002 | 0.10 | 26.50 |
| MTH | Correspondence to committee members re: recommendation memo | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MTH | Prepare weekly recommendation memo | 0.20 | 53.00 |

**12/12/02**

| | | | |
|---|---|---|---|
| MTH | Review report re: pleadings filed December 11, 2002 | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memo | 0.30 | 79.50 |
| MTH | Review various orders entered | 0.10 | 26.50 |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |

**12/13/02**

| | | | |
|---|---|---|---|
| MTH | Drafting report re: omnibus hearing for distribution to committee | 0.40 | 106.00 |
| MTH | Correspondence to PVNL re: draft report to committee | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memo | 0.50 | 132.50 |
| MTH | Telephone conference with PVNL re: revisions to report to committee | 0.10 | 26.50 |
| MRE | Review and revisions to weekly | | |

```
                                                    Page:  4
    W.R. Grace                                      12/31/02
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      19
    Committee, Creditors, Noteholders, Equity Holders
```

```
                                         HOURS
        recommendation memo               0.20     55.00
    KJC Distribution of memo re: November 25,
        2002 hearing to committee members  0.10      9.50
    DAD Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)    0.50     47.50
    DAC Review counsel's weekly recommendation
        memo                               0.10     35.00

12/16/02
    MTH Review report re: pleadings filed
        12/13/02                           0.10     26.50
    DAD Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)    0.50     47.50
    PEM Review recommendation memo to committee
        re: pending matters                0.40    106.00

12/17/02
    MTH Review report re: pleadings filed
        12/16/02                           0.10     26.50
    DAD Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)    0.50     47.50
    LMP Docket search for MGZ with the purpose of
        removing from the docket           0.10      9.00
    MK  Attention to document organization  0.20    18.00

12/18/02
    MTH Review various orders entered      0.10     26.50
    MTH Prepare weekly recommendation memo  0.30    79.50
    DAD Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)    0.30     28.50

12/19/02
    MTH Review report re: pleadings filed
        12/18/02                           0.10     26.50
    DAD Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)    0.50     47.50

12/20/02
    MTH Review report re: pleadings filed
        12/19/02                           0.10     26.50
```

```
                                                          Page: 5
          W.R. Grace                                      12/31/02
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:       19
          Committee, Creditors, Noteholders, Equity Holders
```

|     |     | HOURS |     |
|-----|-----|-------|-----|
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MK  | Attention to review of committee calendar; update attorney calendar | 0.20 | 18.00 |

12/22/02
| MRE | Review of memo re: filing of pleadings on 12/20/02 | 0.10 | 27.50 |

12/23/02
| MTH | Review report re: pleadings filed 12/20/02 | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memo | 0.20 | 53.00 |
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| PEM | Review recommendation memo from counsel to committee re: pending matters | 0.40 | 106.00 |

12/24/02
| MRE | Review of daily memo re: pleadings filed on 12/20/02 | 0.10 | 27.50 |

12/26/02
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |

12/27/02
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |

12/30/02
| DAD | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MRE | Review of memo of pleadings filed 12/23 through 12/27 | 0.10 | 27.50 |
| MTH | Review report re: pleadings filed 12/23 to 27 | 0.10 | 26.50 |

12/31/02
| DAD | Review pleadings and electronic filing |

```
                                                     Page: 6
          W.R. Grace                                12/31/02
                                      ACCOUNT NO: 3000-07D
                                      STATEMENT NO:       19
          Committee, Creditors, Noteholders, Equity Holders
```

```
                                        HOURS
              notices (.2); preparation and
              distribution of daily memo (.1)       0.30     28.50
          MRE Review of memo summarizing pleadings
              filed on 12/30/02                     0.10     27.50
                                                    -----  --------
              FOR CURRENT SERVICES RENDERED        22.00  4,158.50
```

```
                         RECAPITULATION
          TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
          Douglas A. Campbell         0.10    $350.00     $35.00
          Philip E. Milch             1.90     265.00     503.50
          Michele Kennedy             1.10      90.00      99.00
          Mark T. Hurford             7.40     265.00   1,961.00
          Marla R. Eskin              2.60     275.00     715.00
          Kathleen J. Campbell        0.10      95.00       9.50
          Dylan A. Davis              8.70      95.00     826.50
          Lauren M. Przybylek         0.10      90.00       9.00


          TOTAL CURRENT WORK                             4,158.50


          12/18/02 Payment - Thank you. (August, 2002 - 80%)    -2,918.40


          BALANCE DUE                                 $15,009.30
                                                      ==========
```

```
          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              12/31/02
Wilmington  DE                        ACCOUNT NO: 3000-08D
                                      STATEMENT NO:      18

Employee Benefits/Pension


        PREVIOUS BALANCE                          $5,069.80


12/18/02 Payment - Thank you. (August, 2002 - 80%)    -1,403.20


        BALANCE DUE                               $3,666.60
                                                  =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                      ACCOUNT NO: 3000-09D
                                    STATEMENT NO:        9

Employee Applications, Applicant

    PREVIOUS BALANCE                               $26.50

    BALANCE DUE                                    $26.50
                                                   ======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                         1700 Grant Building
                         Pittsburgh, PA  15219
                           412-261-0310



                                                        Page: 1
       W.R. Grace                                      12/31/02
       Wilmington  DE                  ACCOUNT NO: 3000-10D
                                       STATEMENT NO:      19


     Employment Applications, Others




       PREVIOUS BALANCE                              $6,298.00


                                            HOURS
    12/31/02
       MRE Review of motion of debtors to retain
           Woodcock Ashburn                   0.10    27.50
                                              ----    -----
           FOR CURRENT SERVICES RENDERED      0.10    27.50

                        RECAPITULATION
      TIMEKEEPER                 HOURS HOURLY RATE    TOTAL
      Marla R. Eskin             0.10    $275.00    $27.50


       TOTAL CURRENT WORK                            27.50


    12/18/02 Payment - Thank you. (August, 2002 - 80%)   -487.20


       BALANCE DUE                               $5,838.30
                                                 =========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                    12/31/02
Wilmington  DE                    ACCOUNT NO: 3000-11D
                                  STATEMENT NO:      17


Expenses



PREVIOUS BALANCE                          $24,053.57



12/02/02 FAX to 13 parties of record - 3 pages (39 total)
         (letter to 3rd Circuit)                     19.50
12/03/02 FAX to P. Lockwood - 18 pages                9.00
12/03/02 FAX to M. Lastowski - 4 pages (letter to 3rd
         Circuit)                                     2.00
12/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage on 12/03/02 (16th
         Monthly Fee application of C&L)            272.00
12/04/02 Ikon Office Solutions - Photocopying, Envelopes,
         Postage on 12/03/02 (Certification of No
         Objection)                                  64.08
12/04/02 Ikon Office Solutions- Photocopying, Envelopes,
         Hand Deliveries, Postage on 12/03/02 (Application
         for Compensation)                          114.80
12/04/02 FAX to 13 parties of record - 5 pages (3rd
         Circuit)                                    32.50
12/05/02 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage (Certification of No
         Objection re: 16th Interim Application of C&L) on
         December 4, 20002                           58.47
12/06/02 FAX to J. Cunningham - 5 pages (letter sent to
         3rd circuit)                                 2.50
12/09/02 Parcels, Inc. Delaware Document Retrieval - Third
         Circuit Court of Appeals on 12/02/02       107.50
12/09/02 Parcels, Inc. Delaware Document Retrieval - Duane
         Morris & Heckscher on 12/02/02               7.50
12/09/02 Parcels, Inc. Delaware Document Retrieval - The
         Bayard Firm on 12/02/02                      7.50
12/09/02 Parcels, Inc. Delaware Document Retrieval -
         Richards Layton & Finger on 12/02/02         7.50
12/09/02 Parcels, Inc. Delaware Document Retrieval -
         Office of U.S. Trustee on 12/02/02           7.50

```
                                                         Page: 2
          W.R. Grace                                   12/31/02
                                        ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      17

          Expenses
```

| Date | Description | Amount |
|------|-------------|-------:|
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - Klett Rooney Lieber & Schorling on 12/02/02 | 7.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - District Court of Delaware on 12/02/02 | 7.50 |
| 12/09/02 | Parcels, Inc. Delaware Document Retrieval - Third Circuit Court of Appeals on 12/04/02 | 8.00 |
| 12/09/02 | FAX to John Cunningham - 12 pages (letter to 3rd circuit) | 6.00 |
| 12/10/02 | FAX to 4 parties of record - 3 pages (memo) | 6.00 |
| 12/11/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/04/02 | 58.47 |
| 12/13/02 | Parcels, Inc. - Daily memo copy fee | 7.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - copy 3 pg doc 13 times, post mail, copied 12/2/02 on 12/09/02 | 14.15 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - copy 11 pg doc 13 times, post mail, copied 12/09/02 on 12/13/02 | 25.41 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Third Circuit Court of Appeals on 12/09/02 | 107.50 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Pachulski Stang on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Skadden Arps et al. on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Reed Smith Shaw & McClay on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Morris Nichols Arsht & Tunnell on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Ferry & Joseph on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Skadden Arps et al. on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Duane Morris & Heckscher on 12/09/02 | 5.00 |
| 12/14/02 | Parcels, Inc. Delaware Document Retrieval - Skadden Arps et al. on 12/12/02 | 7.50 |
| 12/16/02 | AT&T Long Distance Phone Calls | 14.97 |
| 12/17/02 | FAX to 4 parties of record - 4 pages (memo) | 10.00 |
| 12/19/02 | FAX to Albert Lauber - 11 pages | 5.50 |
| 12/19/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/18/02 (certificate of no objection) | 51.90 |
| 12/23/02 | Federal Express to Peter Van N. Lockwood on 12/11/02 | 10.92 |
| 12/23/02 | Federal Express to Peter Van N. Lockwood on 12/18/02 | 10.92 |

```
                                                           Page: 3
          W.R. Grace                                     12/31/02
                                          ACCOUNT NO: 3000-11D
                                          STATEMENT NO:      17
          Expenses
```

| Date | Description | Amount |
|------|-------------|-------:|
| 12/23/02 | FAX to Walter Slocombe - 12 pages (USCA material) | 6.00 |
| 12/27/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/26/02 (certificate of no objection) | 77.04 |
| 12/27/02 | Postage - 1 @ $3.13 (3rd Circuit appeal) | 3.13 |
| 12/30/02 | FAX to 4 parties of record - 9 pages (36 total) (memo) | 18.00 |
| 12/30/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/27/02 (certificate of no objection) | 48.90 |
| 12/30/02 | Photocopying - 75 pages (documents to be sent to John Cunningham) | 7.50 |
| 12/31/02 | Parcels, Inc. - Photocopying (63 page document 21 times; 6,936 pages 1 time | 888.15 |
| 12/31/02 | Parcels, Inc. - Delaware Document Retrieval on 12/27/02 | 107.50 |
| 12/31/02 | November Pacer Charges - misc. reports, lists and summaries | 95.20 |
| 12/31/02 | Ikon Office Solutions - Photocopying, Envelopes on 12/30/02 (Application for Compensation) | 79.02 |
| 12/31/02 | Ikon Office Solutions - Photocopying, Envelopes, Hand Deliveries, Postage on 12/30/02 (14th monthly fee application of C&D) | 153.03 |

```
                                                        --------
          TOTAL EXPENSES                                2,590.06

          TOTAL CURRENT WORK                            2,590.06


          BALANCE DUE                                 $26,643.63
                                                      ==========
```

          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                            12/31/02
Wilmington  DE                      ACCOUNT NO: 3000-12D
                                    STATEMENT NO:      17

Fee Applications, Applicant

        PREVIOUS BALANCE                          $6,896.30

                                           HOURS
12/03/02
        AFM E-mail from DGS re: C&L monthly fee
            application (Oct) (.1); prepare same
            (1.5); prepare billing statement (.3);
            meeting with MTH and LMP re: expense
            charges (.1); prepare and sign COS (.1)    2.10    420.00
        LMP Electronic filing of October monthly fee
            application for C&L (.1); electronic
            service of same (.1); update status chart
            (.1)                                       0.30     27.00
        LMP Electronic filing of certificate of no
            objection for C&L (.1); update status
            chart (.1)                                 0.20     18.00

12/04/02
        AFM Review docket re: objections to C&D 6th
            interim fee application (July-Sept) (.1);
            prepare CNO re: same (.2); prepare and
            sign COS (.1)                              0.40     80.00
        LMP Electronic filing of certificate of no
            objection for C&L (interim fee
            application) (.1); update status chart
            (.1)                                       0.20     18.00

12/11/02
        AFM Telephone conference with B. Jeffords
            (UST) re: C&L expenses for monthly fee
            application (Oct)                          0.10     20.00

12/15/02
        MRE Review of November pre-bills for purposes
            of filing C&L fee application             0.70    192.50

```
                                                         Page: 2
            W.R. Grace                                   12/31/02
                                            ACCOUNT NO: 3000-12D
                                            STATEMENT NO:      17

            Fee Applications, Applicant
```

```
                                                    HOURS
12/17/02
      MTH Review and revise pre-bill                 0.80    212.00

12/19/02
      MRE Review of pre-bill in preparation for
          filing fee application                     0.50    137.50

12/30/02
      AFM Review and sign fee application of C&L
          (monthly-November) (.2); e-mail to DGS
          re: expense credit from Oct. monthly fee
          application (.2)                           0.40     80.00

12/31/02
      LMP Electronic filing of C&L's November
          monthly fee application                    0.10      9.00
      AFM E-mail to LMP re: C&L fee application
          (Monthly-Nov)(.1); review and sign same
          (.2)                                       0.30     60.00
                                                     ----  --------
          FOR CURRENT SERVICES RENDERED             6.10  1,274.00
```

```
                            RECAPITULATION
      TIMEKEEPER                  HOURS HOURLY RATE       TOTAL
      Aileen F. Maguire            3.30    $200.00      $660.00
      Mark T. Hurford              0.80     265.00       212.00
      Marla R. Eskin              1.20     275.00       330.00
      Lauren M. Przybylek          0.80      90.00        72.00


          TOTAL CURRENT WORK                          1,274.00


12/18/02 Payment - Thank you. (August, 2002 - 80%)     -889.60


          BALANCE DUE                                $7,280.70
                                                     =========



      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    12/31/02
Wilmington  DE                          ACCOUNT NO: 3000-13D
                                        STATEMENT NO:      4

Fee Applications, Others

PREVIOUS BALANCE                              $11,735.00

                                      HOURS
12/02/02
     AFM E-mail from DGS re: C&L monthly fee
         application (monthly-Oct)(.1); prepare
         same (.5); prepare and sign COS (.1)      0.70      140.00
     MTH Review fee application of Holme Roberts
         for Sept. 2002                            0.10       26.50
     MTH Review fee application of Reed Smith      0.10       26.50
     MTH Review fee application of Blackstone
         Group for July                            0.10       26.50
     MTH Review fee application of Blackstone
         Group for August                          0.10       26.50
     MTH Review fee application of Blackstone
         Group for September                       0.10       26.50
     MTH Review fee application of Blackstone
         Group (Interim)                           0.10       26.50
     MTH Review fee application of Pitney, Hardin
         for August                                0.10       26.50
     MTH Review fee application of Casner &
         Edwards                                   0.10       26.50
     MTH Review fee application of FTI Policano    0.10       26.50
     MTH Review fee application of Stroock         0.20       53.00
     MTH Review fee application of Pachulski,
         Stang                                     0.10       26.50
     MTH Review fee application of Casner &
         Edwards (Interim)                         0.10       26.50
     MTH Review fee application of Pachulski,
         Stang (Interim)                           0.10       26.50
     MTH Review fee application of Richardson,
         Patrick                                   0.10       26.50
     MTH Review fee application of Bilzin, Sumberg 0.10       26.50
     MTH Review fee application of PWC             0.20       53.00
     MTH Review fee application of W. Smith        0.10       26.50

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review fee application of Elzufon, Austin | 0.10 | 26.50 |
| MTH | Review fee application of Lukin, Annis | 0.10 | 26.50 |
| MTH | Review fee application of Wachtell, Lipton | 0.10 | 26.50 |
| MTH | Review fee application of Pitney, Hardin | 0.10 | 26.50 |
| MTH | Review fee application of Stroock (Interim) | 0.10 | 26.50 |
| MTH | Review fee application of FTI Policano (Interim) | 0.10 | 26.50 |
| MTH | Review fee application of Steptoe for July | 0.10 | 26.50 |
| MTH | Review fee application of Steptoe for August | 0.10 | 26.50 |
| MTH | Review fee application of Steptoe for September | 0.10 | 26.50 |
| MTH | Review fee application of Kramer, Levin | 0.10 | 26.50 |
| MTH | Review fee application of Bilzin, Sumberg (Interim) | 0.10 | 26.50 |
| MTH | Review fee application of Hamiltion, Ravinovitz (Interim) | 0.10 | 26.50 |
| MTH | Review fee application of Kramer, Levin for October | 0.10 | 26.50 |
| MTH | Review fee application of Klett Rooney | 0.10 | 26.50 |
| MTH | Telephone conference with E. Strug re: Caplin fee issues | 0.10 | 26.50 |

12/03/02

|  |  |  |  |
|---|---|---|---|
| AFM | E-mail from D. Collins re: Tersigni monthly fee application (Oct)(.1); prepare same (.3); prepare Exhibit A (.1); prepare and sign COS (.1) | 0.60 | 120.00 |
| AFM | E-mail from E. Strug re: C&D monthly fee application (Oct)(.1); prepare same (.4); prepare Exhibit A-D (.3); prepare and sign COS (.1) | 0.90 | 180.00 |
| AFM | Prepare CNO re: Prof. Warren 1st monthly fee application (Sept) (.3); review docket re: same (.1); prepare and sign COS re: same (.1) | 0.40 | 80.00 |
| AFM | Prepare CNO re: Prof. Warren 2nd monthly fee application (July-Sept) (.3); review docket re: same (.1); prepare and sign COS re: same (.1) | 0.40 | 80.00 |
| AFM | Prepare CNO re: Prof. Warren 1st interim application (July-Sept) (.3); review |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | docket re: same (.1); prepare and sign COS re: same (.1) | 0.40 | 80.00 |
| AFM | E-mail from D. Relles re: LAS monthly October fee application (.1); prepare same (.3); prepare exhibits (fee detail) (.1); prepare and sign COS (.1) | 0.60 | 120.00 |
| LMP | Electronic filing of 15th monthly fee application for Tersigni (.1); electronic service of same (.1); update status chart (.1) | 0.30 | 27.00 |
| LMP | Electronic filing of 13th monthly fee application for C&D (.1); electronic service of same (.1); update status chart (.1) | 0.30 | 27.00 |
| LMP | Electronic filing of 15th monthly fee application for C&D (.1); electronic service of same (.1); update status chart (.1) | 0.30 | 27.00 |
| LMP | Electronic filing of certificate of no objection for C&D (.1); update status chart (.1) | 0.20 | 18.00 |
| LMP | Electronic filing of certificate of no objection for Elizabeth Warren (.1); update status chart (.1) | 0.20 | 18.00 |

12/04/02

| | | | |
|---|---|---|---|
| AFM | Review docket re: objections to C&L 6th interim fee application (July-Sept) (.1); prepare CNO re: same (.1); prepare and sign COS (.1) | 0.30 | 60.00 |
| AFM | Telephone conference with E. Strug re: fee application payments | 0.10 | 20.00 |
| AFM | Meeting with LMP re: fee application payments for C&D | 0.10 | 20.00 |
| AFM | E-mail from MRE re: interim fee application procedures for Judge Fitzgerald (.1); meeting with KJC re: C&L interim (July-Sept) (.1); review fee application procedures (.3) | 0.50 | 100.00 |
| MRE | Review of e-mail from debtors counsel re: e-mailing of fee applications and meeting with AFM re: same | 0.20 | 55.00 |

12/06/02

| | | | |
|---|---|---|---|
| MTH | Review fee application of Lukins & Annis | 0.10 | 26.50 |

```
                                                   Page: 4
        W.R. Grace                                 12/31/02
                                ACCOUNT NO: 3000-13D
                                STATEMENT NO:         4
        Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review fee application of Kirkland & Ellis in Sealed Air for June through September | 0.10 | 26.50 |
| MTH | Review fee application of Ferry, Joseph & Pearce for September (Sealed Air) | 0.10 | 26.50 |
| MTH | Review fee application of Ferry, Joseph & Pearce for September | 0.10 | 26.50 |
| MTH | Review fee application of Klett Rooney (quarterly) | 0.10 | 26.50 |
| MTH | Review fee application of Ferry Joseph & Pearce (quarterly) | 0.10 | 26.50 |
| MTH | Review fee application of Holme Roberts for October | 0.10 | 26.50 |
| MTH | Review fee application of Reed Smith for October | 0.10 | 26.50 |
| MTH | Review fee application of Pitney Hardin (quarterly) | 0.10 | 26.50 |
| MTH | Review fee application of Kirkland & Ellis (quarterly) | 0.10 | 26.50 |
| MTH | Review fee application of Nelson Mullins (quarterly) | 0.10 | 26.50 |

**12/09/02**

| | | | |
|---|---|---|---|
| MRE | Review of e-mail from Nate Finch re: fee applications of Stroock and meeting re: same with DAD | 0.20 | 55.00 |

**12/11/02**

| | | | |
|---|---|---|---|
| MRE | Meeting with AFM re: fee application of C&D (.1); meeting with Lauren re: same (.1) | 0.20 | 55.00 |
| MRE | Telephone conference with E. Strug at C&D re" C&D fee application | 0.20 | 55.00 |
| AFM | E-mail from E. Strug re: C&D fee application payments (.1); meeting with MRE and MTH re: same (.2) | 0.30 | 60.00 |
| MTH | Meeting with AFM re: C&D fee app. | 0.20 | 53.00 |

**12/13/02**

| | | | |
|---|---|---|---|
| MTH | Review fee application of Bilzin, Sumberg for October | 0.10 | 26.50 |
| MTH | Review fee application of Wallace King for October | 0.10 | 26.50 |
| MTH | Review fee application of Nelson, Mullins for October | 0.10 | 26.50 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Review fee application of FTI Policano & Manzo for October | 0.10 | 26.50 |
| MTH | Review fee application of Stroock Stroock & Lavan for October | 0.10 | 26.50 |
| MTH | Review fee application of Hamilton, Rabinovitz for October | 0.10 | 26.50 |
| MTH | Review fee application of Kirkland & Ellis for October | 0.10 | 26.50 |
| **12/16/02** |  |  |  |
| AFM | E-mail from D. Relles re: LAS November monthly fee application (.1); e-mail to LMP re: same (.1) | 0.20 | 40.00 |
| **12/18/02** |  |  |  |
| AFM | Review and sign CNO re: LAS fee application (monthly-Sept) | 0.10 | 20.00 |
| AFM | Review and sign CNO re: LAS fee application (interim/July-Sept) | 0.10 | 20.00 |
| LMP | Review docket for objections to LAS interim fee application for (7/1-9/30) (.1); prepare CNO and COS for same (.2); electronic filing of same (.1) | 0.40 | 36.00 |
| LMP | Review docket for objections to LAS Sept monthly fee application (.1); prepare CNO and COS for same (.2); electronic filing of same (.1) | 0.40 | 36.00 |
| **12/19/02** |  |  |  |
| LMP | Review of Elzufon Austin Reardon Tarlov & Mondell Oct. monthly fee application | 0.10 | 9.00 |
| LMP | Review of Warren Smith & Assoc. Nov. monthly fee application | 0.10 | 9.00 |
| LMP | Review of Pitney, Hardin, Kipp & Szuch Oct. monthly fee application | 0.10 | 9.00 |
| LMP | Review of Casner & Edwards Oct. monthly fee application | 0.10 | 9.00 |
| **12/20/02** |  |  |  |
| AFM | Review and sign fee application for LAS (monthly - Nov.) | 0.20 | 40.00 |
| **12/23/02** |  |  |  |
| MRE | Telephone conference with Nancy Davis re: committee expense reimbursement | 0.20 | 55.00 |

                                                              Page: 6
        W.R. Grace                                          12/31/02
                                            ACCOUNT NO: 3000-13D
                                            STATEMENT NO:        4

        Fee Applications, Others


                                                    HOURS
12/26/02
        MRE Review and sign CNO for C&D October fee
            application                              0.10      27.50
        MRE Review and sign CNO for October fee
            application                              0.10      27.50
        MRE Review and sign CNO for C&L October fee
            application                              0.10      27.50
        MRE Review and sign CNO for Tersigni monthly
            fee application                          0.10      27.50
        LMP Review docket for objections to
            Tersigni's Oct. monthly fee application
            (.1); prepare CNO and COS for same (.1);
            electronic service of same (.1)          0.30      27.00
        LMP Review docket for objections to C&D's
            Oct. monthly fee application (.1);
            prepare CNO and COS for same (.1);
            electronic service of same (.1)          0.30      27.00
        LMP Review docket for objections to LAS' Oct.
            monthly fee application (.1); prepare CNO
            and COS for same (.1); electronic service
            of same (.1)                             0.30      27.00
        LMP Review docket for objections to C&L Nov.
            monthly fee application (.1); prepare CNO
            and COS for same (.1); electronic service
            of same (.1)                             0.30      27.00

12/27/02
        LMP Review docket for objections to
            Tersigni's 6th interim fee application
            (.1); prepare CNO for same (.1);
            electronic filing of same (.1)           0.30      27.00

12/30/02
        AFM Review and sign fee application of LAS
            (monthly-November)                       0.20      40.00
        AFM Review and sign fee application of C&D
            (monthly-November)                       0.20      40.00
        LMP Prepare LAS 9th monthly fee application
            (.1); electronic filing of same (.1)     0.20      18.00
        LMP Prepare C&D's 14th  monthly fee
            application (.1); electronic filing of
            same (.1)                                0.20      18.00
        AFM Review and sign fee application of C&D
            (monthly-Nov)                            0.20      40.00

```
                                                          Page:  7
         W.R. Grace                                     12/31/02
                                            ACCOUNT NO: 3000-13D
                                            STATEMENT NO:        4
         Fee Applications, Others




                                                   HOURS
12/31/02
         LMP  Review of Klett Rooney November monthly
              fee application                       0.10      9.00
         LMP  Review of Neslon Mullins Riley &
              Scarborough November monthly fee
              application                            0.10      9.00
         LMP  Review of D.R. Gross & Assoc. November
              monthly fee application               0.10      9.00
         LMP  Review of John E. Keefe interim fee
              application for May through Oct, 2002  0.10      9.00
                                                   -----   --------
              FOR CURRENT SERVICES RENDERED        18.10   3,548.00

                          RECAPITULATION
         TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
         Aileen F. Maguire           6.50    $200.00   $1,300.00
         Mark T. Hurford             5.40     265.00    1,431.00
         Marla R. Eskin             1.40     275.00      385.00
         Lauren M. Przybylek         4.80      90.00      432.00


              TOTAL CURRENT WORK                          3,548.00


12/18/02 Payment - Thank you. (August, 2002 - 80%)        -1,192.80


              BALANCE DUE                              $14,090.20
                                                       ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                12/31/02
Wilmington  DE                           ACCOUNT NO: 3000-14D
                                         STATEMENT NO:      17

Financing

PREVIOUS BALANCE                                          $31.50

BALANCE DUE                                               $31.50
                                                         ======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                  Page: 1
     W.R. Grace                                 12/31/02
     Wilmington  DE               ACCOUNT NO: 3000-15D
                                  STATEMENT NO:      19


     Hearings




     PREVIOUS BALANCE                       $13,067.30



                                       HOURS
12/09/02
     MRE Review of agenda for December 16, 2002
         omnibus hearing                 0.20      55.00
     MRE Review of motion re: omnibus hearing
         dates and e-mail to Mark re: same  0.20   55.00

12/12/02
     MTH Review agenda                   0.20      53.00
     MRE Drafting of e-mail and memo to C&D re:
         matters for upcoming  hearing   0.30      82.50

12/13/02
     MTH Review amended agenda           0.10      26.50

12/16/02
     PEM Review hearing memo from 11/25 hearing  0.10  26.50
                                         ----    ------
         FOR CURRENT SERVICES RENDERED   1.10     298.50

                  RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE     TOTAL
     Philip E. Milch         0.10   $265.00      $26.50
     Mark T. Hurford         0.30    265.00       79.50
     Marla R. Eskin          0.70    275.00      192.50


     TOTAL CURRENT WORK                          298.50


     BALANCE DUE                             $13,365.80
                                             ==========
```

```
                                                      Page: 2
W.R. Grace                                         12/31/02
                                     ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      19
Hearings
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
    W.R. Grace                                    12/31/02
    Wilmington  DE                    ACCOUNT NO: 3000-16D
                                      STATEMENT NO:      4

    Litigation and Litigation Consulting




    PREVIOUS BALANCE                         $7,934.50



                                         HOURS
12/02/02
    MTH Telephone conference with PEM re: Sealed
        Air settlement (2 calls)            0.30     79.50
    MTH Meeting with MRE re: Sealed Air
        settlement                          0.20     53.00
    MTH Review correspondence from EI re: Sealed
        Air/Fresenius recent events         0.10     26.50

12/03/02
    PEM Telephone conference with MRE and counsel
        re: terms of stlmnt with Sealed Air and
        Fresnius                            0.40    106.00

12/04/02
    MTH Review correspondence from H. Wasserstein
        to Clerk of Court re: settlement    0.10     26.50

12/08/02
    MRE Review of Judge Wolins decision in the
        transfer cases (.4); drafting of e-mail
        re: same to Lockwood (.2)           0.60    165.00
                                            ----    ------
        FOR CURRENT SERVICES RENDERED       1.70    456.50

                    RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE      TOTAL
    Philip E. Milch         0.40   $265.00      $106.00
    Mark T. Hurford         0.70    265.00       185.50
    Marla R. Eskin          0.60    275.00       165.00

```
                                                        Page:  2
        W.R. Grace                                     12/31/02
                                        ACCOUNT NO: 3000-16D
                                        STATEMENT NO:        4
        Litigation and Litigation Consulting




        TOTAL CURRENT WORK                               456.50


12/18/02 Payment - Thank you. (August, 2002 - 80%)      -2,173.60


        BALANCE DUE                                    $6,217.40
                                                       =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                       ACCOUNT NO: 3000-17D
                                     STATEMENT NO:        4

Plan and Disclosure Statement


        PREVIOUS BALANCE                            $131.50


12/18/02 Payment - Thank you. (August, 2002 - 80%)   -48.00


        BALANCE DUE                                 $83.50
                                                    ======


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
     W.R. Grace                                          12/31/02
     Wilmington  DE                      ACCOUNT NO: 3000-18D
                                         STATEMENT NO:      4


     Relief from Stay Proceedings




     PREVIOUS BALANCE                              $1,074.50


                                            HOURS
12/05/02
     MTH Review R. Locke's opposition to Debtors'
         Motion to Further Extend Stay        0.30    79.50

12/06/02
     MTH Review debtors' motion for order
         approving settlement of litigation and
         claim                                0.30    79.50
                                              ----  ------
         FOR CURRENT SERVICES RENDERED        0.60   159.00

                    RECAPITULATION
   TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
   Mark T. Hurford             0.60    $265.00     $159.00


     TOTAL CURRENT WORK                             159.00



12/18/02 Payment - Thank you. (August, 2002 - 80%)  -63.60


     BALANCE DUE                                 $1,169.90
                                                 =========



     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                     ACCOUNT NO: 3000-20D
                                   STATEMENT NO:        3


Tax Litigation



    PREVIOUS BALANCE                       $2,344.00


    BALANCE DUE                            $2,344.00
                                           =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          12/31/02
Wilmington  DE                         ACCOUNT NO: 3000-22D
                                       STATEMENT NO:        8


Valuation



    PREVIOUS BALANCE                              $1,397.10


    BALANCE DUE                                   $1,397.10
                                                  =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                         1700 Grant Building
                         Pittsburgh, PA  15219
                           412-261-0310




                                                        Page: 1
        W.R. Grace                                     12/31/02
        Wilmington  DE                    ACCOUNT NO: 3000-23D
                                          STATEMENT NO:       8


        ZAI Science Trial




        PREVIOUS BALANCE                           $3,129.70


                                            HOURS
    12/04/02
        MTH Review ZAI discovery                0.20    53.00
                                                ----   -----
            FOR CURRENT SERVICES RENDERED       0.20    53.00

                        RECAPITULATION
        TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
        Mark T. Hurford             0.20    $265.00     $53.00


        TOTAL CURRENT WORK                             53.00


        BALANCE DUE                                $3,182.70
                                                   =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                                    12/31/02
Wilmington  DE                          ACCOUNT NO: 3000-24D
                                        STATEMENT NO:        8

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                             $159.00

BALANCE DUE                                                  $159.00
                                                            =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              12/31/02
Wilmington  DE                          ACCOUNT NO    3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-00 Costs and Expenses | | | | | |
| 2,550.58 | 0.00 | 0.00 | 0.00 | -2,550.58 | $0.00 |
| 3000-01 Asset Analysis and Recovery | | | | | |
| 5,738.20 | 0.00 | 0.00 | 0.00 | -2,328.80 | $3,409.40 |
| 3000-02 Asset Disposition | | | | | |
| 1,358.30 | 0.00 | 0.00 | 0.00 | 0.00 | $1,358.30 |
| 3000-03 Business Operations | | | | | |
| 556.90 | 0.00 | 0.00 | 0.00 | 0.00 | $556.90 |
| 3000-04 Case Administration | | | | | |
| 8,820.50 | 0.00 | 0.00 | 0.00 | -1,246.40 | $7,574.10 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 6,810.00 | 0.00 | 0.00 | 0.00 | 0.00 | $6,810.00 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 3,328.80 | 0.00 | 0.00 | 0.00 | -1,774.80 | $1,554.00 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 13,769.20 | 4,158.50 | 0.00 | 0.00 | -2,918.40 | $15,009.30 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 5,069.80 | 0.00 | 0.00 | 0.00 | -1,403.20 | $3,666.60 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 26.50 | 0.00 | 0.00 | 0.00 | 0.00 | $26.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 6,298.00 | 27.50 | 0.00 | 0.00 | -487.20 | $5,838.30 |
| 3000-11 Expenses | | | | | |
| 24,053.57 | 0.00 | 2,590.06 | 0.00 | 0.00 | $26,643.63 |

```
                                                     Page: 2
        W.R. Grace                                  12/31/02
                                       ACCOUNT NO     3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,896.30 | 1,274.00 | 0.00 | 0.00 | -889.60 | $7,280.70 |
| 3000-13 Fee Applications, Others | | | | | |
| 11,735.00 | 3,548.00 | 0.00 | 0.00 | -1,192.80 | $14,090.20 |
| 3000-14 Financing | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | 0.00 | $31.50 |
| 3000-15 Hearings | | | | | |
| 13,067.30 | 298.50 | 0.00 | 0.00 | 0.00 | $13,365.80 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 7,934.50 | 456.50 | 0.00 | 0.00 | -2,173.60 | $6,217.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 131.50 | 0.00 | 0.00 | 0.00 | -48.00 | $83.50 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 1,074.50 | 159.00 | 0.00 | 0.00 | -63.60 | $1,169.90 |
| 3000-20 Tax Litigation | | | | | |
| 2,344.00 | 0.00 | 0.00 | 0.00 | 0.00 | $2,344.00 |
| 3000-22 Valuation | | | | | |
| 1,397.10 | 0.00 | 0.00 | 0.00 | 0.00 | $1,397.10 |
| 3000-23 ZAI Science Trial | | | | | |
| 3,129.70 | 53.00 | 0.00 | 0.00 | 0.00 | $3,182.70 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| 159.00 | 0.00 | 0.00 | 0.00 | 0.00 | $159.00 |
| ---------- | -------- | -------- | ---- | ---------- | ----------- |
| 126,280.75 | 9,975.00 | 2,590.06 | 0.00 | -17,076.98 | $121,768.83 |
| | | | | | =========== |

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```