UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 3, 2003**<br>**Hearing Date: TBD if necessary** |

**SUMMARY OF THIRD MONTHLY APPLIATION OF ELZUFON AUSTIN
REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF
NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | July 22, 2002 |
| Period for which compensation and reimbursement is sought: | November 1, 2002 through November 30, 2002 |
| Amount of compensation sought as actual reasonable and necessary: | $ 3,994.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 1,875.81 |
| This is a: __X__ Monthly ____ Interim ____ Final Application | |
| Prior Application Filed: | Yes. |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | Paid | Paid |
| 12/12/02 | 10/1/02 through 10/30/02 | $1,998.00 | $171.59 | | |

As indicated above, this is the third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 14.50 | $3,190.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | 3.60 | $684.00 |
| TOTALS | | | | | 18.10 | $3874.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 1.6 | $120.00 |
| TOTALS | | | | | 1.6 | $120.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 4.8 Hours | $1,014.50 |
| 12-Fee Application, Others | 14.9 Hours | $2,979.50 |
| TOTALS | 19.7 Hours | $3,994.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $ 265.20 |
| Outside Duplicating / Printing | $ 1,610.61 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 1,875.81 |

Dated: Wilmington, Delaware
       February 10, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, PA

_/s/ William D. Sullivan_
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br> Debtors, | Chapter 11 <br><br> Bankruptcy No. 01-01139 (JFK) <br><br> (Jointly Administered) |

## FEE DETAIL FOR INTERIM FEE APPLICATION OF
## ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.,
## FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered) |

**FEE DETAIL FOR INTERIM FEE APPLICATION OF**
**ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.,**
**FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

|  |  |
|---|---|
| ZAI Plaintiffs<br>Richardson Patrick Westbrook<br>174 East Bay Street<br>Charleston SC 29401 | Page: 1<br>11/30/2002<br>Client No: 220305-11221M<br>Statement No: 185409 |

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

|  |  | Hours |
|---|---|---:|
| 11/11/02 | | |
| WDS | E-mails from co-counsel re: Quarterly fee applications. | 0.30 |
| 11/15/02 | | |
| CJB | Review and revise 1st Monthly and 1st Quarterly fee applications for Darrell Scott; file and serve. | 2.70 |
| WDS | Review and revise Richardson Patrick Quarterly Fee Application (1.4); draft Order (.3); prepare Notice of Service (0.4) file and serve. | 2.20 |
| WDS | Prepare first Quarterly Fee Application of EART&M. | 3.50 |
| WDS | Prepare first Monthly Fee Application of EART&M. | 2.20 |
| 11/18/02 | | |
| WDS | Revise and file EART&M Monthly Fee Application. | 0.50 |
| WDS | Prepare affidavit and Order; revise and file EART&M Quarterly Fee Application. | 1.20 |
| 11/21/02 | | |
| WDS | E-mail from co-counsel; review additional discovery requests; prepare, file and serve Notice of Service. | 0.50 |
| WDS | Review agenda for November 25 Hearing; no matters affecting ZAI claimants. | 0.10 |
| WDS | Phone call to Ed Westbrook re: preparation for November 25 Hearing. | 0.20 |
| 11/22/02 | | |
| MY | Office conference, review docket for objections to 1st fee application, draft certificate of no objection, e-file and serve | 1.50 |
| CJB | Review letter to court and proposed order; draft correspondence to court; file and serve proposed order. | 0.90 |

ZAI Plaintiffs 11/30/2002
Client No: 220305-11221M
Statement No: 185409

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | | Hours | |
|---|---|---|---|
| | WDS Review Order applicable to fee applications; review and revise Certificate of No Objection on RPWB Fee Application. | 0.30 | |

11/25/02
| | | | |
|---|---|---|---|
| | WDS Meeting with co-counsel; attend Hearing on discovery status; revised order entered. | 2.40 | |
| | WDS Review file; circulate Certificate of No Objection and RPWB fee application (1st monthly) for payment. | 0.50 | |
| | WDS Review docket and pleadings; forward to co-counsel (Ed Westbtook) | 0.60 | |

11/26/02
| | | | |
|---|---|---|---|
| | MY Review docket for signed order (not entered) | 0.10 | |
| | For Current Services Rendered | 19.70 | 3,994.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Sullivan, William D. | 14.50 | $220.00 | $3,190.00 |
| Charles J. Brown | 3.60 | 190.00 | 684.00 |
| Michael Young | 1.60 | 75.00 | 120.00 |

Expenses

| | | |
|---|---|---|
| 11/15/02 Photocopies (@ $.15) | | 92.55 |
| 11/15/02 Photocopies (@ $.15) | | 33.90 |
| 11/15/02 Photocopies (@ $.15) | | 52.80 |
| 11/15/02 Photocopies (@ $.15) | | 8.55 |
| 11/16/02 Photocopies (@ $.15) | | 6.30 |
| 11/17/02 Photocopies (@ $.15) | | 2.10 |
| 11/19/02 Photocopies (@ $.15) | | 27.00 |
| 11/20/02 Photocopies (@ $.15) | | 18.00 |
| 11/20/02 Photocopies (@ $.15) | | 24.00 |
| Total Expenses | | 265.20 |

Advances

| | | |
|---|---|---|
| 11/19/02 Copy & Serve 2002 Service List for Bankruptcy Filing - Reliable Copy Service | | 803.19 |
| 11/26/02 Copy and Serve 2002 Service List for Banktruptcy Filing - Reliable Copy Service | | 807.42 |
| Total Advances | | 1,610.61 |
| Total Current Work | | 5,869.81 |
| Balance Due | | $5,869.81 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 10, 2003, service of the foregoing

- **THIRD MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
February 10, 2003

/s/ *William D. Sullivan*
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
    Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899