# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**Objection Deadline: February 20, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE EIGHTEENTH MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Name of Applicant: Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention: July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought: December 1, 2002 through December 31, 2002

Amount of Compensation sought as actual, Reasonable, and necessary: $36,744.50

This an: X monthly  __ interim  __ final application.

Prior Applications filed: Yes.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ⊗N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the eighteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 15 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 31 Years | Litigation | $430.00 | 2.10 | $903.00 |
| Douglas E. Cameron | Partner | 18 Years | Litigation | $385.00 | 30.90 | $11,896.50 |
| James W. Bentz | Partner | 14 Years | Litigation | $300.00 | 42.75 | $12,825.00 |
| Traci Sands Rea | Associate | 7 Years | Litigation | $265.00 | .50 | $132.50 |
| Richard A. Keuler | Associate | 3 Years | Litigation | $240.00 | 2.60 | $624.00 |
| Rosa C. Miller | Associate | 8 Years | Litigation | $195.00 | 14.90 | $2,905.50 |
| Andrew J. Muha | Associate | 2 Years | Litigation | $185.00 | 17.90 | $3,311.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| M. Susan Haines | Paralegal | 28 Years | Litigation | $150.00 | .50 | $75.00 |
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $120.00 | 23.90 | $2,868.00 |
| John B. Lord | Paralegal | 10 Years | Litigation | $145.00 | 8.30 | $1,203.50 |

Total Fees: $36,744.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 21.50 | $7,692.50 |
| ZAI Science Trial | 105.85 | $26,096.00 |
| Hearings | 0.80 | $192.00 |
| Fee Applications | 16.20 | $2,764.00 |
| **Total:** | **144.35** | **$36,744.50** |

**EXPENSE SUMMARY**

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $5.50 | $3.69 |
| Duplicating/Printing | $200.40 | $62.70 |
| Outside Duplicating | $69.34 | $14,919.49 |
| Postage Expense | $1.94 | $4.62 |
| Courier Service | $101.91 | $11.16 |
| Documentation Charge | $232.80 | -- |
| Air Travel Expense | $511.50 | -- |
| Westlaw | -- | $19.87 |
| Telephone - Outside | -- | $82.95 |
| Meal Expense | -- | $82.18 |
| SUBTOTAL | $1,123.39 | $15,186.66 |
| TOTAL | | $16,310.05 |

Dated:  January 31, 2003

REED SMITH LLP


*/s/ Richard A. Keuler, Jr.*
Richard A. Keuler, Jr.  (No. 4108)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: rkeuler@reedsmith.com

and

James J. Restivo, Jr.
Lawrence E. Flatley
Douglas E. Cameron
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


| W.R Grace & Co.        | Invoice Number | 1000149  |
|------------------------|----------------|----------|
| One Town Center Road   | Invoice Date   | 01/28/03 |
| Boca Raton, FL   33486 | Client Number  | 172573   |
|                        | Matter Number  | 60026    |

=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2002

| Date     | Name    |                                                                                                                                                                                              | Hours |
|----------|---------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 12/02/02 | Cameron | E-mail to HRO regarding Yang deposition designation in cost recovery action (.7); Review materials for Rich Lee trial prep meeting as relating to cost recovery action (1.4).                  | 2.10  |
| 12/03/02 | Bentz   | Review of order regarding settlement of fraudulent conveyance action (.3); review of stipulation in EPA cost recovery action (.8).                                                            | 1.10  |
| 12/03/02 | Cameron | Review materials relating to fraudulent conveyance action settlement and telephone call with R. Finke regarding same (.5); Review cost recovery action revised stipulated facts (.9).         | 1.40  |
| 12/05/02 | Bentz   | Review of materials regarding Grace, Libby and the fraudulent conveyance action.                                                                                                             | .30   |
| 12/06/02 | Cameron | Telephone call with R. Finke regarding R. Lee trial preparation and proposed Stipulation of Fact in cost recovery action.                                                                     | .40   |
| 12/07/02 | Cameron | Review proposed stipulation of facts in cost recovery action.                                                                                                                                | 1.50  |

172573 W. R. Grace & Co.                          Invoice Number  1000149
60026  Litigation and Litigation Consulting        Page    2
       January 28, 2003

| Date | Name | | Hours |
|------|------|------|-------|
| 12/09/02 | Cameron | Memo regarding proposed findings of fact in EPA Cost Recovery Action (.7); Telephone call with R. Finke regarding same (.2); Review R. J. Lee trial preparation materials (.8). | 1.70 |
| 12/10/02 | Rossi | Memo to Murphy re: additional boxes for scanning in connection with cost recovery action. | .10 |
| 12/11/02 | Rossi | Memo to On-Site re: scanning of additional boxes in connection with cost recovery action (0.2); telephone call with Murphy re: same (0.1); memo to Murphy re: same (0.1). | .40 |
| 12/12/02 | Bentz | Review of proposed findings of fact and conclusions of law in cost recovery action. | 1.90 |
| 12/12/02 | Cameron | Review materials from EPA Cost Recovery Action regarding Rich Lee preparation (.8); Review recently filed stipulation, witness lists, etc.in EPA Cost Recovery Action (.9). | 1.70 |
| 12/13/02 | Bentz | Review of proposed findings of fact and conclusions of law in cost recovery action. | .60 |
| 12/18/02 | Bentz | Review of portions of discovery in EPA cost recovery action. | 1.60 |
| 12/19/02 | Cameron | Telephone call with R. Finke regarding developments in cost recovery action. | .50 |
| 12/21/02 | Cameron | Prepare for and participate in conference call regarding EPA cost recovery action trial preparation of expert witness. | 2.90 |
| 12/22/02 | Cameron | Review revised materials for R. J. Lee testimony in EPA cost recovery action (.8); review Court's opinion in cost recovery action (1.1). | 1.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1000149
60026  Litigation and Litigation Consulting  Page   3
       January 28, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|

| 12/23/02 | Cameron | Continue review of R. J. Lee materials for his testimony in cost recovery action. | 1.40 |

```
                                                    ------
                                    TOTAL HOURS      21.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 15.50 | at $ | 385.00 | = | 5,967.50 |
| James W Bentz | 5.50 | at $ | 300.00 | = | 1,650.00 |
| Martha Susan Haines Rossi | .50 | at $ | 150.00 | = | 75.00 |

```
                        CURRENT FEES                    7,692.50


                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT          $ 7,692.50
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number        1000150
5400 Broken Sound Blvd., N.W.                  Invoice Date      01/28/03
Boca Raton, FL 33487                           Client Number         172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

     Fees                          26,096.00

                    TOTAL BALANCE DUE UPON RECEIPT          $ 26,096.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1000150
5400 Broken Sound Blvd., N.W.        Invoice Date       01/28/03
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


===========================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|
| 11/27/02 | Rea | Drafted supplemental discovery requests to ZAI claimants. | .50 |
| 12/01/02 | Cameron | Review materials relating to potential expert witness meeting for ZAI Science Trial preparation (1.1) and e-mails regarding same (0.2). | 1.30 |
| 12/02/02 | Bentz | Review of correspondence regarding supplemental discovery request in ZAI Science Trial. | .10 |
| 12/03/02 | Atkinson | Searches for ZAI Science Trial potential expert files per instructions of D. Cameron(.40); searches in Summation re: particular "Attic-Hazardous Evaluation" file requested by ZAI claimants' counsel (0.7), and e-mail to Carla Latuda (HRO) re: same (0.1). | 1.20 |
| 12/03/02 | Bentz | Preparation of responses to second requests for admissions by ZAI claimants (1.7); preparation of response to third request for production of documents by ZAI claimants (1.0); conference with A. Muha regarding privileged documents and review of privilege documents (.6). | 3.30 |

172573 W. R. Grace & Co.                          Invoice Number  1000150
60028  ZAI Science Trial                          Page    2
       January 28, 2003

|  Date  | Name |  | Hours |
|--------|------|--|-------|

| 12/03/02 | Cameron | Telephone call with R. Finke regarding issues relating to attic insulation removal at home of R. Bush (.4); telephone call with J. Restivo regarding same (.3). | .70 |
| 12/03/02 | Muha | Meet with J. Bentz re: report on review of attorney-client privilege documents (0.6); review status of law on attorney-client/work-product privilege (2.3); intensive review of documents to which ZAI claimants' counsel objected to characterization as privileged (3.8). | 6.70 |
| 12/03/02 | Restivo | Review new Science Trial materials and consider ZAI/Busch removal. | .50 |
| 12/04/02 | Atkinson | Reviewing files re: Science Trial potential expert material (.6); searches on Summation for particular "Attic Insulation Hazard Evaluation" file requested by claimants (.2); e-mails to C. Latuda (Holme Roberts) and J. Bentz re: same (.6). | 1.40 |
| 12/04/02 | Bentz | Review of correspondence regarding discovery in ZAI Science Trial. | .30 |
| 12/04/02 | Cameron | Telephone call with R. Finke regarding ZAI removal project and potential consultant to monitor same (.3); prepare draft letter regarding same (.2); review recent discovery from Science Trial proceeding (.9). | 1.40 |
| 12/04/02 | Muha | Review ZAI documents for indicia of attorney-client privilege (1.7); draft memo regarding same (2.0). | 3.70 |
| 12/05/02 | Bentz | Review of materials regarding dispute raised by ZAI claimants over privilege asserted on certain documents. | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1000150
60028  ZAI Science Trial                    Page   3
       January 28, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/05/02 | Cameron | Telephone call with R. Finke regarding ZAI removal project in Spokane (.3); revise and finalize letter regarding same (.3). | .60 |
| 12/05/02 | Muha | Revise and finalize memo regarding privileged status of documents sought for production by ZAI claimants. | 1.40 |
| 12/06/02 | Atkinson | Searches on Summation for documents without dates per letter request from ZAI claimants' counsel (.6); meeting with J. Bentz and e-mail to C. Latuda (Holme Roberts) re: attic insulation file requested by ZAI claimants (.4). | 1.00 |
| 12/06/02 | Bentz | Conference with M. Atkinson regarding response to ZAI claimants' Third Request for Production and Debtor's response to First Request for Production (.6); preparation of responses to second requests for admissions (1.5); draft response to various letters of ZAI claimants' counsel regarding ongoing discovery issues (1.0). | 3.10 |
| 12/09/02 | Atkinson | Searches on Summation database for attic test results (1.2); reviewing notebooks relating to attic testing (.9); review past e-mails to M. Murphy (Casner Edwards) re: review of materials for file requested by ZAI claimants (.3). | 2.40 |
| 12/09/02 | Bentz | Preparation of letter to ZAI Claimants' counsel regarding various outstanding discovery issues. | .80 |
| 12/09/02 | Restivo | Review of newly received materials and reports relating to ZAI Science Trial proceeding. | .60 |

172573 W. R. Grace & Co.                    Invoice Number  1000150
60028  ZAI Science Trial                    Page    4
       January 28, 2003


    Date    Name                                              Hours
  -------- -----------                                        -----

  12/10/02 Cameron          Review materials for ZAI removal     1.10
                            project logistics (.3); Review
                            letters and summarize discovery
                            issues from Science Trial (.8).

  12/11/02 Bentz            Conferences with W. Sparks and J.    1.60
                            Restivo regarding discovery issues
                            for argument at December 16th
                            Omnibus hearing (.6); review of
                            various outstanding discovery
                            issues in ZAI Science Trial (1.0).

  12/11/02 Miller           Draft portion of memorandum          2.60
                            regarding science issues in
                            asbestos-related injury litigation.

  12/11/02 Restivo          Review proposed findings and         1.00
                            conclusions for ZAI Science Trial
                            case.

  12/12/02 Bentz            Preparation of responses to           .90
                            outstanding discovery requests.

  12/13/02 Atkinson         Reviewing document binders and        .80
                            database entries for documents
                            relating to testing issues.

  12/13/02 Bentz            Revising responses to ZAI            1.40
                            claimants' third request for
                            production and conference with M.
                            Murphy regarding same (.5); review
                            of letter from claimants' counsel
                            regarding potential formatting
                            problem in document production and
                            investigating same (.9).

  12/13/02 Miller           Research of case law regarding       1.80
                            science issues in asbestos-related
                            injury lawsuits.

  12/16/02 Atkinson         Searches on Summation and meeting    1.40
                            with J. Bentz, H. Flakker (Lit.
                            Sup.) re: R. Turkewitz 12/13
                            letter re: problems in ZAI
                            document production files (.8);
                            meeting with A. Rose (vendor) re:
                            same (.6).

172573 W. R. Grace & Co.                      Invoice Number  1000150
60028  ZAI Science Trial                      Page    5
       January 28, 2003


   Date   Name                                            Hours
   ------- -----------                                    -----


12/16/02 Bentz          Conference with M. Atkinson, H.    2.80
                        Flakker and vendor regarding
                        determination of whether document
                        production files provided to ZAI
                        claimants' counsel contain a
                        defect (1.9); corresponding with
                        ZAI claimants' counsel regarding
                        purported defect and vendor's
                        suggestions (.5); review of data
                        regarding discovery materials
                        provided (.4).


12/16/02 Cameron        Review agenda for upcoming meeting  1.30
                        with several Science Trial
                        consultants and e-mail regarding
                        same (.4); review Science Trial
                        consultant materials relating to
                        testing issues in preparation for
                        meeting (.9).


12/16/02 Miller         Draft portion of memorandum         2.50
                        regarding Science issues in
                        asbestos-related injury litigation.


12/17/02 Atkinson       Organizing and reviewing             .70
                        privileged documents files.


12/17/02 Bentz          Review of documents on which ZAI    5.30
                        claimants' counsel has challenged
                        the privilege asserted and
                        formulate recommendation for
                        possible compromise (4.5);
                        revising and circulating responses
                        to ZAI claimants' third document
                        request (0.8).


12/17/02 Cameron        Review issues relating to testing    .90
                        data from Science Trial consultant.


12/18/02 Atkinson       Reviewing ZAI document binders for  2.30
                        development of trial aides.


12/18/02 Bentz          Corresponding with vendor and ZAI   2.90
                        claimants' counsel regarding
                        problem with loan files produced
                        with ZAI documents on compact
                        discs (1.0); work on finalizing
                        responses to ZAI discovery

```
172573 W. R. Grace & Co.                    Invoice Number  1000150
60028  ZAI Science Trial                    Page    6
       January 28, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| | | requests (.6); drafting letter to ZAI claimants' counsel regarding privilege document disputes (.9);<br><br>reviewing and researching ZAI claimants' counsel's letter regarding index of documents on microfilm (.4). | |
| 12/18/02 | Miller | Draft/revise portion of memorandum regarding Science issues in asbestos personal injury lawsuits. | 2.70 |
| 12/19/02 | Atkinson | Reviewing Summation databases and meeting with J. Bentz re: claimants' counsel 12/18 letter regarding microfilm/microfiche. | 1.10 |
| 12/19/02 | Bentz | Finalizing discovery responses to ZAI claimants' requests (.3); investigating index to documents on microfilm and draft letter to ZAI claimants' counsel regarding same (1.7); call with M. Murphy regarding document production issues (.3); review of ZAI documents produced to claimants from the repository (1.8). | 4.10 |
| 12/19/02 | Cameron | Telephone call with counsel for ZAI claimants regarding discovery extension and e-mails regarding same (.3); telephone call with R. Finke regarding upcoming Science Trial consultant meetings (.4); prepare for meeting in Pittsburgh with Grace in-house counsel and several consultants re: science trial issues (1.4). | 2.10 |
| 12/19/02 | Miller | Review and revisions to memo regarding Science issues in asbestos lawsuits. | 2.50 |
| 12/20/02 | Bentz | Review of historical documents produced to ZAI claimants' counsel in preparation for witness interviews and depositions. | 2.75 |

172573 W. R. Grace & Co.                        Invoice Number  1000150
60028  ZAI Science Trial                        Page    7
       January 28, 2003


| Date | Name | | Hours |
|------|------|------|-------|
| 12/20/02 | Cameron | Prepare for and meet with R. Finke regarding Science Trial consultant meetings (1.9); Meet with R. Finke and several consultants regarding work on testing issues for science trial (2.9). | 4.80 |
| 12/20/02 | Miller | Revise portions of memorandum regarding Science issues in asbestos lawsuits. | 2.80 |
| 12/21/02 | Bentz | Review of additional historical documents produced to ZAI claimants' counsel in preparation for witness interviews and depositions. | 2.00 |
| 12/23/02 | Atkinson | Reviewing ZAI document database to add coding to summaries for relevant documents (1.1); search on Summation database re: review of new boxes of ZAI documents from Cambridge (.3); review of certain Summation documents/binders of ZAI documents for meetings with witnesses (1.9). | 3.30 |
| 12/23/02 | Bentz | Corresponding with R. Finke regarding privileged ZAI documents (.3); review of ZAI documents produced to claimants' counsel in preparation for witness interviews and depositions (4.6). | 4.90 |
| 12/26/02 | Atkinson | Reviewing privileged documents files (.3); supplementing coding of relevant ZAI documents (.5). | .80 |
| 12/27/02 | Atkinson | Reviewing and preparing inventory of ZAI documents produced at Casner & Edwards Winthrop Square Repository (4.9); additional coding of certain ZAI documents reviewed by paraprofessionals (.7). | 5.60 |
| 12/27/02 | Cameron | Review materials from meeting with Science Trial consultants and Grace in-house counsel for purposes of summary. | 1.20 |

```
172573  W. R. Grace & Co.                    Invoice Number  1000150
60028   ZAI Science Trial                    Page    8
        January 28, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/29/02 | Atkinson | Revising inventory of ZAI documents produced at Casner & Edwards Winthrop Square Repository. | 1.90 |
| 12/30/02 | Bentz | Review of documents produced to ZAI claimants' counsel in preparation for witness interviews and depositions. | .40 |

```
                                                      ------
                                    TOTAL HOURS       105.85
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 2.10 | at $ | 430.00 | = | 903.00 |
| Douglas E. Cameron | 15.40 | at $ | 385.00 | = | 5,929.00 |
| James W Bentz | 37.25 | at $ | 300.00 | = | 11,175.00 |
| Traci Sands Rea | .50 | at $ | 265.00 | = | 132.50 |
| Andrew J. Muha | 11.80 | at $ | 185.00 | = | 2,183.00 |
| Rosa Copeland Miller | 14.90 | at $ | 195.00 | = | 2,905.50 |
| Maureen L. Atkinson | 23.90 | at $ | 120.00 | = | 2,868.00 |

```
                        CURRENT FEES                      26,096.00


                                                      ------------
            TOTAL BALANCE DUE UPON RECEIPT            $ 26,096.00
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1000175
One Town Center Road                     Invoice Date      01/28/03
Boca Raton, FL    33486                  Client Number        172573


======================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                          192.00

                TOTAL BALANCE DUE UPON RECEIPT        $ 192.00
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1000175
One Town Center Road                     Invoice Date      01/28/03
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60030


===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2002

    Date   Name                                               Hours
  -------- -----------                                        -----

12/16/02 Keuler          Telephone call with J. Bentz re:      .80
                         today's hearing (0.2); check
                         docket re: hearing status (0.1);
                         calls to Court re: telephonic
                         appearance (0.1); telephone call
                         with debtor's counsel re: hearing
                         and follow-up with J. Bentz re:
                         same (0.2); telephone call to K.
                         Miller re: today's hearing (0.1);
                         telephone call to S. McFarland re:
                         tidings hearing (0.1).

                                                              ------
                                          TOTAL HOURS           .80


TIME SUMMARY              Hours        Rate          Value
-----------------------  ----------------------    -------
Richard A. Jr. Keuler      .80  at  $  240.00  =    192.00

                            CURRENT FEES                       192.00


                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT        $ 192.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number        1000153
5400 Broken Sound Blvd., N.W.        Invoice Date        01/28/03
Boca Raton, FL 33487                 Client Number         172573


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

     Fees                            2,764.00

              TOTAL BALANCE DUE UPON RECEIPT        $ 2,764.00
                                                  =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                         Invoice Number     1000153
5400 Broken Sound Blvd., N.W.       Invoice Date     01/28/03
Boca Raton, FL 33487                Client Number      172573
                                    Matter Number       60029
```

==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2002

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/11/02 | Keuler | Telephone call with J. Lord regarding information needed for filing fee application/CNOs (0.4). Reviewed documents regarding interim fee application procedures (0.4). | .80 |
| 11/19/02 | Keuler | Reviewed e-messages with Pittsburgh attorneys re: outstanding fee application (0.2). Met with J. Lord regarding status of outstanding fee application (0.2). | .40 |
| 11/27/02 | Keuler | Reviewed October fee application and met with J. Lord regarding filing. | .60 |
| 12/02/02 | Lord | Research docket and prepare e-mail to R. Keuler re: possible CNO for quarterly fee application (.3); e-mail to Bilzin firm re-serving monthly fee application re: earlier undeliverable (.2). | .50 |
| 12/04/02 | Lord | Research docket for objections and prepare CNO for Sixth Quarterly fee application. | .50 |
| 12/05/02 | Lord | Telephone call with R. Keuler re: CNO for 6th interim application. | .20 |

172573 W. R. Grace & Co.                        Invoice Number  1000153
60029  Fee Applications-Applicant               Page   2
       January 28, 2003


| Date | Name | | Hours |
|------|------|--|-------|

| 12/06/02 | Lord | Revise and e-file CNO for Reed Smith's Sixth Interim application (.7); supplement and perfect service for same (.3). | 1.00 |
| 12/06/02 | Muha | Review DBR for November 2002 fee application. | .30 |
| 12/12/02 | Muha | Review and revise November DBRs for 17th monthly fee application. | 1.10 |
| 12/15/02 | Muha | Revise November DBR for incorporation into 17th monthly fee application. | 1.30 |
| 12/16/02 | Lord | Draft CNO for Reed Smith's 16th monthly fee application. | .40 |
| 12/16/02 | Muha | Review/revise DBRs for incorporation into 17th monthly fee application. | 1.10 |
| 12/18/02 | Muha | Review/revise fee and expense details for 17th monthly fee application. | 1.40 |
| 12/20/02 | Lord | Discuss October monthly CNO with R. Keuler (.1); review and revise same (.3); research docket for objections (.3); e-file CNO (.4); draft correspondence and prepare enclosures to Grace in-house counsel re: same (.4). | 1.50 |
| 12/20/02 | Muha | Final review of/revisions to 17th monthly fee and expense details. | .90 |
| 12/24/02 | Lord | Review and prepare billing enclosures for e-filing and e-service of November monthly fee application (1.0); e-mails to P. Lykens and A. Muha re: same (.1). | 1.10 |
| 12/26/02 | Lord | Review and revise Summary of Reed Smith's November fee application (1.0); e-mail to M. Atkinson re: fee detail for same (.1); draft service e-mail for same (.2). | 1.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1000153
60029  Fee Applications-Applicant           Page    3
       January 28, 2003
```

| Date | Name | | Hours |
|------|------|------|------|

| 12/27/02 | Lord | Review and revise 17th monthly fee application for e-filing. | .80 |
| 12/30/02 | Lord | Prepare 17th monthly fee application summary (.3); e-file monthly fee application (.3); complete and perfect e-mail and regular service for fee application per admin. order (.4). | 1.00 |

```
                                              ------
                            TOTAL HOURS       16.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Andrew J. Muha | 6.10 | at $ | 185.00 | = | 1,128.50 |
| Richard A. Jr. Keuler | 1.80 | at $ | 240.00 | = | 432.00 |
| John B. Lord | 8.30 | at $ | 145.00 | = | 1,203.50 |

```
                            CURRENT FEES                     2,764.00


                                                          ------------
                   TOTAL BALANCE DUE UPON RECEIPT          $ 2,764.00
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | Invoice Number | 1000155 |
| One Town Center Road | Invoice Date | 01/28/03 |
| Boca Raton, FL   33486 | Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Expenses                          1,123.39

                  TOTAL BALANCE DUE UPON RECEIPT        $ 1,123.39
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                        Invoice Number      1000155
One Town Center Road                   Invoice Date      01/28/03
Boca Raton, FL    33486                Client Number      172573
                                       Matter Number       60026


================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        5.50
    Documentation Charge                   232.80
    Duplicating/Printing                   200.40
    Postage Expense                          1.94
    Courier Service                        101.91
    Outside Duplicating                     69.34
    Air Travel Expense                     511.50

              CURRENT EXPENSES                      1,123.39
                                                 -------------

              TOTAL BALANCE DUE UPON RECEIPT     $ 1,123.39
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1000155 |
| Invoice Date | 01/28/03 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/25/02 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 11/26/02 | 215-851-8250/PHILA, PA/22 | 1.28 |
| 12/04/02 | 561-362-1583/BOCA RATON, FL/8 | .51 |
| 12/04/02 | 561-362-1533/BOCA RATON, FL/8 | .46 |
| 12/05/02 | 561-362-1583/BOCA RATON, FL/7 | .40 |
| 12/09/02 | 561-362-1533/BOCA RATON, FL/8 | .46 |
| 12/19/02 | 202-457-6315/WASHINGTON, DC/12 | .68 |
| 12/19/02 | 202-457-6315/WASHINGTON, DC/18 | 1.08 |
| 12/20/02 | 303-866-0408/DENVER, CO/3 | .23 |
| 12/10/02 | Documentation Charge-Pacer charges | 89.50 |
| 12/13/02 | Documentation Charge-Pacer charges | 36.55 |
| 12/30/02 | PACER USAGE FOR MONTH OF OCTOBER 2002- Documentation Charge - docket review service expense. | 106.75 |
| 11/26/02 | ATTY # 0856: 6 COPIES | .90 |
| 11/27/02 | ATTY # 0718; 329 COPIES | 49.35 |
| 11/27/02 | ATTY # 1398: 3 COPIES | .45 |
| 12/02/02 | ATTY # 0856: 2 COPIES | .30 |
| 12/02/02 | ATTY # 0559; 54 COPIES | 8.10 |

```
172573 W. R. Grace & Co.                       Invoice Number  1000155
60026  Litigation and Litigation Consulting    Page   2
       January 28, 2003
```

| Date | Description | Amount |
|---|---|---|
| 12/02/02 | ATTY # 0559; 14 COPIES | 2.10 |
| 12/02/02 | ATTY # 0559; 16 COPIES | 2.40 |
| 12/03/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/03/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/03/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/04/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/04/02 | ATTY # 0885: 3 COPIES | .45 |
| 12/04/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/04/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/04/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/04/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/04/02 | ATTY # 0718: 3 COPIES | .45 |
| 12/04/02 | ATTY # 0856; 18 COPIES | 1.80 |
| 12/05/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/05/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/05/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/05/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/05/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/05/02 | ATTY # 0559; 39 COPIES | 5.85 |
| 12/06/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/06/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/06/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/06/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/06/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/06/02 | ATTY # 0559; 88 COPIES | 13.20 |
| 12/06/02 | ATTY # 0559; 10 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1000155
 60026  Litigation and Litigation Consulting        Page   3
         January 28, 2003

| | | |
|---|---|---:|
| 12/06/02 | ATTY # 0718; 13 COPIES | 1.95 |
| 12/07/02 | ATTY # 0349: 1 COPIES | .15 |
| 12/07/02 | ATTY # 0349: 1 COPIES | .15 |
| 12/09/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/09/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/10/02 | ATTY # 1911: 2 COPIES | .30 |
| 12/10/02 | ATTY # 1911: 10 COPIES | 1.50 |
| 12/11/02 | ATTY # 1911: 7 COPIES | 1.05 |
| 12/11/02 | ATTY # 1911: 29 COPIES | 4.35 |
| 12/11/02 | ATTY # 1911: 6 COPIES | .90 |
| 12/11/02 | ATTY # 1911: 4 COPIES | .60 |
| 12/11/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/11/02 | ATTY # 0349: 1 COPIES | .15 |
| 12/11/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/11/02 | ATTY # 1911: 12 COPIES | 1.80 |
| 12/11/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/12/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/12/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/12/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/12/02 | ATTY # 1911: 2 COPIES | .30 |
| 12/12/02 | ATTY # 1911: 4 COPIES | .60 |
| 12/12/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/12/02 | ATTY # 1911: 4 COPIES | .60 |
| 12/12/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 6 COPIES | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1000155
60026  Litigation and Litigation Consulting       Page   4
       January 28, 2003

| | | |
|---|---|---:|
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 8 COPIES | 1.20 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/13/02 | ATTY # 1911: 2 COPIES | .30 |
| 12/13/02 | ATTY # 1911: 1 COPIES | .15 |
| 12/16/02 | ATTY # 0718: 3 COPIES | .45 |
| 12/17/02 | ATTY # 0559; 11 COPIES | 1.65 |
| 12/18/02 | ATTY # 0559: 8 COPIES | 1.20 |
| 12/19/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/19/02 | ATTY # 0559: 4 COPIES | .60 |
| 12/19/02 | ATTY # 0885: 3 COPIES | .45 |
| 12/19/02 | ATTY # 0559; 43 COPIES | 6.45 |
| 12/20/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/20/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/20/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/20/02 | ATTY # 0559; 59 COPIES | 8.85 |
| 12/20/02 | ATTY # 0718; 30 COPIES | 4.50 |
| 12/20/02 | ATTY # 0718; 15 COPIES | 2.25 |
| 12/20/02 | ATTY # 0718; 1 COPIES | .15 |
| 12/20/02 | ATTY # 0718; 32 COPIES | 4.80 |
| 12/23/02 | ATTY # 0349; 1 COPIES | .15 |

172573 W. R. Grace & Co.                          Invoice Number  1000155
60026  Litigation and Litigation Consulting        Page   5
       January 28, 2003

| Date | Description | Amount |
|---|---|---|
| 12/23/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/23/02 | ATTY # 0559: 5 COPIES | .75 |
| I2/23/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/23/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/24/02 | ATTY # 0718: 16 COPIES | 2.40 |
| 12/24/02 | ATTY # 0718: 16 COPIES | 2.40 |
| 12/27/02 | ATTY # 0718: 1 COPIES | .15 |
| 12/27/02 | ATTY # 0718: 12 COPIES | 1.80 |
| 12/30/02 | ATTY # 0718; 270 COPIES | 40.50 |
| 12/30/02 | ATTY # 0559: 6 COPIES | .90 |
| 12/30/02 | ATTY # 0559: 2 COPIES | .30 |
| 12/31/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 12/31/02 | ATTY # 0559; 12 COPIES | 1.80 |
| 12/31/02 | ATTY # 0559: 1 COPIES | .15 |
| 12/31/02 | ATTY # 0559: 6 COPIES | .90 |
| I2/31/02 | ATTY # 0559: 3 COPIES | .45 |
| 12/04/02 | Postage Expense | .37 |
| 12/06/02 | Postage Expense | .60 |
| 12/31/02 | Postage Expense | .60 |
| 12/31/02 | Postage Expense | .37 |
| 11/20/02 | Courier Service UPS | 8.92 |
| 11/27/02 | Courier Service-UPS | 8.92 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1000155
60026  Litigation and Litigation Consulting      Page   6
       January 28, 2003
```

| | | |
|---|---|---|
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 11/30/02 | PARCELS 11/25/02 14466 | 5.00 |
| 12/09/02 | PARCELS 12/06/02 14564 | 5.00 |
| 12/09/02 | PARCELS 12/06/02 14564 | 5.00 |
| 12/09/02 | PARCELS 12/06/02 14564 | 5.00 |
| 12/09/02 | PARCELS 12/06/02 14564 | 5.00 |
| 12/09/02 | PARCELS 12/06/02 14564 | 5.00 |
| 12/09/02 | PARCELS 12/06/02 14564 | 5.00 |
| 12/09/02 | PARCELS 12/06/02 14564 | 5.00 |
| 12/09/02 | PARCELS 12/06/02 14564 | 5.00 |
| 12/31/02 | Courier Service UPS | 9.07 |
| 12/17/02 | 11/27/02  Outside Duplicating | 34.67 |
| 12/17/02 | 11/27/02  Outside Duplicating | 34.67 |
| 11/22/02 | RESTIVO/JAMES J 25NOV PIT PHL PIT- Coach-class airfare for attendance at Nov. 2002 omnibus hearing in Wilmington, DE | 511.50 |

```
                        CURRENT EXPENSES                 1,123.39
                                                       ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $ 1,123.39
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1000159
5400 Broken Sound Blvd., N.W.        Invoice Date      01/28/03
Boca Raton, FL 33487                 Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Expenses                    15,186.66

               TOTAL BALANCE DUE UPON RECEIPT      $ 15,186.66
                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1000159
5400 Broken Sound Blvd., N.W.        Invoice Date       01/28/03
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 3.69 |
| Duplicating/Printing | 62.70 |
| Westlaw | 19.87 |
| Postage Expense | 4.62 |
| Courier Service | 11.16 |
| Outside Duplicating | 14,919.49 |
| Meal Expense | 82.18 |
| Telephone - Outside | 82.95 |

CURRENT EXPENSES                        15,186.66
                                       -------------

TOTAL BALANCE DUE UPON RECEIPT        $ 15,186.66
                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1000159 |
| Invoice Date | 01/28/03 |
| Client Number | 172573 |
| Matter Number | 60028 |

==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 11/22/02 | 843-727-6513/CHARLESTON, SC/6 | .34 |
| 11/22/02 | 843-727-6513/CHARLESTON, SC/2 | .17 |
| 11/22/02 | 843-727-6513/CHARLESTON, SC/3 | .23 |
| 11/22/02 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 11/22/02 | 302-652-5340/WILMINGTON, DE/2 | .11 |
| 11/26/02 | 561-362-1533/BOCA RATON, FL/5 | .34 |
| 12/13/02 | 617-426-5900/BOSTON, MA/15 | .86 |
| 12/16/02 | 843-727-6673/CHARLESTON, SC/2 | .11 |
| 12/16/02 | 302-778-7533/WILMINGTON, DE/3 | .17 |
| 12/19/02 | 843-727-6688/CHARLESTON, SC/3 | .17 |
| 12/19/02 | 617-426-5900/BOSTON, MA/13 | .74 |
| 12/23/02 | 617-426-0135/BOSTON, MA/5 | .34 |
| 11/20/02 | ATTY # 1911: 7 COPIES | 1.05 |
| 11/20/02 | ATTY # 1911: 1 COPIES | .15 |
| 11/21/02 | ATTY # 1911: 4 COPIES | .60 |
| 11/21/02 | ATTY # 1911: 4 COPIES | .60 |
| 12/02/02 | ATTY # 0856: 1 COPIES | .15 |
| 12/02/02 | ATTY # 0856: 2 COPIES | .30 |

172573 W. R. Grace & Co.                    Invoice Number  1000159
60028  ZAI Science Trial                    Page   2
       January 28, 2003

12/02/02   ATTY # 0856; 1 COPIES                           .15

12/04/02   ATTY # 0856: 32 COPIES                         4.80

12/05/02   ATTY # 0885: 2 COPIES                           .30

12/05/02   ATTY # 0710: 16 COPIES                         2.40

12/06/02   ATTY # 0885: 1 COPIES                           .15

12/06/02   ATTY # 0885: 2 COPIES                           .30

12/06/02   ATTY # 0885: 2 COPIES                           .30

12/09/02   ATTY # 0885; 1 COPIES                           .15

12/09/02   ATTY # 0885: 3 COPIES                           .45

12/09/02   ATTY # 0885: 2 COPIES                           .30

12/09/02   ATTY # 0885: 1 COPIES                           .15

12/13/02   ATTY # 0885: 5 COPIES                           .75

12/13/02   ATTY # 0885: 3 COPIES                           .45

12/13/02   ATTY # 0856; 9 COPIES                          1.35

12/16/02   ATTY # 0856: 1 COPIES                           .15

12/16/02   ATTY # 0856: 1 COPIES                           .15

12/17/02   ATTY # 0885: 3 COPIES                           .45

12/17/02   ATTY # 0885: 1 COPIES                           .15

12/17/02   ATTY # 0885: 4 COPIES                           .60

12/17/02   ATTY # 0885: 1 COPIES                           .15

12/17/02   ATTY # 0885: 1 COPIES                           .15

12/17/02   ATTY # 0885: 4 COPIES                           .60

12/18/02   ATTY # 0885: 2 COPIES                           .30

12/18/02   ATTY # 0885: 5 COPIES                           .75

12/18/02   ATTY # 0885: 4 COPIES                           .60

12/18/02   ATTY # 0885: 1 COPIES                           .15

172573  W. R. Grace & Co.                          Invoice Number  1000159
60028   ZAI Science Trial                          Page    3
        January 28, 2003

| Date | Description | Amount |
|---|---|---|
| 12/18/02 | ATTY # 0885: 1 COPIES | .15 |
| 12/18/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/18/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/18/02 | ATTY # 0885: 6 COPIES | .90 |
| 12/18/02 | ATTY # 0885; 68 COPIES | 10.20 |
| 12/18/02 | ATTY # 0885; 30 COPIES | 4.50 |
| 12/19/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/19/02 | ATTY # 0885: 4 COPIES | .60 |
| 12/19/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/19/02 | ATTY # 0885: 5 COPIES | .75 |
| 12/19/02 | ATTY # 4219: 3 COPIES | .45 |
| 12/19/02 | ATTY # 1048; 1 COPIES | .15 |
| 12/19/02 | ATTY # 0885; 81 COPIES | 12.15 |
| 12/23/02 | ATTY # 0885; 8 COPIES | 1.20 |
| 12/23/02 | ATTY # 0885: 2 COPIES | .30 |
| 12/26/02 | ATTY # 0856: 32 COPIES | 4.80 |
| 12/27/02 | ATTY # 0856: 6 COPIES | .90 |
| 12/27/02 | ATTY # 0856: 1 COPIES | .15 |
| 12/27/02 | ATTY # 0856: 4 COPIES | .60 |
| 12/30/02 | ATTY # 0856: 12 COPIES | 1.80 |
| 12/30/02 | ATTY # 0856: 12 COPIES | 1.80 |
| 12/03/02 | Westlaw | 14.93 |
| 12/19/02 | Westlaw | 4.94 |
| 12/03/02 | Postage Expense | .37 |
| 12/09/02 | Postage Expense | .37 |

172573 W. R. Grace & Co.                    Invoice Number  1000159
60028  ZAI Science Trial                    Page   4
       January 28, 2003

| 12/19/02 | Postage Expense | 2.40 |
| 12/23/02 | Postage Expense | 1.48 |
| 12/19/02 | Courier Service FEDEX | 11.16 |
| 12/05/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV.-- Printing of additional, recently-discovered boxes of documents for timely production and preparation of defense in cost recovery action and ZAI Science Trial. | 2103.11 |
| 12/09/02 | Outside Duplicating - - VENDOR: CLICKS PROFESSIONAL COPY SERV. DIGITAL PRINTING-Printing of additional, recently-discovered boxes of documents for production and preparation of defense in  cost recovery action and ZAI Science Trial | 4790.81 |
| 12/10/02 | Outside Duplicating - - VENDOR: DITTO DOCUMENT SERVICES, INC.-Printing of additional, recently-discovered boxes of documents for for production and preparation of defense in  cost recovery action and ZAI Science Trial | 5442.54 |
| 01/20/03 | Outside Duplicating - - VENDOR: ON SITE SOURCING INC DOCUMENT SCANNING DEC. 2002 -- scanning of recently discovered documents subject to discovery in cost recovery action and ZAI Science Trial | 2583.03 |
| 12/31/02 | Meal Expense - - VENDOR: MARK'S GRILLE & CATERING LUNCH (12/20/02) for working lunch meeting with Grace in-house counsel and several science trial consultants | 82.18 |
| 12/23/02 | Telephone - Outside - - VENDOR: CHORUS CALL, INC. 7743215 10/23 | 82.95 |

                        CURRENT EXPENSES               15,186.66
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $ 15,186.66
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1000149 |
| Invoice Date | 01/28/03 |
| Client Number | 172573 |

=============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                      7,692.50


                      TOTAL BALANCE DUE UPON RECEIPT     $ 7,692.50
                                                    =============

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors | ) |

### CERTIFICATE OF SERVICE

I, Richard A. Keuler, Jr., certify that I am over 18 years of age and that on this 31th day of

January, 2003, I caused a true and correct copy of the Summary of Application of Reed Smith LLP for

Compensation for Services and Reimbursement of Expenses as Special Asbestos Liability Defense

Counsel to Debtors for the Eighteenth Monthly Interim Period from December 1, 2002 Through

December 31, 2002 (with attached Fee and Expense Detail) to be served upon the parties on the attached

service list in the manner indicated.

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr. (No. 4108)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Phone:    (302) 778-7500
Facsimile: (302) 778-7575
E-mail: rkeuler@reedsmith.com

Special Asbestos Product Liability Defense
Counsel

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ④N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## SERVICE LIST

### VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

W.R. Grace & Co.
Attn: David B. Siegel, Esq.
Senior V.P. and General Counsel
7500 Grace Drive
Columbia, MD 21044
E-mail: william.sparks@grace.com

Warren H. Smith
Warren H. Smith and Associates
9000 Jackson Street
120 Founders Square
Dallas, TX 75202
E-mail: feeaudit@whsmithlaw.com

### VIA HAND DELIVERY

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

### VIA ELECTRONIC MAIL

James H.M. Sprayegen, Esq.
Kirkland & Ellis
E-mail: james kapp@chicago.kirkland.com

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones P.C.
E-mail: dcarickhoff@pszyj.com

J. Douglas Bacon, Esq.
Latham & Watkins
E-mail: david.heller@lw.com
          carol.hennessey@lw.com

Steven M. Yoder, Esq.
The Bayard Firm
E-mail: syoder@bayardfirm.com

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
E-mail:  rserrette@stroock.com

Michael R. Lastowski, Esq.
Duane Morris LLP
Email:  mlastowski@duanemorris.com

Scott L. Baena, Esq.
Bilzen, Sumberg, Dunn Baena, Pric
    & Axelrod
E-mail:  jsakalo@bilzin.com

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
E-mail:  ttacconelli@ferryjoseph.com

Elihu Inselbuch, Esq.
Caplin & Drysdale
E-mail:  pvnl@capdale.com

Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
E-mail:  mgz@camlev.com

Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP
E-mail:  pbentley@kramerlevin.com

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schlorling
E-mail:  jwaxman@klettrooney.com
            currier@klettrooney

2