***Ferry, Joseph & Pearce, P.A.***
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                                      December 1, 2002 - December 31, 2002

Inv #:         6341

**Attention:**

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 4.20 | 800.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 60.00 |
| B18 | Fee Applications, Others | 5.30 | 738.00 |
| B25 | Fee Applications, Applicant - | 1.70 | 249.00 |
| B37 | Hearings - | 0.40 | 80.00 |
| | **Total** | **11.90** | **$1,927.00** |
| | **Grand Total** | **11.90** | **$1,927.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 130.00 | 6.40 | 832.00 |
| Rick S. Miller | 175.00 | 0.20 | 35.00 |
| Theodore J. Tacconelli | 200.00 | 5.30 | 1,060.00 |
| **Total** | | **11.90** | **$1,927.00** |

## DISBURSEMENT SUMMARY

| CA | Expenses - | 1,348.26 |
|---|---|---:|
| | **Total Disbursements** | **$1,348.26** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-02-02 | *Case Administration* - Review pleading, re: Reed Smith October 2002 Fee Application | 0.10 | TJT |
| Dec-03-02 | *Case Administration* - Review pleading, re: Debtors Motion to Approve Settlement with E. Kellogg | 0.10 | TJT |
| Dec-04-02 | *Case Administration* - Review pleading, re: Legal Analysis Systems October 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: L. Tersigni October 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Campbell Levine October 2002 Fee Application | 0.10 | TJT |
| Dec-08-02 | *Case Administration* - Review pleading, re: Lukens and Annis October 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Richards Patrick October 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: K&E October 2002 Fee Application | 0.10 | TJT |
| Dec-10-02 | *Case Administration* - Review e-mail from J. Sakalo to Committee, re: 2003 Hearing Dates | 0.10 | TJT |
| Dec-11-02 | *Case Administration* - Return call to M. Peach, re: PD Claim questions | 0.10 | TJT |
| Dec-12-02 | *Case Administration* - Review pleading re: Omnibus hearing dates | 0.10 | LLC |
|  | *Case Administration* - Review pleading, re: Amended Certification of Counsel, re: 2003 Hearing dates | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Debtor's Reply to Locke Opposition to Debtor's Motion to Extend Preliminary Injunction | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Summary of K&E's 6th Interim Quarterly Fee Application July - September 2002 | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Pitney Hardin 6th Interim Quarterly Fee Application July - September 2002 | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Nelson Mullins 5th Interim Quarterly Fee Application July - September 2002 | 0.10 | TJT |
|  | *Case Administration* - Telephone conference with M. Peach, Esquire, re: PD Claim Treatment in Bankruptcy Case | 0.10 | TJT |
| Dec-14-02 | *Case Administration* - Review pleading, re: FTI Polciano October 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Nelson Mullins October 2002 fee application | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Wallace King October 2002 fee application | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Stroock October 2002 fee application | 0.10 | TJT |
| Dec-16-02 | *Case Administration* - E-mail to Mr. Sakalo re: Omnibus dates | 0.20 | RSM |
|  | *Case Administration* - Review pleading, re: Second Stipulation and Order to Modify Briefing Schedule, re: Gerard Appeal | 0.10 | TJT |
| Dec-17-02 | *Case Administration* - Review amended order scheduling omnibus hearing dates | 0.10 | LLC |
|  | *Case Administration* - Review pleading, re: WH Smith & Associates November 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review pleading, re: Elzufon Austin October 2002 Fee Application | 0.10 | TJT |
|  | *Case Administration* - Return call to M. Peach, re: PD Claim | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Prepare e-mail to J. Sakalo, re: Telephone call from M. Peach, re: PD Claim information | 0.10 | TJT |
| Dec-19-02 | *Case Administration* - Review pleading, re: Pitney Hardin October 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Casner Edwards October 2002 Fee Application | 0.10 | TJT |
| Dec-21-02 | *Case Administration* - Review Amended Scheduling Order, re: 2003 Omnibus Hearing dates, re: Objection deadlines | 0.20 | TJT |
| | *Case Administration* - Review pleading, re: Debtors Motion to Approve Settlement Agreement with MCNIC Pipeline | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating report, re: October 2002 | 0.10 | TJT |
| Dec-24-02 | *Case Administration* - Review pleading, re: Debtor's Motion to Retain Woodcock, Washburn as Special Litigation Counsel | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Debtor's Motion to Terminate Prime Lease and Assume an Assigned Sub-lease, re: East Lampeter | 0.10 | TJT |
| Dec-27-02 | *Case Administration* - File administration re: Debtor Payments | 0.30 | LLC |
| | *Case Administration* - Review pleading, re: Nelson Mullins 2nd Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Klett Rooney's November 2002 Fee Application | 0.10 | TJT |
| Dec-12-02 | *Committee, Creditors', Noteholders' or* - Telephone conference with committee | 0.30 | TJT |
| Dec-05-02 | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3003 and Certificate of Service | 0.20 | LLC |
| Dec-06-02 | *Fee Applications, Others* - Review docket re: objections to docket no. 3003 | 0.10 | LLC |
| | *Fee Applications, Others* - *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3003 | 0.40 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re: Bilzin Sumberg September 2002 fee application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket, re: Certificate of No Objection re: Bilzin Sumberg September 2002 fee application | 0.10 | TJT |
| Dec-09-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: HR&A October Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize 8th HR&A Fee Application for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* - Call to L. Flores at Bilzin re: HR&A Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: HR&A 8th Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - E-file 8th HR&A Fee Application | 0.50 | LLC |
| Dec-11-02 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize Bilzin 16th Fee Application for e-filing | 0.20 | LLC |
| | *Fee Applications, Others* - E-file Bilzin 16th Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of Service re: Bilzin 16th Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg October 2002 Fee Application | 0.10 | TJT |
| Dec-12-02 | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3064 and Certificate of Service | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-13-02 | *Fee Applications, Others* - Review docket re: objections to docket no. 3064 | 0.10 | LLC |
| | *Fee Applications, Others* - E-file Certificate of No Objection re: docket no. 3064 | 0.30 | LLC |
| | *Fee Applications, Others* - Review CNO, re: Bilzin Sumberg 6th Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket, re: CNO, re: Bilzin Sumberg 6th Quarterly Fee Application | 0.10 | TJT |
| Dec-17-02 | *Fee Applications, Others* - Review docket re: objections to docket no. 3067 | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3067 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: docket no. 3067 | 0.40 | LLC |
| | *Fee Applications, Others* - Review CNO, re: HRAs 2nd Interim Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket, re: CNO, re: HRAs 2nd Interim Quarterly Fee Application | 0.10 | TJT |
| Dec-31-02 | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3134 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3118 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Review docket re: objections to docket no. 3118 | 0.20 | LLC |
| Dec-10-02 | *Hearings* - Review agenda for 12/16/02 hearing | 0.10 | TJT |
| Dec-14-02 | *Hearings* - Retrieve voicemail message from J. Sakalo, re: 12/16/02 hearing | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 12/16/02 hearing | 0.10 | TJT |
| Dec-16-02 | *Hearings* - Prepare e-mail to J. Sakalo, re: 12/16/02 hearing continued | 0.10 | TJT |
| Dec-04-02 | *Fee Applications, Applicant* - Review e-mail from A. Anderson of K&E, re: Quarterly Fee Applications | 0.10 | TJT |
| Dec-18-02 | *Fee Applications, Applicant* - Review docket re: objections to docket nos. 3080 and 3078 | 0.20 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 3080 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 3078 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - E-file Certificate of No Objection re: docket no. 3080 | 0.30 | LLC |
| | *Fee Applications, Applicant* - E-file Certificate of No Objection re: docket no. 3078 | 0.30 | LLC |
| | *Fee Applications, Applicant* - E-mail to W. Sparks re: Ferry, Joseph & Pearce Fee Application Certificate of No Objection's | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review CNO, re: Ferry, Joseph & Pearce September 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review CNO, re: 6th Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review docket, re: Ferry, Joseph & Pearce September 2002 Fee Application and Ferry, Joseph & Pearce 6th Quarterly Fee Application | 0.10 | TJT |
| | Totals | 11.90 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Dec-02-02 | *Cost Advance* - Federal Express | 13.57 |
|  | *Cost Advance* - Copying cost | 14.25 |
| Dec-04-02 | *Cost Advance* - Copying cost | 16.20 |
| Dec-05-02 | *Cost Advance* - Parcel's, Inc. | 625.00 |
|  | *Cost Advance* - Parcel's, Inc. | 250.00 |
| Dec-06-02 | *Cost Advance* - Copying cost | 15.60 |
|  | *Cost Advance* - Copying cost | 26.25 |
|  | *Cost Advance* - postage | 19.12 |
| Dec-09-02 | *Cost Advance* - Copying cost | 22.50 |
|  | *Cost Advance* - Copying cost | 14.25 |
|  | *Cost Advance* - Postage | 3.41 |
| Dec-11-02 | *Cost Advance* - Fax | 3.00 |
| Dec-13-02 | *Cost Advance* - Copying cost | 21.60 |
| Dec-17-02 | *Cost Advance* - Parcel's, Inc. | 230.15 |
|  | *Cost Advance* - Copying cost | 5.40 |
| Dec-18-02 | *Cost Advance* - Copying cost | 34.80 |
|  | *Cost Advance* - Postage | 8.36 |
| Dec-19-02 | *Cost Advance* - Copying cost | 13.20 |
| Dec-27-02 | *Cost Advance* - TriState Courier & Carriage - delivery service | 5.00 |
|  | *Cost Advance* - Copying cost | 6.60 |

Totals $1,348.26

**Total Fees & Disbursements** **$3,275.26**

**Balance Due Now**

**$3,275.26**