IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: |

## SEVENTEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Name of Applicant:    *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:    *December 1, 2002 through and including December 31, 2002*

Amount of Compensation sought a
actual, reasonable and necessary: *$11,853.50*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$816.82*

This is a(n):    **x**    monthly        __    interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20,392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

KL2:2197124.1

- 2 -

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 475.00 | 9.30 | $4,417.50 |
| Becker, Gary M. | 415.00 | 4.40 | $1,826.00 |
| Klein, David | 300.00 | 13.80 | $4,140.00 |
| Mangual, Kathleen | 175.00 | 7.70 | $1,347.50 |
| Clancy, Regan | 175.00 | 0.70 | $122.50 |
| **Total** | | **35.90** | **$11,853.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 12/1/02 through 12/31/02 | Total Fees for the Period 12/1/02 through 12/31/02 |
|---|---|---|
| Case Administration | 20.40 | $6,081.00 |
| Claim Analysis Objection & Resolution(Asbestos) | 2.60 | $1,025.00 |
| Creditor Committee | 3.00 | $1,341.00 |
| Fee Applications, Applicant | 3.30 | $805.50 |
| Fraudulent Conveyance Adv. Proceeding | 6.60 | $2,601.00 |
| **Total** | **35.90** | **$11,853.50** |

- 3 -

KL2:2197124.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 12/1/02 through 12/31/02 |
|---|---|
| Photocopying | $664.35 |
| Research Services | $21.00 |
| Long-Distance Tel. | $2.37 |
| Westlaw On-Line Research | $55.60 |
| Lexis/Nexis On-Line Research | $62.50 |
| Cab Fares | $11.00 |
| **Total** | **$816.82** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Philip Bentley
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: February 6, 2003

- 4 -

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.90 | 475.00 | 902.50 |
| BECKER, GARY M. | CRED | 0.90 | 415.00 | 373.50 |
| KLEIN, DAVID | CRED | 13.80 | 300.00 | 4,140.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 3.80 | 175.00 | 665.00 |
| | Subtotal | 20.40 | $ | 6,081.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.60 | 475.00 | 760.00 |
| BECKER, GARY M. | CRED | 1.40 | 415.00 | 581.00 |
| | Subtotal | 3.00 | $ | 1,341.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 475.00 | 95.00 |
| BECKER, GARY M. | CRED | 0.70 | 415.00 | 290.50 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 2.40 | 175.00 | 420.00 |
| | Subtotal | 3.30 | $ | 805.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.90 | 475.00 | 902.50 |
| **PARAPROFESSIONALS** | | | | |
| CLANCY, REGAN | CRED | 0.70 | 175.00 | 122.50 |
| | Subtotal | 2.60 | $ | 1,025.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

*FRAUDULENT CONVEYANCE ADV. PROCEEDING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 3.70 | 475.00 | 1,757.50 |
| BECKER, GARY M. | CRED | 1.40 | 415.00 | 581.00 |
| **PARAPROFESSIONALS** | | | | |
| MANGUAL, KATHLEEN | CRED | 1.50 | 175.00 | 262.50 |
| | Subtotal | 6.60 | $ | 2,601.00 |
| | Total | 35.90 | $ | 11,853.50 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 9.30 | 475.00 | 4,417.50 |
| BECKER, GARY M. | ASSOCIATE | 4.40 | 415.00 | 1,826.00 |
| KLEIN, DAVID | ASSOCIATE | 13.80 | 300.00 | 4,140.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 7.70 | 175.00 | 1,347.50 |
| CLANCY, REGAN | PARALEGAL | 0.70 | 175.00 | 122.50 |
| | Total | 35.90 | | $11,853.50 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---:|
| PHOTOCOPYING | 664.35 |
| RESEARCH SERVICES | 21.00 |
| LONG-DISTANCE TEL. | 2.37 |
| WESTLAW ON-LINE RESEARCH | 55.60 |
| LEXIS/NEXIS ON-LINE RESEARCH | 62.50 |
| CAB FARES | <u>11.00</u> |
| Subtotal | $<u>816.82</u> |

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

| DISBURSEMENTS | AMOUNT |
|---|---:|
| PHOTOCOPYING | 354.32 |
| MEALS | <u>3.00</u> |
| Subtotal | $<u>357.32</u> |