```
alp_132c: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 02/04/2003 12:45:39                          *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                           PRE-BILLING SUMMARY REPORT

                                         FEES                                    COSTS
                                     ------------                            ------------
    UNBILLED TIME FROM:   01/01/1901          TO:  12/31/2002
    UNBILLED DISB FROM:   01/01/1901          TO:  12/31/2002

    GROSS BILLABLE AMOUNT:               11,853.50                             816.82
    AMOUNT WRITTEN DOWN:
             PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
    THRU DATE:                          12/31/2002                          12/31/2002
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                                              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
    BILLING COMMENTS:

                                          BILLING HISTORY

                                                        UNIDENTIFIED RECEIPTS:        0.00
    DISBURSEMENTS:                        1,450.68       PAID FEE RETAINER:           0.00
    FEE RETAINER:                             0.00       PAID DISB RETAINER:          0.00
    DISB RETAINER:                            0.00       TOTAL AVAILABLE FUNDS:       0.00
    TOTAL OUTSTANDING:                   56,780.18       TRUST BALANCE:
                                                                                12/31/2002

         FEES:                          55,329.50
                                          ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

    DATE OF LAST BILL:       01/31/03           LAST PAYMENT DATE:      12/31/02
    LAST BILL NUMBER:          364671           FEES BILLED TO DATE:   505,188.50
    LAST BILL THRU DATE:     12/31/02

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

                        (1) Exceeded Fixed Fee        (6) Summer Associate
                        (2) Late Time & Costs Posted  (7) Fixed Fee
                        (3) Pre-arranged Discount     (8) Premium
                        (4) Excessive Legal Time      (9) Rounding
                        (5) Business Development     (10) Client Arrangement

    BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____  FRC: _____   CRC: _____
```

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 02/04/2003 12:46:02

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

### BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | --------- Total --------- Oldest  Latest | Billed Hours | Amount |
|--------|---------------|-------|------------------------------------------|--------------|--------|
| 02495 | BENTLEY, PHILIP | PARTNER | 12/02/02 12/19/02 | 9.30 | 4,417.50 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 12/02/02 12/31/02 | 4.40 | 1,826.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 12/01/02 12/31/02 | 13.80 | 4,140.00 |
| | PARAPROFESSIONALS | | | | |
| 03208 | MANGUAL, KATHLEEN | PARALEGAL | 12/09/02 12/31/02 | 7.70 | 1,347.50 |
| 05600 | CLANCY, REGAN | PARALEGAL | 12/17/02 12/17/02 | 0.70 | 122.50 |
| | Total: | | | 35.90 | 11,853.50 |

### BILLED COSTS SUMMARY

| Code | Description | --------- Total Billed --------- Oldest Entry  Latest Entry | Total Amount |
|------|-------------|-------------------------------------------------------------|--------------|
| 0820 | PHOTOCOPYING | 11/20/02 12/26/02 | 664.35 |
| 0841 | RESEARCH SERVICES | 12/02/02 12/02/02 | 21.00 |
| 0885 | LONG-DISTANCE TEL. | 12/02/02 12/02/02 | 2.37 |
| 0917 | WESTLAW ON - LINE RESEARCH | 12/02/02 12/02/02 | 55.60 |
| 0921 | LEXIS / NEXIS ON - LINE RESEAR | 12/02/02 12/02/02 | 62.50 |
| 0940 | CAB FARES | 12/23/02 12/23/02 | 11.00 |
| 0942 | MEALS/IN-HOUSE | 12/23/02 12/23/02 | 0.00 |
| | Total | | 816.82 |
| | Grand Total | | 12,670.32 |

### ACCOUNTS RECEIVABLE

| Bill Date | Thru Date | Bill# | Fee & OA | (Reflects Payments As of 02/04/03 12:46:02) Billed Disbursement | Applied From OA | Total | ---- Collections ---- Date | Balance Due |
|-----------|-----------|-------|----------|-------------------------------------------------------------------|-----------------|-------|----------------------------|-------------|
| 08/15/02 | 06/30/02 | 357518 | 20,392.50 | 388.61 | | 16,702.61 10/30/02 | | 4,078.50 |
| 08/19/02 | 07/31/02 | 356269 | 28,083.50 | 923.59 | | 23,390.39 | | 5,616.70 |
| 09/30/02 | 09/30/02 | 358460 | 33,598.50 | 7,190.62 | | 38,806.72 | | 1,982.40 |
| 10/21/02 | 09/30/02 | 359721 | 25,489.50 | 1,761.46 | | 22,134.06 | | 5,116.90 |
| 11/19/02 | 10/31/02 | 361261 | 39,170.00 | 2,124.93 | | 33,317.43 | | 7,977.50 |
| 12/19/02 | 11/30/02 | 362365 | 18,704.00 | 633.86 | | .00 | | 19,337.86 |
| 01/31/03 | 12/31/02 | 364671 | 11,853.50 | 816.82 | | .00 | | 12,670.32 |
| | Total: | | 177,291.50 | 13,839.89 | | 134,351.21 | | 56,780.18 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Run Date & Time: 02/04/2003 12:45:36

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

-------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------

        UNBILLED TIME FROM:    12/01/2002                    TO:   12/31/2002
        UNBILLED DISB FROM:    11/20/2002                    TO:   12/26/2002

                                              FEES                                     COSTS
                                             ------                                   -------
        GROSS BILLABLE AMOUNT:              6,081.00                                   733.32
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                 THRU DATE:                                                           12/26/2002
   CLOSE MATTER/FINAL BILLING?        YES    OR    NO
   EXPECTED DATE OF COLLECTION:                          12/31/2002

   BILLING PARTNER APPROVAL:

   BILLING COMMENTS:              BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

-------------------------------------------------------------------------------------------------------------
                        ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------
        FEES:                            10,850.50          UNIDENTIFIED RECEIPTS:              0.00
   DISBURSEMENTS:                         1,087.09          PAID FEE RETAINER:                  0.00
        FEE RETAINER:                         0.00          PAID DISB RETAINER:                 0.00
        DISB RETAINER:                        0.00          TOTAL AVAILABLE FUNDS:              0.00
   TOTAL OUTSTANDING:                    11,937.59          TRUST BALANCE:
                                                            BILLING HISTORY
        DATE OF LAST BILL:       01/31/03                   LAST PAYMENT DATE:    12/31/02
        LAST BILL NUMBER:          364671                   FEES BILLED TO DATE:  150,205.00
        LAST BILL THRU DATE:     12/31/02

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee            (6) Summer Associate
   (2) Late Time & Costs Posted      (7) Fixed Fee
   (3) Pre-arranged Discount         (8) Premium
   (4) Excessive Legal Time          (9) Rounding
   (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____       DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

aip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 02/04/2003 12:45:36

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y** -------------------------------- Total ------------------- Billed -----------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 12/12/02 | 12/12/02 | 1.90 | 902.50 |
| 05292 | BECKER, GARY M. | CRED | 12/06/02 | 12/31/02 | 0.90 | 373.50 |
| 05646 | KLEIN, DAVID | CRED | 12/01/02 | 12/31/02 | 13.80 | 4,140.00 |
|       | PARAPROFESSIONALS |  |  |  |  |  |
| 05208 | MANGUAL, KATHLEEN | CRED | 12/12/02 | 12/12/02 | 3.80 | 665.00 |

Total: 20.40    6,081.00

Sub-Total Hours : 1.90 Partners    0.00 Counsels    14.70 Associates    3.80 Legal Assts    0.00 Others

**B I L L E D   C O S T S   S U M M A R Y** ----------------------------- Total -----------

| Code | Description | Oldest Entry | Latest Entry | Amount |
|------|-------------|--------------|--------------|--------|
| 0820 | PHOTOCOPYING | 11/20/02 | 12/26/02 | 664.35 |
| 0885 | LONG-DISTANCE TEL. | 12/17/02 | 12/17/02 | 2.37 |
| 0917 | WESTLAW ON - LINE RESEARCH | 12/02/02 | 12/02/02 | 55.60 |
| 0940 | CAB FARES | 12/23/02 | 12/02/02 | 11.00 |
| 0942 | MEALS/IN-HOUSE | 12/23/02 | 12/23/02 | 0.00 |

Total    733.32

Grand Total    6,814.32
============

**A C C O U N T S   R E C E I V A B L E** --------- (Reflects Payments As of 02/04/03 12:45:36)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total Collections | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------------------|------|-------------|
| 08/15/02 | 06/30/02 | 357518 | 3,870.00 | 332.91 |  | 4,202.91 | 10/30/02 |  |
| 08/19/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 |  | 6,342.89 | 12/31/02 |  |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 1,169.59 |  | 5,192.09 | 11/26/02 |  |
| 10/21/02 | 09/30/02 | 359721 | 1,255.50 | 1,759.36 |  | 3,014.86 | 12/31/02 |  |
| 11/19/02 | 10/31/02 | 361261 | 4,217.00 | 1,777.44 |  | 5,994.44 | 12/31/02 |  |
| 12/13/02 | 11/30/02 | 362365 | 4,769.50 | 353.77 |  | .00 |  | 5,123.27 |
| 01/31/03 | 12/31/02 | 364671 | 6,081.00 | 733.32 |  |  |  | 6,814.32 |

Total:    30,190.50    6,494.28    24,747.19    11,937.59

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

Run Date & Time: 02/04/2003 12:45:36

| | | | | | | |
|---|---|---|---|---|---|---|
| Matter No: 056772-00001 | | Orig Prtnr : CRED. RGTS - 06975 | | | Proforma Number: | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | Bill Prtnr : BENTLEY PHILIP - 02495 | | | Bill Frequency: M | |
| Matter Name : CASE ADMINISTRATION | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | | | |
| Matter Opened : 07/27/2001 | | | | | Status : ACTIVE | |

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 12/12/02 | Discs. T. Weschler, TM, GHH and voicemail, and memo to TW, re upcoming asbestos issues. | 1.90 | 902.50 | 4463272 | 12/16/02 |
| **Total For BENTLEY P - 02495** | | | **1.90** | **902.50** | | |
| BECKER, GARY M. | 12/06/02 | Attention to new pleadings (0.2); attention to omnibus hearing schedule for 2003 (0.2). | 0.40 | 166.00 | 4459385 | 12/13/02 |
| BECKER, GARY M. | 12/10/02 | Conf. with Bentley re various case issues (0.2). | 0.20 | 83.00 | 4465577 | 12/16/02 |
| BECKER, GARY M. | 12/31/02 | Conf. with local counsel re debtors fee payments (0.3). | 0.30 | 124.50 | 4489963 | 01/03/03 |
| **Total For BECKER G - 05292** | | | **0.90** | **373.50** | | |
| KLEIN, DAVID | 12/01/02 | review filings | 0.10 | 30.00 | 4443330 | 12/05/02 |
| KLEIN, DAVID | 12/02/02 | review pleadings/filings; distr same as necessary (0.4); searched dockets for 9019 re sealed air settlement (0.3), searched internet for same (0.6). | 1.30 | 390.00 | 4445331 | 12/05/02 |
| KLEIN, DAVID | 12/03/02 | review pleadings/filings and distr same as necessary. | 0.60 | 180.00 | 4459478 | 12/13/02 |
| KLEIN, DAVID | 12/04/02 | review pleadings/filings; distr same as necessary. | 0.40 | 120.00 | 4459479 | 12/13/02 |
| KLEIN, DAVID | 12/05/02 | review pleadings/filings; distr same as necessary. | 0.60 | 180.00 | 4459480 | 12/13/02 |
| KLEIN, DAVID | 12/06/02 | reviewed filings for distr. | 0.20 | 60.00 | 4456621 | 12/11/02 |
| KLEIN, DAVID | 12/09/02 | review pleadings/filings; distr same as necessary. | 0.50 | 150.00 | 4459481 | 12/13/02 |
| KLEIN, DAVID | 12/10/02 | review pleadings/filings; distr same as necessary. | 1.00 | 300.00 | 4459482 | 12/13/02 |
| KLEIN, DAVID | 12/11/02 | review pleadings/filings; distr same as necessary (0.6); check dockets for settlement ag't in prepar. for tommorow's conf call (0.7); call from GB and disc. w/ PB re same (0.2); call and email to S.McMillin re same (0.2). | 1.70 | 510.00 | 4459483 | 12/13/02 |
| KLEIN, DAVID | 12/12/02 | review pleadings/filings; distr same as necessary (0.3); review and circulate term sheet re settlement (0.2). | 0.50 | 150.00 | 4461328 | 12/13/02 |
| KLEIN, DAVID | 12/15/02 | reviewed filings. | 0.10 | 30.00 | 4467711 | 12/17/02 |
| KLEIN, DAVID | 12/16/02 | review pleadings, distr same as necessary. | 0.10 | 30.00 | 4467712 | 12/17/02 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   4

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS - 06975               Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 12/17/02 | review pleadings/filings, distr same as necessary. | 0.20 | 60.00 | 4470274 | 12/18/02 |
| KLEIN, DAVID | 12/18/02 | review pleadings/filings, distr same as necessary. | 0.20 | 60.00 | 4471346 | 12/19/02 |
| KLEIN, DAVID | 12/19/02 | review pleadings/filings, distr same as necessary; disc. w/ GMB re docs rec'd. | 2.70 | 810.00 | 4474808 | 12/23/02 |
| KLEIN, DAVID | 12/20/02 | review pleadings/filings, distr same as necessary; call to GMB re corresp from 3d Circuit. | 0.80 | 240.00 | 4474809 | 12/23/02 |
| KLEIN, DAVID | 12/22/02 | review pleadings/filings. | 0.10 | 30.00 | 4475920 | 12/24/02 |
| KLEIN, DAVID | 12/24/02 | review pleadings/filings, distr same as necessary; followup re correspondence from 3rd Circuit COA. | 1.50 | 450.00 | 4481404 | 12/30/02 |
| KLEIN, DAVID | 12/26/02 | review pleadings/filings, distr same as necessary; followup re correspondence from 3rd Circuit COA. | 0.40 | 120.00 | 4481405 | 12/30/02 |
| KLEIN, DAVID | 12/27/02 | review filings. | 0.10 | 30.00 | 4481406 | 12/30/02 |
| KLEIN, DAVID | 12/28/02 | reviewed filings. | 0.10 | 30.00 | 4481407 | 12/30/02 |
| KLEIN, DAVID | 12/30/02 | review pleadings/filings. | 0.20 | 60.00 | 4481137 | 12/31/02 |
| KLEIN, DAVID | 12/31/02 | review pleadings/filings, distr same as necessary, call to 3d Cir COA re appeal. | 0.40 | 120.00 | 4489806 | 01/03/03 |
| | | | | | | |
| **Total For KLEIN D - 05446** | | | **13.80** | **4,140.00** | | |
| | | | | | | |
| MANGUAL, KATHLEEN | 12/12/02 | draft chart re: payments, review pacer for CNO's, Orders and filing dates (.90) | 0.90 | 157.50 | 4470636 | 12/18/02 |
| MANGUAL, KATHLEEN | 12/18/02 | organize files pleadings and correspondence, update index (1.5) | 1.50 | 262.50 | 4492365 | 01/06/03 |
| MANGUAL, KATHLEEN | 12/31/02 | organization of files and update pleadings index/correspondence (1.4) | 1.40 | 245.00 | 4488906 | 01/03/03 |
| | | | | | | |
| **Total For MANGUAL K - 05208** | | | **3.80** | **665.00** | | |
| | | | | | | |
| | | **Fee Total** | **20.40** | **6,081.00** | | |

**BILLED COSTS DETAIL**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | | |
| PHOTOCOPYING | 0820 | FONTEIN, L F | 11/20/02 | 24.30 | 5914092 | 90365 | 12/27/02 |
| FONTEIN LAUREN | | | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 5

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | BENTLEY, P | 12/02/02 | 4.20 | 5879428 | 89301 | 12/06/02 |
| PHOTOCOPYING | BENTLEY, P | 12/02/02 | 6.75 | 5879429 | 89301 | 12/06/02 |
| PHOTOCOPYING | BENTLEY, P | 12/02/02 | 7.20 | 5879430 | 89301 | 12/06/02 |
| PHOTOCOPYING | BENTLEY, P | 12/02/02 | 1.95 | 5879431 | 89301 | 12/06/02 |
| PHOTOCOPYING | BENTLEY, P | 12/03/02 | 12.60 | 5880456 | 89303 | 12/06/02 |
| PHOTOCOPYING | BENTLEY, P | 12/03/02 | 5.40 | 5880457 | 89303 | 12/06/02 |
| PHOTOCOPYING | BENTLEY, P | 12/03/02 | 41.85 | 5880458 | 89303 | 12/06/02 |
| PHOTOCOPYING | KLEIN, D K | 12/03/02 | 1.65 | 5889533 | 89515 | 12/11/02 |
| PHOTOCOPYING | BENTLEY, P | 12/10/02 | 1.50 | 5894062 | 89704 | 12/13/02 |
| PHOTOCOPYING | BENTLEY, P | 12/12/02 | 3.00 | 5894063 | 89704 | 12/13/02 |
| PHOTOCOPYING | BENTLEY, P | 12/12/02 | 506.10 | 5907526 | 90112 | 12/20/02 |
| PHOTOCOPYING | MANGUAL, K M | 12/16/02 | 4.80 | 5906889 | 90111 | 12/20/02 |
| PHOTOCOPYING | BENTLEY, P | 12/18/02 | 21.90 | 5906890 | 90111 | 12/20/02 |
| PHOTOCOPYING | KLEIN, D K | 12/19/02 | 16.35 | 5906891 | 90111 | 12/20/02 |
| PHOTOCOPYING | KLEIN, D K | 12/19/02 | 4.80 | 5914091 | 90365 | 12/27/02 |

0820 PHOTOCOPYING Total :   664.35

| LONG-DISTANCE TEL. | MANGUAL, K M | 12/17/02 | 0.89 | 5951447 | 89971 | 12/18/02 |
| LONG-DISTANCE TEL. 3128612366 | | | | | | |
| LONG-DISTANCE TEL. 302524239 | | | | | | |
| LONG-DISTANCE TEL. | BENTLEY, P | 12/02/02 | 1.48 | 5892179 | 89634 | 12/12/02 |

0885 LONG-DISTANCE TEL. Total :   2.37

| WESTLAW ON - LINE RE | KLEIN, D K | 12/02/02 | 55.60 | 5890143 | 89547 | 12/11/02 |
| WESTLAW ON - LINE RE | | | | | | |

0917 WESTLAW ON - LINE RE Total :   55.60

alp_132r: Billed Charges Analysis                                                                                                      PAGE    6

Run Date & Time: 02/04/2003 12:45:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975                    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 12/23/02 | 11.00 | 5910036 | 90189 | 12/23/02 |
|   0940 | | | | | | |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER 12/02/02 | | | | | | |
| | 0940 CAB FARES Total : | | 11.00 | | | |
| MEALS/IN-HOUSE | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 12/23/02 | 0.00 | 5910035 | 90189 | 12/23/02 |
|   0942 | | | | | | |
| MEALS-IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER 12/02/02 | | | | | | |
| | 0942 MEALS/IN-HOUSE Total : | | 0.00 | | | |

Costs Total :                                                                                        733.32

aip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

**B I L L E D    T I M E    S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.90 | 902.50 | | | | | |
| BECKER, GARY M. | 0.90 | 373.50 | | | | | |
| KLEIN, DAVID | 13.80 | 4,140.00 | | | | | |
| MANGUAL, KATHLEEN | 3.80 | 665.00 | | | | | |
| Total: | 20.40 | 6,081.00 | | | | | |

**B I L L E D    C O S T S    S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 664.35 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 2.37 | | | | | |
| 0917 | WESTLAW ON - LINE RESEARC | 55.60 | | | | | |
| 0940 | CAB FARES | 11.00 | | | | | |
| 0942 | MEALS/IN-HOUSE | 0.00 | | | | | |
| | Costs Total : | 733.32 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 02/04/2003 12:45:37

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE    8

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**Special Billing Instructions:**

---

**PRE-BILLING SUMMARY REPORT**

| | | | |
|---|---|---|---|
| UNBILLED TIME FROM: | 12/02/2002 | TO: | 12/17/2002 |
| UNBILLED DISB FROM: | | TO: | 12/17/2002 |

| | FEES | COSTS |
|---|---|---|
| | 1,341.00 | 0.00 |

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
    AMOUNT BILLED:
    THRU DATE:                   12/17/2002
CLOSE MATTER/FINAL BILLING?      YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

**ACCOUNTS RECEIVABLE TOTALS**

| | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 1,839.00 | |
| DISBURSEMENTS: | 0.00 | |
| FEE RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | |
| TOTAL OUTSTANDING: | 1,839.00 | |

UNIDENTIFIED RECEIPTS:       0.00
PAID FEE RETAINER:           0.00
PAID DISB RETAINER:          0.00
TOTAL AVAILABLE FUNDS:       0.00
TRUST BALANCE:
BILLING HISTORY

| | |
|---|---|
| DATE OF LAST BILL: | 01/31/03 |
| LAST BILL NUMBER: | 364671 |
| LAST BILL THRU DATE: | 12/31/02 |
| LAST PAYMENT DATE: | 12/31/02 |
| FEES BILLED TO DATE: | 47,451.00 |

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee       (6) Summer Associate
(2) Late Time & Costs Posted (7) Fixed Fee
(3) Pre-arranged Discount    (8) Premium
(4) Excessive Legal Time     (9) Rounding
(5) Business Development     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**  ----------------- Total ----------------- Billed -----------------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 12/10/02 | 12/12/02 | 1.60 | 760.00 |
| 05292 | BECKER, GARY M. | CRED | 12/02/02 | 12/17/02 | 1.40 | 581.00 |
| | Total: | | | | 3.00 | 1,341.00 |

Sub-Total Hours :      1.60 Partners       0.00 Counsels       1.40 Associates       0.00 Legal Assts       0.00 Others

**A C C O U N T S   R E C E I V A B L E**    (Reflects Payments As of 02/04/03 12:45:37)

|  |  | ---------- Fee & OA ---------- | | --------- Collections --------- | | Balance |
| Bill Date | Thru Date | Bill# | Billed | Disbursement | Applied From OA | Total | Date | Due |
|---|---|---|---|---|---|---|---|---|
| 08/15/02 | 06/30/02 | 357518 | 3,717.50 | 4.00 | | 3,721.50 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,287.50 | 14.59 | | 1,302.09 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 1,630.00 | 121.00 | | 1,751.00 | 11/26/02 | |
| 10/21/02 | 09/30/02 | 359721 | 3,489.50 | .00 | | 3,489.50 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 4,587.50 | 49.00 | | 4,636.50 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 362365 | 498.00 | .00 | | .00 | | 498.00 |
| 12/13/02 | 11/30/02 | 362365 | 1,341.00 | .00 | | .00 | | 1,341.00 |
| 01/31/03 | 12/31/02 | 364671 | | .00 | | | | |
| | Total: | | 16,551.00 | 188.59 | | 14,900.59 | | 1,839.00 |
| | | | | | | 14,900.59 | | 1,839.00 |

aip_132r: Billed Charges Analysis

Run Date & Time: 02/04/2003 12:45:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |
| BENTLEY, PHILIP | 12/10/02 | Review memo to committee. | 0.10 | 47.50 | 4463273 | 12/16/02 |
| BENTLEY, PHILIP | 12/12/02 | Committee conference call and discs. TW re same. | 1.50 | 712.50 | 4463274 | 12/16/02 |
| | | **Total For BENTLEY P - 02495** | **1.60** | **760.00** | | |
| BECKER, GARY M. | 12/02/02 | Conf. with P. Bentley and prepare memo to committee re Sealed Air settlement. | 0.30 | 124.50 | 4459386 | 12/13/02 |
| BECKER, GARY M. | 12/03/02 | Conf with P. Bentley and revise memo to committee re Sealed Air settlement. | 0.30 | 124.50 | 4459387 | 12/13/02 |
| BECKER, GARY M. | 12/13/02 | Conf. with local counsel re hearing coverage for 12/16 hearing. | 0.30 | 124.50 | 4465850 | 12/16/02 |
| BECKER, GARY M. | 12/17/02 | Conf with equity holder re various case issues (0.5). | 0.50 | 207.50 | 4481179 | 12/30/02 |
| | | **Total For BECKER G - 05292** | **1.40** | **581.00** | | |

Fee Total    3.00    1,341.00

alp_132r: Billed Charges Analysis

Run Date & Time: 02/04/2003 12:45:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status       : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.60 | 760.00 | | | | | |
| BECKER, GARY M. | 1.40 | 581.00 | | | | | |
| Total: | 3.00 | 1,341.00 | | | | | |

aip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00003                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FINANCING                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                        Status        : ACTIVE

Special Billing Instructions:

                        PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                    TO:
            UNBILLED DISB FROM:                    TO:

                                FEES                    COSTS
                                ------                  -------

    GROSS BILLABLE AMOUNT:            0.00                    0.00
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
              THRU DATE:
    CLOSE MATTER/FINAL BILLING?    YES    OR    NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

    BILLING COMMENTS:    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                    ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

    FEES:                                        UNIDENTIFIED RECEIPTS:        0.00
    DISBURSEMENTS:            31.64                PAID FEE RETAINER:        0.00
    FEE RETAINER:            0.00                PAID DISB RETAINER:        0.00
    DISB RETAINER:            0.00                TOTAL AVAILABLE FUNDS:        0.00
    TOTAL OUTSTANDING:        31.64                TRUST BALANCE:
                                            BILLING HISTORY

    DATE OF LAST BILL:        12/31/02            LAST PAYMENT DATE:
    LAST BILL NUMBER:        362365                FEES BILLED TO DATE:        0.00
    LAST BILL THRU DATE:        11/30/02

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount        (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

aip_132r: Billed Charges Analysis

Run Date & Time: 02/04/2003 12:45:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Matter No: 056772-00003                                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FINANCING                                         Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 02/04/03 12:45:37)

| Bill Date | Thru Date | Bill# | | Billed | | Applied | --- Collections --- | Balance |
|-----------|-----------|-------|----------|--------|--------------|---------|------------|---------|
| | | | Fee & OA | Disbursement | From OA | Total | Date | Due |
| 12/13/02 | 11/30/02 | 362365 | .00 | 31.64 | | | | 31.64 |
| | | Total: | .00 | 31.64 | .00 | .00 | | 31.64 |

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   14
                                                           *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03376
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

Special Billing Instructions:


                                            PRE-BILLING SUMMARY REPORT


        UNBILLED TIME FROM:     12/09/2002                        TO:        12/31/2002
        UNBILLED DISB FROM:                                       TO:        12/31/2002

                                                 FEES                         COSTS

    GROSS BILLABLE AMOUNT:                      805.50                          0.00
    AMOUNT WRITTEN DOWN:
               PREMIUM:
        ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:
    CLOSE MATTER/FINAL BILLING?     YES   OR   NO      12/31/2002
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:

    BILLING COMMENTS:                 BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                            ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

             FEES:                              2,815.00     UNIDENTIFIED RECEIPTS:             0.00
    DISBURSEMENTS:                                  0.00     PAID FEE RETAINER:                 0.00
    FEE RETAINER:                                   0.00     PAID DISB RETAINER:                0.00
    DISB RETAINER:                                  0.00     TOTAL AVAILABLE FUNDS:             0.00
    TOTAL OUTSTANDING:                          2,815.00     TRUST BALANCE:
                                                             BILLING HISTORY

    DATE OF LAST BILL:           01/31/03           LAST PAYMENT DATE:     12/31/02
    LAST BILL NUMBER:            364671             FEES BILLED TO DATE:   44,075.50
    LAST BILL THRU DATE:         12/31/02

                   Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:
    (1) Exceeded Fixed Fee       (6) Summer Associate
    (2) Late Time & Costs Posted (7) Fixed Fee
    (3) Pre-arranged Discount    (8) Premium
    (4) Excessive Legal Time     (9) Rounding
    (5) Business Development      (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 02/04/2003 12:45:37

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    15

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                                **------- Total Billed -------**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Amount |
|--------|---------------|-------|--------|--------|-------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 12/09/02 | 12/09/02 | 0.20 | 95.00 |
| 05292 | BECKER, GARY M. | CRED | 12/09/02 | 12/09/02 | 0.70 | 290.50 |
|  | PARAPROFESSIONALS |  |  |  |  |  |
| 05208 | MANGUAL, KATHLEEN | CRED | 12/17/02 | 12/31/02 | 2.40 | 420.00 |

Total:  3.30    805.50

Sub-Total Hours :    0.20 Partners    0.00 Counsels    0.70 Associates    2.40 Legal Assts    0.00 Others

**A C C O U N T S   R E C E I V A B L E**    (Reflects Payments As of 02/04/03 12:45:31)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|-----------------|-------|------------------|-------------|
| 08/15/02 | 06/30/02 | 357518 | 1,315.00 | .00 | | 1,315.00 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,922.50 | .00 | | 1,922.50 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 2,910.00 | .00 | | 2,910.00 | 11/26/02 | |
| 10/21/02 | 09/30/02 | 359721 | 6,307.00 | 2.10 | | 6,309.10 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 2,917.00 | .00 | | 2,917.00 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 362365 | 2,009.50 | .00 | | | | 2,009.50 |
| 12/13/02 | 11/30/02 | 364671 | 805.50 | .00 | | .00 | | 805.50 |
| 01/31/03 | 12/31/02 |  |  |  |  |  |  |  |

Total:    18,186.50    2.10    15,373.60    2,815.00

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 12/09/02 | Discs. W. Farrell and trade emails re fee issues. | 0.20 | 95.00 | 4463275 | 12/16/02 |
| Total For BENTLEY P - 02495 | | | 0.20 | 95.00 | | |
| BECKER, GARY M. | 12/09/02 | Review and revise November invoice. | 0.70 | 290.50 | 4459388 | 12/13/02 |
| Total For BECKER G - 05292 | | | 0.70 | 290.50 | | |
| MANGUAL, KATHLEEN | 12/17/02 | disc/w local counsel re: outstanding balances; draft email to W.Sparks re: such (.40) | 0.40 | 70.00 | 4489394 | 01/03/03 |
| MANGUAL, KATHLEEN | 12/30/02 | draft chart per GB re: fee's, disc/w GB re: such and revisions (.90) | 0.90 | 157.50 | 4489110 | 01/03/03 |
| MANGUAL, KATHLEEN | 12/31/02 | disc/w GB and local counsel re: payment, coordination w/ accounting (.30); drafting monthly fee app (.80) | 1.10 | 192.50 | 4488979 | 01/03/03 |
| Total For MANGUAL K - 05208 | | | 2.40 | 420.00 | | |
| | | Fee Total | 3.30 | 805.50 | | |

aip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   17

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 95.00 | | | | | |
| BECKER, GARY M. | 0.70 | 290.50 | | | | | |
| MANGUAL, KATHLEEN | 2.40 | 420.00 | | | | | |
| Total: | 3.30 | 805.50 | | | | | |

alp_132r: Billed Charges Analysis

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE  18

Run Date & Time: 02/04/2003 12:45:37

Matter No: 056772-00012          Orig Prtnr : CRED. RGTS - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                         Status    : ACTIVE

Special Billing Instructions:

**PRE-BILLING SUMMARY REPORT**

| | | | | |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 12/11/2002 | TO: | 12/19/2002 | |
| UNBILLED DISB FROM: | | TO: | 12/19/2002 | |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 1,025.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| DISB RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | 12/19/2002 | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

**ACCOUNTS RECEIVABLE TOTALS**

**UNAPPLIED CASH**

| | | |
|---|---|---|
| FEES: | 2,545.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 248.45 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 2,793.45 | TRUST BALANCE: | |
| | | BILLING HISTORY | |
| DATE OF LAST BILL: | 01/31/03 | LAST PAYMENT DATE: | 12/31/02 |
| LAST BILL NUMBER: | 364671 | FEES BILLED TO DATE: | 123,669.00 |
| LAST BILL THRU DATE: | 12/31/02 | | |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted          (7) Fixed Fee
(3) Pre-arranged Discount          (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development          (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

slp_132r: Billed Charges Analysis

Run Date & Time: 02/04/2003 12:45:38

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 02495 | BENTLEY, PHILLIP | CRED | 12/11/02 | 12/17/02 | 1.90 | 902.50 |
| 05600 | PARAPROFESSIONALS | | | | | |
| | CLANCY, REGAN | CRED | 12/17/02 | 12/19/02 | 0.70 | 122.50 |
| | Total: | | | | 2.60 | 1,025.00 |

Sub-Total Hours :   1.90 Partners   0.00 Counsels   0.00 Associates   0.70 Legal Assts   0.00 Others

**ACCOUNTS RECEIVABLE**   (Reflects Payments As of 02/04/03 12:45:38)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| 08/15/02 | 06/30/02 | 357518 | 3,157.50 | 41.90 | | 3,199.40 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 3,456.00 | .00 | | 3,456.00 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 20,108.50 | 1,404.74 | | 21,513.24 | 12/31/02 | |
| 10/21/02 | 09/30/02 | 359721 | 2,230.00 | .00 | | 2,230.00 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 3,131.00 | 298.49 | | 3,429.49 | 12/31/02 | |
| 12/13/02 | 11/30/02 | 362365 | 1,520.00 | 248.45 | | .00 | | 1,768.45 |
| 01/31/03 | 12/31/02 | 364671 | 1,025.00 | .00 | | .00 | | 1,025.00 |
| | | Total: | 34,628.00 | 1,993.58 | | 33,828.13 | | 2,793.45 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   20

Run Date & Time: 02/04/2003 12:45:38

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 12/11/02 | Discs . KE, GAH and voicemail re asbestos issues. | 0.60 | 285.00 | 4463276 | 12/16/02 |
| BENTLEY, PHILIP | 12/13/02 | Discs . G. O'Hanlon and voicemail re asbestos issues. | 0.30 | 142.50 | 4463277 | 12/16/02 |
| BENTLEY, PHILIP | 12/17/02 | Discs . GB and voicemail re asbestos issues and review recent motion papers. | 0.50 | 237.50 | 4484916 | 01/02/03 |
| BENTLEY, PHILIP | 12/18/02 | Review Asbestos Reporter re recent bankruptcy developments, and trade emails re same. | 0.40 | 190.00 | 4484917 | 01/02/03 |
| BENTLEY, PHILIP | 12/19/02 | Review recent pleadings. | 0.10 | 47.50 | 4484918 | 01/02/03 |
| Total For BENTLEY P - 02495 | | | 1.90 | 902.50 | | |
| CLANCY, REGAN | 12/17/02 | Researched a motion on the Docket per Gary Becker (.7) | 0.70 | 122.50 | 4473471 | 12/23/02 |
| Total For CLANCY R - 05600 | | | 0.70 | 122.50 | | |
| | | Fee Total | 2.60 | 1,025.00 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   21

Run Date & Time: 02/04/2003 12:45:38

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

| B I L L E D   T I M E   S U M M A R Y | | | | | | |
| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.90 | 902.50 | | | | | |
| CLANCY, REGAN | 0.70 | 122.50 | | | | | |
| Total: | 2.60 | 1,025.00 | | | | | |