```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   22
Run Date & Time: 02/04/2003 12:45:38                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                   Orig Prtnr  : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 06975       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING       Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status        : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:    12/02/2002        TO: 12/17/2002
                UNBILLED DISB FROM:    12/02/2002        TO: 12/02/2002

                                           FEES                    COSTS

       GROSS BILLABLE AMOUNT:           2,601.00                    83.50
       AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:          12/17/2002                  12/02/2002
       CLOSE MATTER/FINAL BILLING?      YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:

                                      ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

       FEES:                           22,084.10    UNIDENTIFIED RECEIPTS:    0.00
       DISBURSEMENTS:                      83.50    PAID FEE RETAINER:        0.00
       FEE RETAINER:                        0.00    PAID DISB RETAINER:       0.00
       DISB RETAINER:                       0.00    TOTAL AVAILABLE FUNDS:    0.00
       TOTAL OUTSTANDING:              22,167.60    TRUST BALANCE:

                                          BILLING HISTORY

       DATE OF LAST BILL:              01/31/03     LAST PAYMENT DATE:       12/31/02
       LAST BILL NUMBER:               364671       FEES BILLED TO DATE:     71,155.50
       LAST BILL THRU DATE:            12/31/02

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee            (6) Summer Associate
       (2) Late Time & Costs Posted      (7) Fixed Fee
       (3) Pre-arranged Discount         (8) Premium
       (4) Excessive Legal Time          (9) Rounding
       (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                   PAGE  23
Run Date & Time: 02/04/2003 12:45:38

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                             Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                     Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                          Status  : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ------------------------------------- Total Billed -----------------------------
Emp Id Employee Name                Group          Oldest        Latest          Hours          Amount
------ ---------------------------- ------------   ----------    ----------   ----------    ------------
02495  BENTLEY, PHILIP              CRED           12/02/02      12/16/02           3.70        1,757.50
05292  BECKER, GARY M.              CRED           12/17/02      12/17/02           1.40          581.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN            CRED           12/09/02      12/16/02           1.50          262.50

                         Total:                                                     6.60        2,601.00

Sub-Total Hours :    3.70 Partners     0.00 Counsels    1.40 Associates    1.50 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ------------------------ Total Billed -----------------------
Code Description                                    Oldest         Latest         Total
                                                    Entry          Entry          Amount
---- -------------------------------------------    ----------     ----------    -----------
0841 RESEARCH SERVICES                               12/02/02       12/02/02         21.00
0921 LEXIS / NEXIS ON -LINE RESEAR                   12/02/02       12/02/02         62.50

                         Total                                                       83.50

                         Grand Total                                              2,684.50
                                                                                ============

A C C O U N T S   R E C E I V A B L E   ------  (Reflects Payments As of 02/04/03 12:45:38)
                                                Billed           ----- Collections -----
Bill Date Thru Date Bill#         Fee & OA      Disbursement     From OA         Total           Date             Balance
                                                                                                                  Due
---------- --------------    -------------    -------------    ----------    ------------    ---------         ------------
08/15/02 06/30/02  357518         4,037.50            9.80                     4,047.30    10/30/02             1,741.70
08/19/02 07/31/02  356269        11,567.50          541.11                    10,366.91    12/31/02             2,599.40
10/21/02 09/30/02  359721         9,690.00             .00                     7,090.60    12/31/02             2,599.40
11/19/02 10/31/02  361261        21,575.00             .00                    16,340.00    12/31/02             5,235.00
12/13/02 11/30/02  362365         9,907.00             .00                          .00                         9,907.00
01/31/03 12/31/02  364671         2,601.00           83.50                          .00                         2,684.50

                Total:           59,378.00          634.41                    37,844.81                        22,167.60
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   24
Run Date & Time: 02/04/2003 12:45:38                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE
```

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 12/02/02 | Review press releases and other materials re Sealed Air settlement, and discs. T. Weschler, S. McMillan, G. O'Hanlon, GB and voicemail re same. | 1.80 | 855.00 | 4463278 | | 12/16/02 |
| BENTLEY, PHILIP | 12/03/02 | Prepare memo to committee re Sealed Air settlement, and discs. GB and review related documents re same. | 1.40 | 665.00 | 4463279 | | 12/16/02 |
| BENTLEY, PHILIP | 12/11/02 | Trade voicemails. | 0.10 | 47.50 | 4463280 | | 12/16/02 |
| BENTLEY, PHILIP | 12/16/02 | Review draft settlement agreements. | 0.40 | 190.00 | 4484919 | | 01/02/03 |
| Total For BENTLEY P - 02495 | | | 3.70 | 1,757.50 | | | |
| BECKER, GARY M. | 12/17/02 | Review Sealed Air Settlement agreement and discussion with P. Bentley re same (0.8); review G-I Holdings trustee motion and memo re same (0.6). | 1.40 | 581.00 | 4481180 | | 12/30/02 |
| Total For BECKER G - 05292 | | | 1.40 | 581.00 | | | |
| MANGUAL, KATHLEEN | 12/09/02 | pacer search in re: Sealed Air, organization of pleadings and documents (.80) | 1.20 | 210.00 | 4470637 | | 12/18/02 |
| MANGUAL, KATHLEEN | 12/16/02 | dup Expert reports and distribute to internal atty's (.30) | 0.30 | 52.50 | 4492802 | | 01/06/03 |
| Total For MANGUAL K - 05208 | | | 1.50 | 262.50 | | | |
| | | Fee Total | 6.60 | 2,601.00 | | | |

BILLED COSTS DETAIL

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| RESEARCH SERVICES | 0841 | | | | | | |
| RESEARCH SERVICES | | GRGAS, A G | 12/02/02 | 21.00 | 5912145 | 90329 | 12/26/02 |
| 12/02/2002 | | | | | | | |
| | | 0841 RESEARCH SERVICES Total : | | 21.00 | | | |
| LEXIS / NEXIS ON -L | 0921 | | | | | | |
| LEXIS / NEXIS ON -L | | BECKER, G M | 12/02/02 | 62.50 | 5890369 | 89566 | 12/11/02 |
| LEXIS / NEXIS ON -LINE RESEARCH | | | | | | | |
| | | 0921 LEXIS / NEXIS ON -L Total : | | 62.50 | | | |

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   25
Run Date & Time: 02/04/2003 12:45:38

                                               KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                     Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code              Employee              Date              Amount         Index#   Batch No   Batch Date


                  Costs Total :                                                       83.50
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    26
Run Date & Time: 02/04/2003 12:45:38                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

  B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours       Amount        Bill       W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP           3.70     1,757.50
BECKER, GARY M.           1.40       581.00
MANGUAL, KATHLEEN         1.50       262.50
              Total:      6.60     2,601.00

  B I L L E D   C O S T S   S U M M A R Y
Code Description                     Amount        Bill       W/o / W/u       Transfer To   Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------
0841 RESEARCH SERVICES                21.00
0921 LEXIS / NEXIS ON-LINE R          62.50
              Costs Total :           83.50
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    27
Run Date & Time: 02/04/2003 12:45:38                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                  Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                        TO:
              UNBILLED DISB FROM:                        TO:

                                                 FEES                COSTS
                                                 ----                -----
              GROSS BILLABLE AMOUNT:              0.00                0.00
              AMOUNT WRITTEN DOWN:
              PREMIUM:
              ON ACCOUNT BILLED:
              DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
              THRU DATE:
              CLOSE MATTER/FINAL BILLING?       YES OR NO
              EXPECTED DATE OF COLLECTION:

              BILLING PARTNER APPROVAL:
                                           BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

              BILLING COMMENTS:


                                             ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                         FEES:                        1,215.00     UNIDENTIFIED RECEIPTS:          0.00
                         DISBURSEMENTS:                    0.00     PAID FEE RETAINER:             0.00
                         FEE RETAINER:                     0.00     PAID DISB RETAINER:            0.00
                         DISB RETAINER:                    0.00     TOTAL AVAILABLE FUNDS:         0.00
                         TOTAL OUTSTANDING:           1,215.00     TRUST BALANCE:
                                                                    BILLING HISTORY

              DATE OF LAST BILL:         08/19/02             LAST PAYMENT DATE:             10/30/02
              LAST BILL NUMBER:           356269             FEES BILLED TO DATE:           1,310.00
              LAST BILL THRU DATE:       07/31/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee          (6) Summer Associate
         (2) Late Time & Costs Posted    (7) Fixed Fee
         (3) Pre-arranged Discount       (8) Premium
         (4) Excessive Legal Time        (9) Rounding
         (5) Business Development       (10) Client Arrangement


BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____    CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  28
Run Date & Time: 02/04/2003 12:45:38

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                 Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status      : ACTIVE

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 02/04/03 12:45:38)
                                  ------- Billed -------           ---- Collections ----    Balance
Bill Date  Thru Date  Bill#       Fee & OA    Disbursement    Applied    Total    Date      Due
                                                              From OA
08/15/02   06/30/02   357518         95.00        .00         95.00   10/30/02
08/19/02   07/31/02   356269      1,215.00        .00           .00                         1,215.00
                        Total:    1,310.00        .00         95.00                         1,215.00
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE  29
Run Date & Time: 02/04/2003 12:45:38

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                            Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status    : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------

                                        PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                      TO:
         UNBILLED DISB FROM:                      TO:

                                             FEES              COSTS
                                             ----              -----
         GROSS BILLABLE AMOUNT:               0.00              0.00
         AMOUNT WRITTEN DOWN:
         PREMIUM:
         ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
         THRU DATE:
 CLOSE MATTER/FINAL BILLING?       YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:

--------------------------------------------------------------------------------------------------------------

                                     ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

         FEES:                           10,633.50       UNIDENTIFIED RECEIPTS:        0.00
         DISBURSEMENTS:                       0.00       PAID FEE RETAINER:            0.00
         FEE RETAINER:                        0.00       PAID DISB RETAINER:           0.00
         DISB RETAINER:                       0.00       TOTAL AVAILABLE FUNDS:        0.00
         TOTAL OUTSTANDING:              10,633.50       TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ---------------
         DATE OF LAST BILL:              11/19/02        LAST PAYMENT DATE:        12/31/02
         LAST BILL NUMBER:                 361261        FEES BILLED TO DATE:     48,292.50
         LAST BILL THRU DATE:            10/31/02

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
         (1) Exceeded Fixed Fee           (6) Summer Associate
         (2) Late Time & Costs Posted     (7) Fixed Fee
         (3) Pre-arranged Discount        (8) Premium
         (4) Excessive Legal Time         (9) Rounding
         (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE   30
Run Date & Time: 02/04/2003 12:45:38

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status     : ACTIVE

A C C O U N T S     R E C E I V A B L E              (Reflects Payments As of 02/04/03 12:45:38)
                                     -------- Billed --------        ---- Collections ----       Balance
Bill Date  Thru Date  Bill#       Fee & OA   Disbursement    Total        Applied    Date        Due
                                                                          From OA
08/15/02   06/30/02   357518      4,200.00         .00      121.50                   10/30/02    4,078.50
08/19/02   07/31/02   356269      2,660.00         .00         .00                                2,660.00
09/30/02   08/31/02   358460      1,960.00       58.14    2,018.14                   11/26/02         .00
10/21/02   09/30/02   359721      2,327.50         .00         .00                                2,327.50
11/19/02   10/31/02   361261      1,567.50         .00         .00                                1,567.50

                Total:           12,715.00       58.14    2,139.64                              10,633.50
```

```
alp_132r: Billed Charges Analysis                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   31
Run Date & Time: 02/04/2003 12:45:38                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                        Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : LITIGATION                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status  : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                TO:
UNBILLED DISB FROM:                TO:

                                        FEES              COSTS
                                        ----              -----
GROSS BILLABLE AMOUNT:                  0.00              0.00
AMOUNT WRITTEN DOWN:
             PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
           THRU DATE:
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                              ACCOUNTS RECEIVABLE TOTALS            UNAPPLIED CASH
                              -------------------------             --------------

       FEES:              1,182.40    UNIDENTIFIED RECEIPTS:  0.00
DISBURSEMENTS:                0.00    PAID FEE RETAINER:      0.00
FEE RETAINER:                 0.00    PAID DISB RETAINER:     0.00
DISB RETAINER:                0.00    TOTAL AVAILABLE FUNDS:  0.00
TOTAL OUTSTANDING:        1,182.40    TRUST BALANCE:
                                      BILLING HISTORY
                                      ---------------
DATE OF LAST BILL:       10/21/02     LAST PAYMENT DATE:     12/31/02
LAST BILL NUMBER:                     FEES BILLED TO DATE:   2,167.50
LAST BILL THRU DATE:     09/30/02

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee        (6) Summer Associate
  (2) Late Time & Costs Posted  (7) Fixed Fee
  (3) Pre-arranged Discount     (8) Premium
  (4) Excessive Legal Time      (9) Rounding
  (5) Business Development      (10) Client Arrangement


BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    32
Run Date & Time: 02/04/2003 12:45:38

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-000020                                 Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : LITIGATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status     : ACTIVE

A C C O U N T S   R E C E I V A B L E         (Reflects Payments As of 02/04/03 12:45:38)
                                                      Billed          ---- Collections ----     Balance
Bill Date Thru Date Bill#                 Fee & OA   Disbursement     From OA    Total    Date      Due

09/30/02 08/31/02 358460                  2,167.50   4,437.15                 5,422.25 12/31/02  1,182.40

                      Total:              2,167.50   4,437.15                 5,422.25           1,182.40
```

```
alp_132r: Billed Charges Analysis                                                                                   PAGE   33
Run Date & Time: 02/04/2003 12:45:38

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : OTHER                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15
-----------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                     TO:
          UNBILLED DISB FROM:                     TO:

                                                  FEES                    COSTS
                                                  ----                    -----
       GROSS BILLABLE AMOUNT:                     0.00                     0.00
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
         ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:
    CLOSE MATTER/FINAL BILLING?          YES  OR  NO
   EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:        BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

            BILLING COMMENTS:
            ----------------

                                        ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH
                                        --------------------------                                 --------------
                          FEES:             890.00         UNIDENTIFIED RECEIPTS:    0.00
                 DISBURSEMENTS:               0.00         PAID FEE RETAINER:        0.00
                 FEE RETAINER:                0.00         PAID DISB RETAINER:       0.00
                 DISB RETAINER:               0.00         TOTAL AVAILABLE FUNDS:    0.00
              TOTAL OUTSTANDING:            890.00         TRUST BALANCE:
                                                           BILLING HISTORY
                                                           ---------------
             DATE OF LAST BILL:         11/19/02           LAST PAYMENT DATE:
             LAST BILL NUMBER:            361261           FEES BILLED TO DATE:   890.00
         LAST BILL THRU DATE:          10/31/02

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (6) Summer Associate
    (2) Late Time & Costs Posted   (7) Fixed Fee
    (3) Pre-arranged Discount      (8) Premium
    (4) Excessive Legal Time       (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  34
Run Date & Time: 02/04/2003 12:45:38

                                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                         Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : OTHER                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status    : ACTIVE

A C C O U N T S    R E C E I V A B L E   (Reflects Payments As of 02/04/03 12:45:38)
                                    ------ Billed --------      ---- Collections ----    Balance
Bill Date  Thru Date  Bill#         Fee & OA   Disbursement    Applied    Total Date     Due
                                                               From OA
11/19/02   10/31/02   361261         890.00         .00          .00         .00          890.00
                                    --------     --------     --------    --------       --------
            Total:                   890.00         .00          .00         .00          890.00
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE  35
Run Date & Time: 02/04/2003 12:45:38                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                            Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status  : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15
-----------------------------------------------------------------------------------------------------------------------
                                         PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                       TO:
              UNBILLED DISB FROM:                       TO:
-----------------------------------------------------------------------------------------------------------------------
                                                    FEES              COSTS

          GROSS BILLABLE AMOUNT:                    0.00               0.00
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:
      CLOSE MATTER/FINAL BILLING?     YES OR NO
    EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:

            BILLING COMMENTS:         BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

-----------------------------------------------------------------------------------------------------------------------
                                   ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                 FEES:                  1,275.00      UNIDENTIFIED RECEIPTS:         0.00
          DISBURSEMENTS:                    0.00      PAID FEE RETAINER:             0.00
          FEE RETAINER:                     0.00      PAID DISB RETAINER:            0.00
          DISB RETAINER:                    0.00      TOTAL AVAILABLE FUNDS:         0.00
          TOTAL OUTSTANDING:          1,275.00        TRUST BALANCE:
                                                      BILLING HISTORY
                                                      ---------------
                DATE OF LAST BILL:     11/19/02               LAST PAYMENT DATE:    12/31/02
                LAST BILL NUMBER:        361261               FEES BILLED TO DATE:  5,675.00
                LAST BILL THRU DATE:   10/31/02

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee           (6) Summer Associate
     (2) Late Time & Costs Posted     (7) Fixed Fee
     (3) Pre-arranged Discount        (8) Premium
     (4) Excessive Legal Time         (9) Rounding
     (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____  FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE  36
Run Date & Time: 02/04/2003 12:45:38

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                      Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                             Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E             (Reflects Payments As of 02/04/03 12:45:38)
                                          -------- Billed --------    ---- Collections ----
                                                                         Applied
Bill Date Thru Date  Bill#      Fee & OA      Disbursement   From OA       Total       Date         Balance
                                                                                                       Due
09/30/02 09/30/02  358460         800.00           .00         .00          .00                      800.00
10/21/02 09/30/02  359721         190.00           .00         .00          .00                      190.00
11/19/02 10/31/02  361261         285.00           .00         .00          .00                      285.00

              Total:            1,275.00           .00         .00          .00                    1,275.00
```

```
alp_132rc: Client Analysis Sheet                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
Run Date & Time: 02/04/03 12:46:02                        *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE         Work Thru : 12/31/02
```

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 20.40 | 6,081.00 | 733.32 | 6,814.32 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 3.00 | 1,341.00 | 0.00 | 1,341.00 | BENTLEY PHILIP - 02495 | M | B |
| 00003 | FINANCING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.30 | 805.50 | 0.00 | 805.50 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 2.60 | 1,025.00 | 0.00 | 1,025.00 | BENTLEY PHILIP - 02495 | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 6.60 | 2,601.00 | 83.50 | 2,684.50 | BENTLEY PHILIP - 02495 | M | B |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 35.90 | 11,853.50 | 816.82 | 12,670.32 | | | |