IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.,[1]** | ) | **DAREX PUERTO RICO, INC.** |
| | ) | **Case No. 01-01150 (JKF)** |
| **Debtors.** | ) | |

**SUPPLEMENTS TO SCHEDULE "F" OF THE SCHEDULES OF ASSETS AND LIABILITIES FOR DAREX PUERTO RICO, INC.**

Darex Puerto Rico, Inc., a Delaware Corporation, by the attached Exhibit A, supplements its "Schedule F – Creditors Holding Unsecured Nonpriority Claims" as originally filed on May 24, 2001 and as supplemented on August 29, 2002.

While every effort has been made to prepare complete and accurate supplements, errors may have occurred. The Debtor reserves fully its right to further amend the

1 The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Schedules and to challenge the amount and classification of each and every claim or item listed herein.

Wilmington, Delaware
Dated: February 7, 2003

KIRKLAND & ELLIS
James H.M. Sprayregen P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200 (fax)

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones
Scotta McFarland
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100
(302) 652-4400 (fax)
Co-Counsel for the Debtor

In re DAREX PUERTO RICO, INC.
Debtor

Case No. 01-01150
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AUTORIDAD DE ENERGIA ELECTRICA DE<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | | | TRADE PAYABLE | | | | $2,030.60 |
| ACCOUNT NO.<br>BACARDI CORPORATION<br>GPO BOX#363549<br>SAN JUAN, PR 00936-3549 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BAYAMON CONCRETE INDUSTRIES INC<br>PO BOX 1232<br>BAYAMON, PR 960 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BROWNING-FERRIS INDUSTRIES<br>PO BOX 51986<br>TOA BAJA, PR 00950-1986 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>FERRETERIA GIUSTI INC<br>BOX 381<br>TOA BAJA, PR 00951-0381 | | | TRADE PAYABLE | | | | $1,195.84 |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $6,631.86

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **DAREX PUERTO RICO, INC.**
Debtor

Case No. **01-01150**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

## (Continuation Sheet)

| *CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE* | *CODEBTOR* | *HUSBAND, WIFE, JOINT OR COMMUNITY* | *DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE* | *CONTINGENT* | *UNLIQUIDATED* | *DISPUTED* | *AMOUNT OF CLAIM* |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FLEXITANK INC<br>PO BOX 51928<br>TOA BAJA, PR 00950-1928 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>GONZALO GONZALEZ & ASSOC. INC<br>PO BOX 11850 SUITE 140<br>SAN JUAN, PR 00922-1850 | | | TRADE PAYABLE | | | | $9.50 |
| ACCOUNT NO.<br>PROGAS<br>PO BOX 21406<br>SAN JUAN, PR 00928-1406 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>PUERTO RICO TELEPHONE<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 | | | TRADE PAYABLE | | | | $275.70 |
| ACCOUNT NO.<br>SALGADO, ISRAEL<br>APARTADO 159<br>DORADO, PR 646 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>SOLARES & CO INC<br>PO BOX 9558<br>BAYAMON PR, PR 00960-8041 | | | TRADE PAYABLE | | | | $120.22 |
| ACCOUNT NO.<br>TECNO CRETE INC<br>BOX 6516 SANTA ROSA UNIT<br>BAYAMON, PR 960 | | | TRADE PAYABLE | | | | $3,000.00 |
| ACCOUNT NO.<br>THEM OF NEW JERSEY<br>127-A GAITHER DR<br>MOUNT LAUREL, NJ 08054 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 2 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $6,631.86

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

**DECLARATION UNDER PENALTY OF PERJURY CONCERNING DEBTOR'S AMENDED SCHEDULES ON BEHALF OF CORPORATION**

As the authorized agent of the corporation named as the debtor in this case, I declare under penalty of perjury that I have read the preceding amended schedules, and that they are true and correct to the best of my knowledge, information and belief

Dated this 6th day of February 2003

By [signature]
DAVID B SIEGEL
Senior Vice President and General Counsel
of W R Grace & Co and W R Grace & Co -Conn