IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.,**[1] | ) | **W.R. GRACE & CO. – CONN.** |
|  | ) | **Case No. 01-01140 (JKF)** |
| **Debtors.** | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## SUPPLEMENTS TO SCHEDULE "F" OF THE SCHEDULES OF ASSETS AND LIABILITIES FOR W.R. GRACE & CO. – CONN.

W.R.Grace & Co. – Conn., a Delaware Corporation, by the attached Exhibit A, supplements its "Schedule F – Creditors Holding Unsecured Nonpriority Claims" as originally filed on May 24, 2001 and as supplemented on August 29, 2002.

While every effort has been made to prepare complete and accurate supplements, errors may have occurred. The Debtor reserves fully its right to further amend the

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Schedules and to challenge the amount and classification of each and every claim or item

listed herein.

Wilmington, Delaware
Dated:  February 7, 2003


KIRKLAND & ELLIS
James H.M. Sprayregen P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200 (fax)

and

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
Laura Davis Jones
Scotta McFarland
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100
(302) 652-4400 (fax)
Co-Counsel for the Debtor

In re **W.R. GRACE & CO.-CONN.**                    Case No. _____**01-01140**_____
            Debtor                                                                              (If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.   If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☒  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    200181 <br> ADAMS COUNTY TREASURER <br> PO BOX 869 <br> BRIGHTON  CO  80601-0869 <br> US | | | TRADE PAYABLE | | | | $182.53 |
| ACCOUNT NO.    306287 <br> ADVERTISING PREMIUMS & INCENTIVES <br> 4471 NICOLE DR <br> LANHAM  MD  20706 <br> US | | | TRADE PAYABLE | | | | $73.86 |
| ACCOUNT NO.    6525 <br> AMERICAN CONCRETE INSTITUTE | | | TRADE PAYABLE | | | | $550.00 |
| ACCOUNT NO.    47393 <br> APPLIED POWDER & COATINGS, INC <br> FORMERLY WOODWISE <br> 942 VALLEYBROOK ROAD <br> BOOTHWYN  PA  19061 <br> US | | | TRADE PAYABLE | | | | $8,694.00 |

Sheet no. 1 of 20          sheets attached to Schedule of
                          Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented Schedule Records          $2,927,533.59

In re **W.R. GRACE & CO.-CONN.**                                                Case No. ___**01-01140**___
_____                                                        (If known)
Debtor

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. 59709 <br> APPLIED PROCESS TECHNOLOGY, INC. <br> PO BOX 30167 <br> GAHANNA OH 43230 <br> US | | TRADE PAYABLE | | $969.58 |
| ACCOUNT NO. 61449 <br> AT & T | | TRADE PAYABLE | | $611.45 |
| ACCOUNT NO. 38367 <br> AT&T <br> P O BOX 830018 <br> BALTIMORE MD 21283-0018 <br> US | | TRADE PAYABLE | | $585.49 |
| ACCOUNT NO. 38367 <br> AT&T <br> P O BOX 830018 <br> BALTIMORE MD 21283-0018 <br> US | | TRADE PAYABLE | | $585.49 |
| ACCOUNT NO. 53816 <br> AT&T <br> P.O. BOX 9001307 <br> LOUISVILLE KY 40290-1307 <br> US | | TRADE PAYABLE | | $20.72 |
| ACCOUNT NO. 3157 <br> AVAYA INC | | TRADE PAYABLE | | $22.14 |
| ACCOUNT NO. 57321 <br> BANK OF AMERICA <br> LETTER OF CREDIT DEPT IL1-231-17-0 <br> 231 S LASALLE ST 17TH FLOOR <br> CHICAGO IL 60697 <br> US | | TRADE PAYABLE | | $208,378.70 |
| ACCOUNT NO. 66144 <br> BANK OF AMERICA <br> STANDBY L/C DEPT <br> 231 S LASALLE ST <br> CHICAGO IL 60697 <br> US | | TRADE PAYABLE | | $1,525.00 |

Sheet no. 2 of 20     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records                    $2,927,533.59

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. 11422 BASF CORPORATION P O BOX 75908 CHARLOTTE NC 28275 US | | TRADE PAYABLE | | $18,430.00 |
| ACCOUNT NO. 70629 BEN SENN 1694 HWY. 49 LAURENS SC 29360 US | | TRADE PAYABLE | | $890.00 |
| ACCOUNT NO. 59705 BHA GROUP INC-USE 53653 P.O. BOX 803363 KANSAS CITY MO 64180-3363 US | | TRADE PAYABLE | | $709.40 |
| ACCOUNT NO. 20730 BROWARD COUNTY REVENUE COLLECTOR 115 S.ANDREWS AVE. FORT LAUDERDALE FL 33301 US | | TRADE PAYABLE | | $7,470.66 |
| ACCOUNT NO. 1597 BUREAU OF NATIONAL AFFAIRS P.O. BOX 64543 BALTIMORE MD 21264-4543 US | | TRADE PAYABLE | | $1,206.28 |
| ACCOUNT NO. 11958 C W BRABENDER INSTRUMENTS INC | | TRADE PAYABLE | | $595.00 |
| ACCOUNT NO. 312059 CALIGOR P.O. BOX 2880 GREENVILLE SC 29602-2880 US | | TRADE PAYABLE | | $135.50 |
| ACCOUNT NO. 1758 CARL E LEVI CITY TREASURER 102 CITY HALL CHATTANOOGA TN 37402-4284 US | | TRADE PAYABLE | | $2,967.90 |

Sheet no. 3 of 20     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records

$2,927,533.59

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. ___**01-01140**___
(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 53955 | | | | | | | |
| CHASE MANHATTAN BANK LETTER OF CREDIT DEPT 4 CHASE METROTECH CNTR 8TH FLR BROOKLYN NY 11245 US | | | TRADE PAYABLE | | | | $60,773.94 |
| ACCOUNT NO. 26751 | | | | | | | |
| CHASE MANHATTAN BANK LETTER OF CREDIT DEPT ATTN: L/C SUPPORT AREA 4 CHASE METROTECH CENTER 8TH FLR BROOKLYN NY 11245 US | | | TRADE PAYABLE | | | | $34,156.04 |
| ACCOUNT NO. 7639 | | | | | | | |
| CHICAGO-WILCOX MANUFACTURING CO 16928 STATE STREET P O BOX 126 SOUTH HOLLAND IL 60473 US | | | TRADE PAYABLE | | | | $34.27 |
| ACCOUNT NO. 7273 | | | | | | | |
| CITY OF CAMBRIDGE FINANCE DEPARTMENT P.O. BOX 390434 CAMBRIDGE MA 02139-0434 US | | | TRADE PAYABLE | | | | $10,333.55 |
| ACCOUNT NO. 66952 | | | | | | | |
| CITY OF CARROLLTON ASSESSOR/COLLECTOR PO BOX 115125 CARROLLTON TX 75011-5125 US | | | TRADE PAYABLE | | | | $45.10 |
| ACCOUNT NO. 4438 | | | | | | | |
| CITY OF DALLAS P O BOX 660242 DALLAS TX 75266-0242 US | | | TRADE PAYABLE | | | | $3,597.69 |

Sheet no. 4 of 20       sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records

$2,927,533.59

In re **W.R. GRACE & CO.-CONN.**                              Case No. **01-01140**
_____                                _____
                Debtor                                                        (If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR — HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT — UNLIQUIDATED — DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.  200450 | | | | |
| CITY OF LOS ANGELES OFFICE OF THE CITY CLERK/TAX AND PERMIT DIVISION PO BOX 54770 LOS ANGELES  CA  90054-0770 US | | TRADE PAYABLE | | $1,336.20 |
| ACCOUNT NO.  12361 | | | | |
| CITY OF WOBURN P.O. BOX 227 WOBURN  MA  01801-0227 US | | TRADE PAYABLE | | $6,231.99 |
| ACCOUNT NO.  57775 | | | | |
| Clark Patterson Associates | | TRADE PAYABLE | | $1,200.00 |
| ACCOUNT NO.  22432 | | | | |
| COLLECTOR OF REVENUE PO BOX 100 HILLSBORO  MO  63050 US | | TRADE PAYABLE | | $12.99 |
| ACCOUNT NO.  56715 | | | | |
| CONSTRUCTION TECHNOLOGY LABS INC 5420 OLD ORCHARD ROAD SKOKIE  IL  60077-1030 US | | TRADE PAYABLE | | $4,780.00 |
| ACCOUNT NO.  54288 | | | | |
| COOK COUNTY COLLECTOR | | TRADE PAYABLE | | $45,364.45 |
| ACCOUNT NO.  7558 | | | | |
| COOK COUNTY COLLECTOR | | TRADE PAYABLE | | $87,837.87 |
| ACCOUNT NO.  43122 | | | | |
| COOK COUNTY COLLECTOR P O BOX 803358 CHICAGO  IL  60680-2448 US | | TRADE PAYABLE | | $175,254.66 |

Sheet no. 5 of 20      sheets attached to Schedule of
                       Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records          $2,927,533.59

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. 66394 COOK COUNTY COLLECTOR PO BOX 803358 CHICAGO IL 60680-3358 US | | TRADE PAYABLE | | $199.79 |
| ACCOUNT NO. 66394 COOK COUNTY COLLECTOR PO BOX 803358 CHICAGO IL 60680-3358 US | | TRADE PAYABLE | | $199.79 |
| ACCOUNT NO. 12258 CROMPTON CORPORATION DEPT CH 10642 PALATINE IL 60055-0642 US | | TRADE PAYABLE | | $19,186.20 |
| ACCOUNT NO. 54275 CULLIGAN INDUSTRIAL CWC FLUIDS, INC. 33156 TREASURY CENTER CHICAGO IL 60694-3100 US | | TRADE PAYABLE | | $632.50 |
| ACCOUNT NO. 53337 DAVID CHILDS - TAX COLLECTOR P.O. BOX 620088 DALLAS TX 75262-0088 US | | TRADE PAYABLE | | $123.67 |
| ACCOUNT NO. 53337 DAVID CHILDS - TAX COLLECTOR P.O. BOX 620088 DALLAS TX 75262-0088 US | | TRADE PAYABLE | | $123.67 |
| ACCOUNT NO. 21959 DAVIESS COUNTY SHERIFF 212 ST ANN ST OWENSBORO KY 42303-4146 US | | TRADE PAYABLE | | $4,929.33 |

Sheet no. 6 of 20     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records

$2,927,533.59

In re W.R. GRACE & CO.-CONN.
_____
                    Debtor

Case No. _____ **01-01140** _____
                              (If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. 20306 | | | | |
| DEKALB COUNTY TAX COMMISSIONER PO BOX 100004 DECATUR GA 30031-7004 US | | TRADE PAYABLE | | $9,320.59 |
| ACCOUNT NO. 23103 | | | | |
| DESOTO COUNTY TAX COLLECTOR DESOTO COUNTY COURTHOUSE 365 LOSHER STREET ROOM 110 HERNANDO MS 38632 US | | TRADE PAYABLE | | $27.73 |
| ACCOUNT NO. 307245 | | | | |
| DORN SPRINKLER CO. 4120 DUMONT STREET CINCINNATI OH 45226 US | | TRADE PAYABLE | | $2,000.00 |
| ACCOUNT NO. 109693 | | | | |
| Ellis, Painter, Ratterree & Bart P.O. Box 9946 SAVANNAH GA 31412 US | | TRADE PAYABLE | | $4,527.15 |
| ACCOUNT NO. 306482 | | | | |
| ENTEK IRD-USE 311325 | | TRADE PAYABLE | | $1,065.85 |
| ACCOUNT NO. 10222 | | | | |
| EXOPACK, LLC 4643 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 US | | TRADE PAYABLE | | $17,901.46 |
| ACCOUNT NO. 49521 | | | | |
| FATBRAIN.COM | | TRADE PAYABLE | | $9.55 |
| ACCOUNT NO. 31296 | | | | |
| FLORESVILLE I.S.D. ANNA D. GONSALVES TAX COLLECTOR 2 LIBRARY LANE FLORESVILLE TX 78114-2239 US | | TRADE PAYABLE | | $106.83 |

Sheet no. 7 of 20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records

$2,927,533.59

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. **01-01140**
_____
(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 53384 <br> FLORIDIN <br> 5700 CLEVELAND ST STE 420 <br> VIRGINIA BEACH VA 23462 <br> US | | | TRADE PAYABLE | | | | $9,350.00 |
| ACCOUNT NO. 54362 <br> FMC WYOMING CORP <br> P.O. BOX 75103 <br> CHARLOTTE NC 28275 <br> US | | | TRADE PAYABLE | | | | $16,468.70 |
| ACCOUNT NO. 2427 <br> FOLEY HOAG & ELIOT <br> 155 SEAPORT BOULEVARD <br> BOSTON MA 02210 <br> US | | | TRADE PAYABLE | | | | $1,844.67 |
| ACCOUNT NO. 53800 <br> GFS CHEMICALS, INC. | | | TRADE PAYABLE | | | | $1,287.50 |
| ACCOUNT NO. 11463 <br> GRAINGER <br> DEPT C-PAY - 248 <br> PALATINE IL 60038-0002 <br> US | | | TRADE PAYABLE | | | | $1,474.22 |
| ACCOUNT NO. 22367 <br> GREENVILLE COUNTY TAX COLLECTOR <br> PO BOX 368 <br> GREENVILLE SC 29602-0368 <br> US | | | TRADE PAYABLE | | | | $5,659.55 |
| ACCOUNT NO. 23263 <br> GREG D ANDREWS <br> ASSESSOR/COLLECTOR <br> PO BOX 1077 <br> COLUMBUS MS 39703 <br> US | | | TRADE PAYABLE | | | | $7.12 |

Sheet no. 8 of 20      sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records           $2,927,533.59

in re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140**
(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | CONTINGENT | UNLIQUIDATED | DISPUTED | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 55840 | | | | | | | |
| GREIF BROS CORP-USE 54121 400 LAZELLE RD., STE. 10 COLUMBUS OH 43240 US | | | | | | TRADE PAYABLE | $4,712.52 |
| ACCOUNT NO. 54371 | | | | | | | |
| GREIF BROS CORP-USE 54121 P.O. BOX 102306 ATLANTA GA 30368 US | | | | | | TRADE PAYABLE | $36,815.40 |
| ACCOUNT NO. 60165 | | | | | | | |
| H. T. TREADWAY, INC. 3625 ROSER RD. GLEN ROCK PA 17327 US | | | | | | TRADE PAYABLE | $35.00 |
| ACCOUNT NO. 310670 | | | | | | | |
| HARBOR HOSPITAL CENTER PO BOX 630778 BALTIMORE MD 21263-0778 US | | | | | | TRADE PAYABLE | $50.00 |
| ACCOUNT NO. 54119 | | | | | | | |
| HARRIS CO. TAX ASSESSOR P.O. BOX 4089 HOUSTON TX 77210-4089 US | | | | | | TRADE PAYABLE | $265.43 |
| ACCOUNT NO. 60314 | | | | | | | |
| HEINRICH GORDON HARGROVE WEIHE & | | | | | | TRADE PAYABLE | $4,660.91 |
| ACCOUNT NO. 56859 | | | | | | | |
| HERTZ CORP P.O. BOX 890 MAHWAH NJ 07430 US | | | | | | TRADE PAYABLE | $916.07 |
| ACCOUNT NO. 200100 | | | | | | | |
| HINDS COUNTY TAX COLLECTOR P O BOX 1727 JACKSON MS 39215-1727 US | | | | | | TRADE PAYABLE | $408.69 |

Sheet no. 9 of 20     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records          $2,927,533.59

In re __W.R. GRACE & CO.-CONN._____    Case No. __01-01140_____
              Debtor                                                         (If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. 60443 | | | | |
| HONEYWELL HOME AND BUILDING CONTROL P.O. BOX 92091 CHICAGO IL 60675-2091 US | | TRADE PAYABLE | | $5,437.00 |
| ACCOUNT NO. 53959 | | | | |
| HONEYWELL INC(USE 53126) P.O. BOX 92103 CHICAGO IL 60675-2103 US | | TRADE PAYABLE | | $34,865.58 |
| ACCOUNT NO. 23081 | | | | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT TAX OFFICE PO BOX 4668 HOUSTON TX 77210-4668 US | | TRADE PAYABLE | | $7,446.19 |
| ACCOUNT NO. 306951 | | | | |
| HOWARD COUNTY MARYLAND DEPT. OF FINANCE P.O. BOX 2748 ELLICOTT CITY MD 21041-2748 US | | TRADE PAYABLE | | $7,747.92 |
| ACCOUNT NO. 53570 | | | | |
| ICI AMERICAS, INC. BUILDING 10, 3RD FLOOR 10 FINDERNE AVE. BRIDGEWATER NJ 08807 US | | TRADE PAYABLE | | $361,075.50 |
| ACCOUNT NO. 58855 | | | | |
| IFCO INDUSTRIAL CONTAINER SYSTEMS | | TRADE PAYABLE | | $26.59 |
| ACCOUNT NO. 29545 | | | | |
| IKON OFFICE SOLUTIONS FLORIDA DISTRICT P.O. BOX 532521 ATLANTA GA 30353-2521 US | | TRADE PAYABLE | | $99.15 |

Sheet no. 10 of 20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented Schedule Records    $2,927,533.59

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140** _____
(If known)

# SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.  14374 | | | | |
| ILLING CO INC<br>P.O. BOX 080017<br>MILWAUKEE  WI  53208<br>US | | TRADE PAYABLE | | $981.16 |
| ACCOUNT NO.  22316 | | | | |
| JACK WILLIAMS TAX COLLECTOR<br>ROOM 160 COURTHOUSE<br>716 RICHARD ARRINGTON JR BLVD N<br>BIRMINGHAM  AL  35203<br>US | | TRADE PAYABLE | | $5,146.54 |
| ACCOUNT NO.  61497 | | | | |
| JAVIER D. ALCORTA | | TRADE PAYABLE | | $2,600.00 |
| ACCOUNT NO.  200180 | | | | |
| JOE L. SHACKELFORD<br>TAX ASSESSOR - TAX COLLECTOR<br>102-C N MAIN ST.<br>RIPLEY  MS  38663<br>US | | TRADE PAYABLE | | $5.43 |
| ACCOUNT NO.  310001 | | | | |
| JOHN CRANE INC<br>5145 W. CARDINAL DR.<br>BEAUMONT  TX  77705<br>US | | TRADE PAYABLE | | $13,215.30 |
| ACCOUNT NO.  19146 | | | | |
| JOHNSON COUNTY TREASURER<br>111 S CHERRY<br>OLATHE  KS  66061-3471<br>US | | TRADE PAYABLE | | $439.62 |
| ACCOUNT NO.  67943 | | | | |
| JPMORGAN CHASE BANK<br>LETTER OF CREDIT DEPARTMENT<br>10420 HIGHLAND MANOR DRIVE, 4TH FL<br>TAMPA  FL  33610<br>US | | TRADE PAYABLE | | $95,392.73 |

Sheet no. 11 of 20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records

$2,927,533.59

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. **01-01140**
_____
(If known)

# SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 306479 | | | | | | | |
| KELLER & HECKMAN | | | TRADE PAYABLE | | | | $3,468.10 |
| ACCOUNT NO. 7081 | | | | | | | |
| LAFARGE FORMERLY BLUE CIRCLE CEMENT P.O. BOX 102733 ATLANTA GA 30368-0733 US | | | TRADE PAYABLE | | | | $13,223.00 |
| ACCOUNT NO. 60939 | | | | | | | |
| LANCASTER LABORATORIES, INC. | | | TRADE PAYABLE | | | | $4,050.00 |
| ACCOUNT NO. 22497 | | | | | | | |
| LEAVENWORTH COUNTY TREASURER | | | TRADE PAYABLE | | | | $5.33 |
| ACCOUNT NO. 58562 | | | | | | | |
| LECHLER, INC. DEPT. 77-3276 CHICAGO IL 60678-3276 US | | | TRADE PAYABLE | | | | $2,502.46 |
| ACCOUNT NO. 7663 | | | | | | | |
| LOPAREX 7700 GRIFFEN WAY WILLOWBROOK IL 60521 US | | | TRADE PAYABLE | | | | $190,800.00 |
| ACCOUNT NO. 22315 | | | | | | | |
| LOS ANGELES COUNTY TAX COLLECTOR PO BOX 54088 LOS ANGELES CA 90054-0088 US | | | TRADE PAYABLE | | | | $7,046.31 |
| ACCOUNT NO. 55765 | | | | | | | |
| LYNWOOD MACHINE & ENGINEERING PO BOX 88264 DEPT A CHICAGO IL 60680 US | | | TRADE PAYABLE | | | | $2,480.00 |

Sheet no. 12 of 20     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented Schedule Records     $2,927,533.59

In re **W.R. GRACE & CO.-CONN.**          Case No. __01-01140__
_____                    (If known)
        Debtor

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 100152 | | | | | | | |
| ManTech Environmental Technology | | | TRADE PAYABLE | | | | $1,445.00 |
| ACCOUNT NO. 21699 | | | | | | | |
| MARICOPA COUNTY TREASURER P.O. BOX 78574 PHOENIX AZ 85062-8574 US | | | TRADE PAYABLE | | | | $4,849.45 |
| ACCOUNT NO. 68094 | | | | | | | |
| MCSPADDEN REAL ESTATE SERVICES, INC P.O. BOX 371 KNOXVILLE TN 37901 US | | | TRADE PAYABLE | | | | $3,150.00 |
| ACCOUNT NO. 67206 | | | | | | | |
| MEAD SPECIALTY PAPER DIV. ATTN: SARAH DALEY 9080 SPRINGBORO PIKE MIAMISBURG OH 45342 US | | | TRADE PAYABLE | | | | $40,380.00 |
| ACCOUNT NO. 55498 | | | | | | | |
| METTLER-TOLEDO INC.(USE 311498) L-857 COLUMBUS OH 43260 US | | | TRADE PAYABLE | | | | $315.50 |
| ACCOUNT NO. 60136 | | | | | | | |
| MID AMERICA DYNAMICS | | | TRADE PAYABLE | | | | $933.34 |
| ACCOUNT NO. 17765 | | | | | | | |
| MILLARD COUNTY ASSESSOR 50 S MAIN FILLMORE UT 84631 US | | | TRADE PAYABLE | | | | $1.65 |
| ACCOUNT NO. 9052 | | | | | | | |
| MODAGRAFICS INC 135 S LASALLE DEPT 1876 CHICAGO IL 60674-1876 US | | | TRADE PAYABLE | | | | $26.90 |

Sheet no. 13 of 20     sheets attached to Schedule of
                Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented Schedule Records          $2,927,533.59

In re **W.R. GRACE & CO.-CONN.**
          Debtor

Case No. **01-01140**
          (If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR — HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE — CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| ACCOUNT NO. 54494<br>MOLYCORP INC<br>PO BOX 92999<br>LOS ANGELES CA 90009-2999<br>US | | TRADE PAYABLE | $0.00 |
| ACCOUNT NO. 14181<br>NATIONAL GYPSUM COMPANY | | TRADE PAYABLE | $6,890.40 |
| ACCOUNT NO. 20613<br>NATIONAL RESEARCH COUNCIL CANADA<br>FINANCE AND INFORMATION<br>MANAGEMENT<br>SERVICES<br>1200 MONTREAL ROAD<br>OTTAWA ONTARIO ON K1A 0R6<br>CA | | TRADE PAYABLE | $1,181.29 |
| ACCOUNT NO. 3472<br>NELSON,MULLINS RILEY & SCARBOROUGH<br>LLP<br>PO BOX 11070<br>COLUMBIA SC 29211<br>US | | TRADE PAYABLE | $9,281.89 |
| ACCOUNT NO. 100190<br>Ogletree Deakins Nash Smoak & | | TRADE PAYABLE | $26,271.58 |
| ACCOUNT NO. 9999999999999<br>ONE TIME CMS VENDOR | | TRADE PAYABLE | $169,000.00 |
| ACCOUNT NO. 22336<br>ORANGE COUNTY TAX COLLECTOR<br>PO BOX 2551<br>ORLANDO FL 32802<br>US | | TRADE PAYABLE | $3,322.08 |

Sheet no. 14 of 20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records      $2,927,533.59

In re  **W.R. GRACE & CO.-CONN.**                              Case No. _____**01-01140**_____
_____                                    (If known)
Debtor

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. 35927 OREN L BRADY III COUNTY TREASURER PO BOX 5807 SPARTANBURG SC 29304 US | | TRADE PAYABLE | | $4,725.56 |
| ACCOUNT NO. 307840 OWENS MARKETING DESIGN 5 HUNTFIELD COURT OWINGS MILLS MD 21117 US | | TRADE PAYABLE | | $10,969.35 |
| ACCOUNT NO. 55712 PATRICK ENGINEERING | | TRADE PAYABLE | | $2,035.71 |
| ACCOUNT NO. 41469 PENNY'S CONCRETE INC 23400 W 82ND ST SHAWNEE MISSION KS 66227-2705 US | | TRADE PAYABLE | | $1,461.20 |
| ACCOUNT NO. 3784 PITNEY BOWES INC | | TRADE PAYABLE | | $63.95 |
| ACCOUNT NO. 9534 PSE&G P.O. BOX 14105 NEW BRUNSWICK NJ 08906-4105 US | | TRADE PAYABLE | | $7,710.21 |
| ACCOUNT NO. 49828 QUESTEL.ORBIT INC 8000 WESTPARK DRIVE MCLEAN VA 22102 US | | TRADE PAYABLE | | $5,089.86 |
| ACCOUNT NO. 2756 RELIANT ENERGY HL&P P.O. BOX 4932 HOUSTON TX 77210-4932 US | | TRADE PAYABLE | | $3,116.62 |

Sheet no. 15 of 20      sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records          $2,927,533.59

In re  **W.R. GRACE & CO.-CONN.** _____     Case No. _____ **01-01140** _____
　　　　　　　　　　Debtor 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  56023 | | | | | | | |
| RENTAL SERVICE CORP. | | | TRADE PAYABLE | | | | $162.50 |
| ACCOUNT NO.  2516 | | | | | | | |
| RICHMOND COUNTY TAX COMMISSIONER 530 GREENE ST ROOM 117 AUGUSTA  GA  30911 US | | | TRADE PAYABLE | | | | $370,295.29 |
| ACCOUNT NO.  54833 | | | | | | | |
| ROHM & HAAS CO P.O. BOX 951665 DALLAS  TX  75389-1665 US | | | TRADE PAYABLE | | | | $5,359.20 |
| ACCOUNT NO.  7695 | | | | | | | |
| Royal Packaging 3128 E CHAPMAN AVE #184 ORANGE  CA  92869 US | | | TRADE PAYABLE | | | | $8,670.60 |
| ACCOUNT NO.  65284 | | | | | | | |
| SAINT-GOBAIN/NORPRO CORP PO BOX 0192 PITTSBURGH  PA  15264-0192 US | | | TRADE PAYABLE | | | | $21,150.00 |
| ACCOUNT NO.  54734 | | | | | | | |
| SIGMA-ALDRICH (DELETED) | | | TRADE PAYABLE | | | | $120.00 |
| ACCOUNT NO.  58956 | | | | | | | |
| SOUTHWESTERN BELL P.O. BOX 3025 HOUSTON  TX  77097-0043 US | | | TRADE PAYABLE | | | | $55.05 |
| ACCOUNT NO.  310070 | | | | | | | |
| SPACE MAKER SYSTEMS OF MD., INC. 3310 CHILDS ST. BALTIMORE  MD  21226 US | | | TRADE PAYABLE | | | | $70.26 |

Sheet no. 16 of 20 　　sheets attached to Schedule of
　　　　　　　　Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented Schedule Records 　　　　$2,927,533.59

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140** _____
(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR — HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.   24309 | | | | |
| SPEEDWAY SUPERAMERICA LLC | | TRADE PAYABLE | | $5,217.76 |
| ACCOUNT NO.   11349 | | | | |
| STANDARD REGISTER COMPANY P.O. BOX 91047 CHICAGO  PA  60693 US | | TRADE PAYABLE | | $3,372.70 |
| ACCOUNT NO.   54479 | | | | |
| STONE CONTAINER CORP.-use 55457 P.O. BOX 730707 DALLAS  TX  75373-0707 US | | TRADE PAYABLE | | $14,172.39 |
| ACCOUNT NO.   9999 | | | | |
| SUBURBAN PROPANE | | TRADE PAYABLE | | $620.12 |
| ACCOUNT NO.   59244 | | | | |
| TAFT STETTINIUS & HOLLISTER | | TRADE PAYABLE | | $818.75 |
| ACCOUNT NO.   31176 | | | | |
| TAX ASSESSOR COLLECTOR JEAN WHITESIDE RM 211 COURTHOUSE CARTHAGE  TX  75633 US | | TRADE PAYABLE | | $141.41 |
| ACCOUNT NO.   22859 | | | | |
| TAX ASSESSOR/COLLECTOR | | TRADE PAYABLE | | $245.32 |
| ACCOUNT NO.   43152 | | | | |
| TAX COLLECTOR | | TRADE PAYABLE | | $9.67 |
| ACCOUNT NO.   15512 | | | | |
| TERRACON PO BOX 931277 KANSAS CITY  MO  64193-1277 US | | TRADE PAYABLE | | $1,489.00 |

Sheet no. 17 of 20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records

$2,927,533.59

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. **01-01140**
_____
(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.  22969 | | | | |
| THE DIALOG CORPORATION PO BOX 532002 ATLANTA GA 30353-2002 US | | TRADE PAYABLE | | $4,722.14 |
| ACCOUNT NO.  57864 | | | | |
| THE PERKIN-ELMER CO. | | TRADE PAYABLE | | $2,280.00 |
| ACCOUNT NO.  20769 | | | | |
| TOWN OF ALFRED (ME) PO BOX 850 ALFRED ME 04002 US | | TRADE PAYABLE | | $10.25 |
| ACCOUNT NO.  20327 | | | | |
| TOWN OF WINDHAM DISTRICT 1 PO BOX 195 WILLIMANTIC CT 06226-0195 US | | TRADE PAYABLE | | $595.08 |
| ACCOUNT NO.  10147 | | | | |
| TOWNSHIP OF NORTH BERGEN COLLECTOR OF TAXES 4233 KENNEDY BLVD. NORTH BERGEN NJ 07047 US | | TRADE PAYABLE | | $800.76 |
| ACCOUNT NO.  58225 | | | | |
| TRI-STATE TECHNICAL SALES CORP P.O. BOX 6009 SOUTHEASTERN PA 19398-6009 US | | TRADE PAYABLE | | $327.56 |
| ACCOUNT NO.  309187 | | | | |
| TRUSTEES OF THE UNIVERSITY OF PENN | | TRADE PAYABLE | | $706.00 |
| ACCOUNT NO.  11157 | | | | |
| UNION PROCESS P O BOX 75753 CLEVELAND OH 44101-4755 US | | TRADE PAYABLE | | $3,774.89 |

Sheet no. 18 of 20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records                    $2,927,533.59

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 59737 | | | | | | | |
| UNITED RENTALS PO BOX 503330 SAINT LOUIS MO 63150-3330 US | | | TRADE PAYABLE | | | | $1,008.00 |
| ACCOUNT NO. 310373 | | | | | | | |
| UNIVAR, INC. | | | TRADE PAYABLE | | | | $1,952.26 |
| ACCOUNT NO. 54610 | | | | | | | |
| UNIVAR, INC. P.O. BOX 951451 DALLAS TX 75395-1451 US | | | TRADE PAYABLE | | | | $693.18 |
| ACCOUNT NO. 54908 | | | | | | | |
| USALCO (FORMERLY US ALUMINATE) 9411 PHILADELPHIA RD STE H BALTIMORE MD 21237 US | | | TRADE PAYABLE | | | | $2,873.36 |
| ACCOUNT NO. 68127 | | | | | | | |
| VANDERBURGH COUNTY TREASURER PO BOX 77 EVANSVILLE IN 47701-0077 US | | | TRADE PAYABLE | | | | $202.54 |
| ACCOUNT NO. 58984 | | | | | | | |
| VERIZON P.O. BOX 4833 TRENTON NJ 08650-4833 US | | | TRADE PAYABLE | | | | $44.26 |
| ACCOUNT NO. 46042 | | | | | | | |
| V-SPAN | | | TRADE PAYABLE | | | | $6,241.00 |
| ACCOUNT NO. 50622 | | | | | | | |
| WACHOVIA BANK N.A. P O BOX 101841 ATLANTA GA 30392-1841 US | | | TRADE PAYABLE | | | | $545,080.46 |

Sheet no. 19 of 20     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records

$2,927,533.59

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140** _____
(If known)

## SUPPLEMENTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  55158 | | | | | | | |
| WASTE MANAGEMENT OF INDIANA P.O. BOX 9001054 LOUISVILLE KY 40290-1054 US | | | TRADE PAYABLE | | | | $706.92 |
| ACCOUNT NO.  10442 | | | | | | | |
| WAYNE F WHITTOW CITY TREASURER PO BOX 78776 MILWAUKEE WI 53278-0776 US | | | TRADE PAYABLE | | | | $7,701.95 |
| ACCOUNT NO.  4736 | | | | | | | |
| WEST YORK PARTNERSHIP DELCO CENTRE P. O. BOX 1283 MECHANICSBURG PA 17055 US | | | TRADE PAYABLE | | | | $5,044.61 |
| ACCOUNT NO.  55753 | | | | | | | |
| WESTLAKE CA&O CORP. P.O. BOX 100785 ATLANTA GA 30384-0785 US | | | TRADE PAYABLE | | | | $17,199.01 |
| ACCOUNT NO.  55474 | | | | | | | |
| WILSON INDUSTRIAL SALES CO., INC. P.O. BOX 66968 INDIANAPOLIS IN 46266-6968 US | | | TRADE PAYABLE | | | | $3,103.22 |
| ACCOUNT NO.  310833 | | | | | | | |
| WORLD DATA PUBLISHERS | | | TRADE PAYABLE | | | | $319.95 |
| ACCOUNT NO.  54779 | | | | | | | |
| XEROX CORPORATION P.O. BOX 827181 PHILADELPHIA PA 19182-7181 US | | | TRADE PAYABLE | | | | $228.38 |

Sheet no. 20 of 20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Supplemented
Schedule Records

$2,927,533.59

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING DEBTOR'S SUPPLEMENTAL SCHEDULES ON BEHALF OF CORPORATION

As the authorized agent of the corporation named as the debtor in this case, I

declare under penalty of perjury that I have read the preceding supplemental schedules, and

that they are true and correct to the best of my knowledge information and belief

Dated this 6th day of February 2003

By _____
DAVID B. SIEGEL
Senior Vice President and General Counsel
of W R Grace & Co and W R Grace & Co -Conn