IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., <u>et</u> <u>al</u>.,**[1] | ) | **W.R. GRACE & CO. – CONN.** |
|  | ) | **Case No. 01-01140 (JKF)** |
| **Debtors.** | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**AMENDMENTS TO SCHEDULE "F" OF THE SCHEDULES OF ASSETS AND LIABILITIES FOR W.R. GRACE & CO. – CONN.**

W.R.Grace & Co. – Conn., a Delaware Corporation, by the attached Exhibit A, amends its "Schedule F – Creditors Holding Unsecured Nonpriority Claims" as originally filed on May 24, 2001 and as supplemented on August 29, 2002.

While every effort has been made to prepare complete and accurate amendments, errors may have occurred.    The Debtor reserves fully its right to further amend the

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Schedules and to challenge the amount and classification of each and every claim or item

listed herein.


Wilmington, Delaware
Dated:  February 7, 2003


                        KIRKLAND & ELLIS
                        James H.M. Sprayregen P.C.
                        James W. Kapp III
                        Janet S. Baer
                        200 East Randolph Drive
                        Chicago, IL 60601
                        (312) 861-2000
                        (312) 861-2200 (fax)

                        and

                        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
                        Laura Davis Jones
                        Scotta McFarland
                        919 N. Market Street, 16th Floor
                        P.O. Box 8705
                        Wilmington, Delaware 19899-8705 (Courier 19801)
                        (302) 652-4100
                        (302) 652-4400 (fax)
                        Co-Counsel for the Debtor

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.   If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME  AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>@ROAD INC  DEPT 33209<br>PO BOX 39000<br>SAN FRANCISCO, CA  94139-3209 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>3S SALES & SERVICE, INC.<br>9 HAYDEN DR.<br>CINCINNATI, OH  45218 | | | TRADE PAYABLE | | | | $481.00 |
| ACCOUNT NO.<br>4P FOLIE FORCHHEIM<br>AUBERE NURNBERGER STRABE 1<br>FORCHHEIM, 9  91301<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>4-STAR<br>10704 COMPOSITE DR.<br>DALLAS, TX  75220 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 1 of 322     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                                     Case No.    **01-01140**
_____                                          _____
                 Debtor                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>A J SACKETT & SONS CO.<br>1701 S. HIGHLAND AVE.<br>BALTIMORE, MD 21224 | | | TRADE PAYABLE | | | | $2,711.26 |
| ACCOUNT NO.<br>A R ARENA PRODUCTS INC<br>2101 MT READ BLVD<br>ROCHESTER, NY 14615 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>A W CHESTERTON CO<br>PO BOX 3351<br>BOSTON, MA 02241<br>UNK | | | TRADE PAYABLE | | | | $4,438.77 |
| ACCOUNT NO.<br>A&B DEBURRING CO.<br>525 CARR ST<br>CINCINNATI, OH 45203 | | | TRADE PAYABLE | | | | $742.06 |
| ACCOUNT NO.<br>A. MACCHIONE CONSTRUCTION INC.<br>27 EAST KENNEDY ST<br>HACKENSACK, NJ 07601 | | | TRADE PAYABLE | | | | $927.50 |
| ACCOUNT NO.<br>A.E. STALEY MFG. CO.<br>PO BOX 751947<br>CHARLOTTE, NC 28275-1947 | | | TRADE PAYABLE | | | | $5,117.00 |
| ACCOUNT NO.<br>A.G. PARROTT CO.<br>6421 LOUDON AVE.<br>ELKRIDGE, MD 21075 | | | TRADE PAYABLE | | | | $675.00 |
| ACCOUNT NO.<br>A.H. GARDNER & SON CO.<br>2207 S. NEWKIRK ST.<br>BALTIMORE, MD 21224-6409 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 2 of 322      sheets attached to Schedule of
                        Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records          $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                                    Case No. **01-01140**

Debtor                                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> A.J. SEILER INC. <br> 7350 SHEED RD. <br> CINCINNATI, OH 45247 | | | TRADE PAYABLE | | | | $6,125.92 |
| ACCOUNT NO. <br> A.W. CHESTERTON CO. <br> 11999 INDUSTRIPLEX BLVD. <br> BATON ROUGE, LA 70809 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> A-1 FIRE EQUIPMENT CO., INC. <br> PO BOX 9953 <br> HOUSTON, TX 77213-9953 | | | TRADE PAYABLE | | | | $122.32 |
| ACCOUNT NO. <br> AAA MINI STORAGE <br> 402 28TH ST SOUTH <br> IRONDALE, AL 35210 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AAM COMMUNICATIONS <br> 800 N PACIFIC COAST HWY <br> REDONDO BEACH, CA 90277 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AARSTAD PEST CONTROL <br> 5144 WEST IRVING PARK ROAD <br> CHICAGO, IL 60641 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ABACUS CORP. <br> PO BOX 64743 <br> BALTIMORE, MD 21264-4743 | | | TRADE PAYABLE | | | | $6,499.41 |
| ACCOUNT NO. <br> ABACUS SECURITY SERVICES <br> 610 GUSRYAN ST. <br> BALTIMORE, MD 21224 | | | TRADE PAYABLE | | | | $5,525.05 |
| ACCOUNT NO. <br> ABBEY DRUM CO. <br> 1440 CHESAPEAKE AVE. <br> BALTIMORE, MD 21226 | | | TRADE PAYABLE | | | | $100.00 |

Sheet no. 3 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                                    Case No. ___**01-01140**___
                    Debtor                                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ABBEY DRUM 1440 CHESAPEAKE AVE. BALTIMORE, MD 21226 | | | TRADE PAYABLE | | | | $11,370.00 |
| ACCOUNT NO. | | | | | | | |
| ABBEY-FRITZ FENCE CO., INC. 4113 AQUARIUM PLACE BALTIMORE, MD 21215 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ABC SUPPLY CO - CATALOG ONE ABC PKWY BELOIT, WI 53511 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ABC SUPPLY CO INC 2801 E HENNEPIN AVE MINNEAPOLIS, MN 55413 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ABC SUPPLY 2115 W WESTERN AVE. SOUTH BEND, IN 46619 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ABILITY PACKAGING PRODUCTS CORP. 12760 S. HARLEM AVE PALOS HEIGHTS, IL 60463 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ABN AMRO BANK N.V. 335 MADISON AVE 16TH FL NEW YORK, NY 10017 | | | TRADE PAYABLE | | | | $11,945.08 |
| ACCOUNT NO. | | | | | | | |
| ABS GROUP, INC. 4 RESEARCH PLACE, SUITE 200 ROCKVILLE, MD 20850 UNK | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 4 of 322      sheets attached to Schedule of
                        Creditors Holding Unsecured Nonpriority Claims          Total Amount of Amended
                                                                                Schedule Records          $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ABTECH SYSTEMS, INC<br>2728 LOKER AVE, WEST<br>CARLSBAD, CA  92008 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>AC CONTROLS CO. INC.<br>PO BOX 651631<br>CHARLOTTE, NC  28265-1631 | | | TRADE PAYABLE | | | | $2,276.72 |
| ACCOUNT NO.<br>ACC BUSINESS<br>PO BOX 5149<br>BUFFALO, NY  14270-5149 | | | TRADE PAYABLE | | | | $353.11 |
| ACCOUNT NO.<br>ACCUROUNDS CO<br>74 DOHERTY AVE<br>AVON, MA  02322 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ACCUTROL SYSTEMS<br>PO BOX 482<br>LEMOYNE, PA  17043 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ACE COFFEE BAR INC<br>30W626 ROUTE 20<br>ELGIN, IL  60120-7409 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ACE COFFEE BAR, INC.<br>30 W.626 HWY.20<br>ELGIN, IL  60120-7409 | | | TRADE PAYABLE | | | | $1,068.07 |
| ACCOUNT NO.<br>ACE COFFEE BAR, INC.<br>30W626 RTE. 20<br>ELGIN, IL  60120-9526 | | | TRADE PAYABLE | | | | $141.04 |
| ACCOUNT NO.<br>ACE EXTERMINATING CO.<br>1920 LOSANTIVILLE AVE.<br>CINCINNATI, OH  45237 | | | TRADE PAYABLE | | | | $138.80 |

Sheet no. 5 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                                        Case No. _____**01-01140**_____

_____Debtor_____                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACE EXTERMINATING PO BOX 691700 CINCINNATI, OH 45269-1700 | | | TRADE PAYABLE | | | | $61.42 |
| ACCOUNT NO. | | | | | | | |
| ACE UNIFORM SERVICES, INC. 1800 PARKMAN AVE. BALTIMORE, MD 21230 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ACE-LON CORPORATION 960 EASTERN AVE MALDEN, MA 02148 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ACG/UNITED RENTALS, INC. PO BOX 3158 SOUTH BEND, IN 46619 | | | TRADE PAYABLE | | | | $431.00 |
| ACCOUNT NO. | | | | | | | |
| ACID PRODUCTS 600 WEST 41ST ST CHICAGO, IL 60609 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ACME CORRUGATED BOX CO INC POBOX 826139 PHILADELPHIA, PA 19182-6139 | | | TRADE PAYABLE | | | | $4,449.37 |
| ACCOUNT NO. | | | | | | | |
| ACP C/O AUTOMATIC CONTROLS COMPANY 2331-B AMPERE DRIVE LOUISVILLE, KY 40299 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ACRISON, INC. 20 EMPIRE BLVD. MOONACHIE, NJ 07074 | | | TRADE PAYABLE | | | | $1,278.85 |
| ACCOUNT NO. | | | | | | | |
| ACTION AUTOMATION & CONTROLS 10 LARSEN WAY ATTLEBORO FALLS, MA 02763 | | | TRADE PAYABLE | | | | $518.37 |

Sheet no. 6 of 322      sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records        $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                          Case No. _____ **01-01140** _____
                    Debtor                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ACTION DUPLICATION 8 UNION HILL ROAD WEST CONSHOHOCKEN, PA 19428 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ACTION LOCK & KEY INC. METROPOLITAN DOOR CLOSER CO. 17 CAMBRIDGE ST BURLINGTON, MA 01803 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ACTION MOWERS & GROUNDS MAINTENANCE POBOX 1114 CYPRESS, TX 77410-1114 | | | TRADE PAYABLE | | | | $355.00 |
| ACCOUNT NO. ACTION SCALE POBOX 20461 RIVERSIDE, CA 92516 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ACTIVE PROPANE CO INC 4158 DIVISION ST HILLSIDE, IL 60162-1898 | | | TRADE PAYABLE | | | | $428.72 |
| ACCOUNT NO. AC-U-KWIK INC PO BOX 12901 OVERLAND PARK, KS 66282-2901 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ADAPTIVE CONTROLS, INC. 11848 S. HARRELLS FERRY RD., STE E BATON ROUGE, LA 70816 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ADECCO PO BOX 371084 PITTSBURGH, PA 15250-7084 | | | TRADE PAYABLE | | | | $2,007.52 |

Sheet no. 7 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records        $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                                    Case No. _____**01-01140**_____
                Debtor                                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ADELPHIA BUSINESS SOLUTIONS <br> PO BOX 931843 <br> ATLANTA, GA 31193-1843 <br> UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ADELPHIA BUSINESS SOLUTIONS-959 <br> PO BOX 932003 <br> ATLANTA, GA 31193-2003 <br> UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ADMO, INC. <br> 2550 DECADE COURT <br> ELGIN, IL 60123 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ADS CONSULTING CORPORATION <br> 11331 LAKE TREE CT <br> BOCA RATON, FL 33498 | | | TRADE PAYABLE | | | | $150.00 |
| ACCOUNT NO. <br> ADT SECURITY SERVICES INC <br> PO BOX 371967 <br> PITTSBURGH, PA 15250-7967 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ADVANCE FIBER TECHNOLOGIES CORP. <br> 344 LODI ST. <br> HACKENSACK, NJ 07601 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ADVANCED COMBUSTION SYSTEMS, I <br> UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ADVANCED ELECTRONICS INSTALLATION <br> 11137 ARROWHEAD ST NW <br> COON RAPIDS, MN 55433 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 8 of 322      sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records          $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. **01-01140**
_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ADVANCED FILTRATION 3812 DUDDINGTON WAY UNK | | | TRADE PAYABLE | | | | $8,290.20 |
| ACCOUNT NO. ADVANCED FILTRATION, DIV. OF DENTECH 3812 DUDDINGTON WAY PHOENIX, MD 21131 | | | TRADE PAYABLE | | | | $60.84 |
| ACCOUNT NO. ADVANCED IMAGING SOLUTIONS PO BOX 745 SOUTH BEND, IN 46624 | | | TRADE PAYABLE | | | | $144.97 |
| ACCOUNT NO. ADVANCED IMAGING SOLUTIONS PO BOX 745 SOUTH BEND, IN 46628 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ADVANCED INFORMATION RESEARCH 11403 CRONRIDGE DR., STE 232 OWINGS MILLS, MD 21117 | | | TRADE PAYABLE | | | | $140.00 |
| ACCOUNT NO. ADVANCED LOOSELEAF TECHNOLOGIES INC. 1424 SOMERSET AVE PO BOX 26 DIGHTON, MA 02715-0026 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ADVANCED OFFICE SERVICES 1430 VILLAGE WAY SANTA ANA, CA 92705 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ADVANCED RADIOLOGY PO BOX 64580 BALTIMORE, MD 21264-4580 | | | TRADE PAYABLE | | | | $885.00 |

Sheet no. 9 of 322      sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                              Case No. **01-01140**
Debtor                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ADVANCED REFINING TECHNOLOGIES 7500 GRACE DR COLUMBIA, MD 21044 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ADVANCED VACUUM CO.,INC. 1215 BUSINESS PKWY. N. UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ADVANCED WASTE SERVICES SUITE N508B 1126 S 70TH ST WEST ALLIS, WI 53214 | | | TRADE PAYABLE | | | | $814.72 |
| ACCOUNT NO. ADVANCED WASTE SERVICES SUITE N508B 1126 S. 70TH ST WEST ALLIS, WI 53214 | | | TRADE PAYABLE | | | | $2,675.00 |
| ACCOUNT NO. ADVANSTAR COMMUNICATIONS INC PO BOX 64584 SAINT PAUL, MN 55164-0584 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ADVENT SYSTEMS, INC. 477 W. WRIGHTWOOD AVE ELMHURST, IL 60126-1011 | | | TRADE PAYABLE | | | | $22,102.00 |
| ACCOUNT NO. AEC, INC Dept. 59904 MILWAUKEE, WI 53259-0904 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. AEC, INC. DEPT. N 59904 MILWAUKEE, WI 53259-0904 | | | TRADE PAYABLE | | | | $11,602.02 |

Sheet no. 10 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AEP INDUSTRIES, INC<br>PO BOX 891916<br>DALLAS, TX  75389-1916 | | | TRADE PAYABLE | | | | $1,115.89 |
| ACCOUNT NO.<br>AFA PROTECTIVE SYSTEMS INC<br>155 MICHAEL DRIVE<br>SYOSSET, NY  11791 | | | TRADE PAYABLE | | | | $1,052.27 |
| ACCOUNT NO.<br>AFFILIATED STEAM EQUIPMENT CO<br>135 S LASALLE ST DEPT 3201<br>CHICAGO, IL  60674-3201 | | | TRADE PAYABLE | | | | $85.80 |
| ACCOUNT NO.<br>AGA GAS CENTRAL, INC.<br>6060 INTERSTATE CIRCLE<br>HAMMOND, IN  46323-1023 | | | TRADE PAYABLE | | | | $1,893.49 |
| ACCOUNT NO.<br>AGGREGATE INDUSTRIES<br>PO BOX 5-0070<br>WOBURN, MA  01815-0070 | | | TRADE PAYABLE | | | | $1,289.27 |
| ACCOUNT NO.<br>AGILENT TECHNOLOGIES<br>PO BOX 945575<br>ATLANTA, GA  30394-5575 | | | TRADE PAYABLE | | | | $562.00 |
| ACCOUNT NO.<br>AGL WELDING SUPPLY CO., INC.<br>PO BOX 1707<br>CLIFTON, NJ  07015-1707 | | | TRADE PAYABLE | | | | $19.08 |
| ACCOUNT NO.<br>AIKEN CLEANING SERVICES INC<br>PO BOX 6082<br>AIKEN, SC  29804-6082 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>AIKEN ELECTRIC COOPERATIVE INC.<br>PO BOX 417<br>AIKEN, SC  29802-0417 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 11 of 322     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**
     Debtor

Case No. **01-01140**
     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AIKEN ELECTRONICS <br> 610 ALDRICH ST., NE <br> AIKEN, SC 29801 | | | TRADE PAYABLE | | | | $36.75 |
| ACCOUNT NO. <br> AIKEN EMERGENCY PHYS <br> DBA FAM MEDCENTER <br> 216 EDGEFIELD AVE NW <br> AIKEN, SC 29801 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AIR FILTERS INC. <br> 2955 FREDERICK AVE., STE. A <br> BALTIMORE, MD 21223 | | | TRADE PAYABLE | | | | $795.04 |
| ACCOUNT NO. <br> AIR FLOW CO INC <br> 226 ROBBINS AVE <br> ROCKLEDGE, PA 19046 <br> UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AIR FLOW SERVICES, INC. <br> 2208 COFFEEWODD COURT <br> WHEATON, MD 20906 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AIR LIQUIDE AMERICA CORP <br> PO BOX 95198 <br> CHICAGO, IL 60694-5198 | | | TRADE PAYABLE | | | | $3,648.97 |
| ACCOUNT NO. <br> AIR PREHEATER CO. <br> DIVISION COMBUSTION ENGR. <br> WELLSVILLE, NY 14895 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AIR PREHEATER CO. <br> PO BOX 100295 <br> ATLANTA, GA 30384 | | | TRADE PAYABLE | | | | $5,323.06 |

Sheet no. 12 of 322     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re  **W.R. GRACE & CO.-CONN.**                                          Case No.    **01-01140**
_____                                   _____
                    Debtor                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AIR PRODUCTS & CHEMICALS INC <br> DEPT CH10200 <br> PALATINE, IL 60055-0200 | | | TRADE PAYABLE | | | | $353.10 |
| ACCOUNT NO. <br> AIR PRODUCTS & CHEMICALS, INC. <br> DEPT. CH10200 <br> PALATINE, IL 60055-0200 | | | TRADE PAYABLE | | | | $52,674.96 |
| ACCOUNT NO. <br> AIR PRODUCTS & CHEMICALS, INC. <br> M/S A5338 <br> 7201 HAMILTON BLVD. <br> ALLENTOWN, PA 18195-1501 | | | TRADE PAYABLE | | | | $16,437.91 |
| ACCOUNT NO. <br> AIR PRODUCTS POLYMERS L.P. <br> PO BOX 371763 <br> PITTSBURGH, PA 15251-7763 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AIR PRODUCTS <br> PO BOX 802588 <br> CHICAGO, IL 60680-2588 | | | TRADE PAYABLE | | | | $10,348.34 |
| ACCOUNT NO. <br> AIR TOOL EXCHANGE <br> PO BOX 952104 <br> ST LOUIS, TX 63195-2106 | | | TRADE PAYABLE | | | | $730.47 |
| ACCOUNT NO. <br> AIRGAS LYONS SAFETY <br> BOX 78068 <br> MILWAUKEE, WI 53278-0068 | | | TRADE PAYABLE | | | | $1,164.87 |
| ACCOUNT NO. <br> AIRGAS NORTH CENTRAL <br> POBOX 2395 <br> WATERLOO, IA 50704 | | | TRADE PAYABLE | | | | $28.25 |

Sheet no. 13 of 322      sheets attached to Schedule of
                         Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records            $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____**01-01140**_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. AIRGAS PO BOX 9249 MARIETTA, GA 30065-2249 | | | TRADE PAYABLE | | | | $94.15 |
| ACCOUNT NO. AIRGAS-GULF STATES REGION 2210 SWISCO RD. SULPHUR, LA 70663 | | | TRADE PAYABLE | | | | $318.43 |
| ACCOUNT NO. AIRPORT GLOSS & MIRROR CO INC 6652 WEST 99TH ST CHICAGO RIDGE, IL 60415 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. AIRPORT TAXI MANAGEMENT LLC PO BOX 46056 BALTIMORE WASHINGTON INTE, MD 21240 | | | TRADE PAYABLE | | | | $1,236.90 |
| ACCOUNT NO. AIRSTAR PO BOX 957656 CHATTANOOGA, TN 37407 | | | TRADE PAYABLE | | | | $2,723.18 |
| ACCOUNT NO. AKROCHEM CORPORATION 255 FOUNTAIN ST AKRON, OH 44304-1991 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. AKZO NOBEL CHEMICALS INC. PO BOX 905361 CHARLOTTE, NC 28290-5361 | | | TRADE PAYABLE | | | | $1,842.00 |
| ACCOUNT NO. AKZO NOBEL RESINS AND VEHICLES DEPT 70066 CHICAGO, IL 60673 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. AKZO 300 S. RIVERSIDE PLAZA CHICAGO, IL 60606 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 14 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ALABAMA GAS CORPORATION<br>20 TWENTIETH ST SOUTH<br>BIRMINGHAM, AL 35295-0188 | | | TRADE PAYABLE | | | | $1,693.43 |
| ACCOUNT NO.<br>ALABAMA POWER COMPANY<br>POBOX 242<br>BIRMINGHAM, AL 35292 | | | TRADE PAYABLE | | | | $9,222.67 |
| ACCOUNT NO.<br>ALAMEDA COUNTYS CHILDRENS MEMORIAL<br>ALAMEDA COUNTY BOARD OF SUPERVISORS<br>1221 OAK ST 5TH FL<br>OAKLAND, CA 94612-4305<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ALEXANDER CHEMICAL CORPORATION<br>135 S LASALLE DEPT. 2347<br>CHICAGO, IL 60674-2347 | | | TRADE PAYABLE | | | | $15,051.62 |
| ACCOUNT NO.<br>ALEXANDRIAS FLOWERS<br>3037 HOPYARD RD STE F<br>PLEASANTON, CA 94566 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ALFA AESAR<br>PO BOX 371598<br>PITTSBURGH, PA 15250 | | | TRADE PAYABLE | | | | $12,732.20 |
| ACCOUNT NO.<br>ALL AMERICAN ENVIRONMENTAL INC<br>1058 OLD HWY 109 NORTH<br>GALLATIN, TN 37066 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ALL STATE PETROLEUM<br>PO BOX 662<br>AIKEN, SC 29802 | | | TRADE PAYABLE | | | | $276.94 |

Sheet no. 15 of 322     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                                    Case No. _____ **01-01140** _____
                     Debtor                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> ALLEN & OVERY <br> ONE NEW CHANGE <br> LONDON, LO EC4M 9QQ <br> UNK | | TRADE PAYABLE | | $6,013.50 |
| ACCOUNT NO. <br> ALLEN ADVERTISING INC <br> 6504 WEYMOUTH ROAD <br> BALTIMORE, MD 21212 | | TRADE PAYABLE | | $311.85 |
| ACCOUNT NO. <br> ALL-FILL, INC. <br> OAKLAND CORPORATE CENTER <br> EXTON, PA 19341 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ALLIANCE ROOFING SYSTEMS LTD <br> 7012 MERRITT AVE <br> BURNABY, BC V5J 4R6 <br> CANADA | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ALLIED BUILDING PRODUCTS CORP <br> PO BOX 511 <br> 15 E UNION AVE <br> EAST RUTHERFORD, NJ 07073 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ALLIED ELECTRONICS, INC. <br> PO BOX 2325 <br> FORT WORTH, TX 76113 | | TRADE PAYABLE | | $360.99 |
| ACCOUNT NO. <br> ALLIED HASTINGS BARREL & DRUM <br> 915 W 37TH ST <br> CHICAGO, IL 60609 | | TRADE PAYABLE | | $1,296.75 |
| ACCOUNT NO. <br> ALLIED-HASTINGS BARREL & DRUM SERVICES INC <br> 915 WEST 37TH ST. <br> CHICAGO, IL 60609 | | TRADE PAYABLE | | $10,810.80 |

Sheet no. 16 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records        $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                    Case No. ___**01-01140**___
                    Debtor                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ALLOMETRICS, INC. PO BOX 15825 BATON ROUGE, LA 70895 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ALL-PHASE ELECTRIC SUPPLY CO PO BOX 8525 BENTON HARBOR, MI 49023-8525 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ALLSOUTH ENVIRONMENTAL SERVICES INC 179 WINDING WAY JACKSON, GA 30233 UNK | | | TRADE PAYABLE | | | | $677.25 |
| ACCOUNT NO. | | | | | | | |
| ALLTEL PO BOX 78838 PHOENIX, AZ 85062-8838 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ALPHA-LIBERTY CO. 7908 CINCINNATI-DAYTON ROAD "N" WEST CHESTER, OH 45069 | | | TRADE PAYABLE | | | | $1,488.50 |
| ACCOUNT NO. | | | | | | | |
| ALPINE SPRING WATER COMPANY PO BOX 311 LAURENS, SC 29360 | | | TRADE PAYABLE | | | | $188.68 |
| ACCOUNT NO. | | | | | | | |
| ALPINE SPRING WATER INC 1006A BANKTON DR HANAHAN, SC 29406-2925 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ALTERNATIVE PRODUCTIONS 491 MASSACHUSETTS AVE SUITE 206 ARLINGTON, MA 02474 | | | TRADE PAYABLE | | | | $160,447.50 |

Sheet no. 17 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*