In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ALUCHEM <br> PO BOX 690822 <br> CINCINNATI, OH 45269-0822 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AMA ANALYTICAL SERVICES <br> PO BOX 646 <br> HANOVER, MD 21076 | | TRADE PAYABLE | | | | $220.00 |
| ACCOUNT NO. <br> AMB PROPERTY L.P. <br> PO BOX 503104 <br> SAINT LOUIS, MO 63150-3104 | | TRADE PAYABLE | | | | $529.30 |
| ACCOUNT NO. <br> AMBAR CHEMICAL INC <br> POBOX 2451 <br> CAROL STREAM, IL 60132-2451 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AMECO <br> PO BOX 65664 <br> CHARLOTTE, NC 28265-0664 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AMERADA HESS CORP <br> PO BOX 11507 <br> NEWARK, NJ 07101-4507 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AMERADA HESS CORP. <br> PO BOX 11507 <br> NEWARK, NJ 07101 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AMERADA HESS CORPORATION <br> PO BOX 11510 <br> NEWARK, NJ 07101-4510 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 18 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AMERICAN ANALYTICAL & TECH. SERVICE <br> 11950 INDUSTRIPLEX BLVD. <br> BATON ROUGE, LA 70809 | | | TRADE PAYABLE | | | | $2,016.75 |
| ACCOUNT NO. <br> AMERICAN COMMERCIAL TERMINALS LLC <br> PO BOX 100294 <br> ATLANTA, GA 30384-0294 <br> UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AMERICAN CONCRETE INSTITUTE <br> PO BOX 78000 <br> DETROIT, MI 48278-0302 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AMERICAN CUSTOM HYDRAULICS INC <br> 27 ROOSEVELT AVE <br> BELLEVILLE, NJ 07109 | | | TRADE PAYABLE | | | | $7,891.71 |
| ACCOUNT NO. <br> AMERICAN DISTRIBUTION CENTERS <br> PO BOX 27404 <br> SALT LAKE CITY, UT 84127-0404 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AMERICAN ELECTROPLATING COMPANY <br> 41 BARTLETT ST <br> EVERETT, MA 02149 | | | TRADE PAYABLE | | | | $200.00 |
| ACCOUNT NO. <br> AMERICAN EXPEDITING <br> 2215 ARCH ST. <br> PHILADELPHIA, PA 19103 | | | TRADE PAYABLE | | | | $25.00 |
| ACCOUNT NO. <br> AMERICAN EXPRESS <br> SUITE 0005 <br> CHICAGO, IL 60679-0005 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 19 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. AMERICAN HARDWARE CENTER 2746 EVANS MILL ROAD LITHONIA, GA 30058 | | TRADE PAYABLE | | $255.43 |
| ACCOUNT NO. AMERICAN INDUSTRIAL CHEMICAL CORP PO BOX 101390 ATLANTA, GA 30392-1390 | | TRADE PAYABLE | | $29,488.81 |
| ACCOUNT NO. AMERICAN INDUSTRIAL CHEMICALS CORP. PO BOX 101390 ATLANTA, GA 30392-1390 | | TRADE PAYABLE | | $756.30 |
| ACCOUNT NO. AMERICAN INDUSTRIAL CHEMICALS UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. AMERICAN INDUSTRIAL FERROCAST INC 1 AMERICAN WAY EAST GREENWICH, RI 02818 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. AMERICAN MECHANICAL INC 1475 RODENBURG ROAD SCHAUMBURG, IL 60193 | | TRADE PAYABLE | | $53,303.31 |
| ACCOUNT NO. AMERICAN PETROGRAPHIC SERVICES,INC 550 CLEVELAND AVE NORTH SAINT PAUL, MN 55114 | | TRADE PAYABLE | | $1,500.00 |
| ACCOUNT NO. AMERICAN PIPE & SUPPLY CO, INC. 3300 FIFTH AVE , SOUTH BIRMINGHAM, AL 35222 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. AMERICAN RADIOLOGY ASSOICATES, P.A. 10373A REISTERSTOWN ROAD OWINGS MILLS, MD 21117 | | TRADE PAYABLE | | $334.00 |

Sheet no. 20 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>AMERICAN RAIL CAR IND<br>18728F<br>SAINT LOUIS, MO 63150 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>AMERICAN RED CROSS<br>PO BOX 384<br>AIKEN, SC 29802 | | TRADE PAYABLE | | $35.00 |
| ACCOUNT NO.<br>AMERICAN SCALE<br>8839-D KELSO DR.<br>BALTIMORE, MD 21221 | | TRADE PAYABLE | | $3,467.60 |
| ACCOUNT NO.<br>AMERICAN STEEL & ALUMINUM CORP<br>PO BOX 18603<br>NEWARK, NJ 02062 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>AMERICAN STOCK EXCHANGE<br>PO BOX 11181A<br>NEW YORK, NY 10286-1181 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>AMERICAN VERMICULITE<br>814 LIVINGSTON COURT<br>SUITE C<br>MARIETTA, GA 30067<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>AMERICAN WICK DRAIN<br>PO BOX 65122<br>CHARLOTTE, NC 28265 | | TRADE PAYABLE | | $59,368.00 |
| ACCOUNT NO.<br>AMERICOMM LABEL SYSTEMS<br>BOX 660<br>WILTON, NH 03086-0660 | | TRADE PAYABLE | | $901.47 |

Sheet no. 21 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>AMERIGAS - KULPSVILLE<br>PO BOX 272<br>KULPSVILLE, PA  19443-0272 | | TRADE PAYABLE | | $4,347.73 |
| ACCOUNT NO.<br>AMERIGAS - MILWAUKEE<br>632 SOUTH 84TH ST.<br>MILWAUKEE, WI  53214-1438 | | TRADE PAYABLE | | $286.93 |
| ACCOUNT NO.<br>AMERIPOL SYNPOL COMPANY<br>POBOX 95956<br>CHICAGO, IL  60694-5956 | | TRADE PAYABLE | | $4,700.59 |
| ACCOUNT NO.<br>AMERITECH CORP<br>BILL PAYMENT CENTER<br>SAGINAW, MI  48663-0003 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>AMERITECH PAGING<br>PO BOX 5082<br>SAGINAW, MI  48605-5082 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>AMERITECH<br>BILL PAYMENT CENTER<br>CHICAGO, IL  60663-0001 | | TRADE PAYABLE | | $629.98 |
| ACCOUNT NO.<br>AMERITECH<br>BILL PAYMENT CENTER<br>CHICAGO, IL  60663-0001 | | TRADE PAYABLE | | $2,531.81 |
| ACCOUNT NO.<br>A-M-F DISTRIBUTORS<br>PO BOX 398<br>MONTEBELLO, CA  90640 | | TRADE PAYABLE | | $14.00 |
| ACCOUNT NO.<br>AMSCO SALES COR.<br>PO BOX 632810<br>CINCINNATI, OH  45263-2810 | | TRADE PAYABLE | | $0.00 |

Sheet no. 22 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ANALYTICAL TESTING CONSULTANTS INC<br>301 BROOKDALE ST<br>KANNAPOLIS, NC  28083<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ANALYTICS CORP.<br>PO BOX 791022<br>BALTIMORE, MD  21279-1022 | | TRADE PAYABLE | | | | $462.00 |
| ACCOUNT NO.<br>ANDERSON GENERAL INDUSTRIAL CONTRAC<br>1531 DESOTO RD.<br>BALTIMORE, MD  21230-1203 | | TRADE PAYABLE | | | | $38,306.01 |
| ACCOUNT NO.<br>ANDON SPECIALTIES INC.<br>1215 POST OAK RD., STE. #2<br>SULPHUR, LA  70663 | | TRADE PAYABLE | | | | $14,817.72 |
| ACCOUNT NO.<br>ANDON SPECIALTIES, INC.<br>PO BOX 890661<br>DALLAS, TX  75389-0661 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ANDRESS ENGINEERING ASSOC., INC.<br>DRAWER 153<br>PO BOX 830769<br>BIRMINGHAM, AL  35283-0769 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ANDRITZ SPROUT-BAUER INC<br>POBOX 8500 (S-8785)<br>PHILADELPHIA, PA  19178-8785 | | TRADE PAYABLE | | | | $4,864.61 |
| ACCOUNT NO.<br>ANGUS CHEMICAL COMPANY<br>PO BOX 91053<br>CHICAGO, IL  60693 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 23 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. ANN GREEN COMMUNICATIONS, INC. 300 D ST. SOUTH CHARLESTON, WV 25303-3106 | | TRADE PAYABLE | | | | $876.73 |
| ACCOUNT NO. ANTHONY J DELAURENTIS PA 2001 JEFFERSON DAVIS HWY #200 ARLINGTON, VA 22202 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. ANTIBUS SCALES & SYSTEMS 3600 W. MCGILL ST., #200 SOUTH BEND, IN 46628 | | TRADE PAYABLE | | | | $884.25 |
| ACCOUNT NO. AON CONSULTING/ASA PO BOX 905494 CHARLOTTE, NC 28290-5494 UNK | | TRADE PAYABLE | | | | $76,895.61 |
| ACCOUNT NO. APACHE HOSE & BELTING, INC. PO BOX 8218 DES MOINES, IA 50301-8218 | | TRADE PAYABLE | | | | $158.54 |
| ACCOUNT NO. APL PO BOX 70218 CHICAGO, IL 60673-0218 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. APPLEBROOK RLLP ATTN: STEVE APPLEMAN 153 DENARGO MARKET DENVER, CO 80216 | | TRADE PAYABLE | | | | $465.05 |
| ACCOUNT NO. APPLIED IND TECH 22510 NETWORK PL CHICAGO, IL 60673-1225 UNK | | TRADE PAYABLE | | | | $3,325.07 |

Sheet no. 24 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. APPLIED INDUSTRIAL TECH. 22510 NETWORK PLAZA CHICAGO, IL 60673-1225 | | TRADE PAYABLE | | $77.82 |
| ACCOUNT NO. APPLIED MARKET INFORMATION, LTD 45-47 STOKES CROFT BRISTOL ENGLAND, IT BS1 3QP UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. APPLIED PROCESS TECHNOLOGY, INC. PO BOX 30167 CINCINNATI, OH 45262-0302 | | TRADE PAYABLE | | $969.58 |
| ACCOUNT NO. APPLIED RELIABILITY CONCEPTS & TRAINING INC 3933 HWY 61 N BOONVILLE, IN 47601 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. APPLIED SAFETY INC 3348-H SERVICE ST CHARLOTTE, NC 28206 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. APV AMERICAS LOCK BOX 73305 CHICAGO, IL 60673 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. APV HOMOGENIZER GROUP 500 RESEARCH DR. WILMINGTON, MA 01887 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. APV NORTH AMERICA, INC PO BOX 70380 CHICAGO, IL 60673-0380 | | TRADE PAYABLE | | $0.00 |

Sheet no. 25 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| AQUA COOL-BALTIMORE<br>8280 PATUXENT RANGE ROAD<br>JESSUP, MD 20794<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| AQUA WAVE<br>PO BOX 6097<br>INDIANAPOLIS, IN 46206-6097 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| AQUATRAC INSTRUMENTS INC<br>8660 RED OAK AVE<br>RANCHO CUCAMONGA, CA 91730-4819<br>UNK | | TRADE PAYABLE | | $1,154.00 |
| ACCOUNT NO. | | | | |
| AQUIS COMMUNICATIONS, INC.<br>PO BOX 64010<br>BALTIMORE, MD 21264-4010 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| ARAMARK REFRESHMENT SERVICES<br>265 BALLARDVALE ST<br>WILMINGTON, MA 01887 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| ARAMARK UNIFORM SERVICES<br>2334 S MICHIGAN AVE #603<br>CHICAGO, IL 60616 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| ARAMARK<br>721 GARVER RD.<br>MONROE, OH 45050 | | TRADE PAYABLE | | $911.10 |
| ACCOUNT NO. | | | | |
| ARAMATIC REFRESHMENT SERVICES INC<br>595 SW 13TH TERR SUITE C<br>POMPANO BEACH, FL 33069 | | TRADE PAYABLE | | $353.70 |

Sheet no. 26 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**     Case No. **01-01140**
Debtor                                                                                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>ARBILL INDUSTRIES, INC.<br>PO BOX 820542<br>PHILADELPHIA, PA 19182-0542 | | TRADE PAYABLE | | $2,640.50 |
| ACCOUNT NO.<br>ARBON EQUIPMENT<br>PO BOX 78196<br>MILWAUKEE, WI 53278-0196 | | TRADE PAYABLE | | $871.00 |
| ACCOUNT NO.<br>ARBUTUS REFRIGERATION, INC.<br>3635 BENSON AVE,<br>BALTIMORE, MD 21227 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>ARCADIA PRESS<br>ONE BERT DR<br>WEST BRIDGEWATER, MA 02379 | | TRADE PAYABLE | | $16,800.00 |
| ACCOUNT NO.<br>ARCADIAN EQUIPMENT INC<br>140 LAWRENCE ST<br>HACKENSACK, NJ 07601 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>ARCH COMMUNICATIONS<br>2111 GUNBARREL RD.<br>CHATTANOOGA, TN 37421 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>ARCHITECTURAL RESEARCH ASSOCIATIONS<br>300 GORGE ROAD SUITE 42<br>CLIFFSIDE PARK, NJ 07010 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>ARCTIC DRY ICE<br>STE. B&C<br>7504 CONNELLEY DR.<br>HANOVER, MD 21076 | | TRADE PAYABLE | | $1,509.20 |

Sheet no. 27 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. ARDOX CORP 6437 PIONEER ROAD CEDARBURG, WI 53012 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ARIEL DESIGN 1502 PROVIDENCE HWY UNIT 6 NORWOOD, MA 02062 | | TRADE PAYABLE | | $7,138.43 |
| ACCOUNT NO. ARISTON ENGRAVING & MACHINE CO INC 56 DRAGON COURT WOBURN, MA 01801 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ARISTONICS CORP 95 WALKER'S BROOK DR READING, MA 01867 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ARIZONA CHEMICAL CO PO BOX 730597 DALLAS, TX 75373-0597 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ARIZONA CHEMICAL COMPANY PO BOX 905251 CHARLOTTE, NC 28290-5251 | | TRADE PAYABLE | | $15,951.22 |
| ACCOUNT NO. ARIZONA CHEMICAL COMPANY PO BOX 905251 CHARLOTTE, NC 28290-5251 | | TRADE PAYABLE | | $36,152.24 |
| ACCOUNT NO. ARIZONA STORAGE RENTAL INC POBOX 48385 PHOENIX, AZ 85075-8385 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ARKANSAS READY MIXED CONCRETE 200 SO UNIV AVE/MALL PROF BLDG LITTLE ROCK, AR 72205 | | TRADE PAYABLE | | $0.00 |

Sheet no. 28 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. ARLINGTON COMPUTER PRODUCTS 851 COMMERCE COURT BUFFALO GROVE, IL  60089 | | TRADE PAYABLE | | $836.11 |
| ACCOUNT NO. ARTISAN MECHANICAL 11567 GOLDCOAST DR. CINCINNATI, OH  45249-1633 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ARUNDEL ELEVATOR CO. 152 A BLADES LN. PASADENA, MD  21122 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ARUNDEL ELEVATOR CO., INC. 152 A BLADES LN. GLEN BURNIE, MD  21060 | | TRADE PAYABLE | | $1,015.40 |
| ACCOUNT NO. ASGCO MANUFACTURING, INC. 301 GARDEN ST ALLENTOWN, PA  18102 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ASHLAND CHEMICAL COMPANY 5700 STONERIDGE MALL ROAD PLEASANTON, CA  94588 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ASHLAND CHEMICAL COMPANY PO BOX 101489 ATLANTA, GA  30392-1489 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ASHLAND CHEMICAL COMPANY PO BOX 2219 COLUMBUS, OH  43216 | | TRADE PAYABLE | | $15,747.90 |
| ACCOUNT NO. ASHLAND CHEMICAL PO BOX 101489 ATLANTA, GA  30392 | | TRADE PAYABLE | | $0.00 |

Sheet no. 29 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ASHLAND CHEMICAL, INC. PO BOX 101489 ATLANTA, GA 30392 | | TRADE PAYABLE | | | | $16,999.74 |
| ACCOUNT NO. | | | | | | |
| ASPEN PUBLISHERS INC PO BOX 64054 BALTIMORE, MD 21264-4054 | | TRADE PAYABLE | | | | $747.18 |
| ACCOUNT NO. | | | | | | |
| ASPEN TECHNOLOGY INC. TEN CANAL PARK CAMBRIDGE, MA 02141 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ASSOCIATED CABS, INC. 504 CRAIN HGWY., SW GLEN BURNIE, MD 21061 | | TRADE PAYABLE | | | | $184.00 |
| ACCOUNT NO. | | | | | | |
| ASSOCIATED LAW OFFICES 120 00 PRAHA 2 HALKOVA 2 CZECH REPUBLIC, IT UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ASSOCIATES COMMERCIAL CORP. PO BOX 410587 KANSAS CITY, MO 64141-0587 | | TRADE PAYABLE | | | | $455.75 |
| ACCOUNT NO. | | | | | | |
| ASSOCIATES COMMERCIAL CORP. PO BOX 7247-0371 PHILADELPHIA, MO 19170-0371 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| AST ACME COATINGS & LININGS SECTION 790 LOUISVILLE, KY 40289 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 30 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
　　　　Debtor

Case No. **01-01140**  
　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. <br> ASTATECH, INC. <br> 8301 TORRESDALE AVE #19C <br> PHILADELPHIA, PA 19136 | | TRADE PAYABLE | | | $10,278.00 |
| ACCOUNT NO. <br> ASU FOUNDATION <br> PO BOX 874011 <br> TEMPE, AZ 85287-4011 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. <br> AT&T EASYLINK SERVICES <br> CS DRAWER 100659 <br> ATLANTA, GA 30384-0659 | | TRADE PAYABLE | | | $1,291.00 |
| ACCOUNT NO. <br> AT&T TELECONFERENCE SERVICES <br> PO BOX 55000 <br> DETROIT, MI 48255-0830 | | TRADE PAYABLE | | | $8,862.88 |
| ACCOUNT NO. <br> AT&T TELECONFERENCE SERVICES <br> PO BOX 55000 <br> DETROIT, MI 48255-0830 | | TRADE PAYABLE | | | $18,967.30 |
| ACCOUNT NO. <br> AT&T <br> AT&T - POBOX 9001307 <br> LOUISVILLE, KY 40290-1307 | | TRADE PAYABLE | | | $46,956.18 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 27-744 <br> KANSAS CITY, MO 64180-0744 | | TRADE PAYABLE | | | $139,641.72 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 2971 <br> OMAHA, NE 68103-2971 | | TRADE PAYABLE | | | $4,497.94 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 78225 <br> PHOENIX, AZ 85062-8225 | | TRADE PAYABLE | | | $643.45 |

Sheet no. 31 of 322  sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records　　$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AT&T <br> PO BOX 78225 <br> PHOENIX, AZ 85062-8225 | | TRADE PAYABLE | | | | $14.85 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 78314 <br> PHOENIX, AZ 85062-8314 | | TRADE PAYABLE | | | | $12.38 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 78355 <br> PHOENIX, AZ 85062-8355 | | TRADE PAYABLE | | | | $23,617.47 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 78425 <br> PHOENIX, AZ 85062-8425 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 78522 <br> PHOENIX, AZ 85062-8522 | | TRADE PAYABLE | | | | $978.96 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 78522 <br> PHOENIX, AZ 85062-8522 | | TRADE PAYABLE | | | | $54.04 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 9001307 <br> LOUISVILLE, KY 40290-1307 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 9001310 <br> LOUISVILLE, KY 40290-1310 | | TRADE PAYABLE | | | | $74.38 |
| ACCOUNT NO. <br> AT&T <br> PO BOX 9001311 <br> LOUISVILLE, KY 40290-1311 | | TRADE PAYABLE | | | | $77,715.55 |

Sheet no. 32 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | |
| AT&T<br>PO BOX 9001311<br>LOUISVILLE, KY 40290-1311 | | TRADE PAYABLE | | | $29,102.65 |
| ACCOUNT NO. | | | | | |
| AT&T<br>PO BOX 9001311<br>LOUISVILLE, KY 40290-1311 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. | | | | | |
| AT&T<br>POBOX 2969<br>OMAHA, NE 68103-2969 | | TRADE PAYABLE | | | $213.99 |
| ACCOUNT NO. | | | | | |
| AT&T<br>POBOX 2971<br>OMAHA, NE 68103-2971 | | TRADE PAYABLE | | | $1,647.34 |
| ACCOUNT NO. | | | | | |
| AT&T<br>POBOX 78314<br>PHOENIX, AZ 85062-8314 | | TRADE PAYABLE | | | $569.88 |
| ACCOUNT NO. | | | | | |
| AT&T<br>POBOX 78355<br>PHOENIX, AZ 85062-8355 | | TRADE PAYABLE | | | $4,698.25 |
| ACCOUNT NO. | | | | | |
| AT&T<br>POBOX 9001309<br>LOUISVILLE, KY 40290-1309 | | TRADE PAYABLE | | | $1,489.41 |
| ACCOUNT NO. | | | | | |
| AT&T<br>POBOX 9001310<br>LOUISVILLE, KY 40290-1310 | | TRADE PAYABLE | | | $8,029.36 |
| ACCOUNT NO. | | | | | |
| ATLANTA BELTING CO<br>POBOX 105774<br>ATLANTA, GA 30348 | | TRADE PAYABLE | | | $19,137.01 |

Sheet no. 33 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ATLANTA COMMERCIAL SERVICES<br>8632 MAIN ST<br>WOODSTOCK, GA  30188 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ATLANTA DOCUMENT DESTRUCTION<br>35 HICKORY SPRINGS IND DR<br>CANTON, GA  30115 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ATLANTA GAS LIGHT COMPANY<br>PO BOX 11227<br>CHATTANOOGA, TN  37401-2227 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ATLANTA JOURNAL CONSTITUTION<br>PO BOX 105126<br>ATLANTA, GA  30348-5126 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ATLANTA JOURNAL, THE<br>PO BOX 105375<br>ATLANTA, GA  30348-5375 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ATLANTIC CONTRACTING & SPECIALTIES<br>PO BOX 64191<br>BALTIMORE, MD  21264-4191 | | TRADE PAYABLE | | | | $1,963.30 |
| ACCOUNT NO.<br>ATLANTIC FIBER TECHNOLOGIES LIMITED<br>468 PORTSWAY AVE<br>NORTH SYDNEY, NS  B2A 3L7<br>CANADA | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ATLANTIC FIBER TECHNOLOGIES<br>468 PORTSWAY AVE<br>POINT EDWARD, NS  B2A 3L7<br>CANADA | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 34 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. ATLANTIC INDUSTRIAL SERVICES INC  6600 NW 12TH AVE SUITE 205  FORT LAUDERDALE, FL 33309-1147 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ATLANTIC LIFT TRUCK, INC.  PO BOX 17126  BALTIMORE, MD 21203 | | TRADE PAYABLE | | $2,936.39 |
| ACCOUNT NO. ATLANTIC TECHNICAL SALES & SERVICE  3215 BRYSON DR  FLORENCE, SC 29501-6011 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ATLANTIC TRACY/MOTION INDUSTRIES  44 THIRD AVE  SOMERVILLE, MA 02143 | | TRADE PAYABLE | | $841.15 |
| ACCOUNT NO. A-TOP POLYMERS, INC.  47 ROCKINGHAM RD.  WINDHAM, NH 03087 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. AUBURN SYSTEMS, LLC.  8 ELECTRONICS AVE.  DANVERS, MA 01923 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. AUCHTER INDUSTRIAL VAC SERVICE INC  4801 S. WOOD AVE  LINDEN, NJ 07036 | | TRADE PAYABLE | | $47,452.19 |
| ACCOUNT NO. AUDIOMETRICS INC  3318 NORTH MARKET SUITE 2  SHREVEPORT, LA 71107 | | TRADE PAYABLE | | $1,361.00 |
| ACCOUNT NO. AUGUSTA TOOL & SPECIALTY CO.  PO BOX 6277  AUGUSTA, GA 30916-1277 | | TRADE PAYABLE | | $42.96 |

Sheet no. 35 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| AUTOMATED ENERGY SYSTEMS<br>25851 GOOSE NECK RD.<br>ROYAL OAK, MD 21662-1420 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| AUTOMATIC DATA PROCESSING<br>225 SECOND AVE<br>WALTHAM, MA 02254 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| AUTOMATIC GATES PLUS<br>10866 ST. RT. 774<br>HAMERSVILLE, OH 45130 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| AUTOMATIC SWITCH CO<br>PO BOX 73115<br>CHICAGO, IL 60673-7115 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| AVAYA FINANCIAL SERVICES<br>PO BOX 93000<br>CHICAGO, IL 60673-3000 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| AVAYA FINANCIAL SERVICES<br>POBOX 93000<br>CHICAGO, IL 60673-3000 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| AVAYA INC<br>PO BOX 27-850<br>KANSAS CITY, MO 64180-0850 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| AVAYA INC<br>PO BOX 52602<br>PHOENIX, AZ 85072-2602 | | TRADE PAYABLE | | | | $166.05 |
| ACCOUNT NO. | | | | | | |
| AVON CUSTOM MIXING SERVICES<br>55 HIGH ST<br>HOLBROOK, MA 02343 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 36 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.