In re **W.R. GRACE & CO.-CONN.**　　　　　　　　Case No. **01-01140**
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. AWAPATENT AB  BOX 5117  S-200 71  MALMO  SWEDEN, IT  99999  UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. AWCI  803 W BROAD ST  FALLS CHURCH, VA  22046 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. B&B INSTRUMENTS  16940 S VINCENNES ROAD  SOUTH HOLLAND, IL  60473 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. B&J TRUCK & EQUIPMENT  REPAIR SERVICE  601 W. PATAPSCO AVE.  BALTIMORE, MD  21225 | | TRADE PAYABLE | | $5,171.25 |
| ACCOUNT NO. B&R FABRICATORS, INC.  508 WALNUT ST.  ELMWOOD, OH  45216 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. B.A.G. CORP  PO BOX 971570  DALLAS, TX  75397-1570 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BABSON SCHOOL OF EXECUTIVE  BABSON COLLEGE  BABSON PARK, MA  02457 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BADGER METER, INC.  BIN N223  MILWAUKEE, WI  53288 | | TRADE PAYABLE | | $0.00 |

Sheet no. 37 of 322　sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records　　$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. BADGER ROOFING COMPANY 5 SMALLEY AVE MIDDLESEX, NJ 08846 | | TRADE PAYABLE | | $336.05 |
| ACCOUNT NO. BAEYCO CONSTRUCTION CO 19273 CANYON DR VILLA PARK, CA 92861 | | TRADE PAYABLE | | $2,840.65 |
| ACCOUNT NO. BAILEY COMPANY PO BOX 5346 CHATTANOOGA, TN 37406 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BAIRD'S CLEANING SERVICE 4706 SLADE DR. FAIRFIELD, OH 45014 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BAKER & MCKENZIE 32 AVE KLEBER PARIS, 75 75116 UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BAKER DONELSON BEARMAN & CALDWELL 555 ELEVENTH ST NW WASHINGTON, DC 20004 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BAKER HUGHES/BAKER PETROLITE BUSINESS SUPPORT SERVICES PO BOX 200415 HOUSTON, TX 77216-0415 | | TRADE PAYABLE | | $4,239.38 |
| ACCOUNT NO. BAKER PROCESS PO BOX 203055 SALT LAKE CITY, UT 84101 | | TRADE PAYABLE | | $0.00 |

Sheet no. 38 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> BALCONES RECYCLING <br> 1101 EAST 11th ST <br> AUSTIN, TX 78702 | | TRADE PAYABLE | | $1,008.09 |
| ACCOUNT NO. <br> BALL PACKAGING PRODUCTS CANADA INC <br> 1700 #6 ROAD <br> BRITISH COLUMBIA, BC V6V 1W3 <br> CANADA | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BALSTON, INC. <br> PO BOX C <br> LEXINGTON, MA 02173 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BALTIMORE CITY, DIRECTOR OF FINANCE <br> 200 HOLLIDAY ST. <br> BALTIMORE, MD 21202 | | TRADE PAYABLE | | $349,016.08 |
| ACCOUNT NO. <br> BALTIMORE GAS & ELECTRIC CO. <br> REVENUE PROCESSING <br> PO BOX 1431 <br> BALTIMORE, MD 21203-1431 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BALTIMORE INTERCOM <br> 904 JESSICA'S LN., STE. D <br> BEL AIR, MD 21014 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BALTIMORE RUBBER & GASKET CO., INC. <br> 9520 GERWIG LANE <br> COLUMBIA, MD 21046 | | TRADE PAYABLE | | $1,696.51 |
| ACCOUNT NO. <br> BALTIMORE RUBBER & GASKET CO., INC. <br> PO BOX 2631 <br> COLUMBIA, MD 21045-2631 | | TRADE PAYABLE | | $2,481.07 |

Sheet no. 39 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BALTIMORE RUBBER & GASKET CO.,<br>9520 GERWIG LANE<br>COLUMBIA, MD 21046 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BALTIMORE SUN<br>PO BOX 1013<br>BALTIMORE, MD 21203-1013 | | TRADE PAYABLE | | | | $10,551.72 |
| ACCOUNT NO.<br>BALTIMORE TECHNICAL SALES<br>STE. 119<br>6400 BALTIMORE NATIONAL PIKE<br>BALTIMORE, MD 21228 | | TRADE PAYABLE | | | | $217.26 |
| ACCOUNT NO.<br>BALTIMORE VALVE & FITTING INC<br>4328 RITCHIE HWY<br>BALTIMORE, MD 21225 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BARBEY<br>PO BOX 2<br>CINCINNATI, OH 45203 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BARBEY<br>PO BOX 2<br>READING, PA 19603-0002<br>UNK | | TRADE PAYABLE | | | | $53.35 |
| ACCOUNT NO.<br>BARNEGAT ANALYTICAL INSTRUMENTATION<br>PO BOX 537<br>BARNEGAT, NJ 08005 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BARNES & THORNBURG<br>11 SOUTH MERIDAN ST<br>INDIANAPOLIS, IN 46204 | | TRADE PAYABLE | | | | $67,754.31 |

Sheet no. 40 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BARNSTEAD THERMOLYNE <br> PO BOX 96752 <br> CHICAGO, IL 60693 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BARRET-FISHER CO INC <br> 800 JR MILLER BLVD <br> OWENSBORO, KY 42303 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BARTON RADIATOR & ELECTRIC <br> PO BOX 1376 <br> AIKEN, SC 29802 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BASF CORPORATION CHEMICALS DIV <br> 11501 STEELE CREEK ROAD <br> CHARLOTTE, NC 28273 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BASF CORPORATION <br> POBOX 75908 <br> CHARLOTTE, NC 28275 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BASF <br> POBOX 75908 <br> CHARLOTTE, NC 28275 | | TRADE PAYABLE | | | | $66,576.08 |
| ACCOUNT NO. <br> BASHAM RINGE Y CORREA SC <br> BOSQUES DE LAS LOMAS <br> MEXICO DF, IT 05120 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BATTELLE <br> 505 KING AVE <br> COLUMBUS, OH 43260 | | TRADE PAYABLE | | | | $1,837.16 |

Sheet no. 41 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BATTERY SHOP OF MARYLAND <br> PO BOX 828 <br> FINKSBURG, MD 21048-0828 | | TRADE PAYABLE | | | | $4,361.00 |
| ACCOUNT NO. <br> BAYER CORPORATION <br> PO BOX 75662 <br> CHARLOTTE, NC 28275-5662 | | TRADE PAYABLE | | | | $112,492.80 |
| ACCOUNT NO. <br> BAYSTATE PRESS <br> 2 WATSON PLACE 5C <br> FRAMINGHAM, MA 01701 | | TRADE PAYABLE | | | | $8,617.90 |
| ACCOUNT NO. <br> BCS <br> 5 STEEL ROAD EAST <br> MORRISVILLE, PA 19067 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BEARING HEADQUARTERS <br> PO BOX 6267 <br> EAST CHICAGO, IN 46312 | | TRADE PAYABLE | | | | $33.36 |
| ACCOUNT NO. <br> BEARINGS AND DRIVES INC. <br> PO BOX 116733 <br> ATLANTA, GA 30368-6733 | | TRADE PAYABLE | | | | $22.76 |
| ACCOUNT NO. <br> BECKMAN COULTER <br> DEPT. CH10164 <br> PALATINE, IL 60055-0164 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BEEPERS ETC INC <br> 6524 CRESCENT BLVD NORTH <br> PENNSAUKEN, NJ 08109 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 42 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| BELCO<br>BUD ENTERPRISES LINING CO.<br>PO BOX 1019<br>PRAIRIEVILLE, LA 70769-1019 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| BELL SOUTH<br>PO BOX 33009<br>CHARLOTTE, NC 28243-0001 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| BELLSOUTH WIRELESS DATA<br>PO BOX 828435<br>PHILADELPHIA, PA 19182-8435 | | TRADE PAYABLE | | | | $18.15 |
| ACCOUNT NO. | | | | | | |
| BELLSOUTH<br>85 ANNEX<br>ATLANTA, GA 30385-0001 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| BELLSOUTH<br>PO BOX 70807<br>CHARLOTTE, NC 28272-0807 | | TRADE PAYABLE | | | | $103.97 |
| ACCOUNT NO. | | | | | | |
| BELLSOUTH<br>PO BOX 740144<br>ATLANTA, GA 30374-0144 | | TRADE PAYABLE | | | | $1,269.16 |
| ACCOUNT NO. | | | | | | |
| BELLSOUTH<br>PO BOX 740144<br>ATLANTA, GA 30374-0144 | | TRADE PAYABLE | | | | $2,002.51 |
| ACCOUNT NO. | | | | | | |
| BENJAMIN CHOUAKE MD<br>POBOX 1321<br>ENGLEWOOD, NJ 07632 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 43 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BENNER CO.<br>2141 DANA AVE.<br>CINCINNATI, OH 45207 | | TRADE PAYABLE | | | | $78.75 |
| ACCOUNT NO.<br>BENNER COMPANY<br>PO BOX 632268<br>CINCINNATI, OH 45263-2268 | | TRADE PAYABLE | | | | $3,638.41 |
| ACCOUNT NO.<br>BERENFIELD CONTAINERS - PINE BLUFF<br>1515 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1005 | | TRADE PAYABLE | | | | $30,672.70 |
| ACCOUNT NO.<br>BERENFIELD CONTAINERS<br>3300 N. HUTCHISON ST.<br>PINE BLUFF, AK 71602 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BERGER,DAVIS & SINGERMAN<br>350 EAST LAS OLAS BLVD<br>FORT LAUDERDALE, FL 33301 | | TRADE PAYABLE | | | | $1,343.50 |
| ACCOUNT NO.<br>BERNAN<br>4611-F ASSEMBLY DR<br>LANHAM, MD 20706-4391 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BERT SMITH ASSOC.<br>412 41ST ST. S.<br>BIRMINGHAM, AL 35222 | | TRADE PAYABLE | | | | $3,415.19 |
| ACCOUNT NO.<br>BEST MESSENGER SERVICE INC<br>671 EXECUTIVE DR<br>WILLOWBROOK, IL 60521 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>BEST WESTERN HOMSTEAD INN<br>220 ALEWIFE BROOK PKWY<br>CAMBRIDGE, MA 02138 | | TRADE PAYABLE | | | | $1,235.76 |

Sheet no. 44 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**　　　　　　　　　　　Case No. **01-01140**
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BESTWAY CONCRETE CO <br> PO BOX 519 <br> GREELEY, CO 80632 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BETATECH ELECTRICAL AGENTS <br> 16000 MILL CREEK BLVD STE 205 <br> MILL CREEK, WA 98012 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BETSY PRICE <br> PO BOX 961018 <br> FORT WORTH, TX 76161-0018 | | TRADE PAYABLE | | | | $247.29 |
| ACCOUNT NO. <br> BETTENCOURT, PAUL <br> POBOX 4622 <br> HOUSTON, TX 77210-4622 | | TRADE PAYABLE | | | | $6,945.99 |
| ACCOUNT NO. <br> BETZ DEARBORN INC <br> PO BOX 281729 <br> ATLANTA, GA 30384-1729 | | TRADE PAYABLE | | | | $5,051.44 |
| ACCOUNT NO. <br> BETZDEARBORN DIVISION <br> PO BOX 281729 <br> ATLANTA, GA 30384-1729 | | TRADE PAYABLE | | | | $12,217.12 |
| ACCOUNT NO. <br> BETZ-DEARBORN <br> STE. 201 <br> 3070 BRISTOL PIKE <br> BENSALEM, PA 19020 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BEVEL DESIGN <br> 1703 EAST JOPPA RD. <br> BALTIMORE, MD 21234 | | TRADE PAYABLE | | | | $1,089.11 |

Sheet no. 45 of 322　sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records　　$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. BEVERIDGE & DIAMOND, P.C. SUITE 700, 1350 I ST., NW WASHINGTON, DC  20005 | | TRADE PAYABLE | | $100.73 |
| ACCOUNT NO. BFI OF NORTH AMERICA 5800 CHEMICAL RD. BALTIMORE, MD  21226 | | TRADE PAYABLE | | $2,161.70 |
| ACCOUNT NO. BFPE INTERNATIONAL PO BOX 630067 BALTIMORE, MD  21263 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BFS BUSINESS PRINTING 320 STUART ST BOSTON, MA  02116 | | TRADE PAYABLE | | $16,880.59 |
| ACCOUNT NO. BHA GROUP INC 8800 EAST 63RD ST KANSAS CITY, MO  64133 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BHA GROUP, INC. PO BOX 419263, DEPT. 75 KANSAS CITY, MO  64193-0075 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BHA GROUP, INC. PO BOX 803363 KANSAS CITY, MO  64133-4883 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BIG BOYS RIGGING 4312 PISTORIO RD. BALTIMORE, MD  21229 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BIG RIVER RUBBER & GASKET CO INC. PO BOX 369 OWENSBORO, KY  42302-0369 | | TRADE PAYABLE | | $4,755.62 |

Sheet no. 46 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. BILL WOLCOTT & ASSOC., INC. 3860 CANDYLAND LANE MORRIS, IL 60450-9595 | | TRADE PAYABLE | | $2,230.14 |
| ACCOUNT NO. BLACK MOUNTAIN SPRING WATER PO BOX 3010 SAN CARLOS, CA 94070-1310 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BLACKMAN PLUMBING SUPPLY PO BOX 9400 UNIONDALE, NY 11555-9400 | | TRADE PAYABLE | | $556.61 |
| ACCOUNT NO. BLAKE & PENDLETON, INC. PO BOX 101187 ATLANTA, GA 30392-1187 | | TRADE PAYABLE | | $880.07 |
| ACCOUNT NO. BLANCHARD MACHINERY CO 3151 CHARLESTON HWY 7517 COLUMBIA, SC 29202 UNK | | TRADE PAYABLE | | $2,043.16 |
| ACCOUNT NO. BLUE BEACON INTERNATIONAL INC POBOX 856 SALINA, KS 67402-0856 | | TRADE PAYABLE | | $2,265.95 |
| ACCOUNT NO. BLUE BOOK BUILDING AND, THE PO BOX 500 JEFFERSON VALLEY, NY 10535-0500 | | TRADE PAYABLE | | $8,039.20 |
| ACCOUNT NO. BLUE CIRCLE CEMENT PO BOX 102033 ATLANTA, GA 30368-2033 | | TRADE PAYABLE | | $0.00 |

Sheet no. 47 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> BLUE CIRCLE CEMENT, INC. <br> PO BOX 102733 <br> ATLANTA, GA  30368-0733 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BLUE CIRCLE INC <br> POBOX 102733 <br> ATLANTA, GA  30368-0733 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BMW CONSTRUCTORS, INC. <br> PO BOX 22210 <br> 1740 W. MICHIGAN ST. <br> INDIANAPOLIS, IN  46222-0210 | | TRADE PAYABLE | | $90,022.17 |
| ACCOUNT NO. <br> BNA BOOKS, DIV OF THE BUREAU OF <br> 80 NORTHFIELD AVE <br> EDISON, NJ  08837 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BOEING COURT PARTNERS <br> 289 WRIGHT BROTHERS AVE  SUITE B <br> LIVERMORE, CA  94550-9491 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BOILER EQUIPMENT INC. <br> 65 TOSCA DRIVE <br> STOUGHTON, MA  02072 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BOLET & TERRERO <br> PO BOX 7247-8738 <br> PHILADELPHIA, PA  19170-8730 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> BOLLES CO., INC. <br> 5901 RINGGOLD RD. <br> CHATTANOOGA, TN  73412 | | TRADE PAYABLE | | $0.00 |

Sheet no. 48 of 322    sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. BORREGAARD DEUTSCHLAND GMBH DEA-SCHOLVEN-STRABE 9 D-76187 KARLSRUHE, IT 76187 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. BOWERMAN'S MARINA 11045 BOWERMAN ROAD WHITE MARSH, MD 21162 | | TRADE PAYABLE | | | | $22,921.46 |
| ACCOUNT NO. BOWMAN DIST. 8106 BON AIR RD. BALTIMORE, MD 21234 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. BOWMAN DIST. PO BOX 92601 CLEVELAND, OH 44101-2601 | | TRADE PAYABLE | | | | $7,998.56 |
| ACCOUNT NO. BOWMAN DISTRIBUTION 8106 BON AIR RD. BALTIMORE, MD 21234 | | TRADE PAYABLE | | | | $69.37 |
| ACCOUNT NO. BP CHEMICALS INC. PO BOX 640252 PITTSBURGH, PA 15264-0252 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. BP ENERGY COMPANY PO BOX 198900 ATLANTA, GA 30384-8900 | | TRADE PAYABLE | | | | $5,520.83 |
| ACCOUNT NO. BP OIL CO. 930 TENNESSEE AVE. CINCINNATI, OH 45229 | | TRADE PAYABLE | | | | $644.07 |

Sheet no. 49 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BP OIL COMPANY<br>PO BOX 74842<br>CLEVELAND, OH 44194-0925 | | | TRADE PAYABLE | | | | $3,670.26 |
| ACCOUNT NO. | | | | | | | |
| BRADLEY & RILEY PC<br>PO BOX 2804<br>CEDAR RAPIDS, IA 52406-2804 | | | TRADE PAYABLE | | | | $150.00 |
| ACCOUNT NO. | | | | | | | |
| BRADLEY SUPPLY COMPANY<br>PO BOX 29096<br>CHICAGO, IL 60629-9096 | | | TRADE PAYABLE | | | | $15,144.71 |
| ACCOUNT NO. | | | | | | | |
| BRANHAM CORP<br>PO BOX 9286<br>LOUISVILLE, KY 40214 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| BRAY SALES TEXAS<br>8555 N. ELDRIDGE PKWY.<br>HOUSTON, TX 77041 | | | TRADE PAYABLE | | | | $344.57 |
| ACCOUNT NO. | | | | | | | |
| BRIGGS EQUIPMENT<br>LOCK BOX 841272<br>DALLAS, TX 75284-1272 | | | TRADE PAYABLE | | | | $140.91 |
| ACCOUNT NO. | | | | | | | |
| BRINK'S INC.<br>3610 COMMERCE DR., STE. 801<br>BALTIMORE, MD 21227 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| BRISKI INDUSTRIAL SUPPLY CO<br>5919 ARCHER AVE<br>CHICAGO, IL 60638-2802 | | | TRADE PAYABLE | | | | $1,449.21 |
| ACCOUNT NO. | | | | | | | |
| BRITE-SOL INC<br>PO BOX 7777W-3800<br>PHILADELPHIA, PA 19175-3800 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 50 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| BROCK & CO. 77 GREAT VALLEY PKWY MALVERN, PA 19355 | | TRADE PAYABLE | | | | $5,216.44 |
| ACCOUNT NO. | | | | | | |
| BROOKFIELD ENGINEERING LABS 11 COMMERCE BLVD. MIDDLEBORO, MA 02346-1031 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| BROOKHAVEN INSTRUMENTS CORPORATION 750 BLUE POINT ROAD HOLTSVILLE, NY 11742-1896 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| BROWN CHEMICAL CO INC PO BOX 10414 NEWARK, NJ 07193-0414 | | TRADE PAYABLE | | | | $8,332.80 |
| ACCOUNT NO. | | | | | | |
| BROWNING FERRIS INDUSTRIES 7521 CEMENTARY LANE ELKRIDGE, MD 21227 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| BROWNING FERRIS INDUSTRIES PO BOX 9001266 LOUISVILLE, KY 40290-1266 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| BROWNING-FERRIS INDUSTRIES OF UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| BROWNING-FERRIS INDUSTRIES BALTIMORE DISTRICT #358 FEIN 41-1696636 PO BOX 9001462 LOUISVILLE, KY 40290-1462 | | TRADE PAYABLE | | | | $7,440.07 |

Sheet no. 51 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. BROWNING-FERRIS INDUSTRIES BFI OF TN., INC. PO BOX 9001228 LOUISVILLE, KY 40290-1228 | | TRADE PAYABLE | | $855.10 |
| ACCOUNT NO. BROWNING-FERRIS INDUSTRIES PO BOX 78701 PHOENIX, AZ 85062-8701 | | TRADE PAYABLE | | $436.25 |
| ACCOUNT NO. BROWNING-FERRIS INDUSTRIES POBOX 9001487 LOUISVILLE, KY 40290-1487 | | TRADE PAYABLE | | $1,139.10 |
| ACCOUNT NO. BUCKEYE PUMP PO BOX 643002 CINCINNATI, OH 45216-1612 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BUILD BOSTON 1645 FALMOUTH ROAD SUITE 1A CENTERVILLE, MA 02632 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BUILDING ENGINEERING RESOURCES, INC 28 MAIN ST. NORTH EASTON, MA 02356 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BUILDING TECHNOLOGY ENGINEERS, INC. PO BOX 5951 BOSTON, MA 02206-5951 | | TRADE PAYABLE | | $4,067.04 |
| ACCOUNT NO. BULK LIFT INTERNATIONAL DEPT 25-8207 CHICAGO, IL 60678-8207 | | TRADE PAYABLE | | $9,075.00 |

Sheet no. 52 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. BULK LIFT INTL., INC. 1013 TAMARAC DR. CARPENTERSVILLE, IL 60110 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BURCH CORPORATION PO BOX 610566 BIRMINGHAM, AL 35261-0566 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BUREAU OF NATIONAL AFFAIRS INC PO BOX 64543 BALTIMORE, MD 21264-4543 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BURGLAR ALARMS & SECURITY OF PO BOX 197 LAKE CHARLES, LA 70602-0197 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BURKS INC POBOX 43026 ATLANTA, GA 30336 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BURLINGTON ENGINEERING DIV OF INTERSTATE ELECTRICAL BILLERICA, MA 01862 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. BURRELLE'S 75 EAST NORTHFIELD ROAD LIVINGSTON, NJ 07039 | | TRADE PAYABLE | | $414.22 |
| ACCOUNT NO. BUSCH, INC. PO BOX 100602 ATLANTA, GA 30384-0602 | | TRADE PAYABLE | | $0.00 |

Sheet no. 53 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BUSINESS & LEGAL REPORTS INC <br> 141 MILL ROCK ROAD EAST <br> PO BOX 6001 <br> OLD SAYBROOK, CT 06475-9849 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BUSINESS & LEGAL REPORTS, INC. <br> 39 ACADEMY ST. <br> MADISON, CT 06443-1513 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> BUSINESS WORLD INC <br> 188 FOOTHILL ROAD <br> BRIDGEWATER, NJ 08807 | | TRADE PAYABLE | | | | $111.30 |
| ACCOUNT NO. <br> BUTLER, RUBIN, SALTARELLI & BOYD <br> 70 W. MADISON SUITE 1505 <br> CHICAGO, IL 60602 | | TRADE PAYABLE | | | | $73,674.45 |
| ACCOUNT NO. <br> BWF AMERICA, INC. <br> 7453 EMPIRE DR. #340 <br> FLORENCE, KY 41042 | | TRADE PAYABLE | | | | $3,548.59 |
| ACCOUNT NO. <br> BYK-GARDNER, USA <br> PO BOX 798009 <br> SAINT LOUIS, MO 63179-8000 | | TRADE PAYABLE | | | | $1,446.16 |
| ACCOUNT NO. <br> C & H DISTRIBUTORS INC. <br> POBOX 88031 <br> MILWAUKEE, WI 53288-0031 | | TRADE PAYABLE | | | | $60.82 |
| ACCOUNT NO. <br> C & M SCALE CO. <br> 7241 W. ROOSEVELT ROAD <br> FOREST PARK, IL 60130 | | TRADE PAYABLE | | | | $1,940.39 |

Sheet no. 54 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
        Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| C C WAGNER & CO<br>6401 S ARCHER ROAD<br>SUMMIT, IL 60501 | | TRADE PAYABLE | | | | $6,621.39 |
| ACCOUNT NO. | | | | | | |
| C W BRABENDER INSTRUMENTS INC<br>POBOX 2127<br>SOUTH HACKENSACK, NJ 07606 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| C&C OXYGEN CO.<br>3615 ROSSVILLE BLVD.<br>CHATTANOOGA, TN 37407 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| C&M IRON & METAL CO INC<br>2390 W HAMPDEN AVE<br>ENGLEWOOD, CO 80110 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| C. A. BRIGGS CO.<br>632 DAVISVILLE RD.<br>WILLOW GROVE, PA 19090 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| C. S. BELL CO.<br>PO BOX 291<br>TIFFIN, OH 44883 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CADUCEUS MEDICAL ASSOC.<br>PO BOX 102964<br>ATLANTA, GA 30368-2964 | | TRADE PAYABLE | | | | $2,943.00 |
| ACCOUNT NO. | | | | | | |
| CAHILL GORDON & REINDEL<br>Eighty Pine St.<br>NEW YORK, NY 10005 | | TRADE PAYABLE | | | | $104,729.46 |
| ACCOUNT NO. | | | | | | |
| CAL. ASSOC. FOR RETARDED CITIZENS<br>4100 J. BENNETT JOHNSTON AVE<br>LAKE CHARLES, LA 70615 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 55 of 322    sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.