In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| CALCASIEU MECH. CONTRACTORS, INC.<br>PO BOX 7728<br>LAKE CHARLES, LA  70606 | | TRADE PAYABLE | | $500.00 |
| ACCOUNT NO. | | | | |
| CALCASIEU RENTALS, INC.<br>233 HWY 397<br>LAKE CHARLES, LA  70615 | | TRADE PAYABLE | | $1,090.52 |
| ACCOUNT NO. | | | | |
| CAL-REGION SUPPLY INC<br>475 E 151ST ST<br>EAST CHICAGO, IN  46312 | | TRADE PAYABLE | | $765.04 |
| ACCOUNT NO. | | | | |
| CALUMET ELECTRIC SUPPLY CORP<br>456 E CHICAGO AVE<br>EAST CHICAGO, IN  46312 | | TRADE PAYABLE | | $1,257.85 |
| ACCOUNT NO. | | | | |
| CALUMET LUBRICANTS COMPANY LP<br>21457 NETWORK PLACE<br>CHICAGO, IL  60673-1214 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CALUMET LUMBER, INC.<br>402 E. CHICAGO AVE.<br>EAST CHICAGO, IN  46312 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CAMBRIDGE LUMBER & SUPPLY INC.<br>135 HARVEY ST<br>CAMBRIDGE, MA  02140 | | TRADE PAYABLE | | $211.63 |
| ACCOUNT NO. | | | | |
| CAMBRIDGE MACHINE CO INC<br>315 NEW BOSTON ST<br>WOBURN, MA  01801 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CAMBRIDGE POLICE DETAIL FUND<br>POBOX 268<br>CAMBRIDGE, MA  02139 | | TRADE PAYABLE | | $0.00 |

Sheet no. 56 of 322    sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> CAMCO <br> PO BOX 93782 <br> CHICAGO, IL 60673 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CAMDEN COUNTY MUNICIPAL UTILITIES <br> PO BOX 1105 <br> BELLMAWR, NJ 08099-5105 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CAMEO CONTROLS CO. <br> 1245 FOREST, UNIT #3 <br> LINCOLNWOOD, IL 60018 | | TRADE PAYABLE | | $8,891.22 |
| ACCOUNT NO. <br> CAMERON & BARKLEY CO. <br> P.O BOX 751080 <br> CHARLOTTE, NC 28275-1080 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CAMERON & BARKLEY CO., INC. <br> PO BOX 22668 <br> CHATTANOOGA, TN 37421 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CAMERON ASHLEY BLDG. PRODUCTS <br> PO BOX 1287 <br> LAKEVILLE, MA 02347 | | TRADE PAYABLE | | $1,250.00 |
| ACCOUNT NO. <br> CAMERON COMMUNICATIONS CORP. <br> PO BOX 167 <br> SULPHUR, LA 70664 | | TRADE PAYABLE | | $2,018.74 |
| ACCOUNT NO. <br> CAMERON PUBLISHING <br> PO BOX 1565 <br> SULPHUR, LA 70664 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CAMERON TELEPHONE COMPANY <br> PO BOX 1110 <br> SULPHUR, LA 70664-1110 | | TRADE PAYABLE | | $6,567.20 |

Sheet no. 57 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> CANTEEN CORPORATION <br> PO BOX 91337 <br> CHICAGO, IL 60693-1337 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CANTWELL AND PAXTON INC <br> 2001 JEFFERSON DAVIS HWY <br> ARLINGTON, VA 22202-3603 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CAPTECH 2000 INC <br> POBOX 621 <br> POMPANO BEACH, FL 33061 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CARBIDE SPECIALTIES CO <br> PO BOX 541389 <br> WALTHAM, MA 02454 | | TRADE PAYABLE | | $1,381.00 |
| ACCOUNT NO. <br> CARBIDE SPECIALTIES CORP. <br> PO BOX 541389 <br> WALTHAM, MA 02454-1389 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CARDINAL CLEANING <br> 4952 W.128TH PLACE <br> ALSIP, IL 60803 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CARDINAL LABORATORIES, INC. <br> 622 BUTTERMILK PIKE <br> COVINGTON, KY 41017 | | TRADE PAYABLE | | $1,250.00 |
| ACCOUNT NO. <br> CARELLA BYRNE BAIN GILFILLAN <br> CECCHI STEWART & OLSTEIN <br> 6 BECKER FARM ROAD <br> ROSELAND, NJ 07068 | | TRADE PAYABLE | | $49,717.83 |

Sheet no. 58 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> CARGILL INC <br> POBOX 0283 <br> PITTSBURGH, PA 15264-0283 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CARGILL INC. <br> POBOX 0283 <br> PITTSBURGH, PA 15264-0283 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CARL ERIC JOHNSON, INC <br> 2171 TUCKER INDUSTRIAL RD. <br> TUCKER, GA 30084 | | TRADE PAYABLE | | $12,107.00 |
| ACCOUNT NO. <br> CARL POE CO., INC. <br> 5401 WASHINGTON AVE. <br> HOUSTON, TX 77007 | | TRADE PAYABLE | | $393.33 |
| ACCOUNT NO. <br> CARLOS EDUARDO DE SIQUEIRA TANGO <br> PRACA DIAMANTE 101 ALPHAVILLE 09 <br> SANTANA DE PARNAIBA, SP 06500-000 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CARLYSLE ENGINEERING INC. <br> 132 BROOKSIDE AVE <br> BOSTON, MA 02130 | | TRADE PAYABLE | | $1,500.00 |
| ACCOUNT NO. <br> CARPENTER CO <br> PO BOX 75252 <br> CHARLOTTE, NC 28275 | | TRADE PAYABLE | | $13,355.16 |
| ACCOUNT NO. <br> CARRIER CORP. <br> 7200 RUTHERFORD RD. <br> BALTIMORE, MD 21244 | | TRADE PAYABLE | | $0.00 |

Sheet no. 59 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| CARROLL INDEPENDENT FUEL CO. 2700 LOCH RAVEN RD. BALTIMORE, MD 21218-4700 | | TRADE PAYABLE | | $3,861.17 |
| ACCOUNT NO. | | | | |
| CARTER CHAMBERS SUPPLY, INC. PO BOX 62848 NEW ORLEANS, LA 70162-2848 | | TRADE PAYABLE | | $700.62 |
| ACCOUNT NO. | | | | |
| CARVER INC PO BOX 7849 GARDEN CITY, GA 31418 | | TRADE PAYABLE | | $25.98 |
| ACCOUNT NO. | | | | |
| CASNER & EDWARDS 303 Congress ST BOSTON, MA 02110 | | TRADE PAYABLE | | $379,803.22 |
| ACCOUNT NO. | | | | |
| CASNER & EDWARDS,LLP ONE FEDERAL ST BOSTON, MA 02110 | | TRADE PAYABLE | | $1,121.10 |
| ACCOUNT NO. | | | | |
| CASS INFORMATION SYSTEMS INC. PO BOX 17646 SAINT LOUIS, MO 63178 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CASS INFORMATION SYSTEMS 900 CHELMSFORD ST LOWELL, MA 02851-8102 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CATCHING FLUID POWER CO DEPT 77-3643 CHICAGO, IL 60678-3643 | | TRADE PAYABLE | | $30,211.15 |
| ACCOUNT NO. | | | | |
| CATERPILLAR FINANCIAL SERVICES CORP PO BOX 905561 CHARLOTTE, NC 28290-5561 | | TRADE PAYABLE | | $0.00 |

Sheet no. 60 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| CATERPILLAR FINANCIAL SERVICES CORP<br>POBOX 905561<br>CHARLOTTE, NC  28290-5561 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CATERPILLAR FINANCIAL SERVICES<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CAVELIER ABOGADOS<br>POBOX 17014<br>WILMINGTON, DE  19850-7014 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CB COMMERCIAL REAL ESTATE GROUP INC<br>201 E 5TH ST SUITE 1510<br>CINCINNATI, OH  45202 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CB CONCRETE COMPANY<br>PO BOX 11767<br>RENO, NV  89510 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CB KRAMER<br>181D HOWARD<br>ELK GROVE, IL  60007 | | TRADE PAYABLE | | $244.63 |
| ACCOUNT NO. | | | | |
| CC FILLMORE TRUCK REPAIR INC<br>869 BURROUGHS ROAD<br>BOXBOROUGH, MA  01719 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CC INDUSTRIAL SUPPLY CO., INC.<br>4845 HOMESTEAD RD. STE 530<br>HOUSTON, TX  77028 | | TRADE PAYABLE | | $4,660.74 |
| ACCOUNT NO. | | | | |
| CCBN.COM<br>PO BOX 826132<br>PHILADELPHIA, PA  19182-6132 | | TRADE PAYABLE | | $0.00 |

Sheet no. 61 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>CCH CORSEARCH<br>233 SPRING ST<br>NEW YORK, NY 10013 | | TRADE PAYABLE | | $2,858.00 |
| ACCOUNT NO.<br>CCH INCORPORATED<br>PO BOX 4307<br>CAROL STREAM, IL 60197-4307 | | TRADE PAYABLE | | $836.05 |
| ACCOUNT NO.<br>CCI CHEMCOMM, INC.<br>PO BOX 130<br>KATY, TX 77492-0130 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>CDF CORPORATION<br>77 INDUSTRIAL PARK ROAD<br>PLYMOUTH, MA 02360 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>CDW COMPUTER CENTERS, INC.<br>1020 E. LAKE COOK RD.<br>BUFFALO GROVE, IL 60089 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>CDW COMPUTER CENTERS, INC.<br>PO BOX 75723<br>CHICAGO, IL 60675-5723 | | TRADE PAYABLE | | $31,701.28 |
| ACCOUNT NO.<br>CED-CREDIT<br>CED CREDIT DEPT<br>PO BOX 1510<br>CARY, NC 27512-1510 | | TRADE PAYABLE | | $3,899.15 |
| ACCOUNT NO.<br>CELEBRITY SERVICES - WISCONSIN<br>PO BOX 3037<br>OMAHA, NE 68103-0037 | | TRADE PAYABLE | | $0.00 |

Sheet no. 62 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CELLULAR ONE - CHICAGO<br>PO BOX 806055<br>CHICAGO, IL 60680-6055 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CEMEX<br>PO BOX 120810 DEPT. 0810<br>DALLAS, TX 75312-0810 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CENTER ENTERPRISES INC<br>DBA CENTRAL ELECTRIC CO<br>POBOX 7567<br>HOUSTON, TX 77270-7567 | | | TRADE PAYABLE | | | | $12,181.59 |
| ACCOUNT NO.<br>CENTER FOR PROF. ADVANCEMENT<br>PO BOX 964<br>EAST BRUNSWICK, NJ 08816-0964 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CENTER FOR TOXICOLOGY &<br>615 W MARKHAM<br>LITTLE ROCK, AR 72201 | | | TRADE PAYABLE | | | | $158,685.82 |
| ACCOUNT NO.<br>CENTRAL CONCRETE SUPPLY CO INC<br>610 MCKENDRIE ST<br>SAN JOSE, CA 95110<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CENTRAL ELECTRIC CO<br>POBOX 7567<br>HOUSTON, TX 77270 | | | TRADE PAYABLE | | | | $192.17 |
| ACCOUNT NO.<br>CENTRAL RENT-A-CRANE, INC.<br>PO BOX 2159<br>HAMMOND, IN 46323 | | | TRADE PAYABLE | | | | $1,085.00 |

Sheet no. 63 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                           Case No. **01-01140**
　　　　　Debtor                                                                                     (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| CENTRAL TRANSPORT INT'NL, INC. PO BOX 80 80 WARREN, MI 48090 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CENTURY III INC ONE CENTURY PLACE GREER, SC 29651 | | TRADE PAYABLE | | | | $12,797.50 |
| ACCOUNT NO. | | | | | | |
| CERTIFIED PRODUCTS INC 400 WEST SIDE AVE JERSEY CITY, NJ 07305 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CES CONTROLLED ENVIROMENTAL SERVICE PO BOX 401 OAKLEY, CA 94561 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHALMERS & KUBECK, INC. 150 COMMERCE DR. PO BOX 2447 ASTON, PA 19014-0447 | | TRADE PAYABLE | | | | $1,918.00 |
| ACCOUNT NO. | | | | | | |
| CHAMBERS DRUM COMPANY, INC 111 HOWELL AVE FAIRBURN, GA 30213 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHAMPION TRANSPORTATION SERVICES, Inc 200 CHAMPION WAY NORTHLAKE, IL 60164 UNK | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 64 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| CHARITIES FUNDS TRANSFER INC<br>701 NORTH FAIRFAX ST SUITE 300<br>ALEXANDRIA, VA 22314<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHARLES D JONES CO<br>PO BOX 17846<br>DENVER, CO 80217-0846 | | TRADE PAYABLE | | | | $73.02 |
| ACCOUNT NO. | | | | | | |
| CHARTS INC<br>PO BOX 110<br>12977 ARROYO ST<br>SAN FERNANDO, CA 91341 | | TRADE PAYABLE | | | | $104.18 |
| ACCOUNT NO. | | | | | | |
| CHASON SERV ENGINEERS, INC.<br>1947 GREENSPRING DR.<br>TIMONIUM, MD 21093-4165 | | TRADE PAYABLE | | | | $1,448.52 |
| ACCOUNT NO. | | | | | | |
| CHATTANOOGA BUSINESS MACHINES<br>6220 AIRPARK DR.<br>CHATTANOOGA, TN 37421 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHEM SOURCES INTERNATIONAL<br>PO BOX 1824<br>CLEMSON, SC 29633 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHEMAX PERFORMANCE CHEMICALS<br>POST OFFICE BOX 642257<br>PITTSBURGH, PA 15264-2257 | | TRADE PAYABLE | | | | $2,508.00 |
| ACCOUNT NO. | | | | | | |
| CHEMCENTRAL / SAN FRANCISCO<br>FILE NO 91685<br>LOS ANGELES, CA 90074-1685 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 65 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| CHEMCENTRAL<br>PO BOX 99139<br>CHICAGO, IL 60693-9139 | | TRADE PAYABLE | | | | $7,182.50 |
| ACCOUNT NO. | | | | | | |
| CHEMCENTRAL/ATLANTA<br>FILE #91590<br>PO BOX 1067<br>CHARLOTTE, NC 28201-1067 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHEMCENTRAL/CHICAGO<br>PO BOX 91764<br>CHICAGO, IL 60693-1764 | | TRADE PAYABLE | | | | $440.00 |
| ACCOUNT NO. | | | | | | |
| CHEMETRICS<br>4295 CATLETT RD. RTE 28<br>CALVERTON, VA 20138 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHEMGLASS INC.<br>3861 N. MILL RD.<br>VINELAND, NJ 08360 | | TRADE PAYABLE | | | | $469.00 |
| ACCOUNT NO. | | | | | | |
| CHEMICAL ABSTRACTS SERVICE<br>DOCUMENTS<br>2540 OLENTANGY RIVER ROAD<br>COLUMBUS, OH 43202 | | TRADE PAYABLE | | | | $519.50 |
| ACCOUNT NO. | | | | | | |
| CHEMICAL ABSTRACTS SERVICE<br>PO BOX 82228<br>COLUMBUS, OH 43210 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHEMICAL ABSTRACTS SERVICE<br>POBOX 82228<br>COLUMBUS, OH 43202-0228 | | TRADE PAYABLE | | | | $3,312.00 |

Sheet no. 66 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> CHEMICAL DISTRIBUTION <br> PO BOX 4240 <br> CAROL STREAM, IL 60197-4240 | | TRADE PAYABLE | | $9,033.66 |
| ACCOUNT NO. <br> CHEMICAL PROCESS CO. <br> DIV. OF FEDERAL EQUIPMENT CO. <br> 8200 BESSEMER AVE. <br> CLEVELAND, OH 44127 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CHEMICAL SPECIALTIES, INC. <br> 21761 NETWORK PLACE <br> CHICAGO, IL 60673 | | TRADE PAYABLE | | $31,209.40 |
| ACCOUNT NO. <br> CHEMICAL WASTE MANAGEMENT, INC <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CHEMICAL WASTE MANAGEMENT, INC. <br> 7170 JOHN BRANNON RD. <br> SULPHUR, LA 70665 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CHEMICALS UNLIMITED, INC. <br> 3 WALLY COURT <br> LUTHERVILLE, MD 21093 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CHEMLIME CORPORATION <br> 32 COMMERCE DR. CN1148 <br> CRANFORD, NJ 07016 | | TRADE PAYABLE | | $1,418.85 |
| ACCOUNT NO. <br> CHEMSTAR, INC. <br> 9241 AKCAN CIRCLE, NW <br> NORTH CANTON, OH 44720-4581 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CHEMSTRETCH <br> PO BOX 579 <br> STEVENSVILLE, MD 21666 | | TRADE PAYABLE | | $4,532.80 |

Sheet no. 67 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| CHESAPEAKE OPTICAL CO. & SAFETY<br>PO BOX 272<br>MILLERSVILLE, MD 21108 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHESAPEAKE ORTHOPAEDIC & SPORTS<br>200 HOSPITAL DR. 2ND FL.<br>GLEN BURNIE, MD 21061-5884 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHESSIE SALES GROUP, INC.<br>5626 SOUTHWESTERN BLVD.<br>BALTIMORE, MD 21227 | | TRADE PAYABLE | | | | $25,703.95 |
| ACCOUNT NO. | | | | | | |
| CHESTERTON, INC.<br>650 w grand ave<br>suite 313<br>elmhurst, IL 60126 | | TRADE PAYABLE | | | | $3,278.98 |
| ACCOUNT NO. | | | | | | |
| CHEVRON PHILLIPS CHEMICAL CO. LP<br>BOX 500493<br>500493<br>SAINT LOUIS, MO 63150<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHICAGO KENWORTH INC<br>POBOX 190<br>MARKHAM, IL 60426 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHICAGO TITLE INSURANCE COMPANY<br>19 E FAYETTE ST SUITE 300<br>BALTIMORE, MD 21202-6420<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CHICAGOLAND QUAD CITIES EXP.<br>7715 S. 78TH AVE.<br>BRIDGEVIEW, IL 60455 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 68 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CHIEF SPECIALTY CO.<br>PO BOX 61<br>ARVONIA, VA 23004 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CHINA PATENT AGENT (HK) LTD<br>23 HARBOUR RD<br>WANCHAI HONG KONG, IT<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CHROMA COPY<br>12 CHANNEL ST<br>BOSTON, MA 02210 | | TRADE PAYABLE | | | | $1,184.04 |
| ACCOUNT NO.<br>CHROMATE IND. CORP.<br>100 DAVINCI DR.<br>BOHEMIA, NY 11716 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CHROMATE IND. CORP.<br>PO BOX 9124<br>UNIONDALE, NY 11555-9124 | | TRADE PAYABLE | | | | $2,481.14 |
| ACCOUNT NO.<br>CIANBRO CORP.<br>711 PITMAN RD.<br>BALTIMORE, MD 21226 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CINCINNATI BELL TELEPHONE<br>DEPT 1811<br>CINCINNATI, OH 45274-1811 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CINCINNATI BELL TELEPHONE<br>PO BOX 145553<br>CINCINNATI, OH 45250-5553<br>UNK | | TRADE PAYABLE | | | | $210.08 |

Sheet no. 69 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> CINCINNATI ELECTRIC, INC. <br> PO BOX 640492 <br> CINCINNATI, OH 45264-0492 | | TRADE PAYABLE | | $1,452.72 |
| ACCOUNT NO. <br> CINCINNATI GAS & ELECT. CO. <br> 139 E. FOURTH ST. <br> CINCINNATI, OH 45202 | | TRADE PAYABLE | | $89,554.35 |
| ACCOUNT NO. <br> CINCINNATI GASKET PKG.& MFG, I <br> 40 ILLINOIS AVE. <br> CINCINNATI, OH 45215 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> CINCINNATI GASKET PKG.& MFG, INC. <br> 40 ILLINOIS AVE. <br> CINCINNATI, OH 45215 | | TRADE PAYABLE | | $110.57 |
| ACCOUNT NO. <br> CINCINNATI WATER WORKS <br> LOCATION 1845 <br> CINCINNATI, OH 45274-1845 | | TRADE PAYABLE | | $83,900.65 |
| ACCOUNT NO. <br> CINTAS <br> 5570 RIDGE RD. <br> CINCINNATI, OH 45213 | | TRADE PAYABLE | | $1,551.80 |
| ACCOUNT NO. <br> CISCO SYSTEMS <br> 170 WEST TASMAN DR <br> SAN JOSE, CA 95134-1705 | | TRADE PAYABLE | | $5,728.77 |
| ACCOUNT NO. <br> CITGO PETROLEUM CORPORATION <br> POBOX 659590 <br> SAN ANTONIO, TX 78265-9590 | | TRADE PAYABLE | | $1,316.92 |

Sheet no. 70 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CITIBANK N.A.<br>NORTH AMERICAN TRADE FINANCE<br>BLDG F 1ST FL<br>3800 CITIBANK CENTER<br>TAMPA, FL 33610 | | TRADE PAYABLE | | | | $9,616.25 |
| ACCOUNT NO.<br>CITICORP DEL-LEASE INC<br>POBOX 7247-7878<br>PHILADELPHIA, PA 19170-7878 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CITIWASTE INC<br>PO BOX 9001154<br>LOUISVILLE, KY 40290-1154<br>UNK | | TRADE PAYABLE | | | | $27,311.68 |
| ACCOUNT NO.<br>CITY OF ANAHEIM<br>PO BOX 3069<br>ANAHEIM, CA 92803-3069 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>CITY OF ATLANTA WATER DEPT.<br>POBOX 740560<br>ATLANTA, GA 30374-0560 | | TRADE PAYABLE | | | | $2,259.30 |
| ACCOUNT NO.<br>CITY OF CHICAGO-DEPT. OF WATER<br>PO BOX 6330<br>CHICAGO, IL 60680-6330 | | TRADE PAYABLE | | | | $92,127.29 |
| ACCOUNT NO.<br>CITY OF HILLSBORO<br>PO BOX 19<br>HILLSBORO, MO 63050 | | TRADE PAYABLE | | | | $1.39 |
| ACCOUNT NO.<br>CITY OF HOUSTON WATER DEPT<br>POBOX 1560<br>HOUSTON, TX 77251 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 71 of 322  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. CITY OF HOUSTON, WATER DEPT. PO BOX 1560 HOUSTON, TX 77251 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CITY OF MILWAUKEE 841 NORTH BROADWAY ROOM 406 MILWAUKEE, WI 53202-3687 | | TRADE PAYABLE | | | | $663.29 |
| ACCOUNT NO. CITY OF NEWARK DIV OF WATER 920 BROAD ST., ROOM 117 NEWARK, NJ 07102 | | TRADE PAYABLE | | | | $24.08 |
| ACCOUNT NO. CITY OF OLATHE POBOX 768 100 W. SANTA FE OLATHE, KS 66051-0768 | | TRADE PAYABLE | | | | $68.98 |
| ACCOUNT NO. CITY OF SANTA ANA PO BOX 1964 SANTA ANA, CA 92702 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CITY STAMP & SIGN CO. 3725 HWY 27 S SULPHUR, LA 70665 | | TRADE PAYABLE | | | | $1,207.08 |
| ACCOUNT NO. CITY TREASURER . NEW CASTLE, PA 16101-2220 | | TRADE PAYABLE | | | | $6,281.80 |
| ACCOUNT NO. CK WITCO CORPORATION DEPT CH 10642 PALATINE, IL 60055-0642 | | TRADE PAYABLE | | | | $2,140.74 |

Sheet no. 72 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CK WITCO CORPORATION <br> DEPT CH 106420 <br> PALATINE, IL  60055-0642 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> CK WITCO <br> PO BOX 360313 <br> PITTSBURGH, PA  15251 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> CLARK ENTERPRISES INC. <br> 3132 W. Thomas Rd. <br> PHOENIX, AZ  85017 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> CLARKE REYNOLDS ELECTRIC CO. <br> 1840 JOHANNA DR. <br> HOUSTON, TX  77055 | | TRADE PAYABLE | | | | $2,475.89 |
| ACCOUNT NO. <br> CLAWSON CONTAINER CO <br> DRAWER 641615  P.O. BOX 64000 <br> DETROIT, MI  48264-1615 | | TRADE PAYABLE | | | | $442.99 |
| ACCOUNT NO. <br> CLAYTON GROUP SERVICES INC <br> POBOX 67000 <br> DETROIT, MI  48267-1872 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> CLAYTON-COLFAX LOCKSMITH <br> 63 NW 7TH ST <br> BOCA RATON, FL  33432 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> CLEAN AIR AMERICA, INC <br> 7 SUPERIOR BLVD SE <br> ROME, GA  30161 | | TRADE PAYABLE | | | | $1,716.13 |

Sheet no. 73 of 322  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>CLEAN HARBORS ENV. SERVICES<br>PO BOX 510<br>BOSTON, MA 02102<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>CLEAN HARBORS INC<br>PO BOX D 3442<br>BOSTON, MA 02241-3442 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>CLEANHARBORS<br>PO BOX 510<br>BOSTON, MA 02102 | | TRADE PAYABLE | | $7,140.47 |
| ACCOUNT NO.<br>CLEANING WORLD INC<br>188-190 PACIFIC ST<br>PATERSON, NJ 07503-2714<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>CLEANNET, INC.<br>STE. 208<br>9861 BROKEN LAND PKWY.<br>COLUMBIA, MD 21046 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>CLEMENT COMMUNICATIONS, INC.<br>PO BOX 500<br>CONCORDVILLE, PA 19331-0500 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>CLEMENT LUMBER CO INC<br>POBOX 39<br>WOODRUFF, SC 29388 | | TRADE PAYABLE | | $639.52 |
| ACCOUNT NO.<br>CLEMTEX<br>248 MCCARTY DR.<br>PO BOX 15214<br>HOUSTON, TX 77220-5214 | | TRADE PAYABLE | | $30,162.32 |

Sheet no. 74 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.