In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. CLEVELAND VIBRATOR CO. 2828 CLINTON AVE. CLEVELAND, OH 44113 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CLEVELAND WOOD PROD. CO. PO BOX 2544 CLEVELAND, TN 37320 | | TRADE PAYABLE | | $7,898.88 |
| ACCOUNT NO. CLEXTRAL, INC. 14450 CARLSON CIRCLE TAMPA, FL 33626 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CLINICAL SUPPLY CO. 5639 UNION CENTRE DR. WEST CHESTER, OH 45069 | | TRADE PAYABLE | | $4,228.28 |
| ACCOUNT NO. CLINICAL SUPPLY CO. 9183 ALLEN RD. WEST CHESTER, OH 45069 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CLINTON-NEWBERRY NATURAL GAS AUTH PODRAWER 511 CLINTON, SC 29325 | | TRADE PAYABLE | | $71,968.65 |
| ACCOUNT NO. CMA, INC. 24W500 Maple AVE , Suite 207 NAPERVILLE, IL 60540 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CMO MEETING CONCEPTS POBOX 680856 ORLANDO, FL 32868-0856 | | TRADE PAYABLE | | $0.00 |

Sheet no. 75 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. COASTAL TECHNICAL SALES STE.A 400 BABYLON RD. HORSHAM, PA 19044-1233 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CODAN SERVICES LIMITED POBOX HM 1022 HAMILTON HM DX BERMUDA, IT UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CODE CONSORTIUM INC., THE 2724 ELKS WAY NAPA, CA 94558 | | TRADE PAYABLE | | $12,845.65 |
| ACCOUNT NO. COFFEE BREAK SERVICES, INC. 1940 LOSANTIVILLE RD. CINCINNATI, OH 45237 | | TRADE PAYABLE | | $534.24 |
| ACCOUNT NO. COGSWELL, GEORGE E 6570 BALTIMORE PIKE LITTLESTOWN, PA 17340 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COLESCO-HITT EQUIPMENT CO. 6060 INTERSTATE CIRCLE CINCINNATI, OH 45242 | | TRADE PAYABLE | | $275.45 |
| ACCOUNT NO. COLOMBIA PIPE & SUPPLY CO 135 S LASALLE ST DEPT 1209 CHICAGO, IL 60674-1209 | | TRADE PAYABLE | | $501.44 |
| ACCOUNT NO. COLORITE POLYMERS PO BOX 116 BURLINGTON, NJ 08016 | | TRADE PAYABLE | | $0.00 |

Sheet no. 76 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| COLORITE POLYMERS<br>POBOX 8538-262<br>PHILADELPHIA, NJ 19171 | | TRADE PAYABLE | | | | $65,377.50 |
| ACCOUNT NO. | | | | | | |
| COLUMBIA BALANCE SERVICE<br>PO BOX 624<br>BOWIE, MD 20718 | | TRADE PAYABLE | | | | $3,600.00 |
| ACCOUNT NO. | | | | | | |
| COLUMBIA ENERGY<br>PO BOX 530552<br>ATLANTA, GA 30353-0552 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| COLUMBIA PARK MEDICAL GROUP<br>4000 CENTRAL AVE NE<br>COLUMBIA HEIGHTS, MD 55421<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| COLUMBIA PIPE & SUPPLY CO<br>PO BOX M876<br>GARY, IN 46401 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| COLUMBIA PIPE & SUPPLY CO.<br>135 S. LASALLE DEPT. 1209<br>CHICAGO, IL 60674-1209 | | TRADE PAYABLE | | | | $34,572.28 |
| ACCOUNT NO. | | | | | | |
| COLUMBIA PIPE SUPPLY<br>1120 WEST PERSHING RD<br>CHICAGO, IL 60609 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| COLUMBIA PROPANE<br>1901 PLEASANT ST<br>DE KALB, IL 60115 | | TRADE PAYABLE | | | | $2,276.96 |

Sheet no. 77 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. COMARK CORP. SALES, INC. PO BOX 70212 CHICAGO, IL 60673-0212 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COMBINED SALES CO 4419 S TRIPP CHICAGO, IL 60632 | | TRADE PAYABLE | | $1,250.15 |
| ACCOUNT NO. COMED BILL PAYMENT CENTER CHICAGO, IL 60668-0001 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COMM/AIR MECHANICAL SERVICES MSC 06002 PO BOX 7698 SAN FRANCISCO, CA 94120 | | TRADE PAYABLE | | $2,506.97 |
| ACCOUNT NO. COMMERCE CHEMICAL COMPANY PO BOX 27407 SALT LAKE CITY, UT 84127 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COMMISSIONER OF REVENUE SERVICES UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COMM-TRONICS, INC. 120 ROESLER RD. GLEN BURNIE, MD 21060 | | TRADE PAYABLE | | $3,166.62 |
| ACCOUNT NO. COMMUNITY COFFEE COMPANY 720 E. PRIEN LAKE RD. LAKE CHARLES, LA 70601 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COMPOSITECH PO BOX 2673 PEARLAND, TX 77588-2673 | | TRADE PAYABLE | | $853.00 |

Sheet no. 78 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| COMPRESSED AIR PRODUCTS<br>PO BOX 2245<br>PEACHTREE CITY, GA  30269 | | TRADE PAYABLE | | $3,152.82 |
| ACCOUNT NO. | | | | |
| COMPRESSOR MAINTENANCE CO., INC.<br>2667 OLD TANEYTOWN RD.<br>WESTMINSTER, MD  21158 | | TRADE PAYABLE | | $2,438.11 |
| ACCOUNT NO. | | | | |
| COMPRESSOR PUMP & SERVICE INC<br>3333 WEST 2400 SOUTH<br>SALT LAKE CITY, UT  84119 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| COMPUCOM SYSTEMS INC<br>PO BOX 891924<br>DALLAS, TX  75389 | | TRADE PAYABLE | | $37,510.96 |
| ACCOUNT NO. | | | | |
| COMPUMACHINE<br>645 MAIN ST<br>WILMINGTON, MA  01887 | | TRADE PAYABLE | | $522.50 |
| ACCOUNT NO. | | | | |
| COMPUSERVE INCORPORATED<br>DEPT L-742<br>COLUMBUS, OH  43268-0742 | | TRADE PAYABLE | | $31.09 |
| ACCOUNT NO. | | | | |
| COMPUTER CARE & REPAIR<br>13700 ALTON PKWY #154<br>IRVINE, CA  92618 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| COMPUTER TASK GROUP<br>PO BOX 60073<br>CHARLOTTE, NC  28260 | | TRADE PAYABLE | | $480.00 |
| ACCOUNT NO. | | | | |
| COM-TRAN<br>17 PALOMINO CT<br>PETALUMA, CA  94954-4621 | | TRADE PAYABLE | | $0.00 |

Sheet no. 79 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**　　　Case No. **01-01140**
　　　　Debtor　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| CONCORD SERVICES, INC. 6650 S. OAK PARK AVE. BEDFORD PARK, IL 60638-4812 | | TRADE PAYABLE | | | | $700.00 |
| ACCOUNT NO. | | | | | | |
| CONCRETE CONSTRUCTION 426 S. WESTGATE ST. ADDISON, IL 60101-4546 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CONCRETE EXPERTS INTERNATIONAL ANNEKEGADE 1 COPENHAGEN DK-2100, 00 2100 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CONCRETE PROMOTION COUNCIL OF SW OH 7176 LAKOTA RIDGE DR LIBERTY TOWNSHIP, OH 45011 | | TRADE PAYABLE | | | | $1,250.00 |
| ACCOUNT NO. | | | | | | |
| CONDEA VISTA COMPANY PO BOX 74708 CHICAGO, IL 60694-4708 | | TRADE PAYABLE | | | | $390.00 |
| ACCOUNT NO. | | | | | | |
| CONDOR TECHNOLOGY SOLUTIONS INC 310 WEST NEWBERRY ROAD BLOOMFIELD, CT 06002 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CONECT POBOX 3435 SOUTHBOROUGH, MA 01745 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| CONECTIV POWER DELIVERY PO BOX 4875 TRENTON, NJ 08650 | | TRADE PAYABLE | | | | $1,855.03 |

Sheet no. 80 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records　　$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| CONNECTED RESOURCES<br>PO BOX 79435<br>BALTIMORE, MD 21279-0435 | | TRADE PAYABLE | | $35,702.95 |
| ACCOUNT NO. | | | | |
| CONNECTED RESOURCES<br>POBOX 630690<br>BALTIMORE, MD 21263-0690 | | TRADE PAYABLE | | $910.25 |
| ACCOUNT NO. | | | | |
| CONNECTIVITY INC.<br>8E INDUSTRIAL WAY SUITE 8<br>SALEM, NH 03079 | | TRADE PAYABLE | | $4,367.97 |
| ACCOUNT NO. | | | | |
| CONSOLIDATED AFFILIATES, INC<br>25 S MAIN ST, SUITE 11<br>EDISON, NJ 08837 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CONSOLIDATED ELEC. DISTR., INC<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CONSOLIDATED ELEC. DISTR., INC.<br>PO BOX 2659<br>SULPHUR, LA 70664 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CONSOLIDATED PLASTICS CO INC<br>8181 DARROW RD.<br>TWINSBURG, OH 44087 | | TRADE PAYABLE | | $251.73 |
| ACCOUNT NO. | | | | |
| CONSTANTINE & PARTNERS<br>477 MADISON AVE<br>NEW YORK, NY 10022 | | TRADE PAYABLE | | $1,535.42 |
| ACCOUNT NO. | | | | |
| CONSTRUCTION SPECIFICATIONS, THE<br>601 MADISON ST<br>ALEXANDRIA, VA 22314-1791 | | TRADE PAYABLE | | $0.00 |

Sheet no. 81 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. CONSTRUCTION TECHNOLOGY POBOX 75674 CHICAGO, IL 60675-5674 | | TRADE PAYABLE | | | | $31,450.00 |
| ACCOUNT NO. CONTEMPORARIES, INC. DRAWER C S 198767 ATLANTA, GA 30384-8767 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CONTINENTAL ARCHITECTURAL PRODUCTS 448 QUAIL RUN DR CLEVELAND, OH 44147 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CONTROL AND METERING 6500 KESTREL RD MISSISSAUGA ONTARIO, IT L5T 1Z6 CANADA | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CONTROL EQUIPMENT SALES, INC. 600A KIRK RD. MARIETTA, GA 30060 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CONTROL SOFT, INC. 14077 CEDAR AVE CLEVELAND, OH 44118 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CONTROLCO, INC. PO BOX 45435 WESTLAKE, OH 44145-5435 | | TRADE PAYABLE | | | | $348.30 |
| ACCOUNT NO. CONVEYING TECHNIQUES 800 WILCREST DR., STE. 101 HOUSTON, TX 77042-1359 | | TRADE PAYABLE | | | | $2,527.78 |

Sheet no. 82 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. CONWAY TRANSPORTATION SERVICES INC PO BOX 642080 PITTSBURGH, PA 15264-2080 | | TRADE PAYABLE | | $100.32 |
| ACCOUNT NO. CONYERS DILL & PEARMAN 2 CHURCH ST. POBOX HM 1022 HAMILTON, IT HM DX UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COOPER TURBOCOMPRESSOR INC UNK | | TRADE PAYABLE | | $1,886.85 |
| ACCOUNT NO. COOPERHEAT - MQS INC PO BOX 4437 HOUSTON, TX 77210-4437 | | TRADE PAYABLE | | $1,171.80 |
| ACCOUNT NO. COPTECH,INC. 106 CUMMINGS PARK WOBURN, MA 01801 | | TRADE PAYABLE | | $458.50 |
| ACCOUNT NO. CORPORATE EXPRESS PO BOX 71620 CHICAGO, IL 60694-1620 | | TRADE PAYABLE | | $3,753.94 |
| ACCOUNT NO. CORPORATION SCIENTIFIQUE CLAISSE 2522 CHEMIN STE-FOY SAINTE-FOY, QC G1V 1T5 CA | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CORROSION FLUID PRODUCTS CORP UNK | | TRADE PAYABLE | | $0.00 |

Sheet no. 83 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. CORROSION FLUID PRODUCTS DEPT 78278 PO BOX 78000 DETROIT, MI 48278-0278 | | TRADE PAYABLE | | $7,116.25 |
| ACCOUNT NO. COUNTY OF ORANGE AUDITOR CONTROLLER 2009 E EDINGER SANTA ANA, CA 92705 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COVENEY, PETER WOODFORD GREEN ESSEX, ES IG8 0EU UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COVERALL OF HOUSTON, INC. 9801 WESTHEIMER, STE. 703 HOUSTON, TX 77042 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COVERALL OF ORANGE COUNTY 770 THE CITY DR SOUTH #7000 ORANGE, CA 92868 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COVERALL OF PHILADELPHIA INC 2250 HICKORY ROAD SUITE #125 PLYMOUTH MEETING, PA 19462 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. COX HARDWARE & IND. SUPPLY PO BOX 9466 HOUSTON, TX 77261 | | TRADE PAYABLE | | $310.88 |
| ACCOUNT NO. COYNE CHEMICAL PO BOX 7777-W8450 PHILADELPHIA, PA 19175 | | TRADE PAYABLE | | $6,176.70 |

Sheet no. 84 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| CPI LOUISIANA, INC. PO BOX 1710 BROUSSARD, LA 70518 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CPI SALES, INC. 221 BURGESS DR. BROUSSARD, LA 70518 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CPI-LOUISIANA, INC. PO BOX 1710 PEARLAND, TX 77588-1710 | | TRADE PAYABLE | | $149.59 |
| ACCOUNT NO. | | | | |
| CRADY, JEWETT & MCCULLEY, LLP 909 Fannin Suite 1400 HOUSTON, TX 77010-1006 | | TRADE PAYABLE | | $855.01 |
| ACCOUNT NO. | | | | |
| CRANDALL CORPORATION 100 RICH-LEX DR LEXINGTON, SC 29072 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CRANE PRO SERVICES INC UNK | | TRADE PAYABLE | | $10,165.00 |
| ACCOUNT NO. | | | | |
| CRANE PRO SERVICES 9879 CRESECENT PARK DR. WEST CHESTER, OH 45069 | | TRADE PAYABLE | | $424.00 |
| ACCOUNT NO. | | | | |
| CRESCENT ELECTRIC SUPPLY CO. POBOX 500 EAST DUBUQUE, IL 61025-4420 | | TRADE PAYABLE | | $48,809.67 |
| ACCOUNT NO. | | | | |
| CROFT TRAILER SUPPLY INC. POBOX 300320 KANSAS CITY, MO 64130-0320 | | TRADE PAYABLE | | $0.00 |

Sheet no. 85 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. CROSFIELD COMPANY PO BOX 75769 75769 CHICAGO, IL 60675-5769 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CROWLEY ASSOCIATES INC. 30 Turnpike ST WEST BRIDGEWATER, MA 02379 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CROWN LIFT TRUCKS 1650 E NORTH BELT HOUSTON, TX 77032 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CROWN PACKAGING INTL INC 2345 W HUBBARD ST CHICAGO, IL 60612 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CROWNE PLAZA 2 SOMERSET PKWY NASHUA, NH 03063-1036 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CRYOVAC EUROPE DATTENMATTSTRASSE 16 KRIENS, IT CH-6010 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. CRYSTAL SPRINGS WATER CO. PO BOX 3229 LANCASTER, PA 17601 | | TRADE PAYABLE | | | | $845.38 |
| ACCOUNT NO. CRYSTAL SPRINGS WATER CO. PO BOX 3229 LANCASTER, PA 17604-3229 | | TRADE PAYABLE | | | | $2,996.88 |

Sheet no. 86 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
　　　　Debtor

Case No. **01-01140**  
　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. CRYSTAL SPRINGS WATER COMPANY PO BOX 4115 CAROL STREAM, IL 60197-4115 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CSC POBOX 13397 PHILADELPHIA, PA 19101-3397 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CSR AMERICA, INC. PO BOX 905875 CHARLOTTE, NC 28290-5875 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CULLIGAN INDUSTRIAL SYSTEMS 33156 TREASURY CENTER CHICAGO, IL 60694-3100 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CULLIGAN WATER CONDITIONING 2180 SOUTH CONGRESS AVE WEST PALM BEACH, FL 33406 | | TRADE PAYABLE | | $410.00 |
| ACCOUNT NO. CUMMINS ONAN SOUTH PO BOX 101862 ATLANTA, GA 30392 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. CUMMINS WAGNER CO., INC. 10901 PUMP HOUSE RD. ANNAPOLIS JUNCTION, MD 20701 | | TRADE PAYABLE | | $152.22 |
| ACCOUNT NO. CUSTO CHEM, INC. 503 S. DUKE ST. PO BOX 926 LAFAYETTE, GA 30728 | | TRADE PAYABLE | | $3,330.00 |

Sheet no. 87 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| CUSTOM AUDIO VIDEO<br>2802 NEW HARTFORD ROAD<br>OWENSBORO, KY 42303<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CUSTOM METAL FABRICATORS<br>PO BOX 7940<br>AIKEN, SC 29805 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CUSTOM METAL FABRICATORS, INC.<br>PO BOX 7940<br>LAKE CHARLES, LA 70606 | | TRADE PAYABLE | | $1,822.22 |
| ACCOUNT NO. | | | | |
| CUSTOM TAPES INC<br>7125 WEST GUNNISON ST<br>HARWOOD HEIGHTS, IL 60706 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CVL TECHNICAL SALES, INC.<br>9600-113 PULASKI PARK DR.<br>BALTIMORE, MD 21220 | | TRADE PAYABLE | | $7,518.71 |
| ACCOUNT NO. | | | | |
| CYNTHIA M BURKE<br>PO BOX 1049<br>LAURENS, SC 29360 | | TRADE PAYABLE | | $23,288.04 |
| ACCOUNT NO. | | | | |
| CYR GROUP, THE<br>ONE CATE ST.<br>PORTSMOUTH, NH 03801 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| CYRK<br>1400 PROVIDENCE HWY<br>NORWOOD, MA 02062-5015 | | TRADE PAYABLE | | $2,986.11 |

Sheet no. 88 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. D.H. LITTER CO. INC. PO BOX 17612 NEWARK, NJ 07194 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. D.O.T. RAIL SVC. OF IND., INC. PO BOX 361 LA SALLE, IL 61301 | | TRADE PAYABLE | | $35,946.47 |
| ACCOUNT NO. DALEEN TECHNOLOGIES INC DEPT AT 952015 Atlanta, FL 31192-2015 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. DALY COMMUNICATIONS BOX 8812 RED BANK, NJ 07701 | | TRADE PAYABLE | | $9,270.76 |
| ACCOUNT NO. DANIEL & CIA POBOX 3354 BOSTON, MA 02241-3354 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. DANIEL B. STEPHENS & ASSOCIATES PO BOX 565 ALBUQUERQUE, NM 87103 | | TRADE PAYABLE | | $56,287.92 |
| ACCOUNT NO. DANKA FINANCIAL SERVICES PO BOX 642444 PITTSBURGH, PA 15264-2444 | | TRADE PAYABLE | | $811.98 |
| ACCOUNT NO. DANKA OFFICE IMAGING PO BOX 23607 ATLANTA, GA 30374-0989 | | TRADE PAYABLE | | $284.22 |
| ACCOUNT NO. DARAMIC INC PO BOX 751905 CHARLOTTE, NC 28275-1905 | | TRADE PAYABLE | | $131,161.50 |

Sheet no. 89 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor  Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DATA DESTRUCTION <br> PO BOX 540 <br> WINDHAM, NH 03087-0540 | | TRADE PAYABLE | | | | $740.00 |
| ACCOUNT NO. <br> DATA DOWNLINK CORP. <br> 88 PINE ST 3RD FL <br> NEW YORK, NY 10005 | | TRADE PAYABLE | | | | $665.60 |
| ACCOUNT NO. <br> DATAPAQ INC <br> PO BOX 6104 <br> BOSTON, MA 02212-6104 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> DATAVISION PROLOGIX <br> 132B INDUSTRY LANE <br> FOREST HILL, MD 21050 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> DATAVISION-PROLOGIX <br> PO BOX 8500-6895 <br> PHILADELPHIA, PA 19178-6895 | | TRADE PAYABLE | | | | $720.00 |
| ACCOUNT NO. <br> DAVIES COLLISON CAVE <br> 1 LITTLE COLLINS ST <br> MELBOURNE VICTORIA, VC 03000 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> DC SCIENTIFIC GLASS <br> PO BOX 1099 <br> PASADENA, MD 21123 | | TRADE PAYABLE | | | | $4,418.45 |
| ACCOUNT NO. <br> DCP-LOHJA INC. <br> POBOX 2501 <br> CAROL STREAM, IL 60132-2501 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 90 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| DECA VIBRATOR<br>PO BOX 1286<br>BRIDGEVIEW, IL  60455-0286 | | | TRADE PAYABLE | | | | $8,857.09 |
| ACCOUNT NO. | | | | | | | |
| DECHART PRICE & RHOADS<br>1717 ARCH ST<br>PHILADELPHIA, PA  19103-2793 | | | TRADE PAYABLE | | | | $6,212.54 |
| ACCOUNT NO. | | | | | | | |
| DEKALB COUNTY GEORGIA<br>POST OFFICE BOX 1088<br>DECATUR, GA  30031-1088 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| DEKALB COUNTY, GEORGIA<br>PO BOX 1027<br>DECATUR, GA  30031-1027 | | | TRADE PAYABLE | | | | $704.86 |
| ACCOUNT NO. | | | | | | | |
| DEL MAR ANALYTICAL<br>2852 ALTON AVE.<br>IRVINE, CA  92606 | | | TRADE PAYABLE | | | | $278.40 |
| ACCOUNT NO. | | | | | | | |
| DELL DIRECT SALES CORP.<br>DEPT. CH14012<br>AUSTIN, TX  78759-7299 | | | TRADE PAYABLE | | | | $2,131.37 |
| ACCOUNT NO. | | | | | | | |
| DELL FINANCIAL SERVICES<br>POBOX 99355<br>CHICAGO, IL  60693 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| DELL RECEIVABLES L.P.<br>DEPT. AT 40032<br>ATLANTA, GA  31192-0032 | | | TRADE PAYABLE | | | | $12,898.01 |
| ACCOUNT NO. | | | | | | | |
| DELL RECEIVABLES L.P.<br>DEPT. AT 40032<br>ATLANTA, GA  31192-0032 | | | TRADE PAYABLE | | | | $5,063.44 |

Sheet no. 91 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| DELL RECEIVABLES LP<br>C/O DELL USA L.P.<br>DEPT CH14012<br>PALATINE, IL 60055-4012 | | TRADE PAYABLE | | | | $28,231.06 |
| ACCOUNT NO. | | | | | | |
| DELTA CHEMICAL CORPORATION<br>PO BOX 73054<br>BALTIMORE, MD 32373-0054 | | TRADE PAYABLE | | | | $9,720.00 |
| ACCOUNT NO. | | | | | | |
| DELTA CONTROL, INC.<br>PO BOX 13612<br>DAYTON, OH 45413 | | TRADE PAYABLE | | | | $40.58 |
| ACCOUNT NO. | | | | | | |
| DELTA DISTRIBUTORS, INC.<br>PO BOX 970230<br>DALLAS, TX 75397-0230 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| DELTA PLASTICS<br>3128 E CHAPMAN AVE #184<br>ORANGE, CA 92869 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| DELTA-P CORP. T/A CONTECH<br>DELTA-P CORP.<br>PO BOX 920<br>GLEN BURNIE, MD 21060 | | TRADE PAYABLE | | | | $9,051.89 |
| ACCOUNT NO. | | | | | | |
| DEPT 56 - 0000164014<br>PO BOX 9020<br>DES MOINES, IA 50368-9020 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| DEPT 56 - 4202497102<br>PO BOX 9020<br>DES MOINES, IA 50368-9020 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 92 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Case No. **01-01140**
Debtor (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DE-RE'S INC <br> PO BOX 570226 <br> ORLANDO, FL 32857-0226 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> DER-KEL CHEMICAL <br> 325 N. HAMILTON ST. <br> PO BOX 3753 <br> DALTON, GA 30719-3753 | | TRADE PAYABLE | | | | $2,641.60 |
| ACCOUNT NO. <br> DEROSA LANDFILL MANAGEMENT, INC <br> 19 FORTUNE ROAD <br> WOBURN, MA 01801 | | TRADE PAYABLE | | | | $73.00 |
| ACCOUNT NO. <br> DESSELLE-MAGGARD CORP. <br> PO BOX 54870 <br> BATON ROUGE, LA 70879-6630 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> DESSELLE-MAGGARD CORP. <br> PO BOX 54870 <br> NEW ORLEANS, LA 70154-4870 | | TRADE PAYABLE | | | | $2,012.00 |
| ACCOUNT NO. <br> DETERMAN BROWNIE INC <br> NW 8954 <br> PO BOX 1450 <br> MINNEAPOLIS, MN 55485-8954 | | TRADE PAYABLE | | | | $11,142.81 |
| ACCOUNT NO. <br> DEVELOPMENTAL ENTERPRISES CORP <br> 333 EAST AIRY ST <br> NORRISTOWN, PA 19401-5043 | | TRADE PAYABLE | | | | $1,327.00 |
| ACCOUNT NO. <br> DEVLIN-ALPAUGH, INC. <br> PO BOX 10830 <br> NEW ORLEANS, LA | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 93 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.