In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> DEWLING ASSOCIATES INC <br> 1605 VAUXHALL ROAD <br> UNION, NJ 07083 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> DEXTER MAGNETIC MATERIALS DIVISION <br> PO BOX 905292 DEPT 652-001 <br> CHARLOTTE, NC 28290-5292 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> DH DIE CUTTING CORPORATION <br> 218 NORTH ELIZABETH ST <br> CHICAGO, IL 60607-1576 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> DH PACE OVERHEAD DOOR COMPANY <br> DIVISION OF DH PACE INC <br> PO BOX 14107 <br> ATLANTA, GA 30324 | | TRADE PAYABLE | | $3,019.93 |
| ACCOUNT NO. <br> DIAGRAPH CORPORATION <br> 135 S LASALLE DEPT 1158 <br> CHICAGO, IL 60674-1158 | | TRADE PAYABLE | | $735.33 |
| ACCOUNT NO. <br> DIALOG CORPORATION <br> 2440 W. ELCAMINO REAL, SUITE 110 <br> MOUNTAIN VIEW, CA 94040-1400 | | TRADE PAYABLE | | $7,312.33 |
| ACCOUNT NO. <br> DIALOG CORPORATION <br> PO BOX 532002 <br> BERNE, 03008 <br> CHE | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> DIAMOND EXPRESS, INC. <br> 700 29TH ST. N <br> BIRMINGHAM, AL 35222 | | TRADE PAYABLE | | $0.00 |

Sheet no. 94 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>DIEFENDORF GEAR CORP<br>920 WEST BELDEN AVE<br>SYRACUSE, NY 13217-6489 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>DIGITAL VIDEO EQUIPMENT COMPANY<br>6210 NORTH ANDREWS AVE.<br>FT. LAUDERDALE, FL 33309<br>UNK | | TRADE PAYABLE | | $5,064.00 |
| ACCOUNT NO.<br>DIRECTOR OF FINANCE<br>PO BOX 64502<br>BALTIMORE, MD 21202 | | TRADE PAYABLE | | $4,796.47 |
| ACCOUNT NO.<br>DIV. OF CHILD SUPPORT ENFORCEMENT<br>PO BOX 570<br>RICHMOND, VA 23204-0570 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>DIXIE POLY-DRUM CORP.<br>28 DIXIE POLY DR.<br>YEMASSEE, SC 29945 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>D'LONG DEVELOPMENT GROUP<br>150 YORK ST , SUITE 808<br>TORONTO, ON M5H 3S5<br>CANADA | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>DOERR ASSOCIATES INC<br>8 WINCHESTER PLACE<br>WINCHESTER, MA 01890 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>DOMBROWSKI & HOLMES<br>3-141ST ST<br>HAMMOND, IN 46327 | | TRADE PAYABLE | | $0.00 |

Sheet no. 95 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. DOMBROWSKI & HOLMES FORMERLY DOWBROWSKI & HOLMES 3-141ST ST HAMMOND, IN 46327 | | TRADE PAYABLE | | $6,368.75 |
| ACCOUNT NO. DON JOHNS INC. 1312 WEST LAKE ST CHICAGO, IL 60607-1590 | | TRADE PAYABLE | | $1,556.25 |
| ACCOUNT NO. DON WAN FLORIST INC 5644 WEST 63RD ST CHICAGO, IL 60638 | | TRADE PAYABLE | | $19.54 |
| ACCOUNT NO. DONALD R WHITE TAX COLLECTOR 1221 OAK ST OAKLAND, CA 94612 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. DONNELLY & DUNCAN 865 WATERMAN AVE EAST PROVIDENCE, RI 02914 | | TRADE PAYABLE | | $4,647.30 |
| ACCOUNT NO. DOTCONTENT INC 108 WATER ST WATERTOWN, MA 02472 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. DOUBLETREE GUEST SUITES 400 SOLDIERS FIELD RD BOSTON, MA 02134 | | TRADE PAYABLE | | $11,230.73 |
| ACCOUNT NO. DOVER EQUIPMENT,INC. PO BOX 40849 HOUSTON, TX 77240 | | TRADE PAYABLE | | $0.00 |

Sheet no. 96 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor  Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>DOW CHEMICAL CO.<br>PO BOX 281760<br>ATLANTA, GA  30384 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>DOW CHEMICAL COMPANY<br>POBOX 281760<br>ATLANTA, GA  30384 | | TRADE PAYABLE | | $35,500.96 |
| ACCOUNT NO.<br>DOW JONES INTERACTIVE<br>PO BOX 941<br>CHICOPEE, MA  01021-0941 | | TRADE PAYABLE | | $700.00 |
| ACCOUNT NO.<br>DOWNEY INC.<br>PO BOX 1155<br>2207 WEST WISCONSIN AVE<br>MILWAUKEE, WI  53201-1155 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>DRAISWERKE, INC.<br>40 WHITNEY ROAD<br>MAHWAH, NJ  07430 | | TRADE PAYABLE | | $1,067.50 |
| ACCOUNT NO.<br>DRAKE, HAMMOND & ASSOCIATES<br>9457 S. UNIVERSITY,STE. 178<br>HIGHLANDS RANCH, CO  80126 | | TRADE PAYABLE | | $773.70 |
| ACCOUNT NO.<br>DREW & NAPIER<br>20 RAFFLES PLACE #17-00<br>SINGAPORE 048620, IT  48620<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>DREW ELECTRIC CO. INC.<br>18 COPELAND ST<br>QUINCY, MA  02169 | | TRADE PAYABLE | | $544.00 |

Sheet no. 97 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| DREW INDUSTRIAL<br>PO BOX 371709M<br>PITTSBURGH, PA 15251 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| DRS. GEHLERT, CARTER & FISHER, P.A.<br>4710 PENNINGTON AVE.<br>BALTIMORE, MD 21226-1444 | | TRADE PAYABLE | | | | $1,960.00 |
| ACCOUNT NO. | | | | | | |
| DRS. GEHLERT, CARTER & FISHER, P.A.<br>4710 PENNINGTON AVE.<br>BALTIMORE, MD 21226-1444 | | TRADE PAYABLE | | | | $3,220.00 |
| ACCOUNT NO. | | | | | | |
| DRY BRANCH KAOLIN CO<br>BOX 468D<br>DRY BRANCH, GA 31020 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| DUANE MORRIS & HECKSCHER<br>ONE LIBERTY PLACE<br>PHILADELPHIA, PA 19103-7396 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| DUN & BRADSTREET<br>PO BOX 75542<br>CHICAGO, IL 60675-5542 | | TRADE PAYABLE | | | | $4,227.53 |
| ACCOUNT NO. | | | | | | |
| DUN & BRADSTREET<br>POBOX 75542<br>CHICAGO, IL 60675-5542 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| DUNBAR ARMORED, INC.<br>7675 CANTON CENTER DR.<br>PO BOX 333<br>BALTIMORE, MD 21203-0333 | | TRADE PAYABLE | | | | $322.30 |

Sheet no. 98 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DUNICAN & LENNON DECORATING<br>PO BOX 389121<br>CHICAGO, IL 60638-9121 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>DUNLEARY CORP.<br>600 FAIRMOUNT AVE.<br>TOWSON, MD 21286 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>DUPONT DOW ELASTOMERS LLC<br>21088 NETWORK PLACE<br>CHICAGO, IL 60673-1210 | | | TRADE PAYABLE | | | | $317,035.45 |
| ACCOUNT NO.<br>DUPONT DOW ELASTOMERS<br>21088 NETWORK PLACE<br>CHICAGO, IL 60673-1210 | | | TRADE PAYABLE | | | | $67,018.80 |
| ACCOUNT NO.<br>DURAVALVE INC.<br>2331 EASTERN AVE<br>ELK GROVE, IL 60007 | | | TRADE PAYABLE | | | | $13,628.95 |
| ACCOUNT NO.<br>DURRETT SHEPPARD STEEL CO.<br>PO BOX 631339<br>BALTIMORE, MD 21263-1339 | | | TRADE PAYABLE | | | | $3,301.40 |
| ACCOUNT NO.<br>DURRETT SHEPPARD STL CO, INC.<br>6800 E. BALTIMORE ST.<br>BALTIMORE, MD 21224 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>DWYER INSTRUMENT<br>PO BOX 3029<br>IVYLAND, PA 18974 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 99 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> DWYER INSTRUMENTS INC. <br> 102 Hwy 212 <br> PO BOX 338 <br> MICHIGAN CITY, IN 46361 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> DWYER INSTRUMENTS INC. <br> PO BOX 338 <br> MICHIGAN CITY, IN 46361 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> DWYER INSTRUMENTS, INC. <br> PO BOX 338 <br> MICHIGAN CITY, IN 46361 | | TRADE PAYABLE | | $8,381.24 |
| ACCOUNT NO. <br> DWYER INSTRUMENTS, INC. <br> PO BOX 373 <br> MICHIGAN CITY, IN 46360 | | TRADE PAYABLE | | $235.83 |
| ACCOUNT NO. <br> DXP ENTERPRISES INC <br> PO BOX 538055 <br> ATLANTA, GA 30353-8055 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> DYNA SYSTEMS <br> PO BOX 971342 <br> DALLAS, TX 75397-1342 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> DYNAMIC PUMP & PROCESS <br> A DIVISI0N OF A A ANDERSON <br> PO BOX 523 <br> BROOKFIELD, WI 53008-0523 | | TRADE PAYABLE | | $931.75 |
| ACCOUNT NO. <br> DYNASOL,INC <br> PO BOX 297124 <br> HOUSTON, TX 77297-0124 | | TRADE PAYABLE | | $0.00 |

Sheet no. 100 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: **$15,082,991.19**

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> E ROOM TECHNOLOGY INC. <br> 725 CONCORD AVE <br> CAMBRIDGE, MA 02138 | | TRADE PAYABLE | | | | $3,790.78 |
| ACCOUNT NO. <br> E. PRIME, INC. <br> DEPT. 265 <br> DENVER, CO 80291-0265 | | TRADE PAYABLE | | | | $2,693.45 |
| ACCOUNT NO. <br> E.T. TECHNOLOGIES,INC <br> 3656 WEST 2100 SOUTH <br> SALT LAKE CITY, UT 84120-1202 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> E.VERNON HILL INC <br> 940 ADAMS ST SUITE G <br> BENICIA, CA 94510-2950 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> EA ENGINEERING <br> SCIENCE & TECHNOLOGIES, INC. <br> PO BOX 630921 <br> BALTIMORE, MD 21263-0921 | | TRADE PAYABLE | | | | $744.50 |
| ACCOUNT NO. <br> EAGLE ELECTRIC MACHINERY <br> PO BOX 1053 <br> SULPHUR, LA 70664 | | TRADE PAYABLE | | | | $1,470.06 |
| ACCOUNT NO. <br> EAGLE ELECTRIC <br> POBOX 870 <br> LYNN, MA 01903-1070 | | TRADE PAYABLE | | | | $1,768.20 |
| ACCOUNT NO. <br> EAST CHATT LUMBER SUPPLY CO. <br> PO BOX 5105 <br> 1805 CRUTCHFIELD ST <br> CHATTANOOGA, TN 37406 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 101 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> EAST DAVIESS COUNTY WATER ASSOC <br> 9210 STATE ROUTE 144 <br> KNOTTSVILLE, KY  42366-9743 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> EASTECH CHEMICAL INC <br> PO BOX 8500-50510 <br> PHILADELPHIA, PA  19178 | | TRADE PAYABLE | | | | $3,278.55 |
| ACCOUNT NO. <br> EASTERN LIFT TRUCK CO., INC. <br> 2211 SULPHUR SPRING RD. <br> BALTIMORE, MD  21227 | | TRADE PAYABLE | | | | $13,356.47 |
| ACCOUNT NO. <br> EASTERN LIFT TRUCK <br> 2211 SULPHUR SPRING ROAD <br> BALTIMORE, MD  21227 <br> UNK | | TRADE PAYABLE | | | | $1,153.44 |
| ACCOUNT NO. <br> EBER E. JAQUES <br> 17 ALEXANDER AVE <br> SAUSALITO, CA  94965 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> EBERLINE SERVICES <br> PO BOX 846001 <br> BOSTON, MA  02284-6001 | | TRADE PAYABLE | | | | $7,170.00 |
| ACCOUNT NO. <br> EBERLINE <br> PO BOX 2108 <br> SANTA FE, NM  87504-2108 | | TRADE PAYABLE | | | | $1,299.38 |
| ACCOUNT NO. <br> EBMUD <br> PAYMENT CENTER <br> OAKLAND, CA  94649-0001 | | TRADE PAYABLE | | | | $261.71 |

Sheet no. 102 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| EBSCO SUBSCRIPTION SERVICES<br>1163 SHREWSBURY AVE., STE. E<br>SHREWSBURY, NJ 07702-4321 | | TRADE PAYABLE | | | | $4,301.73 |
| ACCOUNT NO. | | | | | | |
| EBSCO<br>1163 SHREWSBURY AVE<br>SHREWSBURY, NJ 07702-4321 | | TRADE PAYABLE | | | | $570.89 |
| ACCOUNT NO. | | | | | | |
| ECOLAB<br>PO BOX 6007<br>GRAND FORKS, ND 58206-6007 | | TRADE PAYABLE | | | | $202.00 |
| ACCOUNT NO. | | | | | | |
| ECONOTECH SERVICES, LTD.<br>PO BOX 952<br>POINT ROBERTS, WA 98281<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EDELMANN & ASSOCIATES INC<br>POBOX 47129<br>MINNEAPOLIS, MN 55447-0129 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EDGE GROUP<br>17202 NEVELSON CIRCLE<br>SPRING, TX 77379 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EDGEWOOD ASSOCIATES<br>PO BOX 212<br>DERRY, NH 03038 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EDWARD DON & COMPANY<br>135 LASALLE ST, DEPT 2562<br>CHICAGO, IL 60674-2562 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 103 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| EDWARD W DANIEL CO<br>11700 HARVARD AVE<br>CLEVELAND, OH 44105 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EDWARD W DANIEL CO<br>PO BOX 931792<br>CLEVELAND, OH 44105 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EDWARDS SYSTEM TECHNOLGOY<br>POBOX 277752<br>ATLANTA, GA 30384-7752 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EHS TECHNOLOGY GROUP, LLC<br>PO BOX 3040<br>MIAMISBURG, OH 45343-3040 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EICHHORN, EMIL<br>206 LYNNCREST COURT<br>LUTHERVILLE, MD 21093<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EIMCO PROCESS EQUIPMENT CO.<br>STE.610<br>ONE THORN RUN CENTER<br>MOON TOWNSHIP, PA 15108 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| E-J ENTERPRISES, INC.<br>7280 BALTIMORE ANNAPOLIS BLVD.<br>GLEN BURNIE, MD 21061 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ELCAN INDUSTRIES, INC.<br>325 WAVERLY AVE<br>MAMARONECK, NY 10543 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 104 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ELECTRIC CONTROL & SUPPLY CO. PO BOX 3415 COLUMBIA, SC 29230 | | TRADE PAYABLE | | | | $1,143.96 |
| ACCOUNT NO. | | | | | | |
| ELECTRIC FORK TRUCK SERVICE 3421 VIVIAN HOUSTON, TX 77093 | | TRADE PAYABLE | | | | $2,689.06 |
| ACCOUNT NO. | | | | | | |
| ELECTRICONNECTION 5746 VENICE BL LOS ANGELES, CA 90019-5016 | | TRADE PAYABLE | | | | $675.00 |
| ACCOUNT NO. | | | | | | |
| ELEKTRO-PHYSIK USA, INC. 770 WEST ALGONQUIN ROAD UNK | | TRADE PAYABLE | | | | $33.93 |
| ACCOUNT NO. | | | | | | |
| ELF ATOCHEM NORTH AMERICA INC PO BOX 8500-8125 PHILADELPHIA, PA 19178-8125 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ELF ATOCHEM NORTH AMERICA INC PO BOX 8500-8125 PHILADELPHIA, PA 19178-8125 | | TRADE PAYABLE | | | | $4,860.00 |
| ACCOUNT NO. | | | | | | |
| ELI COMPANY 519 UPSTREAM ST RIVER RIDGE, LA 70123 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ELKEM MATERIALS INC. 22803 Network Place CHICAGO, IL 60673-1228 | | TRADE PAYABLE | | | | $19,919.93 |
| ACCOUNT NO. | | | | | | |
| ELLIS & ASSOCIATES 7064 DAVIS CREEK RD. JACKSONVILLE, FL 32256-3026 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 105 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ELLIS PRATT DESIGN<br>361 NEWBURY ST<br>BOSTON, MA  02115 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EMC CORPORATION<br>PO BOX 7777<br>PHILADELPHIA, PA  19175-3550 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EMED CO.<br>PO BOX 369<br>BUFFALO, NY  14240-0369 | | TRADE PAYABLE | | | | $727.25 |
| ACCOUNT NO. | | | | | | |
| EMED COMPANY INC.<br>PO BOX 369<br>BUFFALO, NY  14240 | | TRADE PAYABLE | | | | $1,014.30 |
| ACCOUNT NO. | | | | | | |
| EMERGINET LLC<br>PO BOX 116151<br>ATLANTA, GA  30368-6151<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| EMPLOYEE MANAGEMENT CONCEPTS INC<br>PROCESSING CENTER<br>POBOX 748<br>LYNBROOK, NY  11563 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ENDRESS & HAUSER<br>PO BOX 924<br>INDIANAPOLIS, IN  46266-3674 | | TRADE PAYABLE | | | | $5,026.79 |
| ACCOUNT NO. | | | | | | |
| ENDUSTRA FILTER<br>1145 BIRCH DR.<br>SCHERERVILLE, IN  46375 | | TRADE PAYABLE | | | | $141.99 |

Sheet no. 106 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> ENERGY MACHINERY <br> POBOX 42054 <br> PROVIDENCE, RI 02940 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ENERGY MANAGEMENT SYSTEMS <br> ACCOUNTS RECEIVABLE DEPT 0802 <br> PO BOX 0538 <br> MALVERN, PA 19355-0538 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ENGELHARD CORPORATION <br> PO BOX 65473 <br> CHARLOTTE, NC 28265 | | TRADE PAYABLE | | $29,429.40 |
| ACCOUNT NO. <br> ENGELHARD CORPORATION <br> PO BOX CH10551 <br> PALATINE, IL 60055-0551 | | TRADE PAYABLE | | $5,350.80 |
| ACCOUNT NO. <br> ENGER VAVRA <br> 3406 MARTENS ST. <br> FRANKLIN PARK, IL 60131 | | TRADE PAYABLE | | $2,875.00 |
| ACCOUNT NO. <br> ENGINEERED PIPING PROD., INC. <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ENGINEERED PIPING PRODUCTS, INC. <br> PO BOX 517 <br> PASADENA, MD 21123-0517 | | TRADE PAYABLE | | $5,565.13 |
| ACCOUNT NO. <br> ENGINEERING AND MAINTENANCE SERVICE <br> PO BOX 8055 <br> FORT WAYNE, IN 46898 <br> UNK | | TRADE PAYABLE | | $0.00 |

Sheet no. 107 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                Case No. **01-01140**
Debtor                                                                               (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ENGLEHARD<br>ATTN: MARYANN SILVA<br>POBOX 840760<br>DALLAS, TX 75284-0760 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ENGLEWOOD ELECTRIC<br>3939 S. KARLOV AVE<br>CHICAGO, IL 60632 | | TRADE PAYABLE | | | | $1,373.43 |
| ACCOUNT NO. | | | | | | |
| ENGLEWOOD ELECTRICAL SUPPLY<br>3550 179TH ST. UNIT 4<br>HAMMOND, IN 46323 | | TRADE PAYABLE | | | | $1,130.13 |
| ACCOUNT NO. | | | | | | |
| ENGLEWOOD ELECTRICAL SUPPLY<br>3939 S. KARLOV AVE.<br>CHICAGO, IL 60632 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ENICHEM AMERICA INC<br>PO BOX 200614<br>HOUSTON, TX 77216-0614 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ENRON ENERGY SERVICES<br>PO BOX 7777-W8700<br>PHILADELPHIA, PA 19175-8700 | | TRADE PAYABLE | | | | $14,811.97 |
| ACCOUNT NO. | | | | | | |
| ENSCO, INC.<br>PO BOX 751563<br>CHARLOTTE, NC 28275-1563 | | TRADE PAYABLE | | | | $21,570.58 |
| ACCOUNT NO. | | | | | | |
| ENSIGN FLORIST<br>1300 SOUTH CREST RD.<br>ROSSVILLE, GA 30741 | | TRADE PAYABLE | | | | $56.71 |

Sheet no. 108 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>ENTERGY<br>POBOX 61825<br>NEW ORLEANS, LA 70161-1825 | | TRADE PAYABLE | | $353.13 |
| ACCOUNT NO.<br>ENTERGY/GULF STATES UTILITIES<br>PO BOX 61009<br>NEW ORLEANS, LA 70161-1009 | | TRADE PAYABLE | | $619,072.79 |
| ACCOUNT NO.<br>ENTEX GAS RESOURCES CORP<br>PO BOX 200905<br>HOUSTON, TX 77216-0905 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>ENTRIX, INC.<br>PO BOX 300025<br>DALLAS, TX 75303-0025 | | TRADE PAYABLE | | $4,160.51 |
| ACCOUNT NO.<br>ENVIRONMENT CONSULTANTS<br>195 PEMBERTON AVE<br>NORTH VANCOUVER, BC V7P 2R4<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>ENVIRONMENTAL LIABILITY MGMT INC<br>218 WALL ST RESEARCH PARK<br>PRINCETON, NJ 08540-1512<br>UNK | | TRADE PAYABLE | | $2,021.36 |
| ACCOUNT NO.<br>ENVIRONMENTAL MONITORING & TECHNOLO<br>35000 EAGLE WAY<br>CHICAGO, IL 60678-1350 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>EPIC SYSTEMS<br>14140 CHASE ROAD<br>REED, KY 42451-9723 | | TRADE PAYABLE | | $685.80 |

Sheet no. 109 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>EQUILIBRIUM CATALYST, INC.<br>PO BOX 24703<br>24703<br>NEW ORLEANS, LA 70184-4703<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>EQUIPMENT & METER SERVICES, INC.<br>1400 E.ELIZABETH AVE.<br>LINDEN, NJ 07036 | | TRADE PAYABLE | | $16,501.65 |
| ACCOUNT NO.<br>ERGON INC<br>PO BOX 1569<br>JACKSON, MS 39215-1569 | | TRADE PAYABLE | | $6,347.04 |
| ACCOUNT NO.<br>ERNST & YOUNG LLP<br>PO BOX 35191<br>NEWARK, NJ 07193-5191 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>ERNST & YOUNG, LLP<br>BOX 5980<br>5980<br>NEW YORK, NY 10087-5980<br>UNK | | TRADE PAYABLE | | $600.00 |
| ACCOUNT NO.<br>ESSCO CALIBRATION LABRATORY<br>DEPT AR<br>14 ALPHA ROAD<br>CHELMSFORD, MA 01824-4102 | | TRADE PAYABLE | | $740.21 |
| ACCOUNT NO.<br>ESSENTIAL SEALING PRODUCTS INC<br>326 MELTON RD<br>BURNS HARBOR, IN 46304 | | TRADE PAYABLE | | $4,187.35 |
| ACCOUNT NO.<br>ESSINGER SULLIVAN INC<br>36 GLEN AVE<br>NEWTON, MA 02459 | | TRADE PAYABLE | | $2,211.05 |

Sheet no. 110 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | |
| ESTATE OF GEO S SNYDER INC<br>1700 COWPATH ROAD - SNYDER SQUARE<br>HATFIELD, PA 19440-3168 | | TRADE PAYABLE | | | $1,272.00 |
| ACCOUNT NO. | | | | | |
| ET TECHNOLOGIES INC<br>6030 WEST CALIFORNIA AVE<br>SALT LAKE CITY, UT 84104 | | TRADE PAYABLE | | | $6,102.70 |
| ACCOUNT NO. | | | | | |
| ETHOX CHEMICALS,INC<br>PO BOX 5094 STA B<br>GREENVILLE, SC 29606 | | TRADE PAYABLE | | | $1,344.20 |
| ACCOUNT NO. | | | | | |
| EUREST DINING SERVICES<br>62 WHITTEMORE AVE<br>CAMBRIDGE, MA 02140 | | TRADE PAYABLE | | | $22,218.36 |
| ACCOUNT NO. | | | | | |
| EVANS INDUSTRIES, INC<br>PO BOX 972121<br>DALLAS, TX 75397-2121 | | TRADE PAYABLE | | | $37,600.00 |
| ACCOUNT NO. | | | | | |
| EVEREADY WELDING SERVICE INC<br>18111 S HARLEM AVE<br>TINLEY PARK, IL 60477 | | TRADE PAYABLE | | | $170.00 |
| ACCOUNT NO. | | | | | |
| EVERGREEN ENTERPRISES<br>PO BOX 1523<br>WHITTIER, CA 90609 | | TRADE PAYABLE | | | $450.00 |
| ACCOUNT NO. | | | | | |
| EXCALIBUR<br>110 EAST CROWTHER AVE<br>PLACENTIA, CA 92670 | | TRADE PAYABLE | | | $90.11 |
| ACCOUNT NO. | | | | | |
| EXCEL MESSENGER SERVICE, INC<br>2805 E. OAKLAND PARK BLVD.,STE 177<br>FORT LAUDERDALE, FL 33304 | | TRADE PAYABLE | | | $0.00 |

Sheet no. 111 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.  EXECUTIVE AIRPORT SERVICE  42 CODY ST  MANCHESTER, NH 03109 | | TRADE PAYABLE | | $310.00 |
| ACCOUNT NO.  EXECUTIVE COFFEE SERVICE INC  PO BOX 2326  WEST PALM BEACH, FL 33402 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.  EXECUTIVE REGISTRY OFFICE  525 EAST 68TH ST BOX 114  NEW YORK, NY 10021 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.  EXELON ENERGY INC  21425 NETWORK PLACE  CHICAGO, IL 60673-1214 | | TRADE PAYABLE | | $94,949.28 |
| ACCOUNT NO.  EXHIBITGROUP / GILTSPUR  7187 COLLECTION CENTER DR  CHICAGO, IL 60693 | | TRADE PAYABLE | | $91,478.88 |
| ACCOUNT NO.  EXHIBITGROUP/GILTSPUR PITTSBURGH  7231 COLLECTION CENTER DR.  CHICAGO, IL 60693 | | TRADE PAYABLE | | $2,005.49 |
| ACCOUNT NO.  EXP@NETS  PO BOX 97569  PEARL, MS 39288-7569  UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.  EXTRUSION DIES, INC.  911 KURTH ROAD  CHIPPEWA FALLS, WI 54729-1443 | | TRADE PAYABLE | | $0.00 |

Sheet no. 112 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.