In re **W.R. GRACE & CO.-CONN.** Case No. **01-01140**
Debtor (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> EXXON CHEMICAL AMERICAS <br> PO BOX 3272 <br> HOUSTON, TX 77001 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> EXXON CHEMICAL AMERICAS <br> POBOX 371127M <br> PITTSBURGH, PA 15251 | | TRADE PAYABLE | | $62,442.09 |
| ACCOUNT NO. <br> F AND H NOZZLE SPECIALISTS, INC. <br> 505 NORTH YOSEMITE ST <br> STOCKTON, CA 95203 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> F.C. KINGSTON CO. <br> 2943 GLENEDEN <br> LOS ANGELES, CA 90039 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FABRICATED FILTERS,INC. <br> PO BOX 23072 <br> HARAHAN, LA 70183 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FACTORY MUTUAL INSURANCE CO <br> PO BOX 33146 <br> NEWARK, NJ 07188-0146 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FAIR ENGINEERING SALES, INC. <br> PO BOX 8739 <br> MANDEVILLE, LA 70448 | | TRADE PAYABLE | | $1,504.80 |
| ACCOUNT NO. <br> FAIRBANKS SCALES INC. <br> PO BOX 414986 <br> KANSAS CITY, MO 64141-4986 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FAIRBANKS SCALES INC. <br> PO BOX 414986 <br> KANSAS CITY, MO 64141-4986 | | TRADE PAYABLE | | $0.00 |

Sheet no. 113 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| FAIRBANKS SCALES<br>PO BOX 829198<br>PHILADELPHIA, PA 19182-9198 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FAIRBANKS SCALES, INC.<br>6805 HOBSON VALLEY DR., UNIT 103<br>WOODRIDGE, IL 60517 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FAIRMONT SUPPLY CO.<br>PO BOX 501<br>WASHINGTON, PA 15301 | | TRADE PAYABLE | | | | $767.70 |
| ACCOUNT NO. | | | | | | |
| FAIRMONT SUPPLY<br>PO BOX 1388<br>MOUNT VERNON, IL 62864 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FALCON FOAM CORP<br>POBOX 116182<br>ATLANTA, GA 30368-6363 | | TRADE PAYABLE | | | | $12,829.85 |
| ACCOUNT NO. | | | | | | |
| FASTENERS & METAL PRODUCTS CORPORAT<br>30 THAYER ROAD<br>WALTHAM, MA 02453-7095 | | TRADE PAYABLE | | | | $145.02 |
| ACCOUNT NO. | | | | | | |
| FATBRAIN, INC.<br>1308 ORLEANS DRIVE<br>SUNNYVALE, CA 94089<br>UNK | | TRADE PAYABLE | | | | $1,559.47 |
| ACCOUNT NO. | | | | | | |
| FATBRAIN.COM<br>2550 WALSH AVE<br>SANTA CLARA, CA 95051 | | TRADE PAYABLE | | | | $634.16 |

Sheet no. 114 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| FAXNET<br>DEPT 250<br>DENVER, CO 80271-0250<br>UNK | | TRADE PAYABLE | | | | $15.96 |
| ACCOUNT NO. | | | | | | |
| FBO TEMPCO TEMP OF AMERICA, INC.<br>MOMENTUM FINANCIAL, INC.<br>PO BOX 1535<br>HOUSTON, TX 77251-1535 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FEDERAL EQUIPMENT CO.<br>8200 BESSEMER AVE.<br>CLEVELAND, OH 44127 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FEDERAL EXPRESS CORP.<br>PO BOX 1140<br>MEMPHIS, TN 38101-1140 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FENTON RIGGING CO<br>PO BOX 23128<br>CINCINNATI, OH 45223 | | TRADE PAYABLE | | | | $648.00 |
| ACCOUNT NO. | | | | | | |
| FENWAL SAFETY SYSTEMS<br>PO BOX 101305<br>ATLANTA, GA 30392-1305 | | TRADE PAYABLE | | | | $1,000.00 |
| ACCOUNT NO. | | | | | | |
| FENWALL SAFETY SYSTEMS<br>PO BOX 101305<br>ATLANTA, GA 30392-1305 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FERGUSON ENTERPRISES INC.<br>4001 E. MONUMENT ST.<br>PO BOX 4139<br>BALTIMORE, MD 21205 | | TRADE PAYABLE | | | | $19,609.70 |

Sheet no. 115 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> FERGUSON ENTERPRISES INC. <br> PO BOX 60076 <br> CHARLOTTE, NC 28260-0076 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FERGUSON ENTERPRISES, INC. <br> PO BOX 751497 <br> CHARLOTTE, NC 28275 | | TRADE PAYABLE | | $1,829.98 |
| ACCOUNT NO. <br> FERGUSON ENTERPRISES, INC. <br> PO BOX 928 <br> BALTIMORE, MD 21203-0928 | | TRADE PAYABLE | | $4,502.93 |
| ACCOUNT NO. <br> FERRELLGAS <br> 3111 NW GRAND AVE. <br> PHOENIX, AZ 85017 | | TRADE PAYABLE | | $253.83 |
| ACCOUNT NO. <br> FERRO CORPORATION <br> PO Box 5831 <br> CLEVELAND, OH 44193 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FERRO CORPORATION <br> POBOX 5381 <br> CLEVELAND, OH 44193 | | TRADE PAYABLE | | $411.00 |
| ACCOUNT NO. <br> FESTIVE AFFAIRS CATERING <br> 7391 WASHINGTON BLVD., SUITE 103 <br> ELKRIDGE, MD 21075 | | TRADE PAYABLE | | $847.42 |
| ACCOUNT NO. <br> FIBERLOCK TECHNOLOGIES, INC. <br> 150 Dascomb Rd. <br> ANDOVER, MA 01810 | | TRADE PAYABLE | | $10,833.96 |

Sheet no. 116 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> FIBREX INC <br> 1220 W MURPHY BLVD <br> POBOX 1227 <br> JOPLIN, MO 64801 | | | TRADE PAYABLE | | | | $574.08 |
| ACCOUNT NO. <br> FIDELITY LEASING INC <br> PO BOX 8500-9805 <br> PHILADELPHIA, PA 19178-9805 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> FIFE CORPORATION <br> PO DRAWER 78536 <br> MILWAUKEE, WI 53278-0536 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> FILENET CORP. <br> 3565 HARBOR BLVD. <br> COSTA MESA, CA 92626-1420 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> FILTER BELTS,INC. - FABRICATED FILT <br> FABRICATED FILTERS <br> PO BOX 23072 <br> HARAHAN, LA 70183-3072 | | | TRADE PAYABLE | | | | $44,178.72 |
| ACCOUNT NO. <br> FILTER BELTS,INC.-FAB.FILTERS <br> PO BOX 913 <br> WINTHROP, ME 04364 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> FILTER SERVICES ILLINOIS <br> 2555 UNITED LANE <br> ELK GROVE VILLAGE, IL 60007 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> FILTERCO <br> 3250 ALVEY PARK DR EAST <br> OWENSBORO, KY 42303 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 117 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> FIRE SAFETY SALES & SERVICE, INC. <br> 130 N RYAN AVE <br> LAKE CHARLES, LA 70601 | | TRADE PAYABLE | | $1,025.00 |
| ACCOUNT NO. <br> FIRELINE CORP. <br> 4506 HOLLINS FERRY RD. <br> BALTIMORE, MD 21227 | | TRADE PAYABLE | | $3,698.40 |
| ACCOUNT NO. <br> FIREMASTER N CAL REGION <br> PO BOX 9600 <br> FORT MYERS, FL 33906-9600 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FIRST ACCESS FLOOR CLEANING SYSTEMS <br> PO BOX 4240 <br> CAROL STREAM, IL 60197-4240 | | TRADE PAYABLE | | $1,179.57 |
| ACCOUNT NO. <br> FIRST CHOICE <br> 3130 ALFRED ST <br> SANTA CLARA, CA 95054-3304 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FIRST IMPRESSION PRINTING INC <br> 178 TOSCA DRIVE <br> STOUGHTON, MA 02072-1511 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FIRST LAW OFFICES OF KOREA <br> 275 YANGJAE-DONG <br> SEOCHO-KU SEOUL, IT 275 <br> UNK | | TRADE PAYABLE | | $18.00 |
| ACCOUNT NO. <br> FIRST UNION NATIONAL BANK <br> CORPORATE TRUST DEPT <br> FINANCE GROUP - NC 1196 <br> 1525 WEST W.T. HARRIS BLVD. - 3C3 <br> CHARLOTTE, NC 28288 | | TRADE PAYABLE | | $0.00 |

Sheet no. 118 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> FISCHER PROCESS INDUSTRIES <br> 155 COMMERCE BLVD <br> LOVELAND, OH 45140 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FISHER SCIENTIFIC CO LLC <br> 4500 TURNBERRY DR. <br> HANOVER PARK, IL 60103 | | TRADE PAYABLE | | $583.20 |
| ACCOUNT NO. <br> FISHER SCIENTIFIC <br> 1600 W. GLENLAKE AVE <br> ITASCA, IL 60143 | | TRADE PAYABLE | | $11,238.37 |
| ACCOUNT NO. <br> FISHER SCIENTIFIC <br> 4500 Turnberry Dr <br> Hanover Park, IL 60103-5491 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> FISHER SCIENTIFIC <br> DEPT CH 10119 <br> PALATINE, IL 60055-0119 | | TRADE PAYABLE | | $555.70 |
| ACCOUNT NO. <br> FISHER SCIENTIFIC <br> DEPT. CH. 10119 <br> PALATINE, IL 60055 | | TRADE PAYABLE | | $15,198.23 |
| ACCOUNT NO. <br> FISHER SCIENTIFIC <br> DEPT. CH 10119 <br> PALATINE, IL 60055-0119 | | TRADE PAYABLE | | $4,157.94 |
| ACCOUNT NO. <br> FISHER SCIENTIFIC <br> DEPT. CH 10119 <br> PALATINE, IL 60055-0119 | | TRADE PAYABLE | | $679.83 |
| ACCOUNT NO. <br> FISHER SCIENTIFIC <br> PO BOX 360153 <br> PITTSBURGH, PA 15230 | | TRADE PAYABLE | | $0.00 |

Sheet no. 119 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>FITZ CHEM CORP<br>POBOX 97083<br>CHICAGO, IL 60678-7083 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FLEET ONE MOBILE SERVICES<br>PO BOX 10012<br>GLENDALE, AZ 85318-0012 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FLEMMING ZULACK & WILLIAMSON<br>Law Offices<br>One Liberty Plaza<br>NEW YORK, NY 10006-1404 | | TRADE PAYABLE | | $49,565.03 |
| ACCOUNT NO.<br>FLEXCON PACKAGING SYSTEMS<br>P.O BOX 95386<br>NEW ORLEANS, LA 70195 | | TRADE PAYABLE | | $3,059.68 |
| ACCOUNT NO.<br>FLEXCON SYSTEMS CO.<br>1709 HATBORO AVE.<br>HATBORO, PA 19040 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FLEX-KLEEN DIVISION<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FLODYNE<br>1000 MUIRFIELD DR<br>HANOVER PARK, IL 60103-5468 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FLORIDA INDEPENDENT CONCRETE<br>AND ASSOC. PRODS. INC.<br>318 NEWMAN ROAD<br>SEBRING, FL 33876-6702 | | TRADE PAYABLE | | $120.00 |

Sheet no. 120 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| FLORIDIN - ITC<br>A Division of ITC Industrials Inc<br>5700 CLEVELAND ST SUITE 420<br>VIRGINIA BEACH, VA 23462 | | TRADE PAYABLE | | $31,500.00 |
| ACCOUNT NO. | | | | |
| FLORIDIN CORP<br>5700 CLEVELAND ST STE 420<br>QUINCY, FL 32353 | | TRADE PAYABLE | | $12,900.00 |
| ACCOUNT NO. | | | | |
| FLOW THRU METALS<br>201 COMMERCE DR<br>MOORESTOWN, NJ 08057 | | TRADE PAYABLE | | $3,063.74 |
| ACCOUNT NO. | | | | |
| FLOWERS BY CHRIS INC<br>1019 CATHEDRAL ST<br>BALTIMORE, MD 21201 | | TRADE PAYABLE | | $178.20 |
| ACCOUNT NO. | | | | |
| FLOWSERVE CORP<br>14823 S MC KINLEY AVE<br>POSEN, IL 60469 | | TRADE PAYABLE | | $1,005.55 |
| ACCOUNT NO. | | | | |
| FLOWSERVE CORP<br>800 ROOSEVELT ROAD<br>GLEN ELLYN, IL 60137 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| FLUID CONTROL METHODS<br>PO BOX E-1414 NCB93<br>MINNEAPOLIS, MN 55480-1414 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| FLUID EQUIPMENT CORP.<br>PO BOX 1952<br>BRENTWOOD, TN 37027-1952 | | TRADE PAYABLE | | $0.00 |

Sheet no. 121 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| FLUID FILTRATION MANUFACTURING CORP<br>508 73RD ST<br>NORTH BERGEN, NJ 07047 | | TRADE PAYABLE | | | | $517.33 |
| ACCOUNT NO. | | | | | | |
| FLUID FLOW OF TENNESSEE, INC.<br>PO BOX 751278<br>CHARLOTTE, NC 28275 | | TRADE PAYABLE | | | | $442.58 |
| ACCOUNT NO. | | | | | | |
| FMC WYOMING CORP<br>1735 MARKET ST<br>PHILADELPHIA, PA 19103 | | TRADE PAYABLE | | | | $8,415.95 |
| ACCOUNT NO. | | | | | | |
| FORCE-FLO INC<br>POBOX 24279<br>CLEVELAND, OH 44124 | | TRADE PAYABLE | | | | $715.26 |
| ACCOUNT NO. | | | | | | |
| FORKLIFT CITY<br>12520 RACINE<br>HENDERSON, CO 80640 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FORM SERVICES, INC<br>PO BOX 17558<br>BALTIMORE, MD 21297-1558 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FOSBEL INC<br>640 NORTH ROCKY RIVER DR<br>BEREA, OH 44017 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FOSS BOWE SAN FILIPPO & CARUSO<br>POBOX 896<br>RED BANK, NJ 07701-0896 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FOSS NORTH AMERICA<br>7682 EXECUTIVE DR.<br>EDEN PRAIRIE, MN 55344 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 122 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | |
| FOSTER & SEAR, TRUSTEE<br>1201 N WATSON RD<br>ARLINGTON, TX 76006 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. | | | | | |
| FOX VALVE DEVELOPMENT CORP.<br>HAMILTON BUSINESS PARK<br>UNIT 6A<br>FRANKLIN RD.<br>DOVER, NJ 07801 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. | | | | | |
| FOXBORO C/O EASTERN CONTROLS,<br>PO BOX 8000, DEPT. 730<br>UNK | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. | | | | | |
| FOXBORO COMPANY<br>PO BOX 360015<br>PITTSBURGH, PA 15251-6015 | | TRADE PAYABLE | | | $10,956.72 |
| ACCOUNT NO. | | | | | |
| FPF ENTERPRISES<br>PALLETS PLUS, INC.<br>PO BOX 31691<br>CHICAGO, IL 60631-0691 | | TRADE PAYABLE | | | $4,174.04 |
| ACCOUNT NO. | | | | | |
| FRANK J. DEAN CO.<br>18 HANOVER RD.<br>REISTERSTOWN, MD 21136 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. | | | | | |
| FRANK LA PLACA EXTERMINATING INC.<br>2206 S LYONS ST<br>SANTA ANA, CA 92705 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. | | | | | |
| FRANK MAURER CO INC<br>PO BOX 367<br>CONCORD, MA 01742-0367 | | TRADE PAYABLE | | | $14,867.50 |

Sheet no. 123 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>FRANK PARSONS PAPER COMPANY, INC.<br>PO BOX 64346<br>BALTIMORE, MD 21264-4346 | | TRADE PAYABLE | | $2,091.60 |
| ACCOUNT NO.<br>FRANK W.WINNE & SON INC.<br>PO BOX 15269<br>WILMINGTON, DE 19850-5269 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FRANK WOOD TRUCKING<br>PO BOX 140086<br>SAINT LOUIS, MO 63114-0086 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FRANKLIN PRODUCTS, INC.<br>114 BEACH ST<br>ROCKAWAY, NJ 07866 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FRASER PAPERS INC<br>DEPT CH 10112<br>PALATINE, IL 60055-0112 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>FRED C. JOHNSON CO., INC.<br>MARYLAND DOOR<br>7057 KIT KAT RD.<br>ELKRIDGE, MD 21075 | | TRADE PAYABLE | | $168.00 |
| ACCOUNT NO.<br>FRED WOODS PRODUCTION<br>304 PLEASANT ST<br>WATERTOWN, MA 02172 | | TRADE PAYABLE | | $6,328.30 |
| ACCOUNT NO.<br>FREDERICK CORP<br>11900 S DIVISION ST<br>BLUE ISLAND, IL 60406 | | TRADE PAYABLE | | $2,820.00 |

Sheet no. 124 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| FREELAND HOIST & CRANE, INC. 1600 S. CATON AVE. BALTIMORE, MD 21227 | | TRADE PAYABLE | | | | $29,104.35 |
| ACCOUNT NO. | | | | | | |
| FRENCH CONSTRUCTION SVC., INC. 1210 N. MACON ST, BALTIMORE, MD 21205 | | TRADE PAYABLE | | | | $571.70 |
| ACCOUNT NO. | | | | | | |
| FREUND CAN COMPANY 155 WEST 84TH ST CHICAGO, IL 60620-1298 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FRIEND STREET TICKET AGENCY,INC. 282 FRIEND ST BOSTON, MA 02114 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| FUNCTIONAL COATINGS,INC. 13 MALCOLM HOYT DRIVE NEWBURYPORT, MA 01950 | | TRADE PAYABLE | | | | $4,050.00 |
| ACCOUNT NO. | | | | | | |
| G & K SERVICES 1625 HERAEUS BLVD. BUFORD, GA 30518 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| G NEIL COMPANIES PO BOX 451179 SUNRISE, FL 33345-1179 | | TRADE PAYABLE | | | | $84.52 |
| ACCOUNT NO. | | | | | | |
| G&K SERVICES 1825 OLD SAVANNAH RD. AUGUSTA, GA 30901 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| G.C. ZARNAS & CO., INC. 850 JENNINGS ST. BETHLEHEM, PA 18017 | | TRADE PAYABLE | | | | $13,211.00 |

Sheet no. 125 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> G.C.I. <br> PO BOX 3749 <br> BATON ROUGE, LA  70821 | | TRADE PAYABLE | | $3,745.70 |
| ACCOUNT NO. <br> G.O.D. INC. <br> PO BOX 100 <br> KEARNY, NJ  07032 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> G.V. BISMARCK <br> PLACE ST-FRANCOIS 16 <br> LAUSANNE SWITZERLAND, IT  01002 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GAC CHEMICAL CORP <br> 1630 TIMBERWOLF DR <br> HOLLAND, OH  43528 | | TRADE PAYABLE | | $67,412.84 |
| ACCOUNT NO. <br> GALLARD-SCHLESINGER IND. INC. <br> ROCKEFELLER PLAZA STATION <br> NEW YORK, NY  10185 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GALLOWAY'S PLUMBING, HEATING & AIR SEWER & DRAIN CLEANING <br> 2109 OLD HENDERSON ROAD <br> OWENSBORO, KY  42301 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GARFIELD RIDGE CONTRACTORS INC <br> 8916 WEST OGDEN AVE <br> BROOKFIELD, IL  60513 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GARLINGTON LOHN & ROBINSON <br> 199 West Pine <br> MISSOULA, MT  59807-7909 | | TRADE PAYABLE | | $16,718.21 |

Sheet no. 126 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| GASCOYNE LABORATORIES, INC. 2101 VAN DEMAN ST. BALTIMORE, MD 21224 | | TRADE PAYABLE | | | | $3,700.25 |
| ACCOUNT NO. | | | | | | |
| GASTON COUNTY TAX COLLECTOR PO BOX 580326 CHARLOTTE, NC 28258-0326 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GASTON COUNTY TAX COLLECTOR PO BOX 9000 GASTONIA, NC 28053-9000 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GAYLON DISTRIBUTING INC 10310 S. DOLFIELD ROAD OWINGS MILLS, MD 21117-3522 | | TRADE PAYABLE | | | | $28,581.79 |
| ACCOUNT NO. | | | | | | |
| GAYLON DISTRIBUTING, INC. 10310 S. DOLFIELD RD. OWINGS MILLS, MD 21117-3522 | | TRADE PAYABLE | | | | $8,304.55 |
| ACCOUNT NO. | | | | | | |
| GE CAPITAL FLEET SERVICES PO BOX 100363 ATLANTA, GA 30384-0363 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GE CAPITAL MODULAR SPACE 2510 FRUGE RD LAKE CHARLES, LA 70601 | | TRADE PAYABLE | | | | $851.68 |
| ACCOUNT NO. | | | | | | |
| GE CAPITAL MODULAR SPACE PO BOX 641595 PITTSBURGH, PA 15264-1595 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GEIGER PUMP & EQUIPMENT 8924 YELLOW BRICK RD. BALTIMORE, MD 21237 | | TRADE PAYABLE | | | | $34,754.60 |

Sheet no. 127 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GEM AIR CONTROLS<br>PO BOX 13300<br>DAYTON, OH  45413-0300 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>GENERAL BOTTLE SUPPLY CO., INC<br>1930 E 51ST ST<br>LOS ANGELES, CA  90058-0734 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>GENERAL CHEMICAL CORP.<br>90 E. HALSEY RD.<br>PO BOX 393<br>PARSIPPANY, NJ  07054-0393 | | TRADE PAYABLE | | | | $139,477.50 |
| ACCOUNT NO.<br>GENERAL CHEMICAL CORP.<br>PO BOX 360464M<br>PITTSBURGH, PA  15251 | | TRADE PAYABLE | | | | $38,918.94 |
| ACCOUNT NO.<br>GENERAL ELECTRIC CAPITAL CORPO<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>GENERAL ENERGY CORPORATION<br>PO BOX 36467<br>CHARLOTTE, NC  28236-6467 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>GENERAL LATEX & CHEMICAL CORP<br>11266 JERSEY BLVD<br>RANCHO CUCAMONGA, CA  91730 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>GENERAL LATEX AND CHEMICAL CORP<br>PO BOX 498<br>ASHLAND, OH  44805-0498 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>GENERAL LATEX AND CHEMICAL CORP<br>PO BOX 709<br>DALTON, GA  30722-0709 | | TRADE PAYABLE | | | | $25,350.52 |

Sheet no. 128 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. GENERAL STEEL DRUM CORP PO BOX 651167 CHARLOTTE, NC  28265 | | TRADE PAYABLE | | $15,523.00 |
| ACCOUNT NO. GEOMEGA INC 2995 BASELINE ROAD  SUITE 202 BOULDER, CO  80303 | | TRADE PAYABLE | | $95,354.99 |
| ACCOUNT NO. GEORGE C. DOUB, P.C. & ASSOC. 12 WEST MADISON ST BALTIMORE, MD  21201-5231 | | TRADE PAYABLE | | $22,037.46 |
| ACCOUNT NO. GEORGE E BOOTH COMPANY INC 8202 W 10TH ST INDIANAPOLIS, IN  46214 | | TRADE PAYABLE | | $360.80 |
| ACCOUNT NO. GEORGE R. RUHL & SON, INC. 7451 RACE ROAD HANOVER, MD  21076 UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. GEORGE RUHL & SON, INC. PO BOX 250 HANOVER, MD  21076 | | TRADE PAYABLE | | $952.00 |
| ACCOUNT NO. GEORGE S. EDWARDS CO. INC. PO BOX 1000 SAGINAW, AL  35137 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. GEORGIA DEPT OF LABOR 223 COURTLAND ST N E ATLANTA, GA  30303 | | TRADE PAYABLE | | $0.00 |

Sheet no. 129 of 322    sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| GEORGIA GAS DISTRIBUTORS INC. 6000 LAKE FOREST DRIVE NW STE 230 ATLANTA, GA 30328 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GEORGIA PACIFIC CORP. PO BOX 102038 ATLANTA, GA 30368-2038 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GEORGIA PACIFIC CORPORATION PO BOX 102038 ATLANTA, GA 30368-2038 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GEORGIA PACIFIC 21120 NETWORK PLACE CHICAGO, IL 60673 | | TRADE PAYABLE | | | | $4,266.91 |
| ACCOUNT NO. | | | | | | |
| GEORGIA POWER 96 ANNEX ATLANTA, GA 30396-0001 | | TRADE PAYABLE | | | | $51,815.46 |
| ACCOUNT NO. | | | | | | |
| GEORGIA PUMP 6289 BANKHEAD HWY BLDG 16 AUSTELL, GA 30168 | | TRADE PAYABLE | | | | $8,383.58 |
| ACCOUNT NO. | | | | | | |
| GEORGIA-PACIFIC CORP. PO BOX 102038 ATLANTA, GA 30368-2038 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GEOTEST ENGINEERING INC 5600 BINTLIFF DRIVE HOUSTON, TX 77036 | | TRADE PAYABLE | | | | $6,178.50 |
| ACCOUNT NO. | | | | | | |
| GEOTRANS INC 46050 MANEKIN PLAZA STE 100 STERLING, VA 20166 | | TRADE PAYABLE | | | | $21,789.40 |

Sheet no. 130 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
            Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> GFS CHEMICALS <br> DEPT. L-1694 <br> COLUMBUS, OH  43260 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GILES CONSTRUCTION CO., INC. <br> 2600 BROUSSARD ROAD <br> SULPHUR, LA  70663 | | TRADE PAYABLE | | $149.79 |
| ACCOUNT NO. <br> GILL-SIMPSON, INC. <br> 2834 LOCH RAVEN RD. <br> BALTIMORE, MD  21218 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GILSON MEDICAL ELECTRONIC <br> PO BOX 620027 <br> MIDDLETON, WI  53562 | | TRADE PAYABLE | | $360.00 |
| ACCOUNT NO. <br> GISCHEL MACHINE CO. <br> PO BOX 3480 <br> BALTIMORE, MD  21226 | | TRADE PAYABLE | | $10,900.90 |
| ACCOUNT NO. <br> GLOBAL COMPUTER SUPPLIES <br> PO BOX 5000 <br> SUWANEE, GA  30024 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GLOBAL ENVIRONMENTAL SOLUTIONS INC <br> 2121 NEWMARKET PKWY, SUITE 140 <br> MARIETTA, GA  30067 | | TRADE PAYABLE | | $23,908.75 |
| ACCOUNT NO. <br> GLOBAL EQUIPMENT CO. <br> PO BOX 5200 <br> SUWANEE, GA  30024 | | TRADE PAYABLE | | $622.27 |
| ACCOUNT NO. <br> GLOBAL MESSENGER CORP. <br> 1821 WASHINGTON BLVD. <br> BALTIMORE, MD  21230 | | TRADE PAYABLE | | $0.00 |

Sheet no. 131 of 322    sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.