In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>GLOBAL OCCUPATION SAFETY<br>22 HARBOR PARK DR<br>PORT WASHINGTON, NY 11050 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>GNM, INC.<br>5500 CHEMICAL RD.<br>BALTIMORE, MD 21226 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>GOINS UNDERKOFLER CRAWFORD AND<br>1601 ELM ST<br>DALLAS, TX 75201 | | TRADE PAYABLE | | $592.42 |
| ACCOUNT NO.<br>GOLD CUP COFFEE SERVICE<br>PO BOX 669<br>ANNAPOLIS JUNCTION, MD 20701 | | TRADE PAYABLE | | $2,019.75 |
| ACCOUNT NO.<br>GOLDLINE INTERNATIONAL<br>PO BOX 266062<br>HOUSTON, TX 77207 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>GOLDMAN PROMOTIONS<br>10515 LIBERTY AVE<br>POBOX 21573<br>SAINT LOUIS, MO 63132 | | TRADE PAYABLE | | $6,294.08 |
| ACCOUNT NO.<br>GOLDMAN'S TRUE VALUE<br>2615 COLUMBIA HWY. N.<br>AIKEN, SC 29805<br>UNK | | TRADE PAYABLE | | $157.81 |
| ACCOUNT NO.<br>GOODING RUBBER<br>10321 WERCH DR SUITE 200<br>WOODRIDGE, IL 60517 | | TRADE PAYABLE | | $364.02 |

Sheet no. 132 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| GOODMAN BROS STEEL DRUM CO INC<br>18 DIVISION PLACE<br>BROOKLYN, NY 11222 | | TRADE PAYABLE | | | | $2,560.00 |
| ACCOUNT NO. | | | | | | |
| GOODYEAR TIRE & RUBBER CO<br>POBOX 100605<br>REFERENCE #1550<br>ATLANTA, GA 30384-0605 | | TRADE PAYABLE | | | | $92,637.40 |
| ACCOUNT NO. | | | | | | |
| GOODYEAR TIRE & RUBBER CO.<br>REF # 1550<br>PO BOX 931964<br>CLEVELAND, OH 44193 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GORODISSKY & PARTNERS<br>25 STROENIE 3<br>MOSCOW 129010, IT 129010<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GOULD METAL WORKS<br>20 W. 19TH ST<br>COVINGTON, KY 41014<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GOULSTON AND STORRS<br>400 ATLANTIC AVE<br>BOSTON, MA 02110-3333 | | TRADE PAYABLE | | | | $4,389.09 |
| ACCOUNT NO. | | | | | | |
| GOWLING STRATHY & HENDERSON<br>PO BOX 466, STATION D<br>OTTAWA, ON K1P 1C3<br>CANADA | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GRACE SOCIAL CLUB<br>7500 GRACE DR.<br>COLUMBIA, MD 21044 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 133 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor          Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. GRACO INC PO BOX 91835 CHICAGO, IL 60693 | | TRADE PAYABLE | | $4,182.80 |
| ACCOUNT NO. GRAFCOR PACKAGING INC. 121 LOOMIS ST ROCKFORD, IL 61101 | | TRADE PAYABLE | | $9,343.87 |
| ACCOUNT NO. GRANBERRY SUPPLY CORPORATION PO BOX 90550 PHOENIX, AZ 85066-0550 | | TRADE PAYABLE | | $165.27 |
| ACCOUNT NO. GRANITEVILLE FOUNDRY PO BOX 767 WESTFORD, MA 01886-0024 | | TRADE PAYABLE | | $1,184.00 |
| ACCOUNT NO. GRAPEVINE FAMILY AND INDUSTRIAL PO BOX 802407 DALLAS, TX 75380 UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. GRAPHIC CONTROLS CORP. PO BOX 360417 PITTSBURGH, PA 15250-6417 | | TRADE PAYABLE | | $1,843.61 |
| ACCOUNT NO. GRAYBAR ELECTRIC CO. 900 REGENCY DRIVE DALLAS, TX 75284-0458 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. GRAYBAR ELECTRIC CO., INC. PO BOX 145483-ANNEX STATION CINCINNATI, OH 45250 | | TRADE PAYABLE | | $206.31 |

Sheet no. 134 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. GRAYBAR ELECTRIC COMPANY CALLER BOX 7300 GLENDALE HEIGHTS, IL 60139 | | TRADE PAYABLE | | $225.31 |
| ACCOUNT NO. GRAYBAR ELECTRIC COMPANY, INC. PO BOX 27070 PHOENIX, AZ 85061 | | TRADE PAYABLE | | $225.08 |
| ACCOUNT NO. GRAYBAR ELECTRIC 8TH & FREEMAN CINCINNATI, OH 45203 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. GREAT LAKES CHEMICAL CORP PO BOX 2200 WEST LAFAYETTE, IN 47906 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. GREELEY GAS COMPANY PO BOX 660063 DALLAS, TX 75266-0063 | | TRADE PAYABLE | | $345.67 |
| ACCOUNT NO. GREENBERG, GLUSKER, FIELDS, CLAMAN & Machtinger 1900 Ave of Stars, #2000 LOS ANGELES, CA 90067 | | TRADE PAYABLE | | $1,467.59 |
| ACCOUNT NO. GREIF BROS CORP PO BOX 102306 ATLANTA, GA 30368 | | TRADE PAYABLE | | $28,240.38 |
| ACCOUNT NO. GREIF BROS CORP POBOX 75409 CHICAGO, IL 60675-5409 | | TRADE PAYABLE | | $56,202.72 |

Sheet no. 135 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> GREIF BROS CORPORATION <br> PO BOX 75409 <br> CHICAGO, IL 60675-5409 | | TRADE PAYABLE | | $11,208.75 |
| ACCOUNT NO. <br> GREIF BROS. CORP. <br> 400 LAZELLE RD., STE. 10 <br> VAN WERT, OH 45891 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GREIF BROS. CORP. <br> 785 DEVON PARK DR., SUITE 103 <br> WAYNE, PA 19087 <br> UNK | | TRADE PAYABLE | | $114,912.10 |
| ACCOUNT NO. <br> GREIF BROS. CORP. <br> POBOX 75409 <br> CHICAGO, IL 60675-5409 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GREIF BROS. CORPORATION <br> PO BOX 97603 <br> CHICAGO, IL 60678-7603 | | TRADE PAYABLE | | $71,057.27 |
| ACCOUNT NO. <br> GREIF BROS. <br> PO BOX 75409 <br> CHICAGO, IL 60675-5409 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GREIF BROTHERS CORP. <br> 400 LAZELLE RD., STE. 10 <br> CHESTER, PA 19016 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> GREIF BROTHERS CORP. <br> PO BOX 102306 <br> ATLANTA, GA 30368 | | TRADE PAYABLE | | $9,352.44 |

Sheet no. 136 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**　　　　　　　　　　　Case No. **01-01140**
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| GREY HOUSE PUBLISHING<br>PO BOX 1866<br>LAKEVILLE, CT 06039-1866 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GRINNELL CORPORATION<br>POBOX 360461<br>PITTSBURGH, PA 15251-6461 | | TRADE PAYABLE | | | | $8,136.65 |
| ACCOUNT NO. | | | | | | |
| GRINNELL FIRE PROTECTION SYSTE<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GRINNELL FIRE PROTECTION SYSTEMS CO<br>DEPT. 0856<br>PO BOX 120001<br>DALLAS, TX 75312-0856 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GRINNELL FIRE PROTECTION<br>NC REGION<br>DEPT CH 10462<br>PALATINE, IL 60055-0462 | | TRADE PAYABLE | | | | $22,352.80 |
| ACCOUNT NO. | | | | | | |
| GTS DURATEK<br>PO BOX 8538-712<br>PHILADELPHIA, PA 19171-0712 | | TRADE PAYABLE | | | | $124.78 |
| ACCOUNT NO. | | | | | | |
| GULBRANDSEN TECHNOLOGIES, INC.<br>PO BOX 651705<br>PHILADELPHIA, PA 19178 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GULF CHEMICAL & METALLURGICAL CORP.<br>PO BOX 203082<br>HOUSTON, TX 77216-3082 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| GULF CHEMICAL & METALLURGICAL<br>UNK | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 137 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records　　$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. <br> GULF COAST SCALES, INC. <br> PO BOX 17077 <br> LAKE CHARLES, LA 70616 | | TRADE PAYABLE | | | $1,774.00 |
| ACCOUNT NO. <br> GUNSTER YOAKLEY & STEWART PA <br> 777 SOUTH FLAGLER DRIVE <br> WEST PALM BEACH, FL 33401-6194 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. <br> G-W MANUFACTURING COMPANY INC <br> PO BOX 2838 <br> RANCHO CUCAMONGA, CA 91729 | | TRADE PAYABLE | | | $17,930.88 |
| ACCOUNT NO. <br> GWINNETT TECH <br> UNK | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. <br> H & H ENTERPRISE <br> 2525 ROSS CLARK CIRCLE SW <br> DOTHAN, AL 36301 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. <br> H M ROYAL INCORPORATED <br> PO Box 6798 <br> Buena Park, CA 90622-6798 | | TRADE PAYABLE | | | $3,838.00 |
| ACCOUNT NO. <br> H M ROYAL INCORPORATED <br> POBOX 28 <br> TRENTON, NJ 08601-0028 | | TRADE PAYABLE | | | $6,752.50 |
| ACCOUNT NO. <br> H T TREADWAY & SON CO <br> RD 1 BOX 15 <br> GLEN ROCK, PA 17327 | | TRADE PAYABLE | | | $684.25 |
| ACCOUNT NO. <br> H.B. FULLER COMPANY <br> PO BOX 905326 <br> CHARLOTTE, NC 28290-5326 | | TRADE PAYABLE | | | $0.00 |

Sheet no. 138 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> H.P. RODGERS <br> 104 OLD HOUSE CT. <br> BALTIMORE, MD 21208 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> H.T. ILLING CO. <br> PO BOX 080017 <br> MILWAUKEE, WI 53208-0017 | | TRADE PAYABLE | | $27,111.93 |
| ACCOUNT NO. <br> H.W. FIORI & SON, INC. <br> 407 JACK ST. <br> BALTIMORE, MD 21225 | | TRADE PAYABLE | | $58,427.00 |
| ACCOUNT NO. <br> HACH CO <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> HACH COMPANY <br> 2207 COLLECTIONS CENTER DR. <br> CHICAGO, IL 60693 | | TRADE PAYABLE | | $593.72 |
| ACCOUNT NO. <br> HAHN & CLAY <br> PO BOX 15521 <br> 15521 <br> HOUSTON, TX 77020 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> HAHN LOESER & PARKS <br> 200 PUBLIC SQUARE <br> CLEVELAND, OH 44114-2301 | | TRADE PAYABLE | | $56,640.73 |
| ACCOUNT NO. <br> HAL SLIFER VIDEO PRODUCTIONS INC <br> 14 ROWE ST <br> NEWTON, MA 02466 | | TRADE PAYABLE | | $0.00 |

Sheet no. 139 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| HALEY & ALDRICH INC<br>465 MEDFORD ST SUITE 2200<br>BOSTON, MA 02129-1400 | | TRADE PAYABLE | | | | $11,524.18 |
| ACCOUNT NO. | | | | | | |
| HALL CHEMICAL CO.<br>28960 LAKELAND BLVD.<br>WICKLIFFE, OH 44092 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HALL CHEMICAL CO.<br>PO BOX 72217<br>CLEVELAND, OH 44192-0217 | | TRADE PAYABLE | | | | $26,571.00 |
| ACCOUNT NO. | | | | | | |
| HALL METAL CORP<br>921 NW 3RD AVE<br>POMPANO BEACH, FL 33060 | | TRADE PAYABLE | | | | $389.55 |
| ACCOUNT NO. | | | | | | |
| HAMILTON EASTER, INC.<br>26 MUSIC FAIR RD.<br>OWINGS MILLS, MD 21117 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HAMILTON, BROOK, SMITH, & REYNOLDS,<br>TWO MILITIA DRIVE<br>LEXINGTON, MA 02173-4799 | | TRADE PAYABLE | | | | $4,604.80 |
| ACCOUNT NO. | | | | | | |
| HAMMOND PEST CONTROL, INC.<br>664 STATE ST.<br>HAMMOND, IN 46320 | | TRADE PAYABLE | | | | $91.05 |
| ACCOUNT NO. | | | | | | |
| HAMPSHIRE CHEMICAL CORP<br>PO BOX 281780<br>ATLANTA, GA 30384 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 140 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> HANDY CHEMICALS US <br> 120, DE L'INDUSTRIE <br> QUEBEC, QC  J5R 1J2 <br> CA | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> HANNA HEATING AND AIR CONDITIONING <br> PO BOX 130 <br> ENOREE, SC  29335 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> HANSON PUBLICATIONS, INC. <br> PO BOX 574 <br> ANSONIA, CT  06401-0574 | | TRADE PAYABLE | | | | $751.95 |
| ACCOUNT NO. <br> HARBISON-WALKER REFRACTORIES CO <br> POBOX 640945 <br> PITTSBURGH, PA  15264-0945 | | TRADE PAYABLE | | | | $5,744.22 |
| ACCOUNT NO. <br> HARBOR TOOL SUPPLY CO INC <br> 20 SOUTHWEST PARK <br> WESTWOOD, MA  02090-1500 | | TRADE PAYABLE | | | | $30.79 |
| ACCOUNT NO. <br> HARDWARE PRODUCTS COMPANY <br> PO BOX 4346 DEPT 116 <br> HOUSTON, TX  77210-4346 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> HARDY INSTRUMENTS <br> 3860 CALLE FORTUNADA <br> SAN DIEGO, CA  92123-1825 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> HARDY INSTRUMENTS <br> 3860 CALLE FORTUNADA <br> SAN DIEGO, CA  92123-1825 | | TRADE PAYABLE | | | | $2,249.03 |

Sheet no. 141 of 322  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| HARDY INSTRUMENTS<br>3860 CALLE FORTUNDA<br>SAN DIEGO, CA 92123-1825 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HARLEY'S AUTO PARTS, INC.<br>310 HAMPTON AVE. N.E.<br>AIKEN, SC 29801 | | TRADE PAYABLE | | | | $706.78 |
| ACCOUNT NO. | | | | | | |
| HARMS & ASSOCIATES<br>3N967 BABSON LANE<br>SAINT CHARLES, IL 60175 | | TRADE PAYABLE | | | | $6,066.00 |
| ACCOUNT NO. | | | | | | |
| HARRINGTON INDUSTRIAL PLASTICS<br>PO BOX 13346<br>BALTIMORE, MD 21203 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HARRINGTON-ROBB ASSOCIATES<br>41 TWOSOME DRIVE, UNIT 4<br>MOORESTOWN, NJ 08057 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HARRIS, PH.D., MICHAEL T<br>2611 HAWKSHEAD CT.<br>SILVER SPRING, MD 20904 | | TRADE PAYABLE | | | | $750.00 |
| ACCOUNT NO. | | | | | | |
| HARRY EWERS & SONS, INC.<br>3512 WOODFORD RD.<br>CINCINNATI, OH 45213 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HARRY W GAFFNEY & CO.<br>PO BOX 1066<br>WILLOW GROVE, PA 19090 | | TRADE PAYABLE | | | | $888.00 |
| ACCOUNT NO. | | | | | | |
| HARVEY SALT CO.<br>1325 MOHRS LN.<br>BALTIMORE, MD 21220 | | TRADE PAYABLE | | | | $1,663.17 |

Sheet no. 142 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> HARWICK CHEMICAL CORPORATION <br> PO BOX 1801 <br> AKRON, OH 44309 | | TRADE PAYABLE | | $3,523.50 |
| ACCOUNT NO. <br> HATFIELD TOWNSHIP <br> 1950 SCHOOL ROAD <br> HATFIELD, PA 19440-1992 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> HAYES MECHANICAL INC <br> 2160 N ASHLAND AVE <br> CHICAGO, IL 60614-3024 | | TRADE PAYABLE | | $4,547.00 |
| ACCOUNT NO. <br> HAYES MECHANICAL <br> 2160 NORTH ASHLAND AVE <br> CHICAGO, IL 60614-3024 | | TRADE PAYABLE | | $2,272.33 |
| ACCOUNT NO. <br> HAYWARD INDUSTRIAL C/O PARGREE <br> 1224 CAPITOL DR <br> ADDISON, IL 60101 | | TRADE PAYABLE | | $191.40 |
| ACCOUNT NO. <br> HAZMATPAC <br> PO BOX 15845 <br> HOUSTON, TX 77220-5845 | | TRADE PAYABLE | | $187.34 |
| ACCOUNT NO. <br> HBA <br> PO BOX 4164 <br> CHARLOTTE, NC 28226 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> HBC ENGINEERING, INC. <br> POBOX 846115 <br> DALLAS, TX 75284-6115 | | TRADE PAYABLE | | $0.00 |

Sheet no. 143 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. HCI TRANSPORTATION TECHNOLOGIES INC 7801 WEST 47TH ST POBOX 1507 MCCOOK, IL  60525-1507 | | TRADE PAYABLE | | | | $487.37 |
| ACCOUNT NO. HDK/MARKLINE BUSINESS PRODUCTS CO POBOX 171 BELMONT, MA  02478 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. HEALTHSOURCE TENNESSEE, INC. 5600 BRAINERD ROAD CHATTANOOGA, TN  37411 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. HEIDER ENGINEERING 2128 S GROVE SUITE B ONTARIO, CA  91761 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. HEIMLICH LANDSCAPING & CONSTRUCTION 65 BURLINGTON ST WOBURN, MA  01801 | | TRADE PAYABLE | | | | $12,987.50 |
| ACCOUNT NO. HEINRICH GORDON BATCHELDER 500 EAST BROWARD BLVD. FORT LAUDERDALE, FL  33394-3092 | | TRADE PAYABLE | | | | $3,083.90 |
| ACCOUNT NO. HELSEL-JEPPERSON ELECTRICAL, INC. PO BOX 310 CHICAGO HEIGHTS, IL  60412-0310 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. HENKEL SURFACE TECHNOLOGIES UNK | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 144 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> HENRY PERKINS CO <br> PO BOX 215 <br> BRIDGEWATER, MA  02324 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> HERCULES INC. <br> PO BOX 281723 <br> ATLANTA, GA  30384-1723 | | TRADE PAYABLE | | | | $78,926.00 |
| ACCOUNT NO. <br> HERCULES <br> BETZ DEARBORN <br> PO BOX 846046 <br> DALLAS, TX  75284-6046 | | TRADE PAYABLE | | | | $23,215.87 |
| ACCOUNT NO. <br> HERITAGE ENVIRONMENTAL SER INC <br> PO BOX 66132 <br> ROMEOVILLE, IL  60441-4054 | | TRADE PAYABLE | | | | $17,181.88 |
| ACCOUNT NO. <br> HERITAGE ENVIRONMENTAL <br> PO BOX 66132 <br> INDIANAPOLIS, IN  46266 | | TRADE PAYABLE | | | | $3,154.10 |
| ACCOUNT NO. <br> HERITAGE INDUSTRIES <br> 2202 SUPERIOR AVE <br> CLEVELAND, OH  44114 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> HERKVLOE CHEMICAL <br> 4636 SOMERTON ROAD <br> TREVOSE, PA  19047-6783 | | TRADE PAYABLE | | | | $397.10 |
| ACCOUNT NO. <br> HERTZ CORP. <br> PO BOX 25485 <br> OKLAHOMA CITY, OK  73125-5485 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 145 of 322  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**　　　　　　　　　　　Case No. **01-01140**
　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| HERTZ CORPORATION, THE<br>PO BOX 25485<br>OKLAHOMA CITY, OK 73125 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HERTZ EQUIPMENT RENTAL CORP.<br>3318 E NAPOLEON<br>SULPHUR, LA 70663 | | TRADE PAYABLE | | | | $18,926.81 |
| ACCOUNT NO. | | | | | | |
| HERTZ FURNITURE SYSTEMS CORP<br>PO BOX 890<br>MAHWAH, NJ 07430 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HGC CONSTRUCTION<br>2814 STRANTON AVE.<br>CINCINNATI, OH 45206 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HIGDON TYPEWRITER & SUPPLY<br>2205 MARYLAND AVE.<br>BALTIMORE, MD 21218 | | TRADE PAYABLE | | | | $379.48 |
| ACCOUNT NO. | | | | | | |
| HIGH TECH SERVICES<br>PO BOX 4515<br>CARY, NC 27519-4515 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HIGHWOODS FORSYTH<br>PO BOX 65224  PATEWOOD 1 & 2<br>CHARLOTTE, NC 28265-0224 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HILL MANUFACTURING COMPANY<br>1500 JONESBORO ROAD SE<br>ATLANTA, GA 30315 | | TRADE PAYABLE | | | | $89.90 |
| ACCOUNT NO. | | | | | | |
| HILLYARD<br>POBOX 846087<br>DALLAS, TX 75284-6087 | | TRADE PAYABLE | | | | $162.64 |

Sheet no. 146 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**      Case No. **01-01140**
Debtor                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> HILTI INC. <br> POBOX 382002 <br> PITTSBURGH, PA 15250-8002 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> HINCKLEY SPRING WATER CO <br> POBOX 1888 <br> BEDFORD PARK, IL 60499-1888 | | TRADE PAYABLE | | $39.85 |
| ACCOUNT NO. <br> HINKLY SPRINGS <br> PO BOX 1888 <br> BEDFORD PARK, IL 60499 | | TRADE PAYABLE | | $887.31 |
| ACCOUNT NO. <br> HIRZEL BROTHERS FLOWERS <br> 427 EAST BROADWAY <br> TOLEDO, OH 43605 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> HIS EQUIPMENT GROUP LLC <br> POST OFFICE BOX 417 <br> LYNBROOK, NY 11563 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> HITACHI INSTRUMENTS INC. <br> DRAWER CS 198205 <br> ATLANTA, GA 30384-8205 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> HI-TECH FIBERS <br> A DIV. OF MARTIN COLOR-FI,INC. <br> DEPT. 3257 PO BOX 2153 <br> BIRMINGHAM, AL 35287 | | TRADE PAYABLE | | $12,540.95 |
| ACCOUNT NO. <br> HI-VAC SALES & SERVICES CORP. <br> 117 INDUSTRY ROAD <br> MARIETTA, OH 45750 | | TRADE PAYABLE | | $0.00 |

Sheet no. 147 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| HOBART CORPORATION<br>75 STERGIS WAY<br>DEDHAM, MA 02026-6865 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| HOBGOOD ELECT. & MACHINERY CO., INC<br>PO BOX 3073<br>COLUMBIA, SC 29230 | | TRADE PAYABLE | | $484.00 |
| ACCOUNT NO. | | | | |
| HOFFMAN CANVAS PRODUCTS<br>627 GUTMAN AVE.<br>BALTIMORE, MD 21218 | | TRADE PAYABLE | | $4,701.53 |
| ACCOUNT NO. | | | | |
| HOLMAN, GILLESPIE, HILBURN & ASSOC.<br>POBOX 502048<br>ATLANTA, GA 31150 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| HOME DEPOT CRC, THE<br>PO BOX 9915 DEPT 24<br>MACON, GA 31297-9915 | | TRADE PAYABLE | | $835.25 |
| ACCOUNT NO. | | | | |
| HOME SECURITY CENTERS<br>9940 E. COSTILLA AVE.<br>ENGLEWOOD, CO 80112 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| HONEYWELL INC - SERVICE<br>350 PINE ST SUITE 250<br>BEAUMONT, TX 77701 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| HONEYWELL INC<br>PO BOX 92103<br>CHICAGO, IL 60675-2103 | | TRADE PAYABLE | | $22,424.91 |
| ACCOUNT NO. | | | | |
| HONEYWELL, INC.<br>217 INTERNATIONAL CIRCLE<br>FORT WASHINGTON, PA 19034 | | TRADE PAYABLE | | $0.00 |

Sheet no. 148 of 322    sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| HOOVER MATERIALS HANDLING GROUP INC<br>PO BOX 100567<br>ATLANTA, GA 30384-0567 | | TRADE PAYABLE | | | | $5,476.00 |
| ACCOUNT NO. | | | | | | |
| HOOVER MATERIALS HANDLING GROUP INC<br>POBOX 100567<br>ATLANTA, GA 30384-0567 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HOSOKAWA BEPEX CORP.<br>PO BOX 40126<br>NEWARK, NJ 07101-8126 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HOSOKAWA MICRON POWDER SYSTEM<br>10 CHATHAM ROAD<br>SUMMIT, NJ 07901 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| HOSOKAWA MICRON POWDER SYSTEMS<br>PO BOX 40022<br>NEWARK, NJ 07101-4022 | | TRADE PAYABLE | | | | $22,821.83 |
| ACCOUNT NO. | | | | | | |
| HOUSE OF BALANCE<br>6340 HOWARD LN.<br>ELKRIDGE, MD 21075 | | TRADE PAYABLE | | | | $43,799.50 |
| ACCOUNT NO. | | | | | | |
| HOUSE OF PIZZA<br>7008 INDIANAPOLIS BLVD.<br>HAMMOND, IN 46324 | | TRADE PAYABLE | | | | $1,382.59 |
| ACCOUNT NO. | | | | | | |
| HOUSTON CONTRACTORS ASSOC<br>4710 BELLAIRE BLVD #150<br>BELLAIRE, TX 77401 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 149 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**          Case No. **01-01140**
　　　　　Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. HOUSTON LIGHTING & POWER PO BOX 4405 HOUSTON, TX 77210-4405 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. HOUSTON LIGHTING & POWER PO BOX 4405 HOUSTON, TX 77210-4405 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. HOUSTON PIPE BENDERS PO BOX 60662 HOUSTON, TX 77205 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. HOUSTON PROCESS SYSTEMS 11950 EAST HARDY HOUSTON, TX 77039 | | TRADE PAYABLE | | $11,554.00 |
| ACCOUNT NO. HOWARD PAVING & EXCAVATING CO INC 40 STEPHENVILLE PKWY EDISON, NJ 08820 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. HOWELL INDUSTRIES, INC. 1650 SWISCO RD. SULPHUR, LA 70665 | | TRADE PAYABLE | | $1,891.72 |
| ACCOUNT NO. HTS 14515 VALLEY VIEW AVE SUITE C SANTA FE SPRINGS, CA 90670-4725 | | TRADE PAYABLE | | $15,564.62 |
| ACCOUNT NO. HUBER COMMERCIAL SERVICES 13755 NICOLLET AVE SO SUITE 203 BURNSVILLE, MN 55337 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. HUDAK'S ASBESTOS REMOVAL, INC. PO BOX 72430 BALTIMORE, MD 21237 | | TRADE PAYABLE | | $8,875.68 |

Sheet no. 150 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.