In re **W.R. GRACE & CO.-CONN.**                    Case No. _____ **01-01140**
_____                                (If known)
                    Debtor

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| HUDAK'S INSULATION, INC. PO BOX 72430 BALTIMORE, MD 21237 | | | TRADE PAYABLE | | | | $18,521.82 |
| ACCOUNT NO. | | | | | | | |
| HUDSON MFG. & MACHINE SHOP INC. PO BOX 21665 OWENSBORO, KY 42304-1665 | | | TRADE PAYABLE | | | | $364.64 |
| ACCOUNT NO. | | | | | | | |
| HUFFMAN LABORATORIES INC. 4630 INDIANA ST. GOLDEN, CO 80403 | | | TRADE PAYABLE | | | | $10,711.00 |
| ACCOUNT NO. | | | | | | | |
| HUGHES SUPPLY INC PO BOX 105837 ATLANTA, GA 30348-5837 | | | TRADE PAYABLE | | | | $320.01 |
| ACCOUNT NO. | | | | | | | |
| HUGHES SUPPLY INC POBOX 105837 ATLANTA, GA 30348-5837 | | | TRADE PAYABLE | | | | $266.53 |
| ACCOUNT NO. | | | | | | | |
| HUGHSON, MD, WILLIAM G 1825 CASTELLANA ROAD LA JOLLA, CA 92037-3841 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| HUMBLETON INDUSTRIAL SALES INC 49 DUNCAN CIRCLE HIRAM, GA 30141 | | | TRADE PAYABLE | | | | $786.02 |
| ACCOUNT NO. | | | | | | | |
| HUNTINGTON FOAM 1306 GEORGE ALBERT LAKE ANDERSON, SC 29621 | | | TRADE PAYABLE | | | | $977.68 |
| ACCOUNT NO. | | | | | | | |
| HUNTSMAN CORPORATION PO BOX 371263 PITTSBURGH, PA 15251-7263 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 151 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records          $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140** _____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| HUNTSMAN CORPORATION PO BOX 65888 CHARLOTTE, NC  28265 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| HUNTSMAN PACKAGING CORP Dept. CH 10296 PALATINE, IL  60055-0296 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| HUNTSMAN PETROCHEMICAL CORPORATION PO BOX 65888 CHARLOTTE, NC  28265-0888 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| HUTTIG 421 CREBLE ROAD SELKIRK, NY  12158 | | | TRADE PAYABLE | | | | $175.00 |
| ACCOUNT NO. | | | | | | | |
| HVC CORP. PO BOX 630179 CINCINNATI, OH  45246 | | | TRADE PAYABLE | | | | $12,786.74 |
| ACCOUNT NO. | | | | | | | |
| HVC, INC. PO BOX 630179 CINCINNATI, OH  45263-0179 | | | TRADE PAYABLE | | | | $37,649.32 |
| ACCOUNT NO. | | | | | | | |
| HYDRAULIC SERVICE & REPAIR INC PO BOX 1087 ZELLWOOD, FL  32798 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| HYDRITE CHEMICAL CO. BOX #689227 MILWAUKEE, WI  53268-9227 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 152 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                Case No. _____**01-01140**_____
_____
Debtor                                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| HYDRO AGRI NORTH AMERICA, INC. PO BOX 7247-7541 PHILADELPHIA, PA 19170 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| HYGRADE PRECISION TECHNOLOGIES 329 COOKE ST PLAINVILLE, CT 06062 | | | TRADE PAYABLE | | | | $1,661.68 |
| ACCOUNT NO. | | | | | | | |
| I & C SALES 6874 FAIRFIELD BUSINESS DRIVE BLDG C FAIRFIELD, OH 45014 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| IBM CORP. PO BOX 7247-0276 PHILADELPHIA, PA 19170-0276 | | | TRADE PAYABLE | | | | $63,037.02 |
| ACCOUNT NO. | | | | | | | |
| ICE MAKERS SALES, LEASING, 720 LEITCHFIELD ROAD OWENSBORO, KY 42303 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ICI AMERICAS INC/UNIQEMA POBOX 751835 CHARLOTTE, NC 28275 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| IDS BLAST FINISHING 6321 E 30TH ST INDIANAPOLIS, IN 46219 | | | TRADE PAYABLE | | | | $2,425.50 |
| ACCOUNT NO. | | | | | | | |
| IKON DOCUMENT SERVICES 324 DATURA ST SUITE 101 WEST PALM BEACH, FL 33401 UNK | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 153 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records | $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____**01-01140**_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| IKON OFFICE SOLUTIONS 21588 NETWORK PLACE CHICAGO, IL 60673-1215 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| IKON OFFICE SOLUTIONS 7138 WINDSOR BLVD. BALTIMORE, MD 21244 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| IKON OFFICE SOLUTIONS PO BOX 31306 HARTFORD, CT 06150-1306 | | | TRADE PAYABLE | | | | $3,399.82 |
| ACCOUNT NO. | | | | | | | |
| ILLINI POWER PRODUCTS 444 RANDY ROAD CAROL STREAM, IL 60188 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ILLINOIS PROCESS EQUIPMENT INC PO BOX 390 LISLE, IL 60532 | | | TRADE PAYABLE | | | | $9,072.84 |
| ACCOUNT NO. | | | | | | | |
| ILLINOIS PROCESS EQUIPMENT SUITE 154 890 HIGGINS RD. SCHAUMBURG, IL 60173 | | | TRADE PAYABLE | | | | $2,118.00 |
| ACCOUNT NO. | | | | | | | |
| ILLINOIS STATE TOLL HIGHWAY AUTHORITY PO BOX 88263 CHICAGO, IL 60680-1263 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| IMERYS PIGMENTS AND ADDITIVES GROUP PO BOX 102927 ATLANTA, GA 30368-2927 | | | TRADE PAYABLE | | | | $32,918.06 |

Sheet no. 154 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records

| $15,082,991.19 |
|---|

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                    Case No. _____**01-01140**_____
_____Debtor_____                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| IMES ENGINEERING INC 11843 MARKET PLACE AVE SUITE A BATON ROUGE, LA 70816 | | | TRADE PAYABLE | | | | $153.45 |
| ACCOUNT NO. | | | | | | | |
| IMPERIAL DISTRIBUTING, INC. DEPT. CH 10323 PALATINE, IL 60055-0323 | | | TRADE PAYABLE | | | | $5,794.00 |
| ACCOUNT NO. | | | | | | | |
| IMPOREXTRAN QUIMICA, S.A. FERRAN PUIG, 27-29, 20-LA BARCELONA, 8 08023 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| IMS GROUP, INC. POBOX 31391 CHARLOTTE, NC 28231-1391 | | | TRADE PAYABLE | | | | $9,046.69 |
| ACCOUNT NO. | | | | | | | |
| IMV NEVADA PO BOX 1767 PASO ROBLES, CA 93447 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INBILTEC INTERNATIONAL 20 LIMMERS MEAD, GREAT KINGHILL HIGH WYCOMBE BUCKS, IT HP15 6LT GB | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INDIANAPOLIS DRUM SERVICE PO BOX 630281 CINCINNATI, OH 45263-0281 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INDUCTION IRON, INC. 13909 N. DALE MAYBERRY HWY. TAMPA, FL 33618 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 155 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____**01-01140**_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. INDUST. RUBBER & SAFTEY PROD. PO BOX 198535 ATLANTA, GA 30384-8535 | | | TRADE PAYABLE | | | | $951.54 |
| ACCOUNT NO. INDUSTRIAL & COMMERCIAL ENGINEERS 183 WHITING ST SUITE 11 HINGHAM, MA 02043-3845 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. INDUSTRIAL AIR CENTERS PO BOX 9147 LOUISVILLE, KY 40209 | | | TRADE PAYABLE | | | | $16,157.09 |
| ACCOUNT NO. INDUSTRIAL BIKE SHOP, INC. 429 E. YOUNG ST. BRIDGE CITY, TX 77611 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. INDUSTRIAL CHEMISTRY RESEARCH UL. RYDYGIERA 8 01-793 WARSZAWA, IT 01-793 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. INDUSTRIAL COMPONENTS INC. 99 E CENTRE ST NUTLEY, NJ 07110 | | | TRADE PAYABLE | | | | $229.38 |
| ACCOUNT NO. INDUSTRIAL CONTAINER AND SUPPLY CO. PO BOX 26668 SALT LAKE CITY, UT 84126-0668 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. INDUSTRIAL DISTRIBUTION CONSULTANTS INC 118 W ST SBORO RD PMB 210 HUDSON, OH 44236 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 156 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. _____**01-01140**_____

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL EQUIPMENT CO 2554 HENDERSON ROAD TUCKER, GA 30084 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL HEAT TREATING INC 22-26 DENSMORE ST NORTH QUINCY, MA 02171 | | | TRADE PAYABLE | | | | $641.44 |
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL KILN & DRYER PO BOX 436089 LOUISVILLE, KY 40253-6089 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL MACHINE MANUFACTURING, INC 8140 VIRGINIA PINE COURT RICHMOND, VA 23237 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL METER & EQUIPMENT CO INC 1118 N MAIN STE 2I PEARLAND, TX 77581-2200 | | | TRADE PAYABLE | | | | $5,113.00 |
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL PRODUCTS CO. PO BOX 100216 BIRMINGHAM, AL 35210 | | | TRADE PAYABLE | | | | $1,422.58 |
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL RUBBER & SAFETY PO BOX 911 CHATTANOOGA, TN 37401 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL SCALES & SYSTEMS, INC. 4295 CROMWELL RD., SUITE 615 CHATTANOOGA, TN 37421 | | | TRADE PAYABLE | | | | $708.50 |

Sheet no. 157 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                          Case No. _____**01-01140**_____
_____
Debtor                                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>INDUSTRIAL SERVICE CONTRACTORS<br>1003 MT. HOLLY DR.<br>ANNAPOLIS, MD  21401 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>INDUSTRIAL SERVICE CONTRACTORS<br>PO BOX 35051<br>BALTIMORE, MD  21222-7051 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>INDUSTRIAL SERVICE PRODUCT CO.<br>8448 W.45TH ST<br>LYONS, IL  60534 | | | TRADE PAYABLE | | | | $778.67 |
| ACCOUNT NO.<br>INDUSTRIAL SERVICE PRODUCTS<br>8448 WEST 45TH. ST<br>LYONS, IL  60534 | | | TRADE PAYABLE | | | | $27,798.83 |
| ACCOUNT NO.<br>INDUSTRIAL TECTONICS INC.<br>PO BOX 77582<br>DETROIT, MI  48277 | | | TRADE PAYABLE | | | | $5,391.84 |
| ACCOUNT NO.<br>INDUSTRIAL THERMAL SYSTEMS, INC.<br>4815 PARA DRIVE<br>CINCINNATI, OH  45237 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>INDUSTRIAL TOWEL SUPPLY<br>PO BOX 8<br>LAUREL, MD  20725-0008 | | | TRADE PAYABLE | | | | $358.15 |
| ACCOUNT NO.<br>INDUSTRIAL VALVE & AUTOMATION CO<br>231 SOUTH FRONTAGE ROAD  UNIT 5<br>HINSDALE, IL  60521 | | | TRADE PAYABLE | | | | $2,655.64 |

Sheet no. 158 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                    Case No. _____**01-01140**_____
_____                                              (If known)
                Debtor

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| INDUSTRIAL VALVES & POWER, INC. C/O ENGINEERED SYSTEMS & PRODUCTS 3638 BIENVILLE BLVD. OCEAN SPRINGS, MS 39564 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INDUSTRO EQUIPMENT & SUPPLY CO. 1701 CHICKAMAUGA LOOP PO BOX 8414 CHATTANOOGA, TN 37411-0414 | | | TRADE PAYABLE | | | | $2,804.76 |
| ACCOUNT NO. | | | | | | | |
| INEOS LLC PO BOX 367 NEW YORK, NY 10008 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INEOS SILICAS AMERICAS, LLC 101 INGALLS AVE. JOLIET, IL 60435 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INFORMATION EXPRESS 3221 PORTER DR PALO ALTO, CA 94304-1225 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INFORMATION EXPRESS 3221 PORTER DR. PALO ALTO, CA 94304-1225 | | | TRADE PAYABLE | | | | $1,489.38 |
| ACCOUNT NO. | | | | | | | |
| INFORMATION PROTECTIVE SERVICES, IN PO BOX 2546 2546 BELLAIRE, TX 77402-2546 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INFOTRIEVE, INC. 10850 WILSHIRE BLVD., 8TH FL LOS ANGELES, CA 90024-9113 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 159 of 322     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records             $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. _____ **01-01140** _____

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| INGERSOLL-RAND FLUID PRODUCTS PO BOX 751229 CHARLOTTE, NC 28275-1229 | | | TRADE PAYABLE | | | | $175,382.96 |
| ACCOUNT NO. | | | | | | | |
| INITIAL SECURITY PO BOX 4653 OAK BROOK, IL 60522-4653 | | | TRADE PAYABLE | | | | $13,005.20 |
| ACCOUNT NO. | | | | | | | |
| INSTA-BULK INC. 9111 GLESBY ST HOUSTON, TX 77029-1303 | | | TRADE PAYABLE | | | | $19,890.00 |
| ACCOUNT NO. | | | | | | | |
| INSTALLATION DESIGN & SERVICES INC POBOX 296 CONYERS, GA 30012 | | | TRADE PAYABLE | | | | $3,729.22 |
| ACCOUNT NO. | | | | | | | |
| INSTRUMENT ASSOCIATES INC 4839 W 128TH PLACE ALSIP, IL 60803 | | | TRADE PAYABLE | | | | $690.30 |
| ACCOUNT NO. | | | | | | | |
| INSTRUMENTS S.A. PO BOX 11669 EDISON, NJ 08820 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INTEGRATED PROCESS SOLUTIONS 1200 N. HARGER ST., STE. 419 OAK BROOK, IL 60523 | | | TRADE PAYABLE | | | | $14,998.12 |
| ACCOUNT NO. | | | | | | | |
| INTEGRITY GRAPHICS 4612 E WHITE DOVE AVE ORANGE, CA 92869 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INTERCON CARTAGE PO BOX 24 BEDFORD PARK, IL 60499-0024 | | | TRADE PAYABLE | | | | $256.80 |

Sheet no. 160 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                      Case No. _____**01-01140**_____
_____
Debtor                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| INTERNATIONAL EQUIPMENT CO. PO BOX 4026 CHATTANOOGA, TN 37405 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INTERNATIONAL EXTERMINATOR COMPANY 100 SOUTH LIVELY BLVD ELK GROVE VILLAGE, IL 60007-1621 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INTERNATIONAL MAINTENANCE CORP PO BOX 2599 SULPHUR, LA 70664-2599 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INTERNATIONAL MAINTENANCE CORPORATI PO BOX 971760 DALLAS, TX 75397 | | | TRADE PAYABLE | | | | $114,526.52 |
| ACCOUNT NO. | | | | | | | |
| INTERNATIONAL PAPER - HANFORD 10801 IONIA LANE HANFORD, CA 93230 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INTERNATIONAL PAPER - HAZELTON PO BOX 642140 PITTSBURGH, PA 15264-2140 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INTERNATIONAL PAPER - TIFTON PO BOX 100804 ATLANTA, GA 30384 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| INTERNATIONAL PAPER COMPANY PO BOX 3076 EAST CAMDEN, AR 71701 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 161 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                      $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. _____ **01-01140** _____

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>INTERNATIONAL PAPER<br>PO BOX 100804<br>ATLANTA, GA  30384 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>INTERNATIONAL PAPER<br>PO BOX 70664<br>CHICAGO, IL  60673-0664 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>INTERTEK TESTING SERVICES NA INC<br>PO BOX 70571<br>CHICAGO, IL  60673-0571 | | | TRADE PAYABLE | | | | $1,094.30 |
| ACCOUNT NO.<br>INTERTEK TESTING SERVICES NA LTD<br>PO BOX 1626 PLACE D'ARMES<br>MONTREAL, QC  H2Y 3L2<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>INTRANSCO, INC.<br>PO BOX 239<br>LYNNFIELD, MA  01940 | | | TRADE PAYABLE | | | | $2,388.00 |
| ACCOUNT NO.<br>IOS CAPITAL<br>PO BOX 650016<br>DALLAS, TX  75265-0016 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>IOS CAPITAL<br>PO BOX 740540<br>ATLANTA, GA  30374-0540 | | | TRADE PAYABLE | | | | $712.30 |
| ACCOUNT NO.<br>I-PAK/INDEPENDENT PACKAGING INC<br>PO BOX 845568<br>BOSTON, MA  02284-5568 | | | TRADE PAYABLE | | | | $260.56 |

Sheet no. 162 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re  **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| IPOWER DISTRIBUTION GROUP OF OHIO, 9000 WESSEX PLACE, STE. 200 LOUISVILLE, KY 40222 | | | TRADE PAYABLE | | | | $12,163.49 |
| ACCOUNT NO. | | | | | | | |
| IRON AGE CORP. PO BOX 1449 PITTSBURGH, PA 15230-1449 | | | TRADE PAYABLE | | | | $79.85 |
| ACCOUNT NO. | | | | | | | |
| IRON AGE CORPORATION PO BOX 1449 PITTSBURGH, PA 15230-1449 | | | TRADE PAYABLE | | | | $228.53 |
| ACCOUNT NO. | | | | | | | |
| IRON AGE PO BOX 1449 PITTSBURGH, PA 15230-1449 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| IRON MOUNTAIN PO BOX 65017 CHARLOTTE, NC 28265-0017 | | | TRADE PAYABLE | | | | $1,761.96 |
| ACCOUNT NO. | | | | | | | |
| IRONDALE CUSTOM MACHINE POBOX 100368 BIRMINGHAM, AL 35210 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ISP ALGINATES, INC. PO BOX 846312 DALLAS, TX 75284-6312 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| IVES EQUIPMENT CORP. 7210-D RUTHERFORD RD. BALTIMORE, MD 21244 | | | TRADE PAYABLE | | | | $15,893.49 |
| ACCOUNT NO. | | | | | | | |
| J & A SALES, INC. 1312 ENTERPRISE DRIVE UNIT F ROMEOVILLE, IL 60446 | | | TRADE PAYABLE | | | | $1,527.80 |

Sheet no. 163 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records          $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                    Case No. _____ **01-01140** _____
_____
               Debtor                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| J & B TIRE SERVICE<br>PO BOX 8672<br>DEERFIELD BEACH, FL 33443 | | | TRADE PAYABLE | | | | $163.24 |
| ACCOUNT NO. | | | | | | | |
| J & J INDUSTRIAL SUPPLY INC<br>PO BOX 110174<br>113 E CENTRE ST<br>NUTLEY, NJ 07110 | | | TRADE PAYABLE | | | | $77.50 |
| ACCOUNT NO. | | | | | | | |
| J & J MANUFACTURING CO INC<br>PO BOX 6295<br>BEAUMONT, TX 77725 | | | TRADE PAYABLE | | | | $957.80 |
| ACCOUNT NO. | | | | | | | |
| J & S MANAGEMENT, INC.<br>PO BOX 1516<br>ELLICOTT CITY, MD 21041 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| J A KEMP & CO<br>GRAY'S INN<br>LONDON, LO WC1R 5LX<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| J B RUSSELL & SON CONSTRUCTION<br>PO BOX 4098<br>SPARTANBURG, SC 29303 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| J ISERN PATENTES Y MARCAS S.L.<br>AVDA PAU CASALS 22<br>BARCELONA SPAIN, 8 08021<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| J&L FASTENERS<br>6944 PARRISH AVE.<br>HAMMOND, IN 46323 | | | TRADE PAYABLE | | | | $325.98 |

Sheet no. 164 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records            $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re __W.R. GRACE & CO.-CONN._____    Case No. _____**01-01140**_____
                            Debtor                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| J&R WATERBLASTING SERVICES LLC 3210 DAVIESS ST OWENSBORO, KY 42303 | | | TRADE PAYABLE | | | | $1,512.50 |
| ACCOUNT NO. | | | | | | | |
| J.A. MIARA TRANSPORTATION INC. 140 WEST ST WILMINGTON, MA 01887 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| J.C. EHRLICH CO., INC PO BOX 13848 READING, PA 19612-3848 | | | TRADE PAYABLE | | | | $1,506.00 |
| ACCOUNT NO. | | | | | | | |
| J.C. SUMMERS & ASSOCIATES 1750 HUBER ROAD CHARLESTON, WV 25314-2220 | | | TRADE PAYABLE | | | | $3,770.43 |
| ACCOUNT NO. | | | | | | | |
| J.F. BRINKER & SONS, INC. 12275 CARROLL MILL RD. ELLICOTT CITY, MD 21042 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| J.J. KELLER & ASSOCIATES, INC PO BOX 672 NEENAH, WI 54957-0672 | | | TRADE PAYABLE | | | | $1,091.90 |
| ACCOUNT NO. | | | | | | | |
| J.L. BROWNE & ASSOCIATES, INC. PO BOX 265 KILN, MS 39556-0265 | | | TRADE PAYABLE | | | | $261.05 |
| ACCOUNT NO. | | | | | | | |
| J.M. HUBER CORPORATION PO BOX 71486 CHICAGO, IL 60694 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| J.M. HUBER CORPORATION PO BOX 932221 ATLANTA, GA 31193-2221 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 165 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. _____ **01-01140**

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| J.M. TULL METALS CO. PO BOX 75621 CHARLOTTE, NC 28275 | | | TRADE PAYABLE | | | | $28,052.75 |
| ACCOUNT NO. | | | | | | | |
| JACKO EQUIPMENT CORP POBOX 482 KEARNY, NJ 07032 | | | TRADE PAYABLE | | | | $1,671.79 |
| ACCOUNT NO. | | | | | | | |
| JACOBBERGER, MICALLEF & ASSOC, P.A. 2720 MAPLEWOOD DRIVE MAPLEWOOD, MN 55109 | | | TRADE PAYABLE | | | | $79,602.09 |
| ACCOUNT NO. | | | | | | | |
| JAMES E. BIHR & ASSOCIATES 7816 BOWEN DRIVE WHITTIER, CA 90602 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JAMES&PAULINE DEVER & NESS, ET AL UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JANI KING OF BOSTON INC 6 LINCOLN KNOLL LANE SUITE 104 BURLINGTON, MA 01803 | | | TRADE PAYABLE | | | | $1,575.00 |
| ACCOUNT NO. | | | | | | | |
| JANI-KING OF HOUSTON 3727 GREENBRIAR SUITE 208 STAFFORD, TX 77477 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JANI-KING OF ILLINOIS INC. 1701 E WOODFIELD RD #1100 SCHAUMBURG, IL 60173 | | | TRADE PAYABLE | | | | $441.66 |
| ACCOUNT NO. | | | | | | | |
| JANI-KING OF MILWAUKEE INC 16535 W BLUEMOUND ROAD SUITE 170 BROOKFIELD, WI 53005 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 166 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                    Case No. _____**01-01140**_____
_____
Debtor                                                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| JAT OIL & SUPPLY, INC. PO BOX 5288 CHATTANOOGA, TN 37406 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JAVAN & WALTER, INC. SUITE 100 465 MARYLAND DRIVE FORT WASHINGTON, PA 19034 | | | TRADE PAYABLE | | | | $7,538.00 |
| ACCOUNT NO. | | | | | | | |
| JAWORSKI GEOTECH, INC. 150 ZACHARY RD MANCHESTER, NH 03109-5614 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JAY INDUSTRIAL TECHNOLOGIES PO BOX 641341 CINCINNATI, OH 45264-1341 | | | TRADE PAYABLE | | | | $1,732.55 |
| ACCOUNT NO. | | | | | | | |
| JAYGO INC 675 RAHWAY AVE UNION, NJ 07083 | | | TRADE PAYABLE | | | | $4,527.00 |
| ACCOUNT NO. | | | | | | | |
| JC BUSINESS MACHINES 138 PERKIN ST. MELROSE, MA 02176 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JEFFERSON COUNTY ALABAMA SEWER 716 RICH ARRINGTON BLVD NDG. BIRMINGHAM, AL 35203-0123 | | | TRADE PAYABLE | | | | $55.66 |
| ACCOUNT NO. | | | | | | | |
| JENNINGS STROUSS & SALMON TWO NORTH CENTRAL PHOENIX, AZ 85004-2393 | | | TRADE PAYABLE | | | | $16,826.54 |

Sheet no. 167 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re __W.R. GRACE & CO.-CONN.__ _____    Case No. _____ **01-01140** _____

Debtor    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JERRY GOLDBERG ENTERPRISES INC R55 WASHINGTON ST NORWELL, MA 02061 | | | TRADE PAYABLE | | | | $2,825.62 |
| ACCOUNT NO. JERZY SUPPLY PO BOX 15294 HOUSTON, TX 77220-5294 | | | TRADE PAYABLE | | | | $130.61 |
| ACCOUNT NO. JERZY SUPPLY PO BOX 15294 HOUSTON, TX 77220-5294 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. JET BLAST, INC. 6800 FT. SMALLWOOD RD. BALTIMORE, MD 21226 | | | TRADE PAYABLE | | | | $73,109.42 |
| ACCOUNT NO. JM POSNER INC 8730 NW 54TH ST CORAL SPRINGS, FL 33067 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. JOBE & CO. 7677 CANTON CTR. DR. BALTIMORE, MD 21224 | | | TRADE PAYABLE | | | | $15,260.44 |
| ACCOUNT NO. JOHN & KERNICK PO BOX 3511 HALFWAY HOUSE, IT 01685 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. JOHN CRANE INC 5145 W CARDINAL DR BALTIMORE, MD 21226 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 168 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records          $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                                      Case No. _____**01-01140**_____
_____
Debtor                                                                                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| JOHN KOPAC FLEET REPAIR INC 1045 E HAZELWOOD AVE RAHWAY, NJ 07065 | | | TRADE PAYABLE | | | | $377.02 |
| ACCOUNT NO. | | | | | | | |
| JOHNS SEWER & PIPE CLEANING INC POBOX 7 WINCHESTER, MA 01890 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JOHNSON BROTHERS, INC. ROUTE 1, BOX 84 FLEMINGSBURG, KY 41041 | | | TRADE PAYABLE | | | | $4,770.00 |
| ACCOUNT NO. | | | | | | | |
| JOHNSONS OFFICE FURNITURE INC. 57 HARVEY ROAD LONDONDERRY, NH 03053 | | | TRADE PAYABLE | | | | $2,441.93 |
| ACCOUNT NO. | | | | | | | |
| JOLIET VALVE COMPANIES PO BOX 400 MINOOKA, IL 60447-0400 | | | TRADE PAYABLE | | | | $17,722.86 |
| ACCOUNT NO. | | | | | | | |
| JOLIET VALVES INC UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JONES NETWORKING ASSOC. 100 N. CHARLES ST., STE. 620 BALTIMORE, MD 21201-3808 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JOSTENS RECOGNITION DIVISION 21342 NETWORK PLACE CHICAGO, IL 60673-1213 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| JUD CORPORATION 3742-A COOK BLVD CHESAPEAKE, VA 23323 | | | TRADE PAYABLE | | | | $1,293.92 |

Sheet no. 169 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.