In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. JUDY SHIELDS & ASSOCIATES INC<br>2031 FAWKES LANE<br>ROANOKE, TX 76262-9049 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. JUNGBUNZLAUER, INC.<br>PO BOX 5844<br>BOSTON, MA 02206-5844 | | TRADE PAYABLE | | | | $34,425.00 |
| ACCOUNT NO. JUNIOR ACHIEVEMENT OF CHATTANOOGA<br>5700 BRAINERD ROAD, SUITE 3500<br>CHATTANOOGA, TN 37411 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. K C PROPANE<br>POBOX #17652<br>ANAHEIM, CA 92817-7652 | | TRADE PAYABLE | | | | $175.67 |
| ACCOUNT NO. K/M SPECIALTY<br>PO BOX 102<br>NEWBURGH, IN 47629 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. KAMAN INDUSTRIAL TECHNOLOGIES<br>POBOX 30672<br>HARTFORD, CT 06150-0349 | | TRADE PAYABLE | | | | $6,398.31 |
| ACCOUNT NO. KANAWHA SCALES & SYSTEMS OF AL,LLC<br>PO BOX 569<br>POCA, WV 25159 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. KANE-PERKINS CO. DIV. OF<br>PO BOX 752<br>HUDSON, MA 01749 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. KANO LABORATORIES<br>1000 E. THOMPSON LN.<br>NASHVILLE, TN 37211 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 170 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| KAPASI GLASS MART INC<br>136 SOUTH FOREST ST<br>SPARTANBURG, SC 29306 | | | TRADE PAYABLE | | | | $127.78 |
| ACCOUNT NO. | | | | | | | |
| KARNAK MIDWEST LLC<br>PO BOX 34157<br>NEWARK, NJ 07189-0157 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| KARSKI SECURITY ALARM SYSTEMS<br>3212 GREENTREE CIRCLE<br>NEW CASTLE, PA 16105 | | | TRADE PAYABLE | | | | $365.00 |
| ACCOUNT NO. | | | | | | | |
| KASON CORPORATION<br>6771 EAST WILLOW ST.<br>MILLBURN, NJ 07041-1416 | | | TRADE PAYABLE | | | | $656.26 |
| ACCOUNT NO. | | | | | | | |
| KAYE SCHOLER FIERMAN HAYS & HANDLER LLP<br>901 FIFTEENTH ST NW SUITE 1100<br>WASHINGTON, DC 20005-2327 | | | TRADE PAYABLE | | | | $17,998.73 |
| ACCOUNT NO. | | | | | | | |
| KAYSER TECHNOLOGY<br>15502 OAKMONT CLUB CT.<br>HOUSTON, TX 77059 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| KBC ADVANCED TECHNOLOGIES INC.<br>PO BOX 54165<br>NEW ORLEANS, LA 70154 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| KEENE ADVERTISING INC.<br>76 SOUTH ST<br>BOSTON, MA 02111 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 171 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>KEHM EQUIPMENT, INC.<br>PO BOX 4055<br>EVERGREEN, CO 80437 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KELLER AND HECKMAN<br>1001 G ST NW SUITE 500 WEST<br>WASHINGTON, DC 20001 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KELLER HEARTT CO INC<br>4411 SOUTH TRIPP AVE<br>CHICAGO, IL 60632-4320 | | TRADE PAYABLE | | $11,304.96 |
| ACCOUNT NO.<br>KELLER TRUCK EQUIPMENT, INC.<br>PO BOX 3400<br>BALTIMORE, MD 21225-1795 | | TRADE PAYABLE | | $91.01 |
| ACCOUNT NO.<br>KELLOGG WHOLESALE BS<br>POBOX 674<br>TRAVERSE CITY, MI 49685 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KENDALL HARDWARE<br>PO BOX 315<br>CLARKSVILLE, MD 21029-0315 | | TRADE PAYABLE | | $567.60 |
| ACCOUNT NO.<br>KENNAMETAL INC<br>PO BOX 360249M<br>PITTSBURGH, PA 15250 | | TRADE PAYABLE | | $228.47 |
| ACCOUNT NO.<br>KENTUCKY COLONEL<br>PO BOX 19663<br>LOUISVILLE, KY 40259 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KENTUCKY LEGIONNAIRE<br>1389 US 127 SOUTH SUITE C<br>FRANKFORT, KY 40601-4385 | | TRADE PAYABLE | | $0.00 |

Sheet no. 172 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| KENTUCKY STATE TREASURER<br>REVENUE CABINET<br>FRANKFORT, KY 40619 | | TRADE PAYABLE | | | | $153.31 |
| ACCOUNT NO. | | | | | | |
| KENTUCKY UTILITIES CO<br>PO BOX 14242<br>LEXINGTON, KY 40512-4242 | | TRADE PAYABLE | | | | $30,211.61 |
| ACCOUNT NO. | | | | | | |
| KENVIRONS INC<br>452 VERSAILLES ROAD<br>FRANKFORT, KY 40601 | | TRADE PAYABLE | | | | $3,027.14 |
| ACCOUNT NO. | | | | | | |
| KEY PEOPLE COMPANY, THE<br>777 S. WADSWORTH BLVD.<br>LAKEWOOD, CO 80226 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| KEYSTONE<br>10232 W. PALMER<br>NORTHLAKE, IL 60164 | | TRADE PAYABLE | | | | $1,080.00 |
| ACCOUNT NO. | | | | | | |
| KIL-BAR ELECTRIC COMPANY<br>1910 SOUTH CARBOY RD<br>MOUNT PROSPECT, IL 60056 | | TRADE PAYABLE | | | | $4,323.25 |
| ACCOUNT NO. | | | | | | |
| KIMMEL TRUCK TIRES<br>505 KANE ST.<br>BALTIMORE, MD 21224 | | TRADE PAYABLE | | | | $10,129.75 |
| ACCOUNT NO. | | | | | | |
| KING BAG & MANUFACTURING CO.<br>1500 SPRING LAWN AVE.<br>CINCINNATI, OH 45223-1699 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| KINGSTON & HODNETT<br>ONE MCKINLEY SQUARE<br>BOSTON, MA 02109 | | TRADE PAYABLE | | | | $1,309.10 |

Sheet no. 173 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records       $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>KIPP GROUP (FORMERLY POREX)<br>930 WANAMAKER<br>ONTARIO, CA  91761-8151 | | TRADE PAYABLE | | $25,391.70 |
| ACCOUNT NO.<br>KISER CONTROLS COMPANY<br>PO BOX 5940<br>CAROL STREAM, IL  60197-5940 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KISH COMPANY INC, THE<br>PO BOX 931986<br>CLEVELAND, OH  44193 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KITZINGER COOPERAGE CORP.<br>2529 E. NORWICH ST.<br>SAINT FRANCIS, WI  53235 | | TRADE PAYABLE | | $9,081.55 |
| ACCOUNT NO.<br>K-JON<br>PO BOX 19013<br>LAKE CHARLES, LA  70616-9013 | | TRADE PAYABLE | | $5,217.70 |
| ACCOUNT NO.<br>KLAMANN & HUBBARD<br>7101 COLLEGE BLVD<br>SUITE 120<br>OVERLAND PARK, KS  66210 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KLENZOID EQUIPMENT COMPANY<br>PO BOX 444<br>WAYNE, PA  19087 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KMAC SERVICES<br>2631 SHUTTLESWORTH DRIVE<br>BIRMINGHAM, AL  35234 | | TRADE PAYABLE | | $2,442.00 |

Sheet no. 174 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| KOCH C/O JENNINGS ASSOCIATES<br>PO BOX 1323<br>DOYLESTOWN, PA 18901 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| KOCH/ASSOCIATES INC<br>PO BOX 195<br>COCKEYSVILLE, MD 21030 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| KOHL MARKETING, INC<br>PO BOX 20134<br>BALTIMORE, MD 21284-0134 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| KOLS CONTAINERS,INC.<br>PO BOX 1690<br>UNION, NJ 07083 | | TRADE PAYABLE | | | | $122.52 |
| ACCOUNT NO. | | | | | | |
| KONE, INC.<br>ONE KONE COURT<br>MOLINE, IL 61265 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| KONE, INC.<br>PO BOX 429<br>MOLINE, IL 61266-0429 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| KONECRANES INC.<br>PO BOX 641807<br>PITTSBURGH, PA 15264-1807 | | TRADE PAYABLE | | | | $2,701.90 |
| ACCOUNT NO. | | | | | | |
| KONICA BUSINESS MACHINES, USA<br>305 W. BIG BEAVER RD., SUITE 400<br>TROY, MI 48084 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| KRAMER CHEMICALS INC.<br>PO BOX 1118<br>GLEN ROCK, NJ 07452-1118 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 175 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor   Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. KREWE DU BON COEUR 1531 S. GREENFIELD CIRCLE LAKE CHARLES, LA 70605 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. KUEHNE CHEMICAL CO INC 86 N HACKENSACK AVE SOUTH KEARNY, NJ 07032 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. KYUKA WATERS INC 13500 DUCK SPRINGS ROAD ATTALLA, AL 35954 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. L & S SAFETY CONSULTANTS LLC 3 MARCUS DRIVE GREENVILLE, SC 29615 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. L V PROMOTIONAL PRODUCTS 6 MEADOW ROAD ROCKPORT, MA 01966 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. L&L MECHANICAL CONSTRUCTION & Design Co. 26B Oak St. EAST RUTHERFORD, NJ 07073 | | TRADE PAYABLE | | | | $1,873.77 |
| ACCOUNT NO. L. H. CRANSTON & SONS, INC. PO BOX 4418 TIMONIUM, MD 21094-4418 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. L.B. MECHANICAL, INC. PO BOX 1213 ABINGDON, MD 21009 | | TRADE PAYABLE | | | | $1,456.00 |

Sheet no. 176 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| L.H. CRANSTON & SONS INC<br>PO BOX 4418<br>TIMONIUM, MD 21094-4418 | | TRADE PAYABLE | | | | $3,093.00 |
| ACCOUNT NO. | | | | | | |
| L.J. BROSSOIT & SONS, INC.<br>510 OREMS RD., BLDG. 1<br>BALTIMORE, MD 21221 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| L/R CONSTRUCTION<br>162 HOWARD ST<br>FRAMINGHAM, MA 01702 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LAB SAFETY SUPPLY INC<br>PO BOX 5004<br>JANESVILLE, WI 53547-5004 | | TRADE PAYABLE | | | | $1,837.40 |
| ACCOUNT NO. | | | | | | |
| LAB SAFETY SUPPLY, INC.<br>PO BOX 1368<br>JANESVILLE, WI 53547-1368 | | TRADE PAYABLE | | | | $690.20 |
| ACCOUNT NO. | | | | | | |
| LAB SUPPORT<br>26651 W. AGOURA RD.<br>CALABASAS, CA 91302 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LAB SUPPORT<br>FILE #54318<br>LOS ANGELES, CA 90074-4318 | | TRADE PAYABLE | | | | $2,197.97 |
| ACCOUNT NO. | | | | | | |
| LAB SUPPORT<br>PO BOX 10131<br>VAN NUYS, CA 91410 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 177 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| LABELMASTER<br>AN AMERICAN LABELMARK COMPANY<br>PO BOX 46402<br>CHICAGO, IL 60646-0402 | | TRADE PAYABLE | | | | $871.06 |
| ACCOUNT NO. | | | | | | |
| LABELMASTER<br>PO BOX 46402<br>CHICAGO, IL 60646-0402 | | TRADE PAYABLE | | | | $432.77 |
| ACCOUNT NO. | | | | | | |
| LABOR READY INC<br>PO BOX 740435<br>ATLANTA, GA 30374-0435 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LABORATORY CORP OF AMERICA HOLDINGS<br>PO BOX 65891<br>CHARLOTTE, NC 28265-0891 | | TRADE PAYABLE | | | | $214.00 |
| ACCOUNT NO. | | | | | | |
| LAGNIAPPE<br>PO BOX 3292<br>LAKE CHARLES, LA 70602 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LAKEVIEW VALVE & FITTING CO.<br>11621 S. AUSTIN AVE.<br>ALSIP, IL 60803 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LANDAUER<br>2 SCIENCE RD.<br>GLENWOOD, IL 60425-1586 | | TRADE PAYABLE | | | | $1,867.45 |
| ACCOUNT NO. | | | | | | |
| LANDWELL & PARTNERS<br>32 RUE GUERSANT<br>75833 PARIS CEDEX 17, 75 75833<br>UNK | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 178 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> LANE POWELL SPEARS LUBERSKY LLP <br> 1420 FIFTH AVE <br> SEATTLE, WA  98101-2338 | | TRADE PAYABLE | | $60,414.05 |
| ACCOUNT NO. <br> LANIER PLUMBING, INC. <br> 2201 MOSS ST <br> LAKE CHARLES, LA  70601 | | TRADE PAYABLE | | $1,142.85 |
| ACCOUNT NO. <br> LANIER WORLDWIDE INC <br> 2300 PARKLAKE DR NE <br> ATLANTA, GA  30345 | | TRADE PAYABLE | | $514.43 |
| ACCOUNT NO. <br> LANTECH, INC. <br> 11000 BLUEGRASS PKWY <br> LOUISVILLE, KY  40299 | | TRADE PAYABLE | | $3,583.94 |
| ACCOUNT NO. <br> LAPORTE PIGMENTS <br> 21824 NETWORK PLACE <br> CHICAGO, IL  60673-1218 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> LARRY T. WEISS CO., INC. <br> 7011 TROY HILL DRIVE <br> ELKRIDGE, MD  21075-7036 | | TRADE PAYABLE | | $110.00 |
| ACCOUNT NO. <br> LARRY'S RAG COMPANY INC <br> 2202 REGENCY DR <br> BESSEMER, AL  35023-6108 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> LASER LINE INC <br> 700-D NURSERY ROAD <br> LINTHICUM, MD  21090 | | TRADE PAYABLE | | $768.08 |
| ACCOUNT NO. <br> LASER LINE, INC.- ALLISON MATTHEWS <br> 700-D NURSERY RD. <br> LINTHICUM, MD  21090 | | TRADE PAYABLE | | $5,844.34 |

Sheet no. 179 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| LATHAM & WATKINS<br>PO BOX 504256<br>THE LAKES, NV  88905-4256 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| LAURENS COUNTY ASSESSOR<br>PO BOX 727<br>LAURENS, SC  29360 | | TRADE PAYABLE | | $21.50 |
| ACCOUNT NO. | | | | |
| LAURENS COUNTY WATER & SEWER<br>PO BOX 1006<br>LAURENS, SC  29360 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| LAURENS ELECTRIC COOPERATIVE,INC<br>PO BOX 967<br>LAURENS, SC  29360 | | TRADE PAYABLE | | $113,917.42 |
| ACCOUNT NO. | | | | |
| LAVERY DEBILLY<br>925 CHEMIN SAINT LOUIS<br>QUEBEC, QC  G1S 1C1<br>CANADA | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| LAVIGNE<br>10 COPPAGE DR<br>WORCESTER, MA  01603 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| LAW.COM<br>153 KEARNEY ST  SIXTH FL<br>SAN FRANCISCO, CA  94108<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| LAWN AND LANDSCAPE RESCUE INC.<br>405 CHRISTOPHER LANE<br>CANTON, GA  30114 | | TRADE PAYABLE | | $0.00 |

Sheet no. 180 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LAWSON ELECTRIC CO. <br> 409 SPRING ST. <br> PO BOX 4244 <br> CHATTANOOGA, TN 37405 | | TRADE PAYABLE | | | | $7,115.13 |
| ACCOUNT NO. <br> LEA CARR <br> 7505 IROQUOIS AVE. <br> BALTIMORE, MD 21219 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> LEASE MIDWEST <br> 1528 N CORRINGTON <br> KANSAS CITY, MO 64120 | | TRADE PAYABLE | | | | $294.49 |
| ACCOUNT NO. <br> LEASE PLAN USA <br> PO BOX 930927 <br> ATLANTA, GA 31193-0927 | | TRADE PAYABLE | | | | $5,818.98 |
| ACCOUNT NO. <br> LECHLER INC <br> DEPT 77-3276 <br> CHICAGO, IL 60678-3276 | | TRADE PAYABLE | | | | $2,121.88 |
| ACCOUNT NO. <br> LECHLER, INC. <br> DEPT. 77-3276 <br> ST. CHARLES, IL 60174 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> LECO CORP. <br> 3000 LAKEVIEW AVE. <br> SAINT JOSEPH, MI 49085 | | TRADE PAYABLE | | | | $2,012.50 |
| ACCOUNT NO. <br> LECO CORPORATION <br> 3000 LAKEVIEW AVE. <br> SAINT JOSEPH, MI 49085 | | TRADE PAYABLE | | | | $218.00 |

Sheet no. 181 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**          Case No. **01-01140**
Debtor                                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>LEE & KO<br>CPO BOX 8735<br>SEOUL, IT<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>LEE AND LI<br>7TH FL 201 TUN HUA RD<br>TAIPEI 105 TAIWAN ROC, IT  99999<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>LEGENDARY LAWN CARE INC<br>4607 ELAM ROAD<br>STONE MOUNTAIN, GA  30083 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>LEMAX<br>9500 PULASKI HWY.<br>BALTIMORE, MD  21220 | | TRADE PAYABLE | | $34.07 |
| ACCOUNT NO.<br>LEMAX/RAM<br>PO BOX 748<br>LEESPORT, PA  19533 | | TRADE PAYABLE | | $23,146.79 |
| ACCOUNT NO.<br>LENAPE INDUSTRIES INC<br>PO BOX 8500 (S-V 1420)<br>PHILADELPHIA, PA  19178 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>LERNER DAVID LITTENBERG KRUMHOLZ & MENTLIK LLP<br>600 SOUTH AVE WEST<br>WESTFIELD, NJ  07090-1497 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>LESMAN INSTRUMENT CO.<br>215 WRIGHTWOOD AVE.<br>ELMHURST, IL  60126 | | TRADE PAYABLE | | $0.00 |

Sheet no. 182 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records      $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**　　　　　　　　　　　　Case No. **01-01140**
　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| LESMAN INSTRUMENT COMPANY<br>DEPT 77-52209<br>CHICAGO, IL 60678-2209 | | TRADE PAYABLE | | | | $7,103.03 |
| ACCOUNT NO. | | | | | | |
| LESMAN INSTRUMENT<br>DEPT 77-52209<br>CHICAGO, IL 60678-2209 | | TRADE PAYABLE | | | | $8,139.31 |
| ACCOUNT NO. | | | | | | |
| LEWIS, DR JENNIFER A<br>708 S GROVE ST<br>URBANA, IL 61801 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LEXIS-NEXIS<br>PO BOX 7247-7090<br>PHILADELPHIA, PA 19170-7090 | | TRADE PAYABLE | | | | $750.00 |
| ACCOUNT NO. | | | | | | |
| LEXMARK INT'L, INC.<br>PO BOX 740423<br>ATLANTA, GA 30374-0423 | | TRADE PAYABLE | | | | $304.71 |
| ACCOUNT NO. | | | | | | |
| LIFE LIKE PRODUCTS<br>PO BOX 827116<br>PHILADELPHIA, PA 19182-7116 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LIFECARE.COM<br>PO BOX 31503<br>HARTFORD, CT 06150-1503 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LINATEX CORP OF AMERICA<br>PO BOX 94188<br>CHICAGO, IL 60690 | | TRADE PAYABLE | | | | $1,573.84 |
| ACCOUNT NO. | | | | | | |
| LINC SYSTEMS CORP<br>POBOX 931782<br>ATLANTA, GA 31193-1782 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 183 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| LINCOLN CONTROLS CO/AVNET IND. DIVISION OF HYDRO AIR, LLC POBOX #45 NORTH HAVEN, CT 06473 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| LINDEN EQUIPMENT 4701 N RONALD ST HARWOOD HEIGHTS, IL 60656 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| LINED PRODUCTS PO BOX 3101 LAKE CHARLES, LA 70602 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| LINOX MASTER-WELD 4560 KENNEDY AVE EAST CHICAGO, IN 46312 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| LION TECHNOLOGY, INC. PO BOX 700 LAFAYETTE, NJ 07848-0700 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| LISA M. LASKE 14 SHOAL CREAK DR NEW ORLEANS, LA 70131 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| LITTLEFORD DAY INC. 1022 SOLUTIONS CENTER CHICAGO, IL 60677 | | | TRADE PAYABLE | | | | $2,842.00 |
| ACCOUNT NO. | | | | | | | |
| LMC INTERNATIONAL 893 INDUSTRIAL DR ELMHURST, IL 60126 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 184 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 WASHINGTON AVE S #2200<br>MINNEAPOLIS, MN  55401-2179 | | TRADE PAYABLE | | | | $64,965.70 |
| ACCOUNT NO. | | | | | | |
| LOFTIN EQUIPMENT CO<br>PO BOX 6590<br>PHOENIX, AZ  85005 | | TRADE PAYABLE | | | | $43.31 |
| ACCOUNT NO. | | | | | | |
| LOGI-TRANS<br>3495 BANKHEAD HWY<br>ATLANTA, GA  30331<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LONZA INC<br>1717 ROUTE 208<br>FAIR LAWN, NJ  07410 | | TRADE PAYABLE | | | | $104.66 |
| ACCOUNT NO. | | | | | | |
| LONZA INC.<br>PO BOX 75017<br>CHARLOTTE, NC  28275-5017 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LORRAINE M. BANK<br>C/O LORRAINE M. BANK<br>3316 W. 45TH AVE.<br>GARY, IN  46408 | | TRADE PAYABLE | | | | $1,650.00 |
| ACCOUNT NO. | | | | | | |
| LOUISIANA RADIO COMMUNICATIONS<br>PO BOX 3143<br>LAKE CHARLES, LA  70602-0661 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LOUISIANA RADIO COMMUNICATIONS, INC<br>PO BOX 3143<br>LAKE CHARLES, LA  70602-0661 | | TRADE PAYABLE | | | | $4,104.24 |

Sheet no. 185 of 322  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| LUBE N GO<br>12165 B MONTWOODLS<br>EL PASO, TX 79936 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LUBECON MAINTENANCE SYSTEMS, I<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LUBECON SYSTEMS, INC.<br>PO BOX 824<br>WHITE CLOUD, MI 49349-0824 | | TRADE PAYABLE | | | | $1,885.89 |
| ACCOUNT NO. | | | | | | |
| LUBRIZOL CORPORATION<br>PO BOX 73293<br>CHICAGO, IL 60673-7293 | | TRADE PAYABLE | | | | $1,514.77 |
| ACCOUNT NO. | | | | | | |
| LUMMUS SUPPLY CO<br>1554 BOLTON RD N W<br>ATLANTA, GA 30331 | | TRADE PAYABLE | | | | $261.92 |
| ACCOUNT NO. | | | | | | |
| LUZENAC AMERICA INC<br>POBOX 911615<br>DALLAS, TX 75391-1915 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LUZENAC AMERICA INC<br>POBOX 911915<br>DALLAS, TX 75391-1915 | | TRADE PAYABLE | | | | $3,960.00 |
| ACCOUNT NO. | | | | | | |
| LYNWOOD MACHINE & ENGINEERING,<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| LYONDELL CHEMICAL<br>2640 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 186 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>M & H ENGINEERING CO<br>183 NEWBURY ST<br>DANVERS, MA  01923 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>M&I ELECTRIC<br>1315 RUTH ST<br>SULPHUR, LA  70663 | | TRADE PAYABLE | | | | $1,631.25 |
| ACCOUNT NO.<br>M&M CONTROLS, INC.<br>9E W. AYLESBURY RD.<br>TIMONIUM, MD  21093 | | TRADE PAYABLE | | | | $4,791.58 |
| ACCOUNT NO.<br>M&M INDUSTRIES, INC.<br>316 CORPORATE PLACE<br>CHATTANOOGA, TN  37419 | | TRADE PAYABLE | | | | $34.03 |
| ACCOUNT NO.<br>M. DAVIS & SONS, INC.<br>200 HADCO RD.<br>WILMINGTON, DE  19804-1000 | | TRADE PAYABLE | | | | $4,961.08 |
| ACCOUNT NO.<br>M.A. INDUSTRIES<br>LOCK BOX #101283<br>ATLANTA, GA  30391 | | TRADE PAYABLE | | | | $1,424.74 |
| ACCOUNT NO.<br>M.E.CHARNEY ELECT.CONTRACTORS,INC.<br>806 A BARKWOOD CT.<br>LINTHICUM, MD  21090 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>MAC EQUIPMENT INC.<br>PO BOX 419263<br>KANSAS CITY, MO  64193 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>MAC EQUIPMENT<br>227 NW CENTRAL AVE<br>AMITE, LA  70422 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 187 of 322    sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Case No. **01-01140**
Debtor (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| MAC EQUIPMENT, INC. PO BOX 930510 KANSAS CITY, MO 64193 | | TRADE PAYABLE | | | | $19,155.25 |
| ACCOUNT NO. | | | | | | |
| MACAPA 8 NORTH MAIN ST ATTLEBORO, MA 02703 | | TRADE PAYABLE | | | | $1,562.50 |
| ACCOUNT NO. | | | | | | |
| MACC FUND 13105 W BLUEMOUND ROAD, SUITE 200 BROOKFIELD, WI 53005-8022 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| MACLELLAN COMPANY 121 FELTON ST WALTHAM, MA 02453 | | TRADE PAYABLE | | | | $120.00 |
| ACCOUNT NO. | | | | | | |
| MAGAZINE OF MASONRY, THE 426 S.WESTGATE ST. ADDISON, IL 60101-4546 | | TRADE PAYABLE | | | | $442.28 |
| ACCOUNT NO. | | | | | | |
| MAGID GLOVE & SAFETY MFG. 2060 N KOLMAR AVE CHICAGO, IL 60639 | | TRADE PAYABLE | | | | $73.41 |
| ACCOUNT NO. | | | | | | |
| MAGNESIUM ELEKTRON INC PO BOX 8500-2480 PHILADELPHIA, PA 19178-2480 | | TRADE PAYABLE | | | | $1,584.00 |
| ACCOUNT NO. | | | | | | |
| MAGNETIC SEAL CORP PO BOX 445 WARREN, RI 02885 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| MAGNETROL, INC. 7844 BELAIR ROAD BALTIMORE, MD 21236 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 188 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.