In re **W.R. GRACE & CO.-CONN.**                                    Case No. _____**01-01140**_____
_____
Debtor                                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MAINE BETTER TRANSPORTATION ASSOCIATION 146 STATE ST AUGUSTA, ME 04330 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MAINTENANCE PRODUCTS CORP PO BOX 21 CANTON, MA 02021 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MALOW CORPORATION 1835 S. NORDIC ROAD MOUNT PROSPECT, IL 60056 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MANATEE ENVIRONMENTAL ASSOC INC POBOX 941 CHERRY HILL, NJ 08003 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MANCHESTER INC PO BOX 931822 ATLANTA, GA 31193 | | | TRADE PAYABLE | | | | $1,966.03 |
| ACCOUNT NO. | | | | | | | |
| MANNING SELVAGE & LEE POBOX 77000 DETROIT, MI 48277-0204 | | | TRADE PAYABLE | | | | $22,987.55 |
| ACCOUNT NO. | | | | | | | |
| MARBLEHEAD LIME, INC. PO BOX 99131 CHICAGO, IL 60693-9131 | | | TRADE PAYABLE | | | | $3,604.92 |
| ACCOUNT NO. | | | | | | | |
| MARCONI DATA SYSTEMS INC POBOX 93170 CHICAGO, IL 60673-3170 | | | TRADE PAYABLE | | | | $1,445.97 |

Sheet no. 189 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                          $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MARCOR REMEDIATION 3900 VERO RD. BALTIMORE, MD 21227 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MARCOR REMEDIATION PO BOX 630039 BALTIMORE, MD 21263 | | | TRADE PAYABLE | | | | $12,846.00 |
| ACCOUNT NO. | | | | | | | |
| MARIA, H JOHN 64 MILL ST BURLINGTON, MA 01803 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MARION COUNTY TREASURER 200 EAST WASHINGTON ST INDIANAPOLIS, IN 46204-3356 | | | TRADE PAYABLE | | | | $218.26 |
| ACCOUNT NO. | | | | | | | |
| MARK DOWNS OFFICE FURNITURE 1101 YORK ROAD COCKEYSVILLE, MD 21030 | | | TRADE PAYABLE | | | | $3,972.04 |
| ACCOUNT NO. | | | | | | | |
| MARRIAM, ROBERT R 15 BUSINESS 7, SOUTH ABBEVILLE, MS 38601 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MARSH USA INC PO BOX #281915 ATLANTA, GA 30384 | | | TRADE PAYABLE | | | | $373,141.00 |
| ACCOUNT NO. | | | | | | | |
| MARSULEX 2250 EAST 130TH ST CHICAGO, IL 60633 | | | TRADE PAYABLE | | | | $31,991.74 |
| ACCOUNT NO. | | | | | | | |
| MARSULEX, INC. PO BOX 77000 DEPT. 771288 DETROIT, MI 48277-1288 | | | TRADE PAYABLE | | | | $18,918.55 |

Sheet no. 190 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**      Case No. **01-01140**
       Debtor                                               (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MARTIN MARIETTA PO BOX 75328 CHARLOTTE, NC 28275 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MARVINS BUILDING MATERIALS 6345 SOUTH CHALKVILLE ROAD TRUSSVILLE, AL 35173 | | | TRADE PAYABLE | | | | $648.00 |
| ACCOUNT NO. | | | | | | | |
| MARYLAND CHEM CO., INC. RUSSELL & BAYARD ST. BALTIMORE, MD 21230 | | | TRADE PAYABLE | | | | $33,696.80 |
| ACCOUNT NO. | | | | | | | |
| MARYLAND CHEMICAL CO, INC 1551 RUSSELL ST BALTIMORE, MD 21230-2090 | | | TRADE PAYABLE | | | | $25,781.43 |
| ACCOUNT NO. | | | | | | | |
| MARYLAND DEPT. OF THE ENVIRONMENT PO BOX 2057 BALTIMORE, MD 21203-2057 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MARYLAND DIVING SERVICE, INC. 1903 GWYNN OAK AVE. BALTIMORE, MD 21207 | | | TRADE PAYABLE | | | | $2,468.50 |
| ACCOUNT NO. | | | | | | | |
| MARYLAND MECHANICAL SYSTEMS, INC. 300 S. HAVEN ST. BALTIMORE, MD 21224 | | | TRADE PAYABLE | | | | $1,396.48 |
| ACCOUNT NO. | | | | | | | |
| MARYLAND PORTABLE RESTROOMS 10515 HARFORD ROAD GLEN ARM, MD 21057 | | | TRADE PAYABLE | | | | $75.60 |
| ACCOUNT NO. | | | | | | | |
| MARYLAND SURFACTANT 260 RYAN ST. SOUTH PLAINFIELD, NJ 07080 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 191 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Total Amount of Amended Schedule Records | $15,082,991.19 |
|---|---|

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____**01-01140**_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MASONRY INSTITUTE OF MICHIGAN, INC 12870 FARMINGTON RD., STE A LIVONIA, MI 48150 | | | TRADE PAYABLE | | | | $100.00 |
| ACCOUNT NO. | | | | | | | |
| MASSA PRODUCTS CORP 280 LINCOLN ST HINGHAM, MA 02043-1796 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MASSACHUSETTS STATE POLICE 125 DAY BLVD BOSTON, MA 02125 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MASTER FABRICATORS PO BOX 2083 AUGUSTA, GA 30903 | | | TRADE PAYABLE | | | | $0.77 |
| ACCOUNT NO. | | | | | | | |
| MATERIAL CONTROL INC 338 E SULLIVAN RD AURORA, IL 60504 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MATHESON TRI-GAS INC PO BOX 624 PARSIPPANY, NJ 07054-0624 | | | TRADE PAYABLE | | | | $973.65 |
| ACCOUNT NO. | | | | | | | |
| MATT J MCDONALD CO INC 3 ANCHOR WAY BOSTON, MA 02210 | | | TRADE PAYABLE | | | | $434.36 |
| ACCOUNT NO. | | | | | | | |
| MAUND RICHARDS & ASSOC 2505 WEST 147TH POSEN, IL 60469 | | | TRADE PAYABLE | | | | $15,412.75 |

Sheet no. 192 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re  **W.R. GRACE & CO.-CONN.**                                 Case No. _____**01-01140**_____
_____                                              (If known)
Debtor

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MAUND RICHARDS & ASSOCIATES DEPT CH10071 PALATINE, IL 60055-0071 | | | TRADE PAYABLE | | | | $11,769.03 |
| ACCOUNT NO. | | | | | | | |
| MAYER ELECTRIC FINANCIAL CORP. POBOX 1328 BIRMINGHAM, AL 35201-1328 | | | TRADE PAYABLE | | | | $77.85 |
| ACCOUNT NO. | | | | | | | |
| MAYERS ELECTRIC CO., INC. 4004 ERIE COURT CINCINNATI, OH 45227 | | | TRADE PAYABLE | | | | $16,848.58 |
| ACCOUNT NO. | | | | | | | |
| MAYOR & CITY COUNCIL OF BALTIM CITY HALL ROOM 250 100 N HOLLIDAY ST BALTIMORE, MD 21202 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MAYS CHEMICAL CO. PO BOX 50915 INDIANAPOLIS, IN 46250-0915 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MAYS CHEMICAL CO., INC. PO BOX 66187 INDIANAPOLIS, IN 46266 | | | TRADE PAYABLE | | | | $6,824.20 |
| ACCOUNT NO. | | | | | | | |
| MC FRANK & WILLIAMS 528 AVE 12TH FL NEW YORK, NY 10018 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MC KENZIE PEST CONTROL PO BOX 5602 LAKE CHARLES, LA 70606 | | | TRADE PAYABLE | | | | $500.00 |

Sheet no. 193 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. _____ **01-01140** _____

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MCARDLE & WALSH PO BOX 503 TIMONIUM, MD 21094 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MCARDLE & WALSH, INC. 2015 GREENSPRING DR. TIMONIUM, MD 21093 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MCCARTHY TETRAULT TORONTO DOMINION BANK TOWER TORONTO, ON M5K 1E6 Canada | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MCCONNELL DRUM SERVICE INC PO BOX 47415 DORAVILLE, GA 30362 | | | TRADE PAYABLE | | | | $92.50 |
| ACCOUNT NO. | | | | | | | |
| MCCONNELL VALDES KELLY SIFRE GRIGGS 270 MUNOZ RIVERIA AVE SAN JUAN, PR 00918-2530 | | | TRADE PAYABLE | | | | $5,856.54 |
| ACCOUNT NO. | | | | | | | |
| MCGEAN-ROHCO, INC. PO BOX 73464-N CLEVELAND, OH 44193 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MCGUIRE WOODS BATTLE & BATTLE SUITE 900, TYSONS CORNER MCLEAN, VA 22101 | | | TRADE PAYABLE | | | | $3,540.61 |
| ACCOUNT NO. | | | | | | | |
| MCI WORLDCOM PO BOX 73881 CHICAGO, IL 60673-7881 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 194 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                    Case No. _____ **01-01140**
_____
Debtor                                                                 (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MCKENZIE EQUIPMENT, INC. PO BOX 34427 HOUSTON, TX 77234-4427 | | | TRADE PAYABLE | | | | $964.34 |
| ACCOUNT NO. | | | | | | | |
| MCKESSON WATER PRODUCTS POBOX 7126 PASADENA, CA 91109-7126 | | | TRADE PAYABLE | | | | $157.54 |
| ACCOUNT NO. | | | | | | | |
| MCMASTER CARR SUPPLY CO, PO BOX 740100 ATLANTA, GA 30374-0100 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MCMASTER CARR PO BOX 317 DAYTON, NJ 08810 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MCMASTER-CARR SUPPLY CO PO BOX 7690 CHICAGO, IL 60680-7690 | | | TRADE PAYABLE | | | | $1,957.33 |
| ACCOUNT NO. | | | | | | | |
| MCMASTER-CARR SUPPLY CO. 600 COUNTY LINE RD ELMHURST, IL 60126 | | | TRADE PAYABLE | | | | $543.53 |
| ACCOUNT NO. | | | | | | | |
| MCMASTER-CARR SUPPLY CO. 600 COUNTY LINE ROAD ELMHURST, IL 60126 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MCMASTER-CARR SUPPLY CO. PO BOX 7690 CHICAGO, IL 60680-7690 | | | TRADE PAYABLE | | | | $2,909.63 |
| ACCOUNT NO. | | | | | | | |
| MCMASTER-CARR 473 RIDGE ROAD DAYTON, NJ 08810 | | | TRADE PAYABLE | | | | $4,920.60 |

Sheet no. 195 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records            $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**    Case No. _____**01-01140**_____
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MCMASTER-CARR POBOX 7690 CHICAGO, IL 60680 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MD. INDUSTRIAL GROUP 233 E. REDWOOD ST., 5TH FLR. BALTIMORE, MD 21202 | | | TRADE PAYABLE | | | | $5,900.00 |
| ACCOUNT NO. | | | | | | | |
| MEANY ELECTRICAL ENGINEERING 17401 S. LAFLIN EAST HAZEL CREST, IL 60429-1845 | | | TRADE PAYABLE | | | | $5,850.00 |
| ACCOUNT NO. | | | | | | | |
| MEHAFFY & WEBER 2615 CALDER AVE BEAUMONT, TX 77704 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MEMORIAL HEALTH CARE SYSTEM ATTN: S. RICHARDSON ACCTG DEPT. 2525 DE SALES AVE CHATTANOOGA, TN 37404-3322 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MENARDI PO BOX 60382 CHARLOTTE, NC 28260-0382 | | | TRADE PAYABLE | | | | $46,492.11 |
| ACCOUNT NO. | | | | | | | |
| MENASHA PACKAGING CORP. DRAWER #456 MILWAUKEE, WI 53278 | | | TRADE PAYABLE | | | | $59,101.63 |
| ACCOUNT NO. | | | | | | | |
| MENGES ROLLER CO. INC. 260 INDUSTRIAL DRIVE WAUCONDA, IL 60084-1077 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 196 of 322　　sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records　　　$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*

In re **W.R. GRACE & CO.-CONN.**                    Case No.    **01-01140**

Debtor                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MERCHANTS ENVIRONMENTAL INDUSTRIES 2503-09 SOUTH PULASKI ROAD CHICAGO, IL 60623-3790 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MERG DELIVERY 1133 REGINA DR. BALTIMORE, MD 21227 | | | TRADE PAYABLE | | | | $1,070.00 |
| ACCOUNT NO. | | | | | | | |
| METALCOAT INC. OF FLORIDA POST OFFICE BOX 857 MULBERRY, FL 33860-0857 | | | TRADE PAYABLE | | | | $1,158.47 |
| ACCOUNT NO. | | | | | | | |
| METER EQUIPMENT REPAIR CO. BOX 87 SALIDA, CA 95368 | | | TRADE PAYABLE | | | | $3,862.98 |
| ACCOUNT NO. | | | | | | | |
| METER MAINTENANCE & CONTROLS INC 671 S COOLEY DRIVE #117 COLTON, CA 92324 | | | TRADE PAYABLE | | | | $573.80 |
| ACCOUNT NO. | | | | | | | |
| METER MAINTENANCE & CONTROLS INC 671 SOUTH COOLEY DR #117 COLTON, CA 92324 | | | TRADE PAYABLE | | | | $390.00 |
| ACCOUNT NO. | | | | | | | |
| METRO DISTRICTS HIGHLANDS RANCH 62 WEST PLAZA DR. HIGHLANDS RANCH, CO 80129 UNK | | | TRADE PAYABLE | | | | $129.32 |
| ACCOUNT NO. | | | | | | | |
| METRO INDUSTRIAL TIRE 4825 WEST 128TH PL ALSIP, IL 60803 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 197 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                              Case No. _____ **01-01140** _____
_____                                              (If known)
Debtor

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| METRO LASER<br>PO BOX 950<br>TUCKER, GA  30085-0950<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| METRO LIFT PROPANE<br>2249 LITHONIA INDUSTRIAL BLVD<br>LITHONIA, GA  30058 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| METROMONT MATERIALS<br>PO BOX 751666<br>CHARLOTTE, NC  28275 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| METTLER-TOLEDO, INC.<br>L-857<br>COLUMBUS, OH  43260 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MEWBURN ELLIS<br>23 KINGSWAY<br>LONDON, LO  WC2B 6HP<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MEYER LABORATORY INC<br>2401 W JEFFERSON<br>BLUE SPRINGS, MO  64015 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MG INDUSTRIES<br>PO BOX 8500-S-4385<br>PHILADELPHIA, PA  19178-4385 | | | TRADE PAYABLE | | | | $5,688.58 |
| ACCOUNT NO. | | | | | | | |
| MICHAEL J. BOLLINGER CO., INC.<br>1100 BATAVIA FARM RD.<br>BALTIMORE, MD  21237 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 198 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                              $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MICRO WAREHOUSE 7077 COLLECTION CENTER DR CHICAGO, IL  60693-0072 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MICROCOM WORLDWIDE DATA RECOVERY 20802 PLUMMER ST CHATSWORTH, CA  91311 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MICROMEDIA 575 UNIVERSITY AVE NORWOOD, MA  02062 | | | TRADE PAYABLE | | | | $4,618.36 |
| ACCOUNT NO. | | | | | | | |
| MICROMERITICS ONE MICROMERITICS DR NORCROSS, GA  30093 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MICROMERITICS PO BOX 101108 ATLANTA, GA  30392 | | | TRADE PAYABLE | | | | $20,153.39 |
| ACCOUNT NO. | | | | | | | |
| MICRON, INC. ANALYTICAL SERVICE LABORATORY 3815 LANCASTER PIKE WILMINGTON, DE  19805 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MID-ATLANTIC PALLET CO. 1925 THOMAS RUN CIRCLE BEL AIR, MD  21015-8300 | | | TRADE PAYABLE | | | | $57,601.84 |
| ACCOUNT NO. | | | | | | | |
| MID-ATLANTIC REPS, LTD. 2145 PRIEST BRIDGE DR, SUITE 11 CROFTON, MD  21114-2477 | | | TRADE PAYABLE | | | | $405.50 |

Sheet no. 199 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re  **W.R. GRACE & CO.-CONN.**

Debtor

Case No. _____ **01-01140**

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MID-CAROLINA STEEL AND RECYCLING <br> PO BOX 3764 <br> COLUMBIA, SC  29230 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> MIDDLESEX GASES & TECHNOLOGIES INC <br> PO BOX 1170 <br> EVERETT, MA  02149 | | | TRADE PAYABLE | | | | $3,410.38 |
| ACCOUNT NO. <br> MID-STATES ENGINEERING & <br> SALES, INC. <br> 5001 CHASE AVE. <br> DOWNERS GROVE, IL  60515-4013 | | | TRADE PAYABLE | | | | $2,158.38 |
| ACCOUNT NO. <br> MIDWAY AUTO SUPPLY <br> 702 NORTH HARPER <br> LAURENS, SC  29360 | | | TRADE PAYABLE | | | | $111.11 |
| ACCOUNT NO. <br> MIDWAY MATERIAL HANDLING SALES & SE <br> 6230 S CENTRAL AVE <br> CHICAGO, IL  60638 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> MIDWAY MATERIAL HANDLING <br> 6230 S. CENTRAL <br> CHICAGO, IL  60638 | | | TRADE PAYABLE | | | | $495.69 |
| ACCOUNT NO. <br> MIDWEST CONSULTING <br> 280 ELLIS-SMEATHERS ROAD <br> OWENSBORO, KY  42302 | | | TRADE PAYABLE | | | | $1,755.00 |
| ACCOUNT NO. <br> MID-WEST SERVCO,LLC/IPOWER OF OHIO <br> 9000 WESSEX PLACE,STE. 200 <br> LOUISVILLE, KY  40222 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 200 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re __W.R. GRACE & CO.-CONN._____     Case No. ____01-01140____
               Debtor                                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> MIDWEST WELDING SUPPLY <br> PO BOX 370 <br> CHICAGO HEIGHTS, IL 60412-0370 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> MILL WIPING RAGS INC <br> 1656 E 233RD ST <br> BRONX, NY 10466-3306 <br> UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> MILLER & CHITTY CO INC <br> PO BOX 256 <br> KENILWORTH, NJ 07033-0256 | | | TRADE PAYABLE | | | | $887.79 |
| ACCOUNT NO. <br> MILLER-NELSON RESEARCH, INC. <br> 8 HARRIS CT., BLDG. C-6 <br> MONTEREY, CA 93940 | | | TRADE PAYABLE | | | | $4,065.00 |
| ACCOUNT NO. <br> MINER ELECTRONICS <br> 500 45TH AVE <br> MUNSTER, IN 46321 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> MINOLTA BUSINESS SYSTEMS-SOUTHEAST <br> POBOX 911316 <br> DALLAS, TX 75391-1316 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> MINOLTA CORPORATION <br> PO BOX 101663 <br> ATLANTA, GA 30392 | | | TRADE PAYABLE | | | | $600.27 |
| ACCOUNT NO. <br> MINUTEMAN CONTROLS CO INCA P A TRANSPORT <br> PO BOX 1559 <br> WAKEFIELD, MA 01880 | | | TRADE PAYABLE | | | | $193.09 |

Sheet no. 201 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records            $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re __W.R. GRACE & CO.-CONN._____     Case No. ____01-01140____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MITCHELL DISTRIBUTING CO. PO BOX 32156 CHARLOTTE, NC 28232 | | | TRADE PAYABLE | | | | $223.11 |
| ACCOUNT NO. | | | | | | | |
| MITCHELL DISTRIBUTING CO. PO BOX 32156 CHARLOTTE, NC 28232-2156 | | | TRADE PAYABLE | | | | $477.58 |
| ACCOUNT NO. | | | | | | | |
| MITCHELL SURVEYING 400 WADDELL ROAD WOODRUFF, SC 29388 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MIXING AND PROCESS EQUIPMENT 5333 RIVER ROAD, SUITE #B NEW ORLEANS, LA 70123 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MOBIL PO BOX 4575 CAROL STREAM, IL 60197-4575 | | | TRADE PAYABLE | | | | $634.91 |
| ACCOUNT NO. | | | | | | | |
| MOBILCOMM PO BOX 630384 CINCINNATI, OH 45263-0384 | | | TRADE PAYABLE | | | | $337.12 |
| ACCOUNT NO. | | | | | | | |
| MOBILE STORAGE GROUP PO BOX 808 EDISON, NJ 08818 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MOBILE STORAGE GROUP PO BOX 931898 UNK | | | TRADE PAYABLE | | | | $2,492.13 |
| ACCOUNT NO. | | | | | | | |
| MOHAWK SHADE & BLIND CO INC 2096 MASSACHUSETTS AVE CAMBRIDGE, MA 02140 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 202 of 322　sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records　$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. _____ **01-01140**

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MOM & DADS DELI 6345 SOUTH CENTRAL AVE CHICAGO, IL 60638 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MONITOR LABS 76 INVERNESS DR EAST ENGLEWOOD, CO 80112-5189 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MONITOR LABS, INC DEPT 0390 DENVER, CO 80256-0390 | | | TRADE PAYABLE | | | | $3,291.62 |
| ACCOUNT NO. | | | | | | | |
| MONUMENTAL ENVIRONMENTAL PO BOX 514 MONUMENT, CO 80132 | | | TRADE PAYABLE | | | | $3,241.05 |
| ACCOUNT NO. | | | | | | | |
| MOORE & MUNGER MARKETING INC PO BOX 8063 BRIDGEPORT, CT 06601-8063 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MOREHOUSE-COWLES DEPT LA 21941 PASADENA, CA 91185-1941 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MORRIS & RITCHIE ASSOCIATES INC 3445-A BOX HILL CORPORATE CENTER DR ABINGDON, MD 21009 UNK | | | TRADE PAYABLE | | | | $151.00 |
| ACCOUNT NO. | | | | | | | |
| MOTION INDUSTRIES INC PO BOX 13426 BIRMINGHAM, AL 35202 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 203 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records        $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re  **W.R. GRACE & CO.-CONN.**                              Case No. _____**01-01140**_____
_____
　　　　　　Debtor                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MOTION INDUSTRIES INC PO BOX 98412 CHICAGO, IL 60693-8412 | | | TRADE PAYABLE | | | | $20,842.02 |
| ACCOUNT NO. | | | | | | | |
| MOTION INDUSTRIES 1234 E. 2ND ST OWENSBORO, KY 42303 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MOTION INDUSTRIES 3620 CALUMET AVE. HAMMOND, IN 46325 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MOTION INDUSTRIES 5444 EAST AVE COUNTRYSIDE, IL 60525 | | | TRADE PAYABLE | | | | $15,526.80 |
| ACCOUNT NO. | | | | | | | |
| MOTION INDUSTRIES, INC. 8415-250 KELSO DR. BALTIMORE, MD 21221 | | | TRADE PAYABLE | | | | $22,301.14 |
| ACCOUNT NO. | | | | | | | |
| MOTION INDUSTRIES, INC. PO BOX 1477 BIRMINGHAM, AL 35201-1477 | | | TRADE PAYABLE | | | | $4,742.91 |
| ACCOUNT NO. | | | | | | | |
| MOTION INDUSTRIES, INC. PO BOX 489 WESTLAKE, LA 70669 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MOUNTAIN STATES EMPLOYERS COUNCIL 1799 PENNSYLVANIA ST DENVER, CO 80203 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MP ENVIRONMENTAL SERVICES,INC. 3400 MANOR ST BAKERSFIELD, CA 93308 | | | TRADE PAYABLE | | | | $2,365.00 |

Sheet no. 204 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records | $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**    Case No. **01-01140**

Debtor                                                       (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MSC INDUSTRIAL SUPPLY 3051-A WASHINGTON BLVD. BALTIMORE, MD 21230 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MSC INDUSTRIAL SUPPLY DEPT. CH0075 PALATINE, NY 60055-0075 | | | TRADE PAYABLE | | | | $4,444.24 |
| ACCOUNT NO. | | | | | | | |
| MSI PO BOX 601081 CHARLOTTE, NC 28260-1081 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MULTICARE ASSOC OF THE TWIN CITIES ROSEDALE MEDICAL CENTER 1835 COUNTY RD C WEST ROSEVILLE, MN 55113 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MULTI-MEASUREMENTS, INC. SUITE 6 1 MADISON AVE. WARMINSTER, PA 18974 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MURDOCK SUPPLY, INC. 2488 RIVER ROAD CINCINNATI, OH 45204 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MURPHYS PARTY RENTAL 3114 WEST 95TH ST EVERGREEN PARK, IL 60805 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MUSEUM OF SCIENCE SCIENCE PARK BOSTON, MA 02114 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 205 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records          $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                      Case No. _____ **01-01140**
_____
Debtor                                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| MWM COMPANY INC 11 NEWBURY ST NORTH QUINCY, MA 02171-1751 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| MYERS ENGINEERING 8376 SALT LAKE AVE. BELL, CA 90201 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NACS 10670 BARKLEY PO BOX 12370 OVERLAND PARK, KS 66212 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NALCO CHEMICAL CO. ONE NALCO CENTER NAPERVILLE, IL 60563 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NANCY BATES 8 RICHARDSON ROAD STONEHAM, MA 02180 | | | TRADE PAYABLE | | | | $400.00 |
| ACCOUNT NO. | | | | | | | |
| NASH ENGINEERING CO 5230 WALNUT AVE DOWNERS GROVE, IL 60515 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NASH ENGINEERING CO. PO BOX 40000 DEPT 0095 HARTFORD, CT 06151-0095 | | | TRADE PAYABLE | | | | $603.21 |
| ACCOUNT NO. | | | | | | | |
| NATHAN KIMMEL INC. 1213 SO SANTA FE AVE LOS ANGELES, CA 90021 | | | TRADE PAYABLE | | | | $17,642.20 |

Sheet no. 206 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records          | $15,082,991.19 |

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. _____**01-01140**_____

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| NATIONAL BUSINESS FURNITURE 735 N. WATER ST. PO BOX 514052 MILWAUKEE, WI 53203-3452 | | | TRADE PAYABLE | | | | $6,098.09 |
| ACCOUNT NO. | | | | | | | |
| NATIONAL DRYING MACHINERY CO. 2190 HORNIG RD. PHILADELPHIA, PA 19116 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NATIONAL HOSE & ACCESSORY PO BOX 200782 HOUSTON, TX 77216-0782 | | | TRADE PAYABLE | | | | $1,541.48 |
| ACCOUNT NO. | | | | | | | |
| NATIONAL LIQUID BLASTER CORP 29830 BECK ROAD WIXOM, MI 48393 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NATIONAL ROOFING CONTRACTORS ASSOC. PO BOX 809261 CHICAGO, IL 60680 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NATIONAL SEMI TRAILER CORP PO BOX 60842 CHARLOTTE, NC 28260 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NATIONWIDE DISTRIBUTION 167 LAMP AND LANTERN VILLAGE CHESTERFIELD, MO 63017 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| NATLSCO PO BOX 99539 CHICAGO, IL 60693 | | | TRADE PAYABLE | | | | $627.00 |

Sheet no. 207 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.