In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>NEELY COMPANY<br>POBOX 12345<br>BIRMINGHAM, AL  35202 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NEOPOST LEASING<br>PO BOX 73740<br>CHICAGO, IL  60673-7740 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NETZSCH, INC.<br>119 PICKERING WAY<br>EXTON, PA  19341 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NEU-ION, INC.<br>7200 RUTHERFORD RD., STE. 100<br>BALTIMORE, MD  21224 | | TRADE PAYABLE | | $1,423.50 |
| ACCOUNT NO.<br>NEUTRON INDUSTRIES<br>7107 NORTH BLACK CANYON<br>PHOENIX, AZ  85021 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NEW CASTLE SANITATION AUTHORITY<br>POBOX 1404<br>NEW CASTLE, PA  16103-1404 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NEW ENGLAND INDUSTRIAL TRUCK<br>10 RYAN ROAD<br>WOBURN, MA  01801 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NEW ENGLAND LABORATORY<br>36 WEST WATER ST<br>WAKEFIELD, MA  01880 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NEW ENGLAND RESINS & PIGMENTS<br>POBOX 9381<br>BOSTON, MA  02209-9381 | | TRADE PAYABLE | | $528.94 |

Sheet no. 208 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| NEW ENGLAND ROUNDTABLE<br>134 RAILROAD AVE<br>REVERE, MA 02151 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEW ENGLAND RUBBER INC.<br>55 COMMERCIAL CIRCLE<br>DEDHAM, MA 02026 | | TRADE PAYABLE | | $820.39 |
| ACCOUNT NO. | | | | |
| NEW LONDON ENGINEERING<br>1700 DIVISION ST<br>NEW LONDON, WI 54961 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEW PIG CORP.<br>PO BOX 304<br>TIPTON, PA 16684-0304 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEW PIG CORPORATION<br>PO BOX 304<br>TIPTON, PA 16684-0304 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEW SOUTHWEST INDUSTRIES<br>3067 CARBIDE DR.<br>SULPHUR, LA 70665 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEW YORK STATE CONCRETE<br>MASONRY ASSOCIATION<br>275 1/2 LARK ST<br>ALBANY, NY 12210-1007 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEWARK ELECTRONICS<br>4801 NORTH RAVENSWOOD AVE<br>CHICAGO, IL 60640 | | TRADE PAYABLE | | $578.79 |

Sheet no. 209 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| NEWARK ELECTRONICS<br>8726 TOWN & COUNTRY BLVD.<br>ELLICOTT CITY, MD 21043 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEWARK ELECTRONICS<br>PO BOX 94151<br>PALATINE, IL 60094 | | TRADE PAYABLE | | $2,020.94 |
| ACCOUNT NO. | | | | |
| NEWARK ELECTRONICS<br>PO BOX 94151<br>PALATINE, IL 60094-4151 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEWCOURT LEASING CORP<br>PO BOX 33076<br>NEWARK, NJ 07188-0076 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEWLINE PUBLISHING<br>8 LAKE ST<br>ROUSES POINT, NY 12979-1004<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NEXTEL NEXTDAY ACCESSORIES<br>65 A KOCH ROAD<br>CORTE MADERA, CA 94925 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NICKEY PETROLEUM CO., INC<br>PO BOX 669<br>ATWOOD, CA 92811 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| NICK'S TOWING SERVICE, INC<br>158 EAST PASSAIC AVE.<br>RUTHERFORD, NJ 07070 | | TRADE PAYABLE | | $0.00 |

Sheet no. 210 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>NICOLET INSTRUMENT CORP.<br>5225 VERONA ROAD<br>MADISON, WI 53711-4495 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NICOLET INSTRUMENT CORPORATION<br>DEPT CH 10385<br>PALATINE, IL 60055-0385 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NICOR GAS<br>PO BOX 632<br>AURORA, IL 60507-0632 | | TRADE PAYABLE | | $924.94 |
| ACCOUNT NO.<br>NIELDS,LEMACK & DINGMAN<br>176 E MAIN ST SUITE 8<br>WESTBORO, MA 01581 | | TRADE PAYABLE | | $3,185.60 |
| ACCOUNT NO.<br>NIM-COR, INC.<br>POBOX 31272<br>HARTFORD, CT 06150-1272 | | TRADE PAYABLE | | $57.44 |
| ACCOUNT NO.<br>NIPSCO<br>PO BOX 13007<br>MERRILLVILLE, IN 46411-3007 | | TRADE PAYABLE | | $78,216.90 |
| ACCOUNT NO.<br>NIXON<br>11860 OLD BALTIMORE PIKE<br>BELTSVILLE, MD 20705 | | TRADE PAYABLE | | $268.44 |
| ACCOUNT NO.<br>NIXON<br>2925 NORTHEAST BLVD.<br>WILMINGTON, DE 19802 | | TRADE PAYABLE | | $44.98 |
| ACCOUNT NO.<br>NMHG FINANCIAL SERVICES<br>PO BOX 642385<br>PITTSBURGH, PA 15264-2385 | | TRADE PAYABLE | | $887.15 |

Sheet no. 211 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>NOL-TEC SYSTEMS INC<br>SDS 12-1409<br>PO BOX 86<br>MINNEAPOLIS, MN 55486-1409 | | TRADE PAYABLE | | $94,191.04 |
| ACCOUNT NO.<br>NON METALLIC RESOURCES<br>8375 ZIEGLER BLVD<br>MOBILE, AL 36608 | | TRADE PAYABLE | | $14,472.00 |
| ACCOUNT NO.<br>NORCHEM CONCRETE PRODUCTS INC.<br>PO BOX 19169<br>NEWARK, NJ 07195-0169 | | TRADE PAYABLE | | $135,141.00 |
| ACCOUNT NO.<br>NORMAN MACHINE TOOL LTD.<br>1311-1313 S. PONCA ST.<br>BALTIMORE, MD 21224 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>NORRIS WINNER INC<br>90 CHELMSFORD ROAD<br>NORTH BILLERICA, MA 01862 | | TRADE PAYABLE | | $149.10 |
| ACCOUNT NO.<br>NORSTONE INC<br>PO BOX 3<br>WYNCOTE, PA 19095 | | TRADE PAYABLE | | $19,322.70 |
| ACCOUNT NO.<br>NORTH AMERICAN TRAILER SALES LTD<br>7649 CONCORD BLVD<br>INVER GROVE HEIGHTS, MN 55076 | | TRADE PAYABLE | | $1,681.39 |
| ACCOUNT NO.<br>NORTH EAST FLEET SERVICES<br>PO BOX 375<br>COLUMBUS, NJ 08022 | | TRADE PAYABLE | | $14,470.69 |

Sheet no. 212 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NORTH SHORE SUPPLY COMPANY<br>POBOX 9940<br>HOUSTON, TX  77213-9940 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>NORTHEAST RESOURCE GROUP INC.<br>95 COURT ST<br>PLYMOUTH, MA  02360 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>NORTHEAST RUBBER PRODUCTS INC<br>PO BOX 927<br>FRAMINGHAM, MA  01701 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>NORTHEAST TEXAS CHAPTER ACI<br>1341 WEST MOCKINGBIRD LANE<br>DALLAS, TX  75247<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>NORTHERN SAFETY CO., INC.<br>PO BOX 4250<br>UTICA, NY  13504-4250 | | TRADE PAYABLE | | | | $561.84 |
| ACCOUNT NO.<br>NORTH-STRONG SCIENTIFIC, INC.<br>ALPHA INDUSTRIAL PARK, 15 AVE. A<br>PHILLIPSBURG, NJ  08865 | | TRADE PAYABLE | | | | $539.94 |
| ACCOUNT NO.<br>NORTON WELDING SUPPLY, INC.<br>2906 DEANS BRIDGE RD.<br>AUGUSTA, GA  30906 | | TRADE PAYABLE | | | | $1,034.09 |
| ACCOUNT NO.<br>NSTAR ELECTRIC<br>PO BOX 970030<br>BOSTON, MA  02297-0030 | | TRADE PAYABLE | | | | $32,108.30 |

Sheet no. 213 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| NTD PATENT & TRADE MARK AGENCY LTD. TSIMSHATSUI EAST KOWLOON, HONG KONG, IT 99999 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| NUCKLEY COMPANIES 2341 SCRANTON RD CLEVELAND, OH 44113 | | TRADE PAYABLE | | | | $6,404.96 |
| ACCOUNT NO. | | | | | | |
| NUWAY FILTERS & INDUSTRIAL 3013 GRIFFITH ST CHARLOTTE, NC 28203 | | TRADE PAYABLE | | | | $231.61 |
| ACCOUNT NO. | | | | | | |
| OBERFIELDS INC PO BOX 362 DELAWARE, OH 43015 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| O'BRIEN & GERE ENGINEERS INC DEPT 956 PO BOX 8000 BUFFALO, NY 14267-8000 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| O'BRYAN TRANSPORT INC 5501 OLD BOONVILLE HWY EVANSVILLE, IN 47715 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OCCIDENTAL CHEMICAL CORP. PO BOX 360472M PITTSBURGH, PA 15251 | | TRADE PAYABLE | | | | $23,997.70 |
| ACCOUNT NO. | | | | | | |
| OCCNET/THE CHRIST HOSPITAL PO BOX 691229 CINCINNATI, OH 45269-1229 | | TRADE PAYABLE | | | | $510.00 |

Sheet no. 214 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**     Debtor     Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. OCCUMATRIX INC POST OFFICE BOX 190515 BIRMINGHAM, AL 35209 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. OCE-USA, INC. PO BOX 92601 CHICAGO, IL 60675-2601 | | TRADE PAYABLE | | $3,211.70 |
| ACCOUNT NO. OCTEL COMMUNICATIONS CORP. PO BOX 60000 SAN FRANCISCO, CA 94160-1878 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ODAJIMA PATENT OFFICE 9-15 1-CHOME AKASAKA MINATO-KU TOKYO, 13 107 UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ODORITE 1111 MARYLAND AVE. BALTIMORE, MD 21201 | | TRADE PAYABLE | | $530.10 |
| ACCOUNT NO. OEC FLUID HANDLING INC POBOX 2807 SPARTANBURG, SC 29304 | | TRADE PAYABLE | | $57,365.11 |
| ACCOUNT NO. OERTEL HOFFMAN FERNANDEZ & COLE PO BOX 1110 TALLAHASSEE, FL 32302-1110 | | TRADE PAYABLE | | $2,349.75 |
| ACCOUNT NO. OFFICE DEPOT FILE N 81901 LOS ANGELES, CA 90074-1901 | | TRADE PAYABLE | | $788.45 |

Sheet no. 215 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| OFFICE PLUS OF LAKE CHARLES<br>320 SEVENTH ST<br>LAKE CHARLES, LA 70601 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OFFICE TEAM<br>PO BOX 6248<br>CAROL STREAM, IL 60197-6248 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OFFICECARE CORP.<br>5902 MONTCLAIR BLVD.<br>MILFORD, OH 45150 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| O-G CAB CO., INC.<br>PO BOX 616<br>LYONS, IL 60534 | | TRADE PAYABLE | | | | $25.00 |
| ACCOUNT NO. | | | | | | |
| OHIO TURNPIKE COMMISSION<br>POBOX 75517<br>CLEVELAND, OH 44101-4755 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OI PARTNERS<br>(FORMERLY OUTPLACEMENT INT'L)<br>200 BAKER AVE SUITE 217<br>CONCORD, MA 01742 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OILQUIP, INC.<br>1400 SECOND ST.<br>PO DRAWER 3228<br>LAKE CHARLES, LA 70602 | | TRADE PAYABLE | | | | $4,490.92 |
| ACCOUNT NO. | | | | | | |
| OK SAFETY SUPPLY INC<br>4647 HENRY AVE.<br>PO BOX 564<br>HAMMOND, IN 46325-0564 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 216 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. OKI SYSTEMS LTD. PO BOX 632994 CINCINNATI, OH 45263-2994 | | TRADE PAYABLE | | $369.09 |
| ACCOUNT NO. OMEGA LANDSCAPING AND LAWN MAINTENANCE PO BOX 1231 TAVARES, FL 32778 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. OMEGA POINT LABORATORIES INC 16015 SHADY FALLS ROAD ELMENDORF, TX 78112 | | TRADE PAYABLE | | $800.00 |
| ACCOUNT NO. OMG AMERICAS 811 SHARON DR. WESTLAKE, OH 44145-1522 | | TRADE PAYABLE | | $305,390.80 |
| ACCOUNT NO. OMNI INDUSTRIES INC 7031 BRYCE CANYON AVE GREENWELL SPRINGS, LA 70739 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. OMRON IDM CONTROLS INC UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ON TIME GROUND TRANSPORTATION PO BOX 25096 BALTIMORE, MD 21229 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ONE STOP TRANSPORT & REPAIR 1639 EAST 750 SOUTH #A CLEARFIELD, UT 84015 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. ONSITE COMMERCIAL STAFFING PO BOX 198531 ATLANTA, GA 30384-8531 | | TRADE PAYABLE | | $0.00 |

Sheet no. 217 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                 Case No. **01-01140**
      Debtor                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> ONYX ENVIRONMENTAL SERVICES <br> DEPT 73709 <br> CHICAGO, IL  60673-7709 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ORANGE COUNTY TAX COLLECTOR <br> PO BOX 1980 <br> SANTA ANA, CA  92702 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ORBOS, CABUSORA, TAGUIAM & STA. ANA <br> ROOM 310 QUADSTAR BLDG, ORTIGAS AVE <br> GREENHILLS SAN JUAN METRO, IT  09999 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ORCHARD SUPPLY HARDWARE <br> PO BOX 49016 <br> SAN JOSE, CA  95161-9016 | | TRADE PAYABLE | | $149.59 |
| ACCOUNT NO. <br> ORKIN PEST CONTROL <br> 5103 W 2100 SOUTH #B <br> SALT LAKE CITY, UT  84120 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ORLANDO DRUM COMPANY <br> 4880 HOFFNER AVE <br> ORLANDO, FL  32812 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> ORR PROTECTION SYSTEMS, INC. <br> PO BOX 631702 <br> CINCINNATI, OH  45263-1702 | | TRADE PAYABLE | | $1,513.60 |
| ACCOUNT NO. <br> ORR SAFETY CORP. <br> PO BOX 631698 <br> CINCINNATI, OH  45263-1698 | | TRADE PAYABLE | | $1,444.03 |

Sheet no. 218 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records        $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ORR SAFETY EQUIPMENT CO. 351 S. LOMBARD ADDISON, IL 60101-3059 | | TRADE PAYABLE | | | | $1,904.24 |
| ACCOUNT NO. | | | | | | |
| ORR SAFETY PO BOX 631698 CINCINNATI, OH 45263-1698 | | TRADE PAYABLE | | | | $1,530.57 |
| ACCOUNT NO. | | | | | | |
| ORREX PLASTICS CO. PO BOX 4269 ODESSA, TX 79760 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OSLO PATENTKONTOR AS POSTBOKS 7007 M N-0306 OSLO NORWAY, IT 09999 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OVERDALE CORPORATION 12400 LOMBARD ALSIP, IL 60803 | | TRADE PAYABLE | | | | $62,556.11 |
| ACCOUNT NO. | | | | | | |
| OVERHEAD DOOR CO. OF BALTIMORE 3501 CENTURY AVE. BALTIMORE, MD 21227 | | TRADE PAYABLE | | | | $1,603.55 |
| ACCOUNT NO. | | | | | | |
| OVERHEAD DOOR CO. 858 CRESCENTVILLE RD. CINCINNATI, OH 45246 | | TRADE PAYABLE | | | | $3,324.19 |
| ACCOUNT NO. | | | | | | |
| OVERHEAD DOOR COMPANY OF DANVERS 49 N. PUTNAM ST DANVERS, MA 01923-2097 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 219 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| OWENS CORNING-TRUMBULL DIVISION<br>PO BOX 360029M<br>PITTSBURGH, PA  15251-6029 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OWENSBORO HAULING<br>2103 GRIMES AVE<br>OWENSBORO, KY  42303 | | TRADE PAYABLE | | | | $442.35 |
| ACCOUNT NO. | | | | | | |
| OWENSBORO INTERNAL MEDICINE<br>815 EAST PARRISH AVE<br>OWENSBORO, KY  42303 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| OXFORD UNIVERSITY PRESS<br>2001 EVANS RD.<br>CARY, NC  27513 | | TRADE PAYABLE | | | | $113.61 |
| ACCOUNT NO. | | | | | | |
| P & H AUTO-ELECTRIC, INC.<br>PO BOX 25889<br>BALTIMORE, MD  21224-0589 | | TRADE PAYABLE | | | | $7,304.17 |
| ACCOUNT NO. | | | | | | |
| P B & S CHEMICAL CO INC<br>SECTION 970<br>LOUISVILLE, KY  40289 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| P G & E<br>BOX 997300<br>SACRAMENTO, CA  95899-7300 | | TRADE PAYABLE | | | | $5,957.32 |
| ACCOUNT NO. | | | | | | |
| P M & S INC.<br>DBA PERSONAL MOVERS<br>7 REPUBLIC ROAD<br>NORTH BILLERICA, MA  01862-2503 | | TRADE PAYABLE | | | | $232.00 |

Sheet no. 220 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| P&M LOCKSMITH SERVICE INC.<br>463 MAIN ST<br>WOBURN, MA  01801 | | TRADE PAYABLE | | $119.91 |
| ACCOUNT NO. | | | | |
| P.B. & S. CHEMICAL COMPANY INC.<br>SECTION 970<br>LOUISVILLE, KY  40289 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PAC 21<br>11888 WESTERN AVE<br>STANTON, CA  90680-3438 | | TRADE PAYABLE | | $1,240.43 |
| ACCOUNT NO. | | | | |
| PACIFIC BELL<br>PAYMENT CENTER<br>SACRAMENTO, CA  95887-0001 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PACIFIC BELL<br>PAYMENT CENTER<br>VAN NUYS, CA  91388-0001 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PACIFIC BELL<br>PAYMENT CENTER<br>VAN NUYS, CA  91388-0001 | | TRADE PAYABLE | | $555.14 |
| ACCOUNT NO. | | | | |
| PACIFIC COAST CHEMICALS CO<br>PO BOX 88672<br>EMERYVILLE, CA  94662 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PACIFIC ENVIRONMENTAL SERVICES<br>7209 E. KEMPER RD.<br>CINCINNATI, OH  45249 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PACKAGE SUPPLY & EQUIPMENT<br>POBOX 890142<br>CHARLOTTE, NC  28289-0142 | | TRADE PAYABLE | | $0.00 |

Sheet no. 221 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| PACKAGING INTEGRITY, INC.<br>PO Box 7042<br>105 Rainbow Industry Blvd.<br>RAINBOW CITY, AL 35906 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PAGENET DBA PAGENET NORTH CENTRAL<br>DEPT 0102  OFFICE 068<br>PALATINE, IL 60055-0102 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PAGENET OF UPSTATE NEW YORK<br>OFFICE 040,DEPT.0102<br>PALATINE, IL 60055-0102 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PALLET KING INC.<br>1800 NW 22ND COURT<br>POMPANO BEACH, FL 33069 | | TRADE PAYABLE | | $2,250.00 |
| ACCOUNT NO. | | | | |
| PALM BEACH TRANSPORTATION INC<br>1700 N FLORIDA MANGO RD<br>WEST PALM BEACH, FL 33409 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PALMETTO PALLET CO,INC<br>PO BOX 666<br>NEWBERRY, SC 29108 | | TRADE PAYABLE | | $4,188.25 |
| ACCOUNT NO. | | | | |
| PALMETTO TRUCK & EQUIPMENT<br>3757 WAGENER RD.<br>AIKEN, SC 29805 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PANASONIC COMMUNICATIONS & SYS<br>POBOX 371992<br>PITTSBURGH, PA 15250-7992 | | TRADE PAYABLE | | $0.00 |

Sheet no. 222 of 322  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| PANG PH.D., ROY H.L.<br>15 PARTRIDGE ROAD<br>ETNA, NH 03750 | | TRADE PAYABLE | | $0.00 |
| PAPACONSTANTINOU, DR HELEN G<br>2 COUMBARI ST<br>ATHENS GREECE, IT 10674<br>UNK | | TRADE PAYABLE | | $0.00 |
| PAPER CO INC<br>325 EMMETT AVE<br>PO BOX 51866<br>BOWLING GREEN, KY 42101-6866 | | TRADE PAYABLE | | $497.58 |
| PAR SERVICES INC<br>6325 CONSTITUTION DRIVE<br>FORT WAYNE, IN 46804 | | TRADE PAYABLE | | $0.00 |
| PAR SERVICES<br>PO BOX 64<br>SOUTH BEND, IN 46624 | | TRADE PAYABLE | | $9,442.30 |
| PARADYNE CREDIT CORP.<br>PO BOX 2826<br>ATLANTA, GA 31193-0224 | | TRADE PAYABLE | | $0.00 |
| PARADYNE<br>PO BOX 930224<br>ATLANTA, GA 31193-0224 | | TRADE PAYABLE | | $51.70 |
| PARKLAND COURT ENTERPRISES<br>PO BOX 3077<br>MILWAUKEE, WI 53201-3077 | | TRADE PAYABLE | | $0.00 |

Sheet no. 223 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| PARSON GROUP<br>DEPT 77-2996<br>CHICAGO, IL 60678-2996 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PARTICLE TECHNOLOGY LABS<br>PO BOX 809187<br>CHICAGO, IL 60680-9187<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PARTITIONS PLUS CO INC<br>360 MERRIMACK ST<br>LAWRENCE, MA 01843 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PARTS & ELECTRIC MOTORS<br>1400-34 N. CICERO AVE.<br>CHICAGO, IL 60651 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PATRICK ENGINEERING<br>4985 VARSITY DR<br>LISLE, IL 60532 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PATTERSON TRUCK REPAIR INC<br>806 16TH ST<br>MENDOTA, IL 61342 | | TRADE PAYABLE | | | | $139.81 |
| ACCOUNT NO. | | | | | | |
| PAUL MCGOVERN COMPANY<br>195 ESMEYER DRIVE<br>SAN RAFAEL, CA 94903-3771 | | TRADE PAYABLE | | | | $92.00 |
| ACCOUNT NO. | | | | | | |
| PAUL REILLY CO.<br>7085 COllection Center Dr.<br>CHICAGO, IL 60693 | | TRADE PAYABLE | | | | $982.32 |

Sheet no. 224 of 322  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| PAUL TAUBE<br>6409 W. 83RD ST.<br>BURBANK, IL 60459 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PB & S CHEMICAL CO.<br>SECTION 970<br>LOUISVILLE, KY 40289 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PBCC<br>PO BOX 856460<br>LOUISVILLE, KY 40285-6460 | | TRADE PAYABLE | | | | $311.50 |
| ACCOUNT NO. | | | | | | |
| PBCC<br>PO BOX 856460<br>LOUISVILLE, KY 40285-6460 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PC CONNECTION, INC.<br>PO BOX 4520<br>WOBURN, MA 01888-4520 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PC WORLD<br>PO BOX 37568<br>BOONE, IA 50037<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PC'S IN A PINCH<br>338 CLUBHOUSE ROAD<br>BALTIMORE, MD 21263-1972 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PCS NITROGEN FERTILIZER, L.P.<br>3175 LENOX PARK BLVD. SUITE 400<br>MEMPHIS, TN 38115-4256 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PCS SALES (USA) INC<br>UNK | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 225 of 322  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| PCS SALES (USA), INC.<br>PO BOX 71029<br>CHICAGO, IL  60694-1029 | | TRADE PAYABLE | | $4,409.37 |
| ACCOUNT NO. | | | | |
| PDMA CORPORATION<br>5909-C HAMPTON OAKS PKWY<br>TAMPA, FL  33610 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PDQ PRINTING SERVICE, INC.<br>1914 CLARK AVE.<br>CLEVELAND, OH  44109 | | TRADE PAYABLE | | $1,600.00 |
| ACCOUNT NO. | | | | |
| PEABODY PRESS INC.<br>1023 S. CURLEY ST.<br>BALTIMORE, MD  21224 | | TRADE PAYABLE | | $4,599.07 |
| ACCOUNT NO. | | | | |
| PENN POWER<br>POBOX 3686<br>AKRON, OH  44309-3686 | | TRADE PAYABLE | | $871.95 |
| ACCOUNT NO. | | | | |
| PENNONI ASSOCIATES INC<br>3001 MARKET ST<br>PHILADELPHIA, PA  19104 | | TRADE PAYABLE | | $1,232.50 |
| ACCOUNT NO. | | | | |
| PENNSYLVANIA STEEL CO., INC.<br>PO BOX 98<br>EMIGSVILLE, PA  17318 | | TRADE PAYABLE | | $456.19 |
| ACCOUNT NO. | | | | |
| PENNSYLVANIA-AMERICAN WATER CO<br>PO BOX 371412<br>PITTSBURGH, PA  15250-7412 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PENRECO DIV-PENNZOIL<br>PO BOX 10387<br>NEWARK, NJ  07193-0387 | | TRADE PAYABLE | | $0.00 |

Sheet no. 226 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.