In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>PENSERV-METASA GROUP,INC.<br>PO BOX 7248<br>COLUMBIA, SC 29202 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>PEOPLES GAS<br>ATTN: ACCOUNTING DEPT.<br>CHICAGO, IL 60687-0001 | | TRADE PAYABLE | | $47,941.63 |
| ACCOUNT NO.<br>PERFECT PACK INC<br>3455 JARITA WAY<br>DOUGLASVILLE, GA 30135 | | TRADE PAYABLE | | $1,441.00 |
| ACCOUNT NO.<br>PERFORMANCE PACKAGING<br>406 MASSAPOAG ROAD<br>LINCOLNTON, NC 28092 | | TRADE PAYABLE | | $1,739.00 |
| ACCOUNT NO.<br>PERKIN ELMER CORPORATION<br>PO BOX 95230<br>CHICAGO, IL 60690 | | TRADE PAYABLE | | $963.92 |
| ACCOUNT NO.<br>PERKIN-ELMER CORPORATION<br>PO BOX 95230<br>CHICAGO, IL 60690 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>PERMAGLAS MESH, INC.<br>PO BOX 640771<br>PITTSBURGH, PA 15264-0771 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>PETERSON SCHOOL<br>25 MONTVALE AVE<br>WOBURN, MA 01801<br>UNK | | TRADE PAYABLE | | $0.00 |

Sheet no. 227 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PETERSON THERMAL EQUIPMENT CO INC<br>POBOX 2446<br>TOLEDO, OH 43606 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>PETROCHEM FLUID CONTROLS INC.<br>PO BOX 1266<br>LAKE CHARLES, LA 70602 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>PGI ORIENTED POLYMERS INC.<br>CUSTOMER SALES ACCOUNTING<br>LOCK BOX 910779<br>DALLAS, TX 75391-0779 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>PHILADELPHIA MIXERS CORP.<br>212 CIRCLE DR.<br>PALMYRA, PA 17078 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>PHILADELPHIA MIXERS CORPORATION<br>PO BOX 8500-2180<br>PHILADELPHIA, PA 19178-2180 | | | TRADE PAYABLE | | | | $2,372.52 |
| ACCOUNT NO.<br>PHILADELPHIA MIXERS<br>PO BOX 8500-2180<br>PHILADELPHIA, PA 19178-2180 | | | TRADE PAYABLE | | | | $2,697.86 |
| ACCOUNT NO.<br>PHILIP PRESS, INC.<br>9489 BATTLER COURT<br>COLUMBIA, MD 21045 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>PHILIP SERVICES CORP<br>PO BOX 200907<br>HOUSTON, TX 77216-0907 | | | TRADE PAYABLE | | | | $945.20 |

Sheet no. 228 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> PHILIP SERVICES <br> POBOX 201849 <br> HOUSTON, TX 77216-1849 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> PHILIPS ANALYTICAL <br> 12 MICHIGAN DR <br> NATICK, MA 01760 | | TRADE PAYABLE | | $2,913.00 |
| ACCOUNT NO. <br> PHILIPS ANALYTICAL, INC. <br> 12 MICHIGAN DR. <br> NATICK, MA 01760 | | TRADE PAYABLE | | $9,605.65 |
| ACCOUNT NO. <br> PHILIPS CONSUMER ELECTRIC <br> 1 PHILIPS DR <br> KNOXVILLE, TN 37914 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> PHILLIPS 66 COMPANY <br> PO BOX 75201 <br> CHARLOTTE, NC 28275 | | TRADE PAYABLE | | $36,385.57 |
| ACCOUNT NO. <br> PHILLIPS KILN SERVICE CO., INC <br> PO BOX 1108 <br> SIOUX CITY, IA 51102 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> PHILLIPS ORMONDE & FITZPATRICK <br> 367 COLLINS ST <br> MELBOURNE, AC 03000 <br> UNK | | TRADE PAYABLE | | $95.00 |
| ACCOUNT NO. <br> PHOENIX ENVIRONMENTAL ENGINEERS INC <br> PO BOX 121555 <br> NASHVILLE, TN 37212-1555 | | TRADE PAYABLE | | $0.00 |

Sheet no. 229 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| PHYSICIAN SALES & SERVICE 10848 KENWOOD RD. CINCINNATI, OH 45242 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PIEDMONT RURAL TELEPHONE COOP INC POBOX 249 LAURENS, SC 29360 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PIERCE, CASSIDY 2295 PREBLE AVE PITTSBURGH, PA 15233 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PIKESVILLE LUMBER CO. 7104 LIBERTY RD. BALTIMORE, MD 21207-4518 | | TRADE PAYABLE | | $1,253.60 |
| ACCOUNT NO. | | | | |
| PILCHER HAMILTON CORPORATION DEPT 77-6105 CHICAGO, IL 60678-6105 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PINKERTON SECURITY SERVICES PO BOX 2111 CAROL STREAM, IL 60132-2111 | | TRADE PAYABLE | | $2,642.51 |
| ACCOUNT NO. | | | | |
| PIPELINE ENERGY PO BOX 350182 JACKSONVILLE, FL 32235-0182 | | TRADE PAYABLE | | $10,042.60 |
| ACCOUNT NO. | | | | |
| PIPING & EQUIPMENT A USFLOW CO PO BOX 931641 CLEVELAND, OH 44193 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PIPING SUPPLY CO. PO BOX 5099 CHATTANOOGA, TN 37406 | | TRADE PAYABLE | | $2,089.87 |

Sheet no. 230 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| PITNEY BOWES INC<br>PO BOX 856390<br>LOUISVILLE, KY 40285-6390 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PITNEY BOWES<br>PO BOX 856460<br>LOUISVILLE, KY 40285-6460 | | TRADE PAYABLE | | $333.90 |
| ACCOUNT NO. | | | | |
| PITNEY BOWES, INC.<br>8375 DIX ELLIS TRAIL, SUITE 301<br>JACKSONVILLE, FL 32256-1221 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PITNEY HARDIN KIPP & SZUCH<br>PO BOX 1945<br>MORRISTOWN, NJ 07962-1945 | | TRADE PAYABLE | | $26,074.13 |
| ACCOUNT NO. | | | | |
| PITNEY, HARDIN, KIPP & SZUCH<br>PO BOX 1945<br>MORRISTOWN, NJ 07962-1945 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PK ASSOCIATES INC<br>PO BOX 369<br>ROCKLAND, MA 02370 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PLANO MOLDING COMPANY<br>POBOX71675<br>CHICAGO, IL 60694-1675 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PLASTECH SERVICES, INC.<br>3903 A WASHINGTON BLVD.<br>BALTIMORE, MD 21227 | | TRADE PAYABLE | | $20,529.00 |
| ACCOUNT NO. | | | | |
| PLASTIC SALES & MFG. CO.,INC.<br>POBOX 411125<br>KANSAS CITY, MO 64141 | | TRADE PAYABLE | | $3,633.90 |

Sheet no. 231 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

...

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PMCO,INC. PO BOX 5512 DEPTFORD, NJ 08096 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. PNEU-FORCE PO BOX 132 YORK, PA 17405-0132 | | | TRADE PAYABLE | | | | $545.84 |
| ACCOUNT NO. POLAND SPRING WATER POBOX 52271 PHOENIX, AZ 85072-2271 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. POLAR AIR CORP POBOX 630007 HOUSTON, TX 77263-0007 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. POLAR SERVICE CENTER 7600 E SAM HOUSTON PKWY N HOUSTON, TX 77049 | | | TRADE PAYABLE | | | | $3,150.89 |
| ACCOUNT NO. POLAR SERVICE CENTERS 120 CEDAR SPRINGS ROAD SPARTANBURG, SC 29302 | | | TRADE PAYABLE | | | | $7,385.06 |
| ACCOUNT NO. POLLOCK CO 1711 CENTRAL AVE AUGUSTA, GA 30904 | | | TRADE PAYABLE | | | | $99.55 |
| ACCOUNT NO. POLSERVICE PO BOX 335 CHALUBINSKIEGO   POLAND, IT 99-999 UNK | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 232 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| POLY-BOND MFG. CO.<br>16525 VAN DAM RD.<br>SOUTH HOLLAND, IL 60473 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| POROCEL<br>ATTN: RACHEL PRITCHARD<br>1 LANDY LANE<br>READING, OH 45215 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PORT PRINTING<br>931 HODGES ST<br>LAKE CHARLES, LA 70601 | | TRADE PAYABLE | | | | $3,603.19 |
| ACCOUNT NO. | | | | | | |
| PORTER CAPITAL CORP<br>809-K BARKWOOD COURT<br>LINTHICUM, MD 21090<br>UNK | | TRADE PAYABLE | | | | $346.50 |
| ACCOUNT NO. | | | | | | |
| PORTER PAINTS A DIVISON OF<br>1915 S BROAD<br>CHATTANOOGA, TN 37408 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PORTER PIPE AND SUPPLY CO<br>35049 EAGLE WAY<br>CHICAGO, IL 60678-1350 | | TRADE PAYABLE | | | | $1,899.20 |
| ACCOUNT NO. | | | | | | |
| PORTERS SUPPPLY CO., INC.<br>1100 Whistler Ave.<br>PO BOX 4451<br>BALTIMORE, MD 21223-4510 | | TRADE PAYABLE | | | | $1,819.68 |
| ACCOUNT NO. | | | | | | |
| PORTMAN EQUIPMENT CO.<br>4331 ROSSPLAIN ROAD<br>CINCINNATI, OH 45236 | | TRADE PAYABLE | | | | $6,558.10 |

Sheet no. 233 of 322 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> POTTERS INDUSTRIES, INC. <br> PO BOX 20 <br> PHILADELPHIA, PA 19178 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> POWERLINE <br> 7790 HILLROSE DR <br> DUBLIN, CA 94568 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> POWERTEX, INC. <br> ONE LINCOLN BLVD. <br> ROUSES POINT, NY 12979 | | TRADE PAYABLE | | | | $3,752.74 |
| ACCOUNT NO. <br> PPG INDUSTRIES, INC. <br> ONE PPG PLACE <br> PITTSBURGH, PA 15272 | | TRADE PAYABLE | | | | $57,920.73 |
| ACCOUNT NO. <br> PR NEWSWIRE INC <br> G PO BOX 5897 <br> NEW YORK, NY 10087-5897 | | TRADE PAYABLE | | | | $1,700.00 |
| ACCOUNT NO. <br> PRACTICAL APPLICATIONS <br> ACCOUNTS RECEIVABLE <br> 319 A ST (REAR) <br> BOSTON, MA 02210 | | TRADE PAYABLE | | | | $255.00 |
| ACCOUNT NO. <br> PRAXAIR INC <br> 30W626 RTE. 20 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> PRAXAIR, INC. <br> PO BOX 281901 <br> CHARLOTTE, NC 28265-1287 | | TRADE PAYABLE | | | | $2,452.41 |

Sheet no. 234 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| PRAXAIR/GAS TECH<br>DEPT CH10660<br>PALATINE, IL 60055-0660 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PRECAST/PRESTRESSED CONCRETE<br>209 WEST JACKSON BLVD<br>CHICAGO, IL 60606 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PRECISION PRINTS<br>2901 MAPLEWOOD DR.<br>SULPHUR, LA 70663 | | TRADE PAYABLE | | $1,034.21 |
| ACCOUNT NO. | | | | |
| PREDICT<br>PO BOX 931898<br>CLEVELAND, OH 44193-3046 | | TRADE PAYABLE | | $588.00 |
| ACCOUNT NO. | | | | |
| PREFERRED UTILITIES MANUFACTURING C<br>31-35 SOUTH ST<br>DANBURY, CT 06810 | | TRADE PAYABLE | | $622.50 |
| ACCOUNT NO. | | | | |
| PREMIER INDUSTRIES INC.<br>FILE 5390-64<br>LOS ANGELES, CA 90074-3474 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PREMIER INDUSTRIES, INC<br>1019 PACIFIC AVE., STE 1501<br>TACOMA, WA 98402-4483 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PREMIER REFRACTORIES & CHEMICALS, I<br>PO BOX 98104<br>CHICAGO, IL 60693 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PREMIER REFRACTORIES<br>PO BOX 72875<br>CHATTANOOGA, TN 37407 | | TRADE PAYABLE | | $0.00 |

Sheet no. 235 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. PREMIER SCALES & SYSTEMS PO BOX 6258 EVANSVILLE, IN 47719-0258 | | TRADE PAYABLE | | $1,667.89 |
| ACCOUNT NO. PREMIER TECH 1, AVE PREMIER RIVIERE-DU-LOUP QUEBEC, QC G5R 6C1 CA | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. PREMIERE TECHNOLOGIES 135 S. LASALLE ST. DEPT. 1772 CHICAGO, IL 60674-1772 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. PREMIERE 135 S LASALLE DEPT 8850 CHICAGO, IL 60674-8850 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. PRIME ENERGY SYSTEMS/PRIME SERVICES PO BOX 1239 LA PORTE, TX 77572 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. PRIME PACKAGING GROUP INC POBOX 6755 JERSEY CITY, NJ 07306 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. PRIMEX PLASTICS CORP POBOX 663619 INDIANAPOLIS, IN 46266 | | TRADE PAYABLE | | $46,430.08 |
| ACCOUNT NO. PRINT MART 4724 WEST 103RD ST. OAK LAWN, IL 60453 | | TRADE PAYABLE | | $270.00 |

Sheet no. 236 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| PRO IMAGE BUILDING SERVICE<br>4397 W BETHANY HOME RD #1258<br>GLENDALE, AZ 85301-5400 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PROCESS HEATING CORPORATION<br>547 HARTFORD TURNPIKE<br>SHREWSBURY, MA 01545 | | TRADE PAYABLE | | | | $654.00 |
| ACCOUNT NO. | | | | | | |
| PROCESS MEASUREMENT & CONTROL, INC.<br>4400 SOUTH WAYSIDE DRIVE, SUITE 104<br>HOUSTON, TX 77087 | | TRADE PAYABLE | | | | $61,595.50 |
| ACCOUNT NO. | | | | | | |
| PROCESS PLUS<br>1340 KEMPER MEADOW DR., STE. 100<br>CINCINNATI, OH 45240 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PRO-CLEAN, INC.<br>8410 OAK VIEW DR<br>CHATTANOOGA, TN 37421 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PROCONEX<br>PO BOX 13700-1259<br>PHILADELPHIA, PA 19191-1259 | | TRADE PAYABLE | | | | $2,739.00 |
| ACCOUNT NO. | | | | | | |
| PROF. AVV. ADRIANO VANZETTI<br>VIA F. DAVERIO, 6 - 20122<br>MILANO, MI 99999 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PROFESSIONAL HEALTH SERVICES INC.<br>83 S. EAGLE RD.<br>HAVERTOWN, PA 19083 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 237 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| PROFESSIONAL HEALTH SERVICES, INC. 83 SOUTH EAGLE ROAD HAVERTOWN, PA 19083 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PROFESSOR STANISLAW PENCZEK MACROMOLECULAR STUDIES LODZ, UL SIENKIEWICZA 112, IT 90-363 UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PROFLAME 29265 PACIFIC ST HAYWARD, CA 94544 | | TRADE PAYABLE | | $236.09 |
| ACCOUNT NO. | | | | |
| PROFOUND PO BOX 751193 CHARLOTTE, NC 28275-1193 | | TRADE PAYABLE | | $3,177.97 |
| ACCOUNT NO. | | | | |
| PROJECT MANAGEMENT CONSULTANTS PO BOX 15314 CHATTANOOGA, TN 37415 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PROJECT MANAGEMENT CONSULTANTS, INC PO BOX 15314 CHATTANOOGA, TN 37415 | | TRADE PAYABLE | | $2,700.00 |
| ACCOUNT NO. | | | | |
| PROPANE POWER CORPORATION PO BOX 1748 PARAMUS, NJ 07653-1748 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| PROQUIP INC C/O PROQUIP, INC. 418 SHAWMUT AVE. LA GRANGE, IL 60525 | | TRADE PAYABLE | | $1,082.60 |

Sheet no. 238 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**           Case No. **01-01140**
Debtor                                                         (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| PRO-QUIP INCORPORATED<br>418 SHAWMUT AVE<br>LA GRANGE, IL 60525 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PROTECTION CONTROLS, INC.<br>PO BOX 287<br>SKOKIE, IL 60076-0287 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PROTECTIVE CLOSURES CO.<br>PO BOX 96028<br>CHICAGO, IL 60693 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PROVIDENCE ENVIRONMENTAL INC<br>PO BOX 84395<br>LEXINGTON, SC 29073 | | TRADE PAYABLE | | | | $5,882.50 |
| ACCOUNT NO. | | | | | | |
| PSE&G<br>PO BOX 14106<br>NEW BRUNSWICK, NJ 08906-4106 | | TRADE PAYABLE | | | | $1,572.71 |
| ACCOUNT NO. | | | | | | |
| PSI URETHANES, INC.<br>10503 METROPOLITAN DR.<br>AUSTIN, TX 78758 | | TRADE PAYABLE | | | | $3,171.47 |
| ACCOUNT NO. | | | | | | |
| PUBLIC SERVICE COMPANY OF CO.<br>PO BOX 9477<br>MINNEAPOLIS, MN 55484-9477 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PUBLIC SERVICE COMPANY OF COLORADO<br>PO BOX 92002<br>AMARILLO, TX 79120-6002 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| PULVA CORPORATION<br>POBOX 427<br>SAXONBURG, PA 16056-0427 | | TRADE PAYABLE | | | | $4,039.05 |

Sheet no. 239 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PUMP & VIBRATION CONSULTANTS INC<br>375 MARTIN WARD RD<br>TUNNEL HILL, GA  30755 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>PUMP PRO'S<br>PO BOX 640904<br>CINCINNATI, OH  45264-0904 | | TRADE PAYABLE | | | | $7,016.82 |
| ACCOUNT NO.<br>PUMPS & PROCESS EQUIPMENT INC<br>1234 REMINGTON RD<br>SCHAUMBURG, IL  60173 | | TRADE PAYABLE | | | | $7,411.46 |
| ACCOUNT NO.<br>PURA FLO<br>250 MEADOWFERN #110<br>HOUSTON, TX  77067 | | TRADE PAYABLE | | | | $10.83 |
| ACCOUNT NO.<br>PURCHASE POWER<br>PO BOX 856042<br>LOUISVILLE, KY  40285-6042 | | TRADE PAYABLE | | | | $589.00 |
| ACCOUNT NO.<br>PURE LAB<br>291 WASHINGTON ST<br>WESTWOOD, MA  02090 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>PYE-BARKER FIRE<br>PO BOX 957689<br>DULUTH, GA  30095-9529 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>QI SERVICES INC<br>PO BOX 694<br>MULLICA HILL, NJ  08062 | | TRADE PAYABLE | | | | $526.29 |
| ACCOUNT NO.<br>QSI SECURITY INC<br>136 HARVEY ROAD<br>LONDONDERRY, NH  03053 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 240 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> QUACKENBUSH COMPANY INC <br> 6711 SANDS RD <br> CRYSTAL LAKE, IL 60014 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> QUAKER SUGAR COMPANY <br> 432 RODNEY ST <br> BROOKLYN, NY 11211 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> QUALITY OIL CO INC <br> PO BOX 489 <br> OWENSBORO, KY 42302-0489 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> QUALITY PLUMBING CO., INC. <br> PO BOX 597 <br> AIKEN, SC 29802 | | TRADE PAYABLE | | $15.75 |
| ACCOUNT NO. <br> QUALITY PRINTING & GRAPHICS <br> 502 EDGEFIELD RD. <br> NORTH AUGUSTA, SC 29841 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> QUALITY PRINTING CO. <br> 2106 TRIPLETT ST <br> OWENSBORO, KY 42303 <br> UNK | | TRADE PAYABLE | | $37.10 |
| ACCOUNT NO. <br> QUALITY SYSTEMS REGISTRARS, INC. <br> 13873 PARK CENTER RD., STE. 217 <br> HERNDON, VA 20171-3223 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> QUEST DIAGNOSTICS INC. <br> ONE MALCOLM AVE. <br> CHICAGO, MD 60693 | | TRADE PAYABLE | | $2,069.64 |

Sheet no. 241 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| QUEST DIAGNOSTICS<br>ONE MALCOLM AVE.<br>TETERBORO, NJ 07608-1070 | | TRADE PAYABLE | | | | $937.70 |
| ACCOUNT NO. | | | | | | |
| QUESTAR GAS<br>POBOX 45841<br>SALT LAKE CITY, UT 84139-0001 | | TRADE PAYABLE | | | | $329.24 |
| ACCOUNT NO. | | | | | | |
| QUINTEL, INC.<br>PO BOX 176<br>SCHERERVILLE, IN 46375 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| QWEST<br>ATTN: CASHIER<br>DENVER, CO 80244-0001 | | TRADE PAYABLE | | | | $77.27 |
| ACCOUNT NO. | | | | | | |
| R & B MECHANICAL COMPANY, INC<br>120 RIVERSIDE DRIVE<br>CARTERSVILLE, GA 30120 | | TRADE PAYABLE | | | | $2,245.95 |
| ACCOUNT NO. | | | | | | |
| R A ROSS AND ASSOCIATES<br>2231 AMPERE DRIVE<br>LOUISVILLE, KY 40299 | | TRADE PAYABLE | | | | $148.06 |
| ACCOUNT NO. | | | | | | |
| R T VANDERBILT CO INC<br>DEPT 2133<br>NORTH SUBURBAN, IL 60132-2133 | | TRADE PAYABLE | | | | $4,617.87 |
| ACCOUNT NO. | | | | | | |
| R&M WELDING PROD.<br>105 WILLIAMS WAY<br>WILDER, KY 41076 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| R.A. MUELLER, INC.<br>11270 CORNELL PARK DR.<br>CINCINNATI, OH 45242 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 242 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> R.H. CREAGER INC <br> PO BOX 100 <br> KENNER, LA 70063 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> R.M.ARMSTRONG & SON INC. <br> POBOX 56 <br> HUNTLEY, IL 60142-0056 | | | TRADE PAYABLE | | | | $45,809.32 |
| ACCOUNT NO. <br> R.S. HUGHES CO., INC. <br> 1500 GENE AUTRY WAY <br> ANAHEIM, CA 92805 | | | TRADE PAYABLE | | | | $1,460.40 |
| ACCOUNT NO. <br> RA MUELLER INC. <br> LOCATION 00170 <br> CINCINNATI, OH 45264-0170 | | | TRADE PAYABLE | | | | $2,734.23 |
| ACCOUNT NO. <br> RADIAN INTERNATIONAL <br> PO BOX 844130 <br> DALLAS, TX 75284-4130 | | | TRADE PAYABLE | | | | $278,348.22 |
| ACCOUNT NO. <br> RALPH ROBINSON & SONS, INC. <br> PO BOX 833 <br> HOT SPRINGS, AR 72901 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RAMADA INN <br> 7272 GAGE AVE <br> CITY OF COMMERCE, CA 90040 | | | TRADE PAYABLE | | | | $1,079.34 |
| ACCOUNT NO. <br> RANDSTAD <br> PO BOX 6142 <br> BOSTON, MA 02212-6142 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 243 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> RANDSTAD <br> PO BOX 75188 <br> BALTIMORE, MD 21275 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RASMUSSEN EQUIPMENT CO. <br> 3333 WEST 2100 SOUTH <br> SALT LAKE CITY, UT 84119-1197 | | TRADE PAYABLE | | | | $78.23 |
| ACCOUNT NO. <br> RAYMARK OFFICE SUPPLY <br> 900 N. CHURCH RD. <br> ELMHURST, IL 60126 | | TRADE PAYABLE | | | | $1,127.37 |
| ACCOUNT NO. <br> RBL INDUSTRIES <br> 4030 BENSON AVE. <br> BALTIMORE, MD 21227 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> READY MACHINE PRODUCTS <br> 1353 W. 59TH ST. <br> CHICAGO, IL 60636 | | TRADE PAYABLE | | | | $10,750.00 |
| ACCOUNT NO. <br> REAGENT CHEMICAL & RESEARCH INC <br> POBOX 23835 <br> NEWARK, NJ 07189-0835 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> REAGENTS, INC. <br> PO BOX 240746 <br> CHARLOTTE, NC 28224 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RECALL SECURE DESTRUCTION SERVICES, DBA RECALL TOTAL INFORMATION MGMT. <br> PO BOX 406559 <br> ATLANTA, GA 30384-6559 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 244 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records       $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> RECEIVER GENERAL FOR CANADA <br> 1200 MONTREAL ROAD <br> OTTAWA, ON  K1A 0R6 <br> CANADA | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RECEIVER GENERAL OF CANADA <br> MTL/CANMET <br> 568 BOOTH ST <br> OTTAWA ONTARIO, ON  K1A 0G1 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RECRUITING TECHNOLOGIES INC <br> 61 ABINGTON ROAD <br> DANVERS, MA  01923 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RECYCLING SYSTEMS, INC. <br> 2134 S. GRAND AVE. <br> SANTA ANA, CA  92705 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RED CAP MAINTENANCE <br> 10137 SOUTH HARLEM AVE  #A <br> CHICAGO RIDGE, IL  60415 | | TRADE PAYABLE | | | | $354.05 |
| ACCOUNT NO. <br> RED TOP EXEC SEDAN <br> PO BOX 1448 <br> ARLINGTON, VA  22210-0748 | | TRADE PAYABLE | | | | $77.94 |
| ACCOUNT NO. <br> REDDI SERVICES <br> REDDI ROOT'R <br> 4011 BONNER INDUSTRIAL DRIVE <br> SHAWNEE MISSION, KS  66226 | | TRADE PAYABLE | | | | $995.00 |
| ACCOUNT NO. <br> REDLAND-GENSTAR <br> UNK | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 245 of 322    sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.