In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| REED INDUSTRIAL SYSTEMS, INC.<br>PO BOX 6631<br>SHREVEPORT, LA 71136-6631 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| REEDFAX-LEXIS DOCUMENT SERVICES<br>PO BOX 20289<br>SPRINGFIELD, MA 62708 | | TRADE PAYABLE | | $865.94 |
| ACCOUNT NO. | | | | |
| REGENT SECURITY SERVICES, INC.<br>PO BOX 12034<br>AUGUSTA, GA 30914-2034 | | TRADE PAYABLE | | $6,188.16 |
| ACCOUNT NO. | | | | |
| RELCON, INC.<br>PO BOX 640238<br>CINCINNATI, OH 45264-0238 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RELIABLE<br>135 S. LASALLE ST.<br>CHICAGO, IL 60674-8001 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RELIANCE ELECTRIC INDUSTRIAL CO.<br>PO BOX 70962<br>CHICAGO, IL 60673-0962 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RELIANCE FIRE PROTECTION INC.<br>9512 PULASKI HWY.<br>BALTIMORE, MD 21220 | | TRADE PAYABLE | | $296.50 |
| ACCOUNT NO. | | | | |
| RELIANT ENERGY ENTEX<br>PO BOX 1325<br>HOUSTON, TX 77251-1325 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RELIANT ENERGY RETAIL INC<br>POBOX 2089<br>HOUSTON, TX 77252-2089 | | TRADE PAYABLE | | $10,784.37 |

Sheet no. 246 of 322 sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| RELIANT ENERGY/ENTEX<br>PO BOX 4932<br>HOUSTON, TX 77001 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| REMEDIUM GROUP, INC.<br>6401 POPLAR AVE., STE. 301<br>MEMPHIS, TN 38119 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| REMFRY & SAGAR<br>8,NANGAL RAYA BUSINESS CENTRE<br>NEW DELHI INDIA, IT 110046<br>UNK | | TRADE PAYABLE | | | | $250.00 |
| ACCOUNT NO. | | | | | | |
| RENSSELAER CAREER DEVELOPMENT CTR<br>THOMAS L TARANTELLI, DIR<br>CAREER DEVELOPMENT CTR/RENSSELAER<br>DARRIN COMMUNICATIONS CTR<br>TROY, NY 12180-3590 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| RENTAL SERVICE CORPORATION<br>PO BOX 840514<br>DALLAS, TX 75284 | | TRADE PAYABLE | | | | $3,038.35 |
| ACCOUNT NO. | | | | | | |
| REPUBLIC PNUEMATICS<br>305 EAST COLLEGE ST.<br>LOUISVILLE, KY 40203 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| RESCAR, INC.<br>DEPT. 77-3318<br>CHICAGO, IL 60678-3318 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| RETURN LOGISTICS<br>FORMERLY RETURN LOGISTICS<br>DEPT 77-8996<br>CHICAGO, IL 60678-8996 | | TRADE PAYABLE | | | | $8,525.00 |

Sheet no. 247 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Case No. **01-01140**
Debtor (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| REVERE ELECTRIC SUPPLY CO. 135 S LASALLE DEPT 3866 CHICAGO, IL 60674-3866 | | TRADE PAYABLE | | $1,790.00 |
| ACCOUNT NO. | | | | |
| REXEL/BRANCH PO BOX 73056 BALTIMORE, MD 21273-3056 | | TRADE PAYABLE | | $4,300.51 |
| ACCOUNT NO. | | | | |
| REXEL/SOUTHLAND ELECTRICAL SUPPLIES PO BOX 1628 OWENSBORO, KY 42303-1628 | | TRADE PAYABLE | | $2,465.87 |
| ACCOUNT NO. | | | | |
| REYNOLDS METALS CO. PO BOX 27003 RICHMOND, VA 23261 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RHINO EQUIPMENT 3131 N INDUSTRIAL DR SIMPSONVILLE, SC 29681 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RHODIA INC PO BOX 101665 ATLANTA, GA 30392-1665 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RHODIA INC. CN 7500 259 PROSPECT PLAINS ROAD CRANBURY, NJ 08512 | | TRADE PAYABLE | | $3,448.00 |
| ACCOUNT NO. | | | | |
| RICHARDSON ELECTRIC PO BOX 11025 CHATTANOOGA, TN 37401 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RICHMOND SUPPLY CO. PO BOX 1727 AUGUSTA, GA 30903 | | TRADE PAYABLE | | $3,821.58 |

Sheet no. 248 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> RIDDLESPERGER, ANTHONY G <br> CONSULTANT <br> 15 GROVENOR COURT <br> DALLAS, TX 75225 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RIDGEWAY'S INC <br> 105 ZONOLITE ST <br> LAFAYETTE, LA 70502 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RITZ SAFETY EQUIPMENT INC <br> PO BOX 550023 <br> TAMPA, FL 33655-0023 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RIVER CITY TOWING SERVICES, INC <br> PO BOX 1300 <br> DENHAM SPRINGS, LA 70727-1300 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> RIVERVIEW PACKAGING, INC. <br> 101 SHOTWELL DR. <br> PO BOX 155 <br> FRANKLIN, OH 45005-4654 | | TRADE PAYABLE | | | | $15,034.20 |
| ACCOUNT NO. <br> RJ HAMMOND CO INC <br> POBOX 465 <br> STOCKBRIDGE, GA 30281 | | TRADE PAYABLE | | | | $449.31 |
| ACCOUNT NO. <br> RJ LEE GROUP INC. <br> PO BOX 400265 <br> PITTSBURGH, PA 15268-0300 | | TRADE PAYABLE | | | | $31,574.50 |
| ACCOUNT NO. <br> RKS PLASTICS INC <br> 100 JERSEY AVE <br> NEW BRUNSWICK, NJ 08903-0836 | | TRADE PAYABLE | | | | $2,082.50 |

Sheet no. 249 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ROBERT A. GOERING, TREASURER<br>PO BOX 5320<br>CINCINNATI, OH 45201-5320 | | TRADE PAYABLE | | | | $125,174.31 |
| ACCOUNT NO. | | | | | | |
| ROBERT SHAW HUGHEY<br>TECHNIQUE LAWN & LANDSCAPE MAINTENA<br>630 PARTON LANE<br>RINGGOLD, GA 30736 | | TRADE PAYABLE | | | | $3,807.73 |
| ACCOUNT NO. | | | | | | |
| ROBERTS OXYGEN<br>PO BOX 5507<br>ROCKVILLE, MD 20855 | | TRADE PAYABLE | | | | $1,040.58 |
| ACCOUNT NO. | | | | | | |
| ROBERTS OXYGEN<br>PO BOX 5507<br>ROCKVILLE, MD 20855 | | TRADE PAYABLE | | | | $3,848.19 |
| ACCOUNT NO. | | | | | | |
| ROBERTS, WILLIAM O<br>2508 RAVEN ROAD<br>WILMINGTON, DE 19810<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ROBERTSON INFO-DATA INC<br>580 HORNBY ST<br>VANCOUVER BC, BC V6C 3B6<br>CANADA | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ROBERTSONS READY MIX CONCRETE<br>PO BOX 33140<br>RIVERSIDE, CA 92519 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ROBNET, INC.<br>PO BOX 24193<br>BALTIMORE, MD 21227 | | TRADE PAYABLE | | | | $587.85 |

Sheet no. 250 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.** Debtor    Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ROCHESTER MIDLAND CORP <br> PO BOX 31515 <br> ROCHESTER, NY 14603-1515 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ROCKHURST COLLEGE CONTINUING <br> POBOX 419107 <br> KANSAS CITY, MO 64141-6107 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ROCKHURST COLLEGE <br> PO BOX 419107 <br> KANSAS CITY, MO 64141-6107 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ROCKWELL AUTOMATION <br> DRAWER CS 198191 <br> ATLANTA, GA 30384-8191 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ROGERS & CALLCOTT ENGINEERS INC <br> POBOX 5655 <br> GREENVILLE, SC 29606 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ROHM & HAAS CO. <br> PO BOX 891957 <br> PHILADELPHIA, PA 19105 | | TRADE PAYABLE | | | | $65,520.00 |
| ACCOUNT NO. <br> ROHM AND HAAS COMPANY <br> PO BOX 8500-S1150 <br> PHILADELPHIA, PA 19178-1150 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> ROHM AND HAAS COMPANY <br> PO BOX 891957 <br> DALLAS, TX 75389-1957 | | TRADE PAYABLE | | | | $14,631.50 |

Sheet no. 251 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                    Case No. **01-01140**
           Debtor                                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ROLAND F. GERMUTH<br>4725 ROUNDHILL RD.<br>ELLICOTT CITY, MD  21043 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| RON'S MOBILE TRUCK AND AUTO REPAIR<br>1201 MARKEETA SPUR ROAD<br>MOODY, AL  35004 | | TRADE PAYABLE | | | | $340.28 |
| ACCOUNT NO. | | | | | | |
| ROSADO AUTO SALES INC.<br>DBA ROSADO PROPANE SALES & SVC<br>P.O. BOX 10851<br>POMPANO BEACH, FL  33061 | | TRADE PAYABLE | | | | $278.10 |
| ACCOUNT NO. | | | | | | |
| ROSEMOUNT ANALYTICAL<br>PO BOX 266<br>JARRETTSVILLE, MD  21084 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ROSEMOUNT, INC.<br>PO BOX 70114<br>CHICAGO, IL  60673-0114 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ROSEMOUNT/UNILOC<br>UNILOC ACCT# 5096693<br>PO BOX 905015<br>CHARLOTTE, NC  28290-5015 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ROTARY AIRLOCK, INC.,<br>PO BOX 416<br>ROCK FALLS, IL  61071 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| ROTEX, INC.<br>1230 KNOWLTON ST.<br>CINCINNATI, OH  45223 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 252 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. ROTEX, INC. PO BOX 630317 CINCINNATI, OH 45263-0317 | | TRADE PAYABLE | | | $1,855.90 |
| ACCOUNT NO. ROY'S KWIK KORNER, INC. 1002 CRAIN HWY., S.W. GLEN BURNIE, MD 21061 | | TRADE PAYABLE | | | $1,001.14 |
| ACCOUNT NO. RS HUGHES CO INC POBOX 21810 PHOENIX, AZ 85036 | | TRADE PAYABLE | | | $1,160.11 |
| ACCOUNT NO. RSKCO CLAIM SERVICES,INC. POB 751849 CHARLOTTE, NC 28275-1849 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. RSO INC. PO BOX 1526 LAUREL, MD 20725-1526 | | TRADE PAYABLE | | | $46.90 |
| ACCOUNT NO. RT VANDERBILT CO INC DEPT 2133 NORTH SUBURBAN, IL 60132-2133 | | TRADE PAYABLE | | | $260.50 |
| ACCOUNT NO. RUMPKE OF OHIO, INC. PO BOX 538708 CINCINNATI, OH 45253 | | TRADE PAYABLE | | | $4,324.68 |
| ACCOUNT NO. RURAL NATURAL GAS CO PO BOX 18186 FAIRFIELD, OH 45018 | | TRADE PAYABLE | | | $2,521.87 |
| ACCOUNT NO. RUSSELL-STANLEY PO BOX 19481 NEWARK, NJ 07195-0481 | | TRADE PAYABLE | | | $392.49 |

Sheet no. 253 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> RUST CONSULTING INC. <br> 501 MARQUETTE AVE SUITE 700 <br> MINNEAPOLIS, MN 55402-1208 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> S S O E, INC. <br> 1001 MADISON AVE <br> TOLEDO, OH 43624-1585 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> S&H ERECTORS, INC. <br> 8427 HIXSON PIKE <br> HIXSON, TN 37343 | | TRADE PAYABLE | | $19,551.44 |
| ACCOUNT NO. <br> SAFETY GUARD <br> 205 HUEHL RD <br> NORTHBROOK, IL 60062 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> SAFETY HOUSE <br> 2010 ENTERPRISE BLVD. <br> LAKE CHARLES, LA 70601 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> SAFETY WEAR, LTD. <br> PO BOX 2904 <br> ORANGE, TX 77631-2904 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> SAFETYINFO.COM <br> PO BOX 477 <br> GUNTERSVILLE, AL 35976 <br> UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> SAFETY-KLEEN CORP <br> POBOX 12349 <br> COLUMBIA, SC 29211-2349 | | TRADE PAYABLE | | $12,878.15 |

Sheet no. 254 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re: **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>SAFETY-KLEEN CORP.<br>3304 WOMACK RD.<br>ORANGE, TX 77630 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>SAFETY-KLEEN SYSTEMS, INC.<br>PO BOX 12349<br>COLUMBIA, SC 29211-2349 | | TRADE PAYABLE | | $9,311.54 |
| ACCOUNT NO.<br>SAF-T-GARD INTERNATIONAL, INC.<br>205 HUEHL RD.<br>NORTHBROOK, IL 60062-1972 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>SAF-T-GARD INT'L, INC.<br>135 S. LA SALLE ST., DEPT. 1545<br>CHICAGO, IL 60674-1545 | | TRADE PAYABLE | | $352.70 |
| ACCOUNT NO.<br>SAFWAY STEEL PRODUCTS<br>9155 WHISKEY BOTTOM RD.<br>LAUREL, MD 20723 | | TRADE PAYABLE | | $8,825.31 |
| ACCOUNT NO.<br>SAINT-GOBAIN NORPRO CORP<br>PO BOX 641228<br>PITTSBURGH, PA 15264-1228 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>SALES GROWTH DYNAMICS<br>3545 ELLICOTT MILLS DR<br>ELLICOTT CITY, MD 21043-4544 | | TRADE PAYABLE | | $10,552.59 |
| ACCOUNT NO.<br>SAL'S MACHINE TOOL SERVICE<br>32 MARIE ST<br>TEWKSBURY, MA 01876 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>SAMPCO INC.<br>POBOX 32724<br>HARTFORD, CT 06150-2724 | | TRADE PAYABLE | | $15,121.66 |

Sheet no. 255 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SAM'S CLUB DIRECT <br> PO BOX 9904 <br> MACON, GA 31297-9904 | | TRADE PAYABLE | | | | $42.51 |
| ACCOUNT NO. <br> SAM'S CLUB <br> PO BOX 9904 <br> ATLANTA, GA 30348-5983 | | TRADE PAYABLE | | | | $213.73 |
| ACCOUNT NO. <br> SANDERS ROOFING CO. <br> 925 BALL AVE <br> UNION, NJ 07083 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> SANDOSKY CONTRACTORS, INC. <br> 5941 BARTHOLOW RD. <br> SYKESVILLE, MD 21784-8404 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> SANFORD T. COLB & CO. <br> PO BOX 2273 <br> REHOVOT, IT 76122 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> SAP AMERICA INC <br> PO BOX 7780-4024 <br> PHILADELPHIA, PA 19182-4024 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> SAPP BROS. ILLINI <br> 3130 MAY ROAD <br> PERU, IL 61354 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> SASOL <br> 900 TREADNEEDLE <br> HOUSTON, TX 77224 | | TRADE PAYABLE | | | | $36,790.20 |

Sheet no. 256 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. SAUL EWING REMICK & SAUL LLP 1500 MARKET ST 38TH FL PHILADELPHIA, PA  19102-2186 | | TRADE PAYABLE | | $66.17 |
| ACCOUNT NO. SBC GLOBAL NETWORK PO BOX 1838 SAGINAW, MI  48605-1838 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SCALE SYSTEMS PO BOX 116733 ATLANTA, GA  30368-6733 | | TRADE PAYABLE | | $846.50 |
| ACCOUNT NO. SCALE SYSTEMS, INC. POBOX 116733 ATLANTA, GA  30368-6733 | | TRADE PAYABLE | | $35,029.55 |
| ACCOUNT NO. SCALETECH CORP 2326 WEST 78 ST HIALEAH, FL  33016 UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SCE&G ATTN: CASHIER COLUMBIA, SC  29218 | | TRADE PAYABLE | | $101,423.02 |
| ACCOUNT NO. SCHENCK ACCURATE BOX 78897 MILWAUKEE, WI  53278-0897 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SCHENCK ACCURATE 746 E MILWAUKEE ST WHITEWATER, WI  53190 | | TRADE PAYABLE | | $0.00 |

Sheet no. 257 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. <br> SCHENECTADY CANADA LTD <br> 319 COMSTOCK ROAD <br> SCARBOROUGH, ON  M1L 2H3 <br> CANADA | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. <br> SCHLOTZSKYS <br> 3399 AMNICOLA HWY. <br> CHATTANOOGA, TN  37406 | | TRADE PAYABLE | | | $511.48 |
| ACCOUNT NO. <br> SCHRECKER SUPPLY CO. <br> PO BOX 1913 <br> OWENSBORO, KY  42302 | | TRADE PAYABLE | | | $53.00 |
| ACCOUNT NO. <br> SCHUTZ CONTAINER CORPORATION <br> PO BOX 30211 <br> HARTFORD, CT  06150 | | TRADE PAYABLE | | | $8,329.20 |
| ACCOUNT NO. <br> SCOTT SPECIALTY GASES <br> 9810 BAY AREA BLVD. <br> PASADENA, TX  77507 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. <br> SCOTT SPECIALTY GASES, INC. <br> PO BOX 8500-50910 <br> PHILADELPHIA, PA  19178 | | TRADE PAYABLE | | | $1,531.32 |
| ACCOUNT NO. <br> SDI <br> 2415 GARDENER ROAD <br> BROADVIEW, IL  61008 | | TRADE PAYABLE | | | $0.00 |
| ACCOUNT NO. <br> SDI <br> 2415 GARDNER ROAD <br> BROADVIEW, IL  60155 | | TRADE PAYABLE | | | $11,562.68 |

Sheet no. 258 of 322  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SEA WAY SYSTEMS, INC WAREHOUSE #4 690 BARRACKS ST PENSACOLA, FL 32501 | | TRADE PAYABLE | | | | $2,965.98 |
| ACCOUNT NO. | | | | | | |
| SEAL TEC 4702 ECTON DR SUITE A MARIETTA, GA 30066 | | TRADE PAYABLE | | | | $2,362.75 |
| ACCOUNT NO. | | | | | | |
| SEALING SPECIALISTS, INC. PO BOX 775277 SAINT LOUIS, MO 63177-5277 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SEAMONDS & CO. 447 OLD BOSTON ROAD, SUITE 5 TOPSFIELD, MA 01983 | | TRADE PAYABLE | | | | $158.09 |
| ACCOUNT NO. | | | | | | |
| SEARS COMMERCIAL CREDIT 75 REMITTANCE DR., STE. 1674 CHICAGO, IL 60675-1674 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SEARS 75 REMITTANCE DR, STE. 1674 CHICAGO, IL 60675-1674 | | TRADE PAYABLE | | | | $584.75 |
| ACCOUNT NO. | | | | | | |
| SECRETARY OF STATE UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SECRETARY OF STATE UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SECURITY PLUS POBOX 180412 RICHLAND, MS 39218 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 259 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SECURITY SELF STORAGE<br>13601 N SANTA FE<br>OKLAHOMA CITY, OK 73114 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SECURITYLINK FROM AMERITECH<br>PO BOX 9001076<br>LOUISVILLE, KY 40290-1076 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SEEGOTT, INC<br>10040 Aurora-Hudson Road<br>STREETSBORO, OH 44241 | | TRADE PAYABLE | | | | $2,498.34 |
| ACCOUNT NO. | | | | | | |
| SEELAUS INSTRUMENT CO. INC.<br>STE. 400<br>4050 EXECUTIVE PARK DR.<br>CINCINNATI, OH 45241-2020 | | TRADE PAYABLE | | | | $110.80 |
| ACCOUNT NO. | | | | | | |
| SEELER, MARCIA D<br>PO BOX 3154<br>WELLFLEET, MA 02667 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SELLERS PROCESS EQUIPMENT CO.<br>394 E. CHURCH RD., STE A<br>KING OF PRUSSIA, PA 19406-2694 | | TRADE PAYABLE | | | | $2,043.85 |
| ACCOUNT NO. | | | | | | |
| SEMLER INDUSTRIES INC.<br>3800 NORTH CARNATION ST<br>FRANKLIN PARK, IL 60131-1202 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SENIOR PRODUCTS<br>501 FOOTE ST<br>CROWN POINT, IN 46307 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 260 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| SENIOR PRODUCTS<br>PO BOX 342<br>CROWN POINT, IN 46308 | | TRADE PAYABLE | | $8,312.80 |
| ACCOUNT NO. | | | | |
| SENSOREX<br>11751 MARKON DR<br>GARDEN GROVE, CA 92841 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| SERVALITE<br>3451 MORTON DR<br>EAST MOLINE, IL 61244 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| SERVICE TIRE TRUCK CENTERS<br>2255 AVE A<br>BETHLEHEM, PA 18017-2165 | | TRADE PAYABLE | | $2,672.41 |
| ACCOUNT NO. | | | | |
| SET ENVIRONMENTAL, INC.<br>PO BOX 71754<br>CHICAGO, IL 60694-1754 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| SETHNESS<br>PO BOX 92331<br>CHICAGO, IL 60675-2331 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| SEXTON & PEAKE, INC.<br>9687 GERWIG LANE<br>COLUMBIA, MD 21046 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| SFI<br>PO BOX 2418<br>NORFOLK, VA 23501 | | TRADE PAYABLE | | $10,276.64 |

Sheet no. 261 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SGS YARSLEY <br> 217/221 LONDON ROAD <br> CAMBERLEY, SY  GU153EY <br> UNK | | TRADE PAYABLE | | | | $1,372.54 |
| ACCOUNT NO. <br> SHAW TRUCKING INC <br> PO BOX 8217 <br> FORT LAUDERDALE, FL  33310-8217 | | TRADE PAYABLE | | | | $394.80 |
| ACCOUNT NO. <br> SHEAFF DORMAN PURINS <br> 460 HILLSIDE AVE <br> NEEDHAM, MA  02194 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> SHEALY'S LEASE & TRUCK RENTAL <br> PO BOX 12027 <br> COLUMBIA, SC  29211 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> SHEARN DELAMORE & CO ACCT#101807552 <br> 4 LEBOH PASAR BASAR <br> KUALA LUMPUR, IT  50050 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> SHELL CHEMICAL COMPANY <br> PO BOX 371258M <br> PITTSBURGH, PA  15251-0000 | | TRADE PAYABLE | | | | $61,346.12 |
| ACCOUNT NO. <br> SHELL CHEMICAL <br> PO BOX 371258M <br> PITTSBURGH, PA  15251 | | TRADE PAYABLE | | | | $12,985.54 |
| ACCOUNT NO. <br> SHELL CHEMICAL <br> PO BOX 371258M <br> PITTSBURGH, PA  15251 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 262 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> SHELL ELASTOMERS/ KRATON POLYMERS <br> PO BOX 371514 <br> PITTSBURGH, PA 15251-7514 | | TRADE PAYABLE | | $304.72 |
| ACCOUNT NO. <br> SHELLCAST INC <br> 5230 INDUSTRIAL PARK <br> MONTAGUE, MI 49437 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> SHEPHERD CHEMICAL CO. <br> 4900 BEECH ST. <br> NORWOOD, OH 45212 | | TRADE PAYABLE | | $26,241.28 |
| ACCOUNT NO. <br> SHERATON COLUMBIA HOTEL <br> LOCATED ON THE LAKE <br> 10207 WINCOPIN CIRCLE <br> COLUMBIA, MD 21044 | | TRADE PAYABLE | | $250.80 |
| ACCOUNT NO. <br> SHERMAN & SCHRODER EQUIPMENT CO. <br> 2300 WALL ST, SUITE J <br> CINCINNATI, OH 45212 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> SHERWIN ALUMINA COMPANY <br> PO BOX 503764 <br> SAINT LOUIS, MO 63150-3764 | | TRADE PAYABLE | | $77,380.53 |
| ACCOUNT NO. <br> SHERWIN ALUMINA COMPANY <br> PO BOX 9911 <br> CORPUS CHRISTI, TX 78469 | | TRADE PAYABLE | | $62,299.50 |
| ACCOUNT NO. <br> SHERWIN WILLIAMS CO <br> 576 SILVER BLUFF RD <br> AIKEN, SC 29803 | | TRADE PAYABLE | | $253.40 |

Sheet no. 263 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SHERWIN WILLIAMS CO<br>PO BOX 402339<br>ATLANTA, GA  30384 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SHERWIN-WILLIAMS<br>6650 SANTA BARBARA RD.<br>ELKRIDGE, MD  21075-5841 | | TRADE PAYABLE | | | | $882.51 |
| ACCOUNT NO. | | | | | | |
| SHICK TUBE - VEYOR CORPORATION<br>PO BOX 87-9400<br>KANSAS CITY, MO  64187-9400 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SHIP-IT<br>3600 EAGLE WAY<br>TWINSBURG, OH  44087-2380 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SICALCO, LTD.<br>907 N. ELM ST , SUITE 100<br>HINSDALE, IL  60521 | | TRADE PAYABLE | | | | $7,063.33 |
| ACCOUNT NO. | | | | | | |
| SIEMENS ENTERPRISE NETWORKS,LLC<br>PO BOX 99076<br>CHICAGO, IL  60693-9076 | | TRADE PAYABLE | | | | $1,610.49 |
| ACCOUNT NO. | | | | | | |
| SIERRA SPRING WATER<br>4849 CRANSWICK<br>HOUSTON, TX  77041 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SIERRA SPRINGS<br>PO BOX 40584<br>HOUSTON, TX  77240-0584 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 264 of 322    sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.*