In re **W.R. GRACE & CO.-CONN.**     Case No. **01-01140**
Debtor     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| SIGMA BREAKTHROUGH TECHNOLOGIES INC<br>123 NORTH EDWARD GARY, SECOND FL<br>SAN MARCOS, TX 78666 | | TRADE PAYABLE | | $91,269.00 |
| SIGMA-ALDRICH INC<br>PO BOX 952968<br>SAINT LOUIS, MO 63195-2968 | | TRADE PAYABLE | | $2,097.96 |
| SIGMA-ALDRICH, INC.<br>PO BOX 952968<br>SAINT LOUIS, MO 63195-2968 | | TRADE PAYABLE | | $22,779.86 |
| SIGNORETTI & ASSOCIATES, INC.<br>PO BOX 70966<br>MARIETTA, GA 30007 | | TRADE PAYABLE | | $840.00 |
| SIGNS BY SCOTTY<br>997 CHIME BELL CHURCH ROAD<br>AIKEN, SC 29803<br>UNK | | TRADE PAYABLE | | $0.00 |
| SILVER & BARYTE NORTH AMERICA<br>2100 LINE ST<br>BRUNSWICK, GA 31520 | | TRADE PAYABLE | | $9,566.57 |
| SIMCO CONTROLS<br>PO BOX 632338<br>CINCINNATI, OH 45241 | | TRADE PAYABLE | | $0.00 |
| SIMONE ENGINEERING<br>PO BOX 68-9973<br>HIGHLAND, IN 46322 | | TRADE PAYABLE | | $0.00 |

Sheet no. 265 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SIMONE ENGINEERING<br>PO BOX 68-9973<br>MILWAUKEE, WI  53268-9973 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SIMPLEX TIME RECORDER CO.<br>DEPT. CH 10320<br>PALATINE, IL  60055-0320 | | TRADE PAYABLE | | | | $3,224.83 |
| ACCOUNT NO. | | | | | | |
| SIMPSON GUMPERTZ & HEGER INC.<br>297 BROADWAY<br>ARLINGTON, MA  02474-5310 | | TRADE PAYABLE | | | | $12,303.26 |
| ACCOUNT NO. | | | | | | |
| SINCLAIR & RUSH<br>PO BOX 663631<br>INDIANAPOLIS, IN  46266 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SIRKIN ASSOCIATES,INC.<br>70 W.RED OAK LANE<br>WHITE PLAINS, NY  10604 | | TRADE PAYABLE | | | | $17,389.34 |
| ACCOUNT NO. | | | | | | |
| SISKIN STEEL & SUPPLY CO.<br>1901 RIVERFRONT PKWY.<br>CHATTANOOGA, TN  37406 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SKINNER ENGINE COMPANY<br>PO BOX 642288<br>PITTSBURGH, PA  15264-2288 | | TRADE PAYABLE | | | | $11,275.38 |
| ACCOUNT NO. | | | | | | |
| SKYLINE DISPLAYS & GRAPHICS<br>2 CENTENNIAL DRIVE<br>PEABODY, MA  01960 | | TRADE PAYABLE | | | | $1,944.62 |
| ACCOUNT NO. | | | | | | |
| SLY, INC.<br>PO BOX 94830<br>CLEVELAND, OH  44101-4830 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 266 of 322    sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>SMART & BIGGAR<br>PO BOX 2999 STATION D<br>OTTAWA, ON  K1P 5Y6<br>CANADA | | TRADE PAYABLE | | $783.00 |
| ACCOUNT NO.<br>SMICO CORP<br>500 MAC ARTHUR BLVD<br>OKLAHOMA CITY, OK  73127 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>SMITH CONTAINER CORPORATION<br>PO BOX 930399<br>ATLANTA, GA  31193-0399 | | TRADE PAYABLE | | $5,239.05 |
| ACCOUNT NO.<br>SMITH METAL FAB INC<br>POBOX 4112<br>GREENVILLE, SC  29608 | | TRADE PAYABLE | | $624.75 |
| ACCOUNT NO.<br>SMITH POWER TRANSMISSION CO<br>5401 W 65TH ST<br>BEDFORD PARK, IL  60638 | | TRADE PAYABLE | | $1,655.25 |
| ACCOUNT NO.<br>SMOOT, INC.<br>1250 SEMINARY ST<br>KANSAS CITY, KS  66103 | | TRADE PAYABLE | | $787.70 |
| ACCOUNT NO.<br>SMR ENGINEERING & ENVIRONMENTAL<br>PO DRAWER 761<br>CENTRAL CITY, KY  42330<br>UNK | | TRADE PAYABLE | | $2,095.00 |
| ACCOUNT NO.<br>SNAP-ON INDUSTRIAL<br>21755 NETWORK PLACE<br>CHICAGO, IL  60673-1217 | | TRADE PAYABLE | | $3,556.01 |

Sheet no. 267 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SNIDER ELECTRIC COMPANY<br>PO BOX 5837<br>LAKE CHARLES, LA  70606 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SNYDER-INDUSTRIES<br>PO BOX 951181<br>CLEVELAND, OH  44193 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SODEXHO MARRIOTT SERVICES<br>POBOX 905374<br>CHARLOTTE, NC  28290-5374 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SOFIX CORP.<br>2800 RIVERPORT RD.<br>CHATTANOOGA, TN  37406-1721 | | TRADE PAYABLE | | | | $1,812.00 |
| ACCOUNT NO. | | | | | | |
| SOFTWARE SPECTRUM<br>PO BOX 910866<br>DALLAS, TX  75391-0866 | | TRADE PAYABLE | | | | $1,695.28 |
| ACCOUNT NO. | | | | | | |
| SOFTWARE SPECTRUM<br>PO BOX 910866<br>DALLAS, TX  75391-0866 | | TRADE PAYABLE | | | | $8,294.93 |
| ACCOUNT NO. | | | | | | |
| SOLAR BEAR, INC.<br>325 CHEROKEE BLVD<br>CHATTANOOGA, TN  37405 | | TRADE PAYABLE | | | | $32,288.45 |
| ACCOUNT NO. | | | | | | |
| SOLTEX<br>POBOX 4493<br>HOUSTON, TX  77210 | | TRADE PAYABLE | | | | $287.66 |
| ACCOUNT NO. | | | | | | |
| SOLVENTS & CHEMICALS INC.<br>PO BOX 4160<br>HOUSTON, TX  77210-4160 | | TRADE PAYABLE | | | | $20.00 |

Sheet no. 268 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**, Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. SONITROL MID-ATLANTIC 417 N 4TH ST PHILADELPHIA, PA 19123 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. SONOCO PRODUCTS COMPANY PO BOX 91218 CHICAGO, IL 60693-1218 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. SOONER CONTAINER INC. PO BOX 690894 TULSA, OK 74169-0894 | | TRADE PAYABLE | | | | $2,368.00 |
| ACCOUNT NO. SOPREMA INC. 1675 HAGGERTY DRUMMONDVILLE, QC J2C 5P7 CANADA | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. SOUKAL FLORAL CO INC 6118 ARCHER AVE CHICAGO, IL 60638-2740 | | TRADE PAYABLE | | | | $122.19 |
| ACCOUNT NO. SOUTH CAROLINA DEPT OF MC PROPERTY TAX COLUMBIA, SC 29214-0139 | | TRADE PAYABLE | | | | $5,836.42 |
| ACCOUNT NO. SOUTH EASTERN MACHINING, INC. PO BOX 393 PIEDMONT, SC 29673 | | TRADE PAYABLE | | | | $5,155.88 |
| ACCOUNT NO. SOUTH JERSEY GAS CO PO BOX 6000 FOLSOM, NJ 08037-6000 | | TRADE PAYABLE | | | | $732.85 |

Sheet no. 269 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. SOUTHCORP PACKAGING USA INC  21596 NETWORK PLACE  CHICAGO, IL  60673-1215 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SOUTHCORP-DAYTON  PO BOX 203009  HOUSTON, TX  77216 | | TRADE PAYABLE | | $6,699.96 |
| ACCOUNT NO. SOUTHDOWN INC  DEPT. LA 21032  PASADENA, CA  91185 | | TRADE PAYABLE | | $10,889.55 |
| ACCOUNT NO. SOUTHEASTERN STEEL CO.  PO BOX 989  FLORENCE, SC  29503-0989 | | TRADE PAYABLE | | $913.71 |
| ACCOUNT NO. SOUTHERN CALIFORNIA EDISON CO  POBOX 600  ROSEMEAD, CA  91771-0001 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SOUTHERN CALIFORNIA GAS CO  POBOX C  MONTEREY PARK, CA  91756 | | TRADE PAYABLE | | $584.97 |
| ACCOUNT NO. SOUTHERN CLAY PRODUCTS, INC.  21846 NETWORK PLACE  CHICAGO, IL  60673-1218 | | TRADE PAYABLE | | $681.46 |
| ACCOUNT NO. SOUTHERN COFFEE SERVICE  PO BOX 4348  CHATTANOOGA, TN  37405 | | TRADE PAYABLE | | $1,402.48 |
| ACCOUNT NO. SOUTHERN CONCRETE EQUIPMENT INC  PO BOX 70  DACULA, GA  30019 | | TRADE PAYABLE | | $169.46 |

Sheet no. 270 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SOUTHERN MARKING SYSTEMS<br>PO BOX 2025<br>GREENVILLE, SC  29602 | | TRADE PAYABLE | | | | $2,159.26 |
| ACCOUNT NO. | | | | | | |
| SOUTHERN PRINTING & TYPE<br>PO BOX 934<br>ROEBUCK, SC  29376 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SOUTHLINE EQUIP. CO.<br>PO BOX 8867<br>HOUSTON, TX  77249-8867 | | TRADE PAYABLE | | | | $75.99 |
| ACCOUNT NO. | | | | | | |
| SOUTHWEST FOREST PRODUCTS<br>DEPT 0743<br>LOS ANGELES, CA  90084-0743 | | TRADE PAYABLE | | | | $4,400.00 |
| ACCOUNT NO. | | | | | | |
| SOUTHWEST GAS CORPORATION<br>PO BOX 98890<br>LAS VEGAS, NV  89150-0101 | | TRADE PAYABLE | | | | $1,709.00 |
| ACCOUNT NO. | | | | | | |
| SOUTHWEST LA SECTION AICHE<br>PO BOX 91735<br>LAKE CHARLES, LA  70609-1735<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SOUTHWEST SOLVENTS & CHEMICALS<br>PO BOX 200804<br>HOUSTON, TX  77216 | | TRADE PAYABLE | | | | $1,851.85 |
| ACCOUNT NO. | | | | | | |
| SOUTHWEST TOWN MECHANICAL SERVICES<br>DIV. OF REF. CORP.<br>10450 W. 163RD PLACE<br>ORLAND PARK, IL  60467-5445 | | TRADE PAYABLE | | | | $697.00 |

Sheet no. 271 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. SOUTHWESTERN BELL TELEPHONE PO BOX 1550 HOUSTON, TX 77097-0047 | | TRADE PAYABLE | | $236.33 |
| ACCOUNT NO. SOUTHWESTERN BELL PO BOX 1550 HOUSTON, TX 77097-0047 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SOUTHWESTERN BELL PO BOX 4706 HOUSTON, TX 77210-4706 | | TRADE PAYABLE | | $1,216.00 |
| ACCOUNT NO. SOUTHWESTERN BELL POBOX 630047 DALLAS, TX 75263-0047 | | TRADE PAYABLE | | $58.59 |
| ACCOUNT NO. SPACE MAKER SYSTEMS OF MD., INC. PO BOX 17643 BALTIMORE, MD 21297-1643 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SPACEKRAFT PO BOX 101482 ATLANTA, GA 30392 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SPARKLE CLEAN JANITORIAL SERVICE PO BOX 1355 SORRENTO, FL 32776 | | TRADE PAYABLE | | $288.90 |
| ACCOUNT NO. SPB AND ASSOCIATES PO BOX 580 LAURENS, SC 29360 | | TRADE PAYABLE | | $0.00 |

Sheet no. 272 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. SPECIALIZED INDUSTRIAL MAINT. SIM, INC. 39394-A BABIN RD. GONZALES, LA 70737 | | TRADE PAYABLE | | | | $872.00 |
| ACCOUNT NO. SPECIALTY CHEMICAL CO LLC 1037 SOLUTIONS CENTER CHICAGO, IL 60677-1000 | | TRADE PAYABLE | | | | $7,422.18 |
| ACCOUNT NO. SPECIALTY CLEANING LLC 2260 - A ROCKY RIDGE ROAD BIRMINGHAM, AL 35216 | | TRADE PAYABLE | | | | $750.00 |
| ACCOUNT NO. SPECIALTY FIRE & SAFETY, INC. 6908 B LEE HWY. CHATTANOOGA, TN 37421 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. SPECIALTY FOUNDRY PRODUCTS INC 4520 GLENMEADE LANE AUBURN HILLS, MI 48326 UNK | | TRADE PAYABLE | | | | $216.72 |
| ACCOUNT NO. SPECIALTY MAINTENANCE PRODUCTS, LLC 2628 BROAD ST. CHATTANOOGA, TN 37408 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. SPECIALTY SAND COMPANY INC 7500 SAN FELIPE - SUITE 1001 HOUSTON, TX 77227 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. SPECTRASOL, INC. PO BOX 1126 WARWICK, NJ 10990 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 273 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. SPECTRO 160 AUTHORITY DR. FITCHBURG, MA 01420 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SPEEDWAY SUPERAMERICA LLC POBOX 3388 BRENTWOOD, TN 37024-3388 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SPEX CERTIPREP INC PO BOX 27018 NEWARK, NJ 07101-6718 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SPHERION CORP. 4259 COLLECTIONS CENTER DR CHICAGO, IL 60693 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SPRAYING SYSTEMS CO. PO BOX 95564 CHICAGO, IL 60694-5564 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SPRING CREEK PROCESS DEV., INC. 2749 CHULIO RD. S.E. ROME, GA 30161 | | TRADE PAYABLE | | $4,715.83 |
| ACCOUNT NO. SPRINT PO BOX 650270 DALLAS, TX 75265-0270 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. SPRINT PO BOX 650338 DALLAS, TX 75265-0338 | | TRADE PAYABLE | | $0.00 |

Sheet no. 274 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SRI CONSULTING<br>333 RAVENSWOOD AVE<br>PO BOX 2769<br>MENLO PARK, CA  94025-2769 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SST INDUSTRIES<br>PO BOX 960811<br>CINCINNATI, OH  45296 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SST INDUSTRIES, INC.<br>154 COMMERCE BLVD<br>LOVELAND, OH  45140 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STANDARD & POOR'S<br>PO BOX 80-2542<br>CHICAGO, IL  60680-2542 | | TRADE PAYABLE | | | | $266.89 |
| ACCOUNT NO. | | | | | | |
| STANDARD ALLOYS & MFG.<br>PO BOX 971209<br>DALLAS, TX  75397-1209 | | TRADE PAYABLE | | | | $1,272.96 |
| ACCOUNT NO. | | | | | | |
| STANDARD LABORATORIES INC<br>SUITE 100, 147 ELEVENTH AVE<br>SOUTH CHARLESTON, WV  25303 | | TRADE PAYABLE | | | | $602.00 |
| ACCOUNT NO. | | | | | | |
| STANDARD REGISTER CO<br>DALLAS, TX  75284-0655<br>UNK | | TRADE PAYABLE | | | | $1,019.26 |
| ACCOUNT NO. | | | | | | |
| STANDARD REGISTER COMPANY<br>PO BOX 7777-W2795<br>PHILADELPHIA, PA  19175 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 275 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>STANDARD REGISTER<br>PO BOX 75884<br>CHARLOTTE, NC  28275 | | TRADE PAYABLE | | | | $17,449.39 |
| ACCOUNT NO.<br>STANDARD REGISTER<br>PO BOX 7777-W2795<br>PHILADELPHIA, PA  19175 | | TRADE PAYABLE | | | | $2,119.68 |
| ACCOUNT NO.<br>STANDARD REGISTER<br>PO BOX 91047<br>CHICAGO, IL  60693 | | TRADE PAYABLE | | | | $1,074.13 |
| ACCOUNT NO.<br>STANDARD SAFETY EQUIPMENT CO.<br>1407 RIDGEVIEW DR.<br>MCHENRY, IL  60050 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>STANDRIDGE COLOR CORP.<br>PO BOX 1086<br>SOCIAL CIRCLE, GA  30279 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>STANTEC CONSULTANTS INC.<br>950 INDUSTRIAL WAY<br>SPARKS, NV  89431-6092 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>STAPF TEL-COM SERVICES<br>3609 FOLLY QUARTER RD.<br>ELLICOTT CITY, MD  21042 | | TRADE PAYABLE | | | | $1,200.00 |
| ACCOUNT NO.<br>STAR R FOAM<br>1012 N COMMERCE ST<br>FORT WORTH, TX  76106-9306 | | TRADE PAYABLE | | | | $10,272.50 |
| ACCOUNT NO.<br>STAR TOWING OF CENTRAL FLORIDA<br>5533 S.ORANGE BLOSSOM TRAIL<br>ORLANDO, FL  32839 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 276 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| STATE CHEMICAL, THE<br>POBOX 74189<br>CLEVELAND, OH 44194-0268 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STATE DISBURSEMENT UNIT<br>PO BOX 8000<br>WHEATON, IL 60189-8000 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STEAM SALES CORPORATION<br>55A STONEHILL RD<br>OSWEGO, IL 60515 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STEEL CITIES STEELS<br>395 MELTON RD.<br>BURNS HARBOR, IN 46304 | | TRADE PAYABLE | | | | $76.18 |
| ACCOUNT NO. | | | | | | |
| STEEL DECK INSTITUTE<br>PO BOX 25<br>FOX RIVER GROVE, IL 60021 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STERI TECHNOLOGIES<br>857 LINCOLN AVE.<br>BOHEMIA, NY 11716 | | TRADE PAYABLE | | | | $4,428.58 |
| ACCOUNT NO. | | | | | | |
| STERICYCLE MEDICAL WASTE SERVICES<br>111 DOMORAH DRIVE<br>MONTGOMERYVILLE, PA 18936<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STEVENSON PHD, ROBERT<br>3338 CARLYLE TERR<br>LAFAYETTE, CA 94549 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 277 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re __W.R. GRACE & CO.-CONN.__   Case No. __01-01140__
Debtor   (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| STEYPUTAEKNI EHF / CONTEC<br>LAUGARASVEGUR 7<br>104 REYKJAVIK, IT  104<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STIRLING PROPERTIES, INC.<br>109 NORTHPARK BLVD.<br>COVINGTON, LA  70433 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STN INTERNATIONAL<br>CHEMICAL ABSTRACTS SERVICE<br>PO BOX 82228<br>COLUMBUS, OH  43202-0228 | | TRADE PAYABLE | | | | $12,208.40 |
| ACCOUNT NO. | | | | | | |
| STOFFEL SEALS CORP. #W49984<br>DEPT AT 49984<br>ATLANTA, GA  31192-9984 | | TRADE PAYABLE | | | | $1,066.70 |
| ACCOUNT NO. | | | | | | |
| STONE CONTAINER CORPORATION<br>PO BOX 93550<br>CHICAGO, IL  60673-3550 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STRASBURGER & SIEGEL<br>PKWY CENTER<br>7249 NATIONAL DR.<br>HANOVER, MD  21076 | | TRADE PAYABLE | | | | $5,475.00 |
| ACCOUNT NO. | | | | | | |
| STRATEGIC PARTNERS, INC<br>8201 BELLS MILL RD.<br>POTOMAC, MD  20854 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| STROZIER CONSTRUCTION INC.<br>PO BOX 610628<br>BIRMINGHAM, AL  35261-0628 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 278 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| STRUM ENGINEERED PRODUCTS INC<br>PO BOX 277<br>BARBOURSVILLE, WV 25504 | | TRADE PAYABLE | | | | $2,971.79 |
| ACCOUNT NO. | | | | | | |
| STUR-DEE METAL PRODUCTS INC<br>830 WEST 35TH ST<br>CHICAGO, IL 60609 | | TRADE PAYABLE | | | | $15,213.70 |
| ACCOUNT NO. | | | | | | |
| STURM MACHINERY CO., INC.<br>PO BOX 2533<br>HUNTINGTON, WV 25701 | | TRADE PAYABLE | | | | $2,376.26 |
| ACCOUNT NO. | | | | | | |
| SUBURBAN PROPANE<br>POBOX 405<br>LAURENS, SC 29360-0405 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUBURBAN RDF<br>3415 TWP RD 447<br>GLENFORD, OH 43739<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUCCESS PERSONNEL<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SULPHUR DRY CLEANERS<br>104 RAILROAD AVE.<br>SULPHUR, LA 70663 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUMMERS FIRE SPRINKLERS<br>1534 N W 1ST AVENE<br>BOCA RATON, FL 33432 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUMMIT TANK & EQUIPMENT CO INC<br>POBOX 9<br>SUMMIT, IL 60501 | | TRADE PAYABLE | | | | $151.64 |

Sheet no. 279 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SUN PACKAGING TECHNOLOGIES INC<br>2200 NW 32ND ST   SUITE 1700<br>POMPANO BEACH, FL  33069 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUN WEST METALS, INC.<br>1150 N. LEMON ST.<br>ANAHEIM, CA  92801<br>UNK | | TRADE PAYABLE | | | | $340.60 |
| ACCOUNT NO. | | | | | | |
| SUNBELT RENTALS, INC.<br>2599 COMMERCE BLVD.<br>CINCINNATI, OH  45241 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUNBELT RENTALS, INC.<br>PO BOX 579<br>NEWINGTON, VA  22122-0579 | | TRADE PAYABLE | | | | $917.22 |
| ACCOUNT NO. | | | | | | |
| SUNBELT SUPPLY CO., INC.<br>PO BOX 91037<br>DALLAS, TX  75395-1037 | | TRADE PAYABLE | | | | $15,534.01 |
| ACCOUNT NO. | | | | | | |
| SUNGARD RECOVERY SERVICES INC.<br>PO BOX 91233<br>CHICAGO, IL  60693 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUNSOURCE INSTRUMENTS INC<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUNSOURCE INSTRUMENTS INC.<br>2301 WINSOR CT.<br>ADDISON, IL  60101 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUNSOURCE<br>PO BOX 200794<br>DALLAS, TX  75230-0794 | | TRADE PAYABLE | | | | $18.51 |

Sheet no. 280 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  Case No. **01-01140**
Debtor  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| SUPERIOR CARRIERS, INC.<br>DEPT. 77-7927<br>CHICAGO, IL 60678-7927 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUPERIOR SPECIAL SERVICES INC<br>PO BOX 1323<br>FOND DU LAC, WI 54936-1323 | | TRADE PAYABLE | | | | $2,886.50 |
| ACCOUNT NO. | | | | | | |
| SUPERIOR SUPPLY & STEEL<br>PO BOX 2087<br>LAKE CHARLES, LA 70602-2087 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUPT. OF WATER COLLECTION<br>333 S. STATE SUITE 510<br>CHICAGO, IL 60604 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SURENA KING<br>9618 GREEN MOON PATH<br>COLUMBIA, MD 21046 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUR-SEAL GASKET & PACKING INC.<br>6156 WESSELMAN RD.<br>CINCINNATI, OH 45248 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUR-SEAL GASKET & PACKING INC.<br>PO BOX 11010<br>CINCINNATI, OH 45211 | | TRADE PAYABLE | | | | $426.22 |
| ACCOUNT NO. | | | | | | |
| SURWEST CORP<br>120 E OGDEN AVE SUITE 24<br>HINSDALE, IL 60521 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| SUSQUEHANNA ASSOC FOR THE BLIND<br>244 NORTH QUEEN ST<br>LANCASTER, PA 17601 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 281 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>SUTTON DESIGNS INC<br>202 EAST STATE ST  SUITE 408<br>ITHACA, NY  14850 | | TRADE PAYABLE | | $3,464.32 |
| ACCOUNT NO.<br>SWECO, INC.<br>PO BOX 905667<br>CHARLOTTE, NC  28290-5667 | | TRADE PAYABLE | | $15,668.97 |
| ACCOUNT NO.<br>SWECO, INC.<br>PO BOX 905667<br>FLORENCE, KY  41042-1509 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>SWEETNER PRODUCTS CO.<br>PO BOX 58426<br>VERNON, CA  90058-0426 | | TRADE PAYABLE | | $8,576.80 |
| ACCOUNT NO.<br>SWIDLER BERLIN SHEREFF<br>405 LEXINGTON AVE<br>NEW YORK, NY  10174-1100 | | TRADE PAYABLE | | $32,392.09 |
| ACCOUNT NO.<br>SWISHER SERVICE CO.<br>161 GORDON AVE  LANE<br>HAMILTON, OH  45013 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>SYBRON INDUSTRIES<br>Formerly Sybron Industries<br>100 Bayer Rd.<br>PITTSBURGH, PA  15205 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>SYNERGY SERVICE GROUP, INC.,<br>8925 SOUTH MOORE DR<br>BRIDGEVIEW, IL  60455 | | TRADE PAYABLE | | $297.28 |

Sheet no. 282 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| T.H.E.M. OF NEW JERSEY<br>127-A GAITHER DR<br>MOUNT LAUREL, NJ 08054 | | | TRADE PAYABLE | | | | $1,219.50 |
| ACCOUNT NO. | | | | | | | |
| T.R. MOORE & ASSOC., INC.<br>830 MCCALLIE AVE.<br>CHATTANOOGA, TN 37403 | | | TRADE PAYABLE | | | | $12,554.11 |
| ACCOUNT NO. | | | | | | | |
| TAB CHEMICALS INC.<br>LOCK BOX 790282<br>SAINT LOUIS, MO 63179-0282 | | | TRADE PAYABLE | | | | $6,796.20 |
| ACCOUNT NO. | | | | | | | |
| TAPE RENTAL LIBRARY, INC.<br>PO BOX 107<br>107<br>COVESVILLE, VA 22931<br>UNK | | | TRADE PAYABLE | | | | $55.55 |
| ACCOUNT NO. | | | | | | | |
| TARGET IND.<br>PO BOX 810<br>ROCKAWAY, NJ 07866 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| TATE ENGINEERING SYSTEMS, INC.<br>1560 CATON CENTER DR.<br>BALTIMORE, MD 21227 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| TAXATION & REVENUE DEPT<br>PO BOX 1743<br>MONROE, LA 71210 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| TAYLOR PRODUCTS CO INC<br>2205 JOTHI AVE<br>PARSONS, KS 67357 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 283 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.