In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>TDS-TIRE DISTRIBUTION SYTEMS, INC.<br>102 SUMPTER RD.<br>SULPHUR, LA  70663 | | TRADE PAYABLE | | $2,910.03 |
| ACCOUNT NO.<br>TEAM AVS INC<br>5 ALEXANDER ROAD<br>BILLERICA, MA  01821 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>TECH AID CORP.<br>109 OAK ST.<br>NEWTON UPPER FALLS, MD  02164 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>TECH QUIP, INC.<br>PO BOX 201574<br>HOUSTON, TX  77216-1574 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>TECH-LAB INDUSTRIES, INC.<br>PO BOX 6217<br>ARLINGTON, TX  76005 | | TRADE PAYABLE | | $259.60 |
| ACCOUNT NO.<br>TECHNICAL LAMINATIONS & COATINGS<br>7125 W. Gunnisin St.<br>Harwood Heights, IL  60706 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>TECO PEOPLES GAS<br>PO BOX 31017<br>TAMPA, FL  33631-3017 | | TRADE PAYABLE | | $51,584.82 |
| ACCOUNT NO.<br>TENNANT CO.<br>PO BOX 71414<br>CHICAGO, IL  60694-1414 | | TRADE PAYABLE | | $328.54 |
| ACCOUNT NO.<br>TENNANT COMPANY<br>PO BOX 71414<br>CHICAGO, IL  60694-1414 | | TRADE PAYABLE | | $0.00 |

Sheet no. 284 of 322   sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
        Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> TENNANT <br> PO BOX 71414 <br> CHICAGO, IL 60694-1414 | | TRADE PAYABLE | | $4,606.42 |
| ACCOUNT NO. <br> TERMINIX INTERNATIONAL <br> 7625 HAMILTON PARK DR. <br> CHATTANOOGA, TN 37421 | | TRADE PAYABLE | | $280.00 |
| ACCOUNT NO. <br> TERRACON CONSULTANTS INC <br> PO BOX 931277 <br> KANSAS CITY, MO 64193-1277 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> TERRISS CONSOLIDATED INDUSTRIES INC <br> POBOX 110 <br> ASBURY PARK, NJ 07712 | | TRADE PAYABLE | | $256.51 |
| ACCOUNT NO. <br> TESTING ENGINEERS INC <br> PO BOX 24075 <br> OAKLAND, CA 94623 <br> UNK | | TRADE PAYABLE | | $168.00 |
| ACCOUNT NO. <br> TETRA CHEMICALS <br> PO BOX 841185 <br> DALLAS, TX 75284-1185 | | TRADE PAYABLE | | $22,851.73 |
| ACCOUNT NO. <br> TETRA CHEMICALS <br> POBOX 841185 <br> DALLAS, TX 75284-1185 | | TRADE PAYABLE | | $134,639.32 |
| ACCOUNT NO. <br> TEXTILE CHEMICAL CO INC <br> POBOX 62111 <br> BALTIMORE, MD 21264-2111 | | TRADE PAYABLE | | $5,931.76 |

Sheet no. 285 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. THACKSTON METAL WORKS 122 WOODVILLE RD PELZER, SC 29669 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. THARADY, INC. PO BOX 60 WHITEFORD, MD 21160 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. THATCHER COMPANY PO BOX 27407 SALT LAKE CITY, UT 84127 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. THE BAILEY COMPANY PO BOX 30094 NASHVILLE, TN 37241-0094 | | TRADE PAYABLE | | | | $7,038.71 |
| ACCOUNT NO. THE BOLLES CO., INC. PO BOX 22425 CHATTANOOGA, TN 37422 | | TRADE PAYABLE | | | | $86.60 |
| ACCOUNT NO. THE DOW CHEMICAL COMPANY 7719 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. THE OMELETTE QUEEN CATERERS, INC. PO BOX 244 244 BROOKLANDVILLE, MD 21022 UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. THE Q PANEL CO PO BOX 75548 CLEVELAND, OH 44101-4755 UNK | | TRADE PAYABLE | | | | $759.37 |

Sheet no. 286 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| THE RELIZON COMPANY<br>21386 NETWORK DR.<br>CHICAGO, IL 60673-1213 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| THERMAL SCIENTIFIC, INC.<br>PO BOX 314<br>ODESSA, TX 79760 | | TRADE PAYABLE | | $1,604.22 |
| ACCOUNT NO. | | | | |
| THERMASTER MECHANICAL<br>PO BOX 3022<br>GLEN ELLYN, IL 60138 | | TRADE PAYABLE | | $2,479.90 |
| ACCOUNT NO. | | | | |
| THERMORETEC<br>601 SCARBORO RD.<br>OAK RIDGE, TN 37830 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| THERMOTRON INDUSTRIES<br>1000 NORTH MARKET ST<br>MILWAUKEE, WI 43268 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| THIEL, PHILIP G<br>7500 GRACE DR.<br>COLUMBIA, MD 21044 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| THOMAS PUBLISHING COMPANY<br>FIVE PENN PLAZA<br>NEW YORK, NY 10001 | | TRADE PAYABLE | | $5,070.80 |
| ACCOUNT NO. | | | | |
| THOMAS WILLCOX COMPANY, INC.<br>15 BACTON HILL RD.<br>FRAZER, PA 19355 | | TRADE PAYABLE | | $10,125.00 |
| ACCOUNT NO. | | | | |
| THOMSON & THOMSON<br>PO BOX 71892<br>CHICAGO, IL 60694-1892 | | TRADE PAYABLE | | $0.00 |

Sheet no. 287 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records: $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| THOMSON FINANCIAL INVESTOR<br>MELLON BANK<br>PO BOX 360315<br>PITTSBURGH, PA  15251-6315 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TIDEWATER SCALE SALES & SVC.,INC.<br>PO BOX 9032<br>BALTIMORE, MD  21222-0732 | | TRADE PAYABLE | | | | $1,119.50 |
| ACCOUNT NO. | | | | | | |
| TIDLAND CORPORATION<br>PO BOX 84568<br>SEATTLE, WA  98124-5868 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TIMEBRIDGE TECHNOLOGIES<br>PO BOX 631713<br>BALTIMORE, MD  21263-1713 | | TRADE PAYABLE | | | | $1,737.02 |
| ACCOUNT NO. | | | | | | |
| TIRE DISTRIBUTION SYSTEMS<br>PO BOX 281991<br>ATLANTA, GA  30384-1991 | | TRADE PAYABLE | | | | $394.95 |
| ACCOUNT NO. | | | | | | |
| TM ENGINEERING LTD<br>8560 BAXTER PLACE<br>BURNABY, BC  V5A 4T2<br>CANADA | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TN. AMERICAN WATER CO.<br>PO BOX 75146<br>BALTIMORE, MD  21275-0146 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TN. SAFETY & HEALTH COUNCIL, INC.<br>6720 HERITAGE BUSINESS COURT<br>CHATTANOOGA, TN  37421 | | TRADE PAYABLE | | | | $1,095.00 |

Sheet no. 288 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. TOLNER, MD, PA, DAVID J<br>203 HOSPITAL DRIVE, SUITE 300<br>GLEN BURNIE, MD 21061<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. TOOL SHED, INC, THE<br>901 POINSETT HWY<br>GREENVILLE, SC 29609 | | TRADE PAYABLE | | $34.54 |
| ACCOUNT NO. TOP DRIVER INC<br>140 SYLVAN AVE<br>ENGLEWOOD, NJ 07632 | | TRADE PAYABLE | | $947.10 |
| ACCOUNT NO. TOSHIBA BUSINESS SOLUTIONS<br>600 RESEARCH DR<br>WILMINGTON, MA 01887 | | TRADE PAYABLE | | $1,021.24 |
| ACCOUNT NO. TOWER CLEANING SYSTEMS<br>POBOX 549<br>SOUTHEASTERN, PA 19399-0549 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. TOWN & COUNTRY<br>2570 SAN RAMON VALLEY BLVD<br>SAN RAMON, CA 94583 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. TOWNLEY MANUFACTURING CO. INC.<br>PO BOX 221<br>CANDLER, FL 32111-0221 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. TOWSON MEDICAL EQUIPMENT CO., INC.<br>8849 ORCHARD TREE LN.<br>BALTIMORE, MD 21286 | | TRADE PAYABLE | | $4,402.06 |

Sheet no. 289 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| TOYOTA MOTOR CREDIT CORP COMMERCIAL FINANCE POBOX 2431 CAROL STREAM, IL 60132-2431 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TOYOTA MOTOR CREDIT CORP. PO BOX 2431 CAROL STREAM, IL 60132-2431 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRAC-WORK INC UNK | | TRADE PAYABLE | | | | $224.00 |
| ACCOUNT NO. | | | | | | |
| TRAINOR ASSOCIATES INC 15290 STONEY CREEK WAY NOBLESVILLE, IN 46060 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRAMCO PUMP CO. 1500 WEST ADAMS ST. CHICAGO, IL 60607 | | TRADE PAYABLE | | | | $3,545.25 |
| ACCOUNT NO. | | | | | | |
| TRAMCO PUMP COMPANY 1500 WEST ADAMS CHICAGO, IL 60607 | | TRADE PAYABLE | | | | $1,581.20 |
| ACCOUNT NO. | | | | | | |
| TRANE COMPANY 445 BRYANT ST., UNIT 5 DENVER, CO 80204 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRANS CLEAN 45 MAYFAIR PLACE STRATFORD, CT 06615-6710 | | TRADE PAYABLE | | | | $212.00 |
| ACCOUNT NO. | | | | | | |
| TRANSCAT PO BOX 4039 BUFFALO, NY 14240-4039 | | TRADE PAYABLE | | | | $345.00 |

Sheet no. 290 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> TRANSCAT <br> PO BOX 711243 <br> CINCINNATI, OH  45271-1243 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> TRANS-COASTAL INDUSTRIES <br> PO BOX 88280 <br> ATLANTA, GA  30356 | | TRADE PAYABLE | | $35,434.00 |
| ACCOUNT NO. <br> TRANSCON MARKETING CORP. <br> 4215-4225 EASTERN AVE. <br> BALTIMORE, MD  21224 | | TRADE PAYABLE | | $11,915.42 |
| ACCOUNT NO. <br> TRANSGROUP EXPRESS <br> PO BOX 68271 <br> SEATTLE, WA  98168 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> TRANSPAC USA INC <br> DEPT. 77-2812 <br> CHICAGO, IL  60678-2812 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> TRANSPORT INTERNATIONAL POOL INC <br> 75 REMITTANCE DR SUITE 1333 <br> CHICAGO, IL  60675-1333 | | TRADE PAYABLE | | $265.36 |
| ACCOUNT NO. <br> TRANSPORT LEASING <br> 1764 SOUTH 300 WEST <br> SALT LAKE CITY, UT  84115 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> TREASURER STATE OF ILLINOIS <br> PO BOX 19506 <br> SPRINGFIELD, IL  62794-9506 | | TRADE PAYABLE | | $0.00 |

Sheet no. 291 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records      $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| TREEN BOX & PALLET CORP. 1950 ST RD. PO BOX 368 BENSALEM, PA 19020 | | TRADE PAYABLE | | | | $46,391.88 |
| ACCOUNT NO. | | | | | | |
| TRENDSET PO BOX 1109 MAULDIN, SC 29662-1109 | | TRADE PAYABLE | | | | $515.65 |
| ACCOUNT NO. | | | | | | |
| TRI-CAL, INC. 708 E. ORANGE ST ANGLETON, TX 77515 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRICO METALS PRODUCTS 2309 Wyandotte Rd. WILLOW GROVE, PA 19090 | | TRADE PAYABLE | | | | $1,864.80 |
| ACCOUNT NO. | | | | | | |
| TRICOR PACKAGING 135 S LASALLE ST DEPT 2196 CHICAGO, IL 60674-2196 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRILLA STEEL DRUM CORPORATION PO BOX 75239 CHICAGO, IL 60675 | | TRADE PAYABLE | | | | $7,029.50 |
| ACCOUNT NO. | | | | | | |
| TRIMBLE COMBUSTION SYSTEMS, IN 21744 BURTZELBACH RD. GUILFORD, IN 47022 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRIMBLE COMBUSTION SYSTEMS, INC. 21744 BURTZELBACH RD. GUILFORD, IN 47022 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 292 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**           Case No. **01-01140**
Debtor                                                                 (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| TRISTATE ELECTRICAL SUPPLY<br>6667 MORAVIA PARK DR<br>BALTIMORE, MD  21237 | | TRADE PAYABLE | | | | $1,802.55 |
| ACCOUNT NO. | | | | | | |
| TRI-STATE HYDRAULICS INC<br>PO BOX 5067<br>CHATTANOOGA, TN  37406 | | TRADE PAYABLE | | | | $3,870.00 |
| ACCOUNT NO. | | | | | | |
| TRI-STATE TECHNICAL SALES CORP<br>3601 COMMERCE DR., BLDG. 109<br>BALTIMORE, MD  21227 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRI-STATE TECHNICAL SALES CORP.<br>3601 COMMERCE DR., BLDG. 109<br>BALTIMORE, MD  21227 | | TRADE PAYABLE | | | | $4,130.15 |
| ACCOUNT NO. | | | | | | |
| TRI-STATE TECHNICAL SALES<br>PO BOX 13700<br>PHILADELPHIA, PA  19191-1095 | | TRADE PAYABLE | | | | $2,487.45 |
| ACCOUNT NO. | | | | | | |
| TRITECH TECHNOLOGIES, INC.<br>37386 TWELVE MILE RD.<br>BOX 8000004906<br>FARMINGTON HILLS, MI  48331 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRL INC.<br>PO BOX 7777 W6570<br>PHILADELPHIA, PA  19175-6570 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| TRUCK PARTS SPEC. OF AUGUSTA, INC.<br>1259 NEW SAVANNAH RD.<br>AUGUSTA, GA  30901 | | TRADE PAYABLE | | | | $2,255.94 |
| ACCOUNT NO. | | | | | | |
| TRUST ACCT OF CUNNINGHAM & LYONS SC<br>UNK | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 293 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| TSF COMPANY INC<br>2930 S ST. PHILLIPS RD<br>EVANSVILLE, IN  47712 | | TRADE PAYABLE | | $350.00 |
| ACCOUNT NO. | | | | |
| TSI INCORPORATED<br>PO BOX 86<br>MINNEAPOLIS, MN  55486-0764 | | TRADE PAYABLE | | $4,857.84 |
| ACCOUNT NO. | | | | |
| TURNER CONSULTING GROUP<br>3602 LAKEARIES LANE<br>KATY, TX  77449 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| TURNER INDUSTRIAL SERVICES<br>PO BOX 2599<br>SULPHUR, LA  70664 | | TRADE PAYABLE | | $6,287.00 |
| ACCOUNT NO. | | | | |
| TUSCARORA INC<br>1940 ROCK DALE INDUSTRIAL BLVD<br>CONYERS, GA  30207 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| TXI<br>PO BOX 730475<br>DALLAS, TX  75373-0475 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| TYCO VALVES<br>DEPT CH 10071<br>PALATINE, IL  60055-0071 | | TRADE PAYABLE | | $104.16 |
| ACCOUNT NO. | | | | |
| U S GYPSUM COMPANY<br>POBOX 102629<br>ATLANTA, GA  30368-0629 | | TRADE PAYABLE | | $12,405.17 |
| ACCOUNT NO. | | | | |
| U.E. ELECTRIC SUPPLY<br>1601 KNECHT AVE.<br>BALTIMORE, MD  21227 | | TRADE PAYABLE | | $0.00 |

Sheet no. 294 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                    Case No. **01-01140**
        Debtor                                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| U.S. CONTAINER CORP.<br>PO BOX 58544<br>VERNON, CA 90058 | | TRADE PAYABLE | | | | $723.18 |
| ACCOUNT NO. | | | | | | |
| U.S. FILTER CORP.<br>PO BOX 360766<br>PITTSBURGH, PA 15250-6766 | | TRADE PAYABLE | | | | $5,805.10 |
| ACCOUNT NO. | | | | | | |
| UDVARI, EMERY J<br>3814 S. BAHAMA ST.<br>AURORA, CO 80013 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| UEXKULL & STOLBERG<br>BESELERSTRASSE 4<br>HAMBURG, 2 22607<br>UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| UFAC<br>PO BOX 89402<br>CLEVELAND, OH 44101-6402 | | TRADE PAYABLE | | | | $4.00 |
| ACCOUNT NO. | | | | | | |
| ULINE<br>2200 S. LAKESIDE DR-ACCCOUNTS REC.<br>WAUKEGAN, IL 60085 | | TRADE PAYABLE | | | | $81.00 |
| ACCOUNT NO. | | | | | | |
| UNDERWRITERS LABORATORIES INC<br>PO BOX 75330<br>CHICAGO, IL 60675-5330 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| UNDERWRITERS<br>7 CROUSE ROAD<br>SCARBOROUGH, ON M1R 3A9<br>CANADA | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 295 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. UNIDEX GROUP, INC. 797 GLENN AVE. WHEELING, IL 60090 | | TRADE PAYABLE | | $6,225.00 |
| ACCOUNT NO. UNION CARBIDE CHEMICALS PO BOX 845186 DALLAS, TX 75284-5186 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. UNION CARBIDE CORP PO BOX 91136 CHICAGO, IL 60693-0001 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. UNION CARBIDE CORPORATION PO BOX 91136 CHICAGO, IL 60693-1136 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. UNION CARBIDE CORPORATION POBOX 651330 CHARLOTTE, NC 28265 | | TRADE PAYABLE | | $23,114.00 |
| ACCOUNT NO. UNIROYAL CHEMICAL CO. POBOX 7247-8429 PHILADELPHIA, PA 19170-8429 | | TRADE PAYABLE | | $908.00 |
| ACCOUNT NO. UNISOURCE - MID-ATLANTIC LOCKBOX MID-ATLANTIC LOCKBOX PO BOX 360100 PITTSBURGH, PA 15251-6100 | | TRADE PAYABLE | | $4,439.93 |
| ACCOUNT NO. UNISOURCE MAINT SUPPLY SYSTEMS FILE 55390 LOS ANGELES, CA 90074-5390 | | TRADE PAYABLE | | $448.84 |

Sheet no. 296 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**   Case No. **01-01140**
Debtor                                                                 (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. <br> UNISOURCE WORLDWIDE INC <br> NORTHEAST LOCKBOX <br> PO BOX 360051 <br> PITTSBURGH, PA  15250-6051 | | TRADE PAYABLE | | $1,490.00 |
| ACCOUNT NO. <br> UNISOURCE WORLDWIDE <br> 7568 COLLECTION CENTER DR <br> CHICAGO, IL  60693 | | TRADE PAYABLE | | $163.88 |
| ACCOUNT NO. <br> UNISOURCE <br> 1050 CENTRAL AVE. <br> UNIVERSITY PARK, IL  60466 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> UNISOURCE <br> 8261 PRESTON CT. <br> JESSUP, MD  20794 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> UNISOURCE <br> POBOX 102174 <br> ATLANTA, GA  30368 | | TRADE PAYABLE | | $9,614.00 |
| ACCOUNT NO. <br> UNITED ELECTRIC SUPPLY CO <br> PO BOX 1752 <br> WILMINGTON, DE  19899 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. <br> UNITED ELECTRIC SUPPLY CO., INC. <br> PO BOX 8500-6340 <br> PHILADELPHIA, PA  19178-6340 | | TRADE PAYABLE | | $1,389.29 |
| ACCOUNT NO. <br> UNITED ENERGY DISTRIBUTORS, INC. <br> PO BOX 6987 <br> AIKEN, SC  29804-6987 | | TRADE PAYABLE | | $12,258.04 |

Sheet no. 297 of 322   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| UNITED ENERGY PRODUCTS<br>2139 ESPEY COURT<br>CROFTON, MD 21114 | | TRADE PAYABLE | | $311.96 |
| ACCOUNT NO. | | | | |
| UNITED INDUSTRIAL PIPING<br>9740 NEAR DR<br>CINCINNATI, OH 45246 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| UNITED INDUSTRIAL PIPING, INC.<br>1402 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1004 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| UNITED LIFT TRUCK<br>PO BOX 5948<br>CAROL STREAM, IL 60197-5948 | | TRADE PAYABLE | | $1,233.69 |
| ACCOUNT NO. | | | | |
| UNITED MEDICAL TECHNOLOGIES<br>9002 RED BRANCH ROAD<br>COLUMBIA, MD 21045 | | TRADE PAYABLE | | $97.17 |
| ACCOUNT NO. | | | | |
| UNITED RENTAL TOOLS & EQUIP. C<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| UNITED RENTALS<br>5 TERRI LANE, SUITE 1<br>BURLINGTON, NJ 08016 | | TRADE PAYABLE | | $1,594.11 |
| ACCOUNT NO. | | | | |
| UNITED STATES CONTAINER CORP<br>PO BOX 58544<br>VERNON, CA 90058 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| UNITED STATES FILTER CORPORATION<br>PO BOX 360766<br>PITTSBURGH, PA 15250-6766 | | TRADE PAYABLE | | $0.00 |

Sheet no. 298 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**  
Debtor

Case No. **01-01140** (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>UNITED STATES GULF CORP.<br>PO BOX 233<br>STONY BROOK, NY 11790 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UNITED STEELWORKERS OF AMERICA<br>PO BOX 400041<br>PITTSBURGH, PA 15268-0041 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UNITED WATER NEW JERSEY<br>PO BOX 139<br>NEWARK, NJ 07101-0139 | | TRADE PAYABLE | | $203.82 |
| ACCOUNT NO.<br>UNIVERSAL PRESERVACHEM<br>33 TRUMAN DR SOUTH<br>EDISON, NJ 08817 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UNIVERSAL SYSTEMS ASSC<br>11438-G CRONRIDGE DR<br>OWINGS MILLS, MD 21117 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UNIVERSITY OF HOUSTON<br>4800 CALHOUN RD.<br>HOUSTON, TX 77204-4792 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UNIVERSITY OF ILLINOIS<br>205 N MATTHEWS<br>URBANA, IL 61801-2397 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UNIVERSITY OF MINING & METALLURGY<br>AL MICKIEWICZA 30<br>KRAKOW, IT 30-059<br>UNK | | TRADE PAYABLE | | $0.00 |

Sheet no. 299 of 322 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> UNIVERSITY OF NEBRASKA MEDICAL CTR. <br> 984525 NEBRASKA MEDICAL CTR. <br> OMAHA, NE  68198-4525 <br> UNK | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> UPS CUSTOMHOUSE BROKERAGE <br> PO BOX 34486 <br> LOUISVILLE, KY  40232 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> URS CORPORATION <br> 263 SEABOARD LANE, SUITE 200 <br> FRANKLIN, TN  37067 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> URS DAMES & MOORE <br> FILE # 52627 <br> LOS ANGELES, CA  90074-2627 | | TRADE PAYABLE | | | | $2,541.55 |
| ACCOUNT NO. <br> US ALUMINATE <br> 701 CHESAPEAKE AVE. <br> BALTIMORE, MD  21225 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> US CAN <br> 434 corinth rd <br> NEWNAN, GA  30263 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> US FILTRATION <br> PO BOX 277522 <br> ATLANTA, GA  30384-7522 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> US INTERNATIONAL SERVICES LT <br> 113 KRESSON GIBBSBORO RD. <br> VOORHEES, NJ  08043 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 300 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>US INTERNATIONAL SERVICES LTD.<br>113 KRESSON GIBBSBORO RD.<br>VOORHEES, NJ  08043 | | TRADE PAYABLE | | $6,344.38 |
| ACCOUNT NO.<br>US SILICA CO OF ILLINOIS<br>701 BOYCE MEMORIAL DR.<br>OTTAWA, IL  61350 | | TRADE PAYABLE | | $54,427.63 |
| ACCOUNT NO.<br>USCO LOGISTICS SERVICES, INC<br>PO BOX 84-5808<br>BOSTON, MA  02284-5808 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UTAH ENGINE AND MOWER<br>1915 W 3350 S<br>ROY, UT  84067 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UTILITY TRAILER SALES OF KANSAS<br>8915 WOODEND<br>KANSAS CITY, KS  66111<br>UNK | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>UTILITY TRAILER SALES SE TX, INC.<br>PO BOX 21402<br>HOUSTON, TX  77226-1402 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>V&H EXCAVATING CO INC<br>113 N MAIN ST<br>CROWN POINT, IN  46307 | | TRADE PAYABLE | | $2,277.05 |
| ACCOUNT NO.<br>VALENITE INC<br>1464 SOLUTIONS CENTER<br>CHICAGO, IL  60677-1004 | | TRADE PAYABLE | | $316.40 |

Sheet no. 301 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**　　　　　　　　　　Case No. **01-01140**
　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
**(Continuation Sheet)**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| VALENITE, INC.<br>1464 SOLUTIONS CENTER<br>CHICAGO, IL  60677-1004 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| VALERON STRENGTH FILMS<br>75 REMITTANCE DR.,SUITE 3068<br>CHICAGO, IL  60675 | | TRADE PAYABLE | | | | $139,742.59 |
| ACCOUNT NO. | | | | | | |
| VALLEN SAFETY SUPPLY CO.<br>PO BOX 200097<br>HOUSTON, TX  77040 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| VALVAX CORPORATION<br>PO BOX 640917<br>CINCINNATI, OH  45264-0917 | | TRADE PAYABLE | | | | $4,033.04 |
| ACCOUNT NO. | | | | | | |
| VAN CAMP TRAILER & BODY, INC.<br>6045 I-55 SOUTH/W.FRONTAGE RD.<br>JACKSON, MS  39212 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| VAN LEER CONTAINERS INC<br>POBOX 97603<br>CHICAGO, IL  60678-7603 | | TRADE PAYABLE | | | | $6,378.23 |
| ACCOUNT NO. | | | | | | |
| VAN LONDON COMPANY, INC.<br>6103 GLENMONT DR.<br>HOUSTON, TX  77081 | | TRADE PAYABLE | | | | $5,610.00 |
| ACCOUNT NO. | | | | | | |
| VAN WATERS & ROGERS INC<br>POBOX 101484<br>ATLANTA, GA  30392 | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | |
| VAN WATERS & ROGERS INC.<br>2256 JUNCTION AVE.<br>SAN JOSE, CA  95131 | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 302 of 322　sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records　　$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.