In re _W.R. GRACE & CO.-CONN._
　　　　　Debtor

Case No. _____01-01140_____
　　　　　(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS INC. PO BOX 7777-W9090 PHILADELPHIA, PA 19175 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS INC. PO BOX 7777-W9090 PHILADELPHIA, PA 19179 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS INC.r PO BOX 95065 CHICAGO, IL 60694-5065 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS PO BOX 7777-W9090 PHILADELPHIA, PA 19175 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS PO BOX 7777-W9090 PHILADELPHIA, PA 19175 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS PO BOX 7777-W9090 PHILADELPHIA, PA 19175 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS PO BOX 7777-W9090 PHILADELPHIA, PA 19175 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS PO BOX 7777-W9090 PHILADELPHIA, PA 19175 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS PO BOX 7777-W9090 PHILADELPHIA, PA 19175 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 303 of 322　sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                    Case No. _____ **01-01140** _____
_____
          Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS PO BOX 7777-W9090 PHILADELPHIA, PA 19175 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS & ROGERS PO BOX 7777-W9090 PHILADELPHIA, PA 19175-7899 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VAN WATERS ROGERS INC. PO BOX 7777-W9090 PHILADELPHIA, PA 19175-7899 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VANCE, JUDITH 424 EAST 52ND ST APT 7F NEW YORK, NY 10022 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VELOCITY EXPRESS PO BOX 71245 CHICAGO, IL 60694-1245 | | | TRADE PAYABLE | | | | $345.17 |
| ACCOUNT NO. | | | | | | | |
| VENABLE BAETJER & HOWARD LLP PO BOX 630798 BALTIMORE, MD 21263-0798 | | | TRADE PAYABLE | | | | $5,164.35 |
| ACCOUNT NO. | | | | | | | |
| VERIZON CALIFORNIA POBOX 30001 INGLEWOOD, CA 90313-0001 | | | TRADE PAYABLE | | | | $2,645.46 |
| ACCOUNT NO. | | | | | | | |
| VERIZON SOUTHWEST POBOX 920041 DALLAS, TX 75392-0041 | | | TRADE PAYABLE | | | | $632.30 |
| ACCOUNT NO. | | | | | | | |
| VERIZON BOX 8585 PHILADELPHIA, PA 19173-0001 | | | TRADE PAYABLE | | | | $1,795.76 |

Sheet no. 304 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records     | $15,082,991.19 |

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____**01-01140**_____
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VERIZON PO BOX 15150 WORCESTER, MA 01615-0150 | | | TRADE PAYABLE | | | | $475.42 |
| ACCOUNT NO. | | | | | | | |
| VERIZON PO BOX 17577 BALTIMORE, MD 21297-0513 | | | TRADE PAYABLE | | | | $786.69 |
| ACCOUNT NO. | | | | | | | |
| VERIZON PO BOX 28007 LEHIGH VALLEY, PA 18002-8007 | | | TRADE PAYABLE | | | | $7,122.98 |
| ACCOUNT NO. | | | | | | | |
| VERIZON PO BOX 3025 BALTIMORE, MD 21297-0513 | | | TRADE PAYABLE | | | | $261.54 |
| ACCOUNT NO. | | | | | | | |
| VERIZON PO BOX 4833 TRENTON, NJ 08650-4833 | | | TRADE PAYABLE | | | | $223.28 |
| ACCOUNT NO. | | | | | | | |
| VERIZON PO BOX 646 BALTIMORE, MD 21265-0646 | | | TRADE PAYABLE | | | | $38.69 |
| ACCOUNT NO. | | | | | | | |
| VERIZON PO BOX 646 BALTIMORE, MD 21265-0646 | | | TRADE PAYABLE | | | | $2,251.42 |
| ACCOUNT NO. | | | | | | | |
| VERUSIO E COSMELLI FORO TRAIANO 1-A 00187 ROMA, RM 187 UNK | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 305 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VESUVIUS USA PO BOX 98104 CHICAGO, IL 60693 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VIATEL SERVICES INC POBOX 9201 UNIONDALE, NY 11555-9201 | | | TRADE PAYABLE | | | | $3,536.63 |
| ACCOUNT NO. | | | | | | | |
| VIC SYSTEMS INTERNATIONAL, INC UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VININGS INDUSTRY PO BOX 70556 TORONTO, ON M5W 2X5 CA | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VISTA VERDE LANDSCAPING PO BOX 582 TUSTIN, CA 92781-0582 | | | TRADE PAYABLE | | | | $355.00 |
| ACCOUNT NO. | | | | | | | |
| VOLUME TRANSPORTATION SERVICES 6575 MARSHALL BLVD LITHONIA, GA 30058 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VOPAK USA INC 3025 EXON AVE. CINCINNATI, OH 45241 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VOPAK USA INC ATT: ACCOUNTS RECEIVABLE PO BOX 951451 DALLAS, TX 75395-1451 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 306 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____**01-01140**_____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VOPAK USA INC PO BOX 101484 ATLANTA, GA 30392-1484 | | | TRADE PAYABLE | | | | $9,795.45 |
| ACCOUNT NO. | | | | | | | |
| VOPAK USA INC PO BOX 3398 PORTLAND, OR 97208-3398 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VOPAK USA INC PO BOX 446 SUMMIT ARGO, IL 60501 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| V-SPAN, INC. 1100 FIRST AVE SUITE 400 KING OF PRUSSIA, PA 19406 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| VWR SCIENTIFIC PRODUCTS CORP .PO BOX 640169 PITTSBURGH, PA 15264-0169 | | | TRADE PAYABLE | | | | $22,475.55 |
| ACCOUNT NO. | | | | | | | |
| VWR SCIENTIFIC PRODUCTS PO BOX 626 BRIDGEPORT, NJ 08014 | | | TRADE PAYABLE | | | | $302.83 |
| ACCOUNT NO. | | | | | | | |
| VWR SCIENTIFIC DIVISION OF VWR CORP. PO BOX 640169 PITTSBURGH, PA 15264-0169 | | | TRADE PAYABLE | | | | $1,385.94 |
| ACCOUNT NO. | | | | | | | |
| VWR SCIENTIFIC PO BOX 626 BRIDGEPORT, NJ 08014 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 307 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| VWR SCIENTIFIC PO BOX 640169 PITTSBURGH, PA 15264-0169 | | | TRADE PAYABLE | | | | $2,958.13 |
| ACCOUNT NO. | | | | | | | |
| W E CARLSON CORP 1128 PAGNI DR ELK GROVE, IL 60007-6685 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| W S TYLER PO BOX 631443 CINCINNATI, OH 45263-1443 | | | TRADE PAYABLE | | | | $540.00 |
| ACCOUNT NO. | | | | | | | |
| W W GRAINGER INC DEPT 136 - 855483335 PALATINE, IL 60038-0001 | | | TRADE PAYABLE | | | | $1,150.87 |
| ACCOUNT NO. | | | | | | | |
| W W GRAINGER INC DEPT C-PAY - 248 PALATINE, IL 60038-0002 | | | TRADE PAYABLE | | | | $6,233.95 |
| ACCOUNT NO. | | | | | | | |
| W W GRAINGER INC DEPT C-PAY - OAL PALATINE, IL 60038-0002 | | | TRADE PAYABLE | | | | $315.96 |
| ACCOUNT NO. | | | | | | | |
| W W GRAINGER INC. 1701 CLINE AVE. GARY, IN 46406 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| W. J. WADSWORTH & ASSOC. INC. 516 WEST CAMPUS DRIVE ARLINGTON HEIGHTS, IL 60004 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 308 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                      Case No. _____ **01-01140**
_____
Debtor                                                                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> W.A. WILDE CO. <br> 200 SUMMER ST <br> PO BOX 5838 <br> HOLLISTON, MA 01746-5838 | | | TRADE PAYABLE | | | | $83,589.82 |
| ACCOUNT NO. <br> W.H. COOKE & CO. <br> PO BOX 263 <br> FINKSBURG, MD 21048 | | | TRADE PAYABLE | | | | $2,630.62 |
| ACCOUNT NO. <br> W.W. GRAINGER INC. <br> DEPT C-PAY - 248 <br> PALATINE, IL 60038-0002 | | | TRADE PAYABLE | | | | $2,109.87 |
| ACCOUNT NO. <br> W.W. GRAINGER <br> 299 S. CITIES SERVICE HWY. <br> SULPHUR, LA 70663-6403 | | | TRADE PAYABLE | | | | $28.00 |
| ACCOUNT NO. <br> W.W. GRAINGER, INC. <br> 1275 TRISTATE PKWY <br> GURNEE, IL 30031 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. <br> W.W. GRAINGER, INC. <br> DEPT C-PAY-OAL <br> PALATINE, IL 60038-0002 | | | TRADE PAYABLE | | | | $12,269.40 |
| ACCOUNT NO. <br> W.W. GRAINGER, INC. <br> DEPT. 136-855816807 <br> PALATINE, IL 60038-0001 | | | TRADE PAYABLE | | | | $766.22 |
| ACCOUNT NO. <br> W.W. GRAINGER, INC. <br> DEPT. C-PAY - 248 <br> PALATINE, IL 60038-0002 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 309 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                   $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re: **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140** _____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WAGNER BROS CONTAINER, INC. 3311 CHILDS ST. BALTIMORE, MD  21226 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WAGNER BROS CONTAINER, INC. PO BOX 2830 BALTIMORE, MD  21226 | | | TRADE PAYABLE | | | | $28,641.90 |
| ACCOUNT NO. | | | | | | | |
| WAGNER-SMITH PUMPS & SYSTEMS, INC. PO BOX 710912 CINCINNATI, OH  45271-0912 | | | TRADE PAYABLE | | | | $312.83 |
| ACCOUNT NO. | | | | | | | |
| WALLACE ELECTRIC COMPANY 117 PARK WEST DRIVE POST OFFICE BOX 1512 MCDONOUGH, GA  30253 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WALLACE KING MARRARO & BRANSON PLLC 1050 THOMAS JEFFERSON ST NW WASHINGTON, DC  20007 | | | TRADE PAYABLE | | | | $216,038.53 |
| ACCOUNT NO. | | | | | | | |
| WALLACE KING MARRARO & BRANSON PLLC CHRISTOPHER H MARRORO 1050 THOMAS JEFFERSON ST NW WASHINGTON, DC  20007 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WALTER SEELEY 145 FRIES MILL ROAD BRIDGEPORT, NJ  08014 | | | TRADE PAYABLE | | | | $295.00 |
| ACCOUNT NO. | | | | | | | |
| WALTERS SHOE MART 1020 E FOURTH ST OWENSBORO, KY  42303 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 310 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WALTHAM SERVICES INC<br>PO BOX 540538<br>WALTHAM, MA 02454-0538 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WALTZ-DETTMER SUPPLY CO.<br>836 DEPOT ST.<br>CINCINNATI, OH 45204 | | | TRADE PAYABLE | | | | $44.55 |
| ACCOUNT NO. | | | | | | | |
| WAREHOUSE DIRECT<br>1601 W ALGONQUIN RD<br>MOUNT PROSPECT, IL 60056 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WAREHOUSE EQUIPMENT INC.<br>PO BOX 71383<br>CHICAGO, IL 60694-1383 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WARREN EHRET CO.<br>610 W. WEST ST.<br>BALTIMORE, MD 21230-2694 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WARREN ELECTRIC CO.<br>PO BOX 1519<br>SULPHUR, LA 70664 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WARREN ELECTRIC GROUP<br>PO BOX 846017<br>DALLAS, TX 75284-6017 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WARRINGTON FIRE RESEARCH<br>HOLMESFIELD ROAD<br>WARRINGTON, CH WA1 2DS<br>UNK | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 311 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                    Case No. _____ **01-01140** _____
_____ Debtor _____                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WASTE MANAGEMENT ILLINOIS-METRO PO BOX 9001054 LOUISVILLE, KY 40290-1054 | | | TRADE PAYABLE | | | | $1,401.62 |
| ACCOUNT NO. | | | | | | | |
| WASTE MANAGEMENT LAKE CHARLES 536 WESLEY RD LAKE CHARLES, LA 70615 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WASTE MANAGEMENT METRO 3800 S LARAMIE AVE CICERO, IL 60804 | | | TRADE PAYABLE | | | | $15,614.65 |
| ACCOUNT NO. | | | | | | | |
| WASTE MANAGEMENT OF DENVER PO BOX 1238 ENGLEWOOD, CO 80150-1238 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WASTE MANAGEMENT OF DENVER PO BOX 78251 PHOENIX, AZ 85062-8251 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WASTE MANAGEMENT OF INDIAN VALLEY PO BOX 828271 PHILADELPHIA, PA 19182-8271 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WASTE MANAGEMENT PO BOX 9001054 LOUISVILLE, KY 40290-1054 | | | TRADE PAYABLE | | | | $2,821.78 |
| ACCOUNT NO. | | | | | | | |
| WASTE MANAGEMENT-MCKITTRICK SITE PO BOX 471 KETTLEMAN CITY, CA 93239 | | | TRADE PAYABLE | | | | $2,534.03 |
| ACCOUNT NO. | | | | | | | |
| WATER CONTROL ROOFING CO. PO BOX 127 GALLATIN, TN 37066 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 312 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records          | $15,082,991.19 |

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re  **W.R. GRACE & CO.-CONN.**                    Case No. _____ **01-01140** _____
         Debtor                                                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WATER ENVIRONMENT FEDERATION 601 WYTHE ST. ALEXANDRIA, VA  22314-1994 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WATERWORKS #9, WARD 4 PO BOX 10 SULPHUR, LA  70664-0010 | | | TRADE PAYABLE | | | | $1,536.11 |
| ACCOUNT NO. | | | | | | | |
| WAYNE INDUSTRIAL EQUIPMENT PO BOX 762 WILMINGTON, MA  01887 | | | TRADE PAYABLE | | | | $785.00 |
| ACCOUNT NO. | | | | | | | |
| WEBSTER SHEET METAL INC. 13831 SO KOSTNER CRESTWOOD, IL  60445 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WEIR SLURRY GROUP INC 21976 NETWORK PLACE CHICAGO, IL  60673-1219 | | | TRADE PAYABLE | | | | $1,396.72 |
| ACCOUNT NO. | | | | | | | |
| WELDON EXECUTIVE COACH 831 BEACON ST. 222 NEWTON, MA  02459 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WELD-RITE SERVICE, INC. 6715 W. 73RD ST. BEDFORD PARK, IL  60638 | | | TRADE PAYABLE | | | | $62,927.00 |
| ACCOUNT NO. | | | | | | | |
| WELLS FARGO FINANCIAL LEASING, INC. PO BOX 6167 CAROL STREAM, IL  60197-6167 | | | TRADE PAYABLE | | | | $308.25 |

Sheet no. 313 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>WELLS FARGO/ADVANCED TELECOMM<br>PO BOX 10336<br>DES MOINES, IA 50306-0336<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>WESCO DISTRIBUTION, INC.<br>1710 EDISON HWY.<br>BALTIMORE, MD 21213 | | | TRADE PAYABLE | | | | $11,413.89 |
| ACCOUNT NO.<br>WESCO DISTRIBUTION, INC.<br>PO BOX 7780-5089<br>PHILADELPHIA, PA 19182-5089 | | | TRADE PAYABLE | | | | $16,126.11 |
| ACCOUNT NO.<br>WEST GROUP PAYMENT CENTER<br>PO BOX 6187<br>CAROL STREAM, IL 60197-6187 | | | TRADE PAYABLE | | | | $4,123.71 |
| ACCOUNT NO.<br>WESTAR COMPANY<br>PO BOX 55347<br>HOUSTON, TX 77255-5347 | | | TRADE PAYABLE | | | | $263.29 |
| ACCOUNT NO.<br>WESTERN PROCESS COMPUTERS, INC<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>WESTLAKE CA&O CORP<br>PO BOX 527<br>CALVERT CITY, KY 42029<br>UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>WESTLAKE CA&O CORP<br>PO BOX 527<br>CALVERT CITY, KY 42029<br>UNK | | | TRADE PAYABLE | | | | $11,395.58 |

Sheet no. 314 of 322     sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
_____
Debtor

Case No. _____ **01-01140** _____
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WESTLAKE CA&O CORPORATION PO BOX 527 CALVERT CITY, KY 42029-0527 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WHEEL CHECK 2640 CASTLE HILL CRES. OAKVILLE ONTARIO, ON L6H 6J1 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITAKER OIL CO. PO BOX 930379 ATLANTA, GA 31193 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WHITE CIRCLE POBOX 840 MONTGOMERYVILLE, PA 18936-0840 | | | TRADE PAYABLE | | | | $166.42 |
| ACCOUNT NO. | | | | | | | |
| WILCO WOOD WORKS INC POBOX 286 IRWINTON, GA 31042 | | | TRADE PAYABLE | | | | $5,983.80 |
| ACCOUNT NO. | | | | | | | |
| WILDWOOD TRUCK WASH INC POBOX 519 WILDWOOD, FL 34785 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WILLARD, SHIRLEY 36 FOREST LAKE DRIVE SIMPSONVILLE, SC 29681 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WILLIAM M. MERCER LIMITED (SNL) PO BOX 13793 LIVERPOOL, L23QB ENGLAND | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 315 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re __**W.R. GRACE & CO.-CONN.**_____          Case No. _____**01-01140**_____
                    Debtor                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WILLIAMS COMMUNICATIONS SOLUTIONS 21398 NETWORK PLACE CHICAGO, IL 60673-1213 | | | TRADE PAYABLE | | | | $519.21 |
| ACCOUNT NO. | | | | | | | |
| WILLIAMS COMMUNICATIONS SOLUTIONS,L FORMERLY WILLIAMS COMMUNICATIONS 21398 NETWORK PL. CHICAGO, IL 60673-1213 | | | TRADE PAYABLE | | | | $13,279.00 |
| ACCOUNT NO. | | | | | | | |
| WILLIAMS SCOTSMAN INC PO BOX 91975 CHICAGO, IL 60693-1975 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON INDUSTRIAL SALES CO., I PO BOX 66968 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON INDUSTRIAL SALES CO., INC. PO BOX 66968 BROOK, IN 47922 | | | TRADE PAYABLE | | | | $1,262.46 |
| ACCOUNT NO. | | | | | | | |
| WILSON MOVING & STORAGE CO., INC. 885 Baily Ave BUFFALO, NY 14206 | | | TRADE PAYABLE | | | | $1,109.04 |
| ACCOUNT NO. | | | | | | | |
| WILSON TMS PO BOX 5458 LAKE CHARLES, LA 70606 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WILSON WELDING SERVICE INC 2939 SNAPFINGER ROAD DECATUR, GA 30034 | | | TRADE PAYABLE | | | | $1,000.00 |

Sheet no. 316 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**

Debtor

Case No. **01-01140**

(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. WINGFIELD SCALE CO. 2205 HOLTZCLAW AVE. CHATTANOOGA, TN 37404 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. WINSTEL CONTROLS CO. 1423 QUEEN CITY AVE. CINCINNATI, OH 45214 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. WINSTEL CONTROLS CO. PO BOX 14483 CINCINNATI, OH 45250-0483 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. WISCONSIN ELECTRIC POWER POBOX 2089 MILWAUKEE, WI 53201-2089 | | | TRADE PAYABLE | | | | $1,084.16 |
| ACCOUNT NO. WISCONSIN GAS CO. PO BOX 70474 MILWAUKEE, WI 53270-0474 | | | TRADE PAYABLE | | | | $1,402.55 |
| ACCOUNT NO. WITCO CORPORATION DEPT CH 10642 PALATINE, IL 60055-0642 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. WITHAM SALES & SERVICES, INC. 6435 HOWARD ST. HAMMOND, IN 46320 | | | TRADE PAYABLE | | | | $4,551.40 |
| ACCOUNT NO. WM. W. MEYER & SONS, INC. 8261 ELMWOOD AVE. PO BOX 105 SKOKIE, IL 60076-0105 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 317 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                                     Case No. _____**01-01140**_____
_____
Debtor                                                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WOLCOTT WATER SYSTEMS, INC. 2007 WOLCOTT DR. COLUMBIA, MO 65202 | | | TRADE PAYABLE | | | | $4,508.00 |
| ACCOUNT NO. | | | | | | | |
| WOOD WISE 942 VALLEYBROOK ROAD BOOTHWYN, PA 19061 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WOODARD & CURRAN INC 41 HUTCHINS DRIVE PORTLAND, ME 04102 | | | TRADE PAYABLE | | | | $13,620.53 |
| ACCOUNT NO. | | | | | | | |
| WOODMASTER BUILDING COMPANY POBOX 767 HUTCHINS, TX 75141 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WOODRUFF OIL COMPANY 310 SLOAN ROAD WOODRUFF, SC 29388 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WOOLWICH TOWNSHIP TAX COLLECTOR PO BOX 355 SWEDESBORO, NJ 08085 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WORDNET INC 282 CENTRAL ST ACTON, MA 01720-2255 | | | TRADE PAYABLE | | | | $304.20 |
| ACCOUNT NO. | | | | | | | |
| WORLDCOM-FORMERLY MCI/UUNET DEPT. L-390 COLUMBUS, OH 43260 UNK | | | TRADE PAYABLE | | | | $46,051.97 |

Sheet no. 318 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                    Case No. _____**01-01140**_____
_____
            Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| WORLDCOM-FORMERLY UUNET PAYMENT PROCESSING CENTER PO BOX 85080 RICHMOND, VA 23285-4100 | | | TRADE PAYABLE | | | | $3,120.00 |
| ACCOUNT NO. | | | | | | | |
| WORLDWIDE RECLAMATION INC 2183 BUCKINGHAM RD., SUITE 266 RICHARDSON, TX 75081 | | | TRADE PAYABLE | | | | $5,995.97 |
| ACCOUNT NO. | | | | | | | |
| WORTH CHEMICAL CORPORATION PO BOX 752094 CHARLOTTE, NC 28275-2094 | | | TRADE PAYABLE | | | | $6,513.12 |
| ACCOUNT NO. | | | | | | | |
| WORTHINGTON PUMP ENGINEERING 625 DISTRICT DR ITASCA, IL 60143 | | | TRADE PAYABLE | | | | $3,591.90 |
| ACCOUNT NO. | | | | | | | |
| WRIGHT BROTHERS, INC. 1930 LOSANTIVILLE AVE. CINCINNATI, OH 45237 | | | TRADE PAYABLE | | | | $164.10 |
| ACCOUNT NO. | | | | | | | |
| WSA SYSTEMS, INC 5680 OAKBROOK PKWY NORCROSS, GA 30093 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| WW GRAINGER INC DEPT C-PAY-248 BALTIMORE, MD 21221 | | | TRADE PAYABLE | | | | $9,724.57 |
| ACCOUNT NO. | | | | | | | |
| XAVIER CONSULTING GROUP 3800 VICTORY PKWY CINCINNATI, OH 45207-7510 UNK | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 319 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                        Case No. ____**01-01140**____
_____                          (If known)
Debtor

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| XEROX CORP PO BOX 827181 PHILADELPHIA, PA 19182-7181 | | | TRADE PAYABLE | | | | $1,396.26 |
| ACCOUNT NO. | | | | | | | |
| XEROX CORP POBOX 802555 CHICAGO, IL 60680-2555 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| XEROX CORP. PO BOX 802555 CHICAGO, IL 60680-2555 | | | TRADE PAYABLE | | | | $552.75 |
| ACCOUNT NO. | | | | | | | |
| XEROX CORP. PO BOX 910139 PHILADELPHIA, PA 19182-7598 | | | TRADE PAYABLE | | | | $6,454.25 |
| ACCOUNT NO. | | | | | | | |
| XEROX CORPORATION PO BOX 660303 DALLAS, TX 75266-0303 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| XEROX CORPORATION PO BOX 827598 PHILADELPHIA, PA 19182-7598 | | | TRADE PAYABLE | | | | $85,872.99 |
| ACCOUNT NO. | | | | | | | |
| XEROX CORPORATION PO BOX 910139 DALLAS, TX 75391-0139 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| XEROX CORPORATION POBOX 7405 PASADENA, CA 91109-7405 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| XEROX CORPORATION POBOX 890990 DALLAS, TX 75389-0990 | | | TRADE PAYABLE | | | | $0.00 |

Sheet no. 320 of 322   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records                                    $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**
Debtor

Case No. **01-01140**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| XPEDX - AUGUSTA PO BOX 1330 AUGUSTA, GA 30903-1330 | | | TRADE PAYABLE | | | | $552.51 |
| ACCOUNT NO. | | | | | | | |
| XPEDX 7445 NEW RIDGE RD. HANOVER, MD 21076 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| XPEDX PO BOX 91694 CHICAGO, IL 60693 | | | TRADE PAYABLE | | | | $1,294.00 |
| ACCOUNT NO. | | | | | | | |
| XTRA LEASE PO BOX 99262 CHICAGO, IL 60693-9262 | | | TRADE PAYABLE | | | | $2,598.68 |
| ACCOUNT NO. | | | | | | | |
| YELLOW PAGE DIRECTORIES PO BOX 29684 DALLAS, TX 75229 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| YOKOGAWA CORP OF AMERICA C/O MAUND RICHARDS & ASSOC POSEN, IL 60469 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| YUASA AND HARA POBOX 714 TOKYO CENTRAL, 13 99999 UNK | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO. | | | | | | | |
| ZANNINO'S CATERING 7770 GOUGH ST. BALTIMORE, MD 21224 | | | TRADE PAYABLE | | | | $3,315.92 |

Sheet no. 321 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records

$15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **W.R. GRACE & CO.-CONN.**                    Case No. _____**01-01140**_____
_____
Debtor                                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ZEP MANUFACTURING CO.<br>PO BOX 382012<br>PITTSBURGH, PA  15250-8012 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ZONA PHOTOGRAPHIC LABS INC<br><br>561 WINDSOR ST<br>SOMERVILLE, MA  02143 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ZOOK ENTERPRISES<br>PO BOX 419<br>CHAGRIN FALLS, OH  44022 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ZYMARK CORP.<br>PO BOX 8500-50335<br>PHILADELPHIA, PA  19178-8500 | | | TRADE PAYABLE | | | | $42,191.84 |

Sheet no. 322 of 322    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended
Schedule Records            $15,082,991.19

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING DEBTOR'S AMENDED SCHEDULES ON BEHALF OF CORPORATION

As the authorized agent of the corporation named as the debtor in this case, I

declare under penalty of perjury that I have read the preceding amended schedules, and that

they are true and correct to the best of my knowledge, information and belief

Dated this ___ day of February 2003

By _____
DAVID B SIEGEL
Senior Vice President and General Counsel
of W R Grace & Co and W R Grace & Co -Conn