IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | REMEDIUM GROUP, INC. |
| | ) | Case No. 01-01194 (JKF) |
| Debtors. | ) | |

## SUPPLEMENTS TO SCHEDULE "F" OF THE SCHEDULES OF ASSETS AND LIABILITIES FOR REMEDIUM GROUP, INC.

Remedium Group, Inc., a Delaware Corporation, by the attached Exhibit A, supplements its "Schedule F – Creditors Holding Unsecured Nonpriority Claims" as originally filed on May 24, 2001 and as supplemented on August 29, 2002.

While every effort has been made to prepare complete and accurate supplements, errors may have occurred. The Debtor reserves fully its right to further amend the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Schedules and to challenge the amount and classification of each and every claim or item listed herein.

Wilmington, Delaware
Dated: February 7, 2003

        KIRKLAND & ELLIS
        James H.M. Sprayregen P.C.
        James W. Kapp III
        Janet S. Baer
        200 East Randolph Drive
        Chicago, IL 60601
        (312) 861-2000
        (312) 861-2200 (fax)

        and

        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
        Laura Davis Jones
        Scotta McFarland
        919 N. Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        (302) 652-4100
        (302) 652-4400 (fax)
        Co-Counsel for the Estate

In re **REMEDIUM GROUP, INC.**
Debtor

Case No. **01-01194**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AMERITECH CORP<br>BILL PAYMENT CENTER<br>SAGINAW, MI 48663-0003 | | | TRADE PAYABLE | | | | $101.81 |
| ACCOUNT NO.<br>AT&T<br>PO BOX 78355<br>PHOENIX, AZ 85062-8355 | | | TRADE PAYABLE | | | | $179.94 |
| ACCOUNT NO.<br>CINTRON, MIGUEL A PACHECO<br>CALLE MATTEI LLUBERAS NUM 56<br>YAUCO, PR 698 | | | TRADE PAYABLE | | | | $0.00 |
| ACCOUNT NO.<br>ENSR<br>PO BOX 31863<br>HARTFORD, CT 06150-1863 | | | TRADE PAYABLE | | | | $38,778.87 |
| ACCOUNT NO.<br>FOLEY HOAG & ELLIOTT AS ESCROW<br>ONE POST OFFICE SQUARE<br>BOSTON, MA 02109-2170 | | | TRADE PAYABLE | | | | $3,481.31 |

Sheet no. 1 of 5    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $325,730.16

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **REMEDIUM GROUP, INC.**
Debtor

Case No. **01-01194**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO.<br>GE CAPITAL MODULAR SPACE<br>PO BOX 641595<br>PITTSBURGH, PA 15264-1595 | | TRADE PAYABLE | | $176.98 |
| ACCOUNT NO.<br>HANDEX OF NEW ENGLAND<br>398 CEDAR HILL ST<br>MARLBORO, MA 01752 | | TRADE PAYABLE | | $5,825.75 |
| ACCOUNT NO.<br>HARDING ESE INC<br>PO BOX 1817<br>ENGLEWOOD, CO 80150-1817 | | TRADE PAYABLE | | $21,406.63 |
| ACCOUNT NO.<br>ICI EXPLOSIVES USA INC.<br>14 LISA ROAD<br>SINKING SPRING, PA 19608 | | TRADE PAYABLE | | $44,954.89 |
| ACCOUNT NO.<br>JOHNSON, PAUL<br>1810 JUANITA AVE<br>FORT PIERCE, FL 34946 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO.<br>KEYSPAN ENERGY DELIVERY<br>PO BOX 4300<br>WOBURN, MA 01888-4300 | | TRADE PAYABLE | | $10,057.37 |
| ACCOUNT NO.<br>MDEQ<br>PO BOX 20325<br>JACKSON, MS 39289 | | TRADE PAYABLE | | $862.50 |
| ACCOUNT NO.<br>NELSON MULLINS RILEY & SCARBOR<br>PO DRAWER 11009<br>COLUMBIA, SC 29211-1009 | | TRADE PAYABLE | | $442.20 |

Sheet no. 2 of 5    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $325,730.16

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **REMEDIUM GROUP, INC.**  
Debtor

Case No. **01-01194**  
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. NELSON, MULLINS RILEY & SCARBOROUGH PO DRAWER 11009 COLUMBIA, SC 29211 UNK | | TRADE PAYABLE | | $1,279.06 |
| ACCOUNT NO. NSTAR ELECTRIC PO BOX 970030 BOSTON, MA 02297-0030 | | TRADE PAYABLE | | $4,190.18 |
| ACCOUNT NO. OBRIEN & GERE ENGINEERS INC PO BOX 8000 BUFFALO, NY 14267 | | TRADE PAYABLE | | $27,666.15 |
| ACCOUNT NO. OERTEL HOFFMAN FERNANDEZ & COLE PO BOX 1110 TALLAHASSEE, FL 32302-1110 | | TRADE PAYABLE | | $2,286.94 |
| ACCOUNT NO. OGLETREE DEAKINS NASH SMOAK & PO BOX 2757 GREENVILLE, SC 29602 | | TRADE PAYABLE | | $9,923.42 |
| ACCOUNT NO. PANASONIC OF MEMPHIS PO BOX 1000 DEPT 37 MEMPHIS, TN 38148-0037 | | TRADE PAYABLE | | $842.19 |
| ACCOUNT NO. PHILLIPS LYTLE HITCHCOCK 3400 HSBC CENTER BUFFALO, NY 14203 | | TRADE PAYABLE | | $7,506.92 |
| ACCOUNT NO. PITNEY HARDIN KIPP & SZUCH PO BOX 1945 MORRISTOWN, NJ 07962-1945 | | TRADE PAYABLE | | $1,533.60 |

Sheet no. 3 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records $325,730.16

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re: **REMEDIUM GROUP, INC.**
Debtor

Case No. **01-01194**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR / HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT / UNLIQUIDATED / DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| RIVENBANK, JERRY<br>963 RIVER ROAD<br>JOHNS ISLAND, SC 29455 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| RMT INC<br>PO BOX 14166<br>MADISON, WI 53714-0166 | | TRADE PAYABLE | | $8,095.70 |
| ACCOUNT NO. | | | | |
| SANBORN HEAD & ASSOCIATES INC<br>6 GARVINS FALLS ROAD<br>CONCORD, NH 03301 | | TRADE PAYABLE | | $113,519.66 |
| ACCOUNT NO. | | | | |
| SAUL EWING REMICK & SAUL LLP<br>1500 MARKET ST 38TH FL<br>PHILADELPHIA, PA 19102-2186 | | TRADE PAYABLE | | $2,047.59 |
| ACCOUNT NO. | | | | |
| SIDLEY & AUSTIN<br>Bank One Plaza<br>10 South Dearborn ST<br>CHICAGO, IL 60603 | | TRADE PAYABLE | | $398.97 |
| ACCOUNT NO. | | | | |
| STATE OF TENNESSEE<br>401 CHURCH ST 4FL L&C ANNEX<br>NASHVILLE, TN 37243-1538 | | TRADE PAYABLE | | $19,756.86 |
| ACCOUNT NO. | | | | |
| SUNCOM<br>PO BOX 64566<br>BALTIMORE, MD 21264-4566 | | TRADE PAYABLE | | $0.00 |
| ACCOUNT NO. | | | | |
| TXU ELECTRIC<br>PO BOX 100001<br>DALLAS, TX 75310-0001 | | TRADE PAYABLE | | $414.67 |

Sheet no. 4 of 5  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records  $325,730.16

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

In re **REMEDIUM GROUP, INC.**
Debtor

Case No. **01-01194**
(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS*
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|
| ACCOUNT NO. | | | | |
| WARREN, DONALD 209 EAGLE RIDGE RD., RTE 2 JOPLIN, MO 64804 | | TRADE PAYABLE | | $0.00 |

Sheet no. 5 of 5    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total Amount of Amended Schedule Records    $325,730.16

*This Amended Schedule F does not supercede the filed Schedule F except as amended on specific creditors listed.

## DECLARATION UNDER PENALTY OF PERJURY CONCERNING DEBTOR'S AMENDED SCHEDULES ON BEHALF OF CORPORATION

As the authorized agent of the corporation named as the debtor in this case, I declare under penalty of perjury that I have read the preceding amended schedules, and that they are true and correct to the best of my knowledge, information and belief

Dated this 6th day of February 2003

By /s/ DAVID B SIEGEL
Senior Vice President and General Counsel
of W R Grace & Co and W R Grace & Co -Conn