**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 5, 2003

Bill Number  51390
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through December 31, 2002

| | | |
|---|---|---|
| EXCESS POSTAGE | | $18.33 |

OTHER DELIVERY SERVICES

| 12/11/02 | WALSH MOVERS INC. - shipment of 9 boxes of documents from Cambridge to WSQ for review | 155.00 |
|---|---|---|
| | | $155.00 |

OUTSIDE PHOTOCOPYING

| 12/10/02 | MERRILL CORPORATION - two extra copy sets of documents from product binders requested by in-house counsel for Sealed Air expert (11/13/02) | 77.91 |
|---|---|---|
| 12/10/02 | MERRILL CORPORATION - copies of documents from product binders per request of in-house counsel re: Sealed Air expert. | 58.99 |
| | | $136.90 |

PHOTOCOPYING

| 12/02/02 | 3 copies. | 0.36 |
|---|---|---|

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2002

PHOTOCOPYING

| | | |
|---|---|---|
| 12/03/02 | 17 copies. | 2.04 |
| 12/09/02 | 2 copies. | 0.24 |
| 12/12/02 | 161 copies. | 19.32 |
| 12/18/02 | 16 copies. | 1.92 |

$23.88

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 12/02/02 | Rent and utilities for document repository at One Winthrop Square - November 2002 | 12,396.17 |
| 12/31/02 | Rent and utilities for document repository at One Winthrop Square - December 2002 | 12,318.73 |

$24,714.90

MISCELLANEOUS

| | | |
|---|---|---|
| 12/06/02 | RECORDKEEPER ARCHIVE- monthly storage fee (12/02) | 388.80 |

$388.80

TOTAL DISBURSEMENTS    $25,437.81

TOTAL THIS BILL    $25,437.81

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 5, 2003

Bill Number 51391
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through December 31, 2002

| | |
|---|---:|
| EXCESS POSTAGE | $0.83 |
| PHOTOCOPYING | |
| 12/04/02   99 copies.    11.88 | $11.88 |
| TOTAL DISBURSEMENTS | $12.71 |
| TOTAL THIS BILL | $12.71 |

Page 1

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 5, 2003

Bill Number 51392
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## DISBURSEMENTS

Through December 31, 2002

TELEPHONE $2.89

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 12/05/02 | MERRILL CORPORATION - copies of documents for production to plaintiffs | 49.35 |
| 12/10/02 | MERRILL CORPORATION - Documents to be sent to in-house counsel (11/6/02) | 42.45 |
| 12/10/02 | MERRILL CORPORATION - extra copy set of RPD response #3 and #5 requested by Reed Smith attorney (11/13/02) | 116.59 |
| 12/10/02 | MERRILL CORPORATION - 2 copies of Response #3 to Second Request for Production of Documents for Reed Smith attorney (11/12/02) | 162.16 |
| 12/10/02 | MERRILL CORPORATION - 2 copies of response # 5 to second request for production of documents for Reed Smith attorney (11/12/02) | 150.38 |

$520.93

PHOTOCOPYING

12/04/02   2 copies. 0.24

Page 1

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through December 31, 2002

PHOTOCOPYING

| | | |
|---|---|---:|
| 12/12/02 | 96 copies. | 11.52 |
| 12/12/02 | 2 copies. | 0.24 |
| 12/16/02 | 103 copies. | 12.36 |
| 12/30/02 | 3 copies. | 0.36 |
| 12/31/02 | 18 copies. | 2.16 |

$26.88

TOTAL DISBURSEMENTS $550.70

TOTAL THIS BILL $550.70