**Response Exhibit 1**

| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL**

| | Date | Title | Total | Description |
|---|---|---|---|---|
| **Francis Schlosser** | 1/15/2002 | Audit Manager | 18.25 | mileage to client in excess of commuting |
| | 1/19/2002 | Audit Manager | 7.71 | Weekend Breakfast for audit team |
| | 1/25/2002 | Audit Manager | 186.95 | Lunch with client Controller and staff plus PwC team |
| | 1/18/2002 | Audit Manager | 56.94 | Mileage in excess of daily commute for three days |
| | 1/19/2002 | Audit Manager | 7.00 | Weekend parking at client location |
| | 1/19/2002 | Audit Manager | 18.25 | Mileage to client location for weekend work |
| | 1/25/2002 | Audit Manager | 94.90 | Mileage in excess of daily commute for five days |
| | 2/6/2002 | Audit Manager | 57.00 | Cell phone charges |
| | 4/11/2002 | Audit Manager | 2.00 | Subway charge to client from PwC office |
| | 7/17/2002 | Audit Manager | 18.25 | Mileage in excess of commuting (100-50 *.365) |
| | 7/18/2002 | Audit Manager | 2.00 | Subway charge to client from PwC office |
| | | | **$ 469.25** | |
| **Shanette A Smith** | 6/16/2002 | Audit Associate | 13.94 | Mileage in excess of daily commute to client location |
| | 8/15/2002 | Audit Associate | 12.41 | Mileage in excess of daily commute to client location |
| | | | **$ 26.35** | |
| **Sandra A David** | 1/15/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |
| | 1/14/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |
| | 1/16/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |
| | 1/17/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |
| | 1/19/2002 | Audit Senior | 7.00 | Parking at client on the weekend |
| | 1/21/2002 | Audit Senior | 50.43 | Dinner for audit team working overtime hours |
| | 1/21/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |
| | 1/22/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |
| | 1/23/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |
| | 1/24/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 1/25/2002 | Audit Senior | 2.19 | Mileage in excess of daily commute to client location |
|  |  |  | **77.14** |  |
| **M.L. SMITH** | 1/12/2002 | Audit Associate | 15.00 | Cell phone charges incurred |
|  | 1/12/2002 | Audit Associate | 17.04 | Calling Card calls while travelling |
|  | 2/13/2002 | Audit Associate | 15.00 | Cell phone charges incurred |
|  | 2/18/2002 | Audit Associate | 14.82 | Calling Card calls while travelling |
|  | 3/1/2002 | Audit Associate | 20.00 | Cell phone charges incurred |
|  |  |  | **81.86** |  |
| **L.M. DIAZ** | 1/22/2002 | Audit Associate | 31.03 | Mileage round trip to WR Grace engagement |
|  | 1/23/2002 | Audit Associate | 31.03 | Mileage round trip to WR Grace engagement |
|  | 1/24/2002 | Audit Associate | 31.03 | Mileage round trip to WR Grace engagement |
|  | 1/25/2002 | Audit Associate | 31.03 | Mileage round trip to WR Grace engagement |
|  | 1/28/2002 | Audit Associate | 31.03 | Mileage round trip to WR Grace engagement |
|  | 1/29/2002 | Audit Associate | 31.03 | Mileage round trip to WR Grace engagement |
|  | 1/29/2002 | Audit Associate | 6.00 | Tolls to WR Grace engagement |
|  |  |  | **192.18** |  |
| **JENNIFER MCKAY** | 1/14/2002 | Audit Associate | 31.21 | Mileage round trip to WR Grace engagement |
|  | 1/15/2002 | Audit Associate | 31.21 | Mileage round trip to WR Grace engagement |
|  | 1/16/2002 | Audit Associate | 31.21 | Mileage round trip to WR Grace engagement |
|  | 1/17/2002 | Audit Associate | 31.21 | Mileage round trip to WR Grace engagement |
|  | 1/18/2002 | Audit Associate | 31.21 | Mileage round trip to WR Grace engagement |
|  | 1/21/2002 | Audit Associate | 36.21 | Mileage round trip to WR Grace engagement |
|  |  |  | **192.26** |  |
| **RENEE ANDERSON** | 1/19/2002 | Audit Associate | 7.00 | Parking at client location |
|  |  |  | **7.00** |  |
| **RAYMOND BROMARK** | 1/28/2002 | National Partner | 75.00 | Car service from Amtrak station to WR Grace bldg |
|  | 1/28/2002 |  | 106.00 | Amtrack fare between Baltimore and Wilmington, DE |

|   |   |   |   |   |
|---|---|---|---|---|
| | 1/28/2002 | | 106.00 | Amtrack fare between Baltimore and Wilmington, DE |
| | 1/28/2002 | | 75.00 | Car service from WR Grace bldg to Amtrak station |
| | 1/28/2002 | | 2.00 | Tips while in Baltimore |
| | 1/28/2002 | | 10.00 | Parking at Wilmington Amtrak Station |
| | 3/6/2002 | | 150.00 | Transportation from BWI Amtrak station to WR Grace |
| | 3/6/2002 | | 132.00 | Transportation from home to Wilmington, DE train station |
| | 3/6/2002 | | 40.00 | Amtrack fare from Wilmington to BWI for client meeting |
| | 3/6/2002 | | 212.00 | Amtrak fare from BWI to NYC after audit committee meeting |
| | 3/6/2002 | | 120.00 | Transportation from WR Grace to BWI rail station |
| | 3/6/2002 | | 75.00 | Transportation from BWI Amtrak station to WR Grace |
| | | | **1,103.00** | |
| **JOSEPH DIVITO** | 7/14/2002 | GRMS  Partner | 13.76 | Dinner in hotel while travelling to Columbia, MD |
| | 07/15/02 | GRMS  Partner | 842.50 | Airfare roundtrip to Baltimore |
| | 07/15/02 | GRMS  Partner | 16.00 | Parking at airport |
| | 07/15/02 | GRMS  Partner | 75.71 | Rental Car |
| | 07/15/02 | GRMS  Partner | 3.00 | Gas for Rental car |
| | 07/15/02 | GRMS  Partner | 15.33 | Roundtrip mileage to airport |
| | 07/15/02 | GRMS  Partner | 25.00 | Amex fee for flight |
| | 07/15/02 | GRMS  Partner | 190.40 | Hotel in Baltimore |
| | 09/24/02 | GRMS  Partner | 15.00 | Dinner at Philly Airport |
| | 09/24/02 | GRMS  Partner | 84.93 | Rental Car in Baltimore |
| | 09/24/02 | GRMS  Partner | 224.58 | Flight from Chicago to Balitmore |
| | 09/27/02 | GRMS  Partner | 440.25 | Lodging at Marriot at BWI airport |
| | | | **1,946.46** | |
| **W. LARRY FARMER** | 1/11/2002 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 01/16/02 | Audit Partner | 11.50 | Parking at WR Grace audit meeting |
| | 01/16/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 01/22/02 | Audit Partner | 28.00 | Airport Parking at WR Grace audit meeting |
| | 01/22/02 | Audit Partner | 38.00 | Taxi Fare to audit meeting in Cambridge |
| | 01/22/02 | Audit Partner | 171.66 | Flight to Cambridge audit meeting from Washington, DC |
| | 01/22/02 | Audit Partner | 51.57 | Taxi Fare from audit meeting to airport |
| | 01/22/02 | Audit Partner | 64.55 | Working dinner - during audit meeting trip |
| | 01/22/02 | Audit Partner | 172.05 | Hotel stay for audit committee meeting in Cambridge |

| | | | | |
|---|---|---|---|---|
| | 01/23/02 | Audit Partner | 15.34 | Breakfast at Marriott while travelling for audit committee meeting |
| | 01/25/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 01/28/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 02/25/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 02/26/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 05/08/02 | Audit Partner | 5.48 | Mileage to audit meeting in excess of daily commute |
| | 05/08/02 | Audit Partner | 11.50 | Parking at WR Grace audit meeting |
| | 06/25/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 07/10/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 07/19/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | 09/24/02 | Audit Partner | 23.73 | Mileage to client site in excess of daily commute |
| | | | **806.95** | |
| **HIROMI NISHIHARA** | 1/21/2002 | | 36.50 | Mileage to client site in excess of daily commute |
| | 1/21/2002 | | 5.00 | Tolls incurred on commute to client |
| | 1/22/2002 | | 5.00 | Tolls incurred on commute to client |
| | 1/22/2002 | | 36.50 | Mileage to client site in excess of daily commute |
| | 1/23/2002 | | 5.00 | Tolls incurred on commute to client |
| | 1/23/2002 | | 36.50 | Mileage to client site in excess of daily commute |
| | 1/24/2002 | | 5.00 | Tolls incurred on commute to client |
| | 1/24/2002 | | 36.50 | Mileage to client site in excess of daily commute |
| | 1/25/2002 | | 5.00 | Tolls incurred on commute to client |
| | 1/25/2002 | | 36.50 | Mileage to client site in excess of daily commute |
| | 1/28/2002 | | 5.00 | Tolls incurred on commute to client |
| | 1/28/2002 | | 36.50 | Mileage to client site in excess of daily commute |
| | 1/29/2002 | | 36.50 | Mileage to client site in excess of daily commute |
| | 1/29/2002 | | 5.00 | Tolls incurred on commute to client |
| | | | **290.50** | |
| **JEN MAHER** | 1/13/2002 | Audit Manager | 14.60 | Mileage to client site in excess of daily commute |
| | 1/13/2002 | Audit Manager | 10.00 | Parking on Sunday at office |
| | 1/15/2002 | Audit Manager | 11.64 | Cell phone charges |
| | 1/16/2002 | Audit Manager | 19.25 | Mileage to client site in excess of daily commute |
| | 1/16/2002 | Audit Manager | 10.50 | Parking on Sunday at office |
| | 1/19/2002 | Audit Manager | 6.57 | Mileage to client site in excess of daily commute |
| | 1/26/2002 | Audit Manager | 6.57 | Mileage to client site in excess of daily commute |

|  |  |  |  |
|---|---|---|---|
| | 2/1/2002 | Audit Manager | 12.05 Mileage to client site in excess of daily commute |
| | 2/1/2002 | Audit Manager | 14.24 Mileage to client site in excess of daily commute |
| | 2/1/2002 | Audit Manager | 12.78 Mileage to client site in excess of daily commute |
| | 2/15/2002 | Audit Manager | 5.82 Cell phone charges |
| | 3/6/2002 | Audit Manager | 3.65 Mileage to client site in excess of daily commute |
| | 3/19/2002 | Audit Manager | 6.21 Mileage to client site in excess of daily commute |
| | 3/31/2002 | Audit Manager | 5.29 Cell phone charges |
| | 4/22/2002 | Audit Manager | 6.94 Mileage to client site in excess of daily commute |
| | 5/8/2002 | Audit Manager | 11.00 Parking on Sunday at office |
| | 5/8/2002 | Audit Manager | 21.17 Mileage to client site in excess of daily commute |
| | 5/10/2002 | Audit Manager | 154.15 Accounting Trends and Techniques Publications |
| | 6/16/2002 | Audit Manager | 10.00 Parking on Sunday at office |
| | 6/16/2002 | Audit Manager | 13.87 Mileage to client site in excess of daily commute |
| | 6/16/2002 | Audit Manager | 17.89 Mileage to client site in excess of daily commute |
| | | | **374.19** |
| **ANDREW BLUME** | 1/14/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/15/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/16/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/17/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/18/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/21/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/22/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/23/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/24/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/25/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/28/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/29/2002 | Audit Associate | 25.17 Mileage to client site in excess of daily commute |
| | 1/30/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 1/31/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 2/12/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 2/13/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 2/14/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 2/15/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 2/18/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 2/19/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |
| | 2/20/2002 | Audit Associate | 23.73 Mileage to client site in excess of daily commute |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 2/21/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 2/22/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 2/23/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 2/24/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 2/25/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 3/5/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 3/6/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 5/8/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 5/9/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 5/10/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 7/15/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 7/16/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 7/17/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 7/18/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  | 7/19/2002 | Audit Associate | 23.73 | Mileage to client site in excess of daily commute |
|  |  |  | **855.72** |  |
| **CRAIG CLEAVER** | 1/15/2002 | GRMS Manager | 50.00 | Cell phone charges |
|  | 1/21/2002 | GRMS Manager | 4.75 | Lunch while travelling |
|  | 1/21/2002 | GRMS Manager | 83.22 | Mileage to client site - 228 miles |
|  | 1/21/2002 | GRMS Manager | 10.00 | Tolls to Columbia, MD from Philadelphia, PA |
|  | 1/31/2002 | GRMS Manager | 50.00 | Cell phone charges |
|  | 2/1/2002 | GRMS Manager | 4.31 | ATT Long distance calls |
|  | 2/28/2002 | GRMS Manager | 10.37 | Cell phone charges |
|  | 3/1/2002 | GRMS Manager | 4.29 | Cell phone charges |
|  | 3/29/2002 | GRMS Manager | 20.00 | Cell phone charges |
|  | 7/15/2002 | GRMS Manager | 4.55 | Lunch while travelling |
|  | 7/15/2002 | GRMS Manager | 10.00 | Tolls to Columbia, MD from Philadelphia, PA |
|  | 7/15/2002 | GRMS Manager | 83.95 | Mileage to client site - 228 miles |
|  | 9/20/2002 | GRMS Manager | 11.50 | Tips for bellman at hotel - four nights |
|  | 9/24/2002 | GRMS Manager | 5.70 | Lunch while travelling |
|  | 9/24/2002 | GRMS Manager | 82.13 | Mileage to client site - 228 miles |
|  | 9/24/2002 | GRMS Manager | 10.00 | Tolls to Columbia, MD from Philadelphia, PA |
|  |  |  | **444.77** |  |

| | | | | |
|---|---|---|---|---|
| **CHERYL FRICK** | 1/11/2002 | Audit Senior Associate | 57.57 | Grace engagement team lunch (J. Natt, A. Blume, J. McKay and C. Frick) |
| | 1/10/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/11/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/12/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/14/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/15/2003 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/16/2002 | Audit Senior Associate | 36.73 | Reimbursement for steel toed boots for the Grace Davison inventory observation |
| | 1/16/2003 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/17/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/18/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/19/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/21/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/22/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/23/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/24/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/25/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/26/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/28/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 1/29/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 2/21/2002 | Audit Senior Associate | 14.74 | Dinner while working at WR Grace |
| | 2/21/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 2/22/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 2/25/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 2/26/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 2/27/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 2/28/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 3/1/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 3/25/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 3/26/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 3/27/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 3/28/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 3/29/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 4/1/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 4/16/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 4/17/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 4/18/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 4/19/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | 4/22/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |

| | | | |
|---|---|---:|---|
| 4/23/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 5/6/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 5/9/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 5/24/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/11/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/12/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/13/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/17/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/18/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/19/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/25/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/26/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/27/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 6/28/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/1/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/2/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/9/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/10/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/11/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/12/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/15/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/16/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 7/17/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 8/5/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 8/6/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 8/7/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 8/12/2002 | Audit Senior Associate | 20.48 | Overtime meal while working on the WR Grace 10Q |
| 8/13/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| 8/16/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute (40 miles) |
| | | **1,049.32** | |

| | | | |
|---|---|---:|---|
| **TIMOTHY WALSH** | 1/11/2002 Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |
| | 1/11/2002 Audit Senior Associate | 9.00 | Overtime dinner at WR Grace |
| | 1/10/2002 Audit Senior Associate | 5.87 | Cell phone charges while at WR Grace |
| | 1/10/2002 Audit Senior Associate | 12.00 | Overtime dinner at WR Grace |
| | 1/15/2002 Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 1/16/2002 | Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |
|  | 1/17/2002 | Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |
|  | 1/18/2002 | Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |
|  | 1/19/2002 | Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |
|  | 1/22/2002 | Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |
|  | 1/23/2002 | Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |
|  | 1/24/2002 | Audit Senior Associate | 8.03 | Mileage in excess of normal commute (22 miles) |
|  | 1/26/2002 | Audit Senior Associate | 7.00 | Parking at the office on Saturday to work on WR Grace |
|  | 2/21/2002 | Audit Senior Associate | 7.80 | Cell phone charges while at WR Grace |
|  |  |  | **113.94** |  |
| **AIMEE STICKLEY** | 1/15/2002 | Audit Associate | 54.02 | Mileage in excess of normal commute (71 miles) |
|  | 1/16/2002 | Audit Associate | 270.10 | Mileage in excess of normal commute (71 miles) |
|  | 1/16/2002 | Audit Associate | 27.12 | Overtime dinner for the engagement team |
|  | 1/21/2002 | Audit Associate | 48.56 | Overtime dinner for the engagement team |
|  | 1/22/2002 | Audit Associate | 17.55 | Overtime dinner for the engagement team |
|  | 1/23/2002 | Audit Associate | 23.83 | Overtime dinner for the engagement team |
|  | 1/24/2002 | Audit Associate | 63.85 | Overtime dinner for the engagement team |
|  | 1/25/2002 | Audit Associate | 18.55 | Overtime dinner for the engagement team |
|  | 3/19/2002 | Audit Associate | 189.07 | Mileage in excess of normal commute (71 miles) |
|  | 4/16/2002 | Audit Associate | 297.11 | Mileage in excess of normal commute (71 miles) |
|  | 5/1/2002 | Audit Associate | 81.03 | Mileage in excess of normal commute (71 miles) |
|  | 9/27/2002 | Audit Associate | 2.19 | Mileage in excess of normal commute (6 miles) |
|  |  |  | **1,092.98** |  |
| **KATHLEEN CATALANO** | February-02 | Audit Administrative | 23.73 | Mileage in excess of normal commute |
|  | February-02 | Audit Administrative | 23.73 | Mileage in excess of normal commute |
|  |  |  | **47.46** |  |
| **MARK CHAVES** | 1/10 - 1/31/02 | Tax Senior Manager | 639.83 | Transportation-plane ticket from Miami to Baltimore for tax review |
|  |  |  | **639.83** |  |

| | | | | |
|---|---|---|---|---|
| **MICHELLE GERETY** | March-02 | Tax Manager | 234.56 | Transportation-plane ticket from Miami to Baltimore for tax review |
| | | | **234.56** | |
| | | | | |
| **TOM HAYES** | April-02 | Audit Senior Manager | 200.10 | mileage from Richmond to Columbia, MD |
| | April-02 | Audit Senior Manager | 305.80 | 2 nights hotel in Columbia |
| | April-02 | Audit Senior Manager | 34.25 | Cell phone charges |
| | April-02 | Audit Senior Manager | 57.33 | two dinners in Columbia |
| | | | **597.48** | |
| | | | | |
| **B. LESLIE** | 1/10 - 1/31/02 | Audit Senior Associate | 24.09 | Mileage in excess of normal commute |
| (*no longer employed by PwC) | 1/10 - 1/31/02 | Audit Senior Associate | 24.09 | Mileage in excess of normal commute |
| | 1/10 - 1/31/02 | Audit Senior Associate | 24.09 | Mileage in excess of normal commute |
| | 1/10 - 1/31/02 | Audit Senior Associate | 24.09 | Mileage in excess of normal commute |
| | February-02 | Audit Senior Associate | 32.12 | Mileage in excess of normal commute |
| | | | **128.48** | |
| | | | | |
| **BENJAMIN LUIPPOLD** | 1/10 - 1/31/02 | Audit Associate | 33.33 | Mileage in excess of normal commute |
| | 1/10 - 1/31/02 | Audit Associate | 33.33 | Mileage in excess of normal commute |
| | 1/10 - 1/31/02 | Audit Associate | 33.32 | Mileage in excess of normal commute |
| | 1/10 - 1/31/02 | Audit Associate | 33.32 | Mileage in excess of normal commute |
| | 1/10 - 1/31/02 | Audit Associate | 60.25 | overtime dinner for engagement team |
| | 1/10 - 1/31/02 | Audit Associate | 42.29 | overtime dinner for engagement team |
| | | | **235.84** | |
| | | | | |
| **JASON NATT** | May-02 | Audit Manager | 33.03 | working lunch to discuss 10-Q |
| | July-02 | Audit Manager | 13.00 | working lunch to discuss 2nd quarter review |
| | August-02 | Audit Manager | 35.19 | lunch with Dana Guzzo, Internal Audit Director |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | **81.22** |  |
| **G. VALENTINE** | 1/10 - 1/31/02 | GRMS Associate | 59.41 | Transportation from Philadephia to Columbia, MD |
| (*no longer employed by PwC) | 1/10 - 1/31/02 | GRMS Associate | 612.03 | 4 Nights hotel stay in Columbia, MD |
|  | 1/10 - 1/31/02 | GRMS Associate | 25.00 | Cell phone charges |
|  | 1/10 - 1/31/02 | GRMS Associate | 89.77 | Business meals for 4 days of traveling |
|  |  |  | **786.21** |  |

**TOTAL JAN - SEPT 2002**
**EXPENSES    11,874.95**