## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 5, 2003**<br>**Hearing Date: TBD if necessary** |

## SUMMARY OF FOURTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Name of Applicant:                        Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                 Zonolite Attic Insulation Claimants

Date of retention:                        July 22, 2002

Period for which compensation             December 1, 2002 through
and reimbursement is sought:              December 31, 2002

Amount of compensation sought
as actual reasonable and necessary:       $ 1,808.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                $ 500.47

This is a:        __X__ Monthly        _____Interim        _____Final Application


Prior Application Filed:        Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | Pending | Pending |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Pending | Pending |

As indicated above, this is the fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 4.1 | $ 902.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | 1.1 | $ 209.00 |
| | | | | | | |
| TOTALS | | | | | 5.2 | $ 1,111.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 9.0 | $ 675.00 |
| Renee Veney[1] | Paralegal | 2 | Bankruptcy | $ 75.00 | .3 | 22.50 |
| TOTALS | | | | | 9.3 | $ 697.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 1.2 Hours | $173.00 |
| 12-Fee Application, Others | 13.3 Hours | $ 1,635.50 |
| TOTALS | 14.5 Hours | $ 1,808.50 |

---

[1] Ms. Veney is now admitted to the Bar for the State of Delaware and will accordingly bill as an associate rather than a paralegal in future applications.

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $   13.26 |
| Courier & Express Carriers | $ 296.56 |
| In-House Duplicating / Printing ($.15 per page) | $ 190.65 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 500.47 |

Dated: Wilmington, Delaware
February 12, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, P.A.

___ /s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**FEE DETAIL FOR FOURTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
ZAI Plaintiffs                                                                  12/31/2002
Richardson Patrick Westbrook                          Client No: 220305-11221M
174 East Bay Street                                   Statement No:      186507
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Fees

|  |  | Hours |
|---|---|---|
| **12/04/02** | | |
| WDS | Review, revise and prepare for filing fee application of Richardson Patrick. | 0.50 |
| **12/09/02** | | |
| WDS | Review revised Scheduling Order; forward to all group members. | 0.20 |
| MY | Review docket and download amended order setting discovery schedule | 0.20 |
| **12/11/02** | | |
| CJB | Exchange correspondence with co-counsel re: fee applications; review certificate. | 0.50 |
| **12/12/02** | | |
| WDS | Prepare second monthly fee application for EART&M. | 1.50 |
| **12/13/02** | | |
| MY | Office conference, Compete fee application tracking chart, review docket for objections to applications, draft and revise certificate of counsel, e-file and serve. | 4.40 |
| WDS | Revise second monthly fee application for filing. | 0.60 |
| WDS | Review and revise Certification of Counsel regarding reduction of first fee application. | 0.50 |
| WDS | Revise and file Certificate of No Objection for Lukens and Annis first Fee Application. | 0.30 |
| WDS | Review agenda for Dec. 16 Hearing; no matters affecting clients. | 0.10 |
| WDS | Phone call to counsel for Trustee re: fee application issues; review invoices referenced. | 0.30 |

ZAI Plaintiffs

12/31/2002
Client No: 220305-11221M
Statement No:        186507

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|

**12/14/02**
WDS  Review amended certification of counsel
re:  Hearing dates.                                    0.10

**12/17/02**
MY  Fulfil judges procedures for filing fee
applications, e-mail Apps of Lukins and
Annis, Richardson Patrick, and Elzufon to
Rachel Bello, send hard copies of each to
Judge in Pittsburgh                                    1.40

**12/27/02**
MY  Draft Cert of No Objections of 2nd
Monthly fee apps of L and A, EARTM, and
RPWB                                                   1.20

**12/30/02**
CJB  Exchange correspondence with co-counsel;
review docket.                                         0.60
MY  e-file and serve Certificate of No
Objections of Lukins and Annis, EARTM,
and RPWB                                               1.80
RV  Review file re: fee application for
Lukins & Annis; located certificate of no
objections with docket number.                         0.30
                                                      ------
For Current Services Rendered                  14.50  1,808.50

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Sullivan, William D. | 4.10 | $220.00 | $902.00 |
| Veney, Renee | 0.30 | 75.00 | 22.50 |
| Charles J. Brown | 1.10 | 190.00 | 209.00 |
| Michael Young | 9.00 | 75.00 | 675.00 |

Expenses

| | |
|---|---|
| 11/29/02 Photocopies (@ $.15) | 6.60 |
| 11/29/02 Postage | 13.26 |
| 12/04/02 Photocopies (@ $.15) | 0.15 |
| 12/06/02 Photocopies (@ $.15) | 138.00 |
| 12/12/02 Photocopies (@ $.15) | 27.90 |
| 12/13/02 Photocopies (@ $.15) | 18.00 |
| | ------ |
| Total Expenses | 203.91 |

Advances

| | |
|---|---|
| 11/15/02 Courier fee | 9.98 |
| 11/15/02 Courier fee | 5.55 |
| 11/15/02 Courier fee | 5.55 |
| 11/15/02 Courier fee | 9.59 |
| 11/15/02 Courier fee | 19.59 |
| 11/15/02 Courier fee | 5.55 |
| 11/15/02 Courier fee | 5.55 |
| 11/15/02 Courier fee | 9.59 |

ZAI Plaintiffs

```
                                              12/31/2002
                               Client No: 220305-11221M
                        Statement No:      186507
```

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


```
11/15/02 Courier fee                                    52.50
11/18/02 Courier fee                                     7.06
11/18/02 Courier fee                                     8.83
11/18/02 Courier fee                                     7.06
11/18/02 Courier fee                                     7.06
11/18/02 Courier fee                                     8.83
11/18/02 Courier fee                                     8.83
11/18/02 Courier fee                                     9.18
11/18/02 Courier fee                                     7.06
11/18/02 Mailout   - IKON                               94.20
11/21/02 Courier fee                                     5.00
11/22/02 Courier fee                                     5.00
12/06/02 Courier fee Tristate Courier & Carriage         5.00
                                                       ───────
        Total Advances                                  296.56

        Total Current Work                            2,308.97


        Balance Due                                  $2,308.97
                                                     ═════════
```

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 12, 2003, service

of the foregoing

- **FOURTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
      February 12, 2003

                                */s/ William D. Sullivan*
                                **WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899