# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Linnea Brown | Partner | Environmental | $400.00 | 497.2 | $198,880.00 |
| Robert Tuchman | Partner | Litigation | $375.00 | 13.0 | $4,875.00 |
| Colin Harris | Partner | Litigation | $350.00 | 39.6 | $13,860.00 |
| Kenneth W. Lund | Partner | Environmental | $350.00 | 231.6 | $81,060.00 |
| Lisa Schuh-Decker | Partner | Environmental | $300.00 | 175.7 | $52,710.00 |
| Jay D. McCarthy | Partner | Environmental | $300.00 | 410.0 | $123,000.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 300.9 | $90,270.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 20.6 | $5,665.00 |
| Mark Weakley | Sp. Counsel | Litigation | $295.00 | 30.7 | $9,056.50 |
| Dennis Baarlaer | Sp. Counsel | Litigation | $275.00 | 87.8 | $24,145.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $275.00 | 622.6 | $171,215.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 591.7 | $165,676.00 |
| Jennifer D'Alessandro | Sr. Counsel | Litigation | $260.00 | 63.8 | $16,588.00 |
| Caroline Cooley | Contract Atty | Litigation | $260.00 | 211.5 | $54,990.00 |
| Elizabeth Rita | Contract Atty | Litigation | $175.00 | 49.5 | $8,662.50 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 188.6 | $45,264.00 |
| Louie Cohen | Associate | Corporate | $225.00 | 43.0 | $9,675.00 |
| Geoffrey M. Barry | Associate | Environmental | $220.00 | 489.0 | $107,580.00 |
| Spencer Young | Associate | Litigation | $250.00 | 13.7 | $3,425.00 |
| Jennifer Hall | Associate | Environmental | $220.00 | 373.8 | $82,236.00 |
| Brian Humphrey | Associate | Litigation | $250.00 | 35.5 | $8,875.00 |
| Sven Collins | Associate | Litigation | $235.00 | 13.2 | $3,102.00 |
| Michael Tognetti | Associate | Corporate | $225.00 | 83.4 | $18,765.00 |
| James Beasley | Associate | Corporate | $175.00 | 58.8 | $10,290.00 |
| David Kunstle | Associate | Corporate | $240.00 | 83.4 | $20,016.00 |
| Michael Cryran | Associate | Litigation | $275.00 | 2.1 | $577.50 |
| Eric Bono | Associate | Litigation | $175.00 | 1.0 | $175.00 |
| Keith Trammell | Associate | Corporate | $185.00 | 109.2 | $20,202.00 |

| Douglas Wall | Associate | Corporate | $185.00 | 39.3 | $7,270.50 |
|---|---|---|---|---|---|
| Bradford Dempsey | Associate | Bankruptcy | $200.00 | 16.5 | $3,300.00 |
| Gino Maurelli | Associate | Litigation | $225.00 | 19.1 | $4,297.50 |
| Allison Crist | Associate | Corporate | $175.00 | 266.1 | $46,567.50 |
| Matthew J. Ochs | Associate | Bankruptcy | $180.00 | 123.7 | $22,266.00 |
| Michael Higuera | Associate | Corporate | $175.00 | 76.2 | $13,335.00 |
| Constance Rogers | Associate | Corporate | $225.00 | 23.1 | $5,197.50 |
| M. Carla Latuda | Paralegal | Environmental | $125.00 | 363.8 | $45,475.00 |
| Joan M. Sherman | Paralegal | Environmental | $125.00 | 654.7 | $81,837.50 |
| Natalie K. Aberle | Paralegal | Environmental | $110.00 | 600.7 | $66,077.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 250.8 | $21,318.00 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 74.1 | $7,780.50 |
| Ann Carroll | Paralegal | Environmental | $125.00 | 550.6 | $68,825.00 |
| Karen Kinnear | Paralegal | Litigation | $125.00 | 229.4 | $28,675.00 |
| Paula Stacey | Paralegal | Environmental | $125.00 | 315.6 | $39,450.00 |
| Dyan Davidson | Paralegal | Environmental | $110.00 | 118.4 | $13,024.00 |
| Heather Biaggne | Paralegal | Corporate | $125.00 | 6.0 | $750.00 |
| Nancy Dickert | Paralegal | Corporate | $125.00 | 10.3 | $1,287.50 |
| Angela Herceglic | Paralegal | Environmental | $100.00 | 300.8 | $30,080.00 |
| Stephanie Cheeks | Paralegal | Litigation | $60.00 | 54.5 | $3,270.00 |
| Deborah Duffus | Paralegal | Litigation | $60.00 | 413.4 | $24,804.00 |
| Faye Proctor | Paralegal | Environmental | $70.00 | 129.15 | $9,040.50 |
| Lisa Martel | Paralegal | Litigation | $60.00 | 231.2 | $13,872.00 |
| Corina Aschenbrenner | Paralegal | Environmental | $125.00 | 77.2 | $9,650.00 |
| Trista Giunta Merz | Paralegal | Litigation | $60.00 | 36.0 | $2,160.00 |
| Donna Thede | Doc. Mngr. | Environmental | $30.00 | 26.4 | $792.00 |
| Lorrie Simpson | Paralegal | Litigation | $60.00 | 18.0 | $1,080.00 |
| Cathy Bowne | Fileroom | Litigation | $75.00 | 3.0 | $225.00 |
| Lisa Fante | Paralegal | Environmental | $60.00 | 77.0 | $4,620.00 |
| Russell Harris | Paralegal | Environmental | $60.00 | 72.0 | $4,320.00 |
| Ina Machuca | Paralegal | Environmental | $60.00 | 45.0 | $2,700.00 |

| Mayeli Ramierez | Paralegal | Environmental | $60.00 | 71.8 | $4,308.00 |
| --- | --- | --- | --- | --- | --- |
| Jennifer Howard | Law Clerk | Litigation | $140.00 | 26.6 | $3,724.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 314.2 | $28,278.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 246.6 | $27,126.00 |
| Williams Payne | Info. Spec. | Environmental | $85.00 | 62.0 | $5,270.00 |
| **TOTAL** | | | | **10784.15** | **$2,002,888.50** |