# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---|
| Parking | $62.00 |
| Photocopies | $22,578.30 |
| Facsimiles | $1,050.00 |
| Long Distance Telephone | $1,094.50 |
| Outside Courier | $3,418.73 |
| Travel Expense | $35,077.20 |
| Lexis | $49,289.58 |
| Westlaw | $1,561.82 |
| Outside Reproduction | $77.19 |
| Meal Expenses | $2,054.05 |
| Tab Stock | $92.95 |
| Overtime | $28,515.02 |
| Other Expenses | $1,310.32 |
| Velo Binding | $47.00 |
| Oversize/Map Charge | $40.00 |
| Temporary Staffing | $6,174.95 |
| Color Copies | $592.15 |
| Administration | $75.00 |
| Postage | $43.40 |
| Professional Billable Services | $2,019.50 |
| Medical Reports | $29.00 |
| Research Services | $19.74 |
| **TOTALS** | **$155,222.40** |