# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE



| | |
|---|---|
| In re: W.R. GRACE & CO., INC., <br><br> Debtor, | Case No.: 01-01139 <br> Chapter 11 <br><br> Date of Petition: 04/02/2001 |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

1. Name of Creditor: Richard N. Sukenik

2. Name and address where notices should be sent: Richard N. Sukenik

    P.O. Box 33207, Palm Beach Gardens, Florida 33420-3207

3. Specific debtor against whom the claim is asserted: W.R. Grace & Co., Inc.

4. Basis for claim: Indemnification pursuant to Article VI of the by-laws of W.R. Grace & Co., Inc. (see Exhibit A.)

5. Date claim incurred: July 13, 2001 - present

6. Amount of claim: As of December 31, 2002, $ 22,615.64. Additional expenses shall be incurred. Creditor reserves the right to amend and supplement this claim as additional amounts become due. (see invoices attached as Exhibit B)

7. Credits: The amount of all payments on this claim have been credited and deducted for the purpose of making this claim.


DATED: February 3, 2003          Respectfully submitted,

                                 By _____
                                    Richard N. Sukenik

NY 340812 v1
2/3/03 1:36 PM (37301.0003)