# GORDON ALTMAN BUTOWSKY WEITZEN SHALOV & WEIN

TELEPHONE: (212) 626-0800
TELECOPIER: (212) 626-0799

114 WEST 47TH STREET
NEW YORK, N.Y. 10036-1510

WRITER'S DIRECT DIAL NUMBER
(212) 626-0850

MARJORIE SYBUL ADAMS
THEODORE ALTMAN
JORDAN L. BLEZNICK
DAVID M. BUTOWSKY, P.C.
RONALD M. FEIMAN
RAYMOND S. FERSKO
JEFFREY M. GUSSOFF
STEPHEN A. HELMAN
RICHARD M. HERVEY
PAUL RICHARD KARAN
JONATHAN KLEIN
IRVING H. PICARD

BONNIE D. PODOLSKY
ELLIS L. REEMER
MICHAEL B. REUBEN
DOUGLAS S. RICH
VICTOR J. ROCCO
KEITH L. SCHAITKIN
BARRY D. SHALOV
STUART M. STRAUSS
BRUCE J. WEIN
MARC WEITZEN
LAWRENCE J. ZWEIFACH

OF COUNSEL

JILL L. COBERT
CLIFFORD S. DICKSON
DANIEL A. ETNA
C. LEONARD GORDON

DENNIS H. GREENWALD
ANDREW N. HEINE, P.C.
JAVIER HERNANDEZ

SAMUEL L. BARKIN
BRIAN G. KELLEROSE
DENNIS M. BRESNAN
ESTHER BERKOWITZ CABALLERO
IAN E. CELECIA
ANDREW H. CHARLES
PENELOPE E. CODRINGTON
COLIN E. DAGGETT
DIANA L. DRUBEN
MELINDA B. FELLNER
DAVID L. FRANKEL
JEFFREY S. GERON
KARYN B. GOLDFARB
INNES GUMNITSKY
DAVID HAHN
JON D. KAPLON
HOWARD S. KOH
SARA KRAUSS

* ADMITTED IN MA ONLY
▲ ADMITTED IN MN ONLY

JESSE A. LYNN*
JILL S. MONOSON
CARIN F. MUHLBAUM
SELVA F. OZELLI*
STEPHANIE E. PAULOS
BRYNN D. PELTZ
STACEY S. REYNOLDS
BONNY B. ROZZO
HOLLY G. RUSSELL
ERIC D. SACKS
MARJORIE R. SCHAEFFER
GEORGE M. SILFEN
OLGA STAMMLER
LISA A. STANCATI
CANTESI L. TIGGS
GEORGE VUOSO
ADRIENNE M. WARD
SONYA WITT

September 11, 1997

**PRIVILEGED AND CONFIDENTIAL**

Mr. Richard N. Sukenik
P.O. Box 81-1869
Boca Raton, FL 33481

Re:   <u>INDEMNIFICATION AGREEMENT</u>

Dear Dick:

Although Mr. Beber did receive a copy of your indemnification agreement from us, he wants to receive another original, executed version of the agreement. (He can't locate the original agreement which we sent to him.) I have enclosed a copy of Mr. Beber's August 19, 1997 letter to me, which makes this request. Also, I have enclosed another original agreement.

Please execute the agreement, date it "as of 3/24/97" (the date you and I signed the initial agreement), and send it directly to Mr. Beber. Please keep one copy and send me a copy.

Do not hesitate to call me if you have any questions.

Sincerely,

Lawrence J. Zweifach

LJZ/ljz

Robert H. Beber
Executive Vice President and
General Counsel

**GRACE**

W. R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486-1010

(561) 362-1959
Fax: (561) 362-1970

March 12, 1997

Confidential

Mr. Richard Sukenik
P. O. Box 81-1869
Boca Raton, FL  33481-4869

Dear Dick:

Re:    Indemnification

This will confirm that W. R. Grace & Co. ("Grace") will defend and indemnify you in accordance with the provisions of Article VI of its by-laws in connection with the pending Miami District Office of the SEC investigation. I understand that the law firm of Gordon Altman Butowsky Weitzen Shalov & Wein ("Gordon Altman Butowsky") has been retained to represent you in the subject proceeding.

Pursuant to this agreement, Grace will pay promptly upon request the reasonable expenses, including attorneys' fees, incurred by you or on your behalf in the defense of the investigation through its final conclusion. In this regard, we understand that Gordon Altman Butowsky, subject to the approval of Grace, may seek to retain a consultant to assist in your representation. In the event that it is finally, judicially determined pursuant to the provisions of the Delaware General Corporation Law that you are not entitled to indemnification, you agree to repay the amounts advanced by Grace on your behalf.

You shall, during the period in which Grace is providing you with a defense in accordance with the provisions of this letter, fully cooperate in the defense of the investigation. Grace, in turn, will fully cooperate with you.

This undertaking by Grace does not constitute an acknowledgment or agreement by Grace that your conduct was within or outside the scope of your duties as an officer and/or director of Grace or that the conduct in the performance of your duties was not wrongful.

-2-

No provision of this letter may be modified, waived or discharged unless such modification, waiver or discharge is agreed to in writing and signed by you and an authorized representative of Grace. The terms of this letter shall be governed by the laws of the State of Delaware. This agreement shall be in addition to and shall not modify or supersede any arrangements or undertakings that you may have with Grace relating to any other matter, including, without limitation, any arrangements or understanding concerning any other lawsuit or claim.

By signing the acknowledgment appearing at the end of this letter, you confirm that this letter is in accordance with your understanding of how you and Grace will proceed in connection with the defense of the investigation. Please sign and date the enclosed copy of this letter and have your signature witnessed as provided below, and return the fully signed copy of this letter to me. You should also keep a fully signed copy of this letter for your file. Please do not hesitate to contact either me or Bob Lamm if you have any questions or comments concerning this matter.

Sincerely,

Enclosure

cc: R. B. Lamm
    R. S. Strange
    M. Wolinsky
    D. Butowsky

AGREED AND ACCEPTED

_____
Richard Sukenik

Dated: as of 3/24/97

WITNESS:

_____

Dated: as of 3/24/97

# GORDON ALTMAN BUTOWSKY WEITZEN SHALOV & WEIN

TELEPHONE: (212) 626-0800
TELECOPIER: (212) 626-0799

114 WEST 47TH STREET
NEW YORK, N.Y. 10036-1510

WRITER'S DIRECT DIAL NUMBER
(212) 626-0892

MARJORIE SYBUL ADAMS
THEODORE ALTMAN
JORDAN L. BLEZNICK
DAVID M. BUTOWSKY, P.C.
RONALD M. FEIMAN
RAYMOND S. FERSKO
JEFFREY M. GUSSOFF
STEPHEN A. HELMAN
RICHARD M. HERVEY
PAUL RICHARD KARAN
JONATHAN KLEIN
IRVING H. PICARD

RONNIE D. PODOLSKY
ELLIS L. REEMER
MICHAEL B. REUBEN
DOUGLAS S. RICH
VICTOR J. ROCCO
KEITH L. SCHAITKIN
HARRY D. SHALOV
STUART M. STRAUSS
BRUCE J. WEIN
MARC WEITZEN
LAWRENCE J. ZWEIFACH

SAMUEL T. BARKIN
BRIAN G. BELLEROSE
DENNIS M. BRESNAN
ESTHER BERKOWITZ CABALLERO
ANDREW H. CHARLES
PENELOPE C. CODRINGTON
CORI E. DAGGETT
CLIFFORD S. DICKSON
DIANA L. ERBSEN
DAVID L. FRANKEL
JEFFREY S. GURON
KAREN B. GOLDFARB
INNES GUMNITSKY
DAVID HAHN
JON D. KAPLON
HOWARD S. KOH
SARA KRAUSS

JILL S. MONOSON
CARIN F. MUHLBAUM
SILVA F. OZELLI*
STEPHANIE F. PAULOS
BRYNN D. PELTZ
STACEY S. REYNOLDS
BONNY B. ROZZO
HOLLY G. RUSSELL
ERIC D. SACKS
MARJORIE R. SCHAEFFER
GEORGE M SILFEN
OLGA STAMPLER
LISA A. STANCATI
CANTESI L. TIGGS
GEORGE VUOSO
ADRIENNE M. WARD
SONYA WITT

* ADMITTED IN MN ONLY

OF COUNSEL

JILL I. COHEN
DANIEL A. ETNA
C. LEONARD GORDON

DENNIS H. GREENWALD
ANDREW N. HEINE, P.C.
JAVIER HERNANDEZ

July 17, 1997

Mr. Richard N. Sukenik
P.O. Box 81-1869
Boca Raton, FL 33481

Re:   SEC Reserve Investigation
      In re W.R. Grace & Co. (A-1507)

Dear Dick:

Enclosed please find the original indemnification agreement, dated March 12, 1997, for your records.

Very truly yours,

Erika Gorrin
Law Clerk

cc:  Larry Zweifach, Esq.

**GRACE**

Robert H. Beber
Executive Vice President and
General Counsel

W. R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486-1010

(407) 362-1959
Fax: (407) 362-1970

March 12, 1997

<u>Confidential</u>

Mr. Richard Sukenik
P. O. Box 81-1869
Boca Raton, FL 33481-4869

Dear Dick:

Re:   <u>Indemnification</u>

This will confirm that W. R. Grace & Co. ("Grace") will defend and indemnify you in accordance with the provisions of Article VI of its by-laws in connection with the pending Miami District Office of the SEC investigation. I understand that the law firm of Gordon Altman Butowsky Weitzen Shalov & Wein ("Gordon Altman Butowsky") has been retained to represent you in the subject proceeding.

Pursuant to this agreement, Grace will pay promptly upon request the reasonable expenses, including attorneys' fees, incurred by you or on your behalf in the defense of the investigation through its final conclusion. In this regard, we understand that Gordon Altman Butowsky, subject to the approval of Grace, may seek to retain a consultant to assist in your representation. In the event that it is finally, judicially determined pursuant to the provisions of the Delaware General Corporation Law that you are not entitled to indemnification, you agree to repay the amounts advanced by Grace on your behalf.

You shall, during the period in which Grace is providing you with a defense in accordance with the provisions of this letter, fully cooperate in the defense of the investigation. Grace, in turn, will fully cooperate with you.

This undertaking by Grace does not constitute an acknowledgment or agreement by Grace that your conduct was within or outside the scope of your duties as an officer and/or director of Grace or that the conduct in the performance of your duties was not wrongful.

-2-

No provision of this letter may be modified, waived or discharged unless such modification, waiver or discharge is agreed to in writing and signed by you and an authorized representative of Grace. The terms of this letter shall be governed by the laws of the State of Delaware. This agreement shall be in addition to and shall not modify or supersede any arrangements or undertakings that you may have with Grace relating to any other matter, including, without limitation, any arrangements or understanding concerning any other lawsuit or claim.

By signing the acknowledgment appearing at the end of this letter, you confirm that this letter is in accordance with your understanding of how you and Grace will proceed in connection with the defense of the investigation. Please sign and date the enclosed copy of this letter and have your signature witnessed as provided below, and return the fully signed copy of this letter to me. You should also keep a fully signed copy of this letter for your file. Please do not hesitate to contact either me or Bob Lamm if you have any questions or comments concerning this matter.

Sincerely,

Enclosure

cc:   R. B. Lamm
      R. S. Strange
      M. Wolinsky
      D. Butowsky

AGREED AND ACCEPTED

_____
Richard Sukenik

Dated: 3/24/97

-3-

WITNESS:

*[signature]*

Dated: 3/24/97