W.R. Grace & Co. Indemnification Due Recap (Due to Richard N. Sukenik) — Exhibit B pg. 1 of 19

|  |  | Inv. Number | Date | Amt | Comments | Paid Date | Ck # |
|---|---|---|---|---|---|---|---|
| (1) | 2001 | 34352 | 7/13/01 | $ 140.24 | Swidler Berlin | 08/23/01 | 874 |
| (2) |  | 1000886 | 6/22/01 | 2,313.30 |  | 10/01/01 | 900 |
| (3) |  | 10005258 | 7/23/01 | 1,520.49 |  | 10/01/01 | 900 |
| (4) |  | 10012169 | 08/31/01 | 703.50 | Replaces ck.#922 | 12/12/01 | 948 |
| (5) | 2002 | 10025751 | 12/13/01 | 690.75 |  | 01/28/02 | 986 |
| (6) |  | 10025752 | 12/18/01 | 393.05 | AICPA review | 03/12/02 | 1010 |
| (7) |  | 10203806 | 01/31/02 | 200.40 |  | 03/12/02 | 1010 |
| (8) |  | 10207622 | 02/28/02 | 386.20 |  | 04/15/02 | 1033 |
| (9) |  | 10215836 | 04/29/02 | 220.00 | Tel. w/Mr. Hofner | 06/04/02 | 1064 |
| (10) |  | 10219927 | 05/31/02 | 275.60 | Tel. w/Mr. Jossen | 07/02/02 | 1082 |
| (11) |  | 10226632 | 07/25/02 | 288.35 | Tel. w/Mr. Walpin | 08/06/02 | 1103 |
| (12) |  | 10231192 | 08/23/02 | 3,753.71 | SEC Disc/CPA Lic | 10/01/02 | 1132 |
| (13) |  | 10233000 | 09/16/02 | 3,047.81 | SEC Settlement | 10/22/02 | 1146 |
| (14) |  | 10237228 | 10/14/02 | 1,323.96 | SEC Settlement | 11/01/02 | 1156 |
| (15) |  | 10243544 | 11/20/02 | 3,356.41 | SEC Settlement | 12/20/02 | 1178 |
| (16) |  | 10246184 | 12/11/02 | 1,240.87 | SEC Settlement | 12/30/02 | 1184 |
| (17) |  | 10248731 | 01/08/03 | 2,695.11 | SEC Settlement | By 3/1/03 |  |
| (18) |  | 10248729 | 01/08/03 | 170.00 | AICPA review | By 3/1/03 |  |

Total   $ 22,719.75

RNS-2/4/03/Heller.xls



August 15, 2001

*Via U.S. Mail*

Lawrence J. Zweifach
lzweifach@hewm.com
(212) 847-8762
Main (212) 832-8300
Fax (212) 832-3353

Mr. Richard N. Sukenik
P.O. Box 33207
Palm Beach Gardens, Florida 33420

Re:   **Jean-Paul Bolduc, et al. v. W.R. Grace & Co.**

Dear Dick:

    I have enclosed an invoice for the work performed in the above-referenced matter by our bankruptcy counsel in Delaware. Please send a check in the sum of $140.24 payable to Swidler Berlin Shereff Friedman, LLP, to the attention of David Hoffner, Esq. at that firm.

Very truly yours,

Lawrence J. Zweifach

Enclosure
cc:   Samuel L. Barkin, Esq.

302862 v01.NY (6H_%01!.DOC)
8/15/01 3:23 PM (37301.0001)

Heller Ehrman White & McAuliffe LLP   711 Fifth Avenue   New York, NY   10022-3194   www.hewm.com

New York   Washington D.C.   Montgomery Co., MD   Madison, WI   San Francisco   Silicon Valley   Los Angeles   San Diego   Seattle   Portland   Anchorage
Hong Kong   Singapore     *Affiliated Offices:*   Frankfurt   Milan   Paris   Rome

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
711 Fifth Avenue
New York, NY 10022-3194

Telephone 212.832.8300
Facsimile 212.832.3353

Tax I D # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number 10000886

Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

June 22, 2001

## REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter: Grace CMS# 96-05438, SEC Reserve Investigation, In re W.R. Grace & Co. (A-1507)
Our Matter #: 37301-0001

| | |
|---|---:|
| Fees for Professional Services | $ 2,294.00 |
| Disbursements | $ 19.30 |
| Total (Net) Current Billing (Inv. 10000886) | $ 2,313.30 |
| Previous Balance Due | $ 1,512.75 |
| Total Due | $ 3,826.05 |

Affiliated Carnelutti Offices: Milan  Rome  Paris  Padua  Naples

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
711 Fifth Avenue
New York, NY 10022-3194

Telephone 212.832.8300
Facsimile 212.832.3353

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10005258

Robert H. Berber, Esq.
Legal Department
W.R. Grace & Co.
One Town Center
Boca Raton, FL 33486

July 23, 2001

## REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter: Grace CMS# 96-05438, SEC Reserve Investigation, In re W.R. Grace & Co. (A-1507)
Our Matter #: 37301-0001

| | |
|---|---|
| Fees for Professional Services | $ 1,502.50 |
| Disbursements | $ 17.99 |
| Total (Net) Current Billing (Inv. 10005258) | $ 1,520.49 |
| Previous Balance Due | $ 3,826.05 |
| Total Due | $ 5,346.54 |

Affiliated Carnelutti Offices: Milan  Rome  Paris  Padua  Naples

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
711 Fifth Avenue
New York, NY 10022 3194

Telephone 212.832.8300
Facsimile 212.832.3353

Invoice Number  10012169

Page 2

| | |
|---|---:|
| Telephone Expense | 12.46 |
| Total Disbursements............................................................. $ | 21.00 |
| Total for this Matter ............................................................. $ | 703.50 |

### Matter Summary

| | | |
|---|---|---:|
| Fees for Professional Services ........................................................ | $ | 682.50 |
| Disbursements................................................................................ | $ | 21.00 |
| Total (Net) Current Billing (Inv. 10012169) ................................. | $ | 703.50 |
| Balance Outstanding – Inv.   108510   Dated 03/19/01 | | 1,512.75 |
| Balance Outstanding – Inv.   10000886   Dated 06/22/01 | | 2,313.30 |
| Balance Outstanding – Inv.   10005258   Dated 07/23/01 | | 1,520.49 |
| Total Due ..................................................................................... | $ | 6,050.04 |

### Aging of Accounts Receivable

| Current | 31 to 60 Days | 61 to 90 Days | 91 to 120 Days | Over 120 Days | Total Due |
|---|---|---|---|---|---|
| 703.50 | 1,520.49 | 2,313.30 | 0.00 | 1,512.75 | 6,050.04 |

Affiliated Carnelutti Offices:  Milan  Rome  Paris  Padua  Naples

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
        charge of .83% per month.

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10025751

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

December 13, 2001

## REMITTANCE COPY

## PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:         Grace CMS# 96-05438, SEC Reserve Investigation, In re W.R. Grace & Co. (A-1507)
Our Matter #:   37301-0001

| | |
|---|---|
| Fees for Professional Services | $   634.50 |
| Disbursements | $    56.25 |
| Total (Net) Current Billing (Inv. 10025751) | $   690.75 |
| Previous Balance Due | $ 2,216.25 |
| Total Due | $ 2,907.00 |

*(handwritten: CK# 986  1/28/02)*

Affiliated Offices: Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# Heller Ehrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP  
333 Bush Street  
San Francisco, CA 94104-2878  

Telephone 415.772.6000  
Facsimile 415.772.6268  

Tax I.D. # 94-1217308  
Please Remit Payment To:  
File No. 73536  
P.O. Box 60000  
San Francisco, CA 94160-3536  

Invoice Number  P-7

L J Zweifach

Mr. Richard Sukenik  
P.O. Box 33207  
Palm Beach Gardens, FL 33420  

January 14, 2002

> Our records indicate that at least a portion of your account is past due. If you have questions concerning this statement, please call (415) 772-6311 or outside the San Francisco Bay Area please call 1-800-877-5922.

## STATEMENT OF ACCOUNT

Prior billings on Matter# 37301.0002  
Matter: Rep. of R. Sukenik, CPA in connection with investigation by AICPA, et ano.

| Invoice Date | Invoice Number | Invoice Amount | Payments and Credits (1) | Invoice Balance Due |
|---|---|---|---|---|
| 12/18/01 | 10025752 | 393.05 | 0.00 | 393.05 |
|  |  | Total For this Matter | $ | 393.05 |

(1) Includes Payments through January 13, 2002.

---

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:** Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I D # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number
10203806

p 8

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

January 31, 2002

## REMITTANCE COPY

---

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

---

Matter:    Grace CMS# 96-05438, SEC Reserve Investigation, In re W.R. Grace & Co. (A-1507)
Our Matter #:    37301-0001

| | |
|---|---|
| Fees for Professional Services | $ 200.00 |
| Disbursements | $ 0.40 |
| Total (Net) Current Billing (Inv. 10203806) | $ 200.40 |
| ~~Previous Balance Due~~  *Paid or not owed by me!* | $ ~~2,203.50~~ |
| ~~Total Due~~ | $ ~~2,403.90~~ |

→ *Correct your account!*

---

Affiliated Offices: Frankfurt Milan Paris Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

**HellerEhrman**
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number
10207622

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

February 28, 2002

### REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:  Grace CMS# 96-05438, SEC Reserve Investigation, In re W.R. Grace & Co. (A-1507)
Our Matter #:  37301-0001

| | |
|---|---|
| Fees for Professional Services | $ 385.00 |
| Disbursements | $ 1.20 |
| Total (Net) Current Billing (Inv. 10207622) ~ not owed by me | $ 386.20 |
| Previous Balance Due | $ 1,713.15 |
| Total Due | $ 2,099.35 |

Affiliated Offices: Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please Indicate our Invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:** Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

**HellerEhrman**
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10215836

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

April 29, 2002

## REMITTANCE COPY

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:   Grace CMS# 96-05438, SEC Reserve Investigation, In re W.R. Grace & Co. (A-1507)
Our Matter #:   37301-0001

| | |
|---|---|
| Fees for Professional Services | $ 220.00 |
| Disbursements | $ 0.00 |
| Total (Net) Current Billing (Inv. 10215836) | $ 220.00 |

Pd # 6/4/02
1064

Affiliated Offices:  Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our Invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number   10219927

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

May 31, 2002

## REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:          Grace CMS# 96-05438, SEC Reserve Investigation, In re W.R. Grace & Co. (A-1507)
Our Matter #:   37301-0001

|  |  |
|---|---|
| Fees for Professional Services | $ 275.00 |
| Disbursements | $ 0.60 |
| **Total (Net) Current Billing (Inv. 10219927)** | **$ 275.60** |

# 1082
7/2/02

Affiliated Offices: Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10226632

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

July 25, 2002

## REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:        SEC Enforcement Action
Our Matter #:  37301-0003

| | |
|---|---|
| Fees for Professional Services ......................................... $ | 275.00 |
| Disbursements ................................................................ $ | 13.85 |
| Total (Net) Current Billing (Inv. 10226632)   $ | 288.85 |
| Total Due ........................................................................ $ | 288.85 |

Affiliated Offices:  Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

**TERMS:** Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10231192

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

August 23, 2002

## REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter: SEC Enforcement Action
Our Matter #: 37301-0003

| | |
|---|---|
| Fees for Professional Services | $ 3,750.00 |
| Disbursements | $ 3.71 |
| Total (Net) Current Billing (Inv. 10231192) | $ 3,753.71 |
| Total Due | $ 3,753.71 |

#1132
10/1/02

Affiliated Offices: Frankfurt Milan Paris Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10233000

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

September 16, 2002

## REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:         SEC Enforcement Action
Our Matter #:   37301-0003

| | |
|---|---|
| Fees for Professional Services | $ 2,822.00 |
| Disbursements | $ 225.81 |
| Total (Net) Current Billing (Inv. 10233000)  *CK# 1146 10/24/02* | $ 3,047.81 |
| Previous Balance Due ... *paid 3,753 71/100 8/23/02 CK# 1133* | $ ~~3,753.71~~ |
| Total Due | $ ~~6,801.52~~ |

Affiliated Offices:  Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment
         charge of .83% per month.

# HellerEhrman

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308
Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10237228

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

October 14, 2002

## REMITTANCE COPY

---

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

---

Matter:           SEC Enforcement Action
Our Matter #:     37301-0003

| | |
|---|---|
| Fees for Professional Services | $ 1,317.50 |
| Disbursements | $ 6.46 |
| Total (Net) Current Billing (Inv. 10237228) | $ 1,323.96 |
| Previous Balance Due.. *paid 10/22/02 ck# 1146* | $ ~~3,047.81~~ |
| Total Due | $ ~~4,371.77~~ |

*ck# 1156*
*11/1/02*

Affiliated Offices: Frankfurt Milan Paris Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308
Please Remit Payment To:
File No 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number    10243544

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

November 20, 2002

## REMITTANCE COPY

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:            SEC Enforcement Action
Our Matter #:      37301-0003

| | |
|---|---|
| Fees for Professional Services | $ 3,353.00 |
| Disbursements | $ 3.41 |
| Total (Net) Current Billing (Inv. 10243544) | $ 3,356.41 |
| Total Due | $ 3,356.41 |

Pd 12/23/02
1F 1178

Affiliated Offices: Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS:  Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# Heller Ehrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number   10246184

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

December 11, 2002

## REMITTANCE COPY

### PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter: SEC Enforcement Action
Our Matter #: 37301-0003

| | |
|---|---|
| Fees for Professional Services | $ 1,196.00 |
| Disbursements | $ 44.87 |
| Total (Net) Current Billing (Inv. 10246184) | $ 1,240.87 |
| Previous Balance Due | $ 3,356.41 |
| Total Due | $ 4,597.28 |

*[handwritten: Pd 12/23/02 # 1178]*
*[handwritten: Pd 12/31/02 # 1184]*

Affiliated Offices: Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

**Heller Ehrman**
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10248731

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

January 8, 2003

### REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:           SEC Enforcement Action
Our Matter #:  37301-0003

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,682.00 |
| Disbursements | $ | 13.11 |
| Total (Net) Current Billing (Inv. 10248731) | $ | 2,695.11 |
| Total Due | $ | 2,695.11 |

Affiliated Offices: Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.

# HellerEhrman
ATTORNEYS

Heller Ehrman White & McAuliffe LLP
120 West 45th Street
New York, NY 10036-4041

Telephone 212.832.8300
Facsimile 212.763.7600

Tax I.D. # 94-1217308

Please Remit Payment To:
File No. 73536
P.O. Box 60000
San Francisco, CA 94160-3536

Invoice Number  10248729

Mr. Richard Sukenik
P.O. Box 33207
Palm Beach Gardens, FL 33420

January 8, 2003

## REMITTANCE COPY

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

Matter:         Rep. of R. Sukenik, CPA in connection with investigation by AICPA, et ano.
Our Matter #:   37301-0002

| | |
|---|---|
| Fees for Professional Services | $ 168.00 |
| Disbursements | $ 2.00 |
| Total (Net) Current Billing (Inv. 10248729) | $ 170.00 |
| Total Due | $ 170.00 |

Affiliated Offices: Frankfurt  Milan  Paris  Rome

Payment by wire transfer to our account as follows: Bank of America / San Francisco Regional Commercial Banking Office 1499
ABA Routing: 121000358 / Account No.: 14992-03552 / Reference: Please indicate our invoice number or client number for proper credit

This statement may not include disbursements and other charges incurred during the period shown but not yet reflected on our accounting records.

TERMS: Payments due upon receipt. Unless otherwise agreed, any amounts not paid within 30 days will be subject to a late payment charge of .83% per month.