**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**December 2002**

| Timekeeper Name | Title | Years with Firm | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 30 | 682 | 12.20 | 8,320 |
| Joseph Divito | GRMS Partner | 15 | 767 | 0.50 | 384 |
| Thomas Kalinosky | GRMS Senior Manager | | 639 | 3.50 | 2,237 |
| Craig Cleaver | GRMS Manager | 5 | 474 | 10.00 | 4,740 |
| Alexandre Rossin | GSRM Senior Associate | | 426 | 3.00 | 1,278 |
| Maureen Driscoll | GRMS Senior Associate | 4 | 389 | 48.00 | 18,672 |
| Daniel Weir | GRMS Associate | 1 | 261 | 48.50 | 12,659 |
| Dave Ryan | Audit Senior Manager | | 522 | 4.00 | 2,088 |
| Francis Schlosser | Audit Manager | 7 | 470 | 3.70 | 1,739 |
| Sandra David | Audit Manager | 6 | 447 | 10.00 | 4,470 |
| Jason Natt | Audit Manager | 6 | 447 | 62.00 | 27,714 |
| Yann Siraudin | Audit Manager | 5 | 554 | 2.00 | 1,108 |
| Cheryl Frick | Audit Senior Associate | 4 | 314 | 94.20 | 29,579 |
| Nina Govic | Audit Senior Associate | 3 | 273 | 110.00 | 30,030 |
| Cynthia Unger | Audit Senior Associate | | 340 | 3.00 | 1,020 |
| James Nichols | Audit Senior Associate | | 469 | 2.00 | 938 |
| Jiaxing Wu | Audit Senior Associate | | 469 | 20.00 | 9,380 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 320 | 2.00 | 640 |
| Renee Anderson | Audit Associate | 2 | 235 | 26.00 | 6,110 |
| Aimee Stickley | Audit Associate | 2 | 213 | 78.60 | 16,742 |
| Jeffrey Zartman | Audit Associate | 2 | 213 | 65.20 | 13,888 |
| Maureen Yeager | Audit Associate | 1 | 185 | 109.50 | 20,258 |
| Whitney Morgan | Audit Associate | 1 | 180 | 10.00 | 1,800 |
| Christine Turner | Audit Associate | 1 | 315 | 8.00 | 2,520 |
| Jafet Pabon | Audit Associate | 1 | 185 | 8.00 | 1,480 |
| Stacy Clark | Audit Associate | 1 | 235 | 1.50 | 353 |
| Scott Tremble | Audit Associate | 1 | 181 | 1.00 | 181 |
| Elizabeth Coyle | Administrative Assistant | | 112 | 0.50 | 56 |
| | | | | | |
| | Total at Standard Rate | | | 746.90 | $220,381.10 |
| | 45 % Accrual Rate Adjustment | | | | ($121,209.61) |
| | Total at 45% Accrual Rate | | | | $ 99,171.50 |

{MCM7055.DOC}

## Summary of PwC's Fees By Project Category:
## December 2002

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **746.9** | **$ 99,171.50** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **746.9** | **$ 99,171.50** |

{MCM7055.DOC}

**Expense Summary**
**December 2002**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| **Transportation** | N/A | $1,800.43 |
| **Lodging** | N/A | $1,692.06 |
| **Sundry** | N/A | $175.19 |
| **Business Meals** | N/A | $274.09 |
| **TOTAL:** | | $3,941.77 |

{MCM7055.DOC}