**Professional Profiles**

| Name of Professional | Position with the Firm | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Larry Farmer | Audit Partner | 682 | 12.20 | $ 8,320.40 |
| Joseph Divito | GRMS Partner | 767 | 0.50 | $ 383.50 |
| Thomas Kalinosky | GHRS Senior Manager | 639 | 3.50 | $ 2,236.50 |
| Craig Cleaver | GRMS Manager | 474 | 10.00 | $ 4,740.00 |
| Alexandre Rossin | GHRS Manager | 426 | 3.00 | $ 1,278.00 |
| Maureen Driscoll | GRMS Senior Associate | 389 | 48.00 | $ 18,672.00 |
| Daniel Weir | GRMS Associate | 261 | 48.50 | $ 12,658.50 |
| Dave Ryan | Audit Senior Manager | 522 | 4.00 | $ 2,088.00 |
| Francis Schlosser | Audit Manager | 470 | 3.70 | $ 1,739.00 |
| Sandra David | Audit Manager | 447 | 10.00 | $ 4,470.00 |
| Jason Natt | Audit Manager | 447 | 62.00 | $ 27,714.00 |
| Yann Siraudin | Audit Manager | 554 | 2.00 | $ 1,108.00 |
| Cheryl Frick | Audit Senior Associate | 314 | 94.20 | $ 29,578.80 |
| Nina Govic | Audit Senior Associate | 273 | 110.00 | $ 30,030.00 |
| Cynthia Unger | Audit Senior Associate | 340 | 3.00 | $ 1,020.00 |
| James Nichols | Audit Senior Associate | 469 | 2.00 | $ 938.00 |
| Jiaxing Wu | Audit Senior Associate | 469 | 20.00 | $ 9,380.00 |
| Jonelle Lippolis | Audit Senior Associate | 320 | 2.00 | $ 640.00 |
| Renee Anderson | Audit Associate | 235 | 26.00 | $ 6,110.00 |
| Aimee Stickley | Audit Associate | 213 | 78.60 | $ 16,741.80 |
| Jeffrey Zartman | Audit Associate | 213 | 65.20 | $ 13,887.60 |
| Maureen Yeager | Audit Associate | 185 | 109.50 | $ 20,257.50 |
| Whitney Morgan | Audit Associate | 180 | 10.00 | $ 1,800.00 |
| Christine Turner | Audit Associate | 315 | 8.00 | $ 2,520.00 |
| Jafet Pabon | Audit Associate | 185 | 8.00 | $ 1,480.00 |
| Stacy Clark | Audit Associate | 235 | 1.50 | $ 352.50 |
| Scott Tremble | Audit Associate | 181 | 1.00 | $ 181.00 |
| Elizabeth Coyle | Administrative Assistant | 112 | 0.50 | $ 56.00 |
| | *TOTALS* | | 746.90 | $ 220,381.10 |

|  |  |  |
|---|---|---|
| Total at Standard Rate | 746.90 | $ 220,381 |
| 45 % Accrual Rate Adjustment | | $ (121,210) |
| Total at 45% Accrual Rate | | $ 99,171 |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Larry Farmer** | | | | |
| 12/03/02 | 0.5 | Discuss Fraudulent Conveyance and Prepare for the Grace Financial Conference | 682 | 341.00 |
| **Totals** | **0.50** | | | $    **341** |
| 12/05/02 | 1.0 | Prepare for Financial Conference on 12/6/02 | 682 | 682.00 |
| **Totals** | **1.00** | | | $    **682** |
| 12/06/02 | 2.2 | Attend Financial Conference, Including Travel Time | 682 | 1,500.40 |
| **Totals** | **2.20** | | | $    **1,500** |
| 12/19/02 | 1.0 | Attend Divestiture Reserves meeting in Columbia, MD | 682 | 682.00 |
| | 0.5 | Meet with Dana Guzzo regarding GPC Internal Audit Control Work | 682 | 341.00 |
| | 0.5 | Meet with Bob Tarola, CFO | 682 | 341.00 |
| **Totals** | **2.00** | | | $    **1,364** |
| 12/20/02 | 1.0 | Discussion on telephone with Bob Tarola and Jason Natt regarding Durex (Germany) acquisition accounting | 682 | 682.00 |
| **Totals** | **1.00** | | | $    **682** |
| 12/23/02 | 1.0 | Discuss/Review October/November fee application; discuss with Jason Natt recent Libby, MT developments, fraudlent conveyence, and the settlement of Germany's acquistion accounting | 682 | 682.00 |
| **Totals** | **1.00** | | | $    **682** |
| 12/30/02 | 2.5 | Discuss various accounting issues and discussion of controls with Bob Tarola, CFO | 682 | 1,705.00 |
| | 2.0 | Meeting with Bob Tarola and Terri McClemens to Discuss 404 Reporting | 682 | 1,364.00 |
| **Totals** | **4.50** | | | $    **3,069** |
| | | **Total December Hours** | **12.20** | |
| | | Bill Rate | 682 | |
| | | **Total Billed** | **$8,320.40** | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Joseph Divito** | | | | |
| 12/04/02 | 0.5 | Review of staff work performed. | 767 | 384.00 |
| **Totals** | **0.50** | | | $          384 |

|  |  |  |
|--|--|--|
| Total December Hours | 0.50 | |
| Bill Rate | 767 | |
| **Total Billed** | **$383.50** | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Thomas Kalinosky** | | | | |
| 12/05/02 | 2.5 | WR Grace Environmental Review | 639 | 1,597.50 |
| 12/20/03 | 1.0 | WR Grace Environmental Review | 639 | 639.00 |
| **Totals** | **3.50** | | | **$ 2,237** |

| | |
|---|---|
| Total December Hours | **3.50** |
| Bill Rate | 639 |
| **Total Billed** | **$2,236.50** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Craig Cleaver** | | | | |
| 12/05/02 | 2.00 | Confernce call & notes with Jeff Hide to discuss IT organization, projects, and responsibilities | 474 | 948.00 |
| 12/06/02 | 1.00 | Review of database - 600/2200 | 474 | 474.00 |
| 12/09/02 | 0.50 | Review of database - 600/2200 | 474 | 237.00 |
| 12/09/02 | 0.50 | Evaluation of GRMS staffing to assist with Davison monitoring controls | 474 | 237.00 |
| 12/10/02 | 1.00 | Review of database - 600/2200 | 474 | 474.00 |
| 12/11/02 | 1.00 | Review of database - 600/2200 | 474 | 474.00 |
| 12/18/02 | 2.00 | Review of Server Checklist provided by Chuck Tremblay | 474 | 948.00 |
| 12/20/02 | 1.50 | Review of database - 600/2200 | 474 | 711.00 |
| 12/20/02 | 0.50 | Communication with Barb Summerson on scheduling pre-closing meetings | 474 | 237.00 |
| **Totals** | **10.00** | | | **$     4,740** |

| | | | | |
|---|---|---|---|---|
| | | Total December Hours | **10.00** | |
| | | Bill Rate | 474 | |
| | | **Total Billed** | **$4,740.00** | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Alexandre Rossin** | | | | |
| 12/16/02 | 3.0 | Environmental Review - Libby Report | 426 | 1,278.00 |
| **Totals** | **3.00** | | | $    1,278 |

| | | |
|---|---|---|
| Total December Hours | | 3.00 |
| Bill Rate | | 426 |
| **Total Billed** | | **$1,278.00** |

W. R. Grace & Co.
Time Summary Report
Month Ended December 31, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Maureen Driscoll** | | | | |
| **12/02/02** | 2.00 | Coordination of data management review of AR and Fixed assets | 389 | 778.00 |
| | 2.00 | Review database (operations) and follow up with associate | 389 | 778.00 |
| | 2.50 | Compilation of preliminary security-related observations and review with Grace contact | 389 | 972.50 |
| | 1.75 | Grace admin - scheduling meetings, timesheets, etc. | 389 | 680.75 |
| | 0.25 | Oracle security follow up | 389 | 97.25 |
| | 1.50 | Coaching D. Weir | 389 | 583.50 |
| **Totals** | **10.00** | | | **$  3,890** |
| **12/03/02** | 2.50 | Oracle security conference call / follow up | 389 | 972.50 |
| | 3.00 | Document / finalize monitoring controls- inventory, AP, AR | 389 | 1,167.00 |
| | 1.25 | Database review & follow up - SOAR security and monitoring controls | 389 | 486.25 |
| | 0.50 | Grace admin - set up timesheet for GRMS tracking | 389 | 194.50 |
| | 0.75 | SOAR monitoring controls follow up | 389 | 291.75 |
| | 1.50 | Update of PY report | 389 | 583.50 |
| | 0.50 | SAP Security | 389 | 194.50 |
| **Totals** | **10.00** | | | **$  3,890** |
| **12/04/02** | 4.00 | Payroll monitoring controls testing / follow up / documentation | 389 | 1,556.00 |
| | 1.50 | Review PY issues with associate | 389 | 583.50 |
| | 1.5 | Update report for current year | 389 | 583.50 |
| | 0.25 | Grace admin - timesheet for associate | 389 | 97.25 |
| | 1.00 | Coaching associate (Weir) | 389 | 389.00 |
| | 1.75 | SAP security follow up / review observations | 389 | 680.75 |
| **Totals** | **10.00** | | | **$  3,890** |
| **12/05/02** | 2.50 | Meeting with SOAR administrator | 389 | 972.50 |
| | 2.00 | Meeting with Davison IT contact | 389 | 778.00 |
| | 1.50 | SAP security testing / follow up | 389 | 583.50 |
| **Totals** | **6.00** | | | **$  2,334** |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| **12/09/02** | 1.00 | Grace admin - WIP review | 389 | 389.00 |
| | 2.00 | Compile preliminary control points and review with associate | 389 | 778.00 |
| | 0.50 | Grace admin - timesheet | 389 | 194.50 |
| | 1.00 | Review issues | 389 | 389.00 |
| | 0.50 | Coaching / follow up with associate (Hut) | 389 | 194.50 |
| | 1.00 | Coordination of efforts with other PwC GRMS personnel (Weir, Cleaver) | 389 | 389.00 |
| | 2.00 | Cooridination of data analysis review including conference call with Grace contact | 389 | 778.00 |
| **Totals** | **8.00** | | | **$ 3,112** |
| **12/11/02** | 1.00 | Coordination of efforts with other PwC GRMS personnel (Weir, Cleaver) | 389 | 389.00 |
| **Totals** | **1.00** | | | **$ 389** |
| **12/19/02** | 1.00 | Follow up - operations | 389 | 389.00 |
| | 0.50 | Grace admin - scheduling meetings, etc. | 389 | 194.50 |
| | 0.50 | Follow up - security | 389 | 194.50 |
| **Totals** | **2.00** | | | **$ 778** |
| **12/30/02** | 1.00 | Grace admin - WIP review | 389 | 389.00 |
| **Totals** | **1.00** | | | **$ 389** |

| | |
|---|---|
| Total December Hours | **48.00** |
| Bill Rate | 389 |
| **Total Billed** | **$18,672.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Daniel Weir** | | | | |
| **12/02/2002** | | | | |
| | 3.0 | Analysis of UNIX Scripts prepared by Pete Wood | 261 | 783 |
| | 2.0 | Meeting with Pete Wood - UNIX Administrator | 261 | 522 |
| | 3.0 | Documentation of Analysis and Meetings | 261 | 783 |
| | 1.0 | Research of UNIX environment and security on PwC Knowledgecurve | 261 | 261 |
| **Totals** | **9.0** | | | **2,349.00** |
| | | | | |
| **12/03/2002** | 1.0 | Meeting with Greg Covington - IT Manager about overall IT security | 261 | 261 |
| | 4.0 | Analysis of UNIX scripts prepared by Pete Wood | 261 | 1044 |
| | 2.5 | Documentation of computer operations performed at Cambridge, MA | 261 | 652.5 |
| | 2.0 | Update documentation of Columbia, MD computer operations performed by PwC staff. | 261 | 522 |
| **Totals** | **9.5** | | | **2,479.50** |
| | | | | |
| **12/04/2002** | 5.00 | Reviewed computer operations at Columbia, MD location. | 261 | 1305 |
| | 0.50 | Spoke with Rene Schoff - Network Administrator and made information requests. | 261 | 130.5 |
| | 2.00 | Initiated the final draft of GRMS issues | 261 | 522 |
| | 0.50 | Confirmed UNIX findings with Pete Wood - UNIX Administrator | 261 | 130.5 |
| **Total** | **8.00** | | | **2088** |
| **12/05/2002** | 2.50 | Met with Rene Schoff - Network Administrator about network security, disaster recovery, overall operations. | 261 | 652.5 |
| | 5.00 | Analyzed the documents provided by Rene Schoff | 261 | 1305 |
| | 2.50 | Updated the final report with network security findings | 261 | 652.5 |
| | 0.50 | Updated the final report with Cambridge, MA findings | 261 | 130.5 |
| **Total** | **8.00** | | | **2,740.50** |
| **12/06/2002** | | | | |
| | 3.00 | Finalized security analysis of UNIX and network enviroments | 261 | 783 |
| | 2.50 | Completeted computer operations for Columbia, MD | 261 | 652.5 |
| | 3.00 | Travel home from Washington DC. To Pittsburgh | 261 | 783 |
| **Total** | **8.50** | | | **2,218.50** |

| | | | | |
|---|---|---|---|---|
| **12/10/02** | 1.00 | Follow-up conference call with Rene Schoff - Network Manager about PwC's findings | 261 | 261 |
| **Total** | **1.00** | | | **261.00** |
| **12/12/02** | 1.00 | Reveiwed status of database, contacted Maureen Driscoll about work status and completed expense reports. | 261 | 261 |
| **Total** | **1.00** | | | **261.00** |
| **12/23/02** | 2.00 | Worked on Grace coaching notes. | 261 | 522 |
| **Total** | **2.00** | | | **522.00** |
| **12/30/02** | 1.00 | Introduced performance appraisal | 261 | **261.00** |
| **Total** | **1.00** | | | |
| **12/31/02** | 0.50 | Worked on Grace coaching notes. | 261 | 130.5 |
| **Total** | **0.50** | | | **130.50** |

| | |
|---|---|
| Total December Hours | **48.50** |
| Bill Rate | 261 |
| **Total Billed** | **$12,658.50** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Dave Ryan** | | | | |
| 12/06/02 | 4.0 | Attend Grace Financial Conference | 522 | 2,088.00 |
| **Totals** | **4.00** | | | **$ 2,088** |

| | | |
|---|---|---|
| Total December Hours | | **4.00** |
| Bill Rate | | 522 |
| **Total Billed** | | **$2,088.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Francis Schlosser** | | | | |
| **12/11/02** | 1.0 | Time reports for October/November | 470 | 470.00 |
| **12/21/02** | 1.0 | Follow-up and review of Darex Puerto Rico database | 470 | 470.00 |
| **12/27/02** | 0.5 | Follow-up and review of Darex Puerto Rico database | 470 | 235.00 |
| **12/30/02** | 0.2 | Follow-up and review of Darex Puerto Rico database | 470 | 94.00 |
| | 0.5 | Follow-up on quarterly review database sections | 470 | 235.00 |
| **Total** | 0.7 | | | |
| **12/31/02** | 0.5 | Archive Darex Puerto Rico database | 470 | 235.00 |
| **Totals** | **3.7** | | | **$   1,739** |

| | | |
|---|---|---|
| Total December Hours | | 3.70 |
| Bill Rate | | 470 |
| **Total Billed** | | **$1,739.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Sandra David** | | | | |
| 12/12/03 | 2.5 | Closing meeting conference call with Internal Audit and GCP Management | 447 | 1,117.50 |
| **Totals** | | | | 1,118 |
| 12/13/03 | 1.50 | Plan and arrange physical and cycle count inventory observations for GCP | 447 | 670.50 |
| **Totals** | | | | 671 |
| 12/18/03 | 0.50 | Discussions related interim work being performed by internal audit | 447 | 223.50 |
| **Totals** | | | | 224 |
| 12/20/03 | 1.00 | Planning and discussion regarding interim fieldwork with Larry Farmer and Jason Natt | 447 | 447.00 |
| **Totals** | | | | 447 |
| 12/23/02 | 3.00 | Review interim work prepared by internal audit | 447 | 1,341.00 |
| **Totals** | | | | 1,341 |
| 12/23/02 | 1.50 | Wrap-up of Darex Puerto Rico database and external binder | 447 | 670.50 |
| **Totals** | | | | 671 |
| **Totals** | **10.00** | | | **$   4,470** |

| | |
|---|---|
| Total December Hours | 10.00 |
| Bill Rate | 447 |
| **Total Billed** | **$4,470.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Jason Natt** | | | | |
| **12/02/02** | 3.50 | Answered emails from foreign PwC teams regarding foreign instructions | 447 | 1,564.50 |
| | 2.00 | Review of Davison Interim Audit Plan | 447 | 894.00 |
| | 0.50 | Preparation for Grace meeting on Friday, December 6. | 447 | 223.50 |
| | | | 447 | 0.00 |
| **12/03/02** | 2.00 | Davison Planning (Preparation of the database for interim and year-end audit work) via discussions with Cheryl Frick | 447 | 894.00 |
| | | | 447 | 0.00 |
| **12/04/02** | 2.00 | Meeting with Nina Govic to Discuss the Prior Year for Grace and to Plan for the Current Year Testing | 447 | 894.00 |
| | | | 447 | 0.00 |
| | 3.50 | Sent and answered emails from foreign PwC teams regarding foreign instructions, as well as December 6 Grace meeting with foreign colleauges. | 447 | 1,564.50 |
| | | | 447 | 0.00 |
| | 0.50 | Conversation with Michael Brown to discuss timing of year-end work. | 447 | 223.50 |
| | | | 447 | 0.00 |
| | | | 447 | 0.00 |
| **12/05/02** | 6.00 | Prepare for Financial Conference on 12/6/02 | 447 | 2,682.00 |
| | | | 447 | 0.00 |
| | 4.00 | Sent and answered emails from foreign PwC teams regarding foreign instructions, as well as December 6 Grace meeting with foreign colleauges. | 447 | 1,788.00 |
| | | | 447 | 0.00 |
| **12/06/02** | 4.00 | Attend Grace Financial Conference | 447 | 1,788.00 |
| | | | 447 | 0.00 |
| | 1.00 | Meeting with Michael Brown to discuss outputs of Financial Conference. | 447 | 447.00 |
| | | | 447 | 0.00 |
| **12/08/02** | 2.00 | Sent and answered emails from PwC Hong Kong regarding FAS 87 plan. | 447 | 894.00 |
| | | | 447 | 0.00 |
| | | | 447 | 0.00 |
| **12/10/02** | 1.00 | Davison Chemicals Accruals - Discussion with Cheryl Frick in Regards to the Ludox Patent | 447 | 447.00 |
| | | | 447 | 0.00 |
| | 4.00 | Accounting research on Grace year-end issues | 447 | 1,788.00 |
| | | | 447 | 0.00 |
| | 0.50 | Talk to Nina Govic in Regards to Time and Expense Reporting for the Bankruptcy Court and Other G&A Isssues | 447 | 223.50 |
| | | | 447 | 0.00 |
| | 2.00 | Meeting with Dana Guzzo to discuss Hong Kong pension accounting. | 447 | 894.00 |
| | | | 447 | 0.00 |
| | 1.50 | Planning - Meetings with Nina Govic  to Discuss the Engagement | 447 | 670.50 |
| | | | 447 | 0.00 |
| | | | 447 | 0.00 |
| **12/11/02** | 1.50 | Phone call to Hong Kong; discussion of pension accounting with Kendrick Chan, PwC Hong Kong Manager. | 447 | 670.50 |
| | | | 447 | 0.00 |
| | | | 447 | 0.00 |
| **12/12/02** | 0.50 | Meeting with Dana Guzzo to discuss review of GPC workpapers | 447 | 223.50 |
| | | | 447 | 0.00 |
| **12/13/02** | 1.50 | Planning Meeting with Cheryl Frick, Aimee Stickley and Nina Govic | 447 | 670.50 |
| | | | 447 | 0.00 |
| | 0.50 | Meet with Nina Govict to Discuss Planning for Year-end | 447 | 223.50 |
| | | | 447 | 0.00 |
| | 4.00 | Worked on Grace international instructions for distribution to foreign teams. | 447 | 1,788.00 |
| | | | 447 | 0.00 |
| **12/15/02** | 2.00 | Completed internationl; instructions, and sent to foreign teams. | 447 | 894.00 |
| | | | 447 | 0.00 |
| **12/20/02** | 1.00 | Discussion on telephone with Bob Tarola and Larry Farmer regarding Durex (Germany) acquisition accounting | 447 | 447.00 |
| | | | 447 | 0.00 |
| **12/23/02** | 3.00 | Review of interim workpapers | 447 | 1,341.00 |
| | | | 447 | 0.00 |

| 12/30/02 | 1.50 | Prepared for meetings with Bob Tarola | 447 | 670.50 |
|---|---|---|---|---|
| | | | 447 | 0.00 |
| | 2.50 | Discuss various accounting issues and discussion of controls with Bob Tarola, CFO | 447 | 1,117.50 |
| | 2.00 | Meeting with Bob Tarola and Terri McClemens to Discuss 404 Reporting | 447 | 894.00 |
| | | | 447 | 0.00 |
| | 2.00 | Answered foreign emails on 2002 instructions. | 447 | 894.00 |

| | | |
|---|---|---|
| Total December Hours | **62.00** | |
| Bill Rate | 447 | |
| **Total Billed** | **$27,714.00** | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Yann Siraudin** | | | | |
| 12/02/02 | 1.00 | Review and Finalize Work Deliverable Produced by Jason Wu | 554 | 554.00 |
| 12/03/02 | 1.00 | Review and Finalize Work Deliverable Produced by James Nichols | 554 | 554.00 |
| **Totals** | **2.00** | | | $    **1,108** |

| | | |
|---|---|---|
| Total December Hours | | 2.00 |
| Bill Rate | | 554 |
| **Total Billed** | | **$1,108.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Cheryl Frick** | | | | |
| **12/02/02** | 0.50 | Grace Administrative | 314 | 157.00 |
| | 0.75 | Davison Chemicals Meeting with John Reilly (Davison NA Controller) and Carol Pace (Davison WW Controller) | 314 | 235.50 |
| | 2.00 | Review Davison Chemicals Interim Information | 314 | 628.00 |
| | 0.25 | Meeting with Aimee Stickley to Discuss Davison Chemicals Interim Work to be Performed | 314 | 78.50 |
| | 0.25 | Meeting with John Reilly to Discuss Davison Chemicals Interim Request for Inventory | 314 | 78.50 |
| | 0.25 | Meeting with Nina Govic to Discuss Open Documentation Areas for Grace Q3 Review | 314 | 78.50 |
| | 4.50 | Review Davison Chemicals Interim Information Received From the Client to Determine Additional Information Needed | 314 | 1,413.00 |
| **Totals** | **8.50** | | | **$   2,669** |
| **12/03/02** | 0.80 | Preparation of Davison A/R Confirms (Preparation of the confirmation template, selecting accounts to confirm and correspondence with Larry Marchman) | 314 | 251.20 |
| | 2.50 | Davison Planning (Preparation of the planning steps in the database) | 314 | 785.00 |
| | 2.00 | Davison Planning (Preparation of the database for interim and year-end audit work) via discussions with Jason Natt | 314 | 628.00 |
| | 0.50 | Davison Chemicals Preliminary Analytics | 314 | 157.00 |
| | 1.00 | Davison Chemicals Inventory Documentation and Follow up with the Client | 314 | 314.00 |
| | 1.50 | Davison Planning and Review of the Prior Year Inventory Testing Performed | 314 | 471.00 |
| **Totals** | **8.30** | | | **$   2,606** |
| **12/04/02** | 1.00 | Davison Chemicals Administration (Organizing Files, etc.) | 314 | 314.00 |
| | 5.25 | Davison Chemicals Inventory (Follow-up Work on the Curtis Bay Inventory; Documentation of the Testing Performed) | 314 | 1,648.50 |
| | 1.50 | Davison AP and Accruals (Reviewing Procedures with Maureen Yeager and Aimee Stickley) | 314 | 471.00 |
| | 1.25 | Davison Team Meeting (Preparation for the Meeting and the Meeting, itself, to Discuss the Audit Plan & Interim Status) | 314 | 392.50 |
| | 0.20 | Meeting with Nina Govic to Discuss a Plan for Jeff Zartman's Time on Thursday, 12/5/2002. | 314 | 62.80 |
| **Totals** | **9.20** | | | **$   2,889** |
| **12/05/02** | 0.50 | Davison Chemicals Coaching | 314 | 157.00 |
| | 2.50 | Davison Planning (Audit Strategy Documentation and Discussions with Jason Natt in Regards to the Audit Strategy) | 314 | 785.00 |
| | 1.50 | Davison Inventory -- Interim Audit Work | 314 | 471.00 |

| | 1.00 | Preparation of the Davison Chemicals Database | 314 | 314.00 |
|---|---|---|---|---|
| | 2.50 | Testing Performed on Davison's Fixed Assets | 314 | 785.00 |
| **Totals** | **8.00** | | | $ **2,512** |
| | | | | |
| **12/06/02** | 1.50 | Grace Administrative | 314 | 471.00 |
| | 0.50 | Talking with Larry Breaux in Regards to Davison A/P | 314 | 157.00 |
| **Totals** | **2.00** | | | $ **628** |
| | | | | |
| **12/09/02** | 1.50 | Davison Chemicals Fixed Assets Testing and Selections Made | 314 | 471.00 |
| | 3.00 | Review/Supervise Status of Interim Work with the Engagement Team | 314 | 942.00 |
| | 2.50 | Meeting with John Reilly (Davison Controller) to Discuss the Status of Interim Work | 314 | 785.00 |
| | 0.25 | Discussion with Bill Kelly (Curtis Bay) in Regards to Davison Chemicals Fixed Assets | 314 | 78.50 |
| | 0.75 | Davison Chemicals Inventory Testing | 314 | 235.50 |
| | 0.50 | Meeting with Nettie Fausto | 314 | 157.00 |
| | 1.00 | Davison Chemicals Sales Testing | 314 | 314.00 |
| **Totals** | **9.50** | | | $ **2,983** |
| | | | | |
| **12/10/02** | 2.20 | Davison Chemicals Review and Supervision of Interim Work Performed | 314 | 690.80 |
| | 5.00 | Davison Chemicals Fixed Assets Testing, Including Making Selections for Detailed Testing and Correspondence with Bill Kelly | 314 | 1,570.00 |
| | 1.00 | Davison Chemicals Accruals - Discussion with Jason Nat  in Regards to the Ludox Patent | 314 | 314.00 |
| **Totals** | **8.20** | | | $ **2,575** |
| | | | | |
| **12/11/02** | 0.25 | Davison Chemicals Administrative | 314 | 78.50 |
| | 2.00 | Davison Chemicals Inventory Testing, Including Fluctuation Analysis | 314 | 628.00 |
| | 2.00 | Davison Chemicals Fixed Assets Testing, Including Discussions with John Reily and Repairs and Maintenance Testing | 314 | 628.00 |
| | 1.00 | Meeting with Aimee Stickley to Discuss ART and Davison Chemicals Interim Status | 314 | 314.00 |
| | 1.25 | Davison Chemicals - Preparation Time for Meeting with the Client | 314 | 392.50 |
| | 1.50 | Meeting with Carol Pace (Davison Chemicals Controller) | 314 | 471.00 |
| | 1.00 | Review and Supervision of Interim Work Performed | 314 | 314.00 |
| **Totals** | **9.00** | | | $ **2,826** |
| | | | | |
| **12/12/02** | 1.00 | Meeting with Dana Guzzo, Regarding IA Work | 314 | 314.00 |
| | 1.50 | Review and Supervision of Davison Chemicals Interim Procedures | 314 | 471.00 |
| | 5.00 | Davison Chemicals Inventory Testing | 314 | 1,570.00 |
| | 2.00 | Davison Chemicals Administrative | 314 | 628.00 |
| **Totals** | **9.50** | | | $ **2,983** |

| | | | | |
|---|---|---|---|---|
| **12/13/02** | 1.00 | Davison Chemicals Team Update Meeting | 314 | 314.00 |
| | 2.00 | Davison Chemicals Inventory Testing | 314 | 628.00 |
| | 0.50 | Review and Supervision of Davison Chemicals Interim Procedures | 314 | 157.00 |
| | 1.00 | Davison Chemicals Client Meetings (Cheryl Frick, John Reily and Carol Pace in Attendance) | 314 | 314.00 |
| | 0.50 | Davison Chemicals Administrative | 314 | 157.00 |
| **Totals** | **5.00** | | | **$  1,570** |
| | | | | |
| **12/18/02** | 1.50 | Davison Sales Testing (Selections made for testing) | 314 | 471.00 |
| **Totals** | **1.50** | | | **$  471** |
| | | | | |
| **12/23/02** | 1.00 | Preparation of the Davison Chemicals/Corporate Cash Confirms | 314 | 314.00 |
| | 1.50 | Meeting with John Reilly at Davison Chemicals | 314 | 471.00 |
| | 0.50 | Davison Chemicals Administrative | 314 | 157.00 |
| **Totals** | **3.00** | | | **$  942** |
| | | | | |
| **12/24/02** | 3.00 | Davison Chemicals Sales Testing | 314 | 942.00 |
| **Totals** | **3.00** | | | **$  942** |
| | | | | |
| **12/26/02** | 3.50 | Davison Chemicals Fixed Assets Testing (Additions/Disposals) | 314 | 1,099.00 |
| | 1.00 | Davison Chemicals Prepaid Testing | 314 | 314.00 |
| | 1.50 | Davison Chemicals Sales Testing | 314 | 471.00 |
| **Totals** | **6.00** | | | **$  1,884** |
| | | | | |
| **12/27/02** | 2.00 | Davison Chemicals Sales Testing | 314 | 628.00 |
| | 1.00 | Davison Chemicals Accruals Testing | 314 | 314.00 |
| | 0.50 | Davison Chemicals Administrative | 314 | 157.00 |
| **Totals** | **3.50** | | | **$  1,099** |

| | |
|---|---|
| Total December Hours | **94.20** |
| Bill Rate | 314 |
| **Total Billed** | **$29,578.80** |

**W. R. Grace & Co.**
Time Summary Report
Month Ended December 31, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Nina Govic** | | | | |
| **12/02/02** | 1.00 | Grace Administration (Organizing Files, Set up the Database, etc.) | 273 | 273.00 |
| | 2.00 | Reading Current New Articles About the Client and Accounting Specific Industry (Research Applicable to WR Grace) | 273 | 546.00 |
| | 1.00 | Performing Preliminary Analytical Procedures | 273 | 273.00 |
| | 0.50 | Work on Staffing the Engagement - HR Issues Related to Scheduling | 273 | 136.50 |
| | | Planning and Engagement Management, Including Documentation of Formal Steps in the Database, Analysis of Risk and Fraud, Independence, Time Tracking and International | | 1,365.00 |
| | 5.00 | Coordination | 273 | |
| **Totals** | **9.50** | | | $   **2,594** |
| **12/03/02** | 0.50 | Grace Administration (Organizing Files, etc.) | 273 | 136.50 |
| | 1.50 | Documentation of Fraud Assessment (SAS 99) Planning | 273 | 409.50 |
| | 0.25 | Davison Chemicals Inventory | 273 | 68.25 |
| | 0.25 | Going Concern Testing | 273 | 68.25 |
| | 2.00 | WR Grace General Planning | 273 | 546.00 |
| | 2.00 | Assessment of Grace's Control Environment | 273 | 546.00 |
| | 0.50 | Preliminary Analytics | 273 | 136.50 |
| **Totals** | **7.00** | | | $   **1,911** |
| **12/04/02** | 1.75 | Grace Administrative (Tailoring the database, Initiation of Nina and Jeff's PADP, etc.) | 273 | 477.75 |
| | 2.00 | Meeting with Jason Natt to Discuss the Prior Year for Grace and to Plan for the Current Year Testing | 273 | 546.00 |
| | 1.50 | Review of the Prior Year Workpapers | 273 | 409.50 |
| | 0.50 | Coordination with Jeff Zartman (Planning for the Engagement and the Independence Database) | 273 | 136.50 |
| | 0.25 | Meeting with Cheryl Frick to Discuss a Plan for Jeff Zartman's Time on Thursday, 12/5/2002 | 273 | 68.25 |
| | 0.50 | Review of the Asbestos Reserve Section of the Database | 273 | 136.50 |
| | 0.50 | Review of the Legal Section of the Database | 273 | 136.50 |
| | 1.00 | Review of the Pension Section in the Prior Year Database and Plan for Pension Testing in the Current Year | 273 | 273.00 |
| **Totals** | **8.00** | | | $   **2,184** |
| **12/05/02** | 4.00 | Review of the Prior Year Workpapers | 273 | 1,092.00 |
| | 1.00 | Preparation of the PBC Listing | 273 | 273.00 |

| | 1.00 | Research the Chemical's Industry and Reading SOP 90-7 | 273 | | 273.00 |
|---|---|---|---|---|---|
| **Totals** | **6.00** | | | **$** | **1,638** |
| | | | | | |
| **12/06/02** | 0.50 | Grace Administration (Organizing Files, etc.) | 273 | | 136.50 |
| | 1.25 | Planning - Review the 2002 Auditing Procedures | 273 | | 341.25 |
| | 1.50 | Time Spent with Jeff Zartman (Preparing Jeff's Audit Procedures, Coordinating with Jeff for Pension Testing and Orientation of Jeff to the Engagement) | 273 | | 409.50 |
| | 1.00 | Preliminary Analytics | 273 | | 273.00 |
| | 0.75 | Pension Testing | 273 | | 204.75 |
| | 0.50 | Planning - Review of PBC Items with Jason Natt | 273 | | 136.50 |
| **Totals** | **5.50** | | | **$** | **1,502** |
| | | | | | |
| **12/09/02** | 1.00 | Meeting with Jeff Zartman to Review his Work and to Coach him on the Next Steps Needed to be Performed | 273 | | 273.00 |
| | 1.00 | Time and Expense Tracking | 273 | | 273.00 |
| | 0.50 | Davison Inventory Audit Work - Follow-up With Lake Charles Plant Manager to Complete Any Outstanding Questions | 273 | | 136.50 |
| | 1.00 | Client Meeting with Glen Herndon to Discuss COLI and LTIP and to Gather Data for Interim Testing Procedures | 273 | | 273.00 |
| | 3.50 | Work on the Legal Confirmation Process, Including Review of the Prior year and Selection of Current Year Legal Parties to Confirm | 273 | | 955.50 |
| | 1.50 | Testing of Deferred Charges and Update of Deferred Charges from the Prior Year | 273 | | 409.50 |
| | 0.50 | Talk to Jason Natt in Regards to Time and Expense Reporting for the Bankruptcy Court and Other G&A Isssues | 273 | | 136.50 |
| | 1.50 | Update the Database to Include Steps Pertinent to the 2002 Audit | 273 | | 409.50 |
| **Totals** | **10.50** | | | **$** | **2,867** |
| | | | | | |
| **12/10/02** | 1.25 | Grace Administration (Organizing Files, Meeting with Maureen Yeager and Jason Natt, etc.) | 273 | | 341.25 |
| | 1.50 | Planning - Meetings with Jason Natt to Discuss the Engagement | 273 | | 409.50 |
| | 1.75 | Time and Expense Tracking for the Bankruptcy Court | 273 | | 477.75 |
| | 0.50 | Coaching Jeff Zartman | 273 | | 136.50 |
| | 1.75 | Research and IBNR, Health and Welfare Insurance | 273 | | 477.75 |
| | 1.00 | Asbestos Insurance Receivable Testing | 273 | | 273.00 |
| | 0.50 | Client Meetings - Meeting with Glen Herndon | 273 | | 136.50 |
| | 0.75 | Accruals Testing | 273 | | 204.75 |
| | 0.50 | Investment Testing | 273 | | 136.50 |
| | 1.00 | LTIP and Deferred Compensation Testing | 273 | | 273.00 |
| **Totals** | **10.50** | | | **$** | **2,867** |
| | | | | | |
| **12/11/02** | 2.50 | Set up the Legal Confirmation Process and Document it in the Database | 273 | | 682.50 |
| | 0.50 | Coaching - Meeting with Jeff Zartman to Discuss the Audit Plan | 273 | | 136.50 |

| | | | | |
|---|---|---|---|---|
| | 1.00 | Accruals Testing | 273 | 273.00 |
| | 1.00 | Deferred Charges Testing | 273 | 273.00 |
| | 0.50 | Grace Administrative - Preparation for Client Meeting | 273 | 136.50 |
| | 0.50 | Client Meetings - Meeting with Glen Herndon | 273 | 136.50 |
| | 0.25 | Update the PBC Listing | 273 | 68.25 |
| | 0.75 | Receivables Testing | 273 | 204.75 |
| | 1.00 | Time and Expense Tracking for the Bankruptcy Court | 273 | 273.00 |
| **Totals** | **8.00** | | | $ **2,184** |
| | | | | |
| **12/12/02** | 0.50 | Grace Administration (Organizing Files, etc.) | 273 | 136.50 |
| | 1.00 | Research SOP 90-7 Bankruptcy | 273 | 273.00 |
| | 1.50 | Meeting with Jeff Zartman (Review Flux Rates; Discuss Procedures Performed; Review Jeff's Work) | 273 | 409.50 |
| | 0.50 | Planning - Preliminary Analytics | 273 | 136.50 |
| | 0.50 | Deferred Charges/Compensation Testing | 273 | 136.50 |
| | 0.50 | Notes and A/R Testing | 273 | 136.50 |
| | 3.25 | Client Meetings (Includes Meetings with April and Glen Herndon) | 273 | 887.25 |
| | 0.75 | Completion of the Inventory Testing for Lake Charles | 273 | 204.75 |
| | 0.50 | Environmental Testing | 273 | 136.50 |
| **Totals** | **9.00** | | | $ **2,457** |
| | | | | |
| **12/13/02** | 0.50 | Meeting with Jeff Zartman to Discuss Work Performed in the Audit | 273 | 136.50 |
| | 1.50 | Planning Meeting with Cheryl Frick, Aimee Stickley and Jason Natt | 273 | 409.50 |
| | 1.25 | Grace Administration (Clean up the Database, Debrief with Jeff Zartman and Client Follow-up) | 273 | 341.25 |
| | 2.00 | Time and Expense Tracking for the Bankruptcy Court | 273 | 546.00 |
| | 0.50 | Preparation of Bank Confirmations | 273 | 136.50 |
| | 0.50 | Meet with Jason Natt to Discuss Planning for Year-end | 273 | 136.50 |
| | 0.25 | HR/Scheduling for Grace | 273 | 68.25 |
| | 1.50 | Review of the Prior Year Database for Planning Purposes | 273 | 409.50 |
| **Totals** | **8.00** | | | $ **2,184** |
| | | | | |
| **12/16/02** | 0.50 | Grace Administration | 273 | 136.50 |
| | 1.00 | Meet with Jason Natt to Discuss Time tracking and Bankruptcy Filings | 273 | 273.00 |
| | 1.00 | Meet with Maureen Yeager to Discuss Time tracking and Bankruptcy Filings | 273 | 273.00 |
| | 4.50 | Time and Expense Tracking for the Bankruptcy Court | 273 | 1,228.50 |
| **Totals** | **7.00** | | | $ **1,911** |
| | | | | |
| **12/17/02** | 1.00 | Coaching Maureen Yeager on the Bankruptcy Court Reporting - Expense and Time Tracking | 273 | 273.00 |

| | | | | |
|---|---|---|---|---|
| | 1.75 | Follow-up Calls with PwC Employees who had not Submitted their Timesheets | 273 | 477.75 |
| | 0.50 | Discuss Bankruptcy Reporting with Jason Natt | 273 | 136.50 |
| | 0.25 | Talk to PwC General Counsel, Christine Lipski, Regarding Reporting Time Frame | 273 | 68.25 |
| | 2.00 | Preparation of Bankruptcy Reporting Information for October and November | 273 | 546.00 |
| | 0.50 | General and Admin | | |
| **Totals** | **6.00** | | **$** | **1,502** |
| | | | | |
| **12/18/02** | 7.50 | Preparation of the Bankruptcy Reporting Package for October and November | 273 | 2,047.50 |
| | 0.25 | Talk to PwC General Counsel, Christine Lipski, Regarding Reporting Time Frame | 273 | 68.25 |
| | 0.25 | Discuss Bankruptcy Reporting with Jason Natt | 273 | 68.25 |
| | 1.00 | Coaching Maureen Yeager on the Bankruptcy Court Reporting - Expense and Time Tracking | 273 | 273.00 |
| **Totals** | **9.00** | | **$** | **2,457** |
| | | | | |
| **12/19/02** | 3.00 | Finalization of the Bankruptcy Court Reporting for October and November, Including Sending Final Prepared Package to Christine Lipski to Review | 273 | 819.00 |
| | 1.00 | Clean-up of Interim Procedures Performed, Including Preparation of Lead Schedules and Planning Agenda for Jeff Zartman | 273 | 273.00 |
| **Totals** | **4.00** | | **$** | **1,092** |
| | | | | |
| **12/20/02** | 0.75 | Coaching Maureen Yeager | 273 | 204.75 |
| | 0.25 | General and Administrative Database Clean-up Work | 273 | 68.25 |
| **Totals** | **1.00** | | **$** | **273** |
| | | | | |
| **12/30/02** | 1.00 | Database Documentation for Interim Testing Performed | 273 | 273.00 |
| **Totals** | **1.00** | | **$** | **273** |

| | |
|---|---|
| Total December Hours | **110.00** |
| Bill Rate | 273 |
| **Total Billed** | **$30,030.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Cynthia Unger** | | | | |
| 12/03/02 | 2.5 | Conduct Superfund environmental database search on WR Grace and related entities. | 340 | 850.00 |
| **Totals** | **2.5** | | | $ **850** |
| 12/09/02 | 0.50 | Conduct CORRACTS environmental database search on WR Grace and related entities. | 340 | 170.00 |
| **Totals** | **0.50** | | | $ **170** |
| **Totals** | **3.00** | | | $ **1,020** |

| | | |
|---|---|---|
| Total December Hours | | 3.00 |
| Bill Rate | | 340 |
| **Total Billed** | | **$1,020.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  James Nichols** | | | | |
| 12/05/02 | 2.0 | Security Review of System Security Build Standards | 469 | 938.00 |
| **Totals** | **2.00** | | | $    **938** |

| | | |
|---|---|---|
| Total December Hours | 2.00 | |
| Bill Rate | 469 | |
| **Total Billed** | **$938.00** | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Jiaxing Wu** | | | | |
| 11/25/03 | 4.0 | Analysis of Oracle database testing script results | 469 | 1,876.00 |
| 11/26/03 | 8.0 | Analysis of Oracle database testing script results | 469 | 3,752.00 |
| 11/27/03 | 3.00 | Analysis of Oracle database testing script results | 469 | 1,407.00 |
| | 3.00 | Prepare the draft Oracle report | 469 | 1,407.00 |
| | 2.00 | Follow-up meeting and discuss the findings with Grace database manager | 469 | 938.00 |
| **Totals** | **20.00** | | | **$  9,380** |

| | |
|---|---|
| Total December Hours | **20.00** |
| Bill Rate | 469 |
| **Total Billed** | **$9,380.00** |

*** Due to a timekeeping error, Jiaxing Wu's November time  had to be transferred on to the timekeeping code in December.

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Jonelle Lippolis** | | | | |
| 12/19/02 | 2.0 | Review Performance Chemicals Confirmations that were Prepared; Discuss with Management the Interim Status; Planning to Move Forward | 320 | 640.00 |
| **Totals** | **2.00** | | | $    **640** |

| | | | | |
|--|--|--|--|--|
| | | Total December Hours | 2.00 | |
| | | Bill Rate | 320 | |
| | | **Total Billed** | **$640.00** | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Renee Anderson** | | | | |
| 12/02/02 | 1.0 | Darex Puerto Rico database wrap-up | 235 | 235.00 |
| 12/05/02 | 0.40 | Darex Puerto Rico database wrap-up | 235 | 94.00 |
| 12/16/02 | 0.50 | Admin related to documentation of hours by day | 235 | 117.50 |
| 12/16/02 | 1.50 | Planning - preparing cash confirms and PBC list | 235 | 352.50 |
| 12/23/02 | 4.50 | Reviewing Internal Audit workpapers | 235 | 1,057.50 |
| 12/23/02 | 3.50 | Darex Puerto Rico - Responding to manager's coaching notes; database wrap-up for archiving. | 235 | 822.50 |
| 12/24/02 | 5.50 | Reviewing Internal Audit workpapers | 235 | 1,292.50 |
| 12/29/02 | 0.50 | Reviewing Internal Audit workpapers | 235 | 117.50 |
| 12/30/02 | 3.00 | Reviewing Internal Audit workpapers | 235 | 705.00 |
| 12/31/02 | 5.60 | Reviewing Internal Audit workpapers | 235 | 1,316.00 |
| **Totals** | **26.00** | | | **$  6,110** |

| | |
|---|---|
| Total December Hours | 26.00 |
| Bill Rate | 235 |
| **Total Billed** | **$6,110.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|

**Name:  Aimee Stickley**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| 12/02/02 | 0.50 | Grace General and Administrative | 213 | 106.50 |
| | 0.40 | Davison Inventory Testing | 213 | 85.20 |
| | 0.60 | Review of the Interim Information for Davison Chemicals | 213 | 127.80 |
| | 2.50 | PwC Team Meeting | 213 | 532.50 |
| | 1.00 | Coaching Maureen Yeager on the Audit Procedures | 213 | 213.00 |
| | 3.80 | Review of the Documentation Received for Davison Chemicals | 213 | 809.40 |
| **Totals** | **8.80** | | | **$    1,874** |
| 12/03/02 | 6.30 | Review of the Documentation Received for Davison Chemicals | 213 | 1,341.90 |
| | 2.20 | Davison Chemicals Accruals Testing | 213 | 468.60 |
| **Totals** | **8.50** | | | **$    1,811** |
| 12/04/02 | 0.30 | Clean-up the Database | 213 | 63.90 |
| | 0.50 | Grace General and Administrative | 213 | 106.50 |
| | 2.00 | Review of the Prior Year Files for Davison Chemicals | 213 | 426.00 |
| | 1.50 | PwC Team Meeting | 213 | 319.50 |
| | 1.20 | Coaching Maureen Yeager on the Audit Procedures | 213 | 255.60 |
| | 4.50 | Davison Chemicals Accruals Testing | 213 | 958.50 |
| **Totals** | **10.00** | | | **$    2,130** |
| 12/05/02 | 0.50 | Grace General and Administrative | 213 | 106.50 |
| | 0.50 | Coaching Maureen Yeager on the Audit Procedures | 213 | 106.50 |
| | 3.00 | Review of the Documentation Received for Davison Chemicals | 213 | 639.00 |
| | 3.40 | Davison Chemicals Accruals Testing | 213 | 724.20 |
| | 0.6 | Davison Chemicals A/R Testing | 213 | 106.50 |
| **Totals** | **8.00** | | | **$    1,683** |
| 12/06/02 | 2.40 | Grace General and Administrative | 213 | 511.20 |
| | 2.50 | Clean-up the Davison Chemicals Database | 213 | 532.50 |
| | 1.00 | Davison Chemicals A/R Testing | 213 | 213.00 |
| | 0.30 | Davison Chemicals Inventory Testing | 213 | 63.90 |
| | 0.80 | Davison Chemicals Accruals Testing | 213 | 170.40 |
| **Totals** | **7.00** | | | **$    1,491** |

**12/09/02**

| | | | |
|---|---|---|---|
| 0.50 | Clean-up the Davison Chemicals Database | 213 | 106.50 |
| 0.50 | Grace Administrative | 213 | 106.50 |
| 0.70 | PwC Team Meeting | 213 | 149.10 |
| 0.30 | Coaching Maureen Yeager on the Audit Procedures | 213 | 63.90 |
| 5.00 | Davison Chemicals A/R Testing | 213 | 1,065.00 |
| 0.30 | Preparation of Grace Objectives for Appraisal | 213 | 63.90 |
| 0.60 | Davison Chemicals Investment Testing | 213 | 127.80 |
| 0.30 | Grace Davison Intranet | 213 | 63.90 |
| 1.50 | Meetings with the Client | 213 | 319.50 |
| 0.30 | Davison Chemicals Prepaid Testing | 213 | 63.90 |

**Totals**     **10.00**                                                                                 **$     2,130**

**12/10/02**

| | | | |
|---|---|---|---|
| 1.50 | Grace Administrative | 213 | 319.50 |
| 2.20 | Davison Chemicals Accruals Testing | 213 | 468.60 |
| 1.00 | Davison Chemicals A/R Testing | 213 | 213.00 |
| 1.00 | Meetings with the Client | 213 | 213.00 |
| 1.00 | Coordinating Dinner for the Team | 213 | 213.00 |
| 0.30 | Exchange Rate Research | 213 | 63.90 |
| 0.50 | Davison Chemicals Prepaid Testing | 213 | 106.50 |

**Totals**     **7.50**                                                                                 **$     1,598**

**12/11/02**

| | | | |
|---|---|---|---|
| 0.50 | Preparation of a To-Do-List | 213 | 106.50 |
| 1.00 | Grace Administrative | 213 | 213.00 |
| 0.50 | PwC Team Meeting | 213 | 106.50 |
| 0.50 | Davison Chemicals A/R Testing | 213 | 106.50 |
| 2.20 | Meetings with the Client | 213 | 468.60 |

**Totals**     **4.70**                                                                                 **$     1,001**

**12/12/02**

| | | | |
|---|---|---|---|
| 0.40 | Grace Administrative | 213 | 85.20 |
| 0.50 | Davison Chemicals Inventory Testing | 213 | 85.20 |
| 2.40 | Review of Information Received for Davison Chemicals | 213 | 511.20 |
| 0.60 | PwC Team Meeting | 213 | 127.80 |
| 1.00 | Davison Chemicals Accruals Testing | 213 | 106.50 |
| 1.00 | Davison Chemicals A/R Testing | 213 | 213.00 |
| 1.70 | Meetings with the Client | 213 | 362.10 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals** | **7.60** | | | $ | 1,129 |
| | | | | | |
| **12/13/02** | 0.40 | Preparation of a To-Do-List | 213 | | 85.20 |
| | 0.50 | PwC Team Meeting | 213 | | 85.20 |
| | 0.60 | Coaching Maureen Yeager on the Audit Procedures | 213 | | 127.80 |
| | 1.20 | Davison Chemicals Accruals Testing | 213 | | 255.60 |
| | 2.50 | Davison Chemicals A/R Testing | 213 | | 106.50 |
| | 0.50 | Meetings with the Client | 213 | | 106.50 |
| **Totals** | **5.70** | | | $ | 767 |
| | | | | | |
| **12/29/02** | 0.50 | Davison Chemicals Accruals Testing | 213 | | 106.50 |
| | 0.30 | International Coordination | 213 | | 63.90 |
| **Totals** | **0.80** | | | $ | 170 |

| | |
|---|---|
| Total December Hours | **78.60** |
| Bill Rate | 213 |
| **Total Billed** | **$16,741.80** |

**W. R. Grace & Co.**
Time Summary Report
Month Ended December 31, 2002

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Jeff Zartman** | | | | |
| **12/04/02** | 1.67 | WR Grace Independence Database | 213 | 355.71 |
| | 0.67 | Research Performed for the Asbestos Liability | 213 | 142.71 |
| **Totals** | **2.34** | | $ | **498** |
| **12/05/02** | 1.67 | ART -- Planning and Engagement Management | 213 | 355.71 |
| | 0.83 | ART Budget | 213 | 176.79 |
| | 1.50 | Preparation of my Objectives for the Grace Engagement | 213 | 319.50 |
| **Totals** | **4.00** | | $ | **852** |
| **12/06/02** | 1.25 | Grace Administration (Organizing Files, Etc.) | 213 | 266.25 |
| | 1.00 | Communication with Nina Govic - Orientation to WR Grace and Discussion of Tasks to be Performed | 213 | 213.00 |
| | 2.58 | Asbestos Receivable Testing (Insurance Company Ratings) | 213 | 549.54 |
| | 3.08 | Review/Preparation of 2001 Legal Confirmation Comments | 213 | 656.68 |
| | 0.17 | Review of Engagement Objectives | 213 | 35.57 |
| | 1.25 | Pension Fluctuation Analysis | 213 | 266.25 |
| **Totals** | **9.33** | | $ | **1,987** |
| **12/09/02** | 2.42 | Pension Fluctuation Analysis | 213 | 514.82 |
| | 0.25 | Communication with Nina Govic and Coordination of Work to be Performed | 213 | 53.25 |
| | 2.58 | Preparation of Confirmations | 213 | 550.18 |
| | 1.33 | Grace Administrative (Organizing Files, Etc.) | 213 | 283.93 |
| | 0.75 | WIPS Summary | 213 | 159.75 |
| | 0.83 | Review of Bank Reconciliations | 213 | 177.43 |
| **Totals** | **8.17** | | $ | **1,739** |
| **12/10/02** | 0.75 | Grace General and Administrative | 213 | 159.75 |
| | 1.40 | Notes Receivable Testing | 213 | 298.20 |
| | 2.50 | WIPS and Expenses | 213 | 532.50 |
| | 0.25 | Prepaids Testing | 213 | 53.25 |
| | 1.83 | Balance Sheet Research | 213 | 389.79 |
| | 1.83 | PwC Team Meetings (Meeting with Nina Govic; Meeting with Jason Natt Concerning Pensions) | 213 | 389.79 |
| | 1.00 | Equity Testing | 213 | 213.00 |

| | | | | |
|---|---|---|---|---|
| **Totals** | **9.56** | | | $ **2,036** |
| | | | | |
| **12/11/02** | 5.50 | Pensions Testing | 213 | 1,171.50 |
| | 2.00 | Expense Report Preparation for the Bankruptcy Courts | 213 | 426.00 |
| | 0.50 | Analytical Review Procedures | 213 | 106.50 |
| **Totals** | **8.00** | | | $ **1,704** |
| | | | | |
| **12/12/02** | 3.20 | Preparation of the Foreign Exchange Rate Summaries | 213 | 681.60 |
| | 1.00 | Preparation of the Corporate Confirmations | 213 | 213.00 |
| | 3.10 | Testing of Deferred Charges | 213 | 660.30 |
| | 2.00 | WIPS | 213 | 426.00 |
| | 0.50 | Preparation of Expense Reports for the Bankruptcy Courts | 213 | 106.50 |
| **Totals** | **9.80** | | | $ **2,087** |
| | | | | |
| **12/13/02** | 4.00 | Pensions Testing | 213 | 852.00 |
| | 2.50 | Analytical Review Procedures | 213 | 532.50 |
| | 0.50 | Preparation of the Corporate Confirmations | 213 | 106.50 |
| | 1.50 | WIPS | 213 | 319.50 |
| **Totals** | **8.50** | | | $ **1,811** |
| | | | | |
| **12/15/02** | 1.00 | Grace General and Administrative | 213 | 213.00 |
| **Totals** | **1.00** | | | $ **213** |
| | | | | |
| **12/16/02** | 1.00 | Preparation of my Expense Reports for the Bankruptcy Courts | 213 | 213.00 |
| **Totals** | **1.00** | | | $ **213** |
| | | | | |
| **12/30/02** | 2.50 | Preparation of My GRACE Audit Objectives | 213 | 532.50 |
| | 1.00 | Preparation of the Leads for Liabilities | 213 | 213.00 |
| **Totals** | **3.50** | | | |

| | |
|---|---|
| Total December Hours | **65.20** |
| Bill Rate | 213 |
| **Total Billed** | **$13,887.60** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name: Maureen Yeager** | | | | |
| **12/02/02** | 0.50 | Grace Administrative | 185 | 92.50 |
| | 1.00 | Coaching from Aimee Stickley on the Audit Procedures to be Performed During Interim Testing | 185 | 185.00 |
| | 2.5 | PwC Team Meeting | 185 | 462.50 |
| | 2.50 | Review of the Interim Information for Davison Chemicals | 185 | 462.50 |
| | 1.00 | Test Cash Bank Reconciliations for Davison Chemicals | 185 | 185.00 |
| | 0.50 | Preparation of the Cash Confirms for Davison Chemicals | 185 | 92.50 |
| **Totals** | **8.00** | | | **$ 1,480** |
| **12/03/02** | 2.00 | Grace Administrative (Organizing files, Preparation of timesheets for Bankruptcy Reporting, etc.) | 185 | 370.00 |
| | 4.00 | Preparation of the Various Davison Chemical Leads | 185 | 740.00 |
| | 1.50 | Review of the Documentation Received for Davison Chemicals | 185 | 277.50 |
| | 1.00 | Review of the Davison Chemicals Database to Determine Interim Testing to be Performed | 185 | 185.00 |
| **Totals** | **8.50** | | | **$ 1,573** |
| **12/04/02** | 1.50 | Discussion with Cheryl Frick and Aimee Stickley on the Interim Procedures to be Performed for Davison Chemicals AP and Accruals | 185 | 277.50 |
| | 1.20 | Coaching from Aimee Stickley on the Audit Procedures to be Performed | 185 | 222.00 |
| | 0.60 | Grace Administrative | 185 | 111.00 |
| | 3.00 | Davison Chemicals Prepaid Testing | 185 | 555.00 |
| | 0.70 | Preparation of the Davison Chemicals Confirmations | 185 | 129.50 |
| | 1.00 | Review of the Prior Year Files | 185 | 185.00 |
| | 0.50 | Discussion with Billie Gardner in Regards to the Cash Bank Reconciliations | 185 | 92.50 |
| **Totals** | **8.50** | | | **$ 1,573** |
| **12/05/02** | 1.00 | Grace Administrative | 185 | 185.00 |
| | 0.50 | Coaching from Aimee Stickley on the Tasks to be Performed for the Day | 185 | 92.50 |
| | 0.50 | Made Selections for the Outstanding Checks to be Tested for Davison Chemicals | 185 | 92.50 |
| | 4.00 | Davison Chemicals AP Testing | 185 | 740.00 |
| **Totals** | **6.00** | | | **$ 1,110** |
| **12/06/02** | 2.50 | PwC Planning and Discussions (Review of my Audit Areas with Aimee Stickley and Cheryl Frick and Planning for the Weekend Testing to be Performed) | 185 | 462.50 |
| | 2.00 | Davison Chemicals Fixed Asset Testing | 185 | 370.00 |
| **Totals** | **4.50** | | | **$ 833** |

| | | | | |
|---|---|---|---|---|
| **12/09/02** | 0.70 | PwC Team Meeting | 185 | 129.50 |
| | 0.30 | Coaching from Aimee Stickley on the Audit Procedures to be Performed | 185 | 55.50 |
| | 1.25 | Reviewing with Cheryl Frick of Interim Testing Performed | 185 | 231.25 |
| | 0.50 | Grace Administrative | 185 | 92.50 |
| | 3.00 | Fixed Asset Testing - Davison Chemicals | 185 | 555.00 |
| | 1.50 | Review of Documentation from the Client to Determine Addiional Items Needed | 185 | 277.50 |
| | 0.75 | Davison Chemicals AP Testing | | |
| **Totals** | **8.00** | | | **$    1,341** |
| | | | | |
| **12/10/02** | 1.00 | Coordinating the Team Dinner | 185 | 185.00 |
| | 0.75 | Discussion with Cheryl Frick on the Status of Interim Testing | 185 | 138.75 |
| | 1.50 | Grace Administrative - Meeting with Jason Natt and Nina Govic, Bankruptcy Reporting, etc. | 185 | 277.50 |
| | 2.75 | Davison Chemicals AP Testing | 185 | 508.75 |
| | 1.00 | Meeting with the Client (Billie Gardner and Mohammad Khan on Cash Testing for Davison Chemicals) | 185 | 185.00 |
| | 2.00 | Davison Chemicals Fixed Asset Testing | 185 | 370.00 |
| **Totals** | **9.00** | | | **$    1,665** |
| | | | | |
| **12/11/02** | 0.50 | PwC Team Meeting | 185 | 92.50 |
| | 1.00 | Discussion with Cheryl Frick on the Status of Interim Testing | 185 | 185.00 |
| | 1.00 | Grace Administrative | 185 | 185.00 |
| | 3.00 | Time and Expense Preparation for December for the Bankruptcy Courts | 185 | 555.00 |
| | 0.50 | Preparation of an Open Items List for Interim Testing | 185 | 92.50 |
| **Totals** | **6.00** | | | **$    1,110** |
| | | | | |
| **12/12/02** | 0.50 | Discussion with Cheryl Frick on the Status of Interim Testing | 185 | 92.50 |
| | 0.60 | PwC Team Meeting | 185 | 111.00 |
| | 1.00 | Grace Administrative | 185 | 185.00 |
| | 2.50 | Review of Information from the Client to Determine if Additonal Information is Needed to Complete Interim Testing | 185 | 462.50 |
| | 0.75 | Meeting with the Client (John Reilly) | 185 | 138.75 |
| | 2.00 | Davison AP Testing and Completion of Open Items | 185 | 370.00 |
| | 1.15 | Davison Cash Testing and Preparation for Year-end Testing | 185 | 212.75 |
| | 1.50 | Time and Expense Preparation for the December Bankruptcy Courts | 185 | 277.50 |
| **Totals** | **10.00** | | | **$    1,850** |
| | | | | |
| **12/13/02** | 1.00 | Davison Chemicals Team Update Meeting | 185 | 185.00 |
| | 0.60 | Reviewing with Aimee Stickley of the Audit Testing Performed During Interim Testing | 185 | 111.00 |
| | 1.00 | Grace Administrative | 185 | 185.00 |
| | 1.00 | Update the Completion Section of the Grace Davison Database | 185 | 185.00 |
| | 1.50 | Completion of Davison Chemicals Fixed Asset Testing | 185 | 277.50 |

| | | | | |
|---|---|---|---|---|
| | 1.00 | Completion of Davison Chemicals Prepaid Testing | 185 | 185.00 |
| | 1.15 | Review of the Database to Determine Testing to be Performed at Interim | 185 | 212.75 |
| | 0.75 | Preparation of a To-Do-List in Order to Complete Interim Testing Procedures | 185 | 277.50 |
| **Totals** | **8.00** | | | $    **1,619** |
| | | | | |
| **12/16/02** | 0.50 | Grace Administrative | 185 | 92.50 |
| | 1.00 | Meet with Nina Govic to Discuss Time tracking and Bankruptcy Filings | 185 | 185.00 |
| | 6.50 | Time and Expense Tracking for the Bankruptcy Court | 185 | 1,202.50 |
| **Totals** | **8.00** | | | $    **1,480** |
| | | | | |
| **12/17/02** | 1.00 | Coaching from Nina Govic on the Bankruptcy Court Reporting - Expense and Time Tracking | 185 | 185.00 |
| | 0.50 | Discuss Bankruptcy Reporting with Jason Natt and Nina Govic | 185 | 92.50 |
| | 6.00 | Preparation of Bankruptcy Reporting Information for October and November | 185 | 1,110.00 |
| | 0.50 | Grace Administrative | 185 | 92.50 |
| **Totals** | **8.00** | | | $    **1,480** |
| | | | | |
| **12/18/02** | 7.75 | Preparation of the Bankruptcy Reporting Package for October and November | 185 | 1,433.75 |
| | 0.25 | Discuss Bankruptcy Reporting with Jason Natt and Nina Govic | 185 | 46.25 |
| | 1.00 | Coaching from Nina Govic on the Bankruptcy Court Reporting - Expense and Time Tracking | 185 | 185.00 |
| **Totals** | **9.00** | | | $    **1,665** |
| | | | | |
| **12/19/02** | 3.00 | Finalization of the Bankruptcy Court Reporting for October and November | 185 | 555.00 |
| | 1.00 | Clean-up of Interim Procedures Performed | 185 | 185.00 |
| | 1.50 | Documentation of Grace Davison's Product Lines - Silicas and Absorbents | 185 | 277.50 |
| | 0.50 | Grace Administrative | 185 | 92.50 |
| | 0.50 | Coaching from Aimee Stickley on the Preparation of the AR Aging | 185 | 92.50 |
| | 1.50 | Preparation of the Davison Chemicals AR Aging | 185 | 277.50 |
| **Totals** | **8.00** | | | $    **1,480** |

| | | |
|---|---|---|
| Total December Hours | | **109.50** |
| Bill Rate | | 185 |
| **Total Billed** | | **$20,257.50** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Whitney Morgan** | | | | |
| 12/14/02 | 9.0 | Physical inventory observation, tour of plant, performed test counts | 180 | 1,620.00 |
| 12/20/02 | 1.00 | Documented test counts, communicated to WR Grace personnel the outstanding items that would need to be sent to PwC for year-end fieldwork. | 180 | 180.00 |
| **Totals** | **10.00** | | | $    1,800 |

| | | |
|---|---|---|
| | Total December Hours | 10.00 |
| | Bill Rate | 180 |
| | **Total Billed** | **$1,800.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Christine Turner** | | | | |
| 12/26/02 | 2.0 | Preparation for Physical Inventory | 315 | 630.00 |
| **Totals** | **2.00** | | | **$    630** |
| 12/27/02 | 4.0 | Observe Physical Inventory and perform Workplan steps | 315 | 1,260.00 |
| **Totals** | **4.00** | | | **$  1,260** |
| 12/30/02 | 2.0 | Complete documentation of Inventory & Wrap-up | 315 | 630.00 |
| **Totals** | **2.00** | | | **$    630** |
| **Totals** | **8.00** | | | |

| | | |
|---|---|---|
| Total December Hours | | 8.00 |
| Bill Rate | | 315 |
| **Total Billed** | | **$2,520.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Jafet Pabon** | | | | |
| 12/03/02 | 8.00 | Inventory Observation at Darex Puerto Rico and documentation of inventory procedures and test counts | 185 | 1,480.00 |
| **Totals** | **8.00** | | | |
| | | Total December Hours | **8.00** | |
| | | Bill Rate | 185 | |
| | | **Total Billed** | **$1,480.00** | |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Stacy Clark** | | | | |
| 01/25/02 | 1.5 | Grace Planning meeting and preparation | 235 | 352.50 |
| **Totals** | **1.50** | | | |

| | | |
|---|---|---|
| Total December Hours | | 1.50 |
| Bill Rate | | 235 |
| **Total Billed** | | **$352.50** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Scott Tremble** | | | | |
| 12/04/02 | 1.0 | PwC Team Planning Meeting | 181 | 181.00 |
| **Totals** | **1.00** | | | $        181 |

| | | |
|---|---|---|
| Total December Hours | | 1.00 |
| Bill Rate | | 181 |
| **Total Billed** | | **$181.00** |

**W. R. Grace & Co.**
**Time Summary Report**
**Month Ended December 31, 2002**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Elizabeth Coyle** | | | | |
| 12/19/02 | 0.5 | Run WIPS for Craig Cleaver | 112 | 56.00 |
| **Totals** | **0.50** | | | **$    56** |

| | |
|---|---|
| Total December Hours | **0.50** |
| Bill Rate | 112 |
| **Total Billed** | **$56.00** |