| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - DECEMBER 2002**

**Larry Farmer**
| | | | |
|---|---|---|---|
| 12/06/2002 | Audit Partner | 5.00 | Parking |
| 12/19/2002 | Audit Partner | 5.48 | Mileage in excess of normal commute ( 15 Miles) |
| 12/30/2002 | Audit Partner | 23.73 | Mileage in excess of normal commute ( 15 Miles) |
| | | **34.21** | |

**Cheryl Frick**
| | | | |
|---|---|---|---|
| 12/02/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/03/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/04/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/06/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/09/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/10/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/11/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/12/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/13/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| 12/23/2002 | Audit Senior Associate | 14.60 | Mileage in excess of normal commute ( 40 Miles) |
| | | **146.00** | |

**Nina Govic**
| | | | |
|---|---|---|---|
| 12/02/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/03/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/04/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/05/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/06/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/09/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/10/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/11/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/12/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/13/2002 | Audit Senior Associate | 31.76 | Mileage in excess of normal commute ( 87 Miles) |
| 12/12/2002 | Audit Senior Associate | 20.20 | Purchased supplies for the WR Grace Christmas Party |
| 12/13/2002 | Audit Senior Associate | 24.68 | Purchased supplies for the WR Grace Christmas Party |
| 12/16/2002 | Audit Senior Associate | 6.20 | Mileage to Tyson's Office in excess of normal commute ( 17 Miles) |
| 12/17/2002 | Audit Senior Associate | 6.20 | Mileage to Tyson's Office in excess of normal commute ( 17 Miles) |
| 12/18/2002 | Audit Senior Associate | 6.20 | Mileage to Tyson's Office in excess of normal commute ( 17 Miles) |
| | | **$ 381.03** | |

**Aimee Stickley**
| | | | |
|---|---|---|---|
| 12/03/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |
| 12/04/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |
| 12/05/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |
| 12/06/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |
| 12/09/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |

| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - DECEMBER 2002**

| | Date | Title | Total | Description |
|---|---|---|---|---|
| | 12/10/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |
| | 12/11/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |
| | 12/12/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |
| | 12/13/2002 | Audit Associate | 27.01 | Mileage in excess of normal commute ( 74 Miles) |
| | 12/10/2002 | Audit Associate | 21.83 | Purchased supplies for the WR Grace Christmas Party |
| | 12/10/2002 | Audit Associate | 21.52 | Purchased supplies for the WR Grace Christmas Party |
| | 12/10/2002 | Audit Associate | 26.82 | Purchased dinner for working over 10 hours for A. Stickley, J. Natt, C. Frick, N. Govic, J. Zartman, M Yeager |
| | | | **$ 313.26** | |
| **Jeff Zartman** | 12/06/2002 | Audit Associate | 28.47 | Mileage in excess of normal commute ( 78 Miles) |
| | 12/09/2002 | Audit Associate | 28.47 | Mileage in excess of normal commute ( 78 Miles) |
| | 12/10/2002 | Audit Associate | 28.47 | Mileage in excess of normal commute ( 78 Miles) |
| | 12/11/2002 | Audit Associate | 28.47 | Mileage in excess of normal commute ( 78 Miles) |
| | 12/12/2002 | Audit Associate | 28.47 | Mileage in excess of normal commute ( 78 Miles) |
| | 12/12/2002 | Audit Associate | 26.48 | Purchased supplies for the WR Grace Christmas Party |
| | 12/13/2002 | Audit Associate | 28.47 | Mileage in excess of normal commute ( 78 Miles) |
| | | | **$ 197.30** | |
| **Maureen Yeager** | 12/02/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/03/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/04/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/05/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/06/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/09/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/10/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/11/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/12/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | 12/13/2002 | Audit Associate | 32.85 | Mileage in excess of normal commute ( 90 Miles) |
| | | | **$ 328.50** | |
| **Whitney Morgan** | 12/17/2002 | Audit Associate | 10.95 | Mileage in excess of normal commute ( 30 Miles) |
| | | | **$ 10.95** | |
| **Christine M. Turner** | 12/16/2002 | Audit Senior Associate | 14.90 | Mileage in excess of normal commute ( 40 Miles) |
| | | | **$ 14.90** | |
| **Maureen Driscoll** | 12/02/2002 | Audit Senior Associate | 12.93 | Out of town - dinner |
| | 12/02/2002 | Audit Senior Associate | 3.86 | Out of town - breakfast |
| | 12/02/2002 | Audit Senior Associate | 8.82 | Out of town - Lunch (Driscoll & Weir) |
| | 12/03/2002 | Audit Senior Associate | 11.52 | Out of town - Lunch (Driscoll & Weir) |
| | 12/04/2002 | Audit Senior Associate | 14.13 | Out of town - dinner |

| | Date | Title | Total | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - DECEMBER 2002**

| | Date | Title | Total | Description |
|---|---|---|---|---|
| | 12/04/2002 | Audit Senior Associate | 4.46 | Out of town - Lunch |
| | 12/05/2002 | Audit Senior Associate | 10.40 | Out of town - breakfast |
| | 12/05/2002 | Audit Senior Associate | 21.62 | Out of town - dinner (Driscoll & Weir) |
| | 12/06/2002 | Audit Senior Associate | 100.52 | Mileage in excess of normal commute ( 248 Miles) and $10 in Tolls |
| | 12/06/2002 | Audit Senior Associate | 611.60 | Courtyard Columbia from 12/2/02 - 12/6/02 |
| | 12/06/2002 | Audit Senior Associate | 12.75 | Phone charges from the hotel |
| | 12/06/2002 | Audit Senior Associate | 5.00 | Hotel Tips |
| | | | **$ 817.61** | |
| **Jafet Pabon** | 12/03/2002 | Audit Associate | 12.78 | Mileage in excess of normal commute ( 35 Miles) |
| | 12/03/2002 | Audit Associate | 1.40 | Toll Charges |
| | | | **$ 14.18** | |
| **Daniel Weir** | 12/02/2002 | GRMS Associate | 16.40 | Dinner while travelling to Columbia, MD |
| | 12/02/2002 | GRMS Associate | 2.59 | Breakfast at airport McDonald's |
| | 12/02/2002 | GRMS Associate | 373.00 | One way flight to Baltimore from Pittsburgh |
| | 12/03/2002 | GRMS Associate | 66.98 | Dinner while travelling to Columbia, MD |
| | 12/04/2002 | GRMS Associate | 6.28 | Lunch while travelling to Columbia, MD |
| | 12/04/2002 | GRMS Associate | 13.27 | Dinner while travelling to Columbia, MD |
| | 12/04/2002 | GRMS Associate | 10.79 | Gas money for rental car |
| | 12/05/2002 | GRMS Associate | 7.23 | Lunch while travelling to Columbia, MD |
| | 12/06/2002 | GRMS Associate | 14.04 | Gas money for rental car |
| | 12/06/2002 | GRMS Associate | 7.65 | Lunch while travelling to Columbia, MD |
| | 12/06/2002 | GRMS Associate | 6.98 | Lunch while travelling to Columbia, MD |
| | 12/07/2002 | GRMS Associate | 14.00 | Gas money for rental car |
| | 12/14/2002 | GRMS Associate | 661.15 | Courtyard Marriott 5 day stay in Columbia, MD |
| | 12/16/2002 | GRMS Associate | 30.38 | ATT Calling Card Fees |
| | 12/16/2002 | GRMS Associate | 8.03 | Airport Commute - 22 miles in excess of regular daily commute |
| | 12/16/2002 | GRMS Associate | 28.75 | Parking at Pittsburgh International Airport |
| | 12/16/2002 | GRMS Associate | 374.50 | Budget Rental Car for 5 days and drive from Columbia, MD to Pittsburgh, PA |
| | 12/16/2002 | GRMS Associate | 8.03 | Airport Commute - 22 miles in excess of regular daily commute |
| | 12/17/2002 | GRMS Associate | 5.67 | Breakfast at Dunkin Donuts |
| | | | **1,655.72** | |
| **Dave Ryan** | 12/06/02 | Audit Senior Manager $ | 15.00 | Parking at the client site |
| | 12/06/02 | Audit Senior Manager $ | 13.11 | Mileage in excess of normal commute ( 35.9 Miles) |
| | | | **$ 28.11** | |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL TOTAL    $   3,941.77**

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - December 31, 2002**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Larry Farmer | 12/06/2002 | 5.00 | | | | Parking |
| Larry Farmer | 12/19/2002 | 5.48 | | | | Mileage travelling to client site |
| Larry Farmer | 12/30/2002 | 23.73 | | | | Mileage travelling to client site |
| | | | | | | |
| Cheryl Frick | 12/02/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/03/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/04/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/06/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/09/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/10/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/11/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/12/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/13/2002 | 14.60 | | | | Mileage travelling to client site |
| Cheryl Frick | 12/23/2002 | 14.60 | | | | Mileage travelling to client site |
| | | | | | | |
| Nina Govic | 12/02/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/03/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/04/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/05/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/06/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/09/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/10/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/11/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/12/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/13/2002 | 31.76 | | | | Mileage travelling to client site |
| Nina Govic | 12/12/2002 | | | 20.20 | | Supplies for WR Grace Christmas Party |
| Nina Govic | 12/13/2002 | | | 24.68 | | Supplies for WR Grace Christmas Party |
| Nina Govic | 12/16/2002 | 6.20 | | | | Mileage travelling to client site |
| Nina Govic | 12/17/2002 | 6.20 | | | | Mileage travelling to client site |
| Nina Govic | 12/18/2002 | 6.20 | | | | Mileage travelling to client site |
| | | | | | | |
| Aimee Stickley | 12/03/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/04/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/05/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/06/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/09/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/10/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/11/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/12/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/13/2002 | 27.01 | | | | Mileage travelling to client site |
| Aimee Stickley | 12/10/2002 | | | 21.83 | | Supplies for WR Grace Christmas Party |
| Aimee Stickley | 12/10/2002 | | | 21.52 | | Supplies for WR Grace Christmas Party |
| Aimee Stickley | 12/10/2002 | | | | 26.82 | Overtime Meal for the engagement team |
| | | | | | | |
| Jeffrey Zartman | 12/06/2002 | 28.47 | | | | Mileage travelling to client site |
| Jeffrey Zartman | 12/09/2002 | 28.47 | | | | Mileage travelling to client site |
| Jeffrey Zartman | 12/10/2002 | 28.47 | | | | Mileage travelling to client site |
| Jeffrey Zartman | 12/11/2002 | 28.47 | | | | Mileage travelling to client site |
| Jeffrey Zartman | 12/12/2002 | 28.47 | | | | Mileage travelling to client site |
| Jeffrey Zartman | 12/12/2002 | | | | 26.48 | Supplies for WR Grace Christmas Party |
| Jeffrey Zartman | 12/13/2002 | 28.47 | | | | Mileage travelling to client site |
| | | | | | | |
| Maureen Yeager | 12/02/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/03/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/04/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/05/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/06/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/09/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/10/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/11/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/12/2002 | 32.85 | | | | Mileage travelling to client site |
| Maureen Yeager | 12/13/2002 | 32.85 | | | | Mileage travelling to client site |
| | | | | | | |
| Whitney Morgan | 12/17/2002 | 10.95 | | | | Mileage travelling to client site |
| | | | | | | |
| Christine Turner | 12/16/2002 | 14.90 | | | | Mileage travelling to client site |
| | | | | | | |
| Maureen Driscoll | 12/02/2002 | | | | 12.93 | Dinner |
| Maureen Driscoll | 12/02/2002 | | | | 3.86 | Breakfast |
| Maureen Driscoll | 12/02/2002 | | | | 8.82 | Lunch (Driscoll and Weir) |
| Maureen Driscoll | 12/03/2002 | | | | 11.52 | Lunch (Driscoll and Weir) |
| Maureen Driscoll | 12/04/2002 | | | | 14.13 | Dinner |
| Maureen Driscoll | 12/04/2002 | | | | 4.46 | Lunch |
| Maureen Driscoll | 12/05/2002 | | | | 10.40 | Breakfast |
| Maureen Driscoll | 12/05/2002 | | | | 21.62 | Dinner (Driscoll and Weir) |
| Maureen Driscoll | 12/06/2002 | 100.52 | | | | Mileage travelling to client site + Tolls |
| Maureen Driscoll | 12/06/2002 | | 611.60 | | | Courtyard Columbia (12/2 - 12/6/02) |

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - December 31, 2002**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| **Maureen Driscoll** | 12/06/2002 | | | 12.75 | | Phone charges from the hotel |
| **Maureen Driscoll** | 12/06/2002 | | | 5.00 | | Hotel Tips |
| **Jafet Pabon** | 12/03/2002 | 12.78 | | | | Mileage travelling to client site |
| **Jafet Pabon** | 12/03/2002 | 1.4 | | | | Tolls |
| **Daniel Weir** | 12/02/2002 | | | | 16.40 | Meal while travelling |
| **Daniel Weir** | 12/02/2002 | | | | 2.59 | Meal while travelling |
| **Daniel Weir** | 12/02/2002 | 373.00 | | | | Flight to Columbia, MD |
| **Daniel Weir** | 12/03/2002 | | | | 66.98 | Meal while travelling |
| **Daniel Weir** | 12/04/2002 | | | | 6.28 | Meal while travelling |
| **Daniel Weir** | 12/04/2002 | | | | 13.27 | Meal while travelling |
| **Daniel Weir** | 12/04/2002 | | | 10.79 | | Gas for Rental Car |
| **Daniel Weir** | 12/05/2002 | | | | 7.23 | Meal while travelling |
| **Daniel Weir** | 12/06/2002 | | | 14.04 | | Gas for Rental Car |
| **Daniel Weir** | 12/06/2002 | | | | 7.65 | Meal while travelling |
| **Daniel Weir** | 12/06/2002 | | | | 6.98 | Meal while travelling |
| **Daniel Weir** | 12/07/2002 | | | 14.00 | | Gas for Rental Car |
| **Daniel Weir** | 12/14/2002 | | 661.15 | | | Hotel Stay in Columbia, MD |
| **Daniel Weir** | 12/16/2002 | | | 30.38 | | Phone call charges |
| **Daniel Weir** | 12/16/2002 | | 8.03 | | | Mileage travelling to client site |
| **Daniel Weir** | 12/16/2002 | | 28.75 | | | Parking at Pittsburgh airport |
| **Daniel Weir** | 12/16/2002 | | 374.50 | | | Rental Car for 5 days |
| **Daniel Weir** | 12/16/2002 | | 8.03 | | | Mileage travelling to client site |
| **Daniel Weir** | 12/17/2002 | | | | 5.67 | Meal while travelling |
| **Dave Ryan** | 12/06/2002 | 15.00 | | | | Parking at the client site |
| **Dave Ryan** | 12/06/2002 | 13.11 | | | | Mileage travelling to client site |
| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | 3,941.77 | 1,800.43 | 1,692.06 | 175.19 | 274.09 | |