## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: W.R. GRACE & CO., INC., <br><br> Debtor, | Case No.: 01-01139 <br> Chapter 11 <br><br> Date of Petition: 04/02/2001 |

## REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

1. Name of Creditor: Richard N. Sukenik

2. Name and address where notices should be sent: Richard N. Sukenik, P.O. Box 33207, Palm Beach Gardens, Florida 33420-3207

3. Specific debtor against whom the claim is asserted: W.R. Grace & Co., Inc.

4. Basis for claim: Retiree Benefits, including but not limited to benefits as defined in 11 USC § 1114(a), pursuant to

   W.R. Grace & Co., Inc. Retirement Plan for Salaried Employees (*plan too voluminous to attach*);

   W.R. Grace & Co., Inc. Supplemental Executive Retirement Plan (*plan too voluminous to attach*);

   W.R. Grace & Co., Inc. Medical Care Coverage, Inpatient Surgical and Diagnostic Review (Health Plan) (*plan too voluminous to attach*);

   W.R. Grace & Co., Inc. Prescription Drug Program (*plan too voluminous to attach*).

5. Date claim incurred: Mr. Sukenik retired on March 31, 1996.

6. Amount of claim: Currently, no amounts are outstanding. This Request concerns amounts that may become due in the event that debtor ceases payments. Creditor reserves the right to amend and supplement this claim as amounts become due.

DATED: February 3, 2003          Respectfully submitted,

                                 By *Richard Sukenik*
                                 Richard N. Sukenik