# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

January 15, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   62027

FOR PROFESSIONAL SERVICES RENDERED
        THROUGH December 31, 2002

Atty - SLB

RE**:**    01- Case Administration

Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/24/02 | SLB | 0.30 | 135.00 | Telephone call from M. Foreman regarding status of reorganization (.3). |
| 12/02/02 | JMS | 0.40 | 94.00 | Review PWC motion for relief from compliance with Local Rule 2016-d(.2); review order designating Judge Wolin (.2). |
| 12/02/02 | MW | 0.60 | 51.00 | Pull case dockets and assemble relevant documents. |
| 12/03/02 | JMS | 0.30 | 70.50 | Review Debtors' motion for order approving settlement of litigation and claim (.3). |
| 12/03/02 | MW | 0.80 | 68.00 | Pull case dockets and assemble relevant documents. |
| 12/04/02 | MW | 0.40 | 34.00 | Pull case dockets and assemble relevant documents. |
| 12/05/02 | MW | 0.40 | 34.00 | Pull case dockets and assemble relevant documents. |
| 12/06/02 | MW | 0.30 | 25.50 | Pull case dockets and assemble relevant documents. |
| 12/10/02 | SLB | 0.10 | 45.00 | Interoffice conference with J. Sakalo regarding future hearings (.1). |
| 12/10/02 | JMS | 1.00 | 235.00 | Email to committee regarding omnibus hearings (.4); emails to/from J. Baer regarding hearings (.3); review hearing agenda and conference with S. Baena thereon (.3). |
| 12/10/02 | MW | 0.30 | 25.50 | Pull case dockets and compile relevant documents. |
| 12/11/02 | JMS | 0.30 | 70.50 | Email to paralegals regarding hearing notebook (.3). |
| 12/11/02 | MW | 0.30 | 25.50 | Pull case dockets and compile relevant documents. |
| 12/12/02 | LMF | 0.80 | 80.00 | Compile documents, index and hearing notebook for hearing on various matters on December 16, 2002 (.8). |
| 12/12/02 | MW | 0.30 | 25.50 | Pull case dockets and compile relevant documents. |
| 12/13/02 | JMS | 0.40 | 94.00 | Review amended agenda and email to T. Tacconelli regarding coverage at hearing (.4). |
| 12/16/02 | MW | 0.40 | 34.00 | Pull case dockets and compile relevant documents. |
| 12/17/02 | JMS | 0.20 | 47.00 | Telephone conference with D. Speights regarding scheduling issues (.2). |
| 12/17/02 | MW | 0.30 | 25.50 | Pull case dockets and compile relevant documents. |
| 12/18/02 | JMS | 1.10 | 258.50 | Telephone conference with M. Peach (claimant's counsel) regarding status of case, claims filing issues (1.1). |
| 12/18/02 | MW | 0.40 | 34.00 | Pull case dockets and compile relevant documents. |
| 12/19/02 | JMS | 0.80 | 188.00 | Email to M. Peach regarding notice of appearance, claims forms, status (.4); telephone conference with D. Speights regarding status of pending matters, notice (.4). |
| 12/19/02 | MW | 0.30 | 25.50 | Pull case dockets and compile relevant documents. |
| 12/23/02 | JMS | 0.30 | 70.50 | Revise docket (.3). |
| 12/26/02 | JMS | 0.30 | 70.50 | Review docket (.3). |
| 12/30/02 | MW | 0.60 | 51.00 | Pull case dockets and assemble relevant documents. |

**PROFESSIONAL SERVICES**                                                                                  $1,917.50

**COSTS ADVANCED**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 11/21/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2112418254; DATE: 11/24/02 - Acct.#BILZIN01 | 47.02 |
| 12/02/02 | Long Distance Telephone(973) 645-2051 | 1.35 |
| 12/02/02 | Long Distance Telephone(202) 986-0050 | 10.15 |
| 12/02/02 | Long Distance Telephone(212) 813-1703 | 2.03 |
| 12/02/02 | Long Distance Telephone(212) 803-7523 | 10.82 |
| 12/02/02 | Long Distance Telephone(212) 649-9505 | 7.44 |
| 12/02/02 | Long Distance Telephone(212) 909-2044 | 4.74 |
| 12/03/02 | Photocopies  19.00pgs @ .15/pg | 2.85 |
| 12/03/02 | Photocopies  24.00pgs @ .15/pg | 3.60 |
| 12/03/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 12/03/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 12/03/02 | Long Distance Telephone(212) 735-3550 | 1.35 |
| 12/03/02 | Long Distance Telephone(212) 946-9432 | 16.24 |
| 12/03/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 12/03/02 | Long Distance Telephone(212) 735-3550 | 3.38 |
| 12/04/02 | Long Distance Telephone(302) 651-3000 | 1.35 |
| 12/04/02 | Long Distance Telephone(212) 909-2044 | 0.68 |
| 12/04/02 | Long Distance Telephone(212) 909-2044 | 1.35 |
| 12/04/02 | Long Distance Telephone(310) 825-7460 | 1.35 |
| 12/04/02 | Long Distance Telephone(212) 909-2044 | 1.35 |
| 12/05/02 | Photocopies  32.00pgs @ .15/pg | 4.80 |
| 12/05/02 | Long Distance Telephone(212) 956-2888 | 8.79 |
| 12/05/02 | Long Distance Telephone(302) 651-3000 | 2.71 |
| 12/05/02 | Long Distance Telephone(212) 803-7523 | 6.09 |
| 12/05/02 | Long Distance Telephone(212) 735-3550 | 1.35 |
| 12/09/02 | Long Distance Telephone(212) 909-2044 | 0.68 |
| 12/09/02 | Long Distance Telephone(202) 965-8140 | 6.77 |
| 12/09/02 | Long Distance Telephone(649) 946-5612 | 7.12 |
| 12/10/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 12/10/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 12/11/02 | Photocopies  5.00pgs @ .15/pg | 0.75 |
| 12/11/02 | Photocopies  11.00pgs @ .15/pg | 1.65 |
| 12/11/02 | Postage | 0.37 |
| 12/11/02 | Postage | 0.60 |
| 12/11/02 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 449138293 DATE: 12/16/02 | 7.22 |
| 12/12/02 | Long Distance Telephone9 (051) 623-22 | 5.14 |
| 12/12/02 | Long Distance Telephone9 (051) 623-22 | 10.28 |
| 12/12/02 | Long Distance Telephone9 (051) 623-22 | 10.28 |
| 12/12/02 | Long Distance Telephone3 (905) 134-29 | 149.06 |
| 12/12/02 | Long Distance Telephone(202) 965-8140 | 6.09 |
| 12/12/02 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 2121519054; DATE: 12/15/02 - Acct.#BILZIN01 | 9.37 |
| 12/13/02 | Long Distance Telephone(803) 943-8094 | 4.06 |
| 12/13/02 | Long Distance Telephone(302) 575-1555 | 1.35 |
| 12/13/02 | Long Distance Telephone(302) 594-3100 | 0.68 |
| 12/13/02 | Long Distance Telephone(808) 524-0544 | 0.68 |
| 12/13/02 | Long Distance Telephone(808) 524-0544 | 1.35 |
| 12/16/02 | Long Distance Telephone(212) 909-2044 | 1.35 |
| 12/17/02 | Photocopies  87.00pgs @ .15/pg | 13.05 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 12/17/02 | Telecopies   138.00pgs @ .50/pg | 69.00 |
| 12/17/02 | Long Distance Telephone(808) 524-0544 | 0.68 |
| 12/19/02 | Photocopies  265.00pgs @ .15/pg | 39.75 |
| 12/19/02 | Photocopies  35.00pgs @ .15/pg | 5.25 |
| 12/19/02 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 12/19/02 | Long Distance Telephone(310) 645-9000 | 0.68 |
| 12/19/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 12/19/02 | Long Distance Telephone(803) 943-4444 | 16.91 |
| 12/20/02 | Long Distance Telephone(212) 735-2324 | 1.35 |
| 12/23/02 | Photocopies  303.00pgs @ .15/pg | 45.45 |
| 12/23/02 | Photocopies  3.00pgs @ .15/pg | 0.45 |
| 12/23/02 | Long Distance Telephone(409) 883-4394 | 2.95 |
| 12/23/02 | Long Distance Telephone(803) 943-4444 | 0.74 |
| 12/23/02 | Long Distance Telephone(409) 883-4394 | 44.94 |
| | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. | |
| 12/23/02 | INVOICE#: 449197745 DATE: 12/27/02 | 12.46 |
| 12/26/02 | Photocopies  18.00pgs @ .15/pg | 2.70 |
| 12/26/02 | Photocopies  51.00pgs @ .15/pg | 7.65 |

**TOTAL COSTS ADVANCED**                                                                             $639.71

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| Baena, Scott L | 0.40 | 450.00 | $180.00 |
| Sakalo, Jay M | 5.10 | 235.00 | $1,198.50 |
| Flores, Luisa M | 0.80 | 100.00 | $80.00 |
| Wong, Nichole | 5.40 | 85.00 | $459.00 |
| *TOTAL* | *11.70* | | *$1,917.50* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Photocopies | $127.95 |
| Telecopies | $75.00 |
| Federal Express | $19.68 |
| Long Distance Telephone | $359.72 |
| Long Distance Telephone-Outside Services | $56.39 |
| Postage | $0.97 |
| TOTAL | $639.71 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                          **$2,557.21**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:     02 - Debtors' Business Operations                                           Client No. 74817/15538

12/20/02     JMS          0.30              70.50     Review October operating report and letter to G. Boyer thereon (.3).

**PROFESSIONAL SERVICES**                                                                                   $70.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | 235.00 | $70.50 |
| *TOTAL* | *0.30* | | *$70.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                          **$70.50**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:     03 - Creditors Committee                                    Client No. 74817/15539

| 12/05/02 | SLB | 0.30 | 135.00 | Meeting to approve settlement (.3). |
| 12/05/02 | JMS | 0.30 | 70.50 | Committee call to approve settlement (.3). |
| 12/12/02 | JMS | 0.60 | 141.00 | Prepare for and attend committee call (.6). |

**PROFESSIONAL SERVICES**                                                                 $346.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 450.00 | $135.00 |
| Sakalo, Jay M | 0.90 | 235.00 | $211.50 |
| *TOTAL* | *1.20* | | *$346.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                **$346.50**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:   07 - Applicant's Fee Application

Client No. 74817/15543

| | | | | |
|---|---|---|---|---|
| 12/05/02 | LMF | 0.40 | 40.00 | Meet with accounting and J. Sakalo regarding status of pending invoices and filed invoices for all matters including fraudulent transfer matter (.4). |
| 12/06/02 | LMF | 0.70 | 70.00 | Prepare notices and summaries for Bilzin's October invoices for all matters and for the fraudulent transfer matter (.7). |
| 12/06/02 | JMS | 0.30 | 70.50 | Review November bill (.3). |
| 12/07/02 | JMS | 0.70 | 164.50 | Review/revise fee application (.7). |
| 12/09/02 | LMF | 0.40 | 40.00 | Revise invoices and notices for Bilzin's October fees and submit to local counsel for filing and serving (.4). |
| 12/11/02 | LMF | 1.40 | 140.00 | Review amounts approved for first, second, third, fourth and fifth periods for fees and costs for Bilzin and complete notice and summary of Bilzin's October fees and costs (.7); submit notices and invoices to local counsel for filing and serving (.3); disburse reimbursement checks to PD Committee counsel (.4). |
| 12/17/02 | LMF | 0.60 | 60.00 | Prepare notices and summaries for Bilzin's fees for both bankruptcy court and district court (.6). |
| 12/26/02 | JMS | 0.40 | 94.00 | Finalize November bills (.4). |

**PROFESSIONAL SERVICES**                                                           $679.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.40 | 235.00 | $329.00 |
| Flores, Luisa M | 3.50 | 100.00 | $350.00 |
| *TOTAL* | *4.90* | | *$679.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                      **$679.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:     09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)     Client No. 74817/15545

| | | | | |
|---|---|---|---|---|
| 12/02/02 | MW | 0.20 | 17.00 | Update property damage claims register. |
| 12/03/02 | JMS | 0.70 | 164.50 | Review property damage proofs of claim filed within last 3 weeks (.7). |
| 12/10/02 | MW | 0.30 | 25.50 | Update property damage claim register. |
| 12/18/02 | MW | 0.50 | 42.50 | Update property damage claim register. |
| 12/30/02 | MW | 1.20 | 102.00 | Update property damage claim register and assemble new property damage claim forms. |

**PROFESSIONAL SERVICES** $351.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | 235.00 | $164.50 |
| Wong, Nichole | 2.20 | 85.00 | $187.00 |
| *TOTAL* | *2.90* | | *$351.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$351.50**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    27 - Litigation Consulting

Client No. 74817/15563

| 12/26/02 | JMS | 0.40 | 94.00 | Review motion to approve settlement with MCNIC Pipeline (.4). |
|----------|-----|------|-------|---------------------------------------------------------------|

**PROFESSIONAL SERVICES**                                                   $94.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Sakalo, Jay M | 0.40 | 235.00 | $94.00 |
| *TOTAL* | *0.40* | | *$94.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$94.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE:   28 - Relief from Stay

| | | | | |
|---|---|---|---|---|
| 12/02/02 | JMS | 0.30 | 70.50 | Review Caterpillar motion for relief from stay (.3). |

**PROFESSIONAL SERVICES** $70.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | 235.00 | $70.50 |
| *TOTAL* | *0.30* | | *$70.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$70.50**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:   30 - Fee Application of Others

Client No. 74817/17781

| 12/04/02 | JMS | 0.20 | 47.00 | Email from P. Silvern regarding Debtor's email regarding procedures on quarterly fee applications (.2). |
| 12/05/02 | JMS | 0.20 | 47.00 | Begin review of November bill (.2). |
| 12/06/02 | LMF | 0.90 | 90.00 | Review and revise Hamilton Rabinovitz' October invoices (.4); prepare notices and summaries for both invoices (.5). |
| 12/09/02 | LMF | 0.50 | 50.00 | Revise Notices and Summaries for Hamilton Rabinovitz & Alschuler's October invoices and submit to local counsel for filing (.3); send unredacted copy of the October Fraudulent Transfer invoice to UST (.2). |
| 12/09/02 | LMF | 0.20 | 20.00 | Emails between J. Sakalo, L. Flores and L. Coggins regarding fraudulent transfer invoice for October for Hamilton Rabinovitz (.2). |
| 12/11/02 | LMF | 0.30 | 30.00 | Finalize and send letter with unredacted fraudulent transfer invoice to UST for Hamilton Rabinovitz (.3). |

**PROFESSIONAL SERVICES**                                        $284.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | 235.00 | $94.00 |
| Flores, Luisa M | 1.90 | 100.00 | $190.00 |
| *TOTAL* | *2.30* | | *$284.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**       **$284.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE:    38 - ZAI Science Trial                                    Client No. 74817/17905

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/04/02 | SLB | 0.30 | 135.00 | Email to committee regarding recent development in case law (.3). |
| 12/10/02 | JMS | 0.20 | 47.00 | Emails from/to S. Batorson regarding fee filings (.2). |

**PROFESSIONAL SERVICES** $182.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | 450.00 | $135.00 |
| Sakalo, Jay M | 0.20 | 235.00 | $47.00 |
| *TOTAL* | *0.50* | | *$182.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$182.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Baena, Scott L | 1.00 | 450.00 | $450.00 |
| Flores, Luisa M | 6.20 | 100.00 | $620.00 |
| Sakalo, Jay M | 9.70 | 235.00 | $2,279.50 |
| Wong, Nichole | 7.60 | 85.00 | $646.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** $3,995.50

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $127.95 |
| Telecopies | $75.00 |
| Federal Express | $19.68 |
| Long Distance Telephone | $359.72 |
| Long Distance Telephone-Outside Services | $56.39 |
| Postage | $0.97 |

**TOTAL COSTS ADVANCED THIS PERIOD** $639.71

**TOTAL AMOUNT DUE THIS PERIOD** $4,635.21

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

---

### CLIENT SUMMARY

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 12/31/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 1,917.50 | 639.71 | 2,557.21 |
| 02 - Debtors' Business Operations/15538 | 70.50 | 0.00 | 70.50 |
| 03 - Creditors Committee/15539 | 346.50 | 0.00 | 346.50 |
| 07 - Applicant's Fee Application/15543 | 679.00 | 0.00 | 679.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 351.50 | 0.00 | 351.50 |
| 27 - Litigation Consulting/15563 | 94.00 | 0.00 | 94.00 |
| 28 - Relief from Stay/15564 | 70.50 | 0.00 | 70.50 |
| 30 - Fee Application of Others/17781 | 284.00 | 0.00 | 284.00 |
| 38 - ZAI Science Trial/17905 | 182.00 | 0.00 | 182.00 |
| Client Total | $3,995.50 | $639.71 | $4,635.21 |