INVOICE
#HRA20020313
March 13, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton,
Rabinovitz & Alschuler, Inc. in connection with expert services
to the Official Committee of Asbestos Property Damage Claimants
in the bankruptcy of W.R. Grace & Co. et al.  For the month of
February, 2002.

CURRENT FEES

Francine F. Rabinovitz
 7.20 hours @ $ 375 per hour                    $   2,700.00

Paul Silvern
11.50 hours @ $ 325 per hour                        3,737.50

Robert H. Sims
 .50 hours @ $ 275 per hour                           137.50
              Total Current Fees:              $   6,575.00

CURRENT EXPENSES

Reproduction Expenses                                 397.25
Courier Expenses                                       82.61
              Total Current Expense:           $     479.86

        **TOTAL CURRENT FEES & EXPENSES:**      **$   7,054.86**

PRIOR BILLING

    December 13, 2001 Invoice:     $ 22,245.96
    January 15, 2002 Invoice:         2,038.53
    February 18, 2002 Invoice         6,440.51    $ 30,725.00

            GRAND TOTAL DUE:                    **$ 37,779.86**
*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

MONTH, 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|------|------|------|
| 02/07/02 | 0.30 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re status of case. |
| | 0.60 | Cat. 12. Case Administration and Consulting. Followup conversation with Paul Silvern (PS) re: PD Committee call. |
| 02/14/02 | 0.30 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re status of case. |
| | 0.70 | Cat. 12. Case Administration and Consulting. Read transcript of 1/29/02 Omnibus hearing. |
| 02/15/02 | 0.50 | Cat. 12. Case Administration and Consulting. Phone call with PS re: proposed revised Case Management Order |
| 02/25/02 | 2.10 | Cat. 12. Case Administration and Consulting. Read testimony on estimation re fraudulent transfer/solvency from other cases. |
| | 0.40 | Cat. 12. Case Administration and Consulting. Provide answers to committee questions re estimation methodology used in other cases. |
| 02/28/02 | 1.00 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re status of case. |
| | 0.30 | Cat. 2. Asbestos: Claims Analysis & Valuation. Talk with Committee Counsel (SB) about PD estimation for solvency hearing. |
| | 0.50 | Cat. 2. Asbestos: Claims Analysis & Valuation. Talk with PS about receipt of PD data from debtor and process of assessing data. |
| | 0.50 | Cat. 12. Case Administration and Consulting. Phone call with PS re: Debtor's revised proposed Proof of Claim form. |
| TOTAL | 7.20 | |

FEBRUARY, 2002, TIME LOG OF PAUL J. SILVERN (PJS)

DATE        TIME    TASK

02/04/02    2.00    Cat. 12. Case Administration and Consulting.
                    Review E. Hamilton declarations re: evolution
                    of property damage insurable risk
                    understanding in re: Celotex.

02/06/02    1.00    Cat. 12. Case Administration and Consulting.
                    Develop Property Damage (PD) Committee and
                    other proceeding participants reference list.

02/07/02    0.30    Cat. 12. Case Administration and Consulting.
                    Participate in PD Committee call re: case
                    status.

            0.60    Cat. 12. Case Administration and Consulting.
                    Followup conversation with Francine F.
                    Rabinovitz (FR) re: PD Committee call.

02/13/02    1.00    Cat. 2. Asbestos: Claims Analysis & Valuation.
                    Review Celotex Claims Facility property damage
                    claim valuation model.

02/14/02    1.00    Cat. 12. Case Administration and Consulting.
                    Review Debtor's proposed revised Case
                    Management Order

02/15/02    0.50    Cat. 12. Case Administration and Consulting.
                    Phone call with FR re: proposed revised Case
                    Management Order.

02/20/02    1.50    Cat. 12. Case Administration and Consulting.
                    Review Opinion regarding insolvency
                    determination for fraudulent transfer
                    proceedings in re: Babcock & Wilcox.

02/21/02    0.60    Cat. 12. Case Administration and Consulting.
                    Participate in PD Committee call re: case
                    status.

            1.00    Cat. 12. Case Administration and Consulting.
                    Update FR re: PD Committee call.

FEBRUARY, 2002, TIME LOG OF PAUL J. SILVERN (PJS) (continued)

| DATE | TIME | TASK |
|------|------|------|
| 02/28/02 | 1.00 | Cat. 12. Case Administration and Consulting. Participate in PD Committee call re: case status. |
|  | 0.50 | Cat. 2. Asbestos: Claims Analysis & Valuation. Phone call with FR re: PD claims estimation process and schedule. |
|  | 0.50 | Cat. 12. Case Administration and Consulting. Phone call with FR re: Debtor's revised proposed Proof of Claim form. |
| TOTAL | 11.50 | |

FEBRUARY, 2002, TIME LOG OF Robert H. Sims (RHS)

| DATE | TIME | TASK |
|------|------|------|
| 02/02/02 | 0.50 | Cat. 12. Case Administration and Consulting. Copy and FedEx estimation materials to Paul Silvern. |
| TOTAL | 0.50 | |

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace).  For the month of February, 2002.

| | Francine F. Rabinovitz | Paul J. Silvern | Robert H. Sims | |
|---|---|---|---|---|
| 02/01/2002 | | | | |
| 02/02/2002 | | | 0.50 | |
| 02/03/2002 | | | | |
| 02/04/2002 | | 2.00 | | |
| 02/05/2002 | | | | |
| 02/06/2002 | | 1.00 | | |
| 02/07/2002 | 0.90 | 0.90 | | |
| 02/08/2002 | | | | |
| 02/09/2002 | | | | |
| 02/10/2002 | | | | |
| 02/11/2002 | | | | |
| 02/12/2002 | | | | |
| 02/13/2002 | | 1.00 | | |
| 02/14/2002 | 1.00 | 1.00 | | |
| 02/15/2002 | 0.50 | 0.50 | | |
| 02/16/2002 | | | | |
| 02/17/2002 | | | | |
| 02/18/2002 | | | | |
| 02/19/2002 | | | | |
| 02/20/2002 | | | | |
| 02/21/2002 | | 1.50 | | |
| 02/22/2002 | | 1.60 | | |
| 02/23/2002 | | | | |
| 02/24/2002 | | | | |
| 02/25/2002 | 2.50 | | | |
| 02/26/2002 | | | | |
| 02/27/2002 | | | | |
| 02/28/2002 | 2.30 | 2.00 | | Total Hours |
| Hours | 7.20 | 11.50 | 0.50 | 19.20 |
| Rate | $375 | $325 | $275 | Total Fees |
| | $2,700.00 | $3,737.50 | $137.50 | $6,575.00 |

# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

## <u>TELECOPIER TRANSMITTAL SHEET</u>

TO:            Louisa Flores

FAX:          305-374-7593

FROM:       Robert Mangus

DATE:        March 13, 2002

PAGES:      _____

Like last month, please find our invoice for month of February attached.  I will mail you the hard copy.

If you have further questions, my direct line is 310-337-4141.

If there is any problem with this transmission please call (310) 645-9000.
6033 WEST CENTURY BLVD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

NEW YORK                                                                                    LOS ANGELES

Scott L. Baena, Esq.
Bilzin Sumbert Dunn
Baena Price & Axelrod
LLP
2500 First Union
Financial Center
200 South Biscayne
Boulevard
Miami, FL 33131-2336

Louisa M. Flores
Legal Assistant
Bilzin Sumbert Dunn
Baena Price & Axelrod
LLP
2500 First Union
Financial Center
200 South Biscayne
Boulevard
Miami, Florida 33131-
2336