IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 5, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2003

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13326

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 12/01/02 | TM | Assist with preparing and quality checking Grace exhibit binders to be exchanged to opposing counsel for trial (5.0 hrs.). | 5.00 |
|  | MM | Continue to review case databases and all other case material re locating missing Honeywell trial exhibits (8.5 hrs.). | 8.50 |
| 12/02/02 | MM | Review and incorporate invoices into chart reflecting Grace's past costs (.4 hrs.); review and revise stated chart (.3 hrs.); office conference with Mr. Queen re duplicating various photos used in the declaration of Dr. Valera (.2 hrs.); prepare copies of stated declaration to be sent to Dr. Valera for review per Mr. Hughes' request (.4 hrs.); finalize the review and scanning of various selective depositions to be used at trial and prepare all to be placed on CD (1.1 hrs.); review recent correspondence and draft joint trial exhibit list received from plaintiffs (.8 hrs.); office conferences with Mr. Hughes re status of gathering all Honeywell and ICO exhibits as | 10.80 |

W. R. Grace & Co.                                                          Page      2

listed in their final exhibit list submitted recently
(.3 hrs.); office conference with Ms. Banks re
case status (.3 hrs.); office conferences with Mr.
Marraro re status of obtaining unpublished case
cited by Honeywell (.3 hrs.); telephone
conference with Ms. Flax's office re same (.2
hrs.); forward follow-up email to Ms. Flax re
same (.2 hrs.); review fax received from Ms.
Flax's office re requested case (.3 hrs.); forward
copies of same to Mr. Marraro and Ms. Schuller
for review (.2 hrs.); office conference with Mr.
Williams re brief status of case and pending
matters (.3 hrs.); review recently produced
documents from Honeywell locating missing
exhibits as noted on Honeywell's final trial
exhibit list (i.e., Part I & II) (4.3 hrs.); office
conference with Ms. Bynum re locating and
incorporating located Honeywell trial exhibits
into trial binders (.3 hrs.); review, duplicate and
incorporate located Honeywell trial exhibits into
trial binders (.9 hrs.).

12/02/02  BB    Collect and prepare pertinent filings for Ms.                9.80
Parker (.3 hrs.); conference with Mr. Marraro
and collect and prepare requested court filings
for Mr. Williams (.4 hrs.); conference with Ms.
Parker (.1 hrs.); conference with Ms. Bynum,
Ms. Manago and Mr. Moasser re status of ICO
and Honeywell exhibits (.3 hrs.); conference
with Mr. Hughes re supplement Honeywell
production (.2 hrs.); prepare, coordinate and
organize Honeywell's 11/26/02 supplemental
production and prepare for shipment to case
expert (2.6 hrs.); cross reference Rifkin's
opposition brief with declarations of Ms. Flax
and Mr. Caffrey and provide results to Grace
expert for Ms. Parker (2.2 hrs.); collect and
prepare pertinent expert report for Mr. Marraro
(.2 hrs.); research court filings, collect and
prepare pertinent footnote for Mr. Marraro (.5

W. R. Grace & Co.                                                    Page    3

|  |  | **Hours** |
|---|---|---|

hrs.); collect, organize and prepare pertinent exhibits to Flax and Caffrey declarations for Mr. Marraro (2.5 hrs.); place telephone call and email request for ChemRisk article and photos from case expert for Mr. Marrro (.4 hrs.); collect and email CMDG case to Mr. Marraro (.1 hrs.).

12/02/02 RLS    Research tort issues (3.0 hrs.); review cost documentation chart (1.0 hrs.); research reconsideration standard for opposition to motion for affirmation of residential cleanup standard (4.2 hrs.).    8.20

CHM    Meeting with M. Williams re evidence issues (1.1 hrs.); witness preparation outlines (5.2 hrs.); conference with client (.5 hrs.); conference with experts (2.1 hrs.).    8.90

TM    Prepare chart of Honeywell cost documentation (5.7 hrs.); continue to assist with preparing and quality checking Grace exhibit binders to be exchanged to opposing counsel for trial (4.0 hrs.).    9.70

MLW    Analysis of all parties trial briefs and final pretrial order regarding potential admissibility of all disclosed exhibits regarding 1/7/03 trial (4.4 hrs.).    4.40

NAB    Prepare and quality check Grace exhibit binders to be sent to counsel (8.5 hrs.).    8.50

WH    Review depositions and other relevant materials in preparation for meeting with environmental and heaving experts in DC (6.2 hrs.); conferences with experts re meeting (.8 hrs.); review Honeywell's motions in limine and supporting documents (2.2 hrs.); conferences    9.80

W. R. Grace & Co.                                                                          Page    4

                                                                                    __**Hours**__

|  |  | with paralegals re preparing materials for expert meeting (.6 hrs.). |  |
| 12/02/02 | TP | Compared Rifkin's declaration to original CV and noted new or revised descriptions of qualifications and noted credentials that need research and/or verification (1.6 hrs.); internet search on Johns Hopkins in attempt to verify course Rifkin claims to have taught (.7 hrs.); multiple email communication with Dr. Anderson requesting information on various qualifications included in Rifkin's declaration, including nature of work at EPA offices he claims to have performed work for and membership requirements in professional organizations (1.7 hrs.); analyze National Academy of Science reference material and email to Dr. Anderson requesting additional research on certain issues (1.1 hrs.); review Rifkin's declaration related to dermal study and email correspondence with Drs. Shelnut and Belsito re interpretation of Rifkin's comments and whether they accurately reflect the studies (1.9 hrs.); compare Calabrese declaration and CV with Rifkin's CV and deposition testimony to determine if Rifkin has course work or other experience in areas listed in Calabrese declaration as related to risk assessment (2.1 hrs.). | 9.10 |
| 12/03/02 | TM | Prepare chart of 1994-1999 cost documentation not produced by vendor (6.0 hrs.); scan selected depositions onto CD per the request of Mr. Moasser (.7 hrs.). | 6.70 |
|  | WH | Prepare summaries of heaving experts' direct testimony for discussion at meeting (6.0 hrs.); review deposition of Honeywell expert in connection with experts' meeting in DC (1.6 hrs.); prepare outline of expert's declaration re in | 9.30 |

W. R. Grace & Co.                                                                 Page    5

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | limine motion (1.3 hrs.); conference with expert re declaration and trial prep matter (.4 hrs.). |  |
| 12/03/02 | CHM | Review various depositions of experts and new Honeywell designations (6.8 hrs.); conference with Mr. Agnello (.8 hrs.). | 7.60 |
|  | NAB | Prepare and quality check Grace exhibit binders to be sent to counsel (7.5 hrs.). | 7.50 |
|  | BB | Collect, coordinate, organize and prepare pertinent documents for Ms. Schuller (.7 hrs.); prepare email message to expert (.3 hrs.); prepare email message to local counsel (.3 hrs.); make follow up call to expert re ChemRisk article and photo for Mr. Marraro (.4 hrs.); collect, organize and prepare pertinent deposition transcripts for Mr. Hughes (.7 hrs.); collect, prepare and organize Honeywell summary Judgment briefs and cross claims for Mr. Williams (.8 hrs.); respond to inquiry from case expert, collect pertinent electronic documents and email to expert (.8 hrs.); place calls to district courts and arrange for research for research of docket for pertinent slip opinion for Ms. Schuller (1.0 hrs.); research Lexis for pertinent case law, download and prepare for Mr. Hughes (2.3 hrs.). | 7.30 |
|  | MLW | Analysis of all parties trial briefs and final pretrial order regarding potential admissibility of all disclosed exhibits regarding 1/7/03 trial (5.7 hrs.). | 5.70 |
|  | RLS | Research reconsideration standard for opposition to motion for affirmation of residential cleanup standard (8.1 hrs.); compile and review cost documentation charts (2.0 hrs.). | 10.10 |

W. R. Grace & Co.                                                                    Page    6

|  |  | **Hours** |
|---|---|---|

12/03/02  MM   Office conference with Mr. Hughes re various                    10.80
matters pertaining to Honeywell trial exhibits
and preparing list of missing exhibits to request
from Mr. Caffrey (.3 hrs.); office conference
with Ms. Manago re placing all selected
depositions onto CD (.4 hrs.); continue to
review case databases and all other case material
re locating missing Honeywell trial exhibits (i.e.,
pertaining to Part I & II) and incorporate all
exhibits located into trial binders (9.3 hrs.);
review documents produced from consultant's
office re various Grace expert documents
requested by Mr. Caffrey (.8 hrs.).

TP   Review and response to Drs. Shelnut and                           7.70
Belsito's email correspondence (.5 hrs.); calls
and emails to schedule time for and participate
in conference call with Dr. Anderson to discuss
possible areas of researching and attacking
Rifkin's credentials (1.3 hrs.); Westlaw research
for cases involving Dr. Calabrese and for
authority supporting argument that risk
assessment requires toxicology expertise (1.9
hrs.); review recent correspondence and
pleadings and organize by party and type for
future reference and analysis (1.3 hrs.); begin
draft of bullet point memo re argument to
exclude Rifkin testimony (2.7 hrs.).

12/04/02  RLS   Compile and review chart detailed cost                          8.20
documentation for RI/FS study (4.0 hrs.); review
Honeywell summary judgment motion for
references to ECARG/Honeywell stipulation re
cleanup standards (3.2 hrs.); draft letter to M.
Caffrey re 11/99 document review (1.0 hrs.).

CHM   Work on witness outlines (5.2 hrs.).                             5.20

W. R. Grace & Co.                                                                   Page     7

|  |  |  | **Hours** |
|---|---|---|---|
| 12/04/02 ACZ | | Research CERCLA issues for Mr. Hughes (.7 hrs.). | 0.70 |
| | TM | Review RI/FS index and prepare list of vendors cited per the request of Ms. Schuller; (1.6 hrs.); meeting with Ms. Schuller regarding same (.4 hrs.); prepare chart of cost documentation total re documents not produced by vendor (5.6 hrs.). | 7.60 |
| | TP | Email to Ms. Banks requesting NJDEP letter rejecting Rifkin risk assessment (.1 hrs.); voicemail from Mr. Hughes and phone conference with Mr. Caffrey re exchange of exhibits (.4 hrs.); phone conferences with Ms. Banks re transmitting documents from Dr. Anderson's office to Wallace King (.5 hrs.); reviewed fax materials sent by Dr. Anderson, compare the memberships with those listed in Rifkin credentials and update bullet point argument memo (3.3 hrs.); review Roned trial brief as per Mr. Marraro's request (.9 hrs.). | 5.20 |
| | MM | Review recent correspondence (.8 hrs.); finalize the review and organization of various depositions and downloading to CDs for trial (1.1 hrs.); forward email to Mr. Hughes re status of same (.2 hrs.); continue to review Grace databases and all other filed material re locating missing Honeywell trial exhibits (i.e., pertaining to Part I & II) and incorporate all exhibits located into trial binders (6.1 hrs.); forward email to Mr. Hughes re review and preparing Grace trial exhibits to be duplicated to be produced to all parties by 12/13/02 (.2 hrs.); office conference with Ms. Kelley and Ms. Bynum re preliminary review of Grace trial exhibits re assuring all are present in preparation of producing copies of same to opposing parties by 12/13/02 (2.2 hrs.). | 10.60 |

W. R. Grace & Co.                                                                    Page      8

|  |  |  | **Hours** |
|---|---|---|---|
| 12/04/02 | WH | Meeting with heaving experts in DC re trial testimony (7.5 hrs.); conferences with paralegals re follow-up assignments on experts (.6 hrs.); prepare file memo re experts' direct testimony and related issues (.8 hrs.); begin preparing outline for experts' direct testimony (1.8 hrs.). | 10.70 |
|  | BB | Place call to Grace expert re trial preparation for Ms. Parker (.2 hrs.); research Lexis, download and prepare cases cited in Honeywell's opposition to exclude Honeywell expert Deming for Mr. Hughes (1.4 hrs.); make follow up with case expert for Ms. Parker re additional trial exhibit (.4 hrs.); follow up with document service in Camden and Newark New Jersey (.6 hrs.); prepare fax request to the Intelligence Group and Interstate document filings (.7 hrs.); collect, coordinate and organize materials for 12/5/02 meeting of heaving experts for Mr. Hughes (2.2 hrs.). | 5.50 |
| 12/05/02 | NAB | Prepare and quality check Grace exhibit binders to be sent to counsel (8.0 hrs.). | 8.00 |
|  | MM | Continue to review Grace databases and all other case material re locating missing Honeywell trial exhibits (i.e., pertaining to Part I & II) and incorporate all exhibits located into trial binders (3.2 hrs.); continue review of Grace trial exhibits and search case databases and other case files re producing missing and incorporating exhibits into trial binders (4.6 hrs.); office conferences with Mr. Hughes re producing various case documents for meeting with various Grace experts and Mr. Hughes' review (.6 hrs.); follow-up office conference with Mr. Hughes re status of compiling Grace trial exhibits to be produced to all parties by 12/13/02 (.2 hrs.); office conference with Ms. Schuller re same (.2 hrs.);  office conference | 10.60 |

W. R. Grace & Co.

Page    9

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | with Ms. Kelley re status of obtaining Grace trial exhibits by various Grace experts (.2 hrs.); telephone conferences with Ms. Upton re same (.3 hrs.); review various emails from Ms. Upton re same request (.2 hrs.) review case material and various case databases re producing various trial exhibits for Dr. Coop as identified by Ms. Upton in response to our request and incorporate same into trial binders (1.1 hrs.). |  |
| 12/05/02 | CHM | Work on motion in limine re Rifkin including review of deposition (3.6 hrs.); work on witness outlines (2.6 hrs.); review research re remediation brief (1.2 hrs.); conference with Mr. Agnello (.8 hrs.); conference with ICO re "batting order" issues (.7 hrs.). | 8.90 |
|  | RLS | Exhibits compilation for 12/13 exhibit exchange (2.0 hrs.); prepare outline for oral argument re cost documentation motion (3.3 hrs.). | 5.30 |
|  | WH | Prepare direct testimony questions for expert (6.4 hrs.); conferences with expert re same (1.2 hrs.); work on expert's declaration re motion in limine (.6 hrs.); review ASTM material re Honeywell heaving expert's opinion (.5 hrs.); prepare outline of oral argument (.5 hrs.). | 9.20 |
|  | TP | Multiple phone conferences and emails with Dr. Anderson's office related to Rifkin credentials (1.2 hrs.); email with Mr. Marraro re status of Rifkin argument materials (.1 hrs.); review and highlight materials received, update bullet point memo and prepare argument binder for Mr. Marraro and provide instruction to Ms. Banks and Ms. Manago re preparing additional copies (7.8 hrs.). | 9.10 |

W. R. Grace & Co.                                                                 Page    10

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                | Hours |
|------------|-----|----|------|
| 12/06/02   | CHM | Review cost documentation issues (2.1 hrs.); review evidence issues with documents (5.2 hrs.). | 7.30 |
|            | WH  | Factual and legal research in connection with Honeywell's in limine motions (4.6 hrs.); prepare outline of rebuttal points re same (1.2 hrs.); conferences with paralegals re exhibits and related assignments (.8 hrs.); work on trial prep matter re Grace fact witness (2.7 hrs.). | 9.30 |
|            | BB  | Make follow up calls to Interstate Document Filings re requested court documents (.4 hrs.); conference with Mr. Hughes re preparation of materials for hearing on motions in limine (.3 hrs.); conference with Ms. Schuller re pretrial order and exchange of exhibits (.6 hrs.); research Lexis and download and prepare pertinent cases (1.0 hrs.); collect and prepare pertinent documents re motion in limine to exclude evidence re Daylin/Goodrich for Mr. Hughes (1.5 hrs.); collect, coordinate, prepare and organize pertinent documents and set of materials for 12/10/02 motion in limine hearing re Honeywell experts for Mr. Hughes (4.5 hrs.); prepare email message to local counsel re draft summaries in preparation for 12/10/02 hearing (.5 hrs.); prepare letter and FedEx package to experts (.8 hrs.); make trip to after hours FedEx office at Dulles (.9 hrs.). | 10.50 |
|            | RLS | Compile missing exhibits (2.2 hrs.); make phone calls to experts with outstanding exhibits (.8 hrs.); compile and review list (3.9 hrs.). | 6.90 |
|            | ACZ | Additional CERCLA research for Mr. Hughes (1.8 hrs.). | 1.80 |

W. R. Grace & Co.                                                                                    Page    11

|  |  |  | Hours |
|---|---|---|---|
| 12/06/02 | TM | Continued to assist with preparing and quality checking Grace exhibits binders being sent to counsel (12.2 hrs.). | 12.20 |
|  | MM | Review recent correspondence (.6 hrs.); office conference with Belmar re duplicating various video tapes to be produced on 12/13/02 as trial exhibits (.2 hrs.); follow-up with Ms. Upton re status of requested trial exhibits from various Grace experts (.3 hrs.); office conference with Ms. Bynum and Ms. Kelley re same (.2 hrs.); continue review of Grace trial exhibits and search case databases and other case files re producing missing and incorporating exhibits into trial binders (2.8 hrs.); research re locating professional legal photographer to accompany Dr. Valera to the Jersey City site (.9 hrs.); office conferences with Mr. Hughes re same (.3 hrs.); telephone conference with Dr. Valera re trip to Jersey City to take photos of site as requested by Mr. Hughes (.4 hrs.); office conferences with Ms. Schuller, Mr. Hughes, Ms. Banks and Ms. Kelley re preparing Grace trial exhibits to be produced on 12/13/02 (.6 hrs.); review and organize Grace trial exhibits into order in preparation of producing to all parties on 12/13/02 (6.1 hrs.). | 12.40 |
|  | NAB | Prepare and quality check Grace exhibit binders to be sent to counsel (5.5 hrs.). | 5.50 |
| 12/07/02 | MM | Continue to review and organize Grace trial exhibits into order in preparation of producing to all parties on 12/13/02 (5.0 hrs.) | 5.00 |
|  | CHM | Prepare direct outline (6.8 hrs.). | 6.80 |
|  | WH | Prepare materials for use in oral argument on Deming in limine motion (2.4 hrs.); conference with expert re site visit and demonstrative | 7.60 |

W. R. Grace & Co.                                                           Page    12

                                                              **Hours**

|  |  | exhibits (.5 hrs.); review relevant site photographs re heaving issue and confer with paralegal re same and related assignment (1.3 hrs.); review and revise expert's demonstrative exhibits (.5 hrs.); legal search re legal issue pertinent to Honeywell in limine motion (.7 hrs.); review portions of deposition relevant to expert's trial testimony (1.4 hrs.); work on trial prep matter related to Grace fact witness (.8 hrs.). |  |
|---|---|---|---|
| 12/07/02 | BB | Complete preparation of materials of 12/10/02 hearing (7.0 hrs.). | 7.00 |
| 12/08/02 | CHM | Prepare direct outline (5.2 hrs.). | 5.20 |
|  | MM | Continue and finalize the review and organize Grace Trial exhibits into order in preparation of producing to all parties on 12/13/02 (7.1 hrs.); finalize the review of the stated Grace exhibits and assign each Grace documents with exhibits labels displaying trial exhibits numbers and affix to each (6.9 hrs.). | 14.00 |
| 12/09/02 | RLS | Grace team meeting (1.0 hrs.); calls to experts regarding missing trial exhibits (1.0 hrs.); research and draft bench memo regarding *Amland* case (5.0 hrs.); research opposition to Honeywell's motion to strike Hugh McGuire supplemental expert report (2.6 hrs.). | 9.60 |
|  | WH | Conferences with non-testifying expert and paralegals re database project for trial (1.5 hrs.); prepare for oral argument on in limine motions (1.2 hrs.); conferences with expert re photos to be used as demonstrative aides (.6 hrs.); work on trial prep matter re environmental experts (5.5 hrs.). | 8.80 |

W. R. Grace & Co.

Page   13

| | | | Hours |
|---|---|---|---|
| 12/09/02 | TM | Honeywell invoice research project re preparing list of produced cost documentation and verify production dates per the request of Ms. Schuller (6.9 hrs.); prepare list of vendors for the documents that we have in our possession (2.7 hrs.). | 9.60 |
| | NAB | Prepare and quality check Grace exhibit binders to be sent to counsel (11.5 hrs.). | 11.50 |
| | BB | Attend conference with Messrs. Marraro, Hughes, Williams and Ms. Schuller re case assignments and issues (.8 hrs.); follow up conference with Mr. Hughes (.4 hrs.); make record of assignments (.5 hrs.); conference with Ms. Kelly, Bynum and Moasser re status of exhibits preparation (.4 hrs.); conference with Mr Hughes re trial witness preparation (.4 hrs.); collect and prepare pertinent documents for Mr. Hughes (.4 hrs.); review trial plan with Mr. Hughes (.3 hrs.); coordinate preparation of required photos for Mr. Marraro (.4 hrs.); conference with Mr. Hughes re Summation project (.4 hrs.); make call to Advanced Imaging Solutions for pertinent Summation information (.3 hrs.); make call to expert re same (.3 hrs.); leave telephone message with Mr. Alonzo re Summation and project needs (.5 hrs.); provide results of inquiry to Mr. Hughes (.3 hrs.); collect information from FedEx re arrangement for large pickup (.2 hrs.); collect pertinent exhibits to Flax declaration scan and email for Mr. Hughes (.7 hrs.); collect, prepare and organize pertinent materials re motion in limine hearing for Mr. Hughes (2.4 hrs.); make arrangements with copy service for duplication of exhibits (.6 hrs.); assist in preparation of shipment to parties (1.4 hrs.); make trip to after hours to FedEx office at Dulles Airport (.8 hrs.). | 11.50 |

W. R. Grace & Co.                                                                                        Page   14

|  |  |  | **Hours** |
|---|---|---|---|
| 12/09/02 | MLW | Conference with Mr. Marraro regarding trial strategy related to disclosed exhibits (.4 hrs.). | 0.40 |
|  | MLW | Preparation for evaluation of all trial exhibits regarding trial (4.6 hrs.). | 4.60 |
|  | MM | Office conference with Ms. Schuller re status of Grace trial exhibits (.2 hrs.); office conference with Mr. Marraro re producing copies of all Grace, Honeywell and ICO trial exhibits to Ms. Flax's office to be sent out by FedEx for delivery on 12/10/02 (.2 hrs.); office conference with Ms. Kelley and Ms. Bynum re producing same (.3 hrs.); review, organize and prepare all stated exhibits to be sent out to Ms. Flax's office (8.2 hrs.); review all documents received from consultant's office re various Grace expert trial exhibits (.6 hrs.); review case database and other case documents re producing various Grace trial exhibits (1.1 hrs.); office conference with Balmar re having several Grace oversized trial exhibits duplicated (.2 hrs.); review recent correspondence (.3 hrs.); office conference with Ms. Mitchell re placing various case databases and Grace trial exhibits onto CDs (.2 hrs.); office conference with Mr. Hughes re producing all Grace trial exhibits that deal with the heaving issue (.2 hrs.); review various Grace databases and other case material re producing requested heaving documents for Mr. Hughes' review (3.9 hrs.); draft memorandum to Mr. Hughes attaching requested heaving documents (.2 hrs.); telephone conferences with Mr. Anderson re arranging for photography at site visit (.3 hrs.); telephone conference with Dr. Valera re confirming site visit (.2 hrs.). | 16.10 |
|  | CHM | Review Honeywell motion on McGuire (.5 hrs.); prepare response (4.8 hrs.); conferences with Mr. Agnello and ICO re order of proofs (1.2 | 9.10 |

W. R. Grace & Co.                                                                    Page    15

|  |  | **Hours** |
|---|---|---|

hrs.); conference with client (.5 hrs.); work on
pre-trial issues (2.1 hrs.).

| 12/09/02 RM | Create CD's of exhibit (1.9 hrs.). | 1.90 |

**12/10/02 MLW**   **Travel to office of co-counsel in Roseland, New**          2.40
                   **Jersey regarding 1/7/03 trial (2.7 hrs.).  (Note:**
                   **Travel time billed at 50%; 10% here and 40% at**
                   **end of statement).**

BB   Conference with Mr. Hughes re Honeywell's                                      11.30
     invoices (.3 hrs.); conference with Ms. Schuller
     re same (.2 hrs.); give assignment to Ms. Bynum
     to cross reference Honeywell's consultant's
     produced invoices against its trial exhibit list for
     Ms. Schuller (.3 hrs.); conference with Mr.
     Hughes re preparation of Wong testimony
     materials (.4 hrs.); conference with Mr. Hughes
     re Summation project needs and format (.4 hrs.);
     research production database and exhibits list
     for pertinent 1983 document for Mr. Hughes (.8
     hrs.); conference with Mr. Hughes re results (.3
     hrs.); telephone conference with Ms. Atreides at
     case expert's office re Summation project needs,
     format and arrangements for necessary training
     (.5 hrs.); research production database and create
     sub-index of all documents re James Wong for
     Mr. Hughes (.9 hrs.); research exhibits list and
     create sub-index of exhibits to/from Wong for
     Mr. Hughes (2.5 hrs.); collect same and prepare
     binders for Mr. Hughes (3.5 hrs.); research trial
     exhibits and create sub-index of exhibits re
     heaving for Mr. Hughes (1.2 hrs.).

TP   Phone message from Mr. Hughes re Blanchard                                      7.60
     motion and phone conference with Ms. Banks
     requesting material related to Blanchard and
     Deming (.4 hrs.); review Blanchard and Deming
     motion and opposition papers and Blanchard
     deposition (3.4 hrs.); Westlaw searches for case

W. R. Grace & Co.                                                                   Page   16

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | law related to excluding expert relying on other expert (3.7 hrs.); phone conference with Ms. Manago requesting Honeywell expert report binder (.1 hrs.). |  |
| 12/10/02 | SCD | Confer with Mr. Marraro re research project re "imminent and substantial endangerment" (.2 hrs.); research re same (.6 hrs.). | 0.80 |
|  | MM | Site visit with experts (2.3 hrs.); telephone conferences with Mr. Hughes re status of site and various tasks to be completed during visit to site (.3 hrs.); meet with Dr. Valera re preparing for site visit (3.4 hrs.); telephone conferences with Mr. Anderson (.4 hrs.); return to site for additional planning (1.2 hrs.); at Home Depot to obtain material needed for site visit (.3 hrs.). | 7.90 |
|  | MLW | Evaluation of basis for admissibility of all Grace trial exhibits dating prior to 1960's regarding (10.5 hrs.). | 10.50 |
|  | WH | Conferences with Mr. Moasser re site visit and new photographs (.7 hrs.); work on trial prep matters re environmental experts (7.5 hrs.); conference with Honeywell counsel re experts (.4 hrs.); conferences with paralegals re exchange of exhibits and related assignments (.8 hrs.). | 9.40 |
|  | CHM | Pre-trial preparation including witness outlines (4.8 hrs.); evidence issues (3.4 hrs.); conferences with Mr. Agnello (1.4 hrs.). | 9.60 |
|  | TM | Quality checked and inserted tabs into Grace trial exhibit binders (8.8 hrs.). | 8.80 |
|  | NAB | Quality check trial exhibit binders in preparation for trial (8.0 hrs.). | 8.00 |

W. R. Grace & Co.                                                    Page    17

|  |  |  | **Hours** |
|---|---|---|---|
| 12/10/02 | RLS | Work with consultant to compile missing expert exhibits and to discuss 11/99 document review (1.0 hrs.); research and draft opposition to Honeywell's motion to strike Hugh McGuire supplemental expert report (8.2 hrs.). | 9.20 |
|  | MM | **Travel to Newark, New Jersey to meet with Dr. Valera to visit Grace site to obtain additional technical photographs of site for trial purposes (3.2 hrs.). (Note: travel time billed at 50%; 10% here and 40% at end of statement.)** | 2.80 |
| 12/11/02 | RLS | Draft and edit opposition to Honeywell's motion to strike Hugh McGuire supplemental expert report (4.4 hrs.); research case law re R.26(e)(1) (2.0 hrs.); work with Mr. Nagy re declaration in support of opposition to Honeywell's motion to strike Hugh McGuire supplemental expert report (1.0 hrs.). | 7.40 |
|  | MLW | Evaluation of basis for admissibility of all disclosed trial exhibits concerning Grace exhibits dating in 1960's regarding 1/7/03 trial (10.1 hrs.). | 10.10 |
|  | CHM | Conferences with witnesses (2.6 hrs.); review depositions (4.4 hrs.); review Nagy deed and conference re same (.6 hrs.); prepare final brief on McGuire (2.8 hrs.). | 10.40 |
|  | MM | Meet with Dr. Valera re final preparation for site visit (2.3 hrs.); travel to site with Dr. Valera (1.2 hrs.); telephone conferences with Mr. Anderson re directions to site and miscellaneous request (.6 hrs.); meet with Mr. Anderson and Mr. Valera at site (3.1 hrs.); travel to local hardware store (i.e., Duncan Hardware) to obtain copies of site keys to lock (.8 hrs.); travel to Playdrome Bowling Alley to meet with Everett Oaks re returning original site key and to discuss any | 11.20 |

W. R. Grace & Co.                                                                    Page   18

                                                                      **Hours**

|  |  |  |  |
|---|---|---|---|
|  |  | heaving at bowling alley site with Dr. Valera (.9 hrs.); complete quick walk around of bowling alley with Dr. Valera to confer re heaving (.6 hrs.); meet with Ms. Bynum and Ms. DuBost re continue working on preparing Grace trial exhibits to be produced on 12/13/02 (.6 hrs.); continue to review and prepare stated exhibits (1.1 hrs.). |  |
| 12/11/02 | WH | Conference with expert re site visit and demonstrative exhibits (.4 hrs.); review new site photographs re heaving issue and confer with paralegal re same (.6 hrs.); review outline of expert's direct testimony and confer with non-testifying expert re same (1.5 hrs.); legal research in connection with Honeywell in limine motion (1.7 hrs.); work on trial prep matter related to Grace expert (3.5 hrs.); review Blanchard motion and prepare for oral argument on same (1.4 hrs.). | 9.10 |
|  | MM | **Travel from Newark International Airport to Washington (3.4 hrs.).  (Note:  Travel time billedat 50%; 10% here and 40% at end of staement.)** | 3.00 |
|  | SCD | Research re "imminent and substantial endangerment" (.4 hrs.). | 0.40 |
|  | BB | Review new correspondence and case documents, coordinate, organize and prepare for incorporation into indexed case files (3.6 hrs.); prepare and Bates label Honeywell supplemental production (.8 hrs.);  prepare cover letter and documents for shipment to case expert (.8 hrs.); create new files and incorporate new documents into indexed case files (2.7 hrs.); prepare FedEx package (.5 hrs.); make trip to after hours FedEx office at Dupont Circle (.4 hrs.); review status of | 10.80 |

W. R. Grace & Co.                                                                                   Page    19

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | assignments and prepare notes re outstanding assignments for trial preparation (2.0 hrs.). |  |
| 12/11/02 | NAB | Quality check trial exhibit binders in preparation for trial (9.5 hrs.). | 9.50 |
|  | TP | Phone conference with Ms. Manago requesting assistance in printing cases (.2 hrs.); review Blanchard and Deming expert reports; extract relevant deposition testimony (.3 hrs.), summarize cases and draft memo re argument points to exclude Blanchard (7.1 hrs.). | 7.60 |
|  | RM | Create CDs of exhibits (.9 hrs.). | 0.90 |
| 12/12/02 | RLS | Make revisions to motion to strike Hugh McGuire supplemental expert report for filing (4.5 hrs.); compile exhibits for final exhibit exchange with all parties (4.1 hrs.). | 8.60 |
|  | MM | Telephone conferences with Ms. Flax re identifying various photos as trial exhibits (.3 hrs.); office conferences with Ms. Banks re same (.2 hrs.); forward email to Mr. Marraro and Ms. Flax re clarificiation of same (.2 hrs.); continue to review, organize and finalize the preparation of all Grace trial exhibits to be produced to all parties (9.6 hrs.); review all Grace final trial exhibits and create errata sheet to be filed re Grace trial exhibits list (3.3 hrs.); travel to and from FedEx to drop off stated Grace exhibits to be delivered to opposing parties (1.1 hrs.). | 14.70 |
|  | BB | Conference with staff re preparation of trial exhibit binders (.3 hrs.); place telephone call to expert re trial preparation conference with Mr. Marraro re assignment (.2 hrs.); prepare letter and requested documents to witness for Mr. Marraro (1.4 hrs.); prepare FedEx package  of same (.4 hrs.); deliver same to after hours FedEx | 10.00 |

W. R. Grace & Co.

**Hours**

at Dulles Airport (.8 hrs.); telephone conference with Ms. Flax and Mr. Marraro re trial exhibits (.3 hrs.); conference with Mr. Moasser and Ms. Kelly re details needed for errata sheet (.5 hrs.); respond to inquiry from Mr. Williams (.3 hrs.); follow up conference with Mr. Moasser re inquiry on photographs (.3 hrs.); telephone conference with Mr. Williams re Honeywell and Grace common exhibits (.2 hrs.); respond to telephone call from expert re site (.3 hrs.); research production, collect and prepare documents pertinent to Grace witness for Mr. Marraro  (1.0 hrs.); conference with Mr. Marrro re materials for 12/19/01 in limine hearing  (.2 hrs.); prepare and fax letter to Mr. Caffrey for Mr. Hughes (.3 hrs.); prepare fax to Grace witness for Mr. Marraro (.4 hrs.); prepare letter and set of documents to Mr. Poggioli for Mr. Marraro (.8 hrs.); telephone conference with Dr. Shelnutt re McLaren Hart article and photo (.3 hrs.); collect, organize and prepare binder of correspondence to/from Wong for Mr. Hughes (1.6 hrs.); make trip to after hours FedEx at Dupont Circle (.4 hrs.).

| | | | Hours |
|---|---|---|---|
| 12/12/02 | NAB | Quality check trial exhibit binders in preparation for trial (14.0 hrs.). | 14.00 |
| | WH | Conferences with experts re groundwater issue (.8 hrs.); work on outline of questions for Honeywell fact witness (5.5 hrs.); work on outline for Grace expert (3.0 hrs.). | 9.30 |
| | TM | Continue quality checking and inserting tabs into Grace exhibit binders (8.0 hrs.). | 8.00 |

W. R. Grace & Co.                                                           Page   21

|            |      |                                                                                                                                                                                                                                      | **Hours** |
|------------|------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 12/12/02   | MLW  | Evaluation of basis for admissibility of all disclosed trial exhibits concerning Grace exhibits dating in 1970's and 1980's regarding 1/7/03 trial (10.2 hrs.).                                                                         | 10.20     |
|            | CHM  | Final review of brief (1.6 hrs.); review revised Nagy declaration (.4 hrs.); meeting with expert (4.6 hrs.); trial preparation (2.6 hrs.).                                                                                              | 9.20      |
|            | SCD  | Confer with Mr. Marraro re research question (.2 hrs.); research RCRA issues (5.2 hrs.).                                                                                                                                                | 5.40      |
| 12/13/02   | TM   | Continue quality checking and inserting tabs into Grace exhibit binders (6.5 hrs.).                                                                                                                                                    | 6.50      |
|            | SCD  | Research re RCRA issues (2.2 hrs.); draft memo re same and send to Mr. Marraro (2.0 hrs.).                                                                                                                                              | 4.20      |
|            | CHM  | All day meeting with expert in New Jersey (9.2 hrs.).                                                                                                                                                                                  | 9.20      |
|            | CHM  | **Travel to and from New Jersey (3.8 hrs.).  (Note travel time billed at 50%; 10% here and 40% at end of statement).**                                                                                                                | 3.40      |
|            | WH   | Work on cross outlines for Honeywell fact witness (6.8 hrs.); work on outline for Grace expert (2.0 hrs.).                                                                                                                             | 8.80      |
|            | RLS  | Assist Mr. Hughes in reseaching CERCLA issues (6.2 hrs.).                                                                                                                                                                             | 6.20      |
|            | BB   | Research trial exhibits, collect, prepare and organize exhibits pertaining to Wong testimony for Mr. Hughes (2.7 hrs.); collect and prepare pertinent documents for Mr. Hughes (.6 hrs.); conference with Mr. Hughes re same (.3 hrs.); complete preparation and quality check Wong testimony index and binder (3.9 hrs.); prepare and incorporate new documents into indexed | 12.00     |

W. R. Grace & Co.

Page    22

|  |  | **Hours** |
|---|---|---|

case files and create new files (2.1 hrs.);
download pertinent photographs and prepare for
Mr. Marraro (2.4 hrs.).

12/13/02 MM    Review photographs received from Anderson re    10.40
site visit and office conference with Mr. Hughes
re same (.4 hrs.); telephone conferences with
Ms. Flax re various Grace trial exhibits (i.e.,
photographs) to be identified (.4 hrs.); forward
and received various emails to Ms. Flax re same
(.3 hrs.); review case material and databases re
same (.9 hrs.); review recent correspondence (.4
hrs.); follow-up office conference with Mr.
Hughes re producing copy of Grace site key to
various parties and 12/11/02 site visit photos to
be sent to Dr. Valera for review (.3 hrs.);
telephone conference with Dr. Valera (.2 hrs.);
draft letter to Dr. Valera and forward via FedEx
with 12/11/02 site photos for his review (.4
hrs.); continue to review, organize and finalize
the preparation of all Grace trial exhibits to be
produced to ICO (3.2 hrs.); review, organize and
prepare additional copies of Grace trial exhibits
to be sent to Dr. Goad and to be used at trial (3.9
hrs.).

MLW    Evaluation of basis for admissibility of all    11.50
disclosed trial exhibits, concerning Grace
exhibits dating in 1990's regarding 1/7/03 trial
(8.0 hrs.); preparation of materials regarding
memorandum concerning scope of particular
bases for admission trial exhibits (3.5 hrs.).

12/14/02 BB    Collect, prepare and organize materials re    6.50
Rifkin, Belisto, and cleanup standards for Mr.
Marraro in preparation for motions in limine
hearing (4.7 hrs.); scan to Word Honeywell's
exhibit list for Mr. Williams (1.3 hrs); download

W. R. Grace & Co.                                                                  Page    23

|  |  |  | **Hours** |
|--|--|--|--|
|  |  | photos and conference with Mr. Kaider re same (.5 hrs.). |  |
| 12/14/02 | CHM | Work on witness preparation outlines (6.8 hrs.). | 6.80 |
|  | MM | Telephone conference with IKON re returning copies of various Grace trial exhibits (.2 hrs.); office conference with IKON re same (.2 hrs.); receive, review and quality control copies of Grace trial exhibits received from IKON (4.1 hrs.). | 4.50 |
|  | WH | Work on cross-examination outline and supporting documents for Honeywell heaving expert (3.4 hrs.). | 3.40 |
| 12/15/02 | CHM | Work on witness preparation outlines (6.0 hrs.). | 6.00 |
|  | WH | Work on cross-examination materials re Honeywell fact witness (2.5 hrs.); finalize expert's declaration on heaving issue in connection with in limine hearing and confer with expert re same (2.8 hrs.). | 5.30 |
|  | MM | Continue to review and quality control Grace trial exhibits received from IKON (5.0 hrs.). | 5.00 |
| 12/16/02 | MLW | Evaluation of basis for admissibility of all disclosed trial exhibits concerning business records of contractors of parties regarding 1/7/03 trial (7.2 hrs.); preparation for hearing on motion to bar witness of Honeywell, Peter Blanchard, scheduled for 12/19/02 (2.2 hrs.). | 9.40 |
|  | CHM | Work on witness preparation outlines (2.5 hrs.). | 2.50 |
|  | MM | Telephone conference with Dr. Valera re recent photos taken at Grace site on 12/11/02 (.3 hrs.); review recent correspondence (.6 hrs.); continue to review and quality control additional Grace | 14.70 |