UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X
In re:

W.R. GRACE & CO.-CONN.

Debtor.
-----------------------------------------------------------X

Chapter 11

Case No. 01-01140

## WITHDRAWAL OF

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

Longacre Master Fund, Ltd. ("Longacre") hereby withdraws its Notice of Transfer of Claim filed on November 13, 2002 in the amount of $28,471.50 pursuant to FRBP 3001(e)(1).

Longacre further stipulates and requests that all distributions or notices in respect of the Claim be sent to the Transferor at the following address:

> Plauche Smith & Nieset
> 1123 Pithon St
> Lake Charles, LA 70602
> Attn: Chris Ieyoub

This the 10th day of February, 2003.

_____
Vladimir Jelisavcic
Longacre Master Fund, Ltd.
810 Seventh Avenue, 22nd Floor
New York, NY 10019
212-259-4300
fax 212-259-4343