UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY COVERSHEET TO TWENTY-FIRST MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2002 through December 31, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $178,734.48 for the period December 1, 2002 through December 31, 2002 (80% of $223,418.10 after 40% discount for Honeywell matter), in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $115,058.29 for the period December 1, 2002 through December 31, 2002. |

This is a:    Monthly interim application.


Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
| --- | --- | --- | --- | --- | --- |
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

|  | through 3/31/02 |  |  |  |  |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 80% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 80% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 80% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | No Objections Served on Counsel | No Objections Served on Counsel |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the twenty-first application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 237.8 | $104,632.00 |
| Alec Zacaroli | Associate | $210 | 24.7 | $5,187.00 |
| William Hughes | Counsel | $350 | 202.9 | $71,015.00 |
| Steven C. Dubuc | Associate | $270 | 10.8 | $2,916.00 |

| Name | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Tamara Parker | Associate | $270 | 50.4 | $13,608.00 |
| David Dorsen | Counsel | $350 | .3 | $105.00 |
| Michael L. Williams | Associate | $210 | 145.3 | $30,513.00 |
| Rebecca L. Schuller | Associate | $175 | 130.7 | $22,872.50 |
| Barbara Banks | Paralegal | $135 | 224.3 | $30,280.50 |
| Natasha Bynum | Legal Clerk | $100 | 156.7 | $15,670.00 |
| Mahmoude Moasser | Paralegal | $135 | 345.0 | $46,575.00 |
| Tonya Manago | Sr. Paralegal | $135 | 161.5 | $21,802.50 |
| Rebecca Mitchell | Paralegal | $120 | 2.8 | $336.00 |

Total Fees　　　　　　　　　　　$365,512.50
Less 40% Discount for Allied　　$(142,094.40)

Balance Due　　　　　　　　　　$223,418.10

Total Hours　　　　　　　　　　1693.2

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Air Fares | $1,102.00 |
| Copies- Internal and Outside | $77,699.82 |
| Facsimile | $501.75 |
| Lexis/Westlaw Costs | $9,326.65 |
| FedEx | $6,276.82 |
| Overtime Meals | $594.32 |
| Overtime Meals/Attorneys | $214.15 |
| Overtime Transportation | $1,591.22 |
| Secretarial Overtime | $3,768.07 |
| Document Retrieval | $787.00 |
| Aerial Photographs for Litigation | $2,270.48 |
| Auto Rentals | $856.95 |
| Delivery Service | $2,301.18 |
| Telephone | $335.02 |
| Hotels | $996.82 |
| Meals on Trips | $102.20 |
| Miscellaneous Travel Expense | $19.00 |
| Overtime for Facilities Management Personnel | $1,000.00 |
| Supplies for Site Visit | $69.10 |
| Two Sets of Joint Trial Exhibits | $4,878.76 |
| Trial Expenses | $366.98 |
| | |
| Total | $115,058.29 |