W. R. Grace & Co.

Page 24

| | | | Hours |
|---|---|---|---|
| | | trial exhibits to be used at trial that were received from IKON (12.6 hrs.); office conference with Mr. Hughes re trial preparation and various tasks to be completed prior to leaving for New Jersey (.6 hrs.); follow-up office conference with Mr. Hughes re reviewing case material re confirming receipt of Golder invoices during their productionf (.3 hrs.); telephone conferences with IKON re remaining exhibits to be duplicated (.3 hrs.). | |
| 12/16/02 | NAB | Quality check Grace exhibit binders in preparation for trial (7.5 hrs.). | 7.50 |
| | TM | Prepare witness prep binder (7.9 hrs.). | 7.90 |
| | WH | Conferences with experts re heaving issue and preparation for trial testimony (1.2 hrs.); conferences with paralegals re database project and related assignments (1.0 hrs.); prepare outline of argument re motion to exclude Honeywell's developer (2.4 hrs.); review Blanchard deposition in preparation for hearing (1.5 hrs.); prepare for oral argument (3.5 hrs.). | 9.60 |
| | RLS | Assist Mr. Hughes in researching CERCLA issues (8.1 hrs.). | 8.10 |
| | BB | Collect, coordinate and prepare Grace Defendants' deposition designations and create binders of same for Mr. Hughes (8.4 hrs.). | 8.40 |
| 12/17/02 | MM | Continue to review and quality control additional Grace trial exhibits to be used at trial that were received from IKON (9.8 hrs.); finalize set of Grace trial exhibits to be sent to consultant and forward via FedEx (2.2 hrs.); office conference with Mr. Hughes re search case files re producing any and all photos of Dundalk site prepared by Dr. Valera (.2 hrs.); | 15.70 |

W. R. Grace & Co.                                                                          Page    25

                                                                                          <u>Hours</u>

|  |  |  |  |
|---|---|---|---|
|  |  | search case material re same (.8 hrs.); review final invoice received from Anderson re site visit and submit for payment per Mr. Hughes request (.3 hrs.); office conference with Ms. Mitchell re producing duplicate copies of Grace exhibit no. 1024 (i.e., CD hrs.) (.3 hrs.); telephone conferences with Mr. Marraro re reviewing Honeywell final trial exhibit list and identify all exhibits where Robert Wolf is mentioned (.6 hrs.); finalize review of case database and Golder production documents re confirming whether Golder produced any invoices (1.3 hrs.); follow-up office conference with Mr. Hughes re status of same (.2 hrs.). |  |
| 12/17/02 | TP | Review and analyze Honeywell trial brief and cases cited therein (4.1 hrs.). | 4.10 |
|  | MLW | Preparation for hearing on motion to bar disclosed expert witness of Honeywell, Peter Blanchard, scheduled for 12/19/02 (7.7 hrs.); conference with Mr. Hughes regarding strategy for hearing on motion to bar expert witness of Honeywell, Peter Blanchard, and evidentiary basis in record related to purported opinions of Blanchard (.3 hrs.); conference with C. Marraro regarding hearing scheduled regarding scope of work product doctrine and disputed documents (.1 hrs.). | 8.10 |
|  | CHM | **Travel to and from New Jersey (4.1 hrs.).  (Note: travel time billed at 50%; 10% here and 40% at end of statement).** | 3.70 |
|  | NAB | Conduct comparison of Grace and Honeywell exhibits for like exhibits and create chart of same (6.5 hrs.). | 6.50 |

W. R. Grace & Co.                                                                            Page   26

| | | | **Hours** |
|---|---|---|---|
| 12/17/02 | CHM | All day meeting with witness in New Jersey (9.2 hrs.). | 9.20 |
| | WH | Prepare for oral argument (3.2 hrs.); work on trial prep matters re experts (6.6 hrs.). | 9.80 |
| | RLS | Research whether court may exclude expert testimony without Daubert hearing (4.0 hrs.); research Daubert testing - may court exclude expert testimony because expert did not follow suggested methodology (4.1 hrs.). | 8.10 |
| | TM | Continue to prepare witness prep binders (8.1 hrs.). | 8.10 |
| | BB | Review plans for trial exhibit Summation project (1.4 hrs.); attend Summation sessions with Ms. Melissa Atreides and Mr. Henry Alonzo re: summation project for trial (4.2 hrs.); conference with Mr. Hughes re: results of summation session and needs (.4 hrs.); review and quality check Grace exhibit binders for case expert and prepare for shipment (4.0 hrs.); collect and prepare pertinent documents for Mr. Hughes (.4 hrs.); conference with Mr. Hughes re: additional hearing preparation (.5 hrs.). | 10.90 |
| 12/18/02 | WH | Prepare for oral argument (5.5 hrs.); work on trial prep matters re Grace environmental expert and Honeywell fact witness (4.2 hrs.). | 9.70 |
| | CHM | Prepare for in limine motion argument (6.5 hrs.); prepare draft letter to Judge Cavenaugh (.6 hrs.); conference with ICO re "batting order" (.5 hrs.); work on witness outlines (2.1 hrs.). | 9.70 |
| | MM | Office conferences with Mr. Marraro re producing various case documents and Grace trial exhibits for review in preparation for hearing (.6 hrs.);  review joint trial exhibits and | 13.20 |

W. R. Grace & Co.                                                                 Page   27

                                                                           __Hours__

|  |  | | |
|---|---|---|---|
|  |  | flag all Grace trial exhibits that are now on the joint exhibit list (1.1 hrs.); telephone conference with Ms. Flax re producing a copy of Honeywell trial exhibits to consultant and to WKMB (.2 hrs.); forward email to Ms. Flax re same (.2 hrs.); follow-up telephone conference with Ms. Flax's office re same (.2 hrs.); review and prepare joint trial exhibits to be sent to consultant (.7 hrs.); review, organize and prepare ICO trial exhibits to be copied by IKON to be forwarded to consultant (.9 hrs.); review and finalize copy of Grace trial exhibits and forward to Ms. Flax for their files and forward via FedEx (2.1 hrs.); continue to review and quality control additional Grace trial exhibits to be used at trial that were received from IKON (7.2 hrs.). |  |
| 12/18/02 | NAB | Conduct comparison of Grace and Honeywell exhibits for like exhibits and create chart of same (9.7 hrs.). | 9.70 |
|  | MLW | Preparation for hearing on pending motions, scheduled for 12/19/02, regarding applicability of work-product doctrine to materials requested by Honeywell (6.0 hrs.); evaluation of basis for admissibility of all disclosed trial exhibits, concerning applicability of business record and learned treatise hearsay exceptions (2.2 hrs.). | 8.20 |
|  | RLS | Research whether court may exclude expert testimony without Daubert hearing (3.8 hrs.); research case law whether witness qualifications fit Daubert expert standards (4.3 hrs.). | 8.10 |
| 12/19/02 | MM | Office conference with Mr. Williams and Ms. Schuller re searching and reviewing various Mr. Wong depositions for verify site material for Ms. Marraro (1.3 hrs.); telephone conference with Ms. Houser (.2 hrs.); review and response | 15.20 |

W. R. Grace & Co.                                                                    Page   28

|  |  | **Hours** |
|---|---|---|

to emails from Ms. Houser re same (.2 hrs.); review recent correspondence (.4 hrs.); continue to review and quality control additional Grace trial exhibits to be used at trial that were received from IKON (9.2 hrs.); review and prepare all ICO trial exhibits to be sent to consultant's office as requested (3.6 hrs.); office conference with Ms. Banks re final preparation for trial material (.3 hrs.).

12/19/02 MLW     Preparation for hearing on pending motions,                8.70
scheduled for 12/19/02, regarding testimony of Wong cited by Grace in support of residential cleanup standards and multiple tele-conferences with C. Marraro regarding evidentiary record (2.6 hrs.); evaluation of basis for admissibility of all disclosed trial exhibits, concerning applicability of ancient document and public record hearsay exceptions (6.1 hrs.).

NAB     Conduct comparison of Grace and Honeywell                6.00
exhibits for like exhibits and create chart of same (6.0 hrs.).

CHM     Attend in limine hearing (2.5 hrs.); work with                9.00
Mr. Agnello re trial preparation (6.5 hrs.).

RLS     Search Wong deposition transcripts for                4.00
supporting excerpts (4.0 hrs.).

BB     Follow up with case expert on preparation of                10.00
Summation project with Ms. Atreides (.4 hrs.); telephone conference with Mr. Hughes re trial preparation (.3 hrs.); conference with Mr. Marraro re deposition transcripts for co-counsel (.1 hrs.); telephone conference with Mr. Hughes re trial preparation (.4 hrs.); review, coordinate, prepare and incorporate new correspondence into indexed case files and electronic files (5.2 hrs.); collect and prepare pertinent document for

W. R. Grace & Co.                                                           Page   29

|  | **Hours** |
|---|---|

|  |  | Mr. Hughes (.3 hrs.); prepare deposition designations for trial (3.3 hrs.). |  |
|---|---|---|---|
| 12/19/02 | WH | Prepare for oral argument and attend hearing on in limine motions (4.5 hrs.); conference with Mr. Marraro re hearing and trial prep matters (1.5 hrs.); conferences with Ms. Banks re assignments (.6 hrs.). | 6.60 |
| 12/20/02 | MLW | Evaluation of basis for admissibility of all disclosed trial exhibits, concerning Honeywell exhibits, regarding ancient documents and business records of Honeywell (8.1 hrs.). | 8.10 |
|  | NAB | Conduct comparison of Grace and Honeywell exhibits for like exhibits and create chart of same  (7.5 hrs.). | 7.50 |
|  | CHM | Trial preparation with Mr. Agnello (9.5 hrs.). | 9.50 |
|  | WH | Work on outline for environmental experts (5.0 hrs.); work on outline and supporting materials re cross-examination of Honeywell fact witness (4.2 hrs.). | 9.20 |
|  | CHM | **Travel from New Jersey to D.C. (2.2 hrs.). (Note: travel time billed at 50%; 10% here and 40% at end of statement).** | 2.00 |
|  | BB | Coordinate preparation of deposition transcripts for trial (.3 hrs.); prepare fax to Mr. Nagy for Mr. Marraro (.2 hrs.); coordinate preparation of case and materials for trial (4.2 hrs.); research Lexis, shepardize, download and prepare pertinent CERCLA case for Mr. Hughes (.3 hrs.); conference with Mr. Hughes re trial preparation for James Wong (.2 hrs.); collect and prepare Wong deposition designations for Messrs. Hughes and Williams ( 5.8 hrs.). | 11.00 |

W. R. Grace & Co.                                                         Page    30

|  |  |  | Hours |
|---|---|---|---|
| 12/20/02 | RLS | Assist Mr. Hughes in researching and revising CERCLA issue argument (2.2 hrs.). | 2.20 |
|  | MM | Review recent correspondence (.7 hrs.); finalize the review and quality control additional Grace trial exhibits to be used at trial that were received from IKON (10.9 hrs.); office conference with Mr. Hughes re various tasks to be completed for trial (.6 hrs.); office conference with Ms. Banks re same (.5 hrs.). | 12.70 |
| 12/21/02 | CHM | Work on witness preparation issues (6.2 hrs.). | 6.20 |
|  | WH | Work on outline for environmental experts (2.5 hrs.); work on outline and supporting materials re cross-examination of Honeywell fact witness (3.3 hrs.). | 5.80 |
|  | MM | Search case files and trail exhibits re producing and organizing all Grace heaving documents including all documents produced by Grace Experts (i.e., Valera, Brown and Schmiermund) (2.0 hrs.) | 2.00 |
| 12/22/02 | MM | Continue to search case files and trial exhibits re producing and organizing all Grace heaving documents including all documents produced by Grace Experts (i.e., Valera, Brown and Schmiermund) (4.0 hrs.). | 4.00 |
|  | CHM | Work on witness outline issues (4.4 hrs.). | 4.40 |
|  | BB | Collect and prepare pertinent exhibits for Mr. Marraro (.5 hrs.); research production database for requested documents for Mr. Marraro (.5 hrs.); conference with Mr. Marrrao re: same (.3 hrs.); prepare Honeywell counter designations for Messrs. Hughes and Williams (2.7 hrs.). | 4.00 |

W. R. Grace & Co.                                                                      Page    31

|  |  |  | **Hours** |
|---|---|---|---|
| 12/23/02 | CHM | Revision to witness outlines (2.1 hrs.); trial preparation (4.1 hrs.); conferences with various witnesses (1.2 hrs.); conference with Mr. Agnello (1.4 hrs.). | 8.80 |
|  | MM | Office conference with Mr. Marraro re attendance at trial (.2 hrs.); office conference with Ms. Manago re same (.2 hrs.); office conference with Mr. Hughes re same (.3 hrs.); office conference with trial team re final trial preparation and assignments of various tasks (.6 hrs.); continue to search case files and trial exhibits re producing and organizing all Grace heaving documents including all documents produced by Grace Experts (i.e., Valera, Brown and Schmiermund) (8.4 hrs.); follow-up office conference with Mr. Marraro re trial matters (.2 hrs.); preliminary review of various Honeywell witnesses and prepare binders for trial use (3.2 hrs.). | 13.10 |
|  | MLW | Evaluation of basis for admissibility of all disclosed trial exhibits, concerning Honeywell exhibits, regarding business records of Honeywell (5.8 hrs.); evaluation of controlling terms of lease and joint venture contracts (2.2 hrs.). | 8.00 |
|  | TM | Sort Grace exhibits on Mutual knowledge and place into binders for trial preparation (8.6 hrs.). | 8.60 |
|  | BB | Collect and prepare pertinent documents for Mr. Marraro (.3 hrs.); collect and prepare pertinent documents for Mr. Williams (.3 hrs.); research Lexis for pertinent CERCLA allocation case for Mr. Marraro (.3 hrs.); conference with Mr. Moasser, Ms. Bynum and Ms. Manago re trial preparation assignments (.7 hrs.); continue preparation of deposition designations (1.9 hrs.); research Lexis for pertinent CERCLA allocation | 8.80 |

W. R. Grace & Co.                                                                    Page    32

|                               | **Hours** |
|-------------------------------|-----------|

case for Mr. Hughes (.3 hrs.); conference with
Mr. Williams re deposition designations and
analysis of Honeywell exhibits (.4 hrs.); research
files re Frantzman and Moe transcripts (.8 hrs.);
quality check and  prepare deposition transcripts
for Mr. Agnello FedEx packages (3.8 hrs.).

12/23/02 WH    Work on outlines for experts (1.8 hrs.); work on          7.10
outline and supporting materials re
cross-examination of Honeywell fact witnesses
(5.3 hrs.).

12/24/02 CHM   Conference with Mr. Agnello (.5 hrs.);                    2.20
conference with witness (.5 hrs.); revise witness
outline for meeting (1.2 hrs.).

MM      Telephone conferences with Dr. Valera re copies            6.00
of recent edited videotape completed by Dr.
Valera requested by consultant and request for
copy of CD containing recent site photos from
12/11/02 (.4 hrs.); continue to review and
organize all Grace trial exhibits pertaining to
heaving as requested by Mr. Hughes (5.6 hrs.).

MLW     Evaluation of basis for admissibility of all               1.70
disclosed trial exhibits, concerning remedial
investigation and feasibility directive issued by
NJDEP to Honeywell (1.7 hrs.).

12/26/02 MM    Review recent correspondence (.4 hrs.); forward        12.60
email to Dr. Valera re 12/24/02 request for copy
of CD containing photos from 12/11/02 site visit
and forwarding revised video tape to consultant
for review (.2 hrs.); review response from Dr.
Valera confirming same (.2 hrs.); telephone
conference with Dr. Valera re same (.2 hrs.);
review material received via FedEx from Dr.
Valera (i.e., shortened videotape and CD
containing Dr. Valera's proposed photo exhibit
for trial) (.6 hrs.); draft letter to Dr. Valera

W. R. Grace & Co.                                                                                     Page    33

|  | | Hours |
|---|---|---|
|  | forwarding courtesy copy of CD from the 12/11/02 site visit and forwarded via FedEx (.4 hrs.); review color copies of plaintiffs expert reports (.8 hrs.); draft letter to consultant re forwarding color copies of plaintiffs' expert reports which were not included in their exhibits and sent via FedEx (.4 hrs.); draft letter to consultant re forwarding copy of Dr. Valera's revised videotape (i.e., 6 minute version) and Dr. Valera's CD of photo presentation for trial and sent via FedEx (.4 hrs.);  office conference with Ms. Kelley, Ms. Banks, Ms. Manago and Ms. Bynum re final trial preparation (.6 hrs.); follow-up office conference with Ms. Kelley re traveling to New Jersey for trial preparation (.2 hrs.); continue to review and organize all Grace trial exhibits pertaining to heaving as requested by Mr. Hughes (8.2 hrs.) | |
| 12/26/02 MLW | Evaluation of basis for admissibility of all disclosed trial exhibits, concerning Honeywell exhibits, regarding NJDEP documents and related correspondence from Honeywell (8.5 hrs.). | 8.50 |
| CHM | **Travel to New Jersey (2.1 hrs.).  (Note:  Travel time billed at 50%; 10% here and 40% at end of statement).** | 1.90 |
| CHM | Witness interviews (5.5 hrs.); trial preparation (3.5 hrs.). | 9.00 |
| BB | Conference with staff re trial preparation projects (.4 hrs.); coordinate preparation of deposition transcripts with copy service for co-counsel (1.2 hrs.); collect, scan and prepare pertinent document for Mr. Marraro (.4 hrs.); conference with Ms. Bynum re Honeywell exhibits (.3 hrs.); place call to reporting service, Esquire Deposition Services, re 1992 deposition | 11.90 |

W. R. Grace & Co.                                                                          Page   34

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | transcripts (.4 hrs.); research case files and production database, collect, verify and prepare list of Honeywell vendors and contact information for trial subpoenas for Ms. Flax (8.9 hrs.); conference with Ms. Campbell re preparation of materials for trial (.3 hrs.). |  |
| 12/26/02 | RLS | Research relevance of occupational hazards knowledge to strict liability claims (5.1 hrs.). | 5.10 |
|  | DD | Conference with Mr. Williams re evidentiary issue raised by pre-trial statements, including authentication and ancient-document exceptions (.3 hrs.). | 0.30 |
|  | NAB | Scan case pleadings and burn same out to CD for use at trial (6.5 hrs.). | 6.50 |
|  | TM | Download case law (.8 hrs.); research re cost efficient shipping company for trial move (1.0 hrs.) copy deposition transcripts per the request of co-counsel (7.1 hrs.). | 8.90 |
| 12/27/02 | CHM | Witness interviews (6.2 hrs.); trial preparation (3.0 hrs.). | 9.20 |
|  | CHM | **Travel to D.C. (2.1 hrs.).  (Note:  Travel time billed at 50%; 10% here and 40% at end of statement).** | 1.90 |
|  | BB | Make call to court reporter re transferring 1992 transcripts into electronic form for trial and prepare fax request (.4 hrs.); conference with Mr. Marraro re expert's trial testimony aids and arrange for duplication (.3 hrs.); continue preparation of deposition transcripts for Mr. Agnello (2.5 hrs.); prepare and quality check documents and material binders for trial for Mr. Agnello (11.1 hrs.). | 14.30 |

W. R. Grace & Co.                                                                    Page   35

|  |  |  | Hours |
|---|---|---|---|
| 12/27/02 | MLW | Extended conference call regarding trial strategy for all disclosed trial exhibits, with trial counsel, C. Marraro and J. Agnello (2.5 hrs.); evaluation of basis for admissibility of all disclosed trial exhibits, concerning Honeywell exhibits, regarding all public records and vendor invoice documents (5.1 hrs.). | 7.60 |
|  | NAB | Scan case pleadings and burn same out to CD for use at trial (6.8 hrs.). | 6.80 |
|  | TM | Sort Grace exhibits by category and place into binders (11.0 hrs.); copy deposition transcripts per the request of co-counsel (6.0 hrs.). | 17.00 |
|  | RLS | Research relevance of occupational hazards knowledge to CERCLA, NJ Spill Act claims (6.0 hrs.). | 6.00 |
|  | MM | Review, organize and prepare all ICO trial exhibits to be sent to Ms. Flax and pack one set for trial (4.4 hrs.); office conference with Mr. Marraro and Mr. Williams re completing a comparison of Grace damages (i.e., invoices, payments, etc.) (.3 hrs.); follow-up office conference with Mr. Marraro re results of Grace damage results and additional task to be completed for trial (.4 hrs.); finalize the review and organization of all Grace trial exhibits pertaining to heaving and place all in binders in preparation for packing for trial (4.7 hrs.); organize and pack all Grace original trial exhibits and courtroom versions in preparation for trial (2.3 hrs.); pack all trial supplies and label boxes (1.2 hrs.); assist Ms. Banks in preparing several depositions to be sent out to Ms. Flax's office for trial preparation (3.7 hrs.); review, organize and place all Honeywell trial | 19.10 |

W. R. Grace & Co.                                                                    Page   36

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | exhibits into binders in preparation for trial (2.1 hrs.). |  |
| 12/28/02 | NAB | Scan case pleadings and burn same out to CD for use at trial (8.5 hrs.). | 8.50 |
|  | WH | Work on trial prep matters re Honeywell fact witnesses (8.3 hrs.). | 8.30 |
|  | CHM | Work on deposition issues (4.1 hrs.); work on exhibit issues (4.8 hrs.). | 8.90 |
|  | MM | Review, organize and place all DEP directives, orders and correspondence to Honeywell into binders in preparation for trial (3.1 hrs.); finalize the review and organization of all Honeywell trial exhibits into binders in final preparation for trial (4.3 hrs.); office conferences with Ms. Banks re various tasks to be completed for trial (.3 hrs.); finalize the review of additional damage related invoices and calculation of all invoices received to date and all invoices paid to date and revise current damages chart per Mr. Marraro's request (3.2 hrs.); telephone conference with IKON re producing copies of all photo trial exhibits and travel to IKON to drop documents off for duplication (.6 hrs.); follow-up telephone conference with IKON re producing additional copies of Dr. Valera's revised videotape and power point presentation for trial (.2 hrs.); assist Ms. Bynum and Ms. Kelley re searching for various documents to be used at trial and other miscellaneous tasks (1.3 hrs.). | 13.00 |
|  | BB | Conference with Ms. Manago re status and additional needs in preparation for trial (.8 hrs.); coordinate and organize assignments (1.3 hrs.);continue preparation of deposition transcript binders for co-counsel for trial (7.5 | 11.10 |

W. R. Grace & Co.                                                                    Page    37

                                                                                    **Hours**

hrs.); conference with Ms. Manago, Bynum, Kelly and Mr. Moasser re status of trial preparation projects and resolve issues (.8 hrs.); consult with Ms. Manago re collection and preparation of exhibits by category for attorneys (.7 hrs.).

12/28/02 TM    Grace trial preparation sort Grace exhibits by            12.00
               category and place into binders (9.0 hrs.); copy
               deposition transcripts per the request of
               co-counsel (3.0 hrs.).

12/29/02 BB    Continue preparation of deposition transcript            13.80
               and exhibit binders for co-counsel for trial (13.0
               hrs.); prepare and summarize personal facts of
               James Wong from deposition transcript for Mr.
               Hughes (.8 hrs.).

         CHM   Work on exhibit issues (6.7 hrs.).                         6.70

         MM    Incorporate all Grace trial exhibit photos into          18.50
               trial binders (1.3 hrs.); office conferences with
               Ms. Banks re various tasks to be completed for
               trial (.7 hrs.); office conference with Mr.Marraro
               re status of damage chart (.1 hrs.); provide copy
               of same to Mr. Marraro for review (.1 hrs.);
               telephone conference with IKON re status of
               producing copies of all Grace photo trial
               exhibits (.2 hrs.); follow-up telephone
               conference with IKON re status of producing
               additional copies of Dr. Valera's revised
               videotape and power point presentation for trial
               (.2 hrs.); assist Ms. Bynum and Ms. Kelley re
               searching for various documents to be used at
               trial and other miscellaneous tasks (1.3 hrs.);
               draft letter to Ms. Flax enclosing copies of Dr.
               Valera's recent video and power point
               presentation for trial and forward via FedEx on
               12/30/02 (.3 hrs.); review Honeywell's trial
               exhibit list one and compare it against Grace's

W. R. Grace & Co.                                                                      Page   38

                                                                                   **Hours**

| | | | |
|---|---|---|---|
| | | database to verify all documents were produced and their production date if produced (5.9 hrs.); continue to box various case files to be used at trial (5.4 hrs.); forward email to Ms. Flax re status of various tasks to be completed (.2 hrs.); review, organize and place all Category 12 from the Grace trial exhibits (i.e., DEP Directive, orders, and correspondence to Honeywell) into binders for trial use (2.8 hrs.). | |
| 12/29/02 | WH | Work on trial prep matters re Grace Defendants' expert witnesses (5.4 hrs.). | 5.40 |
| | NAB | Scan case peadings and burn same out to CD for use at trial (8.4 hrs.); prepare case documents to be shipped to NJ for trial (4.6 hrs.). | 13.00 |
| | TM | Grace trial preparation; sort Grace Exhibits by category and place into binders (11.0 hrs.); box case material and prepare lables for documents being shipped to New Jersey for trial (2.0 hrs.). | 13.00 |
| | MLW | Evaluation of basis for admissibility of all disclosed trial exhibits, concerning Honeywell exhibits (1.4 hrs.). | 1.40 |
| 12/30/02 | CHM | Prepare expert witnesses (8.1 hrs.); work on documentation re trial exhibits (2.1 hrs.). | 10.20 |
| | MM | Office conference with Mr. Hughes re traveling to New Jersey re trial preparation (.3 hrs.); conference with staff at Short Hills Hilton in New Jersey re preparations for setting up stated trial room (.3 hrs.); preliminary arranging of stated room (9.7 hrs.). | 10.30 |
| | RLS | Review Wong deposition transcripts to determine scope of license agreement (6.1 hrs.). | 6.10 |

W. R. Grace & Co.                                                                     Page   39

|  |  |  | **Hours** |
|---|---|---|---:|
| 12/30/02 | MM | **Travel to New Jersey via vehicle re setting up of war room for trial with Ms. Kelley (5.1 hrs.). (Note: Travel time billed at 50%; 10% here and 40% at end of statement.)** | 4.50 |
|  | NAB | Scan case pleadings and filings and burn same out to CD for use at trial (7.5 hrs.). | 7.50 |
|  | WH | Work on trial prep matters re Grace Defendants' and Honeywell's expert and fact witnesses (8.7 hrs.). | 8.70 |
|  | MLW | Evaluation of basis for admissibility of all disclosed trial exhibits, concerning Honeywell exhibits (7.9 hrs.); evaluation of basis for admissibility of all disclosed trial exhibits, concerning Honeywell exhibits, regarding undated photograph, charts and diagrams and (1.7 hrs.). | 9.60 |
|  | BB | Collect and prepare witness and court filing materials and documents for trial (7.5 hrs.). | 7.50 |
|  | TM | Assist Ms. Banks with the collection and preparation of witness designations and court filing materials and documents for trial (6.0 hrs.). | 6.00 |
| 12/31/02 | RLS | Research relevance of occupational hazards knowledge to common law neglience claims (3.3 hrs.). | 3.30 |
|  | NAB | Scan case pleadings and burn same out to CD for use at trial (4.7 hrs.). | 4.70 |
|  | MLW | Evaluation of basis for admissibility of all disclosed tiral exhibits, concerning Honeywell exhibits (5.8 hrs.); evaluation of basis for admissibility of all disclosed trial exhibits, concerning Honeywell exhibits, regarding | 6.20 |

W. R. Grace & Co.                                                                   Page  40

|  |  |  | Hours |
|---|---|---|---|
|  |  | undated photograph, charts and diagrams and (.4 hrs.). | |
| 12/31/02 | BB | Continue preparation of witness and trial issue materials for transport to trial (6.3 hrs.). | 6.30 |
|  | CHM | **Travel to D.C. (2.4 hrs.).  (Note:  Travel time billed at 50%; 10% here and 40% at end of statement.)** | 2.20 |
|  | CHM | Work with experts (4.2 hrs.); review evidence memos (1.4 hrs.). | 5.60 |
|  | MM | Conference with staff at Short Hills Hilton in New Jersey re additional preparations for setting up war room for trial (.6 hrs.); continue to work on arranging stated room for trial (8.1 hrs.); telephone conference with Mr. Hughes re trial preparation and returning to Washington as trial was postponed until 1/13/03 (.2 hrs.). | 8.90 |
|  | TM | Assist Ms. Banks with the continued preparation of witness and trial issue materials for transport to trial (5.9 hrs.). | 5.90 |
|  | MM | **Travel to Newark International Airport re returning to Washington with Ms. Kelley (3.6 hrs.). (Note:  Travel time billed at 50%; 10% here and 40% at end of statement.)** | 3.20 |

|  |  | Amount |
|---|---|---|
| Total Fees |  | 1652.80 $355,236.00 |

W. R. Grace & Co.                                                    Page    41

Disbursements:

| | Amount |
|---|---:|
| All-Facts, Inc. - Aerial Photographs for Litigation | 2,270.48 |
| Auto Rental (M. Williams) on 12/10-13 Trip to Newark | 521.22 |
| Auto Rental (Moasser/2 Days) for Site Visit - 12/10 | 335.73 |
| Coach Fare (M. Moasser) to NJ/Site Visit with Expert-12/10 | 526.50 |
| Coach Fare (M. Williams) Newark for meeting -12/10/02 | 575.50 |
| Copies-Internal | 18,276.90 |
| Delivery from Chemical Specialties to WKMB - 12/20/02 | 13.74 |
| Delivery to Court Reporting - 12/27/02 | 13.74 |
| Delivery to Steven J. Drummond - 12/11/02 | 22.20 |
| Delivery to Terris Pravlik & Millan - 12/13/02 | 151.15 |
| Document Retrieval | 787.00 |
| Fax Charges | 501.75 |
| FedEx Costs | 6,276.82 |
| Hotel in NJ (Moasser) for 1 Night for Site Visit - 12/10 | 305.99 |
| Hotel/Newark for M. Williams for Meeting (3 Nights)-12/10-13 | 690.83 |
| Lexis Costs | 3,871.99 |
| Local Transportation | 6.00 |
| Long Distance | 335.02 |
| Meal (M. Williams and Co-Counsel) in Newark - 12/11/02 | 66.75 |
| Meals on Trip (Moasser) to NJ Site - 12/10 - 2 People | 35.45 |
| Miscellaneous Travel Expenses | 19.00 |
| Outside Copies | 59,090.22 |
| Overtime Meals | 594.32 |
| Overtime Meals - Attorney/Paralegals | 214.15 |
| Overtime Transportation | 1,591.22 |
| Overtime for Facilities Management Personnel (Balmar) | 1,000.00 |
| Secretarial Overtime | 3,768.07 |
| Supplies for NJ Site Visit With Expert - 12/10-11 | 69.10 |
| Sureway Worldwide - Delivery of Boxes to Trial in NJ | 2,094.35 |
| Terris, Pravlik  Millian - Two Sets of Joint Exhibits | 4,878.76 |
| Trial Expenses | 360.43 |
| Trial Materials | 6.55 |
| Westlaw | 5,454.66 |

| | |
|---|---:|
| Total Disbursements | $114,725.59 |

W. R. Grace & Co.                                                                    Page    42

|  | **Amount** |
|---|---:|
| Total Amount Of This Bill | $469,961.59 |
| 12/31/2002 Less Deduction of 40% of Fees Per Agreement | ($142,094.40) |
| 12/31/2002 Credit for Expert Services Billed On May 2001 Statement | ($500.00) |
| Balance Due | $327,367.19 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| Barbara Banks, Paralegal | 220.20 | 135.00 |
| Natasha A. Bynum, Legal Clerk | 156.70 | 100.00 |
| David Dorsen, Counsel | 0.30 | 350.00 |
| Steven C. Dubuc, Associate | 10.80 | 270.00 |
| William Hughes, Counsel | 190.20 | 350.00 |
| Tonya Manago, Sr. Paralegal | 161.50 | 135.00 |
| Christopher H. Marraro, Partner | 236.40 | 440.00 |
| Rebecca Mitchell, Paralegal | 2.80 | 120.00 |
| Mahmoude Moasser, Paralegal | 345.00 | 135.00 |
| Tamara Parker, Associate | 50.40 | 270.00 |
| Michael L. Williams, Associate | 145.30 | 210.00 |
| Rebecca L. Schuller, Associate | 130.70 | 175.00 |
| Alec C. Zacaroli, Associate | 2.50 | 210.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2003

W. R. Grace & Co.
Attention:  William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #13327

For Professional Services Rendered in Connection with Libby, Montana  - Matter 9

Professional Services:

|  |  | **Hours** |  |
|---|---|---|---|
| 12/03/02 CHM | Review various articles (.8 hrs.). | 0.80 |  |
| 12/06/02 CHM | Review various articles from client (.6 hrs.). | 0.60 |  |
|  |  |  | **Amount** |
| Total Fees |  | 1.40 | $616.00 |

Disbursements:

| | |
|---|---|
| Copies-Internal | 8.40 |
| Total Disbursements | $8.40 |
| Total Amount Of This Bill | $624.40 |
| Balance Due | $624.40 |

W. R. Grace & Co.                                                    Page      2

Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Christopher H. Marraro, Partner | 1.40 | 440.00 |

Wallace
King
Marraro
Branson

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

February 12, 2003

W. R. Grace & Co.
Attention:  Robert Emmett
7500 Grace Drive
Columbia, MD 21044

Invoice #13328

For Professional Services Rendered In Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  | **Hours** |
|---|---|---|
| 12/07/02 ACZ | Research CERCLA arranger liability case law for summary judgment response brief (1.1 hrs.). | 1.10 |
| 12/09/02 WH | Review Zotos' motion for summary judgment (.5 hrs.). | 0.50 |
| ACZ | Conference with Mr. Hughes and additional research for summary judgment response brief (.4 hrs.).. | 0.40 |
| 12/10/02 ACZ | Work on summary judgment response brief (2.1 hrs.). | 2.10 |
| 12/11/02 ACZ | Legal research of CERCLA case law and summary judgment standards for summary judgment response brief (3.6 hrs.); work on summary judgment response brief (4.6 hrs.). | 8.20 |
| 12/12/02 ACZ | Work on summary judgment response brief, including additional research for brief on CERCLA arranger liability (7.6 hrs.). | 7.60 |

W. R. Grace & Co.                                                                Page    2

|  |  | **Hours** |
|---|---|---|
| 12/12/02 BB | Prepare FedEx package to Mr. Hogan in Buffalo and deliver same to after hours FedEx office at Dupont Circle (1.3 hrs.). | 1.30 |
| 12/13/02 ACZ | Research statute of limitations requirements under CERCLA and related draft portion of summary judgment response brief (2.8 hrs.). | 2.80 |
| 12/14/02 WH | Work on draft opposition to Zotos' summary judgment brief (2.0 hrs.). | 2.00 |
| 12/15/02 WH | Work on opposition brief (1.3 hrs.). | 1.30 |
| 12/17/02 BB | Research Lexis, download, prepare and organize cases cited in Table of Authorities, and create binders for Mr. Hughes (2.8 hrs.). | 2.80 |
| 12/23/02 WH | Work on opposition brief to Zoto's summary judgment motion (2.4 hrs.). | 2.40 |
| 12/27/02 WH | Work on opposition brief to Zotos' summary judgment motion (6.5 hrs.). | 6.50 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 39.00 | $9,660.50 |

Disbursements:

| Copies-Internal | 324.30 |
|---|---|
| Total Disbursements | $324.30 |
| Total Amount Of This Bill | $9,984.80 |
| Balance Due | $9,984.80 |

W. R. Grace & Co.                                                    Page      3

## Timekeeper Summary

| Name | Hours | Rate |
|------|-------|------|
| Barbara Banks, Paralegal | 4.10 | 135.00 |
| William Hughes, Counsel | 12.70 | 350.00 |
| Alec C. Zacaroli, Associate | 22.20 | 210.00 |