## CERTIFICATE OF SERVICE

I, John D. Demmy, hereby certify that on February 14, 2003, a true and correct copy of the foregoing *Limited Objection of Kent Holding, LLC to Debtors Unexpired Lease Rejection Notice* was served on the parties listed below, via facsimile and regular mail:

| | |
|---|---|
| James W. Kapp, III, Esq.<br>Christina J. Lane, Esq.<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 | Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 North Market Street<br>Suite 1600<br>Wilmington, DE  19801 |
| Michael R. Lastowski, Esq.<br>Duane, Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801-0195 | Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan, LLP<br>180 Maiden Lane<br>New York, NY  10038 |

              */s/ John D. Demmy*
              John D. Demmy

SL1 329377v1/00000.000