# EXHIBIT A

{MCM7069.DOC}

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

## ORDER APPROVING FOURTH QUARTERLY
## FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP,
## AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE
## OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Fourth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period October 1, 2002 through December 31, 2002, dated February 14, 2003 (the "Application"); and upon the Certification of W. Larry Farmer in support of the Application; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Fourth Fee Application are approved, and it is further

ORDERED that the compensation for services rendered in the amount of $270,097 and reimbursement of expenses incurred in the amount of $20,047.10 is hereby granted to PwC, and the Debtors are authorized and directed to pay PwC the outstanding amount of such fees.

Dated: _____ __, 2003

_____
United States Bankruptcy Judge

2