**EXHIBIT B**

{MCM7055.DOC}

**Professional Profiles**

| Name of Professional | Position with the Firm | Years With Firm | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ray Bromark | Concurring Partner | 30 | $ 1,422 | 2.00 | $ 2,844.00 |
| Jay Seibler | National R&Q Partner | 12 | $ 1,113 | 0.50 | $ 556.50 |
| Pam Schlosser | National R&Q Senior Manager | 10 | $ 990 | 0.50 | $ 495.00 |
| Joseph Divito | GRMS Partner | 15 | $ 767 | 16.00 | $ 12,272.00 |
| Steve Heindel | GHRS Partner | 20 | $ 737 | 0.50 | $ 368.50 |
| Peter Woolf | Tax Partner | 15 | $ 733 | 3.00 | $ 2,199.00 |
| Larry Farmer | Audit Partner | 30 | $ 682 | 46.20 | $ 31,508.40 |
| Andrew MacWilliams | Audit Partner | 20 | $ 682 | 4.00 | $ 2,728.00 |
| Thomas Kalinosky | GHRS Senior Manager | 10 | $ 639 | 35.00 | $ 22,365.00 |
| Yann Siraudin | Audit Manager | 7 | $ 554 | 2.00 | $ 1,108.00 |
| Michele Gerety | Tax Manager | 10 | $ 553 | 0.50 | $ 276.50 |
| Dave Ryan | Audit Senior Manager | 14 | $ 522 | 34.50 | $ 18,009.00 |
| Craig Cleaver | GRMS Manager | 5 | $ 474 | 57.00 | $ 27,018.00 |
| Francis Schlosser | Audit Manager | 7 | $ 470 | 46.10 | $ 21,667.00 |
| James Nichols | GRMS Senior Associate | 4 | $ 469 | 2.00 | $ 938.00 |
| Jiaxing Wu | GRMS Senior Associate | 4 | $ 469 | 20.00 | $ 9,380.00 |
| Sandra David | Audit Manager | 6 | $ 447 | 19.00 | $ 8,493.00 |
| Jason Natt | Audit Manager | 6 | $ 447 | 250.50 | $ 111,973.50 |
| Alexandre Rossin | GHRS Manager | 8 | $ 426 | 27.00 | $ 11,502.00 |
| Maureen Driscoll | GRMS Senior Associate | 3 | $ 389 | 160.00 | $ 62,240.00 |
| Cynthia Unger | Audit Senior Associate | 4 | $ 340 | 3.00 | $ 1,020.00 |
| Jonelle Lippolis | Audit Senior Associate | 4 | $ 320 | 10.50 | $ 3,360.00 |
| Christine Turner | Audit Associate | 2 | $ 315 | 8.00 | $ 2,520.00 |
| Cheryl Frick | Audit Senior Associate | 4 | $ 314 | 237.70 | $ 74,637.80 |
| Andrew Blume | Audit Senior Associate | 3 | $ 282 | 5.00 | $ 1,410.00 |
| Nina Govic | Audit Senior Associate | 3 | $ 273 | 183.00 | $ 49,959.00 |
| Daniel Weir | GRMS Associate | 2 | $ 261 | 94.50 | $ 24,664.50 |
| Renee Anderson | Audit Associate | 2 | $ 235 | 39.30 | $ 9,235.50 |
| Stacy Clark | Audit Associate | 2 | $ 235 | 1.50 | $ 352.50 |
| Aimee Stickley | Audit Associate | 2 | $ 213 | 134.10 | $ 28,563.30 |
| Jeffrey Zartman | Audit Associate | 2 | $ 213 | 66.70 | $ 14,207.10 |
| Ryan Parks | Audit Associate | 2 | $ 213 | 8.00 | $ 1,704.00 |
| Michelle Murray | Audit Associate | 2 | $ 213 | 15.50 | $ 3,301.50 |
| Douglas Hut | GRMS Associate | 1 | $ 208 | 40.00 | $ 8,320.00 |
| Maureen Yeager | Audit Associate | 1 | $ 185 | 111.50 | $ 20,627.50 |
| Elizabeth Noone | Audit Associate | 1 | $ 185 | 7.50 | $ 1,387.50 |
| Jafet Pabon | Audit Associate | 1 | $ 185 | 8.00 | $ 1,480.00 |
| Derek Nance | Audit Associate | 1 | $ 185 | 11.00 | $ 2,035.00 |
| Scott Tremble | Audit Associate | 1 | $ 181 | 1.00 | $ 181.00 |
| Whitney Morgan | Audit Associate | 1 | $ 180 | 10.00 | $ 1,800.00 |
| Karen Huebner | Administrative Assistant | | $ 120 | 1.00 | $ 120.00 |
| Alexandra Rivera | Administrative Assistant | | $ 112 | 0.50 | $ 56.00 |
| Laurie Ortiz | Administrative Assistant | | $ 112 | 3.00 | $ 336.00 |
| Kathleen Burke | Administrative Assistant | | $ 112 | 7.50 | $ 840.00 |
| Elizabeth Coyle | Administrative Assistant | | $ 112 | 1.50 | $ 168.00 |
| TOTALS | | | | 1735.60 | $ 600,227.60 |

|   |   |   |
|---|---|---|
| Total at Standard Rate | 1735.60 | $ 600,228 |
| 45 % Accrual Rate Adjustment | | $ (330,130) |
| Total at 45% Accrual Rate | | $ 270,097 |

**Summary of PwC's Fees By Project Category:
October 1, 2002 through December 31, 2002**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1740.6** | **$270,098.50** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1740.6** | **$270,098.50** |

{MCM7055.DOC}

**Summary of PwC's Fees By Project Category:
October 2002**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **484.9** | **$79,729** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **484.9** | **$79,729** |

{MCM7055.DOC}

**Summary of PwC's Fees By Project Category:
November 2002**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **508.8** | **$91,198** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **508.8** | **$91,198** |

{MCM7055.DOC}

**Summary of PwC's Fees By Project Category:**
**December 2002**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **746.9** | **$ 99,171.50** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **746.9** | **$ 99,171.50** |

{MCM7055.DOC}