**EXHIBIT C**

**December**

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
|  | 3941.77 | 1800.43 | 1692.06 | 175.19 | 274.09 |

**October**

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
|  | 3022.43 | 2718.76 | 251.31 | 24.02 | 28.34 |

**November**

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
|  | 13082.89 | 8396.01 | 3742.62 | 129.62 | 814.64 |

20047.09

| Type of Expense | | |
|---|---|---:|
| Transportation | $ | 12,915.20 |
| Lodging | $ | 5,685.99 |
| Sundry | $ | 328.83 |
| Business Meals | $ | 1,117.07 |
| **Grand Total for the Fee Period October 1, 2002 through December 31, 2002** | **$** | **20,047.09** |