## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th** day of **February 2003,** a copy of the *Notice of Fourth Quarterly Fee Applications of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses* was served on the following parties in the manner indicated:

W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
Attn: David B. Siegel, Senior Vice President
and General Counsel
**VIA U.S. MAIL AND VIA E-MAIL IN PDF FORMAT TO william.sparks@grace.com**

James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
**VIA E-MAIL IN PDF FORMAT TO james.kapp@chicago.kirkland.com**

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705
(Courier 19801)
**TO dcarickhoff@pszyj.com**

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
**VIA E-MAIL IN PDF FORMAT**
**VIA E-MAIL IN PDF FORMAT TO david.heller@lw.com and carol.hennessey@lw.com**

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
**VIA E-MAIL IN PDF FORMAT TO syoder@bayardfirm.com**

Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
**VIA E-MAIL IN PDF FORMAT TO rserrette@stroock.com**

Michael R. Latowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Counsel for the Official Committee
of Unsecured Creditors
**VIA E-MAIL IN PDF FORMAT TO mlastowski@duanemorris.com**

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena,
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131
Counsel to the Official Committee of
Asbestos Property Damage Claimant
**VIA E-MAIL IN PDF FORMAT TO jsakalo@bilzin.com**

{MCM7071.DOC}

| | |
|---|---|
| Michael B. Joseph, Esq.<br>Ferry & Joseph, P.A.<br>824 Market Street, Suite 904<br>P.O. Box 1351<br>Wilmington, DE 19899<br>Counsel to the Official Committee of<br>Asbestos Property Damage Claimants<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO ttacconelli@ferryjoseph.com** | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue, 36th Floor<br>New York, NY 10022<br>Counsel to the Official Committee<br>of Personal Injury Claimants<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO** pvnl@capdale.com |
| Mark Hurford, Esq.<br>Campbell & Levine, LLC<br>Chase Manhattan Centre, 15th Floor<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Counsel to the Official Committee<br>of Personal Injury Claimants<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO mhurford@camlev.com** | Philip Bentley, Esq.<br>Kramer, Levin, Naftalis &<br>Frankel, LLP<br>919 Third Avenue<br>New York, NY 10022<br>Counsel to the Official Committee<br>of Equity Holders<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO pbentley@kramerlevin.com** |
| Teresa K.D. Currier, Esq.<br>Kleett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Counsel to the Official Committee<br>of Equity Holders<br>**VIA E-MAIL IN PDF FORMAT**<br>**TO currier@klettrooney.com** | Warren H. Smith<br>Warren H. Smith & Associates<br>900 Jackson Street<br>120 Founders Square<br>Dallas, TX 75202<br>Fee Auditor<br>**VIA U.S. MAIL AND VIA E-**<br>**MAIL IN AN ELECTRONIC FORMAT**<br>**TO whsmith@whsmithlaw.com** |
| Frank J. Perch, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2311<br>Wilmington, DE 19801<br>**VIA U.S. MAIL** | |

and on the attached 2002 list by first class mail.

                                                             /s/ Kathleen M. Miller
                                                             Kathleen M. Miller

{MCM7071.DOC}