IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | : Objection Deadline: March 6, 2003 at 4:00 p.m. |

**SEVENTEENTH APPLICATION OF THE BLACKSTONE GROUP L.P.,
AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
DURING THE PERIOD OF OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

| | | |
|---|---|---|
| Name of Applicant: | THE BLACKSTONE GROUP L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | October 1, 2002 – October 31, 2002 | |
| Amount of Compensation sought as actual, reasonable and necessary: | Total $175,000.00 | Less Holdback (@ 20%) $35,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,848.24 | |

This is a  _x_  monthly __ interim    ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

JDA0003

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | -- | -- |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | -- | -- |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | -- | -- |

# The Blackstone Group®

February 13, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Advisory fee for the period October 1, 2002 through October 31, 2002: | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | (35,000.00) |

Out-of-pocket expenses for the period through October 31, 2002:[1]

| | | |
|---|---|---|
| Travel | 390.65 | |
| Meals | 614.07 | |
| Research | 813.73 | |
| Communications | 29.64 | |
| Photocopying | 0.15 | 1,848.24 |

**Total Due** **$    141,848.24**

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 3002-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Expense Summary Processed**
**Through October 31, 2002**
**Invoice No. 3002-T**

|  | GL Detail Oct-02 | Total Expenses |
|---|---:|---:|
| Car Services - Elite | $ 60.15 | $ 60.15 |
| Local Travel | 231.50 | 231.50 |
| Railroad Travel | 99.00 | 99.00 |
| Meals | 614.07 | 614.07 |
| Research - Sec Data | 802.88 | 802.88 |
| Research - Online D/B (PACER) | 10.85 | 10.85 |
| Federal Express | 29.64 | 29.64 |
| Photocopying | 0.15 | 0.15 |
| **Total Expenses** | **$ 1,848.24** | **$ 1,848.24** |

| | |
|---|---:|
| Travel | $ 390.65 |
| Meals | 614.07 |
| Research | 813.73 |
| Communications | 29.64 |
| Photocopying | 0.15 |
| **Total Expenses** | **$ 1,848.24** |