IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 6, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
02/14/03 12:16 PM

W.R. Grace & Co.
Expense Detail Processed
Through October 31, 2002
Invoice No. 3002-T

**Car Services**
**Elite**
| | | | |
|---|---|---|---|
| Publishing Services - Yoon (late night car home from Blackstone) | 08/22/02 | 60.15 | |
| | Subtotal - Car Services | | $ 60.15 |

**Local Travel**
| | | | |
|---|---|---|---|
| Blechman (taxi home from Blackstone) | 09/04/02 | 5.00 | |
| Blechman (taxi from Amtrak station to Marriot Hotel in Washington, D.C.) | 10/08/02 | 7.00 | |
| Blechman (taxi from WRG to Amtrak Station in Washington, D.C.) | 10/10/02 | 35.00 | |
| Jishi (taxi from/to home to/from Blackstone) | 08/03/02 | 19.00 | |
| Jishi (taxi home from Blackstone) | 09/16/02 | 4.00 | |
| Zilly (taxi home from Penn Station) | 07/22/02 | 6.50 | |
| Zilly (taxi home from Penn Station) | 09/30/02 | 8.00 | |
| Zilly (taxi from BWI station to WRG) | 09/30/02 | 35.00 | |
| Zilly (taxi from WRG to BWI station) | 09/30/02 | 35.00 | |
| Zilly (taxi to Blackstone from Penn Station in New York City) | 10/09/02 | 10.00 | |
| Zilly (taxi from Columbia, MD to BWI station) | 10/09/02 | 32.00 | |
| Zilly (taxi from WRG to BWI station) | 10/09/02 | 35.00 | |
| | Subtotal - Local Travel | | 231.50 |

**Railroad Travel**
| | | | |
|---|---|---|---|
| Zilly (trip to Wilmington, DE to attend Court hearing) | 08/21/02 | 99.00 | |
| | Subtotal - Railroad Travel | | 99.00 |

**Meals**[1]
| | | |
|---|---|---|
| Alexander | 02/19/02 | 20.00 |
| Alexander | 02/24/02 | 6.77 |
| Alexander | 02/26/02 | 20.00 |
| Alexander | 03/01/02 | 20.00 |
| Alexander | 03/06/02 | 20.00 |
| Alexander | 03/08/02 | 20.00 |
| Alexander | 03/10/02 | 20.00 |
| Alexander | 03/19/02 | 20.00 |
| Alexander | 03/23/02 | 20.00 |
| Alexander | 03/30/02 | 20.00 |
| Alexander | 06/11/02 | 20.00 |
| Alexander | 07/17/02 | 20.00 |
| Blechman | 05/23/02 | 20.00 |
| Blechman | 05/30/02 | 20.00 |
| Blechman | 06/13/02 | 20.00 |
| Blechman | 08/08/02 | 20.00 |
| Blechman | 08/13/02 | 20.00 |
| Blechman | 08/17/02 | 20.00 |
| Blechman | 08/18/02 | 20.00 |
| Blechman | 08/19/02 | 14.07 |
| Blechman | 08/22/02 | 18.38 |
| Blechman | 08/25/02 | 20.00 |
| de Almeida | 04/23/02 | 20.00 |
| de Almeida | 09/09/02 | 20.00 |

[1] See paragraph 12 of Blackstone's 7th Quarterly Interim Fee Application.

W.R. Grace & Co.
Expense Detail Processed
Through October 31, 2002
Invoice No. 3002-T

### Meals (continued)[1]

| | | | |
|---|---|---|---|
| de Almeida | 09/12/02 | 20.00 | |
| Jishi | 07/28/02 | 20.00 | |
| Jishi | 08/08/02 | 20.00 | |
| Jishi | 08/11/02 | 5.41 | |
| Jishi | 08/13/02 | 20.00 | |
| Jishi | 08/14/02 | 20.00 | |
| Jishi | 08/20/02 | 20.00 | |
| Jishi | 08/21/02 | 20.00 | |
| Publishing Services - Yoon | 08/22/02 | 9.44 | |
| | Subtotal - Meals | | 614.07 |

### Sec Data

| | | | |
|---|---|---|---|
| Jishi | 09/16/02 | 802.88 | |
| | Subtotal - Sec Data | | 802.88 |

### Online D/B (PACER)

| | | | |
|---|---|---|---|
| de Almeida | 07/24/02 | 5.04 | |
| de Almeida | 08/06/02 | 5.81 | |
| | Subtotal - Online D/B (PACER) | | 10.85 |
| | Subtotal - Research | | 813.73 |

### Federal Express

| | | | |
|---|---|---|---|
| Jishi | 08/30/02 | 29.64 | |
| | Subtotal - Federal Express | | 29.64 |
| | Subtotal - Communications | | 29.64 |

### Photocopying

| | | | |
|---|---|---|---|
| Alexander | 10/07/02 - 10/13/02 | 0.15 | |
| | Subtotal - Photocopying | | 0.15 |
| | Total Expenses | $ | 1,848.24 |

---

[1] See paragraph 12 of Blackstone's 7th Quarterly Interim Fee Application.

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
## OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 85.0 |
| Richard Shinder | Managing Director | 13.5 |
| David Blechman | Associate | 63.5 |
| Ramsey Jishi | Analyst | 43.5 |
| | Total | 205.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/10/02 | 0.5 | Business Analysis | Call with P. Hanlon re: Venezuelan acquisition (Project Middy) |
| Pamela Zilly | 10/10/02 | 1.0 | Business Analysis | Review materials re: Project Middy |
| Pamela Zilly | 10/21/02 | 2.0 | Business Analysis | Review Project Middy model |
| Pamela Zilly | 10/22/02 | 0.5 | Business Analysis | Review information package on Project Middy |
| David Blechman | 10/24/02 | 1.0 | Business Analysis | Call with P. Zilly, P. Hanlon regarding Project Middy |
| Pamela Zilly | 10/24/02 | 1.0 | Business Analysis | Call with D. Blechman, P. Hanlon regarding Project Middy |
| Pamela Zilly | 10/25/02 | 1.0 | Business Analysis | Read August monthly report |
| Richard Shinder | 10/25/02 | 2.0 | Business Analysis | Read latest financial information including August monthly report |
| Pamela Zilly | 10/30/02 | 0.5 | Business Analysis | Review questions for L. Hamilton on Project Middy |
| | | **9.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/22/02 | 0.5 | Case Administration | Read correspondence re: COLI order and next steps with Sealed Air and Fresenius |
| David Blechman | 10/24/02 | 2.0 | Case Administration | Read latest filings related to prosecution of fraudulent conveyance case |
| Pamela Zilly | 10/24/02 | 0.5 | Case Administration | Correspondence from D. Siegel re: Sealed Air activity |
| Pamela Zilly | 10/24/02 | 0.5 | Case Administration | Read correspondence re: entrance of Norris, COLI orders |
| Richard Shinder | 10/24/02 | 1.5 | Case Administration | Read case filings re: fraudulent conveyance, etc. |
| Pamela Zilly | 10/25/02 | 2.0 | Case Administration | Read PI motion for appeal, trustee, fraudulent conveyance case, 10/28 hearing matters |
| Pamela Zilly | 10/31/02 | 1.0 | Case Administration | Read Armstrong Industries filings for information related to rumored bankruptcy plan of reorganization |
| Pamela Zilly | 10/31/02 | 2.0 | Case Administration | Update status of tort bankruptcies re: Board meeting 11/5/02 |
| | | **10.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/03/02 | 0.5 | Committee | Calls with Committees' financial advisors re: status of approval of COLI Settlement motion |
| David Blechman | 10/03/02 | 0.5 | Committee | Discussions with P. Zilly re: financial advisors' responses to COLI settlement motion and Norris contract motion |
| Pamela Zilly | 10/03/02 | 0.5 | Committee | Discussions with D. Blechman re: financial advisors' responses to COLI Settlement motion and Norris contract motion |
| David Blechman | 10/04/02 | 0.5 | Committee | Calls with Committees' financial advisors, R. Higgins re: status of approval of COLI Settlement motion |
| David Blechman | 10/04/02 | 0.5 | Committee | Discussion with P. Zilly re: status of approval of COLI Settlement motion |
| Pamela Zilly | 10/04/02 | 0.5 | Committee | Discussion with D. Blechman re: status of approval of COLI motion |
| Pamela Zilly | 10/07/02 | 0.5 | Committee | Call with B. McGowan re: Pending motions |
| Pamela Zilly | 10/10/02 | 0.5 | Committee | Review FTI list of additional questions on the COLI settlement motion |
| Pamela Zilly | 10/10/02 | 1.0 | Committee | Call with E. Filon re: responses to FTI COLI Settlement motion questions |
| Pamela Zilly | 10/10/02 | 0.5 | Committee | Discussion with E. Filon and S. Cunningham re: latest IRS views on COLI settlements |
| Pamela Zilly | 10/16/02 | 2.0 | Committee | Review tax material sent in response to FTI COLI Settlement questions |
| David Blechman | 10/24/02 | 1.0 | Committee | Prepare materials for Project Middy and send to financial advisors |
| Pamela Zilly | 10/30/02 | 0.5 | Committee | Review questions from M. Berkin on Project Middy |
| Pamela Zilly | 10/31/02 | 0.5 | Committee | Call with P. Hanlon re: Project Middy questions |
| | | 9.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/02/02 | 0.5 | Employee Benefits/Pension | Call with S. Cunningham, FTI (advisor to Unsecured Creditors) re: P. Norris's employment contract |
| Pamela Zilly | 10/15/02 | 0.5 | Employee Benefits/Pension | Call with McGowan re: Norris employment contract motion |
| | | 1.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2002 - OCTOBER 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/08/02 | 0.5 | Fee Applications | Prepare Fee application |
| Pamela Zilly | 10/16/02 | 1.0 | Fee Applications | Prepare fee summary for fee auditor |
| | | **1.5** | | |

Page 6 of 11

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/09/02 | 2.5 | Non-Working Travel Time | Non-working travel time (Columbia - New York) |
| | | 2.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2002 - OCTOBER 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/10/02 | 0.5 | Other | Call with P. Norris re: Board of Directors presentation |
| David Blechman | 10/30/02 | 1.0 | Other | Meeting with P. Zilly regarding board meeting |
| Pamela Zilly | 10/30/02 | 1.0 | Other | Meeting with D. Blechman re: analysis for Board meeting |
| Pamela Zilly | 10/31/02 | 0.5 | Other | Call with B. Wietzel re: plan of reorganization alternatives |
| Pamela Zilly | 10/31/02 | 1.0 | Other | Discussion with R. Shinder re: Board of Directors materials |
| Richard Shinder | 10/31/02 | 1.0 | Other | Discussion with P. Zilly re: Board of Directors presentation |
| Richard Shinder | 10/31/02 | 2.0 | Other | Prepare draft outline for possible Board discussion |
| | | **7.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/02 | 0.5 | Tax Issues | Call with E. Filon re: tax issues associated with plan of reorganization alternatives |
| Pamela Zilly | 10/10/02 | 0.5 | Tax Issues | Read correspondence from E. Filon re: developments on COLI settlement motion with Fresenius |
| Pamela Zilly | 10/10/02 | 0.5 | Tax Issues | Review changes to order approving COLI Settlement motion |
| Pamela Zilly | 10/14/02 | 2.0 | Tax Issues | Review tax analyses for RES model, sent to E. Filon |
| David Blechman | 10/16/02 | 0.5 | Tax Issues | Discussion with P. Zilly re: new tax structures |
| Pamela Zilly | 10/16/02 | 0.5 | Tax Issues | Call with Elyse Filon, D. Poole re: tax issues |
| David Blechman | 10/17/02 | 1.0 | Tax Issues | Correspondence with E. Filon re: tax questions for POR structure |
| David Blechman | 10/18/02 | 2.0 | Tax Issues | Read tax documents re: Sealed Air and Fresenius |
| Pamela Zilly | 10/24/02 | 0.5 | Tax Issues | Call with R. Higgins, J. Kapp re: COLI issues |
| Pamela Zilly | 10/28/02 | 0.5 | Tax Issues | Call with E. Filon, B. Tarola re: COLI termination issues |
| David Blechman | 10/29/02 | 1.0 | Tax Issues | Review draft motion regarding COLI |
| Pamela Zilly | 10/31/02 | 1.0 | Tax Issues | Correspondence with E. Filon to provide comments re: COLI termination motion |
| | | **10.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/01/02 | 0.5 | Valuation | Discussion with P. Zilly: additional analysis from 9/30/02 meeting with Grace management |
| Pamela Zilly | 10/01/02 | 0.5 | Valuation | Discussion with D. Blechman re: additional analysis from 9/30/02 meeting with Grace management |
| David Blechman | 10/02/02 | 1.0 | Valuation | Discussion with P. Zilly re: modeling tax assumption: restructuring alternatives |
| Pamela Zilly | 10/02/02 | 1.0 | Valuation | Discussion with D. Blechman re: modeling of tax assumption: restructuring alternatives |
| Pamela Zilly | 10/03/02 | 0.5 | Valuation | Call with B. Tarola re: restructuring alternatives and RES model |
| Pamela Zilly | 10/04/02 | 2.5 | Valuation | Review changes to restructuring alternatives analysis for 10/9/02 meeting with Grace management |
| Pamela Zilly | 10/05/02 | 2.0 | Valuation | Review and prepare open items, analysis alternatives for 10/9/02 meeting |
| Pamela Zilly | 10/06/02 | 2.0 | Valuation | Review Grace capital structure alternatives re: restructuring scenarios |
| Pamela Zilly | 10/07/02 | 2.5 | Valuation | Review RES Model, prior restructuring alternatives scenarios |
| Pamela Zilly | 10/07/02 | 2.0 | Valuation | Review Valuation Analysis for cash flow impacts |
| David Blechman | 10/08/02 | 1.0 | Valuation | Call with P. Zilly, B. Tarola regarding restructuring scenarios |
| David Blechman | 10/08/02 | 2.0 | Valuation | Prepare assumptions re: legacy liabilities, unsecured debt, NOLs, tax treatment, structure alternatives |
| David Blechman | 10/08/02 | 2.5 | Valuation | Working travel to Columbia - prepare for 10/9 meeting with Tarola |
| Pamela Zilly | 10/08/02 | 1.0 | Valuation | Call with B. Tarola, D. Blechman re: restructuring scenarios |
| Pamela Zilly | 10/08/02 | 1.0 | Valuation | Review liabilities subject to compromise proposed treatment |
| David Blechman | 10/09/02 | 5.0 | Valuation | Meeting with B. Tarola, M. Shelnitz, E. Filon regarding POR alternatives |
| Pamela Zilly | 10/09/02 | 2.5 | Valuation | Travel to Columbia; review presentation slides |
| Pamela Zilly | 10/09/02 | 4.5 | Valuation | Meeting with B. Tarola, M. Shelnitz, E. Filon Grace management re: restructuring structures, tax implications |
| Pamela Zilly | 10/09/02 | 2.5 | Valuation | Travel to New York, prepare draft of revised analysis |
| David Blechman | 10/10/02 | 1.0 | Valuation | Discussion with P. Zilly re: changes assumptions to RES Model |
| David Blechman | 10/10/02 | 3.0 | Valuation | Prepare liabilities subject to compromise restructuring scenario analysis |
| Pamela Zilly | 10/10/02 | 1.0 | Valuation | Discussion with D. Blechman re: changed assumptions to RES Model and format of presentation |
| Ramsey Jishi | 10/10/02 | 5.0 | Valuation | Update Grace's comparable companies analysis |
| Ramsey Jishi | 10/10/02 | 3.0 | Valuation | Revise RES Model, Valuation Analysis regarding restructuring alternatives |
| David Blechman | 10/11/02 | 3.0 | Valuation | Prepare liabilities subject to compromise restructuring scenario analysis |
| Pamela Zilly | 10/11/02 | 1.0 | Valuation | Review RES Model for changes to tax treatment, other assumptions |
| Pamela Zilly | 10/11/02 | 1.0 | Valuation | Discussion with R. Shinder re: Valuation Analysis, RES Model for restructuring alternatives |
| Pamela Zilly | 10/11/02 | 4.0 | Valuation | Review Valuation Analysis, make changes to alternative structure assumptions |
| Ramsey Jishi | 10/11/02 | 5.0 | Valuation | Revise RES Model, Valuation Analysis regarding restructuring alternatives |
| Richard Shinder | 10/11/02 | 1.0 | Valuation | Discussion with P. Zilly re: Valuation Analysis, RES Model for restructuring alternatives |
| Richard Shinder | 10/11/02 | 1.5 | Valuation | Review RES Model for assumption changes for tax structure |
| Pamela Zilly | 10/12/02 | 4.0 | Valuation | Review Valuation Analysis, make changes to alternative structure assumptions |
| Ramsey Jishi | 10/12/02 | 3.0 | Valuation | Revise RES Model, Valuation Analysis regarding restructuring alternatives |
| David Blechman | 10/13/02 | 8.0 | Valuation | Prepare materials regarding POR alternatives: Valuation and RES Model, presentation |
| David Blechman | 10/13/02 | 0.5 | Valuation | Discussion with P. Zilly re: changes to presentation |
| Pamela Zilly | 10/13/02 | 3.0 | Valuation | Review RES Model for changes in structure and tax assumptions |
| Pamela Zilly | 10/13/02 | 0.5 | Valuation | Discussion with D. Blechman re: changes to analysis and presentation |
| Ramsey Jishi | 10/13/02 | 6.0 | Valuation | Prepare materials regarding restructuring alternatives presentation |
| Richard Shinder | 10/13/02 | 1.5 | Valuation | Review and provide comments to changed presentation |
| David Blechman | 10/14/02 | 1.0 | Valuation | Meeting with P. Zilly regarding comments to presentation |
| David Blechman | 10/14/02 | 1.0 | Valuation | Discussion with R. Shinder re: changes to Valuation Analysis and RES Model |
| David Blechman | 10/14/02 | 1.5 | Valuation | Call with P. Zilly, B. Tarola re: restructuring alternatives |
| David Blechman | 10/14/02 | 3.0 | Valuation | Prepare tax section of RES model for restructuring alternatives, sent to E. Filon with questions |
| David Blechman | 10/14/02 | 5.0 | Valuation | Prepare analysis and presentation materials regarding restructuring alternatives |
| Pamela Zilly | 10/14/02 | 1.0 | Valuation | Meeting with D. Blechman re: comments to presentation |
| Pamela Zilly | 10/14/02 | 3.0 | Valuation | Review and provide comments to presentation |
| Pamela Zilly | 10/14/02 | 1.5 | Valuation | Call with B. Tarola re: restructuring scenarios |
| Pamela Zilly | 10/14/02 | 2.0 | Valuation | Review and provide comments to analysis and presentation |
| Pamela Zilly | 10/14/02 | 1.0 | Valuation | Meeting with R. Shinder re: restructuring alternatives analyses |
| Ramsey Jishi | 10/14/02 | 3.0 | Valuation | Update Grace's comparable companies |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 10/14/02 | 6.0 | Valuation | Revise restructuring alternatives presentation |
| Richard Shinder | 10/14/02 | 1.0 | Valuation | Discussion with P. Zilly re: RES Model and proposed restructuring alternatives |
| Richard Shinder | 10/14/02 | 1.0 | Valuation | Discussion with D. Blechman re: changes to Valuation Analysis and RES Model |
| David Blechman | 10/15/02 | 6.0 | Valuation | Prepare analysis and presentation materials regarding restructuring alternatives |
| David Blechman | 10/15/02 | 1.0 | Valuation | Meeting with P. Zilly regarding restructuring alternatives |
| Pamela Zilly | 10/15/02 | 4.0 | Valuation | Review and provide comments to presentation |
| Pamela Zilly | 10/15/02 | 1.0 | Valuation | Meeting with D. Blechman re: restructuring analysis to be sent to Grace 10/15 |
| Ramsey Jishi | 10/15/02 | 8.0 | Valuation | Complete Valuation Analysis, incorporate comments, and prepare final version of presentation |
| Richard Shinder | 10/15/02 | 1.0 | Valuation | Review and provide comments to presentation |
| Pamela Zilly | 10/16/02 | 0.5 | Valuation | Discussion with D. Blechman re: new tax structures |
| David Blechman | 10/17/02 | 3.0 | Valuation | Changes to RES Model re: above |
| Ramsey Jishi | 10/17/02 | 4.5 | Valuation | Update Grace's comparable companies |
| Pamela Zilly | 10/30/02 | 1.5 | Valuation | Call with E. Filon, R. Tarola, M. Shelnitz re: restructuring alternatives |
| | | **154.0** | | |