IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | : Objection Deadline: March 6, 2003 at 4:00 p.m. |

**EIGHTEENTH APPLICATION OF THE BLACKSTONE GROUP L.P.,
AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
DURING THE PERIOD OF NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

Name of Applicant:                           THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:                    Debtors

Date of Retention Order:                     June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                     November 1, 2002 – November 30, 2002

Amount of Compensation                       Total              Less Holdback (@ 20%)
sought as actual, reasonable and necessary:  $175,000.00        $35,000.00

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:  $2,109.76

This is a _x_ monthly __ interim    ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

JDA0004

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | -- | -- |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | -- | -- |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | -- | -- |
| N/A | October 2002 | $175,000.00 | $1,848.24 | -- | -- |

## The Blackstone Group®

February 13, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Advisory fee for the period November 1, 2002 through November 30, 2002: | | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | | (35,000.00) |

Out-of-pocket expenses for the period through November 30, 2002:[1]

| | | |
|---|---:|---:|
| Travel | 895.84 | |
| Meals | 67.91 | |
| Lodging | 260.82 | |
| Research | 743.49 | |
| Communications | 44.35 | |
| Photocopying | 97.35 | 2,109.76 |

**Total Due**  $  **142,109.76**

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 3042-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Expense Summary Processed**
**Through November 30, 2002**
**Invoice No. 3042-T**

|  | GL Detail Nov-02 | Total Expenses |
|---|---:|---:|
| In-House Research | 534.73 | 534.73 |
| Car Services - Elite | 43.84 | 43.84 |
| Railroad Travel | 852.00 | 852.00 |
| Meals | 67.91 | 67.91 |
| Lodging | 260.82 | 260.82 |
| Research - Multex | 9.65 | 9.65 |
| Research - Disclosure | 41.49 | 41.49 |
| Research - Dow Jones | 157.62 | 157.62 |
| Federal Express | 44.35 | 44.35 |
| Photocopying | 97.35 | 97.35 |
| **Total Expenses** | **$ 2,109.76** | **$ 2,109.76** |

| | |
|---|---:|
| **Travel** | 895.84 |
| **Meals** | 67.91 |
| **Lodging** | 260.82 |
| **Research** | 743.49 |
| **Communications** | 44.35 |
| **Photocopying** | 97.35 |
| **Total Expenses** | **$ 2,109.76** |