IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 6, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45977.1
02/14/03 12:17 PM

-1-

W.R. Grace & Co.
Expense Detail Processed
Through November 30, 2002
Invoice No. 3042-T

| | | | |
|---|---|---|---|
| **Car Services** | | | |
| **Elite** | | | |
| Blechman (car to Penn station from home) | 10/08/02 | 23.45 | |
| Zilly (car to Penn Station from home) | 09/30/02 | 20.39 | |
| **Subtotal - Car Services** | | $ | 43.84 |
| | | | |
| **Railroad Travel** | | | |
| Blechman (roundtrip to/from Columbia, MD) | 10/08/02 | 272.00 | |
| Zilly (roundtrip to/from Columbia, MD) | 09/26/02 | 280.00 | |
| Zilly (roundtrip to/from Columbia, MD) | 10/08/02 | 300.00 | |
| **Subtotal - Railroad Travel** | | | 852.00 |
| | | | |
| **Meals**[1] | | | |
| Blechman | 10/09/02 | 20.00 | |
| Blechman | 10/14/02 | 20.00 | |
| Publishing Services | 10/13/02 | 20.00 | |
| Zilly | 10/25/02 | 7.91 | |
| **Subtotal - Meals** | | | 67.91 |
| | | | |
| **Lodging** | | | |
| Blechman (stay @ the Marriot Hotel in Baltimore, MD) | 10/14/02 | 260.82 | |
| **Subtotal - Lodging** | | | 260.82 |
| | | | |
| **Research** | | | |
| **In-House** | | | |
| Jishi | 11/01/02 - 11/15/02 | 534.73 | |
| **Subtotal - In-House** | | | 534.73 |
| | | | |
| **Multex** | | | |
| Jishi | 11/01/02 - 11/15/02 | 9.65 | |
| **Subtotal - Multex** | | | 9.65 |
| | | | |
| **Disclosure** | | | |
| Jishi | 11/01/02 - 11/15/02 | 41.49 | |
| **Subtotal - Disclosure** | | | 41.49 |
| | | | |
| **Dow Jones** | | | |
| Jishi | 11/01/02 - 11/15/02 | 157.62 | |
| **Subtotal - Dow Jones** | | | 157.62 |
| | | | |
| **Subtotal - Research** | | | 743.49 |

---

[1] See paragraph 12 of Blackstone's 7th Quarterly Interim Fee Application.

W.R. Grace & Co.
Expense Detail Processed
Through November 30, 2002
Invoice No. 3042-T

**Communications**
**Federal Express**
| | | | |
|---|---|---|---|
| Jishi | 10/07/02 | 18.39 | |
| Jishi | 10/09/02 | 25.96 | |
| | Subtotal - Communications | | 44.35 |

**Photocopying**
| | | | |
|---|---|---|---|
| Blechman | 10/21/02 - 10/27/02 | 5.10 | |
| Shinder | 11/04/02 - 11/10/02 | 92.25 | |
| | Subtotal - Photocopying | | 97.35 |
| | Total Expenses | $ | 2,109.76 |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
### NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 60.5 |
| Richard Shinder | Managing Director | 5.0 |
| David Blechman | Associate | 40.5 |
| Ramsey Jishi | Analyst | 15.0 |
| | Total | 121.0 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/19/02 | 1.0 | Business Analysis | Review financial information re: possible acquisition |
| David Blechman | 11/20/02 | 7.0 | Business Analysis | Attend divisional operating plan meeting (catalysts) |
| David Blechman | 11/22/02 | 6.0 | Business Analysis | Attend divisional operating plan meeting (silicas) |
| Pamela Zilly | 11/29/02 | 2.0 | Business Analysis | Review 3rd quarter financials |
| Richard Shinder | 11/29/02 | 1.0 | Business Analysis | Read latest financial information |
| | | **17.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/22/02 | 0.5 | Case Administration | Discussion with B. McGowan re: Judge Wolin conference |
| Pamela Zilly | 11/25/02 | 0.5 | Case Administration | Discussion with P. Norris re: Judge Wolin conference |
| David Blechman | 11/26/02 | 1.0 | Case Administration | Prepare for 11/27 meeting, review case filings |
| Pamela Zilly | 11/26/02 | 0.5 | Case Administration | Read latest filed motions re: claims settlements |
| | | **2.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/01/02 | 0.5 | Committee | Call regarding Project Middy due diligence by banks |
| David Blechman | 11/01/02 | 0.5 | Committee | Call regarding Project Middy due diligence by Tersigni, ACC |
| Pamela Zilly | 11/01/02 | 1.0 | Committee | Calls with financial advisors and P. Hanlon on Project Middy |
| David Blechman | 11/05/02 | 1.5 | Committee | Respond to FTI/Committee due diligence requests |
| Pamela Zilly | 11/11/02 | 1.0 | Committee | Review financial briefing summary for call with financial advisors |
| Pamela Zilly | 11/26/02 | 0.5 | Committee | Correspondence with F. Gilbert, L. Hamilton (FTI) re: information requests |
| | | 5.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2002 - NOVEMBER 30, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/06/02 | 1.0 | Fee Applications | Work on fee application |
| Pamela Zilly | 11/09/02 | 4.0 | Fee Applications | Prepare fee application |
| | | 5.0 | | |



THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 11/17/02 | 3.0 | Financing | Update DIP term provisions |
| Pamela Zilly | 11/29/02 | 2.0 | Financing | Review original terms of DIP and most recent transactions re: DIP renewal |
| | | 5.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/27/02 | 2.0 | Hearings | Travel to/from Newark, NJ for settlement conference |
| David Blechman | 11/27/02 | 4.5 | Hearings | Attend settlement conference, meetings with P. Norris, B. Tarola |
| Pamela Zilly | 11/27/02 | 0.5 | Hearings | Travel to Newark to attend Judge Wolin settlement conference |
| Pamela Zilly | 11/27/02 | 5.0 | Hearings | Attend Grace/Judge Wolin settlement conference |
| David Blechman | 11/29/02 | 0.5 | Hearings | Discussion with P. Zilly re: conference outcome |
| Pamela Zilly | 11/29/02 | 0.5 | Hearings | Discussion with D. Blechman re: conference outcome |
| Pamela Zilly | 11/29/02 | 0.5 | Hearings | Discussion with T. Savage (Lazard Frere, advisor to Sealed Air) re: Sealed Air settlement |
| | | **13.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/06/02 | 3.5 | Non-Working Travel Time | Travel to New York |
| David Blechman | 11/20/02 | 6.0 | Non-Working Travel Time | Non-working travel to/from Columbia, MD |
| David Blechman | 11/21/02 | 3.0 | Non-Working Travel Time | Non-working travel to Columbia, MD |
| Pamela Zilly | 11/27/02 | 0.5 | Non-Working Travel Time | Travel to New York |
| | | **13.0** | | |

Page 8 of 11

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 11/03/02 | 3.0 | Other | Read Armstrong POR; outline provisions |
| David Blechman | 11/04/02 | 0.5 | Other | Discussion with P. Zilly re: Armstrong plan and summary analysis |
| David Blechman | 11/04/02 | 2.5 | Other | Review Armstrong POR, summary of terms |
| Pamela Zilly | 11/04/02 | 2.0 | Other | Prepare presentation on status of tort bankruptcies for Board of Directors meeting |
| Pamela Zilly | 11/04/02 | 0.5 | Other | Discussion with D. Blechman re: Armstrong industries, POR and analysis |
| Pamela Zilly | 11/04/02 | 2.0 | Other | Prepare analysis of Armstrong Industries plan of reorganization |
| Pamela Zilly | 11/04/02 | 3.0 | Other | Prepare summary of other tort related bankruptcies for Board update |
| Ramsey Jishi | 11/04/02 | 3.5 | Other | Review Armstrong POR |
| Ramsey Jishi | 11/04/02 | 3.0 | Other | Perform summary valuation of Armstrong Industries for analysis of plan provisions |
| Ramsey Jishi | 11/04/02 | 2.5 | Other | Draft memo summarizing Armstrong's POR |
| Pamela Zilly | 11/05/02 | 3.0 | Other | Travel to Baltimore for Grace Board meeting; review presentation materials |
| Pamela Zilly | 11/05/02 | 4.0 | Other | Attend Grace Board Meeting |
| Pamela Zilly | 11/05/02 | 2.0 | Other | Attend Grace Board dinner |
| Richard Shinder | 11/05/02 | 1.0 | Other | Read and provide comments on Armstrong plan summary |
| Pamela Zilly | 11/06/02 | 1.0 | Other | Discussion with R. Shinder re: Board meeting |
| Richard Shinder | 11/06/02 | 1.0 | Other | Discussion with P. Zilly re: Board Meeting |
| Pamela Zilly | 11/22/02 | 1.0 | Other | Discussion with R. Shinder re: possible Sealed Air settlement |
| Richard Shinder | 11/22/02 | 1.0 | Other | Discussion with P. Zilly re: impact of possible Sealed Air settlement |
| | | **36.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/05/02 | 1.5 | Tax Issues | Call with B. Tarola, E. Filon, M. Shelnitz re: COLI termination motion |
| David Blechman | 11/06/02 | 1.5 | Tax Issues | Call with P. Zilly, E. Filon regarding tax issues |
| Pamela Zilly | 11/06/02 | 1.5 | Tax Issues | Call with D. Blechman, E. Filon re: Board Meeting and further restructuring alternatives analysis, tax effects |
| Pamela Zilly | 11/08/02 | 0.5 | Tax Issues | Correspondence on tax issues related to COLI with L. Hamilton (FTI) |
| David Blechman | 11/11/02 | 0.5 | Tax Issues | Discussion with P. Zilly re: FTI tax questions re: Florida settlement |
| Pamela Zilly | 11/11/02 | 0.5 | Tax Issues | Discussion with D. Blechman re: FTI tax questions re: Florida settlement |
| Pamela Zilly | 11/14/02 | 1.5 | Tax Issues | Call with Elyse Filon re: various restructuring scenarios and tax implications |
| Pamela Zilly | 11/14/02 | 1.0 | Tax Issues | Second call with E. Filon re: tax implications of various restructuring scenarios |
| Pamela Zilly | 11/18/02 | 1.0 | Tax Issues | Discussion with R. Shinder re: RES Model, tax issues on restructuring alternatives (use of NOL) |
| Richard Shinder | 11/18/02 | 1.0 | Tax Issues | Discussion with P. Zilly re: RES Model, tax issues on restructuring alternatives (use of NOL) |
| Pamela Zilly | 11/19/02 | 1.0 | Tax Issues | Review materials re: COLI termination impacts |
| David Blechman | 11/21/02 | 1.0 | Tax Issues | Discussion with P. Zilly re: COLI termination issues |
| Pamela Zilly | 11/21/02 | 1.0 | Tax Issues | Discussion with D. Blechman re: COLI termination financial impact |
| | | 13.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2002 - NOVEMBER 30, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/14/02 | 1.5 | Valuation | Restructure Valuation Analysis and RES Model for different plan scenarios |
| David Blechman | 11/15/02 | 1.0 | Valuation | Discussion with P. Zilly re: refinements to RES Model |
| Pamela Zilly | 11/15/02 | 1.0 | Valuation | Discussion with D. Blechman re: refinements to RES Model |
| Pamela Zilly | 11/18/02 | 1.5 | Valuation | Review revised RES Model |
| Pamela Zilly | 11/26/02 | 1.0 | Valuation | Review refinements to RES Model |
| Pamela Zilly | 11/29/02 | 2.0 | Valuation | Prepare outline of possible impact to planning scenarios re: Sealed Air settlement |
| Pamela Zilly | 11/30/02 | 2.0 | Valuation | Analysis of changes to restructuring assumptions re: Sealed Air |
| | | **10.0** | | |