IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :  Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | :  Case No. 01-01139 (JKF) |
| | :  Jointly Administered |
| Debtors. | : |
| | :  Objection Deadline: March 6, 2003 at 4:00 p.m. |

**NINETEENTH APPLICATION OF THE BLACKSTONE GROUP L.P.,
AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
DURING THE PERIOD OF DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

Name of Applicant:                          THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:                   Debtors

Date of Retention Order:                    June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                    December 1, 2002 – December 31, 2002

Amount of Compensation                      Total           Less Holdback (@ 20%)
sought as actual, reasonable and necessary: $175,000.00     $35,000.00

Amount of Expense Reimbursement
sought as actual, reasonable and necessary: $1,579.49

This is a  _x_  monthly  __ interim    ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | -- | -- |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | -- | -- |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | -- | -- |
| N/A | October 2002 | $175,000.00 | $1,848.24 | -- | -- |
| N/A | November 2002 | $175,000.00 | $2,109.76 | -- | -- |

## The Blackstone Group®

February 13, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Advisory fee for the period December 1, 2002 through December 31, 2002: | | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | | (35,000.00) |

Out-of-pocket expenses for the period through December 31, 2002:[1]

| | | | |
|---|---|---|---|
| Travel | 342.11 | | |
| Meals | 48.59 | | |
| Lodging | 382.57 | | |
| Research | 354.17 | | |
| Communications | 21.25 | | |
| Photocopying | 430.80 | | 1,579.49 |

| | | |
|---|---|---|
| **Total Due** | $ | **141,579.49** |

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 3067-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

### W. R. Grace & Co.
### Expense Summary Processed
### Through December 31, 2002
### Invoice No. 3067-T

|  | GL Detail Dec-02 | Total Expenses |
|---|---:|---:|
| In-House Research | 130.10 | 130.10 |
| Car Services - Elite | 80.11 | 80.11 |
| Railroad Travel | 262.00 | 262.00 |
| Meals | 48.59 | 48.59 |
| Lodging | 382.57 | 382.57 |
| Research - Dow Jones | 224.07 | 224.07 |
| Fax | 21.25 | 21.25 |
| Photocopying | 430.80 | 430.80 |
| **Total Expenses** | **$ 1,579.49** | **$ 1,579.49** |

| | |
|---|---:|
| Travel | 342.11 |
| Meals | 48.59 |
| Lodging | 382.57 |
| Research | 354.17 |
| Communications | 21.25 |
| Photocopying | 430.80 |
| **Total Expenses** | **$ 1,579.49** |