IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 6, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR THE BLACKSTONE
## GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE
## PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**W.R. Grace & Co.**
**Expense Detail Processed**
**Through December 31, 2002**
**Invoice No. 3067-T**

**Car Services**
**Elite**

| | | | |
|---|---|---|---|
| Office Services - Ali (car home from Blackstone) | 11/13/02 | 36.70 | |
| Accounts Receivables - Sang (car home from Blackstone) | 09/17/02 | 20.47 | |
| Zilly (car to Penn Station from home) | 10/09/02 | 22.94 | |
| | **Subtotal - Car Services** | | 80.11 |

**Railroad Travel**

| | | | |
|---|---|---|---|
| Zilly (roundtrip to/from Columbia, MD) | 11/04/02 | 262.00 | |
| | **Subtotal - Railroad Travel** | | 262.00 |

**Meals**[1]

| | | | |
|---|---|---|---|
| Blechman | 11/04/02 | 20.00 | |
| Blechman | 11/06/02 | 20.00 | |
| Zilly | 11/06/02 | 8.59 | |
| | **Subtotal - Meals** | | 48.59 |

**Lodging**

| | | | |
|---|---|---|---|
| Zilly (hotel stay @ the Harbor Court Hotel in Baltimore, MD) | 11/06/02 | 382.57 | |
| | **Subtotal - Lodging** | | 382.57 |

**Research**
**In-House**

| | | | |
|---|---|---|---|
| Jishi | 11/16-30/02 | 130.10 | |
| | **Subtotal - In-House** | | 130.10 |

**Dow Jones**

| | | | |
|---|---|---|---|
| Jishi | 11/16-30/02 | 49.05 | |
| Jishi | 12/01-15/02 | 175.02 | |
| | **Subtotal - Dow Jones** | | 224.07 |
| | **Subtotal - Research** | | 354.17 |

**Communications**
**Fax**

| | | | |
|---|---|---|---|
| Bolger | Nov-02 | 21.25 | |
| | **Subtotal - Communications** | | 21.25 |

**Photocopying**

| | | |
|---|---|---|
| Blechman | 11/25/02 - 12/01/02 | 59.70 |
| Blechman | 11/25/02 - 12/01/02 | 135.60 |

---

[1] See paragraph 12 of Blackstone's 7th Quarterly Interim Fee Application.

**W.R. Grace & Co.**
**Expense Detail Processed**
**Through December 31, 2002**
**Invoice No. 3067-T**

| | | | | |
|---|---|---|---|---|
| de Almeida | 11/11/02 - 11/17/02 | 235.50 | | |
| | **Subtotal - Photocopying** | | | 430.80 |
| | **Total Expenses** | | **$** | **1,579.49** |

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
### DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 71.5 |
| Richard Shinder | Managing Director | 9.5 |
| David Blechman | Associate | 63.0 |
| Ramsey Jishi | Analyst | 40.5 |
| Total | | 184.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/23/02 | 2.0 | Accounting/Auditing | Read Armstrong DS for fresh start accounting, accounting of stock transfer |
| Pamela Zilly | 12/31/02 | 3.0 | Accounting/Auditing | Analysis of Armstrong DS financial exhibits for fresh start accounting issues |
| | | 5.0 | | |

Page 2 of 10

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**DECEMBER 1, 2002 - DECEMBER 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/02/02 | 1.0 | Business Analysis | Meeting with P. Zilly re: potential strategic acquisition |
| David Blechman | 12/02/02 | 4.0 | Business Analysis | Research possible acquisition candidate and prepare outline of possible structures |
| Pamela Zilly | 12/02/02 | 1.0 | Business Analysis | Discussion with D. Blechman re: possible acquisition analysis, adjustments to restructuring alternatives analysis |
| Pamela Zilly | 12/02/02 | 1.0 | Business Analysis | Read information and discussion outline for possible strategic acquisition |
| Pamela Zilly | 12/04/02 | 0.5 | Business Analysis | Read October operating report |
| Pamela Zilly | 12/06/02 | 0.5 | Business Analysis | Correspondence with P. Norris re: possible strategic acquisition |
| Pamela Zilly | 12/10/02 | 1.0 | Business Analysis | Read correspondence re: Kunray sublease |
| David Blechman | 12/12/02 | 2.0 | Business Analysis | Analysis of 2003 plans re: 2002 performance |
| Pamela Zilly | 12/12/02 | 1.0 | Business Analysis | Read 3rd quarter financial report |
| Pamela Zilly | 12/13/02 | 2.0 | Business Analysis | Read 2003 operating plan for catalyst division |
| Pamela Zilly | 12/14/02 | 1.5 | Business Analysis | Read 2003 operating plan for silicas |
| Pamela Zilly | 12/17/02 | 3.0 | Business Analysis | Analysis of 2003 plans in light of 2002 performance, 2001 Business Plan |
| David Blechman | 12/18/02 | 1.0 | Business Analysis | Call with P. Zilly, P. Norris re: possible strategic acquisition |
| Pamela Zilly | 12/18/02 | 2.0 | Business Analysis | Read GPC 2003 operating plan vs. projections |
| Pamela Zilly | 12/18/02 | 1.0 | Business Analysis | Call with D. Blechman, P. Norris re: possible strategic acquisition |
| Pamela Zilly | 12/18/02 | 1.0 | Business Analysis | Discussion with R. Shinder possible acquisition structure |
| Pamela Zilly | 12/18/02 | 2.0 | Business Analysis | Research possible deal structures, target |
| Richard Shinder | 12/18/02 | 1.0 | Business Analysis | Discussion with P. Zilly re: possible acquisition |
| Ramsey Jishi | 12/19/02 | 2.0 | Business Analysis | Read financial report for 3rd quarter |
| David Blechman | 12/20/02 | 4.0 | Business Analysis | Commence preparation and analysis of deal structure for possible strategic acquisition |
| Richard Shinder | 12/20/02 | 3.0 | Business Analysis | Review operating plans |
| David Blechman | 12/23/02 | 1.0 | Business Analysis | Call with R. Jishi re: potential commercial partners |
| Ramsey Jishi | 12/23/02 | 1.0 | Business Analysis | Call with D. Blechman regarding potential commercial partners |
| Pamela Zilly | 12/27/02 | 0.5 | Business Analysis | Read correspondence re: Kunray sublease |
| | | **38.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**DECEMBER 1, 2002 - DECEMBER 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/03/02 | 1.0 | Case Administration | Call with P. Zilly, J. Kopp, M. Shelnitz, B. Tarola re: case administrative matters |
| Pamela Zilly | 12/03/02 | 1.0 | Case Administration | Call with D. Blechman, J. Kopp, M. Shelnitz, B. Tarola re: case issues |
| David Blechman | 12/04/02 | 3.0 | Case Administration | Analysis of precedens re: certain possible case motions |
| | | **5.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/1/02 | 1.0 | Committee | Call with M. Berkin re: claims and POR |
| David Blechman | 12/1/02 | 2.0 | Committee | Review materials for discussion with M. Berkin |
| | | 3.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/20/02 | 1.0 | Employee Benefits/Pension | Read correspondence re: Curtis Bay pension motion |
| Pamela Zilly | 12/23/02 | 1.5 | Employee Benefits/Pension | Call with D. Blechman re: Curtis Bay pension motion, read and provide comments |
| Ramsey Jishi | 12/23/02 | 2.0 | Employee Benefits/Pension | Call with P. Zilly re: Curtis Bay pension motion; read motion, provide comments |
| Pamela Zilly | 12/29/02 | 2.0 | Employee Benefits/Pension | Prepare list for employee compensation issues |
| Pamela Zilly | 12/29/02 | 2.0 | Employee Benefits/Pension | Prepare outline of corporate governance mechanisms |

8.5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/6/02 | 1.5 | Fee Applications | Work on fee application |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/2/02 | 1.0 | Financing | Meeting with R. Shinder re: DIP renewal terms |
| David Blechman | 12/2/02 | 1.0 | Financing | Call with M. Hunter re: DIP renewal |
| Richard Shinder | 12/2/02 | 1.0 | Financing | Discussion with D. Blechman re: DIP renewal terms |
| Richard Shinder | 12/2/02 | 1.0 | Financing | Call with M. Hunter re: DIP renewal terms |
| David Blechman | 12/7/02 | 1.5 | Financing | Review research of comparable DIP financings |
| David Blechman | 12/7/02 | 1.5 | Financing | Meeting with R. Jishi re: same |
| David Blechman | 12/7/02 | 1.0 | Financing | Call with P. Zilly, R. Jishi re: DIP financing |
| Pamela Zilly | 12/7/02 | 1.0 | Financing | Discussion with D. Blechman, R. Jishi re: DIP renewal terms |
| Ramsey Jishi | 12/7/02 | 1.0 | Financing | Call with P. Zilly, D. Blechman regarding DIP financing |
| Ramsey Jishi | 12/7/02 | 1.5 | Financing | Call with D. Blechman regarding same |
| Ramsey Jishi | 12/18/02 | 7.0 | Financing | Research all asbestos-related bankruptcy and their DIP terms |
| David Blechman | 12/9/02 | 3.0 | Financing | Review and revise DIP precedents |
| David Blechman | 12/9/02 | 0.5 | Financing | Conversation with M. Hunter regarding same |
| David Blechman | 12/9/02 | 1.5 | Financing | Prepare analysis of DIP term sheet |
| David Blechman | 12/9/02 | 0.5 | Financing | Discussion with R. Shinder re: DIP renewal terms |
| Ramsey Jishi | 12/9/02 | 4.5 | Financing | Research recent bankrupt companies with similar DIP terms as W.R. Grace's |
| Richard Shinder | 12/9/02 | 2.0 | Financing | Review DIP precedents, appropriate terms for DIP renewal |
| Richard Shinder | 12/9/02 | 0.5 | Financing | Discussion with D. Blechman re: DIP term sheet |
| David Blechman | 12/20/02 | 2.5 | Financing | Review terms of current DIP |
| David Blechman | 12/20/02 | 1.0 | Financing | Call with P. Zilly, R. Jishi re: DIP financing |
| Pamela Zilly | 12/20/02 | 2.0 | Financing | Review DIP financing precedents |
| Pamela Zilly | 12/20/02 | 1.0 | Financing | Call with D. Blechman, R. Jishi re: DIP financing comparables, comments for renewal |
| Ramsey Jishi | 12/20/02 | 6.0 | Financing | Research recent bankrupt companies with similar DIP terms as W.R. Grace's |
| Ramsey Jishi | 12/20/02 | 1.0 | Financing | Call with P. Zilly, D. Blechman re: DIP financing comparables, comments for renewal |
| Ramsey Jishi | 12/21/02 | 6.5 | Financing | Draft presentation regarding recent DIP terms |
| Pamela Zilly | 12/22/02 | 1.0 | Financing | Review DIP financing summary analysis of terms |

**53.0**

Page 8 of 10

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/20/02 | 1.0 | Tax Issues | Read COLI termination memo for distribution to financial advisors to committees |
| David Blechman | 12/23/02 | 1.0 | Tax Issues | Review prior analysis re: financial impact from COLI termination |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/01/02 | 2.0 | Valuation | Prepare outline of possible acquisition analysis, changes to restructuring alternatives model |
| Ramsey Jishi | 12/01/02 | 5.0 | Valuation | Research comparable restructuring alternatives |
| David Blechman | 12/01/02 | 1.0 | Valuation | Meeting with P. Zilly re: strategy, case status |
| Pamela Zilly | 12/03/02 | 1.0 | Valuation | Meeting with D. Blechman re: strategy, acquisition and financing issues, restructuring alternatives |
| Pamela Zilly | 12/04/02 | 2.0 | Valuation | Review restructuring scenarios analysis re: liabilities subject to compromise treatment, cash flows |
| David Blechman | 12/06/02 | 2.0 | Valuation | Meetings with P. Zilly, R. Jishi re: claims and POR |
| Pamela Zilly | 12/06/02 | 1.0 | Valuation | Call with P. Norris, D. Siegel re: restructuring alternatives |
| Pamela Zilly | 12/06/02 | 2.0 | Valuation | Discussion with D. Blechman, R. Jishi re: call with Siegel and Norris and revised analysis |
| Ramsey Jishi | 12/06/02 | 2.0 | Valuation | Meeting with P. Zilly, D. Blechman regarding claims and plan of reorganization |
| Ramsey Jishi | 12/06/02 | 3.0 | Valuation | Update comparable company analysis |
| Pamela Zilly | 12/07/02 | 2.0 | Valuation | Review analysis re: restructuring scenarios: liabilities subject to compromise treatment, cash flows |
| David Blechman | 12/08/02 | 2.0 | Valuation | Review scenario planning model |
| Pamela Zilly | 12/08/02 | 1.5 | Valuation | Review revised model (RRES) re: restructuring alternatives |
| Pamela Zilly | 12/08/02 | 2.0 | Valuation | Review analysis re: restructuring scenarios: liabilities subject to compromise treatment, cash flows |
| David Blechman | 12/09/02 | 2.0 | Valuation | Call with P. Zilly, P. Norris, D. Siegel, B. Tarola re: restructuring alternatives |
| David Blechman | 12/09/02 | 4.0 | Valuation | Review POR parameters, analyze same |
| David Blechman | 12/09/02 | 2.0 | Valuation | Review comparable company analysis for update to company valuation |
| David Blechman | 12/09/02 | 1.0 | Valuation | Discussion with P. Zilly, R. Shinder re: restructuring alternatives |
| Pamela Zilly | 12/09/02 | 2.0 | Valuation | Call with P. Norris, B. Tarola re: restructuring scenario |
| Pamela Zilly | 12/09/02 | 0.5 | Valuation | Call with Tarola, Wirzel re: case strategies |
| Pamela Zilly | 12/09/02 | 2.0 | Valuation | Review Company scenario planning models |
| Pamela Zilly | 12/09/02 | 1.0 | Valuation | Discussion with R. Shinder, D. Blechman re: restructuring alternatives, consideration for liabilities subject to compromise |
| Richard Shinder | 12/09/02 | 1.0 | Valuation | Discussion with P. Zilly, D. Blechman re: restructuring alternatives for liabilities subject to compromise |
| Pamela Zilly | 12/11/02 | 1.0 | Valuation | Review revised scenario planning models |
| David Blechman | 12/11/02 | 0.5 | Valuation | Discussion with P. Zilly re: ACC advisor request for liabilities analysis |
| Pamela Zilly | 12/11/02 | 0.5 | Valuation | Discussion with D. Blechman re: Treneijt request for liabilities subject to compromise analysis |
| Pamela Zilly | 12/11/02 | 3.0 | Valuation | Review revised RRES models for treatment of claims, valuation of equity |
| David Blechman | 12/11/02 | 2.0 | Valuation | Discussion with P. Zilly re: revised RES model for new cash assumptions |
| Pamela Zilly | 12/13/02 | 1.5 | Valuation | Revise RRES model for changes in payment of consideration of liabilities |
| Pamela Zilly | 12/13/02 | 1.0 | Valuation | Discussion with D. Blechman re: revised RES model for new cash assumptions |
| Pamela Zilly | 12/14/02 | 2.0 | Valuation | Analysis of scenario planning models re: operating plans |
| Pamela Zilly | 12/16/02 | 2.0 | Valuation | Analysis of enterprise value of Grace |
| Pamela Zilly | 12/17/02 | 2.0 | Valuation | Review research of other asbestos bankruptcies |
| David Blechman | 12/17/02 | 2.0 | Valuation | Review prior valuation for distributable value in restructuring alternatives analysis |
| Pamela Zilly | 12/23/02 | 1.0 | Valuation | Read Armstrong Industrial Disclosure Statement |
| Pamela Zilly | 12/27/02 | 1.0 | Valuation | Prepare outline of restructuring alternatives |
| Pamela Zilly | 12/28/02 | 2.0 | Valuation | Review funding alternatives and capital structure impacts |
| Pamela Zilly | 12/28/02 | 2.0 | Valuation | Review credit risks of various restructuring alternatives |
| Pamela Zilly | 12/29/02 | 1.0 | Valuation | Prepare analysis of possible POR parameters |
| David Blechman | 12/04/03 | 1.0 | Valuation | Further review of research of other asbestos bankruptcies |
| David Blechman | 12/18/03 | 3.0 | Valuation | |

**69.5**