## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

### WALLACE KING MARRARO & BRANSON, PLLC
### QUARTERLY TOTALS FOR SEVENTH INTERIM PERIOD OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002

| Project Category | Total Hours for the Interim Period | Total Hours from the Petition Date | Total Fees for the Interim Period | Total Fees from the Petition Date |
|---|---|---|---|---|
| Litigation and Litigation Consulting | 4618.4 | 19111.4 | 626,722.00 | 2,801,537.50 |
| Fee Applications, Applicant | 6.2 | 44.4 | 2,728.00 | 18,956.00 |

## CUMULATIVE EXPENSE SUMMARY

| Expenses Category | Total Expenses for the Interim Period | Total Expenses from the Petition Date |
|---|---|---|
| Air Fares | 1,909.50 | 40,919.16 |
| Amtrak | | 1,847.00 |
| Certified Copy of Docs. | | 51.00 |
| Copies-Internal/Outside | 104,533.45 | 238,574.82 |
| Delivery/Messenger | 2,582.45 | 3,650.52 |
| Deposition Transcript | | 10,175.40 |
| Facsimile | 705.75 | 3,041.25 |
| FedEx | 9,658.17 | 20,661.71 |
| Lexis/Westlaw | 22,920.40 | 90,673.93 |
| Long Distance | 1,239.32 | 6,262.43 |
| Meals on Trips | 554.37 | 8,053.50 |
| Parking on Trips | 134.00 | 1,723.50 |
| Postage | 3.65 | 147.79 |
| Temporary Services | | 8,262.00 |
| Auto Rental | 856.95 | 7,467.13 |
| CD Duplication | | 71.91 |
| Hotels | 2,067.58 | 34,623.01 |
| Misc. Travel Expenses | 74.00 | 2,079.58 |
| Consultants/Experts | | 49,315.58 |
| Taxis | 18.00 | 1,349.12 |
| Car Service | 220.58 | 1,014.26 |
| Overtime Meals/Secretarial/Paralegal | 2,057.56 | 3,802.17 |
| Overtime Meals/Attorneys | 517.22 | 1,723.66 |
| Overtime Transportation | 5,091.89 | 11,884.62 |
| Secretarial Overtime | 3,356.34 | 10,635.89 |
| Meals for DC Meetings | | 3,189.86 |
| Meals in FL with Counsel/Co-counsel | | 1,447.17 |
| Two Sets of Joint Trial Exhibits | 4,878.76 | 4,878.76 |
| Mileage | 23.46 | 23.46 |

| Document Retrieval | 912.00 | 912.00 |
|---|---|---|
| Overtime Facilities Mgmt. Personnel | $3,452.50 | 3,452.50 |
| Aerial Photography | 2,270.48 | 2,270.48 |
| Supplies for Site Visit | 69.10 | 69.10 |
| Trial Expenses (binders, tabs, etc.) | 366.98 | 366.98 |
|  |  |  |
| Total | $177,959.68 | $585,462.81 |
| Less Credit from 12/31 Statement | (500.00) | (500.00) |
| TOTALS | $177,459.68 | $584,962.81 |