**Exhibit B**
November 2002 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al* | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARY COVERSHEET TO TWENTIETH MONTHLY INTERIM APPLICATION
OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
NOVEMBER 1, 2002 THROUGH NVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2002 through November 30, 2002. |
| Amount of compensation sought as actual, reasonable and necessary | $157,634.40 for the period November 1, 2002 through November 30, 2002 (80% of $197,043.00 after 40% discount for Honeywell matter), in professional fees). |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $25,921.79 for the period November 1, 2002 through November 30, 2002. |

This is a:     Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 80% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 80% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 80% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the twentieth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 170.6 | $75,064.00 |
| Alec Zacaroli | Associate | $210 | 34.4 | $7,224.00 |
| William Hughes | Counsel | $350 | 210.0 | $73,500.00 |
| Steven C. Dubuc | Associate | $270 | 19.1 | $5,157.00 |
| Tamara Parker | Associate | $270 | 100.6 | $27,162.00 |
| Anthony F. King | Partner | $390 | 86.5 | $33,735.00 |
| David J. Branson | Partner | $440 | 12.2 | $5,368.00 |
| Rebecca L. Schuller | Associate | $175 | 140.5 | $24,587.50 |

| Barbara Banks | Paralegal | $135 | 141.2 | $19,062.00 |
|---|---|---|---|---|
| Natasha Bynum | Legal Clerk | $100 | 104.8 | $10,480.00 |
| Mahmoude Moasser | Paralegal | $135 | 229.0 | $30,915.00 |
| Tonya Manago | Sr. Paralegal | $135 | 66.5 | $8,977.50 |
| Rebecca Mitchell | Paralegal | $120 | .4 | $48.00 |

| | |
|---|---|
| Total Fees | $321,280.00 |
| Less 40% Discount for Allied | $(124,237.00) |
| Balance Due | $197,043.00 |
| Total Hours | 1315.8 |

## EXPENSE SUMMARY

| | |
|---|---|
| Air Fares | $281.00 |
| Copies- Internal and Outside | $9,734.94 |
| Facsimile | $111.00 |
| Lexis/Westlaw Costs | $8,583.00 |
| FedEx | $1,217.49 |
| Overtime Meals | $628.48 |
| Overtime Meals/Attorneys | $191.13 |
| Overtime Transportation | $1,125.68 |
| Secretarial Overtime | $2,935.29 |
| Document Retrieval | $125.00 |
| Parking on Trips | $64.00 |
| Taxi to RPG for Trial Exhibits | $18.00 |
| Delivery Service | $205.88 |
| Telephone | $698.73 |
| Postage | $2.17 |
| | |
| Total | $25,921.79 |



**Wallace King Marraro & Branson, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

January 02, 2003

W. R. Grace & Co.
Attention: Richard Senftleben
7500 Grace Drive
Columbia, MD 21044

Invoice #13265

For Professional Services Rendered in Connection with Honeywell, Inc. Litigation – Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 11/01/02 | SCD | Confer with Mr. Marraro re evidentiary issue (.2); research re same (7.3). | 7.50 |
|  | BB | Research case files and exhibits, collect and prepare pertinent documents for Mr. Marraro (3.7 hrs.); prepare letter and Federal Express shipment of same (1.2 hrs.); prepare supplemental Grace production, letter and Federal Express shipment to all counsel of record per Mr. Marraro's request (2.6 hrs.). | 7.50 |
|  | AFK | Research re Spill Act issues (6.2 hrs.); draft brief re same (.9 hrs.). | 7.10 |
|  | CHM | Prepare interview notes (1.6 hrs.); review strict liability cases (3.6 hrs.); conference with court (1.2 hrs.); trial preparation (4.5 hrs.). | 10.90 |
|  | TP | Research re *Daubert* issue (7.8 hrs.). | 7.80 |
|  | DJB | Research re strict liability issue conference with Messrs. Marraro and Hughes re same (4.8 hrs.). | 4.80 |

W. R. Grace & Co.                                                                    Page    2

|  |  |  | **Hours** |
|---|---|---|---|
| 11/01/02 | WH | Conference with Ms. Banks and Mr. Moasser re assignments and status of projects (.8 hrs.); conference with Messrs. Branson and King re evidentiary issues (1.3 hrs.); work on trial brief (5.4 hrs.); research re statute of limitations issue (1.4 hrs.); review pertinent surface water data and confer with expert re same (.8 hrs.). | 9.70 |
|  | ACZ | Research re *Daubert* issue in conjunction with Honeywell motion re Dr. Belsito (4.6 hrs.). | 4.60 |
|  | MM | Review recent correspondence (.3 hrs.); review recently received requested trial exhibits (i.e., aerial photos and video tape) received from Honeywell and prepare to incorporate in to files (.8 hrs.); office conference with Mr. Hughes re status of various task in preparation for trial (.3 hrs.); office conference with Ms. Schuller re same (.2 hrs.); continue to review, organize and compile a chart (i.e., database) identifying all vendors who submitted invoices prior to the 12/15/00 discovery deadline (3.3 hrs.); case management (.3 hrs.). | 5.20 |
|  | RLS | Draft motion to exclude invoices produced in violation of scheduling order (2.8 hrs.); research *Daubert* issue (4.3 hrs.). | 7.10 |
| 11/02/02 | WH | Revise deposition designations for Final Pretrial Order (1.4 hrs.); review case law in connection with preparation of *Daubert* motion (2.5 hrs.); work on motion (1.8 hrs.). | 5.70 |
|  | AFK | Research re Spill Act issue (5.1 hrs.); draft brief re same (.6 hrs.). | 5.70 |
| 11/03/02 | MM | Continue to review, organize and compile a chart (i.e., database) identifying all vendors who submitted invoices prior to the 12/15/00 discovery deadline (7.6 hrs.); case management (.9 hrs.). | 8.50 |
|  | WH | Conference with Mr. Moasser re Honeywell cost documentation issue (.3 hrs.); review chart re same (.4 hrs.); legal research in support of in | 3.60 |

W. R. Grace & Co.

Page    3

| | | | Hours |
|---|---|---|---|
| | | limine motion on Honeywell invoices (.4 hrs.); review Mueser documents in connection with Deming motion (1.5 hrs.); work on in limine motion (1.0 hrs.). | |
| 11/03/02 | AFK | Research re Spill Act issue (4.8 hrs.); draft brief re same (1.6 hrs.). | 6.40 |
| 11/04/02 | ACZ | Research re RCRA imminent and substantial endangerment issue (1.4 hrs.). | 1.40 |
| | BB | Research Lexis for relevant cases re exclusion of expert case law for Mr. Hughes (2.5 hrs.); look up Fed. R. Cv. P. and local NJ District Court rules and place call to NJ District Court for pertinent information for Ms. Parker (.4 hrs.); investigate existence of pertinent Honeywell expert exhibit (.5 hrs.); make telephone call to plaintiff re same for Ms. Parker (.4 hrs.); incorporate new correspondence, court filing and case documents into indexed case files and electronic files (5.3 hrs.). | 9.10 |
| | RLS | Research re *Daubert* issue (3.1 hrs.); draft motion in limine to exclude invoices (5.7 hrs.). | 8.80 |
| | AFK | Research re Spill Act issue (4.1 hrs.); draft brief re same (3.3 hrs.). | 7.40 |
| | TP | Research on exclusion of experts (4.9 hrs.); office conference with Mr. Marraro re strategy for motion to exclude Rifkin testimony (.6 hrs.); office conference with Ms. Banks re exhibit to Rifkin deposition (.4 hrs.); email and phone conference with expert re affidavit (.6 hrs.); review draft affidavit (.3 hrs.); phone conference with experts re motion (1.1 hrs.); draft outline for expert's affidavit (.8 hrs.). | 8.70 |
| | CHM | Review Honeywell revised pre-trial brief (2.5 hrs.); review plaintiffs' revised pre-trial brief (1.1 hrs.). | 3.60 |

W. R. Grace & Co.                                                                                  Page     4

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                   | **Hours** |
| ---------- | --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --------- |
| 11/04/02   | SCD | Research re evidentiary issue (1.2).                                                                                                                                                                                                                                                                                                                                                                                                                   | 1.20      |
|            | WH  | Conferences with Ms. Parker re *Daubert* motion and related research issue (.6 hrs.); conference with expert re cost documentation issue (.5 hrs.); conference with expert re preparation of direct testimony (.7 hrs.); conferences with paralegals re revisions to Final Pretrial order and related issues (.6 hrs.); review results of research on applicability of state standards under RCRA claim (.8 hrs.); conference with Mr. King re Spill Act issue (.4 hrs.); work on trial brief (5.8 hrs.). | 9.40      |
|            | MM  | Finalize the review, organization and compiling chart (i.e., database) identifying all vendors who submitted invoices prior to the 12/15/00 discovery deadline and forward to Ms. Schuller with memorandum detailing attached chart (2.6 hrs.); office conference with Ms. Schuller re same (.2 hrs.); follow-up email from Ms. Schuller requesting additional clarification of same (.2 hrs.); as requested by Mr. Hughes, preliminary calculations of prior and post Honeywell invoices submitted re obtaining totals of each for use at trial, pending completion (2.4 hrs.). | 5.40      |
| 11/05/02   | SCD | Research re evidentiary issue (2.6).                                                                                                                                                                                                                                                                                                                                                                                                                   | 2.60      |
|            | NAB | Review exhibit binders and make corrections and changes accordingly to binders and final list of exhibits to be filed with the court (7.5 hrs.).                                                                                                                                                                                                                                                                                                       | 7.50      |
|            | AFK | Research re Spill Act issue (3.3 hrs.); draft brief re same (5.1 hrs.).                                                                                                                                                                                                                                                                                                                                                                                 | 8.40      |
|            | CHM | Work on revisions to pre-trial order witnesses, exhibits (7.4 hrs.).                                                                                                                                                                                                                                                                                                                                                                                   | 7.40      |
|            | BB  | Conference with Mr. Hughes re preparation materials for case expert (.2 hrs.); make telephone call to case expert re same and provide results to Mr. Hughes (.3 hrs.); conference with Mr. Hughes and Ms. Kelly re                                                                                                                                                                                                                                      | 10.30     |

W. R. Grace & Co.                                                                    Page    5

                                                                          __Hours__

final exhibit list (.4 hrs.); follow up on exhibit
list with Ms Kelly (.3 hrs.); collect pertinent
case documents and prepare binder for Ms.
Schuller (.8 hrs.); research case files to verify
pertinent expert information and email to Ms.
Parker (.5 hrs.); prepare cover letter and FedEx
package to expert for Mr. Hughes (.7 hrs.);
research case files, collect, sort, organize and
prepare additional documents for inclusion in
binder for expert (3.5 hrs.); proof and update
database and quality check document binders
(2.5 hrs.); make trip to after hours FedEx office
at Dulles Airport to ship packages to expert (1.1
hrs.).

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 11/05/02 | RLS | Draft motion in limine to exclude invoices (8.3 hrs.). | 8.30 |
| | ACZ | Work on drafting motion in limine to bar testimony of Honeywell expert witness (4.9 hrs.). | 4.90 |
| | WH | Draft Deming in limine motion (8.0 hrs.); conference with paralegals re trial preparation assignments (.5 hrs.); conferences with Mr. Marraro re revisions to Pre-Trial Order and work on matters related to same (.8 hrs.). | 9.30 |
| | RM | Assist Ms. Banks with binder preparation for FedEx (.4 hrs.). | 0.40 |
| | MM | Telephone conference with Mr. Marraro re witness issues (.2 hrs.); search web and various in house case material re same and forward all information with memorandum to Mr. Marraro for review (2.7 hrs.); office conference with Mr. Marraro re same (.1 hrs.); review, organize and label original documents received from Honeywell re trial exhibits not provided prior to pretrial (3.1 hrs.); draft memorandum to file re detailing same (.2 hrs.); office conference with Ms. Banks re status of same (.2 hrs.); finalize the review and calculations of prior and post Honeywell invoices submitted by various vendors for services rendered and forward email | 12.10 |

W. R. Grace & Co.                                                    Page     6

|  |  |  | <u>Hours</u> |
|---|---|---|---|

<table>
<tr><td></td><td></td><td>detailing same to attorneys (2.1 hrs.); assist Ms. Kelley re finalizing Grace's trial exhibit list to be filed on 11/7/02 (2.3 hrs.); office conference with Ms. Banks and Ms. Manago re organizing and bate stamping recently received invoices from Honeywell (.3 hrs.); preliminary review and organization of same (.9 hrs.).</td><td></td></tr>
<tr><td>11/05/02</td><td>TP</td><td>Confer with expert (.2 hrs.); review Rifkin report re rebuttal to Dr. Anderson opinions and deposition testimony re same (4.7 hrs.); highlight testimony in Rifkin transcript that might be used for motion to exclude his testimony (1.7 hrs.).</td><td>6.60</td></tr>
<tr><td>11/06/02</td><td>SCD</td><td>Research re evidentiary issue (2.1).</td><td>2.10</td></tr>
<tr><td></td><td>MM</td><td>Review recent correspondence (.3 hrs.); finalize the review, organize and bates stamping of various recently produced Honeywell documents and incorporate into case files (3.2 hrs.); review, organize and place into binders Honeywell documents and prepare to forward to Gail Cook for review (1.1 hrs.); finalize the review, organization and incorporation of all Honeywell trial exhibits into binders that were obtained during Mr. Moasser's 10/15/02 document review at Lowenstein's office (3.3 hrs.); assist Ms. Kelley and Ms. Bynum re finalizing Grace final trial exhibit list to be sent to Ms. Flax for filing on 11/7/02 (1.6 hrs.); office conference with Mr. Hughes re status of various trial preparation and additional task to be completed (.2 hrs.); factual research for Mr. Hughes in support of in limine motion (2.9 hrs.).</td><td>12.60</td></tr>
<tr><td></td><td>NAB</td><td>Review exhibit binders and note exhibits to be pulled (4.0 hrs.).</td><td>4.00</td></tr>
<tr><td></td><td>TP</td><td>Conference with expert re draft affidavit and suggested changes (.8 hrs.); conferences with Ms. Banks re obtaining information re Rifkin issue (1.3 hrs.); review draft of expert's affidavit, redline changes and emailed to him for review (.5 hrs.); draft motion in limine to</td><td>9.30</td></tr>
</table>

W. R. Grace & Co.

|  |  |  | Hours |
|---|---|---|---|
|  |  | exclude testimony of expert based on lack of qualifications (6.7 hrs.). |  |
| 11/06/02 | RLS | Research re strict liability issue (4.0 hrs.); draft and edit motion in limine (4.1 hrs.). | 8.10 |
|  | BB | Conference with Mr. Marraro and make telephone call to local counsel re completion of exhibit list for filing (.2 hrs.); conference with Ms. Kelly re same (.1 hrs) conference with Ms. Bynum re follow up on materials for case expert (.2 hrs.); collect and prepare pertinent documents for Mr. Marraro (.2 hrs.); conference with Ms. Parker re pertinent information on Honeywell expert (.1 hrs.); conference with Ms. Bynum re status of exhibits list (.1 hrs.); research re expert motion (1.2 hrs.); make follow up call to case expert re database CD (.1 hrs.); prepare supplemental production ( 3.0 hrs.); telephone conference with case expert re project (.3 hrs.); prepare CD for expert per request (.5 hrs.) ,prepare cover letter and FedEx package (.6 hrs.). | 6.60 |
|  | WH | Draft motion in limine re Daylin/Goodrich issue (8.5 hrs.); conferences with Mr. Zacaroli re RCRA research and incorporate into brief (.8 hrs.); conferences with Ms. Banks and Mr. Moasser re assignments and status of projects related to in limine motions (.8 hrs.); conferences with non-testifying expert re groundwater and surface water contamination issues (.6 hrs.). | 10.70 |
|  | CHM | Conference with client (.8 hrs.); review exhibits (2.1 hrs.); meeting re Rifkin motion (1.6 hrs.); meeting with expert (2.5 hrs.). | 7.00 |
|  | ACZ | Work on motion in limine to exclude testimony of Honeywell expert witness (4.9 hrs.); research re RCRA issue (1.8 hrs.). | 6.70 |
|  | AFK | Research re Spill Act issue (2.3 hrs.); draft brief re same (5.8 hrs.). | 8.10 |

W. R. Grace & Co.                                                                              Page        8

|  |  |  | Hours |
|---|---|---|---|
| 11/07/02 | SCD | Research re evidentiary issues for Mr. Marraro (5.7 hrs.). | 5.70 |
|  | RLS | Work on in limine motion (5.0 hrs.); draft Hughes declaration in support of motion to exclude invoices (1.0 hrs.); research Rule 36 issue (2.2 hrs.). | 8.20 |
|  | AFK | Research re applicability of Spill Act to pre-1993 purchases (4.1 hrs.); draft brief re same (4.3 hrs.). | 8.40 |
|  | TP | Conferences with expert re affidavit and motion (1.2 hrs.); conference with Ms. Banks and expert re Belsito affidavit (.2 hrs.); draft motion to exclude Rifkin testimony (6.8 hrs.). | 8.20 |
|  | NAB | Work on exhibits (5.5 hrs.). | 5.50 |
|  | WH | Research re in limine motion and work on same (7.5 hrs.); work on Final Pretrial Order (.7 hrs.); conferences with heaving expert re in limine motion (.8 hrs.); review pertinent documents for use as exhibits to in limine motions (1.6 hrs.). | 10.60 |
|  | CHM | Prepare in limine motions (8.5 hrs.); conference with experts (2.1 hrs.). | 10.60 |
|  | MM | Finalize the review of various geotechnical documents for Mr. Hughes (3.9 hrs.); draft memorandum to Mr. Hughes re detailing results of stated review of heaving documents (.4 hrs.); office conference with Mr. Hughes re same (.3 hrs.); follow-up office conference with Mr. Hughes re site photographs (.3 hrs.); search case material, review and produce requested photos with memoranda to Mr. Hughes for review (2.4 hrs.); collect relevant correspondence (.4 hrs.); review and re-organize selective Honeywell witness binders and review their individual summaries in preparation for trial (1.8 hrs.); office conference with Ms. Kelley and Ms. Bynum re assisting with finalizing the review and organization of Grace trial exhibits (.8 hrs.). | 10.30 |

W. R. Grace & Co.

| | | **Hours** |
|---|---|---|
| 11/07/02 BB | Research case records, collect and read Summary Judgment brief re pertinent information, scan and prepare email to Mr. King re Motion in limine (.9 hrs.); collect pertinent briefs for Mr. Hughes re motion in limine (2.2 hrs.); conference with Ms. Kelley re additional documents for production (.3 hrs.); read, analyze, coordinate, organize and incorporate new case documents and correspondence into indexed case files and electronic files (4.4 hrs.). | 7.80 |
| 11/08/02 WH | Work on trial brief and legal/factual research in support of same (7.5 hrs.); conference with expert re demonstrative exhibits (.5 hrs.); conference with expert re cost documentation and NCP issues (.4 hrs.); work on expert's declaration (1.0 hrs.); revise Deming in limine motion (1.5 hrs.). | 10.90 |
| RLS | Research FRCP 36 issue (4.4 hrs.); revise motion in limine to exclude invoices (1.1 hrs.). | 5.50 |
| MM | Collect pertinent documents (.4 hrs.); continue to assist Ms. Schuller with motion in limine with providing supporting documents (.9 hrs.); office conference with Mr. Hughes and Ms. Banks re photographs to be used at trial and as exhibits to motion in limines (.4 hrs.); review video received from expert re identifying additional heaving photos to be used at trial (1.3 hrs.); review and prepare various photos to be reproduced (1.1 hrs.); additional review and incorporation of supporting documents into various Honeywell witnesses that will be testifying at trial for teams review (2.6 hrs.); review and organize additional damage related invoices received from Ms. Banks to incorporated into files (1.2 hrs.). | 7.90 |
| TP | Research re Rule 702 issue and continued drafting motion to exclude testimony by Rifkin (9.2 hrs.). | 9.20 |

W. R. Grace & Co.                                                         Page    10

|  |  |  | **Hours** |
|---|---|---|---|
| 11/08/02 | AFK | Research re Spill Act issue (3.4 hrs.); draft brief re same (4.2 hrs.). | 7.60 |
|  | CHM | Prepare in limine motions (6.5 hrs.); conference with client (.5 hrs.); conference with Agnello (.7 hrs.); conference with plaintiffs' counsel (.6 hrs.). | 8.30 |
|  | CHM | Review materials from client (.6 hrs.). | 0.60 |
|  | BB | Conference with Mr. Hughes re preparation of photographs for expert's declaration (.5 hrs.); research case files and collect relevant photographs per Mr. Hughes's request (.4 hrs.); conference with Messrs. Hughes and Moasser re same  (.4 hrs.); prepare supplemental production, cover letter and Federal Express packages to counsel of record (.9 hrs.); create new case and trial preparation files (5.3 hrs.). | 7.50 |
|  | NAB | Assist Ms. Banks with exhibits (4.0 hrs.). | 4.00 |
| 11/09/02 | AFK | Research re Spill Act issue (2.8 hrs.); draft brief re same (3.4 hrs.); draft memo to client re same (.9 hrs.) | 7.10 |
|  | CHM | Work on in limine motions (6.5 hrs.). | 6.50 |
|  | BB | Research case records, collect and prepare relevant documents re motion in limine for Mr. Marraro (.8 hrs.); research production database re pertinent witness information for Mr. Marraro (.9 hrs.); conference with Mr. Marraro re same (.2 hrs.); research Lexis and Westlaw NJ legislative materials, download, coordinate and prepare documents re pertinent historical legislation, date and titles re motion in limine for Mr. Marraro (4.6 hrs.); conference with Mr. Marraro re same(.2 hrs.); incorporate new court filings into indexed case files (.3 hrs.). | 7.00 |
|  | MM | Work on photographs and related issues re in limine motion for Mr. Hughes (3.1 hrs.). | 3.10 |

W. R. Grace & Co.

Page    11

| | | | Hours |
|---|---|---|---|
| 11/09/02 | WH | Conferences with paralegals re issues in connection with in limine motions (.5 hrs.); work on trial brief (6.5 hrs.); legal research re common law claims (.8 hrs.). | 7.80 |
| | TP | Revise draft affidavits in support of motion to exclude Rifkin (4.1 hrs.). | 4.10 |
| 11/10/02 | MM | Factual research for Mr. Hughes in support of in limine motions (3.5 hrs.). | 3.50 |
| | WH | Work on in limine motion re Honeywell expert and conduct legal/factual research in connection with same (5.8 hrs.). | 5.80 |
| | CHM | Work on in limine motions (7.5 hrs.). | 7.50 |
| | AFK | Research re Spill Act issue (2.6 hrs.); draft brief re same (6.7 hrs.). | 9.30 |
| 11/11/02 | AFK | Research re Spill Act issue (1.1 hrs.); draft brief re same (7.1 hrs.). | 8.20 |
| | CHM | Work on pre-trial brief (6.5 hrs.); work on motions in limine (2.8 hrs.). | 9.30 |
| | MM | Review, organize and identify all photographs to be used as exhibits for declarations and motion in limine (2.2 hrs.); telephone conference with MHI Communications, Time Madden re confirming previously stated reproductive request (.3 hrs.); office conference with Mr. Hughes re review of all photographs to be used in previously stated filings and still photos (.4 hrs.); travel to and from MHI Communication re producing stated still photos (3.1 hrs.); telephone conferences with Ms. Flax re filing procedures for stated motions and declarations and other various trial preparation issues (.2 hrs.); follow-up office conference with Mr. Hughes re producing all supporting exhibits to be attached to stated motion in limines and declaration (.3 hrs.); review case material and produced stated supporting exhibits (1.9 hrs.); office conference with Ms. Schuller re | 10.40 |

W. R. Grace & Co.                                                                    Page    12

                                                                                        __Hours__

|          |     |                                                                 |        |
|----------|-----|-----------------------------------------------------------------|--------|
|          |     | producing supporting exhibits to be attached to Motion in Limine relating to invoices (.3 hrs.); produce requested supporting documents to be used as exhibits (.8 hrs.); review and revise chart reflecting invoices submitted by Honeywell prior to the discovery deadline as requested by Ms. Schuller to be used as a exhibit (.9 hrs.). |        |
| 11/11/02 | DJB | Review and research re motion to disqualify expert Rifkin (2.8 hrs.). | 2.80   |
|          | BB  | Respond to inquiry from case expert (.3 hrs.); research legislative history for Mr. Marraro (1.5 hrs.); research case files, collect and prepare pertinent documents for exhibits to motion in limine (3.2 hrs.); research case files for pertinent information regarding Honeywell expert for Mr. Hughes (4.6 hrs). | 9.60   |
|          | RLS | Edit and cite-check various motions in limine to be filed 11/15/02 (7.2 hrs.); compile exhibits for motion in limine (1.0 hrs.). | 8.20   |
|          | WH  | Work on *Daubert* motion (8.5 hrs.); conference with Mr. Zacaroli re same and related research issue (.6 hrs.); review draft brief re Rule 36 admissions and confer with Ms. Flax re same (.8 hrs.); confer with Ms. Banks re trial preparation issue (.4 hrs.); conferences with Mr. Moasser re expert declarations (.5 hrs.). | 10.80  |
|          | TP  | Conference with Mr. Branson re motion to exclude Rifkin (.5 hrs.); research for motion to exclude expert (.6 hrs.); confer with experts re logistics of finalizing and sending executed affidavits (.3 hrs.); execute changes requested by Mr. Branson (1.0 hrs.). | 2.40   |
|          | NAB | Search production database for and pull exhibits needed for exhibit binders (5.5 hrs.). | 5.50   |
|          | ACZ | Review and suggest revisions to *Daubert* motion for Mr. Hughes (1.3 hrs.). | 1.30   |

W. R. Grace & Co.                                                    Page    13

|  |  |  | Hours |
|---|---|---|---|
| 11/12/02 | BB | Research Lexis for pertinent case for Mr. Marraro (.4 hrs.); collect and prepare pertinent documents for Mr. Hughes (.6 hrs); continue collect,organize and prepare exhibits to motion in limine for Mr. Hughes and Ms. Parker (4.8 hrs.); complete research re Honeywell expert's first study of heaving for Mr. Hughes and prepare results (1.3 hrs.); collect pertinent information re Honeywell production of invoices for Ms. Schuller (.8 hrs.); conference with Ms. Kelly re Honeywell supplemental production (.3 hrs.); analyze Honeywell and ICO exhibits re Daylin-Goodrich 1960-70s and research deposition transcripts for pertinent witness information for Mr. Hughes (.8 hrs.). | 9.00 |
|  | RLS | Edit and cite-check various motions in limine to be filed 11/15/02 (7.0 hrs.); draft Nagy declaration in support of motion in limine (1.0 hrs.). | 8.00 |
|  | NAB | Work on exhibits (5.0 hrs.). | 5.00 |
|  | CHM | Work on pre-trial conference (8.5 hrs.); work on in limine motions (4.2 hrs.). | 12.70 |
|  | TP | Conference with expert re revising affidavit (.8 hrs.); research in response to request by D. Branson on risk assessment issue (1.9 hrs.); conference with Mr. Branson re legal and factual questions re Rifkin brief (.9 hrs.); confer with expert re affidavit (.2 hrs.); proof and revise brief from Mr. Branson (.8 hrs.); prepare and email to Mrs. Banks list of exhibits needed for brief to exclude Rifkin testimony and office conference with her re gathering articles cited in Belsito affidavit (.9 hrs.); phone conference with Mr. Hughes re cases relied upon in motion to exclude expert (.3 hrs.). | 5.80 |
|  | DJB | Research and edit brief on disqualification of expert Rifkin (4.6 hrs.). | 4.60 |

W. R. Grace & Co.                                                      Page   14

|  |  |  | Hours |
|---|---|---|---|
| 11/12/02 | TM | Assist expert re cost documentation issue (7.5 hrs.). | 7.50 |
| | ACZ | Review and revise brief in support of *Daubert* motion for Mr. Hughes (1.2 hrs.); research CERCLA issues for Mr. Hughes (.3 hrs.). | 1.50 |
| | AFK | Revise brief re Spill Act issue (1.2 hrs.); revise memo to client re same (1.6 hrs.). | 2.80 |
| | MM | Finalize the review and revision of the chart reflecting Honeywell invoices submitted prior to 12/15/00 to be used as an exhibits to motion in limine (3.6 hrs.); office conference with Ms. Schuller re same (.3 hrs.); office conference with Ms. Manago and Ms. Banks re completion of various tasks requested of by Ms. Schuller in preparation of various Motion in Limines (.3 hrs.); per Ms. Schuller's request factual research in support of motion in limline (1.2 hrs.); follow up office conference with Ms. Schuller re producing a list of all vendors listed on Grace's final trial exhibit list (.2 hrs.); review recently filed Grace final trial exhibit list and forward email to Ms. Schuller requested list of vendors (1.9 hrs.); review, organize and bates stamp recently received large volume of additional documents received from Honeywell (1.7 hrs.); office conference with Mr. Hughes re reviewing all exhibits to be attached to various motion in limines and declarations (.3 hrs.). | 9.50 |
| | WH | Revise in limine motions (5.8 hrs.); work on trial brief (4.9 hrs.); conferences with paralegals re fling (.6 hrs.). | 11.30 |
| 11/13/02 | MM | Review and revise recent chart reflecting Honeywell invoices and forward to Ms. Schuller via email for review (1.2 hrs.); review recent correspondence (.4 hrs.); review and incorporate into trial witness binders requested documentation from expert (1.1 hrs.); office conference with Mr. Hughes re status of motions in limine and declaration to be filed (.3 hrs.); collect exhibits to be attached to motions | 8.40 |

W. R. Grace & Co.

Page    15

| | | Hours |
|---|---|---|
| | (3.1 hrs.); office conference with Mr. Marraro re same (.3 hrs.); office conferences with Ms. Schuller re same (.3 hrs.); follow-up office conference with Mr. Hughes re labeling photographs to be attached as exhibits to Deming's Motion in Limine (.2 hrs.); review, organize and label all photographs accordingly (.6 hrs.); follow-up review and revisions of motions in limine for Mr. Marraro (.9 hrs.). | |
| 11/13/02  CHM | Work on trial brief (6.2 hrs.); work on in limine motions (3.5 hrs.); conference with J. Agnello (.8 hrs.). | 10.50 |
| TP | Office conferences with Mr. Marraro re in lminie motion (.9 hrs.); legal research re expert motion (1.4 hrs.); revise language in motion and email to expert (.7 hrs.); review case law cited in draft trial brief and shepardize (2.9 hrs.); revise motion to exclude Rifkin testimony (1.4 hrs.). | 7.30 |
| TM | Work on cost documentation database (7.0 hrs.). | 7.00 |
| BB | Complete analysis of Honeywell and ICO exhibits re Daylin-Goodrich site work and prepare binder for Mr. Hughes (2.2 hrs.); collect, prepare, organize and coordinate exhibits to motion in limine for Ms. Parker (3.2 hrs.); place telephone call to experts for Mr. Hughes and report to Mr. Hughes (.6 hrs.); prepare exhibits to motion in limine (3.5 hrs.); conference with Mr. Hughes re preparation of exhibits (.4 hrs.); follow up with Ms. Parker re revisions to exhibits (.4 hrs.); scan and prepare pertinent document for Mr. Hughes (.5 hrs.); conference with Ms. Schuller re missing documentation and  clarification of information re Honeywell invoices (.4 hrs.); research case files and collect, prepare and coordinate pertinent correspondence for Ms. Schuller (.8 hrs.). | 12.00 |
| RLS | Edit and cite-check various motions in limine to be filed 11/15/02 (12.7 hrs.). | 12.70 |

W. R. Grace & Co.                                                        Page    16

|  |  | **Hours** |
|---|---|---|
| 11/13/02 NAB | Pull docments listed as exhibits in Motion in Limine (5.0 hrs.). | 5.00 |
| WH | Work on Daylin/Goodrich in limine motion and confer with co-counsel re same (6.2 hrs.); revise Deming motion (1.6 hrs.); work on trial brief (2.4 hrs.); conference with Ms. Schuller re invoices brief and revise draft of same (.8 hrs.); legal research in connection with *Daubert* motions on "fit" issue (.8 hrs.). | 11.80 |
| 11/14/02 BB | Organize, prepare and assemble exhibits to various Motions In Limine for 11/15/02 filing (7.8 hrs.); conference with Messrs. Hughes and Ms. Schuller additions and revisions to exhibits (.8 hrs.); follow up with local counsel re same (.3 hrs.); prepare materials for FedEx (1.3 hrs.); make trip to after hours FedEx office at Dulles Airport (1.1 hrs.). | 11.30 |
| NAB | Assist with filing of  in limine motions (8.5 hrs.). | 8.50 |
| CHM | Work on motions in limine (8.0 hrs.); conference with Agnello (.5 hrs.); conference with plaintiffs (.7 hrs.). | 9.20 |
| TM | Continue to update Honeywell cost binders and memo regarding damages; gather and prepare exhibits for motion to strike re cost documents (9.5 hrs.). | 9.50 |
| RLS | Prepare various motions in limine for filing 11/15/02 (7.0 hrs.); prepare Hughes declaration and Flax declaration in support of motions in limine (2.0 hrs.). | 9.00 |
| ACZ | Proofread and edit trial brief for Mr. Marraro (1.4 hrs.). | 1.40 |
| WH | Work on finalizing all in limine motions for filing on 11/15 (11.5 hrs.); conferences with Ms. Flax re motions, supporting documents, declarations and logistics re filing same (.6 hrs.). | 12.10 |

W. R. Grace & Co.                                                                 Page    17

|  |  | | **Hours** |
|---|---|---|---|
| 11/14/02 | MM | Review, organize and finalize the Declaration of Dr. Julio Valera and all exhibits (1.6 hrs.); review, organize and finalize the  Motion in Limine brief dealing with New Jersey Residential Soil Standard and all exhibits (1.8 hrs.); review, organize and finalize the Motion in Limine brief dealing with Honeywell late production of cost documents and all exhibits (1.7 hrs.); office conference with Ms. Banks re searching case production re producing various exhibits (.1 hrs.); search and produce requested exhibits and provide to Ms. Banks (.8 hrs.); office conference with Mr. Hughes re various task to be completed in preparation for filings (.3 hrs.); office conference with Mr. Marraro re Honeywell (.2 hrs.); search case files and located stated brief and forwarded via email to Mr. Marraro and Ms. Flax for review (1.1 hrs.); review recent correspondence (.4 hrs.); in final preparation for filing all motions and declaration, assist with the compiling of all motions, declarations and duplicating numerous sets of exhibits to be forwarded via FedEx to Ms. Flax for filing (5.8 hrs.). | 13.80 |
|  | TP | Office conference with Mr. Marraro and perform research re common law claim (2.1 hrs.); email with expert re revision to brief and affidavit (.3 hrs.). | 2.40 |
| 11/15/02 | CHM | Work on in limine motions (3.5); review plaintiffs' trial brief (2.5); meeting with expert (2.2). | 8.20 |
|  | WH | Conference with Ms. Parker re *Daubert* motion and follow-up assignment (.4 hrs.); review ICO's in limine papers and confer with Ms. Schuller and paralegals re same (1.5 hrs.); legal research re in limine issue (.6 hrs.); conferences with Mr. Agnello and Ms. Flax re final revisions to in limine motions (.5 hrs.); review draft trial brief and confer with Mr. Marraro re same (1.7 hrs.); review ICO's and Honeywell's trial briefs and confer with Ms. Schuller re assignments on same (1.6 hrs.); research re issues raised in | 8.60 |

W. R. Grace & Co.                                                                        Page  18

|  | **Hours** |
|---|---|

Honeywell trial brief (1.8 hrs.); review revised
Honeywell R.I. Report (.5 hrs.).

| 11/15/02 RLS | Prepare various motions in limine for filing 11/15/02 (3.3 hrs.); research actual knowledge requirement for strict liability in New Jersey (1.8 hrs.). | 5.10 |

| MM | Office conference with Mr. Hughes re trial preparation matters (.2 hrs.); follow-up office conference with Mr. Hughes re recently received photos on disk from Honeywell (.2 hrs.); review and produce all photos from stated disk and organize in preparation to forward to stated experts for review (1.7 hrs.); draft letters to experts attaching photos and forward via FedEx (.6 hrs.); produce copy of pretrial order to Mr. Hughes for review (.2 hrs.); office conference with Ms. Kelley re excerpts of depositions for in limine briefs (.6 hrs.); review, organize and revise database re identification of cost issue (3.1 hrs.); preliminary review of case material re identifying selective depositions to be incorporated into new database to be used at trial as requested by Mr. Hughes (1.8 hrs.). | 8.40 |

| BB | Provide assistance to Mr. Hughes and Ms. Schuller in preparation of claims motion in limine (2.3 hrs.); provide assistance to Ms. Manago in preparation of requested analyses of Honeywell claims re motion in limine for Mr. Hughes (.9 hrs.); collect, prepare, coordinate and organize exhibits to Mr. Hughes' declaration re motion in limine (4.2 hrs.); review new correspondence (.8 hrs.); sort, coordinate and scan motion in limine materials received by fax from Lowenstein, scan and email to case attorneys (2.0 hrs.); follow up on inquiry from local counsel re prepared motion materials (.3 hrs.). | 10.50 |

| TP | Email and office conference with Mr. Hughes re final motion to exclude Rifkin testimony and strategy for responding to Honeywell motion to exclude Belsito (.9 hrs.); review Dr. Belsito's | 4.40 |

W. R. Grace & Co.                                                      Page    19

|  |  | | **Hours** |
|---|---|---|---|
| | | deposition testimony and report (2.4 hrs.); phone conference with Ms. Banks on efforts to obtain Honeywell's motions (.2 hrs.); review Honeywell motion to exclude Belsito (.4 hrs.); review Honeywell motions to exclude testimony of Sheehan, Backstome, Bergman, Pratt and Barber (.5 hrs.). | |
| 11/15/02 | NAB | Work on trial exhibits (7.5 hrs.). | 7.50 |
| | ACZ | Review deposition transcripts for purposes of drafting expert motion-in-limine brief and assist Mr. Hughes in preparation of same (1.2 hrs.). | 1.20 |
| | TM | Gather and prepare exhibits for motions in limine (7.5 hrs.). | 7.50 |
| 11/17/02 | CHM | Review Honeywell motions in limine (1.5 hrs.). | 1.50 |
| | MM | Continue to review case material re identifying selective depositions to be incorporated into database (2.8 hrs.); review, organize and incorporate into files additional supporting documentation into Honeywell witness binders to be used in preparation for trial (1.7 hrs.). | 4.50 |
| 11/18/02 | CHM | Conference call with Agnello re Honeywell and plaintiffs' motions (2.5 hrs.); review Honeywell's trial brief (1.8 hrs.); review Belsito deposition (1.2 hrs.). | 5.50 |
| | BB | Prepare, coordinate and organize trial records and documents (12.0 hrs.). | 12.00 |
| | ACZ | Research CERCLA issues and related case law for Mr. Hughes (1.8); research case law and federal rules on evidentiary issue (3.4). | 5.20 |
| | WH | Work on trial preparation matters re Grace's heaving and environmental experts (7.6 hrs.); conferences with Ms. Banks re assignments in connection with trial preparation (.6 hrs.); conference with non-testifying expert re sampling issue (.5 hrs.). | 8.70 |

W. R. Grace & Co.                                                              Page   20

|  |  |  | **Hours** |
|---|---|---|---|
| 11/18/02 | NAB | Organize Honeywell Exhibit Binders in accordance with final Exhibit list | 8.50 |
|  | RLS | Research strict liability issue (2.0 hrs.); research in support of opposition to Honeywell's motion to exclude witnesses (6.1 hrs.). | 8.10 |
|  | MM | Office conference with Mr. Marraro re searching case material and produce copy of NJDEP correspondence (.2 hrs.); search case material and databases re producing stated correspondence and provide copies of same to Mr. Marraro for review (.7 hrs.); review recent correspondence re all parties filed trial briefs and various letters between parties (.9 hrs.); office conference with Mr. Hughes and Ms. Banks re reviewing pertinent deposition transcripts (.2 hrs.); review stated depositions and flag all mention of witness and return all to Mr. Hughes with memorandum for review (1.8 hrs.); continue to review, organize and incorporate additional supporting documents into Honeywell witness binders in preparation for trial (2.9 hrs.); follow-up office conference re creating database incorporating various Honeywell experts and numerous witnesses to be called at trial (.2 hrs.); continue to pull various depositions to be incorporated into stated database (.8 hrs.). | 7.70 |
|  | TP | Westlaw research re expert testimony on risk below regulatory standards (2.1 hrs.); phone call with expert re affidavit (.2 hrs.); phone conference with Mr. Marraro related to experts' opinions (.9 hrs.); email and phone conference with Ms. Banks requesting unreported items cited by Honeywell (.3 hrs.). | 3.50 |
| 11/19/02 | MM | Continue to review, organize and incorporate additional supporting documents into Honeywell selective witnesses binder (3.9 hrs.); forward email to Mr. Hughes re research issue (.2 hrs.); continue to review case material and produce various deposition to be incorporated | 9.70 |

W. R. Grace & Co.                                                                Page    21

|  |  |  | Hours |
|---|---|---|---|
|  |  | into stated database (4.2 hrs.); preliminary set up of stated database (1.4 hrs.). |  |
| 11/19/02 | WH | Review in limine brief filed by Honeywell and confer with Mr. Marraro re same (2.3 hrs.). | 2.30 |
|  | RLS | Factual and legal research re evidentiary issues (7.8 hrs.). | 7.80 |
|  | BB | Research re pertinent witness documents and prepare and provide results to Mr. Hughes (3.0 hrs.); scan and research deposition transcripts for pertinent witness information for Mr. Hughes (3.8 hrs.); research Honeywell exhibit list (1.8 hrs.). | 8.60 |
|  | TP | Phone conference and emails with expert (.9 hrs.); review NJDEP report (1.2 hrs.); draft response to motion to exclude Dr. Belsito (2.7 hrs.); phone conference with Mr. Marraro re strategy for response to motion to exclude Belsito (.2 hrs.). | 5.00 |
|  | ACZ | Research evidentiary issues for Mr. Hughes (2.1 hrs.). | 2.10 |
|  | CHM | **Travel to Columbia for meeting with client and return (2.0 hrs.). (Note:  Travel time billed at 50%; 10% here and 40% at end of statement.)** | 1.80 |
|  | NAB | Organize Honeywell exhibit binders in accordance with final exhibit list (7.5 hrs.). | 7.50 |
| 11/20/02 | MM | Continue to review, organize and incorporate additional supporting documents into witnesses binder (4.1 hrs.); continue to review case material and produce various deposition to be incorporated into stated database (3.7 hrs.); office conference with Ms. Banks re various task to be completed in preparation for trial (.3 hrs.); review and organize Honeywell trial exhibits according to their revise trial exhibits list (1.8 hrs.). | 9.90 |

W. R. Grace & Co.                                                                    Page   22

|  |  |  | Hours |
|---|---|---|---|
| 11/20/02 | TP | Conference with experts re strategy for responding to motion to exclude Dr. Belsito testimony (.6 hrs.); draft response motion and email same to Mr. Marraro (3.9 hrs.). | 4.50 |
|  | CHM | Work on opposition to Belsito motion (3.5 hrs.); prepare witnesses for trial (4.8 hrs.); conference with Agnello (.5 hrs.). | 8.80 |
|  | BB | Scan and OCR Honeywell's exhibit list (1.8 hrs.); continue research of Honeywell Exhibit List for pertinent document information re Honeywell expert for Mr. Hughes, prepare and email results (2.4 hrs.); conference with Ms. Manago, Ms. Bynum and Mr. Moasser re case assignments (.3 hrs.); read, analyze, prepare and organize new correspondence and documents for incorporation into indexed case files (7.2 hrs.). | 11.70 |
|  | WH | Conference call with Messrs. Agnello and Marraro re in limine briefs (1.4 hrs.); draft opposition to Honeywell in limine brief (2.4 hrs.); work on trial preparation matter re expert's direct testimony and demonstrative exhibits (1.6 hrs.). | 5.40 |
|  | NAB | Assist Mr. Moasser with exhibits and related trial preparation matters (8.5 hrs.). | 8.50 |
| 11/21/02 | WH | Revise opposition to Honeywell's motion to strike Grace's witnesses (1.3 hrs.); confer with paralegal re factual research issue (.6 hrs.); review pertinent documents to be used in support of opposition brief (.5 hrs.); conference with heaving expert re trial preparation issue and matters related to Deming in limine motion (.4 hrs.); prepare outline of oral argument on *Daubert* motion (.8 hrs.); conference with non-testifying expert re risk assessment issues (.4 hrs.); work on outline of fact witnesses' direct testimony (1.3 hrs.). | 5.30 |

W. R. Grace & Co.

|  |  |  | Hours |
|---|---|---|---|
| 11/21/02 | CHM | Work on motion in limine (1.5 hrs.); review Roned trial brief (1.0 hrs.); conference with client (.5 hrs.). | 3.00 |
|  | MM | Office conferences with Mr. Marraro re producing copies of all parties trial briefs, motions in limine and witness materials (.3 hrs.); search case material re producing stated documents for Mr. Marraro for meeting with expert (1.3 hrs.); continue to review case material and produce various deposition to be incorporated into stated database (3.1 hrs.); office conference with Ms. Manago re putting various depositions on CD for trial (.2 hrs.); review email from Ms. Banks re trial task assigned to Ms. Bynum, Mr. Moasser and Ms. Manago (.2 hrs.); review and scan Honeywell's filed trial exhibit list, part II (.8 hrs.); review and scan ICO's filed trial exhibits list (.9 hrs.); preliminary review and revisions to Honeywell's filed trial exhibit List, part II against previously created binders containing same re reorganizing them in order of their file list (3.8 hrs.); finalize the incorporation of additional supporting documents into various Honeywell witness binders in preparation for trial (1.1 hrs.). | 11.70 |
|  | RLS | Research strict liability issues (7.9 hrs.). | 7.90 |
|  | ACZ | Research CERCLA and RCRA case law for Mr. Hughes (2.4 hrs.). | 2.40 |
|  | NAB | Organize Honeywell exhibit binders in accordance with final exhibit list (7.8 hrs.). | 7.80 |
| 11/22/02 | WH | Conference with Mr. Moasser re assignments (.4 hrs.); work on trial preparation matters in connection with CERCLA and Spill Act cost recovery claims against Honeywell (7.0 hrs.); conferences with hearing expert re *Daubert* issue and review of additional data (.8 hrs.). | 8.20 |
|  | NAB | Organize Honeywell exhibit binders in accordance with final exhibit list (5.0 hrs.). | 5.00 |

W. R. Grace & Co.                                                                          Page    24

                                                                                    **Hours**

| | | | |
|---|---|---|---|
| 11/22/02 | MM | Continue to review case material and produce various Honeywell witness deposition to be incorporated into database to be used at trial, pending  (1.3 hrs.); continue to review and revise Honeywell's filed trial exhibit list, part II against previously created binders containing same re reorganizing them in order of their file list (6.2 hrs.); office conference Mr. Hughes re status of trial preparation assignments and work on same (.9 hrs.); telephone conferences with Mr. Marraro re producing various documents from case material and forward via facsimile to Ms. Flax's office for review (.2 hrs.); review case material and produce and fax requested material to Mr. Marraro as requested (.6 hrs.); follow-up telephone conference with Mr. Marraro re preparation of filing reply briefs (.2 hrs.); search case material and produce various documents for Mr. Marraro's review (.8 hrs.); review ICO and Honeywell final trial exhibits list and scan them both for future trial use (.8 hrs.); office conference with Ms. Bynum and Ms. Manago re status of reviewing and organizing all parties final exhibit list and placing all documents in to labeled binders accordingly (.4 hrs.); following up office conference with Mr. Hughes assignments (.2 hrs.). | 11.60 |
| | RLS | Research strict liability issue (.8 hrs.); research re evidentiary issue (4.4 hrs.). | 5.20 |
| | TP | Phone conference with Mr. Marraro re opposition brief (.3 hrs.). | 0.30 |
| 11/23/02 | CHM | Work on opposition to Belsito in limine motion (6.5 hrs.). | 6.50 |
| | MM | Office conferences with Mr. Marraro re searching case material and databases for various documents to be reviewed in preparation of reply briefs (.3 hrs.); search case material and databases re requested material and produce all to Mr. Marraro (1.9 hrs.); review draft of a reply brief and produce all cites cases from Westlaw | 11.00 |

W. R. Grace & Co.                                                                Page    25

|  |  | **Hours** |
|---|---|---|
|  | (.8 hrs.); continue to review and revise Honeywell's filed trial exhibit List, part II against previously created binders containing same re reorganizing them in order of their file list (7.2 hrs.); telephone conference with Ms. Manago re scanning ICO's draft trial exhibit list and forward to her to review (.2 hrs.); search case material re ICO's draft trial exhibit list, scan the list and forward via email to Ms. Manago as requested (.6 hrs.). |  |
| 11/23/02 TM | Review ICO Final Pretrial Exhibit and prepare binders of exhibits in preparation for trial (6.0 hrs.). | 6.00 |
| TP | Office conferences with Mr. Marraro re strategy for response (.5 hrs.); additional research on issue of expert testimony related to standard below that set by law (2.7 hrs.); make revisions to brief as requested by Mr. Marraro and add cites for exhibits (2.9 hrs.); prepare Dr. Belsito's affidavit (1.3 hrs.); conference with experts re declarations (.3 hrs.). | 7.70 |
| 11/24/02 TM | Review ICO Final Pretrial Exhibit and prepare binders of exhibits in preparation for trial (7.5 hrs.). | 7.50 |
| TP | Proof, revise brief and Belsito declaration, prepare cover page and email completed pleading to Mr. Marraro and expert (2.1 hrs.). | 2.10 |
| MM | Continue to review and revise Honeywell's filed trial exhibit list, part II against previously created binders containing same re reorganizing them in order of their file list (8.5 hrs.). | 8.50 |
| 11/25/02 TP | Email and phone conference with Ms. Manago re status of exhibits, edits to brief in opposition to Honeywell's motion to exclude Dr. Belsito(.6 hrs.); email and phone conference with Dr. Shelnut re Dr. Belsito affidavit and brief (.2 hrs.); email with Dr. Belsito (.2 hrs.); review and proof brief (.3 hrs.). | 1.30 |

W. R. Grace & Co.                                                        Page   26

|  |  |  | Hours |
|---|---|---|---|
| 11/25/02 | NAB | Organize Honeywell exhibit binders in accordance with final exhibit list (7.5 hrs.). | 7.50 |
|  | TM | Review ICO final pretrial exhibit and prepare binders of exhibits in preparation for trial (8.0 hrs.). | 8.00 |
|  | WH | Work on direct examination outlines for experts (8.4 hrs.). | 8.40 |
|  | CHM | Work on opposition to Belsito motion (2.5 hrs.); revised motin (1.0 hrs.). | 3.50 |
|  | RLS | Research common law issue (2.5 hrs.); review Honeywell trial brief and Grace trial brief and conduct follow-up research (5.6 hrs.). | 8.10 |
|  | MM | Prepare various depositions to be copied to be scanned and placed on CD for trial use (.2 hrs.); follow-up with FedEx re status of package sent to Ms. Flax (.3 hrs.); office conference with Mr. Hughes re scanning and forwarding various exhibits to Ms. Flax for review (.2 hrs.); locate, scan and forwarded stated material to Ms. Flax for review (.6 hrs.); produced expert materials to Mr. Hughes as requested (.5 hrs.); assist Ms. Rupp with Grace's monthly invoice (.2 hrs.); office conferences with Mr. Marraro re pulling various exhibits to be attached to pending reply brief and to complete various revisions to state brief (1.4 hrs.); review final brief sent to Ms. Flax's office for filing and completed brief revisions accordingly prior to sending (1.2 hrs.); forward email to Ms. Flax that all exhibits as stated in the draft reply brief have been sent via FedEx to her office for filing (.2 hrs.); review and organize all exhibits stated in reply brief and draft cover letter to Ms. Flax and forward all to her via FedEx for final review (1.6 hrs.); continue to scan various depositions to be placed on CD for trial use (1.6 hrs.); continue to review and organize Honeywell final trial exhibits and place all in binders and labeled | 11.40 |

W. R. Grace & Co.                                                                    Page    27

|  |  | **Hours** |
|---|---|---|
|  | accordingly (3.2 hrs.); office conference with Mr. Hughes re assignment (.2 hrs.). |  |
| 11/26/02 RLS | Research common law issue (7.1 hrs.). | 7.10 |
| CHM | Work on trial preparation including witness outlines and exhibits (6.5 hrs.). | 6.50 |
| WH | Work on direct examination outlines for Grace Defendants' experts (7.8 hrs.). | 7.80 |
| TM | Review ICO final pretrial exhibit and prepare binders of exhibits in preparation for trial (8.5 hrs.). | 8.50 |
| MM | Telephone conferences with Ms. Flax re various task in final preparation for filing opposition briefs (.4 hrs.); office conferences with Mr. Marraro re same (.3 hrs.); search case material and produce various documents as requested by Mr. Marraro and Ms. Flax (.9 hrs.); search Westlaw re producing cases sited in opposition briefs (.8 hrs.); review the declaration of Michael J. Caffrey filed on 11/15/02 re exhibit D (.2 hrs.); office conferences with Mr. Hughes re various task pertaining to stated filings (.3 hrs.); draft cover letter forwarding materials to environmental expert (.6 hrs.); review and finalize the final brief received by Mr. Marraro and forward to Ms. Flax for filing (.9 hrs.); finalize the review and organization of Honeywell's final trial exhibits (2.6 hrs.); draft memorandum to Mr. Hughes re exhibits and trial preparation issue (.7 hrs.); office conference with Ms. Bynum re same (.2 hrs.); follow-up office conference with Mr. Hughes re same (.2 hrs.); search case material and produce expert materials for Mr. Hughes review (.3 hrs.); continue to scan various depositions to be placed on CDs in preparation for trial (.6 hrs.); review recent correspondence (.4 hrs.); follow-up telephone conference with Ms. Flax re confirming briefs have been finalized for filing (.2 hrs.). | 9.60 |

W. R. Grace & Co.

Page    28

| | | | Hours |
|---|---|---|---|
| 11/26/02 | NAB | Work on exhibits and other trial preparation matters for attorneys (7.5 hrs.). | 7.50 |
| | ACZ | Research CERCLA and RCRA issues for Mr. Hughes (1.7 hrs.). | 1.70 |
| 11/27/02 | RLS | Research strict liability issue (2.0 hrs.); read Honeywell reply briefs to Grace motions in limine (1.9 hrs.); research CERCLA issue re in lmine brief (1.0 hrs.); compile invoice costs charts (2.4 hrs.). | 7.30 |
| | CHM | Work on trial preparation (6.5 hrs.). | 6.50 |
| | MM | Office conference with Mr. Marraro re matters in preparation for trial (.3 hrs.); review, organize and scan all parties briefs and opposition briefs and forward to team for review (.9 hrs.); review and duplicate all briefs and opposition briefs and their supporting documents for Mr. Hughes review (1.3 hrs.); telephone conferences with Mr. Hughes re same (.3 hrs.); continue to scan various depositions to be placed on CDs in preparation for trial (1.8 hrs); office conferences with Ms. Schuller and Mr. Marraro re producing cases cited in Honeywell trial brief (.3 hrs.); search Westlaw and Lexis-Nexis re obtaining requested cases (.9 hrs.); telephone conference with Ms. Flax's office re obtaining unpublished cases cited in Honeywell's brief (.2 hrs.); forward email to Ms. Flax re request for same cases (.2 hrs.); review case databases and all other case material re locating missing Honeywell trial exhibits as noted on memorandum to Mr. Hughes (3.1 hrs.). | 9.30 |
| | WH | Conference with expert re issues related to Deming in limine motion (.6 hrs.); review all opposition briefs to Grace's in limine motions filed by Honeywell and materials filed in support thereof (3.2 hrs.); conferences with Mr. Marraro and Ms. Schuller re briefs and follow-up tasks (1.3 hrs.); work on outline of | 7.10 |

W. R. Grace & Co.                                                Page    29

|  |  |  | **Hours** |
|---|---|---|---|
|  |  | rebuttal points to Honeywell arguments (2.0 hrs.). |  |
| 11/30/02 | CHM | Trial preparation (5.5 hrs.). | 5.50 |
|  | MM | Review case databases re Honeywell trial exhibits (5.0 hrs.). | 5.00 |
|  | TM | Prepare charts re Honeywell cost invoices (5.0 hs.). | 5.00 |

|  | **Amount** |
|---|---|
| Total Fees | 1287.20 $310,592.50 |

Disbursements:

| | |
|---|---|
| Air Fare to/from Little Rock to Meet Expert - 10/25-27 | 281.00 |
| Copies-Internal | 7,085.10 |
| Delivery Service | 205.88 |
| Fax Charges | 111.00 |
| FedEx Costs | 1,217.49 |
| Lexis Costs | 4,479.00 |
| Long Distance | 698.73 |
| Outside Copies | 2,295.09 |
| Overtime Meals | 628.48 |
| Overtime Meals - Attorney/Paralegals | 191.13 |
| Overtime Transportation | 1,125.68 |
| Parking on trip to Little Rock for Meeting with Expert | 64.00 |
| Postage | 2.17 |
| Secretarial Overtime | 2,935.29 |
| Taxi to RPG re Trial Exhibits - 11/11/02 | 18.00 |
| Torri's Legal Services - Document Retrieval | 125.00 |
| Westlaw | 4,104.00 |

| | |
|---|---|
| Total Disbursements | $25,567.04 |
| Total Amount Of This Bill | $336,159.54 |
| 11/29/2002 Less Deduction of 40% Per Agreement | ($124,237.00) |

W. R. Grace & Co.

Page   30

**Amount**

Balance Due

$211,922.54

### Timekeeper Summary

| Name | Hours | Rate |
|------|------:|-----:|
| Barbara Banks, Paralegal | 140.50 | 135.00 |
| David J. Branson, Partner | 12.20 | 440.00 |
| Natasha A. Bynum, Legal Clerk | 104.80 | 100.00 |
| Steven C. Dubuc, Associate | 19.10 | 270.00 |
| William Hughes, Counsel | 191.30 | 350.00 |
| Anthony F. King, Partner | 86.50 | 390.00 |
| Tonya Manago, Sr. Paralegal | 66.50 | 135.00 |
| Christopher H. Marraro, Partner | 161.40 | 440.00 |
| Rebecca Mitchell, Paralegal | 0.40 | 120.00 |
| Mahmoude Moasser, Paralegal | 229.00 | 135.00 |
| Tamara Parker, Associate | 100.60 | 270.00 |
| Rebecca L. Schuller, Associate | 140.50 | 175.00 |
| Alec C. Zacaroli, Associate | 34.40 | 210.00 |



**Wallace King Marraro & Branson**

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

January 02, 2003

W. R. Grace & Co.
Attention:  Akos Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13264

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

| | Hours |
|---|---|
| 11/19/02  CHM    Meeting with client in Columbia (3.5 hrs.). | 3.50 |

| | Hours | Amount |
|---|---|---|
| Total Fees | 3.50 | $1,540.00 |
| Balance Due | | $1,540.00 |

Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 3.50 | 440.00 |



**WALLACE KING MARRARO & BRANSON,** PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

January 02, 2003

W. R. Grace & Co.
Attention: Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13266

For Professional Services Rendered in Connection with Preparation of Fee Application to
Bankruptcy Court - Matter 10

Professional Services:

|  |  | **Hours** |
|---|---|---|
| 11/06/02 CHM | Prepare fee application (1.5 hrs.); review invoices (1.0 hrs.). | 2.50 |
| 11/19/02 CHM | Review invoices (1.5 hrs.). | 1.50 |

|  | | **Amount** |
|---|---|---|
| Total Fees | 4.00 | $1,760.00 |
| Balance Due | | $1,760.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 4.00 | 440.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

January 02, 2003

W. R. Grace & Co.
Attention: William Corcoran
Vice President-Public & Regulatory Affairs
7500 Grace Drive
Columbia, MD 21044

Invoice #13267

For Professional Services Rendered in Connection with Libby, Montana - Matter 9

Professional Services:

|  |  | **Hours** |  |
|---|---|---|---|
| 11/05/02 CHM | Review Libby brief and teleconference with client (1.2 hrs.). | 1.20 | |
| 11/18/02 CHM | Review materials (.5 hrs.). | 0.50 | |

|  |  | | **Amount** |
|---|---|---|---|
| Total Fees | | 1.70 | $748.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Christopher H. Marraro, Partner | 1.70 | 440.00 |



Wallace
K &
Ma>aro
Branson

WALLACE KING MARRARO & BRANSON,  PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007
Phone 202.204.1000
Fax 202.204.1001

January 02, 2003

W. R. Grace & Co.
Attention:  Akos L. Nagy
7500 Grace Drive
Columbia, MD 21044

Invoice #13268

For Professional Services Rendered In Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

| | | | Hours |
|---|---|---|---|
| 11/19/02 | BB | Collect and prepare pertinent transcripts and court filings for Mr. Hughes and prepare for delivery (.7 hrs.). | 0.70 |
| | WH | Review new Myskiw deposition transcript and designate selected portions for use in summary judgment brief (3.6 hrs.); work on summary judgment brief (4.4 hrs.). | 8.00 |
| 11/20/02 | WH | Work on summary judgment brief (2.6 hrs.); legal and factual research in support of same (2.8 hrs.); conference with co-counsel re brief (.3 hrs.). | 5.70 |
| 11/21/02 | WH | Finalize summary judgment brief and prepare statement of material facts not in dispute (3.8 hrs.); factual research re CERCLA "hazardous substance" issue (.8 hrs.). | 4.60 |
| 11/22/02 | WH | Conference with Mr. Hogan re summary judgment and related issues (.4 hrs.). | 0.40 |

|  |  | Amount |
|---|---|---|
| Total Fees | 19.40 | $6,639.50 |

W. R. Grace & Co.                                                      Page    2

Disbursements:

|  | Amount |
|---|---|
| Copies-Internal | 354.75 |
| Total Disbursements | $354.75 |
| Total Amount Of This Bill | $6,994.25 |
| Balance Due | $6,994.25 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Barbara Banks, Paralegal | 0.70 | 135.00 |
| William Hughes, Counsel | 18.70 | 350.00 |