# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Nov. 25, 2002 at 4:00p.m. |
| | | Hearing Date:   TDB only if necessary |

## SUMMARY COVERSHEET TO EIGHTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | October 1, 2002 through October 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $32,395.00 for the period October 1, 2002 through October 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,067.73 for the period of October 1, 2002 through October 31, 2002 |

This is a:                      Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,556.40 | $339.61 | Paid in part[1] | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/1/02 through 9/30/02 | $29,157.20 | $2,926.37 | Application Pending | Application Pending |

As indicated above, this is the eighth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

---

[1] When the certificate of no objection was filed for Carella Byrne's Fourth Monthly Interim Application, it contained a mathematical error in that it requested payment for 60% of the fees incurred during the Fourth Monthly Interim. Accordingly, Carella Byrne has requested the outstanding 40% of fees for services rendered in June 2002 in the Fifth Interim Quarterly Fee Application.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 50.50 | $16,412.50 |
| Melissa E. Flax | Partner | $215 | 73.50 | $15,802.50 |
| Michael Aponte | Paralegal | $75 | 2.40 | $180.00 |

Total Fees            $32,395.00

Total Hours       126.40

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---:|
| Copies – Internal and Outside | $536.32 |
| Westlaw | $6.43 |
| Telephone | $117.21 |
| Faxes | $32.00 |
| FedEx | $39.38 |
| Travel | |
|     Car Service/Taxi | $202.37 |
|     Airfare | $567.50 |
|     Hotel | <u>$368.16</u> |
| | $1,138.03 |
| Messenger | $50.00 |
| Additional Staff Time | $148.36 |
| Court Reporter | |
| Meals | |
| | |
| Total | $2067.73 |

**ATTACHMENT B**
**TO FEE APPLICATION**
**(October 1, 2002 through October 31, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 50.50 | $16,412.50 |
| Melissa E. Flax | Partner | $215 | 73.50 | $15,802.50 |
| Michael Aponte | Paralegal | $75 | 2.40 | $180.00 |

| | |
|---|---|
| Grand Total: | $32,395.00 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,067.73 |
| Fee Applications, Applicant | 9.60 | $2,141.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 111.80 | $28,629.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | 5.00 | $1,625.00 |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

# EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $6.43 |
| Facsimile (with rates) | | $32.00 ($0.25 per page) |
| Long Distance Telephone | | $117.21 |
| In-House Reproduction | | $90.75 ($0.25 per page) |
| Outside Reproduction | | $445.57 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | | |
| Out-Of-Town Travel<br>  airfare<br>  car/taxi service<br>  hotel | Continental Airlines<br>Taxi/Limousine<br>Hotel | $567.50<br>$202.37<br>$368.16<br>$1138.03 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $39.38 |
| Postage | | |
| Other (Explain) -<br>Additional Staff Time | | $148.36 |
| Messenger | | $50.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: Dec. 23, 2002 at 4:00p.m.** |
| | | **Hearing Date : TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

**Counsellors At Law**

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

For Professional Services Rendered through   10/31/02

Matter #      734680.1              VS. ALLIED SIGNAL

## LITIGATION AND LITIGATION CONSULTING

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/1/02 | JMA | Phone – C. Marraro re: completion of Grace trial exhibit list for Final Pretrial Order | .50 | 62.50 |
| 10/1/02 | JMA | Phone – C. Marraro re: Grace trial exhibit list | .20 | 65.00 |
| 10/1/02 | MEF | Telephone call with C. Marraro regarding exhibits for final pretrial order; email additional exhibits to C. Marraro for inclusion in final pretrial | .30 | 64.50 |
| 10/1/02 | MEF | Telephone calls with B. Hughes regarding final pretrial order, deposition cites, expert reports, summaries; email to all counsel regarding expert reports; service/exchange of deposition designations, trial exhibit list | 1.20 | 258.00 |
| 10/1/02 | MEF | Review deposition designation for Grace final pretrial order | .40 | 86.00 |
| 10/1/02 | MEF | Review fax from K. Millian regarding expert witness qualifications | .20 | 43.00 |
| 10/2/02 | JMA | Review notes re: legal issues for conference call to revise and finalize Grace defendants' list of legal issues for Final Pretrial Order; conference call with C. Marraro, B. Hughes and MEF re: revise and finalize Grace defendants' list of legal issues | 7.00 | 2275.00 |
| 10/2/02 | MEF | Review emails from L. Ferdinand regarding 5th Quarterly Project Summary; email to L. Ferdinand regarding same | .30 | 64.50 |
| 10/2/02 | MEF | Telephone call with C. Marraro regarding legal issues portion of final pretrial order | .20 | 43.00 |
| 10/2/02 | MEF | Conference call with JMA, C. Marraro and B. Hughes regarding final pretrial order legal issues | 5.80 | 1247.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                    November 8, 2002
Client No.              734680          Page      2
INVOICE NO.             17648

| | | | | |
|---|---|---|---|---|
| 10/2/02 | MEF | Revise list of legal issues for inclusion in final pretrial order | 1.50 | 322.50 |
| 10/3/02 | MEF | Telephone call with C. Marraro regarding revisions to legal issues and service of same | .20 | 43.00 |
| 10/3/02 | MEF | Revise legal issues for inclusion in final pretrial order per C. Marraro email; serve legal issues on all counsel | .30 | 64.50 |
| 10/3/02 | MEF | Telephone calls with B. Hughes regarding Honeywell deposition designation; review fax from B. Hughes regarding Honeywell deposition designation transcripts | .40 | 86.00 |
| 10/4/02 | JMA | Receipt and review of Roned motion for reconsideration of denial of summary judgment motion as to all Roned claims | .70 | 227.50 |
| 10/4/02 | JMA | Phone conference with C. Marraro, B. Hughes, MEF re: Final Pretrial Order - Grace Defendants' list of contemplated motions | 2.80 | 910.00 |
| 10/4/02 | MEF | Conference call with JMA, C. Marraro and B. Hughes regarding motions in limine review pleadings, summary judgment decisions for same | 2.80 | 602.00 |
| 10/4/02 | MEF | Receipt and review letter from M. Caffrey regarding deposition transcripts, letter to B. Hughes regarding same | .30 | 64.50 |
| 10/5/02 | MEF | Preparation of final pretrial order - motions in limine, witnesses (fact) witnesses (expert) | 1.80 | 387.00 |
| 10/5/02 | MEF | Emails to (1) C. Marraro, B. Hughes regarding motions and witnesses portion of final pretrial order and (2) to all counsel regarding parties respective portions of final pretrial order | .30 | 64.50 |
| 10/7/02 | JMA | Phone - C. Marraro re: Grace portion of Pretrial Order | .40 | 130.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

**Counsellors At Law**

6 Becker Farm Road
Roseland, N.J. 07068-1739
(973) 994-1700

| | | |
|---|---|---|
| W.R. GRACE & COMPANY | | November 8, 2002 |
| Client No. | 734680 | Page    3 |
| INVOICE NO. | 17648 | |

| | | | | |
|---|---|---|---|---|
| 10/7/02 | MEF | Telephone call with S. German regarding expert reports for final pretrial order | .20 | 43.00 |
| 10/7/02 | MEF | Email to all counsel regarding expert reports for final pretrial order | .10 | 21.50 |
| 10/7/02 | MEF | Email from S. German regarding RCRA brief; email to S. German and B. Hughes regarding same | .20 | 43.00 |
| 10/8/02 | MEF | Telephone call with K. Millian and S. German regarding final pretrial order - exhibits, deposition cites | .30 | 64.50 |
| 10/8/02 | MEF | Voice mail - D. Garvey; telephone call with D. Garvey regarding damage documents | .30 | 64.50 |
| 10/8/02 | MEF | Review certificates of incorporation (4) Great Eastern stores | .40 | 86.00 |
| 10/8/02 | MEF | Voice mail - C. Marraro regarding damage documents and certificates  of incorporation; telephone call with B. Hughes' office regarding same | .20 | 43.00 |
| 10/8/02 | MEF | Telephone call with B. Banks regarding exhibit list and additional documents | .20 | 43.00 |
| 10/8/02 | MEF | Letter to C. Marraro regarding certificates of incorporation | .20 | 43.00 |
| 10/8/02 | MEF | Telephone call with M. Moasser regarding final pretrial order - compilation and finalization | 0.2 | 43 |
| 10/8/02 | MEF | Review fax from K. Millian regarding expert witnesses and possible stipulation to qualifications; review fax from K. Millian regarding draft list of plaintiff's designation of deposition cites for final pretrial order; review letter from M. Moasser regarding additional photos and damage documents for trial exhibit list on final pretrial order | .20 | 43.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                    November 8, 2002

Client No.            734680                    Page        4

INVOICE NO.           17648

| | | | | |
|---|---|---|---|---|
| 10/8/02 | MEF | Review additional documents and photos for trial exhibit list in final pretrial order | .30 | 64.50 |
| 10/8/02 | MA | Follow up on corporate searches for Great Eastern Mills, Inc., G.E. of Jersey City, Inc., G.E. of Plainfield, Inc., G.E. of Little Falls, Inc., search online for current registered agents and status reports | 1.00 | 75.00 |
| 10/9/02 | MEF | Review Honeywell's list of legal issues (draft) for inclusion in final pretrial order | .30 | 64.50 |
| 10/9/02 | MEF | Review letter from J. Kelly with Grace expert reports for inclusion in the final pretrial order | .30 | 64.50 |
| 10/9/02 | MEF | Review letter from J. Kelly with Grace expert reports for inclusion in final pretrial order | .30 | 64.50 |
| 10/9/02 | MEF | Review letter from D. Garvey regarding Grace damage documents | .20 | 43.00 |
| 10/9/02 | MEF | Telephone call with B. Hughes regarding final pretrial order - parties respective portions, Honeywell legal issues, jurisdiction, Grace trial exhibits | .50 | 107.50 |
| 10/9/02 | MEF | Telephone call with S. German regarding plaintiff's deposition designations | .20 | 43.00 |
| 10/9/02 | MEF | Telephone call with C. Marraro regarding final pretrial order | .20 | 43.00 |
| 10/9/02 | MEF | Telephone call with C. Marraro regarding final pretrial order | .20 | 43.00 |
| 10/10/02 | JMA | Phone - J. Dunn re: information regarding operations at site | .30 | 97.50 |
| 10/10/02 | JMA | Receipt and review e-mail from C. Marraro re: client meeting | .20 | 65.00 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY

Client No.               734680

INVOICE NO.              17648

November 8, 2002

Page          5

| 10/10/02 | JMA | Conference with C. Marraro and Honeywell attorneys re: pretrial order stipulations | 2.00 | 650.00 |
|---|---|---|---|---|
| 10/10/02 | JMA | Conference with C. Marraro re: trial exhibits and trial strategy | 2.00 | 650.00 |
| 10/10/02 | JMA | Conference with C. Marraro re: legal issues relating to NJ Spill Act and RCRA | 1.60 | 520.00 |
| 10/10/02 | MEF | Conference with C. Marraro regarding final pretrial order - motions in limine, legal issues, damage documents | 3.70 | 795.50 |
| 10/10/02 | MEF | Conference with M. Caffrey; telephone call with M. Schiappa; telephone call with S. German - all regarding forwarding portions of final pretrial order for compilation, deadlines for same | 1.00 | 215.00 |
| 10/10/02 | MEF | Telephone call with M. Moasser regarding preparation of final pretrial order | .20 | 43.00 |
| 10/10/02 | MEF | Conference with JMA and C. Marraro regarding motions in limine and evidentiary issues | 1.00 | 215.00 |
| 10/11/02 | MEF | Review emails from M. Schiappa regarding Roned insertions to final pretrial order; review emails from C. Marraro, B. Hughes regarding Grace insertions to final pretrial order | .40 | 86.00 |
| 10/11/02 | MEF | Telephone call with R. Sentflabin regarding payments; memo to JMA regarding same | .20 | 43.00 |
| 10/11/02 | MEF | Telephone call with M. Caffrey regarding final pretrial order, expert qualifications | .50 | 107.50 |
| 10/11/02 | MEF | Telephone calls with C. Marraro regarding final pretrial order, Roned motion | .40 | 86.00 |
| 10/12/02 | MEF | Final pretrial order - receipt and review of emails from all counsel regarding parties respective portions for inclusion in final | 7.00 | 1505.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law
6 Becker Farm Road
Roseland, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                          November 8, 2002
Client No.              734680               Page       6
INVOICE NO.             17648

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | pretrial order; prepare final pretrial order – jurisdiction, deposition cites, witnesses, fact experts and motions; begin segregating stipulations and contested facts |  |  |
| 10/13/02 | MEF | Telephone call with C. Marraro regarding final pretrial order – exhibits, motions in limine | .30 | 64.50 |
| 10/13/02 | MEF | Voice mail Jim Dunn regarding aerial photos | .10 | 21.50 |
| 10/13/02 | MEF | Review email from M. Caffrey regarding final pretrial order – legal issues decided; Honeywell's stipulated facts | .30 | 64.50 |
| 10/13/02 | MEF | Telephone call with M. Caffrey regarding legal issues | .30 | 64.50 |
| 10/13/02 | MEF | Telephone calls with C. Marraro regarding final pretrial order | .50 | 107.50 |
| 10/13/02 | MEF | Continue preparation of final pretrial order | 1.40 | 301.00 |
| 10/14/02 | JMA | Phone - C. Marraro re: Roned motion; review RCRA cases | 2.50 | 812.50 |
| 10/14/02 | JMA | Phone - C. Marraro re: RCRA trial issues, Grace trial brief; letter to Judge Cavanaugh | 1.20 | 390.00 |
| 10/14/02 | MEF | Telephone call with J. Dunn regarding aerial photos | .20 | 43.00 |
| 10/14/02 | MEF | Final pretrial order preparation – review and revise final pretrial order; emails to/from all counsel regarding parties respective portions of final pretrial order; telephone call with M. Schiappa regarding ICO/Honeywell stipulations; revised jurisdictional  statement from B. Hughes; telephone calls with C. Marraro regarding changes in final pretrial order; additional revisions to final pretrial order; email to K. Millian regarding plaintiffs' stipulations; email to all counsel regarding draft final pretrial order | 6.20 | 1333.00 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                    November 8, 2002
Client No.            734680           Page       7
INVOICE NO.           17648

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 10/15/02 | JMA | Review, revise and finalize final pretrial order; review final pretrial order and documents for final pretrial conference | 3.40 | 1105.00 |
| 10/15/02 | JMA | Phone - J. Dunn re: photos | .20 | 65.00 |
| 10/15/02 | JMA | Receipt and review plaintiffs' response to Roned motion for reconsideration; receipt and review Honeywell response to Roned motion for reconsideration; revise letter to Judge Cavanaugh re: Roned motion; phone - C. Marraro re: letter to Judge Cavanaugh | 2.30 | 747.50 |
| 10/15/02 | JMA | Phone - C. Marraro re: lay opinion section of final pretrial order | .70 | 227.50 |
| 10/15/02 | MEF | Final pretrial order - continue preparation of final pretrial order, including additional motions in limine (per B. Hughes' email), additional exhibits (per C. Marraro email); revise Grace exhibit list; review ICO/Honeywell stipulations that Grace agrees with; email to M. Schiappa regarding Roned position; telephone calls with all counsel regarding revisions to final pretrial order; emails regarding revisions to final pretrial order; finalize final pretrial order | 7.90 | 1698.50 |
| 10/15/02 | MA | Prepare fax request for corporate merger agreements for Great Eastern Jersey City/Great Eastern Little Falls/Merchandisers Alliance Corporation | .30 | 22.50 |
| 10/16/02 | JMA | Conference with C. Marraro and MEF re: supplement to Final Pretrial Order | 1.50 | 487.50 |
| 10/16/02 | JMA | Letter to all counsel | .20 | 65.00 |
| 10/16/02 | JMA | Review aerial photos | .60 | 195.00 |
| 10/16/02 | JMA | Attend pretrial conference; conference with C. Marraro and plaintiffs' counsel; conference with C. Marraro re: plaintiffs' proofs | 5.50 | 1787.50 |

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                                November 8, 2002
Client No.              734680            Page      8
INVOICE NO.             17648

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/16/02 | MEF | Prepare for final pretrial conference | 1.30 | 279.50 |
| 10/16/02 | MEF | Final pretrial conference before Judge Cavanaugh | 2.70 | 580.50 |
| 10/16/02 | MEF | Telephone call with J. Kelly regarding additional documents for final pretrial order | .20 | 43.00 |
| 10/17/02 | MEF | Telephone call with J. Dunn regarding aerial photos | .20 | 43.00 |
| 10/17/02 | MEF | Email to C. Marraro regarding aerial photos | .20 | 43.00 |
| 10/18/02 | MEF | Telephone call with Patti at E. Rosenblum's regarding tax assessment; telephone call with C. Marraro regarding same | .40 | 86.00 |
| 10/21/02 | JMA | Prepare for conference with C. Marraro; conference with C. Marraro re: agenda for 10/22 meeting | 2.00 | 650.00 |
| 10/21/02 | MEF | Compile documents for presentation to client | .80 | 172.00 |
| 10/21/02 | MEF | Telephone call with B. Hughes regarding motions in limine | .30 | 64.50 |
| 10/21/02 | MEF | Letter to A. Nagy regarding photographs | .20 | 43.00 |
| 10/22/02 | JMA | Conference with C. Marraro re: trial strategy; attend meeting with clients and C. Marraro re: trial issues | 7.00 | 2275.00 |
| 10/22/02 | MEF | Review Judge McLaughlin's decision in Grace v. Weja; review summary of decision from R. Rose | 1.60 | 344.00 |
| 10/22/02 | MEF | Review email from M. Caffery regarding addition to final pretrial order; revise final pretrial order regarding same | .40 | 86.00 |
| 10/22/02 | MEF | Begin drafting motion in limine regarding Rule 36 requests for admission | .70 | 150.50 |

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                          November 8, 2002
Client No.          734680          Page        9
INVOICE NO.          17648

| | | | | |
|---|---|---|---|---|
| 10/22/02 | MEF | Review Blanchard deposition in connection with in limine motion | 1.20 | 258.00 |
| 10/23/02 | MEF | Telephone call with C. Hopkins regarding review of photos; telephone call with C. Marraro's office regarding same | .20 | 43.00 |
| 10/23/02 | MEF | Telephone call with C. Marraro regarding Valera photos; telephone call with B. Banks regarding Valera photos | .30 | 64.50 |
| 10/23/02 | MEF | Review pleadings and correspondence regarding Honeywell's response to Grace requests for admission for in limine motion; telephone call with B. Banks regarding additional correspondence | .50 | 107.50 |
| 10/24/02 | MEF | Telephone call with C. Hopkins regarding review of photographs | .20 | 43.00 |
| 10/24/02 | MEF | Final pretrial order - review fax from K. Millian regarding joint exhibit list for final pretrial order; email to all counsel regarding joint exhibit list and individual exhibit lists | .40 | 86.00 |
| 10/24/02 | MA | Inventory prior to inspection; monitor inspection of photographs by Chris | 1.10 | 82.50 |
| 10/26/02 | MEF | Telephone call with C. Marraro regarding meeting for trial preparation | .20 | 43.00 |

## FEE APPLICATIONS, APPLICANT

| | | | | |
|---|---|---|---|---|
| 10/1/02 | MEF | Review pending fee applications and status; email to P. Galbraith regarding certificates of no objection | 1.00 | 215.00 |
| 10/1/02 | MEF | Conference with JMA regarding open bills; telephone call with R. Senftlaben regarding same | .30 | 64.50 |
| 10/2/02 | MEF | Revise response to fee auditor's initial report on 5th quarterly fee application | .50 | 107.50 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

| | | | | |
|---|---|---|---|---|
| W.R. GRACE & COMPANY | | | November 8, 2002 | |
| Client No. | | 734680 | Page       10 | |
| INVOICE NO. | | 17648 | | |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 10/3/02 | MEF | Finalize response to fee auditor's initial report regarding CBBG's 5th Quarterly; letter to Fee Auditor forwarding same | .60 | 129.00 |
| 10/7/02 | MEF | Review amended order of no objection; emails to P. Gailbrath regarding same | .20 | 43.00 |
| 10/9/02 | JMA | Fee Application - Phone - R. Sentfleben re: Fee Auditor's report and billing issues | .40 | 130.00 |
| 10/9/02 | MEF | Conference with JMA regarding certificates of no order required - March, June, July fee applications and Fee Auditor's amended report for 4th quarterly fee application | .70 | 150.50 |
| 10/9/02 | MEF | Letter to R. Sentflabin regarding Fee Auditor's report and certificate of no objection | .20 | 43.00 |
| 10/9/02 | MEF | Prepare amended summary coversheet to 5th quarterly fee application | .30 | 64.50 |
| 10/9/02 | MEF | Letter to W. Smith regarding amended summary coversheet to 5th quarterly fee application | .20 | 43.00 |
| 10/10/02 | MEF | Review September fee detail; revise same | .50 | 107.50 |
| 10/10/02 | MEF | Begin drafting papers for 7th monthly fee application | .50 | 107.50 |
| 10/14/02 | JMA | Fee Application - review September billing to client | .30 | 97.50 |
| 10/14/02 | MEF | Review revised fee detail and continue preparation of 7th monthly fee application | 1.10 | 236.50 |
| 10/14/02 | MEF | Review letter from R. Higgins regarding quarterly fee applications | .20 | 43.00 |
| 10/16/02 | MEF | Revise 7th interim fee application; letter to Carickoff forwarding same for filing | 1.50 | 322.50 |
| 10/21/02 | MEF | Email to W. Smith regarding September 2002 fee detail | .20 | 43.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY                          November 8, 2002
Client No.            734680              Page      11
INVOICE NO.           17648

10/24/02  MEF  Fee application – review email from L.            .60    129.00
               Ferdinand regarding 1st, 2nd, 3rd and 5th
               quarter project category summary; review 1st
               2nd 3rd and 5th quarter project category
               summary; email to L. Ferdinand regarding same

10/28/02  MEF  Review email from W. Smith regarding response   .30     64.50
               to 5th quarterly report; email to W. Smith
               regarding same

**TRAVEL NON-WORK**

10/21/02  JMA  Travel to Baltimore for meeting with client     2.00   650.00
               representatives and C. Marraro re: trial issues

10/22/02  JMA  Travel from Baltimore to New Jersey             3.00   975.00

**TOTAL FEES**                                               $32,395.00

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY

Client No.          734680

INVOICE NO.         17648

November 8, 2002

Page     13

MARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY--------------------------*
*----------TIMEKEEPER---------*    RATE      HOURS            FEES
  J M AGNELLO                     325.00     50.50         16412.50
  M E FLAX                        215.00     73.50         15802.50
  MICHAEL APONTE                   75.00      2.40           180.00
                        TOTALS               126.40        32395.00
```

# EXHIBIT B

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

**Counsellors At Law**

6 Becker Farm Road
Roseland, N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY

Client No.        734680

INVOICE NO.      17648

November 8, 2002

Page    12

Disbursements

Travel Expense

| | | |
|---|---|---:|
| 10/11/02 | Travel Expense JMA 9/25, 9/26 – taxis to/from airport | 30.00 |
| 10/30/02 | Travel Expense JMA (MY LIMO#120166L) 10/21 | 63.10 |
| 10/30/02 | Travel Expense JMA (MY LIMO #120166R) 10/2 | 109.27 |
| 10/31/02 | Travel Expense JMA AMEX 10/21-10/22 (HOTEL | 368.16 |
| 10/31/02 | Travel Expense JMA AMEX 10/21-10/22 (AIR) | 567.50 |

SUBTOTAL:    1138.03

Photocopies - Outside

| | | |
|---|---|---:|
| 10/16/02 | Photocopies - Outside DOC EXP 10/14 | 184.65 |
| 10/24/02 | Photocopies - Outside DOC EXP 10/21 | 47.70 |
| 10/24/02 | Photocopies - Outside DOC EXP 10/21 | 213.22 |

SUBTOTAL:    445.57

| | | |
|---|---|---:|
| 10/31/02 | Photocopies | 90.75 |
| 10/31/02 | Faxes | 32.00 |
| 10/31/02 | Telephone | 117.21 |
| 10/31/02 | Additional Staff Time | 148.36 |
| 10/31/02 | Computer Searches | 6.43 |
| 10/31/02 | Federal Express | 39.38 |
| 10/31/02 | Messenger - In House | 50.00 |

Total Costs    2,067.73

Total Due this Matter    34,462.73

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 18th day of November, 2002

Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06