# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: February 3, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY COVERSHEET TO NINTH MONTHLY INTERIM APPLICATION OF
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR
COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 1,
2002 THROUGH NOVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | November 1, 2002 through November 30, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $34,396.50 for the period November 1, 2002 through November 30, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,314.21 for the period of November 1, 2002 through November 30, 2002 |

This is a:          Monthly interim application

Prior Applications filed:       Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid in part[1] | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Application Pending | Application Pending |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Application Pending | Application Pending |

As indicated above, this is the ninth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

---

[1] When the certificate of no objection was filed for Carella Byrne's Fourth Monthly Interim Application, it contained a mathematical error in that it requested payment for 60% of the fees incurred during the Fourth Monthly Interim. Accordingly, Carella Byrne has requested the outstanding 40% of fees for services rendered in June 2002 in the Fifth Interim Quarterly Fee Application.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 67.40 | $21,905.00 |
| Melissa E. Flax | Partner | $215 | 58.10 | $12,491.50 |

Total Fees      $34,396.50

Total Hours      125.50

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Copies -- Internal and Outside | $1,778.40 |
| Westlaw | |
| Telephone | $36.16 |
| Faxes | $85.00 |
| FedEx | $194.15 |
| Travel | |
|        Parking | $13.00 |
| Messenger | $177.50 |
| Additional Staff Time | |
| Court Reporter | |
| Meals | $30.00 |
| | |
| Total | $2,314.21 |

**ATTACHMENT B**
**TO FEE APPLICATION**
**(November 1, 2002 through November 30, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 67.40 | $21,905.00 |
| Melissa E. Flax | Partner | $215 | 58.10 | $12,491.50 |

| | |
|---|---|
| Grand Total: | $34,396.50 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,314.21 |
| Fee Applications, Applicant | 13.40 | $3,046.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 112.10 | $31,350.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | | $85.00$ ($0.25 per page) |
| Long Distance Telephone | | $36.16 |
| In-House Reproduction | | $360.50 ($0.25 per page) |
| Outside Reproduction | | $1,417.90 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel (parking 10/18/02) | | $13.00 |
| Out-Of-Town Travel airfare car/taxi service hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $194.15 |
| Postage | | |
| Other (Explain) - Working meal | | $30.00 |
| Messenger | | $177.50 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: February 3, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.              734680                          December 19, 2002
INVOICE NO.             18102                           Page 2

For Professional Services Rendered through 10/31/02

Matter #        734680.1              VS. ALLIED SIGNAL

| | | | |
|---|---|---:|---:|
| 11/05/02 MEF | Review email from Schiappa regarding Roned exhibit list | .20 | 43.00 |
| 11/05/02 MEF | Review email from R. Senftleben regarding meeting with C. Brookes | .20 | 43.00 |
| 11/05/02 MEF | Telephone call with C. Marraro regarding revisions to Final Pretrial Order; voice mail - B. Banks regarding same | .20 | 43.00 |
| 11/05/02 MEF | Revise final pretrial order; email to all counsel regarding revised final pretrial order | .40 | 86.00 |
| 11/06/02 MEF | Telephone call with J. Kelley regarding Grace Exhibit list for final pretrial order | .20 | 43.00 |
| 11/06/02 MEF | Final pretrial order - Revise final pretrial order; telephone call with K. Millian regarding same; emails from counsel regarding changes, additions, deletions to final pretrial order; telephone calls with C. Marraro regarding changes to final pretrial order; emails to all counsel regarding revised final pretrial order | 2.40 | 516.00 |
| 11/06/02 MEF | Telephone call with Maureen at Judge Cavanaugh's chambers regarding final pretrial order | .20 | 43.00 |
| 11/08/02 MEF | Finalize final pretrial order; letters to Clerk and Judge Cavanaugh; prepare certificate service | 1.10 | 236.50 |
| 11/09/02 MEF | Continue drafting motions in limine; research RFA | 2.20 | 473.00 |
| 11/10/02 JMA | Phone - C. Marraro re: trial strategy, trial brief, in limine briefs | .50 | 162.50 |
| 11/10/02 MEF | Continue drafting motion in limine regarding Blanchard testimony; draft notice of motion and proposed order; continue drafting motion in | 3.00 | 645.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.            734680                    December 19, 2002
INVOICE NO.           18102                     Page 3

       For Professional Services Rendered through  10/31/02

Matter #        734680.1              VS. ALLIED SIGNAL

                limine regarding 4th RFA's; draft notice of
                motion and proposed form of order

11/11/02 JMA Conference call with C. Marraro and client              .80    260.00
             representatives re: trial issues

11/11/02 JMA Phone - C. Marraro re: trial strategy, trial           .50    162.50
             brief

11/11/02 JMA Preliminary review of Grace trial brief              1.00    325.00

11/11/02 MEF Motions in limine - review case law regarding       2.50    537.50
             untimely RFA responses; revise memo in support
             of RFA in limine motion; email to C. Marraro
             regarding same; review draft Deming motion in
             limine

11/11/02 MEF Telephone call with B. Hughes regarding motions        .80    172.00
             in limine - RFA, Deming, Blanchard

11/13/02 JMA Phone - C. Marraro re: trial and in limine            .30     97.50
             briefs

11/13/02 JMA Review and revise Grace trial brief; phone - C.      7.00   2275.00
             Marraro re: trial and in limine briefs

11/13/02 MEF Revise notice of motion, order and memo in            .90    193.50
             support of in limine motion regarding
             Honeywell's response to Grace's 4th RFA's;
             draft MEF declaration in support of certain
             motions in limine

11/13/02 MEF Telephone call with B. Hughes regarding motions       .30     64.50
             in limine

11/13/02 MEF Review and revise motion in limine regarding        2.00    430.00
             cleanup to residential standards

11/13/02 MEF Review Deming brief and revise Blanchard brief      1.60    344.00
             based on Deming motion

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.           734680                    December 19, 2002
INVOICE NO.          18102                      Page 4

        For Professional Services Rendered through  10/31/02

Matter #        734680.1              VS. ALLIED SIGNAL

| | | |
|---|---:|---:|
| 11/14/02 JMA Phone - C. Marraro re: trial brief | .20 | 65.00 |
| 11/14/02 JMA Phone - C. Marraro re: in limine motions re: experts | .40 | 130.00 |
| 11/14/02 JMA Review, revise and finalize Grace brief re: in limine motion - residential standards | 7.00 | 2275.00 |
| 11/14/02 JMA Review and execute Grace trial brief | 1.00 | 325.00 |
| 11/14/02 MEF Telephone calls with C. Marraro regarding trial brief and motions in limine (5) | .70 | 150.50 |
| 11/14/02 MEF Continue revising motion in limine regarding cleanup standards | 2.30 | 494.50 |
| 11/14/02 MEF Revise and finalize trial brief | 2.00 | 430.00 |
| 11/14/02 MEF Telephone calls with B. Hughes regarding trial brief and motions in limine | .30 | 64.50 |
| 11/14/02 MEF Review declaration of A. Nagy in support of motions in limine (2) | .30 | 64.50 |
| 11/15/02 JMA Phone - C. Marraro re: settlement issues | .40 | 130.00 |
| 11/15/02 JMA Review, revise and finalize Grace brief - in limine motion - Daylin and Goodrich | 4.30 | 1397.50 |
| 11/15/02 JMA Review and execute Grace motions in limine and supporting briefs | 2.60 | 845.00 |
| 11/15/02 MEF Motions in limine - review emails from B. Hughes and J. Kelley; revise and finalized MEF declaration; revise and finalize 7 notices of motions, 7 orders, 7 memoranda in support of motions in limine; telephone call with B. Hughes regarding motions in limine; telephone calls with C. Marraro regarding motions in limine; prepare certificate of service; letter to D. Field  serving motions in limine | 8.50 | 1827.50 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.            734680                    December 19, 2002
INVOICE NO.           18102                     Page 5

         For Professional Services Rendered through  10/31/02

Matter #         734680.1              VS. ALLIED SIGNAL

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/18/02 | JMA | Receipt and review letter from M. Caffrey with Honeywell in limine motions | .20 | 65.00 |
| 11/18/02 | JMA | Receipt and review Honeywell in limine motion papers seeking to bar Sheehan | .80 | 260.00 |
| 11/18/02 | JMA | Receipt and review Honeywell in limine motion papers seeking to bar Belsito's testimony | 2.00 | 650.00 |
| 11/18/02 | JMA | Receipt and review Honeywell in limine motion papers seeking to bar Backstrom, Bergman, Pratt and Barber | 1.00 | 325.00 |
| 11/18/02 | JMA | Phone - C. Marraro re: trial strategy, responses to Honeywell in limine motions | .40 | 130.00 |
| 11/18/02 | JMA | Phone - R. Senftleben | .20 | 65.00 |
| 11/18/02 | JMA | Receipt and review Notice of entry of Final Pretrial Order | .10 | 32.50 |
| 11/18/02 | MEF | Letter to R. Senftleben regarding Grace trial brief and Grace's motions in limine | .60 | 129.00 |
| 11/18/02 | MEF | Review Honeywell's motions in limine | .50 | 107.50 |
| 11/19/02 | JMA | Phone - C. Marraro re: trial strategy | .30 | 97.50 |
| 11/19/02 | JMA | Phone - C. Marraro re: witness preparation; review Rule 702 and cases re: opposition to Honeywell in limine motions | 3.00 | 975.00 |
| 11/20/02 | JMA | Review of and comments to draft of Grace opposition briefs - in limine motions | 2.50 | 812.50 |
| 11/20/02 | JMA | Conference call with C. Marraro and B. Hughes re: Grace opposition briefs - in limine motions | 1.00 | 325.00 |
| 11/20/02 | JMA | Receipt and review letter from M. Caffrey to Judge Cavanaugh | .20 | 65.00 |

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.           734680                          December 19, 2002
INVOICE NO.          18102                           Page 6

        For Professional Services Rendered through  10/31/02

Matter #        734680.1              VS. ALLIED SIGNAL

11/20/02 JMA Receipt and review letter from D. Field              .20     65.00

11/20/02 JMA Revise portions of Grace opposition briefs - in     1.50    487.50
             limine motions

11/20/02 JMA Review Belsito expert report re: opposition to      1.70    552.50
             in limine motions

11/20/02 MEF Review faxes from M. Caffrey (2) regarding           .30     64.50
             extension of time to respond and to file in
             limine motions

11/20/02 MEF Email from S. German regarding trial brief;          .20     43.00
             email to S. German regarding same

11/21/02 JMA Review file and notes re: preparation of fact       3.00    975.00
             witnesses for trial

11/21/02 JMA Phone - C. Marraro re trial strategy                 .20     65.00

11/21/02 JMA Receipt and review e-mail from B. Hughes re:         .30     97.50
             Grace opposition briefs - in limine motions

11/21/02 MEF Telephone call with C. Hopkins regarding             .20     43.00
             exchange and filing of motions in limine

11/22/02 JMA Conference with C. Marraro re: motions in           8.00   2600.00
             limine; opposition to Honeywell in limine
             motion re: Belsito, trial strategy and
             preparation

11/25/02 JMA Review of and comments to Grace opposition          1.80    585.00
             brief re: Belsito; phone - C. Marraro re:
             Belsito brief

11/25/02 MEF Telephone call with B. Hughes regarding              .30     64.50
             opposition to Honeywell's motions in limine

11/25/02 MEF Opposition to motions in limine - Review letter      .50    107.50
             from M. Moasser with documents; review email

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.            734680                         December 19, 2002
INVOICE NO.           18102                          Page 7

        For Professional Services Rendered through  10/31/02

Matter #        734680.1            VS. ALLIED SIGNAL

                with additional documents in support of Grace's
                opposition to Honeywell's motions in limine

11/26/02 JMA Review, revise, finalize and execute Grace              6.00   1950.00
             opposition brief - Belsito; review, revise and
             execute Grace opposition brief - Rebuttal
             Witnesses

11/26/02 JMA Conference calls with C. Marraro and                    2.00    650.00
             adversaries re: mediation; conference call with
             C. Marraro and clients re: mediation;
             conference call with C. Marraro and expert

11/26/02 MEF Motions in limine - finalize opposition to              7.30   1569.50
             Honeywell's motions; receipt of Honeywell's and
             plaintiffs oppositions to Grace's motions;
             prepare letters to D. Field, Clerk and Judge
             Cavanaugh regarding motions in limine;
             telephone calls with C. Hopkins regarding
             Honeywell opposition; preparation and filing of
             Grace's motions in limine with all parties'
             oppositions

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law
6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.            734680                    December 19, 2002
INVOICE NO.           18102                     Page 8

        For Professional Services Rendered through  10/31/02

Matter #      734680.1            VS. ALLIED SIGNAL

11/27/02 MEF Telephone call with C. Marraro regarding        .20    43.00
             conference call on Honeywell papers

11/27/02 MEF Letter to C. Hopkins regarding time-stamped     .40    86.00
             letters for motions in limine

11/29/02 MEF Review email from C. Marraro regarding H.       .30    64.50
             McGuire affidavit; review affidavit

11/29/02 MEF Review email from M. Moasser regarding Nitto v. .20    43.00
             Avery; email to C. Hopkins regarding same


FEE APPLICATIONS, APPLICANT

11/03/02 MEF Review email from L. Ferdinand with quarterly   .30    64.50
             summaries; review quarterly summaries

11/03/02 MEF Voice mail - L. Ferdinand regarding same        .20    43.00

11/03/02 MEF Email to L. Ferdinand regarding 3rd quarterly   .10    21.50

11/05/02 MEF Review email from L. Ferdinand regarding        .50   107.50
             summary for 5th Quarterly; review summary;
             confirm CBBG figures; email to L. Ferdinand
             regarding same

11/06/02 MEF Review October Fee Detail in preparation of fee .70   150.50
             application

11/06/02 MEF Begin preparing Grace Quarterly Application for 3.40  731.00
             July, August and September 2002

11/11/02 MEF Receipt and review Fee Auditor's final report   .50   107.50
             on fifth quarterly application

11/11/02 MEF Revise sixth quarterly interim fee application  1.20  258.00
             for 7/1/02 through 9/30/02

11/11/02 MEF Prepare monthly fee application - October 2002  1.00  215.00

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.              734680                          December 19, 2002
INVOICE NO.             18102                           Page 9

        For Professional Services Rendered through  10/31/02

Matter #        734680.1                VS. ALLIED SIGNAL

| | | | | |
|---|---|---|---|---|
| 11/12/02 MEF | Revise fee application for October 2002 time (eighth application) | | .40 | 86.00 |
| 11/13/02 JMA | Fee Application - review and execute 6th quarterly fee application | | 1.00 | 325.00 |
| 11/13/02 MEF | Revise and finalize 6th Quarterly Interim Fee Application for 7/1/02 to 9/30/02; letter to D. Carrickhoff forwarding same | | 1.60 | 344.00 |
| 11/13/02 MEF | Revise and finalize monthly fee application for October 2002 | | .60 | 129.00 |
| 11/18/02 JMA | Fee Application - review and execution of Eighth Monthly Interim Fee Application | | .50 | 162.50 |
| 11/18/02 MEF | Letter to D. Carrickhoff regarding 8th Monthly Fee Application | | .40 | 86.00 |
| 11/20/02 MEF | Review draft order allowing fees for 5th Quarterly period; email to L. Ferdinand regarding same | | .50 | 107.50 |
| 11/21/02 MEF | Review email and order from L. Ferdinand regarding fees for 1,2,3 Quarters | | .20 | 43.00 |
| 11/25/02 MEF | Review email from L. Ferdinand with final spreadsheets for 1, 2, 3 and 5 quarterly applications | | .30 | 64.50 |

                                                        -------------

Total Fees:                                                34,396.50

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

```
W.R. GRACE & COMPANY
Client No.              734680                      December 19, 2002
INVOICE NO.             18102                       Page 10
```

For Professional Services Rendered through 10/31/02

Matter #       734680.1          VS. ALLIED SIGNAL

          Disbursements


Telephone

11/19/02 Telephone 11/8                               1.76

                                     SUBTOTAL:        1.76

Meals

11/14/02 Meals MEF 10/12                             30.00

                                     SUBTOTAL:       30.00

Photocopies - Outside

11/25/02 Photocopies - Outside DOC EXP 11/15         832.97
11/25/02 Photocopies - Outside DOC EXP 11/15         571.68
11/30/02 Photocopies - Outside DOC EXP 11/25          13.25

                                     SUBTOTAL:      1417.90

11/30/02 Messenger                                    52.50
11/30/02 Photocopies                                 360.50
11/30/02 Faxes                                        85.00
11/30/02 Telephone                                    34.40
11/30/02 Travel Expense                               13.00
11/30/02 Federal Express                             194.15
11/30/02 Messenger - In House                        125.00
                                                 -------------
Total Costs                                              2,314.21
                                                 -------------
Total Due this Matter                                   36,710.71
=================
```

CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

Counsellors At Law

6 Becker Farm Road
Roseland. N.J. 07068-1739
(973) 994-1700

W.R. GRACE & COMPANY
Client No.              734680                          December 19, 2002
INVOICE NO.             18102                           Page 11

          For Professional Services Rendered through  10/31/02

Matter #         734680.1              VS. ALLIED SIGNAL


SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY----------------------------*
*----------TIMEKEEPER---------*    RATE   HOURS               FEES
J M AGNELLO                       325.00   67.40           21905.00
M E FLAX                          215.00   58.10           12491.50
                       TOTALS             125.50           34396.50
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.     I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 19 th day of December, 2002

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the

Debtors, in the above-captioned action, and that on the 13th day of January, 2003 she caused a

copy of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

1.  **NINTH MONTHLY INTERIM APPLICATION OF CARELLA,
    BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR
    COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
    NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002;**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER
30, 2002.

Dated: January 13, 2003

*Patricia C Cuniff*

Patricia E. Cuniff

Sworn to and subscribed before
me this 13th day of January, 2003

*MaryRitchie Johnson*

Notary Public
My Commission Expires:  *9-12-06*

MARYRITCHIE JOHNSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 12, 2006

91100-001\DOCS_DE:20485.30

-2-

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP