# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: February 26, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY COVERSHEET TO TENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | December 1, 2002 through December 31, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $70,285.50 for the period December 1, 2002 through December 31, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $8,398.02 for the period of December 1, 2002 through December 31, 2002 |

This is a:                          Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Application pending | Application pending |

As indicated above, this is the tenth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 100.60 | $32,695.00 |
| Melissa E. Flax | Partner | $215 | 51.20 | $11,008.00 |
| G. Glennon Troublefield | Associate | $220 | 1.00 | $220.00 |
| Robert C. Scrivo | Associate | $200 | 123.60 | $24,720.00 |
| Kevin Vengrow | Paralegal | $75.00 | 21.90 | $1,642.50 |

Total Fees      $70,285.50

Total Hours      298.30

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $7,377.48 |
| Westlaw | $36.92 |
| Telephone | $175.86 |
| Faxes | $119.00 |
| FedEx | $191.99 |
| Travel | |
| My Limo – A. Nagy | $63.10 |
| Parking/Taxis | $65.00 |
| Messenger | $300.21 |
| Additional Staff Time | |
| Court Reporter | |
| Meals | $68.46 |
| | |
| Total | $8,398.02 |

**ATTACHMENT B**
**TO FEE APPLICATION**
**(December 1, 2002 through December 31, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 100.60 | $32,695.00 |
| Melissa E. Flax | Partner | $215 | 51.20 | $11,008.00 |
| G. Glennon Troublefield | Associate | $220 | 1.00 | $220.00 |
| Robert C. Scrivo | Associate | $200.00 | 123.60 | $24,720.00 |
| Kevin Vengrow | Paralegal | $75.00 | 21.90 | $1,642.50 |

| | | |
|---|---|---|
| Grand Total: | | $70,285.50 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $8,398.02 |
| Fee Applications, Applicant | 5.80 | $1,247.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 292.50 | $69,038.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $36.92 |
| Facsimile (with rates) | | $119.00 ($0.25 per page) |
| Long Distance Telephone | | $175.86 |
| In-House Reproduction | | $271.50 ($0.25 per page) |
| Outside Reproduction | | $7,105.98 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | My Limo – A. Nagy Parking 09/04/02 Parking 10/16/02 | $63.10 $25.00 $10.00 |
| Out-Of-Town Travel airfare car/taxi service hotel | 9/25 and 9/26 ($15 each) | $30.00 |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $191.99 |
| Postage | | |
| Other (Explain) - Working meal | | $68.46 |
| Messenger | | $300.21 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 26, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                                January 17, 2003
Client No.              734680                      Page    1
INVOICE NO.             18338
```

## LITIGATION AND LITIGATION CONSULTING

12/02/02 JMA Phone - C. Marraro - trial strategy            .40     130.00

12/02/02 MEF Motions in limine - review Honeywell opposition 3.00   645.00
             to Grace's motions in limine (7); review
             plaintiffs' opposition to Grace's motions in
             limine

12/02/02 MEF Telephone call with M. Caffrey regarding       .30      64.50
             unpublished case cited by Honeywell; telephone
             call with C. Marraro regarding same

12/04/02 JMA Review Honeywell opposition to Grace in limine 2.30    747.50
             motion - cost documents; review Honeywell cross
             motion - Grace documents

12/04/02 MEF Telephone call with C. Marraro regarding oral   .30     64.50
             argument on motions; conference with JMA
             regarding same

12/05/02 JMA Motions in Limine - Review Honeywell opposition 5.00  1625.00
             to Grace in limine motion re: Daylin; review
             plaintiff's opposition to Grace in limine
             motion re: Daylin; review Honeywell opposition
             to Grace in limine motion re: Rifkin; review
             Honeywell opposition to Grace in limine motion
             re: requests for admission

12/05/02 JMA Motions in Limine - Phone - C. Marraro; phone - .60    195.00
             M. Caffrey; phone - C. Marraro; phone - M.
             Caffrey re: oral argument on in limine motions

12/05/02 JMA Motions in Limine - Review Roned Realty in     2.50    812.50
             limine motion re: dismissal of all claims vs.
             Roned; review of Honeywell opposition to Grace
             in limine motion re: residential standard

12/06/02 JMA Motions in Limine - Receipt and review letter   .80    260.00
             from M. Caffrey; phone - D. Field's secretary;
             review memo from Wallace King re: Grace motion
             to bar Honeywell cost documents

12/06/02 JMA Meeting with C. Marraro re: strategy for       7.00   2275.00
             argument on in limine motions

12/06/02 MEF Telephone call with M. Moasser regarding        .20     43.00
             photographer; voicemail - Furlick at Air Photo
```

NONE

```
W.R. GRACE & COMPANY                          January 17, 2003
Client No.            734680            Page      2
INVOICE NO.           18338
```

12/06/02 MEF Conference with JMA regarding Rule 45 trial          .50    107.50
             subpoenas, corporate dissolution statute and
             joint venture agreement

12/06/02 MEF Email to/from M. Moasser regarding photographer      .20     43.00

12/06/02 MEF Emails to/from B. Banks regarding Grace trial        .40     86.00
             exhibits

12/06/02 MEF Conference with JMA and C. Marraro regarding        1.00    215.00
             motions in limine oral argument

12/07/02 JMA Review Grace witness list and proposed Order of     3.20   1040.00
             Proofs for conference call with C. Marraro;
             conference call with C. Marraro re: same, and
             trial strategy

12/07/02 JMA Phone - D. Field regarding oral argument             .20     65.00

12/08/02 JMA Review of miscellaneous correspondence from         1.00    325.00
             plaintiff's attorneys and Honeywell's attorneys
             re: pretrial Order and in limine motions

12/08/02 JMA Review synopsis of recent Third Circuit              .40    130.00
             Decision re: RCRA issues bearing on trial
             strategy; conference with MEF re: same

12/08/02 MEF Review letter from M. Caffrey regarding              .20     43.00
             rescheduling oral argument on motions in limine

12/08/02 MEF Review recent 3rd Circuit decision regarding         .50    107.50
             RCRA (Lamb Riad); review local civil rules
             regarding non precedential opinions, conference
             with JMA regarding same

12/09/02 JMA Motions in Limine - Receipt and review and           .80    260.00
             letter from M. Caffrey re: in limine motions;
             receipt and review letter from F. Boenning;
             receipt and review letter from M. Schiappa to
             Judge Cavanaugh; receipt and review Roned reply
             brief on Roned in limine motion; receipt and
             review letter from S. German

12/09/02 JMA Receipt and review Honeywell notice of motion,       .50    162.50
             declaration , proposed order and certification
             of service to bar Hugh McGuire's supplemental
             expert report

W.R. GRACE & COMPANY                                    January 17, 2003
Client No.              734680               Page      3
INVOICE NO.             18338

12/09/02 JMA  Conference with MEF re: trial exhibits           1.00     325.00

12/09/02 MEF  Telephone call with R. Schuller regarding         .30      64.50
              opposition to motion to strike; email to R.
              Schuller regarding same

12/09/02 MEF  Conference with JMA regarding trial preparation   1.00     215.00
              - aerial photos, trial exhibits

12/09/02 RCS  Conference with JMA re overview of case in        1.00     200.00
              conjunction with preparing legal argument admit
              exhibits

12/09/02 RCS  Review pleadings in connection with preparing     2.00     400.00
              legal argument to admit exhibits

12/09/02 RCS  Review court orders and opinions rendered on      2.50     500.00
              summary judgment motion in conjunction with
              preparing legal argument to admit exhibits

12/10/02 JMA  Receipt and review letter from M. Caffrey re:      .20      65.00
              Honeywell motion to strike McGuire supplemental
              report

12/10/02 JMA  Phone - C. Marraro re: opposition to Honeywell     .70     227.50
              motion to strike McGuire supplemental report

12/10/02 MEF  Conference with RCS regarding admissibility of     .50     107.50
              Grace trial exhibits

12/10/02 MEF  Telephone call with C. Marraro and B. Banks        .40      86.00
              regarding trial exhibit admissibility chart

12/10/02 MEF  Telephone call with R. Schuller regarding trial    .20      43.00
              exhibits - photos

12/10/02 MEF  Receipt and review fax from M. Caffrey             .20      43.00
              regarding oral argument - motion to strike

12/10/02 RCS  Review final pretrial order in connection with    4.00     800.00
              review of client's trial exhibits to determine
              grounds for admission in evidence

12/10/02 RCS  Review trial briefs in connection with review     4.00     800.00
              of clients' trial exhibits to determine grounds
              for admission in evidence

C:\Documents and Settings\pcc\Local Settings\Temporary Internet Files\OLK18\3L0Z011.doc

```
W.R. GRACE & COMPANY                           January 17, 2003
Client No.              734680                  Page     4
INVOICE NO.             18338
```

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 12/10/02 | RCS | Receipt of all parties' trial exhibits; organize same by party and exhibit number chronologically | 1.00 | 200.00 |
| 12/11/02 | JMA | Review of and comments to ECARG opposition to motion to strike supplemental report of McGuire | 1.00 | 325.00 |
| 12/11/02 | RCS | Review applicable Federal Evidence Rules re hearsay exceptions and relevancy in conjunction with preparing basis for admission analysis of Grace trial exhibits | 2.50 | 500.00 |
| 12/11/02 | RCS | Review Grace trial exhibits and prepare analysis of grounds for admission into evidence (partial) | 7.00 | 1400.00 |
| 12/12/02 | MEF | Review email from R. Schuller regarding opposition to Honeywell motion to strike McGuire supplemental report; review Nagy declaration in opposition to motion to strike | .40 | 86.00 |
| 12/12/02 | MEF | Review draft opposition to motion to strike | .20 | 43.00 |
| 12/12/02 | MEF | Voice mail - R. Schuller regarding preliminary site plan | .10 | 21.50 |
| 12/12/02 | MEF | Trial prep - preparation of exhibits - photos/aerial for production and exchange; telephone calls with M. Moasser, B. Banks and C. Marraro regarding photos/aerials | 5.20 | 1118.00 |
| 12/12/02 | GGT | Assist MEF in preparation of exhibits for trial. | 1.00 | 220.00 |
| 12/12/02 | RCS | Review trial exhibits of client and prepare basis for admission of same into evidence | 9.00 | 1800.00 |
| 12/13/02 | JMA | Trial preparation - meeting with C. Marraro and experts | 8.00 | 2600.00 |
| 12/13/02 | MEF | Trial exhibits - preparation and finalization of trial exhibits - photos; letter to all counsel serving same and errata sheet to trial exhibit list; telephone call with J. Kelley regarding errata sheet; revise and finalize errata sheet | 3.80 | 817.00 |

W.R. GRACE & COMPANY                          January 17, 2003
Client No.            734680                   Page      5
INVOICE NO.           18338

| | | | |
|---|---|---|---|
| 12/13/02 MEF | Opposition to Honeywell motion to strike – revise and finalize letter brief; prepare MEF declaration ; revise same; prepare certificate of service; prepare letter to Clerk; letter to Judge Cavanaugh regarding A. Nagy declaration; letter to Clerk regarding same | 3.00 | 645.00 |
| 12/13/02 RCS | Review client's trial exhibits and prepare basis for admission into evidence | 7.50 | 1500.00 |
| 12/13/02 RCS | Research and prepare memorandum of law re public records exception to Hearsay Rule (partial) | 2.50 | 500.00 |
| 12/14/02 JMA | Review in limine motions; phone – C. Marraro re trial strategy | 1.80 | 585.00 |
| 12/14/02 RCS | Research and prepare memorandum of law re public records exception to hearsay rule | 2.50 | 500.00 |
| 12/14/02 RCS | Review Grace trial exhibits and prepare table of categories for the several types of public records in order to meet public records exception to hearsay rule | 1.50 | 300.00 |
| 12/14/02 RCS | Research and prepare memorandum of law re documents affecting interest in property and statements affecting interest in property exceptions to the hearsay rule | 1.30 | 260.00 |
| 12/16/02 JMA | Phone – D. Field re: withdrawing in limine motions | .40 | 130.00 |
| 12/16/02 JMA | Conference with MEF re: withdrawing in limine motions | .20 | 65.00 |
| 12/16/02 JMA | Phone – C. Marraro re: trial strategy | .20 | 65.00 |
| 12/16/02 JMA | Conference with MEF re: trial exhibits | .40 | 130.00 |
| 12/16/02 MEF | Telephone call with Maureen Goodman at Judge Cavanaugh regarding in limine motions on cost documents; letter to Judge Cavanaugh withdrawing motion and cross motion | .40 | 86.00 |

W.R. GRACE & COMPANY                          January 17, 2003
Client No.              734680               Page      6
INVOICE NO.             18338

| | | | |
|---|---|---|---|
| 12/16/02 RCS | Research and prepare draft of legal memorandum re business record exception to hearsay rule in conjunction with admitting Grace trial exhibits into evidence | 4.50 | 900.00 |
| 12/16/02 RCS | Telephone call to Mike Williams, Esq. re conferring on basis of admission of certain Grace trial exhibits | .30 | 60.00 |
| 12/16/02 RCS | Prepare evidentiary basis for admission of Grace trial exhibits; revise and edit same | 1.50 | 300.00 |
| 12/17/02 JMA | Conference with C. Marraro and Grace representative re: trial preparation | 6.00 | 1950.00 |
| 12/17/02 JMA | Review and revise Grace opposition to motion to strike Honeywell re McGuire supplemental report | .80 | 260.00 |
| 12/17/02 MEF | Review Grace damage documents | 1.10 | 236.50 |
| 12/17/02 MEF | Telephone call with C. Hopkins regarding Grace trial exhibit list; telephone call with B. Hughes regarding same | .20 | 43.00 |
| 12/17/02 MEF | Letter to all counsel regarding Grace trial exhibit list with trial exhibit numbers | .20 | 43.00 |
| 12/17/02 RCS | Research and prepare draft legal memorandum re statement against interest exception to Hearsay Rule in conjunction with admitting Grace trial exhibits | 3.20 | 640.00 |
| 12/18/02 JMA | Preparation for oral argument on in limine motions | 4.00 | 1300.00 |
| 12/18/02 RCS | Research and prepare legal memorandum re Admission by Party Opponent exception to the hearsay rule | 5.00 | 1000.00 |
| 12/18/02 RCS | Telephone call to Mike Williams re coordinating objections to exhibits offered by Honeywell | .40 | 80.00 |
| 12/19/02 JMA | Prepare for oral argument on in limine motions | 3.00 | 975.00 |
| 12/19/02 JMA | Attend oral argument on in limine motions | 4.00 | 1300.00 |
| 12/19/02 JMA | Conference with C. Marraro re: trial strategy | 1.50 | 487.50 |

W.R. GRACE & COMPANY                          January 17, 2003
Client No.          734680                    Page      7
INVOICE NO.         18338


12/19/02 MEF Motions in limine - review various case law in      1.00    215.00
             preparation for oral argument; review
             deposition transcripts regarding same

12/19/02 MEF Attendance at oral argument regarding motions       1.00    215.00
             in limine

12/19/02 RCS Re-review Grace pretrial order-contested facts      4.00    800.00
             section in conjunction with Grace trial
             exhibits and prepare analysis for admission of
             selected exhibits into evidence

12/19/02 RCS Telephone call from Mike Williams, Esq. re           .30     60.00
             hearsay exception to in order to admit certain
             Grace exhibits

12/20/02 JMA Meeting with C. Marraro re: trial                   5.50   1787.50
             preparation/trial strategy

12/20/02 JMA Receipt and review letter from D. Field to          2.00    650.00
             Judge Cavanaugh with Consent Orders settling
             Roned claims; conference call with C. Marraro
             and K. Millian re: Consent Orders; prepare,
             review, revise and finalize Grace letter
             objection to Honeywell/Roned Consent Orders

12/20/02 JMA Conference with MEF re: Order regarding in          1.80    585.00
             limine motions; review and revise Order; phone
             - D. Field re: comments to in limine Order

12/20/02 MEF Draft and revise order regarding all parties'       2.50    537.50
             motions in limine and other matters; letter to
             all counsel regarding same

12/20/02 MEF Conference with JMA and C. Marraro regarding        1.50    322.50
             (1) draft order regarding motions in limine and
             other matters (2) D. Field objections

12/20/02 MEF Review FRE 615 regarding exclusion of witness        .40     86.00

12/20/02 MEF Telephone call with F. Boenning regarding            .20     43.00
             deposition transcript

12/20/02 RCS Review Honeywell statement of contested facts       2.50    500.00
             in conjunction with review of their trial
             exhibits for basis of opposition to admitting
             same in evidence

W.R. GRACE & COMPANY                                    January 17, 2003
Client No.              734680                    Page      8
INVOICE NO.             18338


12/20/02 RCS Telephone call with Mike Williams at Wallace      .20      40.00
             King coordinating review of Honeywell trial
             exhibits and formulating objections to
             admission into evidence

12/20/02 RCS Review Honeywell trial exhibit binders and       4.50     900.00
             prepare analysis for admission/objection into
             evidence

12/21/02 RCS Correspondence from Mike Williams regarding       .30      60.00
             objection to certain Honeywell trial exhibits
             because "prepared in anticipation of
             litigation"; correspondence to M. Williams
             regarding same

12/21/02 RCS Review Honeywell trial exhibits and prepare      4.00     800.00
             objections against admitting same into evidence

12/23/02 JMA Phone - C. Marraro re: trial strategy; receipt    .60     195.00
             and review e-mail from S. German; receipt and
             review e-mail from M. Schiappa

12/23/02 MEF Telephone call with C. Hopkins regarding          .40      86.00
             Honeywell trial exhibits and demonstrative
             evidence; telephone call with C. Marraro
             regarding demonstrative evidence

12/23/02 MEF Telephone call with C. Marraro regarding trial    .30      64.50
             subpoenas and acceptance of service of
             subpoenas

12/23/02 MEF Telephone call with M. Caffrey regarding          .30      64.50
             acceptance of trial subpoenas; telephone call
             with C. Marraro regarding same

12/23/02 RCS Review of Honeywell trial exhibits and prepare   3.00     600.00
             analysis to object to admitting same into
             evidence

12/23/02 RCS Continue preparation of memorandum of law        1.00     200.00
             regarding Business Record exception to hearsay
             rule

12/23/02 KV  Compile trial exhibits                           2.00     150.00

```
W.R. GRACE & COMPANY                           January 17, 2003
Client No.              734680                  Page      9
INVOICE NO.             18338
```

12/24/02 RCS Receipt and review of Honeywell trial exhibit      .40     80.00
             list, 847-1624, prepared by Wallace King;
             response to M. Williams regarding preparing
             responses to same

12/24/02 RCS Continue preparation of memorandum of law         1.00    200.00
             regarding statement against interest; exception
             to hearsay rule

12/24/02 RCS Continued preparation of memorandum of law        1.00    200.00
             regarding public records and reports exception
             to hearsay rule

12/24/02 RCS Continued preparation of memorandum of law        1.00    200.00
             regarding admission by party opponent,
             exception to hearsay rule

12/26/02 JMA Phone - C. Marraro re: trial exhibits;             .70    227.50
             conference with R. Scrivo re: trial exhibits

12/26/02 JMA Receipt and review letter from K. Millian to       .30     97.50
             Judge Cavanaugh re: Honeywell and Roned Consent
             Orders

12/26/02 JMA Receipt and review letter from A. Doumas to F.     .20     65.00
             Brennan with trial subpoena

12/26/02 MEF Review Pierson outline                             .60    129.00

12/26/02 MEF Begin preparation of trial subpoenas               .30     64.50

12/26/02 MEF Review fax from K. Millian regarding               .20     43.00
             plaintiffs' objections to Honeywell/Roned
             Consent orders

12/26/02 MEF Telephone call with B. Banks regarding             .20     43.00
             addresses for trial subpoenas

12/26/02 MEF Prepare Wong trial subpoena                        .50    107.50

12/26/02 RCS Continue review Honeywell trial exhibits and      2.50    500.00
             prepare analysis for objection to admitting
             same into evidence

12/26/02 RCS Telephone call from M. Williams, Esq. regarding    .20     40.00
             Ancient Document exception to hearsay rule

```
W.R. GRACE & COMPANY                                January 17, 2003
Client No.              734680                  Page      10
INVOICE NO.             18338
```

12/26/02 RCS Receipt and review of status of trial exhibit       1.00     200.00
             project prepared by M. Williams for JMA and C.
             Marraro; revise and edit same

12/26/02 RCS Telephone call with M. Williams regarding            .50     100.00
             objecting to certain trial exhibits submitted
             by Honeywell

12/26/02 RCS Additional research on Ancient Document             1.00     200.00
             exception to hearsay rule within Third Circuit

12/26/02 RCS Continued preparation of memorandum of law           .40      80.00
             regarding documents affecting interest in
             property as exception to Hearsay Rule

12/26/02 RCS Telephone conference with M. Williams regarding      .80     160.00
             joint legal memoranda on hearsay exceptions

12/26/02 RCS Research and preparation of legal memorandum       2.70     540.00
             regarding residual exception to hearsay rule

12/26/02 KV  Compile trial exhibits                             5.90     442.50

12/27/02 JMA Receipt and review letter from M. Schiappa to        .90     292.50
             K. Millian re: photocopy costs; receipt and
             review letter from F. Boenning enclosing
             analytical test results; receipt and review
             letter from D. Field re: in limine order;
             receipt and review letter from S. German re:
             site photos; receipt and review letter from C.
             Marraro to M. Caffrey re: Grace employees as
             Honeywell witnesses

12/27/02 JMA Review memos re: admissibility of trial            3.00     975.00
             exhibits; phone conference with C. Marraro, M.
             Williams, RCS re: trial exhibits

12/27/02 JMA Review and execute trial subpoenas; phone - C.       .70     227.50
             Marraro re: trial subpoenas

12/27/02 MEF Review email from B. Banks regarding addresses       .30      64.50
             for Honeywell vendors; review list of vendors

12/27/02 MEF Trial preparation - conference  call with JMA      1.00     215.00
             and C. Marraro regarding damage documents and
             trial subpoenas

```
W.R. GRACE & COMPANY                          January 17, 2003
Client No.              734680                 Page      11
INVOICE NO.             18338
```

12/27/02 MEF Revise Wong trial subpoena                    .30      64.50

W.R. GRACE & COMPANY                           January 17, 2003
Client No.            734680              Page      12
INVOICE NO.           18338

12/27/02 MEF  Prepare Walerko trial subpoena; prepare letters     .40     86.00
              to Wong and Walerko regarding trial subpoenas

12/27/02 MEF  Prepare letters to Guaranteed Subpoena              .20     43.00
              regarding same

12/27/02 MEF  Prepare letter to K. Millian and D. Field           .40     86.00
              regarding proposed order regarding motions in
              limine and other matters

12/27/02 MEF  Revise proposed order regarding motions in          .40     86.00
              limine and other matters (review FRE 615 and
              comments)

12/27/02 MEF  Telephone call with M. Caffrey regarding trial      .50    107.50
              subpoenas and demonstrative exhibits; telephone
              call with C. Marraro regarding same

12/27/02 MEF  Prepare trial subpoenas (21) to Honeywell          1.70    365.50
              consultants

12/27/02 RCS  Preparation of memorandum of law regarding          .40     80.00
              statement against interest exception to hearsay
              rule; revise and edit same

12/27/02 RCS  Preparation of memorandum of law regarding         1.00    200.00
              Public Records and Reports exception to hearsay
              rule; revise and edit same

12/27/02 RCS  Continue review of Honeywell trial exhibits and    2.50    500.00
              prepare analysis regarding admission/objection
              into evidence

12/27/02 RCS  Telephone conference with JMA, C. Marraro and      2.70    540.00
              M. Williams regarding evidentiary issues in
              objecting to Honeywell's trial exhibits,
              admitting Grace exhibits and more particular
              analysis of certain Honeywell exhibits

12/27/02 RCS  Correspondence to M. Williams regarding             .20     40.00
              dividing up remainder of Honeywell exhibits for
              evidentiary analysis

12/27/02 RCS  Review certain Honeywell trial exhibits as          .80    160.00
              selected by JMA and C. Marraro in effort to
              oppose admission into evidence (partial)

```
W.R. GRACE & COMPANY                           January 17, 2003
Client No.            734680              Page      13
INVOICE NO.           18338
```

12/27/02 RCS Telephone call from Mike Williams re charts of      .20     40.00
             admissible evidence/objections for Honeywell
             trial exhibits

12/27/02 RCS Preparation of memorandum of law re documents       .40     80.00
             affecting interest in property exception to
             hearsay rule; revise and edit same

12/27/02 KV  Compile trial documents                            6.90    517.50

12/28/02 JMA Conference call with C. Marraro, M. William, R.    5.50   1787.50
             Scrivo re: evidence issues; conference call
             with Honeywell's attorneys, C. Marraro; trial
             preparation

12/28/02 RCS Revise and edit memorandum of law re documents      .20     40.00
             affecting interest in property exception to
             hearsay rule

12/28/02 RCS Research and preparation of memorandum of law      3.00    600.00
             re admission by party opponent as exception to
             hearsay rule

12/28/02 RCS Preparation of memorandum of law re business       1.30    260.00
             record exception to hearsay rule; revise and
             edit same

12/28/02 RCS Telephone call with JMA and C. Marraro              .50    100.00
             regarding issues concerning business records;
             ancient document and admission by party
             opponent exceptions to hearsay rule and review
             of Honeywell trial exhibits for selected
             documents

12/28/02 RCS Correspondence to Mike Williams re review of        .20     40.00
             Honeywell exhibits 1-846 for selected documents
             pursuant to instructions by JMA and CM

12/28/02 RCS Preparation of memorandum of law re public          .50    100.00
             records exception to hearsay rule

12/28/02 RCS Review Honeywell trial exhibits selected by C.     1.50    300.00
             Marraro and JMA "knowledge documents" to
             provide more detailed grounds for objection of
             same into evidence

```
W.R. GRACE & COMPANY                              January 17, 2003
Client No.              734680                     Page    14
INVOICE NO.             18338
```

12/29/02 JMA Receipt and review letter from F. Boenning re:        .50     162.50
             supplemental document production; receipt and
             review letter from S. German with plaintiffs'
             expert reports; receipt and review letter from
             M. Caffrey re: acceptance of trial subpoenas

12/29/02 JMA Trial preparation - review of McGuire               4.50    1462.50
             supplemental report, review NJDEP 9/18/98 soil
             cleanup criteria for trivalent and hexavalent
             chromium, review additional expert
             demonstrative exhibits, Honeywell exhibit list,
             review Anderson demonstrative exhibits, review
             witness deposition transcripts

12/30/02 JMA Trial Exhibits - Receipt and review letter from     2.00     650.00
             M. Caffrey re: additional Honeywell exhibits;
             receipt and review letter from M. Caffrey re:
             Honeywell photographs; phone - Judge
             Cavanaugh's chambers; conference call with D.
             Field, K. Millian, C. Marraro, Judge
             Cavanaugh's chambers

12/30/02 JMA Review Anderson Expert Report and exhibits;         7.00    2275.00
             meeting with C. Marraro, B. Anderson re: trial
             preparation

12/30/02 JMA Meeting with C. Marraro re: trial strategy          2.50     812.50

12/30/02 JMA Miscellaneous conferences with MEF and RCS re:      1.00     325.00
             trial exhibits

12/30/02 MEF Trial prep - 35 trial subpoenas; 35 letters to      6.00    1290.00
             third party witnesses; review trial exhibit
             list and aerial photos for subpoenas

12/30/02 RCS Preparation of memorandum of law re Business         .70     140.00
             Record Exception to Hearsay Rule; revise and
             edit same

12/30/02 RCS Preparation of memorandum of law re admission        .50     100.00
             by party opponent as non-hearsay; revise and
             edit same

12/30/02 RCS Preparation of memorandum of law re public           .60     120.00
             records exception to hearsay rule; revise and
             edit same

W.R. GRACE & COMPANY                                January 17, 2003
Client No.              734680                      Page    15
INVOICE NO.             18338


12/30/02 RCS Preparation of memorandum of law re statement      .30      60.00
             against interest exception to hearsay rule;
             revise and edit same

12/30/02 RCS Revise and edit basis for admission into          4.00     800.00
             evidence of Grace trial exhibits

12/30/02 RCS Telephone call from Mike Williams re selected      .20      40.00
             exhibits relied upon by Grace experts

12/30/02 RCS Review and coordinate ICO and Honeywell           1.00     200.00
             exhibits relied upon by experts in support of
             their testimony per JMA

12/30/02 RCS Correspondence to Caffrey re proposed amendment    .20      40.00
             to Grace trial exhibit list

12/30/02 RCS Review Honeywell trial exhibits to compile list    .30      60.00
             of photographs as exhibits and for objection to
             certain undated ones

12/30/02 RCS Telephone call to Mike Williams re objecting to    .20      40.00
             undated photographs submitted by Honeywell

12/30/02 KV  Compile trial exhibits                            7.10     532.50

12/31/02 JMA Conference with C. Marraro re: trial              4.00    1300.00
             preparation

12/31/02 MEF Letter to Judge Cavanaugh forwarding order         .30      64.50
             regarding motions in limine

12/31/02 MEF Trial preparation - ICO trial exhibits             .50     107.50

12/31/02 MEF Telephone call with C. Marraro regarding Grace     .20      43.00
             errata list

12/31/02 RCS Research re authentication requirements and       2.50     500.00
             objecting to Honeywell trial exhibit
             photographs which are not dated

12/31/02 RCS Review Honeywell trial exhibit photographs to      .60     120.00
             determine dates taken

12/31/02 RCS Telephone call to Mike Williams re Honeywell       .20      40.00
             trial exhibits 812 to 846 and authenticity of
             undated Honeywell  trial exhibit photographs

```
W.R. GRACE & COMPANY                          January 17, 2003
Client No.            734680              Page     16
INVOICE NO.           18338
```

12/31/02 RCS Receipt and review of exhibits relied upon by    .20    40.00
             experts but not contained in Grace trial
             exhibit list from Natasha Byrum

12/31/02 RCS Correspondence to all counsel amending Grace      .20    40.00
             trial exhibit list

12/31/02 RCS Review Grace trial exhibits in conjunction with  1.00   200.00
             completing chart re admissibility in evidence
             (partial)

## FEE APPLICATIONS, APPLICANT

12/11/02 MEF Fee application - telephone calls (2) with P.     .30    64.50
             Gailbraith regarding 5th quarterly fee
             application and 6th quarterly fee application

12/11/02 MEF Review 6th quarterly fee application regarding    .30    64.50
             total amounts requested

12/12/02 MEF Review email from P. Galbraith regarding         .40    86.00
             amended order on 5th quarterly; review amended
             order; review certification in support of
             amended order; review email from P. Galbraith
             regarding L. Ferdinand email in 5th quarterly
             fees for CBBG

12/12/02 MEF Continue review of November fee detail           .50   107.50

12/17/02 MEF Preparation of 9th monthly fee application -    2.00   430.00
             November

12/19/02 MEF Revise and finalize 9th monthly fee application 1.00   215.00

12/23/02 MEF Telephone call with W. Smith regarding February   .20    43.00
             time

12/23/02 MEF Review application for retention as special      .80   172.00
             litigation counsel and order; review February
             2002 fee detail

12/27/02 MEF Review status of fee payments; revise chart       .30    64.50
             regarding same
                                                            -------------
Total Fees:                                                  70,285.50

```

# EXHIBIT B

```
W.R. GRACE & COMPANY                          January 17, 2003
Client No.          734680                     Page      17
INVOICE NO.         18338
```

Disbursements

Travel Expense

```
12/04/02 Travel Expense JMA  9/4 - Parking ($25), 9/25 -    65.00
         Taxi ($15), 9/26 - Taxi ($15), 10/16 - Parking
         ($10)

                                    SUBTOTAL:     65.00
```

Meals

```
12/11/02 Meals JMA 12/11 M&M #985953              20.49
12/16/02 Meals JMA LIV. DELI 12/13 #378051        47.97

                                    SUBTOTAL:     68.46
```

Photocopies - Outside

```
12/23/02 Photocopies - Outside DOC EXP 12/16          2404.08
12/26/02 Photocopies - Outside MEF (KINKOS) 12/12      353.32
12/27/02 Photocopies - Outside AMERICAN LEGAL (R-5819) 4251.91
         12/20
12/31/02 Photocopies - Outside  AMERICAN LEGAL COPYING &  96.67
         DUPLICATING SERVICES, INC.  12/11/02

                                    SUBTOTAL:   7105.98
```

Costs Advanced

```
12/31/02 Costs Advanced MY LIMOUSINE 12/17#126017      63.10

                                    SUBTOTAL:     63.10

12/31/02 Messenger                               300.21
12/31/02 Photocopies                             271.50
12/31/02 Faxes                                   119.00
12/31/02 Telephone                               175.86
12/31/02 Computer Searches                        36.92
12/31/02 Federal Express                         191.99
                                               ------------
Total Costs                                        8,398.02
                                               ------------
Total Due this Matter                             78,683.52
=============
```

```
W.R. GRACE & COMPANY                         January 17, 2003
Client No.              734680               Page      18
INVOICE NO.             18338
```

SUMMARY OF FEES:

```
    *-------------------------TIME AND FEE SUMMARY--------------------*
    *----------TIMEKEEPER---------*    RATE    HOURS              FEES
    J M AGNELLO                      325.00   100.60          32695.00
    M E FLAX                         215.00    51.20          11008.00
    G G TROUBLEFIELD                 220.00     1.00            220.00
    RC SCRIVO                        200.00   123.60          24720.00
    K VENGROW                         75.00    21.90           1642.50
                           TOTALS             298.30          70285.50
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )      Chapter 11
                                                )
W. R. GRACE & CO. et al.[1]                     )      Case No. 01-01139 (JKF)
                                                )      (Jointly Administered)
          Debtors.                              )

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,
Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New
Jersey, the United States District Court for the District of New Jersey, the United States Court of
Appeals for the Third Circuit, the State of New York, the United States District Courts for the
Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 17th day of January, 2003

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 6th day of February, 2003

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

> 1. **SUMMARY COVERSHEET TO TENTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002; AND**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER
31, 2002.

Dated: February 6, 2003

Patricia E. Cuniff

Sworn to and subscribed before
me this 6th day of February, 2003

Notary Public
My Commission Expires: 4/5/03

**KATHLEEN M. WITTIG**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires April 5, 2003

91100-001\DOCS_DE:20485.30

-2-

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel for DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

E-mail: *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

E-mail: *rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

E-mail: *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

E-mail: *david.heller@lw.com* and
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

E-mail: *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP