# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**SUMMARY COVERSHEET TO MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | February 1, 2002 through February 28, 2002 |
| Amount of compensation sought as actual, reasonable and necessary | $10,458.50 for the period February 1, 2002 through February 28, 2002 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,005.19 for the period of February 1, 2002 through February 28, 2002 |

This is a:                 Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Application pending | Application pending |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Application pending | Application pending |

As indicated above, this is an application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

<u>Summary of Compensation Requested</u>

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 12.40 | $4,030.00 |
| Melissa E. Flax | Partner | $215 | 29.90 | $6,428.50 |

Total Fees                $10,458.50

Total Hours                42.30

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $80.50 |
| Westlaw | $88.18 |
| Telephone | $51.16 |
| Faxes | |
| FedEx | $108.50 |
| Travel<br>mileage & tolls | $12.80 |
| Messenger | |
| Additional Staff Time | |
| Court Reporter | |
| Airphoto Services | $664.05 |
| | |
| Total | $1,005.19 |

**ATTACHMENT B**
**TO FEE APPLICATION**
**(February 1, 2002 through February 28, 2002)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $325 | 12.40 | $4,030.00 |
| Melissa E. Flax | Partner | $215 | 29.90 | $6,428.50 |

| | |
|---|---|
| Grand Total: | $10,458.50 |
| Blended Rate: | |

# COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $1,005.19 |
| Fee Applications, Applicant | 2.20 | $473.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 40.10 | $9,985.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | $88.18 |
| Facsimile (with rates) | | ($0.25 per page) |
| Long Distance Telephone | | $51.16 |
| In-House Reproduction | | $80.50 ($0.25 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Local Travel | Mileage at $0.225 and tolls | $12.80 |
| Out-Of-Town Travel airfare car/taxi service hotel | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $108.50 |
| Postage | | |
| Other (Explain) - AirPhoto (aerial photos) | | $664.05 |
| Messenger | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. [1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2002 THROUGH FEBRUARY 28, 2002**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

W.R. GRACE & COMPANY                                    March 22, 2002
Client No.              734680                          Page      1
INVOICE NO.             18338


## LITIGATION AND LITIGATION CONSULTING

02/04/02 JMA Phone - C. Marraro regarding trial prep            .30      97.50

02/08/02 MEF Review email from M. Moasser regarding damage      .70     150.50
             documents(.1); email from B. Hughes regarding
             Stipulation and trial brief(.2); emails to B.
             Hughes regarding same(.2); voice mail to B. Hughes
             regarding same(.1); telephone calls with B. Banks
             regarding stipulation(.1)

02/11/02 JMA Receipt and review letter from C. Marraro to M.   1.80     585.00
             Caffrey with revised language for Stipulation
             lifting automatic stay(.3); receipt and review
             letter from M. Caffrey to T. Parker(.1); receipt
             and review letter from T. Parker to M. Caffrey(.1);
             receipt and review letter from S. German to
             Judge Cavanaugh's clerk;(.2) receipt and review
             letter from M. Caffrey to C. Marraro(.1); receipt
             and review supplemental letter memo from
             plaintiffs to Judge Cavanaugh(.3); receipt and
             review letter from K. Millian to Judge
             Cavanaugh(.1); receipt and review bankruptcy notice
             of application to retain Carella, Byrne,
             application and proposed order(.4); conference with
             MEF re: bankruptcy application (.2)

02/12/02 JMA Phone - C. Marraro regarding stipulation           .30      97.50

02/13/02 JMA Phone - C. Marraro; receipt and review letter      .30      97.50
             from F. Boenning to S. German

02/13/02 MEF Telephone call with M. Moasser regarding damage    .90     193.50
             documents(.2); telephone call with B. Hughes
             regarding stipulation and document(.1); review
             stipulation(.2); review emails from B. Banks
             regarding stipulation(.1); review email from M.
             Moasser regarding documents(.1); letter to clerk
             filing stipulation(.2)

02/14/02 JMA Review Judge Cavanaugh's Pretrial Order           8.50    2762.50
             form(.5); conference with C. Marraro and MEF re:
             work on Pretrial Order, including proposed list of
             legal issues and stipulations of fact(8.0)

W.R. GRACE & COMPANY                                    March 22, 2002
Client No.              734680                          Page        2
INVOICE NO.             18338


02/14/02 MEF  Conference with JMA regarding aerial            8.50    1827.50
              photos (.2); voice mail to Furlick at
              Airphotos(.1); letter to Furlick regarding
              photos of site and residential area(.3);
              conference with JMA and C. Marraro regarding
              revisions to legal issues for FPO (7.6);
              telephone calls with B. Hughes regarding same(.3)

02/15/02 MEF  Review email from B. Hughes regarding          2.50     537.50
              definitions(.2); telephone call with B. Furlick
              regarding aerial photos(.2); revise legal issues
              for FPO(2.1)

02/16/02 MEF  Final Pretrial Order - Review email            3.30     709.50
              from M. Moasser regarding Honeywell answer
              to complaint; review emails from B. Banks
              regarding same; review Honeywell (Allied)
              answers; review Grace's answer's to ICO
              and Honeywell pleading; review Grace and
              Honeywell summary judgment motions papers;
              revise legal issues for FPO; email to M.
              Moasser and B. Banks regarding missing
              pleading; email to C. Marraro regarding Roned
              research subject matter jurisdiction

02/18/02 MEF  Review email from B. Banks regarding Honeywell  2.20     473.00
              answer in Riverkeepers' suit(.1); continue
              research regarding subject matter
              jurisdiction(1.0); review and revise legal
              issues and new stipulated facts (1.0); email
              to C. Marraro regarding revised legal issues(.1)

02/19/02 JMA  Phone - C. Marraro regarding FPO (.3);           .50     162.50
              conference with MEF re: aerial photos(.2)

02/19/02 MEF  Telephone call with C. Marraro regarding claims 2.20     473.00
              against/by Roned defendants(.2); telephone call
              with Furlick regarding photos(.2); memo to C.
              Marraro regarding summary of 2/14/02 meeting(.8);
              begin drafting memo regarding subject matter
              jurisdiction(1.0)

W.R. GRACE & COMPANY                              March 22, 2002
Client No.              734680                    Page      3
INVOICE NO.             18338

02/20/02 MEF Telephone call with C. Marraro regarding          1.40    301.00
             anticipatory breach under License Agreement(.3);
             review filed stipulation(.1); review Graces
             third amended cross claims regarding
             anticipatory breach of section 4.7 of License
             Agreement(.6); telephone call with Furlick
             regarding photos(.1); telephone call with C.
             Marraro regarding anticipatory breach regarding
             remediate and subject matter jurisdiction(.3)

02/21/02 MEF Meeting with Furlick from Air Photos regarding    1.40    301.00
             photos of site - review photos of site(.5); continue
             drafting memo regarding subject matter
             jurisdiction(.5); additional research regarding
             RCRA notice and subject matter jurisdiction(.4)

02/22/02 MEF Review email from B. Hughes regarding Home         .20     43.00
             Depot property/Andy Davis deposition

02/24/02 MEF Continue reviewing research regarding subject     2.00    430.00
             matter jurisdiction and RCRA pre-action notice
             requirement

02/25/02 MEF Additional research regarding RCRA                1.70    365.50
             preconditions(1.1); revise memo to C. Marraro
             regarding subject matter jurisdiction(.6)

02/27/02 JMA Phone - C. Marraro regarding subject matter        .50    162.50
             jurisdiction/RCRA

02/27/02 MEF Telephone call with Mr. Furlick of Airphoto        .50    107.50
             Services regarding photos(.1); meeting with
             Furlick; review photos(.4)

02/28/02 JMA Receipt and review letter from S. Boenning to      .20     65.00
             B. Hughes

02/28/02 MEF Letter to Furlick at Airphoto Services             .20     43.00
             regarding invoices

W.R. GRACE & COMPANY                              March 22, 2002
Client No.            734680                      Page      4
INVOICE NO.           18338


## FEE APPLICATIONS, APPLICANT

01/17/02 MEF  Telephone calls with D. Carickhoff regarding        1.30    279.50
              Carella, Byrne retention application(.2); revise
              JMA affidavit(.5); revise order(.1); email to D.
              Carickhoff regarding application(.1); letter to D.
              Carickhoff regarding affidavit and order(.2);
              finalize affidavit(.2)

02/06/02 MEF  Review email from D. Carrickhoff regarding           .70    150.50
              application for retention (.1); review application,
              order and notice regarding retention of
              Carella, Byrne(.4); telephone call with D.
              Carrickhoff regarding application (.1); email to D.
              Carrickhoff regarding same (.1)

02/07/02 MEF  Review email from D. Carrickhoff regarding           .20     43.00
              bankruptcy application
                                                                    -----------
Total Fees:                                                        10,458.50

W.R. GRACE & COMPANY                                  March 22, 2002
Client No.            734680                          Page      6
INVOICE NO.           18338


**SUMMARY OF FEES:**

```
*--------------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*   RATE   HOURS           FEES
J M AGNELLO                     325.00   12.40         4030.00
M E FLAX                        215.00   29.90         6428.50
                      TOTALS             42.30        10458.50
```

**EXHIBIT B**

```
W.R. GRACE & COMPANY                          March 22, 2002
Client No.          734680                    Page       5
INVOICE NO.         18338
```

**Disbursements**

**Costs Advanced**

| | | |
|---|---|---:|
| 02/27/02 | Costs Advanced - AIRPHOTO SERVICES | 137.80 |
| 02/27/02 | Costs Advanced - AIRPHOTO SERVICES | 526.25 |
| | SUBTOTAL: | 664.05 |
| 02/28/02 | Photocopies | 80.50 |
| 02/28/02 | Telephone | 51.16 |
| 02/28/02 | Travel Expense | 12.80 |
| | MEF – Mileage and tolls for | |
| | site visit on 1/29/02 | |
| 02/28/02 | Computer Searches | 88.18 |
| 02/28/02 | Federal Express | 108.50 |

```
                                              ------------
Total Costs                                      1,005.19
                                              ------------
Total Due this Matter                           11,463.69
=============
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          )
                                                )
                                                )   Chapter 11
                                                )
W. R. GRACE & CO. et al.[1]                     )   Case No. 01-01139 (JKF)
                                                )   (Jointly Administered)
        Debtors.                                )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan,

Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New

Jersey, the United States District Court for the District of New Jersey, the United States Court of

Appeals for the Third Circuit, the State of New York, the United States District Courts for the

Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this _10th_ day of February, 2003

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06