# **EXHIBIT A**

October Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 6, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE THIRTEENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

Name of Applicant:                                       Casner & Edwards, LLP

Authorized to Provide Professional Services to:          W. R. Grace & Co., et al., Debtors and
                                                         Debtors-in-Possession

Date of Retention:                                       September 18, 2001,
                                                         effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:                                 October 1, 2002 through
                                                         October 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                              $36,393.00   (80% = $29,114.40)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                      $17,499.87

This is an:    X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | Pending | Pending |
| 12/4/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | Pending | Pending |

As indicated above, this is the thirteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 5.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,155.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
| --- | --- | --- | --- | --- | --- | --- |
| Robert A. Murphy | Partner | 36 | Litigation | $210.00 | 20.70 | $4,347.00 |
| Donna B. MacKenna | Partner | 19 ½ | Litigation | $190.00 | 10.00 | $1,900.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $180.00 | 62.90 | $11,322.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $80.00 | 100.30 | $8,024.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $80.00 | 2.00 | $160.00 |
| Edward K. Law | Temporary Paralegal | 4 | Litigation | $80.00 | 133.00 | $10,640.00 |
| TOTALS | | | | | 328.90 | $36,393.00 |

**Total Fees:**    **$36,393.00**

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $62.72 | $8.03 |
| Postage | $0.00 | $3.85 |
| Federal Express | $1,999.16 | $0.00 |
| Outside Photocopying | $1,010.00 | $8,401.94 |
| Photocopying ($.012/page) | $38.52 | $28.20 |
| Rent Reimbursement | $12,919.44 | $0.00 |
| Miscellaneous | -$116.20 | -$6,855.79 |
| SUBTOTAL | $15,913.64 | $1,586.23 |

**Total Expenses:**    **$17,499.87**

4

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 182.10 | $17,341.00 |
| Fee Applications, Applicant | 6.40 | $1,308.00 |
| ZAI Science Trial | 140.40 | $17,744.00 |
| Expenses | N/A | $15,913.64 |
| ZAI Science Trial Expenses | N/A | $1,586.23 |
| TOTALS | 328.90 | $53,892.87 |

Dated: December 4, 2002

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2ⁿᵈ Floor
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

52000.57/228264

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 6, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTEENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 3, 2002

Bill Number  49253
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through October 31, 2002

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/01/02 | MTM | Receipt and review of additional disks produced to EPA by Holme Roberts and Owen | 0.10 Hrs | $18.00 |
| 10/01/02 | ARA | Oversee wrap up of document review. | 1.60 Hrs | $128.00 |
| 10/02/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $21.00 |
| 10/02/02 | MTM | Locate list of boxes from Onsite re: email to Dave Croce (.4); email to D. Croce re: same (.1). | 0.50 Hrs | $90.00 |
| 10/02/02 | ARA | Oversee wrap up of document review. | 1.60 Hrs | $128.00 |
| 10/02/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 10/03/02 | ARA | Oversee wrap up of document review. | 1.10 Hrs | $88.00 |
| 10/03/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.20 Hrs | $16.00 |
| 10/04/02 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $63.00 |
| 10/07/02 | RAM | Conference with MTM and read email from MTM re: locating one box believed to have been returned by Onsite. | 0.10 Hrs | $21.00 |
| 10/07/02 | MTM | Receipt and review of disks of microfilm maintained by EH&S Department from Holme Roberts & Owen (.1). Receipt of email from in-house counsel requesting two Libby personnel files (.1); review indices for Libby storage boxes re: Libby personnel files (.3). Letter to plaintiffs' attorney Jon Heberling re: railroad documents (.1). Conference with ARA re: Libby personnel files (.2); | 0.90 Hrs | $162.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/07/02 | ARA | letter to in-house counsel re: Libby personnel files (.1). Per MTM's request, assign search for Libby personnel files to paralegal (.2); review documents located by same (.8). | 1.00 Hrs | $80.00 |
| 10/07/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 6.50 Hrs | $520.00 |
| 10/08/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read (.1). Telephone conference with in-house counsel re: deposition subpoena he received from Dan Speights; discuss non-privileged testimony he can provide (.2). | 0.30 Hrs | $63.00 |
| 10/08/02 | MTM | Review status of library index project (.2); review index of boxes of documents in Cambridge re: possible move to different area at that facility (1.4) | 1.60 Hrs | $288.00 |
| 10/08/02 | MEV | Update bankruptcy court docket entries for RAM (.1). Download and print selected documents filed in bankruptcy court for RAM (.2). | 0.30 Hrs | $24.00 |
| 10/08/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 8.00 Hrs | $640.00 |
| 10/09/02 | RAM | Conference with MTM re: one of two boxes located; also have two volumes of my testimony sent to me to respond to in-house counsel and deposition subpoena (.1). Read selected documents filed in bankruptcy court (.4). | 0.50 Hrs | $105.00 |
| 10/09/02 | MTM | Work on plan for final organization of Winthrop Square (.7). Conference with ARA re: last two boxes from Onsite (.2). Receipt and review of disks from Holme Roberts to EPA (.2); telephone call to Holme Roberts re: same (.1). Work on locating Sales Outside U.S. box (later found) (.7). Conference with RAM re: jobsite search re: four buildings (.1). | 2.00 Hrs | $360.00 |
| 10/09/02 | ARA | Review records/inventories for Onsite box (.4); search for and locate box (1.2); telephone call to MTM re: same (.2). Telephone call to MB re: locating RAM's deposition binder in Bentall and Privest cases (.1). | 1.90 Hrs | $152.00 |
| 10/09/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 7.50 Hrs | $600.00 |
| 10/10/02 | RAM | Conference with DBM re: capabilities and limitations of work product system re: deposition of in-house counsel. | 0.10 Hrs | $21.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/10/02 | MTM | Work on final plan for organization of Winthrop Square (.6); continue to review inventories, emails, etc. re: locating last two boxes (1.2). Telephone call from in-house counsel re: document subpoena in Celotex bankruptcy matter and asbestos purchase documents (.1); review file from prior, similar request in California cases re: same (.6); telephone call to in-house counsel re: same (.2). Conference with ARA re: Sales Outside U.S. box (later found) (.3). Email from in-house counsel re: his deposition in Celotex bankruptcy re: asbestos purchases (.2); review file re: same (.3); telephone call to in-house counsel re: same (.2); email to former Grace local counsel in California re: same (.2). | 3.90 Hrs | $702.00 |
| 10/10/02 | ARA | Discussion with paralegal re: SOUS box (.4); telephone call from MTM re: same (.3). Review and organize inventory of boxes of documents in Cambridge (3.4); discussion with MTM re: same (.1). Review SOUS boxes (.2); provide information to MTM (.1); email to C. Latuda re: SOUS box (.2). Locate and produce RAM's deposition binder re: Bentall and Privest cases to him (.5). | 5.20 Hrs | $416.00 |
| 10/10/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 7.50 Hrs | $600.00 |
| 10/11/02 | RAM | Review my testimony and correspondence re: work product system's capabilities and limitations (1.1); conference with MTM re: same (.1); telephone call to in-house counsel and leave message re: same (.1); fax selected excerpts to in-house counsel (.1); telephone conference with him re: same (.1). | 1.50 Hrs | $315.00 |
| 10/11/02 | MTM | Conference with RAM re: possible deposition of in-house counsel re: Celotex bankruptcy and 2001 letter to Montana court outlining Grace's work product document search capabilities (.1); search for copy of prior letter to Montana court re: same (.8); conference with RAM re: same (.1). Review inventory of boxes in Casner Room for final Sales Outside U.S. Box (later found) (1.2); revise inventory of Casner Room materials re: sort by box number, etc. (1.4). | 3.60 Hrs | $648.00 |
| 10/11/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 7.50 Hrs | $600.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/15/02 | ARA | Check emails from C. Latuda re: SOUS box (.1); discussion with paralegal re: same (.2); discussion with and answer questions of EKL re: library project (.2). Oversee wrap up of document review (5.8). | 6.30 Hrs | $504.00 |
| 10/15/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 6.00 Hrs | $480.00 |
| 10/16/02 | ARA | Oversee wrap up of document review. | 3.50 Hrs | $280.00 |
| 10/16/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 7.50 Hrs | $600.00 |
| 10/17/02 | ARA | Oversee wrap up of document review. | 3.90 Hrs | $312.00 |
| 10/17/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 7.50 Hrs | $600.00 |
| 10/18/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.20 Hrs | $42.00 |
| 10/18/02 | ARA | Discussion with paralegal re: library project (.4). Oversee wrap up of document review (.7). | 1.10 Hrs | $88.00 |
| 10/18/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 10/18/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 7.50 Hrs | $600.00 |
| 10/21/02 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $21.00 |
| 10/21/02 | ARA | Discussions with paralegal re: library project (.2) and document project for Holme Roberts (.2). Oversee wrap up of document review (5.4). | 5.80 Hrs | $464.00 |
| 10/21/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.10 Hrs | $8.00 |
| 10/21/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 7.50 Hrs | $600.00 |
| 10/22/02 | RAM | Conference with MTM re: question of privilege in EPA cases re: lab tests done in anticipation of litigation. | 0.10 Hrs | $21.00 |
| 10/22/02 | MTM | Receipt and review of letter from plaintiffs' attorney J. Heberling re: railroad documents (.1); telephone call to ARA re: same (.2); letter to J. Heberling re: same (.1). Email and telephone call from Holme Roberts paralegal re: privileged nature of research reports re: EPA privilege list (.2); conference with RAM re: same (.1); call to paralegal at Holme Roberts re: same (.2); email to paralegal at Holme Roberts re: same (.2). Meeting with ARA at Winthrop Square re: Cambridge inventory (.7). | 1.80 Hrs | $324.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/22/02 | ARA | Discussions with MTM re: Cambridge inventory (.7). Discussions with EKL re: library project (.5). | 1.20 Hrs | $96.00 |
| 10/22/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 7.50 Hrs | $600.00 |
| 10/23/02 | RAM | Read selected documents filed in bankruptcy court (.1). Telephone conference with in-house counsel re: what documents are now being reviewed for privilege in the EPA cases (.1); conference with MTM re: same (.1). | 0.30 Hrs | $63.00 |
| 10/23/02 | DBM | Search for MSDS documents and documents to certain people for discovery responses. | 4.70 Hrs | $893.00 |
| 10/23/02 | MTM | Email from paralegal at Holme Roberts re: request for copies of certain documents from Winthrop Square repository (.1); conference with ARA re: same (.1); conference with RAM re: Holme Roberts privileged document review (.1). | 0.30 Hrs | $54.00 |
| 10/23/02 | ARA | Telephone calls from and to Holme Roberts paralegal re: request for production of documents (.3); receive list of documents from MTM (.1); discussion with paralegal re: same (.2). Oversee wrap up of document review (3.5). | 4.10 Hrs | $328.00 |
| 10/23/02 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 5.00 Hrs | $400.00 |
| 10/24/02 | MTM | Conference with paralegal re: request from Holme Roberts paralegal for copies of documents at Winthrop Square (.2); telephone call to Holme Roberts paralegal re same (.2). | 0.40 Hrs | $72.00 |
| 10/24/02 | EKL | Obtain documents requested by Holme Roberts. | 7.50 Hrs | $600.00 |
| 10/25/02 | RAM | Telephone conferences with in-house counsel (.1). and conferences with paralegal and MTM (.1) and D. Croce (.1) re: arranging to inventory samples of vermiculite at Cambridge. Read updated entries on bankruptcy court's docket to select documents to read (.1). | 0.40 Hrs | $84.00 |
| 10/25/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.20 Hrs | $16.00 |
| 10/25/02 | EKL | Obtain documents requested by Holme Roberts. | 7.50 Hrs | $600.00 |
| 10/28/02 | RAM | Read selected documents filed in bankruptcy court. | 1.20 Hrs | $252.00 |
| 10/28/02 | ARA | Oversee wrap up of document review (1.3). Discussion with EKL re: Holme Roberts' document request (.4). | 1.70 Hrs | $136.00 |
| 10/28/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.70 Hrs | $56.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/28/02 | EKL | Obtain documents requested by Holme Roberts. | 2.50 Hrs | $200.00 |
| 10/29/02 | MTM | Telephone call from Holme Roberts attorney with questions re: creation of privilege list for documents produced to EPA (.1); telephone call to ARA re: locating transcript of author of the possibly privileged document at issue (.1); telephone call from ARA re: same (.1). | 0.30 Hrs | $54.00 |
| 10/29/02 | ARA | Per MTM's request, review Melcher binder (.3); telephone call to MTM with information (.1). | 0.40 Hrs | $32.00 |
| 10/29/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.30 Hrs | $24.00 |
| 10/30/02 | MTM | Email to paralegal at Holme Roberts re: question from in-house paralegal in Cambridge re: documents from real estate room (.2); receipt and review of response from Holme Roberts paralegal re: same (.1); draft email to in-house paralegal in Cambridge re: same (.1). | 0.40 Hrs | $72.00 |
| 10/30/02 | ARA | Oversee wrap up of document review (1.2). Conferences with EKL and oversee obtaining documents requested by Holme Roberts (.8). | 2.00 Hrs | $160.00 |
| 10/31/02 | ARA | Oversee obtaining documents requested by Holme Roberts (.5). Assist in locating originals in production set to produce re: EPA project (1.0). | 1.50 Hrs | $120.00 |
| 10/31/02 | EKL | Obtain documents requested by Holme Roberts. | 7.50 Hrs | $600.00 |
| | | | TOTAL LEGAL SERVICES | $17,341.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 5.20 Hrs | 210/hr | $1,092.00 |
| DONNA B. MACKENNA | 4.70 Hrs | 190/hr | $893.00 |
| MATTHEW T. MURPHY | 15.80 Hrs | 180/hr | $2,844.00 |
| ANGELA R. ANDERSON | 43.90 Hrs | 80/hr | $3,512.00 |
| MARCI E. VANDERHEIDE | 2.00 Hrs | 80/hr | $160.00 |
| EDWARD K. LAW | 110.50 Hrs | 80/hr | $8,840.00 |
| | 182.10 Hrs | | $17,341.00 |

David B. Siegel

TOTAL THIS BILL        $17,341.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 3, 2002

Bill Number  49212
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

FOR PROFESSIONAL SERVICES

Through October 31, 2002

Re: Fee Applications, Applicant

LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/01/02 | RAM | Finalize August fee application (.7) and send it to client for review (.1). | 0.80 Hrs | $168.00 |
| 10/02/02 | RAM | Review reformatted cumulative compensation summary to be submitted to the Fee Auditor. | 0.20 Hrs | $42.00 |
| 10/07/02 | RAM | Telephone conference with in-house counsel re: August fee application (.1); revise and reformat August fee application (.6); send final fee application to Delaware counsel for filing (.1). | 0.80 Hrs | $168.00 |
| 10/21/02 | RAM | Read Order approving payment of fees for 4th interim period (.1). Read fee auditor's report re: firm's application for first interim period (.1). | 0.20 Hrs | $42.00 |
| 10/25/02 | RAM | Review spreadsheet of fees and expenses for 1st, 3rd and 5th interim periods sent by fee auditor for accuracy. | 0.10 Hrs | $21.00 |
| 10/28/02 | RAM | Read email from fee auditor asking where is firm's response to his report on our fee application for the 5th interim period (.1); check and reply that we have not received it (.1). Read fee auditor's report (.1); conferences with MB (.1) and MTM (.1) re: drafting response. | 0.50 Hrs | $105.00 |

David B. Siegel

Re: Fee Applications, Applicant

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/29/02 | MTM | Work on responses to Fee Auditor's questions. | 0.60 Hrs | $108.00 |
| 10/30/02 | MTM | Work on responses to questions of Fee Auditor. | 0.60 Hrs | $108.00 |
| 10/31/02 | RAM | Work on September fee application (1.0). Prepare response to fee auditor's initial report re: fee application for 5th interim period (1.6). | 2.60 Hrs | $546.00 |
| | | | TOTAL LEGAL SERVICES | $1,308.00 |

LEGAL SERVICES SUMMARY

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 5.20 Hrs | 210/hr | $1,092.00 | |
| MATTHEW T. MURPHY | 1.20 Hrs | 180/hr | $216.00 | |
| | 6.40 Hrs | | $1,308.00 | |

TOTAL THIS BILL        $1,308.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 3, 2002

Bill Number  49213
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through October 31, 2002

Re: ZAI Science Trial

## LEGAL SERVICES

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/01/02 | MTM | Email from Reed Smith attorney re: copy sets in ZAI document production (.1); telephone call to ARA re: same (.1). Telephone call from R. Turkewitz re: 11 boxes of copies from week 2 of document production in Boston (.2); telephone call to ARA re: same (.2); telephone call to copy company re: same (.1); letter to R. Turkewitz re: same (.2); email to Reed Smith attorney re: same (.2). | 1.10 Hrs | $198.00 |
| 10/01/02 | ARA | Prepare boxes of documents from the previous MDL production to be copied for Reed Smith (2.2). Telephone call from and to Turkewitz' office re: their copy set from second week of production. (.2). | 2.40 Hrs | $192.00 |
| 10/02/02 | MTM | Receipt of email from Reed Smith attorney re: database to produce to plaintiffs (.1). Letter to plaintiffs' attorney re: week 2 of document production in Boston (.2). | 0.30 Hrs | $54.00 |
| 10/02/02 | ARA | Prepare documents to ship to plaintiffs (2.3); telephone calls to and from MTM re: same (.2); telephone calls to and from Federal Express (.2); oversee pick-up of documents (.5). | 3.20 Hrs | $256.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/03/02 | RAM | Read fax from fee auditor that we have to separately charge time and expenses for ZAI work (.1); review time entries on August fee application to do so (.1). | 0.20 Hrs | $42.00 |
| 10/03/02 | ARA | Quality control copy sets of documents received from copy service (2.6); inventory same re: science trial production (1.0). | 3.60 Hrs | $288.00 |
| 10/04/02 | RAM | Review revised fee application for August. | 0.20 Hrs | $42.00 |
| 10/04/02 | ARA | Quality control and organize original documents received from copy service after production (4.8); request invoices from copy service re: same (.2); produce invoices to MTM(.5). | 5.50 Hrs | $440.00 |
| 10/04/02 | EKL | Organize microfilm reels for use in obtaining documents to respond to discovery requests. | 3.50 Hrs | $280.00 |
| 10/07/02 | MTM | Receipt of invoice for boxes requested by plaintiff in document production (.1); letter to plaintiffs' counsel re: same (.3). Conference with ARA re: video and audio tapes identified by plaintiffs during Boston document production (.2); review video/audio tapes identified for duplication by plaintiffs' counsel (2.7). | 3.30 Hrs | $594.00 |
| 10/07/02 | ARA | Review and answer MTM's question re: invoice for tapes (.5). Organize tapes for MTM's review (1.5). Organize photos into two sets (1.0). | 3.00 Hrs | $240.00 |
| 10/08/02 | MTM | Review file re: copies provided to plaintiff and duplicate copy set for local counsel (.4); telephone call to ARA re: same (.4); letter to plaintiffs' counsel re: final copies of documents identified by him during repository review last month (.2); letter to Reed Smith attorney re: same (.3). Meeting with ARA at Winthrop Square re: copy sets from previous MDL production requested by plaintiffs in science trial (1.0). Telephone call from plaintiffs' counsel re: review of ledgers in Denver (.2); telephone call to Reed Smith attorney re: same (.2); telephone call to Holme Roberts paralegal re: arrangements for review of ledgers in Denver (.1); email from Holme Roberts paralegal re: same (.2); telephone call to plaintiffs' counsel and Holme Roberts paralegal re: same (.2); telephone call to Reed Smith attorney re: arrangements for review of Denver ledgers (.1). | 3.30 Hrs | $594.00 |
| 10/08/02 | ARA | Review MDL copy sets with MTM (1.0). Prepare thirty eight boxes of documents for shipment to Reed Smith (6.8). Discussion with paralegal re: ledger boxes plaintiffs reviewed (.2). Oversee pick up of boxes by Federal Express for shipment to Reed Smith (.5). | 8.50 Hrs | $680.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/09/02 | MTM | Conference with ARA re: final shipment to plaintiffs' counsel re: document review last month. | 0.10 Hrs | $18.00 |
| 10/09/02 | ARA | Prepare eleven boxes of documents for shipment to plaintiffs (2.8); inventory contents of boxes (1.5); contact Federal Express re: same (.1). | 4.40 Hrs | $352.00 |
| 10/10/02 | MTM | Email and telephone call from Holme Roberts paralegal re: plaintiffs' review of ledgers in Denver (.5); telephone call to in-house counsel re: same (.1); telephone call to Reed Smith attorney re: same (.1); telephone call to plaintiffs' attorney re: same (.2); email to Holme Roberts paralegal re: same (.3). Telephone call from plaintiffs' attorney re: inventories for ledgers stored in Denver (.1). | 1.30 Hrs | $234.00 |
| 10/10/02 | ARA | Complete inventory of MDL copy set (.5). Telephone call from Merrill Corp. re: invoice for MTM (.1). | 0.60 Hrs | $48.00 |
| 10/15/02 | RAM | Read letter to Turkewitz re: production of and explanation re: disks of documents being produced. | 0.10 Hrs | $21.00 |
| 10/17/02 | RAM | Read emails from Reed Smith attorney and in-house counsel re: plaintiffs discovery requests (.2). Telephone conferences with ARA re: what ZAI bags are in Winthrop Square (.1). Review ZAI documents to respond to request to ID people listed in discovery requests and determine what they did (2.8). Email responses (.3). Read email from in-house counsel with draft response to Westbrook letter from Reed Smith attorney (.1); email my response (.1). Telephone conference with Reed Smith attorney re: what Judge Fitzgerald ordered re: producing indices and discuss how to respond to discovery requests (.3). | 3.90 Hrs | $819.00 |
| 10/17/02 | ARA | Per telephone call from RAM, search for, locate and review attic insulation bags; telephone call to RAM with information re: same (.4). Per RAM's request, review Grace directories for any reference to two people (1.5). | 1.90 Hrs | $152.00 |
| 10/18/02 | RAM | Telephone call from ARA re: personnel files she located for two Libby employees (.1). Telephone call from MTM re: what he told Turkewitz re: providing indices for ledgers that are produced (.1). Read and respond to emails from in-house counsel and Reed Smith attorney re: ZAI discovery requests (.2). | 0.40 Hrs | $84.00 |
| 10/18/02 | ARA | Per RAM's request, search workers compensation boxes for Vinion files (2.3). Quality control original documents re: science trial production (2.9). | 5.20 Hrs | $416.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/21/02 | RAM | Conference with MTM re: what has been done to date to respond to discovery requests (.1). Emails from/to Reed Smith attorney re: scheduling conference call re: discovery requests (.1). | 0.20 Hrs | $42.00 |
| 10/21/02 | MTM | Work on responses to 2nd interrogatories and document requests (4.1); conference with RAM re: same (.1). Telephone call to ARA re: documents requested in 2nd document request number 5 (.2). Receipt and review of additional disks from Holme Roberts to EPA (.1). Receipt and review of response letter to Turkewitz re: discovery issues (.2). Review files re: production of attic insulation bag photos, dates, etc. re: new discovery request (.3). Review of October 11 letter to plaintiffs enclosing disks and describing accompanying database (.1). | 5.10 Hrs | $918.00 |
| 10/21/02 | ARA | Conference with MTM re: documents to be obtained for plaintiffs. | 0.20 Hrs | $16.00 |
| 10/22/02 | RAM | Conference with MTM re: interrogatory concerning ZAI bags; read letter with examples of ZAI advertising (.1). Conference with MTM re: issue of providing indices to ledgers to Turkwitz (.1). | 0.20 Hrs | $42.00 |
| 10/22/02 | MTM | Continue to work on responses to 2nd discovery requests (.4); conference with RAM re: same (.1). Search office and offsite storage inventory for ledger box inventory sheets requested by plaintiff (.7); telephone call to Holme Roberts paralegal re: copies of documents identified by plaintiff during ledger review in Denver (.3); review Iron Mountain ledger index re: request for same from plaintiffs' counsel (.6); conference with RAM re: ledger index issue (.1); receipt and review of Iron Mountain (Denver) inventory from Holme Roberts paralegal (.3); telephone call to Reed Smith attorney re: ledger issue and discovery responses (.6). Letter to Reed Smith attorney re: discovery responses (.2). Telephone call to Iron Mountain in Denver re: inventories (.2). | 3.50 Hrs | $630.00 |
| 10/22/02 | ARA | Quality control and organize documents after production. | 2.00 Hrs | $160.00 |
| 10/23/02 | RAM | Conference call with in-house counsels, Reed Smith attorneys and MTM to discuss responses to discovery requests. | 1.10 Hrs | $231.00 |
| 10/23/02 | MTM | Receipt of examples of ledger inventory pages from Holme Roberts paralegal re: request from plaintiffs for complete set of same (.2). Work on discovery responses, set 2 (.3). Email to Holme Roberts attorney re: any work at Washington Research Center on Zonolite attic insulation re: new discovery request (.2); telephone call | 3.10 Hrs | $558.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | from plaintiffs' attorney re: issue of ledgers in Denver (.3); receipt and review of copy sets identified by plaintiffs during the review of Denver ledgers (.2); telephone call to Iron Mountain in Denver re: inventory issue (.1); conference call re: second discovery request with attorneys from Reed Smith, in-house counsel and RAM (1.6). Email to paralegal at Holme Roberts re: information on database from recently completed review for Cambridge ledgers requested by plaintiffs' counsel (.2). | | |
| 10/23/02 | ARA | Quality control and organize documents after production. | 2.00 Hrs | $160.00 |
| 10/24/02 | MTM | Review lists for various persons named in 2nd discovery requests to compile set of documents for in-house counsel (5.5). Telephone call to Iron Mountain in Denver re: use of box numbers from Iron Mountain New Hampshire inventories to access boxes as they are currently stored in Denver (.1); receipt of letter from plaintiffs' attorney re: Denver ledger issues (.1). Receipt and review of Montana DEQ memo re: DEQ's file review on Libby matter (.3). Letter to Plaintiffs' attorney re: Denver Iron Mountain ledger inventories (.2). | 6.20 Hrs | $1,116.00 |
| 10/27/02 | RAM | Select documents re: Winey, Ransone and J.H. Wilson to be obtained. | 1.80 Hrs | $378.00 |
| 10/28/02 | RAM | Telephone conferences with in-house counsel and paralegal re: when inventory will begin on Friday (.1); conference with MTM re: scope of inventory (.1); telephone conference with in-house counsel re: same (.1). | 0.30 Hrs | $63.00 |
| 10/28/02 | MTM | Telephone call from Iron Mountain Denver re: tracking of Iron Mountain New Hampshire box numbers for boxes as currently stored (.2); receipt and review of printout of Iron Mountain Denver's tracking system re: same (.3); letter to plaintiffs' counsel re: same (.2). Review lists of documents re: certain employees noted in discovery requests (.3); conference with ARA re: same (.2). Letter to plaintiffs' counsel re: copies from his first trip to Denver to review ledgers (.1); email to paralegal at Holme Roberts re: same (.1); conference with RAM re: ledger issues and vermiculite sample inventory project (.1). Review list of documents of former Grace employee re: second discovery requests (1.8). | 3.30 Hrs | $594.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/28/02 | ARA | Quality control and organize originals that plaintiffs reviewed during production (2.4). Discussion with MTM re: obtaining documents of several individuals listed by plaintiffs (.2); work with paralegal re: same (1.0). | 3.60 Hrs | $288.00 |
| 10/28/02 | EKL | Obtain documents requested by RAM. | 4.00 Hrs | $320.00 |
| 10/29/02 | RAM | Read Reed Smith's and Westbrook's letters re: discovery; note to MTM re: same. | 0.10 Hrs | $21.00 |
| 10/29/02 | MTM | Review five pallets of vermiculite samples in Cambridge re: upcoming detailed inventory (3.4); travel to and from Cambridge re: same (.3 - 1/2 time); telephone call from in-house paralegal at Grace in Cambridge re: certain materials (.2). Telephone call from Reed Smith attorney re: second discovery responses (.4); work on discovery responses re: same (.5). | 4.80 Hrs | $864.00 |
| 10/29/02 | ARA | Quality control and organize documents after production (5.1). Discuss and work with paralegal on document request project (.6). Telephone call from MTM re: second discovery request; discussion with paralegal re: same (.3). | 6.00 Hrs | $480.00 |
| 10/29/02 | EKL | Obtain documents requested by RAM. | 7.50 Hrs | $600.00 |
| 10/30/02 | DBM | Discussions with MTM re: search for documents for Turkewitz (.2); search for documents requested by plaintiffs (1.8). | 2.00 Hrs | $380.00 |
| 10/30/02 | MTM | Receipt and review of email from Reed Smith attorney and plaintiffs' response to Grace's October 18 letter offering to use work product capabilities at Winthrop Square on plaintiffs' behalf (.3); review file re: comments on same (2.1); conference with DBM re: issues relating to use of work product means to locate documents at Winthrop Square re: same (.2); telephone call to Reed Smith attorney re: same (.7). Work on response to plaintiffs' request for information on Cambridge ledgers including dead storage cards (.3). Receipt of copies of various checks in payment of copying invoices from plaintiffs in connection with prior document review at Winthrop Square and compare to invoices (.1); telephone call to in-house counsel re: plaintiffs' request for ledger indices and/or dead storage cards in Cambridge (.3). Telephone call to ARA re: paralegal assignments (.1); conference with DBM re: use of work product means to search for names and subjects in plaintiffs' October 29 letter (.2). | 4.30 Hrs | $774.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/30/02 | ARA | Search for and locate documents requested by RAM (1.1). Discussion with paralegal re: MTM's second discovery request project (.3). | 1.40 Hrs | $112.00 |
| 10/30/02 | EKL | Obtain documents requested by RAM (3.5). Obtain documents requested by MTM (4.0). | 7.50 Hrs | $600.00 |
| 10/31/02 | RAM | Conference with MTM with suggestions re: response to E. Westbrook's letter (.1) and re: paralegal assistance for in-house counsel in inventorying vermiculite samples in Cambridge (.1). Review documents re: 3 former employees to select documents for in-house counsel (1.5); send documents to in-house counsel (.1). | 1.80 Hrs | $378.00 |
| 10/31/02 | DBM | Search for documents requested by plaintiffs. | 3.30 Hrs | $627.00 |
| 10/31/02 | MTM | Work on response to second discovery requests (.4); conference with RAM re: same (.1); review ZAI bag at Winthrop Square re: request from plaintiffs for information on bags (.8). Review documents requested by plaintiffs in second document request no. 5 for privilege, responsiveness, etc. (2.3); telephone call to in-house paralegal re: possibly privileged documents (.1); receipt and review of list of documents re: second discovery requests (.5). Prepare for detailed inventory of vermiculite samples in Cambridge tomorrow with ARA re: same (2.0). | 6.20 Hrs | $1,116.00 |
| 10/31/02 | ARA | Meeting with MTM re: preparing for inventory of documents/items at Grace (Cambridge) (2.0). Telephone call from RAM requesting additional documents; locate same (.9). | 2.90 Hrs | $232.00 |
| | | TOTAL LEGAL SERVICES | | $17,744.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 10.30 Hrs | 210/hr | $2,163.00 |
| DONNA B. MACKENNA | 5.30 Hrs | 190/hr | $1,007.00 |
| MATTHEW T. MURPHY | 45.90 Hrs | 180/hr | $8,262.00 |
| ANGELA R. ANDERSON | 56.40 Hrs | 80/hr | $4,512.00 |
| EDWARD K. LAW | 22.50 Hrs | 80/hr | $1,800.00 |

David B. Siegel

|  | 140.40 Hrs | $17,744.00 |
|---|---|---|

TOTAL THIS BILL       $17,744.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 3, 2002

Bill Number  49291
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Through October 31, 2002

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/22/02 | To in-house counsel on 10/7/02 | 13.84 | |
| 10/22/02 | To Robert M Turkewitz from MTM on 10/2/02 | 51.73 | |
| 10/22/02 | To Robert M Turkewitz from MTM on 9/25/02 | 1,784.43 | |
| 10/22/02 | To Matthew T Murphy from John L Heberling on 9/27/02 | 136.61 | |
| | | | $1,986.61 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/18/02 | MERRILL CORPORATION - copies identified by plaintiffs team during week 2 at repository (partial invoice) plaintiffs to pay 1/2 | 1,010.00 | |
| | | | $1,010.00 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/01/02 | 2 copies. | 0.24 |
| 10/01/02 | 3 copies. | 0.36 |
| 10/10/02 | 3 copies. | 0.36 |
| 10/10/02 | 1 copy. | 0.12 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

PHOTOCOPYING

| | | |
|---|---|---:|
| 10/10/02 | 5 copies. | 0.60 |
| 10/15/02 | 1 copy. | 0.12 |
| 10/21/02 | 13 copies. | 1.56 |
| 10/22/02 | 6 copies. | 0.72 |
| 10/22/02 | 129 copies | 15.48 |
| 10/22/02 | 4 copies. | 0.48 |
| 10/23/02 | 16 copies. | 1.92 |
| 10/24/02 | 25 copies. | 3.00 |

$24.96

TELEPHONE

| | | | |
|---|---|---|---:|
| 08/26/02 | ARA | 3038660478 | 2.71 |
| 08/27/02 | ARA | 3038660478 | 6.77 |
| 08/28/02 | ARA | 3038660478 | 0.68 |
| 08/29/02 | ARA | 9174461698 | 0.68 |
| 08/29/02 | ARA | 9174461698 | 3.39 |
| 08/29/02 | ARA | 9174461698 | 4.06 |
| 08/30/02 | ARA | 5613621682 | 1.36 |
| 08/30/02 | ARA | 5613621682 | 0.68 |
| 09/05/02 | ARA | 5613621682 | 1.48 |
| 09/06/02 | ARA | 3038660478 | 5.16 |
| 09/09/02 | ARA | 5613621533 | 3.69 |
| 09/09/02 | ARA | 4122883131 | 0.74 |
| 09/09/02 | ARA | 4122883131 | 9.58 |
| 09/13/02 | ARA | 2122529700 | 6.64 |
| 10/01/02 | 357 | 4122883063 | 0.46 |
| 10/01/02 | 357 | 8432166509 | 0.46 |
| 10/07/02 | 357 | 4067527124 | 0.46 |
| 10/07/02 | 357 | 4067527124 | 0.46 |
| 10/07/02 | 357 | 4067527124 | 0.46 |
| 10/10/02 | 329 | 5613621533 | 1.24 |
| 10/10/02 | 329 | 5613621533 | 1.14 |
| 10/11/02 | 329 | 3035239020 | 0.44 |
| 10/11/02 | 357 | 5613621583 | 0.92 |
| 10/22/02 | 351 | 4122883063 | 0.92 |
| 10/23/02 | ARA | 3034178519 | 1.48 |
| 10/23/02 | ARA | 3034178519 | 1.48 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 10/23/02 | ARA | 3034178519 | 1.48 | |
| | | | | $59.02 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 10/29/02 | Rent and utilities for document repository at One Winthrop Square - October 2002 | 12,919.44 | |
| | | | $12,919.44 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 10/18/02 | RECORDKEEPER ARCHIVE - monthly storage fee (10/02) | 388.80 | |
| 10/25/02 | Reimbursed for outside photocopying by Richardson, Patrick, Westbrook & Brickman, LLC on 10/9/02 (Merrill Invoice #I52591) | -505.00 | |
| | | | $-116.20 |

TOTAL DISBURSEMENTS $15,883.83

TOTAL THIS BILL $15,883.83

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

December 3, 2002

Bill Number  49209
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through October 31, 2002

Re: Fee Applications, Applicant

## DISBURSEMENTS

FEDERAL EXPRESS

| | | |
|---|---|---|
| 10/22/02 | FEDERAL EXPRESS CORP - To Scotta McFarland from RAM on 10/7/02 | 12.55 |
| | | $12.55 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/07/02 | 98 copies. | 11.76 |
| 10/28/02 | 10 copies. | 1.20 |
| 10/28/02 | 5 copies. | 0.60 |
| | | $13.56 |

TELEPHONE

| | | | |
|---|---|---|---|
| 10/01/02 | 357 | 5613621583 | 1.85 |
| 10/01/02 | 357 | 5613621583 | 1.85 |
| | | | $3.70 |

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $29.81 |
| TOTAL THIS BILL | $29.81 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 3, 2002

Bill Number  49210
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Through October 31, 2002

Re: ZAI Science Trial

## DISBURSEMENTS

EXCESS POSTAGE

| | | |
|---|---|---|
| 10/28/02 | 3.85 | |
| | | $3.85 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/18/02 | MERRILL CORPORATION - 1 copy set of repository boxes Eaton 41 and NB2 for local counsel (produced to plaintiffs) | 1,291.26 | |
| 10/18/02 | MERRILL CORPORATION - copies of slides, audio and video tape identified by plaintiffs at Winthrop Square (plaintiffs to pay 1/2) | 509.78 | |
| 10/18/02 | MERRILL CORPORATION - copies of 11 boxes from Winthrop Square for plaintiff's atty (plaintiff to pay in full) | 6,600.90 | |
| | | | $8,401.94 |

PHOTOCOPYING

| | | |
|---|---|---|
| 10/07/02 | 8 copies. | 0.96 |
| 10/07/02 | 8 copies. | 0.96 |
| 10/07/02 | 10 copies. | 1.20 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

PHOTOCOPYING

| | | |
|---|---|---|
| 10/21/02 | 8 copies. | 0.96 |
| 10/28/02 | 5 copies | 0.60 |
| 10/29/02 | 3 copies. | 0.36 |
| 10/30/02 | 16 copies. | 1.92 |
| 10/30/02 | 7 copies. | 0.84 |
| 10/30/02 | 2 copies. | 0.24 |
| 10/30/02 | 2 copies. | 0.24 |
| 10/30/02 | 4 copies. | 0.48 |
| 10/31/02 | 2 copies. | 0.24 |
| 10/31/02 | 60 copies. | 7.20 |
| 10/31/02 | 49 copies. | 5.88 |
| 10/31/02 | 51 copies. | 6.12 |

$28.20

TELEPHONE

| | | | |
|---|---|---|---|
| 10/01/02 | ARA | 8437276673 | 1.48 |
| 10/07/02 | 357 | 8432166509 | 0.46 |
| 10/08/02 | 329 | 3038660478 | 0.64 |
| 10/08/02 | 329 | 4122883131 | 0.39 |
| 10/08/02 | 329 | 4122883131 | 0.55 |
| 10/10/02 | 329 | 8438342014 | 0.48 |
| 10/10/02 | 329 | 4122883131 | 0.57 |
| 10/17/02 | 308 | 4122884048 | 1.49 |
| 10/22/02 | 329 | 3038617000 | 1.51 |
| 10/28/02 | 357 | 8437276689 | 0.46 |

$8.03

MISCELLANEOUS

| | | |
|---|---|---|
| 10/25/02 | Reimbursed for 1/2 the cost of Merrill invoice #154148 by Richardson, Patrick, Westbrook & Brickman, LLC. | -6,600.90 |
| 10/25/02 | Reimbursed for 1/2 the cost of Merrill invoice #154416 by Richardson, Patrick, Westbrook & Brickman, LLC. | -254.89 |

$-6,855.79

David B. Siegel

|  | |
|---|---|
| TOTAL DISBURSEMENTS | $1,586.23 |
| TOTAL THIS BILL | $1,586.23 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young & Jones P.C., co-counsel for the

Debtors, in the above-captioned action, and that on the 16th day of December, 2002 she caused a

copy of the following document(s) to be served upon the attached service list(s) in the manner

indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:20485.30

1.    SUMMARY OF THE THIRTEENTH MONTHLY APPLICATION
OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL
LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM
OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002;

2.    FEE DETAIL FOR CASNER & EDWARD'S THIRTEENTH
MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER
1, 2002 THROUGH OCTOBER 31, 2002.

Dated: December 16, 2002

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 16th day of December, 2002

_Vanessa Q. Preston_
Notary Public
My Commission Expires: 03-21-04

91100-001\DOCS_DE:20485.30

-2-

Grace Fee Application Service List
Case Number:  01-1139 (JJF)
Document Number:  45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP