## **EXHIBIT C**
December Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: March 3, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE FIFTEENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Name of Applicant:                                    Casner & Edwards, LLP

Authorized to Provide Professional Services to:       W. R. Grace & Co., et al., Debtors and
                                                      Debtors-in-Possession

Date of Retention:                                    September 18, 2001,
                                                      effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:                              December 1, 2002 through
                                                      December 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $39,703.00   (80% = $31,762.40)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $26,001.22

This is an:    X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/10/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | Pending | Pending |

As indicated above, this is the fifteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 4.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $840.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Partner | 36 | Litigation | $210.00 | 10.20 | $2,142.00 |
| Donna B. MacKenna | Partner | 19 ½ | Litigation | $190.00 | 1.90 | $361.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $180.00 | 25.20 | $4,536.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $80.00 | 90.80 | $7,264.00 |
| Gary R. Bellinger | Temporary Paralegal | 2 | Litigation | $80.00 | 157.00 | $12,560.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $80.00 | 1.50 | $120.00 |
| Edward K. Law | Temporary Paralegal | 4 | Litigation | $80.00 | 159.00 | $12,720.00 |
| TOTALS | | | | | 445.60 | $39,703.00 |

**Total Fees:**    $39,703.00

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $0.00 | $2.89 |
| Postage | $19.16 | $0.00 |
| Other Delivery Services | $155.00 | $0.00 |
| Outside Photocopying | $136.90 | $520.93 |
| Photocopying ($.012/page) | $35.76 | $26.88 |
| Rent Reimbursement | $24,714.90 | $0.00 |
| Miscellaneous | $388.80 | $0.00 |
| SUBTOTAL | $25,450.52 | $550.70 |

**Total Expenses:**    $26,001.22

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 168.30 | $14,660.00 |
| Fee Applications, Applicant | 7.70 | $1,602.00 |
| ZAI Science Trial | 269.60 | $23,441.00 |
| Expenses | N/A | $25,450.52 |
| ZAI Science Trial Expenses | N/A | $550.70 |
| TOTALS | 445.60 | $65,704.22 |

Dated:  February 7, 2003

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/233269

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 3, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 7, 2003

Bill Number  51413
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through December 31, 2002

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/02/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.30 Hrs | $63.00 |
| 12/02/02 | ARA | Oversee wrap up of document review. | 3.70 Hrs | $296.00 |
| 12/02/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 12/02/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.20 Hrs | $16.00 |
| 12/03/02 | ARA | Oversee wrap up of document review. | 5.10 Hrs | $408.00 |
| 12/03/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 12/04/02 | RAM | Send email to Holme Roberts attorney asking if he received transcripts of D. Croce and F. Sankale's depositions. | 0.10 Hrs | $21.00 |
| 12/04/02 | MTM | Telephone call to ARA re: estimate of time necessary to complete document review projects (.2); meeting with ARA re: same (.9). | 1.10 Hrs | $198.00 |
| 12/04/02 | ARA | Oversee wrap up of document review (4.0). Telephone conference with MTM (.2) and meeting with MTM re: wind up of projects (.9); conferences with temporary paralegals re: same (.3). Discussion with temporary paralegal re: preparing documents to send to scanner (.4). | 5.80 Hrs | $464.00 |

David B. Siegel

| | | | | |
|---|---|---|---|---|
| 12/04/02 | GRB | Review 9 boxes of documents for production in  Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 12/05/02 | RAM | Conference with MTM re: in-house counsel's inquiry re: product tests (.1). Conference with MTM re: status of work being done by paralegals (.1). | 0.20 Hrs | $42.00 |
| 12/05/02 | MTM | Read email from in-house counsel re: product tests and conference with RAM re: same. | 0.10 Hrs | $18.00 |
| 12/05/02 | ARA | Organize documents and information re: wrap up of document review (6.5). Answer emails re: outside copier (.2). | 6.70 Hrs | $536.00 |
| 12/05/02 | GRB | Review 9 boxes of documents for production in  Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 12/06/02 | MTM | Telephone call from in-house counsel requesting personnel files for two Libby employees (.1); review file re: previous request for same personnel files (.1); review index to Libby personnel files at Winthrop Square re: employee's file (.2). | 0.40 Hrs | $72.00 |
| 12/06/02 | ARA | Organize documents and information re: wrap up of document review (5.2). Per MTM's request, search for Libby personnel file (1.1); arrange to have it copied for in-house counsel (.3). | 6.60 Hrs | $528.00 |
| 12/06/02 | GRB | Review 9 boxes of documents for production in  Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 12/09/02 | RAM | Read updated entries on bankruptcy court's docket to select documents to read. | 0.10 Hrs | $21.00 |
| 12/09/02 | MTM | Receipt and review of copies of personnel files for 2 Libby employees; letter to in-house counsel re: same (.1). Receipt and review of email from Holme Roberts attorney with attached letter from EPA concerning their questions regarding Grace's trade secret claims on certain documents (.3); receipt of reply from Grace employee re: same (.1); telephone call from ARA re: pulling a particular box at Winthrop Square to determine if certain contents are trade secret (.2); review that box at Winthrop Square re: same (.3). | 1.00 Hrs | $180.00 |
| 12/09/02 | ARA | Oversee wrap up of document review (4.5). Per MTM's request, locate box of documents re: trade secret issue (.3); discussion with temporary paralegal re: same (.1); telephone call to MTM re: same (.1) | 5.00 Hrs | $400.00 |
| 12/09/02 | GRB | Review 9 boxes of documents for production in  Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 12/09/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 12/10/02 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $21.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/10/02 | MTM | Review materials to return to Cambridge from Winthrop Square (advertising materials, plant boxes) (1.2). Conference with ARA re: completion of review of 9 Cambridge boxes (.1); email to Reed Smith paralegal re: same (.2). | 1.50 Hrs | $270.00 |
| 12/10/02 | ARA | Prepare documents to ship for scanning (.6). Oversee wrap up of document review (5.3). | 5.90 Hrs | $472.00 |
| 12/10/02 | GRB | Review 9 boxes of documents for production in Chapter 11 cases and to the EPA. | 8.00 Hrs | $640.00 |
| 12/10/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.70 Hrs | $56.00 |
| 12/11/02 | RAM | Conference with MTM re: labeling of vermiculite samples in Cambridge. Email to Holme Roberts attorney re: Croce and Sankale depositions. | 0.10 Hrs | $21.00 |
| 12/11/02 | MTM | Telephone call from in-house counsel re: vermiculite sample inventory (.2); telephone call to D. Croce re: access to vermiculite samples in Cambridge re: same (.1); review samples and revise inventory re: same (1.0). | 1.30 Hrs | $234.00 |
| 12/11/02 | ARA | Review plant box indices from Cambridge and determine where they will go (2.0). Oversee shipment of documents to Onsite for scanning (.4). Oversee wrap up of document review (3.5). | 5.90 Hrs | $472.00 |
| 12/11/02 | GRB | Prepare EPA project documents for Federal Express shipment to On-Site for scanning. | 5.00 Hrs | $400.00 |
| 12/12/02 | MTM | Finalize vermiculite sample inventory (.5); email same to in-house counsel and D. Curreri at Cambridge (.5); draft letter to in-house counsel re: same (.1). | 1.10 Hrs | $198.00 |
| 12/12/02 | ARA | Prepare inventory for plant box indices that need to be returned to Cambridge (1.5); discussion with MTM re: same (.1). Oversee wrap up of document review (3.3); discussion with paralegal re: same (.3); discussion with MTM re: same (.1). | 5.30 Hrs | $424.00 |
| 12/12/02 | GRB | Quality control list of approximately 1300 boxes of documents at Cambridge. | 8.00 Hrs | $640.00 |
| 12/13/02 | MTM | Conference with paralegals at Winthrop Square re: sending various box inventory sheets to Holme Roberts (.1). Review revised Cambridge inventory re: document review wind up (.2). | 0.30 Hrs | $54.00 |
| 12/13/02 | GRB | Quality control list of approximately 1300 boxes of documents at Cambridge. | 6.00 Hrs | $480.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/17/02 | RAM | Read updated entries on bankruptcy court docket to select documents to read. | 0.10 Hrs | $21.00 |
| 12/17/02 | MTM | Review revised inventory of certain Cambridge documents re: document review wind-up. | 0.60 Hrs | $108.00 |
| 12/17/02 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 12/18/02 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $21.00 |
| 12/18/02 | MTM | Review inventory for additional Cambridge unscannable boxes (.8); telephone call to paralegal at Winthrop Square re: listing all unscannable boxes at that location (.2); email to Holme Roberts paralegal requesting information on unscannable material boxes (.5). | 1.50 Hrs | $270.00 |
| 12/18/02 | ARA | Locate inventories re: cross-referencing list for Holme Roberts (.5). Oversee wrap up of document review (3.9). | 4.40 Hrs | $352.00 |
| 12/18/02 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.40 Hrs | $32.00 |
| 12/19/02 | ARA | Oversee wrap up of document review. | 3.20 Hrs | $256.00 |
| 12/20/02 | RAM | Telephone conference with in-house counsel re: ruling in Libby EPA case. | 0.10 Hrs | $21.00 |
| 12/20/02 | ARA | Oversee wrap up of document review. | 5.20 Hrs | $416.00 |
| 12/23/02 | MTM | Telephone call from ARA re: search for Holme Roberts master document review binder re: wind-up of project. | 0.20 Hrs | $36.00 |
| 12/23/02 | ARA | Answer MTM's questions re: Holme Roberts records re: document production (.2) and telephone calls to/from Holme Roberts paralegal re: same (.1); search for and locate records (.5). Oversee wrap up of document review (4.0). | 4.80 Hrs | $384.00 |
| 12/24/02 | ARA | Oversee wrap up of document review. | 2.50 Hrs | $200.00 |
| 12/26/02 | ARA | Oversee wrap up of document review. | 5.50 Hrs | $440.00 |
| 12/27/02 | ARA | Oversee wrap up of document review. | 4.90 Hrs | $392.00 |
| 12/30/02 | RAM | Read selected documents filed in bankruptcy court (.9). Read email from Holme Roberts attorney requesting I get copies of Croce's and Sankale's deposition transcripts (.1). | 1.00 Hrs | $210.00 |

TOTAL LEGAL SERVICES                   $14,660.00

David B. Siegel

Re: Litigation and Litigation Consulting

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.20 Hrs | 210/hr | $462.00 |
| MATTHEW T. MURPHY | 9.10 Hrs | 180/hr | $1,638.00 |
| ANGELA R. ANDERSON | 80.50 Hrs | 80/hr | $6,440.00 |
| GARY R. BELLINGER | 75.00 Hrs | 80/hr | $6,000.00 |
| MARCI E. VANDERHEIDE | 1.50 Hrs | 80/hr | $120.00 |
| | 168.30 Hrs | | $14,660.00 |

TOTAL THIS BILL    $14,660.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 5, 2003

Bill Number  51388
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through December 31, 2002

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/03/02 | RAM | Telephone conferences with client that October fee application is OK (.1); calculate time spent in preparing application (.2); prepare format for fee application to be sent to Delaware counsel for filing (.6). | 0.90 Hrs | $189.00 |
| 12/04/02 | RAM | Finalize October fee application and send it to Delaware counsel for filing. | 0.20 Hrs | $42.00 |
| 12/28/02 | RAM | Work on November fee application. | 2.60 Hrs | $546.00 |
| 12/29/02 | RAM | Work on November fee application. | 1.00 Hrs | $210.00 |
| 12/30/02 | RAM | Conference with MTM with questions re: work being done by paralegals (.2). Work on November fee application (1.0). | 1.20 Hrs | $252.00 |
| 12/30/02 | MTM | Work on answering RAM's questions re: paralegals' time entries for November. | 0.50 Hrs | $90.00 |
| 12/31/02 | RAM | Work on November fee application. | 1.30 Hrs | $273.00 |

David B. Siegel

|  |  |  | TOTAL LEGAL SERVICES | $1,602.00 |
|--|--|--|--|--|

**LEGAL SERVICES SUMMARY**

| | | | | |
|--|--|--|--|--|
| ROBERT A. MURPHY | 7.20 Hrs | 210/hr | $1,512.00 | |
| MATTHEW T. MURPHY | 0.50 Hrs | 180/hr | $90.00 | |
| | 7.70 Hrs | | $1,602.00 | |

|  |  | TOTAL THIS BILL | $1,602.00 |
|--|--|--|--|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 5, 2003

Bill Number  51389
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## LEGAL SERVICES

Through December 31, 2002

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/02/02 | MTM | Telephone call to ARA re: status of locating documents for plaintiffs. | 0.10 Hrs | $18.00 |
| 12/02/02 | ARA | Telephone call from MTM re: progress on locating documents for plaintiffs (.1); discussion with temporary paralegal (.2) and telephone call to MTM re: same (.1). | 0.40 Hrs | $32.00 |
| 12/02/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/03/02 | ARA | Oversee locating of original documents re: agreement with plaintiffs to produce documents, per MTM. | 0.50 Hrs | $40.00 |
| 12/03/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/04/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/05/02 | ARA | Discussion with temporary paralegal re: status of locating documents re: agreement with plaintiffs (.2); telephone call to MTM re: same (.1) | 0.30 Hrs | $24.00 |
| 12/05/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/06/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/09/02 | MTM | Receipt and review of emails from Reed Smith paralegal re: hazard evaluation file requested in 3rd document request (.2); review list of boxes in Cambridge re: same (.2); telephone call from Reed Smith paralegal re: same (.1); receipt and review of email from Holme Roberts paralegal re: location of certain boxes in Cambridge re: same (.2) | 0.70 Hrs | $126.00 |
| 12/09/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/10/02 | RAM | Read emails re: searches for "ZAI Hazard Evaluation" file. | 0.10 Hrs | $21.00 |
| 12/10/02 | MTM | Telephone call to ARA re: reviewing inventory in Cambridge for box which may contain a vermiculite hazard evaluation file requested in 3rd document request (.2); telephone call to D. Curreri re: same (.3); email to Reed Smith paralegal, Holme Roberts paralegal and Holme Roberts attorney re: same (.4). | 0.90 Hrs | $162.00 |
| 12/10/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/11/02 | MTM | Receipt and review of email from Onsite re: 9 new boxes (.1); telephone call to ARA re: same (.1); draft letter and email to Onsite re: same (.1). Review certain box of documents at Cambridge re: 3rd document request (2.0); travel to Cambridge re: same (.3 at 1/2 time). | 2.60 Hrs | $468.00 |
| 12/11/02 | ARA | Discussion with temporary paralegal re: status of locating documents per agreement with plaintiffs (.2); assist in locating documents re: same (.6). | 0.80 Hrs | $64.00 |
| 12/11/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/12/02 | RAM | Conference with MTM re: search at Cambridge for documents re: hazard evaluation; discuss where else searches could be made. | 0.20 Hrs | $42.00 |
| 12/12/02 | DBM | Search for certain documents and file folders re: "hazard evaluation". | 1.90 Hrs | $361.00 |
| 12/12/02 | MTM | Review list of certain files re: 3rd document requests (1.6); conference with DBM re: same and additional search for hazard evaluation files (.1); conference with RAM re: same (.2); receipt and review of list of documents re: "hazard evaluation" (1.0). | 2.90 Hrs | $522.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/12/02 | ARA | Discussion with temporary paralegal re: status of locating documents per agreement with plaintiffs (.3); discussion with MTM re: same (.1). | 0.40 Hrs | $32.00 |
| 12/12/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/13/02 | MTM | Check list of "hazard evaluation" documents against contents of file found earlier re: response to 3rd document request (.4). Review vermiculite sample inventory re: call to D. Curreri (1.0); telephone call to D. Curreri re: same (.3). Telephone call from Reed Smith attorney re: response to 3rd document request (.3); conference with paralegal at Winthrop Square re: status of document project (.1). | 2.10 Hrs | $378.00 |
| 12/13/02 | GRB | Prepare science trial documents for copying by Merrill. | 2.00 Hrs | $160.00 |
| 12/13/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/16/02 | RAM | Review response to 3rd request for production (.1); conference with MTM re: same (.1); review revised response (.1); review documents re: response (.2). | 0.50 Hrs | $105.00 |
| 12/16/02 | MTM | Receipt and review of draft response to 3rd document request (.2); telephone call to Reed Smith attorney re: same (.2); letter to Reed Smith attorney re: same (.2). Telephone call to paralegal at Winthrop Square re: approximate number of attic insulation related documents in 9 new boxes from Cambridge (.2). Email to all re: revised response to 3rd document request (.3); conference with RAM re: same (.1); telephone call to Reed Smith attorney re: same and review of documents possibly related to hazard evaluation (.2); draft additional changes to response to 3rd document request (.4); review documents re: hazard evaluation request (1.1). | 2.90 Hrs | $522.00 |
| 12/16/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/16/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/17/02 | MTM | Receipt and review of revised draft response to 3rd document request. | 0.10 Hrs | $18.00 |
| 12/17/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/17/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/18/02 | ARA | Search for and locate original documents re: agreement with plaintiffs (.8); conference with temporary paralegal re: same (.2); quality control documents (.3). | 1.30 Hrs | $104.00 |
| 12/18/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/18/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/19/02 | MTM | Receipt of email from Reed Smith attorney re: request from plaintiffs' counsel for index to microfilm (.2); review file re: document production last fall to plaintiffs re: same (.9); telephone call to Holme Roberts attorney and paralegal re: same (.2); telephone call to Reed Smith attorney re: same (.3). | 1.60 Hrs | $288.00 |
| 12/19/02 | ARA | Prepare documents to be copied by outside copy service for plaintiffs. | 2.80 Hrs | $224.00 |
| 12/19/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/20/02 | MTM | Receipt and review of email from Reed Smith attorney re: revised draft response to letter from plaintiffs' counsel seeking indexes to microfilm (.3); telephone call to Reed Smith attorney re: same (.1). | 0.40 Hrs | $72.00 |
| 12/20/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/20/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/23/02 | MTM | Telephone call to Holme Roberts paralegal re: review of certain documents re: response to letter from plaintiffs' counsel (.2); revise draft response letter re: same (.3). Receipt and review of as-filed response to 3rd document request and 2nd request for admission (.1). Telephone call to Reed Smith attorney re: revised response to letter from plaintiffs' counsel re: microfilm (.1). | 0.70 Hrs | $126.00 |
| 12/23/02 | ARA | Answer temporary paralegal's questions re: locating original documents for plaintiffs (.2) and assist in locating documents (.7). | 0.90 Hrs | $72.00 |
| 12/23/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/23/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/24/02 | ARA | Locate documents to produce to plaintiffs. | 1.00 Hrs | $80.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/24/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/24/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/26/02 | ARA | Conferences with temporary paralegal re: status of obtaining documents per agreement with plaintiffs. | 0.90 Hrs | $72.00 |
| 12/26/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/27/02 | ARA | Arrange for documents to be copied by Merrill Corp for plaintiffs (.5). Discussion with temporary paralegal how to locate certain documents to be produced to plaintiffs per agreement (.5). | 1.00 Hrs | $80.00 |
| 12/27/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/27/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/30/02 | MTM | Receipt and review of letter from Reed Smith attorney to plaintiffs' attorney re: microfilm indexes (.1). Receipt of email from paralegal at Holme Roberts re: unscannable box information and response to my prior questions (.5). | 0.60 Hrs | $108.00 |
| 12/30/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/30/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/31/02 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 12/31/02 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 7.00 Hrs | $560.00 |

TOTAL LEGAL SERVICES $23,441.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.80 Hrs | 210/hr | $168.00 |
| DONNA B. MACKENNA | 1.90 Hrs | 190/hr | $361.00 |
| MATTHEW T. MURPHY | 15.60 Hrs | 180/hr | $2,808.00 |
| ANGELA R. ANDERSON | 10.30 Hrs | 80/hr | $824.00 |
| GARY R. BELLINGER | 82.00 Hrs | 80/hr | $6,560.00 |
| EDWARD K. LAW | 159.00 Hrs | 80/hr | $12,720.00 |

David B. Siegel

|  |  |
|---|---|
| 269.60 Hrs | $23,441.00 |

TOTAL THIS BILL     $23,441.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 5, 2003

Bill Number  51390
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through December 31, 2002

EXCESS POSTAGE                                                          $18.33

OTHER DELIVERY SERVICES

| 12/11/02 | WALSH MOVERS INC. - shipment of 9 boxes of documents from Cambridge to WSQ for review | 155.00 | |
| | | | $155.00 |

OUTSIDE PHOTOCOPYING

| 12/10/02 | MERRILL CORPORATION - two extra copy sets of documents from product binders requested by in-house counsel for Sealed Air expert (11/13/02) | 77.91 | |
| 12/10/02 | MERRILL CORPORATION - copies of documents from product binders per request of in-house counsel re: Sealed Air expert. | 58.99 | |
| | | | $136.90 |

PHOTOCOPYING

| 12/02/02 | 3 copies. | 0.36 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through December 31, 2002

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 12/03/02 | 17 copies. | 2.04 | |
| 12/09/02 | 2 copies. | 0.24 | |
| 12/12/02 | 161 copies. | 19.32 | |
| 12/18/02 | 16 copies. | 1.92 | |
| | | | $23.88 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 12/02/02 | Rent and utilities for document repository at One Winthrop Square - November 2002 | 12,396.17 | |
| 12/31/02 | Rent and utilities for document repository at One Winthrop Square - December 2002 | 12,318.73 | |
| | | | $24,714.90 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 12/06/02 | RECORDKEEPER ARCHIVE- monthly storage fee (12/02) | 388.80 | |
| | | | $388.80 |

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS | | $25,437.81 |
| TOTAL THIS BILL | | $25,437.81 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

February 5, 2003

Bill Number  51391
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through December 31, 2002

| | |
|---|---:|
| EXCESS POSTAGE | $0.83 |

PHOTOCOPYING

| | | |
|---|---:|---:|
| 12/04/02   99 copies. | 11.88 | |
| | | $11.88 |
| TOTAL DISBURSEMENTS | | $12.71 |
| TOTAL THIS BILL | | $12.71 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

February 5, 2003

Bill Number  51392
File Number  0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## DISBURSEMENTS

Through December 31, 2002

| | | |
|---|---|---|
| TELEPHONE | | $2.89 |

OUTSIDE PHOTOCOPYING

| 12/05/02 | MERRILL CORPORATION - copies of documents for production to plaintiffs | 49.35 | |
| 12/10/02 | MERRILL CORPORATION - Documents to be sent to in-house counsel (11/6/02) | 42.45 | |
| 12/10/02 | MERRILL CORPORATION - extra copy set of RPD response #3 and #5 requested by Reed Smith attorney (11/13/02) | 116.59 | |
| 12/10/02 | MERRILL CORPORATION - 2 copies of Response #3 to Second Request for Production of Documents for Reed Smith attorney (11/12/02) | 162.16 | |
| 12/10/02 | MERRILL CORPORATION - 2 copies of response # 5 to second request for production of documents for Reed Smith attorney (11/12/02) | 150.38 | |
| | | | $520.93 |

PHOTOCOPYING

| 12/04/02 | 2 copies. | 0.24 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through December 31, 2002

PHOTOCOPYING

| | | |
|---|---|---|
| 12/12/02 | 96 copies. | 11.52 |
| 12/12/02 | 2 copies. | 0.24 |
| 12/16/02 | 103 copies. | 12.36 |
| 12/30/02 | 3 copies. | 0.36 |
| 12/31/02 | 18 copies. | 2.16 |

$26.88

TOTAL DISBURSEMENTS           $550.70

TOTAL THIS BILL           $550.70

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                         )        Chapter 11
                                               )
W. R. GRACE & CO., et al.,[1]                  )        Case No. 01-1139 (JKF)
                                               )        Jointly Administered
                      Debtors.                 )

### AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 11th day of February, 2003

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

> 1.    SUMMARY OF THE FIFTEENTH MONTHLY APPLICATION OF
>       CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES
>       AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
>       COUNSEL TO DEBTORS FOR THE PERIOD FROM DECEMBER 1,
>       2002 THROUGH DECEMBER 31, 2002; and

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.   FEE DETAIL FOR CASNER & EDWARDS, LLP'S MONTHLY
FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002
THORUGH DECEMBER 31, 2002.

Dated: February 11, 2003

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 11th day of February, 2003

_____
Notary Public
My Commission Expires: 03-21-04

91100-001\DOCS_DE:20485.30

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

VERIFICATION PURSUANT TO DEL.BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Robert A. Murphy, Esquire, verify as follows:

1.       I am Senior Counsel with the applicant firm, Casner & Edwards, LLP ("Casner") and have been admitted to the Bar of the Commonwealth of Massachusetts since 1966. Casner has rendered professional services in these Chapter 11 cases as Special Litigation Counsel.

2.       I have read the foregoing application of Casner for compensation and reimbursement of expenses (the "Fifth Quarterly Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fifth Quarterly Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, Local Rule 2016-2, the Federal Rules of Bankruptcy Procedure, this Bankruptcy Court and the Executive Office for the United States Trustees.


I verify under penalty of perjury that the foregoing is true and correct.

Executed on: February 13, 2003

_Robert A. Murphy_
Robert A. Murphy

52000.57/233605