IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 14th day of February 2003, I

caused a copy of the following document to be served on the individuals on the attached service

lists in the manner indicated:

      1.    **NOTICE OF FILING OF QUARTERLY INTERIM FEE APPLICATION; AND**

      2.    **QUARTERLY VERIFIED FEE APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPNESES AS SPECIAL LITIGATION COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SEVENTH INTERIM PERIOD FROM OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002.**

Paula A. Galbraith (DE Bar No. 4258)