# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF AMENDMENTS AND SUPPLEMENTS TO DEBTORS' SCHEDULES AND STATEMENTS

**PLEASE TAKE NOTICE** that on February 11, 2003 the following amendments and supplements (together, the "Amendments and Supplements") to Schedule F of the respective debtor's Schedules of Assets and Liabilities were filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Wilmington Delaware, 19801:

- *Supplements to Schedule "F" of the Schedules of Assets and Liabilities for Darex Puerto Rico, Inc.*
- *Supplements to Schedule "F" of the Schedules of Assets and Liabilities for W. R. Grace & Co.-Conn.*
- *Amended Schedules. Amendments to Schedule "F" of the Schedules of Assets and Liabilities for W. R. Grace & Co.-Conn.*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

- *Supplements to Schedule "F" of the Schedules of Assets and Liabilities for Remedium Group, Inc.*

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments or Supplements and who disagree with the amount and/or classification of liability set forth in the Amendments or Supplements may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim for Asbestos Property Damage Claims, Medical Monitoring Claims and Non-Asbestos Claims against the Debtors has been set by the Bankruptcy Court as **March 31, 2003** at 4:00 p.m. Eastern Time. To obtain a claim form you must contact Rust Consulting, Inc., the Claims Processing Agent, toll-free at **1-800-432-1909** or visit the Grace chapter 11 website at **www.graceclaims.com** to request a claim form.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments or Supplements and who fails to file a proof of claim prior to the Bar Date will be bound by the classification and/or amount of liability set forth in the Amendments or Supplements.

**PLEASE TAKE FURTHER NOTICE** that if you have any questions regarding the Amendments or Supplements you should contact Bankruptcy Management Corporation at (888) 909-0100.

91100-001\DOCS_DE:64705.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Bankr. P. 1009 and Rule 1009-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the following entities have been served with a copy of the Amendments and Supplements: (i) those parties who are affected by the Amendments or Supplements; and (ii) the office of the United States Trustee.

Wilmington, Delaware
Dated: February 14, 2003

KIRKLAND & ELLIS
James H.M. Sprayregen P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200 (fax)

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*Paula A. Galbraith*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100
(302) 652-4400 (fax)
Co-Counsel for the Debtors and Debtors in Possession