# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE FEE PERIOD JULY 1, 2002 THROUGH SEPTEMBER 30, 2002[2]

### EXPENSES FOR THE FEE PERIOD OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

Engagement Costs -- NY Superfund Action

| | | |
|---|---|---:|
| 08/15/02 | A.M. BEST Publication for insurance info. for reply brief. | 227.30 |
| | Computer Assisted Research | 18.29 |
| | Document Access Facility -- Annex -- October 2002 | 2864.00 |
| | Duplicating | 9.52 |
| | Facility Copying Expense | 398.02 |
| | Telephone | 3.99 |
| | Matter Total Engagement Cost | 3,521.12 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| | Duplicating | 71.54 |
| | Express Delivery | 19.10 |
| | Travel and Miscellaneous Expense | -96.00 |
| | Matter Total Engagement Cost | -5.36 |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 10/17/02 | PD TRAVEL EXPENSES TO JERSEY CITY NJ; RGR; CK# 240891 | 12.00 |
| 10/29/02 | Paid Robert Cirillo for preparation of transcript of unofficial opinion #10501 S#3716 | 954.20 |
| 10/30/02 | Deposit for trial decision transcript #10501 S#3711 | 300.00 |
| | Duplicating | 55.02 |
| | Telephone | 7.98 |
| | Matter Total Engagement Cost | 1,329.20 |

Engagement Costs – Intercat Inc. et al.

---

[2] Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications.

55

|  |  |
|---|---:|
| Computer Assisted Research | 66.59 |
| Matter Total Engagement Cost | 66.59 |

Engagement Costs -- Prudential, et al.

|  |  |
|---|---:|
| Duplicating | 65.94 |
| Matter Total Engagement Cost | 65.94 |

Engagement Costs -- Tahari, Ltd.

|  |  |
|---|---:|
| Duplicating | 287.28 |
| Express Delivery | 65.12 |
| Telephone | 10.37 |
| Matter Total Engagement Cost | 362.77 |

## EXPENSES FOR THE FEE PERIOD
## NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

Engagement Costs -- Weja, Inc.

|  |  |
|---|---:|
| Computer Assisted Research | 61.41 |
| Duplicating | 175.14 |
| Express Delivery | 104.13 |
| Postage | 4.29 |
| Telephone | 53.93 |
| 11/21/02 Payment for option transcript rendered 10/18/02 | 108.00 |
| 11/26/02 Deposit for trial decision transcript | -300.00 |
| Travel and Miscellaneous Expense | 28.56 |
| Vendor: Paid Investigative Consultants Int'l | 777.20 |
| Matter Total Engagement Cost | 1,012.66 |

Engagement Costs -- Chapter 11 Administration

|  |  |
|---|---:|
| Duplicating | 179.90 |
| Express Delivery | 17.58 |
| Matter Total Engagement Cost | 197.48 |

Engagement Costs -- NY Superfund Action

| | |
|---|---|
| Computer Assisted Research | 596.77 |
| Document Access Facility – Annex -- November 2002 | 2864.00 |
| Duplicating | 99.68 |
| Express Delivery | 42.32 |
| Facility Copying Expense | 20.02 |
| Telephone | 7.41 |
| Travel and Miscellaneous Expense | 24.00 |
| Matter Total Engagement Cost | 3,654.20 |

Engagement Costs – Prudential, et al.

| | |
|---|---|
| Express Delivery | 24.74 |
| Matter Total Engagement Cost | 24.74 |

Engagement Costs -- Lampetr Joint Venture/WRG

| | |
|---|---|
| Telephone | 31.92 |
| Matter Total Engagement Cost | 31.92 |

Engagement Costs -- Landfill Closure Issues (Gloucester)

| | |
|---|---|
| Telephone | 0.57 |
| Matter Total Engagement Cost | 0.57 |

Engagement Costs -- Tahari, Ltd.

| | |
|---|---|
| Duplicating | 0.98 |
| Express Delivery | 40.72 |
| File memo of law for Tahari | 9.00 |
| Telephone | 1.14 |
| Travel and Miscellaneous Expense | 7.50 |
| Matter Total Engagement Cost | 59.34 |

# EXPENSES FOR THE FEE PERIOD
## DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 11/19/02 | PD AMEX FOR TRAVEL EXPENSES; AJM; CK# 242450 | 30.00 |
| 11/19/02 | PD AMEX FOR TRAVEL EXPENSES MIAMI FL; AJM; CK# 242450 | 302.00 |
| 11/20/02 | PD UPS TO WILMINGTON DE; KMJ; CK# 242218 | 10.78 |
| 11/25/02 | PD TRAVEL EXPENSE;AJM;CK# 242829 | 72.95 |
| 12/09/02 | PD UPS TO WILMINGTON DE; KMJ; CK# 242698 | 7.74 |
| | Duplicating | 25.48 |
| | Telephone | 2.70 |
| | **Matter Total Engagement Cost** | **451.65** |

Engagement Costs – Intercat, Inc. et al.

| | |
|---|---:|
| Computer Assisted Research | 43.75 |
| **Matter Total Engagement Cost** | **43.75** |

Engagement Costs – Lampetr Joint Venture

| | | |
|---|---|---:|
| 11/18/02 | PD UPS TO MINEOLA NY; CJS; CK# 242218 | 7.74 |
| 12/13/02 | PD UPS TO MINEOLA NY;JPS;CK# 242698 | 7.74 |
| | Duplicating | 34.02 |
| | Postage | 9.03 |
| | Telephone | 6.48 |
| | **Matter Total Engagement Cost** | **65.01** |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 08/05/02 | Paid HCK#151019 to Clerk of the Court for filing fee, #10507, S#3399 | 35.00 |
| 12/02/02 | PD UPS TO WINSLOW NJ; JPS; CK# 242822 | 7.74 |
| 12/07/02 | PD UPS TO SWEDESBORO NJ;JPS;CK# 242822 | 10.00 |
| | Postage | 5.67 |

|  |  |  |
|---|---|---:|
|  | Telephone | 10.12 |
|  | Matter Total Engagement Cost | 68.53 |

Engagement Costs – NY Superfund Action

| Date | Description | Amount |
|---|---|---:|
| 11/19/02 | PD UPS TO NYC; BEM; CK# 242218 | 7.74 |
| 11/19/02 | PD UPS TO NYC; MEW; CK# 242218 | 7.74 |
| 11/29/02 | PD UPS TO LONG BEACH NY; MEW; CK# 242387 | 41.25 |
| 12/05/02 | PD UPS TO COLUMBIA MD; AJM; CK# 242822 | 7.74 |
| 12/05/02 | PD UPS TO BOCA RATON FL; AJM; CK# 242822 | 9.26 |
| 12/31/02 | Document Access Facility – Annex – December 2002 | 2864.00 |
|  | Duplicating | 24.08 |
|  | Telephone | 3.42 |
|  | Matter Total Engagement Cost | 2,965.23 |