# EXHIBIT "A"

**EXHIBIT A**

Seventeenth Monthly Fee Application for the Period

October 1, 2002 through October 31, 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Objection Deadline: March 6, 2003 at 4:00 p.m. |

**SEVENTEENTH APPLICATION OF THE BLACKSTONE GROUP L.P.,
AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
DURING THE PERIOD OF OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

Name of Applicant:                                   THE BLACKSTONE GROUP L.P.

Authorized to Provide
Professional Services to:                            Debtors

Date of Retention Order:                             June 22, 2001, effective April 2, 2001

Period for which compensation and
reimbursement is sought:                             October 1, 2002 – October 31, 2002

| Amount of Compensation sought as actual, reasonable and necessary: | Total $175,000.00 | Less Holdback (@ 20%) $35,000.00 |
|---|---|---|

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:          $1,848.24

This is a __x__ monthly ___ interim      ____ final application

The total time expended for fee application preparation is approximately 4 hours and the
corresponding compensation requested is $0.00.

JDA0003

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | -- | -- |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | -- | -- |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | -- | -- |

JDA0003



The **Blackstone** Group®

February 13, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Advisory fee for the period October 1, 2002 through October 31, 2002:            $            175,000.00

Less a 20% holdback pursuant to the Court's Administrative Order:                                (35,000.00)

Out-of-pocket expenses for the period through October 31, 2002:[1]

| | | |
|---|---|---|
| Travel | 390.65 | |
| Meals | 614.07 | |
| Research | 813.73 | |
| Communications | 29.64 | |
| Photocopying | 0.15 | 1,848.24 |

**Total Due**                                                            $            **141,848.24**

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 3002-T

---

[1] Expenses incurred, but not yet processed due to timing differences will
   be billed at a later date.

**The Blackstone Group L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Expense Summary Processed**
**Through October 31, 2002**
**Invoice No. 3002-T**

|  | GL Detail Oct-02 | | Total Expenses |
|---|---|---|---|
| Car Services - Elite | $ | 60.15 | $ 60.15 |
| Local Travel | | 231.50 | 231.50 |
| Railroad Travel | | 99.00 | 99.00 |
| Meals | | 614.07 | 614.07 |
| Research - Sec Data | | 802.88 | 802.88 |
| Research - Online D/B (PACER) | | 10.85 | 10.85 |
| Federal Express | | 29.64 | 29.64 |
| Photocopying | | 0.15 | 0.15 |
| **Total Expenses** | **$** | **1,848.24** | **$ 1,848.24** |

| | | |
|---|---|---|
| **Travel** | **$** | **390.65** |
| **Meals** | | **614.07** |
| **Research** | | **813.73** |
| **Communications** | | **29.64** |
| **Photocopying** | | **0.15** |
| **Total Expenses** | **$** | **1,848.24** |

**W.R. Grace & Co.**
**Expense Detail Processed**
**Through October 31, 2002**
**Invoice No. 3002-T**

### Car Services
#### Elite

| | | | | |
|---|---|---|---|---|
| Publishing Services - Yoon (late night car home from Blackstone) | 08/22/02 | 60.15 | | |
| | **Subtotal - Car Services** | | $ | 60.15 |

### Local Travel

| | | |
|---|---|---|
| Blechman (taxi home from Blackstone) | 09/04/02 | 5.00 |
| Blechman (taxi from Amtrak station to Marriot Hotel in Washington, D.C.) | 10/08/02 | 7.00 |
| Blechman (taxi from WRG to Amtrak Station in Washington, D.C.) | 10/10/02 | 35.00 |
| Jishi (taxi from/to home to/from Blackstone) | 08/03/02 | 19.00 |
| Jishi (taxi home from Blackstone) | 09/16/02 | 4.00 |
| Zilly (taxi home from Penn Station) | 07/22/02 | 6.50 |
| Zilly (taxi home from Penn Station) | 09/30/02 | 8.00 |
| Zilly (taxi from BWI station to WRG) | 09/30/02 | 35.00 |
| Zilly (taxi from WRG to BWI station) | 09/30/02 | 35.00 |
| Zilly (taxi to Blackstone from Penn Station in New York City) | 10/09/02 | 10.00 |
| Zilly (taxi from Columbia, MD to BWI station) | 10/09/02 | 32.00 |
| Zilly (taxi from WRG to BWI station) | 10/09/02 | 35.00 |
| **Subtotal - Local Travel** | | 231.50 |

### Railroad Travel

| | | |
|---|---|---|
| Zilly (trip to Wilmington, DE to attend Court hearing) | 08/21/02 | 99.00 |
| **Subtotal - Railroad Travel** | | 99.00 |

### Meals[1]

| | | |
|---|---|---|
| Alexander | 02/19/02 | 20.00 |
| Alexander | 02/24/02 | 6.77 |
| Alexander | 02/26/02 | 20.00 |
| Alexander | 03/01/02 | 20.00 |
| Alexander | 03/06/02 | 20.00 |
| Alexander | 03/08/02 | 20.00 |
| Alexander | 03/10/02 | 20.00 |
| Alexander | 03/19/02 | 20.00 |
| Alexander | 03/23/02 | 20.00 |
| Alexander | 03/30/02 | 20.00 |
| Alexander | 06/11/02 | 20.00 |
| Alexander | 07/17/02 | 20.00 |
| Blechman | 05/23/02 | 20.00 |
| Blechman | 05/30/02 | 20.00 |
| Blechman | 06/13/02 | 20.00 |
| Blechman | 08/08/02 | 20.00 |
| Blechman | 08/13/02 | 20.00 |
| Blechman | 08/17/02 | 20.00 |
| Blechman | 08/18/02 | 20.00 |
| Blechman | 08/19/02 | 14.07 |
| Blechman | 08/22/02 | 18.38 |
| Blechman | 08/25/02 | 20.00 |
| de Almeida | 04/23/02 | 20.00 |
| de Almeida | 09/09/02 | 20.00 |

[1] See paragraph 12 of Blackstone's 7th Quarterly Interim Fee Application.

**W.R. Grace & Co.**
**Expense Detail Processed**
**Through October 31, 2002**
**Invoice No. 3002-T**

**Meals (continued)[1]**

| | | | |
|---|---|---|---|
| de Almeida | 09/12/02 | 20.00 | |
| Jishi | 07/28/02 | 20.00 | |
| Jishi | 08/08/02 | 20.00 | |
| Jishi | 08/11/02 | 5.41 | |
| Jishi | 08/13/02 | 20.00 | |
| Jishi | 08/14/02 | 20.00 | |
| Jishi | 08/20/02 | 20.00 | |
| Jishi | 08/21/02 | 20.00 | |
| Publishing Services - Yoon | 08/22/02 | 9.44 | |
| | **Subtotal - Meals** | | **614.07** |

**Sec Data**

| | | | |
|---|---|---|---|
| Jishi | 09/16/02 | 802.88 | |
| | **Subtotal - Sec Data** | | **802.88** |

**Online D/B (PACER)**

| | | | |
|---|---|---|---|
| de Almeida | 07/24/02 | 5.04 | |
| de Almeida | 08/06/02 | 5.81 | |
| | **Subtotal - Online D/B (PACER)** | | **10.85** |
| | **Subtotal - Research** | | **813.73** |

**Federal Express**

| | | | |
|---|---|---|---|
| Jishi | 08/30/02 | 29.64 | |
| | **Subtotal - Federal Express** | | **29.64** |
| | **Subtotal - Communications** | | **29.64** |

**Photocopying**

| | | | |
|---|---|---|---|
| Alexander | 10/07/02 - 10/13/02 | 0.15 | |
| | **Subtotal - Photocopying** | | **0.15** |
| | **Total Expenses** | $ | **1,848.24** |

---

[1] See paragraph 12 of Blackstone's 7th Quarterly Interim Fee Application.

# THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
### OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 85.0 |
| Richard Shinder | Managing Director | 13.5 |
| David Blechman | Associate | 63.5 |
| Ramsey Jishi | Analyst | 43.5 |
| | Total | 205.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/10/02 | 0.5 | Business Analysis | Call with P. Hanlon re: Venezuelan acquisition (Project Middy) |
| Pamela Zilly | 10/10/02 | 1.0 | Business Analysis | Review materials re: Project Middy |
| Pamela Zilly | 10/21/02 | 2.0 | Business Analysis | Review Project Middy model |
| Pamela Zilly | 10/22/02 | 0.5 | Business Analysis | Review information package on Project Middy |
| David Blechman | 10/24/02 | 1.0 | Business Analysis | Call with P. Zilly, P. Hanlon regarding Project Middy |
| Pamela Zilly | 10/24/02 | 1.0 | Business Analysis | Call with D. Blechman, P. Hanlon regarding Project Middy |
| Pamela Zilly | 10/25/02 | 1.0 | Business Analysis | Read August monthly report |
| Richard Shinder | 10/25/02 | 2.0 | Business Analysis | Read latest financial information including August monthly report |
| Pamela Zilly | 10/30/02 | 0.5 | Business Analysis | Review questions for L. Hamilton on Project Middy |
| | | **9.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/22/02 | 0.5 | Case Administration | Read correspondence re: COLI order and next steps with Sealed Air and Fresenius |
| David Blechman | 10/24/02 | 2.0 | Case Administration | Read latest filings related to prosecution of fraudulent conveyance case |
| Pamela Zilly | 10/24/02 | 0.5 | Case Administration | Correspondence from D. Siegel re: Sealed Air activity |
| Pamela Zilly | 10/24/02 | 0.5 | Case Administration | Read correspondence re: entrance of Norris, COLI orders |
| Richard Shinder | 10/24/02 | 1.5 | Case Administration | Read case filings re: fraudulent conveyance, etc. |
| Pamela Zilly | 10/25/02 | 2.0 | Case Administration | Read PI motion for appeal, trustee, fraudulent conveyance case, 10/28 hearing matters |
| Pamela Zilly | 10/31/02 | 1.0 | Case Administration | Read Armstrong Industries filings for information related to rumored bankruptcy plan of reorganization |
| Pamela Zilly | 10/31/02 | 2.0 | Case Administration | Update status of tort bankruptcies re: Board meeting 11/5/02 |

10.0

Page 3 of 11

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/03/02 | 0.5 | Committee | Calls with Committees' financial advisors re: status of approval of COLI Settlement motion |
| David Blechman | 10/03/02 | 0.5 | Committee | Discussions with P. Zilly re: financial advisors' responses to COLI settlement motion and Norris contract motion |
| Pamela Zilly | 10/03/02 | 0.5 | Committee | Discussions with D. Blechman re: financial advisors' responses to COLI Settlement motion and Norris contract motion |
| David Blechman | 10/04/02 | 0.5 | Committee | Calls with Committees' financial advisors, R. Higgins re: status of approval of COLI Settlement motion |
| David Blechman | 10/04/02 | 0.5 | Committee | Discussion with P. Zilly re: status of approval of COLI Settlement motion |
| Pamela Zilly | 10/04/02 | 0.5 | Committee | Discussion with D. Blechman re: status of approval of COLI motion |
| Pamela Zilly | 10/07/02 | 0.5 | Committee | Call with B. McGowan re: Pending motions |
| Pamela Zilly | 10/10/02 | 0.5 | Committee | Review FTI list of additional questions on the COLI settlement motion |
| Pamela Zilly | 10/10/02 | 1.0 | Committee | Call with E. Filon re: responses to FTI COLI Settlement motion questions |
| Pamela Zilly | 10/10/02 | 0.5 | Committee | Discussion with E. Filon and S. Cunningham re: latest IRS views on COLI settlements |
| Pamela Zilly | 10/16/02 | 2.0 | Committee | Review tax material sent in response to FTI COLI Settlement questions |
| David Blechman | 10/24/02 | 1.0 | Committee | Prepare materials for Project Middy and send to financial advisors |
| Pamela Zilly | 10/30/02 | 0.5 | Committee | Review questions from M. Berkin on Project Middy |
| Pamela Zilly | 10/31/02 | 0.5 | Committee | Call with P. Hanlon re: Project Middy questions |
| | | 9.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2002 - OCTOBER 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/02/02 | 0.5 | Employee Benefits/Pension | Call with S. Cunningham, FTI (advisor to Unsecured Creditors) re: P. Norris's employment contract |
| Pamela Zilly | 10/15/02 | 0.5 | Employee Benefits/Pension | Call with McGowan re: Norris employment contract motion |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/08/02 | 0.5 | Fee Applications | Prepare Fee application |
| Pamela Zilly | 10/16/02 | 1.0 | Fee Applications | Prepare fee summary for fee auditor |
| | | 1.5 | | |

Page 6 of 11

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/09/02 | 2.5 | Non-Working Travel Time | Non-working travel time (Columbia - New York) |
| | | 2.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/10/02 | 0.5 | Other | Call with P. Norris re: Board of Directors presentation |
| David Blechman | 10/30/02 | 1.0 | Other | Meeting with P. Zilly regarding board meeting |
| Pamela Zilly | 10/30/02 | 1.0 | Other | Meeting with D. Blechman re: analysis for Board meeting |
| Pamela Zilly | 10/31/02 | 0.5 | Other | Call with B. Wietzel re: plan of reorganization alternatives |
| Pamela Zilly | 10/31/02 | 1.0 | Other | Discussion with R. Shinder re: Board of Directors materials |
| Richard Shinder | 10/31/02 | 1.0 | Other | Discussion with P. Zilly re: Board of Directors presentation |
| Richard Shinder | 10/31/02 | 2.0 | Other | Prepare draft outline for possible Board discussion |
| | | 7.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 10/01/02 | 0.5 | Tax Issues | Call with E. Filon re: tax issues associated with plan of reorganization alternatives |
| Pamela Zilly | 10/10/02 | 0.5 | Tax Issues | Read correspondence from E. Filon re: developments on COLI settlement motion with Fresenius |
| Pamela Zilly | 10/10/02 | 0.5 | Tax Issues | Review changes to order approving COLI Settlement motion |
| Pamela Zilly | 10/14/02 | 2.0 | Tax Issues | Review tax analyses for RES model, sent to E. Filon |
| David Blechman | 10/16/02 | 0.5 | Tax Issues | Discussion with P. Zilly re: new tax structures |
| Pamela Zilly | 10/16/02 | 0.5 | Tax Issues | Call with Elyse Filon, D. Poole re: tax issues |
| David Blechman | 10/17/02 | 1.0 | Tax Issues | Correspondence with E. Filon re: tax questions for POR structure |
| David Blechman | 10/18/02 | 2.0 | Tax Issues | Read tax documents re: Sealed Air and Fresenius |
| Pamela Zilly | 10/24/02 | 0.5 | Tax Issues | Call with R. Higgins, J. Kapp re: COLI issues |
| Pamela Zilly | 10/28/02 | 0.5 | Tax Issues | Call with E. Filon, B. Tarola re: COLI termination issues |
| David Blechman | 10/29/02 | 1.0 | Tax Issues | Review draft motion regarding COLI |
| Pamela Zilly | 10/31/02 | 1.0 | Tax Issues | Correspondence with E. Filon to provide comments re: COLI termination motion |

10.5

Page 9 of 11

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**OCTOBER 1, 2002 - OCTOBER 31, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 10/01/02 | 0.5 | Valuation | Discussion with P. Zilly: additional analysis from 9/30/02 meeting with Grace management |
| Pamela Zilly | 10/01/02 | 0.5 | Valuation | Discussion with D. Blechman re: additional analysis from 9/30/02 meeting with Grace management |
| David Blechman | 10/02/02 | 1.0 | Valuation | Discussion with P. Zilly re: modeling tax assumption: restructuring alternatives |
| Pamela Zilly | 10/02/02 | 1.0 | Valuation | Discussion with D. Blechman re: modeling of tax assumption: restructuring alternatives |
| Pamela Zilly | 10/03/02 | 0.5 | Valuation | Call with B. Tarola re: restructuring alternatives and RES model |
| Pamela Zilly | 10/04/02 | 2.5 | Valuation | Review changes to restructuring alternatives analysis for 10/9/02 meeting with Grace management |
| Pamela Zilly | 10/05/02 | 2.0 | Valuation | Review and prepare open items, analysis alternatives for 10/9/02 meeting |
| Pamela Zilly | 10/06/02 | 2.0 | Valuation | Review Grace capital structure alternatives re: restructuring scenarios |
| Pamela Zilly | 10/07/02 | 2.5 | Valuation | Review RES Model, prior restructuring alternatives scenarios |
| Pamela Zilly | 10/07/02 | 2.0 | Valuation | Review Valuation Analysis for cash flow impacts |
| David Blechman | 10/08/02 | 1.0 | Valuation | Call with P. Zilly, B. Tarola regarding restructuring scenarios |
| David Blechman | 10/08/02 | 2.0 | Valuation | Prepare assumptions re: legacy liabilities, unsecured debt, NOLs, tax treatment, structure alternatives |
| David Blechman | 10/08/02 | 2.5 | Valuation | Working travel to Columbia - prepare for 10/9 meeting with Tarola |
| Pamela Zilly | 10/08/02 | 1.0 | Valuation | Call with B. Tarola, D. Blechman re: restructuring scenarios |
| Pamela Zilly | 10/08/02 | 1.0 | Valuation | Review liabilities subject to compromise proposed treatment |
| David Blechman | 10/09/02 | 5.0 | Valuation | Meeting with B. Tarola, M. Shelnitz, E. Filon regarding POR alternatives |
| Pamela Zilly | 10/09/02 | 2.5 | Valuation | Travel to Columbia; review presentation slides |
| Pamela Zilly | 10/09/02 | 4.5 | Valuation | Meeting with B. Tarola, M. Shelnitz, E. Filon Grace management re: restructuring structures, tax implications |
| Pamela Zilly | 10/09/02 | 2.5 | Valuation | Travel to New York, prepare draft of revised analysis |
| David Blechman | 10/10/02 | 1.0 | Valuation | Discussion with P. Zilly re: changes assumptions to RES Model |
| David Blechman | 10/10/02 | 3.0 | Valuation | Prepare liabilities subject to compromise restructuring scenario analysis |
| Pamela Zilly | 10/10/02 | 1.0 | Valuation | Discussion with D. Blechman re: changed assumptions to RES Model and format of presentation |
| Ramsey Jishi | 10/10/02 | 5.0 | Valuation | Update Grace's comparable companies analysis |
| Ramsey Jishi | 10/10/02 | 3.0 | Valuation | Revise RES Model, Valuation Analysis regarding restructuring alternatives |
| David Blechman | 10/11/02 | 3.0 | Valuation | Prepare liabilities subject to compromise restructuring scenario analysis |
| Pamela Zilly | 10/11/02 | 1.0 | Valuation | Review RES Model for changes to tax treatment, other assumptions |
| Pamela Zilly | 10/11/02 | 4.0 | Valuation | Discussion with R. Shinder re: Valuation Analysis, RES Model for restructuring alternatives |
| Ramsey Jishi | 10/11/02 | 5.0 | Valuation | Review Valuation Analysis, make changes to alternative structure assumptions |
| Richard Shinder | 10/11/02 | 1.0 | Valuation | Revise RES Model, Valuation Analysis regarding restructuring alternatives |
| Richard Shinder | 10/11/02 | 1.5 | Valuation | Discussion with P. Zilly re: Valuation Analysis, RES Model for restructuring alternatives |
| Pamela Zilly | 10/12/02 | 4.0 | Valuation | Review RES Model for assumption changes for tax structure |
| Ramsey Jishi | 10/12/02 | 3.0 | Valuation | Review Valuation Analysis, make changes to alternative structure assumptions |
| David Blechman | 10/13/02 | 8.0 | Valuation | Revise RES Model, Valuation Analysis regarding restructuring alternatives |
| David Blechman | 10/13/02 | 0.5 | Valuation | Prepare materials regarding POR alternatives; Valuation and RES Model, presentation |
| Pamela Zilly | 10/13/02 | 3.0 | Valuation | Discussion with P. Zilly re: changes to presentation |
| Pamela Zilly | 10/13/02 | 0.5 | Valuation | Review RES Model for changes in structure and tax assumptions |
| Ramsey Jishi | 10/13/02 | 6.0 | Valuation | Discussion with D. Blechman re: changes to analysis and presentation |
| Richard Shinder | 10/13/02 | 1.5 | Valuation | Prepare materials regarding restructuring alternatives presentation |
| David Blechman | 10/14/02 | 1.0 | Valuation | Review and provide comments to changed presentation |
| David Blechman | 10/14/02 | 1.0 | Valuation | Meeting with P. Zilly regarding comments to presentation |
| David Blechman | 10/14/02 | 1.5 | Valuation | Discussion with R. Shinder re: changes to Valuation Analysis and RES Model |
| David Blechman | 10/14/02 | 3.0 | Valuation | Call with P. Zilly, B. Tarola re: restructuring alternatives |
| David Blechman | 10/14/02 | 5.0 | Valuation | Prepare tax section of RES model for restructuring alternatives, sent to E. Filon with questions |
| Pamela Zilly | 10/14/02 | 1.0 | Valuation | Prepare analysis and presentation materials regarding restructuring alternatives |
| Pamela Zilly | 10/14/02 | 3.0 | Valuation | Meeting with D. Blechman re: comments to presentation |
| Pamela Zilly | 10/14/02 | 1.5 | Valuation | Review and provide comments to presentation |
| Pamela Zilly | 10/14/02 | 2.0 | Valuation | Call with B. Tarola re: restructuring scenarios |
| Pamela Zilly | 10/14/02 | 1.0 | Valuation | Review and provide comments to analysis and presentation |
| Ramsey Jishi | 10/14/02 | 3.0 | Valuation | Meeting with R. Shinder re: restructuring alternatives analyses |
| | | | | Update Grace's comparable companies |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
OCTOBER 1, 2002 - OCTOBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 10/14/02 | 6.0 | Valuation | Revise restructuring alternatives presentation |
| Richard Shinder | 10/14/02 | 1.0 | Valuation | Discussion with P. Zilly re: RES Model and proposed restructuring alternatives |
| Richard Shinder | 10/14/02 | 1.0 | Valuation | Discussion with D. Blechman re: changes to Valuation Analysis and RES Model |
| David Blechman | 10/15/02 | 6.0 | Valuation | Prepare analysis and presentation materials regarding restructuring alternatives |
| David Blechman | 10/15/02 | 1.0 | Valuation | Meeting with P. Zilly regarding restructuring alternatives |
| Pamela Zilly | 10/15/02 | 4.0 | Valuation | Review and provide comments to presentation |
| Pamela Zilly | 10/15/02 | 1.0 | Valuation | Meeting with D. Blechman re: restructuring analysis to be sent to Grace 10/15 |
| Ramsey Jishi | 10/15/02 | 8.0 | Valuation | Complete Valuation Analysis, incorporate comments, and prepare final version of presentation |
| Richard Shinder | 10/15/02 | 1.0 | Valuation | Review and provide comments to presentation |
| Pamela Zilly | 10/16/02 | 0.5 | Valuation | Discussion with D. Blechman re: new tax structures |
| David Blechman | 10/17/02 | 3.0 | Valuation | Changes to RES Model re: above |
| Ramsey Jishi | 10/17/02 | 4.5 | Valuation | Update Grace's comparable companies |
| Pamela Zilly | 10/30/02 | 1.5 | Valuation | Call with E. Filon, R. Tarola, M. Shelnitz re: restructuring alternatives |
| | | 154.0 | | |

Page 11 of 11