# EXHIBIT "B"

# EXHIBIT "B"

**EXHIBIT B**

Eighteenth Monthly Fee Application for the Period

November 1, 2002 through November 30, 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Objection Deadline: March 6, 2003 at 4:00 p.m. |

**EIGHTEENTH APPLICATION OF THE BLACKSTONE GROUP L.P.,
AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
DURING THE PERIOD OF NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | THE BLACKSTONE GROUP L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | November 1, 2002 – November 30, 2002 |

| | Total | Less Holdback (@ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 | $35,000.00 |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,109.76 |

This is a _x_ monthly __ interim ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | -- | -- |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | -- | -- |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | -- | -- |
| N/A | October 2002 | $175,000.00 | $1,848.24 | -- | -- |

*JDA0004*

The **Blackstone** Group®

February 13, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Advisory fee for the period November 1, 2002 through November 30, 2002: | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | (35,000.00) |

Out-of-pocket expenses for the period through November 30, 2002:[1]

| | | | |
|---|---|---|---|
| Travel | 895.84 | | |
| Meals | 67.91 | | |
| Lodging | 260.82 | | |
| Research | 743.49 | | |
| Communications | 44.35 | | |
| Photocopying | 97.35 | | 2,109.76 |

| | | |
|---|---|---|
| **Total Due** | **$** | **142,109.76** |

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 3042-T

---
[1] Expenses incurred, but not yet processed due to timing differences will
    be billed at a later date.

**The Blackstone Group L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Expense Summary Processed**
**Through November 30, 2002**
**Invoice No. 3042-T**

|  | GL Detail Nov-02 | Total Expenses |
|---|---|---|
| In-House Research | 534.73 | 534.73 |
| Car Services - Elite | 43.84 | 43.84 |
| Railroad Travel | 852.00 | 852.00 |
| Meals | 67.91 | 67.91 |
| Lodging | 260.82 | 260.82 |
| Research - Multex | 9.65 | 9.65 |
| Research - Disclosure | 41.49 | 41.49 |
| Research - Dow Jones | 157.62 | 157.62 |
| Federal Express | 44.35 | 44.35 |
| Photocopying | 97.35 | 97.35 |
| **Total Expenses** | **$ 2,109.76** | **$ 2,109.76** |

| | |
|---|---|
| **Travel** | **895.84** |
| **Meals** | **67.91** |
| **Lodging** | **260.82** |
| **Research** | **743.49** |
| **Communications** | **44.35** |
| **Photocopying** | **97.35** |
| **Total Expenses** | **$ 2,109.76** |

**W.R. Grace & Co.**
**Expense Detail Processed**
**Through November 30, 2002**
**Invoice No. 3042-T**

| | | | | |
|---|---|---|---|---|
| **Car Services** | | | | |
| **Elite** | | | | |
| Blechman (car to Penn station from home) | 10/08/02 | 23.45 | | |
| Zilly (car to Penn Station from home) | 09/30/02 | 20.39 | | |
| | **Subtotal – Car Services** | | $ | 43.84 |
| | | | | |
| **Railroad Travel** | | | | |
| Blechman (roundtrip to/from Columbia, MD) | 10/08/02 | 272.00 | | |
| Zilly (roundtrip to/from Columbia, MD) | 09/26/02 | 280.00 | | |
| Zilly (roundtrip to/from Columbia, MD) | 10/08/02 | 300.00 | | |
| | **Subtotal – Railroad Travel** | | | 852.00 |
| | | | | |
| **Meals**[1] | | | | |
| Blechman | 10/09/02 | 20.00 | | |
| Blechman | 10/14/02 | 20.00 | | |
| Publishing Services | 10/13/02 | 20.00 | | |
| Zilly | 10/25/02 | 7.91 | | |
| | **Subtotal – Meals** | | | 67.91 |
| | | | | |
| **Lodging** | | | | |
| Blechman (stay @ the Marriot Hotel in Baltimore, MD) | 10/14/02 | 260.82 | | |
| | **Subtotal – Lodging** | | | 260.82 |
| | | | | |
| **Research** | | | | |
| **In-House** | | | | |
| Jishi | 11/01/02 – 11/15/02 | 534.73 | | |
| | **Subtotal – In-House** | | | 534.73 |
| | | | | |
| **Multex** | | | | |
| Jishi | 11/01/02 – 11/15/02 | 9.65 | | |
| | **Subtotal – Multex** | | | 9.65 |
| | | | | |
| **Disclosure** | | | | |
| Jishi | 11/01/02 – 11/15/02 | 41.49 | | |
| | **Subtotal – Disclosure** | | | 41.49 |
| | | | | |
| **Dow Jones** | | | | |
| Jishi | 11/01/02 – 11/15/02 | 157.62 | | |
| | **Subtotal – Dow Jones** | | | 157.62 |
| | | | | |
| | **Subtotal – Research** | | | 743.49 |

---

[1] See paragraph 12 of Blackstone's 7th Quarterly Interim Fee Application.

**W.R. Grace & Co.**
**Expense Detail Processed**
**Through November 30, 2002**
**Invoice No. 3042-T**

**Communications**
**Federal Express**

| | | | |
|---|---|---|---|
| Jishi | 10/07/02 | 18.39 | |
| Jishi | 10/09/02 | 25.96 | |
| | **Subtotal - Communications** | | **44.35** |

**Photocopying**

| | | | |
|---|---|---|---|
| Blechman | 10/21/02 - 10/27/02 | 5.10 | |
| Shinder | 11/04/02 - 11/10/02 | 92.25 | |
| | **Subtotal - Photocopying** | | **97.35** |
| | **Total Expenses** | $ | **2,109.76** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 60.5 |
| Richard Shinder | Managing Director | 5.0 |
| David Blechman | Associate | 40.5 |
| Ramsey Jishi | Analyst | 15.0 |
| | Total | 121.0 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/19/02 | 1.0 | Business Analysis | Review financial information re: possible acquisition |
| David Blechman | 11/20/02 | 7.0 | Business Analysis | Attend divisional operating plan meeting (catalysts) |
| David Blechman | 11/22/02 | 6.0 | Business Analysis | Attend divisional operating plan meeting (silicas) |
| Pamela Zilly | 11/29/02 | 2.0 | Business Analysis | Review 3rd quarter financials |
| Richard Shinder | 11/29/02 | 1.0 | Business Analysis | Read latest financial information |
| | | 17.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/22/02 | 0.5 | Case Administration | Discussion with B. McGowan re: Judge Wolin conference |
| Pamela Zilly | 11/25/02 | 0.5 | Case Administration | Discussion with P. Norris re: Judge Wolin conference |
| David Blechman | 11/26/02 | 1.0 | Case Administration | Prepare for 11/27 meeting, review case filings |
| Pamela Zilly | 11/26/02 | 0.5 | Case Administration | Read latest filed motions re: claims settlements |
| | | 2.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2002 – NOVEMBER 30, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/01/02 | 0.5 | Committee | Call regarding Project Middy due diligence by banks |
| David Blechman | 11/01/02 | 0.5 | Committee | Call regarding Project Middy due diligence by Tersigns, ACC |
| Pamela Zilly | 11/01/02 | 1.0 | Committee | Calls with financial advisors and P. Hinton on Project Middy |
| David Blechman | 11/05/02 | 1.5 | Committee | Respond to FTI/Committee due diligence requests |
| Pamela Zilly | 11/11/02 | 1.0 | Committee | Review financial briefing summary for call with financial advisors |
| Pamela Zilly | 11/26/02 | 0.5 | Committee | Correspondence with F. Gilbert, L. Hamilton (FTI) re: information requests |
| | | **5.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 – NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/06/02 | 1.0 | Fee Applications | Work on fee application |
| Pamela Zilly | 11/09/02 | 4.0 | Fee Applications | Prepare fee application |
| | | 5.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 – NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 11/17/02 | 3.0 | Financing | Update DIP term provisions |
| Pamela Zilly | 11/29/02 | 2.0 | Financing | Review original terms of DIP and most recent transactions re: DIP renewal |
| | | 5.0 | | |

Page 6 of 11

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/27/02 | 2.0 | Hearings | Travel to/from Newark, NJ for settlement conference |
| David Blechman | 11/27/02 | 4.5 | Hearings | Attend settlement conference, meetings with P. Norris, B. Tarola |
| Pamela Zilly | 11/27/02 | 0.5 | Hearings | Travel to Newark to attend Judge Wolin settlement conference |
| Pamela Zilly | 11/27/02 | 5.0 | Hearings | Attend Grace/Judge Wolin settlement conference |
| David Blechman | 11/29/02 | 0.5 | Hearings | Discussion with P. Zilly re: conference outcome |
| Pamela Zilly | 11/29/02 | 0.5 | Hearings | Discussion with D. Blechman re: conference outcome |
| Pamela Zilly | 11/29/02 | 0.5 | Hearings | Discussion with T. Savage (Lazard Frere, advisor to Sealed Air) re: Sealed Air settlement |

13.5

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/06/02 | 3.5 | Non-Working Travel Time | Travel to New York |
| David Blechman | 11/20/02 | 6.0 | Non-Working Travel Time | Non-working travel to/from Columbia, MD |
| David Blechman | 11/21/02 | 3.0 | Non-Working Travel Time | Non-working travel to Columbia, MD |
| Pamela Zilly | 11/27/02 | 0.5 | Non-Working Travel Time | Travel to New York |
| | | 13.0 | | |

Page 8 of 11

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Ramsey Jishi | 11/03/02 | 3.0 | Other | Read Armstrong POR; outline provisions |
| David Blechman | 11/04/02 | 0.5 | Other | Discussion with P. Zilly re: Armstrong plan and summary analysis |
| David Blechman | 11/04/02 | 2.5 | Other | Review Armstrong POR; summary of terms |
| Pamela Zilly | 11/04/02 | 2.0 | Other | Prepare presentation on status of tort bankruptcies for Board of Directors meeting |
| Pamela Zilly | 11/04/02 | 0.5 | Other | Discussion with D. Blechman re: Armstrong industries, POR and analysis |
| Pamela Zilly | 11/04/02 | 2.0 | Other | Prepare analysis of Armstrong Industries plan of reorganization |
| Pamela Zilly | 11/04/02 | 3.0 | Other | Prepare summary of other tort related bankruptcies for Board update |
| Ramsey Jishi | 11/04/02 | 3.5 | Other | Review Armstrong POR |
| Ramsey Jishi | 11/04/02 | 3.0 | Other | Perform summary valuation of Armstrong Industries for analysis of plan provisions |
| Ramsey Jishi | 11/04/02 | 2.5 | Other | Draft memo summarizing Armstrong's POR |
| Pamela Zilly | 11/05/02 | 3.0 | Other | Travel to Baltimore for Grace Board meeting; review presentation materials |
| Pamela Zilly | 11/05/02 | 4.0 | Other | Attend Grace Board Meeting |
| Pamela Zilly | 11/05/02 | 2.0 | Other | Attend Grace Board dinner |
| Richard Shinder | 11/05/02 | 1.0 | Other | Read and provide comments on Armstrong plan summary |
| Pamela Zilly | 11/06/02 | 1.0 | Other | Discussion with R. Shinder re: Board meeting |
| Richard Shinder | 11/06/02 | 1.0 | Other | Discussion with P. Zilly re: Board Meeting |
| Pamela Zilly | 11/22/02 | 1.0 | Other | Discussion with R. Shinder re: possible Sealed Air settlement |
| Richard Shinder | 11/22/02 | 1.0 | Other | Discussion with P. Zilly re: impact of possible Sealed Air settlement |

36.5

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2002 - NOVEMBER 30, 2002**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/05/02 | 1.5 | Tax Issues | Call with B. Tarola, E. Filon, M. Shelnitz re: COLI termination motion |
| David Blechman | 11/06/02 | 1.5 | Tax Issues | Call with P. Zilly, E. Filon regarding tax issues |
| Pamela Zilly | 11/06/02 | 1.5 | Tax Issues | Call with D. Blechman, E. Filon re: Board Meeting and further restructuring alternatives analysis, tax effects |
| Pamela Zilly | 11/08/02 | 0.5 | Tax Issues | Correspondence on tax issues related to COLI with L. Hamilton (FTI) |
| David Blechman | 11/11/02 | 0.5 | Tax Issues | Discussion with P. Zilly re: FTI tax questions re: Florida settlement |
| Pamela Zilly | 11/11/02 | 0.5 | Tax Issues | Discussion with D. Blechman re: FTI tax questions re: Florida settlement |
| Pamela Zilly | 11/14/02 | 1.5 | Tax Issues | Call with Elyse Filon re: various restructuring scenarios and tax implications |
| Pamela Zilly | 11/14/02 | 1.0 | Tax Issues | Second call with E. Filon re: tax implications of various restructuring scenarios |
| Pamela Zilly | 11/18/02 | 1.0 | Tax Issues | Discussion with R. Shinder re: RES Model, tax issues on restructuring alternatives (use of NOL) |
| Richard Shinder | 11/18/02 | 1.0 | Tax Issues | Discussion with P. Zilly re: RES Model, tax issues on restructuring alternatives (use of NOL) |
| Pamela Zilly | 11/19/02 | 1.0 | Tax Issues | Review materials re: COLI termination impacts |
| David Blechman | 11/21/02 | 1.0 | Tax Issues | Discussion with P. Zilly re: COLI termination issues |
| Pamela Zilly | 11/21/02 | 1.0 | Tax Issues | Discussion with D. Blechman re: COLI termination financial impact |

**13.5**

Page 10 of 11

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2002 - NOVEMBER 30, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/14/02 | 1.5 | Valuation | Restructure Valuation Analysis and RES Model for different plan scenarios |
| David Blechman | 11/15/02 | 1.0 | Valuation | Discussion with P. Zilly re: refinements to RES Model |
| Pamela Zilly | 11/15/02 | 1.0 | Valuation | Discussion with D. Blechman re: refinements to RES Model |
| Pamela Zilly | 11/18/02 | 1.5 | Valuation | Review revised RES Model |
| Pamela Zilly | 11/26/02 | 1.0 | Valuation | Review refinements to RES Model |
| Pamela Zilly | 11/29/02 | 2.0 | Valuation | Prepare outline of possible impact to planning scenarios re: Sealed Air settlement |
| Pamela Zilly | 11/30/02 | 2.0 | Valuation | Analysis of changes to restructuring assumptions re: Sealed Air |
| | | **10.0** | | |