# EXHIBIT "C"

EXHIBIT C

Nineteenth Monthly Fee Application for the Period

December 1, 2002 through December 31, 2002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| | : |
| W.R. GRACE & CO., et al., | : Case No. 01-01139 (JKF) |
| | : Jointly Administered |
| Debtors. | : |
| | : Objection Deadline: March 6, 2003 at 4:00 p.m. |

**NINETEENTH APPLICATION OF THE BLACKSTONE GROUP L.P.,
AS FINANCIAL ADVISOR TO W.R. GRACE & CO., AND ITS AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
DURING THE PERIOD OF DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

| | |
|---|---|
| Name of Applicant: | THE BLACKSTONE GROUP L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2002 – December 31, 2002 |

| Amount of Compensation sought as actual, reasonable and necessary: | Total $175,000.00 | Less Holdback (@ 20%) $35,000.00 |
|---|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,579.49 | |

This is a _x_ monthly __ interim ___ final application

The total time expended for fee application preparation is approximately 4 hours and the corresponding compensation requested is $0.00.

JDA0005

If this is not the first application filed, disclose the following for each prior application:

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | -- | -- |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | -- | -- |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | -- | -- |
| N/A | October 2002 | $175,000.00 | $1,848.24 | -- | -- |
| N/A | November 2002 | $175,000.00 | $2,109.76 | -- | -- |

The  Group®

February 13, 2002

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Advisory fee for the period December 1, 2002 through December 31, 2002: | $ | 175,000.00 |
| Less a 20% holdback pursuant to the Court's Administrative Order: | | (35,000.00) |

Out-of-pocket expenses for the period through December 31, 2002:[1]

| | | |
|---|---:|---:|
| Travel | 342.11 | |
| Meals | 48.59 | |
| Lodging | 382.57 | |
| Research | 354.17 | |
| Communications | 21.25 | |
| Photocopying | 430.80 | 1,579.49 |

| | | |
|---|---:|---:|
| **Total Due** | $ | **141,579.49** |

**Please wire transfer funds to:**

Chase Manhattan Bank
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account # 066-287472

Invoice Number: 3067-T

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

W. R. Grace & Co.
Expense Summary Processed
Through December 31, 2002
Invoice No. 3067-T

|                      | GL Detail Dec-02 |            | Total Expenses |
|----------------------|------------------|------------|----------------|
| In-House Research    | 130.10           |            | 130.10         |
| Car Services - Elite | 80.11            |            | 80.11          |
| Railroad Travel      | 262.00           |            | 262.00         |
| Meals                | 48.59            |            | 48.59          |
| Lodging              | 382.57           |            | 382.57         |
| Research - Dow Jones | 224.07           |            | 224.07         |
| Fax                  | 21.25            |            | 21.25          |
| Photocopying         | 430.80           |            | 430.80         |
| **Total Expenses**   | $ 1,579.49       |            | $ 1,579.49     |

|                    |            |
|--------------------|------------|
| **Travel**         | 342.11     |
| **Meals**          | 48.59      |
| **Lodging**        | 382.57     |
| **Research**       | 354.17     |
| **Communications** | 21.25      |
| **Photocopying**   | 430.80     |
| **Total Expenses** | $ 1,579.49 |

W.R. Grace & Co.
Expense Detail Processed
Through December 31, 2002
Invoice No. 3067-T

### Car Services
#### Elite
| | | | |
|---|---|---|---|
| Office Services - Ali (car home from Blackstone) | 11/13/02 | 36.70 | |
| Accounts Receivables - Sang (car home from Blackstone) | 09/17/02 | 20.47 | |
| Zilly (car to Penn Station from home) | 10/09/02 | 22.94 | |
| **Subtotal - Car Services** | | | 80.11 |

### Railroad Travel
| | | | |
|---|---|---|---|
| Zilly (roundtrip to/from Columbia, MD) | 11/04/02 | 262.00 | |
| **Subtotal - Railroad Travel** | | | 262.00 |

### Meals[1]
| | | | |
|---|---|---|---|
| Blechman | 11/04/02 | 20.00 | |
| Blechman | 11/06/02 | 20.00 | |
| Zilly | 11/06/02 | 8.59 | |
| **Subtotal - Meals** | | | 48.59 |

### Lodging
| | | | |
|---|---|---|---|
| Zilly (hotel stay @ the Harbor Court Hotel in Baltimore, MD) | 11/06/02 | 382.57 | |
| **Subtotal - Lodging** | | | 382.57 |

### Research
#### In-House
| | | | |
|---|---|---|---|
| Jishi | 11/16-30/02 | 130.10 | |
| **Subtotal - In-House** | | | 130.10 |

#### Dow Jones
| | | | |
|---|---|---|---|
| Jishi | 11/16-30/02 | 49.05 | |
| Jishi | 12/01-15/02 | 175.02 | |
| **Subtotal - Dow Jones** | | | 224.07 |
| **Subtotal - Research** | | | 354.17 |

### Communications
#### Fax
| | | | |
|---|---|---|---|
| Bolger | Nov-02 | 21.25 | |
| **Subtotal - Communications** | | | 21.25 |

### Photocopying
| | | | |
|---|---|---|---|
| Blechman | 11/25/02 - 12/01/02 | 59.70 | |
| Blechman | 11/25/02 - 12/01/02 | 135.60 | |

---

[1] See paragraph 12 of Blackstone's 7th Quarterly Interim Fee Application.

W.R. Grace & Co.
Expense Detail Processed
Through December 31, 2002
Invoice No. 3067-T

| | | | |
|---|---|---|---|
| de Almeida | 11/11/02 - 11/17/02 | 235.50 | |
| | **Subtotal - Photocopying** | | 430.80 |
| | **Total Expenses** | $ | 1,579.49 |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS RE: W.R. GRACE AND COMPANY
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 71.5 |
| Richard Shinder | Managing Director | 9.5 |
| David Blechman | Associate | 63.0 |
| Ramsey Jishi | Analyst | 40.5 |
| | **Total** | **184.5** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/23/02 | 2.0 | Accounting/Auditing | Read Armstrong DS for fresh start accounting, accounting of stock transfer |
| Pamela Zilly | 12/31/02 | 3.0 | Accounting/Auditing | Analysis of Armstrong DS financial exhibits for fresh start accounting issues |
| | | 5.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/02/02 | 1.0 | Business Analysis | Meeting with P. Zilly re: potential strategic acquisition |
| David Blechman | 12/02/02 | 4.0 | Business Analysis | Research possible acquisition candidate and prepare outline of possible structures |
| Pamela Zilly | 12/02/02 | 1.0 | Business Analysis | Discussion with D. Blechman re: possible acquisition analysis, adjustments to restructuring alternatives analysis |
| Pamela Zilly | 12/02/02 | 1.0 | Business Analysis | Read information and discussion outline for possible strategic acquisition |
| Pamela Zilly | 12/04/02 | 0.5 | Business Analysis | Read October operating report |
| Pamela Zilly | 12/06/02 | 0.5 | Business Analysis | Correspondence with P. Norris re: possible strategic acquisition |
| Pamela Zilly | 12/10/02 | 1.0 | Business Analysis | Read correspondence re: Kuraray sublease |
| David Blechman | 12/12/02 | 2.0 | Business Analysis | Analysis of 2003 plans re: 2002 performance |
| Pamela Zilly | 12/12/02 | 1.0 | Business Analysis | Read 3rd quarter financial report |
| Pamela Zilly | 12/13/02 | 2.0 | Business Analysis | Read 2003 operating plan for catalyst division |
| Pamela Zilly | 12/14/02 | 1.5 | Business Analysis | Read 2003 operating plan for silicas |
| Pamela Zilly | 12/17/02 | 3.0 | Business Analysis | Analysis of 2003 plans in light of 2002 performance. 2001 Business Plan |
| David Blechman | 12/18/02 | 1.0 | Business Analysis | Call with P. Zilly, P. Norris re: possible strategic acquisition |
| Pamela Zilly | 12/18/02 | 2.0 | Business Analysis | Read GPC 2003 operating plan vs. projections |
| Pamela Zilly | 12/18/02 | 1.0 | Business Analysis | Call with D. Blechman, P. Norris re: possible strategic acquisition |
| Pamela Zilly | 12/18/02 | 1.0 | Business Analysis | Discussion with R. Shinder possible acquisition structure |
| Pamela Zilly | 12/18/02 | 2.0 | Business Analysis | Research possible deal structures, target |
| Richard Shinder | 12/18/02 | 1.0 | Business Analysis | Discussion with P. Zilly re: possible acquisition |
| Ramsey Jishi | 12/19/02 | 2.0 | Business Analysis | Read financial report for 3rd quarter |
| David Blechman | 12/20/02 | 4.0 | Business Analysis | Commence preparation and analysis of deal structure for possible strategic acquisition |
| Richard Shinder | 12/20/02 | 3.0 | Business Analysis | Review operating plans |
| David Blechman | 12/23/02 | 1.0 | Business Analysis | Call with R. Jishi re: potential commercial partners |
| Ramsey Jishi | 12/23/02 | 1.0 | Business Analysis | Call with D. Blechman regarding potential commercial partners |
| Pamela Zilly | 12/27/02 | 0.5 | Business Analysis | Read correspondence re: Kuraray sublease |
| | | **38.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/03/02 | 1.0 | Case Administration | Call with P. Zilly, J. Kapp, M. Shelnitz, B. Tarola re: case administrative matters |
| Pamela Zilly | 12/03/02 | 1.0 | Case Administration | Call with D. Blechman, J. Kapp, M. Shelnitz, B. Tarola re: case issues |
| David Blechman | 12/04/02 | 3.0 | Case Administration | Analysis of precedents re: certain possible case motions |
| | | 5.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| David Blechman | 12/11/02 | 1.0 | Committee | Call with M. Berkin re: claims and POR |
| David Blechman | 12/11/02 | 2.0 | Committee | Review materials for discussion with M. Berkin |
| | | 3.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/20/02 | 1.0 | Employee Benefits/Pension | Read correspondence re: Curtis Bay pension motion |
| Pamela Zilly | 12/23/02 | 1.5 | Employee Benefits/Pension | Call with D. Blechman re: Curtis Bay pension motion, read and provide comments |
| Ramsey Jishi | 12/23/02 | 2.0 | Employee Benefits/Pension | Call with P. Zilly re: Curtis Bay pension motion; read motion, provide comments |
| Pamela Zilly | 12/29/02 | 2.0 | Employee Benefits/Pension | Prepare list for employee compensation issues |
| Pamela Zilly | 12/30/02 | 2.0 | Employee Benefits/Pension | Prepare outline of corporate governance mechanisms |
| | | **8.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/06/02 | 1.5 | Fee Applications | Work on fee application |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/12/02 | 1.0 | Financing | Meeting with R. Shinder re: DIP renewal terms |
| David Blechman | 12/12/02 | 1.0 | Financing | Call with M. Hunter re: DIP renewal |
| Richard Shinder | 12/12/02 | 1.0 | Financing | Discussion with D. Blechman re: DIP renewal terms |
| Richard Shinder | 12/12/02 | 1.0 | Financing | Call with M. Hunter re: DIP renewal terms |
| David Blechman | 12/17/02 | 1.5 | Financing | Review research of comparable DIP financings |
| David Blechman | 12/17/02 | 1.5 | Financing | Meeting with R. Jishi re: same |
| David Blechman | 12/17/02 | 1.0 | Financing | Call with P. Zilly, R. Jishi re: DIP financing |
| Pamela Zilly | 12/17/02 | 1.0 | Financing | Discussion with D. Blechman, R. Jishi re: DIP renewal terms |
| Ramsey Jishi | 12/17/02 | 1.0 | Financing | Call with P. Zilly, D. Blechman regarding DIP financing |
| Ramsey Jishi | 12/17/02 | 1.5 | Financing | Call with D. Blechman regarding same |
| Ramsey Jishi | 12/18/02 | 7.0 | Financing | Research all asbestos-related bankruptcy and their DIP terms |
| David Blechman | 12/19/02 | 3.0 | Financing | Review and revise DIP precedents |
| David Blechman | 12/19/02 | 0.5 | Financing | Conversation with M. Hunter regarding same |
| David Blechman | 12/19/02 | 1.5 | Financing | Prepare analysis of DIP term sheet |
| David Blechman | 12/19/02 | 0.5 | Financing | Discussion with R. Shinder re: DIP renewal terms |
| Ramsey Jishi | 12/19/02 | 4.5 | Financing | Research recent bankrupt companies with similar DIP terms as W.R. Grace's |
| Richard Shinder | 12/19/02 | 2.0 | Financing | Review DIP precedents, appropriate terms for DIP renewal |
| Richard Shinder | 12/19/02 | 0.5 | Financing | Discussion with D. Blechman re: DIP term sheet |
| David Blechman | 12/20/02 | 2.5 | Financing | Review terms of current DIP |
| David Blechman | 12/20/02 | 1.0 | Financing | Call with P. Zilly, R. Jishi re: DIP financing |
| Pamela Zilly | 12/20/02 | 2.0 | Financing | Review DIP financing precedents |
| Pamela Zilly | 12/20/02 | 1.0 | Financing | Call with D. Blechman, R. Jishi re: DIP financing comparables, comments for renewal |
| Ramsey Jishi | 12/20/02 | 6.0 | Financing | Research recent bankrupt companies with similar DIP terms as W.R. Grace's |
| Ramsey Jishi | 12/20/02 | 1.0 | Financing | Call with P. Zilly, D. Blechman re: DIP financing comparables, comments for renewal |
| Ramsey Jishi | 12/21/02 | 6.5 | Financing | Draft presentation regarding recent DIP terms |
| Pamela Zilly | 12/22/02 | 1.0 | Financing | Review DIP financing summary analysis of terms |
| | | **52.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/20/02 | 1.0 | Tax Issues | Read COLI termination memo for distribution to financial advisors to committees |
| David Blechman | 12/23/02 | 1.0 | Tax Issues | Review prior analysis re: financial impact from COLI termination |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2002 - DECEMBER 31, 2002

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/01/02 | 2.0 | Valuation | Prepare outline of possible acquisition analysis, changes to restructuring alternatives model |
| Ramsey Jishi | 12/01/02 | 5.0 | Valuation | Research comparable restructuring alternatives |
| David Blechman | 12/03/02 | 1.0 | Valuation | Meeting with P. Zilly re: strategy, case status |
| Pamela Zilly | 12/03/02 | 1.0 | Valuation | Meeting with D. Blechman re: strategy, acquisition and financing issues, restructuring alternatives |
| Pamela Zilly | 12/04/02 | 2.0 | Valuation | Review restructuring scenarios analysis re: liabilities subject to compromise treatment, cash flows |
| David Blechman | 12/06/02 | 2.0 | Valuation | Meetings with P. Zilly, R. Jishi re: claims and POR |
| Pamela Zilly | 12/06/02 | 1.0 | Valuation | Call with P. Norris, D. Siegel re: restructuring alternatives |
| Pamela Zilly | 12/06/02 | 2.0 | Valuation | Discussion with D. Blechman, R. Jishi re: call with Siegel and Norris and revised analysis |
| Ramsey Jishi | 12/06/02 | 2.0 | Valuation | Meeting with P. Zilly, D. Blechman regarding claims and plan of reorganization |
| Pamela Zilly | 12/06/02 | 3.0 | Valuation | Update comparable company analysis |
| Pamela Zilly | 12/07/02 | 2.0 | Valuation | Review analysis re: restructuring scenarios: liabilities subject to compromise treatment, cash flows |
| David Blechman | 12/08/02 | 2.0 | Valuation | Review scenario planning model |
| Pamela Zilly | 12/08/02 | 1.5 | Valuation | Review revised model (RRES) re: restructuring alternatives |
| Pamela Zilly | 12/08/02 | 2.0 | Valuation | Review analysis re: restructuring scenarios: liabilities subject to compromise treatment, cash flows |
| David Blechman | 12/09/02 | 2.0 | Valuation | Call with P. Zilly, P. Norris, D. Siegel, B. Tarola re: restructuring alternatives |
| David Blechman | 12/09/02 | 4.0 | Valuation | Review POR parameters, analyze same |
| David Blechman | 12/09/02 | 2.0 | Valuation | Review comparable company analysis for update to company valuation |
| David Blechman | 12/09/02 | 1.0 | Valuation | Discussion with P. Zilly, R. Shinder re: restructuring alternatives |
| Pamela Zilly | 12/09/02 | 2.0 | Valuation | Call with P. Norris, B. Tarola re: restructuring scenario |
| Pamela Zilly | 12/09/02 | 0.5 | Valuation | Call with Tarola, Wietzel re: case strategies |
| Pamela Zilly | 12/09/02 | 2.0 | Valuation | Review Company scenario planting models |
| Pamela Zilly | 12/09/02 | 1.0 | Valuation | Discussion with R. Shinder, D. Blechman re: restructuring alternatives, consideration for liabilities subject to compromise |
| Richard Shinder | 12/09/02 | 1.0 | Valuation | Discussion with P. Zilly, D. Blechman re: restructuring alternatives for liabilities subject to compromise |
| Pamela Zilly | 12/10/02 | 1.0 | Valuation | Review revised scenario planning models |
| David Blechman | 12/11/02 | 0.5 | Valuation | Discussion with P. Zilly re: ACC advisor request for liabilities analysis |
| Pamela Zilly | 12/11/02 | 0.5 | Valuation | Discussion with D. Blechman re: Tersigni request for liabilities subject to compromise analysis |
| Pamela Zilly | 12/11/02 | 3.0 | Valuation | Review revised RRES models for treatment of claims, valuation of equity |
| David Blechman | 12/13/02 | 1.0 | Valuation | Discussion with P. Zilly re: revised RES model for new cash assumptions |
| Pamela Zilly | 12/13/02 | 1.5 | Valuation | Revise RRES model for changes in payment of consideration of liabilities |
| Pamela Zilly | 12/13/02 | 1.0 | Valuation | Discussion with D. Blechman re: revised RES model for new cash assumptions |
| Pamela Zilly | 12/14/02 | 2.0 | Valuation | Analysis of scenario planning models re: operating plans |
| Pamela Zilly | 12/16/02 | 2.0 | Valuation | Analysis of enterprise value of Grace |
| David Blechman | 12/17/02 | 2.0 | Valuation | Review research of other asbestos bankruptcies |
| Pamela Zilly | 12/23/02 | 1.0 | Valuation | Review prior valuation for distributable value in restructuring alternatives analysis |
| Pamela Zilly | 12/27/02 | 1.0 | Valuation | Read Armstrong Industries Disclosure Statement |
| Pamela Zilly | 12/28/02 | 2.0 | Valuation | Prepare outline of restructuring alternatives |
| Pamela Zilly | 12/28/02 | 2.0 | Valuation | Review funding alternatives and capital structure impacts |
| Pamela Zilly | 12/29/02 | 1.0 | Valuation | Review credit ratios of various restructuring alternatives |
| David Blechman | 12/04/03 | 1.0 | Valuation | Prepare analysis of possible POR parameters |
| David Blechman | 12/18/03 | 3.0 | Valuation | Further review of research of other asbestos bankruptcies |

69.5