IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 14th day of February 2003, I caused a copy of the following document to be served on the individuals on the attached service lists in the manner indicated:

1. NOTICE OF FILING OF QUARTERLY INTERIM FEE APPLICATION; AND

2. SEVENTH QUARTERLY INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W. R. GRACE & CO., AND ITS AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED DURING THE PERIOD OF OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002.

Paula A. Galbraith (DE Bar No. 4258)

91100-001\DOCS_DE:62570.1