**Warren H. Smith & Associates, P.C.**
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 17, 2003

In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice # 10210

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/2/2003 | WHS | conference with Doreen Williams re Caplin | 0.20 | 55.00 |
| | GG | prelim draft of Lukins initial report 6th interim | 0.30 | 37.50 |
| | DTW | Several conferences with S. Bossay regarding initial reports (.3); review status report and get clarification (.3); conference with W. Smith regarding status of initial reports (.1); discussion with S. Bossay regarding Caplin's fees for fraudulent conveyance (.1); conference with W. Smith regarding same (.1); review summary regarding same (.5); draft e-mail to K&E regarding sending interim application as well as September electronic detail (.2); further revisions to Caplin initial report (.8). | 2.40 | 324.00 |
| | ALW | receive and review of Campbell & Levine 6th interim summaries and fee details for initial report purposes (.10); receive and review Steptoe 6th interim summaries and fee details (.10); receipt and review of Reed summaries and fee details for 6th interim initial report (.20) | 0.40 | 76.00 |
| | ALW | draft Campbell and Levine 6th q initial report | 0.20 | 38.00 |
| | ALW | draft Steptoe initial report for 6th quarter | 1.90 | 361.00 |
| | ALW | draft 6th q initial report re Reed | 0.90 | 171.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/2/2003 | SLB | Complete Caplin 6th Interim initial report - (8.4) | 8.40 | 924.00 |
| | ALW | receive and review of Campbell & Levine 6th interim summaries and fee details for initial report purposes (.10); receive and review Steptoe 6th interim summaries and fee details (.10); receipt and review of Reed summaries and fee details for 6th interim initial report (.20) | 0.40 | 76.00 |
| | ALW | draft Campbell and Levine 6th q initial report | 0.20 | 38.00 |
| | ALW | draft Steptoe initial report for 6th quarter | 1.90 | 361.00 |
| | ALW | draft 6th q initial report re Reed | 0.90 | 171.00 |
| 1/3/2003 | DTW | Continuing reviewing and revising Caplin initial report (1.9); conference with S. Bossay regarding Caplin revisions to initial report (.2); several e-mails from A. Willingham regarding initial reports for Reed, D&L and Steptoe (.3); review and revise Initial Report for Lukins & Annis (.6); conference with L. Garcia regarding same (.2); additional review of Caplin initial report and conference with S. Bossay regarding minor revisions (.3); conference with K. Young regarding summaries for Anderson Kill (.2). | 3.70 | 499.50 |
| | GG | Preliminary draft of initial report re Lukins 6th interim application | 5.70 | 712.50 |
| | GG | Preliminary draft of initial report re Policano 6th interim fee application | 2.20 | 275.00 |
| | ALW | draft INITIAL REPORT for 6th q re Reed | 2.70 | 513.00 |
| | SLB | Edit Caplin 6th Interim initial report - (2.1) ; Continue Sept. summary of K&E - (5.2) ; Begin K&E 6th Interim initial report - (1.2) | 8.50 | 935.00 |
| | ALW | draft IR for 6th q re Reed | 2.70 | 513.00 |
| 1/4/2003 | DTW | Review and revise Lukins initial report (.8). | 0.80 | 108.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/5/2003 | SLB | Continue K&E 6th Interim initial report - (1.5 hours) | 1.50 | 165.00 |
| 1/6/2003 | DTW | Check on status of initial reports and conference with S. Bossay and L. Ferdinand regarding same (.3); review and revise initial report for FTI Policano (1.1); conference with L. Garcia regarding same (.1). | 1.50 | 202.50 |
| | GG | draft of initial report Policano 6th interim | 1.40 | 175.00 |
| | GG | draft of Bilzin initial report 6th interim | 5.60 | 700.00 |
| | SLB | Update Grace status report - (.3 hours.) ; continue 6th Interim K&E initial report - (8.2 hours.) | 8.50 | 935.00 |
| | CAM | Electronic filing with court of Certificate of No Objection for October 2002 for Warren H. Smith & Associates. | 0.30 | 33.00 |
| 1/7/2003 | WHS | telephone conference with Paula Galbraith re 6th interim timing | 0.20 | 55.00 |
| | WHS | telephone conference with Paula Galbraith re deadlines | 0.20 | 55.00 |
| | WHS | draft initial report re Stroock | 0.30 | 82.50 |
| | WHS | draft initial report re Tersigni | 0.20 | 55.00 |
| | WHS | conference with LaVern Ferdinand re PWC waiver of local rule | 0.30 | 82.50 |
| | WHS | revise initial report re Wallace King | 0.20 | 55.00 |
| | DTW | Several conferences with L. Ferdinand regarding deadlines for final reports and initial reports and spreadsheets (.4); draft proposed e-mail regarding initial reports (.5); telephone conference with A. Willingham regarding initial reports (.2); conference with L. Ferdinand and Cheryl McKinnon regarding proposed e-mail and procedure (.2); review and revise initial report drafts prior to mailing for; Steptoe (.6); Stroock (.7); Tersigni (.2); Wallace (.6); Bilzin (.5); Campbell (.2); Caplin (.9); Casner (.3); Klett (.4); Legal (.2); Lukins (.2); Nelson (.3); Pachulski (.5); FTI Policano (.3); Reed | 8.70 | 1,174.50 |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | (.6); conference with A. Willingham regarding Caplin initial report (.4); conference with L. Garcia regarding copy charges for Pachulski (.1); conference with A. Willingham regarding Wallace and 40% reduction issue (.3); conference with W. Smith regarding Bilzin objection (.1). | | |
| 1/7/2003 | GG | draft Bilzin 6th interim initial report | 3.70 | 462.50 |
| | GG | draft Pachulski 6th interim initial report | 0.30 | 37.50 |
| | GG | draft Bilzin 6th interim initial report | 0.40 | 50.00 |
| | GG | draft Steptoe 6th interim initial report | 0.60 | 75.00 |
| | GG | draft Pitney 6th interim initial report | 3.40 | 425.00 |
| | SLB | Update Grace 6th interim status report - (.3) ; continue K&E 6th Interim initial report - (5.3) ; Edit 6th Interim Grace initial reports for mailing - (3.7) | 9.30 | 1,023.00 |
| | LMF | draft e-mail to Goodchild, Morgan Lewis re:PWC motion for limited waiver(.2); read e-mail regarding status of PWC motion(.2); e-mail Lipski, Morgan Lewis re:initial report for PWC for 6th interim(.2) | 0.80 | 120.00 |
| | LMF | detailed review of fee application for January 10,2002 through September 2002 submitted by PWC(.2); detailed review and update WR GRACE applicant distribution of fee audit requests(e.g. spreadsheet and initial reports)(.6); | 0.80 | 120.00 |
| | LMF | draft summary for fee application of January -September 2002 submitted by PWC | 0.40 | 60.00 |
| | ALW | draft revisions for Caplin(1.00), Bilzin(1.00), Legal Analysis(1.00), Steptoe(1.30) initial reports; conference with DTW re WRG deadlines (.70) | 5.00 | 950.00 |
| | ALW | draft revisions for Caplin(1.00), Bilzin(1.00), Legal Analysis(1.00), Steptoe(1.30) initial reports; conference with DTW re WRG deadlines (.70) | 5.00 | 950.00 |
| 1/8/2003 | WHS | receive and review 2 misc pleadings | 0.10 | 27.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/8/2003 | WHS | draft motion to increase cap | 0.30 | 82.50 |
| | WHS | revise initial report re Holme | 0.20 | 55.00 |
| | DTW | Conference with S. Bossay regarding status of initial reports (.1); review and revise initial report for Holme Roberts (2.7); review and revise Pitney Hardin initial report (2.8); e-mails to and from R. Tobin regarding response to initial report and discussions with L. Ferdinand regarding same (.3). | 5.90 | 796.50 |
| | GG | detailed review of Pitney 6th interim initial report | 2.90 | 362.50 |
| | SLB | Update Grace status chart - (.5) ; Completed K&E 6th Interim initial report - (5.7) ; Began Carella 6th Interim initial report - (2.2) | 8.40 | 924.00 |
| | LMF | telephone conference with Chris, Ashby re:format for PC spreadsheet(.2); t/c with Alexander, Stroock re:revision to cumulative fees to reconcile previous period spreadsheet and application amounts(.3); t/c with Boyea, Casner re:6th interim spreadsheet request(.1) | 0.60 | 90.00 |
| | CAM | Electronic filing with court of Certificate of No Objection for November 2002 for Warren H. Smith & Associates. | 0.30 | 33.00 |
| 1/9/2003 | WHS | revise initial report re Pitney | 0.30 | 82.50 |
| | WHS | detailed review of initial report re Carella | 0.30 | 82.50 |
| | SLB | Edit K&E 6th Interim initial report - (2.5) ; Complete Carella 6th Interim initial report - (3.2) ; Complete Hamilton 6th Interim initial report - (1.7) ; Update Grace status report - (.5) | 7.90 | 869.00 |
| | DTW | Review and revise initial report for K&E (2.4); several e-mails with R. Tobin regarding Caplin response (.1); conference with S. Bossay regarding K&E issues (.3); review and revise CBBG initial report (.8); conference with M. Steirer regarding same (.1); draft preliminary initial report for Kramer Levin (2.9); PACER research regarding same (.2). | 6.80 | 918.00 |
| 1/10/2003 | WHS | detailed review of initial report re Kramer Levin | 0.10 | 27.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/2003 | WHS | revise final report re Hamilton | 0.30 | 82.50 |
| | WHS | telephone conference with Paula Galbraith re motion | 0.20 | 55.00 |
| | WHS | revise initial report re Richardson | 0.40 | 110.00 |
| | LMF | draft e-mail and respond to Lisa, Carella re: 6th interim period Project Category spreadsheet(.2); e-mail to Steve, WHS re: initial report distribution(.3) | 0.50 | 75.00 |
| | SLB | Edit Hamilton 6th Int. initial report - (1.4) ; completed Richardson 6th Int. initial report - (6.1) ; Located 6th Int. applications for Elzufon and Ferry from PACER - (.5) ; E-mail request for Application to Hilsoft - (.3) ; Update Grace status report - (.4) | 8.70 | 957.00 |
| | DTW | Continue and complete initial report for Kramer Levin (3.1); review initial report for Richardson Patrick (.7); same for Hamilton Rabinowitz (.6); PACER research regarding Blackstone (.2). | 4.60 | 621.00 |
| 1/11/2003 | DTW | Draft initial report for Wachtell (3.3). | 3.30 | 445.50 |
| 1/12/2003 | SLB | 6th Interim summary and initial report Ferry Joseph - (2.2 hours.) ; 6th Interim summary Elzufon - (.3 hours.) | 2.50 | 275.00 |
| 1/13/2003 | WHS | revise initial report re Wachtell | 0.20 | 55.00 |
| | DTW | Continue initial report for Wachtell (1.2); review and revise initial reports for Elzufon (.4); Ferry Joseph (.2); Duane Morris (.5). | 2.30 | 310.50 |
| | SLB | Completed 6th Int. initial report Elzufon - (1.8) ; E-mail to Bilzin re. Hilsoft application - (.5) ; Amended summary and completed 6th Int. initial report Duane Morris - (3.9) ; Completed 6th Int. summary and initial report Ashby - (2.1) ; Updated Grace status report - (.3) | 8.60 | 946.00 |
| | ALP | Detailed review of Initial Report to Wachtell, Lipton's interim fee application for Sixth Interim Period (.6) | 0.60 | 81.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/13/2003 | MWS | review expense detail for the sixth interim period (.8); review final reports regarding prior fee applications of the Blackstone Group, LP (.3); draft initial report regarding fee application of the Blackstone Group, LP, for the sixth interim period (1.3). | 2.40 | 480.00 |
| 1/14/2003 | WHS | revise initial report re Elzufon | 0.20 | 55.00 |
| | DTW | Review and revise Ashby initial report (.9); review pi committee expenses and research regarding same (.6). | 1.50 | 202.50 |
| | SLB | Edit Elzufon initial report - (.5) ; edit Duane Morris initial report - (1.8) ; Edit Ashby initial report/Pacer research - (1.7) ; 6th Int. Personal Injury Committee initial report - (3.8) | 7.80 | 858.00 |
| 1/15/2003 | WHS | conference with Steve Bossay re Ashby | 0.20 | 55.00 |
| | WHS | detailed review of initial report re Ashby | 0.20 | 55.00 |
| | DTW | Several conferences with J. Allgood and S. Bossay regarding PwC, PD Committee expenses (.4); review committee expenses (.4); and final report (.1). | 0.90 | 121.50 |
| | SLB | Complete 6th Interim Personal initial report - (.7) ; Complete 6th Int. Property final reports - (2.2) ; Update Grace status chart - (.4) | 3.40 | 374.00 |
| | LMF | draft e-mail to Paula, Pachulski re:electronic detail received from 6th and 7th interim(.3); emailed Kristen, Pitney re:receipt of project category spreadsheet(.1); emailed Toni, Kirkland re:receipt of project category spreadsheet(.1) | 0.50 | 75.00 |
| 1/16/2003 | WHS | revise final report re PD comm. Sept 02 | 0.40 | 110.00 |
| | WHS | revise final report re PD comm. June Aug 02 | 0.30 | 82.50 |
| | WHS | draft e-mail to Will Sparks re Wachtell | 0.10 | 27.50 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/16/2003 | SLB | Completed PwC 6th Initial. initial report - (3.7) ; completed Hilsoft 6th Initial. initial report - (.8) ; edit PwC initial report - (.3) ; Phone calls to Bilzin re Hilsoft and to Morgan Lewis re PwC 6th Initial. applications - (.4) ; update Grace status chart - (.4) | 5.60 | 616.00 |
| | DTW | Conference with S. Bossay regarding PwC language for initial report (.1); conference with S. Bossay regarding Cooley and Shea (.3). | 0.40 | 54.00 |
| | JBA | Update database with Pitney Response 6th Interim. | 0.10 | 4.00 |
| | JBA | Electronic filing with court of Final Report of Property Committee for 6th Interim | 0.40 | 16.00 |
| 1/17/2003 | WHS | receive and review e-mail from Will Sparks re Wachtell | 0.10 | 27.50 |
| | WHS | draft e-mail to Will Sparks re Wachtell | 0.20 | 55.00 |
| | WHS | detailed review of report re Blackstone | 0.20 | 55.00 |
| | WHS | detailed review of report re Hilsoft | 0.20 | 55.00 |
| | LMF | draft e-mail to Manual, Kramer re:receipt of 6th interim PC spreadsheet(.1); read and respond to e-mail from Alexander, Stroock, re: receipt of 6th interim PC spreadsheet(.1) | 0.20 | 30.00 |
| | MWS | finalize draft of initial report regarding fee application of the Blackstone Group, LP, for the sixth interim period. | 0.40 | 80.00 |
| 1/20/2003 | LMF | draft new columns to 6th Q Project Category Spreadsheet for new applicants | 0.60 | 90.00 |
| 1/21/2003 | DTW | Conference with S. Beltran regarding Caplin fees (.3);. | 0.30 | 40.50 |
| | GG | detailed review of Reed October 2002 fee invoice | 3.70 | 462.50 |
| | GG | detailed review of reed October 2002 fee invoice | 0.60 | 75.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/22/2003 | DTW | Conference with S. Bossay regarding call from Morgan Lewis regarding initial report for PwC (.1); conference with S. Bossay regarding final reports (1.1). | 1.20 | 162.00 |
| | LMF | telephone conference with Kim, Richardson Patrick re:Project Category spreadsheet request(.3); review voice mail from Kim, Richardson Patrick re:6th Q spreadsheet(.1) | 0.40 | 60.00 |
| | SLB | Follow-up with C. Lipski - Morgan Lewis on 6th Interim initial report - (.4) ; Begin 6th Interim Final Report - Caplin -(6.8) | 7.20 | 792.00 |
| | CMS | began detailed review of Grace Oct 1-31, 2002 Wallace Fee Application | 0.60 | 75.00 |
| | GG | detailed review of reed October 2002 fee invoice | 4.10 | 512.50 |
| | KPW | detailed review of Stroock October 2002 fee Apps re Grace | 5.80 | 725.00 |
| | JBA | Update database with Reed 10.02 electronic and Ferry Joseph 9.02 electronic. | 0.10 | 4.00 |
| 1/23/2003 | DTW | Conference with M. Shanks re Wallace King and 40% reduction (.1); review draft final report for Caplin (1.0); conference with W. Smith re same (.1) and conference with S. Bossay re same (.4); conference with M. Shanks re Wallace King non-working travel time (.1); | 1.70 | 229.50 |
| | SLB | Complete preliminary draft of 6th Interim Final Report - Caplin - (5.2) ; Begin preliminary draft of 6th Interim Final Report - Richardson - (1.7) ; Edit draft of 6th Interim Final Report - Caplin - (1.2) | 8.10 | 891.00 |
| | CMS | detailed review of Grace Oct 1-31, 2002, Wallace fee application. | 6.40 | 800.00 |
| | KPW | detailed review of Stroock November 2002 fee Apps re: Grace | 3.30 | 412.50 |
| | KPW | draft summary of Stroock November 2002 fee Apps re: Grace | 2.80 | 350.00 |
| | ALW | detailed review of Stroock & Stroock 11/00 summary | 1.50 | 285.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/23/2003 | CAM | Electronic filing with court of WRGrace's December 2002 Monthly Invoice for Warren H. Smith & Associates. | 0.40 | 44.00 |
| 1/24/2003 | CMS | draft WRG sum Oct 02 Wallace | 4.90 | 612.50 |
| | WHS | detailed review of invoice of WHS&A | 0.10 | 27.50 |
| | LMF | read e-mail from Blackstone and draft e-mail to Zilly, Blackstone re:receipt of PC spreadsheet(.2); | 0.20 | 30.00 |
| | LMF | detailed review of fee application for 10/02 submitted by PWC(3.4); detailed review of fee application for 11/02 submitted by PWC(1.1) | 4.50 | 675.00 |
| | DTW | Review and edit final report for Caplin (.4); conference with S. Bossay regarding same (.2); discussion with S. Bossay regarding Blackstone initial report (.1); research regarding sealed air (.3); conference with W. Smith and S. Bossay regarding same (.1); review preliminary draft final report for Pitney (.5); conference with S. Bossay regarding same (.1). | 1.70 | 229.50 |
| | SLB | Finalize preliminary draft of 6th Interim Final Report - Caplin - (2.4) ; E-mail E. Westbrook at Richardson re Application expense issues for 6th Interim Final Report - (.4) ; Begin 6th Interim Final Report - Pitney Hardin - (4.2) ; Review Oct. 2002 summary - Wallace King - (1.3) | 8.30 | 913.00 |
| | JBA | Electronic filing with court of Final Report re: Caplin 6th Interim 7-9.02 | 0.30 | 12.00 |
| | ALW | detailed review of Cap & Drysdale 10/02 summary | 1.70 | 323.00 |
| 1/26/2003 | WHS | draft e-mail to Steve Bossay re final reports | 0.20 | 55.00 |
| | GG | detailed review of reed October 2002 fee invoice | 1.70 | 212.50 |
| | GG | detailed review of Kirkland October 2002 fee invoice | 2.10 | 262.50 |
| 1/27/2003 | WHS | receive, review, and forward e-mail re Pachulski extension | 0.20 | 55.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/27/2003 | WHS | draft e-mail to Paula Galbraith re Pachulski extension | 0.20 | 55.00 |
| | WHS | revise final report re Hilsoft | 0.20 | 55.00 |
| | LMF | continued detailed review of fee application for November 2002 submitted by PWC | 1.60 | 240.00 |
| | LMF | telephone conference with Nathan, Pachulski re:electronic conversions of fee detail from accounting system(.3); t/c with Christi, Lukins re:PC spreadsheet and general inquiries about response to fee audit(.2); left voice mail for Christi, Lukins re:WRGrace fee audit requests(.1) | 0.60 | 90.00 |
| | LMF | draft e-mail to Nathan, Pachulski re:fee detail samples in Excel and Word | 0.40 | 60.00 |
| | LMF | draft summary of fee application for 10/02-11/02 submitted by PWC | 3.30 | 495.00 |
| | SLB | Finalize preliminary draft of 6th Initial. Final Report - Pitney - (1.8) ; Finalize prelim. draft of 6th Initial. Final Report Hilsoft - (.7) ; Finalize prelim draft of 6th Initial. Final Report - Elzufon - (.9) ; Update Grace FR status chart - (.3) ; Amend Oct. 02 Wallace King summary - (2.4) ; Begin 6th Initial. Final Report - Legal Analysis - (2.0) | 8.10 | 891.00 |
| | GG | detailed review of Kirkland October 2002 fee invoice | 2.10 | 262.50 |
| 1/28/2003 | LMF | continued to draft summary of fee application for 10/02-11/02 submitted by PWC | 3.50 | 525.00 |
| | LMF | draft e-mail to Lukins re: PC spreadsheet expenses for 6th Q | 0.20 | 30.00 |
| | SLB | Continue prelim. draft of 6th Initial. Final Report - Legal Analysis - (5.9) ; Receive and respond to e-mail re. 6th Initial. Final Report - Richardson - (.5) ; | 6.40 | 704.00 |
| | JBA | Electronic filing with court of Final Reports re 6th Interim of: Hilsoft (.2), Elzufon (.3), and Pitney (.2) | 0.70 | 28.00 |
| | MWS | draft e-mail to Pamela Zilly of The Blackstone Group L.P. clarifying expense issues raised in initial report. | 0.30 | 60.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/29/2003 | SLB | Complete prelim. draft of 6th Initial. Final Report - Richardson - (2.7) ; Complete prelim. draft of 6th Initial. Final Report - Legal Analysis - (3.8) ; Phone call to H. Novice @ Wachtell Lipton re. 6th Initial. Final Report - (.3) | 6.80 | 748.00 |
| | LMF | telephone conference with Patt, Wallace King re:receipt of response to initial report | 0.20 | 30.00 |
| | LMF | draft follow up e-mail to Samantha, Lukins re:expenses and PC category spreadsheet | 0.20 | 30.00 |
| | DTW | Review final report for LAS (.7); conference with S. Bossay regarding same (.2). | 0.90 | 121.50 |
| | DTW | Review final report for LAS (.7); conference with S. Bossay regarding same (.2). | 0.90 | 121.50 |
| 1/30/2003 | WHS | conference with Steve Bossay re Richardson | 0.20 | 55.00 |
| | WHS | conference with LaVern Ferdinand re Kaiser spreadsheet | 0.20 | 55.00 |
| | WHS | receive and review 15 misc pleadings | 0.10 | 27.50 |
| | LMF | draft to Andy, Reed Smith re:fee audit requests for 6th interim | 0.20 | 30.00 |
| | SLB | Edit prelim. draft of 6th Initial. Final Report - Legal Analysis - (1.4) ; Edit prelim. draft of 6th Initial. Final Report - Richardson - (1.1) ; Respond to e-mail re. 6th Initial. Final Report - Reed Smith - (.3) ; Phone conversation w/ H. Novikoff @ Wachtell Lipton re. 6th Initial. Final Report - (.4) ; Begin prelim. draft of 6th Initial. Final Report - Wallace King - (4.9) | 8.10 | 891.00 |
| | JBA | Electronic filing with court of Final Reports re 6th Interim for: Legal (.3), and Richardson (.3) | 0.60 | 24.00 |
| 1/31/2003 | WHS | receive and review e-mail from Paula Galbraith re Pachulski | 0.10 | 27.50 |
| | WHS | receive, review, and respond to e-mail from Steve Bossay re responses | 0.20 | 55.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 1/31/2003 | LMF | draft e-mail to Steve, WHS re:initial report distribution for 6th Q fee audit(.2); e-mailed Kristen, Kramer twice re:revised spreadsheet for fraudulent conveyance adjustment and re-categorization(.4); e-mail to Dottie, Tersigni re:review and response to 6th Q PC spreadsheet(.2); e-mail to Karen, Nelson re:receipt of PC spreadsheet(.1); e-mail to Jeff, Klett re:6th Q cumulative figures(.2); e-mail to Barbara, Klett re:Jeff's replacement to request 6th Q figures(.2) | 1.30 | 195.00 |
| | LMF | draft 6th Q PC spreadsheet | 5.00 | 750.00 |
| | DTW | Prepare draft of expense portion of Wallace King preliminary draft final report (1.4); conference with S. Bossay regarding same (.1); | 1.50 | 202.50 |
| | SLB | completed prelim. draft of 6th Initial. Final Report - Wallace King - (5.3) ; completed prelim. draft of 6th Initial. Final Report - Ashby & Geddes - (1.5) ; prepared and sent e-mail to applicants with responses still outstanding for 6th Interim period (includes time for setting up files and response system) - (2.0) | 8.80 | 968.00 |
| | GG | detailed review of Kirkland October 2002 fee invoice | 2.40 | 300.00 |
| | GG | detailed review of reed smith October 2002 fee invoice | 1.20 | 150.00 |
| | DTW | Prepare draft of expense portion of Wallace King preliminary draft final report (1.4); conference with S. Bossay regarding same (.1); | 1.50 | 202.50 |
| | MWS | receive and review response of The Blackstone Group L.P. to initial report regarding July - September 2002. | 0.20 | 40.00 |
| | MWS | Draft final report regarding fee application of The Blackstone Group L.P. for July -September 2002. | 1.10 | 220.00 |

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | **339.00** | **$44,241.50** |

Additional Charges :

| | Price | |
|---|---|---|
| Postage for December 2002 & January 2003 | 70.85 | 70.85 |

| | Price | Amount |
|---|---|---|
| Copying cost for December 2002 and January 2003 | 0.15 | 189.60 |
| PACER cost for October 2002 through January 2003 | 0.07 | 362.46 |
| Long distance calls for December 2002 and January 2003 | 0.92 | 0.92 |

| | |
|---|---|
| **Total costs** | **$623.83** |
| **Total amount of this bill** | **$44,865.33** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 0.60 | 135.00 | $81.00 |
| Amber L Willingham | 25.40 | 190.00 | $4,826.00 |
| Charles M. Shanks | 11.90 | 125.00 | $1,487.50 |
| Cheryl A McKinnon | 1.00 | 110.00 | $110.00 |
| Doreen T Williams | 52.50 | 135.00 | $7,087.50 |
| Gloria Garcia (Linda) | 44.40 | 125.00 | $5,550.00 |
| Jeff B. Allgood | 2.20 | 40.00 | $88.00 |
| Kevin P Wright | 11.90 | 125.00 | $1,487.50 |
| Lavern Ferdinand | 26.00 | 150.00 | $3,900.00 |
| Mark W Steirer | 4.40 | 200.00 | $880.00 |
| Stephen L. Bossay | 150.90 | 110.00 | $16,599.00 |
| Warren H Smith | 7.80 | 275.00 | $2,145.00 |