IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON FEBRUARY 24, 2003 AT 12:00 P.M.

**The February 24, 2003 omnibus hearing has been cancelled by the Court. Any of the matters set forth below which are not resolved by order of the Court before the March 17, 2003 omnibus hearing will be included on the agenda for the March 17th hearing.**

## CONTINUED MATTERS

1. Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

   **Response Deadline:** Extended until January 17, 2003 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Status:** The parties are working towards a consensual resolution of this matter and have determined that a resolution will not be reached before the hearing. The parties respectfully request that this matter be continued to the next omnibus hearing.

## UNCONTESTED MATTERS

2.  Debtors' Fourth Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(b) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027 (Docket No. 3230)

    **Related Documents:**

    a.  Certification of No Objection Regarding Docket No. 3230 (Docket No. 3332)

    **Response Deadline:** January 28, 2003 at 4:00 p.m.

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the motion.

3.  Debtors' Fourth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 3257)

    **Related Documents:**

    a.  Certification of No Objection Regarding Docket No. 3257 (Docket No. 3331)

    **Response Deadline:** February 5, 2003 at 4:00 p.m.

    **Responses Received:**

    a.  Response of the Official Committee of Equity Security Holders in Support of the Debtors' Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 3322)

    **Status:** No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and seek the entry of the order attached to the motion.

4.  Motion for the Entry of an Order Authorizing the Debtors to Contribute Funds Into the Trust Funding the Curtis Bay Pension Plan to Support Amendments to Enhance Benefits Thereunder (Docket No. 3259)

    **Related Documents:**

a.  Certification of Counsel Regarding Order Authorizing the Debtors to Contribute Funds Into the Trust Funding the Curtis Bay Pension Plan to Support Amendments to Enhance Benefits Thereunder (Docket No. 3394)

**Responses Deadline:** February 7, 2003 at 4:00 p.m. (Extended until February 10, 2003 for the Official Committee of Unsecured Creditors and the Official Committee of Property Damage Claimants)

**Responses Received:**

a.  Response of PBGC to Motion for Entry of an Order Authorizing the Debtors to Contribute Funds Into the Trust Funding the Curtis Bay Pension Plan to Support Amendments to Enhance Benefits Thereunder (Docket No. 3348)

**Status:** No parties have objected to the relief requested in the motion. Accordingly, Debtors filed a certification of counsel stating the same, and attached thereto a revised order. The Debtors seek the entry of the order attached to the certification of counsel.

Dated: February 20, 2003

KIRKLAND & ELLIS
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ Paula A. Galbraith*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession