IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

## CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 20th day of February 2003, I

caused a copy of the following document to be served on the individuals on the attached service

lists in the manner indicated:

1.    **NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 3296.**

_(signature)_

Paula A. Galbraith (DE Bar No. 4258)

91100-001\DOCS_DE:62570.4