## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: March 11, 2003 |
|  |  | Hearing Date:  TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE FOURTH INTERIM MONTHLY PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Name of Applicant:                                    Richardson Patrick Westbrook
                                                      & Brickman, LLC

Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002

Period for which compensation and
Reimbursement is sought:                              December 1, 2002 through
                                                      December 31, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 104,018.00

Amount of Expenses Reimbursement:                     $ 32,439.18

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/02 through 9/30/2002 | $170,069.50 | $44,005.38 | Pending | Pending |
| 12/04/02 | 10/01/2002 through 10/31//2002 | $163,682.00 | $35,319.00 | Pending | Pending |
| 1/08/2003 | 11/01/2002 through 11/30/2002 | $115,319.00 | $5,714.09 | Pending | Pending |

This is the fourth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 14.9 | $9,685.00 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 45.1 | $18,040.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 77.1 | $20,431.50 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 21.7 | $5,208.00 |
| TOTALS | | | | | 158.8 | $53,364.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 14.3 | $1,787.50 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 118.2 | $14,775.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 72.0 | $9,000.00 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 142.3 | $17,787.50 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 4.2 | $333.00 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 20.9 | $1,567.50 |
| Sally Hollings | Lit. Support | 4 | Litigation | $75 | 69.4 | $5,205.00 |
| Ian Jones | Comp. Tech | 5 | Litigation | $110 | 1.8 | $198.00 |
| TOTALS | | | | | 443.1 | $50,653.50 |

\* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 3.0 | $225.00 |
| 22-ZAI Science Trial | 598.9 | $103,793.00 |
| TOTALS | 601.9 | $104,018.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Telephone Expense | |
| Federal Express Overnight Delivery | |
| Postage Expense | |
| Telephone Expense – Outside | |
| Duplicating – Internal | $162.90 |
| Documentation Charge | |
| Courier Service | |
| Outside Duplicating | |
| Lodging | |
| Parking | |
| Air Travel Expense | |
| Rail Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| General Expense* | $7,693.00 |
| Expert Services | $23,108.74 |
| Outgoing Faxes | $116.00 |
| Contract Labor | $1,290.00 |
| Reference Materials | $68.54 |
| Total | $32,439.18 |

* Specialized computer software acquired after consultation with W.R. Grace attorneys to enable RPWB to open and view Grace computerized document files being supplied to RPWB by order of Judge Fitzgerald in lieu of hard copies.

Dated:  February 21, 2003

ELUZUFON AUSTON REARDON
TARLOV & MONDELL, P.A.


*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899

Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman, LLC
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**FEE DETAIL OF THE VERIFIED FEE APPLICATION OF
RICHARDON PATRICK WESTBROOK & BRICKMAN, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI LEAD SPECIAL COUNSEL FOR THE FOURTH INTERIM MONTHLY
PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

02/17/2003

# Time report

## 12/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|

**Transaction:**     L106

**Day:**     12/02/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/02/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace Second Set of Discovery, notes to Rob Turkewitz regarding asbestos testing (.5); discussion with Rob Turkewitz regarding potential for Sealed Air settlement to impact ZAI proceedings and memo to attorneys regarding same (.3); discussions with Jay Ward and Rob Turkewitz regarding review of ZAI documents on CDs (.2); discussions with Carrie Hughes regarding organization of ZAI documents (.3) | $650.00 | 1.30 | $845.00 |
| 12/02/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues(7.7); conversation with Ed Westbrook regarding ZAI documents (.3) | $125.00 | 8.00 | $1,000.00 |
| 12/02/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues | $125.00 | 7.50 | $937.50 |
| 12/02/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Ed Westbrook re: status and Sealed Air settlement (.3); conference with Ed Westbrook and Jay Ward re: review of Zonolite documents (.2); phone conversation with Ian Jones re: instructional session on software for document review (.2); received and reviewed email re: medical issues (.1). | $400.00 | 0.80 | $320.00 |
| 12/02/2002<br>ijones | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with Rob Turkewitz regarding Concordance and document review | $110.00 | 0.20 | $22.00 |
| 12/02/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with Ed Westbrook and Rob Turkewitz regarding review of Zonolite documents | $265.00 | 0.20 | $53.00 |

**Day:**     12/03/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/03/2002<br>ijones | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with ZAI team regarding document review using Concordance. | $110.00 | 0.80 | $88.00 |
| 12/03/2002<br>shollings | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important issues | $75.00 | 8.50 | $637.50 |
| 12/03/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed memo from Jay Ward re: review of Zonolite documents (.1); conference with Ian Jones and others re: review of documents using Concordance software (.8); conference call with Darrell Scott and Allen McGarvey re: status and strategy (1.0); conference with Jay Ward regarding Grace documents (.2). | $400.00 | 2.10 | $840.00 |

02/17/2003

# Time report

### 12/01/2002 - 12/31/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 12/03/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues( 7.0 ); attend meeting regarding Concordance (.8) | $125.00 | 7.80 | $975.00 |
| 12/03/2002 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Attend meeting regarding Concordance (.8); review and analyze Grace documents for ZAI issues (7.4); meeting with Jay Ward regarding Grace advertisements (.1) | $125.00 | 8.30 | $1,037.50 |
| 12/03/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Review correspondence from Darrell Scott to Doug Cameron regarding home inspections. | $650.00 | 0.10 | $65.00 |
| 12/03/2002 jward | 200106 0000 | Zonolite Science Trial | L106<br>Conference with Ms. Kerrison re: Grace document review and database issues (.1); conference with Ms. Hughes re: entry of Grace advertisements in database (.1); multiple conferences with ZAI team re: review, summary and entry into database of Grace documents produced on CDs (1.2); multiple conferences and e-mail messages with Mr. Turkewitz re: same (.2); review and summarize Grace document production (1.3). | $265.00 | 2.90 | $768.50 |
| 12/03/2002 kcarr | 200106 0000 | Zonolite Science Trial | L106<br>Attend meeting regarding Concordance (.8); review Grace documents (2) | $125.00 | 2.80 | $350.00 |
| 12/03/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review Grace chronology boxes for ZAI documents (3.0); partial participation in conference with Ian Jones regarding Concordance database (.5); review Libby documents (3.0); conference with Jay Ward regarding Grace document issues (.1) | $125.00 | 6.60 | $825.00 |
| **Day:** | | **12/04/2002** | | | | |
| 12/04/2002 jward | 200106 0000 | Zonolite Science Trial | L106<br>Conference with Mr. Westbrook re: status of Grace document review and proposed procedure for review, summary and entry of documents on Grace CDs into database (.1); conference with Ms. Bakst re: entry of summary documents into database (.1); refine issues used to identify significant Grace documents (.2); exchange e-mail messages with Ms. Hughes and Bakst re: same (.1); review and summarize property damage claimants' pleadings in Armstrong case re: the Daubert ruling (.5); review and summarize Grace documents (.6); draft memo assigning groups of Grace documents to be reviewed (.2). | $265.00 | 1.80 | $477.00 |
| 12/04/2002 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Research witness on Westlaw (.5); Review, analyze and input Grace documents into Concordance (5.8); work on organizing Grace chron boxes (1) | $125.00 | 7.30 | $912.50 |
| 12/04/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues (7.4); conversation with Jay Ward regarding entry of summary documents into | $125.00 | 7.50 | $937.50 |

# Time report

### 12/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Concordance (.1) | | | |
| 12/04/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI memos, conversations with Jay Ward regarding organization of ZAI documents | $650.00 | 0.50 | $325.00 |
| 12/04/2002<br>shollings | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 7.50 | $562.50 |
| 12/04/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Grace document production review to identify ZAI issues for Science Trial | $240.00 | 2.70 | $648.00 |
| **Day:** | | **12/05/2002** | | | | |
| 12/05/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Grace document production review to identify ZAI issues for for Science Trial (5.2); meeting to discuss ZAI document review (1.2) | $240.00 | 6.40 | $1,536.00 |
| 12/05/2002<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend ZAI meeting regarding document organization and analysis | $90.00 | 1.20 | $108.00 |
| 12/05/2002<br>shollings | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 4.30 | $322.50 |
| 12/05/2002<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI meeting regarding document review and issues (1.2 ); Grace document review for ZAI issues (4.8) | $125.00 | 6.00 | $750.00 |
| 12/05/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Meet with staff regarding ZAI document organization and analysis (1.2); work on ZAI planning (.5); review transcript regarding hearing in Armstrong on proving property damage claims for potential application to ZAI case planning (.8) | $650.00 | 2.50 | $1,625.00 |
| 12/05/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed memo from Jay Ward re: Grace document review (.3); conference with PD re: status of ZAI Science Trial preparation (1.2). | $400.00 | 1.50 | $600.00 |
| 12/05/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents (6.3); ZAI team strategy conference (1.2) | $125.00 | 7.50 | $937.50 |
| 12/05/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend meeting regarding second phase of documents (1.2); review, analyze and input documents into Concordance (7) | $125.00 | 8.20 | $1,025.00 |
| 12/05/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with PD team regarding ZAI issues and database. | $75.00 | 1.20 | $90.00 |

3

# Time report

### 12/01/2002 - 12/31/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 12/05/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Coordinate review of Grace documents produced on CDs (.8); draft memo to Messrs. Westbrook and Turkewitz outlining proposed procedure for review of Grace documents produced on CDs (.4); review database entries and documents designated as important from Grace document review (1.2); draft memo to Messrs. Westbrook and Turkewitz re: status of Grace document review and revision needed to list of issues used to designate important documents (.6); conference with ZAI team re: Grace document review procedure and case status (1.2); revise list of issues used to designate important documents in Grace document production (.4); multiple conferences with members of ZAI team re: Grace document review procedure (.2); review and summarize Grace document production (1.2). | $265.00 | 6.00 | $1,590.00 |
| 12/05/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace chronology for ZAI documents (5.3); meeting with Zonolite Science Trial teams regarding ZAI imaged document review and narrowing down issue fields (1.2) | $125.00 | 6.50 | $812.50 |
| **Day:** | | **12/06/2002** | | | | |
| 12/06/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace chronology documents for ZAI-related documents | $125.00 | 4.00 | $500.00 |
| 12/06/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Finalize revision of list of issues used to designate important documents in Grace document production (.2); multiple conferences with Ms. Bakst and Ms. Hughes re: specific documents to be designated as important in the Grace document production (.2); continue organizing and coordinating review of Grace documents produced on CDs (.8); review and summarize Grace document production (2.6). | $265.00 | 3.80 | $1,007.00 |
| 12/06/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze ZAI documents to identify ZAI issues | $125.00 | 7.00 | $875.00 |
| 12/06/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents to identify ZAI issues (7.3); conference with Jay Ward regarding ZAI analysis (.2) | $125.00 | 7.50 | $937.50 |
| 12/06/2002<br>shollings | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 7.00 | $525.00 |
| **Day:** | | **12/08/2002** | | | | |
| 12/08/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on status of ZAI testing, witness interviews, and factual discovery with memos to Ed Westbrook regarding same (3.8). | $400.00 | 3.80 | $1,520.00 |
| **Day:** | | **12/09/2002** | | | | |
| 12/09/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Ed Westbrook re: status of testing (.2); phone conversation with Darrell Scott re: meeting with potential witness, (.4); | $400.00 | 2.10 | $840.00 |

02/17/2003

# Time report

### 12/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | phone conversation with expert re: status of testing and expert reliance materials (.6); phone conversation with pulmonologist re: medical issues (.5); email to Ed Westbrook re: medical issues (.2); conference with Linda Hambleton and Janet Bakst re: defense expert materials (.2). | | | |
| 12/09/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L106 Conversation with Rob Turkewitz and Janet Bakst re: defense expert materials. | $75.00 | 0.20 | $15.00 |
| 12/09/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and Analyze Grace documents (7.3); meeting with Rob Turkewitz and Linda Hambleton regarding defense expert materials (.2) | $125.00 | 7.50 | $937.50 |
| 12/09/2002 jward | 200106 0000 | Zonolite Science Trial | L106 Multiple conferences and telephone calls with Ms. Bakst and Ms. Hughes re: procedure and documents to be entered into database (.3); receive and review e-mail outlining recent ZAI exposure (.1); review and summarize Grace document production (5.9) | $265.00 | 6.30 | $1,669.50 |
| 12/09/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review test results from Darrell Scott and meetings with Bobby Wood and Rob Turkewitz regarding ZAI documents and test results (.8); review law on ASTM test procedure and recent case involving same (.6) | $650.00 | 1.40 | $910.00 |
| 12/09/2002 chughes | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents for ZAI issues | $125.00 | 8.00 | $1,000.00 |
| 12/09/2002 bwood | 200106 0000 | Zonolite Science Trial | L106 Grace document production review to identify ZAI issues (4.1); meeting with Ed Westbrook rgearding documents (.2) | $240.00 | 4.30 | $1,032.00 |
| **Day:** | | **12/10/2002** | | | | |
| 12/10/2002 shollings | 200106 0000 | Zonolite Science Trial | L106 ZAI document review and computer input of important ZAI issues | $75.00 | 7.80 | $585.00 |
| 12/10/2002 kcarr | 200106 0000 | Zonolite Science Trial | L106 Grace document review to identify ZAI issues | $125.00 | 3.00 | $375.00 |
| 12/10/2002 chughes | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents for ZAI issues (7.8); conferences with Jay Ward regarding documents (.2) | $125.00 | 8.00 | $1,000.00 |
| 12/10/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review Grace chronology documents for ZAI documents | $125.00 | 6.50 | $812.50 |
| 12/10/2002 jward | 200106 0000 | Zonolite Science Trial | L106 Conference with Mr. Westbrook re: status of Grace document review (.1); multiple conferences with Ms. Hughes and Ms. Bakst re: specific documents to be entered into database (.2); review and summarize Grace document production (6.4). | $265.00 | 6.70 | $1,775.50 |

02/17/2003

# Time report

### 12/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/10/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference call with Darrell Scott, Allan McGarvey, and Ed Westbrook re: status and strategy (1.6); conference with Ed Westbrook re: discovery (.4); e-mail to Allan McGarvey re: Libby testing (.2); phone conversation with scientist re: Libby testing (.2). | $400.00 | 2.40 | $960.00 |
| 12/10/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues (7.8); conferences with Jay Ward regarding specific documents (.2) | $125.00 | 8.00 | $1,000.00 |
| 12/10/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference call with Rob Turkewitz, Darrell Scott and other counsel to discuss future plans (1.4); review memos regarding ZAI (.3); review correspondence from Grace counsel and conversation with Rob Turkewitz regarding same (.3); review memos concerning testing issues (.4); case planning (.6) conference with Jay WArd regarding document review (.1) | $650.00 | 3.10 | $2,015.00 |
| **Day:** | | **12/11/2002** | | | | |
| 12/11/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review memo from RMT regarding renovations (.4); review memos regarding ZAI testing issues (.3); review correspondence from Grace (.2); review Court schedule for hearing dates (.1); conversation with Rob Turkewitz regarding various types of scientific analyses and organization of testing information (.2); work on case planning (.6) | $650.00 | 1.80 | $1,170.00 |
| 12/11/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues (7.3); several conversations with Jay Ward regarding documents to be entered into database (.2) | $125.00 | 7.50 | $937.50 |
| 12/11/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarized and finalized memo re: attic renovations (1.5); dictated and finalized memo re: future preparation for trial (1.0); phone conversation with prospective witness re: facts (.5); phone conversation re: medical issues (.2); work on testing issues (1.2); e-mail to plaintiff's representative (.4). | $400.00 | 4.80 | $1,920.00 |
| 12/11/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues | $125.00 | 7.50 | $937.50 |
| 12/11/2002<br>shollings | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input to identify important ZAI issues | $75.00 | 7.50 | $562.50 |
| 12/11/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (4.2); multiple telephone calls with Mr. Jones re: Concordance technical issues (0.2); multiple conferences with Ms. Bakst re: documents to be entered in database (0.2) | $265.00 | 4.60 | $1,219.00 |

# Time report

### 12/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/11/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Legal research for briefs on property contamination issues | $240.00 | 5.50 | $1,320.00 |
| 12/11/2002<br>ljones | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversations with Jay Ward regarding Concordance (.2) | $110.00 | 0.20 | $22.00 |

**Day:** **12/12/2002**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/12/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Jay Ward regarding status of document review (.2) | $650.00 | 0.20 | $130.00 |
| 12/12/2002<br>ljones | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple conversations with Jay Ward regarding Concordance and techinical issues regarding the database (.4) | $110.00 | 0.40 | $44.00 |
| 12/12/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (5.6); multiple telephone calls with Mr. Jones re: database technical issues (0.4); conference with Mr. Westbrook re: status of Grace document review (0.2) | $265.00 | 6.20 | $1,643.00 |
| 12/12/2002<br>shollings | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 4.30 | $322.50 |
| 12/12/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues (7.5) | $125.00 | 7.50 | $937.50 |
| 12/12/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace chronology documents for ZAI documents | $125.00 | 6.50 | $812.50 |
| 12/12/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with medical consultant regarding asbestos disease (3.0); Conference with Ed Westbrook re: meeting with consultant (.3); telephone conversation with prospective witness (.5); reviewed memo from Darrell Scott re: ZAI distribution (.2); reviewed memo from Ian Jones re: Grace CDs (.2). | $400.00 | 4.20 | $1,680.00 |
| 12/12/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and Analyze Grace documents for ZAI issues | $125.00 | 7.50 | $937.50 |

**Day:** **12/13/2002**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/13/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues | $125.00 | 7.40 | $925.00 |
| 12/13/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues (2.5); meeting with Linda Hambleton regarding Concordance and inputting Grace documents (.5) | $125.00 | 3.00 | $375.00 |

02/17/2003

# Time report

### 12/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/13/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed Grace documents (4.2); finalized and sent fax from Rob to James Bentz re: corrupt CDs produced by Grace (.3); meeting with Carrie Hughes regarding Concordance and inputting of documents (.5) | $75.00 | 5.00 | $375.00 |
| 12/13/2002<br>shollings | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input to identify important ZAI issues | $75.00 | 8.50 | $637.50 |
| 12/13/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Phone conversation with prospective witness re: facts (.4); received and reviewed information re: ZAI distribution (.5); received and reviewed e-mail from plaintiff's representative re: discovery response (.2); phone conversation with Ian Jones re: technical problem with Grace CDs (.2); reviewed memo from Ian Jones re: problem with Grace CDs (.4); dictated and finalized letter to Jim Bentz re: problem with Grace CDs (1.2); received and reviewed photos from home with ZAI (.2); e-mails to Darrell Scott re: testing (.4). | $400.00 | 3.50 | $1,400.00 |
| 12/13/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple telephone calls with Messrs. Westbrook, Turkewitz and Jones re: technical problems with Grace documents produced on CDs (0.2); review and summarize Grace document production (3.4) | $265.00 | 3.60 | $954.00 |
| 12/13/2002<br>ijones | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversation with Rob Turkewitz regarding problems with CDs produced by Grace | $110.00 | 0.20 | $22.00 |
| 12/13/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Legal research for briefs on property damage contamination | $240.00 | 2.50 | $600.00 |
| **Day:** | **12/14/2002** | | | | | |
| 12/14/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed renovation books and dictated summaries regarding application to ZAI (1.5). | $400.00 | 1.50 | $600.00 |
| 12/14/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace documents to identify ZAI issues | $125.00 | 4.00 | $500.00 |
| **Day:** | **12/16/2002** | | | | | |
| 12/16/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed Grace documents to identify ZAI issues. | $75.00 | 2.50 | $187.50 |
| 12/16/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace Documents for ZAI issues (4.9); conversation with Jay Ward and Carrie Hughes regarding review of documents (.1) | $125.00 | 5.00 | $625.00 |
| 12/16/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed e-mail from Jim Bentz re: Grace CDs and forwarded to Ian Jones (.2); reviewed e-mail from Ian Jones re: Grace CDs (.5); | $400.00 | 1.90 | $760.00 |

02/17/2003

# Time report

### 12/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | conference call with Darrell Scott re: removal of ZAI in home(.8); conference with Ed Westbrook re: removal and status of discovery (.4). | | | |
| 12/16/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Case planning (.5); review memos regarding ZAI (.2); conference with Rob Turkewitz regarding removal of ZAI and status of discovery (.4) | $650.00 | 1.10 | $715.00 |
| 12/16/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversation with law clerks regarding legal research on property damage contamination issues | $240.00 | 0.30 | $72.00 |
| 12/16/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Ms. Hughes and Ms. Bakst re: review of Libby documents (0.1); receive and review letter and multiple e-mail messages re: technical problems with Grace documents produced on CDs (0.2); review and summarize Grace document production (4.8) | $265.00 | 5.10 | $1,351.50 |
| 12/16/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace chronology documents for ZAI documents (.4); review and analyze Grace documents to identify ZAI issues (6); conversation with Janet Bakst and Jay Ward regarding review of documents (.1) | $125.00 | 6.50 | $812.50 |
| Day: | | 12/17/2002 | | | | |
| 12/17/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, analyze and input Grace documents concerning ZAI issues (8); Review Grace chronology documents for ZAI documents (1) | $125.00 | 9.00 | $1,125.00 |
| 12/17/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production. | $265.00 | 7.20 | $1,908.00 |
| 12/17/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed draft A.D. Little subpoenas (.4); phone conversation with Darrell Scott re: home with ZAI (.2); conference call with Darrell Scott, Allen McGarvey and Jenine re: status of discovery and strategy (.8); phone conversation re: document requests (.8); conference with Lizzie Kerrison re: Grace documents on microfiche (.4). | $400.00 | 2.60 | $1,040.00 |
| 12/17/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace chronology documents for ZAI documents (6.1); conversation with Rob Turkewitz regarding Grace documents on microfiche (.4) | $125.00 | 6.50 | $812.50 |
| 12/17/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and Analyze Grace Documents | $125.00 | 8.00 | $1,000.00 |
| 12/17/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed Grace documents to identify ZAI issues | $75.00 | 5.00 | $375.00 |

# Time report

### 12/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name<br> | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **12/18/2002** | | | | |
| 12/18/2002<br>thambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed ZAI documents to identify ZAI issues (3.0); edited and finalized memos (1.5); finalized renovation book summaries (.5). | $75.00 | 5.00 | $375.00 |
| 12/18/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and Analyze Grace Documents for ZAI issues | $125.00 | 8.00 | $1,000.00 |
| 12/18/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace chronology documents for ZAI documents | $125.00 | 4.00 | $500.00 |
| 12/18/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Correspondence to Ian Jones re: documents on CDs (.2); e-mail re: document requests (.4); received and began reviewing deposition regarding Grace tremolite practices(.5); phone conversation with counsel re: document request (.5); communications with Jim Bentz and Ian Jones re: Grace CD's (.5); drafted and finalized letter to Jim Bentz re: Grace's docs on microfiche (.4); conversation with Ed Westbrook regarding ZAI science issues (.3). | $400.00 | 2.80 | $1,120.00 |
| 12/18/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review correspondence and memos regarding Grace improper loading of CDs so that only selected pages show up on our screens (.6), discussions with Rob Turkewitz regarding ZAI science issues (.3) | $650.00 | 0.90 | $585.00 |
| 12/18/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (7.2); review materials re: attic renovation and other home improvements impacting attics (0.2). | $265.00 | 7.40 | $1,961.00 |
| 12/18/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues (7.5); review Grace chronology documents for ZAI documents (1.0) | $125.00 | 8.50 | $1,062.50 |
| 12/18/2002<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Grace document review to identify ZAI issues | $125.00 | 2.50 | $312.50 |
| **Day:** | | **12/19/2002** | | | | |
| 12/19/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review discovery responses from Grace (.5); review correspondence from co-counsel regarding plaintiffs' discovery (.2); discussions with Rob Turkewitz regarding renovation issues (.3); discussions with Rob Turkewitz regarding case planning (.2); work on case planning matters (.5); discussion with Janet Bakst regarding ZAI documents (.2) | $650.00 | 1.90 | $1,235.00 |
| 12/19/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 6.50 | $812.50 |

02/17/2003

# Time report

### 12/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/19/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Various conversations with Ed Westbrook regarding renovation issues and case planning (.3) | $400.00 | 0.30 | $120.00 |
| 12/19/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed Grace documents (2.0) | $75.00 | 2.00 | $150.00 |
| 12/19/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace chronology documents for ZAI documents | $125.00 | 6.50 | $812.50 |
| 12/19/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and Analyze Grace Documents (7.8); conversation with Ed Westbrook regarding various documents (.2) | $125.00 | 8.00 | $1,000.00 |

| Day: | | 12/20/2002 | | | | |
|---|---|---|---|---|---|---|
| 12/20/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues | $125.00 | 6.00 | $750.00 |
| 12/20/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed order in similar case for relevance to ZAI case planning (.5); phone conversations with plaintiff's representative re: shipment of bags of ZAI (.4); received and began reviewing documents from ZAI plaintiffs (.5). | $400.00 | 1.40 | $560.00 |
| 12/20/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (6.2); draft e-mail message to Messrs. Westbrook and Turkewitz reporting on status of document review (.1). | $265.00 | 6.30 | $1,669.50 |

| Day: | | 12/21/2002 | | | | |
|---|---|---|---|---|---|---|
| 12/21/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued reviewing Zonolite documents for ZAI issues (1.8). | $400.00 | 1.80 | $720.00 |

| Day: | | 12/23/2002 | | | | |
|---|---|---|---|---|---|---|
| 12/23/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Phone conversation with plaintiff's representative re: ZAI sample (.3); received and reviewed letter from Jim Bentz re: discovery (.2); conversation with Jay Ward regarding Grace deponents (.1) | $400.00 | 0.60 | $240.00 |
| 12/23/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, analyze and input ZAI issues on Grace documents (7.3); various conversations with Jay Ward regarding documents to be entered into Concordance (.2) | $125.00 | 7.50 | $937.50 |
| 12/23/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (2.8); multiple conferences with Ms. Hughes re: documents to be entered in database (.2); telephone call with Mr. Westbrook re: selection of Grace deponents | $265.00 | 3.60 | $954.00 |

12

# Time report

### 12/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | (.1); review documents to identify same (.4); conference with Mr. Turkewitz re: same (.1). | | | |
| 12/23/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Conversation with Jay Ward regarding Grace deponents | $650.00 | 0.10 | $65.00 |
| 12/23/2002 shollings | 200106 0000 | Zonolite Science Trial | L106 ZAI document review and computer input of important ZAI issues | $75.00 | 4.00 | $300.00 |
| 12/23/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review Grace chronology documents for ZAI documents | $125.00 | 4.50 | $562.50 |
| **Day:** | | **12/24/2002** | | | | |
| 12/24/2002 shollings | 200106 0000 | Zonolite Science Trial | L106 ZAI document review and computer input of important ZAI issues | $75.00 | 4.00 | $300.00 |
| 12/24/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Phone conversations with prospective witnesses re: ZAI. | $400.00 | 1.00 | $400.00 |
| **Day:** | | **12/26/2002** | | | | |
| 12/26/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Phone conversation with potential expert re: testing. | $400.00 | 0.20 | $80.00 |
| **Day:** | | **12/27/2002** | | | | |
| 12/27/2002 chughes | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents for ZAI issues | $125.00 | 4.00 | $500.00 |
| 12/27/2002 shollings | 200106 0000 | Zonolite Science Trial | L106 ZAI document review and computer input of important ZAI issues | $75.00 | 6.00 | $450.00 |
| 12/27/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Review Grace chronology documents for ZAI documents | $125.00 | 8.00 | $1,000.00 |
| **Day:** | | **12/28/2002** | | | | |
| 12/28/2002 chughes | 200106 0000 | Zonolite Science Trial | L106 Review Grace chronology documents for ZAI specific documents | $125.00 | 4.00 | $500.00 |
| **Day:** | | **12/30/2002** | | | | |
| 12/30/2002 chughes | 200106 0000 | Zonolite Science Trial | L106 Review, analyze and input Grace documents for ZAI issues | $125.00 | 7.50 | $937.50 |
| 12/30/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Phone conversations with Darrell Scott re: discovery responses and status (.8); reviewed Zonolite documents (2.5). | $400.00 | 3.30 | $1,320.00 |

13

# Time report

### 12/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 12/30/2002 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review Grace documents to determine potential Grace deponents (.8); draft email message to Mr. Turkewitz outlining same (.3); review and summarize Grace document production (2.2). | $265.00 | 3.30 | $874.50 |
| 12/30/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues | $125.00 | 8.00 | $1,000.00 |
| 12/30/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review Grace chronology documents for ZAI documents | $125.00 | 7.20 | $900.00 |

| Day: | 12/31/2002 |
|---|---|

| 12/31/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Review ZAI imaged documents (5.); conference with Jay Ward and Carrie Hughes regarding Grace document review and database (.2) | $125.00 | 5.20 | $650.00 |
| 12/31/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues | $125.00 | 5.50 | $687.50 |
| 12/31/2002 jward | 200106 0000 | Zonolite Science Trial | L106<br>Conference with Ms. Hughes and Ms. Kerrison re: Grace document review and database (.2); review and summarize Grace document production (1.9). | $265.00 | 2.10 | $556.50 |
| 12/31/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Phone conversations with Darrell Scott re: discovery responses and additional testing (1.0); reviewed Zonolite documents (1.5). | $400.00 | 2.50 | $1,000.00 |
| 12/31/2002 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Review, analyze and input ZAI issues in Grace documents (5.8); conference with Jay Ward and Lizzie Kerrison regarding database and document review (.2) | $125.00 | 6.00 | $750.00 |

| | Transaction Total: | $103,793.00 |
|---|---|---|
| | Expense Total: | $0.00 |
| | Time Total: | $103,793.00 |
| | Total Hours/Transaction: | 598.90 |

| Transaction: | L150 |
|---|---|

| Day: | 12/02/2002 |
|---|---|

| 12/02/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L150<br>Coordinating with local counsel, scanning and transmitting October bill to local counsel for filing and service | $75.00 | 0.20 | $15.00 |

02/17/2003

# Time report

### 12/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **12/16/2002** | | | | |
| 12/16/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on November monthly bill | $75.00 | 2.00 | $150.00 |
| **Day:** | | **12/17/2002** | | | | |
| 12/17/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on November monthly bill | $75.00 | 0.80 | $60.00 |

| | |
|---|---|
| **Transaction Total:** | **$225.00** |
| **Expense Total:** | **$0.00** |
| **Time Total:** | **$225.00** |
| **Total Hours/Transaction:** | **3.00** |

| | |
|---|---|
| **Grand Total:** | **$104,018.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$104,018.00** |
| **Total Hours/Report:** | **601.90** |
| **Count:** | **136** |

## VERIFICATION

STATE OF SOUTH CAROLINA   )
                                   )
COUNTY OF CHARLESTON      )

      Edward J. Westbrook, after being duly sworn according to law, deposes and says:

      a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

      b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

      c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                          Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 17th day of February 2003.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused copy of the foregoing

- Verified Application of Richardson Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel for the Fourth Interim Monthly Period From December 1, 2002 Through December 31, 2002

to be served upon those individuals identified on the attached service list.

I certify the foregoing to be true and correct under the penalty of perjury.

Date: February 21, 2003                     */s/ William D. Sullivan*
                                            William D. Sullivan

SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Bacna, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

SERVICE LIST

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899