# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11    **SAMPLE** |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | REMEDIUM GROUP, INC. |
| | ) | Case No. 01-01194 (JKF) |
| Debtors. | ) | |

```
|||||||||||||||||||||||||||||||||   02102403405844
NELSON,MULLINS RILEY & SCARBOROUGH
PO DRAWER 11009
COLUMBIA, SC 29211
```

AMENDMENT TO SCHEDULE F FOR:
REMEDIUM GROUP, INC. ( 01-01194 )

Amended Amount:    $1,279.06

Original Scheduled Amount(s):

| Original Sched ID | Schedule Amount | CUD* |
|---|---|---|
| 1545162 | $228.00 | |

\* [C]ontingent [U]nliquidated [D]isputed

## NOTICE OF AMENDMENTS TO SCHEDULES "F" OF LIABILITIES

**PLEASE TAKE NOTICE** that on February 11, 2003, Remedium Group, Inc. ("RGI") filed its Amendments to Schedules of Liabilities – Schedule F., (the "Amendments") with the United States Bankruptcy Court for the District of Delaware. Outlined is the original scheduled claim amount of the affected party receiving this notice and the corresponding amended amount now being listed for the claim by the appropriate debtor.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who disagrees with the amount and/or classification of liability set forth in the Amendments as outline above (or attached) may file a proof of claim for the amount and/or classification it deems appropriate. The bar date for filing proofs of claim is set as **March 31, 2003** at 4:00 p.m. Eastern Time. To obtain a claim form contact Rust Consulting, Inc., the Claims Processing Agent, toll- free at **1-800-432-1909** or visit the Grace chapter 11 website at **www.graceclaims.com** to request a claim form.

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments and who fails to file a proof of claim prior to the Bar Date will be bound by the classification and/or amount of liability set forth in the Amendments.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**PLEASE TAKE FURTHER NOTICE** that if you have any questions regarding the Amendments you should contact Bankruptcy Management Corporation at (888) 909-0100.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Bankr. P. 1009 and Rule 1009-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the following entities will receive a copy of the Amendments: (i) those who parties that are affected by the Amendments; (ii) the United States Trustee; and (iii) all parties who have requested notice pursuant to Fed. R. Bankr. P 2002.

Wilmington, Delaware
Dated: February 11, 2003

        KIRKLAND & ELLIS
        James H.M. Sprayregen P.C.
        James W. Kapp III
        Janet S. Baer
        200 East Randolph Drive
        Chicago, IL 60601
        (312) 861-2000
        (312) 861-2200 (fax)

        and

        PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
        /s/
        Laura Davis Jones (Bar No. 2436)
        Scotta McFarland
        919 N. Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        (302) 652-4100
        (302) 652-4400 (fax)
        Co-Counsel for the Estate