IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Richard A. Keuler, Jr., certify that I am over 18 years of age and that on this 24th day of February, 2003, I caused a true and correct copy of the No Order Required Certification of No Objection Regarding Docket No. 3298 to be served upon the parties on the attached service list in the manner indicated.

/s/ Richard A. Keuler, Jr.
Richard A. Keuler, Jr. (No. 4108)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W.R. GRACE NOTICE GROUP SERVICE LIST

| | | |
|---|---|---|
| HAND DELIVERY<br>Michael B. Joseph, Esquire<br>Theodore J. Tacconelli, Esquire<br>Ferry, Joseph & Pearce, P.A.<br>824 Market Street, Suite 905<br>Wilmington, DE 19899 | HAND DELIVERY<br>Laura Davis Jones, Esquire<br>David Carickoff, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones<br>919 North Market Street<br>16th Floor<br>Wilmington, DE 19899-8705 | HAND DELIVERY<br>Steven M. Yoder, Esquire<br>The Bayard Firm<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19899 |
| HAND DELIVERY<br>Teresa K.D. Currier, Esquire<br>Klett, Rooney, Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | HAND DELIVERY<br>Frank J. Perch, Esquire<br>Office of the U.S. Trustee<br>844 King Street, Room 2311<br>Wilmington, DE 19801 | HAND DELIVERY<br>Michael R. Lastowski, Esquire<br>Duane, Morris LLP<br>1100 North Market Street<br>Suite 1200<br>P.O. Box 195<br>Wilmington, DE 19801 |
| VIA U.S. MAIL<br>David Bernick, Esquire<br>James H.M. Sprayregen, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | HAND DELIVERY<br>William D. Sullivan, Esquire<br>Elzufon Austine Reardon Tarlov & Mondell<br>300 Delaware Ave., Suite 1700<br>Wilmington, DE 19801 | VIA U.S. MAIL<br>Scott L. Baena, Esquire<br>Richard M. Dunn, Esquire<br>Bilzin Sumberg Dunn Baena Price & Axelrod<br>2500 First Union Fin. Center<br>200 S. Biscayne Blvd.<br>Miami, FL 33131-2336 |
| VIA U.S. MAIL<br>Hamid R. Rafatjoo, Esquire<br>Pachulski, Stang, Ziehl & Jones<br>10100 Santa Monica Blvd.<br>Los Angeles, CA 90067-4100 | VIA U.S. MAIL<br>Lewis Kruger, Esquire<br>Stroock, Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | VIA U.S. MAIL<br>J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| VIA HAND DELIVERY<br>Matthew G. Zaleski, Esquire<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801 | VIA U.S. MAIL<br>Warren H. Smith<br>Warren H. Smith and Assoc.<br>900 Jackson Street<br>120 Founders Square<br>Dallas, TX 75202 | VIA U.S. MAIL<br>Elihu Inselbuch, Esquire<br>Rita Tobin, Esquire<br>Caplin & Drysdale, Chartered<br>399 Park Avenue, 27th Floor<br>New York, NY 10022 |
| VIA U.S. MAIL<br>Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | VIA U.S. MAIL<br>Thomas M. Mayer, Esquire<br>Philip Bentley, Esquire<br>Robert S. Schmidt, Esquire<br>Kramer Levin Naftalis & Frankel<br>919 Third Avenue<br>New York, NY 10022 | VIA U.S. MAIL<br>David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD 21044 |

-2-

**VIA HAND DELIVERY**
William J. A. Sparks, Esquire
W.R. Grace & Co.
919 N. Market, Suite 460
Wilmington, DE 19899

-2-