## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: March 17, 2003 at 4:00 p.m.**

## FIFTEENTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD DECEMBER 26, 2002 THROUGH JANUARY 31, 2003

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 26, 2002 through January 31, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $6,386.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $82.31 |
| This is a(n): | _x_ interim     ___ final application. |

The total time expended for the preparation of this application will be included in the next interim fee application.

WLM43438.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $ 940.67 | $3,295.60/ $ 940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $ 1,343.14 | $10,054.80/ $ 1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**DECEMBER 26, 2002 THROUGH JANUARY 31, 2003**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $445 | 11.2 | $4,984.00 |
| Jeffrey R. Waxman | $195 | 2.0 | $390.00 |
| Raelena Y. Taylor | $125 | 8.1 | $1,012.00 |
| **TOTAL** | | **21.3** | **$6,386.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**DECEMBER 26, 2002 THROUGH JANUARY 31, 2003**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 1.0 | $445.00 |
| Business Operations | 0.5 | $222.50 |
| Case Administration | 3.1 | $675.50 |
| Employee Benefits/Pensions | 0.4 | $178.00 |
| Fee/Employment Applications | 1.1 | $158.50 |
| Litigation | 1.3 | $578.50 |
| Plan & Disclosure Statement | 0.9 | $400.50 |
| Klett Rooney Fee/Employment Applications | 11.4 | $3,016.00 |
| Hearings | 1.6 | $712.00 |
| **TOTAL** | **21.3** | **$6,386.50** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
DECEMBER 26, 2002 THROUGH JANUARY 31, 2003**

| Expense Category | Total Expenses |
|---|---|
| Professional Services/Pacer | $3.29 |
| Reproduction of Documents | $18.00 |
| Federal Express | $31.02 |
| Messenger Services | $30.00 |
| **TOTAL** | $82.31 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
    Teresa K. D. Currier (No. 3080)
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    (302) 552-4200

    Co-Counsel to the Official Committee of
    Equity Holders

Dated: February 25, 2003

WLM43438.1

4

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   FEBRUARY 18, 2003
MATTER  :   W9600-001
INVOICE :   152407

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

RE:   IN RE: W.R. GRACE & CO., ET AL.

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 01/15/03 MESSENGER SERVICES - 14793 -    PARCELS, INC.-D D R | 7.50 |
| 01/15/03 FEDERAL EXPRESS - 4-489-4445 -  FEDERAL EXPRESS CORPORATION | 10.34 |
| 01/15/03 MESSENGER SERVICES - 14698 -   PARCELS, INC.-D D R | 7.50 |
| 01/15/03 FEDERAL EXPRESS - 4-489-84656 -   FEDERAL EXPRESS CORPORATION | 10.34 |
| 01/16/03 FEDERAL EXPRESS - 4-536-20017 -   FEDERAL EXPRESS CORPORATION | 10.34 |
| 01/21/03 PROFESSIONAL SERVICES - 4TH QUARTER - PACER (WILM) | 3.29 |
| 01/23/03 MESSENGER SERVICES - 14999 -   PARCELS, INC.-D D R | 15.00 |
| 01/27/03 REPRODUCTION OF DOCUMENTS | .75 |
| 01/27/03 REPRODUCTION OF DOCUMENTS | 17.25 |
| TOTAL EXPENSE ADVANCES : | 82.31 |
| TOTAL DUE  : | 82.31 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 18, 2003
                                              MATTER : W9600-003
                                              INVOICE : 152408
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/03/03 | TC | REVIEWED UNEXPIRED LEASE REJECTION NOTICE | .30 |
| 01/30/03 | TC | REVIEWED DEBTORS' REPORT OF SETTLEMENTS | .30 |
| 01/30/03 | TC | REVIEWED DEBTORS' SIXTH QUARTERLY REPORT OF ASSET SALES | .40 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 445.00 | 1.00 | 445.00 |
| TOTALS | | 1.00 | 445.00 |

```
                  TOTAL FEES :              445.00

                  TOTAL DUE  :              445.00
```

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :  FEBRUARY 18, 2003
                                              MATTER :  W9600-004
                                              INVOICE :  152409


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

     RE:  BUSINESS OPERATIONS


 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
 ----   ----   -------------------------------                   -----

01/14/03 TC    REVIEWED MONTHLY OPERATING REPORTS                  .50



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

  T CURRIER             445.00    .50           222.50
                 TOTALS           .50           222.50


                 TOTAL FEES :                       222.50


                 TOTAL DUE  :                       222.50
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 18, 2003
MATTER :  W9600-005
INVOICE : 152410

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/02/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .70 |
| 01/21/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .40 |
| 01/23/03 | RTT | DOWNLOAD & REVIEW AGENDA RE 1/27/03 HEARING(.3); EMAILS TO AND FROM T.CURRIER RE SAME(.1) | .40 |
| 01/23/03 | TC | REVIEWED AGENDA NOTICE FOR HEARING | .50 |
| 01/23/03 | TC | COMMUNICATION WITH PHIL BENTLEY RE: 1/27/03 HEARING | .20 |
| 01/24/03 | RTT | PREPARE HEARING FILE RE 1/27/03 HEARING (.6); DISTRIBUTE SAME TO T.CURRIER(.1) | .70 |
| 01/30/03 | TC | REVIEWED SUPPLEMENTAL CASE MANAGEMENT ORDER | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   FEBRUARY 18, 2003
                                              MATTER :  W9600-005
                                              INVOICE : 152410


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

     RE:  CASE ADMINISTRATION




                      T I M E   S U M M A R Y
                      -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------

R  T TAYLOR            125.00     2.20          275.00
T CURRIER              445.00      .90          400.50
                TOTALS            3.10          675.50


            TOTAL FEES :                        675.50


            TOTAL DUE  :                        675.50
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   FEBRUARY 18, 2003
                                              MATTER :  W9600-007
                                              INVOICE : 152411


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

      RE:  EMPLOYEE BENEFITS/PENSIONS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                  -----

01/23/03 TC    REVIEWED MOTION OF DEBTORS FOR AUTHORITY TO        .40
               FUND CURTIS PENSION PLAN



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

   T CURRIER            445.00    .40         178.00
                TOTALS           .40         178.00


              TOTAL FEES :                       178.00


              TOTAL DUE   :                      178.00
```

---

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : FEBRUARY 18, 2003
MATTER  : W9600-008
INVOICE : 152412

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/31/02 | JRW | TELEPHONE CALL FROM AND EMAIL TO GBECKER AND KMANGUAL RE: KRAMER LEVIN FEES | .20 |
| 01/08/03 | JRW | TELEPHONE CALL TO KMANGUAL RE: KRAMER LEVIN FEE APPLICATION | .10 |
| 01/14/03 | RTT | E-FILE AND SERVE KRAMER LEVIN NAFTALIS & FRANKEL'S SIXTEENTH FEE APPLICATON(.7); EMAIL FROM K.MANGUAL AT KRAMER RE SAME(.1) | .80 |

### T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| J R WAXMAN |        | 195.00 | .30   | 58.50  |
| R T TAYLOR |        | 125.00 | .80   | 100.00 |
|            | TOTALS |        | 1.10  | 158.50 |

TOTAL FEES :                    158.50

TOTAL DUE  :                    158.50

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :  FEBRUARY 18, 2003
                                              MATTER :  W9600-011
                                              INVOICE : 152413


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

      RE:  LITIGATION



  DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                     HOURS
  ----   ----    -------------------------------                      -----

01/03/03 TC     REVIEWED ORDER DENYING SEALED AIR REQUEST FOR           .30
                LEAVE TO APPEAL

01/07/03 TC     REVIEWED DEBTORS MOTION FOR ORDER APPROVING             .40
                SETTLEMENT OF KELLOGG CLAIMS

01/09/03 TC     REVIEWED MEMORANDUM OPINION IN SEALED AIR               .30

01/13/03 TC     REVIEWED MOTION TO EXTEND REMOVAL PERIOD                .30



                   T I M E   S U M M A R Y
                   -----------------------

                           RATE     HOURS          TOTALS
                           ----     -----          ------

   T CURRIER             445.00     1.30           578.50
                 TOTALS             1.30           578.50


                 TOTAL FEES :                          578.50


                 TOTAL DUE  :                          578.50
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   FEBRUARY 18, 2003
                                             MATTER :   W9600-013
                                             INVOICE :  152414

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

     RE:  PLAN & DISCLOSURE STATEMENT


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/16/03 | TC | REVIEWED MOTION TO EXTEND EXCLUSIVITY | .50 |
| 01/17/03 | TC | REVIEWED DEBTORS' 4TH MOTION FOR ORDER EXTENDING EXCLUSIVE PERIODS | .40 |


                    T I M E   S U M M A R Y
                    -----------------------

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T CURRIER  |        | 445.00 | .90   | 400.50 |
|            | TOTALS |        | .90   | 400.50 |

                    TOTAL FEES :                    400.50

                    TOTAL DUE  :                    400.50


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :  FEBRUARY 18, 2003
                                              MATTER :  W9600-017
                                              INVOICE : 152415
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 12/26/02 | JRW | CONFERENCE WITH RTAYLOR RE: FILING KRLS FEE APPLICATION | .10 |
| 12/26/02 | RTT | E-FILE AND SERVE KLETT ROONEY'S TWELFTH FEE APPLICATION FOR THE PERIOD NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002(.7); CALENDAR OBJECTION D/L RE SAME(.1) | .80 |
| 12/26/02 | TC | REVIEWED WRGRACE FEE APPLICATION | .60 |
| 01/08/03 | JRW | EMAIL TO AND FROM WSMITH FIRM RE: KRLS INTERIM FEE APPLICATION (.2) | .20 |
| 01/08/03 | JRW | REVIEW TIME ENTRIES IN PREPARATION FOR FILING FEE APPLICATION (.5); EMAIL TO AND FROM WHSMITH'S OFFICE RE: INITIAL REPORT (.1); REVIEW INITIAL REPORT (.1); CONFERENCES WITH TKDCURRIER AND RTT RE: SAME (.2); UPDATE SPREADSHEET FOR WHSMITH (.5) | 1.40 |
| 01/08/03 | RTT | RETRIEVE ALL RELATIVE KLETT ROONEY FEE APPLICATIONS FOR THE SIXTH INTERIM PERIOD(.4); DISTRIBUTE SAME TO J.WAXMAN FOR REVIEW(.1) | .60 |
| 01/08/03 | RTT | SORT AND DISTRIBUTE PRE-BILLS TO J.WAXMAN FOR THE PERIOD 12/1/02 THROUGH 12/25/02 | .10 |
| 01/08/03 | RTT | DISCUSSION/CONFERENCE WITH J.WAXMAN RE UPKEEP OF KRLS FEE APPLICATIONS SPREADSHEET | .20 |
| 01/08/03 | TC | CONF WITH JEFF WAXMAN RE FEE AUDITOR'S REPORT | .30 |
| 01/08/03 | TC | REVIEWED FEE AUDITOR RESPONSE TO KLETT ROONEY 6TH FEE APPLICATION | .30 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 18, 2003
MATTER : W9600-017
INVOICE : 152415

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/09/03 | RTT | REVIEW AND COMPARE FINAL BILLS FOR THE PERIOD 12/1/02 THROUGH 12/25/02 (.4); DRAFT FOURTEENTH FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES(.7) | 1.10 |
| 01/09/03 | TC | REVIEWED KLETT ROONEY SPREAD SHEET FOR FEE AUDITOR | .40 |
| 01/13/03 | TC | REVIEWED KLETT ROONEY SPREADSHEET AS REVISED FOR FEE AUDITOR | .40 |
| 01/15/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS THIRTEENTH FEE APPLICATION FOR THE PERIOD 11/1/02 THROUGH 11/30/02(.4); DOWNLOAD AND REVIEW DOCKET RE SAME(.1); DISTRIBUTE SAME TO T.CURRIER(.1) | .60 |
| 01/16/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KLETT ROONEY'S THIRTEENTH FEE APP | .60 |
| 01/16/03 | TC | REVIEWED CNO ON KLETT ROONEY FEE APPLICATION | .30 |
| 01/23/03 | TC | REVIEWED AND FINALIZED KLETT ROONEY FEE APPLICATION | .80 |
| 01/24/03 | RTT | RETRIEVE AND REVIEW KLETT ROONEY'S JULY FEE APPLICATION AND DISTRIBUTE TO T.CURRIER RE ANSWER TO FEE AUDITOR FOR INTERIM PERIOD | .30 |
| 01/27/03 | RTT | PREPARE AFFIDAVIT OF SERVICE RE KRLS FOURTEENTH FEE APPLICATION | .10 |
| 01/27/03 | RTT | E-FILE AND SERVE FOURTEENTH FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING FOR THE PERIOD 12/1/02 THROUGH 12/25/02 | .70 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 18, 2003
                                            MATTER : W9600-017
                                            INVOICE : 152415


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

     RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


01/27/03 TC    MET WITH RTT RE HER TIME ENTRIES AND ISSUES        .30
               RAISED IN INITIAL REPORT

01/27/03 TC    PREPARED RESPONSE TO INITIAL FEE AUDITOR REPORT    .30

01/27/03 TC    REVIEWED FEE APPLICATION AND FEE AUDITOR           .50
               INITIAL REPORT TO FORMULATE RESPONSE

01/27/03 TC    DRAFTED RESPONSE TO FEE AUDITOR RE INITIAL FEE     .40
               REPORT
```

## T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| J R WAXMAN | 195.00 | 1.70 | 331.50 |
| R T TAYLOR | 125.00 | 5.10 | 637.50 |
| T CURRIER | 445.00 | 4.60 | 2047.00 |
| TOTALS | | 11.40 | 3016.00 |

```
              TOTAL FEES :              3,016.00


              TOTAL DUE  :              3,016.00
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   FEBRUARY 18, 2003
MATTER :  W9600-018
INVOICE : 152416

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/03    T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/27/03 | TC | ATTENDED OMNIBUS HEARING AT THE REQUEST OF PHIL BENTLEY | 1.30 |
| 01/27/03 | TC | REPORT TO PHIL BENTLEY RE HEARING | .30 |

### TIME SUMMARY

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T CURRIER | 445.00 | 1.60 | 712.00 |
| TOTALS | | 1.60 | 712.00 |

TOTAL FEES :        712.00

TOTAL DUE  :        712.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**