IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: March 17, 2003 |

**EIGHTEENTH MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

Name of Applicant:   *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:   *Official Committee of Equity Holders*

Date of Retention:   *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:   *January 1, 2003 through and
                                including January 31, 2003*

Amount of Compensation sought a
actual, reasonable and necessary: *$11,100.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$927.47*

This is a(n):   **x**   monthly          __   interim application

KL2:2199560.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## JANUARY 1, 2003 THROUGH JANUARY 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 8.60 | $4,515.00 |
| Horowitz, Gregory A. | 485.00 | 2.50 | $1,212.50 |
| Becker, Gary M. | 455.00 | 0.50 | $227.50 |
| Klein, David | 335.00 | 5.60 | $1,876.00 |
| Mangual, Kathleen | 185.00 | 6.00 | $1,110.00 |
| Hamanaka, Keiko | 175.00 | 12.70 | $2,159.00 |
| **Total** | | **35.90** | **$11,100.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/03 through 1/31/03 | Total Fees for the Period 1/1/03 through 1/31/03 |
|---|---|---|
| Case Administration | 7.70 | $2,264.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 20.50 | $6,254.00 |
| Fee Applications, Applicant | 3.80 | $838.00 |
| Fraudulent Conveyance Adv. Proceeding | 3.70 | $1,638.50 |
| Hearings | 0.20 | $105.00 |
| **Total** | **35.90** | **$11,100.00** |

KL2:2199560.1

- 4 -

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 1/1/03 through 1/31/03 |
|---|---:|
| Photocopying | $260.25 |
| Long-Distance Tel. | $407.04 |
| Westlaw On-Line Research | $224.85 |
| Messenger Service | $35.33 |
| **Total** | **$927.47** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: February 24, 2003

- 4 -

KL2:2199560.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2003 THROUGH JANUARY 31, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| KLEIN, DAVID | CRED | 5.60 | 335.00 | 1,876.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 2.10 | 185.00 | 388.50 |
| | Subtotal | 7.70 | $ | 2,264.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.50 | 455.00 | 227.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.30 | 185.00 | 610.50 |
| | Subtotal | 3.80 | $ | 838.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 7.80 | 525.00 | 4,095.00 |
| PARAPROFESSIONALS | | | | |
| HAMANAKA, KEIKO | INT. | 12.70 | 170.00 | 2,159.00 |
| | Subtotal | 20.50 | $ | 6,254.00 |

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.60 | 525.00 | 315.00 |
| HOROWITZ, GREGORY A. | LITI | 2.50 | 485.00 | 1,212.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 0.60 | 185.00 | 111.00 |
| | Subtotal | 3.70 | $ | 1,638.50 |

KL4:2068116.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2003 THROUGH JANUARY 31, 2003

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 525.00 | 105.00 |
| | Subtotal | 0.20 | | $ 105.00 |
| | Total | 35.90 | | $ 11,100.00 |

KL4:2068116.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JANUARY 1, 2003 THROUGH JANUARY 31, 2003

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 8.60 | 525.00 | 4,515.00 |
| HOROWITZ, GREGORY A. | PARTNER | 2.50 | 485.00 | 1,212.50 |
| BECKER, GARY M. | ASSOCIATE | 0.50 | 455.00 | 227.50 |
| KLEIN, DAVID | ASSOCIATE | 5.60 | 335.00 | 1,876.00 |
| HAMANAKA, KEIKO | PARALEGAL | 12.70 | 170.00 | 2,159.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 6.00 | 185.00 | 1,110.00 |
| | Total | 35.90 | | $11,100.00 |

KL4:2068116.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JANUARY 1, 2003 THROUGH JANUARY 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 260.25 |
| LONG-DISTANCE TEL. | 407.04 |
| WESTLAW ON - LINE RESEARCH | 224.85 |
| MESSENGER SERVICE | 35.33 |
| Subtotal | $927.47 |

KL4:2068116.1

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD JANUARY 1, 2003 THROUGH JANUARY 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 138.80 |
| MANUSCRIPT SERVICE | 12.00 |
| Subtotal | $150.80 |

KL4:2068116.1