```
alp_132c: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                    PAGE   1
Run Date & Time: 02/20/2003 16:11:09                     *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services
-------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:   01/01/1901      TO:  01/31/2003
      UNBILLED DISB FROM:   01/01/1901      TO:  01/31/2003

                                     FEES              COSTS
                                     ----              -----
      GROSS BILLABLE AMOUNT:      11,100.00            927.47
      AMOUNT WRITTEN DOWN:
               PREMIUM:
      ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
                 THRU DATE:       01/31/2003         01/31/2003
      CLOSE MATTER/FINAL BILLING?     YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:

      BILLING COMMENTS:                                              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


-------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

              FEES:              51,448.04     UNIDENTIFIED RECEIPTS:        0.00
      DISBURSEMENTS:              1,744.29     PAID FEE RETAINER:            0.00
      FEE RETAINER:                   0.00     PAID DISB RETAINER:           0.00
      DISB RETAINER:                  0.00     TOTAL AVAILABLE FUNDS:        0.00
      TOTAL OUTSTANDING:         53,192.33     TRUST BALANCE:

                                            BILLING HISTORY
                                            ---------------
      DATE OF LAST BILL:        02/20/03        LAST PAYMENT DATE:      02/18/03
      LAST BILL NUMBER:           365684        FEES BILLED TO DATE:  516,288.50
      LAST BILL THRU DATE:      01/31/03

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee            (6) Summer Associate
         (2) Late Time & Costs Posted      (7) Fixed Fee
         (3) Pre-arranged Discount         (8) Premium
         (4) Excessive Legal Time          (9) Rounding
         (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132c: Billed Charges Analysis                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   2
Run Date & Time: 02/20/2003 16:11:15                       *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L E D   T I M E   S U M M A R Y  ------------------------------ Total Billed -----------------------
Emp Id  Employee Name           Group            Oldest      Latest       Total      Amount
                                                 Entry       Entry        Hours
------  -----------------       ----------       --------    --------     --------   -----------
02495   BENTLEY, PHILIP         PARTNER          01/07/03    01/31/03         8.60      4,515.00
07850   HOROWITZ, GREGORY A.    PARTNER          01/14/03    01/31/03         2.50      1,212.50
05292   BECKER, GARY M.         ASSOCIATE        01/08/03    01/08/03         0.50        227.50
05646   KLEIN, DAVID            ASSOCIATE        01/02/03    01/31/03         5.60      1,876.00
        PARAPROFESSIONALS
04789   HAMANAKA, KEIKO         PARALEGAL        01/02/03    01/08/03        12.70      2,159.00
05208   MANGUAL, KATHLEEN       PARALEGAL        01/06/03    01/29/03         6.00      1,110.00

                                                              Total:        35.90     11,100.00


B I L L E D   C O S T S   S U M M A R Y  ----------------- Total Billed ---------------
Code    Description                                  Oldest      Latest       Total
                                                     Entry       Entry        Amount
------  -----------------                             --------    --------     ---------
0820    PHOTOCOPYING                                  01/07/03    01/31/03       260.25
0840    MANUSCRIPT SERVICE                            01/03/03    01/31/03         0.00
0885    LONG-DISTANCE TEL.                            01/22/03    01/22/03         1.48
0910    LONG DIST. TELE.                              01/29/03    01/29/03       405.56
0917    WESTLAW ON - LINE RESEARCH                    01/22/03    01/22/03       224.85
0930    MESSENGER/COURIER                             01/13/03    01/28/03        35.33

                                              Total                              927.47

                                              Grand Total                     12,027.47
                                                                           ============


A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 02/20/03 16:11:16)
                                          Billed          ---- Applied ----  ---- Collections ----  Balance
Bill Date   Thru Date   Bill#   Fee & OA    Disbursement      From OA    Total           Date          Due
----------  ---------- -------- ---------   ------------   ----------  --------------   --------    --------
08/15/02    06/30/02    357518   20,392.50         388.61                  16,702.61   10/30/02      4,078.50
08/19/02    07/31/02    356269   28,083.50         923.59                  23,390.39                 5,616.70
09/30/02    09/30/02    358460   33,598.50       7,190.62                  38,806.72                 1,982.40
10/21/02    09/30/02    359721   25,489.50       1,761.46                  22,134.06                 5,116.90
11/19/02    10/31/02    361261   39,170.00       2,124.93                  33,317.43                 7,977.50
12/13/02    11/30/02    362365   18,704.00         602.22                  15,583.68   02/18/03      3,722.54
01/31/03    12/31/02    364671   11,853.50         816.82                       .00                 12,670.32
02/20/03    01/31/03    365684   11,100.00         927.47                       .00                 12,027.47
                                ---------       ---------                  ----------               ---------
                       Total:  188,391.50      14,735.72                  149,934.89                53,192.33
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                             PAGE   1
Run Date & Time: 02/20/2003 16:11:07                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status   : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                                          PRE-BILLING SUMMARY REPORT

                                      UNBILLED TIME FROM:    01/02/2003      TO:   01/31/2003
                                      UNBILLED DISB FROM:    01/03/2003      TO:   01/29/2003

                                                          FEES                            COSTS
                                                        ----------                      ----------
                      GROSS BILLABLE AMOUNT:             2,264.50                          904.37
                      AMOUNT WRITTEN DOWN:
                      PREMIUM:
                      ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                      THRU DATE:                       01/31/2003                       01/29/2003
         CLOSE MATTER/FINAL BILLING?     YES OR NO
         EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:

                               BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:



                                               ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

         FEES:                              8,345.50      UNIDENTIFIED RECEIPTS:            0.00
         DISBURSEMENTS:                     1,637.69      PAID FEE RETAINER:                0.00
         FEE RETAINER:                          0.00      PAID DISB RETAINER:               0.00
         DISB RETAINER:                         0.00      TOTAL AVAILABLE FUNDS:            0.00
         TOTAL OUTSTANDING:                 9,983.19      TRUST BALANCE:

                                                          BILLING HISTORY

                      DATE OF LAST BILL:       02/20/03                LAST PAYMENT DATE:      02/18/03
                      LAST BILL NUMBER:          365684                FEES BILLED TO DATE:  152,469.50
                      LAST BILL THRU DATE:     01/31/03

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee            (6) Summer Associate
         (2) Late Time & Costs Posted      (7) Fixed Fee
         (3) Pre-arranged Discount         (8) Premium
         (4) Excessive Legal Time          (9) Rounding
         (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    2
Run Date & Time: 02/20/2003 16:11:07                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

       B I L L E D   T I M E   S U M M A R Y   ------------ Total Billed ------------
Emp Id Employee Name                           Group              Oldest       Latest       Hours       Amount
------ ---------------------                   -----              ------       ------       -----       ------
05646  KLEIN, DAVID                            CRED               01/02/03     01/31/03      5.60     1,876.00
                        PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                       CRED               01/06/03     01/29/03      2.10       388.50

                                  Total:                                                     7.70     2,264.50

Sub-Total Hours :    0.00 Partners      0.00 Counsels     5.60 Associates     2.10 Legal Assts     0.00 Others

       B I L L E D   C O S T S   S U M M A R Y   -------------- Total Billed --------------
Code   Description                                       Oldest       Latest        Total
                                                         Entry        Entry         Amount
------ -----------                                       -----        -----         ------
0820   PHOTOCOPYING                                      01/07/03     01/29/03       237.15
0840   MANUSCRIPT SERVICE                                01/03/03     01/03/03         0.00
0885   LONG-DISTANCE TEL.                                01/22/03     01/22/03         1.48
0910   LONG DIST. TELE.                                  01/29/03     01/29/03       405.56
0917   WESTLAW ON - LINE RESEARCH                        01/22/03     01/22/03       224.85
0930   MESSENGER/COURIER                                 01/13/03     01/28/03        35.33

                      Total                                                          904.37

                      Grand Total                                                  3,168.87
                                                                                  ==========

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 02/20/03 16:11:07)
                                         Billed      ----   Applied  ---- Collections ----     Balance
Bill Date Thru Date Bill#    Fee & OA    Disbursement From OA      Total         Date          Due
--------- --------- -----    --------    ------------ -------      -----         ----          ---
08/15/02  06/30/02  357518   3,870.00         332.91             4,202.91    10/30/02
08/19/02  07/31/02  356269   5,975.00         367.89             6,342.89    12/31/02
09/30/02  08/31/02  358460   4,022.50       1,169.59             5,192.09    11/26/02
10/21/02  09/30/02  359721   1,255.50       1,759.36             3,014.86    12/31/02
11/19/02  10/31/02  361261   4,217.00       1,777.44             5,994.44    12/31/02
12/13/02  11/30/02  362365   4,769.50         353.77             5,123.27    02/18/03
01/31/03  12/31/02  364671   6,081.00         733.32                   .00                    6,814.32
02/20/03  01/31/03  365684   2,264.50         904.37                   .00                    3,168.87

            Total:          32,455.00       7,398.65            29,870.46                     9,983.19
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE      3
Run Date & Time: 02/20/2003 16:11:07                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                  Orig Prtnr : CRED. RGTS    - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                              Hours      Amount     Index#     Batch Date
--------------------    ----------   -----------------------------------------------          -----      ------     ------     ----------

KLEIN, DAVID            01/02/03     review pleadings/filings, distr same as                   0.30      100.50     4497815    01/21/03
                                     necessary.
KLEIN, DAVID            01/06/03     review pleadings/filings, distr. same as                  0.10       33.50     4501248    01/21/03
                                     necessary.
KLEIN, DAVID            01/07/03     review pleadings/filings, distr same as                   0.20       67.00     4502231    01/21/03
                                     necessary.
KLEIN, DAVID            01/09/03     review electronic filings.                                0.10       33.50     4511262    01/23/03
KLEIN, DAVID            01/10/03     reviewed filings.                                         0.10       33.50     4503271    01/21/03
KLEIN, DAVID            01/13/03     review numerous pleadings/filings, distr same             2.30      770.50     4511263    01/23/03
                                     as necessary.
KLEIN, DAVID            01/14/03     review backlog of paper pleadings/filings,                0.90      301.50     4508001    01/22/03
                                     distr same as necessary.
KLEIN, DAVID            01/15/03     review pleadings/filings, distr same as                   0.70      234.50     4508002    01/22/03
                                     necessary.
KLEIN, DAVID            01/16/03     review pleadings/filings, distr same as                   0.20       67.00     4508003    01/22/03
                                     necessary.
KLEIN, DAVID            01/20/03     review pleadings/filings, distr same as                   0.10       33.50     4500321    01/21/03
                                     necessary.
KLEIN, DAVID            01/21/03     review pleadings/filings, distr same as                   0.10       33.50     4508004    01/22/03
                                     necessary.
KLEIN, DAVID            01/22/03     review pleadings/filings, distr same as                   0.10       33.50     4530078    02/03/03
                                     necessary.
KLEIN, DAVID            01/30/03     review pleadings/filings, distr same as                   0.20       67.00     4530079    02/03/03
                                     necessary.
KLEIN, DAVID            01/31/03     reviewed various filings.                                 0.20       67.00     4530080    02/03/03

Total For KLEIN D - 05546                                                                      5.60     1,876.00

MANGUAL, KATHLEEN       01/06/03     docket retrieval of recent pleadings (.80)                0.80      148.00     4529334    02/03/03
MANGUAL, KATHLEEN       01/17/03     update pleadings index and correspondence (.70)           0.70      129.50     4520101    01/31/03
MANGUAL, KATHLEEN       01/29/03     review documents, pacer search (.60)                      0.60      111.00     4529337    02/03/03

Total For MANGUAL K - 05208                                                                    2.10      388.50

                                                    Fee Total                                  7.70     2,264.50


B I L L E D   C O S T S   D E T A I L
Description/Code               Employee          Date          Amount     Index#     Batch No   Batch Date
---------------------          ----------        ----------    ------     ------     --------   ----------

PHOTOCOPYING          0820
  PHOTOCOPYING                 MANGUAL, K M      01/07/03       16.95    5933603     91360      01/14/03
  MANGUAL KATHLEEN
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE    4
Run Date & Time: 02/20/2003 16:11:07

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 05772-00001                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status  : ACTIVE

B I L L E D   C O S T S   D E T A I L
-------------------------------------
Description/Code              Employee          Date        Amount    Index#    Batch No   Batch Date
------------------           ----------        ------       ------    ------    --------   ----------

PHOTOCOPYING
   PHOTOCOPYING       0820
      MANGUAL, KATHLEEN       MANGUAL, K M     01/09/03       7.05   5932820    91359      01/14/03
      KLEIN DAVID            KLEIN, D K        01/13/03      15.75   5937210    91392      01/15/03
      KLEIN DAVID            KLEIN, D K        01/15/03      21.30   5939513    91491      01/17/03
      M PHOTOCOPYING         BENTLEY, P        01/15/03     170.85   5971832    92754      02/11/03
      BENTLEY PHILIP         BENTLEY, P        01/21/03       1.50   5947687    91664      01/23/03
      BENTLEY PHILIP         BENTLEY, P        01/29/03       0.45   5957693    92025      01/30/03
      B PHOTOCOPYING         BENTLEY, P        01/29/03       3.30   5957694    92025      01/30/03

                                       0820 PHOTOCOPYING Total :    237.15

MANUSCRIPT SERVICE
   MANUSCRIPT SERVICE  0840
      01/03/2003              SEAWRIGHT, J     01/03/03       0.00   5942609    91561      01/21/03

                                       0840 MANUSCRIPT SERVICE Total :    0.00

LONG-DISTANCE TEL.
   LONG-DISTANCE TEL.  0885
      3024261900              BENTLEY, P       01/22/03       1.48   5949325    91673      01/23/03

                                       0885 LONG-DISTANCE TEL. Total :    1.48

LONG DIST. TELE.
   DERAVENTURES, INC.  0910
      LONG DIST. TELE. - VENDOR-DERAVENTURES, INC.
                              BENTLEY, P       01/29/03     405.56   5956877    91960      01/29/03

                                       0910 LONG DIST. TELE. Total :    405.56

WESTLAW ON - LINE RE
   WESTLAW ON - LINE RE  0917
                              KLEIN, D K       01/22/03     224.85   5962534    92232      02/03/03

                                       0917 WESTLAW ON - LINE RE Total :    224.85

MESSENGER/COURIER
   FEDERAL EXPRESS CORPORAT  0930
      FEDERAL EXPRESS CORPORAT
      MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
      CORPORATION             MANGUAL, K M     01/13/03      13.50   5942240    91551      01/21/03
      MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
      CORPORATION             MANGUAL, K M     01/28/03      13.73   5954612    91876      01/28/03
      FEDERAL EXPRESS CORPORAT
      MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
      CORPORATION             MANGUAL, K M     01/28/03       2.68   5954613    91876      01/28/03
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   5
Run Date & Time: 02/20/2003 16:11:07

                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                     Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee            Date        Amount         Index#    Batch No  Batch Date
------------------                          --------            ----        ------         ------    --------  ----------
FEDERAL EXPRESS CORPORAT
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION                               MANGUAL, K M       01/28/03      2.71         5954648     91876   01/28/03
FEDERAL EXPRESS CORPORAT
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION                               MANGUAL, K M       01/28/03      2.71         5955838     91876   01/28/03

                                       0930 MESSENGER/COURIER Total :       35.33

                Costs Total :                                              904.37
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE    6
Run Date & Time: 02/20/2003 16:11:07

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status   : ACTIVE


         B I L L E D   T I M E   S U M M A R Y
Employee Name                   Hours        Amount            Bill        W/o / W/u        Transfer To    Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------
KLEIN, DAVID                     5.60       1,876.00
MANGUAL, KATHLEEN                2.10         388.50
                       Total:    7.70       2,264.50


         B I L L E D   C O S T S   S U M M A R Y
Code Description                Amount                         Bill        W/o / W/u        Transfer To    Clnt/Mtr     Carry Forward
-----------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                237.15
0840 MANUSCRIPT SERVICE            0.00
0885 LONG-DISTANCE TEL.            1.48
0910 LONG DIST. TELE.            405.56
0917 WESTLAW ON - LINE RESEARC   224.85
0930 MESSENGER/COURIER            35.33

               Costs Total :    904.37
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   7
Run Date & Time: 02/20/2003 16:11:07                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

Special Billing Instructions:

=====================================================================================================================================
                                                      PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                        TO:
         UNBILLED DISB FROM:                        TO:

                                                  FEES             COSTS
                                                  ----             -----
                   GROSS BILLABLE AMOUNT:      1,341.00              0.00
                  AMOUNT WRITTEN DOWN:
                             PREMIUM:
                    ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                      AMOUNT BILLED:
                          THRU DATE:
         CLOSE MATTER/FINAL BILLING?        YES OR NO
         EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                          BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:



=====================================================================================================================================
                                                    ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

                   FEES:                              1,341.00           UNIDENTIFIED RECEIPTS:        0.00
               DISBURSEMENTS:                             0.00           PAID FEE RETAINER:            0.00
               FEE RETAINER:                              0.00           PAID DISB RETAINER:           0.00
               DISB RETAINER:                             0.00           TOTAL AVAILABLE FUNDS:        0.00
               TOTAL OUTSTANDING:                     1,341.00           TRUST BALANCE:
                                                                         BILLING HISTORY
                   DATE OF LAST BILL:            01/31/03                LAST PAYMENT DATE:      02/18/03
                   LAST BILL NUMBER:               364671                FEES BILLED TO DATE:   47,451.00
                   LAST BILL THRU DATE:          12/31/02

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee             (6) Summer Associate
    (2) Late Time & Costs Posted       (7) Fixed Fee
    (3) Pre-arranged Discount          (8) Premium
    (4) Excessive Legal Time           (9) Rounding
    (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE   8
Run Date & Time: 02/20/2003 16:11:07

                                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

A C C O U N T S   R E C E I V A B L E        (Reflects Payments As of 02/20/03 16:11:07)
                                     Billed  --------        ---- Collections ----   Balance
Bill Date Thru Date Bill#     Fee & OA     Disbursement  Applied  Total       Date     Due
                                                         From OA
--------- --------- -----     ----------   ------------  -------  --------    -----   -------
08/15/02  06/30/02  357518      3,717.50          4.00            3,721.50 10/30/02
08/19/02  07/31/02  356269      1,287.50         14.59            1,302.09 12/31/02
09/30/02  08/31/02  358460      1,630.00        121.00            1,751.00 11/26/02
10/21/02  09/30/02  359721      3,489.50            .00           3,489.50 12/31/02
11/19/02  10/31/02  361261      4,587.50         49.00            4,636.50 12/31/02
12/13/02  11/30/02  362365        498.00            .00             498.00 02/18/03
01/31/03  12/31/02  364671      1,341.00            .00                                1,341.00

             Total:            16,551.00        188.59           15,398.59             1,341.00
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE    9
Run Date & Time: 02/20/2003 16:11:07

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:  01/08/2003          TO:  01/14/2003
        UNBILLED DISB FROM:                      TO:

                                              FEES              COSTS
                                              ----              -----

     GROSS BILLABLE AMOUNT:                  838.00              0.00
     AMOUNT WRITTEN DOWN:
               PREMIUM:
     ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
     THRU DATE:                           01/14/2003
     CLOSE MATTER/FINAL BILLING?          YES OR NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:

                BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:



                                    ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

           FEES:                         1,643.50       UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:                    0.00       PAID FEE RETAINER:            0.00
           FEE RETAINER:                     0.00       PAID DISB RETAINER:           0.00
           DISB RETAINER:                    0.00       TOTAL AVAILABLE FUNDS:        0.00
           TOTAL OUTSTANDING:            1,643.50       TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ---------------
           DATE OF LAST BILL:           02/20/03       LAST PAYMENT DATE:        02/18/03
           LAST BILL NUMBER:              365684       FEES BILLED TO DATE:     44,913.50
           LAST BILL THRU DATE:         01/31/03

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (6) Summer Associate
     (2) Late Time & Costs Posted    (7) Fixed Fee
     (3) Pre-arranged Discount       (8) Premium
     (4) Excessive Legal Time        (9) Rounding
     (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____     FRC: _____     CRC: _____
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   10
Run Date & Time: 02/20/2003 16:11:07                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                            Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                                                    Status    : ACTIVE

         B I L L E D    T I M E     S U M M A R Y   ----------- Total Billed -----------
Emp Id  Employee Name                     Group          Oldest      Latest      Hours        Amount
----------------------------------------------------------------------------------------------------
05208   MANGUAL, KATHLEEN                 CRED         01/08/03    01/14/03       3.30        610.50
05292   BECKER, GARY M.                   CRED         01/08/03    01/08/03       0.50        227.50
        PARAPROFESSIONALS
                                Total:                                            3.80        838.00

Sub-Total Hours :    0.00 Partners    0.00 Counsels    0.50 Associates    3.30 Legal Assts    0.00 Others


A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 02/20/03 16:11:07)
                           -------  Billed  -------      Applied     ----- Collections ----    Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement   From OA      Total        Date         Due
---------------------------------------------------------------------------------------------------
08/15/02 06/30/02  357518     1,315.00         .00          .00     1,315.00   10/30/02
08/19/02 07/31/02  356269     1,922.50         .00          .00     1,922.50   12/31/02
09/30/02 08/31/02  358460     2,910.00         .00          .00     2,910.00   11/26/02
10/21/02 09/30/02  359721     6,307.00        2.10          .00     6,309.10   12/31/02
11/19/02 10/31/02  361261     2,917.00         .00          .00     2,917.00   12/31/02
12/13/02 11/30/02  362365     2,009.50         .00          .00     2,009.50   02/18/03
01/31/03 12/31/02  364671       805.50         .00          .00          .00                     805.50
02/20/03 01/31/03  365684       838.00         .00          .00          .00                     838.00

                Total:       19,024.50        2.10                 17,383.10                  1,643.50
```

```
alp_132r: Billed Charges Analysis                                                                                             PAGE   11
Run Date & Time: 02/20/2003 16:11:07

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                                 Hours      Amount      Index#     Batch Date
------------------------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.          01/08/03 Review and revise monthly fee application                        0.50      227.50   4505633    01/21/03
                                  (0.5).

Total For BECKER G - 05292                                                                         0.50      227.50

MANGUAL, KATHLEEN        01/08/03 draft nov. monthly fee app and review time                       1.70      314.50   4515474    01/29/03
                                  details (1.7)
MANGUAL, KATHLEEN        01/09/03 revision of fee app per GB comments (.40)                        0.40       74.00   4503901    01/21/03
MANGUAL, KATHLEEN        01/13/03 attend to sending of fee app to local counsel                    0.20       37.00   4508921    01/23/03
                                  and fee auditor (.20)
MANGUAL, KATHLEEN        01/14/03 mtg/w accounting regarding allocation of                         1.00      185.00   4508922    01/23/03
                                  payments, review Orders filed with court and
                                  fee auditors reports (1.0)

Total For MANGUAL K - 05208                                                                        3.30      610.50

                                                                           Fee Total              3.80      838.00
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   12
Run Date & Time: 02/20/2003 16:11:07

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                            Orig Prtnr : CRED. RGTS  - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

      B I L L E D   T I M E   S U M M A R Y
Employee Name         Hours      Amount       Bill        W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
--------------------  ------  ----------   --------      ----------      ---------------  --------    -------------
BECKER, GARY M.         0.50      227.50
MANGUAL, KATHLEEN       3.30      610.50
                      ------  ----------
             Total:     3.80      838.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   13
Run Date & Time: 02/20/2003 16:11:07                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:  01/02/2003       TO:  01/31/2003
       UNBILLED DISB FROM:  01/31/2003       TO:  01/31/2003

                                              FEES              COSTS
                                              ----              -----
  GROSS BILLABLE AMOUNT:                   6,254.00             23.10
  AMOUNT WRITTEN DOWN:
             PREMIUM:
  ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
          THRU DATE:                       01/31/2003       01/31/2003
  CLOSE MATTER/FINAL BILLING?              YES   OR    NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH

       FEES:                               7,279.00     UNIDENTIFIED RECEIPTS:          0.00
  DISBURSEMENTS:                              23.10     PAID FEE RETAINER:               0.00
  FEE RETAINER:                                0.00     PAID DISB RETAINER:              0.00
  DISB RETAINER:                               0.00     TOTAL AVAILABLE FUNDS:           0.00
  TOTAL OUTSTANDING:                       7,302.10     TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
  DATE OF LAST BILL:                       02/20/03     LAST PAYMENT DATE:           02/18/03
  LAST BILL NUMBER:                          365684     FEES BILLED TO DATE:       129,923.00
  LAST BILL THRU DATE:                     01/31/03

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee          (6) Summer Associate
  (2) Late Time & Costs Posted    (7) Fixed Fee
  (3) Pre-arranged Discount       (8) Premium
  (4) Excessive Legal Time        (9) Rounding
  (5) Business Development       (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   14
Run Date & Time: 02/20/2003 16:11:08                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

B I L L E D    T I M E    S U M M A R Y  ------------ Total Billed ------------
Emp Id Employee Name               Group         Oldest      Latest       Hours          Amount
------  ---------------            -----         ------      ------       -----          ------
02495  BENTLEY, PHILIP             CRED          01/07/03    01/31/03      7.80        4,095.00
04789  HAMANAKA, KEIKO             PARAPROFESSIONALS
                                   INT.          01/02/03    01/08/03     12.70        2,159.00

                         Total:                                           20.50        6,254.00

Sub-Total Hours :   7.80 Partners   0.00 Counsels   0.00 Associates   12.70 Legal Assts   0.00 Others

B I L L E D    C O S T S    S U M M A R Y ------------ Total Billed ------------
Code  Description                                Oldest      Latest       Total
                                                 Entry       Entry        Amount
----  -----------                                ------      ------       ------
0820  PHOTOCOPYING                               01/31/03    01/31/03     23.10
0840  MANUSCRIPT SERVICE                         01/31/03    01/31/03      0.00

                         Total:                                            23.10

                         Grand Total                                    6,277.10
                                                                        ========

A C C O U N T S   R E C E I V A B L E          (Reflects Payments As of 02/20/03 16:11:08)
                                     -------- Billed --------           Applied       --- Collections ---      Balance
Bill Date  Thru Date  Bill#          Fee & OA       Disbursement         From OA       Total         Date         Due
---------  ---------  -----          --------       ------------         -------       -----         ----         ---
08/15/02   06/30/02   357518         3,157.50              41.90                     3,199.40    10/30/02
08/19/02   07/31/02   356269         3,456.00                .00                     3,456.00    12/31/02
09/30/02   08/31/02   358460        20,108.50           1,404.74                    21,513.24    12/31/02
10/21/02   09/30/02   359721         2,230.00                .00                     2,230.00    12/31/02
11/19/02   10/31/02   361261         3,131.00             298.49                     3,429.49    12/31/02
12/13/02   11/30/02   362365         1,520.00             248.45                     1,768.45    02/18/03
01/31/03   12/31/02   364671         1,025.00                .00                          .00                   1,025.00
02/20/03   01/31/03   365684         6,254.00              23.10                          .00                   6,277.10

             Total:                 40,882.00           2,016.68                    35,596.58                   7,302.10
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   15
Run Date & Time: 02/20/2003 16:11:08                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

    B I L L E D    T I M E    D E T A I L
Employee Name            Work Date  Description                                              Hours     Amount    Index#    Batch No Batch Date
---------------------    ---------  ----------------------------------------------------    ------    --------   -------   -------- ----------

BENTLEY, PHILIP          01/07/03   Discs. G. O'Hanlon.                                        0.10      52.50   4510324   01/23/03
BENTLEY, PHILIP          01/14/03   Discussions GAH and voicemail re: asbestos                 0.40     210.00   4527358   02/03/03
                                    issues.
BENTLEY, PHILIP          01/15/03   Work on asbestos issues; memo to K & E re: same            1.40     735.00   4527359   02/03/03
BENTLEY, PHILIP          01/28/03   Long telephone conference T. Weschler; and send            1.20     630.00   4527360   02/03/03
                                    email to K & E re: asbestos issues; review
                                    papers re: same
BENTLEY, PHILIP          01/29/03   Discussions GB and voicemail and trade emails              0.40     210.00   4527361   02/03/03
                                    re: asbestos issues
BENTLEY, PHILIP          01/30/03   Discussions T. Weschler and voicemail                      0.20     105.00   4527362   02/03/03
BENTLEY, PHILIP          01/31/03   Analyze estimation issues, review documents re:            4.10    2,152.50  4527363   02/03/03
                                    same and discussions GAH and M. Brody re: same

   Total For BENTLEY P - 02495                                                                 7.80    4,095.00

HAMANAKA, KEIKO          01/02/03   Review and organize documents for Grace                    1.80     306.00   4498133   01/21/03
                                    O'Hanlon re asbestos issues.
HAMANAKA, KEIKO          01/03/03   Continue to organize documents for Grace                   0.80     136.00   4498134   01/21/03
                                    O'Hanlon re asbestos issues.
HAMANAKA, KEIKO          01/06/03   Continue to organize documents for Grace                   4.50     765.00   4500773   01/21/03
                                    O'Hanlon re asbestos issues.
HAMANAKA, KEIKO          01/07/03   Continue to organize documents for Grace                   4.40     748.00   4500774   01/21/03
                                    O'Hanlon re asbestos issues.
HAMANAKA, KEIKO          01/08/03   Continue to organize documents for Grace                   1.20     204.00   4501778   01/21/03
                                    O'Hanlon re asbestos issues.

   Total For HAMANAKA K - 04789                                                               12.70    2,159.00

                                                                         Fee Total            20.50    6,254.00


    B I L L E D    C O S T S    D E T A I L

Description/Code              Employee          Date        Amount   Index#    Batch No Batch Date
-----------------             --------          ----        ------   ------    -------- ----------
PHOTOCOPYING
 PHOTOCOPYING
   BENTLEY PHILIP            BENTLEY, P       01/31/03       23.10   5961059     92179   02/03/03

               0820 PHOTOCOPYING Total :                     23.10

MANUSCRIPT SERVICE
 MANUSCRIPT SERVICE
   01/31/2003                SEAWRIGHT, J     01/31/03        0.00   5964041     92316   02/04/03

               0840 MANUSCRIPT SERVICE Total :                0.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   16
Run Date & Time: 02/20/2003 16:11:08

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                             Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

   B I L L E D   C O S T S   D E T A I L
Description/Code              Employee                Date              Amount       Index#    Batch No    Batch Date
----------------              --------                ----              ------       ------    --------    ----------

                          Costs Total :                                  23.10
```