```
alp_132r: Billed Charges Analysis                                                                                          PAGE   17
Run Date & Time: 02/20/2003 16:11:08

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                     Orig Prtnr  : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours        Amount         Bill         W/o / W/u       Transfer To      Clnt/Mtr     Carry Forward
BENTLEY, PHILIP             7.80      4,095.00
HAMANAKA, KEIKO            12.70      2,159.00
       Total:              20.50      6,254.00

B I L L E D   C O S T S   S U M M A R Y
Code Description                      Amount         Bill         W/o / W/u       Transfer To      Clnt/Mtr     Carry Forward
0820 PHOTOCOPYING                      23.10
0840 MANUSCRIPT SERVICE                 0.00

                        Costs Total :  23.10
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE  18
Run Date & Time: 02/20/2003 16:11:08

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                Orig Prtnr : CRED. RGTS  - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  01/06/2003                   TO:  01/31/2003
UNBILLED DISB FROM:                               TO:

                                     FEES                COSTS
                                  -----------          ---------
GROSS BILLABLE AMOUNT:              1,638.50               0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                     01/31/2003
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
                                       -----------------------------             ------------------
        FEES:                              17,538.14    UNIDENTIFIED RECEIPTS:         0.00
        DISBURSEMENTS:                         83.50    PAID FEE RETAINER:              0.00
        FEE RETAINER:                           0.00    PAID DISB RETAINER:             0.00
        DISB RETAINER:                          0.00    TOTAL AVAILABLE FUNDS:          0.00
        TOTAL OUTSTANDING:                 17,621.64    TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
        DATE OF LAST BILL:                 02/20/03     LAST PAYMENT DATE:         02/18/03
        LAST BILL NUMBER:                    365684     FEES BILLED TO DATE:      72,794.00
        LAST BILL THRU DATE:               01/31/03

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee             (6) Summer Associate
    (2) Late Time & Costs Posted       (7) Fixed Fee
    (3) Pre-arranged Discount          (8) Premium
    (4) Excessive Legal Time           (9) Rounding
    (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    19
Run Date & Time: 02/20/2003 16:11:08                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                                        Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y   ----------------- Total Billed -----------------
Emp Id  Employee Name               Group        Oldest       Latest        Hours         Amount
-------------------------------------------------------------------------------------------------
02495   BENTLEY, PHILIP             CRED         01/15/03     01/22/03       0.60          315.00
07850   HOROWITZ, GREGORY A.        LITI         01/14/03     01/31/03       2.50        1,212.50
        PARAPROFESSIONALS
05208   MANGUAL, KATHLEEN           CRED         01/06/03     01/06/03       0.60          111.00

                            Total:                                           3.70        1,638.50

Sub-Total Hours :    3.10 Partners      0.00 Counsels      0.00 Associates     0.60 Legal Assts     0.00 Others

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 02/20/03 16:11:08)
                                   ------ Billed ------        ---- Collections ----
Bill Date Thru Date  Bill#         Fee & OA    Disbursement    Applied         Total      Date        Balance
                                                                From OA                                  Due
-------------------------------------------------------------------------------------------------------------
08/15/02 06/30/02    357518        4,037.50           9.80                   4,047.30    10/30/02
08/19/02 07/31/02    356269       11,567.50         541.11                  10,366.91    12/31/02      1,741.70
10/21/02 09/30/02    359721        9,690.00            .00                   7,090.60    12/31/02      2,599.40
11/19/02 10/31/02    361261       21,575.00            .00                  16,340.00    12/31/02      5,235.00
12/13/02 11/30/02    362365        9,907.00            .00                   6,184.46    02/18/03      3,722.54
01/31/03 12/31/02    364671        2,601.00          83.50                        .00                  2,684.50
02/20/03 01/31/03    365684        1,638.50            .00                        .00                  1,638.50

                 Total:           61,016.50         634.41                  44,029.27                 17,621.64
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    20
Run Date & Time: 02/20/2003 16:11:08                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                       Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                          Hours        Amount    Index#     Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 01/15/03 | Review emails re: Sealed Air settlement | 0.10 | 52.50 | 4527364 | 02/03/03 |
| BENTLEY, PHILIP | 01/17/03 | Review Debtors Exclusivity Motion and agenda for upcoming hearing | 0.30 | 157.50 | 4527357 | 02/03/03 |
| BENTLEY, PHILIP | 01/22/03 | Discussions Mark Herford and voicemail: Sealed Air appeal | 0.20 | 105.00 | 4527365 | 02/03/03 |
| Total For BENTLEY P - 02495 | | | 0.60 | 315.00 | | |
| HOROWITZ, GREGORY A. | 01/14/03 | confer PB re asbestos claims (.3) | 0.30 | 145.50 | 4521080 | 02/03/03 |
| HOROWITZ, GREGORY A. | 01/31/03 | long dw P.Bentley (.6); tc PB, Michelle Browdy (.1); review expert reports (1.5) all re asbestos issues | 2.20 | 1,067.00 | 4530387 | 02/03/03 |
| Total For HOROWITZ G - 07850 | | | 2.50 | 1,212.50 | | |
| MANGUAL, KATHLEEN | 01/06/03 | docket review, retrieval of Sealed Air pleadings, organize such (.60) | 0.60 | 111.00 | 4529336 | 02/03/03 |
| Total For MANGUAL K - 05208 | | | 0.60 | 111.00 | | |
| Fee Total | | | 3.70 | 1,638.50 | | |

```
alp_132r: Billed Charges Analysis                                                                                       PAGE   21
Run Date & Time: 02/20/2003 16:11:08

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 06975     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status   : ACTIVE

        BILLED  TIME  SUMMARY
Employee Name                 Hours        Amount          Bill          W/o / W/u        Transfer To    Clnt/Mtr   Carry Forward
-----------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP                0.60         315.00
HOROWITZ, GREGORY A.           2.50       1,212.50
MANGUAL, KATHLEEN              0.60         111.00
                              -----       --------
             Total:            3.70       1,638.50
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  22
Run Date & Time: 02/20/2003 16:11:08

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00017                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status    : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                           TO:
              UNBILLED DISB FROM:                           TO:

                                              FEES                   COSTS
                                              ----                   -----

GROSS BILLABLE AMOUNT:                        0.00                    0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
ON ACCOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

               FEES:                         1,215.00       UNIDENTIFIED RECEIPTS:           0.00
               DISBURSEMENTS:                    0.00       PAID FEE RETAINER:               0.00
               FEE RETAINER:                     0.00       PAID DISB RETAINER:              0.00
               DISB RETAINER:                    0.00       TOTAL AVAILABLE FUNDS:           0.00
               TOTAL OUTSTANDING:            1,215.00       TRUST BALANCE:
                                                            BILLING HISTORY

               DATE OF LAST BILL:          08/19/02         LAST PAYMENT DATE:         10/30/02
               LAST BILL NUMBER:            356269          FEES BILLED TO DATE:       1,310.00
               LAST BILL THRU DATE:        07/31/02

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee             (6) Summer Associate
        (2) Late Time & Costs Posted       (7) Fixed Fee
        (3) Pre-arranged Discount          (8) Premium
        (4) Excessive Legal Time           (9) Rounding
        (5) Business Development          (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 02/20/2003 16:11:08
```

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 23

```
Matter No: 056772-00017                                       Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : EMPLOYEE BENEFITS/PENSION                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E      (Reflects Payments As of 02/20/03 16:11:08)
                     ------- Billed --------          ---- Collections ----
Bill Date Thru Date Bill#       Fee & OA   Disbursement    Applied     Total       Date       Balance
                                                          From OA                              Due
-------- -------- ------         --------   ------------  --------     --------   --------    --------
08/15/02 06/30/02 357518          95.00        .00                      95.00     10/30/02    
08/19/02 07/31/02 356269       1,215.00        .00                        .00                 1,215.00
                               ---------    -------       -------      -------                --------
       Total:                  1,310.00        .00                      95.00                 1,215.00
```

```
alp_132r: Billed Charges Analysis                                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   24
Run Date & Time: 02/20/2003 16:11:08                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                    Orig Prtnr : CRED. RGTS. - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : HEARINGS                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                               Status    : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:  01/23/2003           TO:  01/23/2003
         UNBILLED DISB FROM:                       TO:

                                                   FEES                   COSTS
                                                   ----                   -----
              GROSS BILLABLE AMOUNT:              105.00                    0.00
              AMOUNT WRITTEN DOWN:
                           PREMIUM:
              ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                   THRU DATE:                    01/23/2003
   CLOSE MATTER/FINAL BILLING?                  YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:



                                                ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

                FEES:                             10,738.50        UNIDENTIFIED RECEIPTS:                0.00
         DISBURSEMENTS:                                0.00        PAID FEE RETAINER:                    0.00
         FEE RETAINER:                                 0.00        PAID DISB RETAINER:                   0.00
         DISB RETAINER:                                0.00        TOTAL AVAILABLE FUNDS:                0.00
         TOTAL OUTSTANDING:                      10,738.50         TRUST BALANCE:

                                                     BILLING HISTORY

         DATE OF LAST BILL:       02/20/03              LAST PAYMENT DATE:           12/31/02
         LAST BILL NUMBER:         365684               FEES BILLED TO DATE:        48,397.50
         LAST BILL THRU DATE:     01/31/03

   FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee           (6) Summer Associate
       (2) Late Time & Costs Posted     (7) Fixed Fee
       (3) Pre-arranged Discount        (8) Premium
       (4) Excessive Legal Time         (9) Rounding
       (5) Business Development        (10) Client Arrangement

   BILL NUMBER:_____     DATE OF BILL:_____   Processed by:_____   FRC:_____    CRC:_____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   25
Run Date & Time: 02/20/2003 16:11:08                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                    Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP  - 02495          Bill Frequency: M
Matter Name : HEARINGS                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                               Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ---------------- Total Billed ----------------
Emp Id  Employee Name                  Group            Oldest      Latest       Hours             Amount
------------------------------------   ------           -------     --------     -----             -------
02495   BENTLEY, PHILIP                 CRED            01/23/03    01/23/03     0.20              105.00

                                 Total:                                          0.20              105.00

Sub-Total Hours :    0.20 Partners      0.00 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others

A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 02/20/03 16:11:08)
Bill Date Thru Date Bill#      Fee & OA    Disbursement   Billed ------- Applied ------- Collections ----     Balance
                                                          From OA         Total         Date                  Due
-------- -------- -------      ---------   ------------   -------         -----         ----                  -------
08/15/02 06/30/02 357518       4,200.00           .00          .00        121.50      10/30/02                4,078.50
08/19/02 07/31/02 356269       2,660.00           .00          .00           .00                              2,660.00
09/30/02 08/31/02 358460       1,960.00         58.14          .00     2,018.14      11/26/02                     .00
10/21/02 09/30/02 359721       2,327.50           .00          .00           .00                              2,327.50
11/19/02 10/31/02 361261       1,567.50           .00          .00           .00                              1,567.50
02/20/03 01/31/03 365684         105.00           .00          .00           .00                                105.00

          Total:              12,820.00         58.14                  2,139.64                              10,738.50
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  26
Run Date & Time: 02/20/2003 16:11:08

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                        Hours       Amount    Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP          01/23/03     Trade emails re: Monday's hearing                   0.20       105.00   4527366   02/03/03

Total For BENTLEY P - 02495                                                               0.20       105.00

                                                                           Fee Total     0.20       105.00
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE  27
Run Date & Time: 02/20/2003 16:11:08

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

              BILLED   TIME   SUMMARY  ------------------------------
Employee Name                   Hours        Amount       Bill       W/o / W/u     Transfer To  Clnt/Mtr    Carry Forward
-----------------------------   --------     ----------   ---------                -----------  -------     -------------
BENTLEY, PHILIP                   0.20       105.00

      Total:                      0.20       105.00
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   28
Run Date & Time: 02/20/2003 16:11:08                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                  Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : LITIGATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                       PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                         TO:
                UNBILLED DISB FROM:                         TO:

                                                   FEES                      COSTS

        GROSS BILLABLE AMOUNT:                    0.00                       0.00
        AMOUNT WRITTEN DOWN:
                     PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                          ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

   FEES:                              1,182.40              UNIDENTIFIED RECEIPTS:         0.00
   DISBURSEMENTS:                         0.00              PAID FEE RETAINER:             0.00
   FEE RETAINER:                          0.00              PAID DISB RETAINER:            0.00
   DISB RETAINER:                         0.00              TOTAL AVAILABLE FUNDS:         0.00
   TOTAL OUTSTANDING:                 1,182.40              TRUST BALANCE:
                                                            BILLING HISTORY

   DATE OF LAST BILL:        10/21/02                       LAST PAYMENT DATE:       12/31/02
   LAST BILL NUMBER:                                        FEES BILLED TO DATE:     2,167.50
   LAST BILL THRU DATE:      09/30/02

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee           (6) Summer Associate
   (2) Late Time & Costs Posted     (7) Fixed Fee
   (3) Pre-arranged Discount        (8) Premium
   (4) Excessive Legal Time         (9) Rounding
   (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                          PAGE  29
Run Date & Time: 02/20/2003 16:11:08

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                      Orig Prtnr : CRED. RGTS    - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : LITIGATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                              Status : ACTIVE

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 02/20/03 16:11:08)
                                  Billed         ----  Applied  ----  Collections ----
                                                                 From OA     Total     Date          Balance
Bill Date Thru Date Bill#     Fee & OA   Disbursement                                                Due
-----------------------------------------------------------------------------------------------------
09/30/02 08/31/02 358460      2,167.50     4,437.15                   5,422.25 12/31/02              1,182.40

                Total:        2,167.50     4,437.15                   5,422.25                       1,182.40
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  30
Run Date & Time: 02/20/2003 16:11:08

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : OTHER                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                              PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:                     TO:
      UNBILLED DISB FROM:                     TO:

                                         FEES              COSTS
                                         ----              -----
      GROSS BILLABLE AMOUNT:              0.00              0.00
      AMOUNT WRITTEN DOWN:
      PREMIUM:
      ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
      THRU DATE:
      CLOSE MATTER/FINAL BILLING?       YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

        FEES:                          890.00        UNIDENTIFIED RECEIPTS:      0.00
    DISBURSEMENTS:                       0.00        PAID FEE RETAINER:          0.00
    FEE RETAINER:                        0.00        PAID DISB RETAINER:         0.00
    DISB RETAINER:                       0.00        TOTAL AVAILABLE FUNDS:      0.00
    TOTAL OUTSTANDING:                 890.00        TRUST BALANCE:
                                                     BILLING HISTORY
      DATE OF LAST BILL:         11/19/02            LAST PAYMENT DATE:
      LAST BILL NUMBER:            361261            FEES BILLED TO DATE:      890.00
      LAST BILL THRU DATE:       10/31/02

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee           (6) Summer Associate
      (2) Late Time & Costs Posted     (7) Fixed Fee
      (3) Pre-arranged Discount        (8) Premium
      (4) Excessive Legal Time         (9) Rounding
      (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____     DATE OF BILL:_____    Processed by:_____    FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  31
Run Date & Time: 02/20/2003 16:11:08

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                  Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : OTHER                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status      : ACTIVE

A C C O U N T S     R E C E I V A B L E       (Reflects Payments As of 02/20/03 16:11:08)
                                 Billed  --------       ---- Collections ----
Bill Date Thru Date Bill#        Fee & OA    Disbursement    Applied    Total    Date          Balance
                                                             From OA                           Due
11/19/02 10/31/02 361261          890.00         .00            .00      .00                   890.00
                                 --------    ------------   --------  --------                --------
                     Total:       890.00         .00            .00      .00                   890.00
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   32
Run Date & Time: 02/20/2003 16:11:08                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                TO:
           UNBILLED DISB FROM:                TO:

                                             FEES                COSTS
                                             ----                -----
GROSS BILLABLE AMOUNT:                       0.00                0.00
AMOUNT WRITTEN DOWN:
         PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
         THRU DATE:
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                              BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                    ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                    --------------------------                    --------------
           FEES:                         1,275.00        UNIDENTIFIED RECEIPTS:     0.00
    DISBURSEMENTS:                           0.00        PAID FEE RETAINER:         0.00
    FEE RETAINER:                            0.00        PAID DISB RETAINER:        0.00
    DISB RETAINER:                           0.00        TOTAL AVAILABLE FUNDS:     0.00
    TOTAL OUTSTANDING:                   1,275.00        TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ---------------
          DATE OF LAST BILL:        11/19/02             LAST PAYMENT DATE:       12/31/02
          LAST BILL NUMBER:          361261              FEES BILLED TO DATE:     5,675.00
          LAST BILL THRU DATE:      10/31/02

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee            (6) Summer Associate
    (2) Late Time & Costs Posted      (7) Fixed Fee
    (3) Pre-arranged Discount         (8) Premium
    (4) Excessive Legal Time          (9) Rounding
    (5) Business Development         (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____ CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE   33
Run Date & Time: 02/20/2003 16:11:08

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                                    Orig Prtnr : CRED. RGTS. - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976

A C C O U N T S    R E C E I V A B L E        (Reflects Payments As of 02/20/03 16:11:08)                        Status  : ACTIVE
                                  -------- Billed --------          ---- Collections ----
Bill Date  Thru Date  Bill#    Fee & OA      Disbursement   Applied From OA      Total       Date      Balance Due
---------- ---------- ------   ----------    ------------   ---------------      -----       ----      -----------
09/30/02   09/30/02   358460       800.00           .00            .00            .00                       800.00
10/21/02   09/30/02   359721       190.00           .00            .00            .00                       190.00
11/19/02   10/31/02   361261       285.00           .00            .00            .00                       285.00
                                ----------    ------------                       -----                 -----------
              Total:             1,275.00           .00                           .00                     1,275.00
```

```
alp_132rc: Client Analysis Sheet                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   1
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 02/20/03 16:11:16                         Work Thru : 01/31/03
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE
```

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 7.70 | 2,264.50 | 904.37 | 3,168.87 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.80 | 838.00 | 0.00 | 838.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 20.50 | 6,254.00 | 23.10 | 6,277.10 | BENTLEY PHILIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 3.70 | 1,638.50 | 0.00 | 1,638.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 0.20 | 105.00 | 0.00 | 105.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 35.90 | 11,100.00 | 927.47 | 12,027.47 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE