# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & COMPANY, et al. | ) | Case No. 01-01139 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Judith K. Fitzgerald |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Jarrett L. Hale, Esq. and The Bleakley Law Firm hereby enter their appearance as counsel in these proceedings on behalf of, Richard Nozemack and further request service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). U.S. Franchise hereby puts all parties in interest on notice that it is represented by the undersigned and requests that Debtors' counsel and the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

Jarrett L. Hale, Esq.
The Bleakley Law Firm
101 E. Kennedy Boulevard, Suite 1100
Tampa, Florida 33602
Phone: 813-221-3759
Fax: 813-221-3198

This 21st day of February, 2003.

THE BLEAKLEY LAW FIRM

By: _____
Jarrett L. Hale
Georgia Bar No.: 317515

This 21st day of February, 2003.

THE BLEAKLEY LAW FIRM

By: _____
Jarrett L. Hale
Georgia Bar No.: 317515

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Notice of Appearance and Request for Notices by facsimile and placing a copy of same in the United States Mail with adequate postage affixed thereon to insure delivery to the following:

    Laura Davis Jones
    Pachulski, Stang, Ziehl, et al.
    P.O. Box 8705
    Wilmington, DE 19899-8705

This 21st day of February, 2003.

                              THE BLEAKLEY LAW FIRM

                              By: _____
                                  Jarrett L. Hale
                                  Georgia Bar No.: 317515

101 E. Kennedy Boulevard, Suite 1100
Tampa, Florida 33602
813-221-3759
Fax: 813-221-3198

Attorneys for Richard Nozemack