## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 18, 2003** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED FOURTH MONTHLY APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

Name of Applicant:                                  Lukins & Annis, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                               July 22, 2002

Period for which compensation and
Reimbursement is sought:                           December 1, 2002 through
                                                   December 31, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                         $32,330.00

Amount of Expenses Reimbursement:                  $ 1,262.74

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 through 9/30/02 | $37,691.00 | $3,422.38 | Pending | Pending |
| 12/05/02 | 10/01/02 through 10/31/02 | $24,143.00 | $728.96 | Pending | Pending |
| 2/10/2003 | 11/01/02 through 11/30/02 | $32,033.00 | $629.26 | Pending | Pending |

This is the fourth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 62.90 | $21,941.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 40.00 | $4,194.00 |
| TOTALS | | | | | 102.90 | $26,135.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 39.70 | $5,955.00 |
| Samantha Batorson | Legal Asst. | 10 | Litigation | $80 | 3.00 | $240.00 |
| TOTALS | | | | | 42.70 | $6,195.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel-Non-working | 17.30 Hours | $ 1,938.00 |
| 22-ZAI Science Trial | 128.30 Hours | $30,392.00 |
| TOTALS | 145.60 Hours | $32,330.00 |

23-ZAI Science Trial Expenses

| Description | Amount | |
|---|---|---|
| Computer Assisted Legal Research | | |
| Telephone Expense | $ | 77.83 |
| Telephone Expense – Outside | $ | 431.71 |
| Facsimile ($1.00 per page) | $ | 129.00 |
| Postage Expense | $ | 45.00 |
| Courier & Express Carriers | $ | 3.00 |
| In-House Duplicating / Printing ($.15 per page) | $ | 117.30 |
| Outside Duplicating / Printing | | |
| Lodging | $ | 44.81 |
| Transportation | | |
| Air Travel Expense | | |
| Taxi Expense | | |
| Mileage Expense | $ | 366.83 |
| Travel Meals | $ | 10.18 |
| Parking | | |
| General Expense | | |
| Expert Services | | |
| Books/Videos | | |
| Other (Explain): Photograph reprints produced in | $ | 37.08 |
| response to Discovery requests | | |
| Total: | $ | 1,262.74 |

Dated: February 27, 2003

ELZUFON AUSTON REARDON
TARLOV & MONDELL, P.A.


/s/ William D. Sullivan
William D. Sullivan (Bar No. 2820)
Charlie Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
LUKINS & ANNIS, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 18, 2003** |
| | | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED FOURTH MONTHLY APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL PECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002</u>

# TIME REPORT

Lukins & Annis, P.S.

Time Period 12/01/2002 - 12/31/2002

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 12/06/02 | DWS | Travel to Portland for field investigation (billed at half rate). | 2.50 | $ 185.00 | $ 462.50 |
| 12/07/02 | DWS | Travel to and from ZAI inspection site (billed at half rate). | 4.70 | $ 185.00 | $ 869.50 |
| 12/12/02 | KEK | Traveled to Libby, Montana for investigative work (billed at half rate). | 6.70 | $ 60.00 | $ 402.00 |
| 12/13/02 | KEK | Traveled back to Spokane from Libby, Montana (billed at half rate). | 3.40 | $ 60.00 | $ 204.00 |
| | | **SUBTOTAL** | **17.30** | | **$ 1,938.00** |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 12/02/02 | KLB | Review and revise Monthly Fee Request time detail and petition (1.0); office conference with legal assistant regarding status of AD Little Subpoena (.1); office conference with computer technician regarding CDs received containing Grace documents and storage/access to same (.2). | 1.30 | $ 150.00 | $ 195.00 |
| 12/03/02 | DWS | Phone call and email to Manchur regarding discovery answers of Lindholm and Szufnarowski (.3); phone conference with Jan Hunter regarding answers to discovery (.4); phone call to Cochrane/Thomas regarding answers to Grace discovery (.3); complete initial draft of discovery tasks and assignments for associates and paralegals (.4); phone call to Chambers regarding answers to discovery regarding Harris (.2); return phone call from Thomas regarding preparation of discovery answers (.4); study summation exhibit database regarding documents responsive to Barbanti Requests for Production (.5). | 2.50 | $ 370.00 | $ 925.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|------|------|------|------|
| 12/03/02 | DWS | Communications to and from Manchur regarding obtaining information from Massachusetts ZAI Claimant (.3); phone calls with Jeniene Andrews and Tom Sobol regarding Grace production (.3); additional communications with Tom Sobol's office regarding copying and supplying of Grace documents (.3); phone conference with Rob Turkewitz and Allan McGarvey regarding case status, testing, and discovery completion (1.0). | 1.90 | $ | 370.00 | $ | 703.00 |
| 12/03/02 | KLB | Review and revise fee submission. | 0.50 | $ | 150.00 | $ | 75.00 |
| 12/03/02 | SAB | Prepare Fee and Cost Application for month of October. | 1.50 | $ | 80.00 | $ | 120.00 |
| 12/04/02 | DWS | Communications with Ed Manchur regarding answers to Grace discovery requests. | 0.30 | $ | 370.00 | $ | 111.00 |
| 12/04/02 | KLB | Telephone call from Class Representative Ralph Busch regarding winter address and logistics to answer discovery (.3); email to law firm of Gilman & Pastor regarding obtaining information on Class Representatives Lindholm & Szufnarowski (.2); discuss discovery responses with partner (.2). | 0.70 | $ | 150.00 | $ | 105.00 |
| 12/04/02 | SAB | Review and revise Fee and Cost Application for month of October. | 1.50 | $ | 80.00 | $ | 120.00 |
| 12/05/02 | KEK | Phone calls to ZAI claimants regarding purchase and installation of ZAI. | 1.10 | $ | 120.00 | $ | 132.00 |
| 12/06/02 | DWS | Phone conference with co-counsel regarding Portland disturbance incident (.3); meeting at local law firm regarding completion of ZAI assessment forms (.4). | 0.70 | $ | 370.00 | $ | 259.00 |
| 12/06/02 | KLB | Telephone calls regarding logistics of telephone conference regarding Portland, OR, home (.1); telephone call from partner regarding setting of meeting with Portland homeowner (.1); telephone call to ZAI claimant to schedule time to meet with Darrell W. Scott and obtain directions to home and information on home (.3); email information to Darrell W. Scott regarding meeting (.1). | 0.60 | $ | 150.00 | $ | 90.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|------|------|-------|
| 12/07/02 | DWS | Interview and inspection of ZAI Claimant's home. | 2.00 | $ | 370.00 | $ 740.00 |
| 12/09/02 | DWS | Phone call from co-counsel regarding ZAI disturbance scenario (.1); prepare team task materials for preparation of discovery answers (.2); work on outline of discovery answers (.2); phone call from Rob Turkewitz regarding potential witnesses and disturbance incident (.4); meeting with associate and paralegal regarding responsibilities regarding preparation of Grace discovery answers and upcoming removal testing at Busch home (.7); review letter from Cameron regarding Clayton attendance at Busch removal (.1); meeting with paralegal regarding coordination of same (.2). | 1.90 | $ | 370.00 | $ 703.00 |
| 12/09/02 | KEK | Meeting with Darrell W. Scott and Kristy Bergland regarding ZAI litigation and case assignments. | 0.70 | $ | 120.00 | $ 84.00 |
| 12/09/02 | KLB | Meeting with Darrell W. Scott and Kelly E. Konkright to discuss answering of discovery, coordination of removal of ZAI from Busch home, and results of visit with Portland home. | 0.70 | $ | 150.00 | $ 105.00 |
| 12/09/02 | KLB | Telephone call to consulting expert regarding ZAI removal (left message) (.1); search Libby web site for notes from November CAG meeting and any updates (.3). | 0.40 | $ | 150.00 | $ 60.00 |
| 12/10/02 | DWS | Review EPA materials regarding removal testing (.1); finalize letter to opposing counsel regarding inspection of HUD home (.1); conference with Ed Westbrook, Rob Turkewitz, and Allan McGarvey regarding testing, discovery answers and case management issues (1.6). | 1.80 | $ | 370.00 | $ 666.00 |
| 12/10/02 | KEK | Phone call to Liz Heller regarding Ms. Hunter's responses to debtor's first discovery requests. | 0.40 | $ | 120.00 | $ 48.00 |
| 12/10/02 | KLB | Telephone calls to and from consulting expert regarding removal from former HUD home scheduled for week of December 16 confirming arrangements and final details (.3); draft letter to Grace Attorney Doug Cameron confirming HUD home ZAI removal details (.4); telephone call to consulting expert regarding | 1.00 | $ | 150.00 | $ 150.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | ZAI removal and details of air testing (.2); telephone call to videographer regarding availability to prepare video of portions of removal (.1). | | | |
| 12/11/02 | DWS | Review expert fees billings (.1); phone call to co-counsel regarding payment of expert witness fees (.1); phone calls to and from Hagens Berman regarding revisions and service of A.D. Little Subpoena (.3); study exhibits regarding frequency of renovation activities (.3). | 0.80 | $ 370.00 | $ 296.00 |
| 12/11/02 | KEK | Attempted to contact Mr. Lindholm and Mr. Szufnarowski to get information to complete debtors' first set of discovery requests. | 0.30 | $ 120.00 | $ 36.00 |
| 12/12/02 | DWS | Meeting with paralegal regarding arrangements for HUD home testing and removal (.2); phone call to co-counsel regarding testing arrangements (.1); draft letter to co-counsel regarding preparation of discovery answers (.1); conference with ZAI claimants regarding status of ZAI science trial (.3); work regarding identification of ZAI packaging for retrieval and shipment (.5); phone conference with consulting expert regarding completion of this project (.2); draft memorandum to Rob Turkewitz regarding same (.1); phone call from co-counsel regarding case assignments (.3); additional phone call to consulting expert regarding retrieval of packaging (.2); contact ZAI claimant regarding preservation of evidence (.2). | 2.20 | $ 370.00 | $ 814.00 |
| 12/12/02 | DWS | Work organizing and coordinating final preparations for HUD home testing involving multiple consulting experts (.8); conferences with Kristy L. Bergland and Samantha Batorson regarding multiple assignments regarding HUD home testing (.3); draft communication to Rob Turkewitz regarding same (.1); review new materials regarding forms of ZAI product packaging and identification of Grace product (.3); draft message to Rob Turkewitz and Ed Westbrook regarding same (.1). | 1.60 | $ 370.00 | $ 592.00 |
| 12/12/02 | KLB | Begin work on draft responses to Grace discovery directed to claimant, Ralph Busch. | 1.25 | $ 150.00 | $ 187.50 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|------------|-------------|-------|-------------|-------|
| 12/12/02 | KLB | Review email from homeowner with Zonolite purchased from independent retailer (.1); review third party information and prepare response to homeowner email regarding ZAI (.3); office conference with Darrell W. Scott regarding same (.1). | 0.50 | $ 150.00 | $ 75.00 |
| 12/12/02 | KLB | Meet with Samantha to give instructions regarding arrangements with videographer (.1); telephone call from and to consulting expert regarding details concerning ZAI removal (.2); telephone call to consulting expert to inquire as to whether they require expert credentials/waiver (.2); leave message regarding consulting experts requirements (.1); office conference with associate regarding upcoming testing and meeting in Libby (.2). | 0.80 | $ 150.00 | $ 120.00 |
| 12/13/02 | DWS | Phone call to co-counsel regarding preservation of packaging (.1); review communications regarding rebranding product identification (.2); review database and photographic exhibit file regarding available packaged product (.5); phone call from co-counsel regarding product identification issues and preparations regarding HUD home testing (.3); meeting with paralegal and associate regarding preparations for HUD home testing and preservation of packaging (1.0). | 2.10 | $ 370.00 | $ 777.00 |
| 12/13/02 | KEK | Meeting with Darrell W. Scott and Kristy Bergland regarding completion of discovery requests (1.0); contacted Mr. Lindholm and received information via telephone requested by debtor's first set of interrogatories (2.5). | 3.50 | $ 120.00 | $ 420.00 |
| 12/13/02 | KLB | Meeting with Darrell W. Scott and Kelly E. Konkright to discuss final arrangements for ZAI removal project (1.0); meet with consulting expert regarding setting up of air tests in home (.3); review information submitted in Barbanti case in response to discovery requests to aid in responding to current discovery (to Ralph Busch) and documents that may need to be produced (.5). | 1.80 | $ 150.00 | $ 270.00 |
| 12/15/02 | KLB | Review prior depositions and discovery of Ralph | 3.50 | $ 150.00 | $ 525.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|--|-------|
| | | Busch and continue to work on draft responses to Grace discovery (2.5); Begin draft responses to discovery to Marco Barbanti (1.0). | | | | |
| 12/16/02 | DWS | Meeting with consulting expert regarding removal protocol (.2); phone conference with Rob Turkewitz regarding same (.8); phone call from Hagens Berman regarding A.D. Little subpoena (.1); meeting with paralegal regarding same (.1); final review and revisions to two additional subpoenas regarding A.D. Little documents (.4); conference with associate regarding progress of HUD home testing and videotaping protocol (.3); work preparing discovery answers regarding Barbanti properties (.9); meeting with paralegal regarding consulting expert testing protocol (.2); meeting with paralegal regarding initial draft of Busch answers (.2). | 3.20 | $ | 370.00 | $ 1,184.00 |
| 12/16/02 | KEK | Supervise at HUD home on 14th Street while consulting expert set up containment and otherwise prepared the home for removal of ZAI. | 8.00 | $ | 120.00 | $ 960.00 |
| 12/16/02 | KLB | Telephone call from Claudia at Hagens-Berman regarding problems with service of A.D. Little Subpoena (.2); office conference with Darrell W. Scott regarding same (.1); draft revised Subpoena to Altran Technologies d/b/a Arthur D. Little (.2); prepare Subpoena to Dehon, Inc. f/k/a Arthur D. Little (.3); prepare Notice of Deposition and Inspection of Documents regarding Altran (.2); prepare Notice of Deposition and Inspection of Documents regarding Dehon (.3); email to Hagens-Berman attaching A.D. Little discovery documents (.1). | 1.40 | $ | 150.00 | $ 210.00 |
| 12/16/02 | KLB | Telephone call from consulting expert with questions on second containment area (.2); office conference with Darrell W. Scott regarding same and call consulting expert back providing information (.1). | 0.30 | $ | 150.00 | $ 45.00 |
| 12/16/02 | KLB | Revisions to initial draft of discovery responses of Ralph Busch and Marco Barbanti. | 0.75 | $ | 150.00 | $ 112.50 |
| 12/17/02 | DWS | Review and revise initial draft of Answers to Interrogatories, Requests for Production, and | 7.90 | $ | 370.00 | $ 2,923.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | Requests for Admissions regarding Busch and model answers to written discovery requests to all other ZAI claimants, examine exhibit depository regarding Busch documents, prior affidavits by Busch, and prior Busch deposition (5.3); phone conference with Rob Turkewitz regarding ZAI home (.2); meeting with paralegal regarding status of preparation of discovery answers regarding remaining ZAI claimants (.5); phone conferences with supervising attorney regarding ongoing testing and removal activities at HUD home and Grace expert supervision of those activities (1.1); phone conference with ZAI counsel regarding A.D. Little subpoena, HUD home removal activities, preparation of document production and related review of selected exhibit materials in preparation of document production regarding Busch (.8). | | | |
| 12/17/02 | KEK | Supervise at home located at 1512 14th Street while consulting expert was engaged in the removal of ZAI from the home. | 8.70 | $ 120.00 | $ 1,044.00 |
| 12/17/02 | KLB | Search Summation database for documents relating to public advisories to potentially attach to responses to Grace's discovery requests (.8); telephone calls from associate from HUD home testing sites with questions on issues arising from removal of ZAI (.3); review fax from Attorney John Thomas providing information to be used in responding to Grace's discovery to his client, Stephen Walsh, and draft responses (1.3); telephone call to Allan McGarvey's paralegal to discuss status of their responses and/or information needed to draft responses for Price and Prebil (.3); review database and prepare list of homeowners with bags of Zonolite for potential testing (.8); review of Marco Barbanti deposition and begin work on responses of Marco Barbanti to Grace discovery (1.3). | 4.80 | $ 150.00 | $ 720.00 |
| 12/18/02 | DWS | Conference with associate and paralegal regarding status of HUD home testing and removal activities and status of preparing coordinated discovery with local ZAI counsel (1.0); phone call to Douglas Cameron regarding | 2.00 | $ 370.00 | $ 740.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | status of discovery (.1); phone call to ZAI claimant regarding preservation of documents (.2); continued work identifying documents for production regarding Busch (.3); review and revise draft of Answers to Requests for Admissions, Requests for Production, and Interrogatories directed to Walsh and review relevant documents (.3), brief conference with paralegal regarding same (.1). | | | |
| 12/18/02 | DWS | Analyze report regarding locations of physical evidence and logistics of preservation and provide staff instruction regarding same (.4); work on initial draft of discovery answers regarding Barbanti (.7); meeting with paralegal regarding status of discovery answers regarding Price and Prebil (.2); analyze supplemental exhibit materials regarding HUD home abatement (.5). | 1.80 | $ 370.00 | $ 666.00 |
| 12/18/02 | KEK | Meeting with Darrell W. Scott and Kristy L. Bergland regarding removal of ZAI from the HUD home (1.0); phone conference with Mr. Szufnarowski getting information to complete debtor's first set of discovery (1.0); phone calls to Spokane area residents with bags of ZAI to coordinate retrieval (1.0). | 3.00 | $ 120.00 | $ 360.00 |
| 12/18/02 | KLB | Review database report and prepare list of homeowners outside of Washington state who potentially have bags with Zonolite for potential testing (.5); telephone calls to and from Attorney John Thomas regarding answers to Grace Discovery by Stephen Walsh (.2); Litigation team meeting with Darrell W. Scott and Kelly E. Konkright to discuss HUD home removal and responding to discovery requests (1.0); update answers of Stephen Walsh to Grace Discovery (.3); review and revise draft of answers of Edward Lindholm to Grace Discovery (.5); review and revise answers of Ralph Busch to Grace discovery (.5); work on answers of Marco Barbanti to Grace Discovery (1.2). | 4.20 | $ 150.00 | $ 630.00 |
| 12/19/02 | DWS | Continued review of documents for production regarding Busch (1.2); phone conference with consultant regarding testing methodologies | 3.00 | $ 370.00 | $ 1,110.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | (.5); review accounting materials and request from local counsel regarding costs accounting on ZAI science trial and provide instructions regarding same (.2); examine exposure records of claimant in connection with ZAI science trial (.4); phone call to ZAI claimant regarding case status and answers to Grace discovery (.3); review and revise draft of discovery answers regarding McMurchie (.4). | | | |
| 12/19/02 | DWS | Phone conference with consultant regarding case status (.5); review updates regarding Harris discovery answers (.3); meeting with associate regarding same (.1); examine potential exhibits regarding governmental warning for production to Grace and review EPA/CDC exhibit collection regarding homeowner warning (1.5); phone calls to and from Douglas Cameron regarding extension of time for discovery answers (.1); draft and finalize letter to Douglas Cameron regarding same (.1); review correspondence regarding discovery answers from Massachusetts ZAI claimants (.3); conference with Barbanti regarding answers to Requests for Admissions, Requests for Production and Interrogatories, analyze prior Barbanti discovery and production regarding same (2.2). | 5.10 | $ 370.00 | $ 1,887.00 |
| 12/19/02 | KEK | Phone calls to individuals in Spokane to coordinate pick up of ZAI bags. | 0.80 | $ 120.00 | $ 96.00 |
| 12/19/02 | KLB | Review depositions, affidavits, prior discovery responses, and documents previously produced and work on draft of discovery responses of Marco Barbanti to Grace Discovery (3.5); telephone call to Allan McGarvey's paralegal regarding status of Price and Prebil drafts (.2); revisions to Ralph Busch discovery responses (.5); search website for dates of initial public advisories from main governmental agencies and work on public advisory documents to produce in response to Grace's discovery (.8). | 5.00 | $ 150.00 | $ 750.00 |
| 12/20/02 | DWS | Phone call from consulting expert regarding preservation of evidence and status of clearance testing (.2); analyze video and photographic evidence of multiple ZAI claimants | 3.20 | $ 370.00 | $ 1,184.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| | | regarding exposures and renovation activities (3.0). | | | | |
| 12/20/02 | KEK | Meet with consulting expert to coordinate ZAI bag pick ups in Spokane (.2); spoke with ZAI claimant regarding the same (.1). | 0.30 | $ | 120.00 $ | 36.00 |
| 12/20/02 | KLB | Telephone call from Allan McGarvey's paralegal, Linda, to discuss Price and Prebil's responses to Grace discovery requests (.4); Letter to Ralph Busch enclosing draft discovery responses (.3); review potential photographs to produce regarding Ralph Busch (.1). | 0.80 | $ | 150.00 $ | 120.00 |
| 12/30/02 | DWS | Work regarding accounting of fees and costs in Special Counsel litigation (.5); communication with Ralph Busch regarding answers to discovery requests (.2); work on answers to discovery requests regarding Hunter, review and revise proposed answers (.4); analyze documents regarding potential production regarding McMurchie, review and revise initial draft of discovery answers regarding Minnesota ZAI claims (2.8); continued review of document production requests regarding Barbanti and preparation of answers regarding same (1.0); review expert witness billings and draft letter regarding accounting of ZAI expert witness fees (.3). | 5.20 | $ | 370.00 $ | 1,924.00 |
| 12/30/02 | DWS | Phone conference with Rob Turkewitz regarding testing, identification of witnesses, and status of discovery answers (.8); draft letter to Douglas Cameron regarding same (.2). | 1.00 | $ | 370.00 $ | 370.00 |
| 12/30/02 | KEK | Completed discovery responses for Mr. Lindholm and Mr. Szufnarowski (2.3); phone calls to both Mr. Lindholm and Mr. Szufnarowski to get information regarding responses to debtor's first set of discovery requests (.8). | 3.10 | $ | 120.00 $ | 372.00 |
| 12/30/02 | KLB | Telephone call to consultant regarding clearance air tests (.1); review information on McMurchie answers to Grace discovery and preparation of draft Responses (.7); review information from Attorney Liz Heller regarding Jan Hunter and draft responses to Grace discovery from same (1.0); prepare chart | 3.80 | $ | 150.00 $ | 570.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | reflecting comparison of discovery answers for the ten claimants and incorporate information obtained to date (2.0). | | | |
| 12/31/02 | DWS | Work on draft answers to second interrogatories from Grace (.6); phone conference with Rob Turkewitz regarding same and regarding identification of experts (.4); meeting with paralegal regarding status of completion of discovery answers for ZAI claimants and related case management issues (.8); phone conference with Rob Turkewitz regarding collection of bulk samples (.4); preparation of exhibit materials for transmission to Rob Turkewitz (.6); review and revise draft of discovery answers of Szufnarowski (.2); meeting with associate regarding same (.2); work on draft of answers regarding ZAI claimants Price and Prebil (.7). | 3.90 | $ 370.00 | $ 1,443.00 |
| 12/31/02 | DWS | Analyze comparative summary of first discovery answers regarding ZAI claimants (.3); review discovery answers of Grace regarding Third Requests for Production and Second Requests for Admissions and draft trial notes regarding same (.3); review scholarly research regarding causation in asbestos property damage and asbestos environmental damage claims and analyze expert witness materials regarding same (.5); work regarding preparation of discovery answers as to ZAI claimants Prebil and Price (.5). | 1.60 | $ 370.00 | $ 592.00 |
| 12/31/02 | KLB | Meeting with Darrell W. Scott regarding status of discovery responses, additional research needed, and ZAI litigation preparation issues. | 0.80 | $ 150.00 | $ 120.00 |
| 12/31/02 | KLB | Review November time (.2); preparation of contact information for 10 claimants filing original Proofs of Claim and email same to Rob Turkewitz regarding obtaining samples (.8); telephone call to Allan McGarvey's paralegal regarding discovery responses for Price and Prebil (.1); review discovery response information from Allan McGarvey (.2); draft responses to Grace discovery for Paul Price (1.2); draft responses to Grace discovery for John Prebil (1.3); update to discovery response comparison chart (1.0). | 4.80 | $ 150.00 | $ 720.00 |

| Date | Timekeeper Description | Hours | Hourly Rate | Total |
|------|----------------------|-------|-------------|-------|
| | SUBTOTAL | 128.30 | | $ 30,392.00 |
| | TIME TOTAL: | 145.60 | | $ 32,330.00 |

# COST REPORT

Lukins & Annis, P.S.

Time Period 12/01/2002 - 12/31/2002

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 12/02/02 | Photocopics | $ 1.65 |
| 12/02/02 | Photocopics | $ 1.95 |
| 12/02/02 | Photocopics | $ 1.80 |
| 12/02/02 | Photocopies | $ 0.15 |
| 12/02/02 | Long Distance Charges | $ 0.95 |
| 12/03/02 | Photocopies | $ 0.15 |
| 12/03/02 | Photocopies | $ 0.15 |
| 12/03/02 | Long Distance Charges | $ 9.55 |
| 12/03/02 | Long Distance Charges | $ 0.95 |
| 12/03/02 | Long Distance Charges | $ 0.95 |
| 12/03/02 | Long Distance Charges | $ 0.95 |
| 12/03/02 | Long Distance Charges | $ 4.30 |
| 12/03/02 | Long Distance Charges | $ 8.60 |
| 12/03/02 | Long Distance Charges | $ 0.95 |
| 12/04/02 | Photocopies | $ 2.40 |
| 12/06/02 | Federal Express Postage | $ 43.94 |
| 12/06/02 | Long Distance Charges | $ 0.48 |
| 12/06/02 | Long Distance Charges | $ 1.91 |
| 12/07/02 | Mileage - Darrell W. Scott for travel to and from ZAI Claimant home | $ 254.41 |
| 12/09/02 | Photocopies | $ 0.60 |
| 12/09/02 | Photocopies | $ 19.50 |
| 12/09/02 | Photocopies | $ 1.65 |

| DATE | DESCRIPTION | CHARGE | |
|---|---|---|---|
| 12/09/02 | Long Distance Charges | $ | 0.48 |
| 12/10/02 | Photocopies | $ | 0.45 |
| 12/10/02 | Photocopies | $ | 2.85 |
| 12/10/02 | Photocopies | $ | 0.30 |
| 12/11/02 | Photocopies | $ | 0.15 |
| 12/11/02 | Photocopies | $ | 0.15 |
| 12/11/02 | Photocopies | $ | 0.60 |
| 12/11/02 | Long Distance Charges | $ | 1.43 |
| 12/11/02 | Long Distance Charges | $ | 0.48 |
| 12/12/02 | Mileage - Kelly E. Konkright roundtrip to Libby for investigative work | $ | 112.42 |
| 12/12/02 | Meals - Kelly E. Konkright at Conoco for investigative work in Libby, MT | $ | 2.18 |
| 12/12/02 | Meals - Kelly E. Konkright at 4 B's for investigative work in Libby, MT | $ | 8.00 |
| 12/12/02 | Lodging - Kelly E. Konkright at Super 8 for investigative work in Libby, MT | $ | 44.81 |
| 12/12/02 | Photocopies | $ | 0.15 |
| 12/12/02 | Long Distance Charges | $ | 0.95 |
| 12/12/02 | Long Distance Charges | $ | 2.38 |
| 12/12/02 | Long Distance Charges | $ | 3.82 |
| 12/12/02 | Long Distance Charges | $ | 0.48 |
| 12/13/02 | Photocopies | $ | 1.20 |
| 12/13/02 | Photocopies | $ | 0.15 |
| 12/13/02 | Long Distance Charges | $ | 0.48 |
| 12/16/02 | Photocopies | $ | 1.35 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|--|
| 12/16/02 | Long Distance Charges | $ | 0.48 |
| 12/17/02 | Photocopies | $ | 0.45 |
| 12/17/02 | Photocopies | $ | 2.10 |
| 12/17/02 | Photocopies | $ | 1.35 |
| 12/17/02 | Photocopies | $ | 4.80 |
| 12/17/02 | Photocopies | $ | 2.70 |
| 12/17/02 | Photocopies | $ | 2.40 |
| 12/17/02 | Photocopies | $ | 0.15 |
| 12/17/02 | Long Distance Charges | $ | 0.48 |
| 12/18/02 | Photocopies | $ | 1.80 |
| 12/18/02 | Photocopies | $ | 0.30 |
| 12/18/02 | Photocopies | $ | 6.30 |
| 12/18/02 | Long Distance Charges | $ | 0.95 |
| 12/18/02 | Long Distance Charges | $ | 0.95 |
| 12/19/02 | Telecopier Service - (4 pages) (12/19/02 is posting date) | $ | 4.00 |
| 12/19/02 | Telecopier Service - (2 pages) (12/19/02 is posting date) | $ | 2.00 |
| 12/19/02 | Telecopier Service - (2 pages) (12/19/02 is posting date) | $ | 2.00 |
| 12/19/02 | Telecopier Service - (9 pages) (12/19/02 is posting date) | $ | 9.00 |
| 12/19/02 | Telecopier Service - (1 page) (12/19/02 is posting date) | $ | 1.00 |
| 12/19/02 | Telecopier Service - (3 pages) (12/19/02 is posting date) | $ | 3.00 |
| 12/19/02 | Telecopier Service - (6 pages) (12/19/02 is posting date) | $ | 6.00 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 12/19/02 | Telecopier Service - (6 pages)<br>(12/19/02 is posting date) | $ | 6.00 |
| 12/19/02 | Telecopier Service - (6 pages)<br>(12/19/02 is posting date) | $ | 6.00 |
| 12/19/02 | Telecopier Service - (6 pages)<br>(12/19/02 is posting date) | $ | 6.00 |
| 12/19/02 | Telecopier Service - (4 pages)<br>(12/19/02 is posting date) | $ | 4.00 |
| 12/19/02 | Telecopier Service - (4 pages)<br>(12/19/02 is posting date) | $ | 4.00 |
| 12/19/02 | Telecopier Service - (4 pages)<br>(12/19/02 is posting date) | $ | 4.00 |
| 12/19/02 | Telecopier Service - (6 pages)<br>(12/19/02 is posting date) | $ | 6.00 |
| 12/19/02 | Telecopier Service - (4 pages)<br>(12/19/02 is posting date) | $ | 4.00 |
| 12/19/02 | Photocopies | $ | 13.50 |
| 12/19/02 | Photocopies | $ | 0.45 |
| 12/19/02 | Long Distance Charges | $ | 3.84 |
| 12/19/02 | Long Distance Charges | $ | 0.48 |
| 12/19/02 | Long Distance Charges | $ | 1.91 |
| 12/19/02 | Long Distance Charges | $ | 0.95 |
| 12/19/02 | Long Distance Charges | $ | 0.95 |
| 12/20/02 | Photocopies | $ | 9.00 |
| 12/20/02 | Photographs | $ | 11.65 |
| 12/20/02 | Photographs | $ | 25.43 |
| 12/23/02 | Photocopies | $ | 0.30 |
| 12/23/02 | Photocopies | $ | 0.90 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 12/23/02 | Photocopies | $ 1.65 |
| 12/23/02 | Photocopies | $ 1.05 |
| 12/23/02 | Photocopies | $ 0.15 |
| 12/23/02 | Photocopies | $ 0.15 |
| 12/23/02 | Photocopies | $ 0.60 |
| 12/23/02 | Photocopies | $ 0.60 |
| 12/24/02 | Photocopies | $ 2.25 |
| 12/24/02 | Photocopies | $ 1.80 |
| 12/24/02 | Photocopies | $ 4.50 |
| 12/27/02 | Conference Call | $ 431.71 |
| 12/30/02 | Photocopies | $ 0.15 |
| 12/30/02 | Long Distance Charges | $ 0.48 |
| 12/30/02 | Long Distance Charges | $ 0.48 |
| 12/31/02 | Postage | $ 1.06 |
| 12/31/02 | Photocopies | $ 0.30 |
| 12/31/02 | Photocopies | $ 14.40 |
| 12/31/02 | Photocopies | $ 1.35 |
| 12/31/02 | Photocopies | $ 2.55 |
| 12/31/02 | Photocopies | $ 0.30 |
| 12/31/02 | Photocopies | $ 0.30 |
| 12/31/02 | Photocopies | $ 1.35 |
| 12/31/02 | Long Distance Charges | $ 15.28 |
| 12/31/02 | Long Distance Charges | $ 10.03 |
| 12/31/02 | Long Distance Charges | $ 0.48 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|--|
| 12/31/02 | Telecopier Service - (6 pages)<br>(12/31/02 is posting date) | $ | 6.00 |
| 12/31/02 | Telecopier Service - (6 pages)<br>(12/31/02 is posting date) | $ | 6.00 |
| 12/31/02 | Telecopier Service - (6 pages)<br>(12/31/02 is posting date) | $ | 6.00 |
| 12/31/02 | Telecopier Service - (36 pages)<br>(12/31/02 is posting date) | $ | 36.00 |
| 12/31/02 | Telecopier Service - (8 pages)<br>(12/31/02 is posting date) | $ | 8.00 |
| 12/31/02 | Courier Service | $ | 3.00 |
| | **Total** | **$ 1,262.74** | |

## VERIFICATION

STATE OF WASHINGTON    )
                            )
COUNTY OF SPOKANE     )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)     I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)     I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this 25 day of Feb., 2003.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9-10-2006



## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing

- **Verified Fourth Monthly Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from December 1, 2002 through December 31, 2002**

to be served upon those parties identified on the attached service list via hand delivery or United States Mail, postage pre-paid.

I certify the foregoing to be true and correct under the penalty of perjury.

Dated: February 27, 2003                          */s/ William D. Sullivan*
                                                   William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899