# EXHIBIT A

## Asset Analysis and Recovery (.10 Hours; $ 47.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .10 | $470 | 47.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/03 | TWS | 470.00 | 0.10 | Conf NDF re discovery of insurance matters |

**Total Task Code .01    .10**

## Case Administration (56.60 Hours; $ 8,631.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .60 | $625 | 375.00 |
| Trevor W. Swett | .10 | $470 | 47.00 |
| Rita C. Tobin | .90 | $340 | 306.00 |
| John P. Cunningham | 1.20 | $240 | 288.00 |
| Robert C. Spohn | 9.00 | $165 | 1,485.00 |
| Elyssa J. Strug | 4.10 | $155 | 635.50 |
| Tracy L. Wantuck | 40.70 | $135 | 5,494.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/03 | RCT | 340.00 | 0.30 | Review correspondence/recent filings. |
| 01/02/03 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 12/31/02 (.2); retrieve documents requested by attorney (.2) |
| 01/02/03 | TLW | 135.00 | 1.70 | Assess and organize pleadings and fee applications. |
| 01/03/03 | RCT | 340.00 | 0.20 | Review weekly calendars re: EI update. |
| 01/03/03 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 1/2/03 |

{D0008404:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/03/03 | TLW | 135.00 | 2.50 | Reproduce verdict timeline from NDF and CSR. |
| 01/06/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/3/03 |
| 01/06/03 | TWS | 470.00 | 0.10 | Review incoming mail (in PVNL's absence) |
| 01/06/03 | TLW | 135.00 | 2.00 | Review Westlaw Key cite document list for mentions of "abuse of process". |
| 01/07/03 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 1/6/03 (.2); retrieve documents requested by attorney (.2) |
| 01/08/03 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 1/7/03 (.2); retrieve documents requested by attorney (.5) |
| 01/09/03 | RCT | 340.00 | 0.20 | Review weekly calendars re: EI update. |
| 01/09/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/8/03 |
| 01/10/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 1/9/03 |
| 01/10/03 | JPC | 240.00 | 0.80 | File review and admin re: 3rd Cir. appeal |
| 01/13/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/10/03 |
| 01/13/03 | TLW | 135.00 | 0.50 | Update pleadings files. |
| 01/14/03 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 1/13/03 (.1); retrieve documents requested by attorney (.3) |
| 01/14/03 | TLW | 135.00 | 4.70 | Assess and organize case files. |
| 01/15/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 1/14/03 |
| 01/15/03 | TLW | 135.00 | 7.50 | Assess and organize case files. |
| 01/16/03 | RCT | 340.00 | 0.20 | Review weekly recommendation memos re: EI status report. |
| 01/16/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/15/03 |

{D0008404:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 01/16/03 | TLW | 135.00 | 7.00 | Assess and organize case files |
| 01/17/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 1/16/03 |
| 01/17/03 | TLW | 135.00 | 6.50 | Assess and organize case files. |
| 01/21/03 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 1/17/03 (.2); retrieve documents requested by attorney (.3) |
| 01/21/03 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 1/17/03 (.2); review specific issue documents and annotate for file (.3) |
| 01/21/03 | TLW | 135.00 | 6.30 | Assess and organize files. |
| 01/22/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/21/03 |
| 01/22/03 | JPC | 240.00 | 0.40 | Follow up conference with local counsel re: pending notice of appeal and request for stay |
| 01/22/03 | TLW | 135.00 | 2.00 | Assess and organize files. |
| 01/23/03 | EJS | 155.00 | 0.40 | Updated EI & PVNL agenda files. |
| 01/23/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/22/03 |
| 01/24/03 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 1/23/03 |
| 01/26/03 | PVL | 625.00 | 0.10 | Review 5 miscellaneous filings. |
| 01/27/03 | EJS | 155.00 | 3.00 | Payment information for EI. |
| 01/27/03 | EJS | 155.00 | 0.20 | Updated JWD agenda files. |
| 01/27/03 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 1/24/03 (.2); download pleadings, review and archive in e-files (.3) |
| 01/28/03 | EJS | 155.00 | 0.30 | Updated EI & PVNL agenda files. |
| 01/28/03 | RCS | 165.00 | 1.00 | Review and index pleadings and correspondence received 1/27/03 (.2); download pleadings, review and archive into e-files (.8) |

{D0008404:1 }

| 01/29/03 | PVL | 625.00 | 0.50 | Review miscellaneous email (.1); teleconference Goodman re status (.2); teleconference Hurford re pending matters (.2). |
| 01/29/03 | RCS | 165.00 | 0.90 | Review and index pleadings and correspondence received 1/28/03 (.3); download pleadings, review and archive into e-files (.6) |
| 01/30/03 | EJS | 155.00 | 0.20 | Updated RCT files. |
| 01/30/03 | RCS | 165.00 | 1.20 | Review and index pleadings and correspondence received 1/29/03 (.3); download pleadings, review and archive into e-files(.6); download e-mail documents for attorney (.3) |
| 01/31/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/30/03 |

**Total Task Code .04    56.60**


## Claim Analysis Objection & Resolution (Asbestos)(1.60 Hours; $ 384.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Brian A. Skretny | 1.60 | $240 | 384.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/21/03 | BAS | 240.00 | 1.20 | Completed and sent rs questions to retained expert (1.2) |
| 01/21/03 | BAS | 240.00 | 0.10 | Phone conversation w/ above expert's assistant . (.1) |
| 01/30/03 | BAS | 240.00 | 0.30 | T/c w/ retained medical expert re: retention of other experts (.3). |

**Total Task Code .05    1.60**


## Committee, Creditors', Noteholders' or Equity Holders' (.10 Hours; $ 71.00)

{D0008404:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $710 | 71.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/28/03 | EI | 710.00 | 0.10 | Memo to Committee re: conference schedule. |

**Total Task Code .07    .10**


### Employee Benefits/Pension (.30 Hours; $ 187.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .30 | $625 | 187.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/24/03 | PVL | 625.00 | 0.20 | Review Grace motion re pension plan. |
| 01/27/03 | PVL | 625.00 | 0.10 | Confer JKB re pension contribution motion. |

**Total Task Code .08    .30**


### Fee Applications, Applicant (16.70 Hours; $ 4,991.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |
| Rita C. Tobin | 12.30 | $340 | 4,182.00 |
| Max C. Heerman | .30 | $265 | 79.50 |
| Elyssa J. Strug | 3.90 | $155 | 604.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/03 | EJS | 155.00 | 0.10 | Created January fee schedule. |

{D0008404:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 01/03/03 | RCT | 340.00 | 0.10 | Review January fee schedule. |
| 01/06/03 | RCT | 340.00 | 0.30 | Review schedules & orders re: EI report. |
| 01/07/03 | RCT | 340.00 | 1.00 | Review prebills. |
| 01/07/03 | RCT | 340.00 | 2.50 | Work on response to fee auditor report. |
| 01/09/03 | RCT | 340.00 | 1.00 | Review prebills. |
| 01/09/03 | EJS | 155.00 | 1.00 | Searched and retrieved various court documents and correspondence for RCT re responding to fee auditor for 6th interim period. |
| 01/10/03 | RCT | 340.00 | 2.50 | Review/e-mails re: fee auditors initial report (.5); collect data and review re: fee auditors initial report (1.0); draft response (1.0). |
| 01/13/03 | RCT | 340.00 | 0.80 | Review and edit reports for monthly fee app. |
| 01/13/03 | MCH | 265.00 | 0.30 | Draft summary of estimation brief for fee audit |
| 01/14/03 | RCT | 340.00 | 3.00 | Draft reply to fee auditor (2.5); e-mail to MCH, TB & PVNL re: same (.5). |
| 01/18/03 | PVL | 625.00 | 0.20 | Review draft RCT letter to Smith and email RCT re same. |
| 01/21/03 | RCT | 340.00 | 0.50 | Review final fee app. |
| 01/21/03 | EJS | 155.00 | 1.50 | Worked on quarterly fee application. |
| 01/21/03 | EJS | 155.00 | 1.00 | Worked on monthly fee application. |
| 01/27/03 | RCT | 340.00 | 0.10 | Review February fee schedules and conference with ES re: same. |
| 01/28/03 | RCT | 340.00 | 0.50 | Review final report of fee auditor (.3); conferences with EI re: same (.2). |
| 01/29/03 | EJS | 155.00 | 0.30 | Updated payment schedule and fee files with payments recently received. |

**Total Task Code .12    16.70**


**Fee Applicants, Others (1.00 Hours; $ 135.00)**

{D0008404:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Tracy L. Wantuck | 1.00 | $135 | 135.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/06/03 | TLW | 135.00 | 1.00 | Search fee applications for Pitney Harding 12/4/01 special fee application. |

**Total Task Code .13**     **1.00**

**Plan & Disclosure Statement (.90 Hours; $ 562.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .90 | $625 | 562.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/21/03 | PVL | 625.00 | 0.30 | Teleconference Weitz and Budd re plan negotiations. |
| 01/24/03 | PVL | 625.00 | 0.40 | Confer NDF re plan issues |
| 01/27/03 | PVL | 625.00 | 0.20 | Teleconference Weitz re plan negotiations (.1); teleconference EI re same (.1). |

**Total Task Code .17**     **.90**

{D0008404:1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 12.98 |
| Conference Meals | 132.00 |
| Database Research | 1,415.46 |
| Filing Fees | 144.75 |
| Long Distance Telephone - Equitrac In-House | 107.62 |
| NYO Long Distance Telephone | 18.97 |
| Postage | 4.75 |
| Telecopier | 28.50 |
| Travel Expenses – Ground Transportation | 23.46 |
| Travel Expenses – LD Calls on Hotel Bill | 42.92 |
| Duplicating | 718.05 |
| Total: | $ 2,623.50 |