**EXHIBIT B**

**Asset Analysis and Recovery (.1 Hours; $ 47.00)**

   Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01  .1**

**Case Administration (56.6 Hours; $ 8,631.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  56.6**

**Claim Analysis Objection & Resolution (Asbestos) (1.6 Hours; $ 384.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05  1.6**

**Committee, Creditors' Noteholders or Equity Holders (.1 Hours; $ 71.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel

**Total Task Code .07  .1**

**Employee Benefits/Pension (.3 Hours; $187.50)**

   Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08  .3**

**Fee Applications, Applicant (16.7 Hours; $ 4,991.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          16.7**


**Fee Applications, Others (1.0 Hours; $ 135.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          1.0**


**Plan & Disclosure Statement (.9 Hours; $ 562.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          .9**