## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 12.98 |
| Conference Meals | 132.00 |
| Database Research | 1,415.46 |
| Filing Fees | 144.75 |
| Long Distance Telephone - Equitrac In-House | 107.62 |
| NYO Long Distance Telephone | 18.97 |
| Postage | 4.75 |
| Telecopier | 28.50 |
| Travel Expenses – Ground Transportation | 23.46 |
| Travel Expenses – LD Calls on Hotel Bill | 42.92 |
| Duplicating | 718.05 |
| Total: | $ 2,623.50 |

{D0008408:1 }