PREBILL / CONTROL REPORT

Client Number: 4642    Grace Asbestos Personal Injury Claimants

Matter    000    Disbursements

Page:
2/12/2003
Invoice #

Attn:

Matter    000    Trans Date Range: 1/1/1950 to: 1/31/2003

**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed: | 1/27/2003 | 13,655 |

| Trust Amount Available | Total Expenses Billed To Date | $213,995.99 | Billing Empl: | 0120 | Elihu Inselbuch |
| | | | Responsible Empl: | 0120 | Elihu Inselbuch |
| | | | Alternate Empl: | 0120 | Elihu Inselbuch |
| | | | Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0083 | CSR | Christopher S. Rizek | 0.00 | 168.45 | 0.00 | 168.45 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 92.25 | 0.00 | 92.25 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 95.25 | 0.00 | 95.25 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 20.85 | 0.00 | 20.85 |
| 0141 | KAA | Karen A. Albertelli | 0.00 | 250.20 | 0.00 | 250.20 |
| 0149 | JPC | John P. Cunningham | 0.00 | 7.20 | 0.00 | 7.20 |
| 0187 | NDF | Nathan D. Finch | 0.00 | 79.95 | 0.00 | 79.95 |
| 0197 | TLW | Tracy L. Wantuck | 0.00 | 5.40 | 0.00 | 5.40 |
| 0208 | MP | Mitzie Patrick | 0.00 | 2.10 | 0.00 | 2.10 |
| 0227 | RH | Roxana Healy | 0.00 | 1.20 | 0.00 | 1.20 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 14.10 | 0.00 | 14.10 |
| 0234 | RET | Rita E Tower | 0.00 | 11.55 | 0.00 | 11.55 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 48.15 | 0.00 | 48.15 |
| 0244 | AT | Ann Taylor | 0.00 | 6.70 | 0.00 | 6.70 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 5.30 | 0.00 | 5.30 |
| 0246 | NO | Nickie Ochoa | 0.00 | 0.30 | 0.00 | 0.30 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,814.55 | 0.00 | 1,814.55 |
| **Total Fees** | | | **0.00** | **2,623.50** | **0.00** | **2,623.50** |

**Summary by Employee**

| | | | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | |
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

{PC0140.1}
Total Fees

**Client Number:   4642**     Grace Asbestos Personal Injury Claimants

Page:

**Matter        000**                     Disbursements

2/12/2003

Invoice #

Attn:

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1424330 | Postage from the New York Office for month of January 2003 | E | 01/31/2002 | 0999 | C&D | 0.00 | | $4.75 | 0.00 | | $4.75 | 4.75 |
| 1420936 | Photocopy | E | 11/26/2002 | 0238 | SLG | 0.00 | | $1.80 | 0.00 | | $1.80 | 6.55 |
| 1420943 | Photocopy | E | 11/26/2002 | 0141 | KAA | 0.00 | | $103.80 | 0.00 | | $103.80 | 110.35 |
| 1420952 | Photocopy | E | 11/26/2002 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 111.85 |
| 1420953 | Photocopy | E | 11/26/2002 | 0141 | KAA | 0.00 | | $1.80 | 0.00 | | $1.80 | 113.65 |
| 1420965 | Photocopy | E | 11/27/2002 | 0999 | C&D | 0.00 | | $6.45 | 0.00 | | $6.45 | 120.10 |
| 1420976 | Photocopy | E | 11/27/2002 | 0232 | LK | 0.00 | | $4.80 | 0.00 | | $4.80 | 124.90 |
| 1420979 | Photocopy | E | 11/27/2002 | 0232 | LK | 0.00 | | $1.20 | 0.00 | | $1.20 | 126.10 |
| 1420980 | Photocopy | E | 11/27/2002 | 0232 | LK | 0.00 | | $0.60 | 0.00 | | $0.60 | 126.70 |
| 1420991 | Photocopy | E | 12/02/2002 | 0999 | C&D | 0.00 | | $2.10 | 0.00 | | $2.10 | 128.80 |
| 1420992 | Photocopy | E | 12/02/2002 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 129.70 |
| 1420999 | Photocopy | E | 12/02/2002 | 0999 | C&D | 0.00 | | $3.00 | 0.00 | | $3.00 | 132.70 |
| 1421002 | Photocopy | E | 12/02/2002 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 133.45 |
| 1421003 | Photocopy | E | 12/02/2002 | 0090 | EJS | 0.00 | | $0.15 | 0.00 | | $0.15 | 133.60 |
| 1421012 | Photocopy | E | 12/02/2002 | 0141 | KAA | 0.00 | | $3.30 | 0.00 | | $3.30 | 136.90 |
| 1421046 | Photocopy | E | 12/03/2002 | 0999 | C&D | 0.00 | | $9.00 | 0.00 | | $9.00 | 145.90 |
| 1421055 | Photocopy | E | 12/03/2002 | 0999 | C&D | 0.00 | | $1.65 | 0.00 | | $1.65 | 147.55 |
| 1421063 | Photocopy | E | 12/04/2002 | 0999 | C&D | 0.00 | | $3.60 | 0.00 | | $3.60 | 151.15 |
| 1421116 | Photocopy | E | 12/06/2002 | 0090 | EJS | 0.00 | | $0.75 | 0.00 | | $0.75 | 151.90 |
| 1421119 | Photocopy | E | 12/06/2002 | 0090 | EJS | 0.00 | | $0.15 | 0.00 | | $0.15 | 152.05 |
| 1421125 | Photocopy | E | 12/06/2002 | 0232 | LK | 0.00 | | $2.25 | 0.00 | | $2.25 | 154.30 |
| 1421133 | Photocopy | E | 12/06/2002 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 155.05 |
| 1421141 | Photocopy | E | 12/09/2002 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 155.80 |
| 1421149 | Photocopy | E | 12/09/2002 | 0141 | KAA | 0.00 | | $10.65 | 0.00 | | $10.65 | 166.45 |
| 1421161 | Photocopy | E | 12/09/2002 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 167.20 |
| 1421165 | Photocopy | E | 12/09/2002 | 0141 | KAA | 0.00 | | $9.00 | 0.00 | | $9.00 | 176.20 |
| 1421185 | Photocopy | E | 12/10/2002 | 0999 | C&D | 0.00 | | $3.75 | 0.00 | | $3.75 | 179.95 |
| 1421191 | Photocopy | E | 12/10/2002 | 0141 | KAA | 0.00 | | $0.75 | 0.00 | | $0.75 | 180.70 |
| 1421226 | Photocopy | E | 12/12/2002 | 0999 | C&D | 0.00 | | $2.10 | 0.00 | | $2.10 | 182.80 |
| 1421242 | Photocopy | E | 12/12/2002 | 0141 | KAA | 0.00 | | $5.85 | 0.00 | | $5.85 | 188.65 |
| 1421271 | Photocopy | E | 12/13/2002 | 0999 | C&D | 0.00 | | $2.40 | 0.00 | | $2.40 | 191.05 |
| 1421285 | Photocopy | E | 12/16/2002 | 0141 | KAA | 0.00 | | $0.90 | 0.00 | | $0.90 | 191.95 |
| 1421309 | Photocopy | E | 12/16/2002 | 0141 | KAA | 0.00 | | $8.10 | 0.00 | | $8.10 | 200.05 |

**Client Number:  4642**   Grace Asbestos Personal Injury Claimants

Page:

**Matter      000**           **Disbursements**

2/12/2003

Invoice #

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1421378 | Photocopy | E | 12/18/2002 | 0141 | KAA | 0.00 | $0.30 | 0.00 | $0.30 | 200.35 |
| 1421389 | Photocopy | E | 12/18/2002 | 0141 | KAA | 0.00 | $8.40 | 0.00 | $8.40 | 208.75 |
| 1421415 | Photocopy | E | 12/19/2002 | 0232 | LK | 0.00 | $1.50 | 0.00 | $1.50 | 210.25 |
| 1421416 | Photocopy | E | 12/19/2002 | 0141 | KAA | 0.00 | $39.45 | 0.00 | $39.45 | 249.70 |
| 1421422 | Photocopy | E | 12/19/2002 | 0141 | KAA | 0.00 | $0.90 | 0.00 | $0.90 | 250.60 |
| 1421432 | Photocopy | E | 12/19/2002 | 0999 | C&D | 0.00 | $29.25 | 0.00 | $29.25 | 279.85 |
| 1421437 | Photocopy | E | 12/19/2002 | 0999 | C&D | 0.00 | $4.20 | 0.00 | $4.20 | 284.05 |
| 1421459 | Photocopy | E | 12/20/2002 | 0141 | KAA | 0.00 | $27.00 | 0.00 | $27.00 | 311.05 |
| 1421490 | Photocopy | E | 12/23/2002 | 0141 | KAA | 0.00 | $1.35 | 0.00 | $1.35 | 312.40 |
| 1421536 | Photocopy | E | 12/27/2002 | 0141 | KAA | 0.00 | $28.20 | 0.00 | $28.20 | 340.60 |
| 1421563 | Photocopy | E | 12/30/2002 | 0141 | KAA | 0.00 | $0.45 | 0.00 | $0.45 | 341.05 |
| 1421623 | Photocopy | E | 01/02/2003 | 0090 | EJS | 0.00 | $1.20 | 0.00 | $1.20 | 342.25 |
| 1409734 | Equitrac - Long Distance to 3459480528 | E | 01/02/2003 | 0999 | C&D | 0.00 | $63.79 | 0.00 | $63.79 | 406.04 |
| 1409746 | Equitrac - Long Distance to 2123197125 | E | 01/02/2003 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 406.13 |
| 1409814 | Photocopy | E | 01/02/2003 | 0245 | PT | 0.00 | $3.90 | 0.00 | $3.90 | 410.03 |
| 1409827 | Photocopy | E | 01/02/2003 | 0187 | NDF | 0.00 | $0.90 | 0.00 | $0.90 | 410.93 |
| 1409853 | Photocopy | E | 01/02/2003 | 0197 | TLW | 0.00 | $0.30 | 0.00 | $0.30 | 411.23 |
| 1409854 | Photocopy | E | 01/02/2003 | 0234 | RET | 0.00 | $6.15 | 0.00 | $6.15 | 417.38 |
| 1407529 | NYO Long Distance Telephone-Long distance call made in the month of December | E | 01/02/2003 | 0999 | C&D | 0.00 | $1.46 | 0.00 | $1.46 | 418.84 |
| 1407532 | NYO Long Distance Telephone-Long distance call made in the month of December | E | 01/02/2003 | 0999 | C&D | 0.00 | $6.85 | 0.00 | $6.85 | 425.69 |
| 1407543 | NYO Long Distance Telephone-Long distance call made in the month of December | E | 01/02/2003 | 0999 | C&D | 0.00 | $1.37 | 0.00 | $1.37 | 427.06 |
| 1407547 | NYO Long Distance Telephone-Long distance call made in the month of December | E | 01/02/2003 | 0999 | C&D | 0.00 | $7.42 | 0.00 | $7.42 | 434.48 |
| 1407553 | NYO Long Distance Telephone-Long distance call made in the month of December | E | 01/02/2003 | 0999 | C&D | 0.00 | $1.87 | 0.00 | $1.87 | 436.35 |
| 1408770 | Database Research-Westalw research by JPC on 12/17,18,20,21 | E | 01/03/2003 | 0999 | C&D | 0.00 | $706.67 | 0.00 | $706.67 | 1,143.02 |
| 1409930 | Photocopy | E | 01/03/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,143.17 |
| 1421677 | Photocopy | E | 01/06/2003 | 0090 | EJS | 0.00 | $0.30 | 0.00 | $0.30 | 1,143.47 |
| 1421688 | Photocopy | E | 01/06/2003 | 0090 | EJS | 0.00 | $28.95 | 0.00 | $28.95 | 1,172.42 |
| 1410533 | Equitrac - Long Distance to 2125945300 | E | 01/06/2003 | 0999 | C&D | 0.00 | $0.98 | 0.00 | $0.98 | 1,173.40 |
| 1410540 | Equitrac - Long Distance to 4107031808 | E | 01/06/2003 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 1,173.48 |
| 1410541 | Equitrac - Long Distance to 5613621312 | E | 01/06/2003 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 1,173.55 |
| 1410627 | Equitrac - Long Distance to 2126446755 | E | 01/07/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 1,174.15 |
| 1410682 | Equitrac - Long Distance to 2127353000 | E | 01/07/2003 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1,174.26 |
| 1410191 | Fax Transmission to 12126446755 | E | 01/07/2003 | 0244 | AT | 0.00 | $6.70 | 0.00 | $6.70 | 1,180.96 |
| 1421746 | Photocopy | E | 01/08/2003 | 0090 | EJS | 0.00 | $15.45 | 0.00 | $15.45 | 1,196.41 |
| 1410849 | Equitrac - Long Distance to 3128612000 | E | 01/08/2003 | 0999 | C&D | 0.00 | $0.95 | 0.00 | $0.95 | 1,197.36 |
| 1421782 | Photocopy | E | 01/09/2003 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 1,199.16 |

{D0019:1 }

**Client Number:   4642        Grace Asbestos Personal Injury Claimants**

Page:

**Matter     000            Disbursements**

2/12/2003

Invoice #

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1421791 | Photocopy | E | 01/09/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,199.61 |
| 1412968 | Equitrac - Long Distance to 2149784000 | E | 01/09/2003 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 1,199.81 |
| 1413077 | Equitrac - Long Distance to 8054993572 | E | 01/10/2003 | 0999 | C&D | 0.00 | $0.57 | 0.00 | $0.57 | 1,200.38 |
| 1413116 | Equitrac - Long Distance to 3033127321 | E | 01/10/2003 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 1,200.54 |
| 1413141 | Equitrac - Long Distance to 3053502403 | E | 01/10/2003 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 1,200.60 |
| 1413152 | Equitrac - Long Distance to 3129846480 | E | 01/10/2003 | 0999 | C&D | 0.00 | $3.29 | 0.00 | $3.29 | 1,203.89 |
| 1413305 | Photocopy | E | 01/10/2003 | 0083 | CSR | 0.00 | $11.25 | 0.00 | $11.25 | 1,215.14 |
| 1413354 | Photocopy | E | 01/10/2003 | 0149 | JPC | 0.00 | $7.20 | 0.00 | $7.20 | 1,222.34 |
| 1412879 | Federal Express to Elizabeth Warren from EI on 1/2 | E | 01/10/2003 | 0120 | EI | 0.00 | $11.91 | 0.00 | $11.91 | 1,234.25 |
| 1412906 | Federal Express to Paul Alverez from NDF on 11/15 | E | 01/10/2003 | 0187 | NDF | 0.00 | $12.67 | 0.00 | $12.67 | 1,246.92 |
| 1412913 | CSR luncheon on 1/10 | E | 01/10/2003 | 0083 | CSR | 0.00 | $132.00 | 0.00 | $132.00 | 1,378.92 |
| 1413473 | Equitrac - Long Distance to 8047840331 | E | 01/13/2003 | 0999 | C&D | 0.00 | $1.53 | 0.00 | $1.53 | 1,380.45 |
| 1413509 | Equitrac - Long Distance to 3033127321 | E | 01/13/2003 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 1,380.66 |
| 1413525 | Equitrac - Long Distance to 5613621302 | E | 01/13/2003 | 0999 | C&D | 0.00 | $0.43 | 0.00 | $0.43 | 1,381.09 |
| 1414738 | Equitrac - Long Distance to 2013688643 | E | 01/14/2003 | 0999 | C&D | 0.00 | $6.22 | 0.00 | $6.22 | 1,387.31 |
| 1414794 | Equitrac - Long Distance to 2123198799 | E | 01/14/2003 | 0999 | C&D | 0.00 | $0.85 | 0.00 | $0.85 | 1,388.16 |
| 1414800 | Equitrac - Long Distance to 2123198799 | E | 01/14/2003 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 1,388.22 |
| 1414820 | Equitrac - Long Distance to 3053502403 | E | 01/14/2003 | 0999 | C&D | 0.00 | $2.76 | 0.00 | $2.76 | 1,390.98 |
| 1414822 | Equitrac - Long Distance to 2126446755 | E | 01/14/2003 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 1,391.05 |
| 1414839 | Equitrac - Long Distance to 8054993572 | E | 01/14/2003 | 0999 | C&D | 0.00 | $0.57 | 0.00 | $0.57 | 1,391.62 |
| 1414910 | Fax Transmission to 12126446755 | E | 01/14/2003 | 0234 | RET | 0.00 | $0.80 | 0.00 | $0.80 | 1,392.42 |
| 1414932 | Photocopy | E | 01/14/2003 | 0246 | NO | 0.00 | $0.30 | 0.00 | $0.30 | 1,392.72 |
| 1414960 | Photocopy | E | 01/14/2003 | 0197 | TLW | 0.00 | $0.30 | 0.00 | $0.30 | 1,393.02 |
| 1414965 | Photocopy | E | 01/14/2003 | 0083 | CSR | 0.00 | $25.20 | 0.00 | $25.20 | 1,418.22 |
| 1420851 | Fax Transmission to 12024293301 | E | 01/14/2003 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 1,419.27 |
| 1421855 | Photocopy | E | 01/14/2003 | 0238 | SLG | 0.00 | $22.20 | 0.00 | $22.20 | 1,441.47 |
| 1421911 | Photocopy | E | 01/15/2003 | 0238 | SLG | 0.00 | $13.80 | 0.00 | $13.80 | 1,455.27 |
| 1415056 | Equitrac - Long Distance to 2126446755 | E | 01/15/2003 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 1,455.41 |
| 1415188 | Fax Transmission to 12126446755 | E | 01/15/2003 | 0245 | PT | 0.00 | $1.40 | 0.00 | $1.40 | 1,456.81 |
| 1421933 | Photocopy | E | 01/16/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 1,457.41 |
| 1416252 | Equitrac - Long Distance to 2127353550 | E | 01/16/2003 | 0999 | C&D | 0.00 | $0.39 | 0.00 | $0.39 | 1,457.80 |
| 1416293 | Equitrac - Long Distance to 4107031808 | E | 01/16/2003 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1,457.91 |
| 1416361 | Equitrac - Long Distance to 3053747580 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 1,458.03 |
| 1416388 | Equitrac - Long Distance to 3053747580 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 1,458.22 |
| 1416390 | Equitrac - Long Distance to 3128612000 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 1,458.44 |
| 1416401 | Equitrac - Long Distance to 2127353000 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 1,458.62 |
| 1416446 | Equitrac - Long Distance to 3053747593 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 1,458.69 |
| 1416447 | Equitrac - Long Distance to 2127352000 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 1,458.75 |
| 1416448 | Equitrac - Long Distance to 2128681229 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 1,458.84 |

{D0008409:1 }

**Client Number: 4642    Grace Asbestos Personal Injury Claimants**

**Matter    000    Disbursements**

Page:

2/12/2003

Invoice #

Attn:

| ID | Description | | Date | Code | Init | | Amount | | Total | Running |
|---|---|---|---|---|---|---|---|---|---|---|
| 1416449 | Equitrac - Long Distance to 3128612200 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 1,458.91 |
| 1416464 | Equitrac - Long Distance to 3033127321 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 1,459.14 |
| 1416465 | Equitrac - Long Distance to 2127353000 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,459.29 |
| 1416466 | Equitrac - Long Distance to 2127353000 | E | 01/17/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,459.44 |
| 1416821 | Fax Transmission to 13053747593 | E | 01/17/2003 | 0234 | RET | 0.00 | $0.70 | 0.00 | $0.70 | 1,460.14 |
| 1416822 | Fax Transmission to 12127352000 | E | 01/17/2003 | 0234 | RET | 0.00 | $0.70 | 0.00 | $0.70 | 1,460.84 |
| 1416823 | Fax Transmission to 12128681229 | E | 01/17/2003 | 0234 | RET | 0.00 | $1.00 | 0.00 | $1.00 | 1,461.84 |
| 1416824 | Fax Transmission to 13128612200 | E | 01/17/2003 | 0234 | RET | 0.00 | $0.70 | 0.00 | $0.70 | 1,462.54 |
| 1416858 | Photocopy | E | 01/17/2003 | 0234 | RET | 0.00 | $1.50 | 0.00 | $1.50 | 1,464.04 |
| 1416878 | Photocopy | E | 01/17/2003 | 0101 | RCS | 0.00 | $10.50 | 0.00 | $10.50 | 1,474.54 |
| 1416931 | Photocopy | E | 01/17/2003 | 0227 | RH | 0.00 | $1.20 | 0.00 | $1.20 | 1,475.74 |
| 1421946 | Photocopy | E | 01/17/2003 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 1,479.34 |
| 1421953 | Photocopy | E | 01/17/2003 | 0238 | SLG | 0.00 | $1.80 | 0.00 | $1.80 | 1,481.14 |
| 1421962 | Photocopy | E | 01/17/2003 | 0238 | SLG | 0.00 | $1.35 | 0.00 | $1.35 | 1,482.49 |
| 1421982 | Photocopy | E | 01/21/2003 | 0238 | SLG | 0.00 | $6.30 | 0.00 | $6.30 | 1,488.79 |
| 1421989 | Photocopy | E | 01/21/2003 | 0090 | EJS | 0.00 | $31.65 | 0.00 | $31.65 | 1,520.44 |
| 1422009 | Photocopy | E | 01/21/2003 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 1,521.04 |
| 1415898 | NDF expenses in Los Angeles for meeting with Peterson and Bates on 1/13-17 for phone calls made from hotel | E | 01/21/2003 | 0187 | NDF | 0.00 | $42.92 | 0.00 | $42.92 | 1,563.96 |
| 1416566 | Equitrac - Long Distance to 6172321704 | E | 01/21/2003 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1,564.07 |
| 1416588 | Equitrac - Long Distance to 5612129435 | E | 01/21/2003 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 1,564.16 |
| 1416608 | Equitrac - Long Distance to 5613621302 | E | 01/21/2003 | 0999 | C&D | 0.00 | $2.23 | 0.00 | $2.23 | 1,566.39 |
| 1417229 | Air Freight & Express Mail - refund from Federal Express delivery | E | 01/22/2003 | 0999 | C&D | 0.00 | -$46.50 | 0.00 | -$46.50 | 1,519.89 |
| 1417237 | MLQ document retrieval US Court of Appeals in Philadelphia on 11/15 | E | 01/22/2003 | 0999 | C&D | 0.00 | $144.75 | 0.00 | $144.75 | 1,664.64 |
| 1417690 | Equitrac - Long Distance to 3053747580 | E | 01/22/2003 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 1,664.73 |
| 1417697 | Equitrac - Long Distance to 4103328870 | E | 01/22/2003 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 1,664.92 |
| 1417798 | Fax Transmission to 14103328870 | E | 01/22/2003 | 0208 | MP | 0.00 | $2.10 | 0.00 | $2.10 | 1,667.02 |
| 1417858 | Photocopy | E | 01/22/2003 | 0197 | TLW | 0.00 | $4.80 | 0.00 | $4.80 | 1,671.82 |
| 1422045 | Photocopy | E | 01/22/2003 | 0999 | C&D | 0.00 | $26.10 | 0.00 | $26.10 | 1,697.92 |
| 1422046 | Photocopy | E | 01/22/2003 | 0999 | C&D | 0.00 | $6.75 | 0.00 | $6.75 | 1,704.67 |
| 1422049 | Photocopy | E | 01/22/2003 | 0999 | C&D | 0.00 | $13.50 | 0.00 | $13.50 | 1,718.17 |
| 1418092 | Equitrac - Long Distance to 3129847759 | E | 01/23/2003 | 0999 | C&D | 0.00 | $6.50 | 0.00 | $6.50 | 1,724.67 |
| 1418215 | Photocopy | E | 01/23/2003 | 0101 | RCS | 0.00 | $11.70 | 0.00 | $11.70 | 1,736.37 |
| 1417586 | Charge & Ride Cab expenses in New York for NDF on 1/3 | E | 01/23/2003 | 0187 | NDF | 0.00 | $23.46 | 0.00 | $23.46 | 1,759.83 |
| 1419195 | Photocopy | E | 01/24/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,760.13 |
| 1422089 | Photocopy | E | 01/24/2003 | 0999 | C&D | 0.00 | $14.85 | 0.00 | $14.85 | 1,774.98 |
| 1422121 | Photocopy | E | 01/27/2003 | 0090 | EJS | 0.00 | $0.15 | 0.00 | $0.15 | 1,775.13 |

{D0026989:1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | Disbursements | | | | | | | | | 2/12/2003 |

Attn:                                                                                                                                                        Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1422145 | Photocopy | E | 01/27/2003 | 0999 | C&D | 0.00 | $12.60 | 0.00 | $12.60 | 1,787.73 |
| 1422164 | Photocopy | E | 01/27/2003 | 0232 | LK | 0.00 | $2.25 | 0.00 | $2.25 | 1,789.98 |
| 1424706 | Equitrac - Long Distance to 3129847794 | E | 01/27/2003 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,790.03 |
| 1424707 | Equitrac - Long Distance to 3129847759 | E | 01/27/2003 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 1,790.12 |
| 1424757 | Equitrac - Long Distance to 3129847759 | E | 01/27/2003 | 0999 | C&D | 0.00 | $1.36 | 0.00 | $1.36 | 1,791.48 |
| 1424826 | Equitrac - Long Distance to 7862471666 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 1,791.73 |
| 1424893 | Equitrac - Long Distance to 4107521100 | E | 01/28/2003 | 0999 | C&D | 0.00 | $4.22 | 0.00 | $4.22 | 1,795.95 |
| 1420895 | Fax Transmission to 12145239159 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,796.25 |
| 1420896 | Fax Transmission to 12145239157 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,796.55 |
| 1420897 | Fax Transmission to 12145239158 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,796.85 |
| 1420898 | Fax Transmission to 12145991171 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,797.15 |
| 1420899 | Fax Transmission to 17136501400 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,797.45 |
| 1420900 | Fax Transmission to 13125516759 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,797.75 |
| 1420901 | Fax Transmission to 18432169450 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,798.05 |
| 1420903 | Fax Transmission to 12148248100 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,798.35 |
| 1420905 | Fax Transmission to 14067527124 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,798.65 |
| 1420906 | Fax Transmission to 18432169290 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,798.95 |
| 1420907 | Fax Transmission to 13026565875 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,799.25 |
| 1420908 | Fax Transmission to 15108354913 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,799.55 |
| 1420909 | Fax Transmission to 12165750799 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,799.85 |
| 1420910 | Fax Transmission to 13053796222 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,800.15 |
| 1420911 | Fax Transmission to 14124718308 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,800.45 |
| 1420912 | Fax Transmission to 12123440994 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,800.75 |
| 1420913 | Fax Transmission to 12123445461 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,801.05 |
| 1420914 | Fax Transmission to 16179510679 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,801.35 |
| 1420915 | Fax Transmission to 12024293329 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,801.65 |
| 1420916 | Fax Transmission to 12024293301 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,801.95 |
| 1420917 | Fax Transmission to 13024269947 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,802.25 |
| 1420918 | Fax Transmission to 14122615066 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,802.40 |
| 1420919 | Fax Transmission to 14122615066 | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,802.55 |
| 1422199 | Photocopy | E | 01/28/2003 | 0090 | EJS | 0.00 | $13.50 | 0.00 | $13.50 | 1,816.05 |
| 1422223 | Photocopy | E | 01/28/2003 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 1,816.65 |
| 1422235 | Photocopy | E | 01/28/2003 | 0101 | RCS | 0.00 | $3.45 | 0.00 | $3.45 | 1,820.10 |
| 1425422 | Photocopy | E | 01/29/2003 | 0101 | RCS | 0.00 | $63.90 | 0.00 | $63.90 | 1,884.00 |
| 1425535 | Fax Transmission to 12145239159 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,884.30 |
| 1425536 | Fax Transmission to 12145239157 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,884.60 |
| 1425537 | Fax Transmission to 12145239158 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,884.90 |
| 1425538 | Fax Transmission to 12145991171 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,885.20 |
| 1425539 | Fax Transmission to 12148248100 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,885.65 |

{D0008409:1 }

**Client Number:   4642     Grace Asbestos Personal Injury Claimants**

Page:

**Matter     000               Disbursements**

2/12/2003

Invoice #

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1425540 | Fax Transmission to 17136501400 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,885.95 |
| 1425541 | Fax Transmission to 13125516759 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,886.25 |
| 1425542 | Fax Transmission to 18432169450 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,886.55 |
| 1425543 | Fax Transmission to 18432169290 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,886.85 |
| 1425544 | Fax Transmission to 14067527124 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,887.15 |
| 1425545 | Fax Transmission to 13026565875 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,887.45 |
| 1425546 | Fax Transmission to 15108354913 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,887.75 |
| 1425547 | Fax Transmission to 13053796222 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,888.05 |
| 1425548 | Fax Transmission to 12165750799 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,888.35 |
| 1425549 | Fax Transmission to 14124718308 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,888.65 |
| 1425550 | Fax Transmission to 12123440994 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,888.95 |
| 1425551 | Fax Transmission to 12123445461 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,889.25 |
| 1425552 | Fax Transmission to 16179510679 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,889.55 |
| 1425553 | Fax Transmission to 12024293329 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,889.85 |
| 1425554 | Fax Transmission to 12024293301 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,890.15 |
| 1425555 | Fax Transmission to 13024269947 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,890.30 |
| 1425556 | Fax Transmission to 14122615066 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,890.60 |
| 1425557 | Fax Transmission to 13024269947 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,890.75 |
| 1425675 | Photocopy | E | 01/29/2003 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 1,891.35 |
| 1424981 | Equitrac - Long Distance to 8054993572 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 1,892.10 |
| 1424985 | Equitrac - Long Distance to 8054993572 | E | 01/29/2003 | 0999 | C&D | 0.00 | $0.76 | 0.00 | $0.76 | 1,892.86 |
| 1425037 | Equitrac - Long Distance to 5613621302 | E | 01/29/2003 | 0999 | C&D | 0.00 | $4.53 | 0.00 | $4.53 | 1,897.39 |
| 1425120 | Equitrac - Long Distance to 3053747580 | E | 01/30/2003 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 1,897.48 |
| 1425123 | Equitrac - Long Distance to 2125945300 | E | 01/30/2003 | 0999 | C&D | 0.00 | $0.38 | 0.00 | $0.38 | 1,897.86 |
| 1425154 | Equitrac - Long Distance to 2128065562 | E | 01/30/2003 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,897.91 |
| 1425230 | Equitrac - Long Distance to 2128065562 | E | 01/30/2003 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 1,897.97 |
| 1425762 | Photocopy | E | 01/30/2003 | 0101 | RCS | 0.00 | $0.90 | 0.00 | $0.90 | 1,898.87 |
| 1425763 | Photocopy | E | 01/30/2003 | 0101 | RCS | 0.00 | $4.80 | 0.00 | $4.80 | 1,903.67 |
| 1425988 | Photocopy | E | 01/30/2003 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 1,905.47 |
| 1419606 | Database Research; Quarterly charges from Pacer Service Center for Docket report | E | 01/30/2003 | 0999 | C&D | 0.00 | $637.35 | 0.00 | $637.35 | 2,542.82 |
| 1419619 | Database Research-Westlaw research by JPC on 1/10 | E | 01/30/2003 | 0999 | C&D | 0.00 | $71.44 | 0.00 | $71.44 | 2,614.26 |
| 1426074 | Photocopy | E | 01/31/2003 | 0238 | SLG | 0.00 | $0.30 | 0.00 | $0.30 | 2,614.56 |
| 1422365 | Federal Express to Marla Eskin from EI on 1/21 | E | 01/31/2003 | 0120 | EI | 0.00 | $4.89 | 0.00 | $4.89 | 2,619.45 |
| 1422367 | Federal Express to Marla Eskin from EI on 1/22 | E | 01/31/2003 | 0120 | EI | 0.00 | $4.05 | 0.00 | $4.05 | 2,623.50 |
| **Total Expenses** | | | | | | **0.00** | **$2,623.50** | **0.00** | **$2,623.50** | |
| | Matter Total Fees | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | 2,623.50 | | 2,623.50 | |
| | Matter Total | | | | | 0.00 | 2,623.50 | 0.00 | 2,623.50 | |

{D0008409:1 }

**Client Number: 4642**  **Grace Asbestos Personal Injury Claimants**

Page:

**Matter    000**    **Disbursements**

2/12/2003

Invoice #

Attn:

**Prebill Total** Expenses            0.00        $2,623.50        0.00        $2,623.50

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 46,344.55 |
| 37,197 | 09/25/2002 | 246,726.25 | 49,345.25 |
| 37,497 | 10/24/2002 | 101,024.17 | 101,024.17 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 54,113.22 | 54,113.22 |
| 37,962 | 11/30/2002 | 137,754.50 | 137,754.50 |
| 38,222 | 12/26/2002 | 48,094.60 | 48,094.60 |
| 38,223 | 12/26/2002 | 155,061.50 | 155,061.50 |
| 40,448 | 01/27/2003 | 20,299.58 | 20,299.58 |
|  |  | 1,269,267.82 | 656,674.96 |

{D0008409:1 }