**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

February 20, 2003

**Invoice No. 01403**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:   W.R. Grace

For services rendered in connection with the above-captioned matter during the period
January 1, 2003 through January 31, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 3.20 | $1,520.00 |
| Bradley Rapp - Managing Director | 2.30 | $1,035.00 |
| Michael Berkin - Managing Director | 10.60 | $4,770.00 |
| Elizabeth Tersigni - Senior Consultant | 7.70 | $1,501.50 |
| Dottie-Jo Collins - Manager | 0.70 | $182.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Federal Express, Telephone, Xerox | $51.46 |

**T O T A L**                                    $9,059.96

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**February 20, 2003**

**Invoice No. 01403**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R. Grace

Summary of Professional Services Rendered:   January 1-31, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|------|----------|-------------|-------|--------|
| Loreto T. Tersigni | Schedule  A | $475 | 3.20 | $1,520.00 |
| Bradley Rapp | Schedule  A | $450 | 2.30 | $1,035.00 |
| Michael Berkin | Schedule  A | $450 | 10.60 | $4,770.00 |
| Elizabeth Tersigni | Schedule  A | $195 | 7.70 | $1,501.50 |
| Dottie-Jo Collins | Schedule  A | $260 | 0.70 | $182.00 |
| **Total  Professional  Services- Schedule A:** | | | 24.50 | $9,008.50 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $51.46 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $9,059.96 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
               by Billing Matter Category.

# W.R. Grace

# Schedule A

### Services Rendered during the Period:  January 1-31, 2003

| Date | | Comment | Category | Hours | Rate | Amount |
|------|---|---------|----------|-------|------|--------|
| **Loreto Tersigni - President** | | | | | | |
| 1/15/03 | LT | Review of engagement status and preparation of December 2002 fee application including review of timekeeper entries | 12 | 0.40 | $475.00 | $190.00 |
| 1/21/03 | LT | Preparation of claims recovery analysis as requested by ACC | 07 | 2.00 | $475.00 | $950.00 |
| 1/24/03 | LT | Review of debtor's motion seeking authorization to pay out more than $10 Million into the Trust Funding The Curtis Bay Pension Plan | 08 | 0.80 | $475.00 | $380.00 |
| | | **Sub-Total** | | 3.20 | | $1,520.00 |
| | | | | | | |
| **Bradley Rapp - Managing Director** | | | | | | |
| 1/30/03 | BR | Review of valuation work with regard to W.R. Grace as background for enterprise valuation data compiled to date including comparable company analysis | 22 | 2.30 | $450.00 | $1,035.00 |
| | | **Sub-Total** | | 2.30 | | $1,035.00 |
| | | | | | | |
| **Michael Berkin - Managing Director** | | | | | | |
| 1/7/03 | MB | Review 1/3/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 1/7/03 | MB | Preparation of discussion agenda and related documents for conference call with debtor to discuss components of distributable value and claims including compilation of questions related to liabilities subject to compromise | 27 | 2.20 | $450.00 | $990.00 |
| 1/7/03 | MB | Participate in conference call with debtor to discuss components of distributable value and claims | 27 | 0.80 | $450.00 | $360.00 |
| 1/14/03 | MB | Review 1/10/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 1/18/03 | MB | Review and analyze Grace motion related to pension contribution required in Curtis Bay | 08 | 2.10 | $450.00 | $945.00 |
| 1/20/03 | MB | Review 1/17/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 1/20/03 | MB | Discuss Curtis Bay pension contribution motion with debtor financial advisor | 08 | 0.30 | $450.00 | $135.00 |
| 1/20/03 | MB | Discuss issues related to Curtis Bay pension contribution motion with ACC counsel | 07 | 0.30 | $450.00 | $135.00 |
| 1/21/03 | MB | Review detail of Grace distributable value and creditor claims in preparation of call with ACC counsel | 07 | 1.30 | $450.00 | $585.00 |
| 1/21/03 | MB | Participate in call with ACC counsel to discuss details of distributable value and creditor claims | 07 | 0.70 | $450.00 | $315.00 |
| 1/28/03 | MB | Review 1/24/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 1/30/03 | MB | Discuss proposal by Grace management related to management incentive proposition with ACC | 07 | 0.50 | $450.00 | $225.00 |
| 1/30/03 | MB | Analyze proposal by Grace management related to management incentive proposition | 08 | 1.20 | $450.00 | $540.00 |
| | | **Sub-Total** | | 10.60 | | $4,770.00 |
| | | | | | | |
| **Elizabeth Tersigni - Senior Consultant** | | | | | | |
| 1/15/03 | ET | Reviewed W.R.-Grace's monthly operating report for September 2002. Reviewed financial statements as well as corresponding commentary. | 29 | 1.20 | $195.00 | $234.00 |
| 1/15/03 | ET | Reviewed W.R.-Grace's monthly operating report for October 2002. Reviewed financial statements as well as corresponding commentary. | 29 | 1.30 | $195.00 | $253.50 |

# W.R. Grace

# Schedule A

### Services Rendered during the Period:  January 1-31, 2003

| Date | | Comment | Category | Hours | Rate | Amount |
|------|---|---------|----------|-------|------|--------|
| 1/15/03 | ET | Reviewed W.R.-Grace's monthly operating report for November 2002. Reviewed financial statements as well as corresponding commentary. | 29 | 1.20 | $195.00 | $234.00 |
| 1/20/03 | ET | Conference call with M. Hurford (from Campbell & Levine) regarding the internal revenue code cited in WR-Grace's motion to amend its current pension plan. | 29 | 0.20 | $195.00 | $39.00 |
| 1/20/03 | ET | Reviewed WR-Grace pension amendment. Specifically interested with the Internal Revenue Code WR-Grace cites as the justification for its pension plan modification. Researched this specific code and sub-codes. | 29 | 0.60 | $195.00 | $117.00 |
| 1/20/03 | ET | Reviewed the motion by WR-Grace to enhance its pension benefits. Specifically focused on section number 16, dealing with Code Section 401(a)(33). | 29 | 0.50 | $195.00 | $97.50 |
| 1/20/03 | ET | Conference call with D. Blechman (from Blackstone) regarding the internal revenue code cited in WR-Grace's motion to amend its current pension plan. | 29 | 0.30 | $195.00 | $58.50 |
| 1/20/03 | ET | Researched on-line for internal revenue code 412(l)(8). Reviewed parameters of the code as it relates to Chapter 11 Companies. | 29 | 0.90 | $195.00 | $175.50 |
| 1/20/03 | ET | Researched on-line for internal revenue code 401(a)(33). Reviewed parameters of the code as it relates to Chapter 11 Companies. | 29 | 1.50 | $195.00 | $292.50 |
| | | **Sub-Total** | | 7.70 | | $1,501.50 |

## Dottie Collins - Manager

| Date | | Comment | Category | Hours | Rate | Amount |
|------|---|---------|----------|-------|------|--------|
| 1/31/03 | DC | Compilation and consolidation of monthly services rendered | 12 | 0.50 | $260.00 | $130.00 |
| 1/31/03 | DC | Assignment of Monthly Billing Categories | 12 | 0.20 | $260.00 | $52.00 |
| | | **Sub-Total** | | 0.70 | | $182.00 |

### TOTAL   Schedule A :           24.50           $9,008.50

# W.R. Grace

**Schedule   B**

**Services Rendered during the Period:   January 1 - 31, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|------|-----------|---------|----------|-------|------|--------|
| 1/20/03 | MB | Discuss issues related to Curtis Bay pension contribution motion with ACC counsel | 07 | 0.30 | $450.00 | $135.00 |
| 1/21/03 | LT | Preparation of claims recovery analysis as requested by ACC | 07 | 2.00 | $475.00 | $950.00 |
| 1/21/03 | MB | Review detail of Grace distributable value and creditor claims in preparation of call with ACC counsel | 07 | 1.30 | $450.00 | $585.00 |
| 1/21/03 | MB | Participate in call with ACC counsel to discuss details of distributable value and creditor claims | 07 | 0.70 | $450.00 | $315.00 |
| 1/30/03 | MB | Discuss proposal by Grace management related to management incentive proposition with ACC | 07 | 0.50 | $450.00 | $225.00 |
| | | **TOTAL Category 7:  Committee, Creditors' Matters** | | 4.80 | | $2,210.00 |
| 1/18/03 | MB | Review and analyze Grace motion related to pension contribution required in Curtis Bay | 08 | 2.10 | $450.00 | $945.00 |
| 1/20/03 | MB | Discuss Curtis Bay pension contribution motion with debtor financial advisor | 08 | 0.30 | $450.00 | $135.00 |
| 1/24/03 | LT | Review of debtor's motion seeking authorization to pay out more than $10 Million into the Trust Funding The Curtis Bay Pension Plan | 08 | 0.80 | $475.00 | $380.00 |
| 1/30/03 | MB | Analyze proposal by Grace management related to management incentive proposition | 08 | 1.20 | $450.00 | $540.00 |
| | | **TOTAL Category 8:  Employee Benefits/Pension** | | 4.40 | | $2,000.00 |
| 1/15/03 | LT | Review of engagement status and preparation of December 2002 fee application including review of timekeeper entries | 12 | 0.40 | $475.00 | $190.00 |
| 1/31/03 | DC | Compilation and consolidation of monthly services rendered | 12 | 0.50 | $260.00 | $130.00 |
| 1/31/03 | DC | Assignment of Monthly Billing Categories | 12 | 0.20 | $260.00 | $52.00 |
| | | **TOTAL Category 12:  Fee Applications, Applicant** | | 1.10 | | $372.00 |
| 1/30/03 | BR | Review of valuation work with regard to W.R. Grace as background for enterprise valuation data compiled to date including comparable | 22 | 2.30 | $450.00 | $1,035.00 |
| | | **TOTAL Category 22:  Valuation** | | 2.30 | | $1,035.00 |
| 1/7/03 | MB | Review 1/3/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 1/7/03 | MB | Preparation of discussion agenda and related documents for conference call with debtor to discuss components of distributable value and claims including compilation of questions related to liabilities subject to compromise | 27 | 2.20 | $450.00 | $990.00 |
| 1/7/03 | MB | Participate in conference call with debtor to discuss components of distributable value and claims | 27 | 0.80 | $450.00 | $360.00 |
| 1/14/03 | MB | Review 1/10/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 1/20/03 | MB | Review 1/17/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 1/28/03 | MB | Review 1/24/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| | | **TOTAL Category 27:  Business Analysis** | | 4.20 | | $1,890.00 |
| 1/15/03 | ET | Reviewed W.R.-Grace's monthly operating report for September 2002. Reviewed financial statements as well as corresponding commentary. | 29 | 1.20 | $195.00 | $234.00 |
| 1/15/03 | ET | Reviewed W.R.-Grace's monthly operating report for October 2002. Reviewed financial statements as well as corresponding commentary. | 29 | 1.30 | $195.00 | $253.50 |

# W.R. Grace

**Schedule  B**

**Services Rendered during the Period:   January 1 - 31, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|------|-----------|---------|----------|-------|------|--------|
| 1/15/03 | ET | Reviewed W.R.-Grace's monthly operating report for November 2002. Reviewed financial statements as well as corresponding commentary. | 29 | 1.20 | $195.00 | $234.00 |
| 1/20/03 | ET | Conference call with M. Hurford (from Campbell & Levine) regarding the internal revenue code cited in WR-Grace's motion to amend its current pension plan. | 29 | 0.20 | $195.00 | $39.00 |
| 1/20/03 | ET | Reviewed WR-Grace pension amendment. Specifically interested with the Internal Revenue Code WR-Grace cites as the justification for its pension plan modification. Researched this specific code and sub-codes. | 29 | 0.60 | $195.00 | $117.00 |
| 1/20/03 | ET | Reviewed the motion by WR-Grace to enhance its pension benefits. Specifically focused on section number 16, dealing with Code Section 401(a)(33). | 29 | 0.50 | $195.00 | $97.50 |
| 1/20/03 | ET | Conference call with D. Blechman (from Blackstone) regarding the internal revenue code cited in WR-Grace's motion to amend its current pension plan. | 29 | 0.30 | $195.00 | $58.50 |
| 1/20/03 | ET | Researched on-line for internal revenue code 412(I)(8). Reviewed parameters of the code as it relates to Chapter 11 Companies. | 29 | 0.90 | $195.00 | $175.50 |
| 1/20/03 | ET | Researched on-line for internal revenue code 401(a)(33). Reviewed parameters of the code as it relates to Chapter 11 Companies. | 29 | 1.50 | $195.00 | $292.50 |
| | | **TOTAL Category 29:  Data Analysis** | | 7.70 | | $1,501.50 |
| | | **TOTAL  Schedule  B:** | | 24.50 | | $9,008.50 |

# W. R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C**.
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Federal Express:  AWB# 8388-7631-4658   1-3-03 | 11 | $16.26 |
| Telephone | 11 | $16.40 |
| Xerox:    ( 188 x $0.10 per page) | 11 | $18.80 |
| **Total Expenses incurred from  January 1 -31, 2003** | 11 | $51.46 |