Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                                      01/31/03
Wilmington   DE                           ACCOUNT NO: 3000-01D
                                          STATEMENT NO:     20

Asset Analysis and Recovery



PREVIOUS BALANCE                                      $3,409.40



01/03/03 Payment - Thank you. (June, 2001 - 20%)          -658.00
01/03/03 Payment - Thank you. (July, 2001 - 20%)          -357.00
01/03/03 Payment - Thank you. (August, 2001 - 20%)         -51.50
01/03/03 Payment - Thank you. (October, 2001 - 20%)       -113.50
01/03/03 Payment - Thank you. (November, 2001 - 20%)       -43.50
01/03/03 Payment - Thank you.  (April, 2002 - 20%)        -651.20
01/03/03 Payment - Thank you.  (May, 2002 - 20%)          -249.20
01/03/03 Payment - Thank you.  (June, 2002 - 20%)         -125.70
                                                        ---------
         TOTAL PAYMENTS                                 -2,249.60

         BALANCE DUE                                    $1,159.80
                                                        =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    01/31/03
Wilmington  DE                              ACCOUNT NO: 3000-02D
                                            STATEMENT NO:      20


Asset Disposition




PREVIOUS BALANCE                                    $1,358.30



                                            HOURS
01/02/03
    MTH Review debtors' motion to terminate prime
        lease and assume and assign sublease     0.40    106.00

01/10/03
    MTH Review unexpired lease rejection notice  0.20     53.00
    MTH Review 4/2/01 order re: procedure for the
        rejection of certain leases              0.50    132.50

01/31/03
    MTH Review debtors' sixth report of De
        Minimis asset sales                       0.10     26.50
    MTH Review debtors' sixth report of
        settlements                               0.10     26.50
                                                 ----   ------
        FOR CURRENT SERVICES RENDERED             1.30    344.50

                        RECAPITULATION
    TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
    Mark T. Hurford                 1.30    $265.00    $344.50


        TOTAL CURRENT WORK                              344.50



01/03/03 Payment - Thank you. (June, 2001 - 20%)          -55.00
01/03/03 Payment - Thank you. (July, 2001 - 20%)         -407.40
01/03/03 Payment - Thank you. (August, 2001 - 20%)       -104.50
01/03/03 Payment - Thank you. (September, 2001 - 20%)     -33.00
01/03/03 Payment - Thank you. (October, 2001 - 20%)       -11.00
01/03/03 Payment - Thank you. (November, 2001 - 20%)     -110.00

```
                                              Page: 2
      W.R. Grace                              01/31/03
                              ACCOUNT NO: 3000-02D
                              STATEMENT NO:      20
      Asset Disposition




01/03/03 Payment - Thank you.  (April, 2002 - 20%)         -47.70
01/03/03 Payment - Thank you.  (June, 2002 - 20%)          -75.70
01/03/03 Payment - Thank you.  (September, 2002 - 80%)     -28.00
                                                          -------
         TOTAL PAYMENTS                                   -872.30

         BALANCE DUE                                     $830.50
                                                          =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              01/31/03
Wilmington  DE                          ACCOUNT NO: 3000-03D
                                        STATEMENT NO:      15


Business Operations




PREVIOUS BALANCE                                        $556.90


                                            HOURS
01/31/03
     RBR Begin review of Tersigni report      1.00     250.00
                                              ----     ------
         FOR CURRENT SERVICES RENDERED        1.00     250.00

                     RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE     TOTAL
     Ronald B. Roteman           1.00    $250.00   $250.00


     TOTAL CURRENT WORK                                250.00


01/03/03 Payment - Thank you. (November, 2001 - 20%)   -11.00
01/03/03 Payment - Thank you.  (May, 2002 - 20%)       -95.40
                                                      -------
     TOTAL PAYMENTS                                   -106.40

     BALANCE DUE                                      $700.50
                                                      =======




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                  Page: 1
W.R. Grace                                        01/31/03
Wilmington  DE                    ACCOUNT NO: 3000-04D
                                  STATEMENT NO:      20


Case Administration



        PREVIOUS BALANCE                          $7,574.10



                                          HOURS
01/06/03
     MAL Update service list                 0.30      28.50

01/15/03
     MAL Update 2002 service list            0.20      19.00

01/17/03
     MTH Correspondence to PVNL re: motion to
         extend time to remove actions       0.10      26.50

01/20/03
     MAL File document management            0.20      19.00
     MTH Correspondence to PVNL re: motion to
         extend time to remove actions       0.10      26.50

01/21/03
     MAL Attention to document organization  0.30      28.50

01/22/03
     MAL Update service list                 0.20      19.00

01/23/03
     MAL Prepare draft hearing memo          0.50      47.50

01/31/03
     MTH Review debtors' statement of amounts paid
         to ordinary course professionals    0.20      53.00
     MTH Review supplemental CMO             0.10      26.50
                                             ----     ------
        FOR CURRENT SERVICES RENDERED        2.20     294.00

```
                                                        Page: 2
         W.R. Grace                                     01/31/03
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:       20

         Case Administration
```

```
                       RECAPITULATION
         TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
         Mark T. Hurford              0.50    $265.00    $132.50
         Margaret A. Landis           1.70      95.00     161.50


            TOTAL CURRENT WORK                             294.00



01/03/03 Payment - Thank you. (June, 2001 - 20%)             -383.40
01/03/03 Payment - Thank you. (July, 2001 - 20%)          -2,371.90
01/03/03 Payment - Thank you. (August, 2001 - 20%)          -359.40
01/03/03 Payment - Thank you. (September, 2001 - 20%)       -309.00
01/03/03 Payment - Thank you. (October, 2001 - 20%)         -388.80
01/03/03 Payment - Thank you. (November, 2001 - 20%)        -938.80
01/03/03 Payment - Thank you. (December, 2001 - 20%)        -622.50
01/03/03 Payment - Thank you.  (April, 2002 - 20%)          -316.50
01/03/03 Payment - Thank you.  (May, 2002 - 20%)            -373.70
01/03/03 Payment - Thank you.  (June, 2002 - 20%) (Minus
         $9.00 per instructions of Fee Auditor in Fifth
         interim fee application)                           -409.60
                                                          ---------
         TOTAL PAYMENTS                                   -6,473.60

         BALANCE DUE                                      $1,394.50
                                                          =========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    01/31/03
Wilmington  DE                            ACCOUNT NO: 3000-05D
                                          STATEMENT NO:      20


Claims Analysis Objection & Resolution (Asbestos)




PREVIOUS BALANCE                                    $6,810.00



                                            HOURS
01/03/03
    MTH Telephone conference with E. Strug re:
        questions re: asbestos bar date and POC
        issues                                0.10    26.50

01/07/03
    MTH Telephone conference with J. Heberling
        re: CMO                               0.30    79.50
                                              ----   ------
        FOR CURRENT SERVICES RENDERED         0.40   106.00

                      RECAPITULATION
   TIMEKEEPER                    HOURS HOURLY RATE     TOTAL
   Mark T. Hurford               0.40    $265.00   $106.00


   TOTAL CURRENT WORK                                106.00



01/03/03 Payment - Thank you.  (September, 2002 - 80%)      -21.20
01/03/03 Payment - Thank you. (June, 2001 - 20%)          -589.00
01/03/03 Payment - Thank you. (July, 2001 - 20%)           -99.00
01/03/03 Payment - Thank you. (August, 2001 - 20%)        -214.50
01/03/03 Payment - Thank you. (September, 2001 - 20%)     -879.00
01/03/03 Payment - Thank you. (October, 2001 - 20%)       -126.50
01/03/03 Payment - Thank you. (November, 2001 - 20%)      -230.50
01/03/03 Payment - Thank you. (December, 2001 - 20%)       -95.90
01/03/03 Payment - Thank you.  (April, 2002 - 20%)        -643.10
01/03/03 Payment - Thank you.  (May, 2002 - 20%)          -174.60
01/03/03 Payment - Thank you.  (June, 2002 - 20%)         -514.90

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

```
                                               ---------
        TOTAL PAYMENTS                         -3,588.20

        BALANCE DUE                            $3,327.80
                                               =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                              01/31/03
Wilmington  DE                           ACCOUNT NO: 3000-06D
                                         STATEMENT NO:     20

Claims Analysis Objection & Resol. (Non-Asbestos)



       PREVIOUS BALANCE                           $1,554.00



                                          HOURS
01/14/03
      MTH Review obj. to transfer claim from
          Plauche to Longacre                 0.10    26.50
                                              ----   -----
          FOR CURRENT SERVICES RENDERED       0.10    26.50

                      RECAPITULATION
   TIMEKEEPER                     HOURS HOURLY RATE    TOTAL
   Mark T. Hurford                 0.10    $265.00    $26.50


       TOTAL CURRENT WORK                            26.50



01/03/03 Payment - Thank you.  (September, 2002 - 80%)      -22.00
01/03/03 Payment - Thank you. (June, 2001 - 20%)          -446.00
01/03/03 Payment - Thank you. (July, 2001 - 20%)          -302.50
01/03/03 Payment - Thank you. (October, 2001 - 20%)        -11.00
01/03/03 Payment - Thank you. (November, 2001 - 20%)       -16.50
01/03/03 Payment - Thank you.  (April, 2002 - 20%)         -11.60
01/03/03 Payment - Thank you.  (May, 2002 - 20%)          -190.40
01/03/03 Payment - Thank you.  (June, 2002 - 20%)         -305.40
                                                        ---------
       TOTAL PAYMENTS                                  -1,305.40

       BALANCE DUE                                      $275.10
                                                        =======

       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          01/31/03
Wilmington  DE                        ACCOUNT NO: 3000-07D
                                      STATEMENT NO:     20

Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                          $15,009.30


                                           HOURS
01/02/03
        MTH Prepare weekly recommendation memo        0.30      79.50
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)          0.30      28.50

01/03/03
        MRE Review and revise weekly recommendation
            memo                                     0.20      55.00
        DAD Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)          0.30      28.50
        MTH Review report re: pleadings filed January
            1 and 2, 2003                            0.10      26.50
        MTH Prepare weekly recommendation memo       0.30      79.50
        PEM Review recommendation memo to committee
            re: pending matters                      0.40     116.00
        PEM Review recommendation memo to committee
            re: pending matters                      0.50     145.00
        MK  Attention to document organization       0.30      28.50

01/06/03
        MTH Review report re: pleadings filed 1/03/03  0.10    26.50
        DEM Review pleadings and electronic filing
            notices (.2); preparation and
            distribution of daily memo (.1)          0.30      28.50

01/07/03
        MTH Review report re: pleadings filed January
            6, 2003                                  0.10      26.50
        DEM Review pleadings and electronic filing
            notices (.2); preparation and

W.R. Grace                                                        01/31/03
                                                      ACCOUNT NO: 3000-07D
                                                      STATEMENT NO:      20
Committee, Creditors, Noteholders, Equity Holders


                                                      HOURS
        distribution of daily memo (.1)               0.30      28.50
    DEM Review pleadings and electronic filing
        notices; preparation and distribution of
        daily memo                                    2.00     190.00

01/08/03
    MTH Review report re: pleadings filed January
        7, 2003                                       0.10      26.50
    DEM Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)               0.30      28.50
    MK  Review case calendar and update attorney
        calendar                                      0.20      19.00

01/09/03
    MRE Review of memo summarizing pleadings for
        January 7, 2003                               0.10      27.50
    DEM Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)               0.30      28.50

01/10/03
    MTH Review report re: pleadings filed January
        9, 2003                                       0.10      26.50
    MTH Prepare weekly recommendation memo            0.20      53.00
    MTH Review various orders entered                 0.10      26.50
    DEM Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)               0.30      28.50

01/12/03
    MRE Review of memo summarizing pleadings
        filed on January 9, 2003                      0.10      27.50
    MRE Review of memo summarizing pleadings
        filed in the adversary pleading               0.10      27.50
    PEM Review recommendation memo to committee
        re: pending matters                           0.40     116.00

01/13/03
    DEM Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.2)               0.40      38.00
    MRE Review of memo summarizing pleadings
        filed on 1/10/03                              0.10      27.50
    MTH Review report re: pleadings filed 1/10/03     0.10      26.50

                                                    Page: 3
W.R. Grace                                          01/31/03
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:     20
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| MK | Review committee calendar and update attorney case calendar | 0.20 | 19.00 |

**01/14/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MRE | Review of memo summarizing pleadings filed on 1/13/03 | 0.10 | 27.50 |
| MTH | Review report re: pleadings filed 1/13/03 | 0.10 | 26.50 |

**01/15/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MTH | Review report re: pleadings filed 1/14/03 | 0.10 | 26.50 |

**01/16/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MRE | Review of memo in support of pleadings filed on 1/15/03 | 0.10 | 27.50 |

**01/17/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| DEM | Review pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MRE | Review of memo summarizing pleadings filed on 1/16/03 | 0.10 | 27.50 |
| MTH | Review report re: pleadings filed 1/16/03 | 0.10 | 26.50 |
| MTH | Prepare weekly recommendation memo | 0.80 | 212.00 |
| MTH | Correspondence to comm. members re: weekly recommendation memo | 0.10 | 26.50 |

**01/20/03**

|  |  |  |  |
|---|---|---|---|
| DEM | Review pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Review pleadings and electronic filing notices filed in adversary pleadings(.2); preparation and distribution of adversary | | |

W.R. Grace                                                    01/31/03
                                              ACCOUNT NO: 3000-07D
                                              STATEMENT NO:      20
Committee, Creditors, Noteholders, Equity Holders


                                              HOURS
          pleadings(.1)                        0.30      28.50
     MTH Review report re: pleadings filed 1/14/03    0.10      26.50
     MTH Review and revise memo from PEM to comm.
          re: events at hearing on 1/14/03 and
          1/15/03                              0.40     106.00
     MTH Prepare weekly recommendation memo    0.10      26.50
     MK  Review of committee calendar; update
          attorneys calendar                   0.10       9.50

01/21/03
     DEM Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.2)       0.40      38.00
     DEM Review pleadings and electronic filing
          notices filed in adv. proceedings(.2);
          preparation and distribution of adversary
          proc. daily memo (.2)                 0.40      38.00
     MTH Review report re: pleadings filed 1/20/03    0.10      26.50
     MRE Review of memo summarizing pleadings
          filed on January 20, 2003             0.10      27.50

01/22/03
     DEM Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)       0.30      28.50
     DEM Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.2)
     MTH Review report re: pleadings filed 1/21/03    0.10      26.50
     MRE Review of memo summarizing pleadings
          filed on January 20, 2003             0.10      27.50
     LMP Updating weekly recommendation memorandum    0.70      66.50

01/23/03
     DEM Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)       0.30      28.50
     MTH Review report re: pleadings filed 1/22/03    0.10      26.50
     MTH Prepare weekly recommendation memo     0.30      79.50

01/24/03
     DEM Review pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)       0.30      28.50
     DEM Review pleadings and electronic filing

```
                                                          Page: 5
W.R. Grace                                              01/31/03
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:      20
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
        notices filed in adv. proc.            0.20     19.00
    MTH Prepare weekly recommendation memo      0.50    132.50
    MTH Correspondence to committee re:  weekly
        recommendation memo                    0.20     53.00
    PEM Review recommendation memo to committee
        re: pending matters                    0.40    116.00

01/27/03
    DEM Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)         0.30     28.50
    DEM Review pleadings and electronic filing
        notices filed in adv. proc.            0.20     19.00
    MTH Review report re: pleadings filed 1/24/03  0.10  26.50
    LMP Updating weekly recommendation memorandum  0.20  19.00
    MK  Review committee calendar of events    0.20     19.00

01/28/03
    DEM Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)         0.30     28.50
    DEM Update attorney binder                 0.10      9.50
    MTH Review report re: pleadings filed 1/27/03  0.10  26.50
    MTH Prepare weekly recommendation memo      0.40    106.00

01/29/03
    DEM Review pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)         0.50     47.50
    MTH Review report re: pleadings filed 1/28/03  0.10  26.50
    MTH Review correspondence from EI re:
        committee conference call (.1); telephone
        conference with DAC re: same (.1);
        telephone conference with PEM re: same
        (.1)                                    0.30     79.50
    MTH Telephone conference with PEM re:
        Heberling fees                         0.20     53.00
    MTH Correspondence to PEM re: contact with
        PVNL re: Heberling fees                0.20     53.00

01/30/03
    DEM Review pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)         0.30     28.50
    DEM Review pleadings and electronic filing
```

```
                                                          Page: 6
W.R. Grace                                                01/31/03
                                         ACCOUNT NO: 3000-07D
                                         STATEMENT NO:       20
Committee, Creditors, Noteholders, Equity Holders
```

```
                                              HOURS
      notices in adv. proc.                    0.20     19.00
DEM Prepare and distribute memo re: 1/27/03
      hearing to committee                     0.10      9.50
MTH Review report re: pleadings filed 1/29/03  0.10     26.50
MTH Telephone conference with PEM re:
      Heberling fees, contact with PVNL         0.10     26.50
MTH Telephone conference with PEM and
      committee member McGarvey re: fees of
      experts                                   0.50    132.50

01/31/03
DEM Review pleadings and electronic filing
      notices (.3); preparation and
      distribution of daily memo (.2)           0.50     47.50
DEM Prepare and send out weekly
      recommendation memo                       0.20     19.00
DEM Update attorney binder                      0.10      9.50
MTH Review report re: pleadings filed 1/30/03   0.10     26.50
MTH Telephone conference with PEM re: Grace
      Committee conference call                 0.10     26.50
MTH Prepare weekly recommendation memo          0.50    132.50
LMP Updating weekly recommendation memorandum   0.20     19.00
                                               -----   --------
      FOR CURRENT SERVICES RENDERED            24.60  4,124.50
```

```
                        RECAPITULATION
TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
Philip E. Milch               1.70   $290.00    $493.00
Michele Kennedy               1.00     95.00      95.00
Mark T. Hurford               7.40    265.00   1,961.00
Marla R. Eskin                1.10    275.00     302.50
Dylan A. Davis                0.60     95.00      57.00
Lauren M. Przybylek           1.10     95.00     104.50
Diane E. Massey              11.70     95.00   1,111.50


      TOTAL CURRENT WORK                       4,124.50



01/03/03 Payment - Thank you.  (September, 2002 - 80%)   -2,819.60
01/03/03 Payment - Thank you. (June, 2001 - 20%)          -380.50
01/03/03 Payment - Thank you. (July, 2001 - 20%)          -376.50
01/03/03 Payment - Thank you. (August, 2001 - 20%)        -296.80
01/03/03 Payment - Thank you. (September, 2001 - 20%)     -779.10
```

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders


01/03/03 Payment - Thank you. (October, 2001 - 20%)          -704.70
01/03/03 Payment - Thank you. (November, 2001 - 20%)         -665.70
01/03/03 Payment - Thank you. (December, 2001 - 20%)         -135.90
01/03/03 Payment - Thank you.  (April, 2002 - 20%)           -508.50
                                                           ---------
         TOTAL PAYMENTS                                    -6,667.30

         BALANCE DUE                                      $12,466.50
                                                          ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            01/31/03
Wilmington  DE                        ACCOUNT NO: 3000-08D
                                      STATEMENT NO:      19


Employee Benefits/Pension



        PREVIOUS BALANCE                              $3,666.60


                                          HOURS
01/08/03
        AFM E-mail from E. Strug re: transcript of
            8/26 omnibus hearing (.1); review docket
            and transcript re: same (.3); e-mail to
            E. Strug re: same (.1)                 0.50    100.00

01/20/03
        MTH Telephone conference with M. Berkin re:
            debtors' motion re: Union contract,
            pension payment                        0.30     79.50

01/21/03
        MRE Review of Motion for the Entry of an
            Order Authorizing the Debtors to
            Contribute Funds into Trust Funding the
            Curtis Bay Pension Plan                0.20     55.00

01/22/03
        DWR Search and retrieval from docket of
            debtors' motion for order author.
            contribution to trust fund Curtis Bay
            Pension (no. 3259)                     0.20     18.00
        DWR Prepared and sent e-mail containing above
            documents to MTH                       0.20     18.00
        MTH Review correspondence from MRE re:
            debtors' motion re: pension payment    0.10     26.50
        MTH Correspondence to MRE re: contact with M.
            Berkin re: debtors motion re: pension
            payment (.3); response from MRE re: same
            (.1)                                   0.40    106.00
        MTH Review debtors' motion re: pension
            benefits                               1.00    265.00

```
                                                          Page: 2
        W.R. Grace                                       01/31/03
                                           ACCOUNT NO: 3000-08D
                                           STATEMENT NO:      19
        Employee Benefits/Pension
```

|  |  | HOURS |  |
|---|---|---|---|
| MRE | E-mails with Mark Hurford regarding Curtis Bay Pension Plan | 0.20 | 55.00 |

01/23/03

| MTH | Additional review of debtors' motion re: pension plan payment | 0.30 | 79.50 |
|---|---|---|---|
| MTH | Correspondence to J. Davis and PVNL re: debtors' motion re: pension payment plan | 0.50 | 132.50 |

01/30/03

| MTH | Telephone conference with PEM re: motion re: pension plan | 0.10 | 26.50 |
|---|---|---|---|
| MTH | Correspondence to PVNL and JWD re: pension plan motion | 0.20 | 53.00 |
| MTH | Review correspondence from PVNL re: pension plan payment motion | 0.10 | 26.50 |
| MTH | Correspondence to PVNL re: pension plan payment motion | 0.10 | 26.50 |

```
                                                   ----  --------
        FOR CURRENT SERVICES RENDERED               4.40  1,067.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 0.50 | $200.00 | $100.00 |
| Mark T. Hurford | 3.10 | 265.00 | 821.50 |
| Marla R. Eskin | 0.40 | 275.00 | 110.00 |
| Daniel W. Rothamel | 0.40 | 90.00 | 36.00 |

```
        TOTAL CURRENT WORK                                 1,067.50


01/03/03 Payment - Thank you.  (September, 2002 - 80%)     -296.80
01/03/03 Payment - Thank you. (July, 2001 - 20%)            -66.00
01/03/03 Payment - Thank you. (August, 2001 - 20%)          -66.00
01/03/03 Payment - Thank you. (September, 2001 - 20%)      -110.00
01/03/03 Payment - Thank you. (October, 2001 - 20%)         -82.50
01/03/03 Payment - Thank you. (December, 2001 - 20%)        -27.50
01/03/03 Payment - Thank you.  (April, 2002 - 20%)          -75.40
01/03/03 Payment - Thank you.  (May, 2002 - 20%)           -316.50
01/03/03 Payment - Thank you.  (June, 2002 - 20%)        -2,184.20
                                                         ---------
        TOTAL PAYMENTS                                   -3,224.90
```

```
                                                          Page: 3
W.R. Grace                                              01/31/03
                                         ACCOUNT NO: 3000-08D
                                         STATEMENT NO:       19

Employee Benefits/Pension




        BALANCE DUE                                   $1,509.20
                                                      =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              01/31/03
Wilmington  DE                       ACCOUNT NO: 3000-09D
                                     STATEMENT NO:     10

Employee Applications, Applicant


PREVIOUS BALANCE                                    $26.50


01/03/03 Payment - Thank you.  (April, 2002 - 20%)   -26.50


BALANCE DUE                                          $0.00
                                                    =====




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                          Page: 1
W.R. Grace                                              01/31/03
Wilmington  DE                       ACCOUNT NO: 3000-10D
                                     STATEMENT NO:      20

Employment Applications, Others

        PREVIOUS BALANCE                            $5,838.30

                                          HOURS
01/02/03
    MTH Review application to retain Woodcock
        Washburn as special litigation counsel     0.60    159.00
    MTH Correspondence to PEM re: Woodcock
        Washburn application                        0.30     79.50
    PEM Review application to engage Woodcock as
        special counsel re: patent matter          0.30     87.00

01/03/03
    MTH Review correspondence from PEM re:
        application to retain Woodcock             0.10     26.50
    MTH Review correspondence from PEM re:
        Woodcock application description on
        recommendation memo                        0.10     26.50
    MTH Correspondence to PEM re: Woodcock
        application description                     0.10     26.50

01/23/03
    MTH Telephone conference with PEM re:
        retention of Bates                         0.10     26.50
                                                   ----    ------
        FOR CURRENT SERVICES RENDERED              1.60    431.50

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
    Philip E. Milch              0.30    $290.00     $87.00
    Mark T. Hurford             1.30     265.00     344.50


        TOTAL CURRENT WORK                                 431.50

W.R. Grace

ACCOUNT NO: 3000-10D
STATEMENT NO:      20

Employment Applications, Others

```
01/03/03 Payment - Thank you. (June, 2001 - 20%)           -407.00
01/03/03 Payment - Thank you. (July, 2001 - 20%)           -637.70
01/03/03 Payment - Thank you. (August, 2001 - 20%)          -69.40
01/03/03 Payment - Thank you. (September, 2001 - 20%)      -110.00
01/03/03 Payment - Thank you. (October, 2001 - 20%)        -85.90
01/03/03 Payment - Thank you. (November, 2001 - 20%)      -753.50
01/03/03 Payment - Thank you. (December, 2001 - 20%)      -144.00
01/03/03 Payment - Thank you.  (April, 2002 - 20%)        -330.70
01/03/03 Payment - Thank you.  (May, 2002 - 20%)          -323.30
01/03/03 Payment - Thank you.  (June, 2002 - 20%)         -333.90
                                                        ---------
         TOTAL PAYMENTS                                 -3,195.40

         BALANCE DUE                                    $3,074.40
                                                        =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      01/31/03
Wilmington  DE                               ACCOUNT NO: 3000-11D
                                             STATEMENT NO:      18


Expenses



PREVIOUS BALANCE                                    $26,643.63



01/02/03 Ikon Office Solutions - Photocopying, Envelopes,
         Hand Deliveries, Postage on 12/30/02 (17th
         monthly fee application of C&L)                161.10
01/02/03 Postage - 1 @ $3.31 (3rd Cir. Appeal)           3.13
01/06/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries  on 1/06/02
         (certification of no objection)                 72.20
01/07/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries  on 1/06/02 (16th
         monthly fee application)                        71.04
01/21/03 Photocopying - 14 pages (letter from US Ct of
         appeals)                                         1.40
01/23/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries on 1/22/03
         (Certification of no objection)                 58.47
01/28/03 Photocopying - 2 copies 2 pages (memo)          1.00
01/29/03 Photocopying - 2 copies 2 pages (memo re: 2/3
         conference call)                                 0.40
01/29/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage on 1/28/03 (Certification of No
         Objection)                                      22.83
01/29/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries on 1/28/03 (6th monthly
         fee application)                                63.12
01/31/03 Pacer charges for December, 2002 - Docket report,
         image, related transactions, docket summary,
         party list                                      44.52
01/31/03 PEM - Reimbursement as follows:  1/27/03 - Cab to
         Pittsburgh Airport to home ($35.00); Breakfast
         ($5.00); Shuttle from Airport to Hotel (35.00);
         Dinner ($20.00); 1/28/03 - Breakfast ($5.00);
         Lunch ($8.00); Cab from Wilmington to Airport

```
                                                   Page: 2
          W.R. Grace                               01/31/03
                                      ACCOUNT NO: 3000-11D
                                      STATEMENT NO:      18
          Expenses




          ($75.00); 1/29/03 - Cab from Pittsburgh Airport
          to home ($35.00) (1/5th)                   43.60
                                                     ------
          TOTAL EXPENSES                             542.81

          TOTAL CURRENT WORK                         542.81


01/03/03 Payment - Thank you.  (September, 2002 - 100%)    -633.53
01/03/03 Payment - Thank you. (August, 2001 - 20%)         -110.50
                                                     -------
          TOTAL PAYMENTS                            -744.03

          BALANCE DUE                            $26,442.41
                                                 ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          01/31/03
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      18


    Fee Applications, Applicant




    PREVIOUS BALANCE                              $7,280.70


                                        HOURS
01/02/03
    LMP Review fee auditor report on the 5th
        interim fee application to find expense
        differences                               0.10    9.50

01/03/03
    LMP Review docket in adv. no. 02-2210 for
        objections to C&D's 5th monthly fee
        application (.2); prepare CNO for same
        (.2)                                      0.40   38.00
    LMP Review docket in adv. no. 02-2210 for
        objections to C&D's 1st monthly fee
        application (.2); prepare CNO for same
        (.2)                                      0.40   38.00

01/07/03
    AFM E-mail from C. McKinnon (W. Smith) re:
        fee auditor report for C&L                0.10   20.00
    MTH Review correspondence from W. Smith re:
        report re: C&L                            0.10   26.50
    MTH Review correspondence from W. Smith re:
        no need to reply                          0.10   26.50

01/08/03
    AFM E-mail from L. Ferdinand re: 6th
        quarterly fee categorization project      0.10   20.00
    LMP Meeting with MRE to discuss organization
        and responding to the fee auditor reports
        in WR Grace re: C&L and the committee     0.10    9.50

01/09/03
    AFM E-mail to and from PEM re: expense

```
                                                     Page: 2
W.R. Grace                                          01/31/03
                                      ACCOUNT NO: 3000-12D
                                      STATEMENT NO:      18

Fee Applications, Applicant




                                      HOURS
         charges (.1); review case admin. orders,
         interim fee orders, and fee auditor
         orders re: same (.1)                          0.20     40.00
   AFM  E-mail from L. Ferdinand re: 6th
         quarterly fee application
         recategorization project (.1); prepare
         spreadsheet re: same for July 2002 (1.5)      1.60    320.00
   LMP  Created and organized file keeping binder
         for asbestos cases re: official committee
         of asbestos claimants and C&L re: fee
         auditor initial and final reports             0.20     19.00

01/13/03
   AFM  Con't preparation of 6th quarterly fee
         application recategorization
         project/prepare spreadsheet re: same for
         August 2002                                   2.50    500.00
   AFM  Meeting with MTH re: 6th quarterly fee
         application recategorization project          0.10     20.00
   AFM  E-mail to L. Ferdinand re: 6th quarterly
         fee application recategorization              0.20     40.00
   MTH  Review bills re: recategorization project      0.20     53.00
   MTH  Review correspondence from AFM re:
         recategorization project                      0.10     26.50

01/20/03
   MTH  Review and edit pre-bill                       0.80    212.00

01/21/03
   MRE  Review of pre-bill in preparation for
         filing C&L fee application                    0.50    137.50

01/22/03
   AFM  Review and sign CNO re: C&L (monthly -
         Nov)                                          0.10     20.00
   LMP  Review docket for obj. to C&L Nov fee
         application (.2); prepare cert. of no
         obj. (.2); electronic filing and service
         of same (.3)                                  0.70     66.50
   MTH  Review revised pre-bill                        0.20     53.00

01/23/03
   MTH  Review fee auditor's report re: asbestos
         comm.                                         0.20     53.00
```

```
                                                        Page: 3
        W.R. Grace                                      01/31/03
                                        ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      18

        Fee Applications, Applicant
```

```
                                                HOURS
01/28/03
     LMP Prepare C&L Dec fee application (.2)
         electronic filing and service of same
         (.3)                                    0.50     47.50

01/29/03
     AFM Review and sign fee application of C&L
         (monthly Dec)                           0.40     80.00
     LMP Worked on C&L's Dec fee application     0.20     19.00

01/31/03
     AFM E-mail to S. Bossay re: response to
         initial fee auditor's report           0.20     40.00
                                                 -----  --------
         FOR CURRENT SERVICES RENDERED          10.30  1,935.00

                          RECAPITULATION
     TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
     Aileen F. Maguire               5.50   $200.00   $1,100.00
     Mark T. Hurford                 1.70    265.00      450.50
     Marla R. Eskin                  0.50    275.00      137.50
     Lauren M. Przybylek             2.60     95.00      247.00


     TOTAL CURRENT WORK                                1,935.00



01/03/03 Payment - Thank you.  (September, 2002 - 80%)    -1,935.60
01/03/03 Payment - Thank you. (August, 2001 - 20%)          -38.50
01/03/03 Payment - Thank you. (September, 2001 - 20%)      -115.50
01/03/03 Payment - Thank you. (October, 2001 - 20%)         -16.50
01/03/03 Payment - Thank you.  (April, 2002 - 20%)          -17.40
01/03/03 Payment - Thank you.  (May, 2002 - 20%)            -15.90
01/03/03 Payment - Thank you.  (June, 2002 - 20%)           -53.00
                                                         ---------
     TOTAL PAYMENTS                                      -2,192.40

     BALANCE DUE                                         $7,023.30
                                                         =========


     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                           01/31/03
Wilmington  DE                         ACCOUNT NO: 3000-13D
                                       STATEMENT NO:       5

Fee Applications, Others

PREVIOUS BALANCE                              $14,090.20

                                       HOURS
01/02/03
    AFM Review and update fee application and
        payment status chart re: CNO's (1/6)      0.10      20.00
    LMP Review Nov fee application of Reed Smith
        LLP                                       0.20      19.00
    LMP Review Oct fee application of Pachulski,
        Stang, Young & Jones                      0.20      19.00
    LMP Review Oct fee application of
        PriceWaterhouseCoopers LLP                0.20      19.00
    LMP Review Nov fee application of
        PriceWaterhouseCoopers LLP                0.20      19.00

01/03/03
    AFM Review and sign CNO for C&D (monthly-Oct) 0.10      20.00
    AFM Review and sign CNO for C&D (interim/
        June - Sept)                              0.10      20.00

01/06/03
    AFM E-mail from D. Collins re: Tersigni
        monthly fee application (Nov)(.1); review
        billing statement (.1)                    0.20      40.00
    AFM Review and sign fee application of
        Tersigni (Monthly-Nov)                    0.20      40.00
    LMP Prepare November monthly fee application
        for Tersigni (.1); electronic filing and
        service of same (.2)                      0.30      28.50

01/08/03
    MRE E-mail and telephone conference with Rita
        Tobin re: motion of Warren Smith to
        increase fee                              0.20      55.00
    MRE Telephone conference with W. Smith re:

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | motion to increase percentage | 0.10 | 27.50 |
| MRE | Meeting with LMP re: organization and responding to fee auditor reports | 0.10 | 27.50 |
| **01/09/03** | | | |
| MRE | E-mail with PVNL re: Warren Smith fees | 0.10 | 27.50 |
| KJC | Meeting with MRE re: fee application service | 0.20 | 30.00 |
| **01/17/03** | | | |
| LMP | Prepare Tersigni's Dec monthly fee application for filing | 0.20 | 19.00 |
| AFM | E-mail from D. Collins re: Tersigni fee application (Dec) | 0.10 | 20.00 |
| AFM | Review fee application of Tersigni (Dec) | 0.20 | 40.00 |
| **01/21/03** | | | |
| AFM | E-mail from E. Strug re: C&D monthly fee application (Dec) | 0.10 | 20.00 |
| **01/22/03** | | | |
| AFM | E-mails from E. Strug re: C&D monthly fee application (Dec) and 2nd interim fee application | 0.20 | 40.00 |
| AFM | Review and sign CNO re: LAS (monthly - Nov) | 0.10 | 20.00 |
| AFM | Review and sign CNO re: C&D (monthly - Nov) | 0.10 | 20.00 |
| AFM | E-mail from E. Strug re: C&D monthly fee application (Dec) | 0.10 | 20.00 |
| LMP | Review docket for obj. to C&D Nov fee application (.1); prepare cert. of no obj. (.1); electronic filing and service of same (.3) | 0.50 | 47.50 |
| LMP | Review docket for obj. to LAS Nov fee application (.1); prepare cert. of no obj. (.1); electronic filing and service of same (.3) | 0.50 | 47.50 |
| LMP | Review monthly fee application of Carella, Bryne, Bain | 0.20 | 19.00 |
| LMP | Review monthly fee application of Pitney, Hardin, Kipp & Szuch | 0.20 | 19.00 |
| LMP | Review Nov monthly fee application of Ferry, Joseph & Pearce | 0.20 | 19.00 |
| LMP | Review monthly fee application of Kramer, | | |

```
                                                        Page: 3
W.R. Grace                                              01/31/03
                                           ACCOUNT NO: 3000-13D
                                           STATEMENT NO:      5

Fee Applications, Others




                                              HOURS
       Levin, Naftalis & Frankel LLP           0.20    19.00
   LMP Review monthly fee application of
       Pachulski, Stang                        0.20    19.00
   LMP Review monthly fee application of Ferry,
       Joseph & Pearce                         0.20    19.00
   LMP Review monthly fee application of Bilzin
       Sumberg BAena Price & Axelrod LLP       0.20    19.00
   LMP Review monthly fee application of Casner
       & Edwards                               0.20    19.00
   LMP Review monthly fee application of
       Richardson, Patrick, Westbrook & Brickman
                                               0.20    19.00
   LMP Review monthly fee application of
       Kirkland & Ellis                        0.20    19.00


01/23/03
   AFM Review Fee Auditor's Initial Report for
       the Committee (Sixth Interim Period)    0.30    60.00


01/27/03
   AFM E-mail from E. Strug re: payments for C&D
       monthly fee applications                0.20    40.00
   LMP Worked on Tersigni CNO for Nov fee
       application                             0.20    19.00
   LMP Created memo re: expense reimbursement to
       the committee members (.1); electronic
       service of same (.1)                    0.20    19.00
   MTH Review fee auditor's report re: C&D fee
       applications                            0.30    79.50
   MTH Review correspondence from E. Strug re:
       C&D fee applications (.1); meeting with
       LMP re: same (.2)                       0.30    79.50
   LMP Review monthly application of Pachulski
       Stang                                   0.20    19.00
   LMP Review monthly application of Warren H.
       Smith                                   0.20    19.00


01/28/03
   AFM E-mail from E. Strug re: fee application
       payments status for C&D                 0.10    20.00
   AFM Review and sign CNO for Tersigni (monthly
       fee application- Nov)                    0.20    40.00
   AFM Review and sign CNO for C&D (monthly fee
       application- Dec)                        0.40    80.00
   AFM Review and sign CNO for Tersigni (monthly
       fee application- Dec)                    0.40    80.00
```

```
                                                        Page: 4
    W.R. Grace                                        01/31/03
                                       ACCOUNT NO: 3000-13D
                                       STATEMENT NO:        5

    Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| AFM | Review and sign fee application of C&D (6th monthly - Dec) | 0.30 | 60.00 |
| AFM | Review and sign fee application of LAS (monthly Dec) | 0.20 | 40.00 |
| LMP | Prepared Tersigni's Dec fee application | 0.20 | 19.00 |
| LMP | Review case docket for objections to Tersigni's Nov fee application (.1); prepare cert. of no obj. and COS (.3); electronic filing of same (.2) | 0.50 | 47.50 |
| LMP | Prepare C&D Dec fee application (.2) electronic filing and service of same (.3) | 0.50 | 47.50 |
| LMP | Prepare LAS Dec fee application (.2) electronic filing and service of same (.3) | 0.50 | 47.50 |
| LMP | Prepare C&D fraudulent conveyance adv. 02-2211 Dec fee application (.2); electronic filing  of same (.2) | 0.40 | 38.00 |
| MAL | Preparing Tersigni Dec. Fee application - WR Grace for e-filing | 0.20 | 19.00 |
| MAL | Preparing C&D Dec. Fee application - WR Grace for e-filing | 0.20 | 19.00 |
| MAL | Preparing C&D adversary Fee application - WR Grace for e-filing | 0.20 | 19.00 |

01/29/03

|  |  |  |  |
|---|---|---|---|
| LMP | Worked on C&D's Dec fee application for 02-2210 | 0.30 | 28.50 |
| LMP | Worked on C&D's Dec interim fee application | 0.40 | 38.00 |
| LMP | Electronic service of C&D and Tersigni's Dec fee application to T. Tacconelli at Ferry Joseph | 0.20 | 19.00 |
| MTH | Review fee auditor's report re: Elzufon Austin | 0.20 | 53.00 |
| MTH | Review fee auditor's report re: Hilsoft Notifications | 0.20 | 53.00 |
| MTH | Review fee auditor's report re: Pitney, Hardin | 0.20 | 53.00 |
| MTH | Review correspondence from EI re: committee meeting | 0.20 | 53.00 |
| MTH | Telephone conference with PVNL re: Heberling fees | 0.20 | 53.00 |
| MAL | Preparing C&D adversary interim fee application - WR Grace for e-filing | 0.20 | 19.00 |

```
                                                    Page: 5
W.R. Grace                                        01/31/03
                                       ACCOUNT NO: 3000-13D
                                       STATEMENT NO:       5

Fee Applications, Others
```

|     |                                                                 | HOURS |         |
|-----|-----------------------------------------------------------------|-------|---------|
| MAL | Preparing C&D 7th interim fee application - WR Grace for e-filing | 0.10  | 9.50    |
| LMP | Review monthly application of Klett Rooney for Dec               | 0.20  | 19.00   |
| LMP | Review monthly application of Stroock & Stroock for Dec          | 0.20  | 19.00   |
| LMP | Review monthly application of FTO Polincano & Manzo for Dec      | 0.20  | 19.00   |

**01/30/03**

|     |                                                                                      | HOURS |         |
|-----|--------------------------------------------------------------------------------------|-------|---------|
| AFM | Review and sign CNO re: C&D (monthly fee application Nov)                             | 0.10  | 20.00   |
| LMP | Review case docket for obj. to Nov fee application (.1); prepare C&D's CNO re: adv. 02-2210 (.2) | 0.30  | 28.50   |

**01/31/03**

|     |                                                                                  | HOURS |         |
|-----|----------------------------------------------------------------------------------|-------|---------|
| AFM | E-mail from S. Bossay re: response to initial fee auditors' report for 6th interim period | 0.10  | 20.00   |
| MTH | Review fee auditors' report re: C&D                                               | 0.20  | 53.00   |
| LMP | Review monthly fee application of Kirkland & Ellis                                | 0.20  | 19.00   |
| LMP | Review monthly fee application of Pachulski Stang                                 | 0.20  | 19.00   |
|     |                                                                                  | ----- | -------- |
|     | FOR CURRENT SERVICES RENDERED                                                     | 16.70 | 2,403.00 |

```
                      RECAPITULATION
TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
Aileen F. Maguire              3.90    $200.00    $780.00
Mark T. Hurford                1.80     265.00     477.00
Marla R. Eskin                 0.50     275.00     137.50
Kathleen J. Campbell           0.20     150.00      30.00
Lauren M. Przybylek            9.40      95.00     893.00
Margaret A. Landis             0.90      95.00      85.50


     TOTAL CURRENT WORK                            2,403.00


01/03/03 Payment - Thank you.  (September, 2002 - 80%)      -1,145.60
```

<pre>
                                                    Page: 6
W.R. Grace                                        01/31/03
                                       ACCOUNT NO: 3000-13D
                                       STATEMENT NO:        5

Fee Applications, Others




         BALANCE DUE                          $15,347.60
                                              ==========
</pre>

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                             Page: 1
W.R. Grace                                   01/31/03
Wilmington  DE                   ACCOUNT NO: 3000-14D
                                 STATEMENT NO:      18


Financing



    PREVIOUS BALANCE                           $31.50



01/03/03 Payment - Thank you. (August, 2001 - 20%)        -31.50


    BALANCE DUE                                 $0.00
                                               =====







Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                               01/31/03
Wilmington  DE                        ACCOUNT NO: 3000-15D
                                      STATEMENT NO:      20


Hearings



        PREVIOUS BALANCE                          $13,365.80



                                      HOURS
01/17/03
    MTH Review notice of agenda              0.10     26.50

01/21/03
    MTH Prepare memo to J. Davis and PVNL re:
        Jan. omnibus hearing                 0.30     79.50
    MTH Correspondence to J. Davis and PVNL re:
        Jan. omnibus hearing                 0.20     53.00
    MTH Meeting with MRE: preparation for
        omnibus hearing                      0.30     79.50
    PEM Review memo from MTH and discussion re:
        hearing on 1/27 to be covered in MRE's
        absence                              0.30     87.00
    MRE Meeting with Mark Hurford regarding
        preparation for omnibus hearing      0.30     82.50

01/24/03
    MTH Telephone conference with PEM re:
        preparation for hearing on 1/27/03   0.10     26.50

01/26/03
    MTH Preparing for hearing                1.40    371.00
    PEM Working travel from Pittsburgh to
        Delaware for omnibus hearings  (review
        documents for hearing)               0.50    145.00

01/27/03
    PEM Meeting with MTH re: omnibus hearing and
        committee position on matters        0.20     58.00
    PEM Attend hearing re: comm. position on
        asbestos and plan issues             1.00    290.00
    MTH Meeting with PEM re: preparation for

                                                          Page: 2
W.R. Grace                                              01/31/03
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      20

Hearings

|  |  | HOURS |  |
|---|---|---|---|
|  | omnibus hearing | 0.10 | 26.50 |
| MTH | Attending omnibus hearing, record events for preparation of memo report to C&D and committee members | 1.50 | 397.50 |
| MTH | Review correspondence form PVNL re: omnibus hearing | 0.10 | 26.50 |

01/28/03

|  |  |  |  |
|---|---|---|---|
| MTH | Prepare memo to EI and PVNL re: events at hearing, issues presented | 2.10 | 556.50 |
| PEM | Attend meeting to discuss pending motions for hearings and comm. position re: same with counsel | 0.20 | 58.00 |

01/29/03

|  |  |  |  |
|---|---|---|---|
| MK | Update attorney calendar | 0.20 | 19.00 |
| MTH | Telephone conference with PEM re: January Omnibus Hearing | 0.20 | 53.00 |
| MTH | Review and revise memo re: January Omnibus Hearing | 0.40 | 106.00 |
| MTH | Correspondence to EI and PVNL re: January Omnibus Hearing | 0.20 | 53.00 |

01/30/03

|  |  |  |  |
|---|---|---|---|
| PEM | Review omnibus hearing memo to committee | 0.10 | 29.00 |
| MTH | Telephone conference with PEM re: memo to committee re: Grace hearing | 0.10 | 26.50 |
| MTH | Review and revise memo re: January omnibus hearing | 0.30 | 79.50 |
| MTH | Review correspondence from PVNL re: memo to committee re: January omnibus hearing | 0.10 | 26.50 |
| MTH | Review and revise memo to committee re: January omnibus hearing | 0.30 | 79.50 |
| MTH | Review correspondence from PVNL re: memo to committee re: January omnibus hearing | 0.10 | 26.50 |
|  |  | ----- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 10.70 | 2,862.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 2.30 | $290.00 | $667.00 |
| Michele Kennedy | 0.20 | 95.00 | 19.00 |
| Mark T. Hurford | 7.90 | 265.00 | 2,093.50 |
| Marla R. Eskin | 0.30 | 275.00 | 82.50 |

```
                                                      Page: 3
     W.R. Grace                                     01/31/03
                                     ACCOUNT NO: 3000-15D
                                     STATEMENT NO:      20
     Hearings
```

```
     TOTAL CURRENT WORK                             2,862.00


01/03/03 Payment - Thank you.  (September, 2002 - 80%)      -636.80
01/03/03 Payment - Thank you. (June, 2001 - 20%)           -480.00
01/03/03 Payment - Thank you. (July, 2001 - 20%) (Minus
         the amount of $321.25 per fee examiners report
         for 1st, 2nd & 3rd interim periods)              -973.65
01/03/03 Payment - Thank you. (August, 2001 - 20%)        -449.00
01/03/03 Payment - Thank you. (September, 2001 - 20%)     -732.50
01/03/03 Payment - Thank you. (October, 2001 - 20%)       -478.10
01/03/03 Payment - Thank you. (November, 2001 - 20%)      -379.80
01/03/03 Payment - Thank you. (December, 2001 - 20%)      -223.30
01/03/03 Payment - Thank you.  (April, 2002 - 20%)        -579.40
01/03/03 Payment - Thank you.  (May, 2002 - 20%)          -720.20
01/03/03 Payment - Thank you.  (June, 2002 - 20%)       -1,361.50
                                                        ----------
         TOTAL PAYMENTS                                 -7,014.25

         BALANCE DUE                                    $9,213.55
                                                        =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          01/31/03
Wilmington  DE                      ACCOUNT NO: 3000-16D
                                    STATEMENT NO:        5

Litigation and Litigation Consulting



        PREVIOUS BALANCE                          $6,217.40


                                        HOURS
01/13/03
      MTH Review debtors' motion to extend removal
          period                                 0.30     79.50

01/20/03
      PEM Review recommendation memo to committee
          re: pending matters with adversary status  0.40    116.00

01/30/03
      MTH Correspondence to PEM re: fees of experts
          in Sealed Air matter and telephone
          conference re: same                    0.20     53.00
      MTH Review correspondence from PEM re: fees
          of experts in Sealed Air               0.10     26.50
                                                 ----    ------
          FOR CURRENT SERVICES RENDERED          1.00    275.00

                        RECAPITULATION
      TIMEKEEPER                HOURS HOURLY RATE     TOTAL
      Philip E. Milch            0.40    $290.00   $116.00
      Mark T. Hurford            0.60     265.00    159.00


        TOTAL CURRENT WORK                               275.00


01/03/03 Payment - Thank you.  (September, 2002 - 80%)    -2,548.00


        BALANCE DUE                              $3,944.40
                                                 =========

```
                                                       Page: 2
W.R. Grace                                           01/31/03
                                          ACCOUNT NO: 3000-16D
                                          STATEMENT NO:       5

Litigation and Litigation Consulting
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                       Page: 1
W.R. Grace                                             01/31/03
Wilmington   DE                       ACCOUNT NO: 3000-17D
                                      STATEMENT NO:        5


Plan and Disclosure Statement




    PREVIOUS BALANCE                                  $83.50



                                          HOURS
01/17/03
     MTH Review debtors' motion to extend debtors'
         exclu. period for plan and solicitation     0.40    106.00
     MTH Correspondence to PVNL re: debtors'
         motion re: exclusivity                      0.20     53.00
     MTH Review correspondence from PVNL re:
         debtors' motion re: exclu.                  0.10     26.50

01/19/03
     MRE Review of motion to extend exclu. periods   0.20     55.00

01/20/03
     MTH Review correspondence from MRE re:
         debtors' motion re: exclusivity             0.10     26.50
     MTH Review correspondence from MRE re:
         debtors' motion re: exclusivity, removal    0.10     26.50
     MTH Review correspondence from PVNL re:
         motion to extend time to remove actions     0.10     26.50
     MTH Correspondence to MRE re: information
         from PVNL re: motion to extend time to
         remove actions                              0.10     26.50
     MTH Telephone conference with PEM re:
         debtors' motion re: exclusivity and
         contact with PVNL re: same                  0.20     53.00

01/23/03
     MTH Review orders entered re: exclusivity,
         Woodcock, reject lease and assume and
         assign sublease                             0.10     26.50

01/24/03
     MTH Correspondence to PVNL re: exclusivity

W.R. Grace

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
| | motion | 0.20 | 53.00 |
| **01/29/03** | | | |
| MTH | Drafting memo to committee members re: debtors' motion to extend exclusivity | 0.40 | 106.00 |
| **01/30/03** | | | |
| MTH | Review correspondence from PEM re: exclusivity motion | 0.10 | 26.50 |
| MTH | Telephone conference with PEM re: memo to committee re: exclusivity motion | 0.20 | 53.00 |
| MTH | Correspondence to PVNL re: memo to committee re: exclusivity motion | 0.20 | 53.00 |
| RBR | Meeting with PEM to discuss monthly operating report | 0.30 | 75.00 |
| **01/31/03** | | | |
| MTH | Telephone conference with E. Strug re: exclusivity motion, review by EI, fee auditor's report | 0.20 | 53.00 |
| MTH | Correspondence to E. Strug re: exclusivity motion (and response thereto) | 0.10 | 26.50 |

```
                                          ----   ------
        FOR CURRENT SERVICES RENDERED      3.30   872.00

                       RECAPITULATION
   TIMEKEEPER                       HOURS HOURLY RATE      TOTAL
   Ronald B. Roteman                0.30    $250.00     $75.00
   Mark T. Hurford                  2.80     265.00     742.00
   Marla R. Eskin                   0.20     275.00      55.00


        TOTAL CURRENT WORK                             872.00


01/03/03 Payment - Thank you.  (September, 2002 - 80%)         -21.20


        BALANCE DUE                                   $934.30
                                                      =======
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                     01/31/03
Wilmington   DE                    ACCOUNT NO: 3000-18D
                                   STATEMENT NO:       5

Relief from Stay Proceedings



        PREVIOUS BALANCE                      $1,169.90



01/03/03 Payment - Thank you.  (September, 2002 - 80%)        -135.60


        BALANCE DUE                          $1,034.30
                                             =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          01/31/03
Wilmington  DE                    ACCOUNT NO: 3000-20D
                                  STATEMENT NO:        4


Tax Litigation




    PREVIOUS BALANCE                           $2,344.00


    BALANCE DUE                                $2,344.00
                                               =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                        Page: 1
W.R. Grace                                             01/31/03
Wilmington  DE                         ACCOUNT NO: 3000-21D
                                       STATEMENT NO:       1

Travel-Non-Working

                                              HOURS
01/26/03
     PEM Travel from Pittsburgh to Delaware for
         omnibus hearings (non-working 1/2 time -
         split among 5 cases)                  0.30      87.00

01/28/03
     PEM Travel to Pittsburgh from omnibus hearing
         (non-working 1/2 time - split among 5
         cases)                                0.60     174.00
                                               ----    ------
         FOR CURRENT SERVICES RENDERED         0.90     261.00

                      RECAPITULATION
     TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
     Philip E. Milch            0.90     $290.00     $261.00


     TOTAL CURRENT WORK                              261.00


     BALANCE DUE                                    $261.00
                                                    =======




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.

```
                    Campbell & Levine, LLC
                     1700 Grant Building
                    Pittsburgh, PA  15219
                       412-261-0310
```

```
                                              Page: 1
   W.R. Grace                                 01/31/03
   Wilmington  DE                 ACCOUNT NO: 3000-22D
                                  STATEMENT NO:        9

   Valuation



      PREVIOUS BALANCE                       $1,397.10



01/03/03 Payment - Thank you.  (May, 2002 - 20%)      -120.10
01/03/03 Payment - Thank you.  (June, 2002 - 20%)      -92.00
                                                      -------
      TOTAL PAYMENTS                          -212.10

      BALANCE DUE                           $1,185.00
                                            =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                              01/31/03
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:       9

ZAI Science Trial

PREVIOUS BALANCE                                     $3,182.70

01/03/03 Payment - Thank you.  (September, 2002 - 80%)    -467.20
01/03/03 Payment - Thank you.  (May, 2002 - 20%)         -326.40
01/03/03 Payment - Thank you.  (June, 2002 - 20%)        -324.00
                                                     ---------
         TOTAL PAYMENTS                              -1,117.60

         BALANCE DUE                                 $2,065.10
                                                     =========

         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          01/31/03
Wilmington  DE                      ACCOUNT NO: 3000-24D
                                    STATEMENT NO:        9

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                    $159.00

01/03/03 Payment - Thank you.  (May, 2002 - 20%)   -159.00

BALANCE DUE                                          $0.00
                                                    =====

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                      01/31/03
Wilmington   DE                              ACCOUNT NO    3000D




| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 3,409.40 | 0.00 | 0.00 | 0.00 | -2,249.60 | $1,159.80 |
| 3000-02 Asset Disposition | | | | | |
| 1,358.30 | 344.50 | 0.00 | 0.00 | -872.30 | $830.50 |
| 3000-03 Business Operations | | | | | |
| 556.90 | 250.00 | 0.00 | 0.00 | -106.40 | $700.50 |
| 3000-04 Case Administration | | | | | |
| 7,574.10 | 294.00 | 0.00 | 0.00 | -6,473.60 | $1,394.50 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 6,810.00 | 106.00 | 0.00 | 0.00 | -3,588.20 | $3,327.80 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,554.00 | 26.50 | 0.00 | 0.00 | -1,305.40 | $275.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,009.30 | 4,124.50 | 0.00 | 0.00 | -6,667.30 | $12,466.50 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 3,666.60 | 1,067.50 | 0.00 | 0.00 | -3,224.90 | $1,509.20 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 26.50 | 0.00 | 0.00 | 0.00 | -26.50 | $0.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 5,838.30 | 431.50 | 0.00 | 0.00 | -3,195.40 | $3,074.40 |
| 3000-11 Expenses | | | | | |
| 26,643.63 | 0.00 | 542.81 | 0.00 | -744.03 | $26,442.41 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 7,280.70 | 1,935.00 | 0.00 | 0.00 | -2,192.40 | $7,023.30 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-13 Fee Applications, Others | | | | | |
| 14,090.20 | 2,403.00 | 0.00 | 0.00 | -1,145.60 | $15,347.60 |
| 3000-14 Financing | | | | | |
| 31.50 | 0.00 | 0.00 | 0.00 | -31.50 | $0.00 |
| 3000-15 Hearings | | | | | |
| 13,365.80 | 2,862.00 | 0.00 | 0.00 | -7,014.25 | $9,213.55 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 6,217.40 | 275.00 | 0.00 | 0.00 | -2,548.00 | $3,944.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 83.50 | 872.00 | 0.00 | 0.00 | -21.20 | $934.30 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 1,169.90 | 0.00 | 0.00 | 0.00 | -135.60 | $1,034.30 |
| 3000-20 Tax Litigation | | | | | |
| 2,344.00 | 0.00 | 0.00 | 0.00 | 0.00 | $2,344.00 |
| 3000-21 Travel-Non-Working | | | | | |
| 0.00 | 261.00 | 0.00 | 0.00 | 0.00 | $261.00 |
| 3000-22 Valuation | | | | | |
| 1,397.10 | 0.00 | 0.00 | 0.00 | -212.10 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 3,182.70 | 0.00 | 0.00 | 0.00 | -1,117.60 | $2,065.10 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| 159.00 | 0.00 | 0.00 | 0.00 | -159.00 | $0.00 |
| ---------- | --------- | ------ | ---- | ---------- | ---------- |
| 121,768.83 | 15,252.50 | 542.81 | 0.00 | -43,030.88 | $94,533.26 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.