IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Hearing Date: March 17, 2003, at 12:00 p.m.**

## NOTICE OF SUPPLEMENT TO MOTION OF DEBTORS FOR AUTHORITY TO EXTEND AND MODIFY DEBTOR IN POSSESSION FINANCING

TO:   Parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

On February 10, 2003 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Motion Of Debtors For Authority To Extend And Modify Debtor In Possession Financing (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Court"). The Motion seeks authority, pursuant to section 364(c)(1) of the Bankruptcy Code, to extend and modify the Post-Petition Credit Agreement on the general terms and conditions described in the Motion. A true and correct copy of the Motion was served on all parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

Objections and other responses to the relief requested in the Motion, if any, were to be filed with the Bankruptcy Court no later than 4:00 p.m. Eastern Time on February 27, 2003.

On February 28, 2003, the Debtors filed the Supplement To Motion Of Debtors For Authority To Extend And Modify Debtor In Possession Financing (the "Supplement") with the Bankruptcy Court. The Supplement sets forth the key provisions of the amendment to the Post-Petition Credit Agreement. Amendment No. 1 And Limited Waiver To Post-Petition Loan And Security Agreement and a proposed form of order are attached to the Supplement as exhibits. A true and correct copy of the Supplement is attached hereto.

A HEARING ON THE MOTION AND SUPPLEMENT WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, MARINE MIDLAND PLAZA, 824 MARKET STREET, WILMINGTON, DELAWARE, 19801 ON MARCH 17, 2003 AT 12:00 P.M.

Dated: February 28, 2003

KIRKLAND & ELLIS
James H.M. Sprayregen, P.C.
James W. Kapp III
Chrisian J. Lane
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_/s/ Paula A. Galbraith_
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400

Co-counsel for Debtors and Debtors in Possession