IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: Mar. 24, 2003 at 4:00p.m.** |
| | | **Hearing Date : TDB only if necessary** |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife. Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                              February 10, 2003
Client No.              734680              Page      1
INVOICE NO.             18561
```

For Professional Services Rendered through    01/31/03

Matter #          734680.1      VS. ALLIED SIGNAL

LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/02/03 JMA | Meeting with C. Marraro and trial witness re: trial preparation | 8.00 | 2720.00 |
| 01/02/03 MEF | Prepare chart of Trial subpoenas(.4); email to C. Marraro regarding same (.1) | .50 | 112.50 |
| 01/02/03 MEF | Receipt and review proof of service of trial subpoena on Guardian Fence Company and Parsons Engineering | .30 | 67.50 |
| 01/02/03 MEF | Trial Prep - Trial Subpoenas - telephone call with C. Coscia of CFM Construction; letter to Coscia regarding same; telephone call with J. Czapor of Conti Environmental; letter to Czapor regarding same; telephone call with C. Walker of Flour Daniel; telephone call with C. Ouelette of Severn/STL; letter to Ouelette regarding same; telephone call with S. Bilder and J. Gross of Ogden n/k/a Covanta; letter to S. Bilder regarding Same; voice mail - E. Burnstein  of Tetra Tech; telephone call with J. Godino of Freehold Cartage; letter to J. Godino regarding same | 3.00 | 675.00 |
| 01/02/03 MEF | Review email from K. Millian regarding draft letter to Judge Cavanaugh regarding reconsideration of plaintiffs' local counsel's appearance at trial; review emails from D. Field regarding same | .40 | 90.00 |
| 01/02/03 RCS | Review Grace trial exhibits and prepare admissibility of evidence chart re: same. | 3.00 | 630.00 |
| 01/02/03 RCS | Meeting with C. Marraro re: selected Grace and Honeywell trial exhibits concerning preparation of Pierson's trial testimony. | 2.00 | 420.00 |
| 01/02/03 RCS | Review Honeywell trial exhibits and prepare analysis of basis of admission/objection to same in evidence; revise and edit chart. | 3.00 | 630.00 |
| 01/02/03 RCS | Telephone communication from Mike Williams re: objections to certain Honeywell trial exhibits and change/merging chart. | .40 | 84.00 |

W.R. GRACE & COMPANY                                       February 10, 2003
Client No.              734680                    Page        2
INVOICE NO.             18561

01/03/03 JMA Meeting with C. Marraro and trial witness re:      8.00   2720.00
             preparation for trial

Q1/03/03 MEF Telephone call with M. Caffrey and K. Millian       .40     90.00
             regarding technology for trial; voice mail - K.
             Kaider regarding same

01/03/03 MEF Trial Prep - Trial Subpoenas - telephone call      2.80    630.00
             with P. Welzenbach of Marcor; letter to P.
             Welzenbach regarding same; telephone call with
             C. Ouelette of Envirotech Research; letter to
             C. Ouelette regarding same; telephone call with
             M. O'Conner of Killam; letter to M. O'Conner
             regarding same; telephone call with E.
             Burnstein of Tetra Tech; telephone call with W.
             Korman of Truckman's; letter to W. Korman
             regarding same; telephone call with D. Hall of
             Davideo; letter to D. Hall regarding same

01/03/03 MEF Trial Prep - Trial Subpoenas - Receipt and          .60    135.00
             review notices of successful service of trial
             subpoena on STL, CFM Construction; Davideo,
             Golder Associates, Truckman's; review proofs of
             service of trial subpoena on STL, Envirotech,
             Severn Trent, Envirotech Research, Conti;
             review notices of non-service of T&E and Wong

01/03/03 MEF Receipt and review of Honeywell revised,            .40     90.00
             proposed consent orders of voluntary dismissal
             of claims between Honeywell and Roned

01/03/03 RCS Preparation of Grace's trial exhibit list,         3.50    735.00
             revise and edit same

01/03/03 RCS Preparation of basis of admissibility/objection    2.50    525.00
             of documents for Part 2 of Honeywell's trial
             exhibit list (partial).

01/03/03 RCS Telephone call to Michael Caffrey, Esq. re:         .20     42.00
             photocopies contained within Honeywell trial
             exhibits which are not dated.

01/03/03 RCS Preparation of basis of admissibility/objection    3.00    630.00
             to documents for part 1 of Honeywell's trial
             exhibit list, revise and edit same.

01/03/03 KV  Compiled trial exhibits                            5.90    442.50

01/04/03 JMA Receipt and review e-mail from P. Goad; receipt    1.00    340.00
             and review paper re: contact dermatitis; memo
             to MEF re: information for opening

| W.R. GRACE & COMPANY | | | | February 10, 2003 | |
|---|---|---|---|---|---|
| Client No. | | 734680 | Page | 3 | |
| INVOICE NO. | | 18561 | | | |

| | | | | |
|---|---|---|---|---|
| 01/04/03 JMA | Preparation for trial | | 1.50 | 510.00 |
| 01/04/03 JMA | Phone - C. Marraro re: trial strategy | | .50 | 170.00 |
| 01/04/03 JMA | Phone conference with C. Marraro, plaintiffs' attorney, K. Millian re: order of proofs | | .60 | 204.00 |
| 01/04/03 JMA | Review memos re: order of proofs; conference call with C. Marraro and B. Hughes | | 1.00 | 340.00 |
| 01/04/03 JMA | Phone conference with C. Marraro, B. Hughes, K. Millian re: witnesses and proofs | | .50 | 170.00 |
| 01/04/03 JMA | Phone conference with C. Marraro and RCS re: trial photos | | .50 | 170.00 |
| 01/04/03 MEF | Voice mail - S. Shaw of Black and Veatch regarding trial subpoena | | .20 | 45.00 |
| 01/04/03 RCS | Review Mike William's entries of admissibility/objections to Honeywell's trial exhibit list | | .50 | 105.00 |
| 01/04/03 RCS | Review selected Honeywell trial exhibits and prepare detailed analysis for objecting to their admission in evidence. | | 3.50 | 735.00 |
| 01/04/03 RCS | Correspondence to Michael Caffrey re: undated photographs. | | .20 | 42.00 |
| 01/06/03 JMA | Phone - C. Marraro re: scheduling | | .20 | 68.00 |
| 01/06/03 MEF | Trial Prep - Trial Subpoenas - voice mail from F. Boris of G. Heller; telephone call with K. Bridwell of CT&E; letter to K. Bridwell regarding same; prepare subpoena and letter to R. Corcory at NJDEP; telephone cal with Shaw Environmental; prepare new subpoena to Flour Daniel; letter to Flour Daniel; prepare new subpoena to Environ; letter to Environ; receipt and review letter from Corp. Service Company regarding Environ's withdrawal from NJ; review letter from Brown and Root regarding subpoena; telephone call with S. Shaw at Black and Veatch; telephone call with G. Siedor at Onyx; letter to Siedor regarding same | | 2.80 | 630.00 |
| 01/06/03 RCS | Correspondence to all counsel amending Grace trial exhibit submission to include April 30, 1982 memo from Brooks to Bauer | | .20 | 42.00 |

W.R. GRACE & COMPANY
Client No.                   734680                  **February 10, 2003**
INVOICE NO.                  18561              Page        4

| | | |
|---|---|---|
| 01/06/03 RCS Multiple telephone communications to and from Mike Williams, Esq. re: quashing subpoena propounded on Jack McFarland. | .70 | 147.00 |
| 01/06/03 RCS Research re: whether Grace, on behalf of Jack McFarland may move to quash or may ignore trial subpoena served upon McFarland. | 1.50 | 315.00 |
| 01/06/03 KV Compile and update trial exhibit binders | 6.50 | 487.50 |
| 01/07/03 JMA Meeting with C. Marraro re: trial strategy | 1.50 | 510.00 |
| 01/07/03 JMA Trial preparation - meeting with C. Marraro, expert witnesses | 8.50 | 2890.00 |
| 01/07/03 MEF Trial Prep - Trial Subpoenas - telephone call with K. Bridwell at CT&E; voice mail - Shawn James of AMEC; telephone call with F. Boris of G. Heller letter to F. Boris regarding same; telephone call with C. Ouelette regarding invoices; review fax from Bilder at Covanta; review fax from S. Tanski at Shaw; telephone call with S. Tanski at Shaw | 3.40 | 765.00 |
| 01/07/03 MEF Trial Prep - telephone call with K. Kaider regarding technology for trial; telephone call with M. Caffrey regarding same | .30 | 67.50 |
| 01/07/03 MEF Trial Prep - review Honeywell exhibits (vendors) | .60 | 135.00 |
| 01/07/03 RCS Correspondence to Caffrey re: objecting to photographs without dates. | .20 | 42.00 |
| 01/07/03 RCS Preparation of Chart of Honeywell trial exhibits that were not authorized by Grace, Honeywell or DEP for trial. | 1.00 | 210.00 |
| 01/07/03 RCS Telephone call from Mike Williams re: Third Circuit recent decision interpreting public records exception to Hearsay Rule as applied to DEP directives. | .30 | 63.00 |
| 01/07/03 RCS Detailed review of Pretrial Order in preparation for trial. | 5.50 | 1155.00 |
| 01/07/03 RCS Research under Public Records exception to Hearsay Rule whether NJDEP directives are admissible. | 1.00 | 210.00 |
| 01/07/03 RCS Draft correspondence to all counsel re: additional amendments to Grace trial exhibit list. | .30 | 63.00 |

```
W.R. GRACE & COMPANY                              February 10, 2003
Client No.              734680             Page      5
INVOICE NO.             18561
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/03 | RCS | Meeting with C. Marraro and JMA re: amending Grace trial exhibit list to include additional documents. | .30 | 63.00 |
| 01/07/03 | KV | Compiling exhibits binders and keeping a record of all missing exhibits | 6.20 | 465.00 |
| 01/08/03 | JMA | Trial preparation - conference with C. Marraro and RCS re: trial exhibit stipulations | 7.00 | 2380.00 |
| 01/08/03 | JMA | Trial preparation - conference call with C. Marraro and P. Goad re: expert testimony and exhibits | 1.50 | 510.00 |
| 01/08/03 | JMA | Phone - M. Caffrey; letter to D. Field re: stipulations on trial exhibits | 1.30 | 442.00 |
| 01/08/03 | JMA | Phone - R. Sentfleben re: trial witnesses | .20 | 68.00 |
| 01/08/03 | MEF | Conference with JMA regarding Honeywell/Roned revised Consent Orders | .70 | 157.50 |
| 01/08/03 | MEF | Voice mail - Judge Cavanaugh's chambers regarding Honeywell/Roned revised Consent Orders; telephone call with Maureen at Judge Cavanaugh's regarding same | .30 | 67.50 |
| 01/08/03 | MEF | Conference with JMA and C. Marraro regarding trial subpoenas and original exhibits | .50 | 112.50 |
| 01/08/03 | MEF | Draft letter to Judge Cavanaugh regarding objections | 1.30 | 292.50 |
| 01/08/03 | MEF | Trial Prep - Trial Subpoenas - telephone call with Ed Burnstein at Tetra Tech; telephone call with Pam Welzenbach at Marcor; letter to C. Ouellette regarding invoices; review proof of service of subpoena for Onyx, Tetra Tech; Marcor, CT&E, O'Brien, AMEC, Back & Veatch, Davideo, CFM, Freehold Cartage, G. Heller, Killam, AETS, Mueser Rutledge, STL Edison, Truckman's Guardian, Golder, Ogden (2), Environ, Flour Daniel, Walerko; review acknowledgements of service; revise chart regarding trial subpoenas; voice mail - B. Nugent at Parsons | 3.00 | 675.00 |
| 01/08/03 | MEF | Research Rule 45 costs | 2.00 | 450.00 |
| 01/08/03 | MEF | Trial Prep - Trial Exhibits - Continue preparation for trial; emails to plaintiff regarding missing exhibits; letter to all counsel regarding additional exhibits | 3.00 | 675.00 |

01/08/03 RCS Review selected Grace exhibits and prepare          .80     168.00
             correspondence to Mike Caffrey re: Amendments
             to Grace Trial Exhibits and reliance on certain
             ICO exhibits.

01/08/03 RCS Meeting with C. Marraro and JMA to review          7.50    1575.00
             exceptions to Hearsay Rules in conjunction with
             review of part 1 of Honeywell trial exhibits.

01/08/03 RCS Telephone communication to Mahmoud re: part 2       .20      42.00
             of Honeywell Trial Exhibit List, invoice charts
             and relevancy charges.

01/08/03 RCS Telephone communication from Mike Williams re:      .20      42.00
             Third Circuit case law concerning
             trustworthiness requirement of Public records
             exception.

01/08/03 RCS Research re: public records exception to           1.00     210.00
             hearsay requirement of trustworthiness.

01/08/03 RCS Research re: prejudicial effect outweighing        .70      147.00
             probative value of Honeywell's proposed trial
             exhibits that contain undated photographs.

01/08/03 RCS Continued review of pretrial order in             .70      147.00
             preparation for trial.

01/08/03 KV  Compiling trial exhibit binders maintaining       6.40     480.00
             correct trial exhibits numbers

01/08/03 JF  Organize trial exhibit binders                    2.00     150.00

01/09/03 JMA Receipt and review letter from A. Dumas to         .50     170.00
             Clerk; receipt and review executed in limine
             motion; conference with MEF re: trial exhibits

01/09/03 JMA Trial preparation - conference with MEF re:       5.50    1870.00
             aerial photos/trial exhibits; prepare outline
             for Grace witness testimony

01/09/03 JMA Receipt and review letter from D. Field to K.      .20      68.00
             Millian re: order of witnesses

01/09/03 JMA Conference call with C. Marraro, D. Field and      .40     136.00
             M. Caffrey re: trial exhibits

01/09/03 MEF Trial Prep - prepare for move into court room;    3.00     675.00
             meeting with Wallace King regarding documents
             and technology to be setup in courtroom;
             telephone calls with M. Caffrey regarding
             technology and trial set up

W.R. GRACE & COMPANY                                    February 10, 2003
Client No.                734680              Page      7
INVOICE NO.               18561


01/09/03 MEF Trial Prep - trial exhibits (Grace and                3.00    675.00
             Plaintiff); review fax from S. German regarding
             ICO trial exhibits; letter to M. Caffrey
             regarding photo dates; letter to all counsel
             regarding color copies; letter to M. Caffrey
             regarding dates of photos; Trial Prep - trial
             subpoenas - telephone call with A. Lascurain
             regarding same; telephone call with P. Gilder
             at Golder; letter to Golder regarding same;
             review notice of service of Wong subpoena;
             review notice of service of AETs subpoena;
             review proof of service of Wong subpoena

01/09/03 RCS Research as to whether Grace can prohibit             4.50    945.00
             Honeywell from introducing into evidence their
             vendor invoices as evidence of their damages
             without providing canceled checks; preparation
             of memorandum of law re: same.

01/09/03 RCS Telephone communication to Mike Williams, Esq.         .30     63.00
             re: finalizing legal memorandums on evidentiary
             issues; research objecting to Honeywell vendor
             invoices.

01/09/03 RCS Research and preparation of Memorandum of Law         3.00    630.00
             re: objecting to Honeywell's undated
             photographs and digitally enhanced photographs
             offered as Honeywell trial exhibits.

01/09/03 RCS Continued review of Pretrial Order in                 1.50    315.00
             preparation for trial.

01/09/03 KV  Preparing all trial exhibit binders to be             6.20    465.00
             transferred to court, also compiled list of
             missing exhibits while updating binders

01/09/03 JF  Prepare trial exhibit list                            1.30     97.50

01/09/03 JF  Update trial exhibits                                 2.10    157.50

01/09/03 JF  Miscellaneous filing and maintenance of file          4.30    322.50
             for trial exhibits

01/10/03 JMA Trial preparation - receipt and review of            12.50   4250.00
             correspondence from adversaries, phone
             conferences with C. Marraro and adversaries re:
             trial logistics, stipulating evidence;
             conference with C. Marraro and fact witnesses;
             conference with C. Marraro and experts re:
             trial testimony; conference with C. Marraro re:
             review of Honeywell trial exhibits for
             stipulations

```
W.R. GRACE & COMPANY                                    February 10, 2003
Client No.                734680              Page       8
INVOICE NO.               18561
```

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01/10/03 | MEF | Trial subpoenas - review letter objection from Black & Veatch; letter to Black & Veatch responding to same | .40 | 90.00 |
| 01/10/03 | MEF | Telephone call with M. Caffrey and Alyssa of Judge Cavanaugh's regarding set-up for trial | .30 | 67.50 |
| 01/10/03 | MEF | Trial Subpoena - telephone call with A. Lascurain regarding invoices; letter to A. Lascurain regarding same | .40 | 90.00 |
| 01/10/03 | MEF | Trial - prepare and set up court room exhibits/technology | 6.00 | 1350.00 |
| 01/10/03 | MEF | Letter to M. Caffrey regarding dates of photos | .20 | 45.00 |
| 01/10/03 | MEF | Conference with B. Hughes and P. Goad regarding A. Davis demonstrative exhibits | 1.20 | 270.00 |
| 01/10/03 | MEF | Trial Subpoenas - voice mail from Maureen Quirk (IT) regarding subpoena; voice mail to Rosemary Goodyear (IT) regarding trail subpoena; voice mail from Bonnie Barnett (Environ) regarding trial subpoena | .40 | 90.00 |
| 01/10/03 | RCS | Review selected Honeywell exhibits and prepare multiple basis for objection to same. | 1.50 | 315.00 |
| 01/10/03 | RCS | Telephone communications to and from Mike Williams re: assignment of preparing objections to selected Honeywell trial exhibits. | .80 | 168.00 |
| 01/10/03 | RCS | Correspondence from Caffrey re: Honeywell supplemental trial exhibit list; telephone communication to Caffrey re: corresponding exhibits. | .30 | 63.00 |
| 01/10/03 | RCS | Meeting with C. Marraro and JMA re: objections to Honeywell vendor invoices. | .30 | 63.00 |
| 01/10/03 | RCS | Preparation of part 2 of objection to Honeywell's trial exhibits based on relevancy, revise and edit same. | 1.00 | 210.00 |
| 01/10/03 | RCS | Preparation of part 1 of objections to Honeywell's trial exhibits, revise and edit same. | .80 | 168.00 |
| 01/10/03 | RCS | Assist C. Marraro and JMA with trial exhibits for witness preparation of Kevin O'Reilly. | 1.00 | 210.00 |

W.R. GRACE & COMPANY                                         February 10, 2003
Client No.                    734680               Page        9
INVOICE NO.                   18561

01/10/03 RCS Receipt and review of analysis of Honeywell's        1.00    210.00
             damages invoices.

01/10/03 RCS Telephone communication from Mike Williams re:        .30     63.00
             filing motion to quash McFarland's subpoena and
             preparation of caselaw binder re: evidence for
             trial.

01/10/03 RCS Preparation of Memorandum of Law objecting to         .80    168.00
             Honeywell's undated photographs, revise and
             edit same.

01/10/03 RCS Preparation of Memorandum of Law re: objections       .70    147.00
             to vendor invoices produced by Honeywell as not
             "Best Evidence" for damages, revise and edit
             same.

01/10/03 RCS Telephone communications to and from Tanya            .20     42.00
             Manago re: further analysis of Honeywell's
             damages invoices.

01/10/03 RCS Meeting with C. Marraro and JMA re: objections        .40     84.00
             to Honeywell and ICO trial exhibits.

01/10/03 RCS Receipt and review of Honeywell's damages             .80    168.00
             analysis/vendor invoices cross referenced to
             Honeywell trial exhibit numbers to refute
             damages claim on relevancy grounds (partial).

01/10/03 KV  Organizing trial exhibits in Newark Federal          5.10    382.50
             Courthouse

01/10/03 KV  Compiling and inserting missing trial exhibits       2.70    202.50
             into correct binders

01/10/03 JF  Update trial exhibit binders                          .30     22.50

01/11/03 JMA Trial preparation - conference with C. Marraro       7.50   2550.00
             re: review of Honeywell trial exhibits for
             stipulations and trial strategy

01/11/03 JMA Receipt and review correspondence from                .50    170.00
             attorneys for Honeywell and plaintiff re:
             supplemental trial exhibits

01/11/03 MEF Review Honeywell's two motions for orders            1.00    225.00
             voluntarily dismissing claims by and between
             Honeywell and Roned

01/11/03 MEF Draft brief in opposition to Honeywell's two         1.30    292.50
             motions for orders voluntarily dismissing
             claims

01/11/03 MEF Trial Prep - Conferences with JMA and RCS            1.40    315.00
             regarding Grace damage documents, Honeywell

      trial exhibits; telephone calls with M. Moasser
regarding Honeywell trial exhibits - photos

01/11/03 MEF Review fax from S. German regarding plaintiff's    .20    45.00
objections to Honeywell's revised consent
orders

01/11/03 MEF Trial Prep - Review fax from M. Caffrey    .30    67.50
regarding dates of Honeywell photos; review fax
from J. Kelley regarding ICO trial exhibit 1300

01/11/03 RCS Review part 2 of Honeywell trial exhibit list    1.00    210.00
and cross reference to vendor invoices for
objections to damages on relevancy grounds.

01/11/03 RCS Meeting with JMA re: cross reference of Grace's    .70    147.00
damages documents with Honeywell's trial
exhibits.

01/11/03 RCS Review trial court's decision in Brace v Weja    2.20    462.00
and prepare memorandum re: excess damages
sought for disposing of soil containing
chromium in Ohio.

01/11/03 RCS Review Amended Honeywell trial exhibits    1.20    252.00
together with correspondence for same and amend
our chart of Honeywell trial exhibits of same.

01/11/03 RCS Telephone communications with Mike Williams    .40    84.00
finalizing evidential Memorandums of Law and
scope of review of ICO trial exhibits.

01/11/03 RCS Receipt and review from Tonya Manago of    1.00    210.00
additional Honeywell vendor invoice analysis
and cross reference same to Part 2 of Honeywell
trial exhibits for relevancy objections.

01/11/03 RCS Meeting with C. Marraro and JMA re: admission    .50    105.00
by  party opponent exception in connection with
review of certain Honeywell Exhibits.

01/11/03 RCS Research re: rationale for ancient document    1.00    210.00
exception, and review treatises re: same.

01/12/03 JMA Trial preparation - conference with C. Marraro    12.00    4080.00
re: review ICO trial exhibits for stipulations;
review testimonial aids for Grace experts;
conference with C. Marraro and expert re:
expert testimony

01/12/03 MEF Prepare charts of Grace's objections to    2.20    495.00
Honeywell's trial exhibits and Grace's
objections to plaintiff's trial exhibits

W.R. GRACE & COMPANY                                          February 10, 2003
Client No.                    734680               Page      11
INVOICE NO.                   18561

01/12/03 MEF  Trial Prep - Demonstrative exhibits; trial         1.60    360.00
              exhibits

01/12/03 RCS  Prepare folders of caselaw re: most important      1.50    315.00
              decisions concerning all evidentiary issues
              (partial)

01/12/03 RCS  Prepare checklist of all charts, documents,         .50    105.00
              books, which must be brought to trial.

01/12/03 RCS  Telephone communication from Mahmoud re:            .20     42.00
              Honeywell's supplemental trial exhibits.

01/12/03 RCS  Review legal memorandum and prepare binder of      1.50    315.00
              same for trial.

01/12/03 RCS  Additional research on ancient document            1.50    315.00
              exception to object to certain Honeywell
              offered documents

01/12/03 RCS  Receipt and review of Honeywell supplemental        .80    168.00
              trial exhibits 2470-2478, review same and
              prepare objections to same.

01/12/03 RCS  Meeting with C. Marraro amending Honeywell          .30     63.00
              trial exhibit list; correspondence to Tonya
              Manago re: certain documents identified by
              Bates numbers.

01/12/03 RCS  Correspondence to all counsel amending Grace       1.00    210.00
              trial exhibits in conjunction with review of
              Honeywell trial exhibits.

01/12/03 RCS  Telephone communication from Barbara Banks re:      .20     42.00
              missing Honeywell exhibits.

01/13/03 JMA  Trial preparation - review of plaintiff's trial    8.00   2720.00
              exhibits for stipulations

01/13/03 JMA  Prepare trial opening                              3.00   1020.00

01/13/03 JMA  Prepare expert witness Davis                       2.00    680.00

01/13/03 MEF  Trial Prep - Trial exhibits - Revise Grace's       3.80    855.00
              objections to Honeywell trial exhibits (1.2);
              revise Grace's objections to plaintiff's trial
              exhibits (1.2); letter to Millian & Field
              objections (.5); telephone calls with S. German
              regarding missing trial exhibits (.4); letter
              to S. German regarding plaintiff's trial
              exhibit designations (.3); telephone call with
              K. Millian regarding plaintiff's objections
              (.2)

01/13/03 MEF Trial Prep - Continue preparing courtroom -        4.00      900.00
             documents/technical equipment for trial

01/13/03 MEF Trial Prep - Identification of missing trial       1.50      337.50
             exhibits from plaintiff's list; and
             identification of other trial exhibits

01/13/03 RCS Receipt and review of documents from Tonya          .40       84.00
             Manago by which Grace supplemented trial
             exhibits

01/13/03 RCS Telephone communication to Chris Hopkins re:        .20       42.00
             misidentified exhibits.

01/13/03 RCS Telephone communication from Kathy Millian re:      .20       42.00
             ICO supplemental exhibits

01/13/03 RCS Correspondence from Steve German Esq re: ICO       1.50      315.00

01/13/03 RCS Missing trial exhibits, revise Pretrial Order       .30       63.00
             exhibit list re: same receipt and review of ICO
             trial exhibit list in chronological order.

01/13/03 RCS Telephone communication to Barbara Banks re:        .20       42.00
             ICO trial exhibits chronological order.

01/13/03 RCS Receipt and review of ICO supplemental             .70      147.00
             exhibits, correspondence to Wallace King re:
             same

01/13/03 RCS Telephone communications to Bill Hughes re:         .30       63.00
             Davis data/supplemental exhibits

01/13/03 RCS Correspondence to all counsel re: withdrawal of     .20       42.00
             certain Grace Trial exhibits.

01/13/03 RCS Correspondence from Steve German withdrawing       1.00      210.00
             certain ICO exhibits and providing copies of
             ICO exhibits not previously provided, review of
             same.

01/13/03 RCS Memorandum to JMA and C. Marraro re: ICO            .20       42.00
             exhibits not previously produced.

01/13/03 RCS Receipt and review of supplemental Grace trial     2.00      420.00
             exhibits 1128-1162 and correspondence to all
             counsel re: supplements

01/13/03 RCS Attendance in Judge Cavanaugh's chambers to set     .40       84.00
             up all parties' trial exhibits

01/13/03 RCS Telephone communication to Steven German re:        .20       42.00
             plaintiff's Supplemental Trial Exhibit list

| W.R. GRACE & COMPANY | | | February 10, 2003 | |
|---|---|---|---|---|
| Client No. | 734680 | Page | 13 | |
| INVOICE NO. | 18561 | | | |

| | | | | |
|---|---|---|---|---|
| 01/13/03 RCS | Prepare Memorandum to JMA and C. Marraro re: Judge McLaughlin's decision in Weja v Grace | | .40 | 84.00 |
| 01/13/03 RCS | Telephone communication from Mike Williams re: business record exception memorandum. | | .30 | 63.00 |
| 01/13/03 KV | Research and list missing trial exhibits | | 4.00 | 300.00 |
| 01/13/03 JF | Research and list missing trial exhibits | | 4.30 | 322.50 |
| 01/14/03 JMA | Trial preparation - prepare for opening statement | | 3.00 | 1020.00 |
| 01/14/03 JMA | Attend trial | | 10.00 | 3400.00 |
| 01/14/03 JMA | Prepare Grace expert witnesses | | 1.00 | 340.00 |
| 01/14/03 JMA | Prepare for cross examination | | 2.00 | 680.00 |
| 01/14/03 MEF | Telephone call with R. Goodier (IT) regarding Flour Daniel | | .30 | 67.50 |
| 01/14/03 MEF | Telephone call with JMA and B. Hughes regarding basis for objections to ICO trial exhibits | | .50 | 112.50 |
| 01/14/03 MEF | Letter to R. Goodier (IT bankruptcy counsel) regarding Flour Daniels subpoena and witness | | .50 | 112.50 |
| 01/14/03 MEF | Trial Prep (Trial Subpoenas) - Receipt and review notice of service of subpoena on Environ and R. Corcory; receipt and review proofs of service of subpoenas on AETS, Environ, Flour Daniel, R. Corcory; receipt and review notice of non-service of subpoenas on CT&E, Brown & Root, Nappi Trucking; review fax from S. Shaw (Black & Veatch) regarding returning check and not producing a witness; review fax from B. Barnett (Environ) regarding no knowledgeable person; telephone call with J. Gross at Covanta regarding Ogden subpoena; voice mail - R. Goodier regarding Flour Daniel subpoena; update chart regarding trial subpoenas | | .80 | 180.00 |
| 01/14/03 MEF | Review faxes (2) from plaintiff regarding plaintiff's objections to Grace's trial exhibits and plaintiffs' objections to Honeywell's trial exhibits | | .30 | 67.50 |
| 01/14/03 RCS | Appearance before Judge Cavanaugh for trial | | 10.50 | 2205.00 |
| 01/14/03 RCS | Correspondence from Kathy Millian re: objections to Honeywell's and Grace's exhibits. | | .30 | 63.00 |
| 01/14/03 RCS | Review trial notes, update exhibit list | | 1.50 | 315.00 |

| W.R. GRACE & COMPANY | | | | February 10, 2003 | |
| Client No. | | 734680 | Page | 14 | . |
| INVOICE NO. | | 18561 | | | |

| | | | | |
|---|---|---|---|---|
| 01/15/03 JMA Attend trial | | | | 8.00 | 2720.00 |
| 01/15/03 JMA Review plaintiff's expert reports and expert deposition transcripts re: cross examination | | | | 3.00 | 1020.00 |
| 01/15/03 RCS Appearance before Judge Cavanaugh for trial | | | | 9.00 | 1890.00 |
| 01/15/03 RCS Review all Grace photographs and prepare chart by exhibit number, date, photographer and who they will be introduced through; review same with Phil Goad | | | | 2.50 | 525.00 |
| 01/15/03 RCS Correspondence to all counsel updating Grace supplemental exhibits to include Julio Valera photographs | | | | .50 | 105.00 |
| 01/15/03 RCS Review relevant issue from today's trial notes; update trial exhibits list to track items marked for identification and items in evidence | | | | 1.50 | 315.00 |
| 01/15/03 KV  Trial exhibit maintenance | | | | 3.50 | 262.50 |
| 01/16/03 JMA Trial preparation – review daily transcripts re: cross examination of plaintiff's witnesses; review objections to plaintiff's exhibits; conference with C. Marraro re: same | | | | 2.00 | 680.00 |
| 01/16/03 JMA Attend trial | | | | 6.00 | 2040.00 |
| 01/16/03 JMA Conference with C. Marraro, A. Nagy and R. Sentfleben regarding trial | | | | 1.00 | 340.00 |
| 01/16/03 JMA Trial preparation – conference with C. Marraro and D. Field re: trial exhibit stipulations; conference with C. Marraro and RCS re: same | | | | 2.50 | 850.00 |
| 01/16/03 MEF Conference with JMA regarding assignment for trial | | | | .50 | 112.50 |
| 01/16/03 RCS Telephone conversation with M. Williams regarding Honeywell invoices and demonstrative spreadsheet | | | | .30 | 63.00 |
| 01/16/03 RCS Revise Grace's Final Pretrial Order Volume V to reflect multiple documents offered for identification and admitted into evidence under a single exhibit number; update FPO entries for supplemental exhibits | | | | 1.50 | 315.00 |
| 01/16/03 RCS Attendance at trial Judge Cavanaugh; update plaintiff's exhibits in court room | | | | 7.00 | 1470.00 |
| 01/16/03 RCS Update entries within FPO to reflect multiple documents offered for identification and | | | | 1.50 | 315.00 |

W.R. GRACE & COMPANY                                              February 10, 2003
Client No.                    734680                      Page       15
INVOICE NO.                   18561

                 admitted into evidence under one exhibit for
                 ICO

01/16/03 RCS Meeting with JMA and C. Marraro regarding                  .30      63.00
             analysis of Honeywell invoices and Honeywell
             demonstrative exhibits regarding same

01/16/03 KV  Update trial exhibit binders                              1.20      90.00

01/17/03 JMA Trial preparation - phone - D. Field re: trial            1.00     340.00
             exhibit stipulations; phone conference with D.
Field and K. Millian re: trial exhibit
             stipulations

01/17/03 JMA Trial preparation - review and revise Grace               2.50     850.00
             Damages Chart; phone - Wallace King re: same;
             phone - D. Field re: Grace Damages Chart

01/17/03 JMA Trial preparation - phone - C. Marraro and P.             2.00     680.00
             Goad re: order of expert witnesses, scheduling
             of expert testimony at trial; phone - P. Goad
             re: same

01/17/03 JMA Trial preparation - review correspondence from             .70     238.00
             adversaries re: trial exhibit supplements;
             conference with RCS re: trial exhibit
             supplements

01/17/03 JMA Trial preparation - review of Grace experts'              2.20     748.00
             reports, deposition transcripts and
             demonstrative exhibits for direct examination
             of experts

01/17/03 JMA Trial preparation - miscellaneous phone                    .50     170.00
             conferences with C. Marraro, adversaries and
             client

01/17/03 JMA Trial preparation - phone - C. Marraro re:                 .30     102.00
             scheduling witnesses

01/17/03 MEF Review Honeywell trial exhibits - Weja third              2.00     450.00
             party complaint and trial brief

01/17/03 MEF Telephone call with C. Marraro regarding Weja              .30      67.50
             3rd Party Complaint and Trial Brief

01/17/03 RCS Receipt and review of Honeywell demonstrative             1.50     315.00
             exhibit depicting analysis  of damages
             (invoices)

01/17/03 RCS Receipt and review of Gayle Koch's analysis of           1.50     315.00
             Honeywell damages (invoices)

W.R. GRACE & COMPANY                                    February 10, 2003
Client No.              734680              Page      16
INVOICE NO.             18561

01/17/03 RCS Correspondence to M. Williams regarding          .30      63.00
             analysis of Honeywell spreadsheet, Koch's
             report and exhibit chart part II

01/17/03 RCS Telephone conversation with M. Williams and      .40      84.00
             Tamara regarding Gayle Koch's report and
             analysis

01/17/03 RCS Preparation of addendums to Volume V of the FPO 1.00     210.00
             to reflect entries of multiple documents within
             one exhibit for ICO and Grace

01/17/03 RCS Telephone call with Tanya Manago regarding       .40      84.00
             missing ICO and Honeywell trial exhibits;
             updating of all folders

01/17/03 RCS Telephone call from M. Williams regarding        .20      42.00
             revised instructions on analysis of Honeywell
             spreadsheet

01/17/03 RCS Review original Grace exhibits and Honeywell    4.00     840.00
             exhibits and Judge Cavanaugh's courtroom

01/17/03 RCS Telephone call to M. Atreides regarding          .20      42.00
             presentation slides

01/17/03 KV  Review exhibit binders at Court for missing     4.30     322.50
             exhibits

01/18/03 JMA Trial preparation - review Grace expert         7.00    2380.00
             reports, expert depositions, photos and
             demonstrative exhibits for direct examination
             of Grace experts at trial

01/18/03 JMA Trial preparation - phone - C. Marraro re:       .50     170.00
             order of Grace expert witnesses; phone - M.
             Caffrey re: order of Grace expert witnesses

01/18/03 MEF Conference with RCS regarding Grace original    1.00     225.00
             photo exhibits

01/18/03 RCS Review Grace's list of missing exhibits;        1.00     210.00
             compare same to our set of exhibits and update
             FPO to reflect same

01/18/03 RCS Review our list of missing Honeywell exhibits;   .50     105.00
             compare same to our set of missing exhibits and
             prepare revised list to update records

01/18/03 RCS Analyze Gayle Koch's analysis of Honeywell      1.30     273.00
             vendor invoices to the chart I prepared on
             relevancy to further limit Honeywell's damages
             claims

```
W.R. GRACE & COMPANY                                    February 10, 2003
Client No.            734680                    Page      17
INVOICE NO.           18561
```

| | | | |
|---|---|---|---|
| 01/18/03 RCS | Meeting with M. Atreides regarding demonstrative evidence of Chapman, Davis and Valera | 1.00 | 210.00 |
| 01/18/03 RCS | Review Honeywell amendments updating dates of photographs; revise our copy of FPO to reflect same | .40 | 84.00 |
| 01/18/03 RCS | Correspondence from Tanya Manago regarding missing ICO trial exhibits; review requisite exhibit binders and cross reference to ICO response to same and create revised list of missing exhibits | 1.50 | 315.00 |
| 01/19/03 JMA | Trial preparation - review expert reports, expert deposition transcripts, demonstrative evidence and photos re: direct examination of Grace experts at trial | 6.00 | 2040.00 |
| 01/19/03 JMA | Trial preparation - preparation of Q&A for direct examination of Grace experts at trial | 2.00 | 680.00 |
| 01/19/03 MEF | Trial Subpoenas- receipt and review notice of non-service on Fluor Daniel c/o National Registered Agents | .10 | 22.50 |
| 01/19/03 MEF | Receipt and review letter from S. Shaw at Black & Veatch regarding return of witness fee check and not responding to subpoena | .20 | 45.00 |
| 01/19/03 MEF | Review letter from W. Stone of Environ Corp. regarding return of check for witness fee and follow up to B. Barnett call/letter | .20 | 45.00 |
| 01/19/03 RCS | Review and analyze Honeywell's spreadsheet of vendor invoices against our objections to the invoices on relevancy grounds to limit Honeywell's claims for damages | 3.00 | 630.00 |
| 01/19/03 RCS | Receipt and review of plaintiff trial exhibits 941, 1287 and 1288 (just produced); correspondence to Wallace King designating same | .60 | 126.00 |
| 01/19/03 RCS | Telephone call from B. Banks regarding obtaining additional ICO and Honeywell exhibits | .30 | 63.00 |
| 01/20/03 JMA | Trial preparation - preparation, review and revisions of Q&A for direct examination of Grace expert witnesses | 8.00 | 2720.00 |
| 01/20/03 JMA | Trial preparation - conference with C. Marraro re: trial exhibit stipulations | 1.00 | 340.00 |

```
W.R. GRACE & COMPANY                                    February 10, 2003
Client No.                734680              Page      18
INVOICE NO.               18561
```

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 01/20/03 | JMA | Trial preparation - meeting with C. Marraro and Honeywell attorney (D. Field) re: trial exhibits; phone conference with C. Marraro, D. Field and K. Millian re: trial exhibit objections | 1.00 | 340.00 |
| 01/20/03 | MEF | Review Valera demonstrative exhibit | .70 | 157.50 |
| 01/20/03 | RCS | Meeting with JMA regarding Grace damages; review exhibits for breakdown of damages related to Valley Fair building | .40 | 84.00 |
| 01/20/03 | RCS | Telephone calls to Gayle Koch regarding analysis of Honeywell damages | .20 | 42.00 |
| 01/20/03 | RCS | Review 1200 of the 1623 Honeywell damages invoices and match each one against Honeywell's analysis to limit Honeywell damages | 12.00 | 2520.00 |
| 01/20/03 | RCS | Multiple telephone calls with M. Williams who performed remainder of analysis regarding review of certain invoices and strategy for same | 1.00 | 210.00 |
| 01/20/03 | KV | Update Trial Exhibit Binders | 1.40 | 105.00 |
| 01/21/03 | JMA | Trial preparation - Q&A for Grace expert - direct examination | 2.00 | 680.00 |
| 01/21/03 | JMA | Attend trial | 10.00 | 3400.00 |
| 01/21/03 | JMA | Trial preparation - prepare Grace expert witnesses for direct examination | 5.00 | 1700.00 |
| 01/21/03 | MEF | Telephone call with A. Lascurain regarding subpoena to R. Corcory | .20 | 45.00 |
| 01/21/03 | MEF | Telephone call with P. Cuniff regarding December fee application | .20 | 45.00 |
| 01/21/03 | RCS | Attendance of trial before Judge Cavanaugh | 10.00 | 2100.00 |
| 01/21/03 | RCS | Update FPO to reflect all documents admitted into evidence | .50 | 105.00 |
| 01/21/03 | RCS | Prepare analysis of Honeywell vendor invoices to limit potential contribution exposure (continued) | 1.50 | 315.00 |
| 01/22/03 | JMA | Trial preparation - review and revise outline for direct examination of Grace expert at trial | 2.00 | 680.00 |
| 01/22/03 | JMA | Attend trial | 10.00 | 3400.00 |

W.R. GRACE & COMPANY                                     February 10, 2003
Client No.              734680                   Page     19
INVOICE NO.             18561

01/22/03 JMA Trial preparation - conference with Grace          5.00   1700.00
             expert re: preparation for trial testimony

01/22/03 MEF Trial Subpoenas - telephone call with C.            .40     90.00
             Peressini at AETS (2); letter to C. Peressini
             regarding Honeywell trial exhibits list and
             trial date (2)

01/22/03 MEF Telephone call with R. Goodier (IT bankruptcy       .30     67.50
             counsel) regarding knowledgeable person to
             respond to subpoena

01/22/03 MEF Email to B. Banks regarding A. Davis direct         .30     67.50
             exam

01/22/03 RCS Attendance at trial before Judge Cavanaugh         9.00   1890.00

01/22/03 RCS Telephone calls with C. Hopkins (Lowenstein)        .40     84.00
             and B. Hughes regarding producing Kirk Brown's
             demonstratives

01/22/03 RCS Update pretrial orders to reflect all exhibits      .70    147.00
             plaintiff moved into evidence on 1/21/03 and
             all exhibits moved into evidence on 1/22/03

01/22/03 RCS Continued preparation of chart to limit             .50    105.00
             Honeywell's damages (vendor invoices)

01/22/03 KV  Pull and replace trial exhibits                     .80     60.00

01/23/03 JMA Trial preparation - review and revise outline      2.00    680.00
             for direct examination of Grace experts at
             trial

01/23/03 JMA Attend trial                                      10.00   3400.00

01/23/03 JMA Trial preparation - conference with C. Marraro     1.00    340.00
             and clients re: order of witnesses

01/23/03 RCS Correspondence from Gayle Koch regarding            .20     42.00
             analysis of Delaney's demonstrative report on
             Honeywell's vendor invoices

01/23/03 RCS Attendance at trial before Judge Cavanaugh         9.50   1995.00

01/23/03 RCS Review Honeywell's vendor invoices and prepare     1.50    315.00
             analysis refuting Delaney's report

01/24/03 JMA Trial preparation - phone calls with C. Marraro    1.50    510.00
             re: order of proofs

01/24/03 JMA Trial preparation - phone conference with C.       1.00    340.00
             Marraro, RCS re: Honeywell damages claim and
             exhibits

W.R. GRACE & COMPANY                                    February 10, 2003
Client No.            734680                  Page      20
INVOICE NO.           18561

01/24/03 JMA Trial preparation - phone D. Field re:        2.00    680.00
             Honeywell damage claim and exhibits; receipt
             and review letters and stipulations from D.
             Field re: Honeywell damage claim and exhibits,
             Grace damage claim and exhibits

01/24/03 JMA Trial preparation - review transcripts of Wong  1.00    340.00
             deposition; review outline for Wong
             cross-examination

01/24/03 RCS Analysis challenging Delaney's invoice chart   2.50    525.00
             for Honeywell vendors

01/24/03 RCS Telephone call to M. Williams regarding         .40     84.00
             Honeywell vendor invoices he reviewed that
             concern risk assessment and completion of his
             portion of assignment

01/24/03 RCS Update pretrial memorandum regarding documents  .60    126.00
             admitted into evidence on 1/23/03

01/24/03 RCS Telephone call with David Field regarding       .20     42.00
             Grace's position challenging Delaney analysis

01/24/03 RCS Preparation of chart of Honeywell vendor        .80    168.00
             invoices pre-1994 and late 2002 not contained
             in Gayle Koch's  review

01/24/03 RCS Meeting with JMA regarding analysis of          .40     84.00
             Honeywell vendor invoices

01/24/03 RCS Correspondence to David Field regarding our     .50    105.00
             response to Delaney's analysis of invoices

01/24/03 RCS Telephone call with C. Marraro regarding        .40     84.00
             providing D. Field with Grace's analysis of
             Honeywell's invoices

01/24/03 RCS Preparation of table of trial testimony (day to  .40     84.00
             day and witness by witness)

01/25/03 JMA Trial preparation  - phone - C. Marraro re:      .40    136.00
             testimony for Dr. K. Brown

01/25/03 JMA Trial preparation - phone C. Marraro and D.      .40    136.00
             Field re: Order of Proofs and exhibits

01/25/03 JMA Trial preparation - Review deposition           7.00   2380.00
             transcripts and exhibits re: preparation for
             cross examination of J. Wong

01/25/03 RCS Correspondence from Field regarding his review   .30     63.00
             of Grace's vendor invoices and proposed
             stipulation to both defendants damages claims

| | | | | February 10, 2003 | |
|---|---|---|---|---|---|
| W.R. GRACE & COMPANY | | | | | |
| Client No. | | 734680 | Page | 21 | |
| INVOICE NO. | | 18561 | | | |

| 01/25/03 RCS | Update pre-trial manual to reflect exhibits introduced and admitted into evidence on 1/23/03 | .70 | 147.00 |
|---|---|---|---|
| 01/26/03 JMA | Trial preparation – review deposition transcripts and exhibits, prepare outline for cross examination of J. Wong, review deposition transcripts, expert reports, exhibits and demonstrative exhibits, prepare outline for direct examination of Grace expert witness | 10.00 | 3400.00 |
| 01/26/03 RCS | Meeting with JMA regarding differences in the three remedial investigations | .30 | 63.00 |
| 01/26/03 RCS | Research rules concerning asking James Wong leading question since he is adverse to Grace's direct case;preparation of memorandum regarding same | 1.00 | 210.00 |
| 01/26/03 RCS | Research regarding preventing counsel from conferring with a sworn witness whose testimony has not concluded; preparation of memorandum regarding same | 2.00 | 420.00 |
| 01/26/03 RCS | Assist JMA with direct examination of James Wong | 2.30 | 483.00 |
| 01/27/03 JMA | Trial preparation – review and revise outline for cross examination of J. Wong | 2.00 | 680.00 |
| 01/27/03 JMA | Attend trial | 9.00 | 3060.00 |
| 01/27/03 JMA | Review reports, deposition transcripts and exhibits re: preparation of Grace expert witness; conference with Grace expert witness and consultant re: direct testimony at trial | 4.00 | 1360.00 |
| 01/27/03 MEF | Telephone calls with JMA regarding trial prep of witnesses | .20 | 45.00 |
| 01/27/03 MEF | Emails to B. Banks/J. Kelley regarding Q&A for Grace witnesses | .20 | 45.00 |
| 01/27/03 RCS | Attendance at trial before Judge Cavanaugh | 9.00 | 1890.00 |
| 01/27/03 RCS | Review documents marked and admitted into evidence and update trial FPO to reflect same | .50 | 105.00 |
| 01/27/03 RCS | Meeting with Frank Boenning regarding review of Honeywell damages invoices to determine differences of calculations | 1.50 | 315.00 |
| 01/27/03 RCS | Preparation of memorandum regarding difference in Grace's and Honeywell's invoice analysis | 1.50 | 315.00 |

W.R. GRACE & COMPANY                                      February 10, 2003
Client No.                734680              Page      22
INVOICE NO.               18561

01/28/03 JMA Trial preparation - review and revise outline        2.00    680.00
             for Grace expert direct examination; review
             demonstrative exhibits and deposition
             transcripts for Grace expert direct examination

01/28/03 JMA Attend trial                                         9.00   3060.00

01/28/03 JMA Trial preparation - review expert report,            6.00   2040.00
             deposition exhibits and transcript of Grace
             expert deposition; meeting with Grace trial
             expert re: trial testimony, demonstrative
             exhibits, outline

01/28/03 MEF Telephone call with Celia Peressini at AETS           .20     45.00
             regarding subpoena

01/28/03 RCS Attendance at trial before Judge Cavanaugh           9.50   1995.00

01/28/03 RCS Receipt and review of supplemental deposition         .30     63.00
             designation by Honeywell of M. Novar

01/28/03 RCS Review documents marked and admitted into             .50    105.00
             evidence and update FPO to reflect same

01/28/03 RCS Telephone calls to B. Banks regarding McGuire         .40     84.00
             supplemental report and Rifkin exhibits

01/28/03 KV  Update trial exhibit binders                         1.80    135.00

01/29/03 JMA Trial preparation - review and revise outline        2.50    850.00
             for Grace expert trial testimony; review
             Honeywell rebuttal expert report; conference
             with Grace expert

01/29/03 JMA Attend trial                                         9.50   3230.00

01/29/03 JMA Trial preparation - review trial and deposition      1.50    510.00
             transcripts, exhibits and photos re:
             cross-examination of J. Wong

01/29/03 MEF Telephone call with RCS regarding Honeywell           .30     67.50
             motion to strike McGuire supplemental report

01/29/03 MEF Telephone calls with JMA regarding Blanchard          .40     90.00
             deposition and testimony

01/29/03 RCS Attendance at trial before Judge Cavanaugh          10.00   2100.00

01/29/03 RCS Review Honeywell expert deposition transcripts       2.50    525.00
             and prepare cross examination for witnesses

01/30/03 JMA Trial preparation - review transcripts,              2.50    850.00
             exhibits, photos re: cross-examination of J.
             Wong; review proposed stipulation re: post
             costs

W.R. GRACE & COMPANY                                    February 10, 2003
Client No.                    734680            Page      23
INVOICE NO.                   18561

01/30/03 JMA Attend trial                                      8.00    2720.00

01/30/03 JMA Trial preparation - review Deming and Blanchard   1.50     510.00
             report re: cross-examination of Blanchard

01/30/03 MEF Prepare numerous letters regarding withdrawal      .80     180.00
             of subpoenas

01/30/03 RCS Attendance at trial before Judge Cavanaugh        8.00    1680.00

01/30/03 RCS Review correspondence from K. Millian regarding    .40      84.00
             plaintiff's exhibits requested to be moved into
             evidence and cross check against Grace's
             objections; prepare memorandum to JMA regarding
             same

01/30/03 RCS Review exhibits marked and admitted into           .40      84.00
             evidence for trial; update FPO binder regarding
             same

01/30/03 KV  Update Trial Exhibit Binders                      1.20      90.00

01/31/03 JMA Trial preparation - review Grace crossclaim and   2.60     884.00
Honeywell crossclaim re: stipulation and past
             costs; phone - C. Marraro re: same; rewrite
             Honeywell proposed Stipulation on past costs

01/31/03 JMA Trial preparation - review McGuire trial          1.30     442.00
             exhibits; prepare summary of exhibits re: 2002
             value of Site 115; phone - C. Marraro re: same

01/31/03 JMA Trial preparation - review trial exhibits and     1.50     510.00
             other documents signed by F. Faranca; phone -
             C. Marraro re: same

01/31/03 MEF Conference with JMA regarding Honeywell 2nd         .50     112.50
             Amended cross-claims for stipulation

01/31/03 RCS Meeting with JMA and C. Marraro regarding          .30      63.00
             stipulation of Grace and Honeywell's damages

01/31/03 RCS Review Grace vendor invoices under demolition,    4.50     945.00
             security and cost recovery for purposes of
             entering into stipulation of Grace damages;
             prepare analysis of same to rebut Honeywell's
             position regarding same

                                        Subtotal:    694.00   176,178.00

```
W.R. GRACE & COMPANY                              February 10, 2003
Client No.                734680             Page      24
INVOICE NO.               18561
```

## FEE APPLICATIONS, APPLICANT

| | | | | |
|---|---|---|---|---|
| 01/10/03 | MEF | Review email from L. Ferdinand regarding 6th Quarterly project summary; email to L. Ferdinand regarding same; email from L. Ferdinand regarding confirmation | .40 | 90.00 |
| 01/10/03 | MEF | Review email from C. McKinnan regarding auditor's initial report for the 6th Quarterly Fee Period; review report | .40 | 90.00 |
| 01/11/03 | MEF | Fee Application - Review December 2002 fee detail | .80 | 180.00 |
| 01/11/03 | MEF | Begin preparing 10th Monthly Fee Application (12/1/02 - 12/31/02) | .50 | 112.50 |
| 01/12/03 | MEF | Continue preparing fee application for December 2002 | 1.10 | 247.50 |
| 01/13/03 | MEF | Revise Tenth Monthly Fee Application (December 2002) | .70 | 157.50 |
| 01/13/03 | MEF | Draft response to Auditor's initial report regarding 6th Quarterly Fee Application | 1.00 | 225.00 |
| 01/14/03 | MEF | Revise fee detail regarding expenses; review revised fee detail | .70 | 157.50 |
| 01/15/03 | MEF | Revise response to Fee Auditor's Initial Report regarding the 6th Quarterly Fee Application; review local Rule 2016-2 | .90 | 202.50 |
| 01/17/03 | JMA | Fee Application - review and execution of 10th monthly fee application | 1.00 | 340.00 |
| 01/17/03 | JMA | Fee application - receipt and review of fee auditor's report on Carella, Byrne fee application for 6th interim period | .50 | 170.00 |
| 01/17/03 | MEF | Revise and finalize 10th Monthly Fee Application for 12/1/02-12/31/02 | .80 | 180.00 |
| 01/18/03 | MEF | Conference with JMA regarding response to Fee Auditor's initial report (6th Quarterly) | .60 | 135.00 |
| 01/18/03 | MEF | Revise and finalize response to Fee Auditor's Initial Report (6th Quarterly) | .60 | 135.00 |
| 01/19/03 | MEF | Fee Application - begin preparing 7th Quarterly Fee Application | 2.80 | 630.00 |
| 01/21/03 | MEF | Review revised fee detail for December | .20 | 45.00 |

W.R. GRACE & COMPANY                                February 10, 2003
Client No.                      734680        Page      25
INVOICE NO.                     18561

01/21/03 MEF Continue preparing quarterly fee application    1.80    405.00
             (Oct. - Dec. 2002)

01/22/03 MEF Fee Application - email to/from P. Cuniff        .30     67.50
             regarding filing deadlines for quarterly fee
             application

01/22/03 MEF Continue preparing 7th quarterly fee           2.70    607.50
             application

01/31/03 MEF Review email from S. Bossay at W. Smith's       .20     45.00
             office regarding response to Fee Auditor's
             Initial Report

01/31/03 MEF Review file regarding response to 6th quarterly .20     45.00
             fee application

01/31/03 MEF Email to S. Bossay regarding CBBG's response to .30     67.50
             fee auditor's initial report for 6th quarterly
             fee application

01/31/03 MEF Review email from J. Allgood regarding response .10     22.50
             to initial report for 6th quarterly fee
             application
                                                            _____   _____

                                       Subtotal:    18.60    4,357.50


TRAVEL NON-WORK

01/14/03 JK  Travel non-work - Travel to Newark (district    1.80     67.50
             court) to deliver exhibit for trial.

01/29/03 JK  Travel Non-Work - Travel to Newark to deliver   1.60     60.00
             document for trial.
                                                            _____   _____

                                       Subtotal:     3.40     127.50
                                                            -------------

Total Fees:                                                         180,663.00

```
W.R. GRACE & COMPANY                              February 10, 2003
Client No.              734680                    Page       29
INVOICE NO.             18561
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*     RATE    HOURS          FEES
J M AGNELLO                       340.00   301.80     102612.00
M E FLAX                          225.00    87.20      19620.00
J KUBERT                           75.00     3.40        127.50
RC SCRIVO                         210.00   252.10      52941.00
K VENGROW                          75.00    57.20       4290.00
J FALDUTO                          75.00    14.30       1072.50
                        TOTALS             716.00     180663.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                              February 10, 2003
Client No.              734680                     Page        26
INVOICE NO.             18561
```

Disbursements

Professional Fees

| Date | Description | Amount |
|------|-------------|--------|
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/2/03 | 104.95 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/2/3 | 65.00 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 65.00 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/2/03 | 104.95 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 75.00 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 12/31/02 | 104.95 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/2/03 | 104.95 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 104.95 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 114.95 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/2/3 | 104.95 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/2/3 | 65.00 |
| 01/06/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC.1/3/03 | 104.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/7/03 | 104.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 114.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 104.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 104.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/8/03 | 93.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/7/03 | 65.00 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 104.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 104.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 118.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 65.00 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 65.00 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/6/03 | 164.95 |

| W.R. GRACE & COMPANY | | | February 10, 2003 | |
| --- | --- | --- | --- | --- |
| Client No. | | 734680 | Page | 27 |
| INVOICE NO. | | 18561 | | |

| | | |
| --- | --- | --- |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 104.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/6/03 | 114.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 65.00 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 104.95 |
| 01/09/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/3/03 | 65.00 |
| 01/10/03 | Professional Fees - MCGUIRE, CHARLES P 12/20/02 | 164.30 |
| 01/10/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/8/03 | 97.95 |
| 01/10/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/8/03 | 122.95 |
| 01/14/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/9/03 | 122.95 |
| 01/14/03 | Professional Fees - GUARANTEED SUBPOENA SERVICE, INC. 1/10/03 | 95.95 |

                                          SUBTOTAL:   3391.10

**Travel Expense**

| | | |
| --- | --- | --- |
| 01/17/03 | Travel Expense MEF 12/19 - Parking | 5.00 |
| 01/31/03 | Travel Expense  JMA  1/27, 1/28, 1/29, 1/30 -Parking | 40.00 |
| 01/31/03 | Travel Expense JMA 1/14, 1/15, 1/16 - Parking | 36.00 |
| 01/31/03 | Travel Expense  RCS  1 17 03 - Parking | 6.95 |
| 01/31/03 | Travel Expense  RCS  1 30 03 - Parking | 8.95 |
| 01/31/03 | Travel Expense  RCS  1 16 03 - Parking | 8.95 |
| 01/31/03 | Travel Expense JMA 1/21, 1/22, 1/23 - Parking | 30.00 |

                                          SUBTOTAL:    135.85

**Meals**

| | | |
| --- | --- | --- |
| 01/06/03 | Meals JMA LIV. DELI 1/3 | 39.49 |
| 01/21/03 | Meals JMA M&M 1/21 #965738 | 34.21 |

                                          SUBTOTAL:     73.70

**Photocopies - Outside**

| | | |
| --- | --- | --- |
| 01/13/03 | Photocopies - Outside AMERICAN LEGAL 1/9 | 152.13 |
| 01/13/03 | Photocopies - Outside AMERICAN LEGAL 1/9 | 120.63 |
| 01/13/03 | Photocopies - Outside AMERICAN LEGAL 1/9 | 54.38 |
| 01/14/03 | Photocopies - Outside AMERICAN LEGAL 1/10 | 38.03 |
| 01/15/03 | Photocopies - Outside AMERICAN LEGAL 1/13 | 278.20 |
| 01/15/03 | Photocopies - Outside AMERICAN LEGAL 1/12 | 321.05 |
| 01/15/03 | Photocopies - Outside AMERICAN LEGAL 1/10 | 112.78 |
| 01/24/03 | Photocopies - Outside AMERICAN LEGAL 1/21 R-5890 | 19.27 |

                                          SUBTOTAL:   1096.47

```
W.R. GRACE & COMPANY                              February 10, 2003
Client No.              734680                     Page      28
INVOICE NO.             18561
```

Costs Advanced

| | | |
|---|---|---|
| 01/10/03 Costs Advanced (ALLIED) 1/6/03 (#8871) (easels) | | 116.79 |
| 01/31/03 Refund of Witness Fees | 12 30 02 | (55.00) |
| 01/31/03 Refund of Witness Fees | 12 30 02 | (55.00) |
| 01/31/03 Refund of Witness Fees | 12 30 02 | (55.00) |
| 01/31/03 Refund of Witness Fees | 12 30 02 | (55.00) |
| 01/31/03 Refund of Witness Fees | 01 06 03 | (48.00) |
| 01/31/03 Refund of Witness Fees | 01 06 03 | (46.00) |
| 01/31/03 Refund of Witness Fees | 12 30 02 | (55.00) |
| 01/31/03 Refund of Witness Fees | 12 30 02 | (55.00) |
| 01/31/03 Refund of Witness Fees | 12 30 02 | (55.00) |

                                    SUBTOTAL:    (362.21)

```
01/31/03 Messenger                                 73.00
01/31/03 Photocopies                             2698.25
01/31/03 Stationary and Supplies                  113.73
         (oversized poster board)
01/31/03 Faxes                                    109.00
01/31/03 Telephone                                468.78
01/31/03 Additional Staff Time                   1297.37
01/31/03 Computer Searches                        141.92
01/31/03 Federal Express                          221.31
01/31/03 Messenger - In House                      75.00
                                             -------------
Total Costs                                        9,533.27
                                             -------------
Total Due this Matter                            190,196.27
============
```