IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 24, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.1
03/04/03 10:16 AM

**EXHIBIT A**

Professional services rendered in November 30, 2002; Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/01/02 | A.E. Moran | Review status of settlement. | 0.60 |
| 11/01/02 | J.W. Johnson | Review revised draft of closing agreement received from J. Sealed Air's counsel. | 1.50 |
| 11/02/02 | A.E. Moran | Review closing agreement proposal. | 0.40 |
| 11/04/02 | J.W. Johnson | Review and revise draft closing agreement re COLI Tax issue. | 2.80 |
| 11/06/02 | A.L. Bailey | Attention to 351 tax shelter issues; review file with factual background from Ms. Finke. | 1.50 |
| 11/06/02 | B. Kaufman | Phone call with W. Johnson re: contingent liability transaction and questions re: transaction from Carol Finke. | 0.30 |
| 11/06/02 | J.W. Johnson | Teleconference with Carol Finke re contingent liability issue. | 0.50 |
| 11/06/02 | J.W. Johnson | Review bankruptcy memo and contingent liability transaction materials. | 2.00 |
| 11/06/02 | B. Kaufman | Review re: contingent liability transaction for Grace. | 0.20 |
| 11/07/02 | B. Kaufman | Research on whether Grace is eligible for contingent liability settlement initiative Rev. Proc. 2002-67. | 0.40 |
| 11/07/02 | A.E. Moran | Look at Rev. Proc 2002-67 to consider effect on Grace. | 0.30 |
| 11/07/02 | B. Kaufman | Phone call with C. Finke re: Remedium contingent liability transaction and related litigation. | 0.60 |
| 11/07/02 | B. Kaufman | Preparation of materials from Black and Decker and Quanex cases for transmittal to Carol Finke. | 1.30 |
| 11/07/02 | B. Kaufman | Review contingent liability transaction. | 0.20 |
| 11/08/02 | B. Kaufman | Phone call with Walker Johnson re: Grace settlement eligibility under Rev. Proc 2002-67. | 0.20 |
| 11/08/02 | B. Kaufman | Phone call to Jo Ann Prager at IRS re: eligibility issue for new settlement initiative. | 0.30 |

| | | | |
|---|---|---|---|
| 11/08/02 | B. Kaufman | Phone call with Carol Finke re: contingent liability transaction, preparation of outline of relevant facts and documents, and proposed meeting with witnesses. | 0.50 |
| 11/11/02 | J.W. Johnson | Teleconference re COLI closing agreement; teleconference with Grace and Tom Borders re revisions to closing agreement language. | 1.50 |
| 11/11/02 | B. Kaufman | Send information to Anne Moran re status of contingent liability transaction and work to be completed. | 0.30 |
| 11/11/02 | J.W. Johnson | Prepare outlines of contingent liability legal issues and areas for factual development; teleconference with Grace re same. | 3.00 |
| 11/11/02 | B. Kaufman | Research re: eligibility for Rev. Proc. 2002-67 settlement procedure based upon bankruptcy case. | 0.50 |
| 11/11/02 | B. Kaufman | Drafting of outline of relevant facts for Remedium contingent liability transaction for Carol Finke. | 2.10 |
| 11/11/02 | B. Kaufman | Phone call with Carol Finke and Walker Johnson re: scheduling of interviews and document review for contingent liability transaction. | 0.30 |
| 11/11/02 | B. Kaufman | Meeting with W. Johnson re: procedural issues for contingent liability transaction and audit and potential litigation in bankruptcy court and outline of relevant facts for contingent liability transaction. | 0.60 |
| 11/12/02 | B. Kaufman | Review of contingent liability transaction documents provided by Carol Finke. | 1.60 |
| 11/12/02 | B. Kaufman | Phone call with Carol Finke and Walker Johnson re: contingent liability transaction and interview of relevant witnesses. | 0.50 |
| 11/12/02 | J.W. Johnson | Teleconference with Grace re closing agreement language and contingent liability issues. | 1.00 |
| 11/12/02 | J.W. Johnson | Meeting with B. Kaufman to review factual development and procedural strategies for preparation of contingent liability issue. | 3.00 |

| | | | |
|---|---|---|---|
| 11/12/02 | A.E. Moran | Determine status of Steptoe progress on remedium issues/strategy. | 0.20 |
| 11/12/02 | B. Kaufman | Meeting with Walker Johnson re: outline of relevant facts for Remedium contingent liability transaction and interviews and document review. | 1.00 |
| 11/12/02 | B. Kaufman | Meeting with Walker Johnson re: procedural issues for audit of contingent liability transaction and potential litigation of issue in bankruptcy court | 2.00 |
| 11/13/02 | J.W. Johnson | Teleconference to Diana Lopo and Tom Borders re Fresenius and Sealed Air comments re closing agreement. | 1.00 |
| 11/13/02 | J.W. Johnson | Review documents re contingent liability transaction received from Grace. | 3.50 |
| 11/13/02 | J.W. Johnson | Revise closing agreement re COLI issue. | 1.70 |
| 11/14/02 | B. Kaufman | Research on KCAL issue whether goodwill remains with a company if trade or business associated with goodwill is transferred to another entity. | 1.00 |
| 11/14/02 | B. Kaufman | Inform A. Moran re: contingent liability transaction and potential witness interviews. | 0.20 |
| 11/14/02 | J.W. Johnson | Review Grace deposition transcripts. | 2.00 |
| 11/14/02 | B. Kaufman | Provide W. Johnson with information on Remedium facts and schedule for interviews. | 0.20 |
| 11/15/02 | J.W. Johnson | Review of documents related to contingent liability transaction; review of depositions. | 3.20 |
| 11/18/02 | B. Kaufman | Provide on information re: status of Remedium audit and plan for document review and interviews. | 0.30 |
| 11/18/02 | B. Kaufman | Review of materials with respect to Remedium transaction. | 0.30 |
| 11/18/02 | A.E. Moran | Review remedium audit and consider managers of future work. | 0.60 |
| 11/18/02 | J.W. Johnson | Review contingent liability documents. | 3.20 |
| 11/18/02 | J.W. Johnson | Participate in conference call regarding IRS contingent liability settlement program. | 1.00 |

| | | | |
|---|---|---|---|
| 11/19/02 | J.W. Johnson | Review contingent liability transaction documents received from Grace relevant to tax controversy. | 2.70 |
| 11/20/02 | J.W. Johnson | Review and revise COLI closing argument; transmit to Borders and Lopo for review. | 1.20 |
| 11/21/02 | J.W. Johnson | Review documents re contingent liability transaction. | 3.20 |
| 11/22/02 | J.W. Johnson | Review documents related to contingent liability transaction. | 2.80 |
| 11/25/02 | J.W. Johnson | Review contingent liability documents and prepare for witness interviews. | 5.50 |
| 11/25/02 | B. Kaufman | Review of District Court Order requiring Arthur Andersen to disclose documents to IRS. | 0.40 |
| 11/25/02 | B. Kaufman | Phone calls with Carol Finke re: disclosure of Grace documents for Remedium transaction and meeting with witnesses. | 0.50 |
| 11/25/02 | B. Kaufman | Meeting with W. Johnson re: disclosure of Grace Andersen documents. | 0.50 |
| 11/26/02 | J.W. Johnson | Telephone call to White and Case re Andersen documents. | 0.20 |
| 11/26/02 | J.W. Johnson | Review contingent liability documents and prepare witness interview plan; attention to Arthur Andersen notice re IRS subpoena response. | 3.30 |
| 11/26/02 | B. Kaufman | Phone call with Carol Finke re: letter and review of Andersen documents. | 0.50 |
| 11/26/02 | B. Kaufman | Meeting with Walker Johnson re: Larry Hill letter with respect to production of Andersen documents to IRS and review of documents for Remedium transaction. | 0.70 |
| 11/26/02 | B. Kaufman | Phone call with W. Johnson to White and Case re: terms of Larry Hill letter requiring disclosure of Andersen documents to IRS. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.50 | 465.00 | 697.50 |
| J.W. Johnson | 49.80 | 445.00 | 22,161.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 2.10 | 375.00 | 787.50 |
| B. Kaufman | 17.70 | 270.00 | 4,779.00 |
| Total | 71.10 | | 28,425.00 |

Total Fees-Matter 46 $28,425.00

Disbursements:

| | |
|---|---|
| Overnight Messenger | 25.05 |
| Duplicating | 755.25 |
| Duplicating Supplies | 8.60 |
| Facsimile | 19.00 |
| Long Distance Telephone | 75.36 |

Total Disbursements $895.26

Total This Matter $29,320.26

Professional services rendered in November 30, 2002: Matter 32

| | | | |
|---|---|---|---|
| 11/04/02 | A.E. Moran | BILL: Attend to email re bills, cost recaps; telephone call with auditor. | 0.30 |
| 11/10/02 | A.E. Moran | Review July-Sept. bills. | 1.80 |
| 11/15/02 | A.E. Moran | Work on monthly applications for July-Sept. 2002. | 1.00 |
| 11/19/02 | A.E. Moran | Finish applications for July-September. | 0.70 |
| 11/20/02 | A.E. Moran | Revise July-September bills. | 0.30 |
| 11/21/02 | A.E. Moran | Review and respond to auditor's court filing. | 0.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 4.40 | 375.00 | 1,650.00 |
| Total | 4.40 | | 1,650.00 |

Total Fees-Matter 32 $1,650.00

Disbursements:

Duplicating 12.00

Total Disbursements $12.00

Total This Matter $1,662.00

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227864

RUN DATE: 02/03/2003
RUN TIME: 16:56:14
PAGE: 1

012046.00102 COLI (October)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| DLFD | 11/21/02 | 00206 | Moran, Anne E. | 1.00 | 25.05 | 25.05 | | | Federal Express FROM BRIAN KAUFMAN ON 11/08/02 |
| DUPLDC | 11/07/02 | 02693 | Kaufman, Brian | 320.00 | 0.15 | 48.00 | | | |
| DUPLDC | 11/07/02 | 02693 | Kaufman, Brian | 320.00 | 0.20 | 64.00 | | | 320 PHOTOCOPIES MADE BY 2693 |
| DUPLDC | 11/07/02 | 02693 | Kaufman, Brian | 315.00 | 0.15 | 47.25 | | | |
| DUPLDC | 11/07/02 | 02693 | Kaufman, Brian | 315.00 | 0.20 | 63.00 | | | 315 PHOTOCOPIES MADE BY 2693 |
| DUPLDC | 11/07/02 | 02693 | Kaufman, Brian | 2.00 | 0.15 | 0.30 | | | |
| DUPLDC | 11/07/02 | 02693 | Kaufman, Brian | 2.00 | 0.20 | 0.40 | | | 2 PHOTOCOPIES MADE BY 2693 |
| DUPLDC | 11/07/02 | Total : | | 95.55 | | | | | |
| DUPLDC | 11/12/02 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | |
| DUPLDC | 11/12/02 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | 2 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 11/13/02 | 00101 | Johnson, J. Walker | 8.00 | 0.15 | 1.20 | | | |
| DUPLDC | 11/13/02 | 00101 | Johnson, J. Walker | 8.00 | 0.20 | 1.60 | | | 8 PHOTOCOPIES MADE BY 0101 |
| DUPLDC | 11/20/02 | 09505 | Lee, John | 1398.00 | 0.15 | 209.70 | | | |
| DUPLDC | 11/20/02 | 09505 | Lee, John | 1398.00 | 0.20 | 279.60 | | | 1398 PHOTOCOPIES MADE BY 9505 |
| DUPLDC | 11/20/02 | 09035 | Dargan, Willie | 32.00 | 0.15 | 4.80 | | | |
| DUPLDC | 11/20/02 | 09035 | Dargan, Willie | 32.00 | 0.20 | 6.40 | | | 32 PHOTOCOPIES MADE BY 9035 |
| DUPLDC | 11/20/02 | 09035 | Dargan, Willie | 1966.00 | 0.15 | 294.90 | | | |
| DUPLDC | 11/20/02 | 09035 | Dargan, Willie | 1966.00 | 0.20 | 393.20 | | | 1966 PHOTOCOPIES MADE BY 9035 |
| DUPLDC | 11/20/02 | Total : | | 509.40 | | | | | |
| DUPLDC | 11/21/02 | 00206 | Moran, Anne E. | 16.00 | 0.15 | 2.40 | | | |
| DUPLDC | 11/21/02 | 00206 | Moran, Anne E. | 16.00 | 0.20 | 3.20 | | | 16 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 11/21/02 | 00206 | Moran, Anne E. | 13.00 | 0.15 | 1.95 | | | |
| DUPLDC | 11/21/02 | 00206 | Moran, Anne E. | 13.00 | 0.20 | 2.60 | | | 13 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 11/21/02 | Total : | | 4.35 | | | | | |
| DUPLDC | 11/22/02 | 00206 | Moran, Anne E. | 17.00 | 0.15 | 2.55 | | | |
| DUPLDC | 11/22/02 | 00206 | Moran, Anne E. | 17.00 | 0.20 | 3.40 | | | 17 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 11/22/02 | 09522 | Thomas, Pamela | 851.00 | 0.15 | 127.65 | | | |
| DUPLDC | 11/22/02 | 09522 | Thomas, Pamela | 851.00 | 0.20 | 170.20 | | | 851 PHOTOCOPIES MADE BY 9522 |
| DUPLDC | 11/22/02 | Total : | | 130.20 | | | | | |
| DUPLDC | 11/25/02 | 00206 | Moran, Anne E. | 3.00 | 0.15 | 0.45 | 7.45 | | |
| DUPLDC | 11/25/02 | 00206 | Moran, Anne E. | 3.00 | 0.20 | 0.60 | | | 3 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 11/25/02 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | |
| DUPLDC | 11/25/02 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | 2 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 11/25/02 | Total : | | 0.75 | | | | | |
| DUPLDC | | Total : | | 741.75 | | Duplication | | | |
| DUSPDC | 11/08/02 | 09527 | Sullivan, Bonnie | 9.00 | 0.40 | 3.60 | | | |
| DUSPDC | 11/08/02 | 09527 | Sullivan, Bonnie | 9.00 | | 3.60 | | | 9 DISBURSEMENTS BY 9527 |
| DUSPDC | 11/08/02 | 09527 | Sullivan, Bonnie | 22.00 | 0.23 | 5.00 | | | |
| DUSPDC | 11/08/02 | 09527 | Sullivan, Bonnie | 22.00 | | 5.00 | | | 22 DISBURSEMENTS BY 9527 |
| DUSPDC | 11/08/02 | Total : | | 8.60 | | | | | |
| DUSPDC | | Total : | | 8.60 | | Dup Supplies | | | |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227864

RUN DATE: 02/03/2003
RUN TIME: 16:56:15
PAGE: 2

012046.00102 COLI (October)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| FAXDC | 11/19/02 | 00206 | Moran, Anne E. | 9.00 | 1.00 | 9.00 | | | |
| FAXDC | 11/19/02 | 00206 | Moran, Anne E. | 9.00 | 1.15 | 10.35 | | | DC Fax<br>9 pages sent to 15613621323 City: BOCA RAT Stat |
| FAXDC | 11/19/02 | 00206 | Moran, Anne E. | 8.00 | 1.00 | 8.00 | | | |
| FAXDC | 11/19/02 | 00206 | Moran, Anne E. | 8.00 | 1.15 | 9.20 | | | DC Fax<br>8 pages sent to 15613621323 City: BOCA RAT Stat |
| FAXDC | 11/19/02 | Total : | | 17.00 | | | | | |
| FAXDC | 11/29/02 | 00206 | Moran, Anne E. | 2.00 | 1.00 | 2.00 | | | |
| FAXDC | 11/29/02 | 00206 | Moran, Anne E. | 2.00 | 1.15 | 2.30 | | | DC Fax<br>2 pages sent to 14142285815 City: MILWAUKE Stat |
| FAXDC | | Total : | | 19.00 | | FAX | | | |
| FAXTDC | 11/19/02 | 00206 | Moran, Anne E. | 1.00 | 0.48 | 0.48 | | | |
| FAXTDC | 11/19/02 | 00206 | Moran, Anne E. | 1.00 | | 0.48 | | | Fax Telephone Charges<br>BOCA RATFL at 00:34 on the10THFLOR machine |
| FAXTDC | 11/19/02 | 00206 | Moran, Anne E. | 1.00 | 0.48 | 0.48 | | | |
| FAXTDC | 11/19/02 | 00206 | Moran, Anne E. | 1.00 | | 0.48 | | | Fax Telephone Charges<br>BOCA RATFL at 02:02 on the10THFLOR machine |
| FAXTDC | 11/19/02 | Total : | | 0.96 | | | | | |
| FAXTDC | 11/29/02 | 00206 | Moran, Anne E. | 1.00 | 0.16 | 0.16 | | | |
| FAXTDC | 11/29/02 | 00206 | Moran, Anne E. | 1.00 | | 0.16 | | | Fax Telephone Charges<br>MILWAUKEWI at 00:30 on theCOMMUN02 machine |
| FAXTDC | | Total : | | 1.12 | | Telephone | | | |
| LASR | 11/01/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/01/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing<br>PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 11/07/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/07/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing<br>PC LASER 1 Pages Brian Kaufman |
| LASR | 11/08/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/08/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing<br>PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 11/08/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/08/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing<br>PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 11/08/02 | Total : | | 0.30 | | | | | |
| LASR | 11/10/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/10/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing<br>PC LASER 1 Pages Anne Moran |
| LASR | 11/10/02 | 00206 | Moran, Anne E. | 36.00 | 0.15 | 5.40 | | | |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227864

012046.00102 COLI (October)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| LASR | 11/10/02 | 00206 | Moran, Anne E. | 36.00 | 0.20 | 7.20 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 36 Pages Anne Moran |
| LASR | 11/10/02 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 | | | |
| LASR | 11/10/02 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 9 Pages Anne Moran |
| LASR | 11/10/02 | 00206 | Moran, Anne E. | 14.00 | 0.15 | 2.10 | | | |
| LASR | 11/10/02 | 00206 | Moran, Anne E. | 14.00 | 0.20 | 2.80 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 14 Pages Anne Moran |
| LASR | 11/10/02 | Total : | | 9.00 | | | | | |
| LASR | 11/12/02 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 | | | |
| LASR | 11/12/02 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 9 Pages Mary Lou Ballentine |
| LASR | 11/12/02 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 | | | |
| LASR | 11/12/02 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 9 Pages Mary Lou Ballentine |
| LASR | 11/12/02 | 00206 | Moran, Anne E. | 5.00 | 0.15 | 0.75 | | | |
| LASR | 11/12/02 | 00206 | Moran, Anne E. | 5.00 | 0.20 | 1.00 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 5 Pages Mary Lou Ballentine |
| LASR | 11/12/02 | Total : | | 3.45 | | | | | |
| LASR | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 1 Pages Ellie Arroyo |
| LASR | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 11/13/02 | Total : | | 0.45 | | | | | |
| LASR | 11/15/02 | 00206 | Moran, Anne E. | 10.00 | 0.15 | 1.50 | | | |
| LASR | 11/15/02 | 00206 | Moran, Anne E. | 10.00 | 0.20 | 2.00 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 10 Pages Anne Moran |
| LASR | 11/15/02 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 | | | |
| LASR | 11/15/02 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 11 Pages Anne Moran |
| LASR | 11/15/02 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 | | | |
| LASR | 11/15/02 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 8 Pages Anne Moran |
| LASR | 11/15/02 | Total : | | 4.35 | | | | | |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 10.00 | 0.15 | 1.50 | | | |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 10.00 | 0.20 | 2.00 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 10 Pages Mary Lou Ballentine |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 | | | |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | | | PC/Network Printing |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227864

RUN DATE: 02/03/2003
RUN TIME: 16:56:16
PAGE: 4

012046.00102 COLI (October)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PC LASER 9 Pages Mary Lou Ballentine |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 12.00 | 0.15 | 1.80 | | | |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 12.00 | 0.20 | 2.40 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 12 Pages Mary Lou Ballentine |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 | | | |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 8 Pages Mary Lou Ballentine |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/18/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 1 Pages Walker Johnson |
| LASR | 11/18/02 | Total : | | 6.15 | | | | | |
| LASR | 11/19/02 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | |
| LASR | 11/19/02 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 2 Pages Mary Lou Ballentine |
| LASR | 11/19/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | |
| LASR | 11/19/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 1 Pages Anne Moran |
| LASR | 11/19/02 | Total : | | 0.45 | | | | | |
| LASR | 11/20/02 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 | | | |
| LASR | 11/20/02 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 7 Pages Walker Johnson |
| LASR | | Total : | | 25.50 | | | | | |
| TELEDC | 11/06/02 | 00206 | Moran, Anne E. | 1.00 | 0.40 | 0.40 | | | |
| TELEDC | 11/06/02 | 00206 | Moran, Anne E. | 1.00 | | 0.40 | X006225 | 5613621300 | DC Telephone |
| | | | | | | | | | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 11/07/02 | 00206 | Moran, Anne E. | 1.00 | 12.28 | 12.28 | | | |
| TELEDC | 11/07/02 | 00206 | Moran, Anne E. | 1.00 | | 12.28 | X008028 | 5613621300 | DC Telephone |
| | | | | | | | | | TELEDC 5613621300 FROM EXT. 008028 |
| TELEDC | 11/08/02 | 00206 | Moran, Anne E. | 1.00 | 0.46 | 0.46 | | | |
| TELEDC | 11/08/02 | 00206 | Moran, Anne E. | 1.00 | | 0.46 | X008028 | 5613621300 | DC Telephone |
| | | | | | | | | | TELEDC 5613621300 FROM EXT. 008028 |
| TELEDC | 11/08/02 | 00206 | Moran, Anne E. | 1.00 | 8.28 | 8.28 | | | |
| TELEDC | 11/08/02 | 00206 | Moran, Anne E. | 1.00 | | 8.28 | X008028 | 5613621300 | DC Telephone |
| | | | | | | | | | TELEDC 5613621300 FROM EXT. 008028 |
| TELEDC | 11/08/02 | Total : | | 8.74 | | | | | |
| TELEDC | 11/11/02 | 00206 | Moran, Anne E. | 1.00 | 21.91 | 21.91 | | | |
| TELEDC | 11/11/02 | 00206 | Moran, Anne E. | 1.00 | | 21.91 | X006225 | 7344140267 | DC Telephone |
| | | | | | | | | | TELEDC 7344140267 FROM EXT. 006225 |
| TELEDC | 11/11/02 | 00206 | Moran, Anne E. | 1.00 | 0.43 | 0.43 | | | |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227864

012046.00102 COLI (October)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| TELEDC | 11/11/02 | 00206 | Moran, Anne E. | 1.00 | | 0.43 | X0062253129847552 | | DC Telephone<br>TELEDC 3129847552 FROM EXT. 006225 |
| TELEDC | 11/11/02 | 00206 | Moran, Anne E. | 1.00 | 1.78 | 1.78 | | | |
| TELEDC | 11/11/02 | 00206 | Moran, Anne E. | 1.00 | | 1.78 | X0062255613621302 | | DC Telephone<br>TELEDC 5613621302 FROM EXT. 006225 |
| TELEDC | 11/11/02 | Total : | | 24.12 | | | | | |
| TELEDC | 11/12/02 | 00206 | Moran, Anne E. | 1.00 | 0.40 | 0.40 | | | |
| TELEDC | 11/12/02 | 00206 | Moran, Anne E. | 1.00 | | 0.40 | X0062255613621300 | | DC Telephone<br>TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 0.33 | 0.33 | | | |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | | 0.33 | X0062255613621300 | | DC Telephone<br>TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 0.30 | 0.30 | | | |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | | 0.30 | X0062253129847552 | | DC Telephone<br>TELEDC 3129847552 FROM EXT. 006225 |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 3.57 | 3.57 | | | |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | | 3.57 | X0062252127353475 | | DC Telephone<br>TELEDC 2127353475 FROM EXT. 006225 |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 3.66 | 3.66 | | | |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | | 3.66 | X0062255613621302 | | DC Telephone<br>TELEDC 5613621302 FROM EXT. 006225 |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 14.78 | 14.78 | | | |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | | 14.78 | X0062256013528646 | | DC Telephone<br>TELEDC 6013528646 FROM EXT. 006225 |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | 1.91 | 1.91 | | | |
| TELEDC | 11/13/02 | 00206 | Moran, Anne E. | 1.00 | | 1.91 | X0062255613621300 | | DC Telephone<br>TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 11/13/02 | Total : | | 24.55 | | | | | |
| TELEDC | 11/20/02 | 00206 | Moran, Anne E. | 1.00 | 2.15 | 2.15 | | | |
| TELEDC | 11/20/02 | 00206 | Moran, Anne E. | 1.00 | | 2.15 | X0062255613621300 | | DC Telephone<br>TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 11/26/02 | 00206 | Moran, Anne E. | 1.00 | 0.43 | 0.43 | | | |
| TELEDC | 11/26/02 | 00206 | Moran, Anne E. | 1.00 | | 0.43 | X0062253129847552 | | DC Telephone<br>TELEDC 3129847552 FROM EXT. 006225 |
| TELEDC | 11/26/02 | 00206 | Moran, Anne E. | 1.00 | 0.37 | 0.37 | | | |
| TELEDC | 11/26/02 | 00206 | Moran, Anne E. | 1.00 | | 0.37 | X0062252128198716 | | DC Telephone<br>TELEDC 2128198716 FROM EXT. 006225 |
| TELEDC | 11/26/02 | 00206 | Moran, Anne E. | 1.00 | 0.40 | 0.40 | | | |
| TELEDC | 11/26/02 | 00206 | Moran, Anne E. | 1.00 | | 0.40 | X0062255613621300 | | DC Telephone<br>TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 11/26/02 | 00206 | Moran, Anne E. | 1.00 | 0.40 | 0.40 | | | |
| TELEDC | 11/26/02 | 00206 | Moran, Anne E. | 1.00 | | 0.40 | X0062255613621300 | | DC Telephone<br>TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 11/26/02 | Total : | | 1.60 | | | | | |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227864

012046.00102 COLI (October)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| TELEDC | | Total : | | 74.24 | | Telephone | | | |
| Total : 012046.00102 COLI (October) | | | | 895.26 | | | | | |
| Report Total : | | | | 895.26 | | | | | |