IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 24, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

Professional services rendered in October: Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/01/02 | A.E. Moran | Consider bankruptcy procedures if settlement occurs. | 0.40 |
| 10/01/02 | J.W. Johnson | Teleconference with Grace and Sealed Air re COLI settlement and closing agreement issues. | 0.80 |
| 10/01/02 | A.E. Moran | Review new state COLI case. | 1.60 |
| 10/02/02 | J.M. Baxley | Review all research re state law issues and COLI to provide details to auditor; revise memorandum to auditor. | 2.00 |
| 10/02/02 | J.W. Johnson | Review closing agreement for COLI settlement and procedural research related issues. | 1.20 |
| 10/03/02 | A.E. Moran | Review IRS positions on settlement of COLI cases; consider facts in Grace case. | 2.60 |
| 10/03/02 | J.W. Johnson | Teleconference with Sealed Air, Fresenius, Grace and the IRS re COLI settlement requirements and procedures and re COLI closing agreement issues; research IRS procedures. | 2.80 |
| 10/04/02 | J.W. Johnson | Per Grace request, draft letter to IRS opting into IRS COLI settlement initiative. | 1.50 |
| 10/04/02 | A.E. Moran | Review COLI settlement and Grace response. | 3.20 |
| 10/07/02 | B. Kaufman | Provide information to W. Johnson re: settlement initiative procedures. | 0.20 |
| 10/07/02 | A.E. Moran | Telephone call with PriceWaterhouse Coopers re COLI settlement issues and whether all or most taxpayers will settle. | 0.60 |
| 10/07/02 | A.E. Moran | Telephone call with B. Kaufman re IRS settlement posture in non-COLI cases. | 0.20 |
| 10/07/02 | J.W. Johnson | Draft COLI settlement letter to IRS and transmit to Grace. | 0.80 |
| 10/07/02 | B. Kaufman | Review of settlement initiative offered by IRS. | 2.00 |
| 10/07/02 | B. Kaufman | Phone call with C. Finke re: IRS settlement initiative. | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/07/02 | B. Kaufman | Telephone call with A. Moran re: settlement initiative effect on non-COLI cases. | 0.20 |
| 10/08/02 | B. Kaufman | Telephone call with A. Moran re: other IRS tax litigation issues being considered. | 0.20 |
| 10/08/02 | A.E. Moran | Consider whether Grace will be affected by new tax litigation issues being evaluated by IRS. | 0.40 |
| 10/08/02 | B. Kaufman | Phone call with C. Finke re: IRS settlement initiative. | 0.30 |
| 10/08/02 | A.E. Moran | Telephone call with B. Kaufman re new tax litigation issues. | 0.20 |
| 10/08/02 | J.M. Baxley | Respond to Ms. Finke's request for draft legislation re: COLI; transmit e-mail and voicemail re same. | 0.30 |
| 10/09/02 | A.E. Moran | Review new information on tax transaction issues in being considered by IRS. | 0.20 |
| 10/10/02 | D.C. Noel | Telephone call to the New Hampshire Superior Court re status of transfer of Rice v. Walmart Stores and case numbers; review Complaint and Motion to Transfer. | 0.30 |
| 10/10/02 | J.M. Baxley | Respond to Ms. Finke's requests for COLI state law case information. | 0.30 |
| 10/10/02 | A.E. Moran | Consider effect of surrendering policies on IRS settlement. | 0.30 |
| 10/14/02 | J.W. Johnson | Teleconference with Carol Finke at Grace; James Tandler representing Sealed Air and Tom Borders representing Fresemius. | 0.40 |
| 10/14/02 | J.W. Johnson | Draft IRS COLI settlement letter to IRS; draft Grace and Sealed Air COLI settlement letter to IRS. | 2.00 |
| 10/16/02 | A.E. Moran | Review background re settlement IRS cases. | 0.70 |
| 10/17/02 | A.E. Moran | Review new IRS guidelines on settlement. | 0.60 |
| 10/21/02 | J.W. Johnson | Teleconference with Grace and Kirkland re tax and bankruptcy proceedings related to COLI tax settlement, and related to COLI settlement letters to IRS. | 2.20 |
| 10/22/02 | J.W. Johnson | Revise IRS settlement letters and circulate to the Grace controlled group for approval. | 1.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/22/02 | A.E. Moran | Review settlement letters. | 0.30 |
| 10/22/02 | J.W. Johnson | Teleconference with Grace, Fresenius and Sealed Air regarding COLI tax settlement and bankruptcy proceedings. | 0.50 |
| 10/23/02 | J.W. Johnson | Receive comments and revise letters to IRS re COLI settlement. | 0.50 |
| 10/24/02 | J.W. Johnson | Review draft COLI closing agreements to be submitted to IRS. | 1.20 |
| 10/25/02 | A.E. Moran | Review drafts of COLI closing agreements. | 0.80 |
| 10/25/02 | J.W. Johnson | Review alternative drafts of COLI tax closing agreement. | 1.00 |
| 10/26/02 | J.W. Johnson | Review and revise draft closing agreement for COLI settlement with IRS. | 1.50 |
| 10/28/02 | J.W. Johnson | Review and revise draft sets of four closing agreements for IRS settlement of COLI issue. | 1.00 |
| 10/28/02 | J.W. Johnson | Teleconference with Elyse Napoli-Filon re closing agreements. | 0.20 |
| 10/29/02 | A.L. Bailey | Telephone conference with client re 351 issue. | 0.80 |
| 10/29/02 | J.W. Johnson | Review newly proposed revisions to closing agreement provisions. | 2.00 |
| 10/29/02 | J.W. Johnson | Teleconference with Grace, Fresenius, and Sealed Air regarding IRS closing agreements for settlement of COLI tax issue. | 1.80 |
| 10/31/02 | J.W. Johnson | Conference call with IRS lawyers regarding COLI tax issues. | 0.40 |
| 10/31/02 | J.W. Johnson | Teleconference with Grace re COLI policy basis issue. | 0.80 |
| 10/31/02 | A.E. Moran | Review status of COLI cases of other taxpayers and policy basis issue. | 0.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 0.80 | 465.00 | 372.00 |
| J.W. Johnson | 23.60 | 445.00 | 10,502.00 |
| A.E. Moran | 12.70 | 375.00 | 4,762.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| J.M. Baxley | 2.60 | 300.00 | 780.00 |
| B. Kaufman | 3.10 | 270.00 | 837.00 |
| D.C. Noel | 0.30 | 140.00 | 42.00 |
| Total | 43.10 | | 17,295.50 |

|  |  |
|---|---|
| Total Fees- Matter 46 | $17,295.50 |

Disbursements:

| | |
|---|---|
| Overnight Messenger | 25.24 |
| Duplicating | 36.90 |
| Long Distance Telephone | 136.26 |
| Total Disbursements | $198.40 |
| Total This Matter | $17,493.90 |

For Professional Services rendered in October 2002: Matter 32

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 10/01/02 | A.E. Moran | BILL: Work on response to auditor. | 0.90 |
| 10/02/02 | A.E. Moran | BILL: Respond to questions from fee auditor. | 2.70 |
| 10/03/02 | A.E. Moran | BILL: Review expenses to respond to auditor. | 1.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 5.10 | 375.00 | 1,912.50 |
| Total | 5.10 | | 1,912.50 |

Total Fees-Matter 32     $1,912.50

Disbursements:
  Duplicating                 9.00

Total Disbursements     $9.00

Total This Matter     $1,921.50

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 224381

RUN DATE: 02/03/2003
RUN TIME: 16:55:30
PAGE: 1

012046.00001 COLI

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| FD | 10/11/02 | 00206 | Moran, Anne E. | 1.00 | 13.10 | 13.10 | | | Federal Express FOR A. MORAN TO PACHULSKI STANG ZIEHL YOU ON 10/02/02 |
| FD | 10/31/02 | 00206 | Moran, Anne E. | 1.00 | 12.14 | 12.14 | | | Federal Express FROM ANNE E MORAN ON 10/04/02 |
| | Total : | | | 25.24 | | | | | Messenger |
| DUPLDC | 10/09/02 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | 2  PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/09/02 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | |
| DUPLDC | 10/15/02 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 | | | 9  PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/15/02 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | | | |
| DUPLDC | 10/15/02 | 00206 | Moran, Anne E. | 20.00 | 0.15 | 3.00 | | | 20 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/15/02 | 00206 | Moran, Anne E. | 20.00 | 0.20 | 4.00 | | | |
| DUPLDC | 10/15/02 | Total : | | 4.35 | | | | | |
| DUPLDC | 10/18/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | 1  PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/18/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | |
| DUPLDC | 10/21/02 | 00206 | Moran, Anne E. | 13.00 | 0.15 | 1.95 | | | 13 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/21/02 | 00206 | Moran, Anne E. | 13.00 | 0.20 | 2.60 | | | |
| DUPLDC | 10/21/02 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | 2  PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/21/02 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | |
| DUPLDC | 10/21/02 | Total : | | 2.25 | | | | | |
| DUPLDC | 10/23/02 | 00206 | Moran, Anne E. | 50.00 | 0.15 | 7.50 | | | 7  PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/23/02 | 00206 | Moran, Anne E. | 50.00 | 0.20 | 10.00 | | | |
| DUPLDC | 10/27/02 | 00206 | Moran, Anne E. | 61.00 | 0.15 | 9.15 | | | 50 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/27/02 | 00206 | Moran, Anne E. | 61.00 | 0.20 | 12.20 | | | |
| DUPLDC | 10/27/02 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 | | | 61 PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/27/02 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 | | | |
| DUPLDC | 10/27/02 | Total : | | 10.20 | | | | | 7  PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/28/02 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | 2  PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 10/28/02 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | |
| | Total : | | | 25.05 | | | | | Duplicating |
| LASR | 10/01/02 | 00206 | Moran, Anne E. | 11.00 | 0.15 | 1.65 | | | PC/Network Printing |
| LASR | 10/01/02 | 00206 | Moran, Anne E. | 11.00 | 0.20 | 2.20 | | | PC LASER 11 Pages Mary Lou Ballentine |
| LASR | 10/01/02 | 00206 | Moran, Anne E. | 4.00 | 0.15 | 0.60 | | | PC/Network Printing |
| LASR | 10/01/02 | 00206 | Moran, Anne E. | 4.00 | 0.20 | 0.80 | | | PC LASER 4 Pages Anne Moran |
| LASR | 10/01/02 | 00206 | Moran, Anne E. | 5.00 | 0.15 | 0.75 | | | PC/Network Printing |
| LASR | 10/01/02 | 00206 | Moran, Anne E. | 5.00 | 0.20 | 1.00 | | | PC LASER 5 Pages Mary Lou Ballentine |
| LASR | 10/01/02 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 | | | PC/Network Printing |
| LASR | 10/01/02 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | | | PC LASER 8 Pages Mary Lou Ballentine |

EXHIBIT B

Duplicating 25.05 + 20.85 = 45.90
36.90 = 45 mailer
9.00 = 32 (bills)

```
                                            STEPTOE & JOHNSON LLP                                    RUN DATE: 02/03/2003
                                            Detail Cost Report                                       RUN TIME: 16:55:31
                                            Proforma: 224381                                         PAGE: 2

012046.00001 COLI

                Timekeeper
Cost                                                                                              Phone
Code    Date           Number   Name                Quantity   Rate    Amount   Ext.   Number   Description
====    ====           ======   ====                ========   ====    ======   ====   ======   ===========
LASR    10/01/02       Total :                          4.20
LASR    10/02/02       00206    Moran, Anne E.        11.00    0.15     1.65                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.        11.00    0.20     2.20                    PC LASER 11 Pages Mary Lou Ballentine
LASR    10/02/02       00206    Moran, Anne E.        11.00    0.15     1.65                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.        11.00    0.20     2.20                    PC LASER 11 Pages Mary Lou Ballentine
LASR    10/02/02       00206    Moran, Anne E.         1.00    0.15     0.15                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.         1.00    0.20     0.20                    PC LASER 1 Pages Mary Lou Ballentine
LASR    10/02/02       00206    Moran, Anne E.        10.00    0.15     1.50                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.        10.00    0.20     2.00                    PC LASER 10 Pages Jean Baxley
LASR    10/02/02       00206    Moran, Anne E.         5.00    0.15     0.75                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.         5.00    0.20     1.00                    PC LASER 5 Pages Anne Moran
LASR    10/02/02       00206    Moran, Anne E.         2.00    0.15     0.30                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.         2.00    0.20     0.40                    PC LASER 2 Pages Jean Baxley
LASR    10/02/02       00206    Moran, Anne E.         2.00    0.15     0.30                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.         2.00    0.20     0.40                    PC LASER 2 Pages Jean Baxley
LASR    10/02/02       00206    Moran, Anne E.         1.00    0.15     0.15                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.         1.00    0.20     0.20                    PC LASER 1 Pages Anne Moran
LASR    10/02/02       00206    Moran, Anne E.         1.00    0.15     0.15                    PC/Network Printing
LASR    10/02/02       00206    Moran, Anne E.         1.00    0.20     0.20                    PC LASER 1 Pages Mary Lou Ballentine
LASR    10/02/02       Total :                          6.60
LASR    10/03/02       00206    Moran, Anne E.         6.00    0.15     0.90                    PC/Network Printing
LASR    10/03/02       00206    Moran, Anne E.         6.00    0.20     1.20                    PC LASER 6 Pages Jean Baxley
LASR    10/03/02       00206    Moran, Anne E.         6.00    0.15     0.90                    PC/Network Printing
LASR    10/03/02       00206    Moran, Anne E.         6.00    0.20     1.20                    PC LASER 6 Pages Mary Lou Ballentine
LASR    10/03/02       00206    Moran, Anne E.         6.00    0.15     0.90                    PC/Network Printing
LASR    10/03/02       00206    Moran, Anne E.         6.00    0.20     1.20                    PC LASER 6 Pages Mary Lou Ballentine
LASR    10/03/02       00206    Moran, Anne E.         6.00    0.15     0.90                    PC/Network Printing
LASR    10/03/02       00206    Moran, Anne E.         6.00    0.20     1.20                    PC LASER 6 Pages Mary Lou Ballentine
LASR    10/03/02       00206    Moran, Anne E.         8.00    0.15     1.20                    PC/Network Printing
LASR    10/03/02       00206    Moran, Anne E.         8.00    0.20     1.60                    PC LASER 8 Pages Anne Moran
```

Handwritten annotation: Laser - bills = $9.00

```
                              STEPTOE & JOHNSON LLP              RUN DATE: 02/03/2003
                              Detail Cost Report                 RUN TIME: 16:55:31
                              Proforma: 224381                   PAGE: 3

012046.00001 COLI
```

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|
| LASR | 10/03/02 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 | | PC/Network Printing |
| LASR | 10/03/02 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | | PC LASER 8 Pages Mary Lou Ballentine |
| LASR | 10/03/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/03/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 10/04/02 Total : | | | 6.15 | | | | |
| LASR | 10/04/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/04/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Walker Johnson |
| LASR | 10/07/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/07/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Walker Johnson |
| LASR | 10/09/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/09/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Jean Baxley |
| LASR | 10/10/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/10/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Anne Moran |
| LASR | 10/14/02 | 00206 | Moran, Anne E. | 3.00 | 0.15 | 0.45 | | PC/Network Printing |
| LASR | 10/14/02 | 00206 | Moran, Anne E. | 3.00 | 0.20 | 0.60 | | PC LASER 3 Pages Walker Johnson |
| LASR | 10/14/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/14/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Walker Johnson |
| LASR | 10/17/02 Total : | | | 0.60 | | | | |
| LASR | 10/17/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/17/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 10/22/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/22/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 10/24/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/24/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 10/24/02 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 | | PC/Network Printing |
| LASR | 10/24/02 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | | PC LASER 8 Pages Mary Lou Ballentine |
| LASR | 10/28/02 Total : | | | 1.35 | | | | |
| LASR | 10/28/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 10/28/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Mary Lou Ballentine |
| LASR | 10/29/02 | 00206 | Moran, Anne E. | 0.00 | | 0.00 | | PC/Network Printing |
| LASR | 10/29/02 | 00206 | Moran, Anne E. | 0.00 | | 0.00 | | PC/Network Printing |

```
                                                    STEPTOE & JOHNSON LLP                                RUN DATE: 02/03/2003
                                                    Detail Cost Report                                  RUN TIME: 16:55:32
                                                    Proforma: 224381                                    PAGE: 4
```

012046.00001 COLI

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| LASR | 10/31/02 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 | | | PC LASER 0 Pages Mary Lou Ballentine |
| LASR | 10/31/02 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | | | PC/Network Printing |
| LASR | | Total : | | 20.85 | | | | | PC LASER 6 Pages Anne Moran |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | 0.46 | 0.46 | X006225561362130O | DC Telephone |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | | 0.46 | X006225561362130O | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | 10.26 | 10.26 | X006225212735347S | DC Telephone |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | | 10.26 | X006225212735347S | TELEDC 2127353475 FROM EXT. 006225 |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | 10.92 | 10.92 | X006225561362130O | DC Telephone |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | | 10.92 | X006225561362130O | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | 0.25 | 0.25 | X00622521273S347S | DC Telephone |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | | 0.25 | X00622521273S347S | TELEDC 2127353475 FROM EXT. 006225 |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | 3.04 | 3.04 | X006225561362130O | DC Telephone |
| TELEDC | 10/01/02 | 00206 | Moran, Anne E. | 1.00 | | 3.04 | X006225561362130O | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 10/03/02 | 00206 | Moran, Anne E. | 1.00 | 20.99 | 20.99 | X006225608250822? | DC Telephone |
| TELEDC | 10/03/02 | 00206 | Moran, Anne E. | 1.00 | | 20.99 | X006225608250822? | TELEDC 6082508227 FROM EXT. 006225 |
| TELEDC | 10/03/02 | 00206 | Moran, Anne E. | 1.00 | 0.33 | 0.33 | X006225561362130O | DC Telephone |
| TELEDC | 10/03/02 | 00206 | Moran, Anne E. | 1.00 | | 0.33 | X006225561362130O | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 10/03/02 | 00206 | Moran, Anne E. | 1.00 | 23.00 | 23.00 | X00622S60825O8227 | DC Telephone |
| TELEDC | 10/03/02 | 00206 | Moran, Anne E. | 1.00 | | 23.00 | X00622S60825O8227 | TELEDC 6082508227 FROM EXT. 006225 |
| TELEDC | 10/07/02 | 00206 | Moran, Anne E. | 1.00 | 1.82 | 1.82 | X00802855613621300 | DC Telephone |
| TELEDC | 10/07/02 | 00206 | Moran, Anne E. | 1.00 | | 1.82 | X00802855613621300 | TELEDC 5613621300 FROM EXT. 008028 |
| TELEDC | | Total : | | 44.32 | | | | | |
| TELEDC | 10/08/02 | 00206 | Moran, Anne E. | 1.00 | 0.35 | 0.35 | X006267S613621300 | DC Telephone |
| TELEDC | 10/08/02 | 00206 | Moran, Anne E. | 1.00 | | 0.35 | X006267S613621300 | TELEDC 5613621300 FROM EXT. 006267 |
| TELEDC | 10/10/02 | 00206 | Moran, Anne E. | 1.00 | 0.53 | 0.53 | X006267561362130O | DC Telephone |
| TELEDC | 10/10/02 | 00206 | Moran, Anne E. | 1.00 | | 0.53 | X006267561362130O | TELEDC 5613621300 FROM EXT. 006267 |
| TELEDC | 10/10/02 | 00206 | Moran, Anne E. | 1.00 | 0.53 | 0.53 | X006267S613621300 | DC Telephone |
| TELEDC | 10/10/02 | 00206 | Moran, Anne E. | 1.00 | | 0.53 | X006267S613621300 | |

24.93

```
                                                          STEPTOE & JOHNSON LLP                              RUN DATE: 02/03/2003
                                                          Detail Cost Report                                 RUN TIME: 16:55:33
                                                          Proforma: 224381                                   PAGE: 5

012046.00001 COLI

Cost        Timekeeper
Code  Date  Number  Name                Quantity  Rate   Amount  Ext.              Phone Number   Description
====  ====  ======  ==================  ========  ====   ======  ================= ============  ===========
TELEDC 10/10/02 00206 Moran, Anne E.        1.00  0.46     0.46  X003779603883646               DC Telephone
TELEDC 10/10/02 00206 Moran, Anne E.        1.00  0.46     0.46                                  TELEDC 6038836461 FROM EXT. 0037779
       10/10/02 Total :                     1.52           0.56
TELEDC 10/14/02 00206 Moran, Anne E.        1.00  0.56     0.56  X006225561362130               DC Telephone
TELEDC 10/14/02 00206 Moran, Anne E.        1.00  0.56     0.56                                  TELEDC 5613621300 FROM EXT. 006225
       10/14/02 Total :                     0.96           0.40
TELEDC 10/14/02 00206 Moran, Anne E.        1.00  0.40     0.40  X006225212735288               DC Telephone
TELEDC 10/14/02 00206 Moran, Anne E.        1.00  0.40     0.40                                  TELEDC 2127352882 FROM EXT. 006225
TELEDC 10/16/02 00206 Moran, Anne E.        1.00  0.36     0.36  X006225312984755               DC Telephone
TELEDC 10/16/02 00206 Moran, Anne E.        1.00  0.36     0.36                                  TELEDC 3129847552 FROM EXT. 006225
TELEDC 10/16/02 00206 Moran, Anne E.        1.00  1.39     1.39  X006225561362130               DC Telephone
TELEDC 10/16/02 00206 Moran, Anne E.        1.00  1.39     1.39                                  TELEDC 5613621300 FROM EXT. 006225
       10/16/02 Total :                     1.75           2.41
TELEDC 10/21/02 00206 Moran, Anne E.        1.00  2.41     2.41  X006225561362130               DC Telephone
TELEDC 10/21/02 00206 Moran, Anne E.        1.00  2.41     2.41                                  TELEDC 5613621302 FROM EXT. 006225
TELEDC 10/24/02 00206 Moran, Anne E.        1.00  0.59     0.59  X006225561362131               DC Telephone
TELEDC 10/24/02 00206 Moran, Anne E.        1.00  0.59     0.59                                  TELEDC 5613621312 FROM EXT. 006225
TELEDC 10/25/02 00206 Moran, Anne E.        1.00  0.33     0.33  X003563561362155               DC Telephone
TELEDC 10/25/02 00206 Moran, Anne E.        1.00  0.33     0.33                                  TELEDC 5613621551 FROM EXT. 003563
TELEDC 10/28/02 00206 Moran, Anne E.        1.00  1.91     1.91  X006225561362131               DC Telephone
TELEDC 10/28/02 00206 Moran, Anne E.        1.00  1.91     1.91                                  TELEDC 5613621312 FROM EXT. 006225
TELEDC 10/29/02 00206 Moran, Anne E.        1.00  9.63     9.63  X006225253838896               DC Telephone
TELEDC 10/29/02 00206 Moran, Anne E.        1.00  9.63     9.63                                  TELEDC 2253838961 FROM EXT. 006225
TELEDC 10/29/02 00206 Moran, Anne E.        1.00 27.72    27.72  X006225253838896               DC Telephone
TELEDC 10/29/02 00206 Moran, Anne E.        1.00 27.72    27.72                                  TELEDC 2253838961 FROM EXT. 006225
       10/29/02 Total :                    37.35
TELEDC 10/31/02 00206 Moran, Anne E.        1.00 18.02    18.02  X006225601354108               DC Telephone
TELEDC 10/31/02 00206 Moran, Anne E.        1.00 18.02    18.02                                  TELEDC 6013541086 FROM EXT. 006225

                                  Total :                136.26
```

LT Telephone

```
                                          STEPTOE & JOHNSON LLP              RUN DATE: 02/03/2003
                                          Detail Cost Report                 RUN TIME: 16:55:33
                                          Proforma: 224381                   PAGE: 6

012046.00001 COLI

Cost         Timekeeper
Code  Date   Number   Name        Quantity  Rate  Amount  Ext.  Phone Number  Description
====  ====   ======   ====        ========  ====  ======  ====  ============  ===========

Total : 012046.00001 COLI                   207.40

Report Total :                              207.40
```