IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 24, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.1
03/04/03 10:16 AM

-1-

**EXHIBIT A**

Professional services rendered in November 30, 2002; Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/01/02 | A.E. Moran | Review status of settlement. | 0.60 |
| 11/01/02 | J.W. Johnson | Review revised draft of closing agreement received from J. Sealed Air's counsel. | 1.50 |
| 11/02/02 | A.E. Moran | Review closing agreement proposal. | 0.40 |
| 11/04/02 | J.W. Johnson | Review and revise draft closing agreement re COLI Tax issue. | 2.80 |
| 11/06/02 | A.L. Bailey | Attention to 351 tax shelter issues; review file with factual background from Ms. Finke. | 1.50 |
| 11/06/02 | B. Kaufman | Phone call with W. Johnson re: contingent liability transaction and questions re: transaction from Carol Finke. | 0.30 |
| 11/06/02 | J.W. Johnson | Teleconference with Carol Finke re contingent liability issue. | 0.50 |
| 11/06/02 | J.W. Johnson | Review bankruptcy memo and contingent liability transaction materials. | 2.00 |
| 11/06/02 | B. Kaufman | Review re: contingent liability transaction for Grace. | 0.20 |
| 11/07/02 | B. Kaufman | Research on whether Grace is eligible for contingent liability settlement initiative Rev. Proc. 2002-67. | 0.40 |
| 11/07/02 | A.E. Moran | Look at Rev. Proc 2002-67 to consider effect on Grace. | 0.30 |
| 11/07/02 | B. Kaufman | Phone call with C. Finke re: Remedium contingent liability transaction and related litigation. | 0.60 |
| 11/07/02 | B. Kaufman | Preparation of materials from Black and Decker and Quanex cases for transmittal to Carol Finke. | 1.30 |
| 11/07/02 | B. Kaufman | Review contingent liability transaction. | 0.20 |
| 11/08/02 | B. Kaufman | Phone call with Walker Johnson re: Grace settlement eligibility under Rev. Proc 2002-67. | 0.20 |
| 11/08/02 | B. Kaufman | Phone call to Jo Ann Prager at IRS re: eligibility issue for new settlement initiative. | 0.30 |

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 11/08/02 | B. Kaufman | Phone call with Carol Finke re: contingent liability transaction, preparation of outline of relevant facts and documents, and proposed meeting with witnesses. | 0.50 |
| 11/11/02 | J.W. Johnson | Teleconference re COLI closing agreement; teleconference with Grace and Tom Borders re revisions to closing agreement language. | 1.50 |
| 11/11/02 | B. Kaufman | Send information to Anne Moran re status of contingent liability transaction and work to be completed. | 0.30 |
| 11/11/02 | J.W. Johnson | Prepare outlines of contingent liability legal issues and areas for factual development; teleconference with Grace re same. | 3.00 |
| 11/11/02 | B. Kaufman | Research re: eligibility for Rev. Proc. 2002-67 settlement procedure based upon bankruptcy case. | 0.50 |
| 11/11/02 | B. Kaufman | Drafting of outline of relevant facts for Remedium contingent liability transaction for Carol Finke. | 2.10 |
| 11/11/02 | B. Kaufman | Phone call with Carol Finke and Walker Johnson re: scheduling of interviews and document review for contingent liability transaction. | 0.30 |
| 11/11/02 | B. Kaufman | Meeting with W. Johnson re: procedural issues for contingent liability transaction and audit and potential litigation in bankruptcy court and outline of relevant facts for contingent liability transaction. | 0.60 |
| 11/12/02 | B. Kaufman | Review of contingent liability transaction documents provided by Carol Finke. | 1.60 |
| 11/12/02 | B. Kaufman | Phone call with Carol Finke and Walker Johnson re: contingent liability transaction and interview of relevant witnesses. | 0.50 |
| 11/12/02 | J.W. Johnson | Teleconference with Grace re closing agreement language and contingent liability issues. | 1.00 |
| 11/12/02 | J.W. Johnson | Meeting with B. Kaufman to review factual development and procedural strategies for preparation of contingent liability issue. | 3.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/12/02 | A.E. Moran | Determine status of Steptoe progress on remedium issues/strategy. | 0.20 |
| 11/12/02 | B. Kaufman | Meeting with Walker Johnson re: outline of relevant facts for Remedium contingent liability transaction and interviews and document review. | 1.00 |
| 11/12/02 | B. Kaufman | Meeting with Walker Johnson re: procedural issues for audit of contingent liability transaction and potential litigation of issue in bankruptcy court | 2.00 |
| 11/13/02 | J.W. Johnson | Teleconference to Diana Lopo and Tom Borders re Fresenius and Sealed Air comments re closing agreement. | 1.00 |
| 11/13/02 | J.W. Johnson | Review documents re contingent liability transaction received from Grace. | 3.50 |
| 11/13/02 | J.W. Johnson | Revise closing agreement re COLI issue. | 1.70 |
| 11/14/02 | B. Kaufman | Research on KCAL issue whether goodwill remains with a company if trade or business associated with goodwill is transferred to another entity. | 1.00 |
| 11/14/02 | B. Kaufman | Inform A. Moran re: contingent liability transaction and potential witness interviews. | 0.20 |
| 11/14/02 | J.W. Johnson | Review Grace deposition transcripts. | 2.00 |
| 11/14/02 | B. Kaufman | Provide W. Johnson with information on Remedium facts and schedule for interviews. | 0.20 |
| 11/15/02 | J.W. Johnson | Review of documents related to contingent liability transaction; review of depositions. | 3.20 |
| 11/18/02 | B. Kaufman | Provide on information re: status of Remedium audit and plan for document review and interviews. | 0.30 |
| 11/18/02 | B. Kaufman | Review of materials with respect to Remedium transaction. | 0.30 |
| 11/18/02 | A.E. Moran | Review remedium audit and consider managers of future work. | 0.60 |
| 11/18/02 | J.W. Johnson | Review contingent liability documents. | 3.20 |
| 11/18/02 | J.W. Johnson | Participate in conference call regarding IRS contingent liability settlement program. | 1.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/19/02 | J.W. Johnson | Review contingent liability transaction documents received from Grace relevant to tax controversy. | 2.70 |
| 11/20/02 | J.W. Johnson | Review and revise COLI closing argument; transmit to Borders and Lopo for review. | 1.20 |
| 11/21/02 | J.W. Johnson | Review documents re contingent liability transaction. | 3.20 |
| 11/22/02 | J.W. Johnson | Review documents related to contingent liability transaction. | 2.80 |
| 11/25/02 | J.W. Johnson | Review contingent liability documents and prepare for witness interviews. | 5.50 |
| 11/25/02 | B. Kaufman | Review of District Court Order requiring Arthur Andersen to disclose documents to IRS. | 0.40 |
| 11/25/02 | B. Kaufman | Phone calls with Carol Finke re: disclosure of Grace documents for Remedium transaction and meeting with witnesses. | 0.50 |
| 11/25/02 | B. Kaufman | Meeting with W. Johnson re: disclosure of Grace Andersen documents. | 0.50 |
| 11/26/02 | J.W. Johnson | Telephone call to White and Case re Andersen documents. | 0.20 |
| 11/26/02 | J.W. Johnson | Review contingent liability documents and prepare witness interview plan; attention to Arthur Andersen notice re IRS subpoena response. | 3.30 |
| 11/26/02 | B. Kaufman | Phone call with Carol Finke re: letter and review of Andersen documents. | 0.50 |
| 11/26/02 | B. Kaufman | Meeting with Walker Johnson re: Larry Hill letter with respect to production of Andersen documents to IRS and review of documents for Remedium transaction. | 0.70 |
| 11/26/02 | B. Kaufman | Phone call with W. Johnson to White and Case re: terms of Larry Hill letter requiring disclosure of Andersen documents to IRS. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 1.50 | 465.00 | 697.50 |
| J.W. Johnson | 49.80 | 445.00 | 22,161.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 2.10 | 375.00 | 787.50 |
| B. Kaufman | 17.70 | 270.00 | 4,779.00 |
| Total | 71.10 | | 28,425.00 |

|  |  |
|---|---|
| Total Fees-Matter 46 | $28,425.00 |

Disbursements:

| | |
|---|---|
| Overnight Messenger | 25.05 |
| Duplicating | 755.25 |
| Duplicating Supplies | 8.60 |
| Facsimile | 19.00 |
| Long Distance Telephone | 75.36 |
| Total Disbursements | $895.26 |
| Total This Matter | $29,320.26 |

Professional services rendered in November 30, 2002: Matter 32

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/04/02 | A.E. Moran | BILL: Attend to email re bills, cost recaps; telephone call with auditor. | 0.30 |
| 11/10/02 | A.E. Moran | Review July-Sept. bills. | 1.80 |
| 11/15/02 | A.E. Moran | Work on monthly applications for July-Sept. 2002. | 1.00 |
| 11/19/02 | A.E. Moran | Finish applications for July-September. | 0.70 |
| 11/20/02 | A.E. Moran | Revise July-September bills. | 0.30 |
| 11/21/02 | A.E. Moran | Review and respond to auditor's court filing. | 0.30 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 4.40 | 375.00 | 1,650.00 |
| Total | 4.40 | | 1,650.00 |

|  |  |  |
|---|---|---|
|  | Total Fees-Matter 32 | $1,650.00 |
| Disbursements: |  |  |
| Duplicating | 12.00 |  |
|  | Total Disbursements | $12.00 |
|  | Total This Matter | $1,662.00 |

```
                                                                              RUN DATE: 02/03/2003
                                                                              RUN TIME: 16:56:14
                                                                              PAGE: 1

                                    STEPTOE & JOHNSON LLP
                                    Detail Cost Report
                                    Proforma: 227864

012046.00102 COLI (October)

Cost              Timekeeper
Code     Date     Number  Name                 Quantity   Rate   Amount   Ext.  Phone Number  Description
======== ======== ======= ==================== ========= ====== ========= ===== ============= ==================================
DLFD     11/21/02 00206   Moran, Anne E.            1.00  25.05    25.05                      Federal Express FROM BRIAN KAUFMAN ON 11/08/02
DUPLDC   11/07/02 02693   Kaufman, Brian          320.00   0.15    48.00                      320  PHOTOCOPIES MADE BY 2693
DUPLDC   11/07/02 02693   Kaufman, Brian          320.00   0.20    64.00
DUPLDC   11/07/02 02693   Kaufman, Brian          315.00   0.15    47.25                      315  PHOTOCOPIES MADE BY 2693
DUPLDC   11/07/02 02693   Kaufman, Brian          315.00   0.20    63.00
DUPLDC   11/07/02 02693   Kaufman, Brian            2.00   0.15     0.30                        2  PHOTOCOPIES MADE BY 2693
DUPLDC   11/07/02 02693   Kaufman, Brian            2.00   0.20     0.40
DUPLDC   11/07/02 Total :                                         95.55
DUPLDC   11/12/02 00206   Moran, Anne E.            2.00   0.15     0.30
DUPLDC   11/12/02 00206   Moran, Anne E.            2.00   0.20     0.40                        2  PHOTOCOPIES MADE BY 0206
DUPLDC   11/13/02 00101   Johnson, J. Walker        8.00   0.15     1.20
DUPLDC   11/13/02 00101   Johnson, J. Walker        8.00   0.20     1.60                        8  PHOTOCOPIES MADE BY 0101
DUPLDC   11/20/02 09505   Lee, John              1398.00   0.15   209.70
DUPLDC   11/20/02 09505   Lee, John              1398.00   0.20   279.60                     1398  PHOTOCOPIES MADE BY 9505
DUPLDC   11/20/02 09035   Dargan, Willie           32.00   0.15     4.80
DUPLDC   11/20/02 09035   Dargan, Willie           32.00   0.20     6.40                       32  PHOTOCOPIES MADE BY 9035
DUPLDC   11/20/02 09035   Dargan, Willie         1966.00   0.15   294.90
DUPLDC   11/20/02 09035   Dargan, Willie         1966.00   0.20   393.20                     1966  PHOTOCOPIES MADE BY 9035
DUPLDC   11/20/02 Total :                                        509.40
DUPLDC   11/21/02 00206   Moran, Anne E.           16.00   0.15     2.40
DUPLDC   11/21/02 00206   Moran, Anne E.           16.00   0.20     3.20                       16  PHOTOCOPIES MADE BY 0206
DUPLDC   11/21/02 00206   Moran, Anne E.           13.00   0.15     1.95
DUPLDC   11/21/02 00206   Moran, Anne E.           13.00   0.20     2.60                       13  PHOTOCOPIES MADE BY 0206
DUPLDC   11/21/02 Total :                                          4.35
DUPLDC   11/22/02 00206   Moran, Anne E.           17.00   0.15     2.55
DUPLDC   11/22/02 00206   Moran, Anne E.           17.00   0.20     3.40                       17  PHOTOCOPIES MADE BY 0206
DUPLDC   11/22/02 09522   Thomas, Pamela          851.00   0.15   127.65
DUPLDC   11/22/02 09522   Thomas, Pamela          851.00   0.20   170.20                      851  PHOTOCOPIES MADE BY 9522
DUPLDC   11/22/02 Total :                                        130.20
DUPLDC   11/25/02 00206   Moran, Anne E.            3.00   0.15     0.45
DUPLDC   11/25/02 00206   Moran, Anne E.            3.00   0.20     0.60                        3  PHOTOCOPIES MADE BY 0206
DUPLDC   11/25/02 00206   Moran, Anne E.            2.00   0.15     0.30
DUPLDC   11/25/02 00206   Moran, Anne E.            2.00   0.20     0.40                        2  PHOTOCOPIES MADE BY 0206
DUPLDC   11/25/02 Total :                                          0.75

DUPLDC            Total :                                        741.75              Duplication

DUSPDC   11/08/02 09527   Sullivan, Bonnie          9.00   0.40     3.60
DUSPDC   11/08/02 09527   Sullivan, Bonnie          9.00            3.60                        9  DISBURSEMENTS BY 9527
DUSPDC   11/08/02 09527   Sullivan, Bonnie         22.00   0.23     5.00
DUSPDC   11/08/02 09527   Sullivan, Bonnie         22.00            5.00                       22  DISBURSEMENTS BY 9527
DUSPDC   11/08/02 Total :                                          8.60        Dup Supplies

DUSPDC            Total :                                          8.60
```

```
                                              STEPTOE & JOHNSON LLP                              RUN DATE: 02/03/2003
                                              Detail Cost Report                                 RUN TIME: 16:56:15
                                              Proforma: 227864                                              PAGE: 2

012046.00102 COLI (October)

Cost            Timekeeper
Code    Date    Number  Name                     Quantity  Rate    Amount   Ext.   Phone Number   Description
======  ======= ======= ======================== ========  ======  =======  =====  =============  ============================================
FAXDC   11/19/02 00206  Moran, Anne E.               9.00  1.00      9.00                         DC Fax
FAXDC   11/19/02 00206  Moran, Anne E.               9.00  1.15     10.35                         9 pages sent to   15613621323 City: BOCA RAT Stat

FAXDC   11/19/02 00206  Moran, Anne E.               8.00  1.00      8.00                         DC Fax
FAXDC   11/19/02 00206  Moran, Anne E.               8.00  1.15      9.20                         8 pages sent to   15613621323 City: BOCA RAT Stat

FAXDC   11/29/02 00206  Moran, Anne E.               2.00  1.00      2.00                         DC Fax
FAXDC   11/29/02 00206  Moran, Anne E.               2.00  1.15      2.30                         2 pages sent to   14142285815 City: MILWAUKE Stat

FAXDC   11/19/02 Total :                            17.00
FAXDC           Total :                             19.00                  FAX

FAXTDC  11/19/02 00206  Moran, Anne E.               1.00  0.48      0.48                         Fax Telephone Charges
FAXTDC  11/19/02 00206  Moran, Anne E.               1.00  0.48      0.48                         BOCA RATFL at 00:34 on the10THFLOR machine

FAXTDC  11/19/02 00206  Moran, Anne E.               1.00  0.48      0.48                         Fax Telephone Charges
FAXTDC  11/19/02 00206  Moran, Anne E.               1.00  0.48      0.48                         BOCA RATFL at 02:02 on the10THFLOR machine

FAXTDC  11/29/02 00206  Moran, Anne E.               1.00  0.16      0.16                         Fax Telephone Charges
FAXTDC  11/29/02 00206  Moran, Anne E.               1.00  0.16      0.16                         MILWAUKEWI at 00:30 on theCOMMUN02 machine

FAXTDC  11/19/02 Total :                             0.96
FAXTDC          Total :                              1.12                  Telephone

LASR    11/01/02 00206  Moran, Anne E.               1.00  0.15      0.15                         PC/Network Printing
LASR    11/01/02 00206  Moran, Anne E.               1.00  0.20      0.20                         PC LASER 1 Pages Mary Lou Ballentine

LASR    11/07/02 00206  Moran, Anne E.               1.00  0.15      0.15                         PC/Network Printing
LASR    11/07/02 00206  Moran, Anne E.               1.00  0.20      0.20                         PC LASER 1 Pages Brian Kaufman

LASR    11/08/02 00206  Moran, Anne E.               1.00  0.15      0.15                         PC/Network Printing
LASR    11/08/02 00206  Moran, Anne E.               1.00  0.20      0.20                         PC LASER 1 Pages Mary Lou Ballentine

LASR    11/08/02 00206  Moran, Anne E.               1.00  0.15      0.15                         PC/Network Printing
LASR    11/08/02 00206  Moran, Anne E.               1.00  0.20      0.20                         PC LASER 1 Pages Mary Lou Ballentine

LASR    11/08/02 Total :                             0.30
LASR    11/10/02 00206  Moran, Anne E.               1.00  0.15      0.15                         PC/Network Printing
LASR    11/10/02 00206  Moran, Anne E.               1.00  0.20      0.20                         PC LASER 1 Pages Anne Moran

LASR    11/10/02 00206  Moran, Anne E.              36.00  0.15      5.40
```

```
                                                         STEPTOE & JOHNSON LLP                        RUN DATE: 02/03/2003
                                                          Detail Cost Report                          RUN TIME: 16:56:16
                                                          Proforma: 227864                                      PAGE: 3

012046.00102 COLI (October)

Cost         Timekeeper
Code  Date   Number  Name              Quantity  Rate   Amount  Ext.  Phone Number  Description
====  ====   ======  ================= ========  =====  ======  ====  ============  ===========================================
LASR  11/10/02 00206 Moran, Anne E.       36.00   0.20    7.20                       PC/Network Printing
                                                                                     PC LASER 36 Pages Anne Moran

LASR  11/10/02 00206 Moran, Anne E.        9.00   0.15    1.35                       PC/Network Printing
LASR  11/10/02 00206 Moran, Anne E.        9.00   0.20    1.80                       PC LASER 9 Pages Anne Moran

LASR  11/10/02 00206 Moran, Anne E.       14.00   0.15    2.10                       PC/Network Printing
LASR  11/10/02 00206 Moran, Anne E.       14.00   0.20    2.80                       PC LASER 14 Pages Anne Moran

11/10/02 Total :                                          9.00

LASR  11/12/02 00206 Moran, Anne E.        9.00   0.15    1.35                       PC/Network Printing
LASR  11/12/02 00206 Moran, Anne E.        9.00   0.20    1.80                       PC LASER 9 Pages Mary Lou Ballentine

LASR  11/12/02 00206 Moran, Anne E.        9.00   0.15    1.35                       PC/Network Printing
LASR  11/12/02 00206 Moran, Anne E.        9.00   0.20    1.80                       PC LASER 9 Pages Mary Lou Ballentine

LASR  11/12/02 00206 Moran, Anne E.        5.00   0.15    0.75                       PC/Network Printing
LASR  11/12/02 00206 Moran, Anne E.        5.00   0.20    1.00                       PC LASER 5 Pages Mary Lou Ballentine

11/12/02 Total :                                          3.45

LASR  11/13/02 00206 Moran, Anne E.        1.00   0.15    0.15                       PC/Network Printing
LASR  11/13/02 00206 Moran, Anne E.        1.00   0.20    0.20                       PC LASER 1 Pages Ellie Arroyo

LASR  11/13/02 00206 Moran, Anne E.        1.00   0.15    0.15                       PC/Network Printing
LASR  11/13/02 00206 Moran, Anne E.        1.00   0.20    0.20                       PC LASER 1 Pages Mary Lou Ballentine

LASR  11/13/02 00206 Moran, Anne E.        1.00   0.15    0.15                       PC/Network Printing
LASR  11/13/02 00206 Moran, Anne E.        1.00   0.20    0.20                       PC LASER 1 Pages Mary Lou Ballentine

11/13/02 Total :                                          0.45

LASR  11/15/02 00206 Moran, Anne E.       10.00   0.15    1.50                       PC/Network Printing
LASR  11/15/02 00206 Moran, Anne E.       10.00   0.20    2.00                       PC LASER 10 Pages Anne Moran

LASR  11/15/02 00206 Moran, Anne E.       11.00   0.15    1.65                       PC/Network Printing
LASR  11/15/02 00206 Moran, Anne E.       11.00   0.20    2.20                       PC LASER 11 Pages Anne Moran

LASR  11/15/02 00206 Moran, Anne E.        8.00   0.15    1.20                       PC/Network Printing
LASR  11/15/02 00206 Moran, Anne E.        8.00   0.20    1.60                       PC LASER 8 Pages Anne Moran

11/15/02 Total :                                          4.35

LASR  11/18/02 00206 Moran, Anne E.       10.00   0.15    1.50                       PC/Network Printing
LASR  11/18/02 00206 Moran, Anne E.       10.00   0.20    2.00                       PC LASER 10 Pages Mary Lou Ballentine

LASR  11/18/02 00206 Moran, Anne E.        9.00   0.15    1.35                       PC/Network Printing
LASR  11/18/02 00206 Moran, Anne E.        9.00   0.20    1.80                       PC/Network Printing
```

```
                                                     STEPTOE & JOHNSON LLP                        RUN DATE: 02/03/2003
                                                      Detail Cost Report                          RUN TIME: 16:56:16
                                                       Proforma: 227864                                     PAGE:    4

012046.00102 COLI (October)

Cost              Timekeeper
Code    Date      Number   Name               Quantity   Rate     Amount   Ext.         Phone Number   Description
======  ========  ======== ==================  ========  =======  =======  ============ ============  ===========================

LASR    11/18/02  00206    Moran, Anne E.       12.00    0.15      1.80                               PC LASER 9 Pages Mary Lou Ballentine
LASR    11/18/02  00206    Moran, Anne E.       12.00    0.20      2.40                               PC/Network Printing
                                                                                                      PC LASER 12 Pages Mary Lou Ballentine
LASR    11/18/02  00206    Moran, Anne E.        1.00    0.15      0.15                               PC/Network Printing
LASR    11/18/02  00206    Moran, Anne E.        1.00    0.20      0.20                               PC LASER 1 Pages Mary Lou Ballentine

LASR    11/18/02  00206    Moran, Anne E.        8.00    0.15      1.20                               PC/Network Printing
LASR    11/18/02  00206    Moran, Anne E.        8.00    0.20      1.60                               PC LASER 8 Pages Mary Lou Ballentine

LASR    11/18/02  00206    Moran, Anne E.        1.00    0.15      0.15                               PC/Network Printing
LASR    11/18/02  00206    Moran, Anne E.        1.00    0.20      0.20                               PC LASER 1 Pages Walker Johnson

LASR    11/18/02  Total :                        6.15

LASR    11/19/02  00206    Moran, Anne E.        2.00    0.15      0.30                               PC/Network Printing
LASR    11/19/02  00206    Moran, Anne E.        2.00    0.20      0.40                               PC LASER 2 Pages Mary Lou Ballentine

LASR    11/19/02  00206    Moran, Anne E.        1.00    0.15      0.15                               PC/Network Printing
LASR    11/19/02  00206    Moran, Anne E.        1.00    0.20      0.20                               PC LASER 1 Pages Anne Moran

LASR    11/19/02  Total :                        0.45

LASR    11/20/02  00206    Moran, Anne E.        7.00    0.15      1.05                               PC/Network Printing
LASR    11/20/02  00206    Moran, Anne E.        7.00    0.20      1.40                               PC LASER 7 Pages Walker Johnson

LASR              Total :                       25.50

TELEDC  11/06/02  00206    Moran, Anne E.        1.00    0.40      0.40                               DC Telephone
TELEDC  11/06/02  00206    Moran, Anne E.        1.00    0.40      0.40    X00622255613621300         TELEDC 5613621300 FROM EXT. 006225

TELEDC  11/07/02  00206    Moran, Anne E.        1.00   12.28     12.28                               DC Telephone
TELEDC  11/07/02  00206    Moran, Anne E.        1.00   12.28     12.28    X00802855613621300         TELEDC 5613621300 FROM EXT. 008028

TELEDC  11/08/02  00206    Moran, Anne E.        1.00    0.46      0.46                               DC Telephone
TELEDC  11/08/02  00206    Moran, Anne E.        1.00    0.46      0.46    X00802855613621300         TELEDC 5613621300 FROM EXT. 008028

TELEDC  11/08/02  00206    Moran, Anne E.        1.00    8.28      8.28                               DC Telephone
TELEDC  11/08/02  00206    Moran, Anne E.        1.00    8.28      8.28    X00802855613621300         TELEDC 5613621300 FROM EXT. 008028

TELEDC  11/08/02  Total :                        8.74

TELEDC  11/11/02  00206    Moran, Anne E.        1.00   21.91     21.91                               DC Telephone
TELEDC  11/11/02  00206    Moran, Anne E.        1.00   21.91     21.91    X00622573441402 67         TELEDC 7344140267 FROM EXT. 006225

TELEDC  11/11/02  00206    Moran, Anne E.        1.00    0.43      0.43                               DC Telephone
```

*Handwritten annotations: "4.80", "4.05" near the $1.05 amount; "Duplication" written near the 25.50 total line.*

```
                                                        RUN DATE: 02/03/2003
                                                        RUN TIME: 16:56:17
                                                             PAGE: 5
                          STEPTOE & JOHNSON LLP
                           Detail Cost Report
                            Proforma: 227864

012046.00102 COLI (October)

Cost         Timekeeper
Code   Date    Number  Name                  Quantity  Rate    Amount  Ext.              Phone Number         Description
=====  =====   ======= ====                  ========  ====    ======  ====              ============         ===========
TELEDC 11/11/02 00206  Moran, Anne E.           1.00                     0.43 X006225311  3129847552           DC Telephone
                                                                                                               TELEDC 3129847552 FROM EXT. 006225

TELEDC 11/11/02 00206  Moran, Anne E.           1.00    1.78    1.78                                           DC Telephone
TELEDC 11/11/02 00206  Moran, Anne E.           1.00            1.78 X00622556136213 02                        TELEDC 5613621302 FROM EXT. 006225

TELEDC 11/11/02 Total :                        24.12

TELEDC 11/12/02 00206  Moran, Anne E.           1.00    0.40    0.40                                           DC Telephone
TELEDC 11/12/02 00206  Moran, Anne E.           1.00            0.40 X00622556136213 00                        TELEDC 5613621300 FROM EXT. 006225

TELEDC 11/13/02 00206  Moran, Anne E.           1.00    0.33    0.33                                           DC Telephone
TELEDC 11/13/02 00206  Moran, Anne E.           1.00            0.33 X00622556136213 00                        TELEDC 5613621300 FROM EXT. 006225

TELEDC 11/13/02 00206  Moran, Anne E.           1.00    0.30    0.30                                           DC Telephone
TELEDC 11/13/02 00206  Moran, Anne E.           1.00            0.30 X00622531298 47552                        TELEDC 3129847552 FROM EXT. 006225

TELEDC 11/13/02 00206  Moran, Anne E.           1.00    3.57    3.57                                           DC Telephone
TELEDC 11/13/02 00206  Moran, Anne E.           1.00            3.57 X00622521273 53475                        TELEDC 2127353475 FROM EXT. 006225

TELEDC 11/13/02 00206  Moran, Anne E.           1.00    3.66    3.66                                           DC Telephone
TELEDC 11/13/02 00206  Moran, Anne E.           1.00            3.66 X00622556136213 02                        TELEDC 5613621302 FROM EXT. 006225

TELEDC 11/13/02 00206  Moran, Anne E.           1.00   14.78   14.78                                           DC Telephone
TELEDC 11/13/02 00206  Moran, Anne E.           1.00           14.78 X00622560135 28646                        TELEDC 6013528646 FROM EXT. 006225

TELEDC 11/13/02 00206  Moran, Anne E.           1.00    1.91    1.91                                           DC Telephone
TELEDC 11/13/02 00206  Moran, Anne E.           1.00            1.91 X00622556136213 00                        TELEDC 5613621300 FROM EXT. 006225

TELEDC 11/13/02 Total :                        24.55

TELEDC 11/20/02 00206  Moran, Anne E.           1.00    2.15    2.15                                           DC Telephone
TELEDC 11/20/02 00206  Moran, Anne E.           1.00            2.15 X00622556136213 00                        TELEDC 5613621300 FROM EXT. 006225

TELEDC 11/26/02 00206  Moran, Anne E.           1.00    0.43    0.43                                           DC Telephone
TELEDC 11/26/02 00206  Moran, Anne E.           1.00            0.43 X00622531298 47552                        TELEDC 3129847552 FROM EXT. 006225

TELEDC 11/26/02 00206  Moran, Anne E.           1.00    0.37    0.37                                           DC Telephone
TELEDC 11/26/02 00206  Moran, Anne E.           1.00            0.37 X00622521281 98716                        TELEDC 2128198716 FROM EXT. 006225

TELEDC 11/26/02 00206  Moran, Anne E.           1.00    0.40    0.40                                           DC Telephone
TELEDC 11/26/02 00206  Moran, Anne E.           1.00            0.40 X00622556136213 00                        TELEDC 5613621300 FROM EXT. 006225

TELEDC 11/26/02 00206  Moran, Anne E.           1.00    0.40    0.40                                           DC Telephone
TELEDC 11/26/02 00206  Moran, Anne E.           1.00            0.40 X00622556136213 00                        TELEDC 5613621300 FROM EXT. 006225

TELEDC 11/26/02 Total :                         1.60
```

```
                                          STEPTOE & JOHNSON LLP                              RUN DATE: 02/03/2003
                                          Detail Cost Report                                 RUN TIME: 16:56:18
                                          Proforma: 227864                                         PAGE: 6

012046.00102 COLI (October)

Cost              Timekeeper
Code     Date     Number  Name                    Quantity  Rate    Amount   Ext.   Phone Number   Description
======== ======== ======================================== ======  ======== ====== ============== ===============

                                                                   Telephone

TELEDC    Total :                                                    74.24

Total : 012046.00102 COLI (October)                                 895.26


Report Total :                                                      895.26
```