Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1]) | | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 24, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002, FOR THE QUARTER OF OCTOBER-DECEMBER 2002**

---

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **December 1, 2002 – December 31, 2002**

Objection Deadline: **March 24, 2003**

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$18,304.50**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$279.68**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$14,643.60**

Total Amount of Holdback Fees Sought for Applicable Period: **$3,660.90**

---

This is a **X** monthly **X** interim ___ final application.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,200.00.

This application is the seventeenth application for interim compensation of services filed by S&J. Note that for the first four applications, approved expenses are slightly less than requested expenses because S&J mistakenly requested more than .15 a page for copying costs and $1.00 a page for facsimile costs in its March 29, 2002 applications. The amounts requested for reimbursement from Debtors were reduced by this excess. Prior to the entry of the order of this Court dated January 28, 2002 S&J was compensated by the Debtor pursuant to the Court's Order of May 3, 2001 authorizing Debtors to pay professionals in the ordinary course of business, and S&J was paid $50,000 for each of the periods July 1, 2001 through July 31, 2001 and for September 1, 2001 through September 30, 2001. As a result, S&J requested reimbursement for the excess of those amounts over the $50,000 previously paid with respect to those months.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $ 9.77 | $ 2,620.00 | $ 8.72 | $ 655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2,634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 – 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 – 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 – 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| Current | 10/01/02 - 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| Current | 11/01/02 - 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| Current | 12/01/02 - 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |

The applicable objection period for the current applications expires March 24, 2003.

The S&J attorneys who rendered professional services in these cases during the December, 2002

Fee Period are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2002 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Arthur L. Bailey - 46 | Partner | Over 20 Yrs. | Tax | $465.00 | 8.50 | $ 3,952.50 |
| J. Walker Johnson - 46 | Partner | Over 20 Yrs. | Tax | $445.00 | 29.70 | $ 13,216.50 |
| Anne E. Moran - 46 | Partner | Over 20 Yrs. | Tax/Employee Benefits | $375.00 | 1.10 | $ 412.50 |
| Brian Kaufman - 46 | Associate | 8 Yrs. | Tax | $270.00 | .40 | $ 108.00 |
| C.W. Wilkinson | Partner | Over 20 Yrs. | Tax | $410.00 | 1.50 | $ 615.00 |

Grand Total for Fees: $18,304.50

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 0 | 0 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 41.20 | $18,304.50 |
| | Total | 41.20 | $18,304.50 |

**Expense Summary – All attributable to subject matter 46 unless otherwise indicated.**

| Description | Amount |
|---|---|
| Telephone | $ 31.75 |
| Copies – Matter 32 | $ -0- |
| Copies – Matter 46 | $ 233.40 |
| Computer Database Research | $ -0- |
| Postage | $ .37 |
| Federal Express/Overnight Messenger | $ 11.16 |
| Facsimile | $ -0- |
| Local Messenger | $ -0- |
| Working Meals | $ -0- |
| Local Transportation/Parking | $ -0- |
| Airfare | $ 0.00 |
| **Total** | **$ 279.68** |

[This space intentionally left blank.]

A detailed description of fees can be found at Exhibit A.  A more detailed description of expenses is found at Exhibit B.

_2/ 21/ 0 3_
Date:

Respectfully submitted,

STEPTOE & JOHNSON LLP

_Anne E. Moran_
Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC  20036  (202) 429-6449

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 24, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Professional services rendered in December 31, 2002-Matter 46

| 12/02/02 | B. Kaufman | Phone call with W. Johnson re: meeting with Price Waterhouse Coopers and status of Remedium issues. | 0.20 |
|---|---|---|---|
| 12/02/02 | J.W. Johnson | Draft letter to IRS re Andersen document disclosures; review contingent liability documents and prepare for witness interviews. | 3.20 |
| 12/03/02 | J.W. Johnson | Teleconference with Grace, Fresenius and Sealed Air re COLI closing agreement. | 0.80 |
| 12/03/02 | J.W. Johnson | Review contingent liability documents and prepare agenda for witness interview; discuss Andersen letter. | 5.00 |
| 12/04/02 | A.L. Bailey | Prepare for witness interview; review documents. | 2.50 |
| 12/04/02 | J.W. Johnson | Review contingent liability documents; prepare for witness interview. | 3.80 |
| 12/05/02 | J.W. Johnson | Witness interview on the contingent liability tax matter. | 7.00 |
| 12/05/02 | A.L. Bailey | Prepare for meeting; meet with client representatives and possible witness re 351 liability company issue. | 6.00 |
| 12/06/02 | J.W. Johnson | Review Baker and McKenzie files related to contingent liability tax issue. | 4.00 |
| 12/09/02 | J.W. Johnson | Review contingent liability documents; teleconference with Carol Finke re procedural issues. | 2.30 |
| 12/10/02 | J.W. Johnson | Review contingent liability issue files received from witnesses. | 2.80 |
| 12/10/02 | B. Kaufman | Phone call with W. Johnson re: Price Waterhouse Coopers interview and status of Remedium document review and witness interviews. | 0.20 |
| 12/11/02 | C.W. Wilkinson | Telephone call with Ms. Finke regarding Project Puerta; draft email summarizing tax treatment of charitable contributions. | 1.50 |
| 12/11/02 | A.E. Moran | Review status of settlements and remedium case. | 0.30 |

| 12/20/02 | J.W. Johnson | Review Rev. Proc. 2002-67 Q&As related to contingent liability transaction. | 0.80 |
| 12/23/02 | A.E. Moran | Telephone call to Grace to discuss progress on remedium cases and COLI settlement. | 0.30 |
| 12/31/02 | A.E. Moran | Review W.S.J. and other articles on corporate-owned life insurance and split dollar. | 0.50 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| A.L. Bailey | 8.50 | 465.00 | 3,952.50 |
| J.W. Johnson | 29.70 | 445.00 | 13,216.50 |
| C.W. Wilkinson | 1.50 | 410.00 | 615.00 |
| A.E. Moran | 1.10 | 375.00 | 412.50 |
| B. Kaufman | 0.40 | 270.00 | 108.00 |
| Total | 41.20 | | 18,304.50 |

Total Fees-Matter 46          $18,304.50

Disbursements:

| Overnight Messenger | 11.16 |
| Duplicating | 233.40 |
| Facsimile | 3.00 |
| Postage | 0.37 |
| Long Distance Telephone | 31.75 |

Total Disbursements          $279.68

Total This Matter 46          $18,584.18

EXHIBIT B

RUN DATE: 02/03/2003
RUN TIME: 17:02:20
PAGE: 1

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227865

012046.00103 COLI (January 2002)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| DLFD | 12/31/02 | 00206 | Moran, Anne E. | 1.00 | 11.16 | 11.16 | | | Federal Express FROM J WALKER JOHNSON ON 12/06/02 |
| DUPLDC | 12/03/02 | 07450 | Arroyo, Ella H. | 136.00 | 0.15 | 20.40 | | | |
| DUPLDC | 12/03/02 | 07450 | Arroyo, Ella H. | 136.00 | 0.20 | 27.20 | | | PHOTOCOPIES MADE BY 7450 |
| DUPLDC | 12/03/02 | 00206 | Moran, Anne E. | 8.00 | 0.15 | 1.20 | | | |
| DUPLDC | 12/03/02 | 00206 | Moran, Anne E. | 8.00 | 0.20 | 1.60 | | | PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 12/03/02 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | |
| DUPLDC | 12/03/02 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 12/03/02 | 09523 | Washington, Vernon | 319.00 | 0.15 | 47.85 | | | |
| DUPLDC | 12/03/02 | 09523 | Washington, Vernon | 319.00 | 0.20 | 63.80 | | | PHOTOCOPIES MADE BY 9523 |
| DUPLDC | 12/03/02 | 09523 | Washington, Vernon | 833.00 | 0.15 | 124.95 | | | |
| DUPLDC | 12/03/02 | 09523 | Washington, Vernon | 833.00 | 0.20 | 166.60 | | | PHOTOCOPIES MADE BY 9523 |
| DUPLDC | 12/03/02 Total : | | | 194.70 | | | | | |
| DUPLDC | 12/05/02 | 07450 | Arroyo, Ella H. | 4.00 | 0.15 | 0.60 | | | |
| DUPLDC | 12/05/02 | 07450 | Arroyo, Ella H. | 4.00 | 0.20 | 0.80 | | | PHOTOCOPIES MADE BY 7450 |
| DUPLDC | 12/09/02 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 | | | |
| DUPLDC | 12/09/02 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | | | PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 12/16/02 | 00206 | Moran, Anne E. | 82.00 | 0.15 | 12.30 | | | |
| DUPLDC | 12/16/02 | 00206 | Moran, Anne E. | 82.00 | 0.20 | 16.40 | | | PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 12/27/02 | 07577 | Caceres, Blanca E. | 1.00 | 0.15 | 0.15 | | | |
| DUPLDC | 12/27/02 | 07577 | Caceres, Blanca E. | 1.00 | 0.20 | 0.20 | | | PHOTOCOPIES MADE BY 7577 |
| DUPLDC | 12/30/02 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 | | | |
| DUPLDC | 12/30/02 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 | | | PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 12/30/02 | 00206 | Moran, Anne E. | 122.00 | 0.15 | 18.30 | | | |
| DUPLDC | 12/30/02 | 00206 | Moran, Anne E. | 122.00 | 0.20 | 24.40 | | | PHOTOCOPIES MADE BY 0206 |
| DUPLDC | 12/30/02 Total : | | | 19.35 | | | | | |
| DUPLDC | 12/31/02 | 00206 | Moran, Anne E. | 14.00 | 0.15 | 2.10 | | | |
| DUPLDC | 12/31/02 | 00206 | Moran, Anne E. | 14.00 | 0.20 | 2.80 | | | PHOTOCOPIES MADE BY 0206 |
| DUPLDC | Total : | | | 230.10 | | | | | Duplication |
| FAXDC | 12/05/02 | 00206 | Moran, Anne E. | 3.00 | 1.00 | 3.00 | | | DC Fax |
| FAXDC | 12/05/02 | 00206 | Moran, Anne E. | 3.00 | 1.15 | 3.45 | | | 3 pages sent to    12123548113 City: NEW YORK Stat |
| FAXTDC | 12/05/02 | 00206 | Moran, Anne E. | 1.00 | 0.16 | 0.16 | | | Fax Telephone Charges |
| FAXTDC | 12/05/02 | 00206 | Moran, Anne E. | 1.00 | | 0.16 | | | NEW YORKNY at 00:49 on the10THFLOR machine |
| LASR | 12/05/02 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 12/05/02 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Ellie Arroyo |
| LASR | 12/05/02 | 00206 | Moran, Anne E. | 10.00 | 0.15 | 1.50 | | | PC/Network Printing |
| LASR | 12/05/02 | 00206 | Moran, Anne E. | 10.00 | 0.20 | 2.00 | | | PC LASER 10 Pages Ellie Arroyo |
| LASR | 12/05/02 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | |

*Handwritten annotations:* Duplication $300 ; Fax .16 Tel .16

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227865

012046.00103 COLI (January 2002)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| LASR | 12/05/02 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 2 Pages Sandi Colantuoni |
| LASR | 12/05/02 | Total : | | 1.95 | | | | | |
| LASR | 12/10/02 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 | | | |
| LASR | 12/10/02 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | | | PC/Network Printing |
| | | | | | | | | | PC LASER 9 Pages Anne Moran |
| LASR | | Total : | | 3.30 | | | | | + 236.10 = Dup = 233.40 |
| POST | 12/27/02 | 08174 | DEFAULT ATTORNEY. | 1.00 | 0.37 | 0.37 | | | Postage |
| POST | 12/27/02 | 08174 | DEFAULT ATTORNEY. | 1.00 | | 0.37 | | | Sent by S&J Mailroom via USPS 1 item(s) x |
| TELEDC | 12/02/02 | 00206 | Moran, Anne E. | 1.00 | 0.86 | 0.86 | | | DC Telephone |
| TELEDC | 12/02/02 | 00206 | Moran, Anne E. | 1.00 | | 0.86 | X0062255613621312 | | TELEDC 5613621312 FROM EXT. 006225 |
| TELEDC | 12/03/02 | 00206 | Moran, Anne E. | 1.00 | 4.36 | 4.36 | | | DC Telephone |
| TELEDC | 12/03/02 | 00206 | Moran, Anne E. | 1.00 | | 4.36 | X0062255613621300 | | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 12/03/02 | 00206 | Moran, Anne E. | 1.00 | 3.99 | 3.99 | | | DC Telephone |
| TELEDC | 12/03/02 | 00206 | Moran, Anne E. | 1.00 | | 3.99 | X0062255613621300 | | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 12/03/02 | 00206 | Moran, Anne E. | 1.00 | 11.19 | 11.19 | | | DC Telephone |
| TELEDC | 12/03/02 | 00206 | Moran, Anne E. | 1.00 | | 11.19 | X0062255172671046 | | TELEDC 5172671046 FROM EXT. 006225 |
| TELEDC | 12/03/02 | Total : | | 19.54 | | | | | |
| TELEDC | 12/05/02 | 00206 | Moran, Anne E. | 1.00 | 0.56 | 0.56 | | | DC Telephone |
| TELEDC | 12/05/02 | 00206 | Moran, Anne E. | 1.00 | | 0.56 | X0030615613621552 | | TELEDC 5613621552 FROM EXT. 003061 |
| TELEDC | 12/09/02 | 00206 | Moran, Anne E. | 1.00 | 4.13 | 4.13 | | | DC Telephone |
| TELEDC | 12/09/02 | 00206 | Moran, Anne E. | 1.00 | | 4.13 | X0062255613621300 | | TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 12/11/02 | 00206 | Moran, Anne E. | 1.00 | 6.50 | 6.50 | | | DC Telephone |
| TELEDC | 12/11/02 | 00206 | Moran, Anne E. | 1.00 | | 6.50 | X0062625613621300 | | TELEDC 5613621300 FROM EXT. 006262 |
| TELEDC | | Total : | | 31.59 | | | | | |

+ 236.10 = Dup = 233.40

Postage .27

+ "16 Telephon = 81.75

Total : 012046.00103 COLI (January 2002)          279.68

Report Total :          279.68

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 227865

RUN DATE: 02/03/2003
RUN TIME: 17:02:21
PAGE: 3

012046.00103 COLI (January 2002)

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|-----------|------|-------------------|------|----------|------|--------|------|--------------|-------------|

SQL STATEMENT USED:

   SELECT FROM TABLES: matter

   WHERE CONDITION: (( matter.mmatter = '012046.00103' ))

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## **AFFIDAVIT OF SERVICE**

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 4th day of March, 2003

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.    SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE &
JOHNSON LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W.
R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM
PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002,
FOR THE QUARTER OF OCTOBER-DECEMBER 2002; AND

2.    FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY
FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002
THROUGH DECEMBER 31, 2002.

Dated: March 4, 2003

Patricia E. Cuniff

Sworn to and subscribed before
me this 4th day of March, 2003

Notary Public
My Commission Expires: _4/5/03_

KATHLEEN M. WITTIG
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 5, 2003

91100-001\DOCS_DE:20485.30

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |
| | ) | |

**DECLARATION OF SERVICE REGARDING:**

**NOTICE OF AMENDMENTS AND SUPPLEMENTS TO
DEBTORS' SCHEDULES AND STATEMENTS**

I, Yvette Hassman, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based

on my personal knowledge. My business address is c/o Bankruptcy Management Corporation, 1330 East

Franklin Avenue, El Segundo, California 90245.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    On February 25, 2003, at the direction of Kirkland & Ellis, co-counsel to the debtors in the above-captioned cases, I caused service of the document attached hereto as Exhibit 1 to be effected on the Affected Parties listed in Exhibit 2.

3.    Unless otherwise specifically identified on the attached service list, such service was effected via Federal Express.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February __28__, 2003
El Segundo, California

_____
Yvette Hassman

State of California            )
                               ) ss
County of Los Angeles          )

Personally appeared before me on this 28 day of February 2003, Yvette Hassman, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

> JAMES H. MYERS
> Commission # 1313901
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jul 19, 2005

_____
James H. Myers
My Commission Expires July 19, 2005

*page 2 of 7*

**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF AMENDMENTS AND SUPPLEMENTS
## TO DEBTORS' SCHEDULES AND STATEMENTS

**PLEASE TAKE NOTICE** that on February 11, 2003 the following amendments and supplements (together, the "Amendments and Supplements") to Schedule F of the respective debtor's Schedules of Assets and Liabilities were filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Wilmington Delaware, 19801:

- *Supplements to Schedule "F" of the Schedules of Assets and Liabilities for Darex Puerto Rico, Inc.*
- *Supplements to Schedule "F" of the Schedules of Assets and Liabilities for W. R. Grace & Co.-Conn.*
- *Amended Schedules. Amendments to Schedule "F" of the Schedules of Assets and Liabilities for W. R. Grace & Co.-Conn.*
- *Supplements to Schedule "F" of the Schedules of Assets and Liabilities for Remedium Group, Inc.*

**PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments or Supplements and who disagree with the amount and/or classification of liability set forth in the Amendments or Supplements may file a proof of claim for the amount

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and/or classification it deems appropriate. The bar date for filing proofs of claim for Asbestos Property Damage Claims, Medical Monitoring Claims and Non-Asbestos Claims against the Debtors has been set by the Bankruptcy Court as **March 31, 2003** at 4:00 p.m. Eastern Time. To obtain a claim form you must contact Rust Consulting, Inc., the Claims Processing Agent, toll-free at **1-800-432-1909** or visit the Grace chapter 11 website at **www.graceclaims.com** to request a claim form.

      **PLEASE TAKE FURTHER NOTICE** that any party whose interests are affected by the Amendments or Supplements and who fails to file a proof of claim prior to the Bar Date will be bound by the classification and/or amount of liability set forth in the Amendments or Supplements.

      **PLEASE TAKE FURTHER NOTICE** that any creditors holding scheduled claims that were amended, received notice stating the original scheduled amount and the amended scheduled amount. Notice of transferred scheduled claims may have been served on the original scheduled creditor. If you are the holder of a transferred claim and believe your interests may be affected by the Amendments, contact Bankruptcy Management Corporation at (888) 909-0100 to obtain a copy of the Amendments.

      **PLEASE TAKE FURTHER NOTICE** that if you have any questions regarding the Amendments or Supplements you should contact Bankruptcy Management Corporation at (888) 909-0100.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Bankr. P. 1009 and Rule 1009-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the following entities have been served with a copy of the Amendments and Supplements: (i) those parties who are affected by the Amendments or Supplements; and (ii) the office of the United States Trustee.

Wilmington, Delaware
Dated: February 14, 2003

KIRKLAND & ELLIS
James H.M. Sprayregen P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000
(312) 861-2200 (fax)

PACHULSKI, STANG, ZIEHL, YOUNG,
JONES & WEINTRAUB P.C.
    /s/
_____
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
(302) 652-4100
(302) 652-4400 (fax)
Co-Counsel for the Debtors and Debtors in Possession

**EXHIBIT 2**

# Notice of Schedule Amendment
# for WR Grace

**Total number of parties: 5**
**Preferred Mode of Service: Federal Express Overnight**

### Exhibit 2 - Notice of Schedule Amendment

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 2498 | ALISA MINSCH, CONTRARIAN CAPITAL TRADE CLAIMS LP, 411 W PUTNAM AVE, STE. 225, GREENWICH, CT 06830-6261 | |
| 2498 | DEBT ACQUISTION CO OF AMERICA V, 2120 W  WASHINGTON ST., SAN DIEGO, CA 92110-2052 | |
| 2498 | MAURIE SHALMONE, LONGACRE MASTER FUND LTD, 810 7TH AVE, FLOOR 22, NEW YORK, NY 10019-5818 | |
| 2498 | SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD, STE. 255, IRVINE, CA 92614-6264 | |
| 2498 | TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | *VIA USPS EXPRESS MAIL* |

**Subtotal for this group: 5**