IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 24, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Professional services rendered in December 31, 2002-Matter 46

| Date | Professional | Description | Hours |
|---|---|---|---|
| 12/02/02 | B. Kaufman | Phone call with W. Johnson re: meeting with Price Waterhouse Coopers and status of Remedium issues. | 0.20 |
| 12/02/02 | J.W. Johnson | Draft letter to IRS re Andersen document disclosures; review contingent liability documents and prepare for witness interviews. | 3.20 |
| 12/03/02 | J.W. Johnson | Teleconference with Grace, Fresenius and Sealed Air re COLI closing agreement. | 0.80 |
| 12/03/02 | J.W. Johnson | Review contingent liability documents and prepare agenda for witness interview; discuss Andersen letter. | 5.00 |
| 12/04/02 | A.L. Bailey | Prepare for witness interview; review documents. | 2.50 |
| 12/04/02 | J.W. Johnson | Review contingent liability documents; prepare for witness interview. | 3.80 |
| 12/05/02 | J.W. Johnson | Witness interview on the contingent liability tax matter. | 7.00 |
| 12/05/02 | A.L. Bailey | Prepare for meeting; meet with client representatives and possible witness re 351 liability company issue. | 6.00 |
| 12/06/02 | J.W. Johnson | Review Baker and McKenzie files related to contingent liability tax issue. | 4.00 |
| 12/09/02 | J.W. Johnson | Review contingent liability documents; teleconference with Carol Finke re procedural issues. | 2.30 |
| 12/10/02 | J.W. Johnson | Review contingent liability issue files received from witnesses. | 2.80 |
| 12/10/02 | B. Kaufman | Phone call with W. Johnson re: Price Waterhouse Coopers interview and status of Remedium document review and witness interviews. | 0.20 |
| 12/11/02 | C.W. Wilkinson | Telephone call with Ms. Finke regarding Project Puerta; draft email summarizing tax treatment of charitable contributions. | 1.50 |
| 12/11/02 | A.E. Moran | Review status of settlements and remedium case. | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/20/02 | J.W. Johnson | Review Rev. Proc. 2002-67 Q&As related to contingent liability transaction. | 0.80 |
| 12/23/02 | A.E. Moran | Telephone call to Grace to discuss progress on remedium cases and COLI settlement. | 0.30 |
| 12/31/02 | A.E. Moran | Review W.S.J. and other articles on corporate-owned life insurance and split dollar. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.L. Bailey | 8.50 | 465.00 | 3,952.50 |
| J.W. Johnson | 29.70 | 445.00 | 13,216.50 |
| C.W. Wilkinson | 1.50 | 410.00 | 615.00 |
| A.E. Moran | 1.10 | 375.00 | 412.50 |
| B. Kaufman | 0.40 | 270.00 | 108.00 |
| Total | 41.20 | | 18,304.50 |

Total Fees-Matter 46         $18,304.50

Disbursements:

| | |
|---|---|
| Overnight Messenger | 11.16 |
| Duplicating | 233.40 |
| Facsimile | 3.00 |
| Postage | 0.37 |
| Long Distance Telephone | 31.75 |

Total Disbursements         $279.68

Total This Matter 46         $18,584.18

EXHIBIT B

```
                                                           STEPTOE & JOHNSON LLP                          RUN DATE: 02/03/2003
                                                           Detail Cost Report                             RUN TIME: 17:02:20
                                                           Proforma: 227865                                          PAGE: 1

012046.00103 COLI (January 2002)

Cost            Timekeeper
Code    Date    Number  Name                    Quantity    Rate    Amount    Ext.   Phone Number  Description
======  ======= ======  ======================  ========  ======  ========  =====   ============  ===========================
DLFD    12/31/02 00206  Moran, Anne E.              1.00   11.16     11.16                         Federal Express FROM J WALKER JOHNSON ON
                                                                                                   12/06/02

DUPLDC  12/03/02 07450  Arroyo, Ella H.           136.00    0.15     20.40                         136   PHOTOCOPIES MADE BY 7450
DUPLDC  12/03/02 07450  Arroyo, Ella H.           136.00    0.20     27.20
DUPLDC  12/03/02 00206  Moran, Anne E.              8.00    0.15      1.20                         8     PHOTOCOPIES MADE BY 0206
DUPLDC  12/03/02 00206  Moran, Anne E.              8.00    0.20      1.60
DUPLDC  12/03/02 00206  Moran, Anne E.              2.00    0.15      0.30                         2     PHOTOCOPIES MADE BY 0206
DUPLDC  12/03/02 00206  Moran, Anne E.              2.00    0.20      0.40
DUPLDC  12/03/02 09523  Washington, Vernon        319.00    0.15     47.85                         319   PHOTOCOPIES MADE BY 9523
DUPLDC  12/03/02 09523  Washington, Vernon        319.00    0.20     63.80
DUPLDC  12/03/02 09523  Washington, Vernon        833.00    0.15    124.95                         833   PHOTOCOPIES MADE BY 9523
DUPLDC  12/03/02 09523  Washington, Vernon        833.00    0.20    166.60
DUPLDC  12/03/02 Total :                                            194.70
DUPLDC  12/05/02 07450  Arroyo, Ella H.             4.00    0.15      0.60                         4     PHOTOCOPIES MADE BY 7450
DUPLDC  12/05/02 07450  Arroyo, Ella H.             4.00    0.20      0.80
DUPLDC  12/09/02 00206  Moran, Anne E.              6.00    0.15      0.90                         6     PHOTOCOPIES MADE BY 0206
DUPLDC  12/09/02 00206  Moran, Anne E.              6.00    0.20      1.20
DUPLDC  12/16/02 00206  Moran, Anne E.             82.00    0.15     12.30                         82    PHOTOCOPIES MADE BY 0206
DUPLDC  12/16/02 00206  Moran, Anne E.             82.00    0.20     16.40
DUPLDC  12/27/02 07577  Caceres, Blanca E.          1.00    0.15      0.15                         1     PHOTOCOPIES MADE BY 7577
DUPLDC  12/27/02 07577  Caceres, Blanca E.          1.00    0.20      0.20
DUPLDC  12/30/02 00206  Moran, Anne E.              7.00    0.15      1.05                         7     PHOTOCOPIES MADE BY 0206
DUPLDC  12/30/02 00206  Moran, Anne E.              7.00    0.20      1.40
DUPLDC  12/30/02 00206  Moran, Anne E.            122.00    0.15     18.30                         122   PHOTOCOPIES MADE BY 0206
DUPLDC  12/30/02 00206  Moran, Anne E.            122.00    0.20     24.40
DUPLDC  12/30/02 Total :                                             19.35
DUPLDC  12/31/02 00206  Moran, Anne E.             14.00    0.15      2.10                         14    PHOTOCOPIES MADE BY 0206
DUPLDC  12/31/02 00206  Moran, Anne E.             14.00    0.20      2.80

DUPLDC           Total :                          230.10

FAXDC   12/05/02 00206  Moran, Anne E.              3.00    1.00      3.00                         DC Fax
FAXDC   12/05/02 00206  Moran, Anne E.              3.00    1.15      3.45                         3 pages sent to   12123548113 City: NEW YORK Stat

FAXTDC  12/05/02 00206  Moran, Anne E.              1.00    0.16      0.16                         Fax Telephone Charges
FAXTDC  12/05/02 00206  Moran, Anne E.              1.00    0.16      0.16                         NEW YORKNY at 00:49 on the10THFLOR machine

LASR    12/05/02 00206  Moran, Anne E.              1.00    0.15      0.15                         PC/Network Printing
LASR    12/05/02 00206  Moran, Anne E.              1.00    0.20      0.20                         PC LASER 1 Pages Ellie Arroyo

LASR    12/05/02 00206  Moran, Anne E.             10.00    0.15      1.50                         PC/Network Printing
LASR    12/05/02 00206  Moran, Anne E.             10.00    0.20      2.00                         PC LASER 10 Pages Ellie Arroyo

LASR    12/05/02 00206  Moran, Anne E.              2.00    0.15      0.30
```

Handwritten annotations: "Duplication", "Fax $300", ".16 Tel .16"

```
                                          STEPTOE & JOHNSON LLP                          RUN DATE: 02/03/2003
                                          Detail Cost Report                             RUN TIME: 17:02:20
                                          Proforma: 227865                                        PAGE: 2

012046.00103 COLI (January 2002)

Cost            Timekeeper
Code   Date     Number  Name                    Quantity Rate   Amount   Ext.  Phone Number         Description
====== ======== ======= ======================= ======== ====== ======== ===== ==================  ============================================
LASR   12/05/02 00206   Moran, Anne E.             2.00   0.20    0.40                              PC/Network Printing
                                                                                                    PC LASER 2 Pages Sandi Colantuoni

LASR   12/05/02 Total :                                    1.95
LASR   12/10/02 00206   Moran, Anne E.             9.00   0.15    1.35                              PC/Network Printing
LASR   12/10/02 00206   Moran, Anne E.             9.00   0.20    1.80                              PC LASER 9 Pages Anne Moran

LASR            Total :                                    3.30      + 236.10 = Dup =239.40

POST   12/27/02 08174   DEFAULT ATTORNEY,          1.00   0.37    0.37                              Postage
POST   12/27/02 08174   DEFAULT ATTORNEY,          1.00   0.37    0.37                              Sent by S&J Mailroom via USPS 1 item(s) x
                                                                              Postage .27

TELEDC 12/02/02 00206   Moran, Anne E.             1.00   0.86    0.86         X0062255613621312    DC Telephone
TELEDC 12/02/02 00206   Moran, Anne E.             1.00   0.86    0.86                              TELEDC 5613621312 FROM EXT.  006225

TELEDC 12/03/02 00206   Moran, Anne E.             1.00   4.36    4.36         X0062255613621300    DC Telephone
TELEDC 12/03/02 00206   Moran, Anne E.             1.00   4.36    4.36                              TELEDC 5613621300 FROM EXT.  006225

TELEDC 12/03/02 00206   Moran, Anne E.             1.00   3.99    3.99         X0062255613621300    DC Telephone
TELEDC 12/03/02 00206   Moran, Anne E.             1.00   3.99    3.99                              TELEDC 5613621300 FROM EXT.  006225

TELEDC 12/03/02 00206   Moran, Anne E.             1.00  11.19   11.19         X0062255172671046    DC Telephone
TELEDC 12/03/02 00206   Moran, Anne E.             1.00  11.19   11.19                              TELEDC 5172671046 FROM EXT.  006225

TELEDC 12/03/02 Total :                                   19.54
TELEDC 12/05/02 00206   Moran, Anne E.             1.00   0.56    0.56         X0030615613621552    DC Telephone
TELEDC 12/05/02 00206   Moran, Anne E.             1.00   0.56    0.56                              TELEDC 5613621552 FROM EXT.  003061

TELEDC 12/09/02 00206   Moran, Anne E.             1.00   4.13    4.13         X0062255613621300    DC Telephone
TELEDC 12/09/02 00206   Moran, Anne E.             1.00   4.13    4.13                              TELEDC 5613621300 FROM EXT.  006225

TELEDC 12/11/02 00206   Moran, Anne E.             1.00   6.50    6.50         X0062625613621300    DC Telephone
TELEDC 12/11/02 00206   Moran, Anne E.             1.00   6.50    6.50                              TELEDC 5613621300 FROM EXT.  006262

TELEDC          Total :                                   31.59    + .16 Telephon = 31.75

Total : 012046.00103 COLI (January 2002)                 279.68

Report Total :                                           279.68
```

```
                                           STEPTOE & JOHNSON LLP                    RUN DATE: 02/03/2003
                                            Detail Cost Report                      RUN TIME: 17:02:21
                                             Proforma: 227865                              PAGE: 3

012046.00103 COLI (January 2002)

        Timekeeper
Cost    Number  Name                  Quantity  Rate  Amount  Ext.  Phone Number   Description
Code    Date
======  ======  ====================  ========  ====  ======  ====  =============  ===========================

SQL STATEMENT USED:

    SELECT FROM TABLES: matter

    WHERE CONDITION: (( matter.mmatter = '012046.00103' ))
```