IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: Only if Objections are timely filed** |
| | ) | **Objection Deadline: March 24, 2003 at 4:00 p.m.** |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on March 4, 2003 the **Supplemental Application for Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of W. D. Hilton, Jr. as a Consultant to the Official Committee of Asbestos Property Damage Claimants** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before March 24, 2003 at 4:00 p.m. prevailing Eastern Time with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel.

A HEARING ON THE APPLICATION WILL BE HELD AT A TIME TO BE DETERMINED ONLY IF AN OBJECTION TO THE APPLICATION IS TIMELY FILED AND SERVED.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 4, 2003                    FERRY, JOSEPH & PEARCE, P.A.

                         /s/ Lisa L. Coggins
                        Michael B. Joseph (#392)
                        Theodore J. Tacconelli (#2678)
                        Lisa L. Coggins (#4234)
                        824 Market Street, Suite 904
                        P.O. Box 1351
                        Wilmington, DE. 19899
                        (302) 575-1555

                        -and-

        Bilzin Sumberg Baena Price & Axelrod LLP
        Scott L. Baena, Esq.
        Jay M. Sakalo, Esq.
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336
        (305) 374-7580

        Co-Counsel to the Official Committee of Asbestos
        Property Damage Claimants