# EXHIBIT 2

# Notice of Schedule Amendment
# for WR Grace

Total number of parties: 5
Preferred Mode of Service: Federal Express Overnight

### Exhibit 2 - Notice of Schedule Amendment

| Svc Lst | Name and Address of Served Party | Mode of Svc (if different) |
|---|---|---|
| 2498 | ALISA MINSCH, CONTRARIAN CAPITAL TRADE CLAIMS LP, 411 W PUTNAM AVE, STE. 225, GREENWICH, CT 06830-6261 | |
| 2498 | DEBT ACQUISTION CO OF AMERICA V, 2120 W WASHINGTON ST., SAN DIEGO, CA 92110-2052 | |
| 2498 | MAURIE SHALMONE, LONGACRE MASTER FUND LTD, 810 7TH AVE, FLOOR 22, NEW YORK, NY 10019-5818 | |
| 2498 | SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD, STE. 255, IRVINE, CA 92614-6264 | |
| 2498 | TRADE-DEBT.NET, P.O. BOX 1487, WEST BABYLON, NY 11704-0487 | *VIA USPS EXPRESS MAIL* |

Subtotal for this group: 5