# EXHIBIT A-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 28, 2003 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

### FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2003 THROUGH JANUARY 31, 2003

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00000 - General**

| Name | Position | Hourly Rate | January | Total  Comp |
|------|----------|-------------|---------|-------------|
| Lund, Kenneth | Partner | $      350.00 | 13.80 | $      4,830.00 |
| | | | | |
| Total | | | 13.80 | 4,830.00 |

Expenses

**Matter 00000 - General**

| Description | TOTAL |
|---|---|
| Photocopies | $ 4.50 |
| Facsimiles | $ 6.00 |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Meal Expenses | $ - |
| Temporary Staffing | $ - |
| Velo Binding | $ - |
| **Total** | **$ 10.50** |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

**Regarding: GENERAL**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 01/15/03 | KWL | Review draft audit response (1.10); telephone conference with Bill Corcoran, David Siegel and Dale Jensen re case status and audit strategy (1.50); review trial brief and exhibits re developing audit strategy (1.40). | 4.00 | $ | 1,400.00 |
| 01/20/03 | KWL | Telephone conferences with Bill Corcoran re case status and strategy issues related to liability. | 2.00 | | 700.00 |
| 01/22/03 | KWL | Review and revise audit letter response. | 3.00 | | 1,050.00 |
| 01/23/03 | KWL | Review and revise audit letter response. | 2.50 | | 875.00 |
| 01/24/03 | KWL | Review and finalize audit letter response (2.0); telephone conferences with Bill Corcoran re case status issues (0.3). | 2.30 | | 805.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through January 31, 2003:** | **13.80** | **$** | **4,830.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 13.80 | $ | 4,830.00 |
| | | | **Total Fees:** | **13.80** | **$** | **4,830.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 01/24/03 | 30 | Photocopy | $ | 4.50 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00000 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/27/03 | 6 | Facsimile | 6.00 |
| | | **Total Disbursements:** $ | **10.50** |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 4.50 |
| Facsimile | | 6.00 |
| **Total Disbursements:** $ | | **10.50** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577748 | 10/30/01 | Bill | 4,651.11 |
| | *Outstanding Balance on Invoice 577748:* | | $ *4,651.11* |
| 579873 | 11/20/01 | Bill | 64.00 |
| | 01/24/02 | Cash Receipt | -63.88 |
| | *Outstanding Balance on Invoice 579873:* | | $ *0.12* |
| 601008 | 06/30/02 | Bill | 9.00 |
| | *Outstanding Balance on Invoice 601008:* | | $ *9.00* |
| 612649 | 10/30/02 | Bill | 111,074.09 |
| | 12/16/02 | Cash Receipt | -90,460.59 |
| | 12/23/02 | Cash Receipt | -2,044.60 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | January | Total Comp |
|------|----------|-------------|---------|------------|
| Ipsen, Henry | Partner | $ 410.00 | 3.60 | $ 1,476.00 |
| Tuchman, Robert | Partner | $ 375.00 | 17.40 | $ 6,525.00 |
| Lund, Kenneth | Partner | $ 350.00 | 3.50 | $ 1,225.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 5.30 | $ 1,590.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 7.90 | $ 2,172.50 |
| Latuda, Carla | Paralegal | $ 125.00 | 14.7 | $ 1,837.50 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 0.8 | $ 72.00 |
| | | | | |
| Total | | | 53.20 | 14,898.00 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 100.35 |
| Facsimiles | $ 7.00 |
| Long Distance Telephone | $ 0.89 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Other Expenses | $ - |
| Velo Binding | $ - |
| Tab Stock | $ - |
| Color Copies | $ - |
| **Total** | **$ 108.24** |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/02/03 | HWI | Review DOJ briefs and response briefs and draft ruling. | 2.80 | $ 1,148.00 |
| 01/03/03 | HWI | Conference with KJCoggon re ATSDR issues. | 0.50 | 205.00 |
| 01/03/03 | MCL | Review files to locate documents to send to Angela Anderson of Casner & Edwards pursuant to her request (1.30). | 1.30 | 162.50 |
| 01/03/03 | TME | Prep, scan, QC, export and import correspondence (libby133); prep, scan, QC, export and import pleadings, invoices, reports and correspondence (libby132) (N/C). | 0.00 | 0.00 |
| 01/04/03 | HWI | Telephone conference with LBrown re USGS costs. | 0.30 | 123.00 |
| 01/07/03 | TME | Prep, scan, QC, export and import correspondence and reports (libby135) (N/C). | 0.00 | 0.00 |
| 01/10/03 | TME | Prep, scan, QC, export and import correspondence (libby136) (N/C). | 0.00 | 0.00 |
| 01/13/03 | MCL | Read and respond to e-mails from Dave Croce of Grace re updating of Box Database (.20); edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (4.90); telephone conference with Angela Anderson of Casner & Edwards re outstanding box and review issues (.30). | 5.40 | 675.00 |
| 01/14/03 | MCL | Edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (1.00). | 1.00 | 125.00 |
| 01/15/03 | MCL | Preliminary review electronic images of nine additional Winthrop Square boxes to determine if responsive to 104(e) requests (3.70); edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (1.00). | 4.70 | 587.50 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 623879 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/15/03 | TME | Prep, scan, QC, export and import transcripts and correspondence (libby137) (N/C). | 0.00 | 0.00 |
| 01/16/03 | KJC | Review draft letter to EPA and proposed edits re 104(e) information request to RJLee Group (0.3). | 0.30 | 82.50 |
| 01/17/03 | KJC | Review letter to EPA re substantiation of CBI claims (0.2); leave message for M. Cohn re same (0.1); review and comment on letter to EPA re 104(e) request to RJLee Group (2.2); conference with KWLund re status of various projects and wrap up of outstanding Libby issues (0.3). | 2.80 | 770.00 |
| 01/17/03 | MCL | Edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (.60). | 0.60 | 75.00 |
| 01/17/03 | TME | Prep, scan, QC, export and import correspondence (libby138) (N/C). | 0.00 | 0.00 |
| 01/19/03 | RT | Draft memo to LBrown and KJCoggon, with research of rules for filing appeals in 9th Circuit including 9th Circuit Rules of Appellate Procedure. | 3.30 | 1,237.50 |
| 01/20/03 | RT | Research and write memorandum analyzing appeal deadlines. | 3.70 | 1,387.50 |
| 01/21/03 | RT | Research and write memo summarizing appeal deadlines including review of 9th Circuit Rules. | 6.70 | 2,512.50 |
| 01/21/03 | KJC | Prepare audit letter response (0.90); revise accounting summary report (1.30); conference with KWLund re audit letter and accounting summary (0.30). | 2.50 | 687.50 |
| 01/22/03 | KWL | Review RTuchman memo re 9th Circuit final judgment analysis and deadlines (2.0); research various 9th Circuit cases re selection of remedy issues (1.5). | 3.50 | 1,225.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/22/03 | CLN | Evaluate Public Health Assessment and communicate with Dori Kuchinsky re same (1.90); conference with Charlene Starbitz re newspaper articles (.60). | 2.50 | 750.00 |
| 01/22/03 | RT | Research and revise memo analyzing appeal deadlines and procedures (3.4); conference with KJCoggon re comments on memo re appeal deadlines (.2). | 3.60 | 1,350.00 |
| 01/22/03 | KJC | Telephone conference with M. Cohn re CBI (0.30); address CBI issues including review of correspondence (0.80); revise accounting summary document (1.20). | 2.30 | 632.50 |
| 01/22/03 | MCL | Review electronic Document Control System files to locate correspondence between HRO and EPA re CBI claims pursuant to KJCoggon's request (1.50); conference with KJCoggon re same (.20). | 1.70 | 212.50 |
| 01/22/03 | TME | Prep and scan pleadings and exhibits (libby139) (N/C). | 0.00 | 0.00 |
| 01/23/03 | CLN | Evaluate Dori Kuchinsky question re Paul Peronard statements in media about insulation. | 0.50 | 150.00 |
| 01/23/03 | RT | Research cases in support of memorandum analyzing appeal deadlines. | 0.10 | 37.50 |
| 01/23/03 | TME | QC pleadings and exhibits (libby139); prep and scan exhibits (libby140) (N/C). | 0.00 | 0.00 |
| 01/24/03 | CLN | Conference with JDMcCarthy and evaluate interviews in response to Dori Kuchinsky question re Paul Peronard statement. | 0.30 | 90.00 |
| 01/24/03 | TME | QC pleadings and exhibits (libby140); prep, scan, QC, export and import invoices, pleadings and correspondence (libby141) (N/C). | 0.00 | 0.00 |
| 01/28/03 | TME | Prep, scan, QC, export and import correspondence, invoices and pleadings (libby142) (N/C). | 0.00 | 0.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/30/03 | CLN | Draft letter to ATSDR for Data Needs for Asbestos (.30); prepare comments on Public Health Assessment (1.70). | 2.00 | 600.00 |
| 01/30/03 | TME | Prep, scan, QC, export and import correspondence (libby144) (N/C). | 0.00 | 0.00 |
| 01/30/03 | MBF | Perform Internet research regarding ATSDR Libby public health assessment and data documents for CLNeitzel. | 0.80 | 72.00 |

**Total Fees Through January 31, 2003:**    **53.20**    **$   14,898.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| HWI | Henry W. Ipsen | Partner | $ 410.00 | 3.60 | $ | 1,476.00 |
| RT | Robert Tuchman | Partner | 375.00 | 17.40 | | 6,525.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 3.50 | | 1,225.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 5.30 | | 1,590.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 7.90 | | 2,172.50 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 14.70 | | 1,837.50 |
| TME | Theresa M Enriquez | Paralegal | 0.00 | 0.00 | | 0.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 0.80 | | 72.00 |

**Total Fees:**    **53.20**    **$   14,898.00**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/23/02 | 92 | Photocopy | $ | 13.80 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/03/03 | 289 | Photocopy | 43.35 |
| 01/03/03 | 208 | Photocopy | 31.20 |
| 01/03/03 | 76 | Photocopy | 11.40 |
| 01/06/03 | 3 | Facsimile | 3.00 |
| 01/06/03 | 4 | Facsimile | 4.00 |
| 01/08/03 | | Long Distance Telephone: 6174265900, 2 Mins., TranTime:14:2 | 0.15 |
| 01/15/03 | | Long Distance Telephone: 6175423025, 3 Mins., TranTime:10:27 | 0.21 |
| 01/15/03 | | Long Distance Telephone: 6175423025, 3 Mins., TranTime:10:27 | 0.21 |
| 01/17/03 | | Long Distance Telephone: 5613621533, 2 Mins., TranTime:10:54 | 0.14 |
| 01/23/03 | 4 | Photocopy | 0.60 |
| 01/28/03 | | Long Distance Telephone: 5613621533, 2 Mins., TranTime:10:14 | 0.18 |

**Total Disbursements:**   **$   108.24**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 100.35 |
| Facsimile | | 7.00 |
| Long Distance Telephone | | 0.89 |
| **Total Disbursements:** | **$** | **108.24** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577760 | 10/30/01 | Bill | 102,179.52 |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | January | Total Comp |
|------|----------|-------------|---------|------------|
| Brown, Linnea | Partner | $ 400.00 | 96.70 | $ 38,680.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 45 | $ 15,750.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 110.5 | $ 33,150.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 0.8 | $ 240.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 113.6 | $ 31,240.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 116 | $ 32,480.00 |
| Rita, Elizabth | Contract Attorney | $ 175.00 | 25.2 | $ 4,410.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 83.8 | $ 18,436.00 |
| Hall, Jennifer | Associate | $ 220.00 | 19 | $ 4,180.00 |
| Crist, Allison | Associate | $ 175.00 | 35.5 | $ 6,212.50 |
| Carroll, Ann | Paralegal | $ 125.00 | 30.7 | $ 3,837.50 |
| Latuda, Carla | Paralegal | $ 125.00 | 5.2 | $ 650.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 16 | $ 2,000.00 |
| Stacey, Paula | Paralegal | $ 125.00 | 3.6 | $ 450.00 |
| Aberle, Natalie | Paralegal | $ 110.00 | 122.7 | $ 13,497.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 28.3 | $ 3,113.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 0.5 | $ 45.00 |
| | | | | |
| Total | | | 853.10 | $ 208,371.00 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ 146.00 |
| Photocopies | $ 725.25 |
| Facsimiles | $ 10.00 |
| Long Distance Telephone | $ 207.42 |
| Outside Courier | $ 2,323.34 |
| Travel Expense | $ 15,268.82 |
| Federal Express | $ 30.11 |
| Other Meal Expenses | $ 2,256.46 |
| Lexis | $ 5,629.41 |
| Other Exp/Temporary Staffing | $ 347.70 |
| Secretarial Support | $ 2,616.25 |
| Legal Asst. Overtime | $ 6,709.13 |
| IS Overtime | $ 2,423.76 |
| Research Services | $ 11.62 |
| Velo Binding | $ 13.00 |
| Outside Reproduction | $ 352.39 |
| Supplies | $ 402.79 |
| Tab Stock | $ 3.60 |
| Color Copies | $ 169.00 |
| **Total** | **$ 39,646.05** |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/16/02 | ER | Review and summarize depositions per KJCoggon request. | 5.80 | $  1,015.00 |
| 11/17/02 | ER | Review and summarize depositions per KJCoggon request. | 6.30 | 1,102.50 |
| 11/18/02 | ER | Review and summarize depositions per KJCoggon request. | 7.10 | 1,242.50 |
| 11/19/02 | ER | Review and summarize depositions per KJCoggon request. | 4.00 | 700.00 |
| 11/20/02 | ER | Review and summarize depositions per KJCoggon request. | 2.00 | 350.00 |
| 12/02/02 | WEP | Print color photographs from CD for PRStacey (N/C). | 0.00 | 0.00 |
| 01/01/03 | KJC | Prepare for trial, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (4.20). | 4.20 | 1,155.00 |
| 01/01/03 | EES | Review and revise Sharon Campolucci cross-examination outline (2.10). | 2.10 | 588.00 |
| 01/01/03 | ATC | Research re Rule 702 expert evidence exclusion. | 4.20 | 735.00 |
| 01/02/03 | LB | Travel from Denver to Missoula (1.00) (1.00 N/C) (NWT 50%); trial preparation including team meeting to discuss trial plan, reviewing exhibit for use with witnesses, drafting cross examination outlines, and strategy for opening statement (8.10) | 8.10 | 3,240.00 |
| 01/02/03 | KWL | Draft settlement terms and correspondence with EPA (4.0); telephone conference with client re settlement strategy (1.00). | 5.00 | 1,750.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/02/03 | JDM | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (9.5); travel from Denver to Missoula (1.0) (1.0 N/C) (NWT 50%). | 10.50 | 3,150.00 |
| 01/02/03 | KJC | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (7.80); telephone conferences with Jim Freeman re status of exhibit exchanges, agreed facts, and resolution of various issues re trial logistics (.20); travel from Denver to Missoula (1.00) (1.00 N/C) (NWT 50%). | 9.00 | 2,475.00 |
| 01/02/03 | EES | Revise cost expert cross-examination questions (2.90); travel from Denver to Missoula (1.00) (1.00 N/C) (NWT 50%); trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (7.00). | 10.90 | 3,052.00 |
| 01/02/03 | GMB | Copy and distribute US trial exhibit CD (.80) (N/C); draft and edit response to motion in limine re Bartelt (4.70); review Bartelt expert report, prior motions for summary judgment for use in response to motion in limine (2.30). | 7.00 | 1,540.00 |
| 01/02/03 | ATC | Draft memo re Rule 702 expert evidence exclusion and research Rule 104(a) and Rule 402. | 6.70 | 1,172.50 |
| 01/02/03 | NKA | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (6.00); travel from Denver to Missoula (1.00) (1.00 N/C) (NWT 50%). | 7.00 | 770.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 623879 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/02/03 | AEC | Review and locate materials for transmittal to Missoula trial (3.2). | 3.20 | 400.00 |
| 01/02/03 | JLS | Telephone conferences with WBrown, AECarroll and NKAberle re preparation of CD's containing WR Grace trial exhibits (0.80); read and respond to e-mails re same (0.40); database research re same (0.60). | 1.80 | 225.00 |
| 01/03/03 | LB | Trial preparation, including witness preparation, drafting opening statement, review drafts of cross-examination outlines and revised exhibit list, and work on Peronard cross-examination (11.70). | 11.70 | 4,680.00 |
| 01/03/03 | KWL | Extended telephone conference with client and EPA re possible settlement (5.0). | 5.00 | 1,750.00 |
| 01/03/03 | JDM | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing and revising exhibit lists, and team meetings to discuss strategy and review trial plan and progress (12.00). | 12.00 | 3,600.00 |
| 01/03/03 | KJC | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing and revising exhibit lists, and team meetings to discuss strategy and review trial plan and progress (11.70); telephone conferences with Jim Freeman re status of exhibit exchanges, agreed facts, and resolution of various issues re trial logistics (.30). | 12.00 | 3,300.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/03/03 | EES | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing and revising exhibit lists, and team meetings to discuss strategy and review trial plan and progress (12.00). | 12.00 | 3,360.00 |
| 01/03/03 | GMB | Review of US trial exhibit 60 (.30); Lexis research re attorney-client privilege (1.30); review of cases from research re attorney-client privilege (2.90); draft and edit memo on US trial exhibit 60 and attorney-client privilege (3.90). | 8.40 | 1,848.00 |
| 01/03/03 | ATC | Revise memo re expert evidence exclusion and research Daubert binders from EEStevenson. | 7.20 | 1,260.00 |
| 01/03/03 | NKA | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing and revising exhibit lists, and team meetings to discuss strategy and review trial plan and progress (12.00). | 12.00 | 1,320.00 |
| 01/03/03 | AEC | Add new deposition proffer citations to our witness lists (4.5); review and locate information requested by trial team in Missoula (1.5). | 6.00 | 750.00 |
| 01/03/03 | MCL | Review document for inclusion into electronic Document Control System (.50). | 0.50 | 62.50 |
| 01/03/03 | JLS | Conferences with MThompson re preparing CD's containing WR Grace trial exhibits (0.80); read and respond to e-mails re same (0.70); edit WR Grace trial exhibit database (0.90). | 2.40 | 300.00 |
| 01/03/03 | ICM | Search for ninth circuit appellate treatises and order through Interlibrary loan for RTuchman (1.50); conduct case law research re agency actions (3.30). | 4.80 | 528.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 22 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/03/03 | BS | Request for interlibrary loan of "Federal 9th Circ. civil appellate prac."; Prospector searches; telephone conferences with various libraries re borrowing book, not available, for RTuchman (N/C). | 0.00 | 0.00 |
| 01/04/03 | LB | Trial preparation, including witness preparation, drafting cross and direct examination outlines, preparing graphic exhibits for opening and Dale Jensen testimony, and team meetings to discuss trial plan (11.90). | 12.20 | 4,880.00 |
| 01/04/03 | JDM | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing and revising exhibit lists, and team meetings to discuss strategy and review trial plan and progress (14.1). | 14.10 | 4,230.00 |
| 01/04/03 | KJC | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress, reviewing and revising exhibit lists; and negotiating with plaintiff re USGS costs (12.10); telephone conferences with Jim Freeman re status of exhibit exchanges, agreed facts, and resolution of various issues re trial logistics (.40). | 12.50 | 3,437.50 |
| 01/04/03 | EES | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing and revising exhibit lists, and team meetings to discuss strategy and review trial plan and progress (12.50). | 12.50 | 3,500.00 |
| 01/04/03 | GMB | Lexis research re use of 30(b)(6) testimony at trial (1.30); review of cases re use of 30(b)(6) testimony at trial (2.20); draft and edit memo on use of 30(b)(6) testimony at trial (1.50). | 5.00 | 1,100.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/04/03 | JAH | Consider and prepare legal memorandum re ATSDR trial issue (5.00); consider and prepare legal memorandum re second ATSDR trial issue (4.50). | 9.50 | 2,090.00 |
| 01/04/03 | NKA | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing and revising exhibit lists, and team meetings to discuss strategy and review trial plan and progress (13.10). | 13.10 | 1,441.00 |
| 01/04/03 | AEC | Complete entry of counter designated witness proffers and objections on witness lists (2.2). | 2.20 | 275.00 |
| 01/05/03 | LB | Trial preparation, including witness preparation, drafting cross and direct examination outlines, team meetings to discuss trial plan and progress, practicing and revising opening statement, and reviewing draft cross examinations (16.20). | 16.20 | 6,480.00 |
| 01/05/03 | JDM | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (16.50). | 16.50 | 4,950.00 |
| 01/05/03 | KJC | Trial preparation, including negotiating with plaintiff re USGS costs (16.00); telephone conferences with Jim Freeman re status of exhibit exchanges, agreed facts, and resolution of various issues re trial logistics (.50). | 16.50 | 4,537.50 |
| 01/05/03 | EES | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (16.00). | 16.00 | 4,480.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/05/03 | GMB | Continue drafting and editing memo on use of 30(b)(6) testimony at trial (1.70). | 1.70 | 374.00 |
| 01/05/03 | ATC | Research re Rule 703 and binders from EEStevenson. | 6.10 | 1,067.50 |
| 01/05/03 | NKA | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (17.20). | 17.20 | 1,892.00 |
| 01/05/03 | JLS | Research re IRIS asbestos document (0.50). | 0.50 | 62.50 |
| 01/06/03 | LB | Trial preparation, including witness preparation, revisions to direct and cross examination outlines, final revisions and run-through of opening (10.20); attend trial (7.50). | 17.70 | 7,080.00 |
| 01/06/03 | KWL | Assist in trial support including exhibit and trial testimony (5.0). | 5.00 | 1,750.00 |
| 01/06/03 | JDM | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing trial testimony and impressions to further refine defense strategies, and team meetings to discuss strategy and review trial plan and progress (1.5); attend trial (8.5); trial preparation for next day (7.5). | 17.50 | 5,250.00 |
| 01/06/03 | CLN | Assist LBrown with cases for trial (.30); coordination with R. Senftleben and Dr. Hughson (.20); coordinate with Dr. Hughson, Elizabeth Anderson and Suresh Moolgavkar (.30). | 0.80 | 240.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

Page         25
Invoice No.:   623879
Client  No.:   04339
Matter  No.:   00302

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/06/03 | KJC | Attend trial (7.50); prepare for trial, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing trial testimony and impressions to further refine defense strategies, and team meetings to discuss strategy and review trial plan and progress (6.30); telephone conferences with Jim Freeman re status of exhibit exchanges, agreed facts, and resolution of various issues re trial logistics (.70). | 14.50 | 3,987.50 |
| 01/06/03 | EES | Attend trial (7.50); prepare for trial, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing trial testimony and impressions to further refine defense strategies, and team meetings to discuss strategy and review trial plan and progress (7.70). | 15.20 | 4,256.00 |
| 01/06/03 | GMB | Edit drafts of JAHall's trial brief on ATSDR issues (3.20); library research on ATSDR issues (1.30); Lexis research on ATSDR issues (1.80). | 6.30 | 1,386.00 |
| 01/06/03 | ATC | Research re Rules 702 and 703 expert testimony (6.5); draft second memo to JDMcCarthy re same (2.0). | 8.50 | 1,487.50 |
| 01/06/03 | JAH | Consider and draft trial brief re two ATSDR trial issues. | 9.50 | 2,090.00 |
| 01/06/03 | NKA | Attend trial (7.50); prepare for trial, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing trial testimony and impressions to further refine defense strategies, and team meetings to discuss strategy and review trial plan and progress (9.60). | 17.10 | 1,881.00 |
| 01/06/03 | AEC | Review and locate information requested by the trial team in Missoula (1.4). | 1.40 | 175.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/06/03 | JLS | Review and respond to e-mails re requests from trial team in Missoula (0.80); conferences with AECarroll re same (0.40); database research re same (0.40). | 1.60 | 200.00 |
| 01/06/03 | ICM | Conduct case law research and cite check ATSDR brief as per JAHall's request (7.50); prepare materials for inclusion into electronic Document Control System (1.50). | 9.00 | 990.00 |
| 01/06/03 | BS | Request for interlibrary loan of "Federal 9th Circ. civil appellate prac."; telephone conferences with libraries re borrowing book; conferences with MEEstes, RTuchman, and JMoss re ordering book; book on order, for RTuchman (N/C). | 0.00 | 0.00 |
| 01/07/03 | LB | Trial preparation, including witness preparation, revisions to direct and cross examination outlines, work on Weiss video testimony and other deposition proffers, and team meetings to discuss trial plan and progress (11.10); attend trial (8.50). | 19.60 | 7,840.00 |
| 01/07/03 | KWL | Extended telephone conferences with Grace legal department re settlement and trial strategy (3.0); review and revise settlement outline and response to EPA (3.0). | 6.00 | 2,100.00 |
| 01/07/03 | JDM | Pretrial preparation, including reviewing trial testimony and impressions to further refine defense strategies (1.5); attend trial (8.5); post trial preparation for following day (2.0). | 12.00 | 3,600.00 |
| 01/07/03 | KJC | Attend trial (8.5); prepare for trial, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing trial testimony and impressions to further refine defense strategies, and team meetings to discuss strategy and review trial plan and progress (4.2); telephone conferences with Jim Freeman re status of exhibit exchanges, agreed facts, and resolution of various issues re trial logistics (.30). | 13.00 | 3,575.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

Page          27
Invoice No.:  623879
Client  No.:  04339
Matter  No.:  00302

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/07/03 | EES | Attend trial (7.50); prepare for trial, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing trial testimony and impressions to further refine defense strategies, and team meetings to discuss strategy and review trial plan and progress (6.90). | 14.40 | 4,032.00 |
| 01/07/03 | NKA | Attend trial (7.50); prepare for trial, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, reviewing trial testimony and impressions to further refine defense strategies, and team meetings to discuss strategy and review trial plan and progress (7.80). | 15.30 | 1,683.00 |
| 01/07/03 | AEC | Review and locate information requested by the trial team in Missoula (2.5) | 2.50 | 312.50 |
| 01/07/03 | JLS | Review and respond to voicemails and e-mails from trial team in Missoula, including database research (0.90). | 0.90 | 112.50 |
| 01/07/03 | ICM | Search for case law construing arbitrary and capricious actions by government agencies. | 2.00 | 220.00 |
| 01/08/03 | LB | Attend trial (7.20); final trial preparation (2.00); post trial meeting re findings of fact (1.0). | 10.20 | 4,080.00 |
| 01/08/03 | KWL | Extended telephone conference with Grace legal department re settlement and trial strategy issues (3.0); review and revise draft response to EPA settlement letter (1.0). | 4.00 | 1,400.00 |
| 01/08/03 | JDM | Trial preparation, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (1.5); attend trial (7.0); post trial meeting re findings (1.0). | 9.50 | 2,850.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 28 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/08/03 | KJC | Attend trial (7.2); prepare for trial, including witness preparation, drafting and revising cross examination outlines, reviewing direct examination plans, reviewing exhibits for use with witnesses, and team meetings to discuss strategy and review trial plan and progress (1.2); post trial meeting re findings (1.0); draft revised findings (0.6); close out trial war room (1.7). | 11.70 | 3,217.50 |
| 01/08/03 | EES | Attend trial (7.20). | 7.20 | 2,016.00 |
| 01/08/03 | NKA | Attend trial (5.50); compile and post trial materials (2.00). | 7.50 | 825.00 |
| 01/08/03 | JLS | Telephone conferences with trial team re various research requests (0.40); database research re same (0.70); conference calls with KMCarnes and MThompson re same (0.20); conference call with NKAberle re status of trial (0.20). | 1.50 | 187.50 |
| 01/09/03 | LB | Return travel from Missoula to Denver (1.00) (1.00 N/C) (NWT 50%). | 1.00 | 400.00 |
| 01/09/03 | JDM | Return travel from Missoula to Denver (1.00) (1.00 N/C) (50% NWT). | 3.50 | 1,050.00 |
| 01/09/03 | KJC | Return travel from Missoula to Denver (1.00) (1.00 N/C) (NWT 50%). | 1.00 | 275.00 |
| 01/09/03 | EES | Return travel from Missoula to Denver (1.00) (1.00 N/C) (NWT 50%). | 1.00 | 280.00 |
| 01/09/03 | NKA | Return travel from Missoula to Denver (1.00) (1.00 N/C) (NWT 50%). | 1.00 | 110.00 |
| 01/10/03 | KWL | Debrief with trial team re closing argument and ongoing appeal issues (1.70);  review EPA model consent decree and access case AOC re possible settlement issues (3.0). | 4.70 | 1,645.00 |
| 01/13/03 | KWL | Review and revise sections of draft findings of fact. | 3.00 | 1,050.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 29 | |
| Invoice No.: | 623879 | |
| Client No.: | 04339 | |
| Matter No.: | 00302 | |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/13/03 | JDM | Meeting re post trial issues (0.4); review trial notes (1.3). | 1.70 | 510.00 |
| 01/13/03 | KJC | Telephone conference with R. Bartelt re trial and materials (0.2); conference with JDMcCarthy, EEStevenson, and JLSherman re tasks for briefs and revised findings to court (0.4); conference with NKAberle re trial exhibits accepted and rejected and remaining tasks for closing arguments (0.2); review trial exhibit lists (0.2). | 1.00 | 275.00 |
| 01/13/03 | NKA | Review and update exhibit lists to reflect those offered, admitted and refused during trial (2.50). | 2.50 | 275.00 |
| 01/13/03 | AEC | Review and organize contents of trial materials shipped from Missoula (2.9). | 2.90 | 362.50 |
| 01/13/03 | JLS | Database research re JDMcCarthy files from Middleton deposition (1.90); conference with JDMcCarthy, KJCoggon and EEStevenson re preparation of findings of fact and briefs requested by court (0.30). | 2.20 | 275.00 |
| 01/14/03 | KJC | Conference with LNBrown and JDMcCarthy re revised findings and briefs (0.2). | 0.20 | 55.00 |
| 01/14/03 | EES | Review trial cost exhibits for possible use in the cost brief and findings of fact (2.80). | 2.80 | 784.00 |
| 01/14/03 | GMB | Lexis research re cost recovery documentation (2.60). | 2.60 | 572.00 |
| 01/14/03 | NKA | Compile and review trial documents (1.50); prepare excerpt of Betty Jones testimony given at trial January 6, 2003 for review by cost expert per EEStevenson request (.60); review and file various trial documents and prepare same for inclusion into electronic Document Control System (1.00); compile deposition proffers from Weis Volume 2 deposition which were filed with the court January 7, 2003 (.60). | 3.70 | 407.00 |
| 01/14/03 | AEC | Compile and review trial documents (3.0). | 3.00 | 375.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 30 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/14/03 | MCL | Compile and review trial documents (1.50). | 1.50 | 187.50 |
| 01/14/03 | JLS | Compile and review trial documents (1.50). | 1.50 | 187.50 |
| 01/14/03 | PRS | Compile and review trial documents (2.00). | 2.00 | 250.00 |
| 01/15/03 | KJC | Review list of materials from R. Bartelt (0.2); telephone conference with and voice mail exchange with R. Emmett re trial and inquiry re volume of soil removed in Libby (0.3); review tasks to be completed for closing arguments (0.2). | 0.70 | 192.50 |
| 01/15/03 | EES | Review cost burden of proof cases cited by EPA in its summary judgment brief (3.60). | 3.60 | 1,008.00 |
| 01/15/03 | GMB | Continue Lexis research re cost recovery documentation (4.60); review of cases from Lexis re cost recovery documentation (3.20). | 7.80 | 1,716.00 |
| 01/15/03 | NKA | Compile and review trial preparation materials (3.00); compile and review documents from trial (.60). | 3.60 | 396.00 |
| 01/15/03 | MCL | Compile and review trial documents (1.00). | 1.00 | 125.00 |
| 01/15/03 | MBF | Compile and review trial documents. | 0.50 | 45.00 |
| 01/16/03 | KWL | Draft case report to client (4.00). | 4.00 | 1,400.00 |
| 01/16/03 | EES | Review additional cost cases re burden of proof and rebuttable presumption issues (4.10). | 4.10 | 1,148.00 |
| 01/16/03 | GMB | Continue review of cases from Lexis re cost recovery documentation (3.40); additional Lexis research re cost documentation burden of proof (4.10). | 7.50 | 1,650.00 |
| 01/16/03 | NKA | Compile, review and index CDs used during trial preparation (1.50); review and prepare new trial exhibits and illustrative items (2.90). | 4.40 | 484.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 31 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/17/03 | KWL | Review and revise case report to client (3.30). | 3.30 | 1,155.00 |
| 01/17/03 | JDM | Review government cases cited for cost accounting burden of proof. | 0.40 | 120.00 |
| 01/17/03 | KJC | Conference with KWLund re status of projects and assignment of responsibilities (0.1); email RTuchman re memo re appeal options (0.2); email M. Murphy re deposition transcripts (0.1). | 0.40 | 110.00 |
| 01/17/03 | GMB | Review of DOJ briefs re cost recovery documentation issues (3.60); Lexis research re DOJ's cost cases (1.80). | 5.40 | 1,188.00 |
| 01/17/03 | NKA | Compile and review US Trial Exhibits, Grace Trial Exhibits, and other miscellaneous case materials (3.20). | 3.20 | 352.00 |
| 01/17/03 | AEC | Compile and review trial materials (2.5). | 2.50 | 312.50 |
| 01/17/03 | PRS | Compile and review trial materials. | 1.60 | 200.00 |
| 01/20/03 | JDM | Review cases cited by U.S. on burden of proof re costs. | 3.40 | 1,020.00 |
| 01/20/03 | KJC | Draft, review and edit findings of fact and conclusions of law (3.00); address billing issues from team, vendors and experts (0.30); address inquiries and issues re document databases (0.10); respond to questions from client and team re facts and documents (0.20); conference with JDMcCarthy and telephone conference with LNBrown re revised findings of fact (0.40). | 4.00 | 1,100.00 |
| 01/20/03 | GMB | Additional Lexis research on CERCLA cost recovery cases (3.80); review of CERCLA cost recovery cases from Lexis (3.00). | 6.80 | 1,496.00 |
| 01/20/03 | NKA | Compile and review trial preparation materials (2.20); compile and review trial exhibit notebooks containing those admitted into evidence (1.20). | 3.40 | 374.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | | 32 |
| Invoice No.: | | 623879 |
| Client   No.: | | 04339 |
| Matter  No.: | | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/20/03 | MCL | Compile and review trial materials (2.20). | 2.20 | 275.00 |
| 01/20/03 | JLS | Compile and review case materials (3.20). | 3.20 | 400.00 |
| 01/21/03 | KWL | Research and review 9th Circuit case law re appellate issues. | 5.00 | 1,750.00 |
| 01/21/03 | JDM | Review cost cases. | 0.50 | 150.00 |
| 01/21/03 | KJC | Draft, review and edit findings of fact and conclusions of law (1.20); address billing issues from team, vendors and experts (0.30); respond to questions from client and team re facts and documents (0.20). | 1.70 | 467.50 |
| 01/21/03 | EES | Review additional cost recovery case authority (1.80); draft analysis of key cases for use in cost brief (2.30). | 4.10 | 1,148.00 |
| 01/21/03 | GMB | Continue review of CERCLA cost recovery cases from Lexis (6.40). | 6.40 | 1,408.00 |
| 01/21/03 | NKA | Review and compile trial preparation items, including Dearwent and Lybarger files (.30); index cd's used in trial preparation and document coding (.50); draft list of boxes for warehouse (.30); prepare trial demonstratives, trial exhibits  and trial transcript per EEStevenson request (4.60); conduct access case research per KJCoggon request (.70). | 6.40 | 704.00 |
| 01/21/03 | AEC | Compile and review trial materials (2.3). | 2.30 | 287.50 |
| 01/21/03 | JLS | Database research re pre-trial order for RTuchman (0.10); telephone conferences with SCHaraldson and RTuchman re same (0.10); edit document database (0.20). | 0.40 | 50.00 |
| 01/21/03 | ICM | Conduct case law research re appellate issues in 9th circuit (3.50); procure new 9th circuit appellate rules (.50); review and cite check memo to counsel re appellate issues (2.50). | 6.50 | 715.00 |
| 01/22/03 | JDM | Review draft revised findings. | 0.70 | 210.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/22/03 | KJC | Draft, review and edit revised findings of fact and conclusions of law (1.90); address billing issues from team, vendors and experts (0.10); address issues re appeal (0.30). | 2.30 | 632.50 |
| 01/22/03 | EES | Expand analysis of key direct cost cases (1.70); review burden of proof issues re cost documentation (1.90). | 3.60 | 1,008.00 |
| 01/22/03 | GMB | Lexis research on burdens of proof (general tort cases) (3.10); review of cases on burden of proof (4.20). | 7.30 | 1,606.00 |
| 01/22/03 | NKA | Continue compiling and reviewing trial exhibit notebooks, trial demonstrative notebooks, and trial transcript notebook for use by Grace trial team for Finding of Fact (2.90); review and organize Cost Recovery case material (1.00). | 3.90 | 429.00 |
| 01/22/03 | ICM | Conduct regulatory and case law research re FRAP 4 as per RTuchman's request. | 4.50 | 495.00 |
| 01/23/03 | EES | Review additional case authority re cost burden of proof issues and overcoming EPA's prima facie cost showing (2.80); review draft proposed cost findings of fact (.60). | 3.40 | 952.00 |
| 01/23/03 | GMB | Additional Lexis research on burdens of proof and meeting presumptions (3.60). | 3.60 | 792.00 |
| 01/23/03 | AEC | Review and locate documents requested for appeal preparation (2.5). | 2.50 | 312.50 |
| 01/24/03 | GMB | Review of cases on meeting presumptions and shifting of burden of proof (4.80). | 4.80 | 1,056.00 |
| 01/27/03 | JDM | Review order (0.1); review accounting cases (3.1). | 3.20 | 960.00 |
| 01/27/03 | ICM | Draft coding sheets for trial materials and documents. | 1.50 | 165.00 |
| 01/28/03 | JDM | Analyze CERCLA cost cases. | 1.10 | 330.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/28/03 | KJC | Address billing issues from team, vendors and experts (0.30); address inquiries and issues re documents (0.60); respond to questions from R. Bartelt re document retention (0.70); address issues re appeal (0.10); conference with JDMcCarthy re case law, transcript and revisions to findings (0.20); review news articles re Grace and Libby (0.80). | 2.70 | 742.50 |
| 01/28/03 | NKA | Search for and locate trial exhibit #3144 per EEStevenson and JDMcCarthy request (.50), and add to trial exhibit notebook (.20); research and emails to/from Susan Mayer re status of trial transcript (.40). | 0.90 | 99.00 |
| 01/29/03 | KJC | Address billing issues from team, vendors and experts (0.20); address inquiries and issues re documents (0.80). | 1.00 | 275.00 |
| 01/29/03 | ATC | Draft memo re retention of trial documents in electronic Document Control System. | 2.80 | 490.00 |
| 01/29/03 | WEP | Prep, Scan, Qc, export and import correspondence (Libby 143) (N/C). | 0.00 | 0.00 |
| 01/30/03 | KJC | Review  and follow up on letter from Dept. of Justice asking to meet re revised facts on indirect costs (0.9); address issues re documents (0.3). | 1.20 | 330.00 |
| 01/30/03 | AEC | Compile and review trial materials for use in possible appeal (2.20). | 2.20 | 275.00 |
| 01/31/03 | JDM | Meet with KJCoggon and EEStevenson re progress on findings, letter from DOJ and possible response (0.4); review additional cost cases (3.5). | 3.90 | 1,170.00 |
| 01/31/03 | KJC | Address inquiries and issues re documents (3.30); conference with JDMcCarthy, EEStevenson re progress on findings, letter from DOJ and possible response (0.70). | 4.00 | 1,100.00 |
| 01/31/03 | EES | Review case authority re direct and indirect cost recovery issues (3.10). | 3.10 | 868.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 35 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/31/03 | GMB | Review miscellaneous Cost Recovery cases (3.20). | 3.20 | 704.00 |
| 01/31/03 | NKA | Conferences with KJCoggon and KMCarnes re outstanding trial materials. | 0.50 | 55.00 |

**Total Fees Through January 31, 2003:**     **853.10**   **$ 208,371.00**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| LB | Linnea Brown | Partner | $ 400.00 | 96.70 | $ 38,680.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 45.00 | 15,750.00 |
| JDM | John D. McCarthy | Partner | 300.00 | 110.50 | 33,150.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 0.80 | 240.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 113.60 | 31,240.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 116.00 | 32,480.00 |
| ER | Elizabeth Rita | Contract Attorney | 175.00 | 25.20 | 4,410.00 |
| GMB | Geoffrey M. Barry | Associate | 220.00 | 83.80 | 18,436.00 |
| JAH | Jennifer A. Hall | Associate | 220.00 | 19.00 | 4,180.00 |
| ATC | Allison T. Crist | Associate | 175.00 | 35.50 | 6,212.50 |
| AEC | Ann E. Carroll | Paralegal | 125.00 | 30.70 | 3,837.50 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 5.20 | 650.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 16.00 | 2,000.00 |
| PRS | Paula R. Stacey | Paralegal | 125.00 | 3.60 | 450.00 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 122.70 | 13,497.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 28.30 | 3,113.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 0.50 | 45.00 |
| WEP | William E. Payne | Information Specialist | 0.00 | 0.00 | 0.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| BS | Bruce Sperberg | Library | 0.00 | 0.00 | 0.00 |
| | | **Total Fees:** | | **853.10** | **$ 208,371.00** |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/26/02 | | Outside Reproduction: VENDOR: Copy Corps of Colorado; INVOICE#: 0029428-IN; DATE: 11/26/2002  -  Outside reproduction/04339-00302 | $    352.39 |
| 12/09/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 45230; DATE: 12/9/2002  -  Denver, Catering for December, 2002, Lunch for 7 people on 12/9/02 (avg. $8.41 per person). | 58.86 |
| 12/11/02 | | Long Distance Telephone: 9058969290, 13 Mins., TranTime:10:9 | 19.01 |
| 12/11/02 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 1556; DATE: 12/11/2002  -  Denver, Catering for December, 2002, Lunch 12/11/02, L. Brown/K. Coggon (10 meals, avg. $11.31 per person). | 113.09 |
| 12/12/02 | | Other Meal Expense: VENDOR: Latuda, Carla M.; INVOICE#: 011003; DATE: 1/10/2003  -  Dinner on 12/12/02 for AECarroll, NKAberle, JLSherman, DDavison, MCLatuda from Qdoba Restaurants (5 meals, avg. $6.49 per person) | 32.21 |
| 12/12/02 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 1543; DATE: 12/12/2002  -  Denver, Catering for December, 2002, Lunch 12/12/02, K. Coggon (10 meals, avg. $11.31 per person). | 113.09 |
| 12/13/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 45331; DATE: 12/13/2002  -  Denver, Catering for December, 2002, L. Brown Lunch for two people on 12/13/02 (avg. $8.86 per person). | 17.71 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 37 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/13/02 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 1462; DATE: 12/13/2002 - Denver, Catering for December, 2002, Lunch 12/13/02, K. Coggon (10 meals, avg. $10.23 per person) | 102.32 |
| 12/13/02 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 1502; DATE: 12/13/2002 - Denver, Catering for December, 2002, Lunch 12/13/02, L. Brown (lunch for 5 people, avg. $7.81 per person). | 39.04 |
| 12/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7159332; DATE: 12/15/2002 - Courier, Acct. HO7068. 12-03; U S Dept. of Justice | 8.25 |
| 12/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7159332; DATE: 12/15/2002 - Courier, Acct. HO7068. 12-09; U S Dept. of Justice | 8.25 |
| 12/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7159332; DATE: 12/15/2002 - Courier, Acct. HO7068. 12-09; U S Dept. of Justice | 8.25 |
| 12/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7159332; DATE: 12/15/2002 - Courier, Acct. HO7068. 12-09; EPA | 8.25 |
| 12/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7159332; DATE: 12/15/2002 - Courier, Acct. HO7068. 12-12; Destiny Resources | 18.75 |
| 12/15/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7159332; DATE: 12/15/2002 - Courier, Acct. HO7068. 12-02; Destiny Resources | 18.75 |
| 12/16/02 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 122302; DATE: 12/23/2002 - Travel expense - Missoula, MT 12/15-12/16/02 for pretrial conference/Auto Rental | 77.82 |
| 12/16/02 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 122302; DATE: 12/23/2002 - Travel expense - Missoula, MT 12/15-12/16/02 for pretrial conference/Hotel (one night) | 82.16 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 38 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/16/02 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 122302; DATE: 12/23/2002  -  Travel expense - Missoula, MT 12/15-12/16/02 for pretrial conference/Personal Mileage - (60 miles @ $.365 per mile). | 21.90 |
| 12/18/02 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 1646; DATE: 12/18/2002  -  Denver, Catering for December, 2002, Lunch 12/18/02, K. Coggon (10 meals, avg. $10.23 per person). | 102.32 |
| 12/20/02 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 1676; DATE: 12/20/2002  -  Denver, Catering for December, 2002, Lunch 12/20/02, K. Coggon (6 meals, avg. $10.23 per person). | 61.39 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002  -  Courier, Acct. 0802-0410-8. 12-07; Gary Graham Missoula, Mt | 25.28 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002  -  Courier, Acct. 0802-0410-8. 12-09; Jay Hughes Boca Raton, Fl | 18.52 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002  -  Courier, Acct. 0802-0410-8. 12-09; Robert Emmett Columbia, Md | 18.52 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002  -  Courier, Acct. 0802-0410-8. 12-09; William Corcoran Columbia, Md | 18.52 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002  -  Courier, Acct. 0802-0410-8. 12-09; Richard Finke Boca Raton, Fl | 18.52 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002  -  Courier, Acct. 0802-0410-8. 12-10; Robert Emmett Columbia, Md | 9.36 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002  -  Courier, Acct. 0802-0410-8. 12-10; Ace Federal Reporters Washington, DC | 19.36 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 39 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002 - Courier, Acct. 0802-0410-8. 12-12; Robert Emmett Columbia, Md | 9.36 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002 - Courier, Acct. 0802-0410-8. 12-16; Ken Lund Columbia, Md | 17.17 |
| 12/20/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-59293; DATE: 12/20/2002 - Courier, Acct. 0802-0410-8. 12-06; From ERM West Sacramento, Ca to Kelly Bates Denver, Co | 13.57 |
| 12/23/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 45444; DATE: 12/23/2002 - Denver, Catering for December, 2002, Lunch for five people on 12/23/02  (avg. $8.07 per person) | 40.33 |
| 12/23/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 45448; DATE: 12/23/2002 - Denver, Catering for December, 2002, L. Brown Lunch for four people on 12/23/02 (avg. $8.07 per person). | 32.27 |
| 12/27/02 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-487-99726; DATE: 12/27/2002 - Courier, Acct. 0802-0410-8. 12-19; Robert Emmett Columbia, Md | 15.41 |
| 12/28/02 | | Other Meal Expense: VENDOR: Carroll, Ann E.; INVOICE#: 010303; DATE: 1/3/2003 - Working dinner on 12/28/02 for AECarroll, NAberle, ICMulholland, LNBrown, JLSherman, MCLatuda and KMCarnes from Maggiano's (7 dinners, avg. $10.23 per person) | 71.62 |
| 12/30/02 | | Other Expense: VENDOR: Access/Information; INVOICE#: 015203; DATE: 1/20/2003 - Document Retrival/ - Respiratory systems | 53.00 |
| 12/30/02 | | Other Meal Expense: VENDOR: Nancy's Catering & Bakery; INVOICE#: 45456; DATE: 12/30/2002 - Denver, Catering for December, 2002, KJCoggon Lunch for seven people on 12/30/02 (avg. $8.07 per person). | 56.47 |
| 12/30/02 | 61 | Photocopy | 9.15 |
| 12/30/02 | 278 | Photocopy | 41.70 |