# EXHIBIT A-2

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | | 40 |
| Invoice No.: | | 623879 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/31/02 | 1 | Lexis | 87.62 |
| 12/31/02 | 1 | Lexis | 227.60 |
| 12/31/02 | | Long Distance Telephone: arOne Communications; INVOICE#: 175379-000; DATE: 12/31/2002  -  Conference Calls - December, 2002 | 37.82 |
| 12/31/02 | | Long Distance Telephone: arOne Communications; INVOICE#: 175379-000; DATE: 12/31/2002  -  Conference Calls - December, 2002 | 5.56 |
| 12/31/02 | | Long Distance Telephone: arOne Communications; INVOICE#: 175379-000; DATE: 12/31/2002  -  Conference Calls - December, 2002 | 26.42 |
| 12/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7161221; DATE: 12/31/2002  -  Courier, Acct, HO7068. 12-16; U S Dept. of Justice | 8.25 |
| 12/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7161221; DATE: 12/31/2002  -  Courier, Acct, HO7068. 12-31; U S EPA Region 8 | 6.55 |
| 12/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7161221; DATE: 12/31/2002  -  Courier, Acct, HO7068. 12-31; U S Dept. of Justice | 6.55 |
| 12/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7161221; DATE: 12/31/2002  -  Courier, Acct, HO7068. 12-31; Linnea Brown | 8.25 |
| 12/31/02 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7161221; DATE: 12/31/2002  -  Courier, Acct, HO7068. 12-31; From Karla Carnes to HRO | 14.25 |
| 12/31/02 | | Travel Expense: Holiday Inn, Billings, MO-Hotel (while in transit to Missoula, one night) | 81.12 |
| 01/01/03 | | Long Distance Telephone: 9707264271, 8 Mins., TranTime:11:3 | 0.77 |
| 01/02/03 | 2 | Facsimile | 2.00 |
| 01/02/03 | 3 | Facsimile | 3.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

Page         41
Invoice No.:   623879
Client  No.:   04339
Matter  No.:   00302

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/02/03 | 1 | Lexis | 225.73 |
| 01/02/03 | | Long Distance Telephone: 4065232543, 5 Mins., TranTime:8:40 | 0.41 |
| 01/02/03 | | Long Distance Telephone: 4105314203, 33 Mins., TranTime:14:51 | 3.25 |
| 01/02/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-34837; DATE: 1/2/2003  -  Courier, Acct. 0802-0410-8. 12-23; Robert Emmett Columbia, Md | 9.36 |
| 01/02/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-34837; DATE: 1/2/2003  -  Courier, Acct. 0802-0410-8. 12-30; Dr William Hughson La Jolla, Ca | 15.14 |
| 01/02/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-34837; DATE: 1/2/2003  -  Courier, Acct. 0802-0410-8. 12-30; Douglas Cameron Pittsburgh, Pa | 13.25 |
| 01/02/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-34837; DATE: 1/2/2003  -  Courier, Acct. 0802-0410-8. 12-30; Dori Anne Kuchinsky Leesburg, Va | 13.66 |
| 01/02/03 | 6 | Photocopy | 0.90 |
| 01/02/03 | 111 | Photocopy | 16.65 |
| 01/02/03 | 44 | Photocopy | 6.60 |
| 01/03/03 | 15 | Color Photocopy | 9.75 |
| 01/03/03 | 11 | Color Photocopy | 7.15 |
| 01/03/03 | 165 | Color Photocopy | 107.25 |
| 01/03/03 | 1 | Lexis | 1,086.72 |
| 01/03/03 | 1 | Lexis | 232.79 |
| 01/03/03 | | Long Distance Telephone: 4067218550, 1 Mins., TranTime:9:36 | 0.07 |
| 01/03/03 | | Long Distance Telephone: 4067218550, 2 Mins., TranTime:10:27 | 0.16 |
| 01/03/03 | | Long Distance Telephone: 2026378700, 2 Mins., TranTime:12:28 | 0.15 |
| 01/03/03 | | Long Distance Telephone: 6123736864, 3 Mins., TranTime:14:26 | 0.23 |
| 01/03/03 | | Long Distance Telephone: 6123736864, 3 Mins., TranTime:14:30 | 0.21 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 42 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/03/03 | | Long Distance Telephone: 4067218550, 2 Mins., TranTime:14:32 | 0.16 |
| 01/03/03 | | Long Distance Telephone: 4067218550, 1 Mins., TranTime:14:47 | 0.07 |
| 01/03/03 | | Long Distance Telephone: 4067218550, 5 Mins., TranTime:14:48 | 0.45 |
| 01/03/03 | | Long Distance Telephone: 4067218550, 2 Mins., TranTime:15:3 | 0.12 |
| 01/03/03 | | Long Distance Telephone: 4067218550, 1 Mins., TranTime:15:24 | 0.05 |
| 01/03/03 | | Long Distance Telephone: 4067218550, 9 Mins., TranTime:15:27 | 0.82 |
| 01/03/03 | | Long Distance Telephone: 4067218550, 1 Mins., TranTime:15:36 | 0.06 |
| 01/03/03 | 3 | Photocopy | 0.45 |
| 01/03/03 | 72 | Tab Stock | 3.60 |
| 01/03/03 | 2 | Velo Binding | 2.00 |
| 01/03/03 | 11 | Velo Binding | 11.00 |
| 01/04/03 | 1 | Lexis | 407.74 |
| 01/04/03 | | Long Distance Telephone: 4067218550, 1 Mins., TranTime:15:0 | 0.09 |
| 01/05/03 | 1 | Lexis | 550.02 |
| 01/05/03 | 1 | Lexis | 162.38 |
| 01/05/03 | 1 | Lexis | 158.88 |
| 01/06/03 | 1 | Lexis | 184.01 |
| 01/06/03 | 1 | Lexis | 182.01 |
| 01/06/03 | 1 | Lexis | 230.26 |
| 01/06/03 | | Long Distance Telephone: 2128598000, 5 Mins., TranTime:7:42 | 0.41 |
| 01/06/03 | | Long Distance Telephone: 4067218550, 2 Mins., TranTime:11:41 | 0.18 |
| 01/06/03 | | Long Distance Telephone: 4067218550, 1 Mins., TranTime:11:57 | 0.06 |
| 01/06/03 | | Long Distance Telephone: 2134732000, 2 Mins., TranTime:13:16 | 0.17 |
| 01/06/03 | | Long Distance Telephone: 3232835801, 2 Mins., TranTime:13:18 | 0.11 |
| 01/06/03 | | Long Distance Telephone: 4067218550, 3 Mins., TranTime:13:57 | 0.25 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 43 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/06/03 | | Long Distance Telephone: 4067218550, 1 Mins., TranTime:14:43 | 0.09 |
| 01/06/03 | | Long Distance Telephone: 4067218550, 3 Mins., TranTime:14:58 | 0.22 |
| 01/06/03 | | Travel Expense: VENDOR: Majest International; INVOICE#: 20508; DATE: 1/6/2003  -  Denver, Airline travel expense, 1/8/03, Missoula Denver, W. Brown | 30.00 |
| 01/07/03 | | Long Distance Telephone: 7036840123, 5 Mins., TranTime:9:46 | 0.45 |
| 01/07/03 | | Long Distance Telephone: 4105314667, 1 Mins., TranTime:9:51 | 0.08 |
| 01/07/03 | | Long Distance Telephone: 4105314667, 1 Mins., TranTime:10:4 | 0.07 |
| 01/07/03 | | Long Distance Telephone: 4067218550, 3 Mins., TranTime:18:29 | 0.28 |
| 01/07/03 | | Long Distance Telephone: 4105314667, 15 Mins., TranTime:9:37 | 1.42 |
| 01/07/03 | 29 | Photocopy | 4.35 |
| 01/08/03 | | Other Expense: VENDOR: Wells Fargo Remittance Center; INVOICE#: 01/08/03; DATE: 1/8/2003  -  January, 2003 Credit Card Payment, 12/22/02, Raindance Communication, Setup for Conferences | 238.70 |
| 01/09/03 | | Long Distance Telephone: 4105314284, 2 Mins., TranTime:15:57 | 0.15 |
| 01/09/03 | | Long Distance Telephone: 4105314203, 12 Mins., TranTime:15:7 | 1.19 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 44 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/09/03 | | Other Meal Expense: VENDOR: Robert Fellinger; INVOICE#: 01/15/03; DATE: 1/15/2003 - T/E to Missoula MT; $371.82 - Meals and food - incurred on various dates between 12/31/02 and 1/9/03, including: Lunch for WBrown, RFellinger and Huntley Holland, undated, Catalyst, total $23.85 (avg. $7.95 per person); Lunch for WBrown and RFellinger, 1/3/03, McKenzie River Front, total $24.05 (avg. $12.02 per person); Lunch for RFellinger, 1/1/03, Kentucky Fried Chicken, total $5.99; Coffee for RFellinger, 1/4/03, Barnes & Noble, total $1.70; Beverage for RFellinger, 1/1/03, Noons, total $.89; coffee for RFellinger and one other person, 1/2/03, Barnes & Noble, total $3.10 (avg. $1.55 per person); Lunch for RFellinger, 12/31/02, Hardee's, total $5.91; Beverages for RFellinger, 1/1/03, Town Pump, total $2.08; Dinner for RFellinger and WBrown, 1/6/03, Nap's Grill, total $18.90 (avg. $9.45 per person); Lunch for RFellinger, 1/9/03, Diamond Shamrock, total $3.48; and miscellaneous snacks and beverages for trial team on various dates, total $281.87. | 371.82 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003 - Courier, Acct. 0802-0410-8. 12-30; Richard Sentfleben Boca Raton, Fl | 13.66 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003 - Courier, Acct. 0802-0410-8. 12-30; Robert Emmett Columbia, Md | 15.01 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003 - Courier, Acct. 0802-0410-8. 12-30; Richard Finke Boca Raton, Fl | 13.66 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003 - Courier, Acct. 0802-0410-8. 12-30; Gary Graham Missoula, Mt | 31.77 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003 - Courier, Acct. 0802-0410-8. 12-30; Gary Graham Missoula, Mt | 30.28 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 45 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 12-30; William Corcoran Columbia, Md | 13.66 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 12-30; Gary Graham Missoula, Mt | 32.31 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 12-31; William Mercer Billings, Mt | 30.42 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 12-31; William Mercer Billings, Mt | 29.61 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 12-31; William Mercer Billings, Mt | 12.57 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 12-31; Jay Hughes Boca Raton, Fl | 13.66 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 12-31; Robert Fellinger Missoula, Mt  (23 pieces) | 978.16 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 01-02; Robert Fellinger Missoula, Mt | 70.11 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 01-02; Robert Fellinger Missoula, Mt | 55.68 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 01-02; William Mercer Billings, Mt | 8.88 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 46 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 01-02; Robert Fellinger Missoula, Mt | 28.93 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 01-02; Linnea Brown Missoula, Mt | 17.98 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 01-02; John D McCarthy  Missoula, Mt | 15.28 |
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 01-03; Winlock Brown Missoula, Mt | 22.30 |
| 01/09/03 | | Parking: VENDOR: Robert Fellinger; INVOICE#: 01/15/03; DATE: 1/15/2003  -  T/E to Missoula MT; 12/31/02-1/9/03; Parking | 16.00 |
| 01/09/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 01/09/03; DATE: 1/9/2003  -  Denver, Customer #JJ0001, Pacer Web Pages 10/1-12/31/02 | 11.62 |
| 01/09/03 | | Supplies: VENDOR: Robert Fellinger; INVOICE#: 01/15/03; DATE: 1/15/2003  -  T/E to Missoula MT; 12/31/02-1/9/03; Office supplies/ copies | 402.79 |
| 01/09/03 | | Travel Expense: VENDOR: Robert Fellinger; INVOICE#: 01/15/03; DATE: 1/15/2003  -  T/E to Missoula MT; 12/31/02-1/9/03; DSL-internet access ($289.60) and car topper to haul 110 boxes ($349.74). | 639.34 |
| 01/09/03 | | Travel Expense: Personal Auto/Miles-1,740 miles at $.36 per mile | 626.40 |
| 01/10/03 | | Long Distance Telephone: 4105314284, 1 Mins., TranTime:9:42 | 0.07 |
| 01/10/03 | 61 | Photocopy | 9.15 |
| 01/10/03 | 24 | Photocopy | 3.60 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 47 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/10/03 | | Travel Expense: VENDOR: Holiday Inn - Missoula; INVOICE#: 011003; DATE: 12/31/02 - 1/9/03 - accommodations for trial team and experts during trial, Rich Bartelt, 2 nights @ $92.56/night, total $185.12; Michael Hutchinson, 4 nights @ $92.56/night, total $370.24; Dale Jensen, 6 nights @ $92.56/night, total $555.36; Alan Stringer, 4 nights @ $92.56/night, total $370.24; RFellinger, 8 nights @ $92.56/night, total $740.48; EEStevenson, 7 nights @ $92.56/night, total $647.92; KMCarnes, 7 nights @ $92.56/night, total $647.92; JDMcCarthy, 7 nights @ $92.56/night, total $647.92;  WBrown, 8 nights @ $92.56/night, total $740.48;  NKAberle, 7 nights @ $92.56/night, total $647.92; KJCoggon, 7 nights @ $92.56/night, total $647.92;  LBrown, 7 nights @ $92.56/night, total $647.92; Bob Emmett, 4 nights @ $92.56/night, total $370.24; HRO Social Room, 7 nights @ $92.56/night, total $647.92; HRO War Room, 7 nights @ $92.56/night, total $647.92; HRO War Room #2, 7 nights @ $102.56/night, total $720.72. | 9,236.24 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/10/03 | | Travel Expense: VENDOR: Holiday Inn, Missoula; INVOICE#011003; DATE: 12/31/02 - 1/9/03 - Food/Meals - for trial team and experts during trial - MICHAEL HUTCHINSON 1/6/03 - $7.00 (total $7.00); DALE JENSEN 1/4/03 - $9.00, 1/5/03 - $9.00 (total $18.00); ALAN STRINGER 1/6/03 - $59.50, 1/7/03 - $16.50, 1/8/03 - $7.50, 1/9/03 - $21.00 (total $104.50); FELLINGER 1/1/03 - $29.50, 1/5/03 - $18.95, 1/9/03 - $9.20 (total $57.65); EESTEVENSON 1/4/03 - $11.00, 1/5/03 - $9.00, 1/6/03 - $11.45, 1/7/03 - $12.45, 1/8/03 - $10.75 (total $54.65); KMCARNES 1/4/03 - $11.95, 1/5/03 - $10.25, 1/6/03 - $18.55, 1/7/03 - $45.60, 1/8/03 - $19.15 (total $108.50); JDMCCARTHY 1/2/03 - $16.00, 1/3/03 - $30.00, 1/9/03 - $31.85 (total $77.85); WBROWN 1/2/03 - $17.95, 1/6/03 - $5.50, 1/8/03 - $8.95 (total $32.40); NKABERLE 1/3/03 - $8.95, 1/4/03 - $7.95, 1/7/03 - $18.50, 1/8/03 - $9.70, 1/9/03 - $7.95 (total $53.05); KJCOGGON 1/4/03 - $12.70, 1/5/03 - $4.20, 1/7/03 - $21.95, 1/8/03 - $35.60 (total $74.45); LBROWN 1/6/03 - $18.40, 1/7/03 - $93.95 (dinner for LBrown, EEStevenson, JDMcCarthy and Dale Jensen, avg. $23.49 per person) (total $112.35); BOB EMMETT 1/6/03 - $34.80, 1/7/03 - $33.60, 1/8/03 - $48.50 (total $116.90); HRO SOCIAL ROOM 1/3/03 - 95.50, 1/4/03 - $103.50, 1/5/03 - $135.00, 1/6/03 - $216.40, 1/7/03 - $214.50, 1/8/03 - $203.15, 1/9/03 - $177.50 (total $1,145.55); HRO WAR ROOM 1/6/03 - $151.00, 1/8/03 - $7.50 (total $158.50). | 2,121.35 |
| 01/10/03 | | Travel Expense: 12/31/02 - 1/9/03 - $1,269.65 - Travel expense - Phone charges - for trial team and experts during trial, Holiday Inn, Missoula, Montana - DALE JENSEN, $2.00; ALAN STRINGER, $13.62; RFELLINGER, $45.90; EESTEVENSON, $5.08; KMCARNES, $144.04; JDMCCARTHY, $109.16; WBROWN, $89.80; NKABERLE, $1.50; KJCOGGON, $89.12; LBROWN, $92.06; BOB EMMETT, $24.25; HRO WAR ROOM, $381.74. | 998.27 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 49 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/11/03 | | Outside Courier: VENDOR: United Parcel Service; INVOICE#: 0000809325023; DATE: 1/11/2003 - Courier, Shipper # 809325. 01-08; From KCarnes, Missoula, Mt to KCarnes, Denver, CO  (48 pieces). | 495.76 |
| 01/13/03 | 1 | Photocopy | 0.15 |
| 01/13/03 | 28 | Photocopy | 4.20 |
| 01/14/03 | | Other Meal Expense: VENDOR: Stevenson, Edward E; INVOICE#: 01/14/03; DATE: 1/14/2003 - Denver, 1/2-1/9/03, Missoula, MT, Trial, Meals | 112.06 |
| 01/14/03 | | Parking: VENDOR: Stevenson, Edward E; INVOICE#: 01/14/03; DATE: 1/14/2003 - Denver, 1/2-1/9/03, Missoula, MT, Trial, Parking | 113.00 |
| 01/14/03 | 15 | Photocopy | 2.25 |
| 01/14/03 | | Travel Expense: VENDOR: Stevenson, Edward E; INVOICE#: 01/14/03; DATE: 1/14/2003 - Denver, 1/2-1/9/03, Missoula, MT, Trial, Auto Rental (7 days, avg. $77.83 per day) | 544.78 |
| 01/14/03 | | Travel Expense: VENDOR: Stevenson, Edward E; INVOICE#: 01/14/03; DATE: 1/14/2003 - Denver, 1/2-1/9/03, Missoula, MT, Trial, Personal Auto/Miles (49 miles @ $.36 per mile) | 17.50 |
| 01/15/03 | 1 | Lexis | 503.95 |
| 01/15/03 | | Long Distance Telephone: 4105314751, 10 Mins., TranTime:14:49 | 0.91 |
| 01/15/03 | | Long Distance Telephone: 4105314751, 10 Mins., TranTime:14:49 | 0.91 |
| 01/15/03 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 01/15/03; DATE: 1/15/2003 - Denver, 12/12/02, The Broker Restaurant, Expert Witness Prep - Dinner with R. Lee, R. Reiss and D. Van Orden (4 dinners, avg. $75.00 per person). | 300.00 |
| 01/15/03 | | Other Meal Expense: VENDOR: Karla Carnes; INVOICE#: 01/15/03; DATE: 1/6/2003 - Lunch for one person in Missoula airport, Missoula, MT, Trial, Meals | 4.50 |
| 01/15/03 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 01/15/2003; DATE: 1/15/2003 - Missoula, MT, Trial, Meals, including lunch for KJCoggon on 1/2/03, $7.52; and dinner at El Cazador for 11 people, $121.75 (avg. $11.07 per person). | 133.27 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 50 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/15/03 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7162979; DATE: 1/15/2003 - Courier, Acct. HO7068. 01-02; U S EPA Region 8 | 8.25 |
| 01/15/03 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7162979; DATE: 1/15/2003 - Courier, Acct. HO7068. 01-02; U S Dept. of Justice | 13.05 |
| 01/15/03 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7162979; DATE: 1/15/2003 - Courier, Acct. HO7068. 01-02; U S EPA Region 8 | 8.25 |
| 01/15/03 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7162979; DATE: 1/15/2003 - Courier, Acct. HO7068. U S Dept. of Justice | 8.25 |
| 01/15/03 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 01/15/2003; DATE: 1/15/2003 - Denver, 12/15-12/16/02 and 1/2/03, Missoula, MT, Pretrial conference and Trial, Parking | 17.00 |
| 01/15/03 | 6 | Photocopy | 0.90 |
| 01/15/03 | 116 | Photocopy | 17.40 |
| 01/15/03 | | Travel Expense: VENDOR: Karla Carnes; INVOICE#: 01/15/03; DATE: 1/15/2003 - Denver, 1/2-1/9/03, Missoula, MT, Trial, Taxi/Tips | 5.00 |
| 01/15/03 | | Travel Expense: VENDOR: Karla Carnes; INVOICE#: 01/15/03; DATE: 1/15/2003 - Denver, 1/2-1/9/03, Missoula, MT, Trial, Personal Auto/Miles - 60.8 miles @ $.36 per mile). | 21.90 |
| 01/15/03 | | Travel Expense: VENDOR: Karla Carnes; INVOICE#: 01/15/03; DATE: 1/15/2003 - Denver, 1/2-1/9/03, Missoula, MT, Trial, Tolls | 3.50 |
| 01/15/03 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 01/15/2003; DATE: 1/2/03 - 1/9/03 Missoula, MT, Trial, Auto Rental (7 days, avg. $77.44 per day). | 542.10 |
| 01/16/03 | 1 | Lexis | 102.50 |
| 01/16/03 | 91 | Photocopy | 13.65 |
| 01/17/03 | 1 | Color Photocopy | 0.65 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 51 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/17/03 | 1 | Lexis | 76.37 |
| 01/17/03 | | Long Distance Telephone: 4105314284, 1 Mins., TranTime:9:25 | 0.07 |
| 01/17/03 | | Long Distance Telephone: 4105314284, 16 Mins., TranTime:8:33 | 1.51 |
| 01/17/03 | | Other Meal Expense: VENDOR: McCarthy, John D.; INVOICE#: 01/17/03; DATE: 1/2/03, Itz a Wrap (Denver International Airport), Lund for JDMcCarthy, $8.06; 1/2/03, Red Pies Over Montana, dinner for JDMcCarthy, LBrown, KJCoggon, EEStevenson, WBrown, RFellinger, KCarnes, and Dale Jensen, total $172.15 (avg. $19.13 per person); 1/8/03, The Depot, dinner for 8 members of trial team/experts, total $304.45 (avg. $38.06 per person). | 484.66 |
| 01/20/03 | 1 | Lexis | 52.76 |
| 01/20/03 | 1 | Lexis | 155.26 |
| 01/20/03 | | Other Expense: VENDOR: Access/Information; INVOICE#: 015203; DATE: 1/20/2003  -  Document Retrival | 56.00 |
| 01/20/03 | 219 | Photocopy | 32.85 |
| 01/20/03 | 4 | Photocopy | 0.60 |
| 01/20/03 | 35 | Photocopy | 5.25 |
| 01/20/03 | 24 | Photocopy | 3.60 |
| 01/20/03 | 16 | Photocopy | 2.40 |
| 01/20/03 | 24 | Photocopy | 3.60 |
| 01/20/03 | 9 | Photocopy | 1.35 |
| 01/20/03 | 54 | Photocopy | 8.10 |
| 01/20/03 | 52 | Photocopy | 7.80 |
| 01/20/03 | 465 | Photocopy | 69.75 |
| 01/20/03 | 29 | Photocopy | 4.35 |
| 01/20/03 | 5 | Photocopy | 0.75 |
| 01/20/03 | 7 | Photocopy | 1.05 |
| 01/20/03 | 42 | Photocopy | 6.30 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 52 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/20/03 | 110 | Photocopy | 16.50 |
| 01/20/03 | 36 | Photocopy | 5.40 |
| 01/20/03 | 12 | Photocopy | 1.80 |
| 01/20/03 | 8 | Photocopy | 1.20 |
| 01/20/03 | 33 | Photocopy | 4.95 |
| 01/20/03 | 5 | Photocopy | 0.75 |
| 01/20/03 | 1 | Photocopy | 0.15 |
| 01/20/03 | 3 | Photocopy | 0.45 |
| 01/20/03 | 7 | Photocopy | 1.05 |
| 01/20/03 | 50 | Photocopy | 7.50 |
| 01/21/03 | 5 | Facsimile | 5.00 |
| 01/21/03 | 1 | Lexis | 21.11 |
| 01/21/03 | 1 | Lexis | 38.19 |
| 01/21/03 | | Other Meal Expense: VENDOR: Aberle, Natalie K.; INVOICE#: 01/21/03; DATE: 1/21/2003  -  1/2/03; Travel to Missoula, MT for W.R. Grace cost recovery trial; one meal | 9.43 |
| 01/21/03 | 47 | Photocopy | 7.05 |
| 01/21/03 | 4 | Photocopy | 0.60 |
| 01/21/03 | 1,188 | Photocopy | 178.20 |
| 01/21/03 | 668 | Photocopy | 100.20 |
| 01/21/03 | | Travel Expense: VENDOR: Brown, Winlock; INVOICE#: 01/21/03; DATE: 1/21/2003  -  Denver, 1/9/03, Taxi ride downtown from DIA for Dale Jensen, NKAberle, and WBrown; includes 3 separate stops and extra charge for baggage. | 65.50 |
| 01/22/03 | 68 | Color Photocopy | 44.20 |
| 01/22/03 | 1 | Lexis | 57.53 |
| 01/22/03 | 1 | Lexis | 885.98 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/22/03 | | Long Distance Telephone: 4065232500, 2 Mins., TranTime:15:50 | 0.14 |
| 01/22/03 | | Long Distance Telephone: venson, Edward E; INVOICE#: 01/22/03; DATE: 1/22/2003 - Denver, 12/7/02-1/6/03, Cell Phone Used for W.R. Grace Trial Preparation and time while in Montana during Trial | 102.40 |
| 01/22/03 | 16 | Photocopy | 2.40 |
| 01/23/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-535-47276; DATE: 1/23/2003 - Courier, Acct. 0802-0410-8. 01-16; Dr. Jay Flynn West Long Branch, NJ | 15.93 |
| 01/23/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-535-47276; DATE: 1/23/2003 - Courier, Acct. 0802-0410-8. 01-20; Robert Emmett Columbia, Md | 14.18 |
| 01/23/03 | 32 | Photocopy | 4.80 |
| 01/24/03 | 1 | Outside Courier | 6.50 |
| 01/27/03 | 8 | Photocopy | 1.20 |
| 01/27/03 | 21 | Photocopy | 3.15 |
| 01/27/03 | 57 | Photocopy | 8.55 |
| 01/28/03 | 99 | Photocopy | 14.85 |
| 01/28/03 | 28 | Photocopy | 4.20 |
| 01/29/03 | | Long Distance Telephone: 5098385211, 4 Mins., TranTime:14:48 | 0.40 |
| 01/29/03 | 12 | Photocopy | 1.80 |
| 01/29/03 | 241 | Photocopy | 36.15 |
| 01/29/03 | 16 | Photocopy | 2.40 |
| 01/29/03 | 2 | Photocopy | 0.30 |
| 01/29/03 | 18 | Photocopy | 2.70 |
| 01/29/03 | 3 | Photocopy | 0.45 |
| 01/29/03 | 15 | Photocopy | 2.25 |
| 01/29/03 | 3 | Photocopy | 0.45 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 54 |
| Invoice No.: | 623879 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/29/03 | 5 | Photocopy | 0.75 |
| 01/29/03 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 012903; DATE: 07/18/02 - Hotel rooms in Spokane, WA for experts Rich Lee and Drew Van Orden (two rooms, $76.97 per room). | 153.94 |
| 01/30/03 | 15 | Photocopy | 2.25 |
| 01/31/03 | | IS Overtime: IS   OT Week 12/20/2002 FP | 105.00 |
| 01/31/03 | | IS Overtime: IS   OT Week 12/20/2002  MF | 607.50 |
| 01/31/03 | | IS Overtime: IS  OT Week 12/27/2002  IM | 625.00 |
| 01/31/03 | | IS Overtime: IS  OT Week 12/27/2002  IM | 523.13 |
| 01/31/03 | | IS Overtime: IS  OT Week 12/20/2002  WP | 563.13 |
| 01/31/03 | | Legal Assistant Overtime: PL  OT Week 12/20/2002  NA | 467.50 |
| 01/31/03 | | Legal Assistant Overtime: PL  OT Week 12/20/02  CL | 320.63 |
| 01/31/03 | | Legal Assistant Overtime: PL  OT  Week 12/20/2002  JS | 906.25 |
| 01/31/03 | | Legal Assistant Overtime: PL  OT  Week 12/20/2002  PS | 125.00 |
| 01/31/03 | | Legal Assistant Overtime: LA overtime week ending 1/2/03  NA | 1,573.00 |
| 01/31/03 | | Legal Assistant Overtime: LA overtime Week Ending 1/10/03  NA | 1,903.00 |
| 01/31/03 | | Legal Assistant Overtime: LA overtime Week Ending 1/3/03  JS | 1,413.75 |
| 01/31/03 | 213 | Photocopy | 31.95 |
| 01/31/03 | | Secretarial Support: Secretarial OT  Week 12/20/2002  KC | 148.75 |
| 01/31/03 | | Secretarial Support: Secretarial OT  Week 12/27/2002  AC | 332.50 |
| 01/31/03 | | Secretarial Support: Secretarial overtime Week Ending 1/3/03  KC | 840.00 |
| 01/31/03 | | Secretarial Support: Secretarial overtime Week Ending 1/10/03  KC | 1,295.00 |

**Total Disbursements:**          **$  39,646.05**

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 55 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Disbursement Summary

| | | |
|---|---|---:|
| Secretarial Support | $ | 2,616.25 |
| Parking | | 146.00 |
| Photocopy | | 725.25 |
| Facsimile | | 10.00 |
| Long Distance Telephone | | 207.42 |
| Outside Courier | | 2,323.34 |
| Travel Expense | | 15,268.82 |
| Federal Express | | 30.11 |
| Lexis | | 5,629.41 |
| Other Meal Expense | | 2,256.46 |
| Supplies | | 402.79 |
| Research Service | | 11.62 |
| Outside Reproduction | | 352.39 |
| Other Expense | | 347.70 |
| Legal Assistant Overtime | | 6,709.13 |
| IS Overtime | | 2,423.76 |
| Color Photocopy | | 169.00 |
| Velo Binding | | 13.00 |
| Tab Stock | | 3.60 |
| **Total Disbursements:** | **$** | **39,646.05** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 577764 | 10/30/01 | Bill | 5,425.00 |

**Matter 00370 - Boulder Document Production, Attic Insulation Defense**

| Name | Position | Hourly Rate | January | Total Comp |
|------|----------|-------------|---------|------------|
| Coggon, Katheryn | Special Counsel | $ 275.00 | 0.2 | $ 55.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 0.5 | $ 62.50 |
| Street, Loraine | Paralegal | $ 85.00 | 47 | $ 3,995.00 |
| Mulholland, Imelda | Information Specialist | $ 110.00 | 6.5 | $ 715.00 |
| | | | | |
| Total | | | 54.20 | $ 4,827.50 |

Expenses

**Matter 00370 - Boulder Document Production-Attic Insulation Defense**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Parking | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Westlaw | $ - |
| Other Expenses | $ 190.24 |
| Other Meal Expenses | $ - |
| Word Processing | $ - |
| **Total** | **$ 190.24** |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 64 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00370 |

**Regarding: Boulder Document Production re Attic Insulation**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/06/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.50 | $ 382.50 |
| 01/07/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 3.50 | 297.50 |
| 01/10/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.50 | 382.50 |
| 01/13/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.00 | 340.00 |
| 01/14/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.50 | 382.50 |
| 01/15/03 | KJC | Telephone conference with JLSherman re storing boxes and remaining tasks to cleanup Boulder document review project (0.2). | 0.20 | 55.00 |
| 01/15/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.50 | 382.50 |
| 01/16/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 2.50 | 212.50 |
| 01/21/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.50 | 382.50 |
| 01/22/03 | JLS | Conferences with LStreet re warehouse log for Boulder boxes (0.20); draft same (0.30). | 0.50 | 62.50 |
| 01/22/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 5.00 | 425.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 65 |
| Invoice No.: | 623879 |
| Client   No.: | 04339 |
| Matter  No.: | 00370 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/23/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.50 | 382.50 |
| 01/29/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 5.00 | 425.00 |
| 01/30/03 | ICM | Organize and send to storage remaining Boulder materials (3.20); review and organize Phase II sampling data (3.30). | 6.50 | 715.00 |

**Total Fees Through January 31, 2003:**    **54.20**   $   **4,827.50**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 0.20 | $   55.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 0.50 | 62.50 |
| LCS | Loraine C Street | Paralegal | 85.00 | 47.00 | 3,995.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 6.50 | 715.00 |

**Total Fees:**    **54.20**   $   **4,827.50**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/31/02 | | Other Expense: VENDOR: Iron Mountain (Acct CW616); INVOICE#: E335349; DATE: 12/31/2002  -  Denver, Regular Storage to 12/31/02 | $ | 190.24 |

**Total Disbursements:**    $    **190.24**

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

Page           66
Invoice No.:   623879
Client  No.:   04339
Matter  No.:   00370

## Disbursement Summary

| Other Expense | $ | 190.24 |
|---|---|---|
| **Total Disbursements:** | **$** | **190.24** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577747 | 10/30/01 | Bill | 12,656.44 |
| | | *Outstanding Balance on Invoice 577747:* | $ *12,656.44* |
| 601008 | 06/30/02 | Bill | 86,314.50 |
| | 08/28/02 | Cash Receipt | -69,066.60 |
| | 12/23/02 | Cash Receipt | -17,245.94 |
| | | *Outstanding Balance on Invoice 601008:* | $ *1.96* |
| 612649 | 10/30/02 | Bill | 3,416.86 |
| | 12/16/02 | Cash Receipt | -2,753.96 |
| | 12/23/02 | Cash Receipt | -65.75 |
| | | *Outstanding Balance on Invoice 612649:* | $ *597.15* |
| 613444 | 11/21/02 | Bill | 3,274.10 |
| | 01/20/03 | Cash Receipt | -2,619.60 |
| | | *Outstanding Balance on Invoice 613444:* | $ *654.50* |
| 618227 | 12/24/02 | Bill | 340.00 |
| | 02/17/03 | Cash Receipt | -272.00 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | January | Total  Comp |
|------|----------|-------------|---------|-------------|
| Flaagan, Elizabeth K. | Partner | $    275.00 | 13.30 | $    3,657.50 |
| Coggon, Katheryn | Special Counsel | $    275.00 | 3.20 | $    880.00 |
| Haag, Susan | Paralegal | $    105.00 | 9.6 | $    1,008.00 |
| | | | | |
| Total | | | 26.10 | $    5,545.50 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 25.20 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Outside Courier | $ | 15.41 |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Westlaw | $ | - |
| Meal Expenses | $ | - |
| Research Services | $ | 45.43 |
| Professional Billable Services | $ | 381.70 |
| **Total** | **$** | **467.74** |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 69 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/08/03 | SH | Begin calculating category spreadsheet. | 0.50 | $ 52.50 |
| 01/09/03 | EKF | Conference with SMHaag re fee auditor's response to sixth interim fee application (.20). | 0.20 | 55.00 |
| 01/09/03 | SH | Finalize 6th interim category spreadsheet. | 1.30 | 136.50 |
| 01/11/03 | EKF | Review project category spreadsheet for sixth interim fee application (.10); review auditor's initial report on sixth interim application (.50); draft e-mail to KWLund and KJCoggon re same (.20). | 0.80 | 220.00 |
| 01/15/03 | EKF | Draft e-mail to SMHaag re response to fee auditor's report (.20). | 0.20 | 55.00 |
| 01/15/03 | SH | Compile and review expense backup re fee auditor's report of sixth interim fee application. | 1.00 | 105.00 |
| 01/16/03 | EKF | Draft response to fee auditor's report on sixth interim fee application, including detailed review of supporting receipts and expense reimbursement reports (2.70). | 2.70 | 742.50 |
| 01/16/03 | SH | Compile and review expense backup for Fee Auditor's report on sixth interim fee application. | 0.50 | 52.50 |
| 01/17/03 | EKF | Conference with KWLund re response to fee auditor's report on sixth interim fee application (.10); conferences with KJCoggon re same (.20). | 0.30 | 82.50 |
| 01/17/03 | KJC | Draft response to fee auditor's report for sixth interim period (3.2). | 3.20 | 880.00 |
| 01/23/03 | EKF | Review and revise December invoices (1.30). | 1.30 | 357.50 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 70 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/24/03 | EKF | Continue gathering information and drafting response to fee auditor's interim report on sixth interim application (3.00). | 3.00 | 825.00 |
| 01/25/03 | EKF | Continue to review and revise December invoices (1.80). | 1.80 | 495.00 |
| 01/26/03 | EKF | Continue gathering information and drafting response to fee auditor's report on sixth interim fee application. | 1.30 | 357.50 |
| 01/27/03 | EKF | Continue gathering information, drafting and revising response to fee auditor's report on sixth interim fee application (1.70). | 1.70 | 467.50 |
| 01/28/03 | SH | Set up charts for December fee application. | 1.00 | 105.00 |
| 01/31/03 | SH | Calculate and draft December fee application. | 5.30 | 556.50 |

**Total Fees Through January 31, 2003:**    **26.10**   **$**   **5,545.50**

**Timekeeper Rate Summary**

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 13.30 | $ 3,657.50 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 3.20 | 880.00 |
| SH | Susan Haag | Paralegal | 105.00 | 9.60 | 1,008.00 |

**Total Fees:**    **26.10**   **$**   **5,545.50**

**Itemized Disbursements**

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/08/03 | 24 | Photocopy | $ | 3.60 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 71 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/09/03 | | Outside Courier: VENDOR: Federal Express Corporation; INVOICE#: 4-534-67932; DATE: 1/9/2003  -  Courier, Acct. 0802-0410-8. 12-30; Nichole Sessa Wilmington, De | 15.41 |
| 01/09/03 | | Research Service: VENDOR: Pacer Service Center; INVOICE#: 01/09/03; DATE: 1/9/2003  -  Denver, Customer #JJ0001, Pacer Web Pages 10/1-12/31/02 | 45.43 |
| 01/13/03 | 90 | Photocopy | 13.50 |
| 01/17/03 | | Professional Other Billable  Service: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 247213; DATE: 1/17/2003  - Denver, Services Rendered through December 31,2002 | 381.70 |
| 01/27/03 | 54 | Photocopy | 8.10 |
| | | **Total Disbursements:** | **$    467.74** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 25.20 |
| Outside Courier | | 15.41 |
| Research Service | | 45.43 |
| Professional Other Billable  Service | | 381.70 |
| **Total Disbursements:** | **$** | **467.74** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 579873 | 11/20/01 | Bill | 4,761.50 |
| | 01/24/02 | Cash Receipt | -3,839.71 |
| | 12/23/02 | Cash Receipt | -921.50 |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | January | Total Comp |
|------|----------|-------------|---------|------------|
| Coggon, Katheryn | Special Counsel | $ 275.00 | 3.4 | $ 935.00 |
| Tracy, Brent | Associate | $ 240.00 | 0.7 | $ 168.00 |
| Carroll, Ann | Paralegal | $ 125.00 | 8.1 | $ 1,012.50 |
| Latuda, Carla | Paralegal | $ 125.00 | 16.6 | $ 2,075.00 |
| Sherman, Joan | Paralegal | $ 125.00 | 15.8 | $ 1,975.00 |
| Stacey, Paula | Paralegal | $ 125.00 | 15.9 | $ 1,987.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 15.1 | $ 1,661.00 |
| | | | | |
| Total | | | 75.60 | 9,814.00 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 75.60 |
| Facsimile | $ 4.00 |
| Long Distance Telephone | $ 2.10 |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Temporary Services | $ - |
| Meal Expenses | $ - |
| Legal Asst. Overtime | $ - |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 81.70** |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 74 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

**Regarding: Boston Document Production**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/08/03 | BAT | Review additional documents imaged from those found by Casner & Edwards. | 0.20 | $    48.00 |
| 01/09/03 | BAT | Telephone conference with MCLatuda re problems with recently received documents and lack of responsiveness re same (0.3); conference with MThompson re numbering problems with recently received documents (0.2). | 0.50 | 120.00 |
| 01/20/03 | MCL | Edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (.70). | 0.70 | 87.50 |
| 01/23/03 | MCL | Edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (1.30). | 1.30 | 162.50 |
| 01/24/03 | MCL | Edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (1.00). | 1.00 | 125.00 |
| 01/27/03 | MCL | Edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (.60); telephone conferences with temp at Winthrop Square re request to search Box Database for Recordkeeper boxes (.30); perform search of database re same (.60). | 1.50 | 187.50 |
| 01/28/03 | KJC | Telephone conference with R. Finke re attic insulation case and phase II data (0.40). | 0.40 | 110.00 |
| 01/28/03 | MCL | Edit Box Database to reflect Cambridge location of boxes pursuant to Dave Croce's request (.70). | 0.70 | 87.50 |
| 01/29/03 | KJC | Telephone conferences with W. Corcoran re attic insulation facts (.70); research re EPA statements re attic insulation (1.60); telephone conferences with paralegals re phase II data organization project (0.70). | 3.00 | 825.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 75 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/29/03 | NKA | Review and organize phase II sampling data (5.10). | 5.10 | 561.00 |
| 01/29/03 | AEC | Review and organize Phase II of sampling data (5.0). | 5.00 | 625.00 |
| 01/29/03 | MCL | Review and organize Phase II sampling results pursuant to KJCoggon's request (5.30); review Box Database to locate information re Recordkeeper boxes pursuant to Angela Anderson's request (.60); telephone conference with Angela Anderson re same (.30). | 6.20 | 775.00 |
| 01/29/03 | JLS | Review and organize Phase II sampling data (5.10). | 5.10 | 637.50 |
| 01/29/03 | PRS | Review and organize Phase II sampling data. | 6.00 | 750.00 |
| 01/30/03 | NKA | Organize and send to storage remaining Boulder materials (3.2); review and organize Phase II sampling data (3.3). | 6.50 | 715.00 |
| 01/30/03 | MCL | Organize and prepare for warehousing remainder of Boulder boxes utilized in response to 104(e) requests (4.00); review and organize Phase II sampling results pursuant to KJCoggon's request (1.00). | 5.00 | 625.00 |
| 01/30/03 | JLS | Organize and send to storage remaining Boulder materials (3.2); review and organize Phase II sampling data (3.3). | 6.50 | 812.50 |
| 01/30/03 | PRS | Organize and prepare boxes for warehouse storage (2.80); review and organize Phase II sampling data (3.60). | 6.40 | 800.00 |
| 01/30/03 | PRS | Review and organize Phase II data. | 3.50 | 437.50 |
| 01/31/03 | NKA | Work with SCHaraldson re various trial material boxes, including create index of sampling data material (2.50); review and organize phase II sampling data (1.00). | 3.50 | 385.00 |
| 01/31/03 | AEC | Review and organize Phase II sampling data (3.1). | 3.10 | 387.50 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 76 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/31/03 | MCL | Conference with Angela Anderson of Casner & Edwards re list of outstanding Recordkeeper boxes to be located at Winthrop Square (.20). | 0.20 | 25.00 |
| 01/31/03 | JLS | Review and organize Phase II sampling data (4.20). | 4.20 | 525.00 |

**Total Fees Through January 31, 2003:** **75.60** **$ 9,814.00**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 3.40 | $ 935.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 0.70 | 168.00 |
| AEC | Ann E. Carroll | Paralegal | 125.00 | 8.10 | 1,012.50 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 16.60 | 2,075.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 15.80 | 1,975.00 |
| PRS | Paula R. Stacey | Paralegal | 125.00 | 15.90 | 1,987.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 15.10 | 1,661.00 |

**Total Fees:** **75.60** **$ 9,814.00**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/13/03 | 6 | Photocopy | $ | 0.90 |
| 01/22/03 | 29 | Photocopy | | 4.35 |
| 01/22/03 | 2 | Photocopy | | 0.30 |
| 01/27/03 | | Long Distance Telephone: 6175423025, 6 Mins., TranTime:11:10 | | 0.60 |
| 01/29/03 | 4 | Facsimile | | 4.00 |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 77 |
| Invoice No.: | 623879 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/29/03 | | Long Distance Telephone: 4105314203, 3 Mins., TranTime:8:54 | 0.30 |
| 01/29/03 | | Long Distance Telephone: 4105314203, 4 Mins., TranTime:9:52 | 0.40 |
| 01/29/03 | | Long Distance Telephone: 6175423025, 7 Mins., TranTime:11:4 | 0.70 |
| 01/29/03 | 184 | Photocopy | 27.60 |
| 01/29/03 | 266 | Photocopy | 39.90 |
| 01/29/03 | 17 | Photocopy | 2.55 |
| 01/31/03 | | Long Distance Telephone: 6175423025, 2 Mins., TranTime:10:50 | 0.10 |

**Total Disbursements:**          $     **81.70**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 75.60 |
| Facsimile | | 4.00 |
| Long Distance Telephone | | 2.10 |

**Total Disbursements:**   $     **81.70**

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |
| | 12/23/02 | Cash Receipt | -19,515.83 |
| | *Outstanding Balance on Invoice 585053:* | | $    *120.84* |
| 601008 | 06/30/02 | Bill | 369,264.06 |

**Matter 00410 - CBI Project**

| Name | Position | Hourly Rate | January | Total Comp |
|------|----------|-------------|---------|------------|
| Lund, Kenneth | Partner | $ 350.00 | 2.5 | $ 875.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 1.1 | $ 302.50 |
| Street, Loraine | Paralegal | $ 85.00 | 0.5 | $ 42.50 |
| | | | | |
| Total | | | 4.10 | $ 1,220.00 |

Expenses

**Matter 00410 - CBI Project**

| Description | TOTAL |
|---|---|
| Parking | $          - |
| Photocopies | $          - |
| Facsimile | $          - |
| Long Distance Telephone | $          - |
| Outside Courier | $          - |
| Travel Expense | $          - |
| Lexis | $          - |
| Temporary Services | $          - |
| Meal Expenses | $          - |
| Legal Assosant Overtime | $          - |
| Tab Stock | $          - |
| Velo Binding | $          - |
| **Total** | **$          -** |

Holme Roberts & Owen LLP

February 25, 2003

W.R. Grace

| | |
|---|---|
| Page | 79 |
| Invoice No.: | 623879 |
| Client  No.: | 04339 |
| Matter  No.: | 00410 |

**Regarding: CBI Project**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/08/03 | KWL | Review EPA letter re CBI documents (.50);  review depositions re inadvertent destruction of documents (2.0). | 2.50 | $ | 875.00 |
| 01/08/03 | LCS | Database searches re CBI files and warehousing status. | 0.50 | | 42.50 |
| 01/28/03 | KJC | Address CBI issues (1.10). | 1.10 | | 302.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through January 31, 2003:** | **4.10** | **$** | **1,220.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 350.00 | 2.50 | $ | 875.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 1.10 | | 302.50 |
| LCS | Loraine C Street | Paralegal | 85.00 | 0.50 | | 42.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Total Fees:** | **4.10** | **$** | **1,220.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 618227 | 12/24/02 | Bill | 46,529.64 |
| | 02/17/03 | Cash Receipt | -37,231.24 |
| | | *Outstanding Balance on Invoice 618227:* | $   9,298.40 |