IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 24, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 21, 2003
Invoice 549779 Page 1

Our Matter # 02399/06000
WR Grace # 063-KL-721490-01-501251
Name of Matter: General

For Services Through 01/31/03

| Date | Description / Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/17/03 | Draft audit letter for Grace's auditor, PriceWaterhouseCoopers, LLP. D.M. CLEARY | 4.60 hrs. | 295.00/hr | $1,357.00 |
| 01/17/03 | Review audit letter regarding site in Charleston, disclosure text compliance with rules. N.J. SMITH | 0.20 hrs. | 260.00/hr | $52.00 |
| 01/21/03 | Finalize Auditor's Letter. D.M. CLEARY | 0.40 hrs. | 295.00/hr | $118.00 |

**Fees for Legal Services ..... $1,527.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.20 | 260.00 | 52.00 |
| D.M. CLEARY | 5.00 | 295.00 | 1,475.00 |
| TOTAL | 5.20 | $293.65 | $1,527.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 01/21/2003 | Telephone 1-410-531-4711 | 0.68 |

**Total Charges for Other Services Provided/Expenses Incurred ..... $0.68**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.68 |
| TOTAL | $0.68 |

**Net current billing for this invoice ..... $1,527.68**

W. R. Grace & Co.

February 21, 2003
Invoice 549779 Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/31/03

Our Matter # 02399/06000
General

| | |
|---|---|
| Fees for Professional Services | $1,527.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.68 |

**Net current billing for this invoice ........................................................ $1,527.68**

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**ACCOUNTS RECEIVABLE RECAP**

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 493884 | 03/20/2002 | 8,099.83 | 0.32 |
| 523725 | 09/23/2002 | 356.00 | 356.00 |
| 528959 | 10/20/2002 | 232.13 | 232.13 |
| 549779 | 02/21/2003 | 1,527.68 | 1,527.68 |
| | | TOTAL A/R BALANCE | $2,116.13 |

**NELSON**

Nelson Mullins Riley & Scarborough, L.L.P.

**MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 21, 2003
Invoice 549780 Page 1

Our Matter # 02399/06032
WR Grace # 063-KL-721490-01-0501221
Name of Matter: Charleston

For Services Through 01/31/03

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/02/03 | Review information in preparation for meeting on implementation of ROD.<br>B.F. HAWKINS, JR. | 0.90 hrs. | 260.00/hr | $234.00 |
| 01/03/03 | Review notes and materials in preparation for meeting on implementation of ROD (0.6); travel to Greenville for meeting (one-half travel time billed) (0.9); attend meeting with Grace and RMT representatives to address implementation of ROD (5.1); return to Columbia ( one-half travel time billed) (1.1); review information regarding Natural Resource Damage Trustee and forward information to Ms. Duff (0.5).<br>B.F. HAWKINS, JR. | 8.20 hrs. | 260.00/hr | $2,132.00 |
| 01/09/03 | Review and revise proposed letter to DHEC on execution of ROD (0.5); review and revise schedule for implementing ROD (0.3); forward to client with notes on proposed revisions (0.4).<br>B.F. HAWKINS, JR. | 1.20 hrs. | 260.00/hr | $312.00 |

**Fees for Legal Services .......... $2,678.00**

**BILLING SUMMARY**

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 10.30 | 260.00 | 2,678.00 |
| TOTAL | 10.30 | $260.00 | $2,678.00 |

**CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED**

| Date | Description | Amount |
|---|---|---|
| 01/31/2003 | Photocopies 11 Page(s) | 0.55 |
| 01/31/2003 | Photocopies 2 Page(s) | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred .......... $0.65**

**DISBURSEMENT SUMMARY**

| Description | Dollars |
|---|---|
| Photocopies | 0.65 |
| TOTAL | $0.65 |

**Net current billing for this invoice .......... $2,678.65**

W. R. Grace & Co.

February 21, 2003
Invoice 549780 Page 2

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/31/03

Our Matter # 02399/06032
Charleston

| | | |
|---|---|---|
| Fees for Professional Services | $2,678.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.65 | |
| **Net current billing for this invoice** ........ | | **$2,678.65** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**ACCOUNTS RECEIVABLE RECAP**

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 518010 | 08/15/2002 | 10,057.75 | 2,007.80 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 1,553.30 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 549780 | 02/21/2003 | 2,678.65 | 2,678.65 |
| | | TOTAL A/R BALANCE | $20,422.16 |

**NELSON**
Nelson Mullins Riley & Scarborough, L.L.P.
**MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 24, 2003
Invoice 549990 Page 1

Our Matter # 02399/06091
Name of Matter: Fee Applications

For Services Through 01/31/03

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 01/07/03 | Review correspondence from Ms. McKinnon regarding initial fee auditor's report and project category report.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 01/17/03 | Request input regarding 6th Quarterly Fee Auditor Report.<br>D.M. CLEARY | 0.20 hrs. | 295.00/hr | $59.00 |
| 01/29/03 | Review correspondence and invoices required for project category report, quarterly fee application and monthly fee application.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 01/30/03 | Review PACER for recent filings (December 1, 2002 through January 30, 2003); retrieve, review and organize filings.<br>K. BROWN | 1.00 hrs. | 125.00/hr | $125.00 |
| 01/30/03 | Review invoices and prepare draft fee application for December 2002.<br>K. BROWN | 4.30 hrs. | 125.00/hr | $537.50 |
| 01/31/03 | Continue to prepare draft monthly fee application documents for December 2002(4.0); meet with Attorney Cleary for his review and comments on the documents (0.3); update Project Category Summary Report for the Quarterly Period (July 1, 2002 through September 30, 2002)(1.0); e-mail Project Category Summary Report to Ms. Ferdinand and Attorney Cleary (0.2).<br>K. BROWN | 5.50 hrs. | 125.00/hr | $687.50 |
| 01/31/03 | Prepare Sixth Quarterly Verified Application documents (October 1, 2002-December 31, 2002).<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |

**Fees for Legal Services ........................................ $1,821.50**

**BILLING SUMMARY**

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.M. CLEARY | 0.20 | 295.00 | 59.00 |
| K. BROWN | 14.10 | 125.00 | 1,762.50 |
| TOTAL | 14.30 | 127.38 | 1,821.50 |

W. R. Grace & Co.

February 24, 2003
Invoice 549990 Page 2

**CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED**

| | | |
|---|---|---|
| 01/07/2003 | VENDOR: Federal Express; INVOICE#: 647088682; DATE: 01/07/2003 - 12/20/02 | 22.88 |
| 01/22/2003 | Photocopies 14 Page(s) | 0.70 |

**Total Charges for Other Services Provided/Expenses Incurred .................................. $23.58**

**DISBURSEMENT SUMMARY**

| Description | Dollars |
|---|---|
| Photocopies | 0.70 |
| Federal Express | 22.88 |
| TOTAL | $23.58 |

**Net current billing for this invoice ........................................................................ $1,845.08**

W. R. Grace & Co.

February 24, 2003
Invoice 549990 Page 3

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/31/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $1,821.50 |
| Charges for Other Services Provided/Expenses Incurred | $23.58 |

**Net current billing for this invoice** .......... **$1,845.08**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

**ACCOUNTS RECEIVABLE RECAP**

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 3,562.00 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| | | TOTAL A/R BALANCE | $13,616.86 |