IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: June 17, 2003 @ 12:00 PM** |
| | | **Objection Deadline: March 25, 2003** |

**SUMMARY OF THE SECOND INTERIM QUARTERLY APPLICATION OF
RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002</u>**

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2002 through December 31, 2002 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 383,014.50 |
| Amount of Expenses Reimbursement: | $ 73,630.02 |

This is a: _ monthly   <u>X</u> quarterly application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| October 31, 2002 | 7/22/02 – 9/30/02 | $170,069.50 | $44,005.38 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| December 2, 2002 | 10/01/02-10/31/02 | $163,682.00 | $35,319.00 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| January 8, 2003 | 11/01/02-11/30/02 | $115,319.00 | $5,714.09 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| February 17, 2003 | 12/01/02-12/31/02 | $104,018.00 | $32,439.18 | Pending | Pending |

With the exception of the Application for December 2002, RPWB has filed certificates of no objections with the Court with respect to the above Applications because no objections were filed with the Court within the objection period. The objection deadline for the RPWB Monthly Application for fees and expenses incurred from December 1, 2002 through December 31, 2002 has not yet passed.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 154.5 | $92,300.00 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 197.0 | $77,800.00 |
| James L. Ward | Associate | 5 | Litigation | $265 | 231.2 | $61,268.00 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 117.8 | $28,272.00 |
| TOTALS | | | | | 700.5 | $259,640.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 26.8 | $3,350.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 359.5 | $44,937.50 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 182.6 | $22,825.00 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 266.9 | $33,362.50 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 28.6 | $2,163.00 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 87.6 | $6,570.00 |
| Sally Hollings | Lit. Support | 4 | Litigation | $75 | 82.9 | $6,217.50 |
| Ian Jones | Comp. Tech | 5 | Litigation | $110 | 35.9 | $3,949.00 |
| TOTALS | | | | | 1,070.8 | $123,374.50 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---:|---:|
| 11-Fee Applications, Applicant | 41.2 | $7,160.50* |
| 20-Travel–Non-working | 13.7 | $4,315.00 |
| 22-ZAI Science Trial | 1716.4 | $371,539.00 |
| TOTALS | 1,771.3 | $383,014.50* |

\* This amount is $4.50 less than was what recorded on the monthly applications because on December 5, 2002, we inadvertently charged $90.00/hour for Kim Garcia instead of her rate of $75.00/hour. Please note this change.

ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---:|
| Duplicating / Printing - Internal | $486.30 |
| Courier Service/Federal Express | $966.30 |
| Outside Duplicating | $8,302.72 |
| Lodging | $1,321.35 |
| Air Travel Expense[1] | $5,684.54 |
| Taxi Expense | $241.70 |
| Mileage Expense | $5.48 |
| Travel Meals | $332.71 |
| Parking | $88.00 |
| Expert Services | $39,634.64 |
| Reference Materials[2] | $187.53 |
| Outgoing Faxes | $292.00 |
| Contract Labor | $8,393.75 |
| General Expense[3] | $7,693.00 |
| Total | $73,630.02 |

---

[1] This charge is $133.76 more than what was previously noted because we inadvertently left off the travel agent's (American Express) fee for Rob Turkewitz's airfare of October 15, 2003.

[2] This charge is $23.99 more than what was previously recorded because we inadvertently left off a charge for a home renovation text that Jay Ward acquired on October 24, 2003 to develop support for the concept of ZAI being disturbed during renovation.

[3] This general expense was previously explained on our December monthly application as "Specialized computer software acquired after consultation with W.R. Grace attorneys to enable RPWB to open and view Grace computerized document files being supplied to RPWB by order of Judge Fitzgerald in lieu of hard copies".

Dated:   March 5, 2003                    ELZUFON AUSTIN REARDON
                                          TARLOV & MONDELL, P.A.


                                          */s/ William D. Sullivan*
                                          William D. Sullivan (No. 2820)
                                          Charlie Brown, III (No. 3368)
                                          300 Delaware Avenue, Suite 1700
                                          P.O. Box 1630
                                          Wilmington, DE  19899
                                          Phone: (302) 428-3181
                                          FAX: (302) 777-7244

                                          -and-

                                          Edward J. Westbrook, Esq.
                                          Robert M. Turkewitz, Esq.
                                          Robert S. Wood, Esq.
                                          Richardson Patrick Westbrook
                                           & Brickman
                                          174 East Bay Street
                                          Charleston, SC 29401
                                          Phone: (843) 727-6513
                                          FAX: (843) 727-6688
                                          LEAD COUNSEL FOR ZAI CLAIMANTS