# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. Grace & Co., et al., | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 3, 2003** |
| | | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE THIRD MONTHY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

Name of Applicant: Richardson Patrick Westbrook & Brickman, LLC

Authorized to Provide Professional Services to: Zonolite Attic Insulation Claimants

Date of Appointment: July 22, 2002

Period for which compensation and
Reimbursement is sought: November 1, 2002 through
November 30, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary: $ 115,319.00

Amount of Expenses Reimbursement: $ 5,714.09

This is a: X monthly  _ interim  _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/02 through 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 through 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |

This is the third RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 53.8 | $31,947.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 36.9 | $14,760.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 73.4 | $19,451.00 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 41.5 | $9,960.00 |
| TOTALS | | | | | 205.6 | $76,118.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | .4 | $50.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 124.2 | $15,525.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 49.6 | $6,200.00 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 108.0 | $13,500.00 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 9.9 | $747.00 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 3.8 | $285.00 |
| Sally Hollings | Lit. Support | 4 | Litigation | $75 | 13.5 | $1,012.50 |
| Ian Jones | Comp. Tech | 5 | Litigation | $110 | 17.1 | $1,881.00 |
| TOTALS | | | | | 326.5 | $39,200.50 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 14.2 | $2,390.00 |
| 20-Travel–Non-working | 4.0 | $1,300.00 |
| 22-ZAI Science Trial | 513.9 | $111,629.00 |
| TOTALS | $532.1 | $115,319.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Telephone Expense | |
| Federal Express Overnight Delivery | $7.30 |
| Postage Expense | |
| Telephone Expense – Outside | |
| Duplicating – Internal | $46.95 |
| Documentation Charge | |
| Courier Service | |
| Outside Duplicating | $383.74 |
| Lodging | $178.44 |
| Parking | $28.00 |
| Air Travel Expense | $1,024.30 |
| Rail Travel Expense | |
| Taxi Expense | $64.00 |
| Mileage Expense | |
| Travel Meals | $19.96 |
| Reference Materials | $95.00 |
| Expert Services | $2,235.40 |
| Outgoing Faxes | $96.00 |
| Contract Labor | $1,535.00 |
| Total | $5,714.09 |

Dated: January 13, 2003

ELUZUFON AUSTON REARDON TARLOV &
MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

and

Edward J. Westbrook, Esq.
RICHARDSON PATRICK WESTBROOK
& BRICKMAN
174 East Bay Street
Charleston, SC 29401
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR ZAI CLAIMANTS

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused copy of the foregoing

- Third Monthly Application Of Richardson Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From November 1, 2002 Through November 30, 2002

to be served upon those individuals identified on the attached service list.

I certify the foregoing to be true and correct under the penalty of perjury.

Date: January 13, 2003                          */s/ William D. Sullivan*
                                                William D. Sullivan

# SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                    )       Chapter 11
                                          )
W.R. Grace & Co., et al.,                 )       Case No. 01-01139 (JKF)
                                          )       (Jointly Administered)
                                          )
          Debtors.                        )

**FEE DETAIL OF THE VERIFIED FEE APPLICATION OF
RICHARDON PATRICK WESTBROOK & BRICKMAN, LLC FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI LEAD SPECIAL COUNSEL FOR THE FOURTH INTERIM MONTHLY
PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

02/17/2003 20

# Time report

### 10/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **11/01/2002** | | | | |
| **Transaction:** | | **L106** | | | | |
| 11/01/2002 jward | 200106 0000 | Zonolite Science Trial | L106<br>Study and summarize transcript on Daubert hearing in Armstrong floor tile case (7.7); conference call with Rob Turkewitz, Darrell Scott and experts re: testing procedure schedule (1.1). | $265.00 | 8.80 | $2,332.00 |
| 11/01/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>phone conversation with expert re: dust testing (.2); received and reviewed dust testing report (1.2); conferences with Ian Jones and Chris Glave re: computer review of Grace documents (1.0); conference call with Jay Ward, Darrell Scott and experts regarding testing procedure schedule (1.1) | $400.00 | 3.50 | $1,400.00 |
| 11/01/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 6.50 | $812.50 |
| 11/01/2002 ijones | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with Rob Turkewitz regarding review of Grace documents on the computer | $110.00 | 1.00 | $110.00 |
| **Day:** | | **11/02/2002** | | | | |
| **Transaction:** | | **L106** | | | | |
| 11/02/2002 ijones | 200106 0000 | Zonolite Science Trial | L106<br>Changes and modifications to functionality of ZAI database within Concordance | $110.00 | 2.00 | $220.00 |
| 11/02/2002 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>reviewed tape produced by Grace (2.5); reviewed testing file (1.0); email to expert re: ZAI testing (.4); email to Lizzie Kerrison re: ZAI (.2); reviewed & organized ZAI witness file (.4); email to Lizzie Kerrison re: Grace file (.2); reviewed bankruptcy court rules (.5) | $400.00 | 5.20 | $2,080.00 |
| **Day:** | | **11/03/2002** | | | | |
| **Transaction:** | | **L106** | | | | |
| 11/03/2002 ijones | 200106 0000 | Zonolite Science Trial | L106<br>Changes and modifications to functionality of ZAI database within Concordance | $110.00 | 2.00 | $220.00 |
| **Day:** | | **11/04/2002** | | | | |
| **Transaction:** | | **L106** | | | | |

# Time report

### 10/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/04/2002 ijones | 200106 0000 | Zonolite Science Trial | L106<br>Changes and modifications to functionality of ZAI database within Concordance (2.0); meeting with team regarding Concordance (.4) | $110.00 | 2.40 | $264.00 |
| 11/04/2002 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents and input into database (2.0); attend meeting regarding Concordance (.4) | $125.00 | 2.40 | $300.00 |
| 11/04/2002 kcarr | 200106 0000 | Zonolite Science Trial | L106<br>Attend meeting regarding Concordance | $125.00 | 0.40 | $50.00 |
| 11/04/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L106<br>Attend meeting regarding Concordance | $75.00 | 0.40 | $30.00 |
| 11/04/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L106<br>meeting with PD team re: document database. | $75.00 | 0.40 | $30.00 |
| 11/04/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with staff regarding Concordance (.4); discussions with Jay Ward regarding scientific testing issues (.5); discussions with Janet Bakst regarding document entry procedure (.5); work on case planning (1.1) | $650.00 | 2.50 | $1,625.00 |
| 11/04/2002 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with ZAI group regarding computer program, progress and status of document review (.4); correspondence with research assistant regarding property damage research issues (.2); review case referred by RMT in memo (.5); legal research and brief review (1.5) | $240.00 | 2.60 | $624.00 |
| 11/04/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>ZAI team meeting re: analyzing data (.4); Review and Analyze Grace Documents. (5.3); meeting with Ed Westbrook regarding document entry procedure (.5) | $125.00 | 6.20 | $775.00 |
| 11/04/2002 jward | 200106 0000 | Zonolite Science Trial | L106<br>Study and finalize summary of transcript on Daubert hearing in Armstrong floor tile case (1.7); review book re: home insulation featuring ZAI and draft memo re: same (.4); review and summarize Grace document production (2.2); attend meeting regarding Concordance (.4); discussion with Ed Westbrook regarding scientific testing issues (.5) | $265.00 | 5.20 | $1,378.00 |

**Day:** 11/05/2002

**Transaction:** L106

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/05/2002 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production. | $265.00 | 5.70 | $1,510.50 |
| 11/05/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review and Analyze Grace documents | $125.00 | 6.50 | $812.50 |

# Time report

### 10/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/05/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Conversation with Lizzie Kerison and Ian Jones regarding Concordance document entry planning (.2); work on science testing issues (.5) | $650.00 | 0.70 | $455.00 |
| 11/05/2002 ijones | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with Ed Westbrook and Lizzie Kerrison regarding Concordance document entry planning | $110.00 | 0.20 | $22.00 |
| 11/05/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Highlighting key excerpts from vermiculite documents for database input (6.3); review facts and request of reprint of article (.5); meeting with Ed Westbrook and Ian Jones regarding document entry (.2) | $125.00 | 7.00 | $875.00 |
| 11/05/2002 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents and input into database | $125.00 | 7.00 | $875.00 |

**Transaction:** L150

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/05/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L150<br>work on quarterly fee application (billed at half rate) | $325.00 | 1.00 | $325.00 |
| 11/05/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L150<br>Work on quarterly fee application | $75.00 | 0.80 | $60.00 |

**Day:** 11/06/2002

**Transaction:** L106

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/06/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with Lizzie Kerrison, Ian Jones and Shawn Thacker regarding computer entry process on Grace documents, explanation of ZAI issues (1.5); review memos regarding ZAI (.3); conference call with Darrell Scott regarding ZAI testing (.7); review correspondence from Grace counsel regarding Winthrop Square repository, discovery matters (.1) | $650.00 | 2.60 | $1,690.00 |
| 11/06/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace Documents | $125.00 | 1.00 | $125.00 |
| 11/06/2002 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production. | $265.00 | 6.70 | $1,775.50 |
| 11/06/2002 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents and input into database | $125.00 | 7.00 | $875.00 |
| 11/06/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106<br>Conference with Shawn Thacker, Ed Westbrook and Ian Jones (part of meeting) to review criteria for inputting Grace documents | $125.00 | 1.50 | $187.50 |
| 11/06/2002 ijones | 200106 0000 | Zonolite Science Trial | L106<br>Attended part of meeting with Ed Westbrook, Shawn Thacker and Lizzie Kerrison regarding computer entry process | $110.00 | 0.50 | $55.00 |

02/17/2003

# Time report

### 10/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **11/07/2002** | | | | |
| **Transaction:** | | **L106** | | | | |
| 11/07/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Inputting Grace documents into database | $125.00 | 6.50 | $812.50 |
| 11/07/2002 bwood | 200106 0000 | Zonolite Science Trial | L106 Review Grace documents | $240.00 | 3.50 | $840.00 |
| 11/07/2002 chughes | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents and input into database | $125.00 | 6.00 | $750.00 |
| 11/07/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents | $125.00 | 6.50 | $812.50 |
| **Day:** | | **11/08/2002** | | | | |
| **Transaction:** | | **L106** | | | | |
| 11/08/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and Analyze Grace Documents | $125.00 | 6.50 | $812.50 |
| 11/08/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Review memos concerning Concordance status (.3); review correspondence from Grace counsel regarding Winthrop Square repository, ZAI personal injury files and privilege documents, respond to same (.7); review correspondence from Darrell Scott regarding Barbanti abatement, notice to Grace and review Barbanti order regarding same (.5) | $650.00 | 1.50 | $975.00 |
| 11/08/2002 jward | 200106 0000 | Zonolite Science Trial | L106 Review and summarize Grace document production. | $265.00 | 5.10 | $1,351.50 |
| 11/08/2002 chughes | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents and input into database | $125.00 | 5.00 | $625.00 |
| **Transaction:** | | **L150** | | | | |
| 11/08/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on quarterly bill (.5); started work on October monthly bill (2.3) | $75.00 | 2.80 | $210.00 |
| **Day:** | | **11/10/2002** | | | | |
| **Transaction:** | | **L150** | | | | |
| 11/10/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 Review and revise quarterly billing statement (billed at half rate) | $325.00 | 2.50 | $812.50 |
| **Day:** | | **11/11/2002** | | | | |

# Time report

## 10/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| 11/11/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 6.50 | $812.50 |
| 11/11/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (.8); multiple conferences with Ms. Hughes and Ms. Bakst re: significant Grace documents to be entered into database (.3); receive and review correspondence re: discovery issues (.1). | $265.00 | 1.20 | $318.00 |
| 11/11/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace Documents | $125.00 | 7.00 | $875.00 |
| 11/11/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple telephone calls regarding renovation and demolition experts. | $75.00 | 0.50 | $37.50 |
| 11/11/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI documents and dictate memos regarding same (2.5) | $650.00 | 2.50 | $1,625.00 |
| **Transaction:** | | **L150** | | | | |
| 11/11/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>work on quarterly billing matters (billed at half rate) | $325.00 | 0.80 | $260.00 |
| 11/11/2002<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on quarterly billing matters (1.5); worked on October monthly bill (2.5) | $75.00 | 4.00 | $300.00 |
| **Day:** | | **11/12/2002** | | | | |
| **Transaction:** | | **L106** | | | | |
| 11/12/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>meeting with Ed Westbrook, Janet Bakst, Lizzie Kerrison, Kim Garcia, and Carrie Hughes re: ZAI database and doc review. | $75.00 | 0.30 | $22.50 |
| 11/12/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and Analyze Grace Documents | $125.00 | 7.00 | $875.00 |
| 11/12/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace documents regarding vermiculite and memos regarding same (2.4); meeting with staff regarding database and document review (.3) | $650.00 | 2.70 | $1,755.00 |
| 11/12/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple conferences with Ms. Hughes, Ms. Bakst, and Mr. Wood re: Grace document production (.2); review and summarize Grace document production (.6). | $265.00 | 0.80 | $212.00 |

02/17/2003

25

# Time report

## 10/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/12/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents (6.3); attend meeting with Ed Westbrook and others regarding database and document review (.3) | $125.00 | 6.60 | $825.00 |
| 11/12/2002<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend meeting with Ed Westbrook and other staff members regarding document review and the Grace database | $75.00 | 0.30 | $22.50 |
| 11/12/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Third Circuit briefs from Maryland Casualty case regarding vermiculite statements | $240.00 | 3.00 | $720.00 |
| 11/12/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting Grace documents into database (5.5); meeting with Ed Westbrook and team regarding database (.3); meeting with Shawn Thacker regarding database and inputting method (.7) | $125.00 | 6.50 | $812.50 |

**Day:** 11/13/2002

**Transaction:** L106

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/13/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace documents (6.5); conversation with Jay Ward regarding document production (.1) | $240.00 | 6.60 | $1,584.00 |
| 11/13/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 6.00 | $750.00 |
| 11/13/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Mr. Wood re: Grace document production (.1); review and summarize Grace document production (.7). | $265.00 | 0.80 | $212.00 |
| 11/13/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review correspondence from Grace regarding document issues and correspondence regarding notice of demolition (.2); review transcript of Armstrong hearing on dust testing with memo to ZAI team regarding same (1.8); work on ZAI planning (.6) | $650.00 | 2.60 | $1,690.00 |
| 11/13/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace Documents | $125.00 | 7.00 | $875.00 |

**Day:** 11/14/2002

**Transaction:** L106

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/14/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and Analyze Grace Documents | $125.00 | 7.00 | $875.00 |

02/17/2003

# Time report

### 10/01/2002 - 12/31/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 11/14/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with Rob Turkewitz, Jay Ward and Bobby Wood regarding update on Zonolite matters (.8); review correspondence from Grace counsel and respond regarding ZAI personal injury claims and privilege documents (.3); conversations with Darrell Scott, experts and Rob Turkewitz regarding ZAI testing and further discussions with Rob Turkewitz regarding same (.6); review ZAI memos (.5) | $650.00 | 2.20 | $1,430.00 |
| 11/14/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (2.4); multiple conferences with Mr. Wood and Ms. Hughes re: same (.2); received and review correspondence re: discovery issues (.1); conference with Messrs. Westbrook, Turkewitz and Wood re: status of testing, Grace document review, discovery issues and trial strategy (.8). | $265.00 | 3.50 | $927.50 |
| 11/14/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 6.50 | $812.50 |
| 11/14/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>reviewed correspondence and memoranda re: testing and documents (1.0); conference with Ed Westbrook, Jay Ward, and Bobby Wood re: strategy (.8); phone conversation with Ed Westbrook, Darrell Scott and experts re: testing (.6). | $400.00 | 2.40 | $960.00 |
| 11/14/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace documents (8); Meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding Zonolite update (.8) | $240.00 | 8.80 | $2,112.00 |
| 11/14/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting Grace documents into Concordance database | $125.00 | 6.50 | $812.50 |

| **Day:** | | **11/15/2002** | | | | |
|------|---|----------------|---|---|---|---|
| **Transaction:** | | **L106** | | | | |
| 11/15/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>phone conversation with Darrell Scott re: testing (.5); memo to Ed Westbrook re: testing (.4); phone conversation with Mark Raney re: FOIA request (.5); revised and finalized FOIA request (.8); reviewed correspondence and test reports (.5). | $400.00 | 2.70 | $1,080.00 |
| 11/15/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>revised, finalized, and faxed FOIA request. | $75.00 | 0.50 | $37.50 |
| 11/15/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 5.00 | $625.00 |
| 11/15/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Receipt and review of Grace's answers to discovery, discussions with Rob Turkewitz regarding same (.7); review of Grace discovery correspondence, prepare notes regarding same (1.3); review Grace memos from Janet regarding ZAI (.5); discussions with Rob Turkewitz regarding testing issues and review of test data (.4); work on case planning regarding experts (.6) | $650.00 | 3.50 | $2,275.00 |

# Time report

### 10/01/2002 - 12/31/2002

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 11/15/2002 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| jbakst | 0000 | | Review and analyze Grace documents (6); work on draft FOIA request and phone calls regarding same (1) | | | |

**Day:** 11/18/2002

**Transaction:** L106

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/18/2002 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.80 | $520.00 |
| ewestbrook | 0000 | | Conversation with Rob Turkewitz regarding ZAI status (.3); begin review hard copy of Grace's interrogatories with attachments (.5) | | | |
| 11/18/2002 | 200106 | Zonolite Science Trial | L106 | $265.00 | 6.40 | $1,696.00 |
| jward | 0000 | | Receive and review Grace discovery responses (.2); conference with Ms. Hughes re: Grace document production (.1); review and summarize Grace document production (6.1). | | | |
| 11/18/2002 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.80 | $1,120.00 |
| rturkewitz | 0000 | | Received and reviewed letter and document from Jim Bentz re: discovery (1.5); forwarded cd's to Ian Jones for inputting into computer (.2); conference with Linda Hambleton re: copying of cd's for Darrell Scott (.2); e-mails to Ian Jones re: printing of documents from cd's (.4); e-mail to Lizzie Kerrison re: testing (.2); conversation with Ed Westbrook regarding status of case (.3) | | | |
| 11/18/2002 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.50 | $1,625.00 |
| ewestbrook | 0000 | | Review Grace documents | | | |
| 11/18/2002 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| jbakst | 0000 | | Review and analyze Grace documents | | | |
| 11/18/2002 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.50 | $37.50 |
| lhambleton | 0000 | | Conference with Rob Turkewitz re: copying cd's for Darrell Scott (.2); phone call to Ian Jones re: format of cd's and copying (.1); reviewed 1 cd for Rob to determine contents (.1); email to Lizzie Kerrison and Kim Carr re: video (.1). | | | |
| 11/18/2002 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| chughes | 0000 | | Review and analyze Grace documents (5.9); conversation with Jay Ward regarding production (.1) | | | |

**Day:** 11/19/2002

**Transaction:** L106

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/19/2002 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| chughes | 0000 | | Review and analyze Grace documents | | | |
| 11/19/2002 | 200106 | Zonolite Science Trial | L106 | $75.00 | 0.50 | $37.50 |
| lhambleton | 0000 | | Reviewed and responded to email from Rob Turkewitz re: copying of Grace cd's (.1); typed and finalized letter re: Grace files (.4). | | | |

# Time report

## 10/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/19/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Grace counsel regarding discovery scheduling, conversations with Rob Turkewitz regarding ZAI inspections, review Grace correspondence regarding request for inspection (.5); review Grace documents regarding ZAI (1.2) | $650.00 | 1.70 | $1,105.00 |
| 11/19/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 7.00 | $875.00 |
| 11/19/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace documents | $240.00 | 3.50 | $840.00 |
| 11/19/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting Grace documents into Concordance database | $125.00 | 6.50 | $812.50 |
| 11/19/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>E-mail to Linda Hambleton re: handling and copying of Grace cd's (.2); email to asbestos attorneys re: medical information (.1); telephone call with Ed Cottingham re: review of documents (.2); dictated and finalized letter to Joe Rice re: retrieval of Grace files (.5); conference with Ed Westbrook re: status and discovery issues (.3); phone conversation with Darrell Scott and Allan McGarvey re: testing issues (.8); phone conversation with Mike Strom re: Grace discovery concerning McMurchie (.5); e-mail to Mike Strom re: discovery (.8). | $400.00 | 3.40 | $1,360.00 |
| 11/19/2002<br>ljones | 200106<br>0000 | Zonolite Science Trial | L106<br>Converting and uploading CD images onto network servers (3); converting and importing coding information into Concordance (2); modifying Opticon load files for loading into Opticon (1) | $110.00 | 6.00 | $660.00 |
| 11/19/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production. | $265.00 | 5.40 | $1,431.00 |
| **Day:** | **11/20/2002** | | | | | |
| **Transaction:** | **L106** | | | | | |
| 11/20/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (6.8); research recent Eighth Circuit Daubert opinion (.1); meeting with Ed Westbrook regarding review of documents (.2) | $265.00 | 7.10 | $1,881.50 |
| 11/20/2002<br>ljones | 200106<br>0000 | Zonolite Science Trial | L106<br>Converting and uploading CD images onto network servers | $110.00 | 3.00 | $330.00 |
| 11/20/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversations with Rob Turkewitz regarding ZAI matters (.4); review ZAI documents and draft discovery (.6); case planning (.4); conversation with Jay Ward regarding ZAI document review (.2) | $650.00 | 1.60 | $1,040.00 |

02/17/2003

# Time report

### 10/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/20/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed discovery info from Darrell Scott (.2); reviewed correspondence re: discovery (.5); conversation with Ed Westbrook regarding ZAI matters (.4) | $400.00 | 1.10 | $440.00 |
| 11/20/2002<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace documents | $240.00 | 4.50 | $1,080.00 |
| 11/20/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>11/20/2002 (jbakst)<br>Review and analyze Grace documents | $125.00 | 7.00 | $875.00 |
| 11/20/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>E-mail to Darrell Scott's office re: status of cd's being copied. (.1) | $75.00 | 0.10 | $7.50 |
| 11/20/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 7.00 | $875.00 |

**Transaction:** **L150**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/20/2002<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on billing matters | $75.00 | 1.30 | $97.50 |

**Day:** **11/21/2002**

**Transaction:** **L106**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/21/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI issues review | $75.00 | 0.30 | $22.50 |
| 11/21/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (5.8); review ZAI issues (.3); conference with Ms. Hollings re: case background and Grace document database entry procedures (.2); multiple conferences with Ms. Kerrison and Mr. Wood re: status of Grace document review (.2). | $265.00 | 6.50 | $1,722.50 |
| 11/21/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents (6.7); Review ZAI issues (.3) | $125.00 | 7.00 | $875.00 |
| 11/21/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with staff to review ZAI testing matters (.3); review Grace privilege document log and prepare correspondence regarding same (1.4); review ZAI documents (2.2); conversations with Grace counsel regarding scheduling matters (.2); conversations with local counsel regarding upcoming hearing (.2); memos to staff regarding ZAI issues (.4); correspondence to Grace counsel regarding incomplete document and lack of date entry for the majority of documents supplied on CDs (.4); call to Ian Jones regarding computer issues on ZAI documents (.1); meeting with Lizzie Kerrison regarding possible depositions (.3) | $650.00 | 5.50 | $3,575.00 |
| 11/21/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>11/21/2002 (jbakst)<br>Review and analyzeGrace documents | $125.00 | 7.00 | $875.00 |

# Time report

### 10/01/2002 - 12/31/2002

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/21/2002 bwood | 200106 0000 | Zonolite Science Trial | L106 Review Grace documents | $240.00 | 6.50 | $1,560.00 |
| 11/21/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Inputting Grace documents into Concordance database (5.7); review ZAI issues (.3); meeting with Ed Westbrook regarding possible depositions (.3); Meeting with Sally Hollings regarding Concordance database and review criteria for inputting (.3) | $125.00 | 6.60 | $825.00 |
| 11/21/2002 kgarcia | 200106 0000 | Zonolite Science Trial | L106 Meeting with Ed Westbrook and other staff members to review ZAI testing matters | $75.00 | 0.30 | $22.50 |
| 11/21/2002 shollings | 200106 0000 | Zonolite Science Trial | L106 ZAI document review and computer input (6.5); meeting with Jay Ward regardg case background and document database procedures (.2); meeting with Lizzie Kerrison regarding database and criteria for inputting (.3) | $75.00 | 7.00 | $525.00 |

**Day:**      11/22/2002

**Transaction:**      L106

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/22/2002 shollings | 200106 0000 | Zonolite Science Trial | L106 ZAI document review and computer input | $75.00 | 6.50 | $487.50 |
| 11/22/2002 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Search Grace documents for vermiculite MSDS | $125.00 | 2.00 | $250.00 |
| 11/22/2002 bwood | 200106 0000 | Zonolite Science Trial | L106 Review Grace documents | $240.00 | 2.50 | $600.00 |
| 11/22/2002 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents (6.9); conversation with Ed Westbrook regarding ZAI document (.1) | $125.00 | 7.00 | $875.00 |
| 11/22/2002 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Work on discovery matters including calls to Grace counsel regarding discovery schedule, prepare draft scheduling order and circulate to Grace counsel, prepare draft correspondence to Court and circulate to Grace counsel (2.4); finalize correspondence to Grace (Request for Admissions) regarding exposure of Harashe, review Harashe case (.8); review Grace documents (.3) conversation with Rob Turkewitz regarding selection of Grace ZAI documents (.3); work on case planning matters (.4); conversation with Janet Bakst regarding ZAI document (.1);conversation with Rob Turkewitz regarding scheduling, deadlines and discovery (.8) | $650.00 | 5.10 | $3,315.00 |
| 11/22/2002 lhambleton | 200106 0000 | Zonolite Science Trial | L106 Composed and finalized letter regarding ZAI CDs (.2); packaged and mailed CDs (.2); e-mailed advising CD status (.1). | $75.00 | 0.50 | $37.50 |

02/17/2003

# Time report

### 10/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/22/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 7.00 | $875.00 |
| 11/22/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production. - | $265.00 | 3.20 | $848.00 |
| 11/22/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Ed Westbrook re: discovery against Grace and scheduling/deadlines (.8); e-mail re: Grace cd's (.1); reviewed Grace's discovery responses (.5); phone conversation re: discovery (.4); meeting with Ed Westbrook regarding selection of ZAI documents (.3) | $400.00 | 2.10 | $840.00 |

**Day:**          **11/23/2002**

   **Transaction:**          **L106**

| 11/23/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed Grace discovery against claimants (.5); e-mail to Darrell Scott re: Grace discovery (.1); reviewed Grace discovery file (1.0); phone conversation re: location of prospective witness (.2); memo re: witness (.4); reviewed e-mail from Darrell Scott re: Libby ZAI and response (.5). | $400.00 | 2.70 | $1,080.00 |

**Day:**          **11/24/2002**

   **Transaction:**          **L106**

| 11/24/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review materials in preparation for hearing on request to extend discovery (.5); work on case planning (1.0) | $650.00 | 1.50 | $975.00 |

   **Transaction:**          **L150**

| 11/24/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on October billing matters (billed at half rate) | $325.00 | 1.00 | $325.00 |

**Day:**          **11/25/2002**

   **Transaction:**          **L106**

| 11/25/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for and attend conference with Court regarding ZAI status | $650.00 | 1.50 | $975.00 |
| 11/25/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Return to Charleston, review materials and documents en route | $650.00 | 1.00 | $650.00 |
| 11/25/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>preparation for expert testimony (2.5); phone conversation with homeowner regarding ZAI (.8); email to asbestos attorneys re: asbestos medical issues (.1); phone conversation with Karl Novak re: asbestos | $400.00 | 4.10 | $1,640.00 |

# Time report

## 10/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | medical issues (.2); prepare fax re: Grace discovery (.2); received and reviewed email from Darrell Scott re: discovery (.2); email to Lizzie Kerrison re: review of Grace documents (.1) | | | |
| 11/25/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production (3.1); review announcement re: ZAI (.1) | $265.00 | 3.20 | $848.00 |
| 11/25/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 4.00 | $500.00 |
| 11/25/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 7.00 | $875.00 |

**Transaction:** **L116**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/25/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L116<br>Return to Charleston from Delaware - non-working portion of trip (billed at half rate) | $325.00 | 4.00 | $1,300.00 |

**Day:** **11/26/2002**

**Transaction:** **L106**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/26/2002<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review numerous emails regarding document production, issues arising, difficulties created in sorting documents without dates entered by Grace, memos regarding various aspects of production, memo regarding results of hearing on November 25, review recent pronouncements on ZAI (2.2); conversations with Rob Turkewitz regarding potential witnesses and issues in removal of ZAI from structures, disturbance of ZAI, etc. (.3) | $650.00 | 2.50 | $1,625.00 |
| 11/26/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Receive and review amended scheduling order (.1); review and summarize Grace document production (1.8); conference with Mr. Turkewitz re: procedure for revieiwng and summarizing Grace documents produced on CDs (.4); coordinate team meeting re: same (.1) | $265.00 | 2.40 | $636.00 |
| 11/26/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>continued preparing for expert testimony (1.5); emails re: review of Grace documents (.5); reviewed Ed Westbrook memo and scheduling order (.5); conference with Ed Westbrook re: status of discovery (.3); conference with Jay Ward re: review of cd's (.4); conference with Lizzie Kerrison re: review of Grace documents (.5) | $400.00 | 3.70 | $1,480.00 |
| 11/26/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 7.00 | $875.00 |
| 11/26/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>11/26/2002 (jbakst) | $125.00 | 7.00 | $875.00 |

02/17/2003

# Time report

### 10/01/2002 - 12/31/2002

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Review and analyze Grace documents | | | |
| 11/26/2002<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Spoke with Mary Beth Rivers regarding E-Transcript Binder software. | $75.00 | 0.20 | $15.00 |
| 11/26/2002<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Conduct computer querries for various Grace employees and issues (4.0); review and copy documents regarding MSDS (2.0); conversation with Rob Turkewitz regarding review of documents (.5) | $125.00 | 6.50 | $812.50 |

**Day:**        **11/27/2002**

   **Transaction:**        **L106**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/27/2002<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>11/27/2002 (jbakst)<br>Review and analyze Grace documents | $125.00 | 7.00 | $875.00 |
| 11/27/2002<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents | $125.00 | 4.00 | $500.00 |
| 11/27/2002<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>continued preparing outline for expert testimony (3.0); email re: witness and reviewed response (.2) | $400.00 | 3.20 | $1,280.00 |
| 11/27/2002<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production. | $265.00 | 1.40 | $371.00 |