**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: June 17, 2003 @ 12:00 PM** |
| | | **Objections Due: March 25, 2003** |

**SUMMARY OF THE SECOND INTERIM QUARTERLY APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM <u>OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002</u>**

| | |
|---|---|
| Name of Applicant: | Lukins & Annis, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | October 1, 2002 through December 31, 2002 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $88,506.00 |
| Amount of Expenses Reimbursement: | $ 2,620.96 |
| This is a: _ monthly   X quarterly application | |
| Prior Application filed: Yes | |

| Period Covered | Date Filed | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10/01/02 – 10/31/02 | December 5, 2002 | $ 24,143.00 | $ 728.96 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| 11/01/02 – 11/30/02 | February 10, 2003 | $ 32,033.00 | $ 629.26 | CNO Filed; Awaiting Hearing | CNO Filed; Awaiting Hearing |
| 12/01/02 – 12/31/02 | February 27, 2003 | $ 32,330.00 | $ 1,262.74 | Pending | Pending |

The objection deadlines for the L&A Monthly Application for fees and expenses incurred for the period of December 1, 2002 through December 31, 2002 have not yet passed.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 188.90 | $67,155.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 75.10 | $8,406.00 |
| | | TOTALS | | | 264.00 | $75,561.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 84.70 | $12,705.00 |
| Samantha Batorson | Legal Assist. | 10 | Litigation | $80 | 3.00 | $240.00 |
| | | TOTALS | | | 87.70 | $12,945.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 24.90 Hours | $ 3,344.00 |
| 22-ZAI Science Trial | 326.80 Hours | $85,162.00 |
| TOTALS | 351.70 Hours | $88,506.00 |

ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 244.60 |
| Telephone Expense – Outside | $ 431.71 |
| Facsimile ($1.00 per page) | $ 174.00 |
| Postage Expense | $ 86.33 |
| Courier & Express Carriers | $ 13.00 |
| In-House Duplicating / Printing ($.15 per page) | $ 166.95 |
| Outside Duplicating / Printing | |
| Lodging | $ 377.46 |
| Transportation | $ 132.00 |
| Air Travel Expense | $ 232.50 |
| Taxi Expense | $ 100.00 |
| Mileage Expense | $ 431.07 |
| Travel Meals | $ 41.68 |
| Parking | $ 8.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | $ 111.50 |
| Other (Explain) | $ 69.66 |
| (Supplies for ZAI testing) | |
| (Photograph reprints produced in response to discovery requests) | |
| Total: | $ 2,620.96 |

Dated: March 5, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charlie Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq..
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL FOR
ZAI CLAIMANTS