## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING SECOND INTERIM QUARTERLY APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002

Lukins and Annis, P.S., as additional special counsel to the ZAI Claimants in the above-referenced bankruptcy case, filed the Second Interim Quarterly Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from October 1, 2002 through December 31, 2002 (the "Second Quarterly Application").  The Court has reviewed the Second Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all person with standing have been afforded the opportunity to be heard on the Second Quarterly Application. Accordingly, it is hereby

ORDERED that the Second Quarterly Application is GRANTED as modified herein, on an interim basis.  Debtors shall pay to Lukins and Annis, P.S. the sum of $ 88,506.00 as compensation and $ 2,620.96 as reimbursement of expenses, for a total of $ 91,126.96 for services rendered and disbursements incurred by Lukins and Annis, P.S. for the period of October 1, 2002 through December 31, 2002, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2003

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge