# EXHIBIT B

# NOVEMBER FEE APPLICATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al,, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 3, 2003** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE THIRD MONTHLY VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

Name of Applicant:                                            Lukins & Annis, P.S.

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                                         July 22, 2002

Period for which compensation and
Reimbursement is sought:                                   November 1, 2002 through
                                                                          November 30, 2002

Amount of Compensation sought as actual,
Reasonable, and necessary:                                $32,033.00

Amount of Expenses Reimbursement:                 $   629.26

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 through 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/01/02 through 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |

This is the third Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 67.60 | $24,716.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 32.60 | $3,912.00 |
| TOTALS | | | | | 100.20 | $28,628.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 22.70 | $3,405.00 |
| TOTALS | | | | | 22.70 | $3,405.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 1.60 Hours | $    296.00 |
| 22-ZAI Science Trial | 121.30 Hours | $31,737.00 |
| TOTALS | 122.90 Hours | $32,033.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 54.88 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | $ 45.00 |
| Postage Expense | $ 39.81 |
| Courier & Express Carriers | $ 10.00 |
| In-House Duplicating / Printing ($.15 per page) | $ 40.35 |
| Outside Duplicating / Printing | |
| Lodging | $ 332.65 |
| Transportation | |
| Air Travel Expense | $ 35.00 |
| Taxi Expense | |
| Mileage Expense | $ 64.24 |
| Travel Meals | $ 7.33 |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain) | |
| Total: | $ 629.26 |

Dated:   February 10, 2003

/s/ William D. Sullivan
William D. Sullivan (Bar No. 2820)
Charlie Brown (Bar No. 3368)
ELUZUFON AUSTON REARDON TARLOV &
MONDELL, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

## FEE DETAIL FOR THIRD MONTHLY VERIFIED FEE
## APPLICATION OF LUKINS & ANNIS, P.S. FOR THE PERIOD FROM
## NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

- 4 -

## TIME REPORT
### Lukins & Annis, P.S.
Time Period 11/01/2002 - 11/30/2002

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 11/07/02 | DWS | Travel to and from final test site. (billed at half rate) | 1.60 | $ 185.00 | $ 296.00 |
| | | SUBTOTAL | 1.60 | | $ 296.00 |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 11/01/02 | KLB | Final arrangements for ZAI testing and office conference regarding changes in testing schedule and final arrangements (.4); telephone call to consulting expert regarding meeting with additional consulting expert on Monday at HUD property (.2); telephone call to ZAI Claimant regarding change in schedule and need to be out of the home earlier on Monday (.3); work on obtaining access to water at HUD property and emails to ZAI counsel regarding same (.3); revisions to testing schedule/calendar (.3). | 1.50 | $ 150.00 | $ 225.00 |
| 11/01/02 | DWS | Phone call to consulting expert regarding containment issues (.8); phone call to Rob Turkewitz regarding same (1.1); follow-up call to consulting expert regarding pre-inspection of test sites (.3); meeting with associate regarding consulting expert site visitations (.5); phone conference with contract supervisor regarding containment issues (.3); complete review of fees and cost statement (.4); phone conference with consulting experts regarding final preparations for scientific testings (.9); meeting at office with consulting expert regarding scientific testing, containment, crew requirements and other logistics (.7); phone call to ZAI Claimant regarding revisions to scheduling (.3) | 5.30 | $ 370.00 | $ 1,961.00 |
| 11/04/02 | KLB | Office conference with Darrell W. Scott regarding problems with heater in HUD home for testing purposes (.2); telephone calls to former homeowners to obtain information on | 1.30 | $ 150.00 | $ 195.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | heating system (.3); make arrangements for space heaters to be taken to HUD home (.2); office conference with Associate Kelly E. Konkright regarding testing at HUD home (.3); telephone calls regarding Tuesday schedule and coordination of same (.3). | | | |
| 11/04/02 | DWS | Meeting with consultants in Spokane regarding testing of Spokane homes (2.0); phone conference with homeowner regarding scheduling of relocation of family (.2); meeting with ZAI Claimant regarding testing and abatement work (2.3); meeting with consultants at ZAI Claimant's home regarding testing preparations and containment issues (1.0); conference with paralegal regarding applicability of Case Management Order and issues relating to HUD home testing (.2); draft notice to Grace regarding HUD home (.2); meeting at HUD home regarding containment and testing set up (2.2); meeting at ZAI Claimant's home with various consultants regarding testing, abatement, and clearance sampling (1.9). | 10.00 | $ 370.00 | $ 3,700.00 |
| 11/04/02 | KEK | Monitor scientific testing of the ZAI Claimant's homes. | 11.60 | $ 120.00 | $ 1,392.00 |
| 11/05/02 | KLB | Telephone calls to and from Darrell W. Scott and Kelly E. Konkright and experts regarding testing issues (.8); attempted calls to co-counsel regarding problems related to testing (.2). | 1.00 | $ 150.00 | $ 150.00 |
| 11/05/02 | DWS | Meeting with consultants at ZAI Claimant's home (2.0); meeting with ZAI Claimant regarding status of home testing (.5); meeting with consultants at HUD home (3.0); additional meeting with abatement contractors and clearance consultants at HUD home (2.8); meeting with consultants regarding testing protocol (1.0); additional meeting with consultants regarding testing protocol (.5); multiple phone calls to associate and paralegal regarding facilitation of testing at Spokane homes (.4). | 10.20 | $ 370.00 | $ 3,774.00 |
| 11/05/02 | KEK | Monitor scientific testing of homes in Spokane. | 9.00 | $ 120.00 | $ 1,080.00 |
| 11/06/02 | KLB | Telephone calls to and from co-counsel's office | 1.70 | $ 150.00 | $ 255.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | regarding scheduling of conference call between experts and counsel to discuss scope of work at ZAI Claimant's home (.5); telephone call to consulting expert to confirm air testing schedule at ZAI Claimant's home (.2); telephone call from Kelly E. Konkright regarding air testing and office conference with Darrell W. Scott regarding same (.3); telephone call from ZAI Claimant with questions on scope of work on his residence (.5); conference with Darrell W. Scott to discuss potential additional work on HUD home (.2). | | | |
| 11/06/02 | DWS | Meeting with consultants at HUD home regarding background sampling (1.5); meeting with consultants regarding testing protocol (.5); phone conference with consultants and Edward Westbrook regarding same (.7); phone call to consultant regarding final clearance (.3); meeting at HUD home regarding second day of testing (1.8); phone call from client regarding home clearance (.2). | 5.00 | $ 370.00 | $ 1,850.00 |
| 11/06/02 | DWS | Phone call to ZAI Claimant regarding changes to scheduling (.2); meeting at ZAI Claimant's home regarding final return of home to client (2.6); multiple communications to paralegal regarding scheduling, conferencing, housing arrangements, schedule changes and communications to clients regarding same (.5); phone conference with consulting expert regarding final clearance testing (.3); additional phone conference with consultants regarding final day of testing (.8). | 4.40 | $ 370.00 | $ 1,628.00 |
| 11/06/02 | KEK | Monitor clean-up of ZAI Claimant's home. | 9.70 | $ 120.00 | $ 1,164.00 |
| 11/07/02 | DWS | Conference with associate regarding preparation for final day of testing (.5); meeting with consultants and client regarding Zonolite Attic Insulation avenues of exposure and area sampling (2.5); multiple phone calls to consulting expert regarding final clearance testing at test site (.5); phone call to client regarding same (.2); phone call to associate regarding same (.3); work regarding final preparations for abatement at HUD home (2.2); phone conference with co-counsel regarding status of testing (.5); final meeting with consultants regarding completion of testing (1.9). | 8.60 | $ 370.00 | $ 3,182.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 11/08/02 | KLB | Telephone call from ZAI Claimant regarding schedule and status of final air sampling. | 0.20 | $ 150.00 | $ 30.00 |
| 11/08/02 | KLB | Telephone call from consulting expert with ZAI Claimant clearance test results and review fax of same (.2); telephone call to consulting expert regarding clearance results and requesting that they schedule time to remove attic containment (.2); fax to consulting expert providing them with test results (.1). | 0.50 | $ 150.00 | $ 75.00 |
| 11/08/02 | DWS | Phone conference with consulting expert regarding final work at HUD home (.5); phone conference with consulting expert regarding area sampling (.5); review clearance testing and area sampling (.8); phone conferences with clients regarding same (.4); additional work regarding preparation of fee and cost request (.8); review most recent Grace response to discovery demand (.1). | 3.10 | $ 370.00 | $ 1,147.00 |
| 11/08/02 | KEK | Meet with consulting expert at the HUD home to discuss a bid on the cost of removing the Zonolite insulation from the attic of the home. | 0.80 | $ 120.00 | $ 96.00 |
| 11/08/02 | KLB | Telephone call from Zonolite homeowner wanting update of litigation. | 0.30 | $ 150.00 | $ 45.00 |
| 11/11/02 | KLB | Telephone call to ZAI Claimant to provide results of air testing and advise that consulting expert will tear down remaining containment. | 0.20 | $ 150.00 | $ 30.00 |
| 11/11/02 | KLB | Review bid for completion work on HUD home from consulting expert. | 0.10 | $ 150.00 | $ 15.00 |
| 11/12/02 | KLB | Review fee information from Ed Westbrook (.2); telephone call to consulting expert regarding abatement completion work on HUD home (.2); draft email to HUD contractor regarding same; office conference with associate regarding call from ZAI homeowner (.3). | 0.70 | $ 150.00 | $ 105.00 |
| 11/13/02 | DWS | Review letter from Grace regarding removal of ZAI from HUD home (.2); draft email to Rob Turkewitz and Ed Westbrook regarding same (.1); draft emails to paralegals regarding same (.1). | 0.40 | $ 370.00 | $ 148.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 11/13/02 | KLB | Telephone call to consulting expert regarding proceeding with abatement work on HUD home (.2); review fax from Grace counsel regarding HUD home abatement (.1); draft email to contractor for HUD to advise them of abatement and email draft to Darrell W. Scott (.5). | 0.80 | $ 150.00 | $ 120.00 |
| 11/14/02 | KLB | Office conference with Darrell W. Scott regarding submission of fee application (.4); review fee submission by Ed Westbrook (.4); review time and costs and draft summary of monthly fee application, quarterly fee application, verification, and first fee application (2.5); review of entry descriptions (.7). | 4.00 | $ 150.00 | $ 600.00 |
| 11/14/02 | DWS | Phone call to Ed Westbrook regarding reply to Grace inquiry concerning ZAI Claimant (.2); review Case Management Order and draft response to Cameron regarding same (.5); meeting with paralegal regarding finalizing of initial fee and costs request (.4); phone call to abatement company regarding removal issues (.3); phone conference with Ed Westbrook and consultants regarding final HUD home testing (.8); work regarding final fee and cost petition (.2); final work regarding quarterly fee and cost petition (.7). | 3.10 | $ 370.00 | $ 1,147.00 |
| 11/15/02 | KLB | Review and revise Time Detail, Cost Detail, and fee application pleadings (1.5); review Bankruptcy local rules on fee submittals (.9); email to Jay Sakalo regarding cost categories (.2); prepare summary of costs (.3); update to time summaries (1.0); instructions regarding filing of fee application documents (.1). | 4.00 | $ 150.00 | $ 600.00 |
| 11/15/02 | DWS | Phone call to Rob Turkewitz regarding follow-up testing (.3); phone call to consulting expert regarding billings regarding testing (.2); review additional bid regarding removal testing in ZAI claimant's home (.5); review area samples from ZAI claimant's home; draft letter to client regarding same (.6); final review of all pleadings and supporting materials regarding first petition for fees and costs (.5); additional phone call to Rob Turkewitz and to consulting expert regarding abatement | 2.30 | $ 370.00 | $ 851.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | activities at test site (.2). | | | |
| 11/15/02 | DWS | Review correspondence from Cameron regarding ZAI removal at HUD home and circulate same (.1); draft letter to HUD home custodian regarding status of testing (.3). | 0.40 | $ 370.00 | $ 148.00 |
| 11/18/02 | DWS | Meeting with paralegal regarding conference with property manager regarding delay in removal (.2); phone conference with Rob Turkewitz regarding Grace request regarding inspection of HUD home (.4); draft responsive letter to Cameron regarding inspection of HUD home (.5). | 1.10 | $ 370.00 | $ 407.00 |
| 11/18/02 | KLB | Meeting with partner regarding communications with HUD property owner (.2); telephone call from Deanco Property regarding status of abatement at HUD property on 14th Avenue (testing home) and memo to file regarding same (.2). | 0.40 | $ 150.00 | $ 60.00 |
| 11/18/02 | KLB | Office conference with secretary regarding protocol for review of time and submission of monthly fee reports and review memo regarding same. | 0.50 | $ 150.00 | $ 75.00 |
| 11/19/02 | KLB | Telephone call to and from consulting expert regarding additional abatement activity at HUD home and seeking clarification on scope of work at HUD home. | 0.20 | $ 150.00 | $ 30.00 |
| 11/19/02 | KLB | Prepare form for use with class representatives for use to aid in response to discovery, including personal information, property information, ZAI information and ZAI exposure information. | 1.70 | $ 150.00 | $ 255.00 |
| 11/19/02 | DWS | Phone conference with co-counsel regarding case status, individual assignments, testing follow-up and collection of data from ZAI claimants (.8); work regarding collection of baseline data on all 10 ZAI Consumer Protection Act claimants (.7); follow-up regarding homeowner precautions (.5); prepare draft of letter to property manager regarding status of testing and removal (.5). | 2.50 | $ 370.00 | $ 925.00 |
| 11/19/02 | DWS | Work regarding final abatement issues at HUD | 0.80 | $ 370.00 | $ 296.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | home; communications with paralegal and working associate regarding same (.4); review correspondence regarding outstanding discovery issues and review of Grace answers to discovery requests (.4). | | | |
| 11/19/02 | DWS | Work regarding organization of exhibits pertinent to Proof of Claims of ZAI claimants. | 0.40 | $ 370.00 | $ 148.00 |
| 11/19/02 | KEK | Let consulting experts into HUD home to take down decon area. | 0.50 | $ 120.00 | $ 60.00 |
| 11/20/02 | DWS | Multiple phone conferences with private counsel for each ZAI claimant regarding answers to anticipated discovery (.7); review and revise survey and assessment form regarding collection of pertinent claimant information (.6); conference with paralegal regarding obtaining baseline information from ZAI claimants Prebil, Price, and McMurchie (.2); phone call to ZAI claimant regarding testing follow-up (.2). | 1.70 | $ 370.00 | $ 629.00 |
| 11/20/02 | DWS | Phone call from Stewart Chambers regarding data regarding ZAI claimant Harris; supply material to same (.3); review and revise letter to property manager regarding Zonolite removal (.1). | 0.40 | $ 370.00 | $ 148.00 |
| 11/21/02 | KLB | Litigation team meeting regarding updates on testing, discovery issues and ZAI litigation preparation. | 1.00 | $ 150.00 | $ 150.00 |
| 11/21/02 | KLB | Telephone call to consulting expert regarding need to set up conference call and to obtain name of recommended testing firm in area (.2); Instructions regarding scheduling of conference call with consulting expert and attorneys (.1). | 0.30 | $ 150.00 | $ 45.00 |
| 11/21/02 | DWS | Phone call to ZAI claimant regarding follow-up to testing (.2); phone calls to and from Cochran regarding obtaining of ZAI data from ZAI claimant Walsh (.4); meeting with litigation staff (one paralegal, one associate) regarding case assignments, additional testing, preparation of discovery answers, and related litigation preparation issues (1.0); phone call from counsel for Hunter regarding collection of baseline data; supply information to counsel regarding same (.3). | 1.90 | $ 370.00 | $ 703.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 11/21/02 | KEK | Meeting with Darrell W. Scott and Kristy Bergland regarding ZAI litigation. | 1.00 | $ 120.00 | $ 120.00 |
| 11/22/02 | KLB | Telephone call to and from consulting expert regarding conducting of air testing during removal of Zonolite from HUD home and memo regarding same (.3); Email attachment to co-counsel posted on Libby Q&A website on Zonolite homeowner issues (.1); review and revise memo on Libby November CAG meeting and fax same to co-counsel (.6). | 1.00 | $ 150.00 | $ 150.00 |
| 11/22/02 | KLB | Email ZAI Assessment Forms to counsel for other ZAI Claimants (Furth Firm and Goldenberg firm) requesting information in preparation for responding to discovery. | 0.30 | $ 150.00 | $ 45.00 |
| 11/22/02 | DWS | Review and revise memorandum to Rob Turkewitz regarding removal testing (.3); phone conference with consulting expert regarding testing results (.2); review proposal regarding additional sampling at HUD home (.2); initial work regarding October fee and cost petition (.2); followup with Boston office regarding access to repository production in Price case (.3). | 1.20 | $ 370.00 | $ 444.00 |
| 11/25/02 | KLB | Prepare letter to class representatives Marco Barbanti and Ralph Busch and to counsel representing ZAI Proof of Claim Claimants, Allan McGarvey, Liz Heller, and Stewart Chambers enclosing discovery received from W.R. Grace (.5); review and revise letter to John Cochrane (.3). | 0.80 | $ 150.00 | $ 120.00 |
| 11/25/02 | DWS | Review memo from ZAI claimant regarding abatement costs and email to co-counsel regarding same (.2); review memo from Rob Turkewitz regarding scope of trial issues and draft responsive memo regarding same (.2) review memo regarding testing protocol and draft email to Rob Turkewitz regarding testing protocol (.3); review first discovery to ZAI claimants (.4); draft letter to Rob Turkewitz and Ed Westbrook regarding Grace discovery questions (.1); draft letter to John Cochrane regarding discovery requests (.3); phone call to Ed Mancher regarding answers to discovery | 2.40 | $ 370.00 | $ 888.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | requests (.1); telephone call from Ed Mancher regarding answer to discovery requests (.2); prepare memorandum regarding completion of answers regarding Grace discovery requests (.6). | | | |
| 11/25/02 | DWS | Phone call from consulting expert regarding completion of testing (.1); email instructions and review letters to each ZAI claimant regarding service of Grace discovery (.4). | 0.50 | $ 370.00 | $ 185.00 |
| 11/26/02 | KLB | Telephone call to Expert requesting that he contact consulting expert regarding testing methods to use for air testing on HUD home during Zonolite removal and confirmation call to consulting expert regarding same. | 0.20 | $ 150.00 | $ 30.00 |
| 11/26/02 | DWS | Phone call with Boston counsel regarding supplying of Boston Grace documents. | 0.30 | $ 370.00 | $ 111.00 |
| | | **SUBTOTAL** | 121.30 | | $ 31,737.00 |
| | | **TIME TOTAL:** | 122.90 | | $ 32,033.00 |

# COST REPORT

Lukins & Annis, P.S.

Time Period 11/01/2002 - 11/30/2002

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 10/08/02 | Mileage-Darrell W. Scott for travel to and from ZAI Claimant home | $ | 64.24 |
| 11/01/02 | Photocopies (5) | $ | 0.75 |
| 11/01/02 | Long Distance Charges | $ | 1.43 |
| 11/01/02 | Long Distance Charges | $ | 3.34 |
| 11/01/02 | Long Distance Charges | $ | 0.48 |
| 11/04/02 | Photocopies (3) | $ | 0.45 |
| 11/04/02 | Photocopies (11) | $ | 1.65 |
| 11/04/02 | Photocopies (11) | $ | 1.65 |
| 11/04/02 | Photocopies (90) | $ | 13.50 |
| 11/04/02 | Lodging-Doubletree Hotel for expert for ZAI Claimant testing | $ | 97.99 |
| 11/04/02 | Lodging-University Inn for ZAI Claimant during Claimant testing | $ | 99.27 |
| 11/04/02 | Lodging-Westcoast Grand Hotel for ZAI Claimant during Claimant testing | $ | 135.39 |
| 11/04/02 | Meals-Coffee at Doubletree Hotel for meeting with experts regarding ZAI home inspections | $ | 7.33 |
| 11/05/02 | Photocopies (1) | $ | 0.15 |
| 11/05/02 | Photocopies (1) | $ | 0.15 |
| 11/06/02 | Long Distance Charges | $ | 0.48 |
| 11/06/02 | Long Distance Charges | $ | 0.48 |
| 11/06/02 | Long Distance Charges | $ | 0.95 |
| 11/06/02 | Long Distance Charges | $ | 4.30 |
| 11/06/02 | Long Distance Charges | $ | 0.48 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 11/06/02 | Long Distance Charges | $ 2.86 |
| 11/06/02 | Long Distance Charges | $ 0.48 |
| 11/06/02 | Long Distance Charges | $ 0.95 |
| 11/06/02 | Long Distance Charges | $ 5.25 |
| 11/07/02 | Photocopies (1) | $ 0.15 |
| 11/07/02 | Photocopies (27) | $ 4.05 |
| 11/11/02 | Photocopies (4) | $ 0.60 |
| 11/12/02 | Federal Express Postage - - Vendor:Federal Express | $ 31.91 |
| 11/13/02 | Photocopies (2) | $ 0.30 |
| 11/14/02 | Photocopies (1) | $ 0.15 |
| 11/14/02 | Photocopies (2) | $ 0.30 |
| 11/14/02 | Photocopies (1) | $ 0.15 |
| 11/14/02 | Long Distance Charges | $ 0.48 |
| 11/14/02 | Long Distance Charges | $ 2.38 |
| 11/15/02 | Photocopies (10) | $ 1.50 |
| 11/15/02 | Photocopies (1) | $ 0.15 |
| 11/15/02 | Photocopies (1) | $ 0.15 |
| 11/15/02 | Photocopies (1) | $ 0.15 |
| 11/15/02 | Photocopies (29) | $ 4.35 |
| 11/15/02 | Long Distance Charges | $ 9.08 |
| 11/18/02 | Photocopies (9) | $ 1.35 |
| 11/18/02 | Photocopies (3) | $ 0.45 |
| 11/18/02 | Photocopies (4) | $ 0.60 |
| 11/18/02 | Photocopies (9) | $ 1.35 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 11/18/02 | Long Distance Charges | $ | 9.55 |
| 11/19/02 | Photocopies (24) | $ | 3.60 |
| 11/20/02 | Telecopier Service - (4 pages) | $ | 4.00 |
| 11/20/02 | Telecopier Service - (2 pages) | $ | 2.00 |
| 11/20/02 | Telecopier Service - (2 page) | $ | 2.00 |
| 11/20/02 | Telecopier Service - (4 pages) | $ | 4.00 |
| 11/20/02 | Telecopier Service - (4 pages) | $ | 4.00 |
| 11/20/02 | Telecopier Service - (2 pages) | $ | 2.00 |
| 11/20/02 | Telecopier Service - (2 pages) | $ | 2.00 |
| 11/20/02 | Telecopier Service - (3 pages) | $ | 3.00 |
| 11/20/02 | Telecopier Service - (2 pages) | $ | 2.00 |
| 11/20/02 | Telecopier Service - (4 pages) | $ | 4.00 |
| 11/20/02 | Telecopier Service - (6 pages) | $ | 6.00 |
| 11/20/02 | Telecopier Service - (6 pages) | $ | 6.00 |
| 11/20/02 | Telecopier Service - (4 pages) | $ | 4.00 |
| 11/20/02 | Courier Service | $ | 5.00 |
| 11/20/02 | Courier Service | $ | 5.00 |
| 11/20/02 | Photocopies (2) | $ | 0.30 |
| 11/20/02 | Photocopies (16) | $ | 2.40 |
| 11/20/02 | Long Distance Charges | $ | 0.95 |
| 11/20/02 | Long Distance Charges | $ | 0.48 |
| 11/20/02 | Long Distance Charges | $ | 2.86 |
| 11/20/02 | Long Distance Charges | $ | 0.95 |
| 11/20/02 | Long Distance Charges | $ | 0.95 |
| 11/21/02 | Postage | $ | 3.95 |

| **DATE** | **DESCRIPTION** | **CHARGE** | |
|---|---|---|---|
| 11/21/02 | Postage | $ | 3.95 |
| 11/21/02 | Long Distance Charges | $ | 2.86 |
| 11/25/02 | Long Distance Charges | $ | 0.95 |
| 11/25/02 | Long Distance Charges | $ | 0.48 |
| 11/25/02 | Plane Fare-Travel Agent fee for canceled airline ticket to Wilmington, DE for 11/25/02 Grace Hearing (due to Hearing Agenda change, unneccessary to attend and incur unneccessary expenses) | $ | 35.00 |
| 11/26/02 | Long Distance Charges | $ | 0.48 |
| 11/27/02 | Long Distance Charges | $ | 0.95 |

TOTAL COSTS: $    629.26

## VERIFICATION

STATE OF WASHINGTON    )
                                 )
COUNTY OF SPOKANE     )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this *15* day of *November* 2002.

Notary Public for Washington,
Residing at Spokane
My Commission Expires: *9/10/06*



## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 10, 2003, service of the foregoing

- **SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

was made upon the attached Service List via hand delivery or first class mail.

Dated: Wilmington, Delaware
February 10, 2003

*/s/ William D. Sullivan*
**WILLIAM D. SULLIVAN**