# VERIFICATION

STATE OF DELAWARE        )
                         )   SS.
COUNTY OF NEW CASTLE     )

William D. Sullivan, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm, Elzufon, Austin, Reardon, Tarlov & Mondell, P.A., and have been admitted to appear before this Court since 1990.

b) I personally performed many of the legal services rendered by Elzufon, Austin, Reardon, Tarlov & Mondell, P.A. as Delaware Counsel to the ZAI Claimants and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002 and submit that the Application substantially complies with such Rule and Order.

_____
William D. Sullivan

SWORN AND SUBSCRIBED
this 5th day of March, 2003

_____
NOTARY PUBLIC
My Commission Expires:

ROBIN N. ROBINSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 24 2006