**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING SECOND INTERIM QUARTERLY APPLICATION**
**OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**AS ZAI SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM**
**OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002**

Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") as Delaware counsel to ZAI Claimants in the above-referenced bankruptcy case, filed the Second Quarterly Application for Allowance of Compensation and Reimbursement of Expenses for October 1, 2002 through December 31, 2002 (the "Second Quarterly Application"). The Court has reviewed the Second Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Quarterly Application, and any hearing on the Second Quarterly Application, was adequate under the circumstances; and (c) all person with standing have been afforded the opportunity to be heard on the Second Quarterly Application.

Accordingly, it is hereby

ORDERED that the Second Quarterly Application is GRANTED as modified herein, on an interim basis.  Debtors shall pay to EARTM the sum of $ 7,800.50 as compensation and $ 2,547.87 as reimbursement of expenses, for a total of $ 10,348.37 for services rendered and disbursements incurred by EARTM for the period October 1, 2002

through December 31, 2002, less any amounts previously paid in connection with the

monthly fee applications.


Dated: _____, 2003                    _____
                                            The Honorable Judith K. Fitzgerald
                                            United States Bankruptcy Judge