# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:  W.R. GRACE & CO., et al., | Chapter 11 |
| Debtors, | Bankruptcy No. 01-01139 (JFK) |
|  | (Jointly Administered) |

**SUMMARY OF SECOND MONTHLY APPLIATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002**

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Clamants |
| Date of retention: | July 22, 2002 |
| Period for which compensation and reimbursement is sought: | October 1, 2002 through October 31, 2002 |
| Amount of compensation sought as actual reasonable and necessary: | $1,998.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $171.59 |

This is a:  __X__ Monthly  _____ Interim  _____ Final Application

Prior Application Filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | | |
| | | | | | |

As indicated above, this is the second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $330.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 7.70 | $1,694.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | 1.60 | $304.00 |
| | | | | | | |
| TOTALS | | | | | 9.30 | $1,998.00 |

No paraprofessionals rendered professional services in these cases during the fee period.

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 0 | $0.00 |
| | | | | | | |
| TOTALS | | | | | | |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 4.1 Hours | $854.00 |
| 12-Fee Application, Others | 5.2 Hours | $1,144.00 |
| TOTALS | 9.3 Hours | $1,998.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $68.09 |
| In-House Duplicating / Printing ($.15 per page) | $103.50 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $171.59 |

Dated: Wilmington, Delaware
December 13, 2002

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, PA

_/s/ William D. Sullivan_

William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

- 3 -

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered) |

**FEE DETAIL FOR INTERIM FEE APPLICATION OF
ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.,
<u>FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002</u>**

Elzufon, Austin, Reardon, Tarlov & Mondell, P. .
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899

(302) 428-3181

Page. 1

ZAI Plaintiffs                                                10/31/2002

Richardson Patrick Westbrook          Client    N c: 220305-11221M

174 East Bay Street                   Statement N c:        184025

Charleston SC 29401

'I

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

                                Fees

                                                        Hours

10/16/02
    CJB  Review and revise Notice of Discovery;
         review discovery; file and serve Notice
         of Discovery.                                    1.60
10/24/02
    WDS  Phone conference with co-counsel
         regarding items for hearing; E-mail to
         clerk's office regarding participation by
         telephone.                                       0.30
    WDS  Phone conference with co-counsel; review
         fee application obligations; forward
         information to co-counsel.                       0.50
    WDS  Review scheduling order issued by Court;
         forward to co-counsel.                           0.30
    WDS  Review agenda regarding matters scheduled
         for hearing.                                     0.20
10/25/02
    WDS  Review notice of continuation of hearing;
         forward to co-counsel.                           0.20
    WDS  Phone conference with counsel for
         Debtors; E-mail to co-counsel regarding
    ',
         telephonic participation.                        0.20
10/29/02
    WDS  Review Armstrong opinion on indirect
         testing method; letter to all counsel
         regarding same.                                  0.70
    'i
    WDS  Review schedule of hearing dates and
         objection deadlines; phone conference
         with counsel for Debtors regarding basis
         for schedule; draft letter to co-counsel
         regarding same.                                  0.40

```
                                                              Page:     2
        ZAI  Plaintiffs                                       10/31/2002
                                              Client Nc~  220305-11221M
                                        Statement aN   184025

        W.R. Grace & Companies, et al. CA
        No. 01-1139 A-Q1-771
```

|  |  | Hours |
|---|---|---|
| WDS | Phone conference with co-counsel regarding filing of fee applications. | 0.20 |

10/30/02

| WDS | Review fee application requirements and forward to co-counsel. | 0.80 |
|---|---|---|

10/31/02

| WDS | Phone conference with co-counsel; review procedures and applicable orders, prepare first monthly fee application. | 2.60 |
|---|---|---|
| WDS | Phone conference with co-counsel; review and revise monthly fee application of co-counsel and prepare for filing. | 1.30 |

|  | For Current Services Rendered | 9.30 | 1,998.00 |
|---|---|---|---|

### Recapitulation

| Timekeeper | Title | Hours | Rto | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 7.70 | $220.00 | $1,694.00 |
| Charles J. Brown | Associate | 1.60 | 190.00 | 304.00 |

### Expenses

| 10/16/02 Photocopies (@ $.15) | 6.60 |
|---|---|
| 10/28/02 Photocopies (@ $.15) | 9.90 |
| 10/30/02 Photocopies (@ $.15) | 87.00 |

| Total Expenses | 103.50 |
|---|---|

### Advances

| 10/16/02 Courier fee Federal Express | 10.62 |
|---|---|
| 10/16/02 Courier fee Federal Express | 11.60 |
| 10/16/02 Courier fee Federal Express | 8.18 |
| 10/16/02 Courier fee Federal Express | 7.69 |
| 10/31/02 Courier fee Tristate Courier & Carriage | 30.00 |

| Total Advances | 68.09 |
|---|---|
| Total Current Work | 2,169.59 |

| Balance Due | $ 2,169.59 |
|---|---|

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on December 13, 2002, service

of the foregoing

- **SECOND MONTHLY APPLIATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
        December 13, 2002

*/s/  William D. Sullivan*_____
**WILLIAM D. SULLIVAN**

Laura David Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
    Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckscher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: March 3, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF THIRD MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002

Name of Applicant:                          Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                    Zonolite Attic Insulation Claimants

Date of retention:                          July 22, 2002

Period for which compensation              November 1, 2002 through
and reimbursement is sought:               November 30, 2002

Amount of compensation sought
as actual reasonable and necessary:         $ 3,994.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                  $ 1,875.81

This is a:        __X__ Monthly        _____Interim        _____Final Application

Prior Application Filed:          Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | Paid | Paid |
| 12/12/02 | 10/1/02 through 10/30/02 | $ 1,998.00 | $ 171.59 | | |

As indicated above, this is the third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 14.50 | $ 3,190.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | 3.60 | $ 684.00 |
| | | | | | | |
| TOTALS | | | | | 18.10 | $ 3874.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 1.6 | $120.00 |
| | | | | | | |
| TOTALS | | | | | 1.6 | $ 120.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 4.8 Hours | $1,014.50 |
| 12-Fee Application, Others | 14.9 Hours | $ 2,979.50 |
| TOTALS | 19.7 Hours | $3,994.00 |

- 2 -

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $ 265.20 |
| Outside Duplicating / Printing | $ 1,610.61 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 1,875.81 |

Dated: Wilmington, Delaware
February 10, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, PA

   /s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
 300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

- 3 -

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

## FEE DETAIL FOR INTERIM FEE APPLICATION OF
## ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A.,
## FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMER 30, 2002

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181

Page: 1
11/30/2002
Client No: 220305-11221M
Statement No:         185409

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston  SC  29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Fees

|  |  | Hours |
|---|---|---|
| **11/11/02** | | |
| WDS | E-mails from co-counsel re:  Quarterly fee applications. | 0.30 |
| **11/15/02** | | |
| CJB | Review and revise 1st Monthly and 1st Quarterly fee applications for Darrell Scott; file and serve. | 2.70 |
| WDS | Review and revise Richardson Patrick Quarterly Fee Application (1.4); draft Order (.3); prepare Notice of Service (0.4) file and serve. | 2.20 |
| WDS | Prepare first Quarterly Fee Application of EART&M. | 3.50 |
| WDS | Prepare first Monthly Fee Application of EART&M. | 2.20 |
| **11/18/02** | | |
| WDS | Revise and file EART&M Monthly Fee Application. | 0.50 |
| WDS | Prepare affidavit and Order; revise and file EART&M Quarterly Fee Application. | 1.20 |
| **11/21/02** | | |
| WDS | E-mail from co-counsel; review additional discovery requests; prepare, file and serve Notice of Service. | 0.50 |
| WDS | Review agenda for November 25 Hearing; no matters affecting ZAI claimants. | 0.10 |
| WDS | Phone call to Ed Westbrook re: preparation for November 25 Hearing. | 0.20 |
| **11/22/02** | | |
| MY | Office conference, review docket for objections to 1st fee application, draft certificate of no objection, e-file and serve | 1.50 |
| CJB | Review letter to court and proposed order; draft correspondence to court; file and serve proposed order. | 0.90 |

ZAI Plaintiffs                                                11/30/2002
                                                Client No: 220305-11221M
                                           Statement No:       185409

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

                                                    Hours
   WDS Review Order applicable to fee
       applications; review and revise
       Certificate of No Objection on RPWB Fee
       Application.                                  0.30

11/25/02
   WDS Meeting with co-counsel; attend Hearing
       on discovery status; revised order
       entered.                                      2.40
   WDS Review file; circulate Certificate of No
       Objection and RPWB fee application (1st
       monthly) for payment.                         0.50
   WDS Review docket and pleadings; forward to
       co-counsel (Ed Westbtook)                     0.60

11/26/02
   MY  Review docket for signed order (not
       entered)                                      0.10
                                                    ───────
       For Current Services Rendered                19.70   3,994.00

                         Recapitulation
   Timekeeper                    Hours     Rate        Total
   Sullivan, William D.          14.50   $220.00    $3,190.00
   Charles J. Brown               3.60    190.00       684.00
   Michael Young                  1.60     75.00       120.00

                            Expenses

   11/15/02 Photocopies (@ $.15)                        92.55
   11/15/02 Photocopies (@ $.15)                        33.90
   11/15/02 Photocopies (@ $.15)                        52.80
   11/15/02 Photocopies (@ $.15)                         8.55
   11/16/02 Photocopies (@ $.15)                         6.30
   11/17/02 Photocopies (@ $.15)                         2.10
   11/19/02 Photocopies (@ $.15)                        27.00
   11/20/02 Photocopies (@ $.15)                        18.00
   11/20/02 Photocopies (@ $.15)                        24.00
                                                      ───────
       Total Expenses                                  265.20

                            Advances

   11/19/02 Copy & Serve 2002 Service List for Bankruptcy
            Filing - Reliable Copy Service             803.19
   11/26/02 Copy and Serve 2002 Service List for Banktruptcy
            Filing - Reliable Copy Service             807.42
                                                      ───────
       Total Advances                                1,610.61

       Total Current Work                            5,869.81

       Balance Due                                  $5,869.81
                                                    ═══════

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 10, 2003, service

of the foregoing

- **THIRD MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated:  Wilmington, Delaware
        February 10, 2003

*/s/ William D. Sullivan*
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

# EXHIBIT C

.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: March 5, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF FOURTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | July 22, 2002 |
| Period for which compensation and reimbursement is sought: | December 1, 2002 through December 31, 2002 |
| Amount of compensation sought as actual reasonable and necessary: | $ 1,808.50 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 500.47 |

This is a:   __X__ Monthly   _____ Interim   _____ Final Application

Prior Application Filed:   Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | Pending | Pending |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Pending | Pending |

As indicated above, this is the fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 4.1 | $ 902.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | 1.1 | $ 209.00 |
| | | | | | | |
| TOTALS | | | | | 5.2 | $ 1,111.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 9.0 | $ 675.00 |
| Renee Veney[1] | Paralegal | 2 | Bankruptcy | $ 75.00 | .3 | 22.50 |
| TOTALS | | | | | 9.3 | $ 697.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 1.2 Hours | $173.00 |
| 12-Fee Application, Others | 13.3 Hours | $ 1,635.50 |
| TOTALS | 14.5 Hours | $ 1,808.50 |

---

[1] Ms. Veney is now admitted to the Bar for the State of Delaware and will accordingly bill as an associate rather than a paralegal in future applications.

23-ZAI Science Trial Expenses

| Description | Amount |
| --- | --- |
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $   13.26 |
| Courier & Express Carriers | $ 296.56 |
| In-House Duplicating / Printing ($.15 per page) | $ 190.65 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 500.47 |

Dated: Wilmington, Delaware
February 12, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, P.A.

__ /s/ William D. Sullivan_
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

- 3 -

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

## FEE DETAIL FOR FOURTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

P.O. Box 1630
Wilmington, DE   19899
(302) 428-3181


                                                              Page: 1
ZAI Plaintiffs                                              12/31/2002
Richardson Patrick Westbrook              Client No: 220305-11221M
174 East Bay Street                     Statement No:        186507
Charleston  SC   29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


                              Fees

                                                     Hours
12/04/02
     WDS Review, revise and prepare for filing fee
         application of Richardson Patrick.                0.50

12/09/02
     WDS Review revised Scheduling Order; forward
         to all group members.                            0.20
     MY  Review docket and download amended order
         setting discovery schedule                       0.20

12/11/02
     CJB Exchange correspondence with co-counsel
         re: fee applications; review
         certificate.                                     0.50

12/12/02
     WDS Prepare second monthly fee application
         for EART&M.                                      1.50

12/13/02
     MY  Office conference, Compete fee
         application tracking chart, review docket
         for objections to applications, draft and
         revise certificate of counsel, e-file and
         serve.                                           4.40
     WDS Revise second monthly fee application for
         filing.                                          0.60
     WDS Review and revise Certification of
         Counsel regarding reduction of first fee
         application.                                     0.50
     WDS Revise and file Certificate of No
         Objection for Lukens and Annis first Fee
         Application.                                     0.30
     WDS Review agenda for Dec. 16 Hearing; no
         matters affecting clients.                       0.10
     WDS Phone call to counsel for Trustee re:
         fee application issues; review invoices
         referenced.                                      0.30

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:        186507

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|
| **12/14/02** | |
| WDS Review amended certification of counsel re: Hearing dates. | 0.10 |
| **12/17/02** | |
| MY Fulfil judges procedures for filing fee applications, e-mail Apps of Lukins and Annis, Richardson Patrick, and Elzufon to Rachel Bello, send hard copies of each to Judge in Pittsburgh | 1.40 |
| **12/27/02** | |
| MY Draft Cert of No Objections of 2nd Monthly fee apps of L and A, EARTM, and RPWB | 1.20 |
| **12/30/02** | |
| CJB Exchange correspondence with co-counsel; review docket. | 0.60 |
| MY e-file and serve Certificate of No Objections of Lukins and Annis, EARTM, and RPWB | 1.80 |
| RV Review file re: fee application for Lukins & Annis; located certificate of no objections with docket number. | 0.30 |
| For Current Services Rendered | 14.50   1,808.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Sullivan, William D. | 4.10 | $220.00 | $902.00 |
| Veney, Renee | 0.30 | 75.00 | 22.50 |
| Charles J. Brown | 1.10 | 190.00 | 209.00 |
| Michael Young | 9.00 | 75.00 | 675.00 |

## Expenses

| | |
|---|---|
| 11/29/02 Photocopies (@ $.15) | 6.60 |
| 11/29/02 Postage | 13.26 |
| 12/04/02 Photocopies (@ $.15) | 0.15 |
| 12/06/02 Photocopies (@ $.15) | 138.00 |
| 12/12/02 Photocopies (@ $.15) | 27.90 |
| 12/13/02 Photocopies (@ $.15) | 18.00 |
| Total Expenses | 203.91 |

## Advances

| | |
|---|---|
| 11/15/02 Courier fee | 9.98 |
| 11/15/02 Courier fee | 5.55 |
| 11/15/02 Courier fee | 5.55 |
| 11/15/02 Courier fee | 9.59 |
| 11/15/02 Courier fee | 19.59 |
| 11/15/02 Courier fee | 5.55 |
| 11/15/02 Courier fee | 5.55 |
| 11/15/02 Courier fee | 9.59 |

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:      186507

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

| | |
|---|---:|
| 11/15/02 Courier fee | 52.50 |
| 11/18/02 Courier fee | 7.06 |
| 11/18/02 Courier fee | 8.83 |
| 11/18/02 Courier fee | 7.06 |
| 11/18/02 Courier fee | 7.06 |
| 11/18/02 Courier fee | 8.83 |
| 11/18/02 Courier fee | 8.83 |
| 11/18/02 Courier fee | 9.18 |
| 11/18/02 Courier fee | 7.06 |
| 11/18/02 Mailout  - IKON | 94.20 |
| 11/21/02 Courier fee | 5.00 |
| 11/22/02 Courier fee | 5.00 |
| 12/06/02 Courier fee Tristate Courier & Carriage | 5.00 |

Total Advances                                        296.56

Total Current Work                                 2,308.97

Balance Due                                        $2,308.97

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 12, 2003, service

of the foregoing

- **FOURTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
      February 12, 2003

                */s/ William D. Sullivan*
                **WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

- 6 -

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

- 7 -