**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S
Seattle, WA 98118
206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

==========================================================

April 4 through April 30, 2002                    Invoice #. WRG020430F

Consulting Services:

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Julia Hasenzahl | $275.00 | 14.3 | $3,932.50 |
| Martha Araki | $200.00 | 0.3 | 60.00 |
| Roy Baez | $65.00 | 2.6 | 169.00 |
| Leah Buley | $65.00 | 3.7 | 240.50 |
| Mark Caraluzzi | $200.00 | 22.0 | 4,400.00 |
| Trina Carter | $45.00 | 4.5 | 202.50 |
| Brad Daniel | $200.00 | 2.4 | 480.00 |
| Steven Heathcock | $150.00 | 3.3 | 495.00 |
| Lisa Jeffcoat | $65.00 | 2.5 | 162.50 |
| James Myers | $65.00 | 1.6 | 104.00 |
| Amy Oswald | $150.00 | 2.4 | 360.00 |
| Tarin O'Neill | $65.00 | 5.0 | 325.00 |
| Andrea Schrepfer | $90.00 | 42.0 | 3,780.00 |
| Frank Visconti | $125.00 | 23.9 | 2,987.50 |
| Frank Visconti (Travel) | $62.50 | 18.0 | 1,125.00 |
| Heather Walker | $45.00 | 2.0 | 90.00 |
| **TOTAL CONSULTING FEES:** | | **150.5** | **$18,913.50** |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **April 2002** | | | | | | |
| Case Management | | | | | | |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/5/2002 | 3.0 | $600.00 | Prepare project team organization and development of case plan |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/5/2002 | 2.0 | $400.00 | Continue prep of case plan for claims reconciliation |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/7/2002 | 4.0 | $800.00 | Review Asbestos notification documents - Rust and Kinsella for incorporation into BMC case plan |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/8/2002 | 3.0 | $600.00 | Review notice materials, forms, and communication plan, summarize BMC issues |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/9/2002 | 3.0 | $600.00 | Revise summary of BMC issues re notice materials, forms and communication plan (1.8); prepare summary of issues to be discussed (1.2) |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/9/2002 | 1.0 | $200.00 | Continue review notice materials, forms, and communication plan, summarize BMC issues |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/10/2002 | 2.0 | $400.00 | Analysis of case history and identification of resources to prep for case meeting |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/12/2002 | 2.0 | $400.00 | Prep asbestos meeting plan |
| MARK CARALUZZI - CONSULT | | $200.00 | 4/15/2002 | 2.0 | $400.00 | Analysis of Grace asbestos case history for incorporation into BMC case plan |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/16/2002 | 0.1 | $27.50 | Analysis of J Baer corresp re scheduling |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/22/2002 | 2.0 | $180.00 | Research Court Docket re new bar date and POC package served (1.0); analyze bar date info against information received from clients (1.0) |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/22/2002 | 3.0 | $270.00 | Analyze new bar date, POC packages and forms from Court Docket #1960 (2.0); prep memo to JH re results of analysis (1.0) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/22/2002 | 1.0 | $275.00 | Analyze documents received from J Baer (.4); prep for first conference call (.6) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/23/2002 | 0.1 | $27.50 | Telephone call with PWC re process for WR Grace return mail |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/23/2002 | 1.2 | $330.00 | Conference call w/clients and counsel to review status of Bar Date Notice proceedings, assignments, case |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/23/2002 | 0.5 | $137.50 | Conference call with RR Donnelly re upcoming Bar Date noticing requirements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/23/2002 | 1.4 | $385.00 | Analyze data and final Bar Date Notice package materials (.6); prep overview of noticing requirements (.8) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/23/2002 | 0.4 | $110.00 | Analyze documents received from J Baer, including original Bar Date Notice docs |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/23/2002 | 0.2 | $55.00 | Prep corresp to J Baer re Bar Date Notice materials, noticing requirements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/26/2002 | 0.5 | $137.50 | Telephone call with R R Donnelly re proposed Grace production schedule and to review sample docs received |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/28/2002 | 3.7 | $1,017.50 | Prep WR Grace noticing plan/Gantt chart of activies thru 90 day noticing cycle |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/29/2002 | 0.7 | $192.50 | Prep for conference call: review preliminary data findings, status of BMC tasks |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/29/2002 | 0.8 | $220.00 | Conference call with Grace team re progress on noticing plan |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **April 2002** | | | | | | |
| Case Management | | | | | | |
| | Case Management Total: | | | 37.6 | $7,765.00 | |
| Claims Processing | | | | | | |
| AMY OSWALD - CONSULT | | $150.00 | 4/27/2002 | 0.5 | $75.00 | Analyze WR Grace Proof of Claim of Asbestos Property Damage Claims |
| AMY OSWALD - CONSULT | | $150.00 | 4/28/2002 | 0.7 | $105.00 | Analyze WR Grace Proof of Claim of Asbestos Personal Injury Claims |
| AMY OSWALD - CONSULT | | $150.00 | 4/28/2002 | 0.7 | $105.00 | Analyze WR Grace Proof of Claim of Asbestos Medical Monitoring Claims |
| AMY OSWALD - CONSULT | | $150.00 | 4/28/2002 | 0.5 | $75.00 | Analyze WR Grace Proof of Claim of Asbestos Zonolite Attic Insulation Claims |
| | Claims Processing Total: | | | 2.4 | $360.00 | |
| Data & System Manage | | | | | | |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/12/2002 | 2.5 | $225.00 | Research Court Docket for Schedules and SOFAs (Dkt# 346-351) for comparison against data extractions received from 3rd parties. |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/12/2002 | 2.0 | $180.00 | Research Court Docket for Schedules and SOFAs (Dkt# 352-356) for comparison against data extractions received from 3rd parties. |
| BRAD DANIEL - SR_DATA | | $200.00 | 4/15/2002 | 2.4 | $480.00 | Preliminary review of PWC data for extrapolation to BMC system |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/15/2002 | 4.5 | $405.00 | Research Court Docket for Schedules and SOFAs (Dkt# 368-378) for comparison against data extractions received from 3rd parties. |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/15/2002 | 4.0 | $360.00 | Research Court Docket for Schedules and SOFAs (Dkt# 379-390) for comparison against data extractions received from 3rd parties. |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/16/2002 | 2.5 | $225.00 | Research Court Docket for Schedules and SOFAs (Dkt# 392-397) for comparison against data extractions received from 3rd parties. |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/17/2002 | 3.0 | $270.00 | Research Court Docket for Schedules and SOFAs (Dkt# 398-411) for comparison against data extractions received from 3rd parties. |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/17/2002 | 2.0 | $180.00 | Research Court Docket for Schedules and SOFAs (Dkt# 412-416B) for comparison against data extractions received from 3rd parties. |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/18/2002 | 2.5 | $225.00 | Research Court Docket for Schedules and SOFAs (Dkt# 416C-416F) for comparison against data extractions received from 3rd parties. |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/18/2002 | 3.0 | $270.00 | Research Court Docket for Schedules and SOFAs (Dkt# 416G-416L) for comparison against data extractions received from 3rd parties. |
| FRANK VISCONTI - DATA | | $125.00 | 4/25/2002 | 1.8 | $225.00 | Extrapolate W.R.Grace event data records to BMC database |
| FRANK VISCONTI - DATA | | $125.00 | 4/25/2002 | 1.8 | $225.00 | Extrapolate W.R.Grace invoice data records to BMC database |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/25/2002 | 1.1 | $302.50 | Analyze PWC data to identify initial groupings and plan data mapping to BMC database |
| FRANK VISCONTI - DATA | | $125.00 | 4/25/2002 | 1.8 | $225.00 | Extrapolate W.R.Grace personnel data records to BMC database |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **April 2002** | | | | | | |
| *Data & System Manage* | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 4/25/2002 | 1.5 | $187.50 | Extrapolate W.R.Grace schedule data records to BMC database |
| FRANK VISCONTI - DATA | | $125.00 | 4/25/2002 | 1.0 | $125.00 | Extrapolate W.R.Grace 341(a) data input records to BMC database |
| FRANK VISCONTI - DATA | | $125.00 | 4/25/2002 | 1.0 | $125.00 | Continue to extrapolate W.R.Grace 341(a) data input records to BMC database |
| LEAH BULEY - DATA | | $65.00 | 4/26/2002 | 2.0 | $130.00 | Meeting with J Hasenzahl and S Heathcock re intial requirements definition for asbestos claims reconciliation application |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/26/2002 | 1.0 | $275.00 | Meeting with LB and SH re initial review of Grace asbestos data management requirements |
| LEAH BULEY - DATA | | $65.00 | 4/26/2002 | 1.7 | $110.50 | Follow up planning meeting with S Heathcock re initial requirements definition for asbestos claims reconciliation application |
| STEVEN HEATHCOCK - DATA | | $150.00 | 4/26/2002 | 1.8 | $270.00 | Meeting with J Hasenzahl and L Buley re initial strategy for asbestos claim reconciliation application |
| STEVEN HEATHCOCK - DATA | | $150.00 | 4/26/2002 | 1.5 | $225.00 | Follow up planning mtg with L Buley for asbestos claim reconciliation application |
| FRANK VISCONTI - DATA | | $125.00 | 4/29/2002 | 4.0 | $500.00 | Extrapolate data received for BMC creditor database |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/29/2002 | 0.5 | $137.50 | Review data mapping of PWC data to BMC systems with FV |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/29/2002 | 0.5 | $137.50 | Analysis of PWC data for integration into BMC systems |
| FRANK VISCONTI - DATA | | $125.00 | 4/29/2002 | 4.0 | $500.00 | Extrapolate data received from BMC docket database |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/30/2002 | 4.5 | $405.00 | Research and extract dkt #2 regarding case numbers and case names (2.0); create extraction analysis for migration into b-Linx (2.5) |
| FRANK VISCONTI - DATA | | $125.00 | 4/30/2002 | 4.0 | $500.00 | Create docket database of schedule records for non-asbestos parties |
| FRANK VISCONTI - DATA | | $125.00 | 4/30/2002 | 2.0 | $250.00 | Prepare creditor management power tool for WR Grace return mail |
| FRANK VISCONTI - DATA | | $125.00 | 4/30/2002 | 1.0 | $125.00 | Create docket database of schedule records for asbestos parties |
| | Data & System Manage Total: | | | 66.9 | $7,800.50 | |
| *Noticing Management* | | | | | | |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/15/2002 | 3.5 | $315.00 | Research sources for addresses for both residential and business addresses for Lincoln County Montana |
| ANDREA SCHREPFER - CAS | | $90.00 | 4/16/2002 | 3.0 | $270.00 | Continue research of sources to obtain addresses for Lincoln County Montana |
| JAMES MYERS - CAS | | $65.00 | 4/26/2002 | 1.6 | $104.00 | Analyze reformatted Bar Date Notice material (.9); revise Bar Date Notice material (.7) |
| LISA JEFFCOAT - CAS | | $65.00 | 4/26/2002 | 2.5 | $162.50 | Revise format of Bar Date Notice material (1.9); prepare document production setup (.6) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/29/2002 | 0.2 | $55.00 | Telephone with PWC re return mail shipping |
| ROY BAEZ - CAS | | $65.00 | 4/30/2002 | 0.5 | $32.50 | Review and process returned mail received for client, 60 pieces |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/30/2002 | 0.2 | $55.00 | Analysis of MML/Schedule data to identify environmental parties for notice |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **April 2002** | | | | | | |
| *Noticing Management* | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 4/30/2002 | 0.2 | $55.00 | Telephone call to RR Donnelly re coordination of upcoming notice to affected parties |
| TARIN ONEILL - CI | | $65.00 | 4/30/2002 | 2.0 | $130.00 | Identify types of return mail for further processing |
| TRINA CARTER. - CI | | $45.00 | 4/30/2002 | 1.5 | $67.50 | Recordation of return mail, 462 pieces of no COA |
| TRINA CARTER. - CI | | $45.00 | 4/30/2002 | 1.0 | $45.00 | Recordation of return mail, 132 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 4/30/2002 | 1.0 | $65.00 | Recordation of return mail 134 pieces of no COA |
| HEATHER WALKER - CI | | $45.00 | 4/30/2002 | 2.0 | $90.00 | Identify types of returned mail for further processing |
| MARTHA ARAKI - SR_BK | | $200.00 | 4/30/2002 | 0.3 | $60.00 | Telephone from JHasenzahl re noticing issues to former Grace sites, addition of parties to ensure proper notice |
| TARIN ONEILL - CI | | $65.00 | 4/30/2002 | 2.0 | $130.00 | Recordation of return mail 300 pieces of no COA |
| ROY BAEZ - CAS | | $65.00 | 4/30/2002 | 1.2 | $78.00 | Review and process returned mail received for client, 450 pieces |
| ROY BAEZ - CAS | | $65.00 | 4/30/2002 | 0.3 | $19.50 | Review and process returned mail received for client - 30 pieces |
| ROY BAEZ - CAS | | $65.00 | 4/30/2002 | 0.6 | $39.00 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 4/30/2002 | 2.0 | $90.00 | Identify types of return mail for further processing |
| | Noticing Management Total: | | | 25.6 | $1,863.00 | |
| *Travel* | | | | | | |
| FRANK VISCONTI - DATA | | $62.50 | 4/12/2002 | 9.0 | $562.50 | Travel from BMCLA |
| FRANK VISCONTI - DATA | | $62.50 | 4/28/2002 | 9.0 | $562.50 | TRAVEL TO LA |
| | Travel Total: | | | 18.0 | $1,125.00 | |
| | April 2002 Total: | | | 150.5 | $18,913.50 | |

## Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
|      |      | Grand Total: |     | 150.5 | $18,913.50 |             |

## Bankruptcy Management Corporation
WR GRACE
Professional Activity Summary
Date Range: 4/4/2002 thru 4/30/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Case Management** | | | |
| PRINCIPAL | | | |
|    Julia Hasenzahl | $275.00 | 10.6 | $2,915.00 |
| CAS | | | |
|    Andrea Schrepfer | $90.00 | 5.0 | $450.00 |
| CONSULT | | | |
|    Mark Caraluzzi | $200.00 | 22.0 | $4,400.00 |
| Total: | | 37.6 | $7,765.00 |
| **Claims Processing** | | | |
| CONSULT | | | |
|    Amy Oswald | $150.00 | 2.4 | $360.00 |
| Total: | | 2.4 | $360.00 |
| **Data & System Manage** | | | |
| PRINCIPAL | | | |
|    Julia Hasenzahl | $275.00 | 3.1 | $852.50 |
| CAS | | | |
|    Andrea Schrepfer | $90.00 | 30.5 | $2,745.00 |
| SR_DATA | | | |
|    Brad Daniel | $200.00 | 2.4 | $480.00 |
| DATA | | | |
|    Frank Visconti | $125.00 | 23.9 | $2,987.50 |
|    Leah Buley | $65.00 | 3.7 | $240.50 |
|    Steven Heathcock | $150.00 | 3.3 | $495.00 |
| Total: | | 66.9 | $7,800.50 |
| **Noticing Management** | | | |
| PRINCIPAL | | | |
|    Julia Hasenzahl | $275.00 | 0.6 | $165.00 |
| CAS | | | |
|    Andrea Schrepfer | $90.00 | 6.5 | $585.00 |
|    James Myers | $65.00 | 1.6 | $104.00 |
|    Lisa Jeffcoat | $65.00 | 2.5 | $162.50 |
|    Roy Baez | $65.00 | 2.6 | $169.00 |
| SR_BK | | | |
|    Martha Araki | $200.00 | 0.3 | $60.00 |
| CI | | | |
|    Heather Walker | $45.00 | 2.0 | $90.00 |
|    Tarin Oneill | $65.00 | 5.0 | $325.00 |
|    Trina Carter. | $45.00 | 4.5 | $202.50 |
| Total: | | 25.6 | $1,863.00 |
| **Travel** | | | |
| DATA | | | |
|    Frank Visconti | $125.00 | 18.0 | $1,125.00 |
| Total: | | 18.0 | $1,125.00 |
| Grand Total: | | 150.5 | $18,913.50 |

Page 1 of 1

**EXHIBIT 1**

**Expense Reimbursement**

**WR Grace**

Invoice Number: WRG020430

Date: 4/30/2002

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

| | |
|---|---|
| airline | $570.00 |
| B-Linx/Data Storage | $850.00 |
| **Total** | **$1,420.00** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
Invoice Number: WRG020430

| | | | | |
|---|---|---|---|---|
| 4/28/02 | zzCorpAMEX_SF | airline | $570.00 | F Visconti KC to LA |
| 4/28/02 | BMC | B-Linx/Data Storage | $850.00 | Monthly B-Linx/Data Storage |

| | |
|---|---|
| Total | $1,420.00 |

**EXHIBIT 2**