IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: March 26, 2003 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: Scheduled if Necessary (Negative Notice) |
| | ) | |
| | ) | |

SECOND MONTHLY APPLICATION OF
BANKRUPTCY MANAGEMENT CORPORATION
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION
AND SOLICITATION CONSULTANT TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002

| | |
|---|---|
| Name of Applicant: | Bankruptcy Management Corporation ("BMC") |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors in possession. |
| Date of Retention: | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| Period for which Compensation and Reimbursement is Sought: | May 1 through May 31, 2002 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $46,559.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $ 2,781.83 ($850.00 Expense Reimbursement and $1,931.83 Production Expenses) |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

This is a:    ☒ Monthly Application    ☐ Quarterly Application ☐ Final Application

The total time expended for preparation of this fee application is approximately 7.0 hours and the corresponding compensation requested is approximately $1,400.00.[2]

This is the Second Application filed by BMC.

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 3/4/2003 | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | Pending | Pending |
|  |  |  |  |  |  |

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Julia Hasenzahl | Principal, 2 years; former Assistant Director and National Manager-Shared Services Functions, Ernst & Young LLP | $275.00 | 49.2 | $13,530.00 |
| Roy Baez | Case Support Clerk, 3 years | $65.00 | 60.7 | 3,945.50 |
| Brendan Bosack | Senior Data Consultant, 2 years; former application project manager for a claims agent; 7 years prior experience in bankruptcy data, application development and reporting | $165.00 | 1.1 | 181.50 |
| Jacqueline Bush | Case Support Associate, 1 year | $75.00 | 4.7 | 352.50 |
| Trina Carter | Case Information Clerk, 1 year | $45.00 | 29.5 | 1,192.50 |
| Brad Daniel | Senior Data Consultant, 4 years; former Software Development Project Manager, Swedelson & Gottlieb; 7 years bankruptcy and legal industry experience | $200.00 | 0.2 | 40.00 |
| Sheila Goold | Consultant, 4 years; 2 years prior legal industry experience | $125.00 | 6.0 | 750.00 |
| Steven Heathcock | Data Consultant, 1 year; former Consultant, Adept Consulting LLC; 15 years prior experience as Systems Engineer | $150.00 | 19.2 | 2,880.00 |
| Lisa Jeffcoat | Case Support Clerk, 1 year | $65.00 | 0.7 | 45.50 |
| Myrtle John | Senior Bankruptcy Consultant, 1 year; 25 years experience in bankruptcy and other legal practice areas | $185.00 | 0.4 | 74.00 |
| John McKiernan | Case Support Clerk, 1 year | $65.00 | 44.0 | 2,860.00 |

---

[2] The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

| Jeffrey Miller | Senior Consultant, 1 year; former Project Manager, Aria Group, Inc. | $150.00 | 25.8 | 3,870.00 |
|---|---|---|---|---|
| James Myers | Case Support Clerk, 2 years | $65.00 | 3.0 | 195.00 |
| Amy Oswald | Consultant, 1 month; 4 years prior bankruptcy experience | $150.00 | 5.0 | 750.00 |
| Tarin O'Neill | Case Information Clerk, 1 year | $65.00 | 39.5 | 2,567.50 |
| Yvette Sanchez | Case Information Clerk, 4 months | $65.00 | 26.0 | 1,690.00 |
| Andrea Schrepfer | Case Information Services Lead, 1 year; 7 years prior experience as Manager of Call Center of major class action and bankruptcy firm | $90.00 | 14.0 | 1,260.00 |
| Frank Visconti | Data Consultant, 4 months; former programmer/analyst Midwest Consulting Group | $125.00 | 65.9 | 8,237.50 |
| Frank Visconti | Travel Time | $62.50 | 9.0 | 562.50 |
| Heather Walker | Case Information Clerk, 1 year | $45.00 | 32.0 | 1,440.00 |

| **Grand Total:** | Fees:  $ 46,559.00 | Hours:  435.9 |
|---|---|---|
| **Blended Rate:** | $106.81 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management | 9.5 | $2,612.50 |
| Claim Reconciliation | 5.3 | 805.00 |
| Claims Processing | 7.6 | 1,465.00 |
| Data & System Management | 108.5 | 13,732.50 |
| Noticing Management | 229.2 | 17,490.00 |
| Schedule & SOFA Prep | 66.8 | 9,891.50 |
| Travel | 9.0 | 562.50 |
| **Total** | **435.9** | **$46,559.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $850.00 |
| **Total** | | **$850.00** |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| 5/22/2002 – Medical Monitoring and Property Damage Notices | BMC | $1,931.83 |
| **Total** | | **$1,931.83** |

3

**WHEREFORE,** BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $40,061.03, which is comprised of:

    (i) 80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Fee Period (80% of $46,559.00 = $37,279.20); and

    (ii) 100% of the actual and necessary costs and expenses incurred by BMC during the Fee Period ($850.00 + $1,931.83 = $2,781.83);

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: February 19, 2003

BANKRUPTCY MANAGEMENT CORPORATION

By: _____
SEAN A. ALLEN, President
6096 Upland Terrace South
Seattle, Washington 98118
Telephone: (206) 725-5405
Telecopier: (206) 374-2727

Claims Reconciliation and Solicitation Consultant
to the Debtors and Debtors in Possession

**VERIFICATION**

STATE OF CALIFORNIA        )
                                            )  ss.
COUNTY OF LOS ANGELES  )

SEAN A. ALLEN, after being duly sworn, deposes and says:

1. I am the President of Bankruptcy Management Corporation, the applicant herein ("BMC"), the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Monthly Fee Invoice comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoice comprised of (i) an Expense Invoice and Detail; and (ii) a Production Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

SEAN A. ALLEN

SWORN AND SUBSCRIBED to before me
this 3rd day of March, 2003

Notary Public
My Commission Expires:

JAMES H. MYERS
Commission # 1313901
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2005

5