## BANKRUPTCY MANAGEMENT CORPORATION

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

=====================================================

May 1 through May 31, 2002                    Invoice #. WRG020531F

Consulting Services:

| CONSULTANT | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Julia Hasenzahl | $275.00 | 49.2 | $13,530.00 |
| Roy Baez | $65.00 | 60.7 | 3,945.50 |
| Brendan Bosack | $165.00 | 1.1 | 181.50 |
| Jacqueline Bush | $75.00 | 4.7 | 352.50 |
| Trina Carter | $45.00 | 29.5 | 1,192.50 |
| Brad Daniel | $200.00 | 0.2 | 40.00 |
| Sheila Goold | $125.00 | 6.0 | 750.00 |
| Steven Heathcock | $150.00 | 19.2 | 2,880.00 |
| Lisa Jeffcoat | $65.00 | 0.7 | 45.50 |
| Myrtle John | $185.00 | 0.4 | 74.00 |
| John McKiernan | $65.00 | 44.0 | 2,860.00 |
| Jeffrey Miller | $150.00 | 25.8 | 3,870.00 |
| James Myers | $65.00 | 3.0 | 195.00 |
| Amy Oswald | $150.00 | 5.0 | 750.00 |
| Tarin O'Neill | $65.00 | 39.5 | 2,567.50 |
| Yvette Sanchez | $65.00 | 26.0 | 1,690.00 |
| Andrea Schrepfer | $90.00 | 14.0 | 1,260.00 |
| Frank Visconti | $125.00 | 65.9 | 8,237.50 |
| Frank Visconti (Travel) | $62.50 | 9.0 | 562.50 |
| Heather Walker | $45.00 | 32.0 | 1,440.00 |

| TOTAL CONSULTING FEES: | | 435.9 | $46,559.00 |
|---|---|---|---|

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------|------|------|------|------|
| **May 2002** | | | | | | |
| Case Management | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/1/2002 | 0.1 | $27.50 | Telephone to F Zaremby re source for data/parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/1/2002 | 0.1 | $27.50 | Telephone to M Brown re supplement data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/3/2002 | 0.4 | $110.00 | Meeting with F Visconti re additional data review/analysis |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/6/2002 | 0.1 | $27.50 | Telephone with M Dalsin/Rust Consulting re update pre-conference calll |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/6/2002 | 0.8 | $220.00 | Weekly conference call with Grace team |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/7/2002 | 0.4 | $110.00 | Analysis of corresp re case status (.2); prep response to corresp re case status (.2) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/7/2002 | 0.7 | $192.50 | Meeting w/F Visconti re data conversion issues and identifying creditor types |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/7/2002 | 1.1 | $302.50 | Analysis of return mail and correspondence received from PWC |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 0.1 | $27.50 | Analysis of Grace order re employment |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 0.6 | $165.00 | Meeting w/F Visconti re invoice data matching to PWC data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 0.2 | $55.00 | Additional data review, questions/ issues with matching document Ids with BMC data entry dept |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 0.3 | $82.50 | Meeting w/J McKiernan re PI attorney data review and data entry requirements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 0.1 | $27.50 | Analysis of corresp from P Cuniff/PSZYJ re 2002 list |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.1 | $27.50 | Conf call w/Rust Consulting personnel re print counts and coordination for bar date mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 1.0 | $275.00 | Weekly conference call with Grace team |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.3 | $82.50 | Telephone with RR Donnelly re coordination of bar date notice mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.7 | $192.50 | Conf call w/Rust Consulting personnel re forms, printing coordination for mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.2 | $55.00 | Telephone with M Dalsin re claim data/Rust index sheet data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.3 | $82.50 | Meeting w/Y Sanchez re detailed analysis of potential new supplemental vendor data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 0.3 | $82.50 | Meeting with F Visconti re data extraction and supplement data issues |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/16/2002 | 0.2 | $55.00 | Telephone to M Sprinkle re request for additional environmental data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/20/2002 | 0.1 | $27.50 | Review/respond email Mbrown |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/21/2002 | 0.7 | $192.50 | Weekly conference call with Grace team |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/21/2002 | 0.3 | $82.50 | Prep forward noticing worksheet for Medical Monitoring/Property Damage mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/22/2002 | 0.3 | $82.50 | Communication w/RR Donnelly via telephone and email re update on status of mailing |
| | | Case Management Total: | | 9.5 | $2,612.50 | |
| Claim Reconciliation | | | | | | |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/6/2002 | 2.7 | $405.00 | Research personal injury and medical monitoring claim criteria |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| **May 2002** | | | | | | |
| **Claim Reconciliation** | | | | | | |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/7/2002 | 1.2 | $180.00 | Research asbestos claims to establish grouping criteria |
| BRAD DANIEL - SR_DATA | | $200.00 | 5/13/2002 | 0.2 | $40.00 | Analysis of various emails re creditor type classifications |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/17/2002 | 1.2 | $180.00 | Review Non-Asebestos Proof of Claim to Rust Consulting data fields |
| | | Claim Reconciliation Total: | | 5.3 | $805.00 | |
| **Claims Processing** | | | | | | |
| AMY OSWALD - CONSULT | | $150.00 | 5/1/2002 | 1.5 | $225.00 | Conference call with J. Hasenzahl to discuss results of analysis of the WR Grace Proof of Claims |
| AMY OSWALD - CONSULT | | $150.00 | 5/2/2002 | 1.0 | $150.00 | Prep memo re analysis of WR Grace Proof of Claims |
| AMY OSWALD - CONSULT | | $150.00 | 5/3/2002 | 2.5 | $375.00 | Finalized memo to J Hasenzahl re analysis of WR Grace Proof of Claims, categorization of types of claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 1.1 | $302.50 | Prepare Claims Transfer information for Rust |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/9/2002 | 1.2 | $330.00 | Revise transfer agent materials (.7 ); review revisions w/Rust Consulting (.5) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.3 | $82.50 | Telephone w/M Dalsin re claims data capture/specs |
| | | Claims Processing Total: | | 7.6 | $1,465.00 | |
| **Data & System Manage** | | | | | | |
| HEATHER WALKER - CI | | $45.00 | 5/1/2002 | 3.0 | $135.00 | Prepare Schedule files for review and verification against 3rd party data |
| FRANK VISCONTI - DATA | | $125.00 | 5/1/2002 | 2.0 | $250.00 | Create preliminary setup of BERT and other common b-Linx powertools for specific WR Grace reporting |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/1/2002 | 2.3 | $632.50 | Analysis of general data status, PWC data format, field mapping, general content for b-Linx |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/1/2002 | 0.2 | $55.00 | Analysis of data to split notice parties by PWC creditor types |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/1/2002 | 1.1 | $302.50 | Continue analysis of 3rd party data, preliminary counts for mail files |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/1/2002 | 0.3 | $45.00 | Consultation with F Visconti re system requirements for b-Linx |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/1/2002 | 2.5 | $225.00 | Research Court Docket for Schedules and SOFAs (Dkt# 416M-416R) for comparison against data extractions received from 3rd parties. |
| HEATHER WALKER - CI | | $45.00 | 5/1/2002 | 3.0 | $135.00 | Continue to prepare Schedule files for review and verification against 3rd party data |
| HEATHER WALKER - CI | | $45.00 | 5/1/2002 | 2.0 | $90.00 | Prepare Schedule files for review and verification against 3rd party data |
| FRANK VISCONTI - DATA | | $125.00 | 5/1/2002 | 4.0 | $500.00 | Analysis of databases re structure for conversion to b-Linx databases (2.0); prepare database structure (2.0) |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/2/2002 | 4.0 | $360.00 | Research Court Docket for Schedules and SOFAs (Dkt# 417A-417M) for comparison against data extractions received from 3rd parties |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| **May 2002** | | | | | | |
| Data & System Manage | | | | | | |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/2/2002 | 3.5 | $315.00 | Research Court Docket for Schedules and SOFAs (Dkt# 416S-416Z) for comparison against data extractions received from 3rd parties |
| HEATHER WALKER - CI | | $45.00 | 5/2/2002 | 3.0 | $135.00 | Continue to prepare Schedule files for review and verification against 3rd party data |
| HEATHER WALKER - CI | | $45.00 | 5/2/2002 | 3.0 | $135.00 | Prepare Schedule files for review and verification against 3rd party data |
| FRANK VISCONTI - DATA | | $125.00 | 5/2/2002 | 4.0 | $500.00 | Extrapolate additional files into BMC database for comparison against previous files provided by WR Grace |
| FRANK VISCONTI - DATA | | $125.00 | 5/2/2002 | 1.8 | $225.00 | Revise case information data to reflect proper case numbering scheme for all data; test results with Jeff Miller. |
| HEATHER WALKER - CI | | $45.00 | 5/3/2002 | 2.0 | $90.00 | Prepare Schedule files for review and verification against 3rd party data |
| HEATHER WALKER - CI | | $45.00 | 5/6/2002 | 1.0 | $45.00 | Prepare Schedule files for review and verification against 3rd party data |
| FRANK VISCONTI - DATA | | $125.00 | 5/6/2002 | 4.0 | $500.00 | Analysis of schedule data extrapolated into b-Linx (1.5); prep data program to cleanup data migration issues (1.5); analysis of b-Linx re new data verification (1.0) |
| FRANK VISCONTI - DATA | | $125.00 | 5/6/2002 | 2.0 | $250.00 | Prep table and query descriptions for data extrapolated into b-Linx from 3rd party sources |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/7/2002 | 0.5 | $45.00 | Research Court Docket on pacer for notice of appeal |
| FRANK VISCONTI - DATA | | $125.00 | 5/7/2002 | 2.5 | $312.50 | Prepare queries for matching new creditors in b-Linx from 3rd party data |
| FRANK VISCONTI - DATA | | $125.00 | 5/7/2002 | 2.0 | $250.00 | Repair CMPT module in b-Linx corrupted by data extrapolation |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/8/2002 | 3.5 | $525.00 | Development of claim reconciliation tool prototype for asbestos claims |
| FRANK VISCONTI - DATA | | $125.00 | 5/8/2002 | 2.5 | $312.50 | Continue prep of queries for matching new creditors in b-Linx from 3rd party data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 2.1 | $577.50 | Analysis of data specs re conversion to BMC data format (1.5); meeting w/F Visconti re data planning (.6) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/8/2002 | 0.5 | $75.00 | Test claim reconciliation tool prototype for asbestos claims |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/9/2002 | 3.0 | $450.00 | Additional development of claim reconciliation tool prototype for asbestos claims |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/9/2002 | 0.2 | $30.00 | Test development of claim reconciliation tool prototype for asbesto claims |
| FRANK VISCONTI - DATA | | $125.00 | 5/9/2002 | 3.0 | $375.00 | Test queries for matching new creditors in b-Linx (1.0); analysis of data results from new creditor matching queries (2.0) |
| FRANK VISCONTI - DATA | | $125.00 | 5/10/2002 | 4.0 | $500.00 | Revise queries for matching new creditors in b-Linx to correct data structure issues |
| FRANK VISCONTI - DATA | | $125.00 | 5/10/2002 | 4.0 | $500.00 | Rewrite datastructure program for Grace new creditor matching |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|

## May 2002

### Data & System Manage

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.8 | $220.00 | Analysis of sample claim data transfer from Rust Consulting (.5); meeting w/S Heathcock re coordinate and plan data extraction |
| FRANK VISCONTI - DATA | | $125.00 | 5/13/2002 | 2.0 | $250.00 | Continue prep of queries for determining new vendors between PWC info previously provided and new vendor information |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.7 | $192.50 | Analysis of Supplemental Schedules re potential new creditor data |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/13/2002 | 1.0 | $150.00 | Development of claim reconciliation tool prototype for asbestos claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.2 | $55.00 | Analysis of sample transfer data extraction |
| FRANK VISCONTI - DATA | | $125.00 | 5/14/2002 | 3.0 | $375.00 | Prepare Schedule F supplemental data for extrapolation into b-Linx system |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/14/2002 | 0.5 | $45.00 | Research Court Docket for new motions or notices filed |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.5 | $137.50 | Coordinate review and data mapping of 200 sample claims from Rust Consulting |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 1.4 | $385.00 | Identify creditor types/groupings and review potential PWC mapping options for future party ID |
| FRANK VISCONTI - DATA | | $125.00 | 5/15/2002 | 3.0 | $375.00 | Extrapolate Schedule F supplemental data into b-Linx (2.0); analysis of data issues arising from data extrapolation of Schedule F supplemental data (1.0) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 0.2 | $55.00 | Analysis of query logic for schedule data extrapolation |
| FRANK VISCONTI - DATA | | $125.00 | 5/15/2002 | 1.0 | $125.00 | Extrapolate data of Vendor information into b-Linx Creditor module |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/15/2002 | 2.1 | $315.00 | Extrapolate test claim batch data from Rust Consulting |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/15/2002 | 1.0 | $150.00 | Extrapolate 2nd batch of test claim data from Rust Consulting |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/16/2002 | 1.0 | $90.00 | Research court docket for possible motion or notice filings |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/16/2002 | 1.1 | $165.00 | Develop mapping strategy for Rust Consulting claims download |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/17/2002 | 2.0 | $300.00 | Analyze test data layout of Rust Consulting claims (1.0); begin coding translation tool for Rust Consulting claims data (1.0) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/20/2002 | 3.0 | $450.00 | Continue development of data conversion utility for coding translation tool for Rust Consulting claims data |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/22/2002 | 1.0 | $90.00 | Research Court Docket for possible motion or notice filings |
| FRANK VISCONTI - DATA | | $125.00 | 5/23/2002 | 1.1 | $137.50 | Activate Upload module to extrapolate Supplemental Schedule F data into b-Linx and reports |
| FRANK VISCONTI - DATA | | $125.00 | 5/23/2002 | 1.0 | $125.00 | Revise addresses in Grace data to match most recent datafile from 3rd party |
| FRANK VISCONTI - DATA | | $125.00 | 5/23/2002 | 2.0 | $250.00 | Extrapolate new creditor information into b-Linx based on Grace data and PWC data |
| FRANK VISCONTI - DATA | | $125.00 | 5/23/2002 | 0.5 | $62.50 | Revise b-Linx to accommodate data structure for prep of Supplemental Schedule F |

**EXHIBIT 1**

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| **May 2002** | | | | | | |
| Data & System Manage | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 5/27/2002 | 0.5 | $62.50 | Run data manager programs against databases to verify data accuracy |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/28/2002 | 0.9 | $247.50 | Analysis of Medical Monitoring/Property Damage forms, potential data organization, information arch (.4); prepare outline (.5) |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/29/2002 | 0.5 | $45.00 | Research court docket for possible motion or notice filings |
| | | Data & System Manage Total: | | 108.5 | $13,732.50 | |
| Noticing Management | | | | | | |
| TRINA CARTER. - CI | | $45.00 | 5/1/2002 | 1.0 | $45.00 | Recordation of return mail, 405 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 5/1/2002 | 1.0 | $65.00 | Recordation of return mail 346 pieces of no COA |
| ROY BAEZ - CAS | | $65.00 | 5/1/2002 | 1.4 | $91.00 | Review and process returned mail received for client, 200 pieces |
| ROY BAEZ - CAS | | $65.00 | 5/1/2002 | 3.5 | $227.50 | Review and process returned mail received for client, 350 pieces |
| TRINA CARTER. - CI | | $45.00 | 5/1/2002 | 3.5 | $157.50 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 5/1/2002 | 3.5 | $227.50 | Identify types of return mail for further processing, 350 pieces |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/1/2002 | 0.2 | $55.00 | Analysis of Bar Date Notice package (.1); Prep corresp to J Baer re Bar Date Notice Package (.1) |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/1/2002 | 4.0 | $260.00 | Identify COA return mail for furthur processing, 400 pieces |
| TARIN ONEILL - CI | | $65.00 | 5/1/2002 | 1.0 | $65.00 | Identify types of return mail for further processing |
| TARIN ONEILL - CI | | $65.00 | 5/1/2002 | 1.5 | $97.50 | Recordation of return mail 353 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 5/2/2002 | 3.0 | $195.00 | Recordation of return mail 842 pieces of no COA |
| TRINA CARTER. - CI | | $45.00 | 5/2/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 5/2/2002 | 0.9 | $58.50 | Review and process returned mail received for client, 90 pieces |
| ROY BAEZ - CAS | | $65.00 | 5/2/2002 | 2.3 | $149.50 | Review and process returned mail received for client, 500 pieces |
| ROY BAEZ - CAS | | $65.00 | 5/2/2002 | 2.5 | $162.50 | Review and process returned mail received for client, 380 pieces |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/2/2002 | 5.0 | $325.00 | Identify COA return mail for furthur processing. |
| TRINA CARTER. - CI | | $45.00 | 5/2/2002 | 3.0 | $135.00 | Recordation of return mail, 1434 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 5/2/2002 | 4.0 | $260.00 | Identify types of return mail for further processing |
| TARIN ONEILL - CI | | $65.00 | 5/2/2002 | 1.0 | $65.00 | Recordation fo return mail 111 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 5/3/2002 | 4.5 | $292.50 | identify types of return mail for further processing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/3/2002 | 2.1 | $577.50 | Analysis of data to identify parties for bar date notice service |
| ROY BAEZ - CAS | | $65.00 | 5/3/2002 | 2.3 | $149.50 | Review returned mail - analysis of defective addresses |
| HEATHER WALKER - CI | | $45.00 | 5/3/2002 | 3.0 | $135.00 | identified types of return mail for futher processing |
| HEATHER WALKER - CI | | $45.00 | 5/3/2002 | 2.0 | $90.00 | identified types of return mail for further processing |

Page 5 of 12

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------------|------|------|-----------|-------------|
| **May 2002** | | | | | | |
| *Noticing Management* | | | | | | |
| ROY BAEZ - CAS | | $65.00 | 5/3/2002 | 3.8 | $247.00 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 5/3/2002 | 3.5 | $227.50 | identify types of return mail for further processing |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/3/2002 | 5.0 | $325.00 | Identify COA return mail for furthur processing. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/3/2002 | 1.1 | $302.50 | Analysis of prior service lists to identify counsel (.6); revise and update notice party data (.5) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/5/2002 | 2.0 | $550.00 | Prep summary of notice party update (1.5); prep memo to client/counsel re notice party update (.5) |
| HEATHER WALKER - CI | | $45.00 | 5/6/2002 | 0.5 | $22.50 | sorted return mail for further processing |
| YVETTE SANCHEZ - CI | | $65.00 | 5/6/2002 | 1.5 | $97.50 | Review returned mail received from client |
| TRINA CARTER. - CI | | $45.00 | 5/6/2002 | 4.5 | $202.50 | Recordation of return mail, 1123 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 5/6/2002 | 3.0 | $195.00 | identify types of return mail for further processing |
| ROY BAEZ - CAS | | $65.00 | 5/6/2002 | 2.8 | $182.00 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 5/6/2002 | 4.0 | $260.00 | recordation of return mail 1129 pieces of no COA |
| ROY BAEZ - CAS | | $65.00 | 5/6/2002 | 1.7 | $110.50 | Review returned mail - analysis of defective addresses |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/7/2002 | 0.3 | $82.50 | Analysis of service list docs re potential additional notice parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/7/2002 | 0.2 | $55.00 | Revise notice party worksheet |
| ROY BAEZ - CAS | | $65.00 | 5/7/2002 | 3.4 | $221.00 | Review and process returned mail received for client, 300 pieces |
| ROY BAEZ - CAS | | $65.00 | 5/7/2002 | 2.0 | $130.00 | Review returned mail - analysis of defective addresses |
| YVETTE SANCHEZ - CI | | $65.00 | 5/7/2002 | 2.0 | $130.00 | Review and updating change of addresses |
| TARIN ONEILL - CI | | $65.00 | 5/7/2002 | 3.5 | $227.50 | recordation of return mail 1384 pieces of no COA |
| YVETTE SANCHEZ - CI | | $65.00 | 5/7/2002 | 1.0 | $65.00 | Review returned mail received from client |
| HEATHER WALKER - CI | | $45.00 | 5/7/2002 | 0.5 | $22.50 | sorted return mail types for further processing |
| TRINA CARTER. - CI | | $45.00 | 5/7/2002 | 2.5 | $112.50 | Recordation of return mail, 767 pieces of no COA |
| TRINA CARTER. - CI | | $45.00 | 5/7/2002 | 1.0 | $45.00 | Recordation of return mail, 991 pieces of no COA |
| HEATHER WALKER - CI | | $45.00 | 5/7/2002 | 0.5 | $22.50 | sorting return mail for turther processing |
| TARIN ONEILL - CI | | $65.00 | 5/7/2002 | 2.0 | $130.00 | recordation of return mail 650 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 5/8/2002 | 1.5 | $97.50 | recordation of return mail 50 pieces of COA |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/8/2002 | 4.0 | $260.00 | Identifying and extracting Personal Injury Attorney mail file. |
| ROY BAEZ - CAS | | $65.00 | 5/8/2002 | 2.0 | $130.00 | Review and process returned mail received for client, 150 pieces |
| TRINA CARTER. - CI | | $45.00 | 5/8/2002 | 4.0 | $180.00 | Recordation of return mail, 50 pieces of COA |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 0.5 | $137.50 | Analysis of PI attny service list (.3); prep corresp to J Baer re PI attny service list (.2) |
| TRINA CARTER. - CI | | $45.00 | 5/8/2002 | 2.0 | $90.00 | Recordation of return mail, 24 pieces of COA |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/8/2002 | 0.5 | $137.50 | Conf call with Kristin/Michelle regarding data specs for Form 10 |
| YVETTE SANCHEZ - CI | | $65.00 | 5/8/2002 | 2.5 | $162.50 | Review and updating address change |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|-----------|-------------|
| **May 2002** | | | | | | |
| *Noticing Management* | | | | | | |
| HEATHER WALKER - CI | | $45.00 | 5/8/2002 | 0.5 | $22.50 | recordation of return mail processing 5 no coa |
| ROY BAEZ - CAS | | $65.00 | 5/8/2002 | 1.3 | $84.50 | Review and process returned mail received for client, 120 pieces |
| HEATHER WALKER - CI | | $45.00 | 5/8/2002 | 2.0 | $90.00 | recordation of return mail 38 pieces of coa |
| HEATHER WALKER - CI | | $45.00 | 5/8/2002 | 2.0 | $90.00 | recordation of return mail 40 pieces of coa |
| TARIN ONEILL - CI | | $65.00 | 5/8/2002 | 1.0 | $65.00 | recordation of return mail 18 pieces of COA |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/9/2002 | 4.0 | $260.00 | Further identification and extraction of Personal Injury Attorney mail file |
| HEATHER WALKER - CI | | $45.00 | 5/9/2002 | 2.0 | $90.00 | recordation of return mail 53 pieces coa |
| ROY BAEZ - CAS | | $65.00 | 5/9/2002 | 1.5 | $97.50 | Review returned mail - analysis of defective addresses, 27 coa items |
| YVETTE SANCHEZ - CI | | $65.00 | 5/9/2002 | 2.0 | $130.00 | Review and updating change of addresses |
| YVETTE SANCHEZ - CI | | $65.00 | 5/9/2002 | 2.5 | $162.50 | Review and updating change of addresses |
| ROY BAEZ - CAS | | $65.00 | 5/9/2002 | 1.8 | $117.00 | Review returned mail - analysis of defective addresses, 41 coa items |
| TARIN ONEILL - CI | | $65.00 | 5/9/2002 | 1.5 | $97.50 | recordation of return mail 63 pieces of COA |
| TRINA CARTER. - CI | | $45.00 | 5/9/2002 | 3.0 | $135.00 | Recordation of return mail, 48 pieces of COA |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/10/2002 | 1.0 | $65.00 | Identifying and extracting PI Attorney mail file. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/10/2002 | 0.1 | $27.50 | Discussion w/J McKiernan re PI attny missing address review |
| ROY BAEZ - CAS | | $65.00 | 5/10/2002 | 1.5 | $97.50 | Review returned mail - analysis of defective addresses, 41 coa items |
| HEATHER WALKER - CI | | $45.00 | 5/10/2002 | 2.0 | $90.00 | recordation of return mail no coa 36 pieces |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/10/2002 | 3.0 | $195.00 | Identifying and extracting 2002 list mail file. |
| ROY BAEZ - CAS | | $65.00 | 5/10/2002 | 3.7 | $240.50 | Review and process returned mail received for client, 325 pieces |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/13/2002 | 1.0 | $65.00 | Identifying and extracting 2002 list mail file. |
| ROY BAEZ - CAS | | $65.00 | 5/13/2002 | 4.1 | $266.50 | Review returned mail - analysis of defective addresses, 66 coa's |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/13/2002 | 0.4 | $110.00 | Coordinate collection/creation of mail files for bar date notice mailing |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/13/2002 | 4.0 | $260.00 | Identifying and extracting PI Attorney mail file. |
| LISA JEFFCOAT - CAS | | $65.00 | 5/14/2002 | 0.7 | $45.50 | Proof bar date notice materials |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/14/2002 | 3.0 | $195.00 | Identifying and extracting Personal Injury Attorney mail file. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.5 | $137.50 | Prep revised B10 claim form (.4); prep corresp to J Baer re revised B10 claim form (.1) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.1 | $27.50 | Telephone w/K Hughes/Rust Consulting re B10 form |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.3 | $82.50 | Analysis of Form 10 (.1); revise Form 10 (.1); prep corresp to J Baer re revised Form 10 |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.3 | $82.50 | Coordinate data collection for notice parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.4 | $110.00 | Various telephone calls w/RR Donnelly re production of claim form and bar date notice |
| ROY BAEZ - CAS | | $65.00 | 5/14/2002 | 1.9 | $123.50 | Review returned mail - analysis of defective addresses, 69 coa's |

EXHIBIT 1

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| **May 2002** | | | | | | |
| *Noticing Management* | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.2 | $55.00 | Analysis of revised B10 claim form (.1); prep corresp to J Baer re final B10 claim form (.1) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.3 | $82.50 | Email and 3 telephone calls w/RR Donnelly to coordinate bar date mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/14/2002 | 0.1 | $27.50 | Telephone w/J Baer re B10 form |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/14/2002 | 0.5 | $32.50 | Identifying and extracting Committee Member mail file. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 0.3 | $82.50 | Coordinate, review creation of final production docs for mailing |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/15/2002 | 2.0 | $130.00 | Identifying and extracting 2002 mail file. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 0.1 | $27.50 | Telephone with Tim R/RR Donnelly re production docs for bar date mailing |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/15/2002 | 4.0 | $260.00 | Identifying and extracting Personal Injury Attorney mail file. |
| ROY BAEZ - CAS | | $65.00 | 5/15/2002 | 2.6 | $169.00 | Review returned mail - analysis of defective addresses, 39 coa's |
| ROY BAEZ - CAS | | $65.00 | 5/15/2002 | 3.6 | $234.00 | Review returned mail - analysis of defective addresses, 48 coa's |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/15/2002 | 0.5 | $75.00 | Conference w/F Visconti re address data issues for noticing system |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 0.1 | $27.50 | Email with RR Donnelly re bar date notice documents |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 1.1 | $302.50 | Finalize bar date notice docs for RR Donnelly production |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 0.1 | $27.50 | Telephone with K Hughes re counts on forms for bar date mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 0.1 | $27.50 | Various emails w/J Baer re forms and final docs for bar date mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 0.1 | $27.50 | Telephone with Pat/RR Donnelly re production docs |
| JAMES MYERS - CAS | | $65.00 | 5/15/2002 | 0.2 | $13.00 | Proof Proof of Claim for mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/16/2002 | 0.1 | $27.50 | Telephone with J Baer re binding options, approval |
| ROY BAEZ - CAS | | $65.00 | 5/16/2002 | 2.1 | $136.50 | Review returned mail - analysis of defective addresses, 27 coa's |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/16/2002 | 0.1 | $27.50 | Analysis of J Baer emails re Form 10 |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/16/2002 | 0.2 | $55.00 | Telephone with RR Donnelly re printing, binding options |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/16/2002 | 0.1 | $27.50 | Analysis of MM Attny list, additional party review |
| ROY BAEZ - CAS | | $65.00 | 5/17/2002 | 2.3 | $149.50 | Review returned mail - analysis of defective addresses, 41 coa's |
| FRANK VISCONTI - DATA | | $125.00 | 5/20/2002 | 2.0 | $250.00 | Prepare two mail files for Grace (Mail File #1 Property Damage Counsel and Mail FIle #2 Medical Monitoring Counsel) |
| FRANK VISCONTI - DATA | | $125.00 | 5/20/2002 | 2.0 | $250.00 | Analysis of noticing data for mail file prep (1.7); conference w/S Heathcock re noticing data issues |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/20/2002 | 1.0 | $65.00 | Analysis property damage maile file. |
| JAMES MYERS - CAS | | $65.00 | 5/20/2002 | 0.3 | $19.50 | 2 mailings: confer w/ Julia Hasenzahl/F Visconti (.2); open NS for 2 mailings this week (.1) |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------------|------|------|-----------|-------------|
| **May 2002** | | | | | | |
| Noticing Management | | | | | | |
| STEVEN HEATHCOCK - DATA | | $150.00 | 5/20/2002 | 1.0 | $150.00 | Analysis of F Visconti mail file prep (.4); revise data in mail file (.6) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/20/2002 | 0.1 | $27.50 | Analysis/prepare notice parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/20/2002 | 0.2 | $55.00 | Telephone with M Dalsin re Medical Monitoring/Property Damage forms for RR Donnelly |
| JOHN MCKIERNAN - CAS | | $65.00 | 5/21/2002 | 2.5 | $162.50 | Research additional addresses for Property Damage mailfile. |
| FRANK VISCONTI - DATA | | $125.00 | 5/21/2002 | 1.0 | $125.00 | Revise Prop Damage Counsel and Medical Monitoring Counsel mail files |
| FRANK VISCONTI - DATA | | $125.00 | 5/21/2002 | 1.5 | $187.50 | Revise address fields and format for 1120 Grace mailing in noticing system |
| FRANK VISCONTI - DATA | | $125.00 | 5/21/2002 | 2.0 | $250.00 | Prepare address updates and revisions for Grace mailings |
| ROY BAEZ - CAS | | $65.00 | 5/21/2002 | 3.8 | $247.00 | Review returned mail - analysis of defective addresses, 60 coa's |
| FRANK VISCONTI - DATA | | $125.00 | 5/22/2002 | 1.0 | $125.00 | Revise Property Damage counsel mail files for Grace mailing |
| ROY BAEZ - CAS | | $65.00 | 5/22/2002 | 1.9 | $123.50 | Review returned mail - analysis of defective addresses, 21 coa's |
| JAMES MYERS - CAS | | $65.00 | 5/22/2002 | 0.6 | $39.00 | 2 mailings: review MF's for completeness (.3); confer w/ F Visconti/Julia Hasenzahl re results of review (.3) |
| JAMES MYERS - CAS | | $65.00 | 5/22/2002 | 0.5 | $32.50 | 2 mailings: prepare Proof of Service template & begin drafting declarations for 2 proofs of service |
| JAMES MYERS - CAS | | $65.00 | 5/23/2002 | 0.1 | $6.50 | Draft Proofs of Service |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/23/2002 | 0.2 | $55.00 | Multiple conversations with M Dalsin re service lists |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/23/2002 | 0.1 | $27.50 | Prep Dec of Service service lists, compile, distribute |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/27/2002 | 0.2 | $55.00 | Telephone w/K Hughes/J Baer re Form 10 production version follow up |
| JAMES MYERS - CAS | | $65.00 | 5/28/2002 | 0.7 | $45.50 | 2 POS: final draft of Proofs of Service |
| FRANK VISCONTI - DATA | | $125.00 | 5/28/2002 | 0.6 | $75.00 | Data backup/archiving of noticing system |
| MYRTLE JOHN - SR_BK | | $185.00 | 5/29/2002 | 0.2 | $37.00 | Review declarations of service re claims bar date for (a) asbestos claimants, and (b) for medical monitoring, for quality control and processing |
| JAMES MYERS - CAS | | $65.00 | 5/29/2002 | 0.3 | $19.50 | Finalize 2 Proofs of Service |
| MYRTLE JOHN - SR_BK | | $185.00 | 5/29/2002 | 0.2 | $37.00 | Research web to try to obtain information for incomplete addresses for ba r date service |
| JAMES MYERS - CAS | | $65.00 | 5/30/2002 | 0.1 | $6.50 | Confer w/ J Hasenzahl re Proofs of Service on Property Damage and Medical Monitoring mailings |
| JAMES MYERS - CAS | | $65.00 | 5/30/2002 | 0.2 | $13.00 | Prep corresp to counsel re 2 Proofs of Service |
| ANDREA SCHREPFER - CAS | | $90.00 | 5/31/2002 | 0.5 | $45.00 | Research sources for Libby MT residential and business addresses |
| | | Noticing Management Total: | | 229.2 | $17,490.00 | |
| Schedule & SOFA Supp | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/1/2002 | 0.7 | $192.50 | Analysis of SOFA 17 re review of environmental creditors |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **May 2002** | | | | | | |
| Schedule & SOFA Supp | | | | | | |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/2/2002 | 2.3 | $345.00 | Revision of b-linx data extracted from 3rd party to conform to filed Schedules and SOFA |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/2/2002 | 2.9 | $435.00 | Analysis of filed Schedules and SOFA to 3rd party data extracted to b-Linx |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/6/2002 | 1.9 | $285.00 | Research current reports associated with asbestos claims stratification |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/6/2002 | 2.8 | $420.00 | Audit/review schedule data provided by PWC to filed schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/7/2002 | 0.8 | $220.00 | Analysis of data conversion, business unit to PWC issues, no vendor codes to identify |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/7/2002 | 0.8 | $220.00 | Analysis of docket review to investigate anomolies in filed vs scheduled data |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/10/2002 | 3.5 | $525.00 | Audit/review schedule data provided by PWC to filed schedules |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/13/2002 | 2.5 | $375.00 | Audit/review schedule data provided by PWC to filed schedules |
| YVETTE SANCHEZ - CI | | $65.00 | 5/14/2002 | 2.0 | $130.00 | Verify potential new schedule vendors against existing schedules, document discrepancies |
| YVETTE SANCHEZ - CI | | $65.00 | 5/14/2002 | 2.5 | $162.50 | Verify potential new schedule vendors against existing schedules, document discrepancies |
| JACQUELINE BUSH - CASE | | $75.00 | 5/15/2002 | 2.2 | $165.00 | Verify potential new schedule vendors against existing schedules, document discrepancies. |
| YVETTE SANCHEZ - CI | | $65.00 | 5/15/2002 | 2.5 | $162.50 | Verify potential new schedule vendors against existing schedules, document discrepancies |
| JACQUELINE BUSH - CASE | | $75.00 | 5/15/2002 | 2.5 | $187.50 | Verify potential new schedule vendors against existing schedules, document discrepancies. |
| YVETTE SANCHEZ - CI | | $65.00 | 5/15/2002 | 3.0 | $195.00 | Verify potential new schedule vendors against existing schedules, document discrepancies |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/15/2002 | 2.1 | $577.50 | Analysis of supplemental schedules and potential new invoices (1.9); prep corresp to M Brown re data extraction (.2) |
| YVETTE SANCHEZ - CI | | $65.00 | 5/15/2002 | 2.5 | $162.50 | Verify potential new schedule vendors against existing schedules, document discrepancies |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 5/15/2002 | 0.6 | $99.00 | Analysis of data for supplemental schedules (.4); conversation with J Hasenzahl re: supplemental schedules (.2) |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/16/2002 | 1.9 | $285.00 | Review data export of schedules provided by PWC to b-Linx schedules |
| JEFF MILLER - SR_CONSULT | | $150.00 | 5/16/2002 | 2.9 | $435.00 | Review data of environmental related parties (2.0); prepare report export of environmental related parties (.9) |
| YVETTE SANCHEZ - CI | | $65.00 | 5/16/2002 | 2.0 | $130.00 | Verify potential new schedule vendors against existing schedules, document discrepancies |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/16/2002 | 0.2 | $55.00 | Analysis of environmental data request, data required for SOFA 17 |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/17/2002 | 0.5 | $137.50 | Conf call with M Sprinkle and F Zaremby re environmental parties for SOFA 17 |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/17/2002 | 0.2 | $55.00 | Analysis of data received from M Sprinke for SOFA 17 |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/20/2002 | 0.2 | $55.00 | Telephone with M Brown re supplemental schedule data |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|-----------|-------------|
| **May 2002** | | | | | | |
| Schedule & SOFA Supp | | | | | | |
| SHEILA GOOLD - CONSULT | | $125.00 | 5/22/2002 | 6.0 | $750.00 | Analysis of master creditor lists to identify creditors not included in 1st draft schedules. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/22/2002 | 1.4 | $385.00 | Analysis of schedule data gap (.6); analysis of hard copy to determine PWC data parties not included in Schedule F |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/22/2002 | 0.2 | $55.00 | Telephone w/M Brown re potential new vendor missing addresses |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/22/2002 | 0.2 | $55.00 | Analysis of Court docket for schedule items/history |
| FRANK VISCONTI - DATA | | $125.00 | 5/22/2002 | 0.5 | $62.50 | Conference with Brendan Bosack and Julia Hasenzahl re supplemental Schedule F procedure |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/22/2002 | 1.1 | $302.50 | Analysis of request from M Sprinkle re Evalco info (.2); research Evalco info (.7); prep response to M Sprinkle re Evalco information (.2) |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 5/22/2002 | 0.5 | $82.50 | Review amending / supplementing schedule F data procedure with J Hasenzahl and F Visconti |
| FRANK VISCONTI - DATA | | $125.00 | 5/22/2002 | 1.0 | $125.00 | Prepare Supplemental Schedule F |
| FRANK VISCONTI - DATA | | $125.00 | 5/23/2002 | 1.5 | $187.50 | Revise Supplemental Schedule F |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/23/2002 | 1.1 | $302.50 | Identify potential Schedule E parties (.9); prep corresp to M Brown re potential Schedule E parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/23/2002 | 2.1 | $577.50 | Analysis of Supplemental Schedules to compare by creditor name to filed schedules and review doc id matching |
| FRANK VISCONTI - DATA | | $125.00 | 5/23/2002 | 1.3 | $162.50 | Verify data after Creditor and Supplemental Schedule F updates |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/23/2002 | 0.3 | $82.50 | Meeting with S Goold re potential new creditor review |
| FRANK VISCONTI - DATA | | $125.00 | 5/23/2002 | 1.6 | $200.00 | Prep reports for Supplemental Schedule F (.7); verify data for Supplemental Schedule F (.9) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/23/2002 | 0.2 | $55.00 | Telephone w/J Baer re customers scheduled, need to notice |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/23/2002 | 0.4 | $110.00 | Telephone w/F Zaremby re customers, identify how they were scheduled |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 5/28/2002 | 1.4 | $385.00 | Analysis of creditor identification, counts, and organization |
| | Schedule & SOFA Supp Total: | | | 66.8 | $9,891.50 | |
| Travel | | | | | | |
| FRANK VISCONTI - DATA | | $62.50 | 5/2/2002 | 9.0 | $562.50 | Travel Kansas City to LA work on client |
| | Travel Total: | | | 9.0 | $562.50 | |
| | May 2002 Total: | | | 435.9 | $46,559.00 | |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------|------|------|------|------|
| | | Grand Total | | 435.9 | $46,559.00 | |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Professional Activity Summary

Date Range: 5/1/2002 thru 5/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Case Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 9.5 | $2,612.50 |
| | Total: | 9.5 | $2,612.50 |
| **Claim Reconciliation** | | | |
| SR_DATA | | | |
| Brad Daniel | $200.00 | 0.2 | $40.00 |
| SR_CONSULT | | | |
| Jeff Miller | $150.00 | 5.1 | $765.00 |
| | Total: | 5.3 | $805.00 |
| **Claims Processing** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 2.6 | $715.00 |
| CONSULT | | | |
| Amy Oswald | $150.00 | 5.0 | $750.00 |
| | Total: | 7.6 | $1,465.00 |
| **Data & System Manage** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 10.4 | $2,860.00 |
| CAS | | | |
| Andrea Schrepfer | $90.00 | 13.5 | $1,215.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 49.9 | $6,237.50 |
| Steven Heathcock | $150.00 | 17.7 | $2,655.00 |
| CI | | | |
| Heather Walker | $45.00 | 17.0 | $765.00 |
| | Total: | 108.5 | $13,732.50 |

EXHIBIT 1

# Bankruptcy Management Corporation
## WR GRACE
### Professional Activity Summary
#### Date Range: 5/1/2002 thru 5/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Noticing Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 12.8 | $3,520.00 |
| CAS | | | |
| Andrea Schrepfer | $90.00 | 0.5 | $45.00 |
| James Myers | $65.00 | 3.0 | $195.00 |
| John McKiernan | $65.00 | 44.0 | $2,860.00 |
| Lisa Jeffcoat | $65.00 | 0.7 | $45.50 |
| Roy Baez | $65.00 | 60.7 | $3,945.50 |
| SR_BK | | | |
| Myrtle John | $185.00 | 0.4 | $74.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 10.1 | $1,262.50 |
| Steven Heathcock | $150.00 | 1.5 | $225.00 |
| CI | | | |
| Heather Walker | $45.00 | 15.0 | $675.00 |
| Tarin Oneill | $65.00 | 39.5 | $2,567.50 |
| Trina Carter. | $45.00 | 29.5 | $1,327.50 |
| Yvette Sanchez | $65.00 | 11.5 | $747.50 |
| | Total: | 229.2 | $17,490.00 |
| **Schedule & SOFA Supp** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 13.9 | $3,822.50 |
| SR_DATA | | | |
| Brendan Bosack | $165.00 | 1.1 | $181.50 |
| SR_CONSULT | | | |
| Jeff Miller | $150.00 | 20.7 | $3,105.00 |
| CONSULT | | | |
| Sheila Goold | $125.00 | 6.0 | $750.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 5.9 | $737.50 |
| CASE | | | |
| Jacqueline Bush | $75.00 | 4.7 | $352.50 |
| CI | | | |
| Yvette Sanchez | $65.00 | 14.5 | $942.50 |
| | Total: | 66.8 | $9,891.50 |
| **Travel** | | | |
| DATA | | | |
| Frank Visconti | $125.00 | 9.0 | $562.50 |
| | Total: | 9.0 | $562.50 |
| | Grand Total: | 435.9 | $46,559.00 |

EXHIBIT 1

**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S
Seattle, WA 98118
206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn:  David B. Siegel, Esq.
Senior Vice President, General
    Counsel and Chief Restructuring Officer

======================================================

May 1 through May 31, 2002                    Invoice #. WRG020531


EXPENSE REIMBURSEMENT:

b-Linx data storage                           $850.00




PRODUCTION EXPENSES:

5/22/02 – Medical Monitoring                  $1,931.83
and Property Damage Notices



TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION:    $2,781.83


**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
Expense Reimbursement Summary          **206/725-5405**

**WR Grace**

Invoice Number: WRG020531
          Date: 5/31/2002

| | |
|---|---|
| B-Linx/Data Storage | $850.00 |
| **Total** | **$850.00** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement Detail**

**WR Grace**

Invoice Number: WRG020531

| | | | |
|---|---|---|---|
| 5/31/02 | BMC | B-Linx/Data Storage | $850.00 |

| | | |
|---|---|---|
| **Total** | | **$850.00** |

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S
Seattle, WA  98118
(206) 725-5405


WR Grace


*PRODUCTION INVOICE SUMMARY*

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20020522 | 5/22/2002 | $1,931.83 |

| | | |
|---|---|---|
| | **Total** | **$1,931.83** |


Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA  98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation


*Invoice Due Upon Receipt*

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S.
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date -5/22/2002**
**Invoice # 021-20020522**

| Notice | Number of Pages | Number of Parties | Copies Each | Handling Each | Supplies Each | Subtotal |
|---|---|---|---|---|---|---|
| Property Damage Notice MF 1119 | 47 | 124 | $ 0.15 | $ 0.10 | | $ 1,457.00 |
| | | 124 | | | $ 0.17 | $ 21.08 |
| | | | | | | |
| Medical Monitoring Notice MF 1120 | 50 | 7 | 0.15 | $ 0.10 | | $ 87.50 |
| | | 7 | | | $ 0.17 | $ 1.19 |

| | | |
|---|---|---|
| Total Copies/Handling | $ | 1,544.50 |
| Total Supplies | $ | 22.27 |
| Document Set Up | $ | 100.00 |
| Mail File Set Up | $ | 100.00 |
| Postage | $ | 165.06 |
| | | |
| Total | $ | 1,931.83 |

*Invoice Due Upon Receipt*

**EXHIBIT 2**