**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
    Counsel and Chief Restructuring Officer

======================================================

June 1 through June 30, 2002                    Invoice #. WRG020630F

Consulting Services:

| CONSULTANT | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Julia Hasenzahl | $275.00 | 51.7 | $14,217.50 |
| Julia Hasenzahl (Travel) | $137.50 | 4.0 | 550.00 |
| Martha Araki | $200.00 | 0.2 | 40.00 |
| Roy Baez | $65.00 | 4.0 | 260.00 |
| Brendan Bosack | $165.00 | 4.5 | 742.50 |
| Ron Buffington | $75.00 | 7.0 | 525.00 |
| Leah Buley | $65.00 | 9.4 | 611.00 |
| Jacqueline Bush | $75.00 | 6.5 | 487.50 |
| Anne Carter | $125.00 | 3.0 | 375.00 |
| Trina Carter | $45.00 | 0.1 | 4.50 |
| Sheila Goold | $125.00 | 11.0 | 1,375.00 |
| Brian Hall | $125.00 | 30.2 | 3,775.00 |
| Steven Heathcock | $150.00 | 8.7 | 1,305.00 |
| Lisa Jeffcoat | $65.00 | 5.6 | 364.00 |
| Myrtle John | $185.00 | 0.1 | 18.50 |
| John McKiernan | $65.00 | 21.0 | 1,365.00 |
| Jeffrey Miller | $150.00 | 11.0 | 1,650.00 |
| James Myers | $65.00 | 6.1 | 396.50 |
| Andrea Schrepfer | $90.00 | 7.5 | 675.00 |
| Frank Visconti | $125.00 | 107.4 | 13,425.00 |

TOTAL CONSULTING FEES:                    299.0    $42,162.00

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|-----------|-------------|
| **June 2002** | | | | | | |
| *Case Management* | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 0.8 | $220.00 | Analysis of corresp from M Sprinkle re creditor info inquiry (.2); research information for creditor info inquiry (.6) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.3 | $82.50 | Conference call with Rust Consulting re data specs |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.7 | $192.50 | Weekly conf call with Grace team |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.5 | $137.50 | Weekly conf call with WR Grace Team |
| ANDREA SCHREPFER - CAS | | $90.00 | 6/14/2002 | 1.5 | $135.00 | Research Debtors schedules for Philadelphia Mixers located on schedule (1.3); prep e-mail corresp with attachment to requesting party at Rust Consultants (.2) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/17/2002 | 0.7 | $192.50 | weekly conference call with Grace Team |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/18/2002 | 0.4 | $110.00 | email/phone calls with Craig Zinc regarding postage payment |
| FRANK VISCONTI - DATA | | $125.00 | 6/20/2002 | 0.5 | $62.50 | Analysis of memos from J Hasenzahl re mail files and noticing |
| FRANK VISCONTI - DATA | | $125.00 | 6/26/2002 | 0.5 | $62.50 | Analysis of memos from J Hasenzahl re missing addresses, noticing issues |
| FRANK VISCONTI - DATA | | $125.00 | 6/27/2002 | 1.3 | $162.50 | Prep process to match addresses in noticing system |
| FRANK VISCONTI - DATA | | $125.00 | 6/27/2002 | 0.5 | $62.50 | Prep memo to B Bosack re noticing system process (.2); prep memo to J Hasenzahl re notice system process (.3) |
| FRANK VISCONTI - DATA | | $125.00 | 6/27/2002 | 1.0 | $125.00 | Meeting with B Bosack re name matching process in noticing system and revisions to process |
| | | Case Management Total: | | 8.7 | $1,545.00 | |
| *Claims Processing* | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.2 | $55.00 | Telephone with M Daslin re claims processing and transfers |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.2 | $55.00 | Analysis of transfer samples from Rust Consulting |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.1 | $27.50 | Telephone to M Daslin re transfer claims processing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.3 | $82.50 | Prep corresp to Rust Consulting re follow up on transfer issues |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/12/2002 | 1.2 | $330.00 | Prep outline of claims transfer process (.8); Review process and samples with M Dalsin/Rust Consulting (.4) |
| | | Claims Processing Total: | | 2.0 | $550.00 | |
| *Creditor Information* | | | | | | |
| TRINA CARTER. - CI | | $45.00 | 6/24/2002 | 0.1 | $4.50 | Telephone with Donna Brown of RE: Questions regarding interest pay |
| | | Creditor Information Total: | | 0.1 | $4.50 | |
| *Data & System Manage* | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 6/5/2002 | 1.5 | $187.50 | Extrapolate Libby, Montana creditor information into b-Linx creditor database |
| FRANK VISCONTI - DATA | | $125.00 | 6/6/2002 | 1.0 | $125.00 | Investigate data descrepancies in WR Grace Schedule D records. |
| FRANK VISCONTI - DATA | | $125.00 | 6/6/2002 | 1.5 | $187.50 | Revise Extraction powertool |

Page 1 of 13

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **June 2002** | | | | | | |
| Data & System Manage | | | | | | |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 6/6/2002 | 1.0 | $165.00 | Analysis of data for extrapolation into Schedule module (.6); review query logic prior to extrapolation (.4) |
| FRANK VISCONTI - DATA | | $125.00 | 6/7/2002 | 1.3 | $162.50 | Verify data extracted using DocketRELOAD and AmtRELOAD |
| FRANK VISCONTI - DATA | | $125.00 | 6/7/2002 | 1.1 | $137.50 | Revise queries DocketRELOAD and AmtRELOAD to address data extraction issues |
| FRANK VISCONTI - DATA | | $125.00 | 6/7/2002 | 1.3 | $162.50 | Create two queries for data extraction: DocketRELOAD and AmtRELOAD |
| RON BUFFINGTON - DATA | | $75.00 | 6/7/2002 | 1.0 | $75.00 | Merge COLI & LEGEXT files after repairing Initial in COLI file |
| RON BUFFINGTON - DATA | | $75.00 | 6/7/2002 | 2.0 | $150.00 | Repair and Import COLI Insurance File |
| RON BUFFINGTON - DATA | | $75.00 | 6/7/2002 | 0.5 | $37.50 | Combine LEGEXT & 1998 |
| RON BUFFINGTON - DATA | | $75.00 | 6/7/2002 | 1.0 | $75.00 | Import Pension Text File & Identify Data |
| RON BUFFINGTON - DATA | | $75.00 | 6/7/2002 | 0.3 | $22.50 | Create Pension Report Queries |
| RON BUFFINGTON - DATA | | $75.00 | 6/7/2002 | 1.5 | $112.50 | Combine 3 Pension Files |
| RON BUFFINGTON - DATA | | $75.00 | 6/7/2002 | 0.7 | $52.50 | Convert Pension File Dates |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 0.6 | $75.00 | Prep WR Grace queries as basis of employee reports |
| FRANK VISCONTI - DATA | | $125.00 | 6/10/2002 | 1.3 | $162.50 | Create system to check and verify that all mailings were not missing any of the previously entered dat in mailings |
| FRANK VISCONTI - DATA | | $125.00 | 6/11/2002 | 1.1 | $137.50 | Upgrade WR Grace creditor management power tool |
| FRANK VISCONTI - DATA | | $125.00 | 6/11/2002 | 0.4 | $50.00 | Testing new WR Grace creditor management power tool |
| ANDREA SCHREPFER - CAS | | $90.00 | 6/11/2002 | 1.0 | $90.00 | Research court docket for creditor matrix re error with pg numbering and comparision against info provided by 3rd party |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/12/2002 | 0.4 | $110.00 | Meeting with F Visconti re additional data extractions/review |
| FRANK VISCONTI - DATA | | $125.00 | 6/12/2002 | 0.6 | $75.00 | Compacted databases (backend and powertools) that needed compacting (over 100meg) |
| FRANK VISCONTI - DATA | | $125.00 | 6/12/2002 | 0.4 | $50.00 | Data Verification to DocketRELOAD extraction |
| FRANK VISCONTI - DATA | | $125.00 | 6/12/2002 | 1.2 | $150.00 | Schedule re-extraction verification |
| FRANK VISCONTI - DATA | | $125.00 | 6/12/2002 | 0.2 | $25.00 | Data Verification to CRDRELOAD extraction |
| FRANK VISCONTI - DATA | | $125.00 | 6/13/2002 | 1.0 | $125.00 | Verify legtext.txt data extraction into b-Linx |
| FRANK VISCONTI - DATA | | $125.00 | 6/13/2002 | 1.5 | $187.50 | Meeting with S Heathcock to correct Visual Basic program pertaining to deduping and mail file creation |
| FRANK VISCONTI - DATA | | $125.00 | 6/14/2002 | 1.0 | $125.00 | Verify sync DocketRELOAD and CRDRELOAD to current database |
| FRANK VISCONTI - DATA | | $125.00 | 6/14/2002 | 1.0 | $125.00 | Review previous databases, queries, etc to update database components |
| FRANK VISCONTI - DATA | | $125.00 | 6/18/2002 | 1.5 | $187.50 | Audit data, revise directories and tables to reformat system, verification of data consistency between modules |
| FRANK VISCONTI - DATA | | $125.00 | 6/18/2002 | 2.0 | $250.00 | Prepared creditor matrix for J Hasenzahl |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **June 2002** | | | | | | |
| Data & System Manage | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 6/19/2002 | 2.2 | $275.00 | Review database descriptions in WR Grace modules (1.3); revise database descriptions in modules to ensure data consistency (.9) |
| LEAH BULEY - DATA | | $65.00 | 6/19/2002 | 2.5 | $162.50 | Prep customized standard web page template for WR Grace and implemented related links throughout www.bmccorp.net |
| STEVEN HEATHCOCK - DATA | | $150.00 | 6/19/2002 | 0.3 | $45.00 | Train D Mallik on claims data modeling |
| ANDREA SCHREPFER - CAS | | $90.00 | 6/19/2002 | 2.0 | $180.00 | Research docket for case numbers, Trustee info for BMC website information section |
| ANDREA SCHREPFER - CAS | | $90.00 | 6/19/2002 | 2.5 | $225.00 | Research case information for BMC website re analysis of docket for Creditor Committee and Creditor Counsel information |
| LEAH BULEY - DATA | | $65.00 | 6/19/2002 | 0.5 | $32.50 | Planning meeting w/J Hasenzahl & S Heathcock re development of Asbestos Claims Management tool |
| STEVEN HEATHCOCK - DATA | | $150.00 | 6/19/2002 | 1.0 | $150.00 | Discuss asbestos claims data capture strategy with J Hasenzahl |
| LEAH BULEY - DATA | | $65.00 | 6/20/2002 | 1.0 | $65.00 | Customized WR Grace web page to include counsel for various committees and links to official Grace claims web site |
| STEVEN HEATHCOCK - DATA | | $150.00 | 6/20/2002 | 0.5 | $75.00 | Data entry form review w/ D Mallik |
| FRANK VISCONTI - DATA | | $125.00 | 6/20/2002 | 4.0 | $500.00 | Analysis of descriptions in WR Grace modules (2.0); revise data descriptions in WR Grace modules (2.0) |
| FRANK VISCONTI - DATA | | $125.00 | 6/21/2002 | 1.5 | $187.50 | Cleaned up CRDINFO2 data extraction from B Hall's address inputs |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 6/24/2002 | 3.5 | $577.50 | Reviewed process to identify "missing address" creditors for required case mailings (from 10 mailing) |
| FRANK VISCONTI - DATA | | $125.00 | 6/24/2002 | 2.0 | $250.00 | Create matrix to display missing addresses to allow WR Grace to locate correct addresses |
| FRANK VISCONTI - DATA | | $125.00 | 6/24/2002 | 2.0 | $250.00 | Create Visual Basic program to match addresses when current program does not correctly identify matches |
| STEVEN HEATHCOCK - DATA | | $150.00 | 6/24/2002 | 0.5 | $75.00 | Coordinate with D Mallik re: test data entry forms |
| LEAH BULEY - DATA | | $65.00 | 6/25/2002 | 0.5 | $32.50 | Analysis of 4 categories of asbestos claim forms to identify major categories for information design in development of custom claims review tool |
| LEAH BULEY - DATA | | $65.00 | 6/26/2002 | 1.5 | $97.50 | Create page schematic for Asbestos Claim Tool claim search page |
| LEAH BULEY - DATA | | $65.00 | 6/26/2002 | 3.4 | $221.00 | Create page schematic for Asbestos Claim Tool claim view window |
| STEVEN HEATHCOCK - DATA | | $150.00 | 6/27/2002 | 2.3 | $345.00 | Prep identification of missing creditor addresses with F Visconti |
| FRANK VISCONTI - DATA | | $125.00 | 6/27/2002 | 2.0 | $250.00 | Prep program to compare names of creditors |
| | | Data & System Manage Total: | | 66.6 | $7,573.50 | |
| Document Imaging & M | | | | | | |
| ROY BAEZ - CAS | | $65.00 | 6/18/2002 | 1.0 | $65.00 | Prep cds of Schedules |
| | | Document Imaging & M Total: | | 1.0 | $65.00 | |
| Noticing Management | | | | | | |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **June 2002** | | | | | | |
| **Noticing Management** | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 6/3/2002 | 1.5 | $187.50 | Conference w/J Hasenzahl re preparation of mail files (.8); revise data outline for Supplemental Schedule F mail files (.7) |
| FRANK VISCONTI - DATA | | $125.00 | 6/3/2002 | 2.6 | $325.00 | Analysis of spreadsheet from J Hasenzahl for duplicates in numbers to actual counts in mail files - Supplemental Schedule F mailing |
| FRANK VISCONTI - DATA | | $125.00 | 6/3/2002 | 1.0 | $125.00 | Analysis of notice detail spreadsheet to prep data outline of mailfiles for Supplemental Schedule F mailing |
| ROY BAEZ - CAS | | $65.00 | 6/4/2002 | 0.1 | $6.50 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 6/4/2002 | 1.2 | $78.00 | Review returned mail - analysis of defective addresses |
| FRANK VISCONTI - DATA | | $125.00 | 6/4/2002 | 1.1 | $137.50 | Continue prep of individual mail files for Supplemental Schedule F noticing |
| FRANK VISCONTI - DATA | | $125.00 | 6/4/2002 | 2.0 | $250.00 | Create individual mailfiles for noticing Supplemental Schedule F |
| FRANK VISCONTI - DATA | | $125.00 | 6/4/2002 | 0.4 | $50.00 | Conference w/ S Heathcock re prep of temporary mailfiles for ongoing updating |
| FRANK VISCONTI - DATA | | $125.00 | 6/4/2002 | 0.2 | $25.00 | Prep spreadsheet for J Hasenzahl review re Supplemental Schededule F mailings |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/4/2002 | 2.5 | $162.50 | Critical vendor mail file additions for federal and state agencies. |
| ROY BAEZ - CAS | | $65.00 | 6/4/2002 | 0.2 | $13.00 | Review and process returned mail received for client - 2 no coa |
| FRANK VISCONTI - DATA | | $125.00 | 6/5/2002 | 1.3 | $162.50 | Extrapolate missing addresses in Grace into BMC noticing system |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.2 | $55.00 | Coordinate creditor changes, verification from previous Proof of Service |
| MARTHA ARAKI - SR_BK | | $200.00 | 6/5/2002 | 0.2 | $40.00 | Telephone from J Hasenzahl re parties from Schedules for Group C on the notice |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.3 | $82.50 | Analysis of mailfile conversions |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/5/2002 | 0.5 | $32.50 | Review and process returned mail received for client, COA.- 15 |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.5 | $137.50 | Prep of bar date notice package (.4); prep corresp to J Baer re bar date notice package (.1) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.2 | $55.00 | Identification of Libby creditors for noticing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.3 | $82.50 | Telephone to RR Donnelly re Form 10 |
| FRANK VISCONTI - DATA | | $125.00 | 6/5/2002 | 1.5 | $187.50 | Prep mail file for all current residents of Libby, Montana area (.9); verification of mail files for Libby, Montana area (.6) |
| ROY BAEZ - CAS | | $65.00 | 6/5/2002 | 0.1 | $6.50 | Review and process returned mail received for client - 2 no coa |
| FRANK VISCONTI - DATA | | $125.00 | 6/5/2002 | 1.2 | $150.00 | Prep mail file for Supplemental Schedule F parties (.5); verification of mail files for Supplemental Schedule F parties (.7) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/6/2002 | 1.1 | $302.50 | Telephone with RR Donnelly re revised forms, printing issues (.4); revise forms (.3); coordinate mailing (.4) |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **June 2002** | | | | | | |
| *Noticing Management* | | | | | | |
| ROY BAEZ - CAS | | $65.00 | 6/6/2002 | 0.1 | $6.50 | Review and process returned mail received for client - no coa's |
| FRANK VISCONTI - DATA | | $125.00 | 6/6/2002 | 0.4 | $50.00 | Prepared comparison spreadsheet for J Hasenzahl |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/6/2002 | 0.6 | $165.00 | Analysis of revised forms for WG Connecticut, Remedium, Darex |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 0.8 | $100.00 | Identify, Create, and Verify mail file for Schedule E parties |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 0.8 | $100.00 | Identify, Create, and Verify mail file for Schedule D parties |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for all entities requesting notice pursuant to Bankruptcy Rule 2002 as of the entry of this Order |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 1.2 | $150.00 | Design WR Grace Employee reports |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 0.8 | $100.00 | Identify, Create, and Verify mail file for all holders of prepetition debt issued by or on behalf of the Debtors |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 0.7 | $87.50 | Identify, Create, and Verify mail file for the members of the Committees and their attorneys |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for all counter-parties to executory contracts and unexpired leases listed on the Schedules at the addresses stated therein |
| FRANK VISCONTI - DATA | | $125.00 | 6/8/2002 | 1.5 | $187.50 | Create Misc reports/queries in support of identifying creditors not identified as existing mail file recipients |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/8/2002 | 1.1 | $302.50 | Analysis of mail file and parties served against bar date notice requirements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/8/2002 | 1.3 | $357.50 | Analysis of mail file to verify assignments of creditor types against bar date notice requirements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/8/2002 | 0.8 | $220.00 | Analysis of documents to identify parties excluded from notice |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for Environmental Sites |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for Customers |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for Attorneys General |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/9/2002 | 0.9 | $247.50 | Analysis of notice parties, environmental sites, agencies |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.9 | $112.50 | Finished WR Grace report re noticign for submission to J Hasenzah |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for All State Environmental Regulatory Agencies |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for potential creditors.doc |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/9/2002 | 1.4 | $385.00 | Analysis of employee noticing reports to identify notice parties |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.8 | $100.00 | Identify, Create, and Verify mail file for Counsel Representing Personal Injury |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 1.0 | $125.00 | Edited and updated mail file for all current residents of the Libby, Montana area |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **June 2002** | | | | | | |
| Noticing Management | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for holders of known Non-Asbestos Claims as defined on Exhibit 1 to the Bar Date Notice |
| FRANK VISCONTI - DATA | | $125.00 | 6/9/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for Equity Security Holders |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/9/2002 | 1.0 | $275.00 | Revise noticing worksheet (.9); prep corresp to call participants re status of noticing (.1) |
| FRANK VISCONTI - DATA | | $125.00 | 6/10/2002 | 0.5 | $62.50 | Revise spreadsheet (.4) and mailed to J Hasenzahl (.1) for mailfiles created |
| ROY BAEZ - CAS | | $65.00 | 6/10/2002 | 0.2 | $13.00 | Review and process returned mail received for client-no coa |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.4 | $110.00 | Prepare files and samples for RR Donnelly (.3); prep corresp to RR Donnelly re files and samples |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/10/2002 | 0.5 | $32.50 | Review returned mail - analysis of defective addresses |
| FRANK VISCONTI - DATA | | $125.00 | 6/10/2002 | 0.6 | $75.00 | Identify, Create, and Verify mail file for Schedule H |
| FRANK VISCONTI - DATA | | $125.00 | 6/10/2002 | 1.0 | $125.00 | Identify, Create, and Verify mail file for Misc mailfiles |
| LISA JEFFCOAT - CAS | | $65.00 | 6/10/2002 | 0.5 | $32.50 | Formatting and production setup for noticing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/12/2002 | 4.2 | $1,155.00 | Notice party review (1.5); coordinate data for noticing (1.0); preparation of mail files (1.7) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/12/2002 | 0.5 | $137.50 | Various calls with RR Donnelly re production of bar date notice |
| FRANK VISCONTI - DATA | | $125.00 | 6/12/2002 | 1.3 | $162.50 | Identify, Create, and Verify mail file for "Parties Not Included Who Are Potential Notice Parties" |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/12/2002 | 0.2 | $55.00 | Telephone with F Zaremby and VP Finance re bank/loan parties for noticing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/13/2002 | 2.0 | $550.00 | Meeting at RR Donnelly re bar date notice production |
| STEVEN HEATHCOCK - DATA | | $150.00 | 6/13/2002 | 0.8 | $120.00 | Analysis of F Visconti mail file prep |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/13/2002 | 2.5 | $162.50 | Critical vendor Jonas mail file input. |
| FRANK VISCONTI - DATA | | $125.00 | 6/13/2002 | 1.5 | $187.50 | Deduping mail files |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/13/2002 | 3.4 | $221.00 | Continue critical vendor Jonas mail file input. |
| FRANK VISCONTI - DATA | | $125.00 | 6/13/2002 | 1.5 | $187.50 | Create mail files |
| FRANK VISCONTI - DATA | | $125.00 | 6/13/2002 | 1.5 | $187.50 | Verifiying mail files |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/13/2002 | 1.2 | $330.00 | Coordinate data transfer to RR Donnelly (.7); follow up with multiple parties in customer service and at production facility (.5) |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/13/2002 | 1.6 | $104.00 | Continue critical vendor Jonas mail file input. |
| STEVEN HEATHCOCK - DATA | | $150.00 | 6/13/2002 | 2.3 | $345.00 | Analysis of mail file created by F Visconti for data continuity with noticing system |
| FRANK VISCONTI - DATA | | $125.00 | 6/14/2002 | 0.8 | $100.00 | Remove Customers from mailings and created separate database for customers |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/14/2002 | 0.2 | $55.00 | Telephone with F Zaremby re noticing and additional parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/14/2002 | 1.3 | $357.50 | Coordinate collection/transfer of additional notice parties to RR Donnelly |
| ANDREA SCHREPFER - CAS | | $90.00 | 6/17/2002 | 0.5 | $45.00 | Telephone to Dan/Walts Mailing Service re availability of additional mailing list for potential creditors |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **June 2002** | | | | | | |
| **Noticing Management** | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/17/2002 | 0.5 | $137.50 | Identify employee data requested by J Forgach (.4); prep corresp to forward employee data to J Forgach and F Zaremby |
| ROY BAEZ - CAS | | $65.00 | 6/17/2002 | 1.0 | $65.00 | Review and process returned mail received for clientl - no coa |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/17/2002 | 0.7 | $192.50 | Coordination (multiple calls/emails) with RR Donnelly customer service regarding bar date noticing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/17/2002 | 0.9 | $247.50 | Review and identification of potential additional notice parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/17/2002 | 0.3 | $82.50 | Telephone with vendor regarding potential additional Libby parties |
| ROY BAEZ - CAS | | $65.00 | 6/18/2002 | 0.1 | $6.50 | Review and process returned mail received for client - 2 no coa |
| FRANK VISCONTI - DATA | | $125.00 | 6/18/2002 | 1.0 | $125.00 | Verification of addresses in mail files |
| JAMES MYERS - CAS | | $65.00 | 6/19/2002 | 0.3 | $19.50 | Confer w/ J Hasenzahl re Proof of Service templates |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/19/2002 | 1.1 | $302.50 | Analysis of notice party mail files, follow for accuracy completeness. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/19/2002 | 0.4 | $110.00 | Analysis of report of unknown addresses (.2); coordinate with C Zinc/RRD to include 3,500 additional parties (.2) |
| FRANK VISCONTI - DATA | | $125.00 | 6/19/2002 | 3.0 | $375.00 | Created, verified address, and prepared mail file for state and federal environmental parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/19/2002 | 0.2 | $55.00 | Coordiante supplemental mailing from BMC to environmental parties, State and Federal |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/20/2002 | 1.7 | $467.50 | Analysis of unknown addresses (1.2); prep email of findings to relevant parties to identify type of creditor with known address (.5) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/20/2002 | 0.2 | $55.00 | Coordinate supplemental mailing from BMC |
| FRANK VISCONTI - DATA | | $125.00 | 6/20/2002 | 2.5 | $312.50 | Analysis of CityStateZip Supplemental mail file (1.3); revise CityStateZip supplemental mail file (1.2) |
| FRANK VISCONTI - DATA | | $125.00 | 6/20/2002 | 0.5 | $62.50 | Verification of mail files |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/20/2002 | 0.8 | $220.00 | Analysis of discrepant case numbers, docket and Pacer do not match, bar date notice different version |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/20/2002 | 0.1 | $27.50 | Telephone with J Baer re missing addresses and supplements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/20/2002 | 0.1 | $27.50 | Telephone with Bonita Harsch re review and confirm parties included in noticing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/20/2002 | 0.9 | $247.50 | Segregate unknown address by potential source (.4); prepare files (.2) and send to source provider (.2) |
| JAMES MYERS - CAS | | $65.00 | 6/21/2002 | 0.2 | $13.00 | Confer w/ F Visconti/L Jeffcoat re noticing issues |
| FRANK VISCONTI - DATA | | $125.00 | 6/21/2002 | 1.5 | $187.50 | Review/revise various WR Grace mail files |
| FRANK VISCONTI - DATA | | $125.00 | 6/21/2002 | 2.0 | $250.00 | Prep all mailfiles for todays mailing |
| FRANK VISCONTI - DATA | | $125.00 | 6/21/2002 | 1.0 | $125.00 | Create mailfile 1260 and verify that manually changed addresses captured correctly |
| LISA JEFFCOAT - CAS | | $65.00 | 6/21/2002 | 1.7 | $110.50 | Formatting and production setup for noticing |
| STEVEN HEATHCOCK - DATA | | $150.00 | 6/21/2002 | 1.0 | $150.00 | Analysis & resolution of claimant data issues |

EXHIBIT 1

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **June 2002** | | | | | | |
| Noticing Management | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/24/2002 | 0.1 | $27.50 | Telephone with Bonita Harsch re debt parties, confirm noticing parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/24/2002 | 1.1 | $302.50 | Analysis of unknown addresses, ongoing attempt to identify potential matches in existing data, potential duplicates |
| LISA JEFFCOAT - CAS | | $65.00 | 6/24/2002 | 0.5 | $32.50 | Begin prep of proof of service for Proof of Claim/Bar Date Notice pkg |
| FRANK VISCONTI - DATA | | $125.00 | 6/24/2002 | 0.5 | $62.50 | Prep memo to J Hasenzah re missing address search results. |
| FRANK VISCONTI - DATA | | $125.00 | 6/24/2002 | 4.0 | $500.00 | Research missing addresses against existing sources to determine valid addresses |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/25/2002 | 0.3 | $82.50 | Telephone with L Jeffcoat re format/structure of POS for Grace RR Donnelly/BMC Proof of Service |
| FRANK VISCONTI - DATA | | $125.00 | 6/25/2002 | 0.3 | $37.50 | Prep memo to J Hasenzahl re missing address display |
| FRANK VISCONTI - DATA | | $125.00 | 6/25/2002 | 3.0 | $375.00 | Continue missing address work to accommodate employee data issues |
| LISA JEFFCOAT - CAS | | $65.00 | 6/25/2002 | 1.0 | $65.00 | Prep proof of service for proof of claim/bar date notice mailing (.8); discussions with J Hasenzahl re content (.2) |
| JAMES MYERS - CAS | | $65.00 | 6/25/2002 | 0.4 | $26.00 | Confer w/ L Jeffcoat re Proof Of Services for bar date notice mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/25/2002 | 0.2 | $55.00 | Telephone with C Zinc at RR Donnelly re additional notice materials, shipping, overruns etc. |
| FRANK VISCONTI - DATA | | $125.00 | 6/26/2002 | 1.5 | $187.50 | Create master mailfile to replace prior mail files to ensure consistent data |
| BRIAN HALL - CONSULT | | $125.00 | 6/26/2002 | 3.0 | $375.00 | Analysis of missing address for Manufacturing Codefendants and NonAsb Litigation (1.7); revise b-Linx re missing addresses located (1.3) |
| BRIAN HALL - CONSULT | | $125.00 | 6/26/2002 | 2.0 | $250.00 | Analysis of missing address for Manufacturing Codefendants and NonAsb Litigation (1.0); revise b-Linx re missing addresses located (1.0) |
| JAMES MYERS - CAS | | $65.00 | 6/26/2002 | 1.3 | $84.50 | Prep 2 Proofs Of Service (1 BMC 1 Donnelley) for bar date notice mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/26/2002 | 0.4 | $110.00 | Identification of mail parties for first supplemental bar date notice mailing |
| MYRTLE JOHN - SR_BK | | $185.00 | 6/26/2002 | 0.1 | $18.50 | Review declaration of service and attachments re claims bar date notice materials and non-asbestos proof of claim, for quality control and production |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/26/2002 | 1.1 | $302.50 | Analysis of Proofs of Service for RR Donnelley/BMC bar date notice mailing |
| LISA JEFFCOAT - CAS | | $65.00 | 6/26/2002 | 1.0 | $65.00 | Discuss content of Proofs of Service with M John (.4); finalize Proofs of Service (.6) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/27/2002 | 0.1 | $27.50 | Identification, coordination of litigation missing address noticing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/27/2002 | 0.2 | $55.00 | Telephone with C Zinc/RR Donnelly re proof of service format and signature requirements |
| BRIAN HALL - CONSULT | | $125.00 | 6/27/2002 | 2.5 | $312.50 | Analysis of missing address for Manufacturing Codefendants and NonAsb Litigation (1.2); revise b-Linx re missing addresses located (1.3) |

Page 8 of 13

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **June 2002** | | | | | | |
| Noticing Management | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/27/2002 | 0.1 | $27.50 | email to/from J Baer re progress/status of identifiying address for supplemental mailings |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/27/2002 | 0.1 | $27.50 | Final review of modified proof of service of bar date notice |
| LISA JEFFCOAT - CAS | | $65.00 | 6/27/2002 | 0.4 | $26.00 | Revised Proof of Service |
| FRANK VISCONTI - DATA | | $125.00 | 6/27/2002 | 1.5 | $187.50 | Address verification in mail files |
| JAMES MYERS - CAS | | $65.00 | 6/27/2002 | 0.3 | $19.50 | Finalize proofs of service for bar date notice |
| JAMES MYERS - CAS | | $65.00 | 6/27/2002 | 0.3 | $19.50 | Prep Donnelly proof of service for transmission to client on cd |
| BRIAN HALL - CONSULT | | $125.00 | 6/27/2002 | 1.3 | $162.50 | Analysis of missing address for Manufacturing Codefendants and NonAsb Litigation (.7); revise b-Linx re missing addresses located (.6) |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/28/2002 | 2.0 | $130.00 | Review returned mail - analysis of defective addresses |
| FRANK VISCONTI - DATA | | $125.00 | 6/28/2002 | 1.0 | $125.00 | Create mail file for new mailing |
| LISA JEFFCOAT - CAS | | $65.00 | 6/28/2002 | 0.5 | $32.50 | Analysis and Prep of mail file |
| BRIAN HALL - CONSULT | | $125.00 | 6/28/2002 | 1.0 | $125.00 | Analysis of missing address for Manufacturing Codefendants and NonAsb Litigation (.5); revise b-Linx re missing addresses located (.5) |
| JAMES MYERS - CAS | | $65.00 | 6/28/2002 | 2.9 | $188.50 | Confer w/ J Hasenzahl/D Esplain/P Cuniff re printing 6,000 proofs of service |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/28/2002 | 0.5 | $32.50 | Address analysis for missing mail files. |
| JAMES MYERS - CAS | | $65.00 | 6/28/2002 | 0.4 | $26.00 | Notarize, scan & send proof of service to client |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/29/2002 | 2.5 | $162.50 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/29/2002 | 2.8 | $182.00 | Continue review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 6/29/2002 | 2.2 | $143.00 | Continue review returned mail - analysis of defective addresses |
| | | Noticing Management Total: | | 140.8 | $20,259.00 | |
| Schedule & SOFA Supp | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/4/2002 | 0.4 | $110.00 | Telephone with M Brown re review additonal data, supplements |
| JEFF MILLER - SR_CONSULT | | $150.00 | 6/4/2002 | 1.2 | $180.00 | Conference w/J Hasenzahl re analysis of Supplemental Schedules and bar date notice groups |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.2 | $55.00 | Telephone with F Zaremby re identification of all employees, COLI employees |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.7 | $192.50 | Analysis of  Debtor Schedules to identify potential item C from bar date notice |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.2 | $55.00 | Telephone with M Sprinkle re sealed schedule documents |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.5 | $137.50 | Analysis of employee/customer creditor identification |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.2 | $55.00 | Analysis of corresp from S Ahern re sealed Schedule docs (.1); prep corresp to S Ahearn re sealed Schedule docs |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/5/2002 | 0.2 | $55.00 | Telephone to M Brown re supplement changes |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|-------|------|-------------|
| **June 2002** | | | | | | |
| Schedule & SOFA Supp | | | | | | |
| SHEILA GOOLD - CONSULT | | $125.00 | 6/6/2002 | 4.3 | $537.50 | Identify sealed creditor source data for match to master creditor mailing list |
| JEFF MILLER - SR_CONSULT | | $150.00 | 6/6/2002 | 2.5 | $375.00 | Continue analysis of Supplemental Schedules related to Sch (E) and (F) from original schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/6/2002 | 0.1 | $27.50 | Telephone with F Zaremby re scheduled debt for noticing purposes |
| FRANK VISCONTI - DATA | | $125.00 | 6/6/2002 | 0.3 | $37.50 | Prepare query (.2) and prep email (.1) to J Hasenzahl for Asbestos designation information |
| FRANK VISCONTI - DATA | | $125.00 | 6/6/2002 | 1.0 | $125.00 | Prep new schedule F report |
| FRANK VISCONTI - DATA | | $125.00 | 6/6/2002 | 0.4 | $50.00 | Identifying Asbestos designation in Grace information |
| JEFF MILLER - SR_CONSULT | | $150.00 | 6/6/2002 | 3.5 | $525.00 | Analysis of Supplemental Schedules related to Sch (E) and (F) from original schedules |
| JEFF MILLER - SR_CONSULT | | $150.00 | 6/7/2002 | 0.3 | $45.00 | Conference w/ J. Hasenzahl re Supplemental Schedules |
| JEFF MILLER - SR_CONSULT | | $150.00 | 6/7/2002 | 3.5 | $525.00 | Analysis of Supplemental Schedules related to Sch (E) and (F) from original schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 0.6 | $165.00 | Analysis of supplemental schedule data review and creditor verification |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 0.7 | $192.50 | Analysis of creditors identified as "do not use" against sealed creditors |
| SHEILA GOOLD - CONSULT | | $125.00 | 6/7/2002 | 3.1 | $387.50 | Identify sealed creditor source data for match to master creditor mailing list; cross ref per codes |
| JACQUELINE BUSH - CASE | | $75.00 | 6/7/2002 | 2.5 | $187.50 | Verify potential new schedule vendors against existing schedules, document discrepancies. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 0.6 | $165.00 | Analysis of employee data and review historical data from cd (.2); prep summary reports (.3); telephone with R Buffington re coordination of remaining items |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 0.3 | $82.50 | Telephone with F Zaremby re notice parties/employees |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 0.3 | $82.50 | Meeting w/J Bush re verification of supplemental schedule parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 1.2 | $330.00 | Analysis of sealed creditor data to identify source of creditor data, manually identify sample creditors, review filed schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 0.5 | $137.50 | Analysis of supplemental schedule and data for Remedium |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 0.7 | $192.50 | Analysis of employee data, identify data issues (.5); prep corresp to F Zaremby re incomplete employee data (including SSN) (.2) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 1.1 | $302.50 | Analysis of status of employee data review (.7) discussion with R Buffington re employee data review |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/7/2002 | 1.1 | $302.50 | Finalize revised drafts of supplemental schedules (.9); prep corresp to M Brown re drafts of supplemental schedules (.2) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/8/2002 | 2.1 | $577.50 | Analysis of supplemental schedule for verirification against PWC creditor data to remove scheduled creditors |
| BRIAN HALL - CONSULT | | $125.00 | 6/8/2002 | 2.1 | $262.50 | Revise SOFA 17 environmental site list |
| BRIAN HALL - CONSULT | | $125.00 | 6/8/2002 | 2.5 | $312.50 | Continue revision of SOFA 17 environmental site list |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|-------|------------|-------------|
| **June 2002** | | | | | | |
| Schedule & SOFA Supp | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/8/2002 | 0.1 | $27.50 | Telephone to B Hall re SOFA 17 review and status |
| BRIAN HALL - CONSULT | | $125.00 | 6/8/2002 | 3.0 | $375.00 | Further revision of SOFA 17 environmental site list |
| BRIAN HALL - CONSULT | | $125.00 | 6/8/2002 | 2.3 | $287.50 | Continue revision of SOFA 17 environmental site list |
| BRIAN HALL - CONSULT | | $125.00 | 6/9/2002 | 2.0 | $250.00 | Further revision of SOFA 17 environmental site list |
| FRANK VISCONTI - DATA | | $125.00 | 6/10/2002 | 2.0 | $250.00 | Research missing supplemental schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.2 | $55.00 | Telephone with M Brown re changes to supplemental schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.1 | $27.50 | Analysis of corresp from S Ahearn re employees (scheduled and COLI) |
| FRANK VISCONTI - DATA | | $125.00 | 6/10/2002 | 0.2 | $25.00 | Prep memo to J Hasenzahl re missing supplemental schedules (excluded flag set) |
| FRANK VISCONTI - DATA | | $125.00 | 6/10/2002 | 0.2 | $25.00 | Created comparison spreadsheet for J Hasenzahl re missing supplemental schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.2 | $55.00 | Meeting w/F Visonconti re review of supplemental schedule data, duplicate data on cases |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.2 | $55.00 | Telephone with F Zaremby re employees, identifiying COLI |
| FRANK VISCONTI - DATA | | $125.00 | 6/10/2002 | 0.2 | $25.00 | Prep memo to J Hasenzahl re process to verify the missing supplemental schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/10/2002 | 0.2 | $55.00 | Analysis of employee data |
| FRANK VISCONTI - DATA | | $125.00 | 6/11/2002 | 1.1 | $137.50 | Researched potential missing schedules during extrapolation |
| JACQUELINE BUSH - CASE | | $75.00 | 6/11/2002 | 4.0 | $300.00 | Verify potential new schedule vendors against existing schedules, document discrepancies. |
| FRANK VISCONTI - DATA | | $125.00 | 6/11/2002 | 2.0 | $250.00 | Extrapolate previously excluded schedules into b-Linx |
| FRANK VISCONTI - DATA | | $125.00 | 6/11/2002 | 1.0 | $125.00 | Verification of previously excluded schedules data extrapolated into b-Linx |
| FRANK VISCONTI - DATA | | $125.00 | 6/11/2002 | 0.3 | $37.50 | Prep memo to J Hasenzahl re missing schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/12/2002 | 0.5 | $137.50 | Analysis of updates to Supplemental Schedules |
| SHEILA GOOLD - CONSULT | | $125.00 | 6/16/2002 | 3.6 | $450.00 | Analysis of scheduled amounts for amended schedule F |
| FRANK VISCONTI - DATA | | $125.00 | 6/17/2002 | 0.6 | $75.00 | Research Scheduled amounts on Claims potential discrepincies |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/19/2002 | 0.1 | $27.50 | Review and respond to J Baer email re schedule data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 6/19/2002 | 1.3 | $357.50 | Analysis of customers, docket for filed schedules; confirm scheduled on separate schedule F, no mention in schedules (.9) prep email of findings to related parties (.4) |
| BRIAN HALL - CONSULT | | $125.00 | 6/23/2002 | 2.5 | $312.50 | Continue preparation of Sched F vendor address information not given. |
| BRIAN HALL - CONSULT | | $125.00 | 6/23/2002 | 2.0 | $250.00 | Preparation of Sched F vendor address information not given. |
| BRIAN HALL - CONSULT | | $125.00 | 6/24/2002 | 2.0 | $250.00 | Preparation of Sched H vendor address information not given. |
| BRIAN HALL - CONSULT | | $125.00 | 6/25/2002 | 2.0 | $250.00 | Continue preparation of Sched H vendor address information not given. |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **June 2002** | | | | | | |
| Schedule & SOFA Supp | | | | | | |
| ANNE CARTER - CONSULT | | $125.00 | 6/28/2002 | 1.0 | $125.00 | Research re amended schedules and SOFA cover sheets and declarations |
| ANNE CARTER - CONSULT | | $125.00 | 6/28/2002 | 2.0 | $250.00 | Prepared draft amended schedules and SOFA cover sheets and declarations |
| | | Schedule & SOFA Supp Total: | | 75.8 | $11,615.00 | |
| Travel | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 6/12/2002 | 4.0 | $550.00 | Travel LA to Chicago for meeting with RR Donnelly re production of bar date notice |
| | | Travel Total: | | 4.0 | $550.00 | |
| | | June 2002 Total: | | 299.0 | $42,162.00 | |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| | | Grand Total: | | 299.0 | $42,162.00 | |

**EXHIBIT 1**

# Bankruptcy Management Corporation
## WR GRACE
Professional Activity Summary

Date Range: 6/1/2002 thru 6/30/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Case Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 3.4 | $935.00 |
| CAS | | | |
| Andrea Schrepfer | $90.00 | 1.5 | $135.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 3.8 | $475.00 |
| | Total: | 8.7 | $1,545.00 |
| **Claims Processing** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 2.0 | $550.00 |
| | Total: | 2.0 | $550.00 |
| **Creditor Information** | | | |
| CI | | | |
| Trina Carter. | $45.00 | 0.1 | $4.50 |
| | Total: | 0.1 | $4.50 |
| **Data & System Manage** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 0.4 | $110.00 |
| CAS | | | |
| Andrea Schrepfer | $90.00 | 5.5 | $495.00 |
| SR_DATA | | | |
| Brendan Bosack | $165.00 | 4.5 | $742.50 |
| DATA | | | |
| Frank Visconti | $125.00 | 35.2 | $4,400.00 |
| Leah Buley | $65.00 | 9.4 | $611.00 |
| Ron Buffington | $75.00 | 7.0 | $525.00 |
| Steven Heathcock | $150.00 | 4.6 | $690.00 |
| | Total: | 66.6 | $7,573.50 |
| **Document Imaging & M** | | | |
| CAS | | | |
| Roy Baez | $65.00 | 1.0 | $65.00 |
| | Total: | 1.0 | $65.00 |

**EXHIBIT 1**

# Bankruptcy Management Corporation
## WR GRACE
Professional Activity Summary

Date Range: 6/1/2002 thru 6/30/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Noticing Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 31.3 | $8,607.50 |
| CAS | | | |
| Andrea Schrepfer | $90.00 | 0.5 | $45.00 |
| James Myers | $65.00 | 6.1 | $396.50 |
| John McKieman | $65.00 | 21.0 | $1,365.00 |
| Lisa Jeffcoat | $65.00 | 5.6 | $364.00 |
| Roy Baez | $65.00 | 3.0 | $195.00 |
| SR_BK | | | |
| Martha Araki | $200.00 | 0.2 | $40.00 |
| Myrtle John | $185.00 | 0.1 | $18.50 |
| CONSULT | | | |
| Brian Hall | $125.00 | 9.8 | $1,225.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 59.1 | $7,387.50 |
| Steven Heathcock | $150.00 | 4.1 | $615.00 |
| | Total: | 140.8 | $20,259.00 |
| **Schedule & SOFA Supp** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 14.6 | $4,015.00 |
| SR_CONSULT | | | |
| Jeff Miller | $150.00 | 11.0 | $1,650.00 |
| CONSULT | | | |
| Anne Carter | $125.00 | 3.0 | $375.00 |
| Brian Hall | $125.00 | 20.4 | $2,550.00 |
| Sheila Goold | $125.00 | 11.0 | $1,375.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 9.3 | $1,162.50 |
| CASE | | | |
| Jacqueline Bush | $75.00 | 6.5 | $487.50 |
| | Total: | 75.8 | $11,615.00 |
| **Travel** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 4.0 | $550.00 |
| | Total: | 4.0 | $550.00 |
| | Grand Total: | 299.0 | $42,162.00 |

**EXHIBIT 1**

## BANKRUPTCY MANAGEMENT CORPORATION

### 6096 Upland Terrace S
### Seattle, WA 98118
### 206/725-5405

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn:  David B. Siegel, Esq.
Senior Vice President, General
   Counsel and Chief Restructuring Officer

=====================================================

June 1 through June 30, 2002                    Invoice #. WRG020630

EXPENSE REIMBURSEMENT:

| | |
|---|---|
| b-Linx data storage | $850.00 |
| Lodging | 536.48 |
| Postage/Shipping | 21.42 |

PRODUCTION EXPENSES:

| | |
|---|---|
| 6/21/02 – Proof of Claim Bar Date Notice Mailing | $2,130.34 |

TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION:     $3,538.24

EXHIBIT 2

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement Summary**

**WR Grace**

**Invoice Number: WRG020630**

**Date: 6/30/2002**

| | |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Lodging | $536.48 |
| Postage/Shipping | $21.42 |
| **Total** | **$1,407.90** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement Detail**

**WR Grace**

**Invoice Number: WRG020630**

| Date | | | Amount | |
|---|---|---|---|---|
| 6/30/02 | BMC | B-Linx/Data Storage | $850.00 | |
| 6/14/02 | Hasenzahl | Lodging | $536.48 | 2 nites, meals, chicago to meet with donnelley; Hotel charged to Grace |
| 6/6/02 | Feil | Postage/Shipping | $3.78 | Grace notice. |
| 6/4/02 | Feil | Postage/Shipping | $17.64 | Grace notice. |
| | | **Total** | **$1,407.90** | |

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace

*PRODUCTION INVOICE SUMMARY*

| Invoice Number | Production Date | | Total |
|---|---|---|---|
| Invoice # 021-20020621 | 6/21/2002 | $ | 2,130.34 |

| | | Total $ | 2,130.34 |
|---|---|---|---|

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S.
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date -6/21/2002**
**Invoice # 021-20020621**

| Notice | Number of Pages | Number of Parties | Copies Each | Handling Each | Supplies Each | Subtotal |
|---|---|---|---|---|---|---|
| Proof of Claim / Bar Date Notice MF 1260 | 29 | 247 | $ 0.15 | $ 0.10 | | $ 1,790.75 |
| | | 247 | | | $ 0.17 | $ 41.99 |

| | | |
|---|---|---|
| Total Copies\Handling | $ | 1,790.75 |
| Supplies | $ | 41.99 |
| Document Set Up | $ | 50.00 |
| Mail File Set Up | $ | 50.00 |
| Postage | $ | 197.60 |
| **Total** | **$** | **2,130.34** |

*Invoice Due Upon Receipt*

**EXHIBIT 2**