## BANKRUPTCY MANAGEMENT CORPORATION

**6096 Upland Terrace S
Seattle, WA 98118
206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn:  David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

=====================================================

July 1 through July 31, 2002                          Invoice #. WRG020731F

Consulting Services:

| CONSULTANT | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Julia Hasenzahl | $275.00 | 36.3 | $9,982.50 |
| Julia Hasenzahl (Travel) | $137.50 | 8.5 | 1,168.75 |
| Trevor L. Allen | $175.00 | 3.5 | 612.50 |
| Roy Baez | $65.00 | 37.6 | 2,444.00 |
| Anne Carter | $125.00 | 21.0 | 2,625.00 |
| Trina Carter | $45.00 | 61.1 | 2,749.50 |
| Diane George | $125.00 | 2.1 | 262.50 |
| Sheila Goold | $125.00 | 7.5 | 937.50 |
| Brian Hall | $125.00 | 25.2 | 3,150.00 |
| Steven Heathcock | $150.00 | 16.7 | 2,505.00 |
| Lisa Jeffcoat | $65.00 | 40.5 | 2,632.50 |
| Myrtle John | $185.00 | 0.4 | 74.00 |
| John McKiernan | $65.00 | 72.0 | 4,680.00 |
| James Myers | $65.00 | 9.6 | 624.00 |
| Amy Oswald | $150.00 | 27.8 | 4,170.00 |
| Tarin O'Neill | $65.00 | 48.0 | 3,120.00 |
| Lisa Ruppaner | $75.00 | 7.9 | 592.50 |
| Frank Visconti | $125.00 | 27.3 | 3,412.50 |
| Heather Walker | $45.00 | 54.2 | 2,439.00 |
| TOTAL CONSULTING FEES: | | 507.2 | $48,181.75 |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|-----------|-------------|
| **July 2002** | | | | | | |
| *Case Management* | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/2/2002 | 0.1 | $27.50 | emails re recordation and storage of return mail with Jan Baer |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/7/2002 | 0.3 | $82.50 | email to J Baer re case number management, defaults used by Rust Consulting and general assignment of case numbers |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/8/2002 | 0.1 | $27.50 | Forward requests for notice to M Dalsin |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/8/2002 | 0.1 | $27.50 | Telephone with Craig Zink at RR Donnelly re remaining materials, shipment etc |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/8/2002 | 0.3 | $82.50 | Coordinate with Rust Consulting re case number management based on feedback from J Baer |
| LISA RUPPANER - CASE | | $75.00 | 7/10/2002 | 1.0 | $75.00 | Meet with J Hasenzahl to discuss project goals. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/10/2002 | 0.4 | $110.00 | Meeting with L Ruppaner re review docket, processing of critical items |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/17/2002 | 0.4 | $110.00 | Analyze sample Property Damage and Medical Monitoring claim forms (.3); forward samples to F Zaremby (.1) |
| FRANK VISCONTI - DATA | | $125.00 | 7/17/2002 | 1.0 | $125.00 | Research returned mail process to identify if data is being correctly input by mail dept |
| FRANK VISCONTI - DATA | | $125.00 | 7/18/2002 | 1.7 | $212.50 | Revise return mail processing with S Heathcock |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/31/2002 | 2.3 | $632.50 | On-site at Grace/Columbia, meetings with M Brown and T Delbrugge re claims reconciliation |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/31/2002 | 1.1 | $302.50 | Analyze data planning requirements (.5); prepare PWC/BMC and Grace data for reconciliation (.6) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/31/2002 | 4.2 | $1,155.00 | Prep for claims reconciliation meeting: prep materials, review claims and overview of claims reconciliation process |
| | | Case Management Total: | | 13.0 | $2,970.00 | |
| *Case Support* | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 7/10/2002 | 0.5 | $37.50 | Review case docket listing. |
| LISA RUPPANER - CASE | | $75.00 | 7/17/2002 | 1.0 | $75.00 | Review Docket and Calendar all applicable Deadlines. |
| LISA RUPPANER - CASE | | $75.00 | 7/22/2002 | 1.5 | $112.50 | Review Case Docket Listing and download and applicable pleadings and notices from the Court. |
| LISA RUPPANER - CASE | | $75.00 | 7/22/2002 | 0.5 | $37.50 | Calendar CMO Dates and review documents filed in case for any further action needed. |
| LISA RUPPANER - CASE | | $75.00 | 7/23/2002 | 1.0 | $75.00 | Review Case Docket and view any new pleadings, and briefs to be submitted by applicable Committees. |
| LISA RUPPANER - CASE | | $75.00 | 7/29/2002 | 0.7 | $52.50 | Review Case Docket Listing and download and applicable pleadings and notices from the Court. |
| | | Case Support Total: | | 5.2 | $390.00 | |
| *Claim Reconciliation* | | | | | | |
| AMY OSWALD - CONSULT | | $150.00 | 7/25/2002 | 2.8 | $420.00 | Analysis of docket for status of leases (i.e assume, object, etc.) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/25/2002 | 0.3 | $45.00 | Research issues affecting unsecured amt data |
| BRIAN HALL - CONSULT | | $125.00 | 7/25/2002 | 2.5 | $312.50 | Analysis of 140 docketed claims to audit docketing (1.7); revise b-Linx accordingly (.8) |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **July 2002** | | | | | | |
| **Claim Reconciliation** | | | | | | |
| BRIAN HALL - CONSULT | | $125.00 | 7/25/2002 | 1.7 | $212.50 | Analysis of 90 docketed claims to audit docketing (1.2); revise b-Linx accordingly (.5) |
| BRIAN HALL - CONSULT | | $125.00 | 7/25/2002 | 2.0 | $250.00 | Analysis of 110 docketed claims to audit docketing (1.4); revise b-Linx accordingly (.6) |
| AMY OSWALD - CONSULT | | $150.00 | 7/26/2002 | 3.3 | $495.00 | Analysis of docket for status of leases (i.e assume, object, etc.) |
| BRIAN HALL - CONSULT | | $125.00 | 7/26/2002 | 1.2 | $150.00 | Analysis of 70 docketed claims to audit docketing (.9); revise b-Linx accordingly (.3) |
| BRIAN HALL - CONSULT | | $125.00 | 7/26/2002 | 1.5 | $187.50 | Analysis of 90 docketed claims to audit docketing (1.1); revise b-Linx accordingly (.4) |
| BRIAN HALL - CONSULT | | $125.00 | 7/27/2002 | 2.1 | $262.50 | Analysis of 110 docketed claims to audit docketing (1.5); revise b-Linx accordingly (.6) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/28/2002 | 4.1 | $1,127.50 | Analyze preliminary total liability summary reports (1.7); review potential duplicates, confirm totals (1.6); brief check claim docketing (.8) |
| BRIAN HALL - CONSULT | | $125.00 | 7/28/2002 | 2.0 | $250.00 | Analysis of 100 docketed claims to audit docketing (1.4); revise b-Linx accordingly (.6) |
| BRIAN HALL - CONSULT | | $125.00 | 7/28/2002 | 1.3 | $162.50 | Analysis of 80 docketed claims to audit docketing (.9); revise b-Linx accordingly (.4) |
| AMY OSWALD - CONSULT | | $150.00 | 7/28/2002 | 2.5 | $375.00 | Analysis of docket for status of leases (i.e assume, object, etc.) |
| BRIAN HALL - CONSULT | | $125.00 | 7/29/2002 | 2.0 | $250.00 | Analysis of 100 docketed claims to audit docketing (1.4); revise b-Linx accordingly (.6) |
| AMY OSWALD - CONSULT | | $150.00 | 7/29/2002 | 1.4 | $210.00 | Analysis of docket for status of leases (i.e assume, object, etc.) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/29/2002 | 3.0 | $825.00 | Analyze data of claims, schedules and original invoices (1.6); analyze options for further linking data (1.4) |
| BRIAN HALL - CONSULT | | $125.00 | 7/29/2002 | 2.2 | $275.00 | Analysis of 110 docketed claims to audit docketing (1.5); revise b-Linx accordingly (.7) |
| BRIAN HALL - CONSULT | | $125.00 | 7/29/2002 | 3.0 | $375.00 | Analysis of 160 docketed claims to audit docketing (1.9); revise b-Linx accordingly (1.1) |
| BRIAN HALL - CONSULT | | $125.00 | 7/29/2002 | 1.5 | $187.50 | Analysis of 70 docketed claims to audit docketing (1.0); revise b-Linx accordingly (.5) |
| BRIAN HALL - CONSULT | | $125.00 | 7/29/2002 | 1.2 | $150.00 | Analysis of 60 docketed claims to audit docketing (.8); revise b-Linx accordingly (.4) |
| AMY OSWALD - CONSULT | | $150.00 | 7/30/2002 | 3.0 | $450.00 | Analysis of docket for status of leases (i.e assume, object, etc.) |
| BRIAN HALL - CONSULT | | $125.00 | 7/30/2002 | 1.0 | $125.00 | Analysis of 60 docketed claims to audit docketing (.7); revise b-Linx accordingly (.3) |
| AMY OSWALD - CONSULT | | $150.00 | 7/30/2002 | 3.0 | $450.00 | Analysis docket for status of leases (i.e assume, object, etc.) |
| AMY OSWALD - CONSULT | | $150.00 | 7/31/2002 | 3.3 | $495.00 | Analysis of docket for status of leases (i.e assume, object, etc.) |
| | | Claim Reconciliation Total: | | 51.9 | $8,042.50 | |
| **Claims Processing** | | | | | | |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/1/2002 | 1.5 | $97.50 | Compare case numbers from notice, bankruptcy filing and bankruptcy webpage. |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|-----------|-------------|
| **July 2002** | | | | | | |
| **Claims Processing** | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/2/2002 | 0.4 | $110.00 | Coordinate format, indexing and transfer of imaged claims |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/9/2002 | 1.0 | $65.00 | Review claim form for sample database preparation. |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/9/2002 | 0.3 | $45.00 | Review test data entry tool with J Hasenzahl |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/15/2002 | 2.3 | $345.00 | Development of claims data extraction tool |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/15/2002 | 0.9 | $135.00 | Implement claims data extraction tool |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/16/2002 | 2.0 | $300.00 | Test claims data extraction tool with sample claims extraction (1.0); verification of claims data extracted (1.0) |
| AMY OSWALD - CONSULT | | $150.00 | 7/16/2002 | 0.5 | $75.00 | Conference call with J. Hasenzahl regarding work on WR Claims |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/18/2002 | 0.6 | $90.00 | Revise extraction tool logic to accommodate complex company names |
| AMY OSWALD - CONSULT | | $150.00 | 7/18/2002 | 0.5 | $75.00 | Analysis of Property Damage Claims |
| AMY OSWALD - CONSULT | | $150.00 | 7/21/2002 | 1.5 | $225.00 | Analysis of Medical Monitoring Claims |
| AMY OSWALD - CONSULT | | $150.00 | 7/21/2002 | 1.5 | $225.00 | Analysis of Property Damage Claims |
| AMY OSWALD - CONSULT | | $150.00 | 7/21/2002 | 0.5 | $75.00 | Analysis of Medical Monitoring Claims |
| AMY OSWALD - CONSULT | | $150.00 | 7/23/2002 | 2.5 | $375.00 | Prepare report for J. Hasenzahl re Medical Monitoring claims |
| AMY OSWALD - CONSULT | | $150.00 | 7/24/2002 | 1.5 | $225.00 | Prepare report for J. Hasenzahl on Property Damage Claims |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/25/2002 | 1.3 | $195.00 | Extract claims data to b-Linx (.7); update data mapping spreadsheet (.8) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/25/2002 | 1.1 | $165.00 | Modify extractions to claims data |
| ANNE CARTER - CONSULT | | $125.00 | 7/25/2002 | 2.0 | $250.00 | Level 2 claims analysis - audit docketing, claim typing, claim amount, claim class, etc. |
| ANNE CARTER - CONSULT | | $125.00 | 7/25/2002 | 1.0 | $125.00 | Level 2 claims analysis - audit docketing, claim typing, claim amount, claim class, etc. |
| ANNE CARTER - CONSULT | | $125.00 | 7/28/2002 | 3.5 | $437.50 | Level 2 claims analysis - audit docketing, claim typing, claim amount, claim class, etc. |
| ANNE CARTER - CONSULT | | $125.00 | 7/29/2002 | 3.5 | $437.50 | Level 2 claims analysis - audit docketing, claim typing, claim amount, claim class, etc. |
| ANNE CARTER - CONSULT | | $125.00 | 7/29/2002 | 4.5 | $562.50 | Level 2 claims analysis - audit docketing, claim typing, claim amount, claim class, etc. |
| ANNE CARTER - CONSULT | | $125.00 | 7/29/2002 | 0.5 | $62.50 | Level 2 claims analysis - audit docketing, claim typing, claim amount, claim class, etc. |
| ANNE CARTER - CONSULT | | $125.00 | 7/29/2002 | 2.0 | $250.00 | Level 2 claims analysis - audit docketing, claim typing, claim amount, claim class, etc. |
| ANNE CARTER - CONSULT | | $125.00 | 7/29/2002 | 4.0 | $500.00 | Level 2 claims analysis - audit docketing, claim typing, claim amount, claim class, etc. |
| | | **Claims Processing Total:** | | **40.9** | **$5,447.50** | |
| **Data & System Manage** | | | | | | |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/9/2002 | 1.0 | $65.00 | Creating sample database for consulting review. |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/10/2002 | 2.0 | $130.00 | Creation of data for sample claims processing database. |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **July 2002** | | | | | | |
| Data & System Manage | | | | | | |
| TREVOR L ALLEN - TECH | | $175.00 | 7/10/2002 | 3.5 | $612.50 | Setup of NAS (network attached storage) for ongoing image retrieval |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/11/2002 | 1.0 | $150.00 | Develop b-Linx extraction utility for Rust Consulting data |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/11/2002 | 2.0 | $300.00 | Continue development of claim extraction utility for Rust Consulting data |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/12/2002 | 1.0 | $150.00 | Continue development of claim extraction utility for Rust Consulting data (.8); discuss notice info w/ J Hasenzahl (.2) |
| DIANE GEORGE - DATA | | $125.00 | 7/15/2002 | 1.3 | $162.50 | review of data from Schedule - to resolve issues with Contingent Unliquidated and Disputed schedules |
| FRANK VISCONTI - DATA | | $125.00 | 7/24/2002 | 0.4 | $50.00 | Prep backup of database |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/24/2002 | 4.0 | $1,100.00 | Analysis of claim types, subtypes, review extractions of Rust data, (3.0); identify data mapping issues (1.0) |
| FRANK VISCONTI - DATA | | $125.00 | 7/24/2002 | 1.5 | $187.50 | Compress data in WR Grace main b-Linx for system optimization |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/25/2002 | 5.7 | $1,567.50 | Review claims data and potential discrepancies in Rust data (3.0), review claim typing (2.7) |
| FRANK VISCONTI - DATA | | $125.00 | 7/25/2002 | 2.2 | $275.00 | Research missing claim images, and re-extract from backup databases |
| FRANK VISCONTI - DATA | | $125.00 | 7/26/2002 | 2.0 | $250.00 | Extract Deemed records as copies of scheduled records. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/26/2002 | 3.4 | $935.00 | Analyze claims data mapping from Grace (1.0); prep adjustments to data transfer process (1.4); review reported anomolies in data (1.0) |
| DIANE GEORGE - DATA | | $125.00 | 7/26/2002 | 0.8 | $100.00 | Back up and Repair b-Linx databases |
| FRANK VISCONTI - DATA | | $125.00 | 7/26/2002 | 0.5 | $62.50 | Database backup |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/26/2002 | 4.1 | $1,127.50 | Continue analysis of claims data mapping from Grace (1.3); prep adjustments to data transfer process (1.8); review reported anomolies in data (1.0) |
| FRANK VISCONTI - DATA | | $125.00 | 7/29/2002 | 2.5 | $312.50 | Prep custom powertool to create maximum liability report, by case, with a summary. |
| FRANK VISCONTI - DATA | | $125.00 | 7/29/2002 | 1.0 | $125.00 | Conf call with D George re revision of claim amt fields in b-Linx (.4); test revised claim amount fields (.6) |
| FRANK VISCONTI - DATA | | $125.00 | 7/29/2002 | 1.0 | $125.00 | Review "class" reports (.3); prep custom class reports for WR Grace (.7) |
| FRANK VISCONTI - DATA | | $125.00 | 7/29/2002 | 3.0 | $375.00 | Analysis of cause of duplicate data in b-Linx (1.0); prep program to repair data (1.0); test repair data program (1.0) |
| FRANK VISCONTI - DATA | | $125.00 | 7/29/2002 | 2.2 | $275.00 | Re-extract archived data into backend database |
| FRANK VISCONTI - DATA | | $125.00 | 7/30/2002 | 2.0 | $250.00 | Meeting with J Hasenzahl re alternative process to correct data issues |
| FRANK VISCONTI - DATA | | $125.00 | 7/30/2002 | 0.3 | $37.50 | Database backup |
| FRANK VISCONTI - DATA | | $125.00 | 7/30/2002 | 2.0 | $250.00 | Prep 6 reports for J Hasenzahl |
| FRANK VISCONTI - DATA | | $125.00 | 7/31/2002 | 1.0 | $125.00 | Meeting with J Hasenzahl re revision to processes for extraction of WR Grace information |
| FRANK VISCONTI - DATA | | $125.00 | 7/31/2002 | 3.0 | $375.00 | Re-extract data into system |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|-----------|-------------|
| **July 2002** | | | | | | |
| Data & System Manage | | | | | | |
| | | Data & System Manage Total: | | 54.4 | $9,475.00 | |
| Noticing Management | | | | | | |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/1/2002 | 0.5 | $32.50 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/1/2002 | 1.0 | $65.00 | Review returned mail - analysis of defective addresses |
| JAMES MYERS - CAS | | $65.00 | 7/1/2002 | 0.1 | $6.50 | Discuss presentation of proof of service with L Bruce |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/1/2002 | 0.1 | $27.50 | Analysis of BMC and RR Donnelly final proof of service documents, PSZYJ requested hard copy of service documents |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/1/2002 | 0.9 | $247.50 | Review status of all noticing activities from 6/22 (.3); prepare report (.4); prep corresp to parties to distribute (.2) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/1/2002 | 0.1 | $27.50 | Provide M Dalsin with xls version of May service list |
| ROY BAEZ - CAS | | $65.00 | 7/2/2002 | 3.1 | $201.50 | Review and process returned mail received for client-coa |
| LISA JEFFCOAT - CAS | | $65.00 | 7/2/2002 | 1.0 | $65.00 | Completed revisions to POS for Donnelley |
| ROY BAEZ - CAS | | $65.00 | 7/2/2002 | 0.7 | $45.50 | Prep and mail coa's |
| JAMES MYERS - CAS | | $65.00 | 7/2/2002 | 0.2 | $13.00 | Prep cd of Donnelly Proof of Service and address list |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/2/2002 | 1.0 | $65.00 | Review returned mail - analysis of defective addresses |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/2/2002 | 0.3 | $82.50 | Coordinate supplemental notice/supplemental POS |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/2/2002 | 1.0 | $65.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/2/2002 | 2.0 | $130.00 | Review returned mail - analysis of defective addresses |
| MYRTLE JOHN - SR_BK | | $185.00 | 7/3/2002 | 0.2 | $37.00 | Review declaration of service and attachments re supplemental bar date notice, for quality control and processing |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/3/2002 | 1.5 | $97.50 | Review returned mail - analysis of defective addresses |
| LISA JEFFCOAT - CAS | | $65.00 | 7/3/2002 | 0.1 | $6.50 | Received approval, e-mailed to Julia for Donnelley |
| TARIN ONEILL - CI | | $65.00 | 7/3/2002 | 2.0 | $130.00 | Review and process returned mail received for client 821 pieces of no COA |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/3/2002 | 1.0 | $65.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/3/2002 | 2.5 | $162.50 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/4/2002 | 3.0 | $195.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/4/2002 | 3.0 | $195.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/4/2002 | 2.0 | $130.00 | Review returned mail - analysis of defective addresses |
| JAMES MYERS - CAS | | $65.00 | 7/5/2002 | 4.0 | $260.00 | Review returned mail - analysis of defective addresses |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **July 2002** | | | | | | |
| Noticing Management | | | | | | |
| ROY BAEZ - CAS | | $65.00 | 7/5/2002 | 2.9 | $188.50 | Review and process returned mail received for client - coa |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/5/2002 | 3.0 | $195.00 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/5/2002 | 2.0 | $130.00 | Review and process returned mail received for client 579 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 7/5/2002 | 1.5 | $97.50 | Review and process returned mail received for client 345 pieces of no COA |
| TRINA CARTER. - CI | | $45.00 | 7/5/2002 | 1.0 | $45.00 | Review and process returned mail received for client COA, 60 pieces |
| TARIN ONEILL - CI | | $65.00 | 7/5/2002 | 1.5 | $97.50 | Review and process returned mail received for client w/COA (100) pieces |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/6/2002 | 2.5 | $162.50 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/6/2002 | 3.0 | $195.00 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 7/8/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/8/2002 | 2.0 | $130.00 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/8/2002 | 2.0 | $130.00 | Review and process returned mail received for client 570 pieces of no COA |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/8/2002 | 1.0 | $65.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/8/2002 | 2.5 | $162.50 | Review and process returned mail received for client- coa |
| ROY BAEZ - CAS | | $65.00 | 7/8/2002 | 1.6 | $104.00 | recordation/archiving returned mail - coa & no coa |
| JAMES MYERS - CAS | | $65.00 | 7/8/2002 | 3.9 | $253.50 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/8/2002 | 1.0 | $65.00 | Review and process returned mail received for client w/COA 86 pieces |
| TARIN ONEILL - CI | | $65.00 | 7/8/2002 | 1.5 | $97.50 | Review and process returned mail received for client w/COA 76 pieces |
| JAMES MYERS - CAS | | $65.00 | 7/8/2002 | 1.4 | $91.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/9/2002 | 6.0 | $390.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/9/2002 | 1.0 | $65.00 | Review returned mail - analysis of defective addresses |
| LISA JEFFCOAT - CAS | | $65.00 | 7/9/2002 | 4.0 | $260.00 | Review and process mail received for client, and identify COA return mail for further processing. |
| HEATHER WALKER - CI | | $45.00 | 7/9/2002 | 7.0 | $315.00 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 7/9/2002 | 6.0 | $270.00 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/9/2002 | 4.0 | $260.00 | Review and process returned mail received for client1365 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 7/9/2002 | 2.5 | $162.50 | Review and process returned mail received for client 683 pieces of no CoA |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **July 2002** | | | | | | |
| Noticing Management | | | | | | |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/9/2002 | 6.5 | $422.50 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/10/2002 | 0.5 | $32.50 | Review and process returned mail received for client 50 pieces of COA. |
| ROY BAEZ - CAS | | $65.00 | 7/10/2002 | 0.6 | $39.00 | prepare labels/resend coas |
| ROY BAEZ - CAS | | $65.00 | 7/10/2002 | 0.5 | $32.50 | Process/Prep/ archive return mail |
| TARIN ONEILL - CI | | $65.00 | 7/10/2002 | 5.5 | $357.50 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/10/2002 | 7.2 | $468.00 | Review returned mail - analysis of defective addresses |
| LISA RUPPANER - CASE | | $75.00 | 7/10/2002 | 0.5 | $37.50 | Review incoming mail and update creditors service list. |
| TRINA CARTER. - CI | | $45.00 | 7/10/2002 | 5.5 | $247.50 | Review returned mail - analysis of defective addresses |
| HEATHER WALKER - CI | | $45.00 | 7/10/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/10/2002 | 7.5 | $487.50 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/11/2002 | 2.0 | $130.00 | Review and process returned mail received for client, 186 pieces of COA. |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/11/2002 | 5.0 | $325.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/11/2002 | 2.0 | $130.00 | Review and process returned mail received for client 174 pieces of COA. |
| TARIN ONEILL - CI | | $65.00 | 7/11/2002 | 4.5 | $292.50 | Review returned mail - analysis of defective addresses |
| HEATHER WALKER - CI | | $45.00 | 7/11/2002 | 5.2 | $234.00 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 7/11/2002 | 7.5 | $337.50 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/11/2002 | 4.5 | $292.50 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/11/2002 | 1.5 | $97.50 | Review and process returned mail received for client 272 pieces of no COA |
| LISA JEFFCOAT - CAS | | $65.00 | 7/11/2002 | 7.2 | $468.00 | Review returned mail - analysis of defective addresses |
| HEATHER WALKER - CI | | $45.00 | 7/12/2002 | 6.0 | $270.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/12/2002 | 0.5 | $32.50 | Process/Prep/ archive return mail |
| LISA JEFFCOAT - CAS | | $65.00 | 7/12/2002 | 5.2 | $338.00 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 7/12/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/13/2002 | 2.0 | $130.00 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/15/2002 | 5.5 | $357.50 | Review returned mail - analysis of defective addresses |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **July 2002** | | | | | | |
| Noticing Management | | | | | | |
| ROY BAEZ - CAS | | $65.00 | 7/15/2002 | 0.7 | $45.50 | Review and process returned mail received for client - coa |
| LISA JEFFCOAT - CAS | | $65.00 | 7/15/2002 | 5.0 | $325.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/15/2002 | 5.5 | $357.50 | Review returned mail - analysis of defective addresses |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/15/2002 | 8.5 | $552.50 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 7/15/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/15/2002 | 1.5 | $97.50 | Review and process returned mail received for client329 pieces of no COA |
| LISA JEFFCOAT - CAS | | $65.00 | 7/15/2002 | 3.0 | $195.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/16/2002 | 1.1 | $71.50 | Process/Prep/ archive return mail |
| TRINA CARTER. - CI | | $45.00 | 7/16/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| HEATHER WALKER - CI | | $45.00 | 7/16/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/16/2002 | 0.1 | $27.50 | Return mail report, distribute |
| LISA JEFFCOAT - CAS | | $65.00 | 7/16/2002 | 5.0 | $325.00 | Review returned mail - analysis of defective addresses |
| TARIN ONEILL - CI | | $65.00 | 7/16/2002 | 2.5 | $162.50 | Review and process returned mail received for client 818 pieces of no COA |
| TARIN ONEILL - CI | | $65.00 | 7/16/2002 | 1.0 | $65.00 | Review and process returned mail received for client 349 pieces of no COA |
| TRINA CARTER. - CI | | $45.00 | 7/17/2002 | 2.5 | $112.50 | Review and process returned mail received for client, 462 pieces of no COA |
| HEATHER WALKER - CI | | $45.00 | 7/17/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/17/2002 | 1.4 | $91.00 | combining /reviewing returned mail reports - summary creation |
| JOHN MCKIERNAN - CAS | | $65.00 | 7/17/2002 | 1.5 | $97.50 | Review and process returned mail received for client, 155 pieces of COA. |
| TRINA CARTER. - CI | | $45.00 | 7/17/2002 | 4.6 | $207.00 | Review returned mail - analysis of defective addresses |
| LISA RUPPANER - CASE | | $75.00 | 7/17/2002 | 1.0 | $75.00 | Review incoming mail, update creditors list and handle information request re claims |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/17/2002 | 2.0 | $300.00 | Prep update to WR Grace mailfiles with returned mail dataworksheets |
| HEATHER WALKER - CI | | $45.00 | 7/18/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 7/18/2002 | 2.0 | $90.00 | Review and process returned mail received for client, 572 pieces of no COA |
| ROY BAEZ - CAS | | $65.00 | 7/18/2002 | 1.5 | $97.50 | Review and process returned mail received for client - coa |
| STEVEN HEATHCOCK - DATA | | $150.00 | 7/18/2002 | 1.9 | $285.00 | Update mailfiles with returned mail dataworksheets with F Visconti |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **July 2002** | | | | | | |
| Noticing Management | | | | | | |
| TRINA CARTER. - CI | | $45.00 | 7/18/2002 | 4.0 | $180.00 | Review returned mail - analysis of defective addresses |
| HEATHER WALKER - CI | | $45.00 | 7/19/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/19/2002 | 0.7 | $45.50 | Process/Prep/ archive return mail |
| TARIN ONEILL - CI | | $65.00 | 7/19/2002 | 3.5 | $227.50 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 7/22/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| HEATHER WALKER - CI | | $45.00 | 7/23/2002 | 6.0 | $270.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/23/2002 | 0.6 | $39.00 | Review and process returned mail received for client - coa |
| HEATHER WALKER - CI | | $45.00 | 7/24/2002 | 5.0 | $225.00 | Review returned mail - analysis of defective addresses |
| LISA JEFFCOAT - CAS | | $65.00 | 7/25/2002 | 2.0 | $130.00 | Review returned mail - analysis of defective addresses |
| LISA JEFFCOAT - CAS | | $65.00 | 7/25/2002 | 3.0 | $195.00 | Review returned mail - analysis of defective addresses |
| TRINA CARTER. - CI | | $45.00 | 7/25/2002 | 3.0 | $135.00 | Review returned mail - analysis of defective addresses |
| ROY BAEZ - CAS | | $65.00 | 7/26/2002 | 0.5 | $32.50 | Process/Prep/ archive return mail - coa |
| LISA JEFFCOAT - CAS | | $65.00 | 7/29/2002 | 5.0 | $325.00 | Review returned mail - analysis of defective addresses |
| LISA RUPPANER - CASE | | $75.00 | 7/30/2002 | 0.2 | $15.00 | Update of the 2002 List from information listed on the Court Docket. |
| | | Noticing Management Total: | | 324.8 | $19,493.50 | |
| Schedule & SOFA Supp | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/8/2002 | 0.1 | $27.50 | Supplementals - Telephone with M Brown re status of review of proposed Schedule F parties |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 7/10/2002 | 0.7 | $192.50 | Analysis of M Brown revisions (.2); incorporate revisions from M Brown (.3); prepare corresp to M Brown re revisions (.2) |
| SHEILA GOOLD - CONSULT | | $125.00 | 7/12/2002 | 1.4 | $175.00 | Prepare schedule amendment notices for Darex PR, Remedium and Conn entities |
| SHEILA GOOLD - CONSULT | | $125.00 | 7/12/2002 | 2.0 | $250.00 | Revisions to amended schedule f for Conn and Canada |
| SHEILA GOOLD - CONSULT | | $125.00 | 7/13/2002 | 2.0 | $250.00 | Prepare schedule summaries, amended schedule notices and consolidate final drafts by debtor for Conn, Darex and Remedium amended schedules |
| SHEILA GOOLD - CONSULT | | $125.00 | 7/14/2002 | 2.1 | $262.50 | Final revision of consolidation of amended schedules for Darex, Conn and Remedium debtors. |
| MYRTLE JOHN - SR_BK | | $185.00 | 7/15/2002 | 0.2 | $37.00 | Office conference with J Hasenzahl and review and revise supplemental schedule |
| | | Schedule & SOFA Supp Total: | | 8.5 | $1,194.50 | |
| Travel | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 7/29/2002 | 4.5 | $618.75 | LAX to BWI |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|-----------|-------------|
| **July 2002** | | | | | | |
| Travel | | | | · | | |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 7/31/2002 | 4.0 | $550.00 | BWI to LA return from Columbia |
| | | | Travel Total: | 8.5 | $1,168.75 | |
| | | | July 2002 Total: | 507.2 | $48,181.75 | |

EXHIBIT 1

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| | | Grand Total: | | 507.2 | $48,181.75 | |

EXHIBIT 1

# Bankruptcy Management Corporation
## WR GRACE
### Professional Activity Summary
### Date Range: 7/1/2002 thru 7/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Case Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 9.3 | $2,557.50 |
| DATA | | | |
| Frank Visconti | $125.00 | 2.7 | $337.50 |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 1.0 | $75.00 |
| | Total: | 13.0 | $2,970.00 |
| **Case Support** | | | |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 5.2 | $390.00 |
| | Total: | 5.2 | $390.00 |
| **Claim Reconciliation** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 7.1 | $1,952.50 |
| CONSULT | | | |
| Amy Oswald | $150.00 | 19.3 | $2,895.00 |
| Brian Hall | $125.00 | 25.2 | $3,150.00 |
| DATA | | | |
| Steven Heathcock | $150.00 | 0.3 | $45.00 |
| | Total: | 51.9 | $8,042.50 |
| **Claims Processing** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 0.4 | $110.00 |
| CAS | | | |
| John McKiernan | $65.00 | 2.5 | $162.50 |
| CONSULT | | | |
| Amy Oswald | $150.00 | 8.5 | $1,275.00 |
| Anne Carter | $125.00 | 21.0 | $2,625.00 |
| DATA | | | |
| Steven Heathcock | $150.00 | 8.5 | $1,275.00 |
| | Total: | 40.9 | $5,447.50 |
| **Data & System Manage** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 17.2 | $4,730.00 |
| CAS | | | |
| John McKiernan | $65.00 | 3.0 | $195.00 |
| DATA | | | |
| Diane George | $125.00 | 2.1 | $262.50 |
| Frank Visconti | $125.00 | 24.6 | $3,075.00 |
| Steven Heathcock | $150.00 | 4.0 | $600.00 |
| TECH | | | |
| Trevor L Allen | $175.00 | 3.5 | $612.50 |
| | Total: | 54.4 | $9,475.00 |

**EXHIBIT 1**

## Bankruptcy Management Corporation
### WR GRACE
Professional Activity Summary

Date Range: 7/1/2002 thru 7/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Noticing Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 1.5 | $412.50 |
| CAS | | | |
| James Myers | $65.00 | 9.6 | $624.00 |
| John McKleman | $65.00 | 66.5 | $4,322.50 |
| Lisa Jeffcoat | $65.00 | 40.5 | $2,632.50 |
| Roy Baez | $65.00 | 37.6 | $2,444.00 |
| SR_BK | | | |
| Myrtle John | $185.00 | 0.2 | $37.00 |
| DATA | | | |
| Steven Heathcock | $150.00 | 3.9 | $585.00 |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 1.7 | $127.50 |
| CI | | | |
| Heather Walker | $45.00 | 54.2 | $2,439.00 |
| Tarin Oneill | $65.00 | 48.0 | $3,120.00 |
| Trina Carter. | $45.00 | 61.1 | $2,749.50 |
| | Total: | 324.8 | $19,493.50 |
| | | | |
| **Schedule & SOFA Supp** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 0.8 | $220.00 |
| SR_BK | | | |
| Myrtle John | $185.00 | 0.2 | $37.00 |
| CONSULT | | | |
| Sheila Goold | $125.00 | 7.5 | $937.50 |
| | Total: | 8.5 | $1,194.50 |
| | | | |
| **Travel** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 8.5 | $1,168.75 |
| | Total: | 8.5 | $1,168.75 |
| | | | |
| | Grand Total: | 507.2 | $48,181.75 |

**EXHIBIT 1**

**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

======================================================

July 1 through July 31, 2002                    Invoice #. WRG020731

EXPENSE REIMBURSEMENT:

| | |
|---|---|
| b-Linx data storage | $850.00 |
| Airline | 545.35 |
| Lodging | 448.45 |
| Miscellaneous | 480.31 |
| Pacer | 65.00 |
| Rental Vehicle | 121.22 |
| Sub-Total | $2,510.33 |

PRODUCTION EXPENSES:

| | |
|---|---|
| 7/1/2002 – Proof of Claim Bar Date Supplemental Mailing | $7,232.38 |
| 7/17/2002 – Sample Property Damage and Medical Monitoring Claims | 386.07 |
| 7/31/2002 – Return Mail Postage – Resend | 572.70 |
| Sub-Total | $8,191.15 |

TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION:      $10,701.48

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

Expense Reimbursement Summary

**WR Grace**

Invoice Number: WRG020731

Date: 7/31/2002

| | |
|---|---|
| Airline | $545.35 |
| B-Linx/Data Storage | $850.00 |
| Lodging | $448.45 |
| Misc | $480.31 |
| Pacer | $65.00 |
| Rental Vehicle | $121.22 |
| **Total** | **$2,510.33** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
206/725-5405

**Expense Reimbursement Detail**

**WR Grace**

Invoice Number: WRG020731

| | | | | |
|---|---|---|---|---|
| 7/29/02 | Hasenzahl | Airline | $545.35 | lax/baltimore |
| 7/31/02 | BMC | B-Linx/Data Storage | $850.00 | |
| 7/31/02 | Hasenzahl | Lodging | $448.45 | 2 nights, Columbia Maryland |
| 7/11/02 | Hasenzahl | Misc | $480.31 | Libby montana mailing list |
| 7/31/02 | BMC | Pacer | $65.00 | crt docs downloads |
| 7/30/02 | Hasenzahl | Rental Vehicle | $6.72 | fuel for rental |
| 7/29/02 | Hasenzahl | Rental Vehicle | $114.50 | columbia rental |

| Total | $2,510.33 |
|---|---|

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S
Seattle, WA 98118
(206) 725-5405

WR Grace

*PRODUCTION INVOICE SUMMARY*

| Invoice Number | Production Date | | Total |
|---|---|---|---|
| Invoice # 021-20020701 | 7/1/2002 | $ | 7,232.38 |
| Invoice # 021-20020717 | 7/17/2002 | $ | 386.07 |
| Invoice # 021-20020731 | 7/31/2002 | $ | 572.70 |
| | | **Total $** | **8,191.15** |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S.
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date - 7/1/2002**
**Invoice # 021-20020701**

| Notice | Number of Pages | Number of Parties | Copies Each | Handling Each | Supplies Each | Subtotal |
|---|---|---|---|---|---|---|
| Proof of Claim Bar Date Supp'l MF 1300 | 29 | 922 | $ 0.15 | $ 0.10 | $ | 6,684.50 |
| | | 922 | | | $ 0.17 | $ 156.74 |

| | | |
|---|---|---|
| Total Copies\Handling | $ | 6,684.50 |
| Supplies | $ | 156.74 |
| Document Set Up | $ | 25.00 |
| Mail File Set Up | $ | 25.00 |
| Postage | $ | 341.14 |
| Total | $ | 7,232.38 |

*Invoice Due Upon Receipt*

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S.
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date - 7/17/2002**
**Invoice # 021-20020717**

| Item | Number of Pages | Number of Parties | Copies Each | Handling Each | Supplies Each | Subtotal |
|---|---|---|---|---|---|---|
| Sample PD / MM Claims | 1456 | 1 | $ 0.15 | $ 0.10 | | $ 364.00 |
| | | 1 | | | $ 0.17 | $ 0.17 |

| | | |
|---|---|---|
| Total Copies\Handling | $ | 364.00 |
| Supplies | $ | 0.17 |
| Document Set Up | | -- |
| Mail File Set Up | | -- |
| Federal Express (1) | $ | 21.90 |
| **Total** | **$** | **386.07** |

*Invoice Due Upon Receipt*

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S.
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date - 7/31/2002**
**Invoice # 021-20020731**

| Item | | Amount |
|------|---|-------:|
| Return Mail Resend Postage for July, 2002 | $ | 572.70 |
| **Sub-Totals** | **$** | **572.70** |

| | | |
|---|---|---:|
| **Total** $ | | **572.70** |

*Invoice Due Upon Receipt*

**EXHIBIT 2**