**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
Counsel and Chief Restructuring Officer

==================================================

August 1 through August 31, 2002 Invoice #. WRG020831F

Consulting Services:

| CONSULTANT | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Julia Hasenzahl | $275.00 | 20.9 | $5,747.50 |
| Trevor L. Allen | $175.00 | 4.0 | 700.00 |
| Martha Araki | $200.00 | 5.6 | 1,120.00 |
| Roy Baez | $65.00 | 1.4 | 91.00 |
| Brendan Bosack | $165.00 | 4.0 | 660.00 |
| Mike Booth | $150.00 | 17.2 | 2,580.00 |
| Trina Carter | $45.00 | 2.0 | 90.00 |
| Brad Daniel | $200.00 | 1.2 | 240.00 |
| Mike Grimmett | $150.00 | 9.9 | 1,485.00 |
| Brian Hall | $125.00 | 26.7 | 3,337.50 |
| Steven Heathcock | $150.00 | 6.7 | 1,005.00 |
| Sue Herrschaft | $185.00 | 32.7 | 6,049.50 |
| Leila Hughes | $75.00 | 11.7 | 877.50 |
| Sarah Lampi | $125.00 | 11.0 | 1,375.00 |
| Terri Marshall | $150.00 | 0.4 | 60.00 |
| Jeffrey Miller | $150.00 | 31.8 | 4,770.00 |
| Amy Oswald | $150.00 | 63.3 | 9,495.00 |
| Lisa Ruppaner | $75.00 | 15.2 | 1,140.00 |
| Frank Visconti | $125.00 | 58.5 | 7,312.50 |
| Anna Wick | $90.00 | 6.6 | 594.00 |
| TOTAL CONSULTING FEES: | | 330.8 | $48,729.50 |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Case Management | | | | | | |
| MIKE BOOTH - REC | | $150.00 | 8/2/2002 | 0.2 | $30.00 | Discussion w/J Hasenzahl re scope of claim review and analysis. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/7/2002 | 0.2 | $55.00 | Conf call with M Dalsin re claims data, updates to data format |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/7/2002 | 0.1 | $27.50 | Conf call with T Delbrugge re claim types/IRS claims |
| LISA RUPPANER - CASE | | $75.00 | 8/8/2002 | 0.1 | $7.50 | Communicate Status of Case to Project Manager. |
| AMY OSWALD - CONSULT | | $150.00 | 8/9/2002 | 0.7 | $105.00 | Conference call with Julia Hasenzahl regarding docket review project |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/13/2002 | 0.1 | $27.50 | email/conf call with M Dalsin re data transfer updates to format, changes to Rust data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/14/2002 | 1.1 | $302.50 | Conf call with M Dalsin at Rust re review/verification of new data format for form10, review processing issues |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/14/2002 | 0.1 | $15.00 | Respond to J Hasenzahl re availability of case status report |
| FRANK VISCONTI - DATA | | $125.00 | 8/15/2002 | 3.0 | $375.00 | Analysis of process to manually match vendor codes (2.5); telephone with M Booth re process for matching vendor codes (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/15/2002 | 0.5 | $92.50 | Meeting with J Hasenzahl re: Grace project |
| MIKE BOOTH - REC | | $150.00 | 8/15/2002 | 0.9 | $135.00 | Review e-mail from J Hasenzahl re scope of upcoming project. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/16/2002 | 3.0 | $555.00 | Internet research re: asbestos |
| AMY OSWALD - CONSULT | | $150.00 | 8/19/2002 | 0.3 | $45.00 | Conference call with Julia Hasenzahl regarding asbestos docket review project summary |
| MIKE BOOTH - REC | | $150.00 | 8/19/2002 | 0.4 | $60.00 | Phone discussion w/J Hasenzahl re status of PWC Schedule & vendor code project. |
| MIKE BOOTH - REC | | $150.00 | 8/19/2002 | 0.6 | $90.00 | Review discussion & overview of PWC Schedules & vendor code project. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/20/2002 | 1.1 | $302.50 | Meeting with S Herrschaft and M Grimmet re review outstanding data extraction and PWC data verification issues, plan updates and final extraction of remaining data in preparation for schedule to claim matching |
| MIKE BOOTH - REC | | $150.00 | 8/20/2002 | 0.4 | $60.00 | Meeting discussion w/ Lelia Hughes re Grace review project status. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/20/2002 | 1.0 | $185.00 | Review data transfer protocol |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/20/2002 | 1.3 | $240.50 | Planning meeting w/ J Hasenzahl re: 9/6 meeting |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/21/2002 | 1.0 | $185.00 | Revise data transfer process |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/21/2002 | 1.0 | $185.00 | Research data transfer protocol |
| LISA RUPPANER - CASE | | $75.00 | 8/21/2002 | 0.2 | $15.00 | Meet with Project Manager to discuss recent activity. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/22/2002 | 0.1 | $27.50 | Review claims report for distribution |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/22/2002 | 0.6 | $111.00 | Analysis of docket review report from A Oswald |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/22/2002 | 0.7 | $129.50 | Analyze court docket |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/22/2002 | 1.1 | $302.50 | Analysis of status of outstanding activities (.6) meeting with S Herrschaft re status update (.5) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/22/2002 | 0.1 | $27.50 | Telephone with M Dalsin re status of weekly data extract |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Case Management | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/22/2002 | 0.2 | $55.00 | Telephone with M Dalsin re data, status of medical monitoring/property damage forms |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/22/2002 | 1.0 | $185.00 | Meeting w/J Hasenzahl re: docket review and data transfer process |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/23/2002 | 0.2 | $37.00 | Prep memo re conf call w/ J Hasenzahl, M Grimmet and F Visconti re: PwC contract info extraction |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 8/26/2002 | 0.5 | $75.00 | Discuss issues regarding data updates. |
| FRANK VISCONTI - DATA | | $125.00 | 8/26/2002 | 0.2 | $25.00 | Prep memo to J Hasenzahl re status of WR Grace data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/26/2002 | 0.2 | $37.00 | Meet w/ A Wick re: powertools and standardization of reports. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/26/2002 | 0.5 | $92.50 | Meet w/ J Hasenzahl, M Grimmet and F Visconti re: PwC contract info and schedule extractions |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/26/2002 | 0.6 | $165.00 | Meeting with BMC team to prepare for September 6 meeting |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/29/2002 | 0.5 | $92.50 | Conference call w/ J Hasenzahl and F Visconti. re: b-Linx extraction of schedule and AP information. |
| | | Case Management Total: | | 23.8 | $4,457.50 | |
| Case Support | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 8/1/2002 | 1.0 | $75.00 | Review Case Docket Listing and download and applicable pleadings and notices from the Court. |
| LISA RUPPANER - CASE | | $75.00 | 8/8/2002 | 0.5 | $37.50 | Update case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 8/8/2002 | 2.0 | $150.00 | Research Docket, review entries and 15 pleadings for calendar and update to mail list/2002. |
| LISA RUPPANER - CASE | | $75.00 | 8/8/2002 | 0.1 | $7.50 | Call to M. Dalsin at Rust Consultants re Status of Claims. |
| LISA RUPPANER - CASE | | $75.00 | 8/12/2002 | 1.0 | $75.00 | Review Docket and retrieve documents for further action and updates to the case. |
| LISA RUPPANER - CASE | | $75.00 | 8/16/2002 | 0.1 | $7.50 | Inquiry from Attorney re Trust and payment of claims. |
| TERRI MARSHALL - SR_CONSULT | | $150.00 | 8/19/2002 | 0.3 | $45.00 | Discussion with Mike Booth re: schedule to vendor number match. |
| LISA RUPPANER - CASE | | $75.00 | 8/19/2002 | 1.5 | $112.50 | Analysis of Docket for any Pleadings needed for Case Update. |
| LISA RUPPANER - CASE | | $75.00 | 8/19/2002 | 0.5 | $37.50 | Update Case Calendar. |
| TERRI MARSHALL - SR_CONSULT | | $150.00 | 8/20/2002 | 0.1 | $15.00 | Discussion with Mike Booth re: different query that could assist in schedule/vendor number match. |
| LISA RUPPANER - CASE | | $75.00 | 8/22/2002 | 0.1 | $7.50 | Call from Creditor requesting information on Asbestos Proof of Claim. |
| LISA RUPPANER - CASE | | $75.00 | 8/23/2002 | 0.1 | $7.50 | Prep Case Support Status Report. |
| LISA RUPPANER - CASE | | $75.00 | 8/23/2002 | 1.5 | $112.50 | Review Docket and Pleadings (1.0); and review Hearing Deadline Schedule from WebPacer (.5) |
| LISA RUPPANER - CASE | | $75.00 | 8/26/2002 | 0.5 | $37.50 | Analyze Docket and Pleadings for case update (.2). Provide update to Case Calendar and 2002 Update. (.3) |
| LISA RUPPANER - CASE | | $75.00 | 8/26/2002 | 0.2 | $15.00 | Provide Update to Case Calendar |
| LISA RUPPANER - CASE | | $75.00 | 8/28/2002 | 0.2 | $15.00 | Review Docket for Pleadings for case update. |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Case Support | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 8/28/2002 | 0.1 | $7.50 | Review returned mail - analysis of defective addresses |
| LISA RUPPANER - CASE | | $75.00 | 8/28/2002 | 0.5 | $37.50 | Research Order from Court Docket Listing per request from attorney Dave Sowder. |
| | | Case Support Total: | | 10.3 | $802.50 | |
| Claim Reconciliation | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/1/2002 | 1.6 | $440.00 | Analyze data (.6), verify invoice mapping (.5), verify vendors (.5) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/2/2002 | 0.7 | $192.50 | Verification PWC invoice data to schedule data and Grace extractions |
| AMY OSWALD - CONSULT | | $150.00 | 8/2/2002 | 1.5 | $225.00 | Analysis of docket for status of leases (i.e assume, object, etc.) ' |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/3/2002 | 3.2 | $880.00 | Analyze claims, claim types (1.3); review IRS claims (.6); analyze new claim types for medical monitoring, property damage, personal injury, etc (1.3) |
| AMY OSWALD - CONSULT | | $150.00 | 8/4/2002 | 3.0 | $450.00 | Analysis of docket for status of leases (i.e assume, object, etc.) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/4/2002 | 0.4 | $110.00 | Analysis of Rust data extraction (.2), revised data specs (.1), review transfer (.1) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/4/2002 | 0.4 | $110.00 | Review data mapping, claim review with J Miller |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/4/2002 | 0.7 | $192.50 | Final prep of sample claims, claim type information for delivery to T Delbrugge and M Brown |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/5/2002 | 0.7 | $105.00 | Conference w/B Hall re claims review process for asbestos claims |
| AMY OSWALD - CONSULT | | $150.00 | 8/5/2002 | 2.0 | $300.00 | Analysis docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/5/2002 | 1.3 | $357.50 | Conf call with T Delbrugge and M Brown re followup of claim samples, IRS claim review, criteria for matching, detail review with J Miller |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/5/2002 | 2.5 | $375.00 | Review claims database and develop internal data transfer protocol |
| BRIAN HALL - CONSULT | | $125.00 | 8/5/2002 | 1.8 | $225.00 | Analysis of 70 docketed claims to audit docketing (1.1); revise b-Linx accordingly (.7) |
| BRIAN HALL - CONSULT | | $125.00 | 8/5/2002 | 1.5 | $187.50 | Analysis of 55 docketed claims to audit docketing (.9); revise b-Linx accordingly (.6) |
| BRIAN HALL - CONSULT | | $125.00 | 8/5/2002 | 2.2 | $275.00 | Analysis of 90 docketed claims to audit docketing (1.5); revise b-Linx accordingly (.7) |
| SARAH LAMPI - SR_CONSULT | | $125.00 | 8/6/2002 | 2.0 | $250.00 | reviewing IRS claims to determine duplicative cross case claims |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/6/2002 | 1.8 | $270.00 | Analysis of claim data extrapolated into b-Linx (.7); prepare memo re update with claim type (1.2) |
| SARAH LAMPI - SR_CONSULT | | $125.00 | 8/7/2002 | 7.0 | $875.00 | reviewing IRS claims to determine duplicative claims |
| AMY OSWALD - CONSULT | | $150.00 | 8/7/2002 | 4.0 | $600.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| BRIAN HALL - CONSULT | | $125.00 | 8/8/2002 | 1.7 | $212.50 | Analysis of 60 docketed claims to audit docketing (1.0); revise b-Linx accordingly (.7) |
| MARTHA ARAKI - SR_BK | | $200.00 | 8/8/2002 | 0.1 | $20.00 | Telephone from JH re claim type descriptions for claim reconciliation process |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Claim Reconciliation | | | | | | |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/8/2002 | 2.5 | $375.00 | Analysis of IRS claims to determine surviving IRS claims after applying objections |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/8/2002 | 2.4 | $360.00 | Determine claim type examples to accompany claims type variance report |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/8/2002 | 1.7 | $255.00 | Prepare claims review process documentation for client related to applicable claim types and sub-type |
| BRIAN HALL - CONSULT | | $125.00 | 8/8/2002 | 2.5 | $312.50 | Analysis of 95 docketed claims to audit docketing (1.8); revise b-Linx accordingly (.7) |
| AMY OSWALD - CONSULT | | $150.00 | 8/9/2002 | 4.0 | $600.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| BRIAN HALL - CONSULT | | $125.00 | 8/9/2002 | 2.0 | $250.00 | Analysis of 70 docketed claims to audit docketing (1.5); revise b-Linx accordingly (.5) |
| AMY OSWALD - CONSULT | | $150.00 | 8/9/2002 | 1.2 | $180.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| AMY OSWALD - CONSULT | | $150.00 | 8/10/2002 | 2.0 | $300.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/11/2002 | 3.2 | $880.00 | Prep sample claim type memo, detailed description of each type, samples |
| AMY OSWALD - CONSULT | | $150.00 | 8/11/2002 | 1.2 | $180.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| AMY OSWALD - CONSULT | | $150.00 | 8/11/2002 | 4.0 | $600.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| MARTHA ARAKI - SR_BK | | $200.00 | 8/11/2002 | 5.5 | $1,100.00 | Preparation of claim types, subtypes, general issues and uses |
| AMY OSWALD - CONSULT | | $150.00 | 8/12/2002 | 2.5 | $375.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| BRIAN HALL - CONSULT | | $125.00 | 8/12/2002 | 2.0 | $250.00 | Analysis of 80 docketed claims to audit docketing (1.4); revise b-Linx accordingly (.6) |
| ANNA WICK - DATA | | $90.00 | 8/12/2002 | 0.7 | $63.00 | Prep WR Grace BERT Report re claim data inconsistencies |
| LISA RUPPANER - CASE | | $75.00 | 8/12/2002 | 1.0 | $75.00 | Audit claims in the Claims Review Database. |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/12/2002 | 2.8 | $420.00 | Analysis of claims type/reconciliation training document (1.1); revise claims type/reconciliation training document (1.7) |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/12/2002 | 2.6 | $390.00 | Prepare claims typing definitions (1.8); review procedures for client review/training (.8) |
| SARAH LAMPI - SR_CONSULT | | $125.00 | 8/12/2002 | 2.0 | $250.00 | Helping write tax portion of memo explaining reconciliation process |
| BRIAN HALL - CONSULT | | $125.00 | 8/12/2002 | 2.1 | $262.50 | Analysis of 70 docketed claims to audit docketing (1.6); revise b-Linx accordingly (.5) |
| AMY OSWALD - CONSULT | | $150.00 | 8/12/2002 | 4.0 | $600.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| AMY OSWALD - CONSULT | | $150.00 | 8/13/2002 | 3.0 | $450.00 | Analysis of docket for status of leases, asbestos cases, litigation, bar date information, etc. |
| BRIAN HALL - CONSULT | | $125.00 | 8/13/2002 | 1.5 | $187.50 | Analysis of 50 docketed claims to audit docketing (.9); revise b-Linx accordingly (.6) |
| BRIAN HALL - CONSULT | | $125.00 | 8/13/2002 | 1.5 | $187.50 | Analysis of 50 docketed claims to audit docketing (.9); revise b-Linx accordingly (.6) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/14/2002 | 4.0 | $740.00 | Analysis of claims to determine claim types used |



**EXHIBIT 1**

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Claim Reconciliation | | | | | | |
| AMY OSWALD - CONSULT | | $150.00 | 8/14/2002 | 4.0 | $600.00 | Additional prep summary report of docket for Julia Hasenzahl on leases, asbestos cases, etc. |
| AMY OSWALD - CONSULT | | $150.00 | 8/14/2002 | 3.5 | $525.00 | Revise summary report of docket for Julia Hasenzahl on leases, asbestos cases, etc. |
| BRIAN HALL - CONSULT | | $125.00 | 8/14/2002 | 2.0 | $250.00 | Analysis of 70 docketed claims to audit docketing (1.4); revise b-Linx accordingly (.6) |
| BRIAN HALL - CONSULT | | $125.00 | 8/14/2002 | 1.3 | $162.50 | Analysis of 50 docketed claims to audit docketing (.8); revise b-Linx accordingly (.5) |
| BRIAN HALL - CONSULT | | $125.00 | 8/14/2002 | 0.7 | $87.50 | Analysis of 25 docketed claims to audit docketing (.4); revise b-Linx accordingly (.3) |
| AMY OSWALD - CONSULT | | $150.00 | 8/14/2002 | 4.0 | $600.00 | Prepare summary report of docket for Julia Hasenzahl on leases, asbestos cases, etc. |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/14/2002 | 2.3 | $345.00 | Telephone with B Hall re claims typing issues in training document (.5); Analysis of claims typing issues (.8); revise claims type;reconciliation training document (1.0) |
| BRIAN HALL - CONSULT | | $125.00 | 8/14/2002 | 1.9 | $237.50 | Analysis of 60 docketed claims to audit docketing (1.2); revise b-Linx accordingly (.7) |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/15/2002 | 2.3 | $345.00 | Analysis of additional claims provided by claims agent to determine proper amount classes |
| BRIAN HALL - CONSULT | | $125.00 | 8/15/2002 | 1.5 | $187.50 | Analysis of 50 docketed claims to audit docketing (1.0); revise b-Linx accordingly (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/15/2002 | 1.0 | $185.00 | Continued analysis of claims to determine claim types |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/15/2002 | 1.5 | $277.50 | Analysis of claims to determine claim types |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/15/2002 | 1.6 | $296.00 | Additional analysis of claims to determine claim types |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/15/2002 | 1.5 | $412.50 | Analyze schedule/vendor matching, identify schedules not matched to vendors |
| AMY OSWALD - CONSULT | | $150.00 | 8/15/2002 | 3.7 | $555.00 | Prepare summary report of docket for Julia Hasenzahl on leases, asbestos cases, etc. |
| AMY OSWALD - CONSULT | | $150.00 | 8/16/2002 | 1.2 | $180.00 | Revise summary report of docket for Julia Hasenzahl on asbestos matters |
| AMY OSWALD - CONSULT | | $150.00 | 8/19/2002 | 2.0 | $300.00 | Prepare summary report of docket review of asbestos matters. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/19/2002 | 2.1 | $577.50 | Review claims, verify claims reporting, review issues matching invoice data to scheduled claims |
| AMY OSWALD - CONSULT | | $150.00 | 8/20/2002 | 1.7 | $255.00 | Prepare summary report of docket review of asbestos matters. |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/20/2002 | 2.2 | $330.00 | Claims review audit related to data mapping |
| ANNA WICK - DATA | | $90.00 | 8/20/2002 | 0.6 | $54.00 | Prepare Report on extracted Claims data to verify amounts |
| AMY OSWALD - CONSULT | | $150.00 | 8/21/2002 | 3.3 | $495.00 | Prepare summary report of docket review of asbestos matters. |
| AMY OSWALD - CONSULT | | $150.00 | 8/21/2002 | 4.0 | $600.00 | Prepare summary report of docket review of asbestos matters. |
| AMY OSWALD - CONSULT | | $150.00 | 8/21/2002 | 1.5 | $225.00 | Prepare summary report of docket review of asbestos matters and August hearing. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/22/2002 | 0.3 | $55.50 | Analysis of claims in B-Linx |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Claim Reconciliation | | | | | | |
| AMY OSWALD - CONSULT | | $150.00 | 8/22/2002 | 1.0 | $150.00 | Prepare summary report of docket review and August Hearing. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/22/2002 | 0.2 | $37.00 | Review docketed information and claim types |
| BRAD DANIEL - SR_DATA | | $200.00 | 8/22/2002 | 1.2 | $240.00 | Reconcile new AP data received from 3rd party to schedule data extrapolated into BMC database |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/22/2002 | 0.3 | $55.50 | Review docketed information and claim type - 4 claims |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/22/2002 | 2.2 | $330.00 | Analysis of claims reconciliation process and associated claim types |
| ANNA WICK - DATA | | $90.00 | 8/22/2002 | 0.4 | $36.00 | Research images missing from RUST file import |
| ANNA WICK - DATA | | $90.00 | 8/22/2002 | 0.2 | $18.00 | Prep Missing Claim and Image report with BERT |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/23/2002 | 0.5 | $92.50 | Analyze info on claims objections, objection types and objecting to claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/26/2002 | 3.0 | $555.00 | Analyze docketed info and claim type of 63 claims. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/26/2002 | 0.3 | $55.50 | Review asbestos claims. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/27/2002 | 0.4 | $110.00 | Revised claims reports to T Delbrugge/F Zaremby |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/27/2002 | 0.3 | $55.50 | Review asbestos claims - hard copies vs docketed information |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/27/2002 | 4.0 | $740.00 | Audit asbestos claims - hard copies vs docketed information extracted to b-Linx |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/27/2002 | 1.0 | $185.00 | Review claims report |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/27/2002 | 0.2 | $37.00 | Revise claims data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/27/2002 | 0.3 | $55.50 | Verify Rust/b-Linx extraction data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/27/2002 | 0.1 | $18.50 | Analyze docketed info and claim type - 2 claims |
| BRIAN HALL - CONSULT | | $125.00 | 8/28/2002 | 0.5 | $62.50 | Revision of b-Linx re new creditor information submitted |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/29/2002 | 1.0 | $185.00 | Audit docketed information and claim type - 15 claims. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 8/29/2002 | 0.7 | $192.50 | Analysis of weekly claims data transfer |
| | | Claim Reconciliation Total: | | 171.5 | $27,644.50 | |
| Claims Processing | | | | | | |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/14/2002 | 0.2 | $30.00 | Initial setup of change data module |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/14/2002 | 0.5 | $75.00 | Discussion with Rust re layout change |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/14/2002 | 0.5 | $75.00 | Modify extraction tool (.3); perform latest extraction (.2) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/14/2002 | 0.4 | $60.00 | Research missing totals in b-Linx |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/15/2002 | 1.0 | $150.00 | Extract latest batch of claims (.5); adjust extraction tool to reflect layout changes (.5) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/20/2002 | 0.5 | $75.00 | Research prior claims extractions to verify amts correctly captured |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/21/2002 | 0.3 | $45.00 | Complete extraction mapping document |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/21/2002 | 1.2 | $180.00 | Modify extraction process |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/22/2002 | 0.2 | $37.00 | Review report re: missing images |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/22/2002 | 0.1 | $18.50 | Discussion w/A Wick re: missing images - request report. |



**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Claims Processing | | | | | | |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/23/2002 | 1.5 | $225.00 | Revise extraction process to reflect Rust schema changes (1.0); perform latest extraction of Rust data (.5) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 8/27/2002 | 0.5 | $75.00 | Further modification to extraction tool to support recent changes |
| | | Claims Processing Total: | | 6.9 | $1,045.50 | |
| Data & System Manage | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 8/1/2002 | 3.0 | $375.00 | Research re-extracting PWC data |
| FRANK VISCONTI - DATA | | $125.00 | 8/1/2002 | 2.0 | $250.00 | Re-extract PwC data into system |
| FRANK VISCONTI - DATA | | $125.00 | 8/2/2002 | 4.0 | $500.00 | Continue re-extraction of schedule data into system to address data issues |
| FRANK VISCONTI - DATA | | $125.00 | 8/2/2002 | 0.4 | $50.00 | System backup |
| FRANK VISCONTI - DATA | | $125.00 | 8/6/2002 | 3.0 | $375.00 | Create program for potential vendor matching between Grace data and PWC data with matching vendor codes |
| FRANK VISCONTI - DATA | | $125.00 | 8/6/2002 | 3.0 | $375.00 | Create program of potential vendor matching between Grace data and PWC data for those that do not have matching vendor codes |
| FRANK VISCONTI - DATA | | $125.00 | 8/7/2002 | 2.2 | $275.00 | PWC and Grace data comparison for extraction to bLinx docket module |
| FRANK VISCONTI - DATA | | $125.00 | 8/7/2002 | 0.3 | $37.50 | Prep memo to J Hasenzahl re status of data re-extraction |
| FRANK VISCONTI - DATA | | $125.00 | 8/7/2002 | 1.0 | $125.00 | Compress database for system optimization |
| FRANK VISCONTI - DATA | | $125.00 | 8/8/2002 | 0.5 | $62.50 | Database backup for optimization |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/9/2002 | 1.3 | $195.00 | Analysis of draft of data transfer protocol (.5); revise draft of data transfer protocol (.8) |
| FRANK VISCONTI - DATA | | $125.00 | 8/9/2002 | 0.3 | $37.50 | Backing up database |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/12/2002 | 1.5 | $225.00 | Prepare Rust Consulting data and images for claims transfer processing and review |
| FRANK VISCONTI - DATA | | $125.00 | 8/12/2002 | 1.0 | $125.00 | Verified data in comparison work |
| FRANK VISCONTI - DATA | | $125.00 | 8/13/2002 | 0.8 | $100.00 | Prep query for Grace vendor comparison per J Hasenzahl |
| FRANK VISCONTI - DATA | | $125.00 | 8/13/2002 | 1.0 | $125.00 | Verified data after database server consolidation |
| FRANK VISCONTI - DATA | | $125.00 | 8/14/2002 | 0.3 | $37.50 | Backed up database |
| FRANK VISCONTI - DATA | | $125.00 | 8/14/2002 | 2.0 | $250.00 | Prep query to locate vendor numbers already extracted that may be in PWC data to avoid duplication |
| ANNA WICK - DATA | | $90.00 | 8/14/2002 | 0.2 | $18.00 | Extract claim data, data source format change |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/14/2002 | 1.5 | $225.00 | Review data mapping relationship between Rust Consulting data and b-Linx |
| FRANK VISCONTI - DATA | | $125.00 | 8/15/2002 | 1.0 | $125.00 | Add field to query to maximize data comparison |
| FRANK VISCONTI - DATA | | $125.00 | 8/16/2002 | 2.0 | $250.00 | Test and verify data accuracy |
| FRANK VISCONTI - DATA | | $125.00 | 8/19/2002 | 1.5 | $187.50 | Analysis of data consistencies to optimize system response (.8); maintenance of data consistencies to optimize system response (.7) |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Data & System Manage | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 8/20/2002 | 3.0 | $375.00 | Prep mapping document and data verification of b-Linx re-extraction |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 8/20/2002 | 3.7 | $555.00 | Attempt to match Vendor Numbers from recent extract with scheduled items. |
| FRANK VISCONTI - DATA | | $125.00 | 8/20/2002 | 1.5 | $187.50 | Maintain network consistencies with WR Grace b-Linx database |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 8/20/2002 | 2.9 | $435.00 | Match Vendor Numbers to recent extraction with scheduled items. |
| FRANK VISCONTI - DATA | | $125.00 | 8/21/2002 | 0.3 | $37.50 | Database backup |
| FRANK VISCONTI - DATA | | $125.00 | 8/21/2002 | 1.5 | $187.50 | Continue WR Grace re-extraction (1.0); meeting with J Hasenzahl re mapping verification of data re-extraction (.5) |
| JEFF MILLER - SR_CONSULT | | $150.00 | 8/21/2002 | 1.5 | $225.00 | Discuss data mapping issues with S. Heathcock (.7) and S. Herrschaft(.8) |
| ANNA WICK - DATA | | $90.00 | 8/23/2002 | 0.6 | $54.00 | Extract claim file data into b-Linx database |
| ANNA WICK - DATA | | $90.00 | 8/23/2002 | 0.8 | $72.00 | Reconfigured linked table paths |
| ANNA WICK - DATA | | $90.00 | 8/23/2002 | 0.1 | $9.00 | Research claim/image files |
| ANNA WICK - DATA | | $90.00 | 8/23/2002 | 0.1 | $9.00 | Extract claim files and changes from Rust CD |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/26/2002 | 0.1 | $18.50 | Discussion w/ S Heathcock to resolve Rust extraction issue re: classification. |
| FRANK VISCONTI - DATA | | $125.00 | 8/26/2002 | 3.0 | $375.00 | Prep and documentation of previously mapped data to compare against proposed new mapping |
| ANNA WICK - DATA | | $90.00 | 8/26/2002 | 0.5 | $45.00 | Recover Claim Image files (.3), discussed folder structure with project manager (.2) |
| FRANK VISCONTI - DATA | | $125.00 | 8/26/2002 | 2.0 | $250.00 | Data comparison between Grace Schedule Data and Grace Invoice Data (from PWC) to determine data flow (1.5); mapped out data flow (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/26/2002 | 1.0 | $185.00 | Review data transfer process w/ A Wick and S Heathcock |
| ANNA WICK - DATA | | $90.00 | 8/27/2002 | 0.5 | $45.00 | Update Creditor addresses |
| FRANK VISCONTI - DATA | | $125.00 | 8/29/2002 | 1.0 | $125.00 | Database backup |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 8/29/2002 | 0.2 | $37.00 | Meet w/ A Wick re: weekly Rust extractions |
| ANNA WICK - DATA | | $90.00 | 8/29/2002 | 0.6 | $54.00 | Extract data from Rust CD to server |
| ANNA WICK - DATA | | $90.00 | 8/29/2002 | 0.3 | $27.00 | Extract Rust Claim data into bLinxBE |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 8/30/2002 | 4.0 | $660.00 | Data validation: prepare master totals and validate each piece of data against input files to insure accuracy of data (3.0); work with F Visconti to insure data accuracy (1.0) |
| | | Data & System Manage Total: | | 63.0 | $8,293.50 | |
| Noticing Management | | | | | | |
| ROY BAEZ - CAS | | $65.00 | 8/1/2002 | 0.5 | $32.50 | Review returned mail - analysis of defective addressesw/ coa |
| LISA RUPPANER - CASE | | $75.00 | 8/1/2002 | 0.8 | $60.00 | Analysis of incoming mail (.2); respond to inquires (.2) and correct address information on CMPT and 2002 List (.4) |
| ANNA WICK - DATA | | $90.00 | 8/6/2002 | 0.6 | $54.00 | Run Summary Report in BERT for Bad Addresses |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Noticing Management | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 8/6/2002 | 0.3 | $22.50 | Review returned mail - analysis of defective addresses |
| ANNA WICK - DATA | | $90.00 | 8/6/2002 | 0.1 | $9.00 | Run Summary Report in BERT for Bad Addresses |
| ANNA WICK - DATA | | $90.00 | 8/6/2002 | 0.1 | $9.00 | Run Summary Report in BERT for Bad Addresses |
| ANNA WICK - DATA | | $90.00 | 8/7/2002 | 0.1 | $9.00 | Finish report on 1 set of bad addresses |
| LISA RUPPANER - CASE | | $75.00 | 8/8/2002 | 0.5 | $37.50 | Update new addresses and 2002 requests to the 2002 Listing |
| LISA RUPPANER - CASE | | $75.00 | 8/8/2002 | 1.0 | $75.00 | Revisions to the CMPT, corrections and additions to database re changes of address. |
| LISA RUPPANER - CASE | | $75.00 | 8/12/2002 | 0.1 | $7.50 | Analysis of returned mail for update information to creditor management database |
| LISA RUPPANER - CASE | | $75.00 | 8/14/2002 | 0.1 | $7.50 | Update creditor management power tool and re-send information to creditor based on research. |
| ROY BAEZ - CAS | | $65.00 | 8/14/2002 | 0.6 | $39.00 | Review returned mail - analysis of defective addresses |
| LISA RUPPANER - CASE | | $75.00 | 8/15/2002 | 0.3 | $22.50 | Analysis of returned mail - updated incorrect address information in system. |
| ROY BAEZ - CAS | | $65.00 | 8/16/2002 | 0.3 | $19.50 | Review returned mail - analysis of defective addresses w/ coa |
| ANNA WICK - DATA | | $90.00 | 8/20/2002 | 0.1 | $9.00 | Updated Creditor country field in main database (115620) |
| TRINA CARTER. - CI | | $45.00 | 8/20/2002 | 2.0 | $90.00 | Review and process returned mail received for client - coa/no coa |
| LISA RUPPANER - CASE | | $75.00 | 8/20/2002 | 0.5 | $37.50 | Update 2002 List from Pleadings re Pro Hac Vice Applications and Orders. |
| LISA RUPPANER - CASE | | $75.00 | 8/26/2002 | 0.2 | $15.00 | Update change of address information to CMPT database. |
| LISA RUPPANER - CASE | | $75.00 | 8/27/2002 | 0.1 | $7.50 | Update 2002 List. |
| LISA RUPPANER - CASE | | $75.00 | 8/29/2002 | 0.1 | $7.50 | Provide Update to CMPT database with Address Information. |
| | | Noticing Management Total: | | 8.4 | $571.00 | |
| Schedule & SOFA Supp | | | | | | |
| MIKE BOOTH - REC | | $150.00 | 8/2/2002 | 0.2 | $30.00 | Discussion w/F Visconti re schedule data from PWC & AP data files from Grace. |
| MIKE BOOTH - REC | | $150.00 | 8/15/2002 | 3.5 | $525.00 | Review & research w/F Visconti re systematic way to determine cause/fix of multiple creditors/vendors matched to the same schedule ID (3.0); analysis of schedules for potential issues (.5) |
| FRANK VISCONTI - DATA | | $125.00 | 8/19/2002 | 2.0 | $250.00 | Meeting with M Booth re WR Grace schedule data re-extraction |
| LEILA HUGHES - REC | | $75.00 | 8/19/2002 | 4.0 | $300.00 | Review & analyze PWC schedules & amounts against Grace AP extracted data to assign vendor codes. |
| MIKE BOOTH - REC | | $150.00 | 8/19/2002 | 4.0 | $600.00 | Review & Analyze PWC Schedules and amounts against Grace AP extracted data to assign vendor codes. |
| LEILA HUGHES - REC | | $75.00 | 8/19/2002 | 2.7 | $202.50 | Review & analyze PWC schedules & amounts against Grace AP extracted data to assign vendor codes. |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **August 2002** | | | | | | |
| Schedule & SOFA Supp | | | | | | |
| LEILA HUGHES - REC | | $75.00 | 8/19/2002 | 4.0 | $300.00 | Review & analyze PWC schedules & amounts against Grace AP extracted data to assign vendor codes. |
| MIKE BOOTH - REC | | $150.00 | 8/19/2002 | 4.0 | $600.00 | Review & analyze PWC Schedules and amounts against Grace AP extracted data to assign vendor codes. |
| MIKE BOOTH - REC | | $150.00 | 8/19/2002 | 3.0 | $450.00 | Review & analyze PWC Schedules and amounts against Grace AP extracted data to assign vendor codes. |
| LEILA HUGHES - REC | | $75.00 | 8/19/2002 | 0.5 | $37.50 | Review procedures for schedule review |
| LEILA HUGHES - REC | | $75.00 | 8/20/2002 | 0.5 | $37.50 | Review & analyze PWC schedules & amounts against Grace AP extracted data to assign vendor codes. |
| FRANK VISCONTI - DATA | | $125.00 | 8/23/2002 | 1.0 | $125.00 | Analysis of missing vendor information in schedules on WR Grace |
| FRANK VISCONTI - DATA | | $125.00 | 8/23/2002 | 0.4 | $50.00 | Conference call with M Booth, B Daniel, and M Grimmet re missing vendor information on PWC data |
| FRANK VISCONTI - DATA | | $125.00 | 8/27/2002 | 1.0 | $125.00 | Prep for re-extraction of schedule data to b-Linx |
| FRANK VISCONTI - DATA | | $125.00 | 8/28/2002 | 0.3 | $37.50 | Discussed extracting deem records with B Bosack |
| FRANK VISCONTI - DATA | | $125.00 | 8/28/2002 | 1.0 | $125.00 | Conf call with M Grimmet re re-extraction of b-Linx schedule info |
| FRANK VISCONTI - DATA | | $125.00 | 8/28/2002 | 2.2 | $275.00 | Re-extract b-Linx schedule data adjusting for deem amount records |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 8/29/2002 | 2.8 | $420.00 | Load PWC Schedule G data into b-linx. |
| FRANK VISCONTI - DATA | | $125.00 | 8/29/2002 | 0.4 | $50.00 | Re-extract documentation and backup |
| FRANK VISCONTI - DATA | | $125.00 | 8/30/2002 | 0.4 | $50.00 | Verify contract database re-extraction |
| FRANK VISCONTI - DATA | | $125.00 | 8/30/2002 | 5.0 | $625.00 | Re-extract b-Linx backend databases for schedule data (2.5); verify database extraction of schedule info(2.5) |
| | | Schedule & SOFA Supp Total: | | 42.9 | $5,215.00 | |
| Technology - BMC | | | | | | |
| TREVOR L ALLEN - TECH | | $175.00 | 8/22/2002 | 4.0 | $700.00 | Setup for grace |
| | | Technology - BMC Total: | | 4.0 | $700.00 | |
| | | August 2002 Total: | | 330.8 | $48,729.50 | |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| | | Grand Total: | | 330.8 | $48,729.50 | |



EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Professional Activity Summary

Date Range: 8/1/2002 thru 8/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Case Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 4.7 | $1,292.50 |
| SR_DATA | | | |
| Mike Grimmett | $150.00 | 0.5 | $75.00 |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 11.5 | $2,127.50 |
| CONSULT | | | |
| Amy Oswald | $150.00 | 1.0 | $150.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 3.2 | $400.00 |
| Steven Heathcock | $150.00 | 0.1 | $15.00 |
| REC | | | |
| Mike Booth | $150.00 | 2.5 | $375.00 |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 0.3 | $22.50 |
| | Total: | 23.8 | $4,457.50 |
| **Case Support** | | | |
| SR_CONSULT | | | |
| Terri Marshall | $150.00 | 0.4 | $60.00 |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 9.9 | $742.50 |
| | Total: | 10.3 | $802.50 |
| **Claim Reconciliation** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 16.2 | $4,455.00 |
| SR_BK | | | |
| Martha Araki | $200.00 | 5.6 | $1,120.00 |
| SR_DATA | | | |
| Brad Daniel | $200.00 | 1.2 | $240.00 |
| SR_CONSULT | | | |
| Jeff Miller | $150.00 | 26.0 | $3,900.00 |
| Sarah Lampi | $125.00 | 11.0 | $1,375.00 |
| Susan Herrschaft | $185.00 | 19.6 | $3,626.00 |
| CONSULT | | | |
| Amy Oswald | $150.00 | 62.3 | $9,345.00 |
| Brian Hall | $125.00 | 26.7 | $3,337.50 |
| DATA | | | |
| Anna Wick | $90.00 | 1.9 | $171.00 |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 1.0 | $75.00 |
| | Total: | 171.5 | $27,644.50 |



**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Professional Activity Summary

Date Range: 8/1/2002 thru 8/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Claims Processing** | | | |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 0.3 | $55.50 |
| DATA | | | |
| Steven Heathcock | $150.00 | 6.6 | $990.00 |
| | Total: | 6.9 | $1,045.50 |
| **Data & System Manage** | | | |
| SR_DATA | | | |
| Brendan Bosack | $165.00 | 4.0 | $660.00 |
| Mike Grimmett | $150.00 | 6.6 | $990.00 |
| SR_CONSULT | | | |
| Jeff Miller | $150.00 | 5.8 | $870.00 |
| Susan Herrschaft | $185.00 | 1.3 | $240.50 |
| DATA | | | |
| Anna Wick | $90.00 | 3.7 | $333.00 |
| Frank Visconti | $125.00 | 41.6 | $5,200.00 |
| | Total: | 63.0 | $8,293.50 |
| **Noticing Management** | | | |
| CAS | | | |
| Roy Baez | $65.00 | 1.4 | $91.00 |
| DATA | | | |
| Anna Wick | $90.00 | 1.0 | $90.00 |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 4.0 | $300.00 |
| CI | | | |
| Trina Carter. | $45.00 | 2.0 | $90.00 |
| | Total: | 8.4 | $571.00 |
| **Schedule & SOFA Supp** | | | |
| SR_DATA | | | |
| Mike Grimmett | $150.00 | 2.8 | $420.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 13.7 | $1,712.50 |
| REC | | | |
| Leila Hughes | $75.00 | 11.7 | $877.50 |
| Mike Booth | $150.00 | 14.7 | $2,205.00 |
| | Total: | 42.9 | $5,215.00 |
| **Technology - BMC** | | | |
| TECH | | | |
| Trevor L Allen | $175.00 | 4.0 | $700.00 |
| | Total: | 4.0 | $700.00 |
| | Grand Total: | 330.8 | $48,729.50 |



**EXHIBIT 1**

**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
Counsel and Chief Restructuring Officer

==================================================

August 1 through August 31, 2002 Invoice #. WRG020831

EXPENSE REIMBURSEMENT:

| | |
|---|---|
| b-Linx data storage | $ 850.00 |
| Pacer | 1,041.32 |
| Sub-Total | $1,891.32 |

PRODUCTION EXPENSES:

| | |
|---|---|
| Sub-Total | $0.00 |

TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION: $1,891.32

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement Summary**

**WR Grace**

**Invoice Number: WRG020831**

**Date: 8/31/2002**

| | |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Pacer | $1,041.32 |
| **Total** | **$1,891.32** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement**

**WR Grace**

**Invoice Number: WRG020831**

| Date | Entity | Description | Amount | Note |
|---|---|---|---|---|
| 8/31/02 | BMC | B-Linx/Data Storage | $850.00 | |
| 8/31/02 | BMC | Pacer | $1,041.32 | Crt Doc Downloads quarterly |
| | | **Total** | | **$1,891.32** |

**EXHIBIT 2**