**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

=====================================================

September 1 through September 30, 2002          Invoice #. WRG020930F

Consulting Services:

| CONSULTANT | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Julia Hasenzahl | $275.00 | 19.5 | $5,362.50 |
| Julia Hasenzahl (Travel) | $137.50 | 11.0 | 1,512.50 |
| Roy Baez | $65.00 | 11.0 | 715.00 |
| Varouj Bakhshian | $150.00 | 14.0 | 2,100.00 |
| Brendan Bosack | $165.00 | 1.0 | 165.00 |
| Jacqueline Bush | $75.00 | 0.3 | 22.50 |
| David Espalin | $95.00 | 2.0 | 190.00 |
| Diane George | $125.00 | 1.3 | 162.50 |
| Sheila Goold | $125.00 | 7.5 | 937.50 |
| Mike Grimmett | $150.00 | 49.6 | 7,440.00 |
| Steven Heathcock | $150.00 | 5.2 | 780.00 |
| Sue Herrschaft | $185.00 | 133.5 | 24,697.50 |
| Sue Herrschaft (Travel) | $92.50 | 17.0 | 1,572.50 |
| Sarah Lampi | $125.00 | 15.0 | 1,875.00 |
| Jeffrey Miller | $150.00 | 1.5 | 225.00 |
| James Myers | $65.00 | 4.0 | 260.00 |
| Lisa Ruppaner | $75.00 | 14.3 | 1,072.50 |
| Frank Visconti | $125.00 | 35.0 | 4,375.00 |
| Anna Wick | $90.00 | 26.5 | 2,385.00 |

| TOTAL CONSULTING FEES: | | 369.2 | $55,850.00 |
|---|---|---|---|

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **September 2002** | | | | | | |
| **Case Management** | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/3/2002 | 0.2 | $55.00 | Review J Baer outline of claims reconciliation meeting content |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/3/2002 | 0.4 | $110.00 | Prep corresp to J Baer re agenda for client meeting |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/4/2002 | 3.0 | $555.00 | Further preparation for 9/6 client meeting. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/4/2002 | 0.3 | $45.00 | Discuss issues regarding data updates (Vendor Code matching). |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/4/2002 | 4.0 | $740.00 | Prepare for 9/6 meeting with client |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/4/2002 | 1.2 | $222.00 | Meet w/ Julia re: 9/6 meeting w/ Grace & counsel |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/5/2002 | 3.0 | $825.00 | Prep for meeting (objection process, rec process, objection types, claim review instructions etc) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/6/2002 | 6.0 | $1,110.00 | Meeting w/ Grace officers and counsel, Kirkland & Ellis, J. Hasenzahl in Columbia MD re: claims reconciliation process and claim forms for medical monitoring/property damage claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/6/2002 | 2.5 | $687.50 | Claims reconciliation meeting (at Columbia Grace Facility) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/6/2002 | 4.0 | $1,100.00 | Claims reconciliation meeting (at Columbia Grace Facility) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/9/2002 | 0.7 | $192.50 | BMC meeting follow up/action items from 9/6 meeting - determine assignments |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/9/2002 | 1.5 | $225.00 | Create sample liability report criteria. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/9/2002 | 3.8 | $570.00 | Create sample liability reports. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/10/2002 | 1.5 | $277.50 | Research re: asbestos claims management |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/10/2002 | 0.5 | $92.50 | Review Grace liability reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 1.0 | $185.00 | Meet w/ J Hasenzahl re: protocol for transferred claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/11/2002 | 0.2 | $55.00 | Analysis of multiple requests for additional bar date notice packages |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 1.0 | $185.00 | Research re: asbestos claims management |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/11/2002 | 0.8 | $220.00 | Conf call with M Dalsin/Rust re asbestos requirements |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/13/2002 | 0.8 | $148.00 | Meet w/ J Hasenzahl re: Grace critcal action items |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/13/2002 | 1.1 | $203.50 | Review court docket for case planning prep |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/13/2002 | 1.0 | $185.00 | Prep corresp to Rust re transmission of package including docketing questions and hard copies of claim forms. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/13/2002 | 2.0 | $370.00 | Prepare spreadsheet for Rust listing specific docketing questions/potential errors |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/13/2002 | 0.3 | $55.50 | Prep correspondence to Rust re: medical monitoring and property damage claim form data capture guidelines |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/13/2002 | 1.0 | $185.00 | Prep documents re: docketing questions & Medical Monitoring and Property Damage data capture guidelines for J Hasenzahl review. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/16/2002 | 0.2 | $37.00 | Meet w/ J Hasenzahl re: status of critical action items |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/16/2002 | 1.0 | $185.00 | Research re: asbestos cases |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **September 2002** | | | | | | |
| *Case Management* | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/17/2002 | 0.1 | $27.50 | vmail/email P Galbraith re service lists |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/17/2002 | 0.8 | $148.00 | Revise business rules document for claims review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/17/2002 | 3.4 | $629.00 | Create business rules for claims review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/17/2002 | 0.2 | $37.00 | Phone call w/ M Dalsin at Rust re: docketing questions and medical monitoring and property damage claim forms. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/17/2002 | 0.6 | $111.00 | Meet w/ J Hasenzahl re: formulating business rules for claims review and reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/18/2002 | 0.6 | $111.00 | Conference call w/ Rust Consulting re: Medical Monitoring & Property Damage forms and docketing questions |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/18/2002 | 0.5 | $92.50 | Meet w/ J Hasenzahl re: Rust issues, data mapping |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/18/2002 | 1.0 | $185.00 | Prepare for conf call w/ Rust |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/18/2002 | 0.2 | $37.00 | Check updated claim types and objection types in b-Linx |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/19/2002 | 0.2 | $37.00 | Meet w/ J Hasenzahl re: status of projects |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/20/2002 | 0.1 | $18.50 | Reply to e-mail from Rust re: medical monitoring and property damage claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/23/2002 | 0.1 | $18.50 | Telephone to M Booth re conf call re claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/23/2002 | 1.0 | $185.00 | Revise claim type document |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/23/2002 | 0.5 | $92.50 | Prep Weekly status update |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/25/2002 | 0.6 | $111.00 | Conference call w/ Rust re: data specs for Medical Monitoring and Property Damage claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/26/2002 | 1.0 | $185.00 | Prep topics for b-Linx quickstart guide. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/27/2002 | 0.4 | $74.00 | Call w/ Rust re: data specs |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/27/2002 | 0.8 | $148.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 0.5 | $92.50 | Prepare for mtng w/ J Hasenzahl, D George, F Visconti and M Grimmett re: asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 1.5 | $277.50 | Prep corresp to Grace re: data specs |
| DIANE GEORGE - DATA | | $125.00 | 9/30/2002 | 0.6 | $75.00 | conference Call |
| FRANK VISCONTI - DATA | | $125.00 | 9/30/2002 | 0.5 | $62.50 | Conf call for Grace Asbestos b-Linx changes |
| | | Case Management Total: | | 58.2 | $11,576.00 | |
| *Case Support* | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 9/3/2002 | 2.5 | $187.50 | Review Docket and Pleadings for case update. |
| LISA RUPPANER - CASE | | $75.00 | 9/4/2002 | 0.5 | $37.50 | Prep update to Case Calendar. |
| LISA RUPPANER - CASE | | $75.00 | 9/4/2002 | 1.2 | $90.00 | Review Docket and Pleadings for case update (.4). Provide update to Case Calendar (.8). |
| JACQUELINE BUSH - CASE | | $75.00 | 9/6/2002 | 0.3 | $22.50 | Analysis of court docket and downloaded entries 2630, 2632, 2633. |
| LISA RUPPANER - CASE | | $75.00 | 9/11/2002 | 0.5 | $37.50 | Telephone to Creditor (.2); prep corresp with requested information on bar dates (.3) |
| LISA RUPPANER - CASE | | $75.00 | 9/13/2002 | 0.5 | $37.50 | Analyze incoming mail (.2); prep Proof of Claim Applications to Rust Consultants. |

Page 2 of 12

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **September 2002** | | | | | | |
| Case Support | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 9/17/2002 | 0.5 | $37.50 | Prep update to case calendar and report information to Project Manager. |
| LISA RUPPANER - CASE | | $75.00 | 9/17/2002 | 1.0 | $75.00 | Review Docket, pleadings and Orders for further update to the case. |
| LISA RUPPANER - CASE | | $75.00 | 9/19/2002 | 1.0 | $75.00 | Analyze Docket and Pleadings for future update to case. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/20/2002 | 0.3 | $55.50 | Review court docket |
| LISA RUPPANER - CASE | | $75.00 | 9/20/2002 | 1.0 | $75.00 | Review Docket and Pleadings for future update to case. |
| LISA RUPPANER - CASE | | $75.00 | 9/20/2002 | 0.5 | $37.50 | Prep update to case calendar and communicate updates to Project Manager. |
| LISA RUPPANER - CASE | | $75.00 | 9/26/2002 | 1.7 | $127.50 | Review Docket and pleadings and orders for further update to case (1.0) Prep updated information to Project Manager (.7) |
| LISA RUPPANER - CASE | | $75.00 | 9/30/2002 | 0.5 | $37.50 | Review Court Docket and Pleadings for future update to case. |
| LISA RUPPANER - CASE | | $75.00 | 9/30/2002 | 0.7 | $52.50 | Prep Updates to Case Calendar. |
| | | Case Support Total: | | 12.7 | $985.50 | |
| Claim Reconciliation | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/3/2002 | 4.5 | $832.50 | Analyze claims against Schedules (2.0); revise b-Linx to match claims to corresponding Schedules (2.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/3/2002 | 0.9 | $166.50 | Audit docketed information and claim type - 18 new claims that were all transferred claims. |
| SARAH LAMPI - SR_CONSULT | | $125.00 | 9/3/2002 | 3.0 | $375.00 | schedule matching |
| ANNA WICK - DATA | | $90.00 | 9/3/2002 | 1.4 | $126.00 | Analysis of BERT Report showing 133 missing claims (.4); re-extract missing claims (.5); revised data format for Medical and Asbestos claims to re-extract remaining claims (.5) |
| ANNA WICK - DATA | | $90.00 | 9/3/2002 | 0.3 | $27.00 | Research duplicate amounts in claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/3/2002 | 1.5 | $277.50 | Audit docketed information and claim type - 13 claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/3/2002 | 0.1 | $27.50 | Analysis of new paid post-petition extractions from Mike Brown |
| VAROUJ BAKHSHIAN - SR_BK | | $150.00 | 9/3/2002 | 2.0 | $300.00 | Review and match scheduled and filed claims with invoice level analysis. |
| VAROUJ BAKHSHIAN - SR_BK | | $150.00 | 9/3/2002 | 4.0 | $600.00 | Review and match scheduled and filed claims with invoice level analysis. |
| ANNA WICK - DATA | | $90.00 | 9/3/2002 | 0.4 | $36.00 | Research Missing Claims and Images |
| ANNA WICK - DATA | | $90.00 | 9/3/2002 | 0.2 | $18.00 | Prep Claims report |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/3/2002 | 0.7 | $192.50 | Prep overview of business rules for reconciliation by claim type |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/3/2002 | 0.3 | $82.50 | Review claim/schedule matching (samples and criteria) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/4/2002 | 0.1 | $27.50 | Prep claims reports and transmit to J Baer |
| VAROUJ BAKHSHIAN - SR_BK | | $150.00 | 9/4/2002 | 3.0 | $450.00 | Review and match scheduled and filed claims with invoice level analysis. |
| VAROUJ BAKHSHIAN - SR_BK | | $150.00 | 9/4/2002 | 1.5 | $225.00 | Review and match scheduled and filed claims with invoice level analysis. |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|------|------|------|
| **September 2002** | | | | | | |
| Claim Reconciliation | | | | | | |
| VAROUJ BAKHSHIAN - SR_BK | | $150.00 | 9/4/2002 | 3.5 | $525.00 | Review and match scheduled and filed claims with invoice level analysis. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/4/2002 | 4.0 | $740.00 | Analyze claims against Schedules (2.0); revise b-Linx to match claims to corresponding Schedules (2.0) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/4/2002 | 0.2 | $55.00 | Prep revised detail reports and provide to T Delbrugge and F Zaremby |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/4/2002 | 0.2 | $55.00 | Identify claim type samples for review and prep for meeting |
| JEFF MILLER - SR_CONSULT | | $150.00 | 9/4/2002 | 1.5 | $225.00 | Research current asbestos cases related to claim type grouping |
| SARAH LAMPI - SR_CONSULT | | $125.00 | 9/4/2002 | 8.0 | $1,000.00 | schedule matching |
| SARAH LAMPI - SR_CONSULT | | $125.00 | 9/5/2002 | 4.0 | $500.00 | schedule matching |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/6/2002 | 3.5 | $525.00 | Attempt to match current invoices with scheduled invoices. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/7/2002 | 3.5 | $525.00 | Match newly received AP data with scheduled information. - Reconcilliation. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/8/2002 | 2.6 | $390.00 | Attempt to match newly received AP data with scheduled information. - Reconcilliation. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 1.5 | $277.50 | Revise claim type/subtype document to reflect Grace's requests. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 2.3 | $425.50 | Further revisions to claim type/subtype document to reflect Grace's requests |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.3 | $55.50 | Revise claim objections document |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.2 | $37.00 | Discussion w/ M Grimmett re changes to sample filed claims reports |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/9/2002 | 2.1 | $577.50 | Design/prepare sample reports (based on 9/6 meeting) (2.0); prep corresp to parties to distribute sample reports (.1) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.2 | $37.00 | Review filed claims reports completed by M Grimmett |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.7 | $129.50 | Audit docketed claims and claim type - 16 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.3 | $55.50 | Meet w/ M Grimmett re: Grace filed claims reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.3 | $55.50 | Meet w/ J Hasenzahl re: filed claims reports samples |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.5 | $92.50 | Revise objection types document to reflect Grace's requests. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.6 | $111.00 | Revise claim type/subtype document |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/9/2002 | 0.5 | $92.50 | Meet w/ J Hasenzahl re: Grace filed claims reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/10/2002 | 0.7 | $129.50 | Audit docketed claims and claim type - 13 cliams |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/10/2002 | 0.2 | $37.00 | Revise customized objection type document |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/10/2002 | 1.0 | $185.00 | Revise customized objection type document |
| ANNA WICK - DATA | | $90.00 | 9/11/2002 | 0.8 | $72.00 | Edit Images with overlapping and switched pages, discussed additional queries into the amt comparison |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 0.2 | $37.00 | Expand claim types/subtypes document - add contact information. |
| ANNA WICK - DATA | | $90.00 | 9/11/2002 | 0.7 | $63.00 | Meeting with S Herrschaft and J Hasenzahl re data issues and transferred claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 0.2 | $37.00 | Revise objections types document. |

EXHIBIT 1

eesh

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------:|------|------:|-----------:|-------------|
| **September 2002** | | | | | | |
| **Claim Reconciliation** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/12/2002 | 1.5 | $277.50 | Audit claims (1.0); revise claim amount errors (.5) - 53 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/12/2002 | 1.6 | $296.00 | Audit docketed claims and claim type - 32 claims |
| ANNA WICK - DATA | | $90.00 | 9/12/2002 | 0.5 | $45.00 | Create report on missing claims and images |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/13/2002 | 0.7 | $129.50 | Audit claims to identify and correct claim amounts - 27 claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/13/2002 | 0.4 | $110.00 | Review processing issues and procedure for coordinating corrections |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/15/2002 | 0.5 | $75.00 | Match piad invoices to schedules. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/16/2002 | 3.2 | $592.00 | Audit claims to identify and correct claim amounts - 62 claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/17/2002 | 0.5 | $137.50 | Meeting w/S Herrshaft re business rules for reconciliaiton |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/17/2002 | 3.0 | $450.00 | Match newly received AP data with scheduled information. - Reconcilliation. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/18/2002 | 0.6 | $165.00 | Analysis of proposed new claim types and objection types |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/18/2002 | 1.1 | $302.50 | Revise  b-Linx claim types/subtypes to reflect modifications required to support WR Grace |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/18/2002 | 1.5 | $277.50 | Develop business rules for claims review |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/18/2002 | 0.3 | $82.50 | Revise b-Linx with modified objection types to meet WR Grace requirements and new rules |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/18/2002 | 0.9 | $135.00 | Match newly received AP data with scheduled information. - Reconcilliation. |
| FRANK VISCONTI - DATA | | $125.00 | 9/19/2002 | 1.0 | $125.00 | Prep program to correct claim number issues in b-Linx |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/19/2002 | 4.5 | $832.50 | Mapping of original claim types to updated claim types |
| FRANK VISCONTI - DATA | | $125.00 | 9/19/2002 | 1.0 | $125.00 | Prep claim type/schedule type analysis |
| ANNA WICK - DATA | | $90.00 | 9/20/2002 | 0.1 | $9.00 | Prep BERT report on 09-18-02 extraction |
| FRANK VISCONTI - DATA | | $125.00 | 9/20/2002 | 0.6 | $75.00 | Analysis of Claim Type revisions |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 9/20/2002 | 0.5 | $82.50 | Create index of proposed claim types and deem types from schedule type as prepared by PWC |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/20/2002 | 2.1 | $388.50 | Audit docketed claims and claim type. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/23/2002 | 5.0 | $925.00 | Develop business rules for claims reconciliation by claim type |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/24/2002 | 6.5 | $1,202.50 | Develop business rules for claims reconciliation |
| FRANK VISCONTI - DATA | | $125.00 | 9/24/2002 | 3.0 | $375.00 | Revise Deem Type / Deem Status / Deem SubStatus in b-Linx for claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/26/2002 | 1.5 | $277.50 | Analyze invoice level reconciliation material |
| ANNA WICK - DATA | | $90.00 | 9/27/2002 | 0.2 | $18.00 | Prep missing claims reporting (.1), prep corresp re mail hardrives back to Rust (.1) |
| FRANK VISCONTI - DATA | | $125.00 | 9/27/2002 | 2.5 | $312.50 | Prep process change to Claim Type/Subtypes |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/27/2002 | 1.4 | $259.00 | Claims docket audit and assign/verify type - 64 claims |
| FRANK VISCONTI - DATA | | $125.00 | 9/27/2002 | 1.5 | $187.50 | Prep claim type code additions |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/27/2002 | 0.8 | $148.00 | Review invoice level reconciliation |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/27/2002 | 0.7 | $192.50 | Prepare and distribute claims report |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|-----------|-------------|
| **September 2002** | | | | | | |
| **Claim Reconciliation** | | | | | | |
| SHEILA GOOLD - CONSULT | | $125.00 | 9/29/2002 | 0.4 | $50.00 | Review invoice reconciliation tools for 66 WR Grace trade claims; identify needed tools |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 0.2 | $37.00 | Review revised claims reconciliation presentation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 0.5 | $92.50 | Meeting w/ J Hasenzahl and S Goold re: invoice level reconciliation |
| SHEILA GOOLD - CONSULT | | $125.00 | 9/30/2002 | 0.5 | $62.50 | Internal mtg with J Hasenzahl and S Herrschaft re invoice level reconciliation procedure for WR Grace trade claims |
| | Claim Reconciliation Total: | | | 119.0 | $19,662.50 | |
| **Claims Processing** | | | | | | |
| STEVEN HEATHCOCK - DATA | | $150.00 | 9/3/2002 | 0.2 | $30.00 | Coordinate extraction of latest data |
| STEVEN HEATHCOCK - DATA | | $150.00 | 9/4/2002 | 0.8 | $120.00 | Research recent changes to Rust layout specs with A Wick |
| ANNA WICK - DATA | | $90.00 | 9/10/2002 | 0.9 | $81.00 | Analyze imported data from Rust for claim transfer's |
| ANNA WICK - DATA | | $90.00 | 9/10/2002 | 1.3 | $117.00 | Research transferred claims from Rust data |
| ANNA WICK - DATA | | $90.00 | 9/11/2002 | 0.5 | $45.00 | Research transfer claims and how to update them when known |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 0.6 | $111.00 | Draft instructions to Rust for data capture for property damage claim forms |
| ANNA WICK - DATA | | $90.00 | 9/11/2002 | 0.4 | $36.00 | Updated claims to reflect transfer to CRDID 512328 |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 0.4 | $74.00 | Meet w/ A Wick re: mapping of transfer claim information |
| ANNA WICK - DATA | | $90.00 | 9/11/2002 | 2.0 | $180.00 | Prep query and report all claims which were transferred to Sierra Assets (Capitol) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 9/25/2002 | 4.0 | $600.00 | Modify extraction layouts to support Med Monitoring and Prop Damage data (2.1); extract new files (.9); verify results (1.0) |
| ANNA WICK - DATA | | $90.00 | 9/30/2002 | 0.3 | $27.00 | Discuss new specs for Medical Monitoring and Property Damage claims to deal with incomplete data (dates) |
| STEVEN HEATHCOCK - DATA | | $150.00 | 9/30/2002 | 0.2 | $30.00 | Discuss Medical Monitoring issues with A Wick |
| | Claims Processing Total: | | | 11.6 | $1,451.00 | |
| **Data & System Manage** | | | | | | |
| ANNA WICK - DATA | | $90.00 | 9/3/2002 | 0.1 | $9.00 | Compare RustData table to Docket database and fields |
| ANNA WICK - DATA | | $90.00 | 9/3/2002 | 1.2 | $108.00 | Research data extraction, new data fields from Rust (.8); compare data (.4) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/3/2002 | 0.5 | $92.50 | Meet w/ A Wick re: Rust data transfer |
| ANNA WICK - DATA | | $90.00 | 9/3/2002 | 0.4 | $36.00 | Revise Claim Review tool, reconnecting table links to back in |
| FRANK VISCONTI - DATA | | $125.00 | 9/4/2002 | 1.0 | $125.00 | Analysis of vendor number data in b-Linx |
| FRANK VISCONTI - DATA | | $125.00 | 9/4/2002 | 1.5 | $187.50 | Revise database organization |
| FRANK VISCONTI - DATA | | $125.00 | 9/4/2002 | 0.3 | $37.50 | Archive b-Linx data |
| FRANK VISCONTI - DATA | | $125.00 | 9/4/2002 | 0.9 | $112.50 | Revise b-Linx backend data |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 0.5 | $45.00 | Created list with all claims with discrepancies. |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|-----------|-------------|
| **September 2002** | | | | | | |
| Data & System Manage | | | | | | |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 0.8 | $72.00 | Update Rust Import Specification Version 3 |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/4/2002 | 0.5 | $92.50 | Meet w/ A Wick re follow up on Rust data transfer |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 0.2 | $18.00 | Compare and review all Rust data fields to assure same field sequence |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 2.0 | $180.00 | Review query data, record inconsistencies |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 0.2 | $18.00 | Review field expansion in data table by Rust |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 0.3 | $27.00 | Import specifications, calculate start points for new fields |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 0.8 | $72.00 | Create comparison query to evaluate Rust data to extracted data in Docket, Creditor and Amount databases |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 0.2 | $18.00 | Research when Rust updated the table structure |
| ANNA WICK - DATA | | $90.00 | 9/4/2002 | 0.1 | $9.00 | Store data CD's |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/5/2002 | 3.8 | $570.00 | Match Vendor Numbers from recent extract with scheduled items. |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 9/5/2002 | 0.5 | $82.50 | Review local version of Grace b-linx for presentation |
| FRANK VISCONTI - DATA | | $125.00 | 9/5/2002 | 4.0 | $500.00 | Create presentation of local b-linx (1.5); test presentation of local b-Linx (1.0); normalize data in local bLinx (1.5) |
| FRANK VISCONTI - DATA | | $125.00 | 9/5/2002 | 2.0 | $250.00 | Compare PWC Schedule Amounts and Grace supplied amounts |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/5/2002 | 3.1 | $465.00 | Match Vendor Numbers from recent extract with scheduled items. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/6/2002 | 3.8 | $570.00 | Match Vendor Numbers from recent extract with scheduled items. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/6/2002 | 2.9 | $435.00 | Match Vendor Numbers from recent extract with scheduled items. |
| ANNA WICK - DATA | | $90.00 | 9/6/2002 | 0.8 | $72.00 | Create exception table with reasons for exceptions |
| ANNA WICK - DATA | | $90.00 | 9/6/2002 | 0.1 | $9.00 | Prep data compare report |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/7/2002 | 3.1 | $465.00 | Analyze current extracts and locate match between current and past extracts. Attempting to match Vendor Numbers to schedule data. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/8/2002 | 2.9 | $435.00 | Analyze current extracts and match locate a match between current and past extracts. Attempting to match Vendor Numbers to schedule data. |
| ANNA WICK - DATA | | $90.00 | 9/9/2002 | 0.5 | $45.00 | Rename images and extract to b-Linx |
| ANNA WICK - DATA | | $90.00 | 9/9/2002 | 0.2 | $18.00 | Extract claim data 9-6-02, standard report for PM |
| ANNA WICK - DATA | | $90.00 | 9/9/2002 | 0.4 | $36.00 | Claims extract from Rust CD |
| FRANK VISCONTI - DATA | | $125.00 | 9/9/2002 | 2.0 | $250.00 | Research re-extraction of vendor numbers data |
| FRANK VISCONTI - DATA | | $125.00 | 9/10/2002 | 1.0 | $125.00 | Claims processing powertool maintenance |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/10/2002 | 0.8 | $148.00 | Review Rust data mapping and data transfer process |
| FRANK VISCONTI - DATA | | $125.00 | 9/10/2002 | 0.7 | $87.50 | Conf with M Booth and M Grimmet re Grace vendor number matching |
| FRANK VISCONTI - DATA | | $125.00 | 9/10/2002 | 1.0 | $125.00 | Add CreditorType to claims review powertool (.5); test new creditor type in claims review powertool (.5) |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|------|------|------|
| **September 2002** | | | | | | |
| Data & System Manage | | | | | | |
| ANNA WICK - DATA | | $90.00 | 9/10/2002 | 0.6 | $54.00 | Implement planning concerning Rust data import of transferred claims |
| ANNA WICK - DATA | | $90.00 | 9/11/2002 | 0.1 | $9.00 | Adjusted query to show all claims not only edited claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 1.5 | $277.50 | Identify transferred claims and mapping of transfer agent information. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 0.3 | $55.50 | Identify potential Rust key errors. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 0.3 | $55.50 | Draft instructions to Rust for data capture for medical monitoring claim forms |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/11/2002 | 1.5 | $277.50 | Analysis of Rust data to identify Rust data errors/discrepancies |
| ANNA WICK - DATA | | $90.00 | 9/11/2002 | 1.0 | $90.00 | Create Amt (Secured, unsecured, priority) comparison to Rust data for S Herrschaft |
| ANNA WICK - DATA | | $90.00 | 9/11/2002 | 0.2 | $18.00 | Relink tables in Claims Review Tool |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/12/2002 | 0.8 | $148.00 | Analysis of Rust data to identify Rust data errors/discrepancies |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/12/2002 | 3.5 | $647.50 | Further analysis of Rust data to identify Rust data errors/discrepancies |
| ANNA WICK - DATA | | $90.00 | 9/12/2002 | 0.4 | $36.00 | Claims data extraction to b-Linx |
| ANNA WICK - DATA | | $90.00 | 9/12/2002 | 0.3 | $27.00 | Rename images and extract to system |
| ANNA WICK - DATA | | $90.00 | 9/12/2002 | 0.2 | $18.00 | Planning Medical Monitoring and Property Damage claims extraction, tool development |
| DAVID ESPALIN - TECH | | $95.00 | 9/12/2002 | 0.1 | $9.50 | Send Ed Lerstad of WRGrace the ScrewDriver software to help resolve the printing issues he and others are experiencing. |
| ANNA WICK - DATA | | $90.00 | 9/12/2002 | 1.2 | $108.00 | Created flat table with BMC recorded amounts and query to compare to Rust imported data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/13/2002 | 3.9 | $585.00 | Analyze current download and match locate a match between current and past downloads. Attempting to match Vendor Numbers to schedule data. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/13/2002 | 0.5 | $92.50 | Identify additional Rust fields to be mapped to b-Linx |
| DAVID ESPALIN - TECH | | $95.00 | 9/13/2002 | 0.1 | $9.50 | Rename file attachment and resend to Ed Lerstad as it was blocked from his Exchange server. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/16/2002 | 0.8 | $148.00 | Meet w/ A Wick re: data mapping for medical monitoring and property damage claims and transfer of additional fields from Rust data. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/16/2002 | 0.1 | $18.50 | Meet w/ M Grimmett re: paid invoices extraction |
| ANNA WICK - DATA | | $90.00 | 9/16/2002 | 0.7 | $63.00 | Analysis of memos re request data spec sheets for Medical Monitoring and Property Damage from Rust, determine which fields to import |
| DAVID ESPALIN - TECH | | $95.00 | 9/16/2002 | 0.2 | $19.00 | Received an email with a list of users (8) to create per Edward Lerstad |
| ANNA WICK - DATA | | $90.00 | 9/16/2002 | 0.5 | $45.00 | Plan Data extraction for Medical Monitoring and Property Damage claims |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/17/2002 | 1.3 | $195.00 | Analyze current extract and locate match between current and past extracts. Attempting to match Vendor Numbers to schedule data. |
| FRANK VISCONTI - DATA | | $125.00 | 9/17/2002 | 0.4 | $50.00 | Database normalization |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **September 2002** | | | | | | |
| **Data & System Manage** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/17/2002 | 0.1 | $18.50 | Meet w/ M Grimmett re: status of paid invoices extraction |
| DAVID ESPALIN - TECH | | $95.00 | 9/17/2002 | 0.7 | $66.50 | Sent Edward Lerstad of WRGrace an email confirmation letting him know the user accounts he requested have created and tested to insure quality. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/17/2002 | 0.2 | $37.00 | Meet w/ M Grimmett re: status of paid invoices extraction followup |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/18/2002 | 0.8 | $148.00 | Add paid invoice information to schedules in b-Linx |
| DIANE GEORGE - DATA | | $125.00 | 9/18/2002 | 0.7 | $87.50 | Activate Assign and Referral Module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/18/2002 | 1.0 | $185.00 | Develop method to add claim type information to schedules in b-Linx |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/18/2002 | 1.2 | $180.00 | Analyze current extracts and locate match between current and past extracts. Attempting to match Vendor Numbers to schedule data. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/18/2002 | 0.8 | $148.00 | Mapping of original claim types to updated ones |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/19/2002 | 0.1 | $18.50 | Call w/ F Visconti re: b-Linx modification (expanding field size) |
| ANNA WICK - DATA | | $90.00 | 9/19/2002 | 1.1 | $99.00 | Extract claims and images (.5), edit modified claims (.3), rename images to comply with data requirements (.3) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/19/2002 | 2.5 | $462.50 | Review data map for adding claim type to schedules |
| DAVID ESPALIN - TECH | | $95.00 | 9/19/2002 | 0.2 | $19.00 | Received an email from Edward Lerstad indicating some login issues, corrected. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/20/2002 | 1.1 | $203.50 | Review data specs for property damage claims document from Rust |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/20/2002 | 1.6 | $296.00 | Meeting w/ F Visconti linking claim types to schedules in b-linx (.3); analysis of linking claim types to schedules in b-Linx (1.3) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/20/2002 | 0.2 | $37.00 | Correspond w/ F Visconti re: linking claim types to schedule information |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/20/2002 | 0.7 | $129.50 | Review data specs for medical monitoring claim form from Rust |
| DAVID ESPALIN - TECH | | $95.00 | 9/20/2002 | 0.7 | $66.50 | Created eight additional user accounts for WR Grace access per Sue Herrschaft. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/23/2002 | 0.2 | $37.00 | Prep memo to F Visconti re: b-linx revisions |
| FRANK VISCONTI - DATA | | $125.00 | 9/23/2002 | 0.5 | $62.50 | Revise b-Linx to reflect revised claim types |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/23/2002 | 1.0 | $185.00 | Review data specs for medical monitoring claim form from Rust |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/24/2002 | 0.8 | $148.00 | Work w/ F Visconti re: adding claim types to schedule information |
| FRANK VISCONTI - DATA | | $125.00 | 9/24/2002 | 0.5 | $62.50 | Revise b-Linx frontend to add deemcode |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/24/2002 | 0.7 | $129.50 | Create document for mapping of old types and subtypes to new ones. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/25/2002 | 0.4 | $74.00 | Meet w/ S Heathcock & A Wick re: adding Medical Monitoring and Property Damage claims to b-linx |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/25/2002 | 2.0 | $370.00 | Analysis of b-linx for data clean up and quality control of data mapping |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **September 2002** | | | | | | |
| Data & System Manage | | | | | | |
| ANNA WICK - DATA | | $90.00 | 9/25/2002 | 0.2 | $18.00 | Rename and extract all Medical Monitoring and Property Damage claim images |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/25/2002 | 4.5 | $832.50 | Estimate amounts for blank and $0 amount claims - approx 115 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/25/2002 | 0.5 | $92.50 | Revise document for mapping of old types and suptypes to new ones |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/25/2002 | 0.3 | $55.50 | Review Rust data specs for Medical Monitoring and Property Damage claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/26/2002 | 0.4 | $74.00 | Review Rust data specs |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/26/2002 | 3.5 | $647.50 | b-Linx clean up and quality control - approx 115 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/26/2002 | 0.8 | $148.00 | Prep claim type mapping for new claim types and subtypes |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/27/2002 | 1.5 | $277.50 | Claim type mapping and b-Linx clean up |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/27/2002 | 0.5 | $92.50 | b-Linx clean up and quality control |
| ANNA WICK - DATA | | $90.00 | 9/27/2002 | 1.2 | $108.00 | Rename image files (.1), extract Bankruptcy, Medical Monitoring and Property Damage claims (.3), extract images (.4), review Rust change table (.2), create spreadsheet for S Herrshaft of changes reported (.2) |
| FRANK VISCONTI - DATA | | $125.00 | 9/27/2002 | 0.5 | $62.50 | Back up database |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 9/30/2002 | 4.0 | $600.00 | Create table definition for Asbestos related claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 0.2 | $37.00 | Discussion re: Medical Monitoring and Property Damage data specs incomplete dates w/ A Wick & S Heathcock |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 0.9 | $166.50 | Meeting w/ J Hasenzahl, D George, F Visconti and M Grimmett re: asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 2.2 | $407.00 | b-Linx clean up and quality control |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 0.2 | $37.00 | Telephone w/ D George re: b-linx modification |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 9/30/2002 | 0.2 | $37.00 | Telephone w/ Rust re: data specs |
| | Data & System Manage Total: | | | 107.0 | $15,967.50 | |
| Noticing Management | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 9/4/2002 | 0.7 | $52.50 | Revise address information to the CMPT and the 2002 List. |
| JAMES MYERS - CAS | | $65.00 | 9/6/2002 | 0.3 | $19.50 | SupplSchedParties: open Notice System/Prep File (.2); confer w/ F Visconti re noticing (.1) |
| FRANK VISCONTI - DATA | | $125.00 | 9/6/2002 | 1.0 | $125.00 | Meeting with J Myers re mail file format |
| FRANK VISCONTI - DATA | | $125.00 | 9/6/2002 | 0.5 | $62.50 | Prep memo to JH re supplemental schedule party mail files |
| ROY BAEZ - CAS | | $65.00 | 9/6/2002 | 4.0 | $260.00 | Review and process returned mail received for client w/o coa |
| FRANK VISCONTI - DATA | | $125.00 | 9/6/2002 | 1.5 | $187.50 | Create 3 mail files for supplemental schedule parties - Darex, Conn, and Remedium. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 9/9/2002 | 0.3 | $82.50 | Prepare/Review proof of service for RR Donnelly |
| FRANK VISCONTI - DATA | | $125.00 | 9/9/2002 | 1.8 | $225.00 | Creation of 2002 Mail File |
| JAMES MYERS - CAS | | $65.00 | 9/9/2002 | 0.2 | $13.00 | Suppl Sched: confer w/ J Hasenzahl re service |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------------|------|-------|------------|-------------|
| **September 2002** | | | | | | |
| *Noticing Management* | | | | | | |
| JAMES MYERS - CAS | | $65.00 | 9/9/2002 | 1.7 | $110.50 | Analysis of documents (.9) and update 2002 list (.8) |
| JAMES MYERS - CAS | | $65.00 | 9/9/2002 | 1.8 | $117.00 | Supplemental Sched: review & clean address lists (1.5); confer w/ F Visconti re same (.3) |
| LISA RUPPANER - CASE | | $75.00 | 9/11/2002 | 0.5 | $37.50 | Provide Update to Mail Database, CMPT Power Tool. |
| ROY BAEZ - CAS | | $65.00 | 9/16/2002 | 0.2 | $13.00 | Review and process returned mail received for client - 13 |
| ROY BAEZ - CAS | | $65.00 | 9/17/2002 | 0.7 | $45.50 | Review and process returned mail received for client coa - 7 |
| LISA RUPPANER - CASE | | $75.00 | 9/17/2002 | 0.5 | $37.50 | Prep update of address information to CMPT database and to the 2002 List. |
| ROY BAEZ - CAS | | $65.00 | 9/18/2002 | 0.5 | $32.50 | Review and process returned mail received for client - 14 |
| ROY BAEZ - CAS | | $65.00 | 9/18/2002 | 0.9 | $58.50 | Review and process returned mail received for client with no coa - 33 |
| ROY BAEZ - CAS | | $65.00 | 9/19/2002 | 0.8 | $52.00 | Review and process returned mail received for client, - 57 |
| ROY BAEZ - CAS | | $65.00 | 9/19/2002 | 1.0 | $65.00 | Review and process returned mail received for client |
| ROY BAEZ - CAS | | $65.00 | 9/19/2002 | 0.1 | $6.50 | Review and process returned mail received for client - 1 |
| ROY BAEZ - CAS | | $65.00 | 9/20/2002 | 1.2 | $78.00 | Review and process returned mail received for client - 23 |
| ROY BAEZ - CAS | | $65.00 | 9/24/2002 | 1.0 | $65.00 | Review and process returned mail received for client 50 pieces |
| ROY BAEZ - CAS | | $65.00 | 9/26/2002 | 0.4 | $26.00 | Review and process returned mail received for client - 1 |
| LISA RUPPANER - CASE | | $75.00 | 9/30/2002 | 0.5 | $37.50 | Prep Updates to 2002 List. |
| ROY BAEZ - CAS | | $65.00 | 9/30/2002 | 0.2 | $13.00 | Review and process returned mail received for client - 8 |
| SHEILA GOOLD - CONSULT | | $125.00 | 9/30/2002 | 3.5 | $437.50 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| SHEILA GOOLD - CONSULT | | $125.00 | 9/30/2002 | 3.1 | $387.50 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| | | Noticing Management Total: | | 28.9 | $2,647.50 | |
| *Schedule & SOFA Supp* | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 9/3/2002 | 3.8 | $475.00 | Extract AP invoice data (2.8); verification of AP invoice data extraction (1.0) |
| | | Schedule & SOFA Supp Total: | | 3.8 | $475.00 | |
| *Travel* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $92.50 | 9/5/2002 | 7.5 | $693.75 | LAX - Phoenix, Phoenix - Baltimore |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 9/5/2002 | 5.0 | $687.50 | LAX to BWI |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 9/6/2002 | 6.0 | $825.00 | BWI to LAX |
| SUSAN HERRSCHAFT - SR_CONSULT | | $92.50 | 9/6/2002 | 9.5 | $878.75 | Baltimore - Phoenix, Phoenix - LAX |
| | | Travel Total: | | 28.0 | $3,085.00 | |
| | | September 2002 Total: | | 369.2 | $55,850.00 | |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| | | Grand Total: | | 369.2 | $55,850.00 | |

EXHIBIT 1

# Bankruptcy Management Corporation
## WR GRACE
### Professional Activity Summary
### Date Range: 9/1/2002 thru 9/30/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Case Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 11.9 | $3,272.50 |
| SR_DATA | | | |
| Mike Grimmett | $150.00 | 5.6 | $840.00 |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 39.6 | $7,326.00 |
| DATA | | | |
| Diane George | $125.00 | 0.6 | $75.00 |
| Frank Visconti | $125.00 | 0.5 | $62.50 |
| | Total: | 58.2 | $11,576.00 |
| **Case Support** | | | |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 0.3 | $55.50 |
| CASE | | | |
| Jacqueline Bush | $75.00 | 0.3 | $22.50 |
| Lisa Ruppaner | $75.00 | 12.1 | $907.50 |
| | Total: | 12.7 | $985.50 |
| **Claim Reconciliation** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 7.3 | $2,007.50 |
| SR_BK | | | |
| Varouj Bakhshian | $150.00 | 14.0 | $2,100.00 |
| SR_DATA | | | |
| Brendan Bosack | $165.00 | 0.5 | $82.50 |
| Mike Grimmett | $150.00 | 14.0 | $2,100.00 |
| SR_CONSULT | | | |
| Jeff Miller | $150.00 | 1.5 | $225.00 |
| Sarah Lampi | $125.00 | 15.0 | $1,875.00 |
| Susan Herrschaft | $185.00 | 51.6 | $9,546.00 |
| CONSULT | | | |
| Sheila Goold | $125.00 | 0.9 | $112.50 |
| DATA | | | |
| Anna Wick | $90.00 | 4.6 | $414.00 |
| Frank Visconti | $125.00 | 9.6 | $1,200.00 |
| | Total: | 119.0 | $19,662.50 |
| **Claims Processing** | | | |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 1.0 | $185.00 |
| DATA | | | |
| Anna Wick | $90.00 | 5.4 | $486.00 |
| Steven Heathcock | $150.00 | 5.2 | $780.00 |
| | Total: | 11.6 | $1,451.00 |

EXHIBIT 1

# Bankruptcy Management Corporation
## WR GRACE
### Professional Activity Summary
Date Range: 9/1/2002 thru 9/30/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Data & System Manage** | | | |
| SR_DATA | | | |
| Brendan Bosack | $165.00 | 0.5 | $82.50 |
| Mike Grimmett | $150.00 | 30.0 | $4,500.00 |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 41.0 | $7,585.00 |
| DATA | | | |
| Anna Wick | $90.00 | 16.5 | $1,485.00 |
| Diane George | $125.00 | 0.7 | $87.50 |
| Frank Visconti | $125.00 | 16.3 | $2,037.50 |
| TECH | | | |
| David Espalin | $95.00 | 2.0 | $190.00 |
| Total: | | 107.0 | $15,967.50 |
| **Noticing Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 0.3 | $82.50 |
| CAS | | | |
| James Myers | $65.00 | 4.0 | $260.00 |
| Roy Baez | $65.00 | 11.0 | $715.00 |
| CONSULT | | | |
| Sheila Goold | $125.00 | 6.6 | $825.00 |
| DATA | | | |
| Frank Visconti | $125.00 | 4.8 | $600.00 |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 2.2 | $165.00 |
| Total: | | 28.9 | $2,647.50 |
| **Schedule & SOFA Supp** | | | |
| DATA | | | |
| Frank Visconti | $125.00 | 3.8 | $475.00 |
| Total: | | 3.8 | $475.00 |
| **Travel** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 11.0 | $1,512.50 |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 17.0 | $1,572.50 |
| Total: | | 28.0 | $3,085.00 |
| Grand Total: | | 369.2 | $55,850.00 |

**EXHIBIT 1**

**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn:  David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

====================================================

September 1 through September 30, 2002            Invoice #. WRG020930

EXPENSE REIMBURSEMENT:

| | |
|---|---|
| b-Linx data storage | $   850.00 |
| Airline | 1,524.50 |
| Meals | 5.46 |
| Lodging | 195.80 |
| Parking | 32.89 |
| Rental Vehicle | 99.78 |
| Taxi | 35.00 |
| Sub-Total | $2,743.43 |

PRODUCTION EXPENSES:

Sub-Total                                    $0.00

TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION:       $2,743.43

EXHIBIT 2

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement Summary**

**WR Grace**

**Invoice Number: WRG020930**

**Date:  9/30/2002**

| | |
|---|---|
| Airline | $1,524.50 |
| B-Linx/Data Storage | $850.00 |
| Dinner | $5.46 |
| Lodging | $195.80 |
| Parking | $32.89 |
| Rental Vehicle | $99.78 |
| Taxi | $35.00 |
| **Total** | **$2,743.43** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

Expense Reimbursement Detail

**WR Grace**

Invoice Number: WRG020930

| 9/4/02 | Hasenzahl | Airline | $984.50 | roundtrip BWI - Grace |
|---|---|---|---|---|
| 9/5/02 | zzCorpAMEX_SF | Airline | $540.00 | S Herrschaft LAX-BWI 9/5 & 9/6 |
| 9/30/02 | BMC | B-Linx/Data Storage | $850.00 | |
| 9/6/02 | Herrschaft | Dinner | $2.84 | BLT/WA Int Airport |
| 9/6/02 | Herrschaft | Dinner | $2.62 | BLT/WA Int Airport |
| 9/6/02 | Hasenzahl | Lodging | $97.90 | J Hasenzahl 9/5-9/6 |
| 9/6/02 | Hasenzahl | Lodging | $97.90 | S Herrschaft 9/5-9/6 |
| 9/6/02 | Herrschaft | Parking | $32.89 | Parking at LAX |
| 9/6/02 | Hasenzahl | Rental Vehicle | $99.78 | J H BWI 9/5-6/02 |
| 9/5/02 | Herrschaft | Taxi | $35.00 | Shuttle from BWI to Columbia MD |

|  | **Total** | | **$2,743.43** | |
|---|---|---|---|---|

**EXHIBIT 2**