IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: March 26, 2003 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: Scheduled if Necessary (Negative Notice) |
| | ) | |
| | ) | |

### SEVENTH MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2002 THROUGH OCTOBER 31, 2002

| | |
|---|---|
| **Name of Applicant:** | Bankruptcy Management Corporation ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession. |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | October 1 through October 31, 2002 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $95,621.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $3,384.85 ($3,384.85 Expense Reimbursement only) |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc.(f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

This is a:     ☒ Monthly Application     ☐ Quarterly Application ☐ Final Application

The total time expended for preparation of this fee application is approximately 7.0 hours and the corresponding compensation requested is approximately $1,400.00.[2]

This is the Seventh Application filed by BMC.

## PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 3/4/2003 | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | Pending | Pending |
| 3/4/2003 | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | Pending | Pending |
| 3/4/2003 | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | Pending | Pending |
| 3/4/2003 | 2nd Quarter 2002 | $107,634.50 | $7,740.07 | Pending | Pending |
| 3/4/2003 | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | Pending | Pending |
| 3/4/2003 | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | Pending | Pending |
| 3/4/2003 | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | Pending | Pending |
| 3/4/2003 | 3rd Quarter 2002 | $152,761.25 | $15,336.23 | Pending | Pending |
| | | | | | |
| | | | | | |

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Julia Hasenzahl | Principal, 2 years; former Assistant Director and National Manager-Shared Services Functions, Ernst & Young LLP | $275.00 | 29.4 | $8,085.00 |
| Julia Hasenzahl | Travel Time | $137.50 | 31.0 | 4,262.50 |
| Martha Araki | Senior Bankruptcy Consultant, 3 years; 17 years bankruptcy experience | $200.00 | 2.1 | 420.00 |
| Roy Baez | Case Support Clerk, 3 years | $65.00 | 3.1 | 201.50 |
| Brendan Bosack | Senior Data Consultant, 2 years; former application project manager for a claims agent; 7 years prior experience in bankruptcy data, application development and reporting | $165.00 | 13.2 | 2,178.00 |
| Steffanie Cohen | Reconciliation Consultant, 1 month; 2 years prior bankruptcy experience | $100.00 | 30.1 | 3,010.00 |
| Brad Daniel | Senior Data consultant, 4 years; former Software Development Project Manager, Swedelson & Gottlieb; 7 years bankruptcy and legal industry experience | $200.00 | 4.3 | 860.00 |

---

[2] The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

2

| Name | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Diane George | Data Consultant, 2 years; 2 years prior bankruptcy experience | $125.00 | 0.6 | 75.00 |
| Sheila Good | Consultant, 4 years; 2 years prior legal industry experience | $125.00 | 31.1 | 3,887.50 |
| Mike Grimmett | Data Consultant, 1 month; 12 years prior experience bankruptcy and data programming | $150.00 | 184.3 | 27,645.00 |
| Steven Heathcock | Data Consultant, 1 year; former Consultant, Adept Consulting LLC; 15 years prior experience as Systems Engineer | $150.00 | 0.5 | 75.00 |
| Sue Herrschaft | Senior Consultant, 1 month; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $185.00 | 177.7 | 32,874.50 |
| Sue Herrschaft | Travel Time | $92.50 | 29.0 | 2,682.50 |
| Lisa Ruppaner | Case Support Associate, 2 months | $75.00 | 9.1 | 682.50 |
| Frank Visconti | Data Consultant, 4 months; former programmer/analyst Midwest Consulting Group | $125.00 | 63.7 | 7,962.50 |
| Anna Wick | Data Consultant, 1 month | $90.00 | 8.0 | 720.00 |

| Grand Total: | Fees: $ 95,621.50 | Hours: 617.2 |
|---|---|---|
| Blended Rate: | $154.93 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Management | 73.7 | $15,526.00 |
| Case Support | 9.1 | 682.50 |
| Claim Reconciliation | 139.2 | 22,732.50 |
| Claims Processing | 9.0 | 937.50 |
| Data & System Management | 287.6 | 44,159.00 |
| Noticing Management | 34.2 | 4,089.00 |
| Schedule & SOFA Prep | 4.4 | 550.00 |
| Travel | 60.0 | 6,945.00 |
| Total | 617.2 | $95,621.50 |

3

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $ 850.00 |
| Airline | | 1,242.00 |
| Meals | | 82.53 |
| Lodging | | 1,009.08 |
| Parking | | 65.78 |
| Printing | | 38.00 |
| Rental Vehicle | | 97.46 |
| Total | | $3,384.85 |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| | | |
| Total | | $0.00 |

WHEREFORE, BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $79,882.05, which is comprised of:

    (i) 80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Fee Period (80% of $95,621.50 = $76,497.20); and

    (ii) 100% of the actual and necessary costs and expenses incurred by BMC during the Fee Period ($3,384.85);

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: March 3, 2003            BANKRUPTCY MANAGEMENT CORPORATION

By: /s/
SEAN A. ALLEN, President
6096 Upland Terrace South
Seattle, Washington 98118
Telephone: (206) 725-5405
Telecopier: (206) 374-2727

Claims Reconciliation and Solicitation Consultant
to the Debtors and Debtors in Possession

4

## VERIFICATION

STATE OF CALIFORNIA ) 
) ss. 
COUNTY OF LOS ANGELES )

SEAN A. ALLEN, after being duly sworn, deposes and says:

1. I am the President of Bankruptcy Management Corporation, the applicant herein ("BMC"), the Claims Reconciliation and Solicitation Consultant to the debtors and debtors in possession herein (the "Debtors"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I have personally reviewed the consulting services rendered by BMC as Claims Reconciliation and Solicitation Consultant to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by other consultants and employees of BMC.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Annexed hereto are the following Exhibits: **Exhibit 1** – Monthly Fee Invoice comprised of a detail of time expended and Professional Activity Summary; and **Exhibit 2** – Monthly Expense Invoice comprised of (i) an Expense Invoice and Detail; and (ii) a Production Invoice and Detail. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members,' signed April 17, 2002, and submit that the Application herein substantially complies with such Rules and Order.

SEAN A. ALLEN

SWORN AND SUBSCRIBED to before me 
this _____ day of March, 2003 

Notary Public 
My Commission Expires:

JAMES H. MYERS 
Commission # 1313901 
Notary Public - California 
Los Angeles County 
My Comm. Expires Jul 19, 2005

5