**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn:  David B. Siegel, Esq.
Senior Vice President, General
   Counsel and Chief Restructuring Officer

================================================

October 1 through October 31, 2002                    Invoice #. WRG0201031F

Consulting Services:

| CONSULTANT | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Julia Hasenzahl | $275.00 | 29.4 | $8,085.00 |
| Julia Hasenzahl (Travel) | $137.50 | 31.0 | 4,262.50 |
| Martha Araki | $200.00 | 2.1 | 420.00 |
| Roy Baez | $65.00 | 3.1 | 201.50 |
| Brendan Bosack | $165.00 | 13.2 | 2,178.00 |
| Steffanie Cohen | $100.00 | 30.1 | 3,010.00 |
| Brad Daniel | $200.00 | 4.3 | 860.00 |
| Diane George | $125.00 | 0.6 | 75.00 |
| Sheila Goold | $125.00 | 31.1 | 3,887.50 |
| Mike Grimmett | $150.00 | 184.3 | 27,645.00 |
| Steven Heathcock | $150.00 | 0.5 | 75.00 |
| Sue Herrschaft | $185.00 | 177.7 | 32,874.50 |
| Sue Herrschaft (Travel) | $92.50 | 29.0 | 2,682.50 |
| Lisa Ruppaner | $75.00 | 9.1 | 682.50 |
| Frank Visconti | $125.00 | 63.7 | 7,962.50 |
| Anna Wick | $90.00 | 8.0 | 720.00 |

| TOTAL CONSULTING FEES: | | 617.2 | $95,621.50 |
|---|---|---|---|

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|-------|------------|-------------|
| **October 2002** | | | | | | |
| **Case Management** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/1/2002 | 0.1 | $18.50 | Phone conversation w/ F Zaremby re: Medical Monitoring data specs. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/1/2002 | 0.1 | $27.50 | Telephone with F Zaremby re additional claims report - top 100 sans IRS claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/2/2002 | 0.8 | $148.00 | Prep project management reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/3/2002 | 0.1 | $18.50 | Correspond w/ Rust re: transferred claims & Medical Monitoring data specs. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/4/2002 | 0.2 | $37.00 | Prep corresp to J Hasenzahl & Grace re: meetings in Maryland and Florida |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/4/2002 | 0.1 | $27.50 | Telephone with K Bledsoe/K&E re b-Linx training, scheduling |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/4/2002 | 0.5 | $92.50 | Review court docket info |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/4/2002 | 2.0 | $370.00 | Create format for modified module for asbestos claim detail view |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/4/2002 | 1.0 | $185.00 | Compile list of questions re: b-Linx claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/7/2002 | 1.5 | $277.50 | Mtg w/ J Hasenzahl re: Grace claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/7/2002 | 0.3 | $55.50 | Meet w/ M Grimmett re: asbestos data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/8/2002 | 2.0 | $550.00 | Meeting at K&E Chicago office to train Paralegals in b-Linx and provide overview of claims processing and review to date |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/8/2002 | 0.3 | $55.50 | Meet w/ M Grimmett re: asbestos claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/8/2002 | 0.3 | $55.50 | Prep memo to D George re: b-linx |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/10/2002 | 0.3 | $82.50 | Meeting w/S Herrschaft re asbestos module development (status, timeline and Rust progress) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/10/2002 | 0.6 | $111.00 | Review propery damage module form |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/10/2002 | 0.2 | $37.00 | Meet w/ J Hasenzahl re: claims reconciliation issues |
| MARTHA ARAKI - SR_BK | | $200.00 | 10/14/2002 | 0.3 | $60.00 | Prep memo to JH re BMC employ order and interim fee procedures order and requirements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/14/2002 | 5.5 | $1,512.50 | Meeting at Grace (Columbia) to provide reconciliation training and review b-Linx for Litigation/HR/Contract claims teams |
| MARTHA ARAKI - SR_BK | | $200.00 | 10/14/2002 | 0.7 | $140.00 | Analysis of BMC employ app and order, fee examiner motion and order re requirement to file fee apps |
| MARTHA ARAKI - SR_BK | | $200.00 | 10/14/2002 | 0.1 | $20.00 | Analysis of memo from JH re fee apps for cases |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/14/2002 | 5.5 | $1,017.50 | Meeting at Grace re: Litigation & Environmental claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/15/2002 | 5.0 | $925.00 | Meeting at Grace re: Trade claims reconciliation |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/15/2002 | 5.0 | $1,375.00 | Meeting at Grace (Columbia) to provide reconciliaton training and review b-Linx with trade claims teams from Columbia and Lake Charles |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/16/2002 | 1.0 | $185.00 | Review asbestos modules - prepare for meeting |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/16/2002 | 7.0 | $1,295.00 | Meeting at Grace re: Asbestos and Tax claims reconciliation |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/16/2002 | 7.0 | $1,925.00 | Meeting at Grace(Boca) to provide reconciliation and review claims management system for asbestos and tax claims |
| MARTHA ARAKI - SR_BK | | $200.00 | 10/16/2002 | 0.3 | $60.00 | Analysis of interim fee order |

Page 1 of 13

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **October 2002** | | | | | | |
| *Case Management* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/17/2002 | 1.5 | $277.50 | Review court docket re case status for case planning prep |
| FRANK VISCONTI - DATA | | $125.00 | 10/17/2002 | 0.5 | $62.50 | Conf call w/J Hasenzahl and client re comparison of AP data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/17/2002 | 0.8 | $148.00 | Call w/ Rust - identify potentially expandable sections |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/18/2002 | 1.5 | $277.50 | Research re: fraudulent conveyance |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/18/2002 | 1.6 | $296.00 | Project management - reporting & organization |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/21/2002 | 1.0 | $185.00 | Review noticing/mailfile process document from A Wick |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/21/2002 | 1.0 | $185.00 | Meet w/ M Grimmett re: asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/21/2002 | 2.0 | $370.00 | Research re: asbestos |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/22/2002 | 2.5 | $462.50 | Meet w/ A Wick re: noticing/mailfile process |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/22/2002 | 0.8 | $148.00 | Research re: fraudulent conveyance/COLIs |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/22/2002 | 1.0 | $185.00 | Review asbestos module to locate source of mapping problem |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/23/2002 | 0.5 | $92.50 | Work on asbestos module. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/23/2002 | 0.2 | $37.00 | Report to J Hasenzahl re: AP data extract |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/24/2002 | 1.8 | $333.00 | Meet w/ F Visconti, M Grimmett to resolve mapping issues w/ medical monitoring form. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/25/2002 | 0.5 | $92.50 | Meet w/ J Hasenzahl re: AP extraction challenges |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/25/2002 | 0.6 | $111.00 | Research re: vermiculite |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/25/2002 | 0.6 | $111.00 | Meet w/ J Hasenzahl, M Grimmett, A Wick re: asbestos data/modules and data entry |
| MARTHA ARAKI - SR_BK | | $200.00 | 10/27/2002 | 0.2 | $40.00 | Analysis of 2nd interim order re fee app requirements |
| MARTHA ARAKI - SR_BK | | $200.00 | 10/27/2002 | 0.4 | $80.00 | Analysis of docket re fee apps to date, fee examiner reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/28/2002 | 3.2 | $592.00 | Review reports re: new AP info (1.7); Analysis of invoices corresponding to Schedules (1.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/28/2002 | 0.9 | $166.50 | Court docket review for case status and case planning |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 0.3 | $55.50 | Meet w/ J Hasenzahl re Grace issues |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 0.5 | $92.50 | Conf call w/ Grace re: new AP info |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/29/2002 | 0.3 | $82.50 | Meeting with S Herrschaft re Grace AP issues and impact on ongoing claims review and reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 0.3 | $55.50 | Prep e-mail to Grace, K&E re: undocketed claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 0.3 | $55.50 | Prep memo to A. Oswald re: docketing asbestos claims |
| MARTHA ARAKI - SR_BK | | $200.00 | 10/29/2002 | 0.1 | $20.00 | Prep memo to JH re status of fee apps |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/29/2002 | 0.5 | $137.50 | Conf call with Grace team re AP findings and reports, identify additional data sources |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/30/2002 | 0.2 | $37.00 | Meet w/ J Hasenzahl re: various Grace issues |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/30/2002 | 0.2 | $55.00 | Meeting with S Herrschaft re Rust activities and claims review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/31/2002 | 0.1 | $18.50 | Call w/ Rust re: data specs & docketing issues |

EXHIBIT 1

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|-------|------------|-------------|
| **October 2002** | | | | | | |
| **Case Management** | | | | | | |
| | | Case Management Total: | | 73.7 | $15,526.00 | |
| **Case Support** | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 10/4/2002 | 1.5 | $112.50 | Review Docket and Pleadings for further update to case. |
| LISA RUPPANER - CASE | | $75.00 | 10/4/2002 | 0.2 | $15.00 | Organize documents pulled from Court's Website and prepare to provide updates to case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 10/7/2002 | 0.7 | $52.50 | Review Court Pleadings (.3) and prep update to case calendar (.4) |
| LISA RUPPANER - CASE | | $75.00 | 10/9/2002 | 0.2 | $15.00 | Prep Case Status Report to Project Manager. |
| LISA RUPPANER - CASE | | $75.00 | 10/9/2002 | 0.5 | $37.50 | Review Docket and pleadings for further update to case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 10/14/2002 | 1.5 | $112.50 | Review Case Docket and pleadings and orders for future update to case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 10/15/2002 | 1.5 | $112.50 | Prep update to Case Calendar (1.1); and notify Project Manager of recent activity (.4) |
| LISA RUPPANER - CASE | | $75.00 | 10/17/2002 | 1.0 | $75.00 | Review Case Docket (.3); Provide update to case Calendar (.2); and contact Project Manager of any update (.5) |
| LISA RUPPANER - CASE | | $75.00 | 10/24/2002 | 1.7 | $127.50 | Review Case Docket Listing, various pleadings and orders (1.1); prep report to Project Manager (.6) |
| LISA RUPPANER - CASE | | $75.00 | 10/25/2002 | 0.3 | $22.50 | Prep Calendar update to Case Information Folder. |
| | | Case Support Total: | | 9.1 | $682.50 | |
| **Claim Reconciliation** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/3/2002 | 3.0 | $555.00 | Estimate amounts of $0 claims and related b-Linx clean up |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/3/2002 | 2.5 | $462.50 | Estimate amounts of blank claims and related b-linx clean up |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/3/2002 | 0.8 | $148.00 | Identify asbestos claims filed by Grace |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/4/2002 | 1.0 | $185.00 | Identify duplicate claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/6/2002 | 0.1 | $27.50 | Meeting with Sherrschaft re claims 799, 1442 and Rust docketing |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/7/2002 | 1.6 | $296.00 | Audit docketed claims and assign claim type. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/7/2002 | 1.3 | $240.50 | Audit docketed claims and assign claim type. |
| ANNA WICK - DATA | | $90.00 | 10/7/2002 | 0.2 | $18.00 | Research and update missing CRDLastname on CLM 799 |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/9/2002 | 0.5 | $92.50 | Invoice level reconciliation of trade claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/9/2002 | 3.0 | $555.00 | Invoice level reconciliation of trade claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/9/2002 | 2.0 | $370.00 | Invoice level reconciliation of trade claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/10/2002 | 1.0 | $185.00 | Invoice level reconciliation of trade claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/10/2002 | 1.5 | $277.50 | Invoice level reconciliation of trade claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/10/2002 | 1.1 | $302.50 | Analysis of asbestos claims management functionality (.6), provide feeback to team re Property Damage and Medical Monitoring modules |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/10/2002 | 2.8 | $518.00 | Match claim number to hard copies of asbestos claims. |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|-------|-----------|-------------|
| **October 2002** | | | | | | |
| **Claim Reconciliation** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/11/2002 | 6.0 | $1,110.00 | Invoice level reconciliation of trade claims |
| STEFFANIE COHEN - REC | | $100.00 | 10/11/2002 | 1.7 | $170.00 | Invoice level reconciliation - match scheduled invoices with claimed invoices |
| STEFFANIE COHEN - REC | | $100.00 | 10/11/2002 | 2.2 | $220.00 | Invoice level reconciliation - match scheduled invoices with claimed invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/13/2002 | 1.0 | $185.00 | Audit docketed claims and assign claim type (25 claims) |
| BRAD DANIEL - SR_DATA | | $200.00 | 10/13/2002 | 2.6 | $520.00 | Revisions to invoice data extrapolation for claims reconciliation |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/14/2002 | 1.5 | $412.50 | Analyze Property Damage/Zonolyte claims to prep for R Finke deposition and Celotex discovery per J Baer request |
| BRAD DANIEL - SR_DATA | | $200.00 | 10/14/2002 | 0.8 | $160.00 | Revisions to invoice data extrapolation for claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/14/2002 | 1.5 | $277.50 | Audit docketed claims and assign claim type (33 claims) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/15/2002 | 1.5 | $412.50 | Prepare claims type and assignment reports (.8); revised draft of matched schedules (.7) |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/15/2002 | 2.6 | $390.00 | Analyze and import custom claim data re: asbestos. |
| STEFFANIE COHEN - REC | | $100.00 | 10/15/2002 | 3.8 | $380.00 | Review claims list to update those amended or duplicated (15,144 total - job not completed) |
| STEFFANIE COHEN - REC | | $100.00 | 10/15/2002 | 4.0 | $400.00 | Review claims list to update those amended or duplicated (15,144 total - job not completed) |
| STEFFANIE COHEN - REC | | $100.00 | 10/16/2002 | 2.7 | $270.00 | Review claims list to update those amended or duplicated (15,144 total - job not completed) |
| STEFFANIE COHEN - REC | | $100.00 | 10/16/2002 | 3.7 | $370.00 | Review claims list to update those amended or duplicated (15,144 total - job not completed) |
| STEFFANIE COHEN - REC | | $100.00 | 10/17/2002 | 2.8 | $280.00 | Review claims list to update those amended or duplicated (15,144 total - job not completed) |
| STEFFANIE COHEN - REC | | $100.00 | 10/17/2002 | 1.3 | $130.00 | Review claims list to update those amended or duplicated (15,144 total - job not completed) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/17/2002 | 1.0 | $275.00 | Meeting with S Herrshaft/B Bosack/F Visconte re anomolies in the AP extractions and PWC schedule data - determine assignments and review criteria for analysis |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/17/2002 | 0.6 | $111.00 | Analysis of b-Linx re claims extract |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/17/2002 | 1.1 | $302.50 | Analysis of new extractions and determine potential methods and requirements to reconcile AP to PWC schedule data |
| FRANK VISCONTI - DATA | | $125.00 | 10/18/2002 | 2.5 | $312.50 | Prep comparisons of vendor number with new id indicator (2.0); match vendor numbers with new id indicator (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/18/2002 | 1.5 | $277.50 | Audit claim docket and assign/verify claim type - 32 claims |
| STEFFANIE COHEN - REC | | $100.00 | 10/18/2002 | 0.4 | $40.00 | Review claims list to update those amended or duplicated (15,144 total - job not completed) |
| ANNA WICK - DATA | | $90.00 | 10/18/2002 | 0.1 | $9.00 | Prepare query of Tax related claims for review by Evelyn |

EXHIBIT 1

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **October 2002** | | | | | | |
| **Claim Reconciliation** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/18/2002 | 2.3 | $425.50 | Mtg w/ A Wick and R Baez re prep of tax claims CD (.4); analysis of b-Linx re tax claims for CD (1.4); review CD of tax claims (.3); prep corresp to E Filon at Grace re CD of tax claims (.2) |
| FRANK VISCONTI - DATA | | $125.00 | 10/20/2002 | 1.0 | $125.00 | Matching vendor numbers to invoice level with id indicator |
| FRANK VISCONTI - DATA | | $125.00 | 10/21/2002 | 4.0 | $500.00 | Analysis of Vendor # Matching |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/21/2002 | 2.0 | $370.00 | Analysis of b-Linx re foreign claim issues (1.2); analysis of data extracts re foreign claim issues (.8) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/21/2002 | 0.1 | $27.50 | Meeting with F Visconte re update on matching based on Business Area critieria |
| FRANK VISCONTI - DATA | | $125.00 | 10/22/2002 | 4.0 | $500.00 | Prep AP matching in b-Linx (3.5); meeting with B Bosack re AP matching (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/22/2002 | 2.0 | $370.00 | Review/verify duplicate claims, flag objections and estimate at $0 |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/22/2002 | 1.0 | $185.00 | Continue analysis of b-Linx re foreign claim issues (.7); further analysis of data extracts re foreign claim issues (.3) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/23/2002 | 6.5 | $1,202.50 | Review/verify duplicate claims, flag objections, estimate at $0 |
| FRANK VISCONTI - DATA | | $125.00 | 10/23/2002 | 4.0 | $500.00 | Prep AP matching to schedule records with B Bosack |
| FRANK VISCONTI - DATA | | $125.00 | 10/24/2002 | 1.8 | $225.00 | Analysis of b-Linx re missing information required for full AP number matching with B Bosack |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/24/2002 | 3.2 | $592.00 | Review/verify duplicate claims, flag objections, estimate at $0 |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/25/2002 | 4.5 | $832.50 | Identify duplicate claims, flag objections, estimate at $0 |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/25/2002 | 1.0 | $185.00 | Audit docketed claims, assign/verify claim types |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 10/27/2002 | 2.0 | $330.00 | prepare report of new invoices to show potential amendments (invoices linked to previous schedule, and invoices linked to unscheduled creditor for suppliment) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/27/2002 | 0.9 | $247.50 | Analysis of sample discrepancies regarding AP matches |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/28/2002 | 2.0 | $370.00 | Identify duplicate claims, flag objections, estimate amounts at $0 |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 10/28/2002 | 1.1 | $302.50 | Analyze preliminary reports comparing new open AP to scheduled open AP (.8); prepare email to M Brown re reports (.3) |
| FRANK VISCONTI - DATA | | $125.00 | 10/28/2002 | 2.0 | $250.00 | Analysis of data provided by B Bosack re continuation of AP number matching |
| FRANK VISCONTI - DATA | | $125.00 | 10/28/2002 | 0.5 | $62.50 | Conf with S Herrschaft re Grace vendor numbers |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 2.7 | $499.50 | Review schedule discrepancy report (1.0); create summary document (1.7) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 3.0 | $555.00 | Identify duplicate claims, flag objections, estimate amount at $0 |
| FRANK VISCONTI - DATA | | $125.00 | 10/30/2002 | 2.0 | $250.00 | Revise b-Linx front end to incorporate additional features in conjunction with Asbestos updates |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **October 2002** | | | | | | |
| **Claim Reconciliation** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/30/2002 | 3.0 | $555.00 | Identify duplicate claims, flag objections, estimate at $0 |
| FRANK VISCONTI - DATA | | $125.00 | 10/31/2002 | 4.0 | $500.00 | Revise asbestos default values and layouts for property damage |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/31/2002 | 2.0 | $370.00 | Asbestos medical monitoring claims review, audit docketing |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/31/2002 | 2.3 | $425.50 | Prepare property damage claim forms for delivery to A Oswald |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/31/2002 | 1.7 | $314.50 | Asbestos property damage claims - prep explanation of docketing |
| FRANK VISCONTI - DATA | | $125.00 | 10/31/2002 | 3.3 | $412.50 | Revise asbestos default values and layouts for medical monitoring |
| | | **Claim Reconciliation Total:** | | 139.2 | $22,732.50 | |
| **Claims Processing** | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 10/8/2002 | 1.5 | $187.50 | Revise b-Linx to assign names to claims |
| STEFFANIE COHEN - REC | | $100.00 | 10/30/2002 | 0.3 | $30.00 | Docket Abestos Medical Monitoring claims in blinx |
| STEFFANIE COHEN - REC | | $100.00 | 10/31/2002 | 0.5 | $50.00 | Docket Abestos Property Damage claims in blinx |
| STEFFANIE COHEN - REC | | $100.00 | 10/31/2002 | 2.7 | $270.00 | Docket Abestos Property Damage claims in blinx |
| STEFFANIE COHEN - REC | | $100.00 | 10/31/2002 | 4.0 | $400.00 | Docket Abestos Property Damage claims in blinx |
| | | **Claims Processing Total:** | | 9.0 | $937.50 | |
| **Data & System Manage** | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 10/1/2002 | 3.0 | $375.00 | Create Asbestos b-Linx revision |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/1/2002 | 0.9 | $166.50 | Audit asbestos claims data in b-Linx |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/1/2002 | 4.1 | $758.50 | Develop b-Linx detail screen for asbesto claims. |
| FRANK VISCONTI - DATA | | $125.00 | 10/1/2002 | 3.0 | $375.00 | Revise manual field name adjustments in Asbestos b-Linx database |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/1/2002 | 4.0 | $600.00 | Create automation of creating the tables needed for Asbestos-Related data. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/1/2002 | 2.2 | $407.00 | b-Linx clean up and quality control - former employees |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/1/2002 | 3.5 | $525.00 | Review and modify table outline for Asbestos-Related Claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/2/2002 | 0.6 | $111.00 | Audit general data in b-Linx |
| FRANK VISCONTI - DATA | | $125.00 | 10/2/2002 | 1.0 | $125.00 | Revise Asbestos b-Linx change forms |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/2/2002 | 4.0 | $600.00 | Work on table structure for Asbestos-related data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/2/2002 | 0.8 | $120.00 | Check sample records against tables created for Asbestos-related data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/2/2002 | 0.8 | $148.00 | Audit contracts date in b-Linx |
| FRANK VISCONTI - DATA | | $125.00 | 10/2/2002 | 1.5 | $187.50 | Revise adjustments to Asbestos b-Linx database |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/2/2002 | 3.8 | $703.00 | Audit tax claims data in b-Linx (1.8); revise b-Linx to correct tax claims data (2.0) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/2/2002 | 0.8 | $148.00 | Audit litigation and environmental claims data in b-Linx |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/3/2002 | 2.3 | $345.00 | Build forms for Asbestos Data Entry/View |

EXHIBIT 1

## Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|------|------|------|------|------|
| **October 2002** | | | | | | |
| **Data & System Manage** | | | | | | |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/3/2002 | 4.0 | $600.00 | Build forms for Asbestos Data Entry/View |
| STEVEN HEATHCOCK - DATA | | $150.00 | 10/3/2002 | 0.5 | $75.00 | Assist F Visconti with issues related to recent b-Linx layout modifications |
| FRANK VISCONTI - DATA | | $125.00 | 10/3/2002 | 2.5 | $312.50 | Revise and update claim review tool (2.0); review update with S Heathcock (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/3/2002 | 1.3 | $240.50 | b-Linx troubleshooting w/ F Visconti - matching claim type & deem type |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/3/2002 | 0.1 | $18.50 | Correspond w/ D George re: problem viewing matched invoices |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/3/2002 | 4.0 | $600.00 | Build forms for Asbestos Data Entry/View |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/3/2002 | 4.0 | $600.00 | Analyze claim layout for Asbestos Forms |
| ANNA WICK - DATA | | $90.00 | 10/4/2002 | 0.7 | $63.00 | Renamed image files, claims and image extraction for bankruptcy, Medical Monitoring and Property Damage (45) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/4/2002 | 0.8 | $148.00 | Identify Medical Monitoring expandable fields |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/4/2002 | 0.2 | $37.00 | Follow-up w/ D George re: problem viewing matched invoices. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/6/2002 | 2.6 | $390.00 | Build forms for Asbestos data collection. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/7/2002 | 3.3 | $610.50 | Review schedules and confirm new claim types |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/7/2002 | 0.8 | $148.00 | b-Linx clean up and quality control |
| FRANK VISCONTI - DATA | | $125.00 | 10/7/2002 | 0.6 | $75.00 | Backup Asbestos module project |
| FRANK VISCONTI - DATA | | $125.00 | 10/7/2002 | 1.8 | $225.00 | Revise modules with large number of fields into separate database files in Asbestos b-Linx |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/7/2002 | 2.5 | $375.00 | Build forms for Asbestos data collection. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/8/2002 | 0.8 | $148.00 | Phone call w/ Rust re: data specs for asbestos claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/8/2002 | 1.2 | $222.00 | B-linx troubleshooting - schedules w/ no amounts, locate missing claims. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/8/2002 | 1.0 | $185.00 | Review schedules and confirm new claim types |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/8/2002 | 1.0 | $185.00 | B-linx clean up and quality control |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/8/2002 | 3.0 | $555.00 | Develop detail form for asbestos claims |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/8/2002 | 4.0 | $600.00 | Add fields to DB for Asbestos Prop Damage Data Collection. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/8/2002 | 4.0 | $600.00 | Build forms for Asbestos data collection. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/9/2002 | 2.8 | $420.00 | Add fields to DB for Asbestos Prop Damage Data Collection. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/9/2002 | 2.2 | $330.00 | Add fields to DB for Asbestos Prop Damage Data Collection. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/9/2002 | 2.0 | $300.00 | Build forms for Medical Monitoring Asbestos Data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/9/2002 | 2.3 | $345.00 | Build forms for Medical Monitoring Asbestos Data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/9/2002 | 0.1 | $18.50 | Telephone w/ D. George re: deem ID vs. deem number |
| FRANK VISCONTI - DATA | | $125.00 | 10/9/2002 | 1.5 | $187.50 | Analysis of M Grimmet's form for Asbestos module to allow data to be extracted into modules |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/9/2002 | 0.5 | $92.50 | Meet w/ M Grimmett re: asbestos detail forms |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **October 2002** | | | | | | |
| **Data & System Manage** | | | | | | |
| BRAD DANIEL - SR_DATA | | $200.00 | 10/9/2002 | 0.9 | $180.00 | Review of invoice level detail for reconciliation of claims |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/9/2002 | 3.5 | $525.00 | Modify tables for Asbestos Data Collection |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/10/2002 | 0.5 | $92.50 | Review data extractions for missing claims |
| ANNA WICK - DATA | | $90.00 | 10/10/2002 | 0.2 | $18.00 | Add Column MainCaseName column to Debtor database for Standard Reporting, and enter MainCaseName |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/10/2002 | 1.0 | $185.00 | Asbestos module development - w/ F Visconti & M Grimmett |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/10/2002 | 0.9 | $166.50 | Prep Asbestos module |
| FRANK VISCONTI - DATA | | $125.00 | 10/10/2002 | 1.6 | $200.00 | Revise field layouts in Asbestos module to optimize queries |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/10/2002 | 4.0 | $600.00 | Add fields to forms for capturing medical Monitoring Asbestos Data |
| DIANE GEORGE - DATA | | $125.00 | 10/10/2002 | 0.6 | $75.00 | Review of Invoice Matching entries |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/10/2002 | 2.2 | $330.00 | Build forms for Medical Monitoring Asbestos Data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/10/2002 | 4.0 | $600.00 | Add fields to forms for capturing medical Monitoring Asbestos Data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/10/2002 | 1.2 | $180.00 | Add fields to forms for capturing medical Monitoring Asbestos Data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/10/2002 | 3.0 | $450.00 | Add fields to forms for capturing medical Monitoring Asbestos Data |
| ANNA WICK - DATA | | $90.00 | 10/11/2002 | 0.2 | $18.00 | Copy claim data to source folder for extraction |
| ANNA WICK - DATA | | $90.00 | 10/11/2002 | 0.4 | $36.00 | Extract claims and Images to b-Linx |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/11/2002 | 1.5 | $225.00 | Meeting to discuss changes for Asbestos Data and form design. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/11/2002 | 4.0 | $600.00 | Add fields to new forms for collecting Asbestos data. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/11/2002 | 2.5 | $375.00 | Build custom module to house asbestos claim data. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/11/2002 | 2.1 | $315.00 | Add fields to new forms for collecting Asbestos data. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/11/2002 | 1.5 | $277.50 | Analyze asbestos data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/12/2002 | 2.0 | $300.00 | Builld custom module to house asbestos data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/12/2002 | 1.5 | $277.50 | Asbestos claims review |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/12/2002 | 4.0 | $600.00 | Add fields to new forms for collecting Asbestos data. |
| FRANK VISCONTI - DATA | | $125.00 | 10/13/2002 | 1.5 | $187.50 | Prep data fields for Asbestos module to accommodate S Heathcock extraction |
| FRANK VISCONTI - DATA | | $125.00 | 10/13/2002 | 1.4 | $175.00 | Prep data dictionary for Asbestos module as requested by M Grimmet |
| FRANK VISCONTI - DATA | | $125.00 | 10/13/2002 | 0.6 | $75.00 | Extract creditor information into new fields in Asbestos module |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/13/2002 | 1.5 | $225.00 | Add fields to new forms for collecting Asbestos data. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/13/2002 | 3.1 | $465.00 | Modify custom module for asbestos claims data.q |
| FRANK VISCONTI - DATA | | $125.00 | 10/14/2002 | 2.2 | $275.00 | Revise field structure in Asbestos module to address compatibility issues with newly designed b-Linx frontend |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/14/2002 | 2.3 | $345.00 | Modify and customize asbestos forms. |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **October 2002** | | | | | | |
| **Data & System Manage** | | | | | | |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/14/2002 | 4.0 | $600.00 | Add new fields to custom asbestos forms. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/14/2002 | 3.5 | $647.50 | Prep asbestos module for data entry for Medical Monitoring and Property Damage claims |
| FRANK VISCONTI - DATA | | $125.00 | 10/15/2002 | 0.7 | $87.50 | Analysis of database and newly extracted test records in Asbestos module |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/15/2002 | 4.0 | $600.00 | Modify and customize asbestos forms. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/15/2002 | 2.3 | $345.00 | Add fields to custom asbestos forms. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/16/2002 | 2.1 | $315.00 | Update custom Asbestos module. |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 10/17/2002 | 4.0 | $660.00 | Data analysis: comparison of new invoices against existing data to try to determine new invoices and to post vendor number to scheduled data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/17/2002 | 3.2 | $480.00 | Update custom asbestos module. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/17/2002 | 2.9 | $435.00 | Update custom asbestos module. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/17/2002 | 4.0 | $600.00 | Update custom asbestos module. |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 10/17/2002 | 1.0 | $165.00 | Internal meeting with F Visconti and S Heathcokc regarding new AP data extract for open AP comparison |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/17/2002 | 1.0 | $185.00 | Meet re: asbestos data - A Wick & M Grimmett |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/17/2002 | 1.0 | $185.00 | Meet w/ J Hasenzahl, B Bosack, F Visconti re: revised AP extraction |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/17/2002 | 1.0 | $185.00 | Compare extract table with actual info in asbestos modules |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/17/2002 | 0.3 | $55.50 | Investigate asbestos claims data issues |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/18/2002 | 2.5 | $375.00 | Update custom asbestos module. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/18/2002 | 0.8 | $148.00 | B-linx clean up and quality control |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/18/2002 | 4.0 | $600.00 | Update custom asbestos module. |
| ANNA WICK - DATA | | $90.00 | 10/18/2002 | 0.8 | $72.00 | Rename images from Rust (.1), extract to b-linx (.4), update b-Linx data with change claim imformation provided by Rust (.3) |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 10/18/2002 | 2.0 | $330.00 | Data analysis: comparison of new invoices against existing data to try to determine new invoices and to post vendor number to scheduled data |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/19/2002 | 1.7 | $255.00 | Continue to add calculated fields to custom Asbestos Module |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/19/2002 | 4.0 | $600.00 | Continue to add calculated fields to custom Asbestos Module |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/19/2002 | 4.0 | $600.00 | Add fields to custom Asbestos Module. Fields are calculations based on data entry requirements |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/20/2002 | 4.0 | $600.00 | Continue to add calculated fields to custom Asbestos Module |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/20/2002 | 4.0 | $600.00 | Continue to add calculated fields to custom Asbestos Module |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/20/2002 | 2.3 | $345.00 | Create queries for custom asbestos module. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/21/2002 | 4.0 | $600.00 | Continue to update custom asbestos module. Add additional fields. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/21/2002 | 1.2 | $180.00 | Meeting to discuss customization of blinx system. |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **October 2002** | | | | | | |
| Data & System Manage | | | | | | |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/21/2002 | 4.0 | $600.00 | Continue to update custom asbestos module. Add additional fields. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/22/2002 | 0.5 | $92.50 | Meet w/ F Visconti re: new AP data extract |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/22/2002 | 1.3 | $195.00 | Update custom asbestos module. Create automation code for data review. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/23/2002 | 0.8 | $148.00 | Meet w/ F Visconti, B Bosack re: new AP data extract |
| FRANK VISCONTI - DATA | | $125.00 | 10/23/2002 | 2.0 | $250.00 | Prep Grace Asbestos module fields with M Grimmet |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 10/24/2002 | 2.0 | $330.00 | populate schedule records with vendor numbers from current invoice data |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 10/24/2002 | 1.2 | $198.00 | new invoice reconciliation against current invoice population |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/24/2002 | 1.0 | $185.00 | b-Linx cleanup and quality control |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/24/2002 | 1.2 | $180.00 | Update Asbestos custom module. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/24/2002 | 0.5 | $92.50 | Correspond w/ Rust re: revised data specs. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/24/2002 | 1.0 | $185.00 | Meet w/ F Visconti, B Bosack re: AP extract |
| ANNA WICK - DATA | | $90.00 | 10/25/2002 | 0.6 | $54.00 | Rename and extract images to b-Linx, extract bankruptcy, Medical Monitoring and Property Damage claims to b-Linx |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/25/2002 | 0.7 | $129.50 | Review expandable sections on medical monitoring claims (.5); correspond w/ Rust re same (.2) |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 10/27/2002 | 1.0 | $165.00 | update deem records with vendor numbers from new invoice extract |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/27/2002 | 2.4 | $360.00 | Create forms for data entry into custom Asbestos module. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/27/2002 | 2.1 | $315.00 | Update Asbestos custom module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/28/2002 | 0.7 | $129.50 | Review b-Linx for vendor number duplicates |
| ANNA WICK - DATA | | $90.00 | 10/28/2002 | 0.4 | $36.00 | Compacted blinx backend mdb |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/28/2002 | 3.0 | $450.00 | Update forms for Asbestos Claim data entry. Adding hundreds of data entry fields. to custom forms. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/28/2002 | 1.8 | $333.00 | Review revised asbestos data specs from Rust |
| FRANK VISCONTI - DATA | | $125.00 | 10/28/2002 | 0.2 | $25.00 | Database backup |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/29/2002 | 4.0 | $600.00 | Continue to update Asbestos Custom Module with data entry fields |
| ANNA WICK - DATA | | $90.00 | 10/29/2002 | 4.0 | $360.00 | Revise Creditor table to set foreign flag, Mailcode (1.8), prep Full BERT Report all data (2.2) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 0.2 | $37.00 | Call w/ Rust re: data specs |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 0.5 | $92.50 | Correspond w/ F Visconti re: blinx modifications |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/29/2002 | 0.6 | $111.00 | Meet w/ M Grimmett re: asbestos data input forms |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/29/2002 | 4.0 | $600.00 | Continue to update sbestos module with data entry fields |
| MIKE GRIMMETT - SR_DATA * | | $150.00 | 10/29/2002 | 2.5 | $375.00 | Create queries for Asbestos Claim data entry. |
| FRANK VISCONTI - DATA | | $125.00 | 10/29/2002 | 1.2 | $150.00 | Revise b-Linx to accommodate custom Assign/Refer requests |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **October 2002** | | | | | | |
| **Data & System Manage** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/30/2002 | 4.0 | $740.00 | Asbestos PD data input form - testing (1.0), troubleshooting (.8), prep instructions (1.2), review data entry (1.0) |
| FRANK VISCONTI - DATA | | $125.00 | 10/30/2002 | 1.3 | $162.50 | Back up and rebuild database to optimize system functionality |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/30/2002 | 0.3 | $55.50 | Blinx troubleshooting w/ F Visconti re: Assign/Refer module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/30/2002 | 1.0 | $185.00 | Review asbestos data input forms w/ M Grimmett |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/30/2002 | 3.3 | $495.00 | Continue to update asbestos-related forms and fields. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/30/2002 | 4.0 | $600.00 | Continue to update asbestos-related forms and fields. |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/30/2002 | 4.0 | $600.00 | Create automation code for custom asbestos application. |
| FRANK VISCONTI - DATA | | $125.00 | 10/30/2002 | 0.6 | $75.00 | Revise Assign/Refer module in b-Linx to accommodate design requests |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/30/2002 | 0.5 | $92.50 | Review data specs for expanded sections from Rust |
| ANNA WICK - DATA | | $90.00 | 10/31/2002 | 0.4 | $36.00 | Extract Bankruptcy, Medical Monitoring and Property Damage claims to b-Linx, BERT report |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/31/2002 | 0.8 | $148.00 | Asbestos medical monitoring data specs review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 10/31/2002 | 1.6 | $296.00 | Troubleshoot property damage default fields - identify incorrect defaults |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 10/31/2002 | 1.8 | $270.00 | Continue to update asbestos-related forms and fields. |
| | Data & System Manage Total: | | | 287.6 | $44,159.00 | |
| **Noticing Management** | | | | | | |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/1/2002 | 3.5 | $437.50 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| ROY BAEZ - CAS | | $65.00 | 10/1/2002 | 0.8 | $52.00 | Review and process returned mail received for client - 29 |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/1/2002 | 3.5 | $437.50 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| ROY BAEZ - CAS | | $65.00 | 10/1/2002 | 0.5 | $32.50 | Review and process returned mail received for client - 9 |
| ROY BAEZ - CAS | | $65.00 | 10/2/2002 | 0.3 | $19.50 | Review and process returned mail received for client-6 |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/2/2002 | 3.8 | $475.00 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| ROY BAEZ - CAS | | $65.00 | 10/2/2002 | 0.3 | $19.50 | Review and process returned mail received for client - 9 |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/2/2002 | 4.0 | $500.00 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| ROY BAEZ - CAS | | $65.00 | 10/3/2002 | 0.4 | $26.00 | updating blinx with 25208 address updates |
| ROY BAEZ - CAS | | $65.00 | 10/3/2002 | 0.8 | $52.00 | Review and process returned mail received for client-9 |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/3/2002 | 2.0 | $250.00 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| **October 2002** | | | | | | |
| Noticing Management | | | | | | |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/3/2002 | 4.0 | $500.00 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/3/2002 | 3.5 | $437.50 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/4/2002 | 3.7 | $462.50 | Revisions to CMPT pursuant to revised Delaware Bk Ct noticing guidelines |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/4/2002 | 2.8 | $350.00 | Revisions to CMPT pursuant to revised Delaware Bk Code noticing guidelines ( |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/14/2002 | 0.1 | $12.50 | Prepare Return Mail Summary & Detail Reports |
| SHEILA GOOLD - CONSULT | | $125.00 | 10/15/2002 | 0.2 | $25.00 | Prepare Return Mail Detail Report |
| | | **Noticing Management Total:** | | 34.2 | $4,089.00 | |
| Schedule & SOFA Supp | | | | | | |
| FRANK VISCONTI - DATA | | $125.00 | 10/9/2002 | 2.0 | $250.00 | Analysis of Grace schedule records to ascertain flagged vs non-flagged records |
| FRANK VISCONTI - DATA | | $125.00 | 10/10/2002 | 2.4 | $300.00 | Revise 461 supplemental schedule records where amounts did not migrate from original data |
| | | **Schedule & SOFA Supp Total:** | | 4.4 | $550.00 | |
| Travel | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 10/9/2002 | 4.0 | $550.00 | Chicago to LAX (shared expense and travel time, return travel time between two clients) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $92.50 | 10/13/2002 | 9.5 | $878.75 | Travel to Columbia, MD (LAX-Atlanta-Baltimore) |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 10/13/2002 | 9.0 | $1,237.50 | Travel to Columbia (LAX-Atlanta-Baltimore) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $92.50 | 10/15/2002 | 10.0 | $925.00 | Travel to Boca Raton, FL (Baltimore-Atlanta-Ft. Lauderdale) |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 10/15/2002 | 9.0 | $1,237.50 | Travel to Boca Raton (Baltimore-Atlanta-Ft. Lauderdale) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $92.50 | 10/16/2002 | 9.5 | $878.75 | Travel to Los Angeles (Ft. Lauderdale- Dallas-LAX) |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 10/17/2002 | 9.0 | $1,237.50 | Travel to LA (Ft.Lauderdale-Dallas-Lax) |
| | | **Travel Total:** | | 60.0 | $6,945.00 | |
| | | **October 2002 Total:** | | 617.2 | $95,621.50 | |

EXHIBIT 1

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
| | | Grand Total: | | 617.2 | $95,621.50 | |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Professional Activity Summary

Date Range: 10/1/2002 thru 10/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Case Management** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 21.0 | $5,775.00 |
| SR_BK | | | |
| Martha Araki | $200.00 | 2.1 | $420.00 |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 50.1 | $9,268.50 |
| DATA | | | |
| Frank Visconti | $125.00 | 0.5 | $62.50 |
| | Total: | 73.7 | $15,526.00 |
| **Case Support** | | | |
| CASE | | | |
| Lisa Ruppaner | $75.00 | 9.1 | $682.50 |
| | Total: | 9.1 | $682.50 |
| **Claim Reconciliation** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 8.4 | $2,310.00 |
| SR_DATA | | | |
| Brad Daniel | $200.00 | 3.4 | $680.00 |
| Brendan Bosack | $165.00 | 2.0 | $330.00 |
| Mike Grimmett | $150.00 | 2.6 | $390.00 |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 70.8 | $13,098.00 |
| DATA | | | |
| Anna Wick | $90.00 | 0.3 | $27.00 |
| Frank Visconti | $125.00 | 29.1 | $3,637.50 |
| REC | | | |
| Steffanie Cohen | $100.00 | 22.6 | $2,260.00 |
| | Total: | 139.2 | $22,732.50 |
| **Claims Processing** | | | |
| DATA | | | |
| Frank Visconti | $125.00 | 1.5 | $187.50 |
| REC | | | |
| Steffanie Cohen | $100.00 | 7.5 | $750.00 |
| | Total: | 9.0 | $937.50 |

EXHIBIT 1

# Bankruptcy Management Corporation
## WR GRACE
### Professional Activity Summary
Date Range: 10/1/2002 thru 10/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Data & System Manage** | | | |
| SR_DATA | | | |
| Brad Daniel | $200.00 | 0.9 | $180.00 |
| Brendan Bosack | $165.00 | 11.2 | $1,848.00 |
| Mike Grimmett | $150.00 | 181.7 | $27,255.00 |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 56.8 | $10,508.00 |
| DATA | | | |
| Anna Wick | $90.00 | 7.7 | $693.00 |
| Diane George | $125.00 | 0.6 | $75.00 |
| Frank Visconti | $125.00 | 28.2 | $3,525.00 |
| Steven Heathcock | $150.00 | 0.5 | $75.00 |
| | Total: | 287.6 | $44,159.00 |
| **Noticing Management** | | | |
| CAS | | | |
| Roy Baez | $65.00 | 3.1 | $201.50 |
| CONSULT | | | |
| Sheila Goold | $125.00 | 31.1 | $3,887.50 |
| | Total: | 34.2 | $4,089.00 |
| **Schedule & SOFA Supp** | | | |
| DATA | | | |
| Frank Visconti | $125.00 | 4.4 | $550.00 |
| | Total: | 4.4 | $550.00 |
| **Travel** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 31.0 | $4,262.50 |
| SR_CONSULT | | | |
| Susan Herrschaft | $185.00 | 29.0 | $2,682.50 |
| | Total: | 60.0 | $6,945.00 |
| | Grand Total: | 617.2 | $95,621.50 |

EXHIBIT 1

**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S
Seattle, WA 98118
206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn:  David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

=======================================================

October 1 through October 31, 2002                 Invoice #. WRG0201031

EXPENSE REIMBURSEMENT:

| | |
|---|---|
| b-Linx data storage | $  850.00 |
| Airline | 1,242.00 |
| Breakfast | 18.33 |
| Dinner | 64.20 |
| Lodging | 1,009.08 |
| Parking | 65.78 |
| Printing | 38.00 |
| Rental Vehicle | 97.46 |
| Sub-Total | $3,384.85 |

PRODUCTION EXPENSES:

| | |
|---|---|
| Sub-Total | $0.00 |

TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION:        $3,384.85

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement Summary**

**WR Grace**

**Invoice Number: WRG021031**

**Date:  10/31/2002**

| | |
|---|---:|
| Airline | $1,242.00 |
| B-Linx/Data Storage | $850.00 |
| Breakfast | $18.33 |
| Dinner | $64.20 |
| Lodging | $1,009.08 |
| Parking | $65.78 |
| Printing | $38.00 |
| Rental Vehicle | $97.46 |
| **Total** | **$3,384.85** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

Expense Reimbursement

WR Grace

Invoice Number: WRG021031

| | | | | |
|---|---|---|---|---|
| 10/13/02 | zzCorpAMEX_SH | Airline | $1,242.00 | Airfare for S Herrschaft & J. Hasenzahl 10/13,15,16/02 |
| 10/31/02 | BMC | B-Linx/Data Storage | $850.00 | |
| 10/15/02 | Herrschaft | Breakfast | $8.35 | Breakfast for S Herrschaft and J Hasenzahl |
| 10/14/02 | Herrschaft | Breakfast | $9.98 | Breakfast for S Herrschaft and J Hasenzahl |
| 10/13/02 | Hasenzahl | Dinner | $6.15 | meal during layover in Atlanta |
| 10/16/02 | Herrschaft | Dinner | $4.59 | Dinner at DFW airport |
| 10/8/02 | Hasenzahl | Dinner | $53.46 | dinner and other hotel charges |
| 10/16/02 | zzCorpAMEX_SH | Lodging | $113.94 | 10/15-10/16/02 |
| 10/4/02 | Hasenzahl | Lodging | $34.75 | hotel services/partial receipt - split between two clients |
| 10/14/02 | Hasenzahl | Lodging | $307.88 | 2 nites, taxes, waport, 1 meal |
| 10/15/02 | zzCorpAMEX_SH | Lodging | $311.50 | 10/13-10/15/02 |
| 10/7/02 | Hasenzahl | Lodging | $241.01 | Chicago, hotel - extra day to go to KE for Grace |
| 10/16/02 | Herrschaft | Parking | $65.78 | Parking at LAX |
| 10/14/02 | Hasenzahl | Printing | $38.00 | hotel printing service used to print updated reports for meeting |
| 10/16/02 | zzCorpAMEX_SH | Rental Vehicle | $33.15 | Rental car in Boca Raton, FL |
| 10/15/02 | zzCorpAMEX_SH | Rental Vehicle | $64.31 | Rental car in Columbia, MD |

|  | Total | | $3,384.85 | |
|---|---|---|---|---|

**EXHIBIT 2**