**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
   Counsel and Chief Restructuring Officer

==========================================================

November 1 through November 30, 2002                Invoice #. WRG021130F

Consulting Services:

| CONSULTANT | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Sean Allen | $275.00 | 0.2 | $   55.00 |
| Julia Hasenzahl | $275.00 | 25.8 | 7,095.00 |
| Julia Hasenzahl (Travel) | $137.50 | 3.0 | 412.50 |
| Martha Araki | $200.00 | 5.4 | 1,080.00 |
| Roy Baez | $65.00 | 0.6 | 39.00 |
| Brendan Bosack | $165.00 | 11.2 | 1,848.00 |
| Steffanie Cohen | $100.00 | 14.6 | 1,460.00 |
| Diane George | $125.00 | 4.4 | 550.00 |
| Sheila Goold | $125.00 | 3.0 | 375.00 |
| Mike Grimmett | $150.00 | 4.7 | 705.00 |
| Steven Heathcock | $150.00 | 1.8 | 270.00 |
| Sue Herrschaft | $185.00 | 149.5 | 27,657.50 |
| Sue Herrschaft (Travel) | $92.50 | 20.5 | 1,896.25 |
| Amy Oswald | $150.00 | 17.7 | 2,655.00 |
| Lisa Ruppaner | $75.00 | 8.7 | 652.50 |
| Frank Visconti | $125.00 | 17.7 | 2,212.50 |
| Anna Wick | $90.00 | 2.8 | 252.00 |
| **TOTAL CONSULTING FEES:** |  | **291.6** | **$49,215.25** |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2002** | | | | | | |
| **Case Management** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/1/2002 | 0.9 | $166.50 | Review property damage module for correct mapping |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/1/2002 | 2.0 | $370.00 | Medical Monitoring and Property Dmage module docketing audit |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/1/2002 | 0.3 | $55.50 | Meeting w/ J Hasenzahl re: Grace reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/1/2002 | 0.1 | $18.50 | Call to Grace re: data extraction |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/3/2002 | 0.2 | $40.00 | Telephone call to SAF re revisions to billing data extraction to comport with DE Local Rules |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/3/2002 | 0.2 | $40.00 | Prep memo to D George re revisions to billing extraction module for use in preparing fee app invoices to comply with Delaware Local Rules |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/3/2002 | 0.3 | $60.00 | Analysis of amended order re professional payments |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/3/2002 | 2.7 | $540.00 | Prep draft monthly reports April - Sept |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/3/2002 | 1.0 | $200.00 | Prep draft quarterly reports 2nd and 3rd quarter |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/4/2002 | 1.7 | $314.50 | Prep Grace periodic update to F Zaremby |
| DIANE GEORGE - DATA | | $125.00 | 11/4/2002 | 0.6 | $75.00 | New report Quarterly Invoice |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/4/2002 | 1.0 | $185.00 | Review Grace monthly reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/4/2002 | 0.3 | $55.50 | Court docket review |
| DIANE GEORGE - DATA | | $125.00 | 11/4/2002 | 0.6 | $75.00 | New report Monthly Invoice |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/5/2002 | 0.1 | $20.00 | Analysis of memo from D George re revisions to billing data to conform to professional requirements for Delaware cases |
| DIANE GEORGE - DATA | | $125.00 | 11/5/2002 | 0.8 | $100.00 | Add indicators for Active and inactive Projects |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/5/2002 | 0.2 | $40.00 | Analysis of original interim fee order |
| DIANE GEORGE - DATA | | $125.00 | 11/5/2002 | 0.6 | $75.00 | Add Drop down for Project to fee app billing module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/5/2002 | 0.4 | $74.00 | Review court docket |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/5/2002 | 0.5 | $92.50 | Asbestos module QC |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/5/2002 | 0.5 | $92.50 | Review Grace monthly reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/5/2002 | 0.5 | $92.50 | Call/e-mail w/ Rust re: data specs |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/5/2002 | 1.0 | $185.00 | Grace research |
| DIANE GEORGE - DATA | | $125.00 | 11/8/2002 | 0.7 | $87.50 | Update data |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/8/2002 | 0.2 | $40.00 | Analysis of memo from SAF re rates for WR Grace fee app |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/8/2002 | 0.1 | $20.00 | Prep memo to SAF re titles for billers to be provided in fee app reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/8/2002 | 1.2 | $222.00 | Meet w/ J Hasenzahl re: upcoming ambridge meeting and various Grace issues |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/12/2002 | 3.0 | $555.00 | Meeting preparation - Cambridge AP Group |
| MARTHA ARAKI - SR_BK | | $200.00 | 11/12/2002 | 0.4 | $80.00 | Analysis of production invoices - May, June, July and Sept for fee apps |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/14/2002 | 5.0 | $1,375.00 | Claims management meeting with Cambridge claims team |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/14/2002 | 5.0 | $925.00 | Meeting in Cambridge w/ Grace AP Team re: claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/18/2002 | 0.5 | $92.50 | Court docket review for case planning |

# Bankruptcy Management Corporation

WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2002** | | | | | | |
| *Case Management* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/19/2002 | 1.0 | $185.00 | Analyze issues for meeting preparation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 1.0 | $185.00 | Environmental claims review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 0.5 | $92.50 | Meeting prep - environmental claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 1.0 | $185.00 | Meeting w/ J Hasenzahl re: Grace environmental claims and other issues. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 0.5 | $92.50 | Correspondence to Rust re: asbestos claims docketing/data specs. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 1.0 | $185.00 | Prep report regarding tax claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/21/2002 | 4.2 | $777.00 | Case management - organization of files and documents |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/21/2002 | 0.8 | $148.00 | Compile and send tax claims report to Grace |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/22/2002 | 1.0 | $185.00 | BMC update for Grace and K&E |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/22/2002 | 2.5 | $462.50 | Research re: environmental claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/25/2002 | 3.0 | $555.00 | Environmental research for conf call |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/25/2002 | 3.3 | $610.50 | Environmental claim review for conf. Call |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/25/2002 | 0.7 | $129.50 | Finalize BMC update |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/25/2002 | 0.5 | $92.50 | Call w/ A Oswald re: environmental claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/25/2002 | 0.5 | $92.50 | Court docket review for case planning |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/26/2002 | 1.7 | $314.50 | Conf. Call w. Grace, K&E re: environmental claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/26/2002 | 1.7 | $467.50 | Environmental Claims Management conference call |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/26/2002 | 0.2 | $37.00 | Prep correspondence re: EPA bankruptcy guidance to Grace and K&E. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/27/2002 | 0.8 | $148.00 | Conf call w/ Grace re: AP, schedule amendments & supplements |
| SEAN ALLEN - PRINCIPAL | | $275.00 | 11/27/2002 | 0.2 | $55.00 | Meeting with J Hasenzahl re project catagories/project status |
| | Case Management Total: | | | 58.7 | $11,363.50 | |
| *Case Support* | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 11/1/2002 | 1.5 | $112.50 | Finish reviewing case docket and pleadings to prep further update to Case. |
| LISA RUPPANER - CASE | | $75.00 | 11/1/2002 | 0.5 | $37.50 | Begin analysis of Docket and pleadings for further update to the case. |
| LISA RUPPANER - CASE | | $75.00 | 11/1/2002 | 0.8 | $60.00 | Review Case docket and pull pleading for further update to case calendar and 2002 List. |
| LISA RUPPANER - CASE | | $75.00 | 11/4/2002 | 0.5 | $37.50 | Prep update to Case Calendar and submit calendar reports to Team. |
| LISA RUPPANER - CASE | | $75.00 | 11/7/2002 | 1.3 | $97.50 | Review case docket and provide update to Project Manager. |
| LISA RUPPANER - CASE | | $75.00 | 11/13/2002 | 1.0 | $75.00 | Review Case Pleading and provide calendar update to case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 11/15/2002 | 1.0 | $75.00 | Review Case Docket and Pleadings and Orders on case. |
| LISA RUPPANER - CASE | | $75.00 | 11/18/2002 | 0.2 | $15.00 | Quick Check on Docket Listing. Pleadings still need to be downloaded. |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2002** | | | | | | |
| *Case Support* | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 11/21/2002 | 1.0 | $75.00 | Perform Docket Review and pull pleadings for further update to docket. |
| LISA RUPPANER - CASE | | $75.00 | 11/22/2002 | 0.7 | $52.50 | Review Case Docket and provide update to Case Calendar. |
| | | Case Support Total: | | 8.5 | $637.50 | |
| *Claim Reconciliation* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/1/2002 | 2.0 | $370.00 | Blinx clean up and quality control |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/1/2002 | 1.7 | $314.50 | Rust data extract - review docketed claims - assign/verify |
| FRANK VISCONTI - DATA | | $125.00 | 11/1/2002 | 2.5 | $312.50 | Update Medical Monitoring WR Grace data |
| FRANK VISCONTI - DATA | | $125.00 | 11/1/2002 | 2.5 | $312.50 | Prep AP reports |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 11/4/2002 | 1.7 | $255.00 | Revise custom claims reports. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/4/2002 | 1.2 | $222.00 | Prepare medical monitoring claims for A Oswald review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/4/2002 | 1.7 | $314.50 | Analysis of claims filed to match schedules to filed claims |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/4/2002 | 0.7 | $192.50 | Revise claims type reporting to reflect blank and unknown claims in top 25 lists |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/4/2002 | 1.5 | $277.50 | Asbestos claims docketing QC |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/5/2002 | 1.0 | $165.00 | revision to report detailing invoices "correctly" scheduled (break into new invoices - supplements; no variance - nothing required; variance - potential amendments) |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/5/2002 | 0.3 | $49.50 | prepare report detailing invoices "correctly" scheduled |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/5/2002 | 2.0 | $370.00 | Analysis of claims to identify duplicate claims and flag objections |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/5/2002 | 3.7 | $1,017.50 | Customize standard reports to create Grace standard reporting by claim types/claim assignments and general liability (3.5); prep corresp to F Zaremby re 12 sample reports (.2) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/5/2002 | 2.0 | $370.00 | Analysis of claims filed and schedules docketed to match schedules to filed claims |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/6/2002 | 0.3 | $49.50 | Discussions w/S Herrschaft re assignment of vendor numbers on improperly scheduled invoice report |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/6/2002 | 0.3 | $82.50 | Revise assigned user report per F Zaremby |
| AMY OSWALD - CONSULT | | $150.00 | 11/6/2002 | 1.2 | $180.00 | Analysis of report re 46 Property Damage proofs of claim |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/7/2002 | 0.5 | $137.50 | Prepare sample Top 25 by type/user report (.4); prep corresp to F Zaremby re sample Top 25 user report (.1) |
| FRANK VISCONTI - DATA | | $125.00 | 11/8/2002 | 1.5 | $187.50 | Analysis of b-Linx database to determine claim amount differences |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/10/2002 | 3.8 | $1,045.00 | Prepare 23 monthly claims reports (2.3); review monthly claims reports (1.0); prep corresp to parties re 23 monthly claims reports (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/11/2002 | 1.0 | $185.00 | Audit Rust data extract and assign claim type - 32 claims. |

**EXHIBIT 1**

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2002** | | | | | | |
| *Claim Reconciliation* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/11/2002 | 0.4 | $74.00 | Schedule/claim matching for new data extract. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/12/2002 | 0.2 | $55.00 | Identify claims filed by Canadian creditors (per Jbaer) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/12/2002 | 0.1 | $27.50 | Review reporting requests with S Herrschaft to prep for Thursday meeting |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/15/2002 | 2.0 | $370.00 | Audit Rust data extract and assign claim type - 50 claims |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/15/2002 | 0.7 | $115.50 | prepare modified reports including BA and Invoice Document Number on Potential Amendment report |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/15/2002 | 0.7 | $115.50 | Prep modified reports including BA and Invoice Document Number on improperly scheduled invoice report |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/15/2002 | 1.0 | $185.00 | Match schedules/claims from new extract. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/15/2002 | 1.0 | $185.00 | Identify duplicate/amended claims from new extract. |
| FRANK VISCONTI - DATA | | $125.00 | 11/18/2002 | 2.0 | $250.00 | Analysis of AP reports prepped by B Bosack |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/18/2002 | 7.3 | $1,350.50 | Identify duplicate and amended tax claims (3.4); revise b-Linx re duplicate and amended tax claims and objections (3.9) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/19/2002 | 7.6 | $1,406.00 | Identify duplicate and amended tax claims & estimate at $0 |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 1.0 | $185.00 | Identify duplicate and amended tax claims & estimate at $0. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 2.5 | $462.50 | Trade claims invoice level reconciliation |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/20/2002 | 0.3 | $82.50 | Prep revised tax claim type report to reflect new procedural objections |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/20/2002 | 0.3 | $82.50 | Prep revised environmental claims report (.2); prep corresp to F Zaremby re revised environmental claims report (.1) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/21/2002 | 1.5 | $277.50 | Review trade claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/21/2002 | 1.0 | $185.00 | Review environmental claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/22/2002 | 3.0 | $555.00 | Identify improperly matched schedules |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/25/2002 | 1.0 | $185.00 | Audit Rust data extract and assign claim type - 20 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/26/2002 | 3.6 | $666.00 | Audit previously matched claims for validity (3.0); analysis of issues re certain schedules. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/26/2002 | 0.5 | $92.50 | Analysis of claims to match claims to schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/26/2002 | 0.3 | $82.50 | Review environmental claims to prep for conf call |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/26/2002 | 0.5 | $92.50 | Audit Rust data extract and assign claim type - 7 claims. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/26/2002 | 0.5 | $92.50 | Identify duplicate claims. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/27/2002 | 4.5 | $832.50 | Analysis of claims to identify trade claims not affected by schedule amendments/supplements and mark for reconciliation |
| | | Claim Reconciliation Total: | | 76.6 | $14,417.50 | |
| *Claims Processing* | | | | | | |
| STEFFANIE COHEN - REC | | $100.00 | 11/1/2002 | 0.3 | $30.00 | Docket Asbestos Medical Monitoring claims in blinx |

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2002** | | | | | | |
| **Claims Processing** | | | | | | |
| STEFFANIE COHEN - REC | | $100.00 | 11/1/2002 | 1.1 | $110.00 | Docket Abestos Property Damage claims in blinx |
| STEFFANIE COHEN - REC | | $100.00 | 11/1/2002 | 3.3 | $330.00 | Docket Abestos Property Damage claims in blinx |
| STEFFANIE COHEN - REC | | $100.00 | 11/1/2002 | 1.6 | $160.00 | Docket Abestos Property Damage claims in blinx |
| AMY OSWALD - CONSULT | | $150.00 | 11/1/2002 | 2.0 | $300.00 | Analysis of 46 Property Damage proofs of claim (1.0); begin docketing 46 Property Damage proofs of claim into database (1.0) |
| AMY OSWALD - CONSULT | | $150.00 | 11/2/2002 | 2.0 | $300.00 | Continue analysis (1.0) and docketing (1.0) of 46 Property Damage proofs of claim into database |
| AMY OSWALD - CONSULT | | $150.00 | 11/3/2002 | 3.5 | $525.00 | Continue analysis (1.8) and docketing (1.7) of 46 Property Damage proofs of claim into database |
| STEFFANIE COHEN - REC | | $100.00 | 11/4/2002 | 1.2 | $120.00 | Docket Asbestos Medical Monitoring claims in b-Linx |
| STEFFANIE COHEN - REC | | $100.00 | 11/4/2002 | 1.0 | $100.00 | Docket Asbestos Medical Monitoring claims in b-Linx |
| STEFFANIE COHEN - REC | | $100.00 | 11/4/2002 | 0.6 | $60.00 | Docket Asbestos Medical Monitoring claims in b-Linx |
| STEFFANIE COHEN - REC | | $100.00 | 11/4/2002 | 2.7 | $270.00 | Docket Abestos Medical Monitoring claims in blinx |
| AMY OSWALD - CONSULT | | $150.00 | 11/4/2002 | 3.3 | $495.00 | Continue analysis (1.7) and docketing (1.6) of 46 Property Damage proofs of claim into database |
| STEFFANIE COHEN - REC | | $100.00 | 11/4/2002 | 1.4 | $140.00 | Docket Abestos Medical Monitoring claims in blinx |
| STEFFANIE COHEN - REC | | $100.00 | 11/5/2002 | 1.4 | $140.00 | Docket Abestos Medical Monitoring claims in blinx |
| AMY OSWALD - CONSULT | | $150.00 | 11/6/2002 | 2.6 | $390.00 | Analysis of 27 Medical Monitoring proofs of claim (1.6); begin docketing 27 Medical Monitoring proofs of claim into database (1.0) |
| AMY OSWALD - CONSULT | | $150.00 | 11/6/2002 | 1.8 | $270.00 | Continued analysis (1.0) and docketing (.8) of 27 Medical Monitoring proofs of claim into database |
| AMY OSWALD - CONSULT | | $150.00 | 11/6/2002 | 1.3 | $195.00 | Continued analysis (.7) and docketing (.6) of 27 Medical Monitoring proofs of claim into database |
| ANNA WICK - DATA | | $90.00 | 11/7/2002 | 0.4 | $36.00 | Rename images, extract BK, Prop Dmg, Med Monitoring claims to b-linx, b-Linx data review and verification, report data anomalies to PM/CAS |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/11/2002 | 0.1 | $18.50 | Asbestos claim docketing |
| STEVEN HEATHCOCK - DATA | | $150.00 | 11/20/2002 | 1.8 | $270.00 | Modify extraction rules to accommodate new fields in claims extraction tables (1.1); review prior extraction data (.7) |
| ANNA WICK - DATA | | $90.00 | 11/21/2002 | 0.2 | $18.00 | copy images and claims data in preparation to b-Linx extraction |
| ANNA WICK - DATA | | $90.00 | 11/25/2002 | 0.2 | $18.00 | Rename images and extract to b-Linx |
| ANNA WICK - DATA | | $90.00 | 11/25/2002 | 0.4 | $36.00 | Review, Claim, b-Linx data review and verification, report data anomalies to PM/CAS |
| | | Claims Processing Total: | | 34.2 | $4,331.50 | |
| **Data & System Manage** | | | | | | |
| ANNA WICK - DATA | | $90.00 | 11/1/2002 | 0.4 | $36.00 | Research Claimstype Bankruptcy, Medical Monitoring and Property Damage of last extract for S Herrschaft |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/1/2002 | 1.1 | $203.50 | Troubleshoot medical monitoring default fields - identify & correct |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 11/3/2002 | 1.4 | $210.00 | revisions to custom asbestos forms. |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/4/2002 | 3.0 | $495.00 | Post vendor number to PwC invoice file from XLS delivered from Grace (as delivered to PwC originally) |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2002** | | | | | | |
| Data & System Manage | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/4/2002 | 1.1 | $203.50 | b-Linx quality control |
| MIKE GRIMMETT - SR_DATA | | $150.00 | 11/4/2002 | 1.6 | $240.00 | Modifications for Asbestos Data Entry |
| FRANK VISCONTI - DATA | | $125.00 | 11/5/2002 | 1.8 | $225.00 | Revise b-Linx re status and substatus displayed on front end |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/5/2002 | 2.0 | $330.00 | Post vendor number to PwC invoice file from XLS delivered from Grace (as delivered to PwC originally) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/5/2002 | 0.5 | $92.50 | b-Linx quality control |
| FRANK VISCONTI - DATA | | $125.00 | 11/5/2002 | 0.6 | $75.00 | Prep memo to D George re system revisions and upgrades |
| FRANK VISCONTI - DATA | | $125.00 | 11/5/2002 | 2.0 | $250.00 | Revise b-Linx re update of status and substatus |
| FRANK VISCONTI - DATA | | $125.00 | 11/5/2002 | 1.0 | $125.00 | Reviewing changes needed in b-Linx with D George |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/7/2002 | 0.3 | $55.50 | Asbestos medical monitoring form - quality control |
| ANNA WICK - DATA | | $90.00 | 11/7/2002 | 0.1 | $9.00 | Copy RUST files to server. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/8/2002 | 0.3 | $55.50 | Asbestos module - quality control |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/8/2002 | 0.5 | $92.50 | bLinx quality control |
| FRANK VISCONTI - DATA | | $125.00 | 11/8/2002 | 0.5 | $62.50 | Prep memo to D George re b-Linx front end issues for WR Grace |
| FRANK VISCONTI - DATA | | $125.00 | 11/11/2002 | 2.5 | $312.50 | Revise b-Linx to update user groups |
| FRANK VISCONTI - DATA | | $125.00 | 11/11/2002 | 0.8 | $100.00 | Analysis if b-Linx front end revisions |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/11/2002 | 2.3 | $425.50 | Blinx troubleshooting |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/12/2002 | 1.5 | $277.50 | Work w/ D George & F Visconti re: Blinx issues |
| DIANE GEORGE - DATA | | $125.00 | 11/12/2002 | 1.1 | $137.50 | Prep changes to bLinx |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/13/2002 | 0.5 | $82.50 | prepare revised report of potential errors excluding the parties manually identified (where vendor name substantially matches creditor name) |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/13/2002 | 0.5 | $82.50 | prepare revised report of claims matched to schedules where the schedules are not included in the potential amendments |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/13/2002 | 0.7 | $129.50 | Quality Control - b-Linx Assign/Refer module |
| ANNA WICK - DATA | | $90.00 | 11/14/2002 | 0.1 | $9.00 | Copy RUST files to server. |
| ANNA WICK - DATA | | $90.00 | 11/14/2002 | 0.4 | $36.00 | ename images, extract bankruptcy, property damage and medical monitoring claims to b-linx, b-Linx data review and verification, report data anomalies to PM/CAS |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/15/2002 | 2.0 | $370.00 | B-linx clean up and quality control |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/18/2002 | 0.5 | $92.50 | B-linx extract troubleshoot - re: claim status/substatus. |
| ANNA WICK - DATA | | $90.00 | 11/18/2002 | 0.3 | $27.00 | Review status and substatus on extracted claims. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 0.8 | $148.00 | Discussion re: asbestos data extract specs and test data w/ S Heathcock & A Wick. |
| ANNA WICK - DATA | | $90.00 | 11/20/2002 | 0.2 | $18.00 | Discuss new aspestos claim specs with S Herrschaft and S Heathcock |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/20/2002 | 0.3 | $55.50 | b-Linx troubleshooting w/ F Visconti |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/21/2002 | 1.5 | $277.50 | Review and resolve data exception issues |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2002** | | | | | | |
| **Data & System Manage** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/22/2002 | 0.5 | $92.50 | Work with F Visconti to locate missing schedule information |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/26/2002 | 0.4 | $74.00 | Data exception investigation. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/26/2002 | 1.0 | $185.00 | Review updated asbestos data specs. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/27/2002 | 1.7 | $314.50 | Review updated asbestos data specs. |
| ANNA WICK - DATA | | $90.00 | 11/29/2002 | 0.1 | $9.00 | Update CRD field configuration for CRDEmail, CRDPhone, CRDFax, Source, SourceCode. |
| | Data & System Manage Total: | | | 37.9 | $6,016.50 | |
| **Noticing Management** | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 11/4/2002 | 0.2 | $15.00 | Prep updates to the 2002 List. |
| ROY BAEZ - CAS | | $65.00 | 11/12/2002 | 0.1 | $6.50 | Review and process returned mail received for client - 1 |
| ROY BAEZ - CAS | | $65.00 | 11/12/2002 | 0.5 | $32.50 | Updating b-Linx w/9169 addresses - partial |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/26/2002 | 0.9 | $247.50 | Research and respond to inquiries from Lydia Duff regarding "waste management" parties in notice of commencement matrix |
| | Noticing Management Total: | | | 1.7 | $301.50 | |
| **Schedule & SOFA Supp** | | | | | | |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/5/2002 | 0.4 | $66.00 | Revision to invoices potentially incorrectly scheduled report per conversation with J Hasenzahl |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 11/5/2002 | 1.8 | $297.00 | Prep reports detailing invoices potentially incorrectly scheduled |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/5/2002 | 1.5 | $412.50 | Analyze scheduled invoice discrepancy data (.7); prep report of analysis (.5); prep corresp to M Brown re analysis of schedule invoice discrepancy (.3) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/6/2002 | 0.7 | $192.50 | Analysis of potential supplemental parties based on invoice detail and verify against filed schedule |
| SHEILA GOOLD - CONSULT | | $125.00 | 11/6/2002 | 2.0 | $250.00 | Audit claims for possible inclusion on amended schedules; search blinx for schedules |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/6/2002 | 0.5 | $92.50 | AP/Invoice/Schedule Review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/6/2002 | 9.0 | $1,665.00 | Identify potentially incorrectly scheduled invoices |
| SHEILA GOOLD - CONSULT | | $125.00 | 11/6/2002 | 1.0 | $125.00 | Audit claims on original Sched F with report of claims with BMC schedule ID/without Grace ID (to identify if scheduled) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/7/2002 | 8.2 | $1,517.00 | Identify potentially incorrectly scheduled invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/8/2002 | 6.9 | $1,276.50 | Identify potentially incorrectly scheduled invoices |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/11/2002 | 1.1 | $302.50 | Analysis of supplemental and amending issues (issues identified by S Herrschaft in review of the filed schedules vs. data) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/11/2002 | 6.1 | $1,128.50 | Identify potentially incorrectly scheduled invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/12/2002 | 5.0 | $925.00 | Identify potential schedule amendments/supplements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/12/2002 | 0.3 | $82.50 | Coordinate exclusion of manually identified non amending schedule records from reporting |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/12/2002 | 0.7 | $192.50 | Revise amending schedule reports |

# Bankruptcy Management Corporation

WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **November 2002** | | | | | | |
| *Schedule & SOFA Supp* | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/12/2002 | 0.1 | $27.50 | Review/identify claims matched to sched where schedules do not match potential amendments |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/12/2002 | 0.5 | $137.50 | Research multiple schedule records (filed) and reconcile to single data record in PwC source data files |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/12/2002 | 0.8 | $220.00 | Identify and research potential supplements - verify against filed schedule |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/13/2002 | 1.2 | $330.00 | Revise reports (.3); prep and review for 11/14 meeting with M Brown re incorrectly scheduled invoices (.9) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/13/2002 | 0.8 | $148.00 | Prep memo re Schedule amendment/supplements |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/14/2002 | 0.7 | $192.50 | Prep modifications to reporting (presentation and filter content) based on input from M Brown |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/18/2002 | 0.2 | $55.00 | Review revised "potentially incorrectly filed invoice" reports, additional fields requested by M Brown (.1); prep corresp to M Brown re same (.1) |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/18/2002 | 0.1 | $27.50 | Revise corresp to M Brown re revised reports to accommodate Grace email restrictions |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 11/20/2002 | 0.1 | $27.50 | Telephone with M Brown re reports and timeline |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 11/27/2002 | 0.8 | $148.00 | Review trade claims potentially scheduled incorrectly |
| | Schedule & SOFA Supp Total: | | | 50.5 | $9,838.50 | |
| *Travel* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $92.50 | 11/13/2002 | 9.5 | $878.75 | LAX- Chicago, Chicago- Boston - for Meeting w/ Grace AP Team in Cambirdge |
| SUSAN HERRSCHAFT - SR_CONSULT | | $92.50 | 11/14/2002 | 11.0 | $1,017.50 | Boston-Chicago, Chicago-LAX - for Meeting w/ Grace AP Team in Cambridge |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 11/14/2002 | 1.5 | $206.25 | Cambridge to NY (return) |
| JULIA HASENZAHL - PRINCIPAL | | $137.50 | 11/14/2002 | 1.5 | $206.25 | NY to Cambridge for Claims Team meeting |
| | Travel Total: | | | 23.5 | $2,308.75 | |
| | November 2002 Total: | | | 291.6 | $49,215.25 | |

## Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|------|------|-------------|------|-------|------------|-------------|
|      |      | Grand Total: |     | 291.6 | $49,215.25 |             |

**EXHIBIT 1**

# Bankruptcy Management Corporation
## WR GRACE
## Professional Activity Summary
### Date Range: 11/1/2002 thru 11/30/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Case Management** | | | |
| PRINCIPAL | | | |
|   Julia Hasenzahl | $275.00 | 6.7 | $1,842.50 |
|   Sean Allen | $275.00 | 0.2 | $55.00 |
| SR_BK | | | |
|   Martha Araki | $200.00 | 5.4 | $1,080.00 |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 43.1 | $7,973.50 |
| DATA | | | |
|   Diane George | $125.00 | 3.3 | $412.50 |
| Total: | | 58.7 | $11,363.50 |
| **Case Support** | | | |
| CASE | | | |
|   Lisa Ruppaner | $75.00 | 8.5 | $637.50 |
| Total: | | 8.5 | $637.50 |
| **Claim Reconciliation** | | | |
| PRINCIPAL | | | |
|   Julia Hasenzahl | $275.00 | 10.2 | $2,805.00 |
| SR_DATA | | | |
|   Brendan Bosack | $165.00 | 3.0 | $495.00 |
|   Mike Grimmett | $150.00 | 1.7 | $255.00 |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 52.0 | $9,620.00 |
| CONSULT | | | |
|   Amy Oswald | $150.00 | 1.2 | $180.00 |
| DATA | | | |
|   Frank Visconti | $125.00 | 8.5 | $1,062.50 |
| Total: | | 76.6 | $14,417.50 |
| **Claims Processing** | | | |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 0.1 | $18.50 |
| CONSULT | | | |
|   Amy Oswald | $150.00 | 16.5 | $2,475.00 |
| DATA | | | |
|   Anna Wick | $90.00 | 1.2 | $108.00 |
|   Steven Heathcock | $150.00 | 1.8 | $270.00 |
| REC | | | |
|   Steffanie Cohen | $100.00 | 14.6 | $1,460.00 |
| Total: | | 34.2 | $4,331.50 |

Page 1 of 2

**EXHIBIT 1**

# Bankruptcy Management Corporation
## WR GRACE
## Professional Activity Summary
### Date Range: 11/1/2002 thru 11/30/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Data & System Manage** | | | |
| SR_DATA | | | |
|   Brendan Bosack | $165.00 | 6.0 | $990.00 |
|   Mike Grimmett | $150.00 | 3.0 | $450.00 |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 17.0 | $3,145.00 |
| DATA | | | |
|   Anna Wick | $90.00 | 1.6 | $144.00 |
|   Diane George | $125.00 | 1.1 | $137.50 |
|   Frank Visconti | $125.00 | 9.2 | $1,150.00 |
| Total: | | 37.9 | $6,016.50 |
| **Noticing Management** | | | |
| PRINCIPAL | | | |
|   Julia Hasenzahl | $275.00 | 0.9 | $247.50 |
| CAS | | | |
|   Roy Baez | $65.00 | 0.6 | $39.00 |
| CASE | | | |
|   Lisa Ruppaner | $75.00 | 0.2 | $15.00 |
| Total: | | 1.7 | $301.50 |
| **Schedule & SOFA Supp** | | | |
| PRINCIPAL | | | |
|   Julia Hasenzahl | $275.00 | 8.0 | $2,200.00 |
| SR_DATA | | | |
|   Brendan Bosack | $165.00 | 2.2 | $363.00 |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 37.3 | $6,900.50 |
| CONSULT | | | |
|   Sheila Goold | $125.00 | 3.0 | $375.00 |
| Total: | | 50.5 | $9,838.50 |
| **Travel** | | | |
| PRINCIPAL | | | |
|   Julia Hasenzahl | $275.00 | 3.0 | $412.50 |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 20.5 | $1,896.25 |
| Total: | | 23.5 | $2,308.75 |
| Grand Total: | | 291.6 | $49,215.25 |

## BANKRUPTCY MANAGEMENT CORPORATION

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

==========================================================

November 1 through November 30, 2002             Invoice #. WRG021130

EXPENSE REIMBURSEMENT:

| | |
|---|---:|
| b-Linx data storage | $ 850.00 |
| Airline | 1,322.00 |
| Dinner | 9.82 |
| Lodging | 294.80 |
| Taxi | 52.00 |
| Tips | 8.00 |
| Sub-Total | $2,536.62 |

PRODUCTION EXPENSES:

| | |
|---|---:|
| Fed Ex Charges | 122.06 |
| Sub-Total | $122.06 |

TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION:    $2,658.68

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement Summary**

**WR Grace**

**Invoice Number: WRG021130**
**Date: 11/30/2002**

| | |
|---|---:|
| airline | $1,322.00 |
| B-Linx/Data Storage | $850.00 |
| Dinner | $9.82 |
| Lodging | $294.80 |
| Taxi | $52.00 |
| Tips | $8.00 |
| **Total** | **$2,536.62** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement**
**WR Grace**
**Invoice Number: WRG021130**

| Date | | | Amount | Description |
|---|---|---|---|---|
| 11/13/02 | zzCorpAMEX_SH | airline | $802.00 | SH LAX-BOS 11/13 & 11/14/02 |
| 4/1/02 | zzCorpAMEX_SF | airline | $520.00 | F Visconti |
| 11/30/02 | BMC | B-Linx/Data Storage | $850.00 | |
| 11/14/02 | Herrschaft | Dinner | $9.82 | Dinner at Chicago O'Hare Airport |
| 11/14/02 | zzCorpAMEX_SH | Lodging | $294.80 | Lodging in Cambridge |
| 11/14/02 | Herrschaft | Taxi | $12.00 | Taxi from Charles Hotel to WR Grace Office |
| 11/13/02 | Herrschaft | Taxi | $40.00 | Taxi from Boston Logan Airport to Charles Hotel |
| 11/14/02 | Herrschaft | Tips | $8.00 | Various airport, hotel tips |
| | | **Total** | **$2,536.62** | |

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S
Seattle, WA  98118
(206) 725-5405

WR Grace

*PRODUCTION INVOICE SUMMARY*

| Invoice Number | Production Date | | Total |
|---|---|---|---|
| Invoice # 021-20021130-1 | 11/30/2002 | $ | 122.06 |
| | | **Total** $ | 122.06 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA  98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

**EXHIBIT 2**

Bankruptcy Management Corporation
6096 Upland Terrace S.
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date - 11/30/2002**
**Invoice # 021-20021130-1**

| Item | # of Packages | Rate | Sub-Total |
|---|---|---|---|
| Miscellaneous FedEx Charges, November 2002 | 1 | $31.99 | $31.99 |
| | 1 | $11.85 | $11.85 |
| | 2 | $39.11 | $78.22 |
| **Sub-Totals** | **4** | | **$122.06** |

| | | |
|---|---|---|
| | Federal Express (4) | $122.06 |
| | **Total** | **$122.06** |

*Invoice Due Upon Receipt*

**EXHIBIT 2**