## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | **Objections Due: March 28, 2003 @ 4:00 p.m.** |
| | : | **Hearing Date:  April 15, 2003 @ 9:30 a.m.** |

### NOTICE OF MOTION

TO:     SEE ATTACHED SERVICE LIST


DK Acquisition Partners, L.P. has filed the Motion of DK Acquisition Partners, L.P. to Permit Trading In the Debtors' Bank Debt (the "Motion") in the above-captioned matter.

You are required to file a response to the attached motion on or before **March 28, 2003 at 4:00 p.m.** with the United States Bankruptcy Court for the District of Delaware.

At the same time, you must also serve a copy of the response upon Movant's attorneys so as to be received no later than 4:00 p.m. (EST):

Brett D. Fallon, Esquire
Christina M. Maycen, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Telecopy: (302) 571-1750
Email: bfallon@morrisjames.com
Email: cmaycen@morrisjames.com

Michael Friedman, Esquire
Richard Spears Kibbe & Orbe LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Telecopier: (212) 530-1801
Email: mfriedman@rsko.com

HEARING ON THE MOTION WILL BE HELD ON **April 15, 2003 at 9:30 a.m.** before the Honorable Judith K. Fitzgerald in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 6, 2003                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP


                                        _____
                                        Brett D. Fallon (ID #2480)
                                        Christina M. Maycen (ID #3976)
                                        222 Delaware Avenue, 10th Floor
                                        P.O. Box 2306
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 888-6800
                                        Telecopy: (302) 571-1750
                                        Email: bfallon@morrisjames.com
                                        Email: cmaycen@morrisjames.com

                                                -and-

                                        Michael Friedman, Esquire
                                        RICHARDS SPEARS KIBBE & ORBE LLP
                                        One World Financial Center
                                        New York, New York 10281
                                        Telephone: (212) 530-1800
                                        Telecopy: (212) 530-1801
                                        Email: mfriedman@rsko.com

                                        ATTORNEYS FOR DK ACQUISITION
                                        PARTNERS, L.P.