IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**ORDER APPROVING MOTION OF DK ACQUISITION PARTNERS, L.P. FOR AN ORDER PERMITTING TRADING IN THE DEBTORS' BANK DEBT**

This matter having come before the Court upon the Motion of DK Acquisition Partners, L.P. ("DK") for An Order Permitting Trading in the Debtors' Bank Debt, dated March 8, 2003 (the "Motion"); the Court having reviewed the Motion and all pleadings relating thereto; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding within the meaning of 28 U.S.C. § 157(b), (c) notice of the Motion was adequate and in accordance with this Court's Order Establishing Case Management Procedures and Hearing Schedule and (d) the relief sought in the Motion is necessary and in the best interest of the Debtors, their estates and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. All capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

CMM/99999-8888/859764/1

3.  In the event DK purchases Bank Debt from another holder of Bank Debt or sells Bank Debt to another holder of Bank Debt or other eligible assignees, such purchases or sales of Bank Debt will not, in and of itself, violate any duty DK may have to the class of creditors represented by the Committee. In addition, DK's claims will not be subject to disallowance, subordination, or other adverse treatment solely by virtue of DK purchasing or selling the Debtors' Bank Debt during the pendency of the Cases, provided that DK (a) discloses its status as a member of the Committee to its counterparty in the trade prior to the consummation of any trade and (b) the counterparty acknowledges and agrees in the purchase and sale agreement that (i) it is aware that DK is a Committee member and that as such a Committee member is the purchaser or seller, as applicable, (ii) it is aware that DK, as a Committee member, may have access to information not available to such counterparty and (iii) notwithstanding the above, the counterparty is prepared to consummate the purchase or sale of the Bank Debt with DK.

4.  This Order shall not preclude any party in interest from taking any action it may deem appropriate in the event such party in interest determines an actual breach of fiduciary duty has occurred because the procedures employed herein have not been complied with or for reasons unrelated to the fact of DK's ability to trade based upon compliance with the procedures set forth in this Order.

Dated: _____, 2003    _____
Wilmington, Delaware                  The Honorable Judith K. Fitzgerald
                                      United States Bankruptcy Court Judge

2

CMM/99999-8888/859764/1