IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objections Due: April 11, 2003 @ 4:00 p.m. |
| | Hearing Date: April 28, 2003 @ 12:00 p.m. |

## *AMENDED* NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

DK Acquisition Partners, L.P. has filed the Motion of DK Acquisition Partners, L.P. to Permit Trading In the Debtors' Bank Debt (the "Motion") in the above-captioned matter.

You are required to file a response to the attached motion on or before **April, 2003 at 4:00 p.m.** with the United States Bankruptcy Court for the District of Delaware.

At the same time, you must also serve a copy of the response upon Movant's attorneys so as to be received no later than 4:00 p.m. (EST):

| | |
|---|---|
| Brett D. Fallon, Esquire | Michael Friedman, Esquire |
| Christina M. Maycen, Esquire | Richard Spears Kibbe & Orbe LLP |
| Morris, James, Hitchens & Williams LLP | One World Financial Center |
| 222 Delaware Avenue, 10th Floor | New York, New York 10281 |
| P.O. Box 2306 | Telephone: (212) 530-1800 |
| Wilmington, Delaware 19801 | Telecopier: (212) 530-1801 |
| Telephone: (302) 888-6800 | Email: mfriedman@rsko.com |
| Telecopy: (302) 571-1750 | |
| Email: bfallon@morrisjames.com | |
| Email: cmaycen@morrisjames.com | |

HEARING ON THE MOTION WILL BE HELD ON **April 28, 2003 at 12:00 a.m.** before the Honorable Judith K. Fitzgerald in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 6, 2003

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Christina M. Maycen*

Brett D. Fallon (ID #2480)
Christina M. Maycen (ID #3976)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Telecopy: (302) 571-1750
Email: bfallon@morrisjames.com
Email: cmaycen@morrisjames.com

-and-

Michael Friedman, Esquire
RICHARDS SPEARS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Telecopy: (212) 530-1801
Email: mfriedman@rsko.com

ATTORNEYS FOR DK ACQUISITION PARTNERS, L.P.

CMM/99999-8888/859771/2