```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W.R Grace & Co.                        Invoice Number      1008437
  One Town Center Road                   Invoice Date      02/25/03
  Boca Raton, FL   33486                 Client Number       172573
```

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


    Expenses                         2,096.09

                    TOTAL BALANCE DUE UPON RECEIPT      $ 2,096.09
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number      1008437 |
| One Town Center Road | Invoice Date     02/25/03 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number      60026 |

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 15.00 |
| Telephone Expense | 4.24 |
| Documentation Charge | 183.48 |
| Duplicating/Printing | 1,074.80 |
| Westlaw | 582.18 |
| Postage Expense | 1.43 |
| Courier Service | 214.74 |
| Outside Duplicating | 20.22 |

CURRENT EXPENSES                2,096.09
                               -------------

TOTAL BALANCE DUE UPON RECEIPT      $ 2,096.09
                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1008437
One Town Center Road                     Invoice Date      02/25/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/23/02   PARCELS 12/20/02 J.LORD 14748                    40.00

01/02/03   ATTY # 0559: 3 COPIES                              .45

01/02/03   ATTY # 0349: 4 COPIES                              .60

01/02/03   ATTY # 0349: 16 COPIES                            2.40

01/02/03   ATTY # 0349: 2 COPIES                              .30

01/02/03   ATTY # 0349: 5 COPIES                              .75

01/02/03   ATTY # 0349: 1 COPIES                              .15

01/02/03   ATTY # 0559: 1 COPIES                              .15

01/02/03   ATTY # 0349: 16 COPIES                            2.40

01/02/03   ATTY # 0559: 3 COPIES                              .45

01/02/03   ATTY # 0559: 6 COPIES                              .90

01/02/03   ATTY # 0559: 3 COPIES                              .45

01/02/03   ATTY # 0559: 1 COPIES                              .15

01/02/03   ATTY # 0559: 3 COPIES                              .45

01/02/03   ATTY # 0349: 1 COPIES                              .15

01/02/03   ATTY # 0349: 2 COPIES                              .30

01/02/03   ATTY # 0349: 7 COPIES                             1.05

01/02/03   ATTY # 0559: 3 COPIES                              .45

172573 W. R. Grace & Co.                          Invoice Number  1008437
60026  Litigation and Litigation Consulting       Page   2
       February 25, 2003

| | | |
|---|---|---:|
| 01/02/03 | ATTY # 0559: 1 COPIES | .15 |
| 01/02/03 | ATTY # 0559: 2 COPIES | .30 |
| 01/02/03 | ATTY # 0559; 14 COPIES | 2.10 |
| 01/02/03 | ATTY # 0559; 26 COPIES | 3.90 |
| 01/03/03 | Binding Charge | 15.00 |
| 01/03/03 | ATTY # 0559; 191 COPIES | 19.10 |
| 01/03/03 | ATTY # 0559; 380 COPIES | 38.00 |
| 01/06/03 | ATTY # 0559; 8 COPIES | 1.20 |
| 01/07/03 | ATTY # 0559: 1 COPIES | .15 |
| 01/07/03 | ATTY # 0349: 19 COPIES | 2.85 |
| 01/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 01/07/03 | ATTY # 0559: 1 COPIES | .15 |
| 01/07/03 | ATTY # 0349: 19 COPIES | 2.85 |
| 01/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 01/07/03 | ATTY # 0349: 1 COPIES | .15 |
| 01/07/03 | ATTY # 0559: 1 COPIES | .15 |
| 01/07/03 | ATTY # 0559: 1 COPIES | .15 |
| 01/07/03 | 561-362-1583/BOCA RATON, FL/3 | .23 |
| 01/07/03 | ATTY # 0559; 12 COPIES | 1.80 |
| 01/07/03 | ATTY # 0559; 12 COPIES | 1.80 |
| 01/08/03 | ATTY # 0559: 16 COPIES | 2.40 |
| 01/08/03 | ATTY # 0349: 22 COPIES | 3.30 |
| 01/08/03 | ATTY # 0349: 4 COPIES | .60 |
| 01/08/03 | ATTY # 0349: 4 COPIES | .60 |
| 01/08/03 | ATTY # 0349: 22 COPIES | 3.30 |
| 01/08/03 | ATTY # 0559; 13 COPIES | 1.95 |

172573 W. R. Grace & Co.                          Invoice Number  1008437
60026  Litigation and Litigation Consulting        Page   3
       February 25, 2003


01/08/03   Westlaw research of issues in cost-recovery        211.58
           action

01/08/03   561-362-1533/BOCA RATON, FL/14                        .86

01/09/03   ATTY # 0885: 1 COPIES                                 .15

01/09/03   ATTY # 0885: 1 COPIES                                 .15

01/09/03   ATTY # 0887: 4 COPIES                                 .60

01/09/03   ATTY # 0718: 3 COPIES                                 .45

01/09/03   302-652-5338/WILMINGTON, DE/3                         .17

01/09/03   302-652-5338/WILMINGTON, DE/16                        .91

01/09/03   Westlaw research of issues in cost-recovery        370.60
           action

01/10/03   ATTY # 0330: 4 COPIES                                 .60

01/10/03   ATTY # 0330: 8 COPIES                                1.20

01/10/03   ATTY # 0887: 1 COPIES                                 .15

01/10/03   ATTY # 0330: 1 COPIES                                 .15

01/10/03   ATTY # 0330: 4 COPIES                                 .60

01/10/03   Postage Expense                                       .60

01/11/03   ATTY # 0349: 16 COPIES                               2.40

01/11/03   ATTY # 0349: 1 COPIES                                 .15

01/11/03   ATTY # 0559; 2 COPIES                                 .30

01/13/03   ATTY # 0330; 16 COPIES                               2.40

01/13/03   ATTY # 0349: 26 COPIES                               3.90

01/13/03   ATTY # 0349: 3 COPIES                                 .45

01/13/03   ATTY # 0349: 1 COPIES                                 .15

01/14/03   ATTY # 0349: 26 COPIES                               3.90

01/14/03   ATTY # 1163: 2 COPIES                                 .30

01/14/03   ATTY # 0349: 1 COPIES                                 .15

172573 W. R. Grace & Co.                          Invoice Number  1008437
 60026  Litigation and Litigation Consulting      Page   4
         February 25, 2003


01/14/03   ATTY # 0349: 3 COPIES                               .45

01/14/03   ATTY # 0349: 26 COPIES                             3.90

01/14/03   ATTY # 0349: 26 COPIES                             3.90

01/14/03   302-652-5340/WILMINGTON, DE/16                      .97

01/15/03   ATTY # 1274; 13 COPIES                             1.95

01/16/03   Courier Service UPS                               23.88

01/16/03   ATTY # 0559; 32 COPIES                             3.20

01/16/03   ATTY # 0559; 218 COPIES                           21.80

01/16/03   ATTY # 0559; 2977 COPIES                         297.70

01/16/03   312-861-2162/CHICAGO, IL/6                         .34

01/16/03   724-387-4001/EXPORT, PA/1                          .14

01/17/03   ATTY # 0559; 154 COPIES                           15.40

01/17/03   ATTY # 0559; 640 COPIES                           64.00

01/17/03   ATTY # 0710: 10 COPIES                             1.50

01/20/03   Documentation Charge - -Electronic Docket         63.00
           Search Charges

01/20/03   JOB NO. 11403 12/12/02 CALLER; JOHN B. LORD       20.22
           Outside Duplicating - - VENDOR: PARCELS, INC.-D
           D R

01/20/03   ATTY # 0710: 37 COPIES                             5.55

01/21/03   ATTY # 0349: 11 COPIES                             1.65

01/21/03   ATTY # 0885: 1 COPIES                              .15

01/21/03   ATTY # 0349: 4 COPIES                              .60

01/21/03   ATTY # 0349: 4 COPIES                              .60

01/21/03   ATTY # 0710: 13 COPIES                             1.95


01/22/03   ATTY # 0349: 2 COPIES                              .30

01/22/03   ATTY # 0349: 27 COPIES                             4.05

```
172573 W. R. Grace & Co.                          Invoice Number  1008437
 60026  Litigation and Litigation Consulting       Page   5
        February 25, 2003
```

| Date | Description | Amount |
|---|---|---|
| 01/22/03 | ATTY # 0718: 1 COPIES | .15 |
| 01/22/03 | ATTY # 0559; 1 COPIES | .15 |
| 01/22/03 | ATTY # 0718; 32 COPIES | 4.80 |
| 01/23/03 | 239-262-8311//3 | .23 |
| 01/23/03 | 302-778-7533/WILMINGTON, DE/2 | .11 |
| 01/23/03 | ATTY # 0887: 2 COPIES | .30 |
| 01/23/03 | ATTY # 0349: 4 COPIES | .60 |
| 01/23/03 | ATTY # 0349: 2 COPIES | .30 |
| 01/23/03 | ATTY # 0710; 275 COPIES | 41.25 |
| 01/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/24/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/24/03 | ATTY # 0885: 4 COPIES | .60 |
| 01/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/24/03 | ATTY # 0701: 119 COPIES | 17.85 |
| 01/24/03 | ATTY # 0710: 13 COPIES | 1.95 |
| 01/24/03 | ATTY # 0710; 124 COPIES | 18.60 |
| 01/27/03 | Documentation Charge-ALL-STATE INTERNATIONAL INC TABS | 4.49 |
| 01/27/03 | ATTY # 0559; 16 COPIES | 2.40 |
| 01/27/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/27/03 | ATTY # 0559: 84 COPIES | 12.60 |
| 01/27/03 | ATTY # 0559: 4 COPIES | .60 |
| 01/28/03 | Courier Service UPS | 119.88 |
| 01/28/03 | ATTY # 0559; 25 COPIES | 3.75 |
| 01/28/03 | ATTY # 0710; 120 COPIES | 18.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1008437
60026  Litigation and Litigation Consulting      Page    6
        February 25, 2003
```

| Date | Description | Amount |
|---|---|---|
| 01/28/03 | ATTY # 0396; 9 COPIES | 1.35 |
| 01/28/03 | ATTY # 0559; 288 COPIES | 43.20 |
| 01/28/03 | ATTY # 0559; 25 COPIES | 3.75 |
| 01/28/03 | ATTY # 0349; 54 COPIES | 8.10 |
| 01/28/03 | ATTY # 0559; 96 COPIES | 14.40 |
| 01/28/03 | ATTY # 0559; 255 COPIES | 38.25 |
| 01/28/03 | ATTY # 0349: 52 COPIES | 7.80 |
| 01/28/03 | ATTY # 0559: 252 COPIES | 37.80 |
| 01/28/03 | ATTY # 0701: 6 COPIES | .90 |
| 01/28/03 | ATTY # 0559: 84 COPIES | 12.60 |
| 01/28/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/28/03 | ATTY # 0349: 26 COPIES | 3.90 |
| 01/28/03 | ATTY # 0559: 84 COPIES | 12.60 |
| 01/28/03 | ATTY # 1911: 18 COPIES | 2.70 |
| 01/29/03 | Documentation Charge-PACER SERVICE CENTER PACER DIALUP CHARGES-OCT-DEC 2002 for docket search work | 83.30 |
| 01/29/03 | Documentation Charge-PACER SERVICE CENTER PACER DIALUP CHARGES-OCT-DEC 2002 for docket search work | 16.38 |
| 01/29/03 | Courier Service UPS | 30.98 |
| 01/29/03 | ATTY # 0559: 5 COPIES | .75 |
| 01/29/03 | ATTY # 0349: 26 COPIES | 3.90 |
| 01/29/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 01/29/03 | ATTY # 0559: 10 COPIES | 1.50 |
| 01/29/03 | ATTY # 0349: 1 COPIES | .15 |
| 01/29/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/29/03 | ATTY # 0349: 26 COPIES | 3.90 |

172573 W. R. Grace & Co.                          Invoice Number  1008437
60026  Litigation and Litigation Consulting       Page   7
       February 25, 2003

01/29/03   ATTY # 0559: 11 COPIES                              1.65

01/29/03   ATTY # 0885: 1 COPIES                                .15

01/29/03   ATTY # 0559: 14 COPIES                              2.10

01/29/03   ATTY # 0559: 1 COPIES                                .15

01/29/03   ATTY # 0349: 4 COPIES                                .60

01/29/03   ATTY # 0710: 1 COPIES                                .15

01/29/03   ATTY # 0559: 4 COPIES                                .60

01/29/03   ATTY # 0559: 12 COPIES                              1.80

01/29/03   ATTY # 0559: 5 COPIES                                .75

01/29/03   ATTY # 0559: 5 COPIES                                .75

01/29/03   ATTY # 0349: 4 COPIES                                .60

01/29/03   ATTY # 0349: 5 COPIES                                .75

01/29/03   ATTY # 0349: 2 COPIES                                .30

01/29/03   ATTY # 0718: 15 COPIES                              2.25

01/29/03   ATTY # 0559; 30 COPIES                              4.50

01/29/03   ATTY # 0559; 178 COPIES                            26.70

01/29/03   ATTY # 0349; 81 COPIES                             12.15

01/29/03   ATTY # 0559; 48 COPIES                              7.20

01/29/03   ATTY # 0559; 65 COPIES                              9.75

01/29/03   ATTY # 0559; 185 COPIES                            27.75

01/29/03   239-262-8311//1                                      .11

01/30/03   ATTY # 0710: 1 COPIES                                .15

01/30/03   ATTY # 0559: 12 COPIES                              1.80

01/30/03   ATTY # 0559: 5 COPIES                                .75

01/30/03   ATTY # 0559: 4 COPIES                                .60

01/30/03   ATTY # 0559: 12 COPIES                              1.80

172573 W. R. Grace & Co.                        Invoice Number  1008437
60026  Litigation and Litigation Consulting      Page   8
       February 25, 2003


01/30/03   ATTY # 0559; 201 COPIES                          30.15

01/31/03   DECEMBER 2002 PACER CHARGES - Documentation       2.38
           Charge - - VENDOR: PACER SERVICE CENTER
           Electronic Docket Search Charges

01/31/03   DECEMBER 2002 PACER - Documentation Charge - -    9.94
           VENDOR: PACER SERVICE CENTER Electronic Docket
           Search Charges

01/31/03   DECEMBER 2002 PACER CHARGES - Documentation        .84
           Charge - - VENDOR: PACER SERVICE CENTER
           Electronic Docket Search Charges

01/31/03   DECEMBER 2002 PACER CHARGES - Documentation       3.15
           Charge - - VENDOR: PACER SERVICE CENTER
           Electronic Docket Search Charges

01/31/03   ATTY # 0559: 1 COPIES                              .15

01/31/03   ATTY # 0559: 19 COPIES                            2.85

01/31/03   ATTY # 0559: 43 COPIES                            6.45

01/31/03   ATTY # 0559: 19 COPIES                            2.85

01/31/03   ATTY # 0885: 1 COPIES                              .15

01/31/03   ATTY # 0559: 43 COPIES                            6.45

01/31/03   ATTY # 0885: 3 COPIES                              .45

01/31/03   ATTY # 1911: 6 COPIES                              .90

01/31/03   ATTY # 0559: 17 COPIES                            2.55

01/31/03   ATTY # 0559: 1 COPIES                              .15

01/31/03   ATTY # 0887: 18 COPIES                            2.70

01/31/03   ATTY # 0718: 6 COPIES                              .90

01/31/03   ATTY # 0718: 1 COPIES                              .15

01/31/03   ATTY # 0718: 6 COPIES                              .90

01/31/03   ATTY # 0718: 6 COPIES                              .90

01/31/03   ATTY # 0718: 8 COPIES                             1.20

01/31/03   ATTY # 0887: 18 COPIES                            2.70

172573 W. R. Grace & Co.                        Invoice Number  1008437
60026  Litigation and Litigation Consulting     Page    9
       February 25, 2003


01/31/03    ATTY # 0718: 7 COPIES                              1.05

01/31/03    ATTY # 0718: 1 COPIES                               .15

01/31/03    ATTY # 0718: 13 COPIES                             1.95

01/31/03    ATTY # 0559; 7 COPIES                              1.05

01/31/03    ATTY # 0718; 208 COPIES                           31.20

01/31/03    561-362-1583/BOCA RATON, FL/2                       .17

01/31/03    Postage Expense                                     .83

                          CURRENT EXPENSES                 2,096.09
                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT  $ 2,096.09
                                                          =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number      1008436
  5400 Broken Sound Blvd., N.W.        Invoice Date      02/25/03
  Boca Raton, FL 33487                 Client Number       172573
```

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial


      Expenses                          1,664.19

                      TOTAL BALANCE DUE UPON RECEIPT      $ 1,664.19
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1008436
5400 Broken Sound Blvd., N.W.        Invoice Date      02/25/03
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                           3.00
    Telephone Expense                        1.30
    Duplicating/Printing                 1,196.85
    Westlaw                                163.82
    Postage Expense                          6.52
    Courier Service                        292.70

              CURRENT EXPENSES               1,664.19
                                         -------------

              TOTAL BALANCE DUE UPON RECEIPT    $ 1,664.19
                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1008436
5400 Broken Sound Blvd., N.W.            Invoice Date      02/25/03
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 01/03/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/03/03 | ATTY # 0885: 4 COPIES | .60 |
| 01/03/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/03/03 | ATTY # 1911: 12 COPIES | 1.80 |
| 01/03/03 | 843-727-6688/CHARLESTON, SC/1 | .11 |
| 01/03/03 | ATTY # 0885; 2 COPIES | .30 |
| 01/06/03 | ATTY # 4219: 3 COPIES | .45 |
| 01/07/03 | ATTY # 0349: 2 COPIES | .30 |
| 01/08/03 | ATTY # 0349: 8 COPIES | 1.20 |
| 01/08/03 | ATTY # 0856: 17 COPIES | 2.55 |
| 01/09/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/09/03 | ATTY # 0856: 15 COPIES | 2.25 |
| 01/09/03 | Document Binding Charge | 3.00 |
| 01/09/03 | ATTY # 0885; 42 COPIES | 6.30 |
| 01/09/03 | ATTY # 0885; 26 COPIES | 3.90 |
| 01/09/03 | ATTY # 0885; 133 COPIES | 13.30 |
| 01/09/03 | ATTY # 0885; 4 COPIES | .60 |
| 01/10/03 | ATTY # 0885: 2 COPIES | .30 |

172573 W. R. Grace & Co.                        Invoice Number  1008436
60028  ZAI Science Trial                        Page   2
       February 25, 2003

01/10/03   ATTY # 0856: 29 COPIES                         4.35

01/10/03   ATTY # 0856: 31 COPIES                         4.65

01/11/03   ATTY # 0349: 1 COPIES                           .15

01/14/03   ATTY # 0885: 1 COPIES                           .15

01/14/03   ATTY # 0885: 2 COPIES                           .30

01/14/03   ATTY # 0885: 12 COPIES                         1.80

01/14/03   ATTY # 0349: 5 COPIES                           .75

01/16/03   ATTY # 0349; 24 COPIES                         3.60

01/16/03   ATTY # 0856: 24 COPIES                         3.60

01/16/03   ATTY # 0856: 53 COPIES                         7.95

01/16/03   ATTY # 0856: 24 COPIES                         3.60

01/16/03   ATTY # 0856: 25 COPIES                         3.75

01/17/03   ATTY # 0856: 25 COPIES                         3.75

01/20/03   Postage Expense                                 .37

01/20/03   Postage Expense                                 .74

01/20/03   ATTY # 0885; 7 COPIES                          1.05

01/20/03   ATTY # 0885; 7 COPIES                          1.05

01/20/03   ATTY # 0885; 5 COPIES                           .75

01/20/03   Courier Service FEDEX                         46.07

01/20/03   Courier Service FEDEX                        195.20

01/20/03   ATTY # 0885: 2 COPIES                           .30

01/20/03   ATTY # 0885: 3 COPIES                           .45

01/20/03   ATTY # 0885: 1 COPIES                           .15

01/20/03   ATTY # 0885: 3 COPIES                           .45

01/20/03   ATTY # 0885: 1 COPIES                           .15

01/20/03   ATTY # 0885: 3 COPIES                           .45

```
172573 W. R. Grace & Co.                    Invoice Number  1008436
60028  ZAI Science Trial                    Page   3
       February 25, 2003
```

| Date | Description | Amount |
|---|---|---|
| 01/20/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/20/03 | ATTY # 0885: 3 COPIES | .45 |
| 01/20/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/20/03 | ATTY # 4219: 3 COPIES | .45 |
| 01/20/03 | ATTY # 4219: 3 COPIES | .45 |
| 01/21/03 | ATTY # 0885; 4 COPIES | .60 |
| 01/21/03 | ATTY # 0885; 2 COPIES | .30 |
| 01/21/03 | ATTY # 0885; 5 COPIES | .75 |
| 01/21/03 | ATTY # 0885; 11 COPIES | 1.65 |
| 01/21/03 | 561-362-1583/BOCA RATON, FL/2 | .17 |
| 01/21/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/21/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/22/03 | Postage Expense | .60 |
| 01/22/03 | Postage Expense | .74 |
| 01/22/03 | 410-531-4711/COLUMBIA, MD/2 | .11 |
| 01/22/03 | 561-362-1583/BOCA RATON, FL/2 | .11 |
| 01/22/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/22/03 | ATTY # 0885: 6 COPIES | .90 |
| 01/22/03 | ATTY # 0885: 1 COPIES | .15 |
| 01/22/03 | ATTY # 0349: 1 COPIES | .15 |
| 01/22/03 | ATTY # 0885: 2 COPIES | .30 |
| 01/22/03 | ATTY # 0885: 3 COPIES | .45 |
| 01/22/03 | ATTY # 0885; 33 COPIES | 4.95 |
| 01/22/03 | ATTY # 0885; 28 COPIES | 4.20 |
| 01/23/03 | ATTY # 0856: 25 COPIES | 3.75 |
| 01/23/03 | 561-362-1533/BOCA RATON, FL/14 | .80 |

172573 W. R. Grace & Co.                        Invoice Number  1008436
 60028  ZAI Science Trial                       Page   4
        February 25, 2003

01/24/03   Postage Expense                                   .37

01/24/03   Postage Expense                                   .37

01/24/03   ATTY # 0885: 2 COPIES                             .30

01/24/03   ATTY # 0885: 4 COPIES                             .60

01/24/03   ATTY # 0885: 2 COPIES                             .30

01/24/03   ATTY # 0885: 1 COPIES                             .15

01/24/03   ATTY # 0885; 12 COPIES                           1.80

01/24/03   ATTY # 0885; 65 COPIES                           9.75

01/24/03   ATTY # 0885; 17 COPIES                           2.55

01/24/03   ATTY # 4077: 10 COPIES                           1.50

01/27/03   ATTY # 0856; 463 COPIES                         46.30

01/27/03   ATTY # 0856; 295 COPIES                         29.50

01/27/03   ATTY # 0856; 662 COPIES                         66.20

01/27/03   ATTY # 0856; 19 COPIES                           1.90

01/27/03   ATTY # 0701; 143 COPIES                         21.45

01/27/03   ATTY # 0856; 388 COPIES                         38.80

01/27/03   ATTY # 0856; 2 COPIES                            .20

01/27/03   ATTY # 0856; 188 COPIES                         18.80

01/27/03   ATTY # 0885: 6 COPIES                            .90

01/27/03   ATTY # 0885: 6 COPIES                            .90

01/27/03   ATTY # 0885: 2 COPIES                            .30

01/27/03   ATTY # 0885: 1 COPIES                            .15

01/27/03   ATTY # 0885: 2 COPIES                            .30

01/28/03   Postage Expense                                  .74

01/28/03   ATTY # 1911; 396 COPIES                         39.60

01/28/03   ATTY # 0856; 25 COPIES                           3.75

172573 W. R. Grace & Co.                          Invoice Number  1008436
60028  ZAI Science Trial                          Page   5
        February 25, 2003

01/28/03   ATTY # 0856; 89 COPIES                              8.90

01/28/03   ATTY # 0856; 1569 COPIES                          156.90

01/28/03   ATTY # 0856; 3 COPIES                               .45

01/28/03   ATTY # 0856; 1639 COPIES                          163.90

01/28/03   ATTY # 0856; 196 COPIES                            19.60

01/28/03   ATTY # 1911; 172 COPIES                            25.80

01/28/03   ATTY # 0885; 11 COPIES                              1.65

01/28/03   ATTY # 0856; 323 COPIES                            32.30

01/28/03   ATTY # 0559; 10 COPIES                              1.50

01/28/03   ATTY # 0856; 11 COPIES                              1.65

01/28/03   ATTY # 0885: 2 COPIES                                .30

01/28/03   ATTY # 0885: 2 COPIES                                .30

01/28/03   ATTY # 0885: 2 COPIES                                .30

01/28/03   ATTY # 0559: 4 COPIES                                .60

01/28/03   ATTY # 0885: 2 COPIES                                .30

01/28/03   ATTY # 0885: 2 COPIES                                .30

01/28/03   ATTY # 0885: 4 COPIES                                .60

01/28/03   ATTY # 0559: 4 COPIES                                .60

01/28/03   Westlaw -research of issues for preparation of    163.82
           defense in ZAI Science Trial matter.

01/29/03   Postage Expense                                     .37

01/29/03   ATTY # 0559: 4 COPIES                                .60

01/29/03   ATTY # 0885: 1 COPIES                                .15

01/29/03   ATTY # 0559: 4 COPIES                                .60

01/29/03   ATTY # 0559: 4 COPIES                                .60

01/29/03   ATTY # 0885: 1 COPIES                                .15

01/29/03   ATTY # 0885: 1 COPIES                                .15

172573 W. R. Grace & Co.                    Invoice Number  1008436
60028  ZAI Science Trial                    Page    6
       February 25, 2003


01/29/03   ATTY # 0559: 4 COPIES                           .60

01/29/03   ATTY # 0885: 2 COPIES                           .30

01/29/03   ATTY # 0885: 4 COPIES                           .60

01/29/03   ATTY # 0856; 321 COPIES                       32.10

01/29/03   ATTY # 0856; 8 COPIES                           .80

01/29/03   ATTY # 0856; 17 COPIES                         2.55

01/29/03   ATTY # 0885: 1 COPIES                           .15

01/29/03   ATTY # 0856; 579 COPIES                       57.90

01/29/03   ATTY # 0856; 201 COPIES                       20.10

01/29/03   ATTY # 0856; 207 COPIES                       20.70

01/29/03   ATTY # 1911; 2 COPIES                           .30

01/29/03   ATTY # 0701; 6 COPIES                           .90

01/29/03   ATTY # 0856; 224 COPIES                       22.40

01/29/03   ATTY # 0856; 348 COPIES                       34.80

01/29/03   ATTY # 1911; 23 COPIES                         3.45

01/29/03   ATTY # 0856; 252 COPIES                       25.20

01/29/03   ATTY # 0856; 172 COPIES                       17.20

01/29/03   ATTY # 0885; 1 COPIES                           .15

01/29/03   ATTY # 0856; 97 COPIES                         9.70

01/30/03   ATTY # 0559: 5 COPIES                           .75

01/30/03   ATTY # 0559: 5 COPIES                           .75

01/30/03   ATTY # 0559: 4 COPIES                           .60

01/30/03   ATTY # 1911; 41 COPIES                         6.15

01/30/03   ATTY # 0856; 28 COPIES                         2.80

01/30/03   ATTY # 1911; 2 COPIES                           .20

01/30/03   ATTY # 1911; 3 COPIES                           .45

172573 W. R. Grace & Co.                              Invoice Number  1008436
60028  ZAI Science Trial                              Page   7
       February 25, 2003


01/30/03   ATTY # 0856; 262 COPIES                              26.20

01/30/03   ATTY # 1911; 6 COPIES                                  .90

01/30/03   ATTY # 0856; 975 COPIES                             97.50

01/30/03   ATTY # 1911; 36 COPIES                               5.40

01/31/03   Postage Expense                                      1.11

01/31/03   ATTY # 0559: 5 COPIES                                 .75

01/31/03   ATTY # 0885: 1 COPIES                                 .15

01/31/03   ATTY # 0885: 1 COPIES                                 .15

01/31/03   ATTY # 0885: 2 COPIES                                 .30

01/31/03   ATTY # 4219: 3 COPIES                                 .45

01/31/03   ATTY # 4219: 3 COPIES                                 .45

01/31/03   ATTY # 0885; 5 COPIES                                 .75

01/31/03   Courier Service UPS                                 51.43

01/31/03   Postage Expense                                      1.11

                          CURRENT EXPENSES               1,664.19
                                                        ------------
                  TOTAL BALANCE DUE UPON RECEIPT        $ 1,664.19
                                                        =============