```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W.R Grace & Co.                        Invoice Number      1008434
  One Town Center Road                   Invoice Date      02/25/03
  Boca Raton, FL   33486                 Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            19,872.00


              TOTAL BALANCE DUE UPON RECEIPT      $ 19,872.00
                                                 ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number      1008434
One Town Center Road                   Invoice Date      02/25/03
Boca Raton, FL   33486                 Client Number        172573
                                       Matter Number         60026
```

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 01/01/03 | Cameron | Review materials relating to Court Order in cost recovery action. | .90 |
| 01/06/03 | Cameron | Telephone call with R. Finke regarding status of EPA cost recovery action and EPA requests for information (.4); review said requests (.4). | .80 |
| 01/07/03 | Cameron | E-mail from R. Finke regarding EPA request for data and research issue (.5); telephone call with J. Restivo regarding same (.2). | .70 |
| 01/08/03 | Cameron | Review materials relating to EPA request for R. J. Lee data. | .70 |
| 01/08/03 | Naugle | Review D. Cameron e-mail regarding 104(e) letter and W. R. Grace fax relating to cost-recovery action (0.5); discussion with J. Smokelin regarding 104(e) issue (0.5); further discussion with J. Smokelin regarding identification of issues (0.5). | 1.50 |
| 01/08/03 | Smokelin | Research regarding EPA informational request and cost-recovery action issue (4.5); telephone call to D. Van Orden and R. Finke (0.3); discussion with C. Stummer regarding research for EPA cost-recovery action issue (0.6); discussion with L. Naugle regarding status (0.5). | 5.90 |

```
172573 W. R. Grace & Co.                        Invoice Number  1008434
60026  Litigation and Litigation Consulting     Page   2
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|------|------|

| | | | |
|------|------|------|------|
| 01/08/03 | Stummer | Telephone call with J. Smokelin re: research on information request from EPA cost-recovery action (0.4); statutory and case law research on specific statutory provision and similar provisions regarding definitions and terms for "information" and "document" (1.1). | 1.50 |
| 01/09/03 | Naugle | Discussion with J. Smokelin regarding research (0.6); review J. Smokelin draft letter regarding research issues in cost-recovery action (0.9). | 1.50 |
| 01/09/03 | Smokelin | Research regarding cost-recovery action informational request (5.8);  conference with C. Stummer regarding research (0.6); draft letter to Environmental Protection Agency (1.0); conference with L. Naugle (0.6); draft letter to R. Finke (0.3). | 8.30 |
| 01/09/03 | Stummer | Case law research on venue, jurisdiction, standing and ripeness (3.0); reviewed draft version of letter to EPA (0.5). | 3.50 |
| 01/10/03 | Cameron | Review draft letter regarding EPA request for R. J. Lee data in cost-recovery action (.5); review materials from R. J. Lee relating to Libby work (.8). | 1.30 |
| 01/10/03 | Naugle | Review J. Smokelin draft letter to R. Finke and make revisions to same (1.2); telephone calls with J. Smokelin regarding revisions; revise letter and discuss revisions with D. Cameron (1.1); e-mail letter to R. Finke (0.1). | 2.40 |
| 01/10/03 | Smokelin | Review revised draft Finke letter (0.5); telephone call with L. Naugle regarding the same (0.3); telephone call with L. Naugle regarding D. Cameron question | .90 |

```
172573 W. R. Grace & Co.                        Invoice Number  1008434
60026  Litigation and Litigation Consulting      Page   3
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | (0.1). | |
| 01/13/03 | Naugle | Discussion with J. Smokelin regarding follow-up with R. Finke and issues regarding cost-recovery action representation (0.3); review J. Smokelin e-mail regarding conversation with R. Finke (0.2). | .50 |
| 01/13/03 | Smokelin | Telephone call with R. Finke regarding EPA letter (0.7); discussion of same with L. Naugle (1.1). | 1.80 |
| 01/14/03 | Naugle | Discussion with J. Smokelin regarding approach to R. J. Lee letter issue in cost-recovery action (0.7);   further discussion with J. Smokelin and conference call with J. Smokelin and R. Finke regarding response to EPA request (0.6). | 1.30 |
| 01/15/03 | Naugle | Discussion with J. Smokelin regarding conversation with R. Finke. | .50 |
| 01/15/03 | Smokelin | Draft outline for R. Lee conference call re: cost-recovery action issue (1.0); e-mail to R. Finke regarding unconsummated conference call and other potential dates (0.4); telephone call with R. Finke (0.5); prepare for and meet with L. Naugle regarding status (1.0); e-mail to D. Cameron regarding status (0.3); research regarding bankruptcy court order (4.7). | 7.90 |
| 01/16/03 | Naugle | Discussion with J. Smokelin regarding discussion with R. J. Lee on cost-recovery action issues (0.4); review R. J. Lee draft letter and comment (0.6); review J. Smokelin e-mail regarding summary of discussions with Grace and comments on R. J. Lee letter (0.2). | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1008434
60026  Litigation and Litigation Consulting        Page   4
       February 25, 2003

  Date   Name                                                    Hours
-------- -----------                                             -----
01/16/03 Smokelin        Research regarding bankruptcy case       8.90
                         management order (2.0); review R.
                         J. Lee letter (0.4); prepare
                         comments to same (0.4); discussion
                         with L. Naugle regarding R. J. Lee
                         letter (0.3); telephone call to R.
                         Finke (0.4); telephone call to EPA
                         Region 8 office regarding Kelcey
                         Land (0.4); research regarding
                         injunction relief (5.0).

01/20/03 Naugle          Review H. Roberts comments on R.          .20
                         J. Lee letter re: cost-recovery
                         action issues.

01/20/03 Smokelin        E-mail L. Naugle regarding R. Lee        2.90
                         letter (0.2); research regarding
                         potential injunctive relief (2.7).

01/21/03 Restivo         Draft and revise letter to              1.00
                         auditors regarding current
                         litigation involving the Debtors.

01/21/03 Smokelin        E-mail to R. Finke regarding            1.40
                         strategy on cost-recovery action
                         issue (0.5); draft Grace follow-up
                         letter to Environmental Protection
                         Agency (0.9).

01/22/03 Smokelin        Draft W. R. Grace response to R.        3.80
                         J. Lee letter (0.8); review W. R.
                         Grace bankruptcy docket for
                         information for same (0.9);
                         research regarding jurisdiction
                         (2.1).

01/23/03 Muha            Review Grace docket and various         1.30
                         filings therefrom.

01/23/03 Naugle          Review J. Smokelin letter re:            .70
                         cost-recovery action issues and
                         e-mail comments to J. Smokelin.

01/23/03 Smokelin        Review and incorporate L. Naugle        2.40
                         changes to letter to EPA (1.7);
                         telephone call with R. Finke re:
                         revised letter (0.7).

```
172573 W. R. Grace & Co.                        Invoice Number  1008434
60026  Litigation and Litigation Consulting     Page    5
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/24/03 | Cameron | Review materials relating to EPA request for materials from R.J. Lee Group (.7); Review materials from EPA cost recovery action (.4). | 1.10 |
| 01/27/03 | Smokelin | Respond to R. Finke e-mail regarding EPA letter. | .20 |
| 01/31/03 | Muha | Review Grace docket for status of various filings. | .30 |

```
                                                    ------
                                    TOTAL HOURS      67.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Louis A Naugle | 9.80 | at $ | 380.00 | = | 3,724.00 |
| James J. Restivo Jr. | 1.00 | at $ | 475.00 | = | 475.00 |
| Douglas E. Cameron | 5.50 | at $ | 430.00 | = | 2,365.00 |
| Andrew J. Muha | 1.60 | at $ | 200.00 | = | 320.00 |
| Cristina Stummer | 5.00 | at $ | 200.00 | = | 1,000.00 |
| Jennifer Smokelin | 44.40 | at $ | 270.00 | = | 11,988.00 |

```
                        CURRENT FEES                      19,872.00


                                                    ------------
             TOTAL BALANCE DUE UPON RECEIPT          $ 19,872.00
                                                    ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


  W. R. Grace                         Invoice Number      1008438
  5400 Broken Sound Blvd., N.W.       Invoice Date      02/25/03
  Boca Raton, FL 33487                Client Number       172573
                                      Matter Number        60027
```

===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 01/29/03 | Cameron | Travel to Florida (with connections), not working, for witness meetings (1/2 time) | 2.50 |
| 01/31/03 | Cameron | Return from Florida (with connections) non-working, from witness meetings (1/2 time). | 2.40 |

```
                                         ------
                             TOTAL HOURS    4.90
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 4.90 at $ 430.00 = | | 2,107.00 |

```
                     CURRENT FEES                   2,107.00


                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT    $ 2,107.00
                                              =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1008433
5400 Broken Sound Blvd., N.W.        Invoice Date      02/25/03
Boca Raton, FL 33487                 Client Number       172573



===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                              93,137.50

                TOTAL BALANCE DUE UPON RECEIPT      $ 93,137.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1008433
5400 Broken Sound Blvd., N.W.        Invoice Date        02/25/03
Boca Raton, FL 33487                 Client Number         172573
                                     Matter Number          60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2003

  Date   Name                                              Hours
-------- -----------                                       -----


01/02/03 Atkinson      Create inventory of boxes produced   1.30
                       to ZAI claimants by Casner &
                       Edwards from Winthrop Square
                       Repository.

01/02/03 Cameron       Review materials with J. Restivo     1.50
                       to prepare summary strategy
                       outline for science trial.

01/02/03 Restivo       Preparation of strategy outline      5.50
                       and summary materials for ZAI
                       Science Trial defense.

01/03/03 Bentz         Review of Grace documents that       2.75
                       were reviewed and copied by ZAI
                       claimants' counsel.

01/03/03 Restivo       Continued preparation of strategy    2.00
                       outline and summary materials for
                       ZAI Science Trial defense.

01/03/03 Turkaly       Review documents produced to ZAI     3.00
                       claimants at Casner & Edwards'
                       Winthrop Square Repository and
                       prepare inventory of same.

01/06/03 Miller        Further review of asbestos case      3.00
                       law for preparation of defense in
                       ZAI Science Trial.

```
172573 W. R. Grace & Co.                        Invoice Number  1008433
60028  ZAI Science Trial                        Page   2
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/06/03 | Turkaly | Review documents produced to ZAI claimants at Casner & Edward's repository and prepare inventory of same. | 6.00 |
| 01/07/03 | Cameron | Review correspondence regarding Notice to Inspect documents (.4); memo regarding same (.4). | .80 |
| 01/07/03 | Restivo | Continued preparation and revisions to strategy outline and summary materials for ZAI Science Trial defense. | 2.00 |
| 01/07/03 | Turkaly | Review documents produced to ZAI claimants at Casner & Edward's repository and prepare inventory of same. | 7.50 |
| 01/08/03 | Atkinson | Continuing inventory of documents produced to ZAI claimants by Casner & Edwards at Winthrop Square Repository. | 2.50 |
| 01/08/03 | Bentz | Review of letter from ZAI claimants' counsel regarding depositions and conferences with client regarding same (.5); review of materials regarding potential depositions (.8). | 1.30 |
| 01/08/03 | Cameron | Preparation of expert outline for ZAI Science Trial defense. | .70 |
| 01/08/03 | Flatley | Review letter re: science trial depositions and reply to e-mails (.40); meet with J. Bentz re: deposition scheduling (.40); return call to W. Sparks re: depositions (.10). | .90 |
| 01/08/03 | Restivo | Continued preparation of strategy outlines and summary materials for ZAI Science Trial defense. | 3.00 |
| 01/08/03 | Turkaly | Review documents produced to ZAI claimants at Casner & Edward's repository and prepare inventory of same. | 6.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1008433
60028  ZAI Science Trial                        Page   3
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/09/03 | Atkinson | Revise inventory of boxes produced to ZAI claimants by Casner & Edwards at Winthrop Square Repository in Boston. | 1.10 |
| 01/09/03 | Bentz | Review of materials in preparation for ZAI Science Trial depositions. | 2.60 |
| 01/09/03 | Cameron | Review discovery responses received from ZAI claimants (1.2); e-mails to R. Finke regarding discovery issues (.5). | 1.70 |
| 01/09/03 | Flatley | Call with W. Sparks re: science trial deposition schedule (0.4); preliminary deposition preparation (0.6). | 1.00 |
| 01/10/03 | Bentz | Review of prior depositions of Grace representatives regarding references to ZAI. | 5.25 |
| 01/10/03 | Cameron | Continued review of ZAI claimants responses to discovery (1.1); review deposition requests and materials relating to particular witnesses requested for deposition (.7). | 1.80 |
| 01/10/03 | Flatley | Reviewing memoranda concerning deposition requests in ZAI science trial matter. | 1.70 |
| 01/11/03 | Flatley | Review transcripts and various correspondence in preparation for 1/13 conference call regarding ZAI science trial. | 2.20 |
| 01/13/03 | Bentz | Review of witness interviews and documents in preparation for ZAI Science Trial depositions (2.5); conference call regarding responsibilities for fact discovery in Science Trial matter (1.1); drafting letter regarding discovery issues (.9); review letter from ZAI claimants' counsel regarding privileged documents (.3). | 4.80 |

```
172573 W. R. Grace & Co.                        Invoice Number  1008433
60028  ZAI Science Trial                        Page   4
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 01/13/03 | Cameron | Continued review of ZAI claimants' discovery responses and documents (1.30); telephone call with Grace counsel regarding deposition schedule (.3); telephone call with J. Bentz regarding response to deposition request (.5). | 2.10 |
| 01/13/03 | Flatley | Preparation for call (.20); participation in part of conference call with D. Siegel, W. Sparks, R. Finke, et al. re: ZAI Science Trial issues (.90). | 1.10 |
| 01/13/03 | Restivo | Conference call re: discovery (1.0); preparation of expert materials for Science Trial defense (1.0). | 2.00 |
| 01/14/03 | Bentz | Review of privileged document issue (1.0); review of documents for preparation for depositions in ZAI Science Trial (1.8). | 2.80 |
| 01/14/03 | Cameron | Telephone call with R. Finke regarding deposition preparation issues (.60); e-mails to R. Finke, et al. regarding same (.50). | 1.10 |
| 01/14/03 | Flatley | Call with W. Sparks (.40) re: science trial issues; review J. Bentz draft re: scheduling issues (.50); e-mails re: scheduling (.20). | 1.10 |
| 01/14/03 | Miller | Draft portions of asbestos issues memorandum for preparation of defense in ZAI Science Trial. | 3.30 |
| 01/14/03 | Restivo | Preparation of materials for ZAI Science Trial defense. | 2.00 |
| 01/15/03 | Atkinson | Reviewing Summation database for number of documents relating to several witnesses requested by ZAI claimants and e-mail to J. Bentz re: same (.5); reviewing and making arrangements to have documents re: Yang, Wood, Walsh, Wolter, Brown copied to provide to | 1.80 |

```
172573 W. R. Grace & Co.                        Invoice Number  1008433
60028  ZAI Science Trial                        Page   5
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | ZAI plaintiffs (.8); inventory of boxes provided by Casner & Edwards for production to ZAI plaintiffs (.5). | |
| 01/15/03 | Bentz | Obtaining documents for depositions (1.1); draft letter to ZAI claimants' counsel regarding depositions (.5); scheduling depositions (1.0). | 2.60 |
| 01/15/03 | Cameron | E-mail and telephone call to client regarding Science Trial deposition scheduling issues (.8); telephone call with L. Flatley regarding same (.3); review witness documents and summaries (.6). | 1.70 |
| 01/15/03 | Flatley | With J. Bentz re: science trial deposition preparation, including conference calls with W. Sparks (1.60); second call with W. Sparks and e-mail to follow up on call (.20). | 1.80 |
| 01/15/03 | Restivo | Preparation of expert materials for ZAI Science Trial defense. | 1.00 |
| 01/16/03 | Atkinson | Reviewing Summation database and collecting documents re: E.S. Wood, for preparation of deposition defense materials. | 1.10 |
| 01/16/03 | Cameron | E-mails and telephone call regarding deposition scheduling (.6); review summaries and documents for deposition preparation (1.2). | 1.80 |
| 01/16/03 | Miller | Review of asbestos cases for preparation of defense in ZAI Science Trial. | 2.70 |
| 01/17/03 | Atkinson | Continued reviewing Summation documents to prepare attorney work-product aids for E. S. Wood depositions. | 1.40 |

172573 W. R. Grace & Co.                          Invoice Number  1008433
60028  ZAI Science Trial                          Page    6
       February 25, 2003

| Date | Name | | Hours |
|------|------|---|------|
| 01/17/03 | Bentz | Corresponding with ZAI claimants' counsel and Grace regarding deposition schedule. | .30 |
| 01/17/03 | Cameron | Meet with J. Restivo regarding deposition preparation issues and scheduling (.2); Review witness files for upcoming depositions (1.9); E-mail client regarding deposition issues (.6). | 2.70 |
| 01/18/03 | Atkinson | Reviewing Summation documents related to E.S. Wood for preparation of deposition defense materials. | 2.70 |
| 01/19/03 | Atkinson | Reviewing Summation documents related to E.S. Wood for preparation of deposition defense materials. | 1.60 |
| 01/20/03 | Atkinson | Checking documents and organizing by individual witness and comparing against J. Bentz letter to ZAI claimants' counsel enclosing same; (1.0);  search of documents from Cambridge to determine if any additional documents responsive to ZAI claimants' discovery requests (1.3);  querying and reviewing Summation database and printing documents re: E.S. Wood for deposition preparation (2.9); telephone calls and arrangements with Ditto (vendor) to produce paper copies of Wood and Eaton documents for preparation of defense in depositions (.7). | 5.90 |
| 01/20/03 | Cameron | Multiple e-mails regarding Science Trial deposition scheduling issues (.5); telephone call with J. Bentz regarding same (.1). | .60 |
| 01/20/03 | Miller | Draft portions of memorandum regarding "frequency/proximity and regularity test" for preparation of defense in ZAI Science Trial. | 1.40 |

```
172573 W. R. Grace & Co.                         Invoice Number  1008433
60028  ZAI Science Trial                         Page    7
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/21/03 | Atkinson | Reviewing database re: Julie Yang documents for deposition preparation in Science Trial matter (.6); meeting with J. Bentz, J. Butcher, L. Sleigh DeMarchi re: review of Wood and Eaton documents for deposition (.4); reviewing Summation database re: Eaton and Wood documents and collecting documents for review (2.8). | 3.80 |
| 01/21/03 | Bentz | Review of ZAI documents produced to claimants regarding dispute over claims of privilege (1.8); scheduling depositions and corresponding with W. Sparks regarding same (.5); attend meeting regarding preparation for depositions (.2). | 2.50 |
| 01/21/03 | Cameron | Continued review of documents for Science Trial deposition preparation (.9); e-mails to in-house counsel regarding same (.5). | 1.40 |
| 01/21/03 | DeMarchi Sleigh | Meeting with Jim Bentz, Jayme Butcher and Maureen Atkinson regarding extensive document review for preparation of witnesses for depositions. | .30 |
| 01/21/03 | Miller | Further review of case law regarding causal nexus in asbestos lawsuits for preparation of defense in ZAI Science Trial. | 3.50 |
| 01/22/03 | Atkinson | Reviewing, organizing documents relating to E.S. Wood and F. Eaton in preparation for their depositions in Science Trial matter. | 8.10 |
| 01/22/03 | Bentz | Meeting with J. Restivo and D. Cameron regarding status of Science Trial discovery (.7); review of privileged documents and letter to ZAI claimants' counsel regarding same (.8); scheduling | 2.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1008433
60028  ZAI Science Trial                    Page   8
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|---|------|
| | | depositions (.6). | |
| 01/22/03 | Cameron | Multiple e-mails and telephone calls with Grace in-house counsel and L. Flatley regarding science trial deposition preparation issues (.8);  review correspondence from ZAI claimants' counsel regarding deposition and other discovery issues (.6); follow-up e-mail regarding same (.2); meet with J. Restivo regarding status report to Court on ZAI Science Trial and review discovery materials for same (.8). | 2.40 |
| 01/22/03 | Flatley | Call with J. Bentz re: science trial issues (.10); call with W. Sparks re: deposition scheduling (.30); call with D. Cameron re: scheduling (.20); science trial deposition preparation (1.20). | 1.80 |
| 01/22/03 | Miller | Draft portion of memorandum regarding the legal standards in asbestos lawsuits for preparation of defense in ZAI Science Trial. | 2.70 |
| 01/22/03 | Radcliffe | Reviewing, organizing documents relating to F. Eaton for deposition preparation in Science Trial matter. | 5.50 |
| 01/22/03 | Turkaly | Review and prepare documents from summation database for F. W. Eaton's depositions in preparation for Science Trial depositions. | 8.00 |
| 01/23/03 | Atkinson | Reviewing, organizing documents relating to F. Eaton in preparation for his deposition in Science Trial matter. | 3.10 |
| 01/23/03 | Butcher | Review documents for deposition of E. Wood for preparation in ZAI Science case. | 2.70 |
| 01/23/03 | Cameron | Multiple telephone calls with and e-mails to counsel for ZAI claimants regarding Science Trial | 2.40 |

172573  W. R. Grace & Co.                              Invoice Number  1008433
60028   ZAI Science Trial                              Page    9
        February 25, 2003

  Date   Name                                                         Hours
-------- -----------                                                  -----
                              discovery (.7); review and revise
                              draft letter for ZAI Science Trial

                              (.5); meet with J. Restivo
                              regarding same (.3); review
                              deposition preparation
                              materials and discussion with L. Flatley
                              regarding same (.9).

01/23/03 Flatley             Call with W. Sparks and e-mail to      .60
                              team re: science trial deposition
                              (.40); review draft letter to
                              court (.10); meet with J. Restivo
                              re: science trial issue (.10).

01/23/03 Miller              Further review of case law             2.50
                              regarding frequency, regulatory
                              and proximity test for preparation
                              of defense in ZAI Science Trial.

01/23/03 Radcliffe           Reviewing, organizing documents        2.20
                              relating to E.S. Wood for
                              depository preparation in Science
                              Trial matter.

01/23/03 Restivo             Conference call with R. Finke re:      2.80
                              ZAI Science Trial issues.

01/23/03 Turkaly             Review and prepare documents from      2.50
                              summation database for F. W.
                              Eaton's deposition in Science
                              Trial matter.

01/24/03 Atkinson            Reviewing Summation re: Julie Yang     1.10
                              documents for Science Trial
                              deposition preparation.

01/24/03 Atkinson            Meeting with J. Bentz re: review       1.50
                              of documents for individual
                              witnesses for documents relating
                              to Science Trial depositions (.2);
                              reviewing Grace files, indexes,
                              Summation database for documents
                              re: Messrs. Locke and Kerr (1.3).

01/24/03 Bentz               Letter to ZAI claimants' counsel       4.30
                              regarding privileged documents
                              (.3); review of privileged
                              documents (.8); preparation for
                              depositions (3.2).

| Date | Name | | Hours |
|------|------|---|-------|

01/24/03 Butcher        Review documents for deposition of   2.50
                        E. Wood for preparation in ZAI
                        Science case.

01/24/03 Cameron        E-mails and telephone calls with     2.40
                        counsel for ZAI claimants
                        regarding discovery issues (.4);
                        review witness file and associated
                        documents regarding preparation
                        for deposition (1.1); multiple
                        e-mails and telephone call with
                        in-house counsel regarding testing
                        issues and outstanding discovery
                        issues (.9).

01/25/03 Atkinson       Reviewing Summation for Julie Yang    .60
                        documents in preparation for her
                        deposition in relation to Science
                        Trial case.

01/26/03 Cameron        Review materials for 1/27            1.00
                        conference call with in-house
                        counsel concerning testing issues
                        and status of discovery requests
                        in Science Trial matter.

01/26/03 DeMarchi Sleigh Review substantial number of        6.70
                        documents in preparation for F.
                        Eaton deposition in ZAI Science
                        case.

01/27/03 Atkinson       Reviewing documents produced by      6.20
                        Casner & Edwards to ZAI claimants'
                        counsel at Winthrop Square to
                        prepare documents for individual
                        witnesses.Reviewing testing
                        binders to mark documents as
                        pertaining to Fred Eaton for
                        preparation for and use at his
                        deposition.

01/27/03 Butcher        Review documents and preliminary     9.30
                        outline in preparation for E.
                        Wood's deposition for preparation
                        in ZAI Science case.

01/27/03 Cameron        Telephone call with R. Finke         2.60
                        regarding multiple discovery
                        issues and deposition preparation

```
172573 W. R. Grace & Co.                    Invoice Number  1008433
60028  ZAI Science Trial                    Page  11
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| | | arrangements (.7); begin preparation of outline for<br><br>deposition preparation meeting (1.9). | |
| 01/27/03 | DeMarchi Sleigh | Review documents and preliminary outline in preparation for F. Eaton deposition in ZAI Science case. | 5.90 |
| 01/27/03 | Flatley | Prepare for science trial depositions (.80); meet with J. Bentz re: deposition preparation (.30). | 1.10 |
| 01/27/03 | Radcliffe | Grace-Science trial.  Review and organize documents relating to E.S. Wood for depositions in Science Trial matter. | 2.80 |
| 01/27/03 | Turkaly | Review and prepare document summaries for depositions in Science Trial matter. | 7.50 |
| 01/28/03 | Atkinson | Reviewing files for preparation of discovery and trial preparation outlines (6.0); reviewing documents produced to ZAI claimants by Casner & Edwards at Winthrop Square for individual ZAI witnesses (1.7). | 7.70 |
| 01/28/03 | Bentz | Conferences with R. Murphy and counsel for ZAI claimants regarding requested additional document production at repository (1.0); multiple calls and e-mails re: scheduling depositions (1.9); meeting regarding review of ZAI documents in preparation for scheduled depositions (1.0); correspondence regarding potential dispute over depositions (1.0). | 4.90 |
| 01/28/03 | Butcher | Review documents in preparation for E. Wood's deposition in ZAI (3.3); meeting with J. Bentz re: same (1.0). | 4.30 |

172573 W. R. Grace & Co.                          Invoice Number  1008433
60028  ZAI Science Trial                          Page  12
       February 25, 2003

   Date   Name                                                      Hours
 -------- -----------                                               -----
01/28/03 Cameron          Review substantial number of              7.90
                          documents in preparation for
                          meeting with witness in Florida
                          for Science Trial deposition
                          (2.8); prepare outline for meeting
                          (1.4); e-mails concerning
                          outstanding deposition issues
                          (.6); prepare summary of ZAI
                          claimants' discovery responses
                          (1.8); review draft outline of
                          trial plan and meet with J.
                          Restivo regarding same (1.3).

01/28/03 DeMarchi Sleigh  Review documents to determine             6.40
                          significant ones for witness
                          preparation for deposition (5.4);
                          meeting with J. Bentz and J.
                          Butcher regarding same (1.0).

01/28/03 Flatley          Preparation for meetings in               4.70
                          preparation of depositions of
                          Eaton and Wood.

01/28/03 Miller           Further review of case law                2.20
                          regarding causation for
                          preparation of defense in ZAI
                          Science Trial.

01/28/03 Radcliffe        Review and organize documents             1.70
                          relating to depositions in Science
                          Trial matter.

01/28/03 Restivo          Attend to trial preparation               1.50
                          materials and correspondence
                          relating to ZAI Science Trial
                          issues.

01/28/03 Turkaly          Review files for preparation of           6.00
                          ZAI claimant discovery outlines
                          for Science Trial matter.

01/29/03 Atkinson         Make arrangements with vendor             5.90
                          (Ikon) to copy documents relating
                          to particular witnesses in
                          documents produced to ZAI
                          claimants' counsel by Casner &
                          Edwards (.6); reviewing Grace
                          files for preparation of discovery
                          and trial preparation outlines
                          (1.2); reviewing documents

172573 W. R. Grace & Co.                          Invoice Number  1008433
60028  ZAI Science Trial                          Page  13
        February 25, 2003

  Date   Name                                                      Hours
-------- -----------                                               -----
                           produced by Casner & Edwards at

                           Winthrop Repository re: discovery
                           and deposition preparation (4.1).

01/29/03 Bentz             Scheduling depositions (1.5);           2.40
                           arranging for additional
                           production of documents to ZAI
                           claimants (.9).

01/29/03 Cameron           Continue review of documents for        6.90
                           witness meeting relating to
                           Science Trial (3.1); prepare and
                           revise witness outline for
                           deposition prep meeting (3.8).

01/29/03 Flatley           Preparation for C. Wood meetings        6.50
                           and deposition (2.40); with J.
                           Bentz re: deposition scheduling
                           issues (.20); preparation for F.
                           Eaton meeting on trip to Florida
                           (3.90).

01/29/03 Restivo           Telephone calls with R. Finke and       1.00
                           D. Cameron re: science trial
                           issues (0.5); revise science trial
                           memo (0.5).

01/29/03 Turkaly           Review files for preparation of         4.20
                           discovery and trial preparation
                           outlines.

01/30/03 Atkinson          Reviewing documents produced to         5.40
                           ZAI claimants' counsel at Winthrop
                           for witnesses for deposition
                           preparation (3.0); reviewing Grace
                           files for preparation of discovery
                           and trial preparation outlines
                           (1.5); reviewing Summation database
                           and sample queries re: R.
                           Turkewitz January 30, 2003 letter
                           concerning problems with
                           CD's/images of documents produced
                           to ZAI claimants (.6); e-mails to
                           H. Flaaker (Lit Support) and A.
                           Rose (Ditto vendor) re: same (.3).

01/30/03 Atkinson          Revise D. Cameron ZAI Claimant          1.20
                           Discovery Responses Chart.

172573 W. R. Grace & Co.                          Invoice Number  1008433
60028  ZAI Science Trial                          Page  14
       February 25, 2003

   Date   Name                                                      Hours
 -------- -----------                                               -----
01/30/03 Bentz            Determination of witnesses to              1.00
                          depose and remaining fact
                          discovery to be completed.

01/30/03 Cameron          Prepare (review of outline and             9.10
                          documents) for meeting with R.
                          Finke, and witness (F. Eaton)
                          (1.20); attend meeting with
                          witness (5.60); meet with R. Finke
                          after witness meeting (1.10);
                          prepare summary of meeting (1.20).

01/30/03 Flatley          With D. Cameron re: preparation            9.20
                          for F. Eaton meeting for
                          preparation for deposition (1.00);
                          preparation meeting with F. Eaton,
                          R. Finke and D. Cameron (6.20);
                          preparation for C. Wood meeting
                          and deposition (2.00)

01/30/03 Miller           Review of case law regarding legal         2.70
                          standards for preparation of
                          defense in ZAI Science Trial.

01/30/03 Restivo          Review recent developments in ZAI          1.00
                          science trial case (0.5);
                          telephone calls from D. Cameron
                          re: potential witness in ZAI
                          science trial (0.5).

01/30/03 Turkaly          Review files for preparation of            6.00
                          discovery and trial preparation
                          outlines (3.2); review and prepare
                          documents for Wood, Wolter, Kerr,
                          Duecker, Yang, Eaton, Locke and
                          Erickson depositions (2.8).

01/31/03 Atkinson         Reviewing, revising ZAI Claimant           1.40
                          Discovery Responses Chart (1.0);
                          reviewing witness files on
                          Summation for deposition
                          preparation in connection with
                          Science Trial matter (.4).

01/31/03 Bentz            Scheduling depositions (.8);               2.20
                          planning remaining discovery (.8);
                          corresponding with Casner &
                          Edwards and ZAI claimants' counsel
                          regarding document production (.6).

```
172573 W. R. Grace & Co.                    Invoice Number  1008433
60028  ZAI Science Trial                    Page  15
       February 25, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 01/31/03 | Cameron | Continue review and revision to witness outline (1.8); review materials from R. Finke regarding Science Trial and telephone call with R. Finke regarding same (.9). | 2.70 |
| 01/31/03 | Flatley | Preparation for C. Wood meeting and deposition in science trial matter (1.50); call with W. Sparks (.30). | 1.80 |
| 01/31/03 | Turkaly | Review files for preparation of discovery and trial preparation outlines (3.1); review and prepare documents for Wood, Wolter, Kerr, Duecker, Yang, Eaton, Locke and Erickson depositions in Science Trial matter (2.9). | 6.00 |

```
                                               ------
                                  TOTAL HOURS   358.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 23.80 | at $ | 475.00 | = | 11,305.00 |
| Lawrence E. Flatley | 35.50 | at $ | 440.00 | = | 15,620.00 |
| Douglas E. Cameron | 55.30 | at $ | 430.00 | = | 23,779.00 |
| James W Bentz | 41.80 | at $ | 335.00 | = | 14,003.00 |
| Lisa D. DeMarchi Sleigh | 19.30 | at $ | 200.00 | = | 3,860.00 |
| Jayme L. Butcher | 18.80 | at $ | 200.00 | = | 3,760.00 |
| Rosa Copeland Miller | 24.00 | at $ | 230.00 | = | 5,520.00 |
| Maureen L. Atkinson | 65.40 | at $ | 125.00 | = | 8,175.00 |
| Robert H Radcliffe | 12.20 | at $ | 95.00 | = | 1,159.00 |
| Christine H. Turkaly | 62.70 | at $ | 95.00 | = | 5,956.50 |

```
                      CURRENT FEES                        93,137.50


                                                   ------------
                TOTAL BALANCE DUE UPON RECEIPT     $ 93,137.50
                                                   ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number      1008442
5400 Broken Sound Blvd., N.W.        Invoice Date       02/25/03
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|

| 01/02/03 | Keuler | Reviewed notices from Third Circuit and pouched same to D. Cameron. | .20 |
| 01/08/03 | Muha | Review Fee Auditor e-mails re: summary spreadsheets (0.1); review Fee Application filed by court advisor and discuss same via e-mail with D. Cameron (0.5). | .60 |
| 01/09/03 | Lord | Draft CNO for Reed Smith November fee application. | .40 |
| 01/09/03 | Muha | Review Grace Fee Application materials, quarterly application summary sheets and DBRs. | 1.40 |
| 01/10/03 | Muha | Address various fee application issues with billing/accounting department re: December DBR and expense information. | .70 |
| 01/16/03 | Muha | Review and revise December 2002 DBR for incorporation into 18th Monthly Fee Application (2.3); send e-mails to various Reed Smith professionals re: descriptions in time entries (0.4). | 2.70 |
| 01/19/03 | Muha | Revise and review December 2002 DBRs for Grace Fee Application. | 2.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1008442
60029  Fee Applications-Applicant               Page   2
       February 25, 2003
```

```
  Date  Name                                                Hours
-------- -----------                                        -----
```

| Date | Name | | Hours |
|------|------|------|------|
| 01/20/03 | Keuler | E-message to D. Cameron re: deadlines. | .20 |
| 01/21/03 | Keuler | Reviewed e-corrospondence from D. Cameron and responded to same. | .10 |
| 01/21/03 | Keuler | Met with J. Lord to discuss outstanding issues with respect to fee applications. | .30 |
| 01/21/03 | Muha | Revise/review fee and expense details for December, 2002 fee application. | 1.20 |
| 01/22/03 | Lord | Review and review CNO for November monthly fee application (.2); supplement and perfect service for same (.4); efile same (.4); prepare correspondence to R. Finke re: payment of same (.2). | 1.20 |
| 01/24/03 | Muha | Revise fee and expense details for incorporation into 18th monthly fee application. | 1.10 |
| 01/27/03 | Muha | Revise fee and expense details for 18th monthly fee application. | .70 |
| 01/28/03 | Muha | Make final revisions to 18th Monthly Fee Application. | 1.40 |
| 01/29/03 | Lord | E-mails from and to P. Lykens re: monthly fee application (.2); review and revise same (1.4); prepare certificate of service and hard service for same (.2). | 1.80 |
| 01/29/03 | Muha | Review materials assembled for Seventh Quarterly Fee Application (0.4) and compile information for quarterly summary chart (0.9). | 1.30 |
| 01/30/03 | Lord | Draft service e-mails for 18th monthly fee application (.4); research docket for hearing date for upcoming quarterly fee application (.2). | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1008442
60029  Fee Applications-Applicant           Page   3
       February 25, 2003


   Date   Name                                            Hours
 --------  -----------                                    -----


01/30/03 Muha           Attend to issues re: assembly of   1.60
                        7th Quarterly Fee Application
                        (0.8); review and revise same
                        (0.8).


01/31/03 Lord           Review and revise December monthly 3.10
                        fee application (.3); e-file same
                        (.4); perfect electronic and hard
                        service for application (.4);
                        draft notice for Quarterly fee
                        application (.5); review and
                        revise quarterly fee application
                        narrative to prepare in final
                        fileable form (1.5).


                                              ------
                                 TOTAL HOURS   22.60


TIME SUMMARY              Hours         Rate         Value
------------------------  --------------------     -------
Andrew J. Muha            14.70  at  $  200.00  =  2,940.00
Richard A. Jr. Keuler       .80  at  $  250.00  =    200.00
John B. Lord               7.10  at  $  145.00  =  1,029.50

                         CURRENT FEES                       4,169.50


                                              ------------
                     TOTAL BALANCE DUE UPON RECEIPT    $ 4,169.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1008443
One Town Center Road                     Invoice Date      02/25/03
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60030

================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 11, 2003

| Date | Name | | Hours |
|------|------|------|-------|
| 01/22/03 | Restivo | Preparation for debtors' omnibus hearing in Wilmington, DE. | 2.50 |
| 01/23/03 | Restivo | Preparation for omnibus hearing | 2.00 |
| 01/27/03 | Bentz | Review of correspondence relating to discovery issues in preparation for status hearing (2.8); attend Ominbus hearing by telephone (1.0). | 3.80 |
| 01/27/03 | Restivo | Preparation for and participate in omnibus hearing via telephone. | 2.50 |

                                                          ------
                                            TOTAL HOURS   10.00

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| James J. Restivo Jr. | 7.00 at $ 475.00 = | | 3,325.00 |
| James W Bentz | 3.80 at $ 335.00 = | | 1,273.00 |

                   CURRENT FEES                          4,598.00


                                                   ------------
           TOTAL BALANCE DUE UPON RECEIPT           $ 4,598.00
                                                   =============