**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S
Seattle, WA 98118
206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

========================================================

December 1 through December 31, 2002                Invoice #. WRG021231F

Consulting Services:

| CONSULTANT | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Julia Hasenzahl | $275.00 | 2.2 | $ 605.00 |
| Martha Araki | $200.00 | 16.5 | 3,300.00 |
| Roy Baez | $65.00 | 0.4 | 26.00 |
| Lauri Bogue | $90.00 | 0.8 | 72.00 |
| Mike Booth | $150.00 | 0.7 | 105.00 |
| Brendan Bosack | $165.00 | 9.0 | 1,485.00 |
| Igor Braude | $95.00 | 0.1 | 9.50 |
| Steffanie Cohen | $100.00 | 22.0 | 2,200.00 |
| Diane George | $125.00 | 4.2 | 525.00 |
| Steven Heathcock | $150.00 | 39.2 | 5,880.00 |
| Sue Herrschaft | $185.00 | 165.3 | 30,580.50 |
| Lisa Ruppaner | $75.00 | 10.5 | 787.50 |
| Eva Valles | $90.00 | 0.1 | 9.00 |
| Frank Visconti | $125.00 | 6.7 | 837.50 |
| Anna Wick | $90.00 | 2.9 | 261.00 |

TOTAL CONSULTING FEES:                  280.6    $46,683.00

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice Detail:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **December 2002** | | | | | | |
| *Case Management* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/2/2002 | 1.0 | $185.00 | Court docket review for case planning |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/3/2002 | 1.5 | $277.50 | Asbestos research |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/4/2002 | 0.2 | $40.00 | Telephone to DG re revisions to fee app data and reports for compliance |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/4/2002 | 2.5 | $462.50 | Asbestos research |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/4/2002 | 1.2 | $240.00 | Analysis of April time entries re compliance with reqts for professionals |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/4/2002 | 1.4 | $280.00 | Revision of April time entries to comply with reqts for professionals |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/4/2002 | 0.1 | $20.00 | Analysis of memo from JH re fee app data availability |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/5/2002 | 0.5 | $92.50 | Court docket review for case planning and status |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/5/2002 | 2.1 | $388.50 | Prep Business rules for claims reconciliation |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/5/2002 | 0.1 | $20.00 | Prep memo to DG re revision of time entry module |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/5/2002 | 1.5 | $300.00 | Analysis of time entries (April) for compliance with fee app billing reqts for professionals |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/5/2002 | 1.8 | $360.00 | Revision of time entries (April) to comply with professional billing reqts |
| DIANE GEORGE - DATA | | $125.00 | 12/6/2002 | 0.8 | $100.00 | Changes to Fee app program |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/6/2002 | 0.1 | $20.00 | Prep memo to DG re revision to fee app exhibit |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/6/2002 | 1.9 | $380.00 | Continue analysis of time entries (April/May) to comply with billing reqts for professionals |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/6/2002 | 0.1 | $20.00 | Telephone from SAF re fee apps |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/6/2002 | 2.1 | $420.00 | Continue revision of time entries (April/May) to comply with professional billing reqts |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/9/2002 | 0.5 | $100.00 | Analysis of production invoices for fee apps |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/9/2002 | 0.5 | $92.50 | Meet w/ J Hasenzahl re: claims reconciliation and Grace issues. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/9/2002 | 0.5 | $92.50 | Correspondence to F Zaremby re: asbestos claims reconcilation and objection process. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/9/2002 | 1.0 | $185.00 | Case management and organization |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/9/2002 | 0.1 | $20.00 | Prep memo to SAF re revisions to production invoices, format required for fee app cases |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 12/10/2002 | 0.3 | $82.50 | Prep corresp to L Duff re environmental party database reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/10/2002 | 0.5 | $92.50 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/10/2002 | 1.0 | $185.00 | Review monthly liability reports. |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/10/2002 | 0.8 | $160.00 | Revise April time entries to comply with billing requirements for professionals |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/11/2002 | 0.2 | $37.00 | Call w/ J. Rivenbark re: claims reconcilation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/11/2002 | 0.7 | $129.50 | Compile list of parties related to WTG list from creditor table. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 12/11/2002 | 0.1 | $27.50 | Telephone with L Duff re environmental party review of bar date notice mailing |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 12/11/2002 | 0.1 | $27.50 | Telephone with L Duff re review environmental data provided to PwC |

**EXHIBIT 1**

## Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **December 2002** | | | | | | |
| *Case Management* | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 12/11/2002 | 0.1 | $27.50 | Telephone with J Baer re environmental party review of bar date noticing |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/11/2002 | 0.2 | $37.00 | Call w/ M Brown re: AP invoices. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 12/11/2002 | 0.1 | $27.50 | Meeting with S Herrschaft re environmental sites, research results |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 12/12/2002 | 0.1 | $27.50 | Telephone with J Baer re timing and scope of proposed schedule amendments |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/12/2002 | 0.5 | $92.50 | Resolve claims reconciliation issues w/ J. Rivenbark |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/12/2002 | 0.3 | $55.50 | Resolve connectivity issues for J Rivenbark |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/13/2002 | 0.2 | $40.00 | Prep April fee app invoice |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/13/2002 | 0.3 | $60.00 | Analysis of April fee app invoice |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/13/2002 | 0.5 | $100.00 | Revision of April fee app invoice |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/13/2002 | 0.8 | $148.00 | Meet w/ J Hasenzahl re: trade and tax claim reconciliation |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/13/2002 | 1.0 | $200.00 | Prep April fee app pleading |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 0.6 | $111.00 | Court docket review |
| LISA RUPPANER - CASE | | $75.00 | 12/16/2002 | 0.5 | $37.50 | Provide further updates to the Case Calendar. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 0.8 | $148.00 | Conf Call w/ KC reconciliation team re: Grace claims reconciliation. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 1.0 | $185.00 | Conf Call prep - revise business rules for claims review |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/16/2002 | 0.1 | $20.00 | Telephone to SAF re April expense info for fee app |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 0.2 | $37.00 | E-mail to Rust re: test extraction data specs |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/16/2002 | 0.2 | $40.00 | Discussions w/DG re reports for fee apps |
| MIKE BOOTH - REC | | $150.00 | 12/16/2002 | 0.7 | $105.00 | Conf call w/J Hasenzahl, S Herrschaft and L Bogue re upcoming claim review. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/17/2002 | 0.2 | $37.00 | Discussion w/ J Rivenbark re: claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/19/2002 | 0.5 | $92.50 | Meet w/ J Hasenzahl re: Grace AP |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/19/2002 | 0.2 | $40.00 | Analysis of files re bios for biller information for fee apps |
| DIANE GEORGE - DATA | | $125.00 | 12/19/2002 | 0.8 | $100.00 | modifications to Fee app reports |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/19/2002 | 0.5 | $100.00 | Revise April fee app pleading re biographical info |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/20/2002 | 0.5 | $92.50 | Court docket review for case planning and status |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/20/2002 | 1.0 | $185.00 | Asbestos research |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/20/2002 | 0.8 | $160.00 | Revise remaining April descriptions for compliance with professional billing reqts |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/20/2002 | 0.4 | $80.00 | Analysis of draft April invoice for fee app |
| MARTHA ARAKI - SR_BK | | $200.00 | 12/31/2002 | 0.4 | $80.00 | Analysis of memo from SAF re receipt details for fee apps |
| | | Case Management Total: | | 38.7 | $7,303.50 | |
| *Case Support* | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 12/2/2002 | 1.5 | $112.50 | Review Case Docket and download all pleadings. |
| LISA RUPPANER - CASE | | $75.00 | 12/2/2002 | 0.5 | $37.50 | Provide update to case Calendar. |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **December 2002** | | | | | | |
| **Case Support** | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 12/4/2002 | 1.0 | $75.00 | Review Case Docket and documents for further update to case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 12/6/2002 | 0.7 | $52.50 | Provide update to case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 12/6/2002 | 0.6 | $45.00 | Review Case Docket and orders for further update to case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 12/9/2002 | 1.0 | $75.00 | Review Case Docket Listing and provide update to case calendar. |
| LISA RUPPANER - CASE | | $75.00 | 12/11/2002 | 0.2 | $15.00 | Perform quick review of Case Docket. |
| LISA RUPPANER - CASE | | $75.00 | 12/16/2002 | 0.5 | $37.50 | Provide update to Case Calendar and Communicate update to Project Manager. |
| LISA RUPPANER - CASE | | $75.00 | 12/17/2002 | 1.0 | $75.00 | Review Case Docket Listing and Pleadings and Orders for further update to system |
| LISA RUPPANER - CASE | | $75.00 | 12/18/2002 | 0.5 | $37.50 | Review Case Docket and provide Calendar updates to Case. |
| LISA RUPPANER - CASE | | $75.00 | 12/23/2002 | 0.5 | $37.50 | Review Docket and provide updates to the Case Calendar. |
| EVA VALLES - CASE | | $90.00 | 12/27/2002 | 0.1 | $9.00 | Review correspondence re proof of claim. |
| LISA RUPPANER - CASE | | $75.00 | 12/30/2002 | 0.5 | $37.50 | Provide update to Case Calendar per recent docket listings. |
| LISA RUPPANER - CASE | | $75.00 | 12/30/2002 | 0.1 | $7.50 | Respond to letter request from Creditor. |
| LISA RUPPANER - CASE | | $75.00 | 12/30/2002 | 1.0 | $75.00 | Review Case Docket and any pleading required to update case calendar. |
| | | Case Support Total: | | 9.7 | $729.00 | |
| **Claim Reconciliation** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/2/2002 | 2.0 | $370.00 | Check potential schedule supplements against claim/sched matches |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/2/2002 | 1.0 | $185.00 | Assign claims to Grace teams |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/3/2002 | 2.0 | $370.00 | Review asbestos claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/3/2002 | 1.0 | $185.00 | Assign claims to Grace teams |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/3/2002 | 0.5 | $92.50 | Compile list of claims for Grace to reconcile |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/4/2002 | 1.0 | $185.00 | Review unknown claims - re classify if needed. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/4/2002 | 1.0 | $185.00 | Review trade claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/5/2002 | 2.0 | $370.00 | Review litigation claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/6/2002 | 2.0 | $370.00 | Review Rust data extract - assign claim type - 42 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/6/2002 | 2.5 | $462.50 | Claims reconciliation - identify duplicates, amends & schedule matching. |
| FRANK VISCONTI - DATA | | $125.00 | 12/9/2002 | 1.5 | $187.50 | Analysis of Grace schedule reconciliation per S Herrschaft |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/9/2002 | 0.7 | $129.50 | Compile list of trade claims that can be reconciled. |
| FRANK VISCONTI - DATA | | $125.00 | 12/9/2002 | 1.5 | $187.50 | Revise b-Linx to reassign trade claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/10/2002 | 3.0 | $555.00 | Search creditor table to confirm names of noticed parties. |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 12/10/2002 | 1.4 | $385.00 | Prep 23 monthly claims reports |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **December 2002** | | | | | | |
| **Claim Reconciliation** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/11/2002 | 2.0 | $370.00 | Match vendor codes/business area to claims reconciliation list. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/11/2002 | 1.0 | $185.00 | Review business rules for claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/12/2002 | 2.0 | $370.00 | Review case number to claims that were docketed w/o case, review for duplicates & schedule matching. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/12/2002 | 0.2 | $37.00 | Create revised reconciliation list w/ business areas |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/12/2002 | 2.5 | $462.50 | Investigate tax claims - Franchise/Sales/Property |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/13/2002 | 1.0 | $185.00 | Trade claims troubleshooting |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/13/2002 | 2.0 | $370.00 | Identify crossover tax claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 1.4 | $259.00 | Review tax claims for duplicates and identify multiple types |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 1.0 | $185.00 | Identify duplicates, schedule matches and claim assignments - 18 claims |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/16/2002 | 0.3 | $45.00 | Discuss scope and approach of claims analysis with S Herrschaft |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 1.0 | $185.00 | Review Rust data extraction and assign claim type - 18 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/17/2002 | 2.0 | $370.00 | Search for claim matches w/ potentially scheduled incorrectly list - compare invoice vendor names |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/17/2002 | 3.5 | $647.50 | Review tax claims - identify duplicates and multiple types |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/17/2002 | 1.0 | $185.00 | Investigate vendor code discrepancies |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/17/2002 | 0.8 | $148.00 | Audit claims docketing |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/18/2002 | 1.0 | $185.00 | Re-classify, re-assign franchise tax claims |
| FRANK VISCONTI - DATA | | $125.00 | 12/18/2002 | 1.0 | $125.00 | Revise b-Linx to reclassify franchise claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/18/2002 | 1.0 | $185.00 | Investigate vendor code discrepancies |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/18/2002 | 2.0 | $370.00 | Search for claim matches w/ potentially scheduled incorrectly list - compare vendor names. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/19/2002 | 0.6 | $111.00 | Conf Call w/ J Hasenzahl, B. Bosack re: Grace invoices and reconciliation in system |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/19/2002 | 0.6 | $111.00 | Meet w/ JH re: Grace invoices & AP issues |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/20/2002 | 0.2 | $37.00 | Update L Bogue re: claims reconciliation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/20/2002 | 7.0 | $1,295.00 | Review revised AP/Schedule reports, compare to open AP, document inconsistencies |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/23/2002 | 0.5 | $92.50 | Identify duplicates/amendments, match claims to schedules, assign claims to appropriate reconciliation team. |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 12/23/2002 | 1.5 | $247.50 | conference call with JH / SH regarding open invoice analysis and methodology |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 12/23/2002 | 1.0 | $165.00 | Prep memo regarding methodology regarding open invoice analysis and methodology |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 12/23/2002 | 1.0 | $165.00 | preparation of invoice analysis for conference call discussion |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/23/2002 | 7.5 | $1,387.50 | Review invoice reports for inconsistent vendor names and schedule matches |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **December 2002** | | | | | | |
| *Claim Reconciliation* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/23/2002 | 0.5 | $92.50 | Review Rust data extract and assign claim type - 7 claims |
| FRANK VISCONTI - DATA | | $125.00 | 12/23/2002 | 0.7 | $87.50 | Analysis of open payables files |
| | | Claim Reconciliation Total: | | 70.9 | $12,880.00 | |
| *Claims Processing* | | | | | | |
| ANNA WICK - DATA | | $90.00 | 12/2/2002 | 0.6 | $54.00 | Extract and rename claims images |
| ANNA WICK - DATA | | $90.00 | 12/6/2002 | 0.3 | $27.00 | copy images and claims data (11-27-02) in prep to b-Linx extract, rename images, extract to b-Linx |
| ANNA WICK - DATA | | $90.00 | 12/6/2002 | 0.4 | $36.00 | Copy images and claims data in prep for b-Linx extract; rename claims images from 12-4-02; extract 12-4-02 claims and images to b-Linx. 11-27-02 CD has no data, email C.Rust re missing data, will provide by email attachment. |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/11/2002 | 0.7 | $105.00 | Discuss Medical Monitoring extraction enhancements with S Herrshaft (.2); review extraction specs sent by Rust (.5) |
| LAURI BOGUE - REC | | $90.00 | 12/16/2002 | 0.8 | $72.00 | Discussion with M Booth, J Hasenzahl and S Herrschaft re claims processing |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/16/2002 | 0.5 | $75.00 | Prep layout information for Medical Monitoring data enhancements |
| ANNA WICK - DATA | | $90.00 | 12/16/2002 | 0.3 | $27.00 | Rename images, Claim & image extract, b-Linx data review and verification, report data anomalies to PM/CSA |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/16/2002 | 0.3 | $45.00 | Addressed issues encountered by size of new Medical Monitoring schema, made necessary adjustments |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/16/2002 | 1.8 | $270.00 | Map supplemental Medical Monitoring data fields to new, related table schema |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/16/2002 | 1.3 | $195.00 | Performed various adjustments to new Medical Monitoring layouts |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/16/2002 | 0.8 | $120.00 | Analysis of current architecture of b-Linx custom app to determine scope of modifications for new Medical Monitoring data |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/16/2002 | 0.8 | $120.00 | Redesign of Medical Monitoring tracking forms in custom app |
| | | Claims Processing Total: | | 8.6 | $1,146.00 | |
| *Data & System Manage* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/3/2002 | 1.0 | $185.00 | Asbestos data specs |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/3/2002 | 1.6 | $296.00 | Analysis of data for missing claims/schedules |
| ANNA WICK - DATA | | $90.00 | 12/4/2002 | 0.7 | $63.00 | Analysis of claims not showing in b-Linx for S Herrschaft |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/4/2002 | 1.0 | $185.00 | Analysis of asbestos data specs - expandable sections. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/4/2002 | 1.5 | $277.50 | Analysis b-Linx data for missing claims (.8); investigate claims w/ missing case number (.7) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/6/2002 | 1.2 | $222.00 | Prep asbestos data specs |
| ANNA WICK - DATA | | $90.00 | 12/6/2002 | 0.1 | $9.00 | Research Rust claimed data for claims without case id |

Page 5 of 9

EXHIBIT 1

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **December 2002** | | | | | | |
| Data & System Manage | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/6/2002 | 2.1 | $388.50 | Research claims received w/o case number - approx 250 claims. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/9/2002 | 2.0 | $370.00 | Discuss trade claims assignments w/ F Visconti (.4); analysis of claims and re-assign claims (1.6) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/9/2002 | 3.0 | $555.00 | Review asbestos potentially expandable sections data specs. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/10/2002 | 3.0 | $555.00 | Review asbestos data specs for accuracy |
| ANNA WICK - DATA | | $90.00 | 12/10/2002 | 0.1 | $9.00 | Updating Docket/IDocketHistory to include DEFICIENT_CLAIM field |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/13/2002 | 2.0 | $370.00 | Review asbestos data spec revisions - meet w/ S Heathcock re: extraction tool |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/13/2002 | 0.7 | $129.50 | Discuss b-Linx modifications w/ D George |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 0.3 | $55.50 | Meet w/ S Heathcock re: asbestos module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 0.5 | $92.50 | Work w/ D George re: b-Linx modifications |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 0.5 | $92.50 | B-Linx troubleshooting re: assign/refer module |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/16/2002 | 1.8 | $333.00 | Review data exception report (.8). Work w/ A Wick to correct (1.0) |
| DIANE GEORGE - DATA | | $125.00 | 12/16/2002 | 0.6 | $75.00 | Review and report claim Tannebaun |
| ANNA WICK - DATA | | $90.00 | 12/16/2002 | 0.2 | $18.00 | Set Deem Substatus, on claims missing code |
| DIANE GEORGE - DATA | | $125.00 | 12/16/2002 | 1.1 | $137.50 | Application Backup and changes to bLinx objects |
| FRANK VISCONTI - DATA | | $125.00 | 12/16/2002 | 2.0 | $250.00 | Assign/Refer department database maintenance |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/17/2002 | 2.8 | $420.00 | Prep mapping between Rust extract and new b-Linx Medical Monitoring modules (Asbestos testing) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/17/2002 | 0.6 | $111.00 | Review b-Linx updates |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/18/2002 | 2.0 | $300.00 | Modified core utilities in custom b-Linx application to address empty value handling of selected Medical Monitoring data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/18/2002 | 0.5 | $92.50 | Test b-linx modifications |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/18/2002 | 1.5 | $225.00 | Continue mapping between Rust extract and new b-Linx Medical Monitoring modules (Zonolite, Grace employment) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/19/2002 | 0.5 | $92.50 | Test b-Linx modifications |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/19/2002 | 0.5 | $92.50 | Review preliminary BMC asbestos data specs |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/19/2002 | 1.5 | $225.00 | Continue mapping between Rust data and new b-Linx Medical Monitoring modules (residency, Libby employment) |
| DIANE GEORGE - DATA | | $125.00 | 12/19/2002 | 0.9 | $112.50 | Data verification and clean up |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/19/2002 | 1.5 | $225.00 | Development of multiple row form handling for expandable Medical Monitoring data in custom b-Linx app |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/19/2002 | 2.0 | $300.00 | Continue mapping between Rust data & b-Linx Medical Monitoring modules |
| ANNA WICK - DATA | | $90.00 | 12/21/2002 | 0.2 | $18.00 | Review, Claim & image extract, b-Linx data review and verification, report data anomalies to PM/CSA |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/26/2002 | 2.8 | $420.00 | Continue development of multiple row form handling for expandable field sets |

**EXHIBIT 1**

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **December 2002** | | | | | | |
| **Data & System Manage** | | | | | | |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/26/2002 | 2.1 | $315.00 | Continue mapping between Rust data & b-Linx Medical Monitoring modules |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/26/2002 | 3.0 | $450.00 | Developed mapping transformation chart identifying how Rust data will be transformed to b-Linx database |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/27/2002 | 2.0 | $300.00 | Revise/finalize initial version of mapping transformation chart between Rust layout and b-Linx |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/27/2002 | 2.5 | $375.00 | Continue mapping between Rust data & bLinx Medical Monitoring modules |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/30/2002 | 3.0 | $450.00 | Revised mapping rules to address issues discovered during most recent round of tests |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/30/2002 | 3.0 | $450.00 | Re-test transformation, including review of code changes to WR Grace Medical Monitoring tracking utility |
| STEVEN HEATHCOCK - DATA | | $150.00 | 12/30/2002 | 3.0 | $450.00 | Test initial transformation process between Rust & b-Linx schemas, noted problems on mapping chart |
| | Data & System Manage Total: | | | 62.9 | $10,092.50 | |
| **Noticing Management** | | | | | | |
| LISA RUPPANER - CASE | | $75.00 | 12/4/2002 | 0.1 | $7.50 | Update the 2002 List and CMPT Power Tool with COA information. |
| LISA RUPPANER - CASE | | $75.00 | 12/11/2002 | 0.2 | $15.00 | Provide updates to the Mail List, or the CMPT Power Tool. |
| LISA RUPPANER - CASE | | $75.00 | 12/17/2002 | 0.1 | $7.50 | Provide Updates to the 2002 List. |
| ROY BAEZ - CAS | | $65.00 | 12/27/2002 | 0.2 | $13.00 | Prepare/archive 3 boxes to offsite storage |
| ROY BAEZ - CAS | | $65.00 | 12/27/2002 | 0.2 | $13.00 | Prepare/archive 3 boxes to offsite storage |
| | Noticing Management Total: | | | 0.8 | $56.00 | |
| **Schedule & SOFA Supp** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/2/2002 | 3.0 | $555.00 | Verify BMC reconciled claims that are not on potential supplement or amendment list |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/5/2002 | 2.5 | $462.50 | Trade claims/new AP - review potential supplement/amendment reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/18/2002 | 5.0 | $925.00 | Investigate potential schedule amendments and associated invoices. |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 12/19/2002 | 3.5 | $577.50 | preparation of revised amendment report and revised no variance report; email to MB (WRG) and JH (BMC) re: same |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/19/2002 | 7.5 | $1,387.50 | Review revised AP/Schedule reports for inconsistencies |
| BRENDAN BOSACK - SR_DATA | | $165.00 | 12/23/2002 | 2.0 | $330.00 | modifications to invoice analysis reports; memo to JH (BMC) regarding methodology of invoice analysis |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/23/2002 | 1.5 | $277.50 | Review revised AP/Schedule reports (1.0), discussion w/ B. Bosack re:revisions (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/23/2002 | 1.0 | $185.00 | Investigate potential claim amendments/duplicates |
| STEFFANIE COHEN - REC | | $100.00 | 12/27/2002 | 1.5 | $150.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $100.00 | 12/27/2002 | 1.9 | $190.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |

**EXHIBIT 1**

## Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **December 2002** | | | | | | |
| *Schedule & SOFA Supp* | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/27/2002 | 11.5 | $2,127.50 | Analyze potential amendments report to identify and investigate mismatched invoices and vendors |
| STEFFANIE COHEN - REC | | $100.00 | 12/27/2002 | 4.0 | $400.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/28/2002 | 4.5 | $832.50 | Analyze potential amendments report to identify mismatched invoices and vendors |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/29/2002 | 5.0 | $925.00 | Analyze potential amendments report to identify mismatched invoices and vendors |
| STEFFANIE COHEN - REC | | $100.00 | 12/30/2002 | 1.6 | $160.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $100.00 | 12/30/2002 | 1.5 | $150.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $100.00 | 12/30/2002 | 1.5 | $150.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/30/2002 | 12.2 | $2,257.00 | Analyze potential amendments report to identify various gouping scenarios |
| STEFFANIE COHEN - REC | | $100.00 | 12/30/2002 | 4.0 | $400.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $100.00 | 12/31/2002 | 4.0 | $400.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $100.00 | 12/31/2002 | 2.0 | $200.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $185.00 | 12/31/2002 | 7.7 | $1,424.50 | Analyze potential amendments report to identify mismatched invoices and vendors |
| | Schedule & SOFA Supp Total: | | | 88.9 | $14,466.50 | |
| *Technical* | | | | | | |
| IGOR BRAUDE - TECH | | $95.00 | 12/12/2002 | 0.1 | $9.50 | Reset passwords for three accounts by Edward Lestard request |
| | Technical Total: | | | 0.1 | $9.50 | |
| | December 2002 Total: | | | 280.6 | $46,683.00 | |

## Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hours | Total Amt. | Description |
|---|---|---|---|---|---|---|
| | | Grand Total: | | 280.6 | $46,683.00 | |

**EXHIBIT 1**


# Bankruptcy Management Corporation
## WR GRACE
## Professional Activity Summary
### Date Range: 12/1/2002 thru 12/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Case Management** | | | |
| PRINCIPAL | | | |
|   Julia Hasenzahl | $275.00 | 0.8 | $220.00 |
| SR_BK | | | |
|   Martha Araki | $200.00 | 16.5 | $3,300.00 |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 18.6 | $3,441.00 |
| DATA | | | |
|   Diane George | $125.00 | 1.6 | $200.00 |
| REC | | | |
|   Mike Booth | $150.00 | 0.7 | $105.00 |
| CASE | | | |
|   Lisa Ruppaner | $75.00 | 0.5 | $37.50 |
| Total: | | 38.7 | $7,303.50 |
| **Case Support** | | | |
| CASE | | | |
|   Eva Valles | $90.00 | 0.1 | $9.00 |
|   Lisa Ruppaner | $75.00 | 9.6 | $720.00 |
| Total: | | 9.7 | $729.00 |
| **Claim Reconciliation** | | | |
| PRINCIPAL | | | |
|   Julia Hasenzahl | $275.00 | 1.4 | $385.00 |
| SR_DATA | | | |
|   Brendan Bosack | $165.00 | 3.5 | $577.50 |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 61.0 | $11,285.00 |
| DATA | | | |
|   Frank Visconti | $125.00 | 4.7 | $587.50 |
|   Steven Heathcock | $150.00 | 0.3 | $45.00 |
| Total: | | 70.9 | $12,880.00 |
| **Claims Processing** | | | |
| DATA | | | |
|   Anna Wick | $90.00 | 1.6 | $144.00 |
|   Steven Heathcock | $150.00 | 6.2 | $930.00 |
| REC | | | |
|   Lauri Bogue | $90.00 | 0.8 | $72.00 |
| Total: | | 8.6 | $1,146.00 |
| **Data & System Manage** | | | |
| SR_CONSULT | | | |
|   Susan Herrschaft | $185.00 | 24.3 | $4,495.50 |
| DATA | | | |
|   Anna Wick | $90.00 | 1.3 | $117.00 |
|   Diane George | $125.00 | 2.6 | $325.00 |
|   Frank Visconti | $125.00 | 2.0 | $250.00 |
|   Steven Heathcock | $150.00 | 32.7 | $4,905.00 |
| Total: | | 62.9 | $10,092.50 |

**EXHIBIT 1**

## Bankruptcy Management Corporation
### WR GRACE
### Professional Activity Summary
### Date Range: 12/1/2002 thru 12/31/2002

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---:|---:|---:|
| **Noticing Management** | | | |
| CAS | | | |
|    Roy Baez | $65.00 | 0.4 | $26.00 |
| CASE | | | |
|    Lisa Ruppaner | $75.00 | 0.4 | $30.00 |
| Total: | | 0.8 | $56.00 |
| **Schedule & SOFA Supp** | | | |
| SR_DATA | | | |
|    Brendan Bosack | $165.00 | 5.5 | $907.50 |
| SR_CONSULT | | | |
|    Susan Herrschaft | $185.00 | 61.4 | $11,359.00 |
| REC | | | |
|    Steffanie Cohen | $100.00 | 22.0 | $2,200.00 |
| Total: | | 88.9 | $14,466.50 |
| **Technical** | | | |
| TECH | | | |
|    Igor Braude | $95.00 | 0.1 | $9.50 |
| Total: | | 0.1 | $9.50 |
| Grand Total: | | 280.6 | $46,683.00 |

**EXHIBIT 1**

**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S
Seattle, WA 98118
206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
  Counsel and Chief Restructuring Officer

===================================================

| | |
|---|---|
| December 1 through December 31, 2002 | Invoice #. WRG021231 |

EXPENSE REIMBURSEMENT:

| | |
|---|---|
| b-Linx data storage | $ 850.00 |
| Sub-Total | $ 850.00 |

PRODUCTION EXPENSES:

| | |
|---|---|
| Sub-Total | $0.00 |

| | |
|---|---|
| TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION: | $850.00 |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

**Expense Reimbursement Summary**
**WR Grace**
Invoice Number: WRG021231
Date: 12/31/2002

| | |
|---|---|
| B-Linx/Data Storage | $850.00 |
| **Total** | **$ 850.00** |

**EXHIBIT 2**

**Bankruptcy Management Corporation**
6096 Upland Terrace S
Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
Invoice Number: WRG021231

| Date | | Description | Amount |
|---|---|---|---|
| 12/31/02 | BMC | B-Linx/Data Storage | $850.00 |
| | | **Total** | **$850.00** |

**EXHIBIT 2**