# EXHIBIT 1

Bankruptcy Management Corporation | Conseco                                   Page 1 of 1

     

# W.R. GRACE & CO

March 04, 2003

Dear Elihu Inselbuch:

Please click on the links below in order to view important documents

**QUARTERLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE SECOND QUARTER 2002 (APRIL THROUGH JUNE, 2002)**

**FIRST MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM APRIL 4, 2002 THROUGH APRIL 30, 2002**

**SECOND MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2002 THROUGH MAY 31, 2002**

**THIRD MONTHLY APPLICATION OF BANKRUPTCY MANAGEMENT CORPORATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2002 THROUGH JUNE 30, 2002**

If you require additional assistance please direct all inquiries to jmyers@bmccorp.net.

Sincerely,

James Myers
Bankruptcy Management Corporation

© Bankruptcy Management Corporation, 2003