# EXHIBIT 2

# BMC Fee Applications
# for WR Grace

Total number of parties: 18

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Svc |
|---|---|---|
| 2545 | (CO-COUNSEL TO DIP LENDER), CAROL HENNESSEY, LATHAM & WATKINS, carol.hennessey@lw.com | *VIA E-MAIL* |
| 2545 | DAVID B. SIEGEL SVP/GEN COUNSEL, W.R. GRACE & CO, 7500 GRACE DRIVE, COLUMBIA, MD 21044 | *VIA FEDERAL EXPRESS OVERNIGHT* |
| 2545 | (OFFICIAL COMM PERSONAL INJ CLAIMANTS), ELIHU INSELBUCH, CAPLIN & DRYSDALE, ej@capdale.com | *VIA E-MAIL* |
| 2545 | FRANK J. PERCH, UNITED STATES TRUSTEE, 844 KING STREET, SUITE 2311, WILMINGTON, DE 19801 | *VIA FEDERAL EXPRESS OVERNIGHT* |
| 2545 | (CO-COUNSEL TO DIP LENDER), J. DOUGLAS BACON, LATHAM & WATKINS, david.heller@lw.com | *VIA E-MAIL* |
| 2545 | (DEBTORS AND DIP), JAMES H.M. SPRAYREGEN, KIRKLAND & ELLIS, james_kapp@chicago.kirkland.com | *VIA E-MAIL* |
| 2545 | (DEBTORS AND DIP), LAURA DAVIS JONES, PACHULSKI, STANG, ZIEHL, dcarickhoff@pszyj.com | *VIA E-MAIL* |
| 2545 | (OFFICIAL CREDITORS' COMMITTEE), LEWIS KRUGER, STROOCK & STROOCK & LAVAN, rserrette@stroock.com | *VIA E-MAIL* |
| 2545 | (OFFICIAL COMM PERSONAL INJ CLAIMANTS), MATTHEW G. ZALESKI, CAMPBELL & LEVINE, mhurford@camlev.com | *VIA E-MAIL* |
| 2545 | (OFFICIAL COMM PERSONAL INJ CLAIMANTS), MATTHEW G. ZALESKI, CAMPBELL & LEVINE, mth@camlev.com | *VIA E-MAIL* |
| 2545 | MICHAEL B. JOSEPH, MICHAEL B. JOSEPH, FERRY & JOSEPH, mjoseph@ferry.com | *VIA E-MAIL* |
| 2545 | (OFFICIAL CREDITORS' COMMITTEE), MICHAEL R. LASTOWSKI, DUANE, MORRIS & HECKSCHER, mlastowski@duanemorris.com | *VIA E-MAIL* |
| 2545 | PATTY CUNIFF, 302.652.4400 | *VIA FAX* |
| 2545 | (OFFICIAL COMM EQUITY HOLDERS), PHILIP BENTLEY, KRAMER LEVIN, pbentley@kramerlevin.com | *VIA E-MAIL* |
| 2545 | (OFFCL COMM ASBESTOS PROP DAMAGE CLMNTS), SCOTT L. BAENA, BILZIN, SUMBERG, DUNN, jsakalo@bilzin.com | *VIA E-MAIL* |
| 2545 | (CO-COUNSEL TO DIP LENDER), STEVEN M. YODER, THE BAYARD FIRM, syoder@bayardfirm.com | *VIA E-MAIL* |
| 2545 | (OFFICIAL COMM EQUITY HOLDERS), TERESA KD CURRIER, KLETT ROONEY LIEBER, currier@klettrooney.com | *VIA E-MAIL* |
| 2545 | WARREN H. SMITH, WARREN H. SMITH & ASSOC, 900 JACKSON STREET, 120 FOUNDERS SQ, DALLAS, TX 75202 | *VIA FEDERAL EXPRESS OVERNIGHT* |

Subtotal for this group: 18