IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Re. Doc. Nos. 192, 3365 & 3439 And
3/17/03 Agenda Item No. 2.

### CERTIFICATION OF COUNSEL REGARDING MOTION FOR AUTHORITY TO EXTEND AND MODIFY DEBTOR-IN-POSSESSION FINANCING

1. On February 10, 2003 the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion Of Debtors For Authority To Extend And Modify Debtor In Possession Financing* (the "Motion"). A true and correct copy of the Motion was served on all parties required to receive notice pursuant to Del. Bankr. LR 2002-1.

2. The objection deadline for the Motion was set in the respective Notice as February 27, 2003.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3. On February 28, 2003 the Debtors filed the *Supplement To Motion Of Debtors For Authority To Extend And Modify Debtor In Possession Financing* (the "Supplement"). The Supplement sets forth the key provisions of the amendment to the Post-Petition Credit Agreement. Amendment No. 1 And Limited Waiver To Post-Petition Loan And Security Agreement and a proposed form of order are attached to the Supplement as exhibits. A true and correct copy of the Supplement was served on all parties required to receive notice pursuant to Del. Bankr. LR 2002-1

4. The objection deadline for the Motion has passed and no written objections have been filed with the Court, nor received by the Debtors. The Debtors have been in contact with counsel for each of the committees in this case and all have represented to the Debtors that they have no objections to the Motion.

5. Accordingly, the Debtors request that the order attached to the Supplement be entered.

Dated: March 7, 2003

        KIRKLAND & ELLIS
        James H.M. Sprayregen, P.C.
        James W. Kapp III
        Janet S. Baer
        Christian J. Lane
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2000
        (312) 861-2200 (fax)

        and

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

        */s/ Paula A. Galbraith*
        Laura Davis Jones (Bar No. 2436)
        Scotta E. McFarland (Bar No. 4184)
        Paula A. Galbraith (Bar No. 4258)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, Delaware 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession