IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 17, 2003 AT 12:00 P.M.

### UNCONTESTED MATTERS

1.   Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

   **Related Documents:**

   a.   [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

   **Response Deadline:** Extended until January 17, 2003 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Status:** The parties continue to work on a resolution to this matter. If a resolution is reached before the hearing, an agreed order will be filed with the Court under a certification of counsel. If the matter is not resolved and documented before the hearing, the parties will request that this matter be continued to the next omnibus hearing.

2. Motion of Debtors for Authority to Extend and Modify Debtor-In-Possession Financing (Docket No. 3365)

   **Related Documents:**

   a. Notice of Motion of Debtors for Authority to Extend and Modify Debtor-In-Possession Financing (Docket No. 3365)

   b. Supplement to Motion of Debtors for Authority to Extend and Modify Debtor-In-Possession Financing (Docket No. 3439)

   c. Certification of Counsel Regarding **Motion for Authority to Extend and Modify Debtors-In-Possession Financing** (Docket No. 3494)

   **Response Deadline:** February 27, 2003 at 4:00 p.m. (Extended until March 4, 2003 for the Unsecured Creditors Committee and the Property Damage Committee)

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status: The Debtors have filed a certification of counsel stating that the objection deadline on the motion has passed and no objections have been filed. If the proposed order attached to the Supplement is signed before the hearing, this matter will not be going forward.**

3. Motion of the Debtors for an Order Authorizing, But Not Requiring, the Implementation of the 2003-2005 Long-Term Incentive Program for Key Employees (Docket No. 3366)

   **Related Documents:**

   a. Notice of Motion of the Debtors for an Order Authorizing, But Not Requiring, the Implementation of the 2003-2005 Long-Term Incentive Program for Key Employees (Docket No. 3366)

   b. [Proposed] Order Authorizing, But Not Requiring, the Implementation of the 2003-2005 Long-Term Incentive Program for Key Employees (Docket No. 3366)

   c. Certification of No Objection Regarding Docket No. 3366 (Docket No. 3438)

   **Response Deadline:** February 27, 2003 at 4:00 p.m.

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status:** The Court entered the order attached to the motion. This matter will not be going forward.

4.  Sixth Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period of July 1, 2002 Through September 30, 2002

    **Related Documents:**

    a.  **Certification of Counsel Regarding Sixth Quarter Project Category Summary and Order Approving Quarterly Fee Application for the Sixth Interim Fee Period and Certain Prior Amounts** (Docket No. TBD)

    **Status: A proposed omnibus order was filed with the above noted certification of counsel. If the proposed order is signed before the hearing, this matter will not be going forward.**

## CONTESTED MATTERS

5.  Sixth Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2002 Through September 30, 2002

    **Related Documents:**

    a.  **Certification of Counsel Regarding Sixth Quarter Project Category Summary and Order Approving Quarterly Fee Application for the Sixth Interim Fee Period and Certain Prior Amounts** (Docket No. TBD)

    **Responses Received:** None as of the date of this Agenda Notice. The Debtors anticipate that any professionals who have not resolved their issues with the Fee Auditor, will file replies to the Fee Auditor's recommendations in the Final Reports within twenty days after the date of the respective Final Report.

    **Status: As no responses to the Fee Auditor's Final Reports have been filed, this matter will not be going forward.**

## PENDING MATTERS

6.  Debtors' Fourth Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(b) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027 (Docket No. 3230)

    **Status:** The Court has entered an order on this matter. This matter will not be going forward.

7.  Debtors' Fourth Motion for an Order Pursuant to 11 U.S.C. §1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (Docket No. 3257)

**Status:** The Court has entered an order on this matter. This matter will not be going forward.

8. Certification of Counsel Regarding Order Authorizing the Debtors to Contribute Funds Into the Trust Funding the Curtis Bay Pension Plan to Support Amendments to Enhance Benefits Thereunder (related document 3259) (Docket No. 3394)

   **Status:** The Court has entered an order on this matter. This matter will not be going forward..

9. Certification of Counsel With Respect to Order Approving Special Fee Application of Pitney, Hardin, Kipp & Szuch LLP for Services Rendered to Debtor, Gloucester New Communities, Inc., Pursuant to Previously Approved Contingency Fee Agreement (related document 1305) (Docket No. 3311)

   **Status:** The Court has entered an order on this matter. This matter will not be going forward.

Dated: March 10, 2003

KIRKLAND & ELLIS
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*[signature]*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession