Grace Agenda Notice Service List for
3/10/03 Hearing
Case No. 01-1139
March 11, 2003
Document # 66260
*01 – Hand Delivery*
*46 - Facsimile*

*Hand Delivery*
Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE  19801

*Facsimile 310-201-0760*
Hamid R. Rafatjoo, Esquire
(Counsel to Debtors and Debtors in Possession)

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
(Counsel for Asbestos Personal Injury Claimants)
(Special Request)

*Facsimile 302-426-9947*
Matthew G. Zaleski, III, Esquire
(Local Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 302-658-3989*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
(Counsel for National Medical Care, Inc.)
(Special Request)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
(Counsel for The Chase Manhattan Bank)
(Special Request)

*Facsimile 302-658-0380*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
(Counsel for Maryland Casualty Company)
(Special Request)

*Facsimile 302-656-2769*
Francis A. Monaco, Jr., Esquire
(Counsel for Ingersoll-Rand Fluid Products)
(Special Request)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
(Counsel for Property Damage Claimants)
(Special Request)

*Facsimile 302-651-3001*
Mark S. Chehi, Esquire
(Counsel for Sealed Air Corporation)
(Special Request)

*Facsimile 312-861-2200*
James H.M. Sprayregen, P.C.
(Counsel to Debtor)
(Special Request)

*Facsimile 312-660-0624*
James Kapp, III, Esquire
(Counsel to Debtor)
(Special Request)

*Facsimile 302-573-6497*
Frank J. Perch, Esquire
(United States Trustee)
(Special Request)

*Facsimile 416-977-5239*
Derrick Tay, Esquire
(Canadian counsel for Debtor)
(Special Request)

*Facsimile 410-531-4545*
David B. Siegel
(W. R. Grace & Co.)
(Special Request)

*Facsimile 302-652-5338*
William Sparks, Esquire
(Counsel to W. R. Grace & Co.)
(Special Request)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury Claimants)
(Special Request)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage Claimants)
(Special Request)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)
(Special Request)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)
(Special Request)

*Facsimile 843-216-9410*
Nancy Worth Davis, Esquire
(Counsel to Asbestos Claimants)
(Special Request)

*Facsimile 610-371-7390*
Joseph Grey, Esquire
(Special Request)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of Unsecured Creditors)
(Special Request)

*Facsimile 302-777-5863*
Mary M. Maloney-Huss, Esquire
(Counsel for General Electric Company)
(Special Request)

*Facsimile 302-652-8405*
Selinda A. Melnik, Esquire
(Counsel for Gamma Holding NV)
(Special Request)

*Facsimile 305-658-1192*
Laurie Selber Silverstein, Esquire
(Counsel for Norfolk Southern Corp.)
(Special Request)

*Facsimile 302-654-0245*
Curtis Crowther, Esquire
(Counsel for Century Indemnity Company)
(Special Request)

*Facsimile 212-583-5707*
David Blechman
Blackstone Group
(Financial Advisor to Debtor)
(Special Request)

*Facsimile 302-656-8865*
Aaron A. Garber, Esquire
(Counsel for Potash Corp.)
(Special Request)

*Facsimile 302-552-4295*
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
(Counsel for Entergy Services, Inc.)
(Special Request)

*Facsimile 610-371-7390*
John D. Demmy, Esquire
(Counsel for First Union Leasing)
(Special Request)

*Facsimile 302-428-3180*
William D. Sullivan, Esquire
(Counsel for Zonolite Attic Litigation
Plaintiffs and Medical Monitoring
Claimants)
(Special Request)

*Facsimile 302-654-4775*
Francis J. Murphy, Esquire
John S. Spadaro, Esquire
Chase T. Brockstedt, Esquire
(Counsel for Certain Underwriters of
Lloyd's of London)
(Special Request)

*Facsimile 610-371-7390*
Thomas G. Whalen, Esquire
(Counsel for Mark Hankin and HanMar
Associates)
(Special Request)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Special Request)

*Facsimile 302-577-8656*
Allison E. Reardon, Esquire
(Counsel for the Delaware Division of
Revenue)
(Special Request

*Facsimile 302-658-3989*
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
(Counsel for Travelers Casualty and Surety
Company)
(Special Request)

*Facsimile 302-552-4295*
Adam G. Landis, Esquire
(Counsel for Wachovia Bank, N.A.)
(Special Request)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Equity Committee Counsel)
(Special Request)

*Facsimile 302-656-2769*
Rachel B. Mersky, Esquire
(Counsel for Union Tank Car Company)
(Special Request)

*Facsimile 302-429-8600*
Megan N. Harper, Esquire
(Counsel for Royal Insurance)
(Special Request)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury
Claimants)
(Special Request)

*Facsimile 302-571-1750*
Brett D. Fallon
(Counsel for Caterpillar Financial)

Supplemental Service List
(W.R. Grace Professional Service list)
Case No. 01-01139
Document No. 54264
01 – Email Delivery
09 - Hand Delivery
27 - First Class Mail

*Hand Delivery*
)
Scotta E. McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Special Asbestos Products
Liability Defense)
Richard A. Keuler, Jr., Esquire
Reed Smith
1201 Market Street, Suite 1500
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE  19801

*Hand Delivery*
)
Kurt Gwynne
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

*Hand Delivery*
)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

*Hand Delivery*
)
Michael R. Lastowski, Esquire
Duane, Morris, & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*First Class Mail*
)
David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(Counsel for Special Asbestos Products
Liability Defense)
James J. Restivo
Lawrence E. Flatley
Douglas E. Cameron
Reed Smith
435 Sixth Avenue
Pittsburgh, PA 15219

*First Class Mail*
Edwin N. Ordway, Jr.
FTI Policano & Manzo
Park 80 West, Plaza I
Saddle Brook, NY 07663

*First Class Mail*
(Special Litigation Counsel)
Robert A. Murphy, Esquire
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

*First Class Mail*
John M. Agnello, Esquire
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
Six Becker Farm Road
Roseland, NJ 07068-1739

*First Class Mail*
(Accountant and Financial Advisor for the
Official Committee of Asbestos Personal
Injury Claimants)
Loreto T. Tersigni
L. Tersigni Consulting, P.C.
2001 West Main Street, Suite 220
Stamford, CT 06902

*First Class Mail*
Elizabeth K. Flaagan, Esquire
Holme Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

*First Class Mail*
Christopher H. Marraro
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Suite 500
Washington, D.C. 2007

*First Class Mail*
Anne E. Moran
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*
Anthony J. Marchetta, Esquire
Pitney, Hardin, Kipp & Szuch LLp
P.O. Box 1945
Morristown, NJ 07962

*First Class Mail*
Newman Jackson Smith, Esquire
Nelson Mullins Riley & Scarborough, LLP
151 Meeting Street, Suite 600
Charleston, South Carolina 29401

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
G. Becker
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Arelene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

*First Class Mail*
)
Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

*First Class Mail*
)
David M. Cleary
Karen Brown
Nelson Mullins Riley and Scarborough, LLP
P.O. Box 1806
Charleston, SC 29402-1806

*First Class Mail*
)
Ms. Libby Hamilton
FTI Policano & Manzo
900 Bestgate Road, Suite 100
Annapolis, MD 21401

*First Class Mail*
)
Michael F. Gries
Gregory Boyer
Olympic Tower
Conway, Del Genio, Gries & Co., LLP
645 Fifth Avenue
New York, NY 10022

*First Class Mail*
)
Hamilton, Rabinovitz & Alschuler, Inc.
c/o Jay M. Sakalo
Bilzin, Sumberg, Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

*First Class Mail*
)
Teresa K.D. Currier, Esquire
J. Waxman
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

*First Class Mail*
)
Legal Analysis Systems
Mark A. Peterson
970 Calle Arroyo
Thousand Oaks, CA 91360

*First Class Mail*
)
Professor Elizabeth Warren
c/o Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 27th Floor
New York, NY 10022

*First Class Mail*
)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*First Class Mail*
)
Carol Henessey
David S. Heller
J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
)
Paul J. Silvern, Partner
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd
Suite 890
Los Angeles, CA 90045