## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: March 31, 2003 at 4:00 p.m.**
**Hearing Date: June 17, 2003 at 12:00 p.m.**

## QUARTERLY FEE APPLICATION OF KRAMER
## LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
## OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
## <u>PERIOD FROM OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002</u>

Name of Applicant:     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:     *October 1, 2002 through and*
                                         *including December 31, 2002*

Amount of Compensation sought as
actual, reasonable and necessary: *$70,445.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$3,575.61*

This is a(n):    _    monthly          <u>X</u>     interim application

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - OCTOBER 1, 2002 THROUGH DECEMBER 30, 2002

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 11/25/02 3068 | $39,887.50 | $2,124.93 | 12/17/02 3168 | $31,910.00 | $2,124.93 | $42,012.43 |
| 1/14/03 3245 | $18,704.00 | $652.12 | 2/4/03 3308 | $14,981.46 | $633.86 | $19,356.12 |
| 2/10/03 3364 | $11,853.50 | $816.82 | 3/4/03 3457 | $-0- | $-0- | $12,670.32 |
| **Total** | **$70,445.00** | **$3,575.61** | | **$46,891.46** | **$2,758.79** | **$74,020.61** |

Currently Unpaid:     Fees          $ 23,553.54
                      Expenses      $ 816.82

                      TOTAL         $24,370.36

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 468.46 | 43.60 | $20,425.00 |
| Horowitz, Gregory A. | 445.00 | 15.50 | $6,897.50 |
| O'Hanlon, Grace | 300.00 | 36.10 | $10,830.00 |
| Becker, Gary M. | 415.00 | 36.60 | $15,189.00 |
| Klein, David | 300.00 | 33.50 | $10,050.00 |
| Lane, Joanne | 180.00 | 0.20 | $36.00 |
| Mangual, Kathleen | 175.00 | 36.80 | $6,440.00 |
| Kornblum, Shoshanah | 175.00 | 2.30 | $402.50 |
| Clancy, Regan | 175.00 | 0.70 | $122.50 |
| Fontcin, Lauren | 175.00 | 0.30 | $52.50 |
| **Total** | | **205.60** | **$70,445.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/02 through 12/31/02 | Total Fees for the Period 10/1/02 through 12/31/02 |
|---|---|---|
| Bankruptcy Motions | 1.70 | $717.50 |
| Case Administration | 54.30 | $15,067.50 |
| Claims Analysis Objection | 13.20 | $5,676.00 |
| Creditor Committee | 14.30 | $6,426.50 |
| Fee Applications, Applicant | 22.40 | $5,732.00 |
| Fraudulent Conveyance Issues | 93.20 | $34,083.00 |
| Hearings | 3.30 | $1,567.50 |
| Travel\Non-Working | 1.20 | $285.00 |
| Other | 2.00 | $890.00 |
| **Total** | **205.60** | **$70,445.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 7/1/02 through 9/30/02 |
|---|---|
| Telecopier | $51.00 |
| Photocopying | $1,190.70 |
| Research Services | $91.00 |
| Postage | $1.06 |
| Long-Distance Tel. | $720.77 |
| Westlaw On-Line Research | $125.88 |
| Lexis / Nexis On-Line Research | $560.75 |
| Messenger Service | $78.86 |
| Cab Fares | $384.59 |
| Out-of-Town-Travel | $201.00 |
| Other Fees | $170.00 |
| **Total** | **$3,575.61** |

KL2 2201737.1

The foregoing summaries are submitted to the Court pursuant to the Amended

Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the

Amended Administrative Order, Kramer Levin respectfully requests that, for the period October

1, 2002 through December 31, 2002, it be allowed the total amount of fees of $70,445.00, and

disbursements $3,575.61, and that the Debtor be directed to pay all unpaid amounts as set forth

above.

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP


                                        By:  _____
                                             Philip Bentley
                                             919 Third Avenue
                                             New York, New York 10022
                                             (212) 715-9100

                                             Counsel to the Official Committee of
                                             Equity Holders

Dated: March 7, 2003

KL2:2201737.1