# EXHIBIT A

**WR GRACE**

6th Quarter Project Category Summary

| Category | Ashby & Geddes[3] | | Bilzin Sumberg | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 250.00 | 250.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 75.00 | 75.00 | 0.00 | 4,527.50 |
| 03 - Business Operations | 50.00 | 50.00 | 5,015.00 | 17,619.50 |
| 04 - Case Administration | 6,837.96 | 6,837.96 | 18,334.50 | 305,002.40 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 2,728.50 | 28,979.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 500.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 4,025.50 | 4,025.50 | 4,909.00 | 104,833.00 |
| 08 - Employee Benefits/Pension | 8,494.12 | 8,494.12 | 21,011.00 | 21,011.00 |
| 09 - Employment Applications, Applicant | 3,141.00 | 3,141.00 | 0.00 | 2,247.50 |
| 10 - Employment Applications, Others | 3,942.08 | 3,942.08 | 0.00 | 39,999.50 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 12,147.00 | 54,621.20 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 6,380.50 | 28,715.30 |
| 13 - Financing | 375.00 | 375.00 | 0.00 | 8,452.50 |
| 14 - Hearings | 2,043.75 | 2,043.75 | 7,520.00 | 44,499.50 |
| 15 - Litigation and Litigation Consulting | 4,180.00 | 4,180.00 | 835.50 | 765,101.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 1,345.00 | 1,345.00 | 1,614.00 | 1,826.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 6,060.00 | 66,517.50 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 9,729.50 | 23,633.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 389.45 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **34,759.41** | **34,759.41** | **96,284.50** | **1,518,086.40** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **7,145.41** | **7,145.41** | **22,219.43** | **593,361.68** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **41,904.82** | **41,904.82** | **118,503.93** | **2,111,448.08** |
| FEE APPLICATION - TOTAL FEES | 27,614.00 | 27,614.00 | 96,284.50 | 1,518,455.85 |
| FEE APPLICATION - TOTAL EXPENSES | 7,145.41 | 7,145.41 | 22,219.43 | 592,992.23 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **34,759.41** | **34,759.41** | **118,503.93** | **2,111,448.08** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Blackstone Group | |
|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 327.72 | 12,095.55 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 14,419.48 | 158,880.11 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 42,491.27 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 7,537.45 | 350,026.48 |
| 08 - Employee Benefits/Pension | 34,737.83 | 377,374.36 |
| 09 - Employment Applications, Applicant | 0.00 | 1,732.21 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 14,419.48 | 51,811.51 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 12,125.47 | 22,382.48 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 47,846.44 | 86,570.61 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 6,554.31 | 118,523.55 |
| 21 - Valuation | 360,159.18 | 742,285.22 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 26,872.66 | 1,116,150.06 |
| 27 - Corporate Finance | 0.00 | 63,844.26 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **525,000.02** | **3,144,167.67** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **7,762.82** | **71,252.36** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **532,762.84** | **3,215,420.03** |
| FEE APPLICATION - TOTAL FEES | 525,000.00 | 3,144,166.67 |
| FEE APPLICATION - TOTAL EXPENSES | 7,762.82 | 73,033.35 |
| **FEE APPLICATION  - TOTAL FEES AND EXPENSES** | **532,762.82** | **3,217,200.02** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Campbell & Levine | | Caplin & Drysdale | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 5,524.00 | 12,008.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 35.00 | 4,256.50 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 1,034.50 | 56.00 | 4,914.00 |
| 04 - Case Administration | 2,845.00 | 39,962.00 | 52,358.00 | 278,904.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 4,102.50 | 23,323.50 | 140,156.00 | 303,974.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 3,027.50 | 3,027.50 | 112.00 | 654.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 12,318.00 | 52,882.50 | 4,316.50 | 33,543.00 |
| 08 - Employee Benefits/Pension | 3,179.50 | 9,596.50 | 448.00 | 3,356.50 |
| 09 - Employment Applications, Applicant | 0.00 | 3,229.50 | 0.00 | 8,214.00 |
| 10 - Employment Applications, Others | 0.00 | 7,899.00 | 637.50 | 14,930.00 |
| 11 - Fee Applications, Applicant | 3,896.50 | 15,492.50 | 15,496.50 | 29,663.50 |
| 12 - Fee Applications, Others | 6,852.00 | 21,177.50 | 907.00 | 2,254.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 2,939.50 | 23,008.50 | 4,578.50 | 22,911.00 |
| 15 - Litigation and Litigation Consulting | 5,686.50 | 17,481.00 | 56.00 | 382,963.50 |
| 16 - Plan and Disclosure Statement | 202.50 | 755.00 | 0.00 | 3,076.00 |
| 17 - Relief from Stay Proceedings | 386.50 | 1,699.50 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 15,265.00 | 15,265.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 1,566.00 | 14,072.25 | 51,609.00 |
| 21 - Valuation | 0.00 | 157.50 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 584.00 | 11,756.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **51,579.00** | **250,313.00** | **248,459.25** | **1,156,233.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **4,807.61** | **36,356.55** | **83,909.06** | **180,365.09** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **56,386.61** | **286,669.55** | **332,368.31** | **1,336,598.09** |
| FEE APPLICATION - TOTAL FEES | 51,576.00 | 250,310.00 | 248,459.25 | 1,156,233.00 |
| FEE APPLICATION - TOTAL EXPENSES | 4,807.61 | 32,556.14 | 83,909.06 | 180,365.09 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **56,383.61** | **282,866.14** | **332,368.31** | **1,336,598.09** |

**WR GRACE**  6th Quarter Project Category Summary

| Category | Carella Byrne | | Casner & Edwards | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 9,037.50 | 12,300.00 | 6,501.00 | 18,893.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 91,952.00 | 164,657.00 | 136,219.00 | 1,610,006.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 5,778.50 | 10,328.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 26,035.00 | 26,035.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 1,746.43 | 1,746.43 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **106,768.00** | **187,285.50** | **168,755.00** | **1,654,934.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **5,833.93** | **9,877.84** | **37,247.96** | **206,193.81** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **112,601.93** | **197,163.34** | **206,002.96** | **1,861,128.31** |
| FEE APPLICATION - TOTAL FEES | 106,768.00 | 160,659.76 | 168,755.00 | 1,654,934.50 |
| FEE APPLICATION - TOTAL EXPENSES | 5,833.93 | 9,512.53 | 37,247.96 | 206,193.81 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **112,601.93** | **170,172.29** | **206,002.96** | **1,861,128.31** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Committee: Asbestos Personal Injury | |
|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **0.00** | **0.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **4,179.59** | **12,220.24** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | **4,179.59** | **12,220.24** |
| FEE APPLICATION - TOTAL FEES | 0.00 | 0.00 |
| FEE APPLICATION - TOTAL EXPENSES | 4,179.59 | 12,220.24 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | **4,179.59** | **12,220.24** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Committee: Asbestos Property Damage | |
|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **0.00** | **0.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **3,002.75** | **110,251.34** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **3,002.75** | **110,251.34** |
| FEE APPLICATION - TOTAL FEES | 0.00 | 0.00 |
| FEE APPLICATION - TOTAL EXPENSES | 3,141.45 | 110,250.92 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **3,141.45** | **110,250.92** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Duane Morris | | Elzufon Austin | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 83.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,030.00 | 0.00 | 0.00 |
| 03 - Business Operations | 166.00 | 373.50 | 0.00 | 0.00 |
| 04 - Case Administration | 18,200.00 | 53,318.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 5,080.50 | 6,009.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 3,405.50 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 705.00 | 15,194.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 1,048.50 | 1,832.50 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 12,745.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 1,234.50 | 9,972.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,305.50 | 18,390.50 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 5,435.00 | 22,241.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 4,545.00 | 0.00 | 0.00 |
| 14 - Hearings | 6,294.00 | 29,653.50 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 49,015.00 | 77,147.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 83.00 | 110.30 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 290.50 | 1,148.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 83.00 | 83.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 95.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 5,738.00 | 5,738.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 692.54 | 692.54 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 2,439.50 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **89,940.50** | **259,817.30** | **5,738.00** | **5,738.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **8,038.01** | **33,909.97** | **692.54** | **692.54** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **97,978.51** | **293,727.27** | **6,430.54** | **6,430.54** |
| FEE APPLICATION - TOTAL FEES | 89,953.00 | 260,075.00 | 5,738.00 | 5,738.00 |
| FEE APPLICATION - TOTAL EXPENSES | 8,038.01 | 33,909.97 | 692.54 | 692.54 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **97,991.01** | **293,984.97** | **6,430.54** | **6,430.54** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 4,494.50 | 37,941.25 | 10,235.00 | 10,235.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 2,850.00 | 97,722.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 1,895.00 | 17,817.50 | 5,927.00 | 72,181.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 3,596.00 | 137,057.50 |
| 09 - Employment Applications, Applicant | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 217.50 | 3,935.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 5,692.50 | 15,909.50 | 23,705.00 | 121,465.50 |
| 12 - Fee Applications, Others | 3,742.50 | 7,182.50 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 1,481.50 | 8,954.50 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 2,613.00 | 38,001.75 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 2,752.50 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 415.00 | 415.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 51,652.50 | 620,297.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 10,726.00 | 10,726.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 36,375.50 | 36,375.50 |
| **PROJECT CATEGORY - TOTAL FEES** | **20,551.50** | **133,354.00** | **145,067.00** | **1,106,060.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **8,125.92** | **44,490.64** | **1,781.28** | **36,123.21** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **28,677.42** | **177,844.64** | **146,848.28** | **1,142,183.21** |
| FEE APPLICATION - TOTAL FEES | 20,551.50 | 133,354.00 | 145,067.00 | 1,127,818.50 |
| FEE APPLICATION - TOTAL EXPENSES | 8,125.92 | 44,490.64 | 1,781.28 | 37,871.51 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **28,677.42** | **177,844.64** | **146,848.28** | **1,165,690.01** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Hamilton Rabinovitz | | Hilsoft Notifications | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 15,470.00 | 36,692.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 3,575.00 | 52,832.50 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 2,390.00 | 2,390.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 1,995.00 | 17,730.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **21,435.00** | **91,915.00** | **1,995.00** | **17,730.00** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **58.57** | **5,841.43** | **5.96** | **34.50** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **21,493.57** | **97,756.43** | **2,000.96** | **17,764.50** |
| FEE APPLICATION - TOTAL FEES | 21,435.00 | 91,915.00 | 1,995.00 | 17,730.00 |
| FEE APPLICATION - TOTAL EXPENSES | 58.57 | 5,841.43 | 5.96 | 34.50 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **21,493.57** | **97,756.43** | **2,000.96** | **17,764.50** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Holme Roberts | |
|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 16,744.00 | 47,473.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 2,013,734.75 | 5,047,502.25 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 19,561.00 | 126,051.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **2,050,039.75** | **5,221,026.25** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **121,621.87** | **536,521.26** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **2,171,661.62** | **5,757,547.51** |
| FEE APPLICATION - TOTAL FEES | 2,050,039.75 | 5,223,208.75 |
| FEE APPLICATION - TOTAL EXPENSES | 121,621.87 | 539,566.88 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **2,171,661.62** | **5,762,775.63** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Kirkland & Ellis | | Klett Rooney | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 162,314.00 | 0.00 | 276.50 |
| 02 - Asset Disposition | 7,005.00 | 137,823.50 | 206.00 | 2,039.00 |
| 03 - Business Operations | 487.00 | 9,753.00 | 197.50 | 1,375.00 |
| 04 - Case Administration | 79,640.00 | 922,935.00 | 2,707.50 | 26,237.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 29,309.00 | 883,124.00 | 1,051.00 | 3,095.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 6,067.00 | 107,659.00 | 324.50 | 593.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 2,483.00 | 154,517.50 | 1,382.50 | 4,687.50 |
| 08 - Employee Benefits/Pension | 103,324.00 | 201,178.00 | 634.50 | 871.50 |
| 09 - Employment Applications, Applicant | 117.00 | 117.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 5,064.50 | 232,725.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 110,321.00 | 220,895.50 | 7,427.00 | 13,699.50 |
| 12 - Fee Applications, Others | 3,287.00 | 32,322.00 | 1,476.50 | 8,062.00 |
| 13 - Financing | 1,598.00 | 81,119.00 | 0.00 | 0.00 |
| 14 - Hearings | 28,289.50 | 436,787.50 | 2,706.50 | 7,082.50 |
| 15 - Litigation and Litigation Consulting | 294,775.00 | 3,155,867.00 | 7,149.00 | 11,769.00 |
| 16 - Plan and Disclosure Statement | 2,648.00 | 15,828.00 | 538.00 | 949.00 |
| 17 - Relief from Stay Proceedings | 25,158.00 | 180,227.50 | 460.00 | 604.00 |
| 18 - Tax Issues | 17,720.50 | 97,353.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 127,706.50 | 349,193.50 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 19,420.00 | 176,722.00 | 0.00 | 0.00 |
| 21 - Valuation | 2,310.00 | 2,310.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 51,662.50 | 51,662.50 | 1,108.00 | 1,187.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 232.00 | 146,669.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **918,624.50** | **7,759,103.50** | **27,368.50** | **82,528.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **135,434.17** | **626,673.61** | **2,718.61** | **11,426.80** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **1,054,058.67** | **8,385,777.11** | **30,087.11** | **93,955.30** |
| FEE APPLICATION - TOTAL FEES | 918,624.50 | 7,759,103.50 | 27,368.50 | 82,528.50 |
| FEE APPLICATION - TOTAL EXPENSES | 135,434.17 | 626,673.51 | 2,718.61 | 11,426.80 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **1,054,058.67** | **8,385,777.01** | **30,087.11** | **93,955.30** |

WR GRACE

6th Quarter Project Category Summary

| Category | Kramer Levin | | Legal Analysis Systems | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,975.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 11,348.00 | 135,870.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 25,794.50 | 117,993.00 | 31,096.00 | 77,159.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 1,070.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 6,407.00 | 41,024.50 | 5,808.00 | 14,065.00 |
| 08 - Employee Benefits/Pension | 1,215.00 | 1,310.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,432.50 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 11,139.50 | 38,343.50 | 1,860.00 | 3,599.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 350.00 | 350.00 |
| 14 - Hearings | 6,947.50 | 39,925.00 | 66,432.00 | 67,032.00 |
| 15 - Litigation and Litigation Consulting | 23,425.00 | 39,240.00 | 190,958.00 | 286,384.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 57,755.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 990.00 | 3,190.00 | 13,330.00 | 19,365.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 167,277.00 | 167,277.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **87,266.50** | **425,744.00** | **477,111.00** | **692,986.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **10,070.69** | **40,589.75** | **18,763.24** | **28,429.40** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **97,337.19** | **466,333.75** | **495,874.24** | **721,415.90** |
| FEE APPLICATION - TOTAL FEES | 87,266.50 | 431,343.50 | 477,111.00 | 734,820.00 |
| FEE APPLICATION - TOTAL EXPENSES | 10,070.69 | 40,589.75 | 19,850.07 | 29,058.66 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **97,337.19** | **471,933.25** | **496,961.07** | **763,878.66** |

WR GRACE

6th Quarter Project Category Summary

| Category | Lukins & Anins | | Nelson Mullins[4] | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 17,270.50 | 49,687.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 241.40 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 37,691.00 | 37,691.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 3,422.38 | 3,422.38 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 22,688.00 | 362,229.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **37,691.00** | **37,691.00** | **39,958.50** | **412,157.40** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **3,422.38** | **3,422.38** | **615.50** | **5,508.97** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES¹** | **41,113.38** | **41,113.38** | **40,574.00** | **417,666.37** |
| FEE APPLICATION - TOTAL FEES | 37,691.00 | 37,691.00 | 39,958.50 | 411,916.00 |
| FEE APPLICATION - TOTAL EXPENSES | 3,422.38 | 3,422.38 | 615.50 | 5,750.37 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES²** | **41,113.38** | **41,113.38** | **40,574.00** | **417,666.37** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Pachulski Stang | | Pitney Hardin | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 1,339.00 | 4,103.00 | 0.00 | 3,888.50 |
| 02 - Asset Disposition | 252.00 | 8,960.50 | 0.00 | 13,881.00 |
| 03 - Business Operations | 60.00 | 15,395.50 | 27,966.50 | 64,697.50 |
| 04 - Case Administration | 17,792.50 | 93,559.50 | 34,745.60 | 127,658.60 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 1,967.00 | 3,497.00 | 284.00 | 6,449.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 2,461.50 | 2,521.50 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 27,349.50 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 1,780.50 | 6,976.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 39.50 | 98.50 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 1,089.00 | 31,522.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 11,718.50 | 49,062.50 | 13,062.50 | 37,045.00 |
| 12 - Fee Applications, Others | 18,224.50 | 71,763.25 | 0.00 | 1,179.00 |
| 13 - Financing | 55.00 | 5,111.00 | 0.00 | 0.00 |
| 14 - Hearings | 20,600.50 | 133,822.00 | 0.00 | 48,215.50 |
| 15 - Litigation and Litigation Consulting | 4,728.50 | 83,373.50 | 107,747.00 | 765,842.10 |
| 16 - Plan and Disclosure Statement | 797.00 | 2,745.00 | 0.00 | 41,393.00 |
| 17 - Relief from Stay Proceedings | 1,658.50 | 20,968.00 | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 11.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 1,819.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 3,667.75 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 4,976.50 | 15,224.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 420.00 | 420.00 | 0.00 | 0.00 |
| 24 - Other | 64.50 | 20,818.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **89,604.50** | **602,370.00** | **183,805.60** | **1,110,434.70** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **96,461.23** | **439,381.29** | **29,513.22** | **157,091.90** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **186,065.73** | **1,041,751.29** | **213,318.82** | **1,267,526.60** |
| FEE APPLICATION - TOTAL FEES | 90,024.50 | 604,646.50 | 183,969.60 | 1,116,974.70 |
| FEE APPLICATION - TOTAL EXPENSES | 96,041.23 | 438,961.29 | 29,513.22 | 157,091.90 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **186,065.73** | **1,043,607.79** | **213,482.82** | **1,274,066.60** |

**WR GRACE**  6th Quarter Project Category Summary  15 of 23

| Category | PricewaterhouseCoopers LLP[5] | | Reed Smith | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 430.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 46,419.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 4,890.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 5,086.22 | 5,086.22 | 15,319.00 | 36,497.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 14,304.00 | 29,868.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 257,097.75 | 1,894,976.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 8,412.25 | 17,667.75 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 215,492.50 | 215,492.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 5,907.17 | 5,907.17 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 495,442.11 | 495,442.11 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **500,528.33** | **500,528.33** | **510,625.50** | **2,246,240.75** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **11,962.48** | **11,962.48** | **39,339.33** | **420,465.09** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **512,490.81** | **512,490.81** | **549,964.83** | **2,666,705.84** |
| FEE APPLICATION - TOTAL FEES | 500,528.33 | 500,528.33 | 511,055.50 | 2,237,748.75 |
| FEE APPLICATION - TOTAL EXPENSES | 11,962.48 | 11,962.48 | 39,339.33 | 420,465.09 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[2]** | **512,490.81** | **512,490.81** | **550,394.83** | **2,658,213.84** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Richardson Patrick | | Warren Smith & Assoc., P.C. | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 198.00 | 855.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 170,069.50 | 170,069.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 44,005.38 | 44,005.38 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 135,926.52 | 199,215.52 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **170,069.50** | **170,069.50** | **136,124.52** | **200,071.02** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **44,005.38** | **44,005.38** | **2,100.40** | **2,463.29** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **214,074.88** | **214,074.88** | **138,224.92** | **202,534.31** |
| FEE APPLICATION - TOTAL FEES | 170,069.50 | 170,069.50 | 136,124.52 | 200,071.02 |
| FEE APPLICATION - TOTAL EXPENSES | 44,005.38 | 44,005.38 | 2,100.40 | 2,463.29 |
| **FEE APPLICATION  - TOTAL FEES AND EXPENSES** | **214,074.88** | **214,074.88** | **138,224.92** | **202,534.31** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Steptoe & Johnson | |
|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,137.50 | 34,530.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 48,312.50 | 406,168.50 |
| 20 - Travel - Non-working | 0.00 | 16,950.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **52,450.00** | **457,648.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **5,416.67** | **29,200.36** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **57,866.67** | **486,848.86** |
| FEE APPLICATION - TOTAL FEES | 52,450.00 | 457,648.50 |
| FEE APPLICATION - TOTAL EXPENSES | 5,416.67 | 29,200.36 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **57,866.67** | **486,848.86** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Stroock & Stroock[b] | | L. Tersigni | |
|---|---|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 1,669.52 | 39,666.02 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 20,554.50 | 0.00 | 0.00 |
| 03 - Business Operations | 1,477.50 | 31,407.50 | 0.00 | 0.00 |
| 04 - Case Administration | 37,785.50 | 186,403.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 46,034.00 | 285,749.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 427.50 | 20,735.50 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 18,811.00 | 251,245.50 | 17,892.50 | 45,916.75 |
| 08 - Employee Benefits/Pension | 7,074.00 | 129,193.50 | 4,729.50 | 20,684.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 66,194.50 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 12,170.50 | 101,680.00 | 10,237.50 | 15,773.75 |
| 12 - Fee Applications, Others | 3,665.50 | 16,500.50 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 4,390.00 | 0.00 | 0.00 |
| 14 - Hearings | 20,474.50 | 122,383.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 125,439.50 | 248,844.00 | 327,149.25 | 327,149.25 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 950.00 | 8,847.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 1,420.00 | 128,737.50 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 3,072.75 | 23,240.00 | 9,945.00 | 12,180.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 57,622.75 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 12,237.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 3,316.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 3,102.50 | 103,213.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 17,166.25 | 76,035.25 |
| **PROJECT CATEGORY - TOTAL FEES** | **280,471.77** | **1,698,009.02** | **390,222.50** | **661,891.25** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **46,172.52** | **282,951.50** | **3,456.84** | **11,602.83** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES[3]** | **326,644.29** | **1,980,960.52** | **393,679.34** | **673,494.08** |
| FEE APPLICATION - TOTAL FEES | 280,471.77 | 1,697,540.27 | 390,222.50 | 661,891.25 |
| FEE APPLICATION - TOTAL EXPENSES | 46,172.52 | 309,531.73 | 3,456.84 | 11,629.83 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES[3]** | **326,644.29** | **2,007,072.00** | **393,679.34** | **673,521.08** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Wachtell Lipton / | |
|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 1,120.00 | 1,120.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 127,842.50 | 127,842.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 18,379.00 | 18,379.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **147,341.50** | **147,341.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **24,879.53** | **24,879.53** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **172,221.03** | **172,221.03** |
| FEE APPLICATION - TOTAL FEES | 147,341.50 | 147,341.50 |
| FEE APPLICATION - TOTAL EXPENSES | 24,879.53 | 24,879.53 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **172,221.03** | **172,221.03** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | Wallace King[3] | |
|---|---|---|
| | 6th Quarter | Cumulative thru 6th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 3,696.00 | 16,228.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 361,179.50 | 2,174,815.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 |
| **PROJECT CATEGORY - TOTAL FEES** | **364,875.50** | **2,191,043.50** |
| **PROJECT CATEGORY - TOTAL EXPENSES** | **62,765.88** | **407,750.13** |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES** | **427,641.38** | **2,598,793.63** |
| FEE APPLICATION - TOTAL FEES | 364,875.50 | 2,193,013.50 |
| FEE APPLICATION - TOTAL EXPENSES | 62,765.88 | 407,663.76 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES** | **427,641.38** | **2,600,677.26** |

**WR GRACE**

6th Quarter Project Category Summary

| Category | TOTAL 6th Quarter | | TOTAL Cumulative thru 6th Quarter (9),(10) |
|---|---|---|---|
| 01 - Asset Analysis and Recovery | $ | 8,782.52 | 222,589.02 |
| 02 - Asset Disposition | $ | 7,900.72 | 207,218.05 |
| 03 - Business Operations | $ | 35,475.50 | 146,620.00 |
| 04 - Case Administration | $ | 327,213.54 | 2,420,868.82 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | $ | 294,028.00 | 1,936,327.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | $ | 12,420.00 | 182,658.27 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | $ | 94,417.45 | 1,189,310.23 |
| 08 - Employee Benefits/Pension | $ | 191,272.45 | 918,935.98 |
| 09 - Employment Applications, Applicant | $ | 4,417.50 | 43,411.21 |
| 10 - Employment Applications, Others | $ | 12,185.08 | 411,121.08 |
| 11 - Fee Applications, Applicant | $ | 333,588.70 | 1,009,002.68 |
| 12 - Fee Applications, Others | $ | 52,360.50 | 213,787.05 |
| 13 - Financing | $ | 2,378.00 | 104,342.50 |
| 14 - Hearings | $ | 196,737.22 | 1,038,568.73 |
| 15 - Litigation and Litigation Consulting | $ | 4,133,777.75 | 17,240,873.35 |
| 16 - Plan and Disclosure Statement | $ | 4,268.50 | 122,611.30 |
| 17 - Relief from Stay Proceedings | $ | 31,862.50 | 217,221.00 |
| 18 - Tax Issues | $ | 100,713.94 | 346,399.61 |
| 19 - Tax Litigation | $ | 176,019.00 | 757,276.00 |
| 20 - Travel - Non-working | $ | 107,196.06 | 650,571.95 |
| 21 - Valuation | $ | 362,469.18 | 802,375.47 |
| 22 - ZAI Science Trial | $ | 523,501.50 | 558,904.00 |
| 23 - ZAI Science Trial - Expenses | $ | 56,193.90 | 56,563.35 |
| 24 - Other | $ | 22,984.50 | 541,954.50 |
| 25 - Accounting/Auditing | $ | 631,368.63 | 697,973.63 |
| 26 - Business Analysis | $ | 81,627.66 | 1,842,099.56 |
| 27 - Corporate Finance | $ | 10,726.00 | 74,570.26 |
| 28 - Data Analysis | $ | 220,818.75 | 279,687.75 |
| PROJECT CATEGORY - TOTAL FEES | $ | 7,980,511.15 | 34,177,279.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | $ | 853,530.78 | 4,432,442.56 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | $ | 8,834,041.93 | 38,609,721.56 |
| FEE APPLICATION - TOTAL FEES | $ | 7,974,389.22 | 35,972,466.85 |
| FEE APPLICATION - TOTAL EXPENSES | $ | 854,336.31 | 4,484,872.13 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | $ | 8,828,725.53 | 40,457,338.98 |

**WR GRACE**                                   6th Quarter Project Category Summary

[1] Amounts represent the total fees and expenses by Project Category that each applicant reported via email.

[2] Amounts represent the total fees and expenses requested as set forth in the fee application.

[3] The application recently filed by Ashby & Geddes includes fees and expenses incurred only in the 1st Quarter. Ashby & Geddes has incurred no fees and expenses since the 1st Quarter, and is no longer employed in this case.

[4] Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

[5] The fees and expenses sought by PricewaterhouseCoopers include fees and expenses incurred during the 3rd Quarter through the 6th Quarter.

[6] Category amounts in "OTHER" for Stroock & Stroock represent fees for financial reports and analysis.

[7] The fees and expenses sought by Wachtell Lipton include fees and expenses incurred during the 1st Quarter through the 6th Quarter.

[8] Amounts for Wallace King do not reflect a 40% reduction for time spent with regard to the Honeywell litigation. The $233,690.00 reduction in fees for the 6th Quarter is accounted for in the amount for FEE APPLICATION - TOTAL FEES AND EXPENSES, Total Cumulative thru 6th Quarter.

[9] FEE APPLICATION - TOTAL FEES AND EXPENSES, Total Cumulative thru 6th Quarter includes the total fees and expenses requested by Conway Del Genio in the amount $1,543,418.83 for the 1st Quarter through the 4th Quarter, and we have not yet received any fee application from Conway Del Genio for fees and expenses incurred in the 5th Quarter or 6th Quarter.

**WR GRACE**

6th Quarter Project Category Summary

[10] FEE APPLICATION - TOTAL FEES AND EXPENSES, Total Cumulative thru 6th Quarter includes the total fees requested by Professor E. Warren in the amount $1,687.50 for the 4th Quarter.