## Exhibit A

| ASHBY & GEDDES[4] | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 8/21/2001 | 800 | $27,614.00 | $7,145.41 | $26,831.00 | $6,857.86 |
| Total: | | $27,614.00 | $7,145.41 | $26,831.00 | $6,857.86 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/22/2002 | 3064 | $96,284.50 | $22,219.43 | $96,284.50 | $22,219.43 |
| Total: | | $96,284.50 | $22,219.43 | $96,284.50 | $22,219.43 |

| BLACKSTONE GROUP LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/13/2002 | 2976 | $525,000.00 | $7,762.82 | $525,000.00 | $7,618.49 |
| Total: | | $525,000.00 | $7,762.82 | $525,000.00 | $7,618.49 |

| CAMPBELL AND LEVINE | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/13/2002 | 2969 | $51,576.00 | $4,807.61 | $51,576.00 | $4,807.61 |
| Total: | | $51,576.00 | $4,807.61 | $51,576.00 | $4,807.61 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/5/2002 | 2938 | $248,459.25 | $83,909.06 | $245,620.00 | $80,295.21 |
| Total: | | $248,459.25 | $83,909.06 | $245,620.00 | $80,295.21 |

---

[4] The amounts for Ashby & Geddes are for fees and expenses incurred only in the First Interim Fee Quarter. Ashby & Geddes was not employed in this case subsequent to the First Interim Fee Quarter.

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/15/2002 | 2994 | $106,768.00 | $5,833.93 | $103,878.75 | $5,833.93 |
| Total: | | $106,768.00 | $5,833.93 | $103,878.75 | $5,833.93 |

| CASNER & EDWARDS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/14/2002 | 2992 | $168,755.00 | $37,247.96 | $168,755.00 | $37,247.96 |
| Total: | | $168,755.00 | $37,247.96 | $168,755.00 | $37,247.96 |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/14/2002 | 2989 | $0.00 | $4,179.59 | $0.00 | $3,831.26 |
| Total: | | $0.00 | $4,179.59 | $0.00 | $3,831.26 |

| OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 10/21/2002; 11/6/2002 | 2850; 2943 | $0.00 | $3,141.45 | $0.00 | $3,141.45 |
| Total: | | $0.00 | $3,141.45 | $0.00 | $3,141.45 |

| DUANE MORRIS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 10/24/2002 | 2879 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| Total: | | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |

| ELZUFON AUSTIN | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/18/2002 | 3017 | $5,738.00 | $692.54 | $5,738.00 | $692.54 |
| Total: | | $5,738.00 | $692.54 | $5,738.00 | $692.54 |

| FERRY & JOSEPHS, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/27/2002 | 3080 | $20,551.50 | $8,125.92 | $20,551.50 | $8,125.92 |
| Total: | | $20,551.50 | $8,125.92 | $20,551.50 | $8,125.92 |

| FTI POLICANO & MANZO | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/20/2002 | 3044 | $145,067.00 | $1,781.28 | $145,067.00 | $1,781.28 |
| Total: | | $145,067.00 | $1,781.28 | $145,067.00 | $1,781.28 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/25/2002 | 3067 | $21,435.00 | $58.57 | $18,575.00 | $58.57 |
| Total: | | $21,435.00 | $58.57 | $18,575.00 | $58.57 |

| HILSOFT NOTIFICATIONS | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/04/2002 | 2932 | $1,995.00 | $5.96 | $1,995.00 | $5.96 |
| Total: | | $1,995.00 | $5.96 | $1,995.00 | $5.96 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/8/2002 | 2955 | $2,050,039.75 | $121,621.87 | $2,042,534.75 | $121,211.41 |
| Total: | | $2,050,039.75 | $121,621.87 | $2,042,534.75 | $121,211.41 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/27/2002 | 3085 | $918,624.50 | $135,434.17 | $918,624.50 | $134,478.90 |
| Total: | | $918,624.50 | $135,434.17 | $918,624.50 | $134,478.90 |

| KLETT ROONEY LIEBER AND SCHORLING ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/27/2002 | 3079 | $27,368.50 | $2,718.61 | $27,368.50 | $2,718.61 |
| Total: || $27,368.50 | $2,718.61 | $27,368.50 | $2,718.61 |

| KRAMER LEVIN NAFTALIS & FRANKEL ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/21/2002 | 3056 | $87,266.50 | $10,070.69 | $86,576.50 | $9,737.19 |
| Total: || $87,266.50 | $10,070.69 | $86,576.50 | $9,737.19 |

| LEGAL ANALYSIS SYSTEMS, INC. ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/14/2002 | 2987 | $477,111.00 | $19,850.07 | $477,045.00 | $19,017.25 |
| Total: || $477,111.00 | $19,850.07 | $477,045.00 | $19,017.25 |

| LUKINS & ANINS ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/15/2002 | 3010 | $37,691.00 | $3,422.38 | $36,041.00 | $3,422.38 |
| Total: || $37,691.00 | $3,422.38 | $36,041.00 | $3,422.38 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/27/2002 | 3086 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| Total: || $39,958.50 | $615.50 | $35,771.00 | $615.50 |

| PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C. ||||| 
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/15/2002 | 2998 | $90,024.50 | $96,041.23 | $87,897.00 | $95,393.85 |
| Total: || $90,024.50 | $96,041.23 | $87,897.00 | $95,393.85 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/27/2002 | 3084 | $183,969.60 | $29,513.22 | $182,143.10 | $29,513.22 |
| Total: | | $183,969.60 | $29,513.22 | $182,143.10 | $29,513.22 |

| PRICEWATERHOUSECOOPERS LLP[5] | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/15/2002 | 3006 | $500,528.33 | $11,962.48 | $500,528.33 | $11,778.78 |
| Total: | | $500,528.33 | $11,962.48 | $500,528.33 | $11,778.78 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/8/2002 | 2954 | $511,055.50 | $39,339.33 | $510,169.00 | $39,339.33 |
| Total: | | $511,055.50 | $39,339.33 | $510,169.00 | $39,339.33 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/15/2002 | 3002 | $170,069.50 | $44,005.38 | $170,069.50 | $43,828.33 |
| Total: | | $170,069.50 | $44,005.38 | $170,069.50 | $43,828.33 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 12/24/2002 | 3184 | $136,124.52 | $2,100.40 | $136,124.52 | $2,100.40 |
| Total: | | $136,124.52 | $2,100.40 | $136,124.52 | $2,100.40 |

---

[5] The amounts for PricewaterhouseCoopers LLP are for fees and expenses incurred from the Third Interim Fee Quarter through the Sixth Interim Fee Quarter.

| STEPTOE & JOHNSON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 2/6/2003 | 3346 | $52,450.00 | $5,416.67 | $52,450.00 | $5,416.67 |
| Total: | | $52,450.00 | $5,416.67 | $52,450.00 | $5,416.67 |

| STROOCK & STROOCK & LAVAN LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/20/2002 | 3045 | $280,471.77 | $46,172.52 | $276,535.77 | $45,477.52 |
| Total: | | $280,471.77 | $46,172.52 | $276,535.77 | $45,477.52 |

| L. TERSIGNI CONSULTING, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/14/2002 | 2985 | $390,222.50 | $3,456.84 | $390,222.50 | $3,456.84 |
| Total: | | $390,222.50 | $3,456.84 | $390,222.50 | $3,456.84 |

| WACHTELL LIPTON[6] | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/19/2002 | 3031 | $147,341.50 | $24,879.53 | $145,541.50 | $24,060.64 |
| Total: | | $147,341.50 | $24,879.53 | $145,541.50 | $24,060.64 |

| WALLACE KING MARRARO & BRANSON PLLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Filing Date & Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 11/15/2002 | 2996 | $364,875.50 | $62,765.88 | $364,875.50 | $61,312.49 |
| Total: | | $364,875.50 | $62,765.88 | $364,875.50 | $61,312.49 |

---

[6] The amounts for Wachtell Lipton are for fees and expenses incurred from the First Interim Fee Quarter through the Sixth Interim Fee Quarter.