Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | W.R Grace & Co. - Conn | W.R. Grace & Co. | Remedium Group Inc | ECG & Inc. | CC Partners | Grace Washington ...combining |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 43,482,459 | $ - | $ (169,951) | $ - | $ - | $ - |
| Notes and accounts receivable, net | 110,993,563 | | 23,965 | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 268,104,386 | (389,032,872) | (426,579) | 12,971,464 | (27,828,792) | (9,591,548) |
| Inventories | 74,585,010 | | - | | | |
| Deferred income taxes | 26,506,795 | | 2,081,102 | | | |
| Asbestos-related insurance expected to be realized within one year | (2,408) | | - | | | |
| Other current assets | 54,543,791 | | - | | | |
| **Total Current Assets** | 578,213,595 | (389,032,872) | 1,508,536 | 12,971,464 | (27,828,792) | (9,591,548) |
| | | | | | | |
| Properties and equipment, net | 385,413,785 | - | 483,152 | - | - | - |
| Goodwill, net | 14,499,090 | | | | | |
| Cash value of company owned life insurance, net of policy loans | 82,389,568 | | - | | | |
| Deferred income taxes | 803,681,432 | | 44,101,884 | | | |
| Asbestos-related insurance expected to be realized after one year | 282,629,577 | | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,092,803,128) | 809,023,459 | 124,485,410 | 4,591,453 | 199,065,790 | |
| Investment in filing and non-filing entities | 800,397,133 | 241,512,111 | | | | |
| Other assets | 79,366,243 | | | | | |
| **Total Assets** | $ 1,933,787,294 | $ 661,502,698 | $ 170,578,982 | $ 17,562,917 | $ 171,236,998 | $ (9,591,548) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 38,443,248 | | 6,564 | | | |
| Income taxes payable | 1 | | - | | | |
| Asbestos-related liability expected to be disbursed within one year | 0 | | - | | | |
| Other current liabilities | 69,679,999 | | 31,496 | | | 18,186 |
| **Total Current Liabilities** | 108,123,248 | - | 38,060 | - | - | 18,186 |
| | | | | | | |
| Long-term debt - DIP facility | (438,134) | | - | | - | |
| Deferred income taxes | 224,541,187 | | - | | | |
| Asbestos-related liability expected to be disbursed after one year | (0) | | - | | - | |
| Other liabilities | 229,419,824 | 0 | 0 | | 0 | - |
| **Total Liabilities Not Subject to Compromise** | 561,646,124 | 0 | 38,060 | - | 0 | 18,186 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 539,770,876 | - | 665,607 | - | - | |
| Accounts payable | 31,279,733 | | 1,700,785 | 72,232 | 10,051,702 | (247,085) |
| Income taxes payable | 155,753,716 | 34,761,404 | | | | |
| Asbestos-related liability | 972,363,778 | | - | | 32,239,894 | |
| Other liabilities | 393,695,502 | 188,091 | 131,951,388 | | | |
| **Total Liabilities Subject to Compromise** | 2,092,863,605 | 34,949,495 | 134,317,780 | 72,232 | 42,291,596 | (247,085) |
| **Total Liabilities** | 2,654,509,729 | 34,949,495 | 134,355,840 | 72,232 | 42,291,596 | (228,899) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | - | - | - | |
| Common Stock | 83,968,960 | 769,038 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,809,878 | 428,599,433 | 9,724,449 | 34,052,467 | 56,011,577 | |
| (Accumulated deficit)/Retained earnings | (605,186,994) | 333,275,741 | 26,486,470 | (16,562,782) | 72,933,825 | (9,363,649) |
| Treasury stock, at cost | - | (136,091,108) | 100 | | | |
| Accumulated other comprehensive loss | (342,314,278) | | | | | |
| **Total Shareholders' Equity (Deficit)** | (720,722,435) | 626,553,203 | 36,223,142 | 17,490,685 | 128,945,402 | (9,362,649) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,933,787,294 | $ 661,502,698 | $ 170,578,982 | $ 17,562,917 | $ 171,236,998 | $ (9,591,548) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | Litigation Management, Inc. | Grace Europe, Inc. | ICB Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Axews Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ 0 | $ 4,134,686 | $ - |
| Notes and accounts receivable, net | - | 83,435 | - | - | 2,353,321 | - |
| Receivables from/(payables to) filing and non-filing entities, net | (365,073,826) | 5,939,810 | 140,477,802 | (91,533,763) | (1,127,587) | (5,203,241) |
| Inventories | - | (0) | - | - | 99,261 | - |
| Deferred income taxes | - | 78,952 | - | - | 17,655 | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (365,073,826) | 6,102,196 | 140,477,802 | (91,533,763) | 5,477,336 | (5,203,241) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 817,140 | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | 38,161 | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | 437,706,439 | (3,455,800) | - | 38,573,723 | - | - |
| Investment in filing and non-filing entities | - | - | - | 58,669,464 | - | - |
| Other assets | - | 54,000 | - | - | 156,595 | 1,184,127 |
| **Total Assets** | $72,632,613 | $2,738,558 | $140,477,802 | $5,709,425 | $6,451,070 | $(4,019,113) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | 22,430 | - | 852,792 | 237,244 | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | 350,434 | - | - | 241,579 | - |
| **Total Current Liabilities** | - | 372,864 | - | 852,792 | 478,823 | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | 0 | - | - | 146,497 | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 372,865 | - | 852,792 | 625,320 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | 133,907 | - |
| Income taxes payable | 22,775,294 | (742,893) | (47,202) | (6,265,495) | 919,570 | (300) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | 225,576 | - | - | - | - |
| **Total Liabilities Subject to Compromise** | 22,775,294 | (517,317) | (47,202) | (6,265,495) | 1,053,477 | (300) |
| **Total Liabilities** | 22,775,294 | (144,452) | (47,202) | (5,412,703) | 1,678,797 | (300) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | - | 25,358,993 | 45,067,489 | - | 274,606 |
| (Accumulated deficit)/Retained earnings | 79,123,617 | (429,081) | 115,166,011 | (35,757,330) | 4,771,273 | (4,293,619) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | 3,311,091 | - | 1,810,969 | - | - |
| **Total Shareholders' Equity (Deficit)** | 49,857,319 | 2,883,010 | 140,525,004 | 11,122,128 | 4,772,273 | (4,018,813) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $72,632,613 | $2,738,558 | $140,477,802 | $5,709,425 | $6,451,070 | $(4,019,113) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | Alewife Boston Ltd. | First Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables) to filing and non-filing entities, net | (2,143,580) | - | (57,817,172) | (110) | (330) | (10,752) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (2,143,580) | - | (57,817,172) | (110) | (330) | (10,752) |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 56,000,825 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (210) | - | - | (110) | (330) | (3,912) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (210) | - | - | (110) | (330) | (3,912) |
| **Total Liabilities** | (210) | - | - | (110) | (330) | (3,912) |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,504,737 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 56,004,737 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 56,000,825 |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

| W.R. Grace & Co. - Chapter 11 Filing Entities<br>Combining Balance Sheet<br>MOR - 3<br>January 31, 2002 | Grace Economic<br>Development<br>and Company | CB Biomedical, Inc. | Amicon, Inc. | W.R. Grace Capital<br>Environmental, Inc. | Grace Chemical<br>Company of Cuba | Southern Oil Resin<br>& Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 29,162 | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables) to filing and non-filing entities, net | (16,214) | (26,718,452) | 57,347,191 | (7,288,816) | - | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | 6,320 | - | - | - | - | - |
| **Total Current Assets** | 19,268 | (26,718,452) | 57,347,191 | (7,288,816) | - | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | 1,630,940 | - | - | - | - | - |
| **Total Assets** | $ 1,650,208 | $ (26,718,452) | $ 57,347,191 | $ (7,288,816) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 551,649 | 5,000 | - | - | - | - |
| **Total Current Liabilities** | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (6,176) | (104,625) | 10,346,794 | (5,220) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (6,176) | (104,625) | 10,346,794 | (5,220) | - | - |
| **Total Liabilities** | 545,473 | (99,625) | 10,346,794 | (5,220) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | - | 5,150 | - | - |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | - | - |
| (Accumulated deficit)/Retained earnings | (219) | (27,478,060) | 43,427,950 | (12,433,596) | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | (99,212) | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 1,104,735 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,650,208 | $ (26,718,452) | $ 57,347,191 | $ (7,288,816) | $ - | $ - |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co. Inc. | Circe Biomedical Investors Inc. | G G Limited Partners I, Inc. | Monolith Enterprises Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ 1,000 | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,464) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,824,284 | (101,989) | (1,119,103) | 10,284,124 | 330 | (2,417,464) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 5,824,284 | $ (7,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,464) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | 3 | - | - |
| **Total Current Liabilities** | - | - | - | 3 | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 3 | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (110) | - | (110) | (560) | (560) | (200) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (110) | - | (110) | (560) | (560) | (200) |
| **Total Liabilities** | (110) | - | (110) | (557) | (560) | (200) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,284 | $ (7,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,464) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | Grace Culinary Systems Inc. | Grace H-G Inc. Corporation | Monroe Street Inc. | Grace H-G II Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,924) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (26,312,455) | (5,132,924) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | 1,184,871 |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,924) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (45,742) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (809) | (110) | (210) | (110) | (30) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (809) | (110) | (210) | (110) | (30) |
| **Total Liabilities** | - | (809) | (110) | (210) | (110) | (30) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,924) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (45,742) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | W. R. Grace Band Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 36,708,378 | 25,045 | (73,061) | (12,559,393) | 174,205 | (19,460,759) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | | | | | | |
| Other current assets | - | - | - | - | - | - |
| Total Current Assets | 36,708,378 | 25,045 | (73,061) | (12,559,393) | 174,205 | (19,460,259) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 438,445 | - |
| Goodwill, net | - | - | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | - |
| Other assets | - | - | - | - | - | 4,066 |
| **Total Assets** | $ 42,993,184 | $ 25,045 | $ (73,061) | $ (12,559,393) | $ 612,650 | $ (19,456,193) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | 4,066 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | 3,483 |
| Total Current Liabilities | - | - | - | - | 199 | 7,549 |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | 438,134 | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | - | - | - | - | 438,333 | 7,549 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (758) | - | (110) | (140) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Subject to Compromise | (758) | - | (110) | (140) | - | - |
| **Total Liabilities** | (758) | - | (110) | (140) | 438,333 | 7,549 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | 25,045 | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| Total Shareholders' Equity (Deficit) | 42,993,942 | 25,045 | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,184 | $ 25,045 | $ (73,061) | $ (12,559,393) | $ 612,650 | $ (19,456,193) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

| W.R. Grace & Co. - Chapter 11 Filing Entities<br>Combining Balance Sheet<br>MOR - 3<br>January 31, 2002 | Creative Food 'N Fun Company | Dewey & Almy PAR Corporation | Grace A-B Inc. | Homco International Inc. | GPC Thomasville Corp | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 23,479,269 | 6,345,376 | 810,290 | (59,581,422) | (160) | (86,721) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 23,479,269 | 6,345,376 | 810,290 | (59,581,422) | (160) | (86,721) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 23,479,269 | $ 6,345,376 | $ 810,290 | $ (59,581,422) | $ (160) | $ (86,721) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (879) | (285) | (310) | (190) | (160) | (110) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (879) | (285) | (310) | (190) | (160) | (110) |
| **Total Liabilities** | (879) | (285) | (310) | (190) | (160) | (110) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,269 | $ 6,345,376 | $ 810,290 | $ (59,581,422) | $ (160) | $ (86,721) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace Inc. | Grace A-B II Inc. | Grace H-G III Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,889 | 875,359 | (5,264) |
| Inventories | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance expected to be realized within one year | - | - | - | | | |
| Other current assets | - | - | - | | | |
| **Total Current Assets** | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,889 | 875,359 | (5,264) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | | | | | |
| Other assets | | | | | | |
| **Total Assets** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,889 | $ 875,359 | $ (5,264) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (119) | (110) | - | (310) | (310) | (210) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (119) | (110) | - | (310) | (310) | (210) |
| **Total Liabilities** | (119) | (110) | - | (310) | (310) | (210) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,889 | $ 875,359 | $ (5,264) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | Coalgrace II, Inc. | Coalgrace Jr. Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 108,130 | 130,478,108 | 145,501,706 | (81,115,073) | 47,407,796 | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 108,130 | 130,478,108 | 145,501,706 | (81,115,073) | 47,407,796 | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 108,130 | $ 130,478,108 | $ 145,501,706 | $ (81,115,073) | $ 47,407,796 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | 27,277,846 | 27,277,846 | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 27,277,846 | 27,277,846 | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (310) | 2,012,190 | 2,012,290 | (440) | (110) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (310) | 2,012,190 | 2,012,290 | (440) | (110) | - |
| **Total Liabilities** | (310) | 29,290,036 | 29,290,136 | (440) | (110) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | - |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | - |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,130 | $ 130,478,108 | $ 145,501,706 | $ (81,115,073) | $ 47,407,796 | $ - |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - |
| Notes and accounts receivable, net | - | - | - | - | - |
| Receivables from/(payables) to) filing and non-filing entities, net | - | - | - | - | - |
| Inventories | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (7,407,100) |
| Asbestos-related insurance expected to be realized within one year | - | - | - | - | - |
| Other current assets | - | - | - | - | - |
| **Total Current Assets** | - | - | - | - | (7,407,100) |
| | | | | | |
| Properties and equipment, net | - | - | - | - | - |
| Goodwill, net | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (279,243,376) |
| Asbestos-related insurance expected to be realized after one year | - | - | - | - | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | (1,315,702,717) | 47,425,043 | - |
| Investment in filing and non-filing entities | - | - | (1,101,282) | | - |
| Other assets | - | - | - | - | - |
| **Total Assets** | $ - | $ - | $ (1,316,803,999) | $ 47,425,043 | $ (286,650,477) |
| | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | |
| **Current Liabilities** | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - |
| Income taxes payable | - | - | - | - | 5,000,000 |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - |
| Other current liabilities | - | - | - | - | (18,107,100) |
| **Total Current Liabilities** | - | - | - | - | (13,107,100) |
| | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (279,243,376) |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - |
| Other liabilities | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | (292,350,477) |
| | | | | | |
| **Liabilities Subject to Compromise** | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | | - |
| Accounts payable | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - |
| Other liabilities | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | - | - | - | - |
| **Total Liabilities** | - | - | - | - | (292,350,477) |
| | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | |
| Preferred Stock | - | - | | | - |
| Common Stock | - | - | (86,493,960) | | - |
| Paid in capital | - | - | (1,192,770,000) | | - |
| (Accumulated deficit)/Retained earnings | - | - | (37,540,039) | 99,469,305 | - |
| Treasury stock, at cost | - | - | | | - |
| Accumulated other comprehensive loss | - | - | | (52,044,263) | 5,700,000 |
| **Total Shareholders' Equity (Deficit)** | - | - | (1,316,803,999) | 47,425,043 | 5,700,000 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,316,803,999) | $ 47,425,043 | $ (286,650,477) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2002**

| | COMBINED FILING ENTITIES |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $ 47,477,855 |
| Notes and accounts receivable, net | 113,454,283 |
| Receivables from/(payables to) filing and non-filing entities, net | 40,640,914 |
| Inventories | 74,684,271 |
| Deferred income taxes | 21,277,403 |
| Asbestos-related insurance expected to be realized within one year | (2,408) |
| Other current assets | 54,550,111 |
| **Total Current Assets** | 352,082,429 |
| | |
| Properties and equipment, net | 388,337,392 |
| Goodwill, net | 14,499,090 |
| Cash value of company owned life insurance, net of policy loans | 82,389,568 |
| Deferred income taxes | 568,578,100 |
| Asbestos-related insurance expected to be realized after one year | 282,629,577 |
| Loans receivable from/(payable to) filing and non-filing entities, net | 467,148,498 |
| Investment in filing and non-filing entities | 225,017,114 |
| Other assets | 81,294,689 |
| **Total Assets** | $ 2,461,976,458 |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | |
| **Liabilities Not Subject to Compromise** | |
| **Current Liabilities** | |
| Short-term debt | $ 0 |
| Accounts payable | 39,566,345 |
| Income taxes payable | 5,000,001 |
| Asbestos-related liability expected to be disbursed within one year | 0 |
| Other current liabilities | 52,774,927 |
| **Total Current Liabilities** | 97,341,272 |
| | |
| Long-term debt - DIP facility | 0 |
| Deferred income taxes | - |
| Asbestos-related liability expected to be disbursed after one year | (0) |
| Other liabilities | 229,419,824 |
| **Total Liabilities Not Subject to Compromise** | 326,761,096 |
| | |
| **Liabilities Subject to Compromise** | |
| Debt, pre-petition plus accrued interest | 539,770,876 |
| Accounts payable | 32,079,248 |
| Income taxes payable | 232,974,749 |
| Asbestos-related liability | 972,363,778 |
| Other liabilities | 558,300,451 |
| **Total Liabilities Subject to Compromise** | 2,335,489,102 |
| **Total Liabilities** | 2,662,250,198 |
| | |
| **Shareholders' Equity (Deficit)** | |
| Preferred Stock | 112 |
| Common Stock | 771,714 |
| Paid in capital | 432,215,250 |
| (Accumulated deficit)/Retained earnings | (113,534,115) |
| Treasury stock, at cost | (136,091,108) |
| Accumulated other comprehensive loss | (383,635,594) |
| **Total Shareholders' Equity (Deficit)** | (200,273,740) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,461,976,458 |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 5

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>January 2003 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ 20,979 | $ 2,615,482 | $ (2,636,502) | $ (41) |
| FICA - Employee | 10,448 | 1,397,778 | (1,399,121) | 9,105 |
| FICA and payroll- Employer | 2,562 | 1,398,090 | (1,086,966) | 313,686 |
| Unemployment | - | 440,117 | (440,117) | - |
| Other | - | - | - | - |
| **Total Federal Taxes** | $ 33,989 | $ 5,851,467 | $ (5,562,706) | $ 322,750 |
| **State and Local** | | | | |
| Withholding | $ 729 | $ 812,639 | $ (812,639) | $ 729 |
| Sales & Use | 1,505,823 | 411,625 | (428,133) | 1,489,315 |
| Property Taxes | 1,363,346 | 384,261 | (325,286) | 1,422,321 |
| Other | - | - | - | - |
| **Total State and Local** | $ 2,869,898 | $ 1,608,525 | $ (1,566,058) | $ 2,912,365 |
| **Total Taxes** | $ 2,903,887 | $ 7,459,992 | $ (7,128,764) | $ 3,235,115 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Remedium Group, Inc. Status of Postpetition Taxes MOR-4 January 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $      - | $      12,714 | $      (12,714) | $      - |
| FICA - Employee | - | 6,023 | (6,023) | - |
| FICA and payroll- Employer | - | 6,023 | (6,023) | - |
| Unemployment | - | 2,497 | (2,497) | - |
| Other | - | - | - | - |
| Total Federal Taxes | $      - | $      27,257 | $      (27,257) | $      - |
| **State and Local** | | | | |
| Withholding | $      - | $      520 | $      (520) | $      - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $      - | $      520 | $      (520) | $      - |
| Total Taxes | $      - | $      27,777 | $      (27,777) | $      - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>January 2003 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $ - | $ 4,187 | $ (4,187) | $ - |
| FICA - Employee | - | 1,228 | (1,228) | |
| FICA and payroll- Employer | - | 1,228 | (1,228) | - |
| Unemployment | - | 686 | (686) | |
| Other | - | | - | - |
| Total Federal Taxes | $ - | $ 7,329 | $ (7,329) | $ - |
| **State and Local** | | | | |
| Withholding | $ - | $ 795 | $ (795) | $ - |
| Sales & Use | | | - | |
| Property Taxes | - | | - | |
| Other | - | | - | - |
| Total State and Local | $ - | $ 795 | $ (795) | $ - |
| Total Taxes | $ - | $ 8,124 | $ (8,124) | $ - |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| L B Realty, Inc. Status of Postpetition Taxes MOR-4 January 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | | - | | - |
| FICA and payroll- Employer | | - | | - |
| Unemployment | | - | | - |
| Other | | - | | - |
| Total Federal Taxes | $ - | $ - | $ - | $ - |
| **State and Local** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| Sales & Use | | - | | - |
| Property Taxes | | - | | - |
| Other | | - | | - |
| Total State and Local | $ - | $ - | $ - | $ - |
| Total Taxes | $ - | $ - | $ - | $ - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Darex Puerto Rico, Inc. Status of Postpetition Taxes MOR-4 January 2003 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | 42 | 978 | (978) | 42 |
| FICA and payroll- Employer | - | 978 | (690) | 288 |
| Unemployment | - | 792 | (792) | - |
| Other | - | | - | |
| Total Federal Taxes | $ 42 | $ 2,748 | $ (2,460) | $ 330 |
| **State and Local** | | | | |
| Withholding | $ - | $ 1,705 | $ (1,705) | $ - |
| Sales & Use | - | | - | |
| Property Taxes | 246,080 | 4,064 | (7,133) | 243,011 |
| Other | - | | - | |
| Total State and Local | $ 246,080 | $ 5,769 | $ (8,838) | $ 243,011 |
| Total Taxes | $ 246,122 | $ 8,517 | $ (11,298) | $ 243,341 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 6

## W. R. Grace & Co. - Conn
## Accounts Receivable Reconciliation and Aging
## MOR-5
## January 2003

### Trade Accounts Receivable Reconciliation

| | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ 103,842,726 |
| Amounts billed during the period | 67,038,129 |
| Amounts collected during the period | (70,279,830) |
| Other | 2,364,253 |
| Trade accounts receivable at the end of month, gross | $ 102,965,278 |

### Trade Accounts Receivable Aging

| | |
|---|---:|
| Current | $ 70,992,768 |
| 1-30 days past due | 21,511,834 |
| 31-60 days past due | 7,621,717 |
| +61 days past due | 2,838,959 |
| Trade accounts receivable, gross | 102,965,278 |
| Allowance for doubtful accounts | (936,153) |
| Trade accounts receivable, net | $ 102,029,125 |

### Notes and Accounts Receivable Reconciliation

| | |
|---|---:|
| Trade accounts receivable, net | $ 102,029,125 |
| Customer notes and drafts receivable | 876,687 |
| Pending customer credit notes | (137,899) |
| Advances and deposits | 5,194,387 |
| Nontrade receivables, net | 3,031,263 |
| Total notes and accounts receivable, net | $ 110,993,563 |

Chart 6

**Remedium Group, Inc.**
**Accounts Receivable Reconciliation and Aging**
**MOR-5**
**January 2003**

**Trade Accounts Receivable Reconciliation**

| | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $      - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $      - |

**Trade Accounts Receivable Aging**

| | |
|---|---:|
| Current | $      - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $      - |

**Notes and Accounts Receivable Reconciliation**

| | |
|---|---:|
| Trade accounts receivable, net | $      - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | |
| Advances and deposits | - |
| Nontrade receivables, net | 23,965 |
| Total notes and accounts receivable, net | $   23,965 |

Chart 6

**Darex Puerto Rico, Inc.**
**Accounts Receivable Reconciliation and Aging**
**MOR-5**
**January 2003**

### Trade Accounts Receivable Reconciliation

| | |
|---|---|
| Trade accounts receivable, beginning of month, gross | $ 2,368,286 |
| Amounts billed during the period | 543,749 |
| Amounts collected during the period | (500,409) |
| Other | (23,285) |
| Trade accounts receivable at the end of month, gross | $ 2,388,341 |

### Trade Accounts Receivable Aging

| | |
|---|---|
| Current | $ 2,242,401 |
| 1-30 days past due | (306,207) |
| 31-60 days past due | 267,232 |
| +61 days past due | 184,915 |
| Trade accounts receivable, gross | 2,388,341 |
| Allowance for doubtful accounts | (34,625) |
| Trade accounts receivable, net | $ 2,353,716 |

### Notes and Accounts Receivable Reconciliation

| | |
|---|---|
| Trade accounts receivable, net | $ 2,353,716 |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | (3,543) |
| Advances and deposits | - |
| Nontrade receivables, net | 3,148 |
| Total notes and accounts receivable, net | $ 2,353,321 |

Chart 6

## Grace Europe, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## January 2003

| Trade Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| Notes and Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | 83,435 |
| Total notes and accounts receivable, net | $ | 83,435 |

Chart 7

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>January 2003 | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period?  If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect? If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date? If no, provide an explanation. | X<br>(unless disputed in normal course of business) | |

**Note #5**

As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included.  The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000<br>Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities | | |
|---|---|---|
| Combined Statement of Operations | | |
| Amounts in millions | Month Ended January 31, 2003 | Cumulative Since Filing |
| Net sales to third parties | $          67.6 | $      1,586.3 |
| Net sales to non-filing entities | 11.4 | 246.6 |
| Interest and royalties from non-filing entities | 2.3 | 81.4 |
| Other income | 0.7 | 21.4 |
| | 82.0 | 1,935.7 |
| Cost of goods sold to third parties | 44.8 | 987.4 |
| Cost of goods sold to non-filing entities | 8.1 | 177.6 |
| Selling, general and administrative expenses | 22.5 | 489.0 |
| Research and development expenses | 3.8 | 75.6 |
| Depreciation and amortization | 5.1 | 109.2 |
| Interest expense | 1.4 | 47.7 |
| | 85.7 | 1,886.5 |
| Income before Chapter 11 reorganization expenses, income taxes and equity in net income of non-filing entities | (3.7) | 49.2 |
| Chapter 11 reorganization expenses, net | (0.4) | (43.2) |
| Provision for income taxes | (0.4) | (39.2) |
| Equity in net income of non-filing entities | 6.7 | 121.4 |
| Net income | $            2.2 | $           88.2 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 9

| W. R. Grace & Co. - Chapter 11 Filing Entities | | |
|---|---|---|
| Combined Functional Basis Statement of Cash Flows | | |
| Amounts in millions | Month Ended January 31, 2002 | Cumulative Since Filing |
| **Core operations cash flow** | | |
| Pre-tax income from core operations | $ 0.3 | $ 188.9 |
| Depreciation and amortization | 5.1 | 109.2 |
| | 5.4 | 298.1 |
| Changes in all core assets/liabilities and other | (6.7) | 26.1 |
| Net increase in accounts receivable due to termination of the securitization program | - | (64.8) |
| | (1.3) | 259.4 |
| Capital expenditures | (3.6) | (97.6) |
| Core Pre-tax Operating Cash Flow | (4.9) | 161.8 |
| **Charges against core reserves** | | |
| Restructuring costs | - | - |
| Pension liabilities | (0.4) | (8.3) |
| Deferred compensation | - | (3.1) |
| Self insurance | - | (2.0) |
| Total Spending Against Core Reserves | (0.4) | (13.4) |
| Core Cash Flow | (5.3) | 148.4 |
| **Noncore cash flow** | | |
| Proceeds from asset sales | - | 5.0 |
| Benefit proceeds under life insurance policies | - | 28.5 |
| Other noncore pretax cash flow | 0.3 | (1.3) |
| Noncore Pre-tax Cash Flow | 0.3 | 32.2 |
| **Charges against noncore reserves** | | |
| Asbestos | | |
|   Asbestos claims processing | (0.9) | (20.5) |
|   Less - insurance recovery | - | 57.9 |
| Net asbestos (payments) receipts | (0.9) | 37.4 |
| Environmental remediation | (1.3) | (41.4) |
| Retained obligations and other | (0.1) | (9.7) |
| Postretirement benefits | (2.2) | (40.4) |
| Total Spending Against Noncore Reserves | (4.5) | (54.1) |
| Noncore Cash Flow | (4.2) | (21.9) |
| Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow | (9.5) | 126.5 |
| Cash paid for taxes, net of refunds | 0.8 | (3.2) |
| Cash paid for interest | 0.5 | (1.4) |
| Chapter 11 reorganization expenses paid | (1.0) | (34.7) |
| Cash Flow before Strategic Investments | (9.2) | 87.2 |
| **Strategic Investments** | | |
| Cash paid for businesses acquired | - | (4.0) |
| Proceeds from option exercises | - | - |
| Repurchase of treasury stock | - | (0.6) |
| Cash used for Strategic Investments | - | (4.6) |
| Cash Flow after Strategic Investments | (9.2) | 82.6 |
| Borrowings (repayments) under DIP facility | (0.1) | (2.9) |
| Net (investing)/financing activities under life insurance policies | - | (40.8) |
| Net Cash Flow | $ (9.3) | $ 38.9 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| Combined Balance Sheet | | | |
| Amounts in millions | January 31, 2003 | December 31, 2002 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $       47.5 | $       56.8 | $         8.6 |
| Notes and accounts receivable, net | 113.5 | 115.0 | 43.8 |
| Receivables from non-filing entities, net | 40.6 | 41.3 | 51.2 |
| Inventories | 74.7 | 70.5 | 80.6 |
| Deferred income taxes | 21.3 | 22.2 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | - | - | 17.0 |
| Other current assets | 54.6 | 30.8 | 21.9 |
| **Total Current Assets** | 352.2 | 336.6 | 304.0 |
| Properties and equipment, net | 388.3 | 389.7 | 400.4 |
| Goodwill, net | 14.5 | 14.5 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 82.4 | 82.4 | 64.1 |
| Deferred income taxes | 568.5 | 567.0 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 282.6 | 282.6 | 323.4 |
| Loans receivable from non-filing entities, net | 467.1 | 444.4 | 387.5 |
| Investment in non-filing entities | 225.1 | 241.4 | 121.0 |
| Other assets | 81.2 | 82.9 | 308.5 |
| **Total Assets** | $    2,461.9 | $    2,441.5 | $    2,323.5 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $         - | - | - |
| Accounts payable | 39.5 | 41.2 | - |
| Income Taxes Payable | 4.9 | 5.0 | - |
| Other current liabilities | 52.7 | 53.1 | - |
| **Total Current Liabilities** | 97.1 | 99.3 | - |
| Debt payable after one year | - | - | - |
| Other liabilities | 229.5 | 229.6 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 326.6 | 551.7 | 31.8 |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 539.8 | 538.8 | 511.5 |
| Accounts payable | 32.1 | 32.4 | 43.0 |
| Income taxes payable | 229.7 | 231.1 | 210.1 |
| Asbestos-related liability | 972.4 | 973.2 | 1,002.8 |
| Other liabilities | 561.5 | 559.2 | 598.6 |
| **Total Liabilities Subject to Compromise** | 2,335.5 | 2,334.7 | 2,366.0 |
| **Total Liabilities** | 2,662.1 | 2,886.4 | 2,397.8 |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 432.2 | 433.0 | 432.6 |
| Accumulated deficit | (113.5) | (115.7) | (201.8) |
| Treasury stock, at cost | (136.1) | (137.0) | (136.4) |
| Accumulated other comprehensive income (loss) | (383.6) | (403.2) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (200.2) | (222.1) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $    2,461.9 | $    2,441.5 | $    2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 11

**W. R. Grace & Co. – Chapter 11 Filing Entities**
**Notes to Combined Financial Statements**
**January 31, 2003**

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalysts and silica products ("Davison Chemicals") and construction chemicals, building materials and sealants and coatings ("Performance Chemicals").

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co., either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

**Voluntary Bankruptcy Filing**

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn., (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product. After a thorough review of these developments, the Board of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 filing provided the best forum available to achieve predictability and fairness in the claims settlement process.

By filing under Chapter 11, Grace expects to be able to both obtain a comprehensive resolution of the claims against it and preserve the inherent value of its businesses. Under Chapter 11, the Debtors expect to continue to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them.

*Consequence of Filing* - As a consequence of the Filing, pending litigation against the Debtors for pre-petition matters is generally stayed (subject to certain exceptions in the case of governmental authorities), and no party may take action to realize its pre-petition claims except pursuant to an order of the Bankruptcy Court.

The Debtors intend to address all of their pending and future asbestos-related claims and all other pre-petition claims in a plan of reorganization. Such a plan of reorganization may include the establishment of a trust through which all pending and future asbestos-related claims would be channeled for resolution. However, it is currently impossible to predict with any degree of certainty the amount that would be required to be contributed to the trust, how the trust would be funded, how other pre-petition claims would be treated or what impact any reorganization plan may have on the shares of common stock of the Company. The interests of the Company's shareholders could be substantially diluted or cancelled under a plan of reorganization. The formulation and implementation of the plan of reorganization is expected to take a significant period of time.

*Status of Chapter 11 Proceedings* - Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court. In

1

addition, the Debtors have received approval from the Bankruptcy Court to pay or otherwise honor certain of its pre-petition obligations in the ordinary course of business, including employee wages and benefits, customer programs, shipping charges and a limited amount of claims of essential trade creditors.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization for a 120-day period following the Filing Date. The Debtors have received an extension of their exclusivity period during which to file a plan of reorganization through August 1, 2003, and an extension of the Debtors' exclusive rights to solicit acceptances of a reorganization plan through October 1, 2003.

Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees will have the right to be heard on all matters that come before the Bankruptcy Court, and, together with a legal representative of future asbestos claimants (whom Grace expects to be appointed by the Bankruptcy Court in the future), are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain of the committees' and the future asbestos claimants representative's costs and expenses, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases have been assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. Judge Wolin is presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below.    He has assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware.

At a hearing on April 22, 2002 the Bankruptcy Court entered an order establishing a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos property damage claims and medical monitoring claims related to asbestos.  The bar date does not apply to asbestos-related bodily injury claims or claims related to Zonolite® attic insulation ("ZAI"), which will be addressed separately.    Grace has distributed notices and run media announcements of the bar date under a program approved by the

Bankruptcy Court.    Rust Consulting, the court-approved claims handling agent for the Chapter 11 Cases, is maintaining a register of all claims filed. Grace is cataloguing claims as filed and assessing their validity. At this time, it is not possible to estimate the value of all the claims that will ultimately be allowed by the Bankruptcy Court. Grace is not able to determine a range of possible liability with any reasonable degree of accuracy, due to the uncertainties of the Chapter 11 process, the in-progress state of the Company's investigation of submitted in support of many claims.

In July 2002, the Bankruptcy Court approved special counsel to represent the ZAI claimants, at the Debtors' expense, in a proceeding to determine certain threshold scientific issues regarding ZAI.  The court has set a litigation schedule that would result in pretrial hearings on these issues in the third quarter of 2003.

*Fraudulent Conveyance Claims* - On November 29, 2002 Sealed Air Corporation ("Sealed Air") and Fresenius Medical Care AG (Fresenius") each announced that they had reached agreements in principle with the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to settle claims of fraudulent conveyance related to the 1998 transaction involving Grace's former packaging business and Sealed Air, and the 1996 transaction involving Grace's former medical care business and Fresenius, respectively. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5% per annum commencing on December 21, 2002) and nine million shares of Sealed Air common stock, valued at $339.5 million as of January 31, 2003, as directed by the Bankruptcy Court, upon the effectiveness of Grace's plan of reorganization. Under the terms of the proposed Fresenius settlement, as subsequently revised, Fresenius would contribute $115.0 million to the Grace estate, or as otherwise directed by the Bankruptcy Court, upon confirmation of a plan of reorganization. The Sealed Air and Fresenius settlements are subject to the approval of the Bankruptcy Court. Grace was not a party to these agreements and cannot predict how they may ultimately affect its plan of reorganization.

*Impact on Debt Capital* - All of the Debtor's pre-petition debt is in default due to the Filing.    The

accompanying Consolidated Balance Sheet as of January 31, 2003 reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N. A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term expiring on April 1, 2003 and bears interest under a formula based on the London Inter-Bank Offered Rate ("LIBOR") plus 2.00 to 2.25 percentage points depending on the level of loans outstanding. The Debtors have filed a motion with the Bankruptcy Court seeking approval to extend the term of the DIP facility for an additional three years and to modify certain other provisions.

**Basis of Presentation**

The interim combined financial statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W.R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W.R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W.R. Grace & Co.'s 2001 Form 10-K and, when filed, its 2002 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim consolidated financial statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated.

Transactions and balances with non-Debtor entities are separately disclosed.

Certain amounts in prior years' Consolidated Financial Statements have been reclassified to conform to the 2003 presentation.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities (including contingent assets and liabilities) reported at the date of the Consolidated Financial Statements and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, tax exposures and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible and other assets.
- Realization values of various assets such as receivables, inventories, insurance recoveries, income tax attributes and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheet as of January 31, 2003 separately identifies the liabilities that are "subject to compromise" under the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11

3

Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the Filing Date reflect: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt at the pre-petition contractual rate; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through January 31, 2003.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period ........ | $ 2,334.7 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order .... | -- | (5.7) |
| Trade accounts payable order .... | -- | (9.1) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ................................. | (1.3) | (146.4) |
| Expense/(income) items: | | |
| Interest on pre-petition debt ...... | 1.0 | 36.5 |
| Current period employment-related accruals ...................... | 1.1 | 15.8 |
| Change in estimate of environmental contingencies | -- | 76.5 |
| Change in estimate of income tax contingencies ........................ | -- | 20.5 |
| Balance sheet reclassifications ...... | -- | (18.6) |
| Balance, end of period ................... | $ 2,335.5 | $ 2,335.5 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the resolution of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (Dollars in millions) | January 31, 2003 | Filing Date |
|---|---|---|
| **Notes and accounts receivable, net** | | |
| Trade receivables, less allowance of $1.0 (Filing Date – $0.7) ......................... | $ 105.1 | $ 32.3 |
| Other receivables, less allowance of $1.7 (Filing Date – $2.1) ......................... | 8.4 | 11.5 |
| | $ 113.5 | $ 43.8 |
| **Inventories** | | |
| Raw materials ............................ | $ 18.3 | $ 20.3 |
| In process .................................. | 21.3 | 16.2 |
| Finished products ...................... | 57.8 | 63.8 |
| General merchandise ................. | 10.2 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis ................... | (32.9) | (29.3) |
| | $ 74.7 | $ 80.6 |
| **Other Assets** | | |
| Unamortized pension costs......... | $ 1.9 | $ 227.9 |
| Deferred charges ....................... | 27.0 | 40.4 |
| Long-term receivables............... | 1.4 | 1.9 |
| Long-term investments .............. | -- | 2.1 |
| Patents, licenses and other intangible assets .................... | 20.1 | 25.2 |
| Intangible asset – pension related.................................... | 26.4 | 8.1 |
| Other assets .............................. | 4.4 | 2.9 |
| | $ 81.2 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation .............. | $ 20.7 | $ -- |
| Accrued commissions ............... | 4.5 | -- |
| Customer programs ................... | 14.7 | -- |
| Accrued utilities ....................... | 0.3 | -- |
| Accrued freight ......................... | 2.8 | -- |
| Other accrued liabilities ........... | 9.7 | -- |
| | $ 52.7 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income– nonfiling entities ................... | $ 11.6 | $ 31.8 |
| Pension related ....................... | 216.6 | -- |
| Other liabilities ........................ | 1.3 | -- |
| | $ 229.5 | $ 31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits ... | $ 145.2 | $ 185.4 |
| Environmental remediation ...... | 199.8 | 164.8 |
| Retained obligations of divested businesses ............................ | 55.1 | 75.5 |
| Pension related ........................ | 75.1 | 70.8 |
| Deferred compensation ............ | 5.7 | 8.2 |
| Accrued compensation .............. | -- | 13.5 |
| Self insurance reserve .............. | 27.5 | 11.8 |
| Other accrued liabilities ........... | 53.1 | 82.1 |
| | $ 561.5 | $ 598.6 |

4

## 4. Life Insurance

The Debtors' are the beneficiary of life insurance policies on current and former employees with benefits in force of approximately $2,240.8 million and a net cash surrender value of $82.4 million at January 31, 2003. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at January 31, 2003 and Filing Date:

| Components of Net Cash Value | January 31, 2003 | Filing Date |
|---|---|---|
| Gross cash value | $ 471.3 | $ 453.7 |
| Principal – policy loans | (365.4) | (390.3) |
| Accrued interest – policy loans | (23.5) | 0.7 |
| Net cash value | $ 82.4 | $ 64.1 |
| Insurance benefits in force | $ 2,240.8 | $ 2,286.0 |

The Debtors' financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5. Debt

On January 31, 2003, and Filing Date, the Debtors' were obligated for the following:

| Components of Debt (Dollars in millions) | January 31, 2003 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| Other short-term borrowings | $ -- | $ -- |
| | $ -- | $ -- |
| **Debt payable after one year** | | |
| DIP facility | $ -- | $ -- |
| Other long-term borrowings | -- | -- |
| | $ -- | $ -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | 1.0 | 1.2 |
| Accrued interest | 38.8 | 2.6 |
| | $ 539.8 | $ 511.5 |

The Debtors have negotiated a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term of two years, is secured by a priority lien on substantially all assets of the Debtors, and bears interest at either Bank of America's prime rate or a formula based on the London Inter-Bank Offered Rate (LIBOR) plus 2.00 to 2.25 percentage points. The Bankruptcy Court issued a final approval of the DIP facility on May 3, 2001. As of January 31, 2003 Grace had no outstanding borrowings under the DIP facility.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of January 31, 2003.

5

# Bank Statements

JPMorgan Chase Bank

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 30 NOV 2002 |
| Statement End Date: | 31 DEC 2002 |
| Statement Code: | 000-USA-21 |
| Statement No: | 012 |
| | Page 1 of 4 |

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

TS

### DISCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 2 |
| Total Debits (incl. checks) | 21 |
| Total Checks Paid | 0 |

### BALANCES

| | Opening (30 NOV 2002) | Closing (31 DEC 2002) |
|---|---|---|
| Ledger | 136,054.96 | 113,596.88 |
| Collected | 162,268.57 / 0.00 | 113,596.88 |

Need to reconcile your accounts as soon as possible? Take advantage of our promotional offer for Internet Statements. Download the statements for your accounts two business days after the statement cycle ends. Search for transactions listed in your statement. Export data as a text or formatted Excel file. Best of all, receive your first three Internet Statements free of charge. Please contact your JPMorgan Relationship Manager for further information.

### CLOSING BALANCES

| Date | LEDGER BALANCES Amount |
|---|---|
| 02DEC | 99,461.67 |
| 03DEC | 90,513.56 |
| 04DEC | 83,687.53 |
| 05DEC | 73,555.43 |
| 06DEC | 65,288.09 |
| 09DEC | 118,985.60 |
| 10DEC | 110,065.16 |
| 11DEC | 104,110.14 |
| 12DEC | 93,301.34 |
| 13DEC | 84,913.92 |
| 16DEC | 79,710.26 |
| 17DEC | 74,003.88 |
| 18DEC | 66,785.34 |
| 19DEC | 62,431.92 |
| 20DEC | 52,886.84 |
| 23DEC | 48,945.04 |
| 24DEC | 111,235.94 |
| 26DEC | 105,687.85 |
| 27DEC | 97,977.05 |
| 30DEC | 92,381.79 |
| 31DEC | 87,383.27 |
| COLLECTED BALANCES | |
| 02DEC | 99,461.67 |

### CREDITS

| Ledger Date | Value Date | References | Credit/Debit | Amount | Description |
|---|---|---|---|---|---|
| 09DEC | | USD YOUR: TEBC OF 02/12/09 OUR: 0906200343JB | | 60,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |
| 24DEC | | USD YOUR: TEBC OF 02/12/24 OUR: 0646800358JB | | 76,054.96 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY COLUMBIA MD 21044-4098 REF: HOWT |

### DEBITS

| Ledger Date | Value Date | References | Credit/Debit | Amount | Description |
|---|---|---|---|---|---|
| 02DEC | 29NOV | USD OUR: 0233600089WA | | 14,135.21 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 11/29/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 03DEC | 02DEC | USD OUR: 0233700091WA | | 8,948.11 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/02/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

**FT CODE:**

| | |
|---|---|
| USD - SAME DAY FUNDS | US3 - THREE DAY FLOAT |
| USN - NEXT DAY FUNDS | US4 - FOUR DAY FLOAT |
| US1 - ONE DAY FLOAT | US5 - FIVE DAY FLOAT |
| US2 - TWO DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND OTHER APPLICABLE LAWS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR APPROVED CHECKS OR THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 30 NOV 2002
Statement End Date: 31 DEC 2002
Statement Code: 000-USA-21
Statement No: 012
Page 2 of 4

**Closing Balance**

| Date | Amount |
|---|---|
| 03DEC | 90,513.56 |
| 04DEC | 83,687.53 |
| 05DEC | 73,555.43 |
| 06DEC | 65,288.09 |
| 08DEC | 118,585.60 |
| 09DEC | 110,005.16 |
| 10DEC | 104,110.14 |
| 11DEC | 93,301.34 |
| 12DEC | 84,913.92 |
| 13DEC | 79,710.88 |
| 17DEC | 66,783.34 |
| 18DEC | 62,431.92 |
| 19DEC | 52,886.84 |
| 20DEC | 48,945.04 |
| 23DEC | 111,235.94 |
| 24DEC | 105,667.85 |
| 26DEC | 97,977.05 |
| 27DEC | 92,381.79 |
| 30DEC | 87,383.27 |
| 31DEC | |

**DEBITS CONTINUED**

| Ledger Date | Add Ledger Date | Value Date | CCY | Reference | Credits/Debits | Description |
|---|---|---|---|---|---|---|
| 04DEC | 04DEC | 03DEC | USD | OUR: 023380008SWA | 6,826.03 | GOVERNMENT ALLOTMENT DEBIT 002 ERIN DRAFTS FOR WORK OF 12/03/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 05DEC | 04DEC | | USD | OUR: 023390008WA | 10,132.10 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/04/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 06DEC | 05DEC | | USD | OUR: 023400008WWA | 8,267.34 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/05/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 09DEC | 06DEC | | USD | OUR: 023430008WWA | 6,702.49 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/06/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10DEC | 09DEC | | USD | OUR: 023440008WWA | 8,580.44 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/09/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 11DEC | 10DEC | | USD | OUR: 023450008IWA | 5,895.02 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/10/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 12DEC | 11DEC | | USD | OUR: 023460008WWA | 10,808.80 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/11/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 13DEC | 12DEC | | USD | OUR: 023470008WWA | 8,387.42 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

JPMorgan Chase Bank

INVOICENESS

TS

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

910-1-013572
30 NOV 2002
31 DEC 2002
000-USA-21
012
Page 3 of 4

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | References | Credit/Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|---|
| 16DEC | 13DEC | 13DEC | USD OUR: 0235000085WA | 5,203.66 | 002-2-416598 FOR WORK OF 12/12/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/13/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 17DEC | 16DEC | 16DEC | USD OUR: 0235100083WA | 5,706.38 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/16/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 18DEC | 17DEC | 17DEC | USD OUR: 0235200086WA | 7,218.54 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/17/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 19DEC | 18DEC | 18DEC | USD OUR: 0235300081WA | 4,353.42 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/18/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 20DEC | 19DEC | 19DEC | USD OUR: 0235400084WA | 9,545.08 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/19/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 23DEC | 20DEC | 20DEC | USD OUR: 0235700083WA | 3,941.80 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/20/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 24DEC | 23DEC | 23DEC | USD OUR: 0235800084WA | 13,764.06 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/23/02 W R GRACE & CO C/O CORPORATE |

JPMorgan Chase Bank

JPMorganChase

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

Statement of Account

In US Dollars
910-1-013572
30 NOV 2002
31 DEC 2002
000-USA-21
012
Page  4  of  4

| Ledger Date | Adj Ledger Date | Value Date | TR | References | Credits/Debits | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS (CONTINUED)**

| Ledger Date | Adj Ledger Date | Value Date | References | Credits/Debits | Description |
|---|---|---|---|---|---|
| 26DEC | 24DEC | | USD OUR: 023600008BWA | 5,568.09 | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT GOVERNING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/24/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 27DEC | 26DEC | | USD OUR: 023610008BWA | 7,690.80 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/26/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 30DEC | 27DEC | | USD OUR: 023640009OWA | 5,595.26 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/27/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 31DEC | 30DEC | | USD OUR: 023650009OWA | 4,998.52 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/30/02 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

**CHECKS**

No Activity

# WACHOVIA

191 Peachtree ST
Atlanta    GA  30303

03        **TAXPAYER ID**          13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement

No Enclosures
C    0

---

### FOR INFORMATION OR ASSISTANCE CONTACT:

**Your Wachovia Banker**

Visit our web site at www.wachovia.com

---

## Commercial Checking Account Summary

**Account Number 8619-039102**

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $1,377.14 | $.00 | $.00 | $.00 | $.00 | $1,377.14 |

Average Ledger Balance        $1,377.14

## Daily Activity and Balance

There was no activity for this statement period.

---

# WACHOVIA

191 Peachtree ST
Atlanta    GA  30303

03    **TAXPAYER ID**    13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement

No Enclosures
c    0

December 1, 2002 - December 13, 2002 ( 13 days)

Page 1 of 2

| FOR INFORMATION OR ASSISTANCE CONTACT: |
|---|
| **Your Wachovia Banker** |
| **Visit our web site at www.wachovia.com** |

## Commercial Checking Account Summary

**Account Number 8619-039102**

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $1,377.14 | $.00 | $.00 | $.00 | $.00 | $1,377.14 |

Average Ledger Balance      $1,377.14

## Daily Activity and Balance

There was no activity for this statement period.

013



# Commercial Checking

| 01 | 2199500021812  036  130 | 0 | 0 | 77,433 |

WACHOVIA

IuIuIuuIIIIuuIuIuIuIIIuIuI
W R GRACE AND CO-CONN
GENERAL ACCOUNT                          CB
ATTN: BONITA HARSH CCM SR CASH MNGR
7500 GRACE DR
COLUMBIA MD 21044

---

# Commercial Checking                    11/30/2002 thru 12/31/2002

Account number:        2199500021812
Account holder(s):     W R GRACE AND CO-CONN
                       GENERAL ACCOUNT

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 11/30 | $10,142.31 |
| Deposits and other credits | 2,115,259.76 + |
| Other withdrawals and service fees | 2,115,612.99 - |
| **Closing balance 12/31** | **$9,789.08** |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 12/18 | 24,631.79 | DEPOSIT |
| 12/18 | 200,048.58 | DEPOSIT |
| 12/18 | 214,460.70 | DEPOSIT |
| 12/18 | 429,086.12 | DEPOSIT |
| 12/20 | 2,038.76 | DEPOSIT |
| 12/20 | 1,234,993.81 | DEPOSIT |
| **Total** | **$2,115,259.76** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 12/20 | 727,941.74 | FUNDS TRANSFER  (ADVICE 021220011017) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          12/20/02  10:46AM |
| 12/23 | 1,030,611.79 | FUNDS TRANSFER  (ADVICE 021223013320) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=          12/23/02  11:51AM |
| 12/26 | 210.92 | DEPOSITED ITEM RETURNED ADV # 539599 |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, NATIONAL ASSOCIATION , CAP MKT INV BKG FL DIVERSIFIED MANUFA**          page 1 of 3



## Commercial Checking

| 03 | 2199500021812  036  130 | 0 | 0 | 77,435 |
|----|--------------------------|---|---|--------|

**WACHOVIA**

---

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-388-2234 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

---

<table>
<tr><td colspan="5" align="center"><b>To Balance Your Account</b></td></tr>
<tr><td rowspan="2">1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, Interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.</td><td colspan="4" align="center"><b>List Outstanding Checks and Withdrawals</b></td></tr>
<tr><td>Ck. No.</td><td>Amount</td><td>Ck. No.</td><td>Amount</td></tr>
<tr><td>_____  2. Write in the closing balance shown on the front of account statement.</td><td></td><td></td><td></td><td></td></tr>
<tr><td>_____  3. Write in any deposits you have made since the date of this statement.</td><td></td><td></td><td></td><td></td></tr>
<tr><td>_____</td><td></td><td></td><td></td><td></td></tr>
<tr><td>_____</td><td></td><td></td><td></td><td></td></tr>
<tr><td>_____  4. Add together amounts listed above in steps 2 and 3.</td><td></td><td></td><td></td><td></td></tr>
<tr><td>_____  5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here.</td><td></td><td></td><td></td><td></td></tr>
<tr><td>_____  6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above.</td><td></td><td></td><td>Total</td><td></td></tr>
</table>

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at 1-800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error.  You will have use of the money during the time it takes us to complete our investigation.

---