# EXHIBIT A

## REPORT OF EXPENSES

## FOR

## MEMBERS OF THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS

**APPLICANT:**
Russell Budd
Baron & Budd
Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| April 17, 2002 | Airfare (American Airlines coach) from Dallas, TX to NYC ($1,263.50/6 committees) | $213.08 |
| December 5, 2002 | Airfare (Company aircraft used) (please see attached inquiry into comparable fares) | $1,085.00 |
| | **TOTAL** | **$1,298.08** |

{D0008729:

BARON & BUDD
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
SUITE 1100
3102 OAK LAWN AVENUE
DALLAS, TEXAS 75219-4281
(214) 521-3605
TELECOPIER (214) 520-1181

FREDERICK M. BARON
RUSSELL W. BUDD
BRENT M. ROSENTHAL
LISA A. BLUE, Ph.D.
MARY E. SKELNIK
STEVEN D. WOLENS
MELISSA K. HUTTS
STEVE BAUGHMAN JENSEN
ALLEN M. STEWART
RICHARD I. NEMEROFF
LISA R. KIVETT
LEANNE JACKSON
LAURA BAUGHMAN
ELIZABETH R. SCHICK
LAURIE J. MEGGESIN
LADD R. GIBKE
ALAN B. RICH
ELLEN A. PRESBY
SCOTT SUMMY
DIANE M. ANDREW*
SAM T. RICHARD
CHRISTINA E. MANCUSO
SCOTT MORRISON
WESLEY K. YOUNG
STEPHEN C. JOHNSTON
MISTY A. FARRIS
WILLIAM K. TAPSCOTT, JR
ASHLEY HIGGINS JETER
BEN K. DuBOSE
AMY J. SHAHAN
TAERI IM CH
ANN TUTCKY HARPER
CAREN LOOK HANSON
KIM LEVINGSTON
LAWRENCE G. GETTYS*
KEVIN D. McHARGUE
ALICIA D. BUTLER
PATRICK O'NEAL*
JOHN E. ANSBACH
ANDREA S. BOURNE
VIRGINIA L. ADAMS
JOYCELL M. HOLLINS
MARTY A. MORRIS
LAURA M. CABUTTO
IGNACIO BARBERO
TAD GROUND
JAMES D. PIEL
SCOTT R. FRIELING
THOMAS M. SIMS
JOHN J. SPILLANE
DANA M. GRAY
NATALIE F. DUNCAN
MONTY WADE SULLIVAN
AMY M. CARTER
FRANK E. GOODRICH
CARLA M. BURKE
SCOTT L. FROST
TIFFANY NEWLIN
CRAIG M. SCHUMACHER
JACQUELINE MONTEJANO
S. ANN SAUCER
JULIANNE J. MAERSCHEL
BRIAN P. MIN
REY FERNÁNDEZ
EDMOND L. MARTIN
DONNA J. BLEVINS
STÉPHANIE N. BROOKS
DAVID T. RITTER
CHRIS J. PANATIER
J. KAMA DAVIS
ANGELA R. OWENS
RENÉE MELANCON
*THERESA L. NELSON
D. CARL MONEY
CELESTE A. EVANGELISTI
MICHAEL R. ROSS
CHAD R. COTTEN
BRIAN K. PEACOCK
BRIE D. SHERWIN

*LICENSED IN STATES OTHER THAN TEXAS

February 10, 2003

To: Bankruptcy Court

Re: Application for Reimbursement of Expenses by Russell Budd, Member of Committee of Asbestos Claimants; W.R. Grace

Expenses for the period 10/1/01-1/31/03

<u>Travel Expenses</u>

Trip of Mr. Budd to New York
April 17, 2002

Airfare (coach) 213.08

Trip of Mr. Budd to New York
December 5, 2002

Airfare (coach) 1,085.00

[redacted]

[redacted] [redacted]

[redacted] [redacted]



| ITEM | 4 | | $1,263.60 |
|---|---|---|---|
| AMERICAN AIRLINES | DALLAS | TX | |

Passenger Name: BUDD/R

Issuer Name: STRONG TRAVEL SVCS 1 — DALLAS TX

From: DALLAS/FT WORTH TX
To: LAGUARDIA INTL A/P

Carrier: AA   Class: PZ   Transaction Amount: 1,263.60

Amexco Use Only
9107000240047
003700
18  108003

PASSENGER TICKET

---

| | | 1X | 118.00 |
|---|---|---|---|

Transaction Date: 04/17/02   Ticket Number: 09081085836980

Issuer Name: HURR/N
Issuing Airline: TRAVEL AGENCY SERVICE F
STRONG TRAVEL SVCS 1   DALLAS TX

From: NOT RECORDED
Not Recorded

Transaction Amount: 15.00

Amexco Use Only
910780105346
003700
12  108003

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

---

6 committees:
Armstrong
Federal Mogul
Owens Corning
Pittsburgh Corning
WR Grace
US Gypsum

278.50
split 1/6 = (213.08)

RECEIVED TIME DEC. 6. 7:29PM

# MEMORANDUM

TO: Pilots

FROM: Kathy Wallace

DATE: December 3, 2002

RE: **REVISED** Hawker 400

---

### THURSDAY, DECEMBER 5, 2002

Passengers: Russell Budd
Destination(s): New York
Depart Dallas: ~~3:00 p.m.~~ ~~2:30~~ 4:00
Arrive New York: ~~6:30 p.m.~~ ~~5:30~~ 7:30

Car and driver please

### FRIDAY, DECEMBER 6, 2002

Passengers: Russell Budd and Steve Baron
Depart New York: 7:00 p.m.
Arrive Dallas: 10:00 p.m.

Zale confirmed 7:30 P.M

Trip Charges: Haliburton/Dresser 02-13329-1
WRGrace 01 10035-1

Per Russell, " please tell pilots we m ay be staying over " [on Friday, night also].

cc: Susan Yeang (via e-mail)
Kim James (via e-mail)
Jeri Harrison (via e-mail)
Kathy Wallace (via-mail)



| Flight Date | Flight Log # | Flight Plan | Total Hobbs Time | Business Passengers | Non-Business Passengers | Description | Matter Number | GL Acct Number | Fare Per Person | Number of People | Total Amount to Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|
| December 2002 | | | | | | | | | | | |
| 12/05/02 | 754 | Dallas > New York | 2.7 | RWB | | WR Grace (50%) | 01 10035 1 | 7100 | | | $542.50 |
| | | New York > Dallas | 3.3 | RWB | | WR Grace (50%) | 01 10035 1 | 7100 | | | $542.50 |



542.50
+ 542.50
―――――
1,085.00  coach

## Susan Yeang

**From:** Travel Department
**Sent:** Tuesday, December 03, 2002 5:01 PM
**To:** Susan Yeang
**Subject:** RE: Fare Request

-----Original Message-----
**From:** Susan Yeang
**Sent:** Tuesday, December 03, 2002 2:56 PM
**To:** Travel Department
**Subject:** Fare Request

Sorry, as you can tell, I was out of the office last week.
Could I also get these fares?

| From: | To: |
|---|---|
| Dallas, TX > | Washington, DC 870.00 |
| Washington, DC > | Atlanta, GA 639.00 |
| Atlanta, GA > | Dallas, TX 693.00 |
| Dallas, TX > | New York 1085.00 |
| Dallas, TX > | Conroe, TX (The Woodlands) 96.50 Houston |

Thanks!

Susan