IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED
CERTIFICATION OF NO OBJECTION TO EIGHTEENTH MONTHLY
APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO
THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2003
THROUGH JANUARY 31, 2003 [RE: DOCKET NO. 3430]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Eighteenth Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on February 25, 2003 [Docket No. 3430]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections were to be filed and served no later than 4:00 p.m. on March 17, 2003.

Pursuant to the Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay Kramer Levin Naftalis & Frankel LLP $8,880.00 which represents 80% of the fees ($11,100.00) and $927.47, which represents 100% of the expenses, for an aggregate amount of $11,927.47, requested in the Application for the period January 1, 2003 through January 31, 2003, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

WLM 44292.1

                                        KLETT ROONEY LIEBER & SCHORLING
                                        A Professional Corporation

By: _____
       Teresa K. D. Currier (No. 3080)
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       Counsel to the Official Committee of
       Equity Holders

Dated: March 18, 2003

WLM 44292.1                              2