**Exhibit E**

**Fee Application for the period**

**November 1 – November 30, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                        Case No. 01-01139 (JKF)
                                                 (Jointly Administered)

Debtors

TWENTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002)

Name of Applicant:                               FTI Policano & Manzo

Authorized to Provide Professional Services to:
                                                 The Official Committee of
Date of Retention:                               Unsecured Creditors
                                                 June 21, 2001

Period for which compensation and
reimbursement is sought:                         November 1, 2002 through
                                                 November 30, 2002

Amount of Compensation sought
as actual, reasonable and necessary (80% of $44,622.50):    $35,698.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):      $   824.96

This is an: __X__ interim _____ final application

The total time expended for fee application preparation and fee audit activities is approximately 12.6 hours and corresponding compensation requested is approximately $2,944.00 (80% of the fees incurred of $3,680.00). The time expended included approximately 10.3 hours spent on preparation of the nineteenth monthly interim fee application as well as the sixth quarterly fee application and approximately 2.3 hours preparing summaries of the results of the fee auditor's report on the fifth quarterly fee application.

This is the twentieth application filed. Disclosure for prior periods and current period is as follows:

TWENTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31, 2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |

3

TWENTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH  NOVEMBER 30, 2002)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 3.5 | $1,925.00 |
| S. Cunningham | $525 | 16.0 | $8,400.00 |
| C. Whitney | $375 | 7.5 | $2,812.50 |
| L. Hamilton | $350 | 79.3 | $27,755.00 |
| J. Schwendeman | $325 | 4.0 | $1,300.00 |
| M. Hakoun | $150 | 10.2 | $1,530.00 |
| N. Backer | $ 75 | 12.0 | $900.00 |
|  |  |  |  |
| Grand Total: |  | 132.5 | $44,622.50 |
| Blended Rate: | $337 |  |  |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 69.2 | $26,505.00 |
| 3 | Corporate Finance | 8.3 | $3,167.50 |
| 4 | Data Analysis | 29.6 | $8,837.50 |
| 8 | Case Administration | 9.4 | $800.00 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 1.1 | $425.00 |
| 12 | Employee Benefits/Pension | 2.3 | $1,207.50 |
| 16 | Fee Applications, Applicant | 12.6 | $3,680.00 |
|  |  |  |  |
|  | Total | 132.5 | $44,622.50 |

4

TWENTIETH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002)

### EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $310.80 |
| Facsimiles | $3.00 |
| Telecommunications | $55.74 |
| Postage, Express Delivery | $29.53 |
| Travel Expenses | $243.00 |
| Tolling Charges | $182.89 |
| | |
| Total | $824.96 |

5

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period November 1, 2002 through November 30, 2002

| | Total Hours | Billing Rate | | Amount |
|---|---|---|---|---|
| E. Ordway | 3.5 | $ 550 | $ | 1,925.00 |
| S. Cunningham | 16.0 | $ 525 | | 8,400.00 |
| C. Whitney | 7.5 | $ 375 | | 2,812.50 |
| L. Hamilton | 79.3 | $ 350 | | 27,755.00 |
| J. Schwendeman | 4.0 | $ 325 | | 1,300.00 |
| M. Hakoun | 10.2 | $ 150 | | 1,530.00 |
| N. Backer | 12.0 | $ 75 | | 900.00 |
| TOTAL | 132.5 | | $ | 44,622.50 |

**Invoice**

W.R. GRACE & CO ET AL
Summary of Hours by Category
For the period November 1, 2002 through November 30, 2002

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ 1,925.00 | E. Ordway | $ 1,100.00 | | 495.00 | 110.00 | | 110.00 | | 110.00 | $ 1,925.00 |
| $ 525 | 8,400.00 | S. Cunningham | 5,092.50 | 787.50 | 1,312.50 | | | | 1,207.50 | | 8,400.00 |
| $ 375 | 2,812.50 | C. Whitney | 2,812.50 | | | | | | | | 2,812.50 |
| $ 350 | 27,755.00 | L. Hamilton | 17,500.00 | 2,380.00 | 4,200.00 | | | 315.00 | | 3,360.00 | 27,755.00 |
| $ 325 | 1,300.00 | J. Schwendeman | | | 1,300.00 | | | | | | 1,300.00 |
| $ 150 | 1,530.00 | M. Hakoun | | | 1,530.00 | | | | | | 1,530.00 |
| $ 75 | 900.00 | N. Backer | | | | 690.00 | | | | 210.00 | 900.00 |
| | $ 44,622.50 | Totals | $ 26,505.00 | $ 3,167.50 | $ 8,837.50 | $ 800.00 | $ | $ 425.00 | $ 1,207.50 | $ 3,680.00 | $ 44,622.50 |

**Invoice**

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Category
For the period November 1, 2002 through November 30, 2002

| Rate | Fees Per Professional | | 2 Business Analysis | 3 Corporate Finance | 4 Data Analysis | 8 Case Administration | 9 Claims Analysis/Objections/ Administration (asbestos) | 11 Creditors Committee | 12 Employee Benefits/ Pension | 16 Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Task Code** | | | | | | | | | |
| $ 550 | $ 1,925.00 | E. Ordway | 2.0 | 0.0 | 0.9 | 0.2 | 0.0 | 0.2 | 0.0 | 0.2 | 3.5 |
| $ 525 | $ 8,400.00 | S. Cunningham | 9.7 | 1.5 | 2.5 | 0.0 | 0.0 | 0.0 | 2.3 | 0.0 | 16.0 |
| $ 375 | $ 2,812.50 | C. Whitney | 7.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.5 |
| $ 350 | $ 27,755.00 | L. Hamilton | 50.0 | 6.8 | 12.0 | 0.0 | 0.0 | 0.9 | 0.0 | 9.6 | 79.3 |
| $ 325 | $ 1,300.00 | J. Schwendeman | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 150 | $ 1,530.00 | M. Hakoun | 0.0 | 0.0 | 10.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.2 |
| $ 75 | $ 900.00 | N. Backer | 0.0 | 0.0 | 0.0 | 9.2 | 0.0 | 0.0 | 0.0 | 2.8 | 12.0 |
| | $ 44,622.50 | Totals | 69.2 | 8.3 | 29.6 | 9.4 | 0.0 | 1.1 | 2.3 | 12.6 | 132.5 |

# Invoice

## W R GRACE & CO ET AL

Summary Descriptions of Tasks by Category*

For the period November 1, 2002 through November 30, 2002

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 69.2 | During the Fee Period we read and analyzed the Debtors' third quarter financial statements, discussed the results of operations with the Debtors and their representatives and prepared reports thereon for distribution to the Committee. |
| Corporate Finance | 3 | 8.3 | During the Fee Period we continued to read and analyze information concerning the proposed acquisition. "Middy." We prepared updates to the report summarizing the transaction for the Committee. |
| Data Analysis | 4 | 29.6 | During the Fee Period we read and analyzed information concerning pension underfunding issue. We also read and analyzed current news releases and other information concerning the Sealed Air fraudulent conveyance case and other case issues. |
| Case Administration | 8 | 9.4 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | During the Fee Period no services were provided in this category. |
| Creditors Committee | 11 | 1.1 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the "Middy" acquisition, de minimus asset sales and other items. |
| Employee Benefits/Pension | 12 | 2.3 | During the Fee Period we analyzed the impact to the company resulting from underfunding of the pension plan. |
| Fee Applications, Applicant | 16 | 12.6 | During the Fee Period timekeeper Hamilton spent approximately 2.3 hours preparing and presenting information related to the Fee Auditor's 5th Interim Period report. In addition, timekeeper Hamilton spent approximately 2.0 hours preparing the Sixth Interim Period (quarterly) application and approximately 5.3 hours preparing the October fee application. A paraprofessional spent approximately 2.8 hours assisting in preparation of the fee applications. |
| **Total** | | **132.5** | |

*These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period November 1, 2002 through November 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Nov | 16 | Prepared fee application. | 0.2 |
| 13-Nov | 11 | Called Committee chair to discuss case status and next steps. | 0.2 |
| 15-Nov | 2 | Read and analyzed third quarter financial reports and summarized key issues for follow-up. | 0.8 |
| 21-Nov | 2 | Prepared and edited report to the Committee regarding third quarter performance. | 1.2 |
| 25-Nov | 8 | Attended court hearing. | 0.2 |
| 25-Nov | 4 | Read and analyzed data regarding Sealed Air matters. | 0.9 |
| | | **Total Hours** | 3.5 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period November 1, 2002 through November 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Nov | 3 | Read Debtors' information regarding "Middy" acquisition. | 0.8 |
| 4-Nov | 3 | Read and edited report to Committee regarding "Middy" acquisition. | 0.7 |
| 13-Nov | 2 | Reviewed third quarter financials in preparation for conference call with Debtors. | 1.9 |
| 14-Nov | 12 | Read and analyzed information regarding bankruptcy issues in connection with pension underfunding and other matters. | 1.0 |
| 14-Nov | 2 | Read third quarter financial results and prepared analysis. | 1.4 |
| 15-Nov | 2 | Read third quarter financial results and prepared analysis. | 2.4 |
| 21-Nov | 2 | Prepared analysis of Q3 results versus plan. | 0.9 |
| 21-Nov | 2 | Analyzed peer group performance Q3 and YTD. | 1.6 |
| 22-Nov | 2 | Continued to analyze peer group performance Q3 and YTD. | 0.7 |
| 26-Nov | 2 | Read and edited draft report to Committee regarding Q3 financial report. | 0.8 |
| 26-Nov | 12 | Identified potential issues regarding pension underfunding for discussion with Committee members. | 1.3 |
| 29-Nov | 4 | Read and analyzed information pertaining to Sealed Air settlement. | 2.5 |
| **Total Hours** | | | 16.0 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period November 1, 2002 through November 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Nov | 2 | Read and analyzed Debtors' 3rd quarter 2002 reporting package. | 1.8 |
| 7-Nov | 2 | Prepared and edited list of follow-up questions pertaining to 3rd quarter 2002 performance. | 2.7 |
| 13-Nov | 2 | Read and analyzed Debtors' presentation document pertaining to 3rd quarter 2002 performance and identified issues to raise during the conference call with the Debtors. | 2.2 |
| 13-Nov | 2 | Participated in a conference call with the Debtors' to discuss 3rd quarter 2002 performance and performance expectations for the remainder of 2002. | 0.8 |
| **Total Hours** | | | 7.5 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Professional Services Rendered by Libby Hamilton
### For the period November 1, 2002 through November 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Nov | 3 | Updated Middy acquisition report. | 3.1 |
| 1-Nov | 3 | Discussed Middy acquisition with Blackstone. | 0.4 |
| 1-Nov | 11 | Discussed Middy acquisition, de minimus asset sales and fraudulent conveyance issues with counsel. | 0.6 |
| 1-Nov | 16 | Finalized quarterly fee application. | 2.0 |
| 1-Nov | 4 | Read and analyzed GBT divestiture workpapers regarding de minimus asset sale filing. | 1.9 |
| 1-Nov | 4 | Read and analyzed news articles regarding the Cybergenics case. | 2.1 |
| 4-Nov | 16 | Prepared October fee application. | 1.5 |
| 4-Nov | 4 | Read and analyzed recent court docket filings. | 0.3 |
| 4-Nov | 3 | Updated Middy acquisition report for reviewer comments. | 2.6 |
| 4-Nov | 2 | Read and summarized Q3 financial information. | 3.1 |
| 5-Nov | 3 | Discussed Middy acquisition and other issues with Blackstone. | 0.7 |
| 5-Nov | 11 | Discussed Middy acquisition and other issues with counsel. | 0.3 |
| 5-Nov | 2 | Read and analyzed Debtors' Q3 operating report. | 4.4 |
| 5-Nov | 2 | Prepared Debtors' Q3 operating report for distribution to Committee. | 1.5 |
| 6-Nov | 16 | Prepared summary of final audit results for 5th interim period. | 2.3 |
| 6-Nov | 2 | Prepared summary of questions for call with Debtors regarding Q3 results. | 2.6 |
| 7-Nov | 2 | Prepared analyses and schedules for Q3 monitoring report. | 4.3 |
| 7-Nov | 2 | Updated summary of questions for Q3 results conference call. | 1.4 |
| 8-Nov | 2 | Continued to prepare analyses and schedules for Q3 monitoring report. | 5.3 |
| 11-Nov | 2 | Continued to prepare Q3 monitoring report. | 3.9 |

| Date | Hours | Description | |
|------|-------|-------------|---|
| 11-Nov | 4 | Read and analyzed recent court docket filings. | |
| | | | 0.3 |
| 12-Nov | 2 | Read and analyzed summary from Blackstone regarding Q3 operating results. | |
| | | | 1.8 |
| 12-Nov | 4 | Prepared report summarizing sale of real estate. | |
| | | | 1.4 |
| 12-Nov | 4 | Reviewed state tax disclosure information from Blackstone. | |
| | | | 0.6 |
| 12-Nov | 2 | Read and analyzed various documents in preparation for conference call with Debtors on Q3 results. | |
| | | | 1.3 |
| 13-Nov | 2 | Participated in conference call with Debtors regarding Q3 operating results. | |
| | | | 1.0 |
| 13-Nov | 2 | Added commentary sections to Q3 monitoring report. | |
| | | | 5.7 |
| 14-Nov | 2 | Continued to prepare Q3 monitoring report. | |
| | | | 1.2 |
| 14-Nov | 2 | Prepared questions for Blackstone regarding Q3 results of operations. | |
| | | | 1.2 |
| 14-Nov | 16 | Continued to prepare October fee application. | |
| | | | 0.9 |
| 18-Nov | 16 | Continued to prepare October fee application. | |
| | | | 1.8 |
| 18-Nov | 2 | Updated Q3 monitoring report for responses from Blackstone. | |
| | | | 1.6 |
| 18-Nov | 4 | Read and analyzed the Sealed Air environmental liabilities valuation court filing. | |
| | | | 0.8 |
| 19-Nov | 4 | Read and analyzed recent court docket filings. | |
| | | | 0.2 |
| 19-Nov | 16 | Continued to prepare October fee application. | |
| | | | 1.1 |
| 19-Nov | 4 | Prepared report regarding valuation of environmental liabilities for Sealed Air. | |
| | | | 2.8 |
| 20-Nov | 4 | Prepared questions for Blackstone regarding the valuation of environmental liabilities. | |
| | | | 1.0 |
| 20-Nov | 4 | Read and analyzed recent court docket filings. | |
| | | | 0.3 |
| 20-Nov | 2 | Updated Q3 monitoring report for U.S. Census data. | |
| | | | 0.9 |
| 21-Nov | 2 | Discussed Q3 operating results with F. Gilbert. | |
| | | | 0.4 |
| 22-Nov | 2 | Continued to prepare Q3 monitoring report. | |
| | | | 6.2 |
| 25-Nov | 2 | Continued to prepare Q3 monitoring report. | |
| | | | 2.2 |
| 25-Nov | 4 | Read and analyzed recent court docket filings. | |
| | | | 0.3 |
| **Total Hours** | | | |
| | | | 79.3 |

## Invoice

### W.R. GRACE & CO. ET. AL.

Professional Services Rendered by Jeffrey E. Schwendeman

For the period November 1, 2002 through November 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Nov | 4 | Revised analysis of Debtors' chief executive employment plan compared to competitors and construction industry. | 1.1 |
| 15-Nov | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.9 |
| 15-Nov | 4 | Analyzed recent economic releases and impact on heavy construction industry. | 0.8 |
| 20-Nov | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 1.2 |
| **Total Hours** | | | 4.0 |

# Invoice

## W.R.GRACE & CO. ET AL.
### Professional Services Rendered by Matt Hakoun
### For the period November 1, 2002 through November 30, 2002

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 5-Nov | 4 | Gathered analyst reports, earnings releases and SEC filings regarding third quarter financials on selected peer companies for distribution to team members. | 2.2 |
| 5-Nov | 4 | Read and summarized analyst reports and Plan of Reorganization filing by Armstrong World Industries. | 1.0 |
| 6-Nov | 4 | Prepared peer financial data for use in analysis template including 3rd quarter, year-to-date and trailing 12 months results. | 3.5 |
| 20-Nov | 4 | Gathered and distributed current and second quarter construction statistics from U.S. Census Bureau data. | 1.0 |
| 21-Nov | 4 | Analyzed residential and nonresidential construction figures and prepared year-over-year analysis. | 2.5 |
| | | **Total Hours** | 10.2 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer
For the period November 1, 2002 through November 30, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 1-Nov | 16 | Prepared email request to team for October time descriptions for professional fee application. | 0.1 |
| 4-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 4-Nov | 16 | Processed professional time descriptions for inclusion in fee application. | 0.3 |
| 5-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 5-Nov | 8 | Gathered various court filings and other case documents and entered items into the database. | 1.8 |
| 5-Nov | 8 | Gathered dockets and motions for distribution to case team member. | 0.4 |
| 6-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 6-Nov | 8 | Prepared distribution of Debtors' monthly financial report to Committee. | 2.1 |
| 7-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 8-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 11-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.5 |
| 12-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.3 |
| 12-Nov | 16 | Processed professional time descriptions for inclusion in fee application. | 0.4 |
| 13-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.1 |

| Date | | Description | Hours |
|------|---|-------------|-------|
| 14-Nov | 16 | Processed professional time descriptions for inclusion in fee application. | 0.8 |
| 14-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 15-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.1 |
| 15-Nov | 16 | Processed professional time descriptions for inclusion in fee application. | 0.2 |
| 18-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.1 |
| 18-Nov | 16 | Processed professional time descriptions for inclusion in fee application. | 0.7 |
| 19-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 20-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 21-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 21-Nov | 8 | Gathered documents for inclusion in binder related to interim (quarterly) fee applications. | 1.2 |
| 22-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.1 |
| 22-Nov | 16 | Processed professional time descriptions for inclusion in fee application. | 0.3 |
| 22-Nov | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.5 |
| **Total Hours** | | | 12.0 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period November 1, 2002 through November 30, 2002

| | | |
|---|---|---:|
| Copies: | | |
|     Internal | | |
|     External | $ | 310.80 |
| Telecommunications: | | - |
|     Telephone | | |
|     Toll Charges | | 55.74 |
|     Facsimile | | 182.89 |
| Postage, Federal Express, Airborne | | 3.00 |
| Travel Expenses: | | 29.53 |
|     Transportation, lodging, tolls and parking | | |
|     Meals | | 243.00 |
| | | - |
| Total Expenses | $ | 824.96 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period November 1, 2002 through November 30, 2002

| Copies, Internal | 2,072 | pages @ $0.15/page: | | $ | 310.80 |
|---|---|---|---|---|---|
| Facsimile Charges: | 3 | pages @ $1.00/page: | | | 3.00 |
| Telephone Charges: | | | | | 55.74 |
| Toll Charges: | | Subscriptions and Online research fees | | | 182.89 |
| Postage, Federal Express: | 7-Nov | Airborne | | | 16.16 |
| | 26-Nov | Airborne | | | 7.17 |
| | 27-Nov | Airborne | | | 6.20 |
| Transportation, lodging, tolls and parking: | 30-Nov | E. Ordway | Taxi | | 5.00 |
| | 30-Nov | E. Ordway | Train | | 231.00 |
| | 30-Nov | E. Ordway | Taxi | | 7.00 |
| Meals: | | | | | - |
| Total | | | | $ | 824.96 |

**Exhibit F**

**Fee Application for the period**

**December 1 – December 31, 2002**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,                     Case No. 01-01139 (JKF)
                                              (Jointly Administered)

                    Debtors

TWENTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002)

Name of Applicant:                            FTI Policano & Manzo

Authorized to Provide Professional Services to:
                                              The Official Committee of
Date of Retention:                            Unsecured Creditors
                                              June 21, 2001

Period for which compensation and
reimbursement is sought:                      December 1, 2002 through
                                              December 31, 2002

Amount of Compensation sought
as actual, reasonable and necessary (80% of $42,335.00):    $33,868.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):        $    34.69

This is an: __X___ interim _____ final application

The total time expended for fee application preparation and fee audit activities is
approximately 13.1 hours and corresponding compensation requested is approximately
$2,368.00 (80% of the fees incurred of $2,960.00). The time expended included
approximately 12.9 hours spent on preparation of the twentieth monthly interim fee
application and approximately 0.2 hours preparing for the fee hearing in December 2002.

This is the twenty-first application filed. Disclosure for prior periods and current period
is as follows:

TWENTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH  DECEMBER 31, 2002)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |

TWENTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002)

### ATTACHMENT B
### TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $550 | 1.9 | $1,045.00 |
| S. Cunningham | $525 | 17.8 | $9,345.00 |
| C. Whitney | $375 | 33.0 | $12,375.00 |
| L. Hamilton | $350 | 46.0 | $16,100.00 |
| J. Schwendeman | $325 | 2.0 | $650.00 |
| M. Hakoun | $150 | 13.3 | $1,995.00 |
| N. Backer | $ 75 | 11.0 | $825.00 |
| | | | |
| Grand Total: | | 125.0 | $42,335.00 |
| Blended Rate: | $339 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 26.7 | $9,712.50 |
| 3 | Corporate Finance | 0.0 | $0.00 |
| 4 | Data Analysis | 74.0 | $26,427.50 |
| 8 | Case Administration | 5.6 | $420.00 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 5.6 | $2,815.00 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 13.1 | $2,960.00 |
| | | | |
| | Total | 125.00 | $42,335.00 |

4

TWENTY-FIRST INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | |
| Facsimiles | $0.00 |
| Telecommunications | $0.00 |
| Postage, Express Delivery | $0.00 |
| Travel Expenses | $6.25 |
| Tolling Charges | $0.00 |
| | $28.44 |
| Total | |
| | $34.69 |

5

**Invoice**

## W.R. GRACE & CO. ET. AL.
### Summary of Fees by Professional
For the period December 1, 2002 through December 31, 2002

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 1.9 | $ 550 | $ 1,045.00 |
| S. Cunningham | 17.8 | $ 525 | 9,345.00 |
| C. Whitney | 33.0 | $ 375 | 12,375.00 |
| L. Hamilton | 46.0 | $ 350 | 16,100.00 |
| J. Schwendeman | 2.0 | $ 325 | 650.00 |
| M. Hakoun | 13.3 | $ 150 | 1,995.00 |
| N. Backer | 11.0 | $ 75 | 825.00 |
| TOTAL | 125.0 | | $ 42,335.00 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period December 1, 2002 through December 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ 1,045.00 | E. Ordway | | $ - | $ - | $ 605.00 | $ - | $ - | $ 330.00 | $ - | $ 110.00 | $ 1,045.00 |
| $ 525 | 9,345.00 | S. Cunningham | | 1,102.50 | - | 6,037.50 | - | - | 2,205.00 | - | - | 9,345.00 |
| $ 375 | 12,375.00 | C. Whitney | | - | - | 12,375.00 | - | - | - | - | - | 12,375.00 |
| $ 350 | 16,100.00 | L. Hamilton | | 8,610.00 | - | 4,725.00 | - | - | 455.00 | - | 2,310.00 | 16,100.00 |
| $ 325 | 650.00 | J. Schwenderman | | - | - | 650.00 | - | - | - | - | - | 650.00 |
| $ 150 | 1,995.00 | M. Hakoun | | - | - | 1,860.00 | - | - | - | - | 135.00 | 1,995.00 |
| $ 75 | 825.00 | N. Backer | | - | - | - | 420.00 | - | - | - | 405.00 | 825.00 |
| $ | $ 42,335.00 | Totals | | $ 9,712.50 | $ - | $ 26,252.50 | $ 420.00 | $ - | $ 2,990.00 | $ - | $ 2,960.00 | $ 42,335.00 |

**Invoice**

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Category
### For the period December 1, 2002 through December 31, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | $ 1,045.00 | E. Ordway | | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 0.6 | 0.0 | 0.2 | 1.9 |
| $ 525 | $ 9,345.00 | S. Cunningham | | 2.1 | 0.0 | 11.5 | 0.0 | 0.0 | 4.2 | 0.0 | 0.0 | 17.8 |
| $ 375 | $ 12,375.00 | C. Whitney | | 0.0 | 0.0 | 33.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 33.0 |
| $ 350 | $ 16,100.00 | L. Hamilton | | 24.6 | 0.0 | 13.5 | 0.0 | 0.0 | 1.3 | 0.0 | 6.6 | 46.0 |
| $ 325 | $ 650.00 | J. Schwendeman | | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 150 | $ 1,995.00 | M. Hakoun | | 0.0 | 0.0 | 12.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 13.3 |
| $ 75 | $ 825.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 5.6 | 0.0 | 0.0 | 0.0 | 5.4 | 11.0 |
| | $ 42,335.00 | Totals | | 26.7 | 0.0 | 73.5 | 5.6 | 0.0 | 6.1 | 0.0 | 13.1 | 125.0 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary Descriptions of Tasks by Category*
For the period December 1, 2002 through December 31, 2002

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 26.7 | During the Fee Period we continued to read and analyze the Debtors' third quarter financial statements, discussed the results of operations with the Debtors and their representatives and prepared reports thereon for distribution to the Committee. |
| Corporate Finance | 3 | 0.0 | During the Fee Period no services were provided in this category |
| Data Analysis | 4 | 73.5 | During the Fee Period we read and analyzed information concerning pension underfunding issue. We also read and analyzed current news releases and other information concerning the Sealed Air fraudulent conveyance case and other case issues. In addition, we analyzed various materials and prepared a report to the Committee of hypothetical recovery scenarios. |
| Case Administration | 8 | 5.6 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | During the Fee Period no services were provided in this category. |
| Creditors Committee | 11 | 6.1 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the 3rd quarter results of operations, the Sealed Air settlement, recovery analyses and other items. |
| Employee Benefits/Pension | 12 | 0.0 | During the Fee Period no services were provided in this category. |
| Fee Applications, Applicant | 16 | 13.1 | In addition, timekeeper Hamilton spent approximately 0.2 hours preparing information related to the December fee hearing, approximately 6.4 hours preparing the November fee application. Paraprofessionals spent approximately 6.3 hours assisting in preparation of the fee applications. |
| Total | | 125.0 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

4 of 15

# Invoice

## W.R. GRACE & CO. ET.AL.

Professional Services Rendered by Edwin N. Ordway, Jr.

For the period December 1, 2002 through December 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Dec | 4 | Prepared for conference call with Committee. | 0.5 |
| 3-Dec | 11 | Participated in conference call with Committee regarding case status. | 0.6 |
| 5-Dec | 4 | Updated assumptions for our hypothetical recovery analysis to consider fraudulent conveyance recoveries. | 0.4 |
| 19-Dec | 16 | Prepared fee application. | 0.2 |
| 24-Dec | 4 | Read correspondence from counsel regarding fraudulent conveyance data. | 0.2 |
| | | **Total Hours** | 1.9 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period December 1, 2002 through December 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Dec | 11 | Discussed and reviewed Sealed Air, NMC settlements with counsel. | 0.4 |
| 2-Dec | 11 | Discussed and reviewed Sealed Air, NMC settlements with Committee chair. | 0.7 |
| 2-Dec | 4 | Read and analyzed various public information regarding Sealed Air settlement. | 1.4 |
| 3-Dec | 11 | Participated in Committee call regarding the Sealed Air settlement. | 0.9 |
| 3-Dec | 11 | Discussed various recovery analysis assumptions with counsel. | 2.2 |
| 4-Dec | 4 | Read and analyzed Debtors' motion regarding claims settlements in the Ohio action. | 0.7 |
| 4-Dec | 2 | Read and edited draft report to Committee of Q3 operating performance. | 2.1 |
| 9-Dec | 4 | Read and analyzed Kellogg settlement motion and draft report to Committee. | 2.4 |
| 10-Dec | 4 | Read and edited recovery analysis assumptions regarding Sealed Air settlement. | 1.2 |
| 13-Dec | 4 | Read and analyzed Debtors' data regarding Liabilities Subject to Compromise for inclusion in draft recovery analysis. | 1.3 |
| 17-Dec | 4 | Prepared assumptions and analysis of various recovery scenarios. | 2.7 |
| 20-Dec | 4 | Continued to prepare assumptions and analysis of various recovery scenarios. | 1.8 |
| **Total Hours** | | | 17.8 |

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period December 1, 2002 through December 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Dec | 4 | Read the Debtors' press releases pertaining to the settlement agreements with Fresenius and Sealed Air and summarized key economic terms. | 1.8 |
| 4-Dec | 4 | Developed assumptions pertaining to a scenario analysis of the Committee's hypothetical recoveries upon the Debtors' emergence from bankruptcy. | 4.1 |
| 5-Dec | 4 | Updated the comparable company valuation multiple analysis, and revised the analysis to expand the list of comparable companies. | 1.6 |
| 5-Dec | 4 | Updated the Debtor's five-year EBITDA forecast to reflect the latest estimate of 2002 performance and to incorporate identified risks and opportunities for inclusion in the hypothetical recovery analysis. | 2.4 |
| 5-Dec | 4 | Prepared a detailed list of priority and administrative claims and unsecured claims subject to compromise for inclusion in the hypothetical recovery analysis. | 2.8 |
| 6-Dec | 4 | Analyzed the Debtors' forecasted cash balances for inclusion in the hypothetical recovery analysis. | 5.5 |
| 9-Dec | 4 | Incorporated assumptions and analysis into a financial model to calculate the Committee's hypothetical recoveries under various scenarios. | 7.5 |
| 10-Dec | 4 | Drafted a report to the Committee pertaining to the hypothetical recovery analysis. | 5.6 |
| 31-Dec | 4 | Continued drafting a report to the Committee pertaining to the hypothetical recovery analysis. | 1.7 |
| **Total Hours** | | | 33.0 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period December 1, 2002 through December 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Dec | 16 | Prepared November fee application. | 1.2 |
| 2-Dec | 4 | Read and analyzed news articles regarding Sealed Air fraudulent conveyance settlement. | 1.3 |
| 2-Dec | 4 | Finalized report regarding valuation of environmental liabilities. | 0.4 |
| 3-Dec | 11 | Participated in conference call with counsel regarding Sealed Air settlement. | 0.9 |
| 3-Dec | 2 | Continued to prepare Q3 monitoring report schedules and commentary. | 6.3 |
| 3-Dec | 2 | Read and prepared distribution of Debtors' October monthly report to Committee. | 1.2 |
| 4-Dec | 2 | Continued to prepare Q3 monitoring report schedules and commentary. | 4.9 |
| 4-Dec | 16 | Prepared information regarding December fee hearing. | 0.2 |
| 4-Dec | 2 | Continued to read and analyze Debtors' October monthly report. | 1.7 |
| 5-Dec | 2 | Updated Q3 monitoring report for edits. | 5.2 |
| 6-Dec | 4 | Read and analyzed court filings regarding Blackstone fee arrangements. | 1.1 |
| 6-Dec | 4 | Read and analyzed recent news articles regarding Sealed Air fraudulent conveyance settlement. | 0.8 |
| 9-Dec | 2 | Finalized Q3 monitoring report schedules and commentary. | 4.7 |
| 9-Dec | 4 | Read and summarized recent news articles regarding Sealed Air fraudulent conveyance settlement. | 0.8 |
| 9-Dec | 16 | Continued to prepare November fee application. | 1.0 |
| 10-Dec | 16 | Continued to prepare November fee application. | 1.8 |
| 10-Dec | 2 | Distributed Q3 monitoring report to Committee. | 0.6 |
| 11-Dec | 4 | Read and analyzed recent court docket items. | 0.6 |

| Date | | Description | Hours |
|------|----|-------------|-------|
| 11-Dec | 11 | Discussed Q3 monitoring report with counsel. | 0.4 |
| 13-Dec | 4 | Read and analyzed Halliburton asbestos trust proposal. | 1.1 |
| 16-Dec | 4 | Prepared report concerning Halliburton asbestos trust proposal. | 2.2 |
| 17-Dec | 16 | Continued to prepare November fee application. | 1.1 |
| 17-Dec | 4 | Read and analyzed recent news articles concerning Halliburton proposal and Sealed Air settlement. | 1.2 |
| 18-Dec | 16 | Continued to prepare November fee application. | 0.2 |
| 20-Dec | 4 | Continued to read and analyze recent news articles concerning Halliburton proposal and Sealed Air settlement. | 1.9 |
| 23-Dec | 16 | Continued to prepare November fee application. | 1.1 |
| 24-Dec | 4 | Read and analyzed recent news articles pertaining to asbestos liabilities in other cases including Honeywell and Armstrong. | 2.1 |

**Total Hours**

46.0

# Invoice

## W.R. GRACE & CO. ET. AL.

Professional Services Rendered by Jeffrey E. Schwendeman

For the period December 1, 2002 through December 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 13-Dec | 4 | Analyzed news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors. | 0.9 |
| 20-Dec | 4 | Analyzed recent economic releases and impact on heavy construction industry. | 1.1 |
| | | **Total Hours** | 2.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period December 1, 2002 through December 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Dec | 4 | Assisted in preparation of peer group analysis. | 3.4 |
| 12-Dec | 4 | Gathered data on substantive consolidation and distributed to team members. | 1.4 |
| 13-Dec | 4 | Summarized recent asbestos news articles and distributed to team members. | 1.4 |
| 17-Dec | 4 | Gathered news articles and analyst reports pertaining to asbestos litigation, particularly Halliburton and Sealed Air . | 1.6 |
| 19-Dec | 4 | Continued to gather information regarding asbestos litigation and settlements. | 1.7 |
| 20-Dec | 4 | Continued to gather information regarding asbestos litigation and settlements. | 1.4 |
| 20-Dec | 16 | Read and edited November fee application. | 0.9 |
| 31-Dec | 4 | Read and analyzed news articles regarding court decision  pertaining to the clean up of vermiculite mining site. | 1.5 |
| **Total Hours** | | | 13.3 |

# Invoice

## W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer
For the period December 1, 2002 through December 31, 2002

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Dec | 8 | Downloaded latest court filings.  Updated database of latest court dockets filed and distributed to case team member. | 0.3 |
| 2-Dec | 16 | Processed professional time descriptions for inclusion in fee application. | 0.2 |
| 3-Dec | 8 | Downloaded latest court filings.  Updated database of latest court dockets filed and distributed to case team member. | 0.1 |
| 3-Dec | 16 | Processed professional time descriptions for inclusion in fee application. | 0.3 |
| 4-Dec | 8 | Copied and distributed Debtor's October monthly financial report to Committee members. | 1.2 |
| 4-Dec | 8 | Filed case documents and entered items into case database. | 1.3 |
| 4-Dec | 8 | Downloaded latest court filings.  Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 5-Dec | 8 | Downloaded latest court filings.  Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 5-Dec | 8 | Filed case documents and entered items into case database. | 1.0 |
| 6-Dec | 8 | Downloaded latest court filings.  Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 9-Dec | 8 | Downloaded latest court filings.  Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 10-Dec | 8 | Downloaded latest court filings.  Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| 11-Dec | 16 | Processed professional time descriptions for inclusion in fee application. | 0.2 |
| 13-Dec | 8 | Downloaded latest court filings.  Updated database of latest court dockets filed and distributed to case team member. | 0.1 |
| 13-Dec | 16 | Processed professional time descriptions for inclusion in fee application. | 0.1 |

| Date | | Description | |
|---|---|---|---|
| 16-Dec | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.1 |
| 16-Dec | 16 | Processed professional time descriptions for inclusion in fee application. | 0.5 |
| 17-Dec | 16 | Processed professional time descriptions for inclusion in fee application. | 0.5 |
| 18-Dec | 16 | Processed professional time descriptions for inclusion in fee application. | 1.3 |
| 19-Dec | 16 | Proofread, edited and processed professional fee application. | 1.9 |
| 24-Dec | 16 | Prepared fee application for distribution. | 0.4 |
| 26-Dec | 8 | Obtained case docket items from Bankruptcy Court website for case team member. | 0.3 |
| 26-Dec | 8 | Downloaded latest court filings. Updated database of latest court dockets filed and distributed to case team member. | 0.2 |
| | | **Total Hours** | 11.0 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period December 1, 2002 through December 31, 2002

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | - |
| External | | - |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | 28.44 |
| Facsimile | | - |
| Postage, Federal Express, Airborne | | 6.25 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| | | |
| Total Expenses | $ | 34.69 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period December 1, 2002 through December 31, 2002

| | | | |
|---|---|---|---|
| Copies, Internal | 0 | pages @ $0.15/page: | $    - |
| Facsimile Charges: | 0 | pages @ $1.00/page: | - |
| Telephone Charges: | | | |
| Toll Charges: | | | - |
| | Subscriptions and Online research fees | | 28.44 |
| Postage, Federal Express: | 24-Dec    Airborne | | 6.25 |
| Transportation, lodging, tolls and parking: | | | - |
| Meals: | | | - |
| Total | | | $    34.69 |

# Exhibit E

**Exhibit E**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Project Category by Month
For the Period October 1, 2002 through December 31, 2002

| TASK CODE | TASK | October | November | December | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | $ 1,887.50 | $ 26,505.00 | $ 9,712.50 | $ 38,105.00 |
| 3 | Corporate Finance | 8,060.00 | 3,167.50 | - | 11,227.50 |
| 4 | Data Analysis | 21,153.50 | 8,837.50 | 26,252.50 | 56,243.50 |
| 8 | Case Administration | 1,012.50 | 800.00 | 420.00 | 2,232.50 |
| 9 | Claims Analysis (asbestos) | - | - | - | - |
| 11 | Creditors Committee | 2,087.50 | 425.00 | 2,990.00 | 5,502.50 |
| 12 | Employee Benefits/Pension | - | 1,207.50 | - | 1,207.50 |
| 16 | Fee Applications, Applicant | 12,432.50 | 3,680.00 | 2,960.00 | 19,072.50 |
| | TOTAL | $ 46,633.50 | $ 44,622.50 | $ 42,335.00 | $ 133,591.00 |

**Exhibit E**

W.R. GRACE & CO. ET. AL.

Summary of Hours by Project Category by Month

For the Period October 1, 2002 through December 31, 2002

| TASK CODE | TASK | October | November | December | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | 4.6 | 69.2 | 26.7 | 100.5 |
| 3 | Corporate Finance | 20.2 | 8.3 | - | 28.5 |
| 4 | Data Analysis | 58.8 | 29.6 | 73.5 | 161.9 |
| 8 | Case Administration | 12.4 | 9.4 | 5.6 | 27.4 |
| 9 | Claims Analysis (asbestos) | - | - | - | - |
| 11 | Creditors Committee | 5.2 | 1.1 | 6.1 | 12.4 |
| 12 | Employee Benefits/Pension | - | 2.3 | - | 2.3 |
| 16 | Fee Applications, Applicant | 39.3 | 12.6 | 13.1 | 65.0 |
| | TOTAL | 140.5 | 132.5 | 125.0 | 398.0 |

**Exhibit E**

**W.R. GRACE & CO. ET. AL.**
Summary of Hours and Fees by Professional
For the Period October 1, 2002 through December 31, 2002

### Summary of Hours

| Task Code | Rate | Business Analysis (2) | Corporate Finance (3) | Data Analysis (4) | Case Administration (8) | Claims Analysis/Objections/ Administration (asbestos) (9) | Creditors Committee (11) | Employee Benefits/Pension (12) | Fee Applications, Applicant (16) | TOTAL | Fees Per Professional |
|---|---|---|---|---|---|---|---|---|---|---|---|
| E. Ordway | $550 | 2.6 | 0.4 | 2.6 | 0.2 | - | 1.0 | - | 0.8 | 7.6 | $ 4,180.00 |
| S. Cunningham | $525 | 12.7 | 6.7 | 25.0 | - | - | 5.5 | 2.3 | - | 52.2 | $ 27,405.00 |
| C. Whitney | $375 | 7.5 | - | 33.5 | - | - | - | - | - | 41.0 | $ 15,375.00 |
| L. Hamilton | $350 | 77.7 | 21.4 | 57.8 | 0.3 | - | 5.9 | - | 50.0 | 213.1 | $ 74,585.00 |
| J. Schwenderman | $325 | - | - | 12.0 | - | - | - | - | - | 12.0 | $ 3,900.00 |
| S. Bellazain | $215 | - | - | 3.4 | - | - | - | - | - | 3.4 | $ 731.00 |
| M. DeSalvio | $175 | - | - | 5.0 | - | - | - | - | - | 5.0 | $ 875.00 |
| M. Hakoun | $150 | - | - | 22.6 | - | - | - | - | 0.9 | 23.5 | $ 3,525.00 |
| N. Backer | $75 | - | - | - | 26.9 | - | - | - | 13.3 | 40.2 | $ 3,015.00 |
| **Totals** | | 100.5 | 28.5 | 161.9 | 27.4 | - | 12.4 | 2.3 | 65.0 | 398.0 | $ 133,591.00 |

### Summary of Fees

| Task Code | Rate | Business Analysis (2) | Corporate Finance (3) | Data Analysis (4) | Case Administration (8) | Claims Analysis/Objections/ Administration (asbestos) (9) | Creditors Committee (11) | Employee Benefits/Pension (12) | Fee Applications, Applicant (16) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| E. Ordway | $550 | $ 1,430.00 | $ 220.00 | $ 1,430.00 | $ 110.00 | - | $ 550.00 | - | $ 440.00 | $ 4,180.00 |
| S. Cunningham | $525 | 6,667.50 | 3,517.50 | 13,125.00 | - | - | 2,887.50 | 1,207.50 | - | 27,405.00 |
| C. Whitney | $375 | 2,812.50 | - | 12,562.50 | - | - | - | - | - | 15,375.00 |
| L. Hamilton | $350 | 27,195.00 | 7,490.00 | 20,230.00 | 105.00 | - | 2,065.00 | - | 17,500.00 | 74,585.00 |
| J. Schwenderman | $325 | - | - | 3,900.00 | - | - | - | - | - | 3,900.00 |
| S. Bellazain | $215 | - | - | 731.00 | - | - | - | - | - | 731.00 |
| M. DeSalvio | $175 | - | - | 875.00 | - | - | - | - | - | 875.00 |
| M. Hakoun | $150 | - | - | 3,390.00 | - | - | - | - | 135.00 | 3,525.00 |
| N. Backer | $75 | - | - | - | 2,017.50 | - | - | - | 997.50 | 3,015.00 |
| **Totals** | | $ 38,105.00 | $ 11,227.50 | $ 56,243.50 | $ 2,232.50 | $ - | $ 5,502.50 | $ 1,207.50 | $ 19,072.50 | $ 133,591.00 |

3 of 6

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period October 1, 2002 through October 31, 2002

Exhibit E

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Task Code | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ 1,210.00 | E. Ordway | 0.6 | 0.4 | 0.6 | 0.0 | 0.0 | 0.2 | 0.0 | 0.4 | 2.2 |
| $ 525 | $ 9,660.00 | S. Cunningham | 0.9 | 5.2 | 11.0 | 0.0 | 0.0 | 1.3 | 0.0 | 0.0 | 18.4 |
| $ 375 | $ 187.50 | C. Whitney | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 |
| $ 350 | $ 30,730.00 | L. Hamilton | 3.1 | 14.6 | 32.3 | 0.3 | 0.0 | 3.7 | 0.0 | 33.8 | 87.8 |
| $ 325 | $ 1,950.00 | J. Schwenderman | 0.0 | 0.0 | 6.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.0 |
| $ 215 | $ 731.00 | S. Bellazain | 0.0 | 0.0 | 3.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.4 |
| $ 175 | $ 875.00 | M. DeSalvio | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| $ 75 | $ 1,290.00 | N. Backer | 0.0 | 0.0 | 0.0 | 12.1 | 0.0 | 0.0 | 0.0 | 5.1 | 17.2 |
| | $ 46,633.50 | Totals | 4.6 | 20.2 | 58.8 | 12.4 | 0.0 | 5.2 | 0.0 | 39.3 | 140.5 |

4 of 6

**Exhibit E**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period November 1, 2002 through November 30, 2002

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ 9 | Creditors Committee 11 | Employee Benefits/ 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 550 | $ | 1,925.00 | E. Ordway | 2.0 | 0.0 | 0.9 | 0.2 | 0.0 | 0.2 | 0.0 | 0.2 | 3.5 |
| $ 525 | $ | 8,400.00 | S. Cunningham | 9.7 | 1.5 | 2.5 | 0.0 | 0.0 | 0.0 | 2.3 | 0.0 | 16.0 |
| $ 375 | $ | 2,812.50 | C. Whitney | 7.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.5 |
| $ 350 | $ | 27,755.00 | L. Hamilton | 50.0 | 6.8 | 12.0 | 0.0 | 0.0 | 0.9 | 0.0 | 9.6 | 79.3 |
| $ 325 | $ | 1,300.00 | J. Schwendeman | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 150 | $ | 1,530.00 | M. Hakoun | 0.0 | 0.0 | 10.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 10.2 |
| $ 75 | $ | 900.00 | N. Backer | 0.0 | 0.0 | 0.0 | 9.2 | 0.0 | 0.0 | 0.0 | 2.8 | 12.0 |
| | $ | 44,622.50 | Totals | 69.2 | 8.3 | 29.6 | 9.4 | 0.0 | 1.1 | 2.3 | 12.6 | 132.5 |

5 of 6

**Exhibit E**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period December 1, 2002 through December 31, 2002

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections | Creditors Committee | Employee Benefits/ | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Task Code | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 550 | $ 1,045.00 | E. Ordway | 0.0 | 0.0 | 1.1 | 0.0 | 0.0 | 0.6 | 0.0 | 0.2 | 1.9 |
| $ 525 | $ 9,345.00 | S. Cunningham | 2.1 | 0.0 | 11.5 | 0.0 | 0.0 | 4.2 | 0.0 | 0.0 | 17.8 |
| $ 375 | $ 12,375.00 | C. Whitney | 0.0 | 0.0 | 33.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 33.0 |
| $ 350 | $ 16,100.00 | L. Hamilton | 24.6 | 0.0 | 13.5 | 0.0 | 0.0 | 1.3 | 0.0 | 6.6 | 46.0 |
| $ 325 | $ 650.00 | J. Schwendeman | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 150 | $ 1,995.00 | M. Hakoun | 0.0 | 0.0 | 12.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.9 | 13.3 |
| $ 75 | $ 825.00 | N. Backer | 0.0 | 0.0 | | 5.6 | 0.0 | 0.0 | 0.0 | 5.4 | 11.0 |
| | $ 42,335.00 | Totals | 26.7 | 0.0 | 73.5 | 5.6 | 0.0 | 6.1 | 0.0 | 13.1 | 125.0 |

# Exhibit F

**Exhibit F**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period October 1, 2002 through December 31, 2002

| | October | November | December | TOTAL |
|---|---|---|---|---|
| Copies: | | | | |
| Internal | $  207.60 | $  310.80 | $  - | $  518.40 |
| External | - | - | - | - |
| Facsimile Charges | 43.00 | 3.00 | - | 46.00 |
| Telecommunications: | - | | | |
| Telephone | - | 55.74 | | 55.74 |
| Toll Charges | - | 182.89 | 28.44 | 211.33 |
| Postage, Federal Express | 6.16 | 29.53 | 6.25 | 41.94 |
| Travel Expenses: | | | | |
| Transportation, lodging, tolls and parking | - | 243.00 | - | 243.00 |
| Meals | - | - | - | - |
| Total Expenses | $  256.76 | $  824.96 | $  34.69 | $  1,116.41 |

**Exhibit F**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period October 1, 2002 through October 31, 2002

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | 207.60 |
| External | | - |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | - |
| Facsimile | | 43.00 |
| Postage, Federal Express, Airborne | | 6.16 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| | | |
| Total Expenses | $ | 256.76 |

**Exhibit F**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period November 1, 2002 through November 30, 2002

| | |
|---|---:|
| Copies: | |
|     Internal | $ 310.80 |
|     External | - |
| Telecommunications: | |
|     Telephone | |
|     Toll Charges | 55.74 |
|     Facsimile | 182.89 |
| Postage, Federal Express, Airborne | 3.00 |
| Travel Expenses: | 29.53 |
|     Transportation, lodging, tolls and parking | |
|     Meals | 243.00 |
| | - |
| Total Expenses | $ 824.96 |

**Exhibit F**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period December 1, 2002 through December 31, 2002

| | | |
|---|---|---|
| Copies: | | |
| Internal | $ | - |
| External | | - |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | 28.44 |
| Facsimile | | - |
| Postage, Federal Express, Airborne | | 6.25 |
| Travel Expenses: | | |
| Transportation, lodging, tolls and parking | | - |
| Meals | | - |
| | | |
| Total Expenses | $ | 34.69 |