UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| W.R. Grace & Co., et al. ) | Case No. 01-01139 (JKF) |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**SUMMARY OF EIGHTEENTH MONTHLY FEE AND EXPENSE INVOICE**

| | |
|---|---|
| Name of Applicant: | Bilzin Sumberg Baena Price & Axelrod LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on June 21, 2001, Nunc Pro Tunc, to April 9, 2001 |
| Period for which compensation and Reimbursement is sought: | January 1, 2003 through January 31, 2003 |
| Fees and expenses for all matters other than those related to the Sealed Air fraudulent transfer lawsuit | **Fees**            **Expenses**<br>$8,417.00          $1,950.95 |

This is a:____X_____monthly_____Interim_____final Application

Bilzin Sumberg Baena Price & Axelrod LLP's time and requested compensation in preparing this Application will appear on a subsequent application.

611297

If this is not the first application filed, disclose the following for each prior application:

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/2/01 | 4/9/01 – 5/31/01 | $194,578.50 | $29,181.11 | $858.501.75 | $421,908.43 |
| 8/6/01 | 6/1/01 – 6/30/01 | $195,105.25 | $14,086.94 | Included Above | Included Above |
| 9/25/01 | 7/1/01 - 8/31/01 | $247,980.00 | $176,063.29 | Included Above | Included Above |
| 11/8/01 | 9/1/01 - 9/30/01 | $49,039.50 | $6,936.85 | Included Above | Included Above |
| 12/13/01 | 10/1/01 - 11/30/01 | $180,750.50 | $140,465.86 | Included Above | Included Above |
| 2/6/02 | 12/1/01 - 12/31/01 | $34,725.00 | $55,174.38 | Included Above | Included Above |
| 3/20/02 | 01/01/02 -01/31/02 | $46,653.00 | $7,974.07 | $279,969.50 | $79,962.62 |
| 4/29/02 | 2/1/02 - 2/28/02 | $65,390.00 | $52,503.52 | Included Above | Included Above |
| 5/10/02 | 3/1/02 - 3/31/02 | $166,136.00 | $19,485.03 | Included Above | Included Above |
| 6/24/02 | 4/1/02 – 4/30/02 | $155,122.00 | $47,064.53 | $226,482.40 | $21,450.64 |
| 7/31/02 | 5/1/02 - 5/31/02 | $132,842.30 | $64,325.53 | Included Above | Included Above |
| 8/15/02 | 6/1/02 – 6/30/02 | $31,047.00 | $7,577.57 | Included Above | Included Above |
| 10/5/02 | 7/1/02 – 7/31/02 | $35,534.50 | $11,699.76 | Pending | Pending |
| 10/18/02 | 8/1/02 – 8/31/02 | $43,715.00 | $7,652.17 | Pending | Pending |
| 11/15/02 | 9/1/02 – 9/30/02 | $17,035.00 | $2,867.50 | Pending | Pending |
| 12/11/02 | 10/1/02 – 10/31/02 | $22,819.00 | $1,408.16 | Pending | Pending |
| 1/9/03 | 11/1/02 – 11/30/02 | $18,002.00 | $2,673.50 | Pending | Pending |
| 2/12/03 | 12/1/02 – 12/31/02 | $3,995.50 | $639.71 | Pending | Pending |

611297