**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 8, 2003**<br>**Hearing Date: TBD if necessary** |

**SUMMARY OF FIFTH MONTHLY APPLICATION OF ELZUFON AUSTIN**
**REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE**
**ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF**
**JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

Name of Applicant:                                    Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                          Zonolite Attic Insulation Claimants

Date of retention:                                     July 22, 2002

Period for which compensation             January 1, 2003 through
and reimbursement is sought:                January 31, 2003

Amount of compensation sought
as actual reasonable and necessary:       $ 970.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                               $ 145.35

This is a:        __X___ Monthly          _____Interim          _____Final Application

Prior Application Filed:                  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/30/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/2003 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,808.50 | Pending | Pending |
| 2/12/2003 | 12/1/2002 through 12/31/2002 | $ 1,808.50 | $ 500.47 | Pending | Pending |

As indicated above, this is the fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 3.9 | $ 858.00 |
| TOTALS | | | | | 3.9 | $ 858.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 1.5 | $ 112.50 |
| TOTALS | | | | | 1.5 | $ 112.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 1.8 Hours | $ 396.00 |
| 12-Fee Application, Others | 3.6 Hours | $ 574.50 |
| TOTALS | 5.4 Hours | $ 970.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 12.15 |
| In-House Duplicating / Printing ($.15 per page) | $ 133.20 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| | |
| Total: | $ 155.35 |

Dated:  Wilmington, Delaware
         March 19, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, PA

   /s/ William D. Sullivan
William D. Sullivan (No. 2820)
Charles J. Brown, III  (No. 3368)
 300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on March 19, 2003, service of

the foregoing

- *FIFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2003 THROUGH JANUARY 31, 2003*

was made upon the attached Service List via hand delivery or United States first class mail.

Dated: Wilmington, Delaware
        March 19, 2003

*/s/ William D. Sullivan*
WILLIAM D. SULLIVAN

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin  & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899