# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 8, 2003**<br>**Hearing Date: TBD if necessary** |

**FEE DETAIL FOR OF THE FIFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
01/31/2003
Client No: 220305-11221M
Statement No: 187042

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

## Fees

|  |  | Hours |  |
|---|---|---|---|
| 1/09/03 |  |  |  |
| MY | Review November fee application materials of RPWB, prepare for filing | 0.30 |  |
| 1/13/03 |  |  |  |
| WDS | Review and revise fee application for RWPB (third monthly) and prepare for filing. | 0.70 |  |
| MY | Revise fee application of RPWB for November monthly fee app, e-file and serve | 1.20 |  |
| 1/20/03 |  |  |  |
| WDS | Review Motion to further extend Plan Period. | 0.20 |  |
| 1/22/03 |  |  |  |
| WDS | Review agenda for Hearing; phone call to co-counsel re: Hearing issues. | 0.30 |  |
| WDS | Review docket re: status of fee applications; phone call to co-counsel re: no payments received yet. | 0.40 |  |
| 1/27/03 |  |  |  |
| WDS | Attend Hearing, status conference on ZAI matters. | 1.80 |  |
| WDS | E-mail to co-counsel re: letter to Judge Fitzgerald. | 0.10 |  |
| 1/31/03 |  |  |  |
| WDS | Review letter to Court; prepare Notice of Filing and file with Court. | 0.40 |  |
|  | For Current Services Rendered | 5.40 | 970.50 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 3.90 | $220.00 | $858.00 |
| Michael Young | Paralegal | 1.50 | 75.00 | 112.50 |

ZAI Plaintiffs                                          01/31/2003
                                        Client No:  220305-11221M
                                        Statement No:       187042

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

                            Expenses

| Date | Description | Amount |
|---|---|---|
| 2/30/02 | cert no obj re 2nd mon ffa | 18.90 |
| 2/30/02 | LA CNO RE 2ND MON FFA | 18.90 |
| 2/30/02 | EARTM CNO RE 2ND MON FFA | 18.90 |
| 2/30/02 | LETTER | 3.75 |
| 2/30/02 | LETTER | 0.15 |
| 2/30/02 | letter | 69.00 |
| 1/12/03 | nov fee app | 3.60 |
| 1/13/03 | let. w/enc. |  |

Total Expenses                                             133.20

                            Advances

| Date | Description | Amount |
|---|---|---|
| 1/13/03 | Courier fee Tristate Courier & Carriage - Hand deliveries | 5.00 |
| 1/22/03 | Courier fee Federal Express | 7.15 |

Total Advances                                              12.15

Total Current Work                                       1,115.85

Balance Due                                            $1,115.85