## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 8, 2003** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE VERIFIED FIFTH MONTHLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003

Name of Applicant:
Richardson Patrick Westbrook & Brickman, LLC

Authorized to Provide Professional Services to:
Zonolite Attic Insulation Claimants

Date of Appointment:
July 22, 2002

Period for which compensation and Reimbursement is sought:
January 1, 2003 through January 31, 2003

Amount of Compensation sought as actual, Reasonable, and necessary:
$ 142,944.50

Amount of Expenses Reimbursement:
$ 68,022.89

This is a: X monthly   _ interim   _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/02 through 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 through 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 through 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 through 12/31/2002 | $104,018.00 | $32,439.18 | Pending | Pending |

This is the fifth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 44.5 | $28,502.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 92.2 | $36,880.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 76.7 | $20,325.50 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 41.0 | $9,840.00 |
| TOTALS | | | | | 254.4 | $95,548.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 8.8 | $1,100.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 166.8 | $20,850.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 39.7 | $4,962.50 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 144.6 | $18,075.00 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 6.8 | $510.00 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 1.3 | $97.50 |
| Sally Hollings | Lit. Support | 4 | Litigation | $75 | 4 | $300.00 |
| Ann Crouse | Lit. Support | 5 | Litigation | $75 | 16.5 | $1,237.50 |
| Ian Jones | Comp. Tech | 5 | Litigation | $110 | 2.4 | $264.00 |
| TOTALS | | | | | 390.9 | $47,396.50 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 5.9 | $767.50 |
| 14 - Hearings | 1.0 | $650.00 |
| 22-ZAI Science Trial | 638.4 | $141,527.00 |
| TOTALS | 645.3 | $142,944.50 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Telephone Expense | |
| Federal Express Overnight Delivery | $31.52 |
| Postage Expense | |
| Telephone Expense – Outside | |
| Duplicating – Internal | $135.90 |
| Documentation Charge | |
| Courier Service | |
| Outside Duplicating | |
| Lodging | |
| Parking | |
| Air Travel Expense | |
| Rail Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| General Expense | |
| Expert Services | $63,380.04 |
| Outgoing Faxes | $32.00 |
| Contract Labor | $4,272.50 |
| Reference Materials | $17.49 |
| Westlaw Research | $153.44 |
| Total | $68,022.89 |

Dated: March 19, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
& Brickman. LLC
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 8, 2003** |
| | | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED FIFTH MONTHLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003

03/11/2003

# Time report

### 01/01/2003 - 01/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **01/02/2003** | | | | |
| 01/02/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Review, analyze and input Grace documents | $125.00 | 7.00 | $875.00 |
| 01/02/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Reviewed Zonolite documents (4.5); received and reviewed memo from Darrell Scott re: Claimants (.2). | $400.00 | 4.70 | $1,880.00 |
| 01/02/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents to identify ZAI issues | $125.00 | 8.00 | $1,000.00 |
| 01/02/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Review and summarize Grace document production to identify ZAI issues. | $265.00 | 8.90 | $2,358.50 |
| 01/02/2003 shollings | 200106 0000 | Zonolite Science Trial | L106 ZAI document review and computer input | $75.00 | 4.00 | $300.00 |
| **Day:** | | **01/03/2003** | | | | |
| 01/03/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Review and summarize Grace document production to identify ZAI issues (1.3); Conference with Mr. Turkewitz re: review and summarization of Grace document production and important documents for inclusion in database (.1) | $265.00 | 1.40 | $371.00 |
| 01/03/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents | $125.00 | 8.00 | $1,000.00 |
| 01/03/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Continued reviewing Zonolite documents (1.5); conversation with Jay Ward regarding document production (.1). | $400.00 | 1.60 | $640.00 |
| 01/03/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Review, analyze and input Grace documents to idenitfy ZAI issues | $125.00 | 6.50 | $812.50 |
| **Day:** | | **01/05/2003** | | | | |
| 01/05/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Continued reviewing Zonolite documents. | $400.00 | 4.00 | $1,600.00 |
| **Day:** | | **01/06/2003** | | | | |
| 01/06/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace Documents to idenitfy ZAI issues | $125.00 | 8.00 | $1,000.00 |

03/11/2003

# Time report

### 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 01/06/2003 200106 | | Zonolite Science Trial | L106 | $650.00 | 1.60 | $1,040.00 |
| ewestbrook | 0000 | | Review correspondence from Grace counsel regarding privileged documents and note to Rob Turkewitz, Bobby Wood and Jay Ward regarding same (.4), review correspondence regarding ZAI inspections (.2), review expert information regarding ZAI (.2); conversations with Rob Turkewitz regarding ZAI matters (.3); review report on Grace interference with ZAI declaration of public emergency (.2); conversation with Jay Ward regarding ZAI strategy (.1); ZAI case planning (.4) | | | |
| 01/06/2003 200106 | | Zonolite Science Trial | L106 | $265.00 | 4.70 | $1,245.50 |
| jward | 0000 | | Conference with Mr. Turkewitz re: potential Grace deponents (0.2); exchange e-mail messages with Ms. Hughes re: additional information needed re: same (0.2); Review and summarize Grace document production to identify ZAI issues (4.2); Conversation with Mr. Westbroook regarding strategy (.1). | | | |
| 01/06/2003 200106 | | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| chughes | 0000 | | Review, analyze and input Grace documents (4.5); search for witness specific documents (3.0) | | | |
| 01/06/2003 200106 | | Zonolite Science Trial | L106 | $400.00 | 0.50 | $200.00 |
| rturkewitz | 0000 | | Conference with Jay Ward regarding potential Grace deponents (.2); conversation with Ed Westbrook regarding ZAI matters (.3) | | | |
| **Day:** | | **01/07/2003** | | | | |
| 01/07/2003 200106 | | Zonolite Science Trial | L106 | $75.00 | 0.30 | $22.50 |
| lhambleton | 0000 | | Meeting with Rob Turkewitz, Lizzie Kerrison and Janet Bakst regarding specific ZAI files | | | |
| 01/07/2003 200106 | | Zonolite Science Trial | L106 | $400.00 | 0.30 | $120.00 |
| rturkewitz | 0000 | | Meeting with Lizzie Kerrison, Janet Bakst and Linda Hambleton regarding my ZAI files | | | |
| 01/07/2003 200106 | | Zonolite Science Trial | L106 | $240.00 | 0.30 | $72.00 |
| bwood | 0000 | | Various emails to law clerks regarding research on property damage contamination projects and issues | | | |
| 01/07/2003 200106 | | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| lkerrison | 0000 | | Organize copies from Grace chronology boxes for inclusion with Libby chronology documents (5.4); conference with Janet Bakst, Linda Hambleton and Rob Turkewitz regarding files (.3); meeting with Ed Westbrook and others regarding location of files (.3) | | | |
| 01/07/2003 200106 | | Zonolite Science Trial | L106 | $125.00 | 8.80 | $1,100.00 |
| chughes | 0000 | | Review, analyze and input Grace documents for ZAI issues (8.5); meeting regarding files (.3) | | | |
| 01/07/2003 200106 | | Zonolite Science Trial | L106 | $265.00 | 5.40 | $1,431.00 |
| jward | 0000 | | Review and summarize Grace document production. | | | |

# Time report

## 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 01/07/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Case planning work (.6); review memos regarding potential deponents (.4); review and circulate memo regarding asbestos contamination legal analysis (.7); meeting with several staff members regarding location of files and organization (.3) | $650.00 | 2.00 | $1,300.00 |
| 01/07/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Grace document review for ZAI issues (5.5); meeting with Ed Westbrook and others regarding location and organization of files (.3) | $125.00 | 5.80 | $725.00 |
| 01/07/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents for ZAI issues (7.7); meeting with Rob Turkewitz and others regarding files (.3) | $125.00 | 8.00 | $1,000.00 |

| Day: | | 01/08/2003 | | | | |
|------|---|------------|---|---|---|---|
| 01/08/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents for ZAI issues | $125.00 | 8.00 | $1,000.00 |
| 01/08/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Meeting with Rob Turkewitz, Bobby Wood and Jay Ward regarding status of document review, ZAI investigation, potential deponents, privilege document issues (1.7); review memos from Jay Ward regarding ZAI documents (.3); conversation with Rob Turkewitz regarding OMB interference in EPA declaration of a ZAI public health emergency (1.2) | $650.00 | 3.20 | $2,080.00 |
| 01/08/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Conference with Messrs. Westbrook, Turkewitz and Wood re: case status and deposition strategy (1.7); Review and revise letter to Grace counsel re: proposed deponents (0.1); Receive and review letters re: discovery disputes (0.1); Review and summarize Grace document production for ZAI issues(1.1). | $265.00 | 3.00 | $795.00 |
| 01/08/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Review and analyze Grace documents for ZAI issues | $125.00 | 6.00 | $750.00 |
| 01/08/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Received and reviewed claimants' draft interrogatory responses (.8); phone conversation with Darrell Scott re: discovery responses and reliance materials for experts (.5); conference with Ed Westbrook, Jay Ward and Bobby Wood re: strategy and depositions of Grace employees (1.7); continued reviewing Zonolite documents (2.0); received and reviewed email from Darrell Scott re: Grace (.3); conversation with Ed Westbrook regarding OMB interference in EPA declaration of a ZAI public health emergency (1.2). | $400.00 | 6.50 | $2,600.00 |
| 01/08/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 ZAI brief work on dust sampling (6.0); meeting with Jay Ward, Ed Westbrook and Rob Turkewitz regarding status of document review, ZAI investigation, potential deponents, privilege document issues (1.7) | $240.00 | 7.70 | $1,848.00 |

| Day: | | 01/09/2003 | | | | |
|------|---|------------|---|---|---|---|

# Time report

## 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 01/09/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI brief research on property damage contamination | $240.00 | 1.00 | $240.00 |
| 01/09/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Organize copies from Grace chronology boxes for inclusion with Libby chronology documents | $125.00 | 4.50 | $562.50 |
| 01/09/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed Libby Asbestos Public Health Assessment (1.5); phone conversations re: identification of witnesses (.5); conference with Ed Westbrook re: witnesses (.4); reviewed documents, including news stories on Zonolite and Libby (.8); reviewed drafted and sent email to prospective witness (.4); corresponding emails and conversation with Jay Ward regarding EPA warning and congressional involvement (.3) | $400.00 | 3.90 | $1,560.00 |
| 01/09/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, analyze and input Grace documents to identify ZAI issues | $125.00 | 8.00 | $1,000.00 |
| 01/09/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Exchange e-mail messages with Messrs. Westbrook and Turkewitz re: EPA warning issue and congressional involvement (0.2); telephone call with Mr. Turkewitz re: same (0.1). | $265.00 | 0.30 | $79.50 |
| 01/09/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues | $125.00 | 8.00 | $1,000.00 |
| 01/09/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on privilege document issue (.5); review memos regarding ZAI (1.2); conversation with Rob Turkewitz regarding witnesses (.4); emails with Jay Ward and Rob Turkewitz regarding EPA warning issue (.2) | $650.00 | 2.30 | $1,495.00 |
| **Day:** | | **01/10/2003** | | | | |
| 01/10/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and analyze Grace documents for ZAI issues | $125.00 | 5.00 | $625.00 |
| 01/10/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on privilege document matters, correspondence from Grace and respond thereto (2.5) | $650.00 | 2.50 | $1,625.00 |
| 01/10/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, input and analyze Grace documents to identify ZAI issues | $125.00 | 5.00 | $625.00 |
| 01/10/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Phone conversations re: Interrogatory Response identifying witnesses (.5); phone conversation with James Bentz re: Interrogatory Response identifying witnesses (.4); phone conversation with Darrell Scott re: identification of witnesses (.2). | $400.00 | 1.10 | $440.00 |

03/11/2003

5

# Time report

### 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

### Day: 01/13/2003

| 01/13/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 2.60 | $1,040.00 |
| rturkewitz | 0000 | | | | | |

Reviewed Grace deposition summaries and prepared list of former and current Grace witnesses (1.5); received and reviewed email from Jay Ward re: Grace Witnesses (.2); phone conversation with Ed Westbrook re: Grace witnesses (.4); revised list of Grace witnesses and forwarded to Lukins & Annis (.5).

| 01/13/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.80 | $477.00 |
| jward | 0000 | | | | | |

Multiple conferences with Ms. Hughes and Ms. Bakst re: key documents to be entered into database (0.2); exchange e-mail messages with Mr. Turkewitz re: Grace witnesses to be identified in interrogatory responses (0.2); review and summarize Grace document production for ZAI issues (1.4)

| 01/13/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.50 | $1,625.00 |
| ewestbrook | 0000 | | | | | |

Case planning and document review (2.1); conversation with Rob Turkewitz regarding witnesses (.4)

| 01/13/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| jbakst | 0000 | | | | | |

Review, analyze and categorize documents from Grace documents. Select critical documents regarding ZAI issues and enter into a data base (6.8); conversation with Jay Ward regarding key documents (.2)

| 01/13/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.90 | $987.50 |
| chughes | 0000 | | | | | |

Review, analyze and input Grace documents for ZAI issues (7.7); conversations with Jay Ward regarding key documents to be entered into the database (.2)

### Day: 01/14/2003

| 01/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.90 | $862.50 |
| chughes | 0000 | | | | | |

Review, analyze and input Grace documents for ZAI issues (6.5); conversations with Jay Ward regarding documents in database (.4)

| 01/14/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| jbakst | 0000 | | | | | |

Review, analyze and categorize documents Grace documents. Select critical documents regarding ZAI issues and enter into a data base (7.6); conversation with Jay Ward regarding database documents (.4)

| 01/14/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.20 | $780.00 |
| ewestbrook | 0000 | | | | | |

Review memos from Janet Bakst and discussions with potential expert (.5); work on case planning matters (.7)

| 01/14/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.20 | $848.00 |
| jward | 0000 | | | | | |

Multiple conferences with Ms. Hughes and Ms. Bakst re: documents to be entered in Grace database (.4); Review and summarize Grace document production to identify ZAI issues (2.4); Conference with Mr. Wood re: procedure for Grace document review and entry of documents into database (0.2); draft memo to Messrs. Westbrook and Turkewitz re: status of Grace document review (0.1); draft memo to ZAI

# Time report

### 01/01/2003 - 01/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | team re: same and necessary completion of review interrupted by technical difficulties (0.1). | | | |
| 01/14/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Phone conversation re: references on renovations of attics (.5); phone conversation with Darrell Scott re: status of discovery (.4); reviewed and revised expert testimony outline (1.2); phone conversation with document custodian re: U.S. v. Grace records (.2). | $400.00 | 2.30 | $920.00 |
| 01/14/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and input Libby chronology documents into Concordance | $125.00 | 1.50 | $187.50 |
| 01/14/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Grace document production review to identify ZAI issues (5.0); conversation with Jay Ward regarding document review (.2) | $240.00 | 5.20 | $1,248.00 |
| **Day:** | **01/15/2003** | | | | | |
| 01/15/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Grace document production review to identify ZAI issues | $240.00 | 8.00 | $1,920.00 |
| 01/15/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference call with Rob Turkewitz and potential expert regarding science issues (.6); conference call with Rob Turkewitz and Darrell Scott regarding case status and issues (.4); conference with Rob Turkewitz regarding strategy and status of discovery (1.) | $650.00 | 2.00 | $1,300.00 |
| 01/15/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Phone conversation with Brenda Fischer re: shipping of ZAI samples for analysis (.2); conferences with jay Ward re: Grace documents (.8); conference with Ed Westbrook re: status of discovery and strategy for Science Trial (1.0); conference call with Ed Westbrook and potential expert re: science issues (.6); conference with Ed Westbrook and Darrell Scott re: status and legal issues (.4); reviewed documents re: Grace distribution and representations (1.2); phone conversations with Russell Sipes re: prospective witnesses (.2); phone conversation with potential expert re: expert reliance materials (.3); received and reviewed letter from Colin Black re: A.D. Little subpoena (.2); phone conversation with Darrell Scott re: A.D. Little subpoena (.2); phone conversations with Colon Black re: A. D. Little bankruptcy and subpoena (.3). | $400.00 | 5.40 | $2,160.00 |
| 01/15/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple conferences with Ms. Hughes and Ms. Bakst re: documents to be entered in Grace database (0.3); multiple conferences with Mr. Turkewitz re: information needed on ZAI sales (0.2); Multiple conferences with Ms. Hughes re: information needed on ZAI sales (0.2); review documents re: same (0.2); review and summarize Grace document production for ZAI issues (1.8); conversation with Rob Turkewitz regarding various Grace documents (.8). | $265.00 | 3.50 | $927.50 |

6

03/11/2003

# Time report

### 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 01/15/2003 200106 jbakst 0000 | | Zonolite Science Trial | L106<br>Review, analyze and categorize documents from Grace documents to identify ZAI issues and enter into a data base. | $125.00 | 8.00 | $1,000.00 |
| 01/15/2003 200106 chughes 0000 | | Zonolite Science Trial | L106<br>Do several searchs regarding ZAI sales and do sales calculations (3.0); Review, analyze and input Grace documents to idenitfy ZAI issues(4.5); | $125.00 | 7.50 | $937.50 |
| **Day:** | | **01/16/2003** | | | | |
| 01/16/2003 200106 chughes 0000 | | Zonolite Science Trial | L106<br>Do several searchs regarding sales and bag volumes, review hard copies of such documents found and prepare memo (5.0); Review, analyze and input Grace documents for ZAI issues (2.0); meeting with Ann Crouse regarding Concordance and inputting documents (.5); various conversations with Jay WArd, Rob Turkewitz and Janet Bakst regarding sales documents (.4) | $125.00 | 7.90 | $987.50 |
| 01/16/2003 200106 rturkewitz 0000 | | Zonolite Science Trial | L106<br>Conference with Jay Ward re: ZAI production and testing (.5); E-mail to PD Team re: ZAI production and testing (.5); Received and reviewed memo from Carrie Hughes re: ZAI documents (.3); Reviewed ZAI documents (2.5); Conversations with Carrie Hughes, Jay Ward and Janet Bakst regarding sales documents (.4). | $400.00 | 4.20 | $1,680.00 |
| 01/16/2003 200106 jbakst 0000 | | Zonolite Science Trial | L106<br>Review, analyze and categorize documents for ZAI issues from Grace documents. Select critical documents and enter into a data base (7.4); conversation with Jay Ward, Rob Turkewitz and Carrie Hughes regarding sales documents (.4) | $125.00 | 7.80 | $975.00 |
| 01/16/2003 200106 jward 0000 | | Zonolite Science Trial | L106<br>Multiple conferences with Mr. Turkewitz, Ms. Hughes and Ms. Bakst re: documents needed evidencing ZAI sales (.4); Review and compile documents needed evidencing ZAI sales (.4); Review and summarize Grace document production to identify ZAI issues (2.1); Meeting with Rob Turkewitz regarding ZAI production and sales (.5) | $265.00 | 3.40 | $901.00 |
| 01/16/2003 200106 ewestbrook 0000 | | Zonolite Science Trial | L106<br>Review memos regarding ZAI (.3); review correspondence to co-counsel regarding ZAI personal injury cases and representations regarding ZAI (.4); work on case planning (.4); conversations with co-counsel regarding ZAI matters and conversations with experts (.5) | $650.00 | 1.60 | $1,040.00 |
| 01/16/2003 200106 acrouse 0000 | | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 0.50 | $37.50 |
| 01/16/2003 200106 bwood 0000 | | Zonolite Science Trial | L106<br>Grace document production review to identify ZAI issues (3); Research with law clerk on bankruptcy discharge of future claims (1.5) | $240.00 | 4.50 | $1,080.00 |

03/11/2003

# Time report

## 01/01/2003 - 01/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/16/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Input Libby chronology documents into database | $125.00 | 6.50 | $812.50 |

| **Day:** | | **01/17/2003** | | | | |
|---|---|---|---|---|---|---|
| 01/17/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review research by law clerk regarding property damage contamination issues | $240.00 | 0.70 | $168.00 |
| 01/17/2003<br>acrouse | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 2.50 | $187.50 |
| 01/17/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production to identify ZAI issues. | $265.00 | 1.10 | $291.50 |
| 01/17/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, analyze and categorize documents identifying ZAI issues from Grace documents.  Select critical documents and enter into a data base. | $125.00 | 7.00 | $875.00 |
| 01/17/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace memos regarding ZAI (.6); review letter from Grace regarding deponents, conversations with Rob Turkewitz regarding same (.4); call to Grace counsel regarding deponents (.1); review notes regarding potential fact witnesses (.3) | $650.00 | 1.40 | $910.00 |
| 01/17/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed documents from consultant re: attic renovations (1.0); phone conversation with Ed Westbrook re: deponents (.4); reviewed EPA documents re: testing of Zonolite (1.5); E-mail to prospective witness (.3); Memo to Ed Westbrook re: Grace testing (.8); Telephone conversation with EPA re: FOIA request (.5) | $400.00 | 4.50 | $1,800.00 |
| 01/17/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Research hot documents for specific ZAI issues (1.5) | $125.00 | 1.50 | $187.50 |

| **Day:** | | **01/18/2003** | | | | |
|---|---|---|---|---|---|---|
| 01/18/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversation with prospective witness re: Grace testing (.4); E-mail to Linda Hambleton re: purchase of book on Libby (.2). | $400.00 | 0.60 | $240.00 |

| **Day:** | | **01/20/2003** | | | | |
|---|---|---|---|---|---|---|
| 01/20/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review materials from expert consultant regarding ZAI issues (.4); review recent case regarding building contamination and memo to other lawyers regarding same (.7); review memo regarding documents selected by staff and emails regarding same (.3) | $650.00 | 1.40 | $910.00 |

03/11/2003

# Time report

### 01/01/2003 - 01/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/20/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Jay Ward regarding depositions and testing (.5); research testing documents for specific documents (1.0); Review, analyze and input Grace documents regarding ZAI issues (7.0) | $125.00 | 8.50 | $1,062.50 |
| 01/20/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, analyze and categorize ZAI documents from Grace documents. Select critical documents and enter into data base. | $125.00 | 7.00 | $875.00 |
| 01/20/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Draft e-mail message to Messrs. Westbrook and Turkewitz updating on status of Grace document review (0.1); receive and review letter from Grace counsel in response to claimants' request for depositions of Grace employees (0.1); review and summarize Grace document production to identify ZAI issues (2.1); review documents in database to determine areas of knowledge of potential Grace deponents (.6); draft memo to Mr. Westbrook re: areas of knowledge of potential Grace deponents (.6); conversation with Carrie Hughes regarding depositions and testing (.5) | $265.00 | 4.00 | $1,060.00 |
| 01/20/2003<br>acrouse | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 4.50 | $337.50 |
| 01/20/2003<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Conducted internet search, found, and ordered a book re: Libby, Rob Turkewitz asked me to find and purchase for him. | $75.00 | 0.50 | $37.50 |

| Day: | 01/21/2003 | | | | | |
|---|---|---|---|---|---|---|
| 01/21/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with ZAI team regarding upcoming ZAI depositions and testing documents (.5); input Libby chronology documents into database (5.5) | $125.00 | 6.00 | $750.00 |
| 01/21/2003<br>acrouse | 200106<br>0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 3.00 | $225.00 |
| 01/21/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Grace document production review to identify ZAI issues (.8); meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding strategy and discovery issues (.5); meeting with attorneys and staff regarding time and expenses, depositions and testing documents (.5) | $240.00 | 1.80 | $432.00 |
| 01/21/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend meeting regarding upcoming depositions and status of case | $125.00 | 0.50 | $62.50 |
| 01/21/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production to identify ZAI issues (6.2); Conference with Messrs. Westbrook, Turkewitz and Wood re: expert and deposition discovery issues and trial strategy (.5); Conference with ZAI team re: case status, document review status and tasks to be completed (.5); Receive and review letter from Grace counsel re: depositions of Grace fact witnesses (.1). | $265.00 | 7.30 | $1,934.50 |

03/11/2003

# Time report

### 01/01/2003 - 01/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/21/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review, analyze and categorize ZAI documents from Grace documents. Select critical documents and enter into data base.( 7.5 hours ); ZAI Science team conference re: document preparation for expert witness depositions. (.5 ) | $125.00 | 8.00 | $1,000.00 |
| 01/21/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Work on deposition planning, conference with staff for update on ZAI status (.5); second conference with Rob Turkewitz, Jay Ward and Bobby Wood regarding deposition preparation and discuss correspondence from Grace refusing to produce certain deponents (.5); review Grace documents (.7) | $650.00 | 1.70 | $1,105.00 |
| 01/21/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L106<br>Attend conference with Ed Westbrook and others regarding status of case | $75.00 | 0.50 | $37.50 |
| 01/21/2003 lhambleton | 200106 0000 | Zonolite Science Trial | L106<br>Conference with ZAI team re: status of document review, schedule, and tasks to be completed. | $75.00 | 0.50 | $37.50 |
| 01/21/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Attend meeting with Ed Westbrook and others regarding case (.5); search testing documents for specific ZAI documents (.2); Review, analyze and input  Grace documents for ZAI issues(6.5) | $125.00 | 7.20 | $900.00 |
| 01/21/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with P.D. Group re: status of discovery (.5); received and reviewed ZAI documents (.5); meeting with Ed Westbrook, Jay Ward and Bobby Wood regarding strategy and discovey issues (.5); reviewed and revised expert outlines (.5); phone conversation with Ed Cottingham re: Libby database (.2); received and reviewed memo from Jay Ward re: Grace witnesses (.2); forwarded expert outlines to Ed Westbrook (.1); Received and reviewed documents for upcoming deposition (1.5); Telephone conversation regarding upcoming deposition (.2); memo to Ed Westbrook re: potential expert report (.2); Conference call regarding recent subpoena issues and memo to file regarding same (.9); Telephone conversation with prospective witness (.5); Conference call with co-counsel re: status and strategy for science trial (.5) | $400.00 | 6.20 | $2,480.00 |
| **Day:** | **01/22/2003** | | | | | |
| 01/22/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Phone conversation regarding recent subpoena issues (.2); received and reviewed correspondence regarding production of documents; telephone call and fax regardign same (.6); reviewed ZAI documents (1.0); Memo to file re: vermiculite testing protocol used by Grace (.5); Reviewed article on ZAI and forwarded it to P.D. Team (.4); Telephone conversation with expert re: status of testing (1.2); Letter to expert re: renovations (.8); Conversation with Ed Westrbook regarding documents found during document production (.5) | $400.00 | 5.20 | $2,080.00 |

# Time report

### 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 01/22/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Draft correspondence to Grace counsel regarding Grace decision not to produce three requested deponents, review and check (1.2); review memos regarding involvement of three challenged deponents in ZAI matters to support argument that deponents should be produced (.8); meetings with Rob Turkewitz regarding important documents uncovered during document production (.5); review emails regarding progress of ZAI document review and information from various documents (.6) | $650.00 | 3.10 | $2,015.00 |
| 01/22/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Various discussions with staff and attorneys regarding inputting hot documents and status update (.5); Review, analyze and input Grace documents regarding ZAI issues (7.3) | $125.00 | 7.80 | $975.00 |
| 01/22/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review, analyze and categorize documents for ZAI issues Grace documents. Select critical documents and enter into data base (7.7); various conversations with Jay Ward, Bobby Wood and Carrie Hughes regarding the database (.3) | $125.00 | 8.00 | $1,000.00 |
| 01/22/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production for ZAI issues (3.2); Multiple conferences with Mr. Wood, Ms. Bakst and Ms. Hughes re: critical documents to be entered into database (.3); Review status of Grace document review and draft memo outlining documents left for review (.4). | $265.00 | 3.90 | $1,033.50 |
| 01/22/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Grace document production review to identify ZAI issues (4.0); conversations with Jay Ward, Carrie Hughes and Janet Bakst regarding documents in database (.3) | $240.00 | 4.30 | $1,032.00 |
| 01/22/2003 acrouse | 200106 0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 4.00 | $300.00 |
| Day: | | 01/23/2003 | | | | |
| 01/23/2003 acrouse | 200106 0000 | Zonolite Science Trial | L106<br>ZAI document review and computer input of important ZAI issues | $75.00 | 2.00 | $150.00 |
| 01/23/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Grace document production review to identify ZAI issues | $240.00 | 1.00 | $240.00 |
| 01/23/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Conduct searches on dust testing, specific witnesses, and other issues (4); review and analyze Grace documents for ZAI issues (4); | $125.00 | 8.00 | $1,000.00 |
| 01/23/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review and outline reports prepared by expert re: testing issues; review correspondence re: proposed depositions of Messrs. Wolter, Dueckor and Ericson. | $265.00 | 0.50 | $132.50 |

03/11/2003

# Time report

## 01/01/2003 - 01/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/23/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, analyze, and categorize Grace documents for ZAI issues. Select critical documents and enter into data base (7.8); conversation with Ed Westbrook regarding ZAI documents (.2) | $125.00 | 8.00 | $1,000.00 |
| 01/23/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Correspondence to Grace counsel regarding status report to the Court and discussions with Grace counsel regarding same; draft, revise and finalize letter to Court regarding ZAI status conference per phone conversation with Grace counsel (1.3); conference with Janet Bakst regarding ZAI documents (.2); work on ZAI expert matters regarding memo from Rob Turkewitz regarding same (.8); work on case planning (.4) | $650.00 | 2.70 | $1,755.00 |
| 01/23/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed ZAI documents (.8); Received and began reviewing  book on Libby (.5); Received and reviewed results of ZAI testing (.4); Email to Ed Westbrook re: test results (.2) | $400.00 | 1.90 | $760.00 |
| **Day:** | **01/24/2003** | | | | | |
| 01/24/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed and summarized ZAI hot documents (1.5); Correspondence to investigator re: testing of ZAI (.5); Telephone conversation with investigator re: testing of ZAI (.2) | $400.00 | 2.20 | $880.00 |
| 01/24/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Email correspondence with Grace counsel regarding Monday ZAI conference and conversations regarding same (.2); review memos regarding ZAI documents (.8); review correspondence from Grace counsel regarding privileged document issue (.2); review scientific results regarding ZAI (.4) | $650.00 | 1.60 | $1,040.00 |
| 01/24/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, analyze and categorize ZAI documents from Grace documents. Select critical documents and enter into a data base. | $125.00 | 7.50 | $937.50 |
| 01/24/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Grace document production for ZAI issues | $265.00 | 2.40 | $636.00 |
| 01/24/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review research on property damage contamination | $240.00 | 0.50 | $120.00 |
| **Day:** | **01/27/2003** | | | | | |
| 01/27/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review research done by law clerk regarding admissibility of ASTM standards | $240.00 | 1.50 | $360.00 |
| 01/27/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple telephone calls w/ Mr. Jones re: database issues (0.2); receive and review letter re: additional Grace documents to be produced and privileged document issues (0.1); multiple conferences Hughes re: entry | $265.00 | 5.10 | $1,351.50 |

# Time report

## 01/01/2003 - 01/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | of critical documents in database and review of Grace supplemental document production (.4); Review and summarize Grace supplemental document production for ZAI issues (.6); Review critical documents and begin drafting Grace employee deposition outlines (3.8). | | | |
| 01/27/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review, analyze and categorize ZAI documents from Grace Documents. Select critical documents and enter into a database (7.8); conversation with Rob Turkewitz regarding research project (.2) | $125.00 | 8.00 | $1,000.00 |
| 01/27/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Review, analyze and input ZAI related documents (6); work with Ian Jones on corrupt CDs produced by Grace (2.0); conversation with Jay Ward regarding critical documents (.4) | $125.00 | 8.40 | $1,050.00 |
| 01/27/2003 ijones | 200106 0000 | Zonolite Science Trial | L106 Work with Carrie Hughes on the corrupt CDs produced by Grace (2); conversation with Jay Ward regarding database issues (.2) | $110.00 | 2.20 | $242.00 |
| 01/27/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Phone conversation re: regulations for shipping asbestos (.4); Conference with Janet Bakst re: status of research (.2); memo from Janet Bakst on status (.1); Conference with Ed Westbrook re: testing issues (.5); Telephone conversation with prospective expert re: opinions and findings (.5); Telephone conversation re: claimants (.4); Reviewed information on claimants (1.5); Reviewed and summarized documents re: ZAI and asbestos (2); Internet search re: potential experts .4); Reviewed and revised memos on Grace documents (.5); Letter to Jim Bentz re: review of documents at Grace repository (.4); conversation with Ed Westbrook regarding recent contamination decision (.3) | $400.00 | 6.90 | $2,760.00 |
| 01/27/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Conference with Rob Turkewitz regarding testing issues (.5); case planning regarding fact depositions (1.2); conversation with potential witness (.2); review recent contamination decision and conversation with Rob Turkewitz regarding same (.3) | $650.00 | 2.20 | $1,430.00 |
| **Day:** | **01/28/2003** | | | | | |
| 01/28/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 General staff meeting regarding update on document review, preparation for upcoming depositions, work on expert matters, assignment of additional tasks (1.2); conversation with potential witness's representative (.3); review of available deposition material for preparation of upcoming depositions (.5) | $650.00 | 2.00 | $1,300.00 |
| 01/28/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Telephone conversation with Darrell Scott re: status (.4); Telephone conversation re: inspection of home (.4); Meeting of P.D. Group to discuss preparation and strategy for upcoming depositions (1.2); Telephone conversation with Jim Bentz re: scheduling of Wood, Eaton & Yang depositions (.2); memo to Linda Hambleton re: arrangements for | $400.00 | 6.70 | $2,680.00 |

# Time report

### 01/01/2003 - 01/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | depositions (.3); received and reviewed letter from Jim Bentz re: depositions (.1); Reviewed and revised memo on expert reliance materials (.8); Conference call with Darrell Scott and prospective witness (.6); Memo to Ed Westbrook re: testing (.5); Reviewed materials in preparation for Wood deposition (2.0); Conference with Jay Ward regarding upcoming deposition and inspections (.2) | | | |
| 01/28/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Search database for Eaton, Wood and Yang information for upcoming depositions (2.0), attend ZAI meeting regarding upcoming depositions, expert information and testing documents (1.2); input Libby chronology documents into database (3.3); conversation with Jay Ward and Janet Bakst regarding documents for upcoming deposition (.2) | $125.00 | 6.70 | $837.50 |
| 01/28/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review, analyze, and characterize ZAI documents and select critical documents and enter into a data base. (5.6). ZAI science team conference re: preparation for upcoming depositions (1.2); conversations with Jay Ward and Carrie Hughes regarding documents needed for upcoming depositions (.2) | $125.00 | 7.00 | $875.00 |
| 01/28/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference w/ Mr. Turkewitz re: preparation for Chip Wood deposition, Boston area home inspections, and document review in Grace repository (0.2); multiple telephone calls w/ Mr. Jones re: Grace document database issues (0.2); attempt to locate ZAI homeowner who complained of excessive dust (0.1); Continue reviewing critical documents in database and preparing Grace employee deposition outlines (4.9); Attend ZAI team meeting re: case status, status of document review, and Grace employee deposition preparation and strategy (1.2); Multiple conferences with Ms. Bakst and Ms. Hughes regarding documents to be reviewed and compiled in preparation for Grace employee depositions (.2) | $265.00 | 6.80 | $1,802.00 |
| 01/28/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend meeting regarding update on document review, preparation for upcoming depositions, work on expert matters, assignment of additional tasks | $240.00 | 1.20 | $288.00 |
| 01/28/2003<br>ijones | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with Jay Ward regarding database issues | $110.00 | 0.20 | $22.00 |
| 01/28/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend meeting regarding upcoming depositions and responsibilities | $75.00 | 1.20 | $90.00 |
| 01/28/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend meeting regarding upcoming depositions and responsibilities | $125.00 | 1.20 | $150.00 |
| **Day:** | | **01/29/2003** | | | | |
| 01/29/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Ed Westbrook regarding materials needed for upcoming depositions | $125.00 | 0.30 | $37.50 |

03/11/2003

# Time report

## 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 01/29/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 1.60 | $384.00 |
| bwood | 0000 | | ZAI research on CFR regs for government witnesses, EPA regs and cases | | | |
| 01/29/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.60 | $1,690.00 |
| ewestbrook | 0000 | | Prepare for Eaton deposition (1.2); discussions with Rob Turkewitz concerning reliance materials and upcoming depositions (.5); discussions with Kim Carr regarding gathering deposition materials (.3); review scientific reports regarding vermiculite (.6) | | | |
| 01/29/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 5.50 | $1,457.50 |
| jward | 0000 | | Continue reviewing critical documents in database and preparing Grace employee deposition outlines (3.5); Analyze multiple memos re: science issues (.8); Summarize documents in preparation for Mr. Wood deposition (1.2). | | | |
| 01/29/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 6.50 | $2,600.00 |
| rturkewitz | 0000 | | Reviewed documents in preparation for deposition of Wood (4); Telephone conversation re: Massachusetts claimants (.3): telephone conversation with potential witness (.2); Conference with Ed Westbrook re: reliance materials and depositions (.5); Received and reviewed letter from Jim Bentz re: document review (.2); phone conversation with potential experts re: inspections of homes (.3); Conference call with experts re: status and preparation of reports (.5): Proofread and finalized memos re: EPA testing (.5). | | | |
| 01/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Review, analyze and categorize ZAI documents and select critical documents and enter into a data base. | | | |
| 01/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 2.70 | $337.50 |
| lkerrison | 0000 | | Search database and generate reports for testing documents for upcoming depositions | | | |
| 01/29/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| chughes | 0000 | | Review Grace documents for ZAI issues | | | |
| **Day:** | | **01/30/2003** | | | | |
| 01/30/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| chughes | 0000 | | Conduct various searches for specific issues and review documents related to search (5.0); conference with Jay Ward, Lizzie Kerrison and Kim Carr regarding scanning of documents (.5) | | | |
| 01/30/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 1.60 | $424.00 |
| jward | 0000 | | Conference with Mr. Turkewitz re: strategy for Wood deposition (.2); Review documents in preparation for Wood deposition (.9); Conversation with several staff members regarding scanning of documents (.5) | | | |

03/11/2003

# Time report

## 01/01/2003 - 01/31/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 01/30/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Pull testing documents, Eaton handwritten testing document sheets and copying for upcoming depositions (7.0); conversation with Carrie Hughes, Jay Ward and Kim Carr regarding scanning of documents (.5) | $125.00 | 7.50 | $937.50 |
| 01/30/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review, analyze and characterize ZAI documents from Grace documents and select critical documents and enter into a data base. | $125.00 | 7.00 | $875.00 |
| 01/30/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Continued reviewing documents and prepared outline for deposition of Wood (6.5); Dictated memos to file re: Grace testing (1); Telephone conversation with prospective witness (Casler) re: installation of ZAI (.5); Memo to file re: telephone conversation with witness (.5) | $400.00 | 8.50 | $3,400.00 |
| 01/30/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Conference with Carrie Hughes, Jay Ward and Lizzie Kerrison regarding scanning documents | $125.00 | 0.50 | $62.50 |

| Day: | 01/31/2003 | | | | | |
|---|---|---|---|---|---|---|
| 01/31/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Attend meeting regarding organization and scanning of documents | $125.00 | 0.50 | $62.50 |
| 01/31/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 Conversation with law clerk regarding search for asbestos articles (.2); meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding upcoming depositions and strategy (1.5) | $240.00 | 1.70 | $408.00 |
| 01/31/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Conference with Ed Westbrook, Bobby Wood and Jay Ward re: depositions (1.5); Dictated and finalized letters to Jim Bentz re: production of documents and depositions (.6); Memo to Jay Ward re: document review (.2); Continued reviewing documents in preparation for Wood depositions (3.0); Telephone conversation with prospective witness and Jay Ward (.6). | $400.00 | 5.90 | $2,360.00 |
| 01/31/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Computer searh of people and issues to be covered at upcoming depos. Compile printouts of documents pertaining to the depos. Analyze printout of searches. Pull hard documents from files. Review and copy documents. Return hard copy to files. Create new file for depo preparation. | $125.00 | 8.00 | $1,000.00 |
| 01/31/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Prepare for Grace depostion (1.3); review Grace documents (.7); discussion with staff regarding organization of documents and scanning of selected documents (.5); review correspondence from Grace regarding additional review of documents in Boston and depositions (.2); Meeting with Rob Turkewitz, Jay Ward and Bobby Wood regarding deposition preparation, areas to be explored and strategy (1.5); work on case planning (.4) | $650.00 | 4.60 | $2,990.00 |

03/11/2003

# Time report

### 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 01/31/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L106 Meeting with Ed Westbrook and others regarding organization of documents and scanning of selected documents | $75.00 | 0.50 | $37.50 |
| 01/31/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Pulling and copying testing and Eaton documents for upcoming depositions (4.5); meeting regarding organization (.5) | $125.00 | 5.00 | $625.00 |
| 01/31/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Conference with Messrs. Westbrook, Turkewitz and Wood deposition strategy and preparation (1.5); Telephone call with potential witness and Rob Turkewitz re: inquiry made to Grace re: ZAI dangers and dust created during ZAI installation and subsequent migration during home renovations (.6); Review documents in preparation for Mr. Wood deposition (.8) | $265.00 | 2.90 | $768.50 |
| 01/31/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Conduct various searches and review specific documents related to searches (8.0) | $125.00 | 8.00 | $1,000.00 |

**Transaction:** L109

**Day:** 01/27/2003

| 01/27/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L109 Prepare for ZAI hearing, review materials and preparation thereof, participate in hearing (1.0) | $650.00 | 1.00 | $650.00 |

**Transaction:** L150

**Day:** 01/06/2003

| 01/06/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on November billing issues | $75.00 | 1.30 | $97.50 |

**Day:** 01/07/2003

| 01/07/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on November billing issues | $75.00 | 2.50 | $187.50 |

**Day:** 01/08/2003

| 01/08/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L150 Review and finalize November bill (billed at half rate) | $325.00 | 1.00 | $325.00 |
| 01/08/2003 kgarcia | 200106 0000 | Zonolite Science Trial | L150 Work on November monthly bill | $75.00 | 0.80 | $60.00 |

**Day:** 01/17/2003

03/11/2003

# Time report

### 01/01/2003 - 01/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 01/17/2003 | 200106 | Zonolite Science Trial | L150 | $325.00 | 0.30 | $97.50 |
| ewestbrook | 0000 | | Review fee examiner's initial report (.3 - billed at half rate); | | | |

| | |
|---|---|
| **Grand Total:** | **$142,944.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$142,944.50** |
| **Total Hours/Report:** | **645.30** |
| **Count:** | **156** |

## VERIFICATION

STATE OF SOUTH CAROLINA   )
                                     )
COUNTY OF CHARLESTON      )

      Edward J. Westbrook, after being duly sworn according to law, deposes and says:

      a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

      b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

      c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                              Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 12TH day of March, 2003.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing

- **Verified Fifth Monthly Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from January 1, 2003 through January 31, 2003**

to be served upon those parties identified on the attached service list via hand delivery or United States Mail, postage pre-paid.

I certify the foregoing to be true and correct under the penalty of perjury.

Dated: March 19, 2003

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

## SERVICE LIST

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899