IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **NO ORDER REQUIRED** |

**CERTIFICATION OF NO OBJECTION REGARDING THE FOURTH
MONTHLY APPLICATION OF LUKINS AND ANNIS, P.S. FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF
DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002 (Dkt No. 3432)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourth Monthly Application of Lukins and Annis, P.S. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of December 1, 2002 through December 31, 2002 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 18, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $ 25,626.40, which represents 80% of the fees requested in the Application ($ 32,330.00) and $ 1,262.74, which represents 100% of the expenses requested in the Application for the period of December 1, 2002 through December 31, 2002, upon the

filing of this certification and without the need for entry of a Court order approving the

Application.

Dated: March 21, 2003
          ELZUFON AUSTIN REARDON
          TARLOV & MONDELL, P.A.

          */s/ William D. Sullivan*
          William D. Sullivan (Bar No. 2820)
          Charlie Brown, III (Bar No. 3368)
          300 Delaware Avenue, Suite 1700
          P.O. Box 1630
          Wilmington, DE 19899
          Phone: (302) 428-3181
          FAX: (302) 777-7244

          DELAWARE COUNSEL FOR ZAI CLAIMANTS

          And

          Darrell W. Scott, Esq.
          Lukins & Annis, P.S.
          717 W. Sprague Avenue, Suite 1600
          Spokane, WA 99201
          Phone: (509) 455-9555
          FAX: (509) 747-2323

          SPECIAL COUNSEL FOR ZAI CLAIMANTS

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on March 21, 2003, service of the foregoing *Certificate of No Objection Regarding the Fourth Monthly Application of Lukins and Annis, P.S. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of December 1, 2002 through December 31, 2002* was made upon the attached Service List via hand delivery or first class mail.

Dated: March 21, 2003
      Wilmington, Delaware

/s/ *William D. Sullivan*
William D. Sullivan

SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

## SERVICE LIST

Teresa K.D. Currier, Esquire  
Klett, Rooney, Lieber & Schorling  
1000 West Street, Suite 1410  
Wilmington, DE 19801

Philip Bentley, Esquire  
Kramer Levin Naftalis & Frankel LLP  
919 Third Avenue  
New York, NY 10022

Frank J. Perch, Esquire  
Office of the United States Trustee  
844 King Street, Room 2313  
Lockbox 35  
Wilmington, DE 19801

Mark D. Collins, Esquire  
Deborah E. Spivack, Esquire  
Richards, Layton & Finger, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899

James J. Restivo, Jr., Esquire  
Reed Smith LLP  
435 Sixth Avenue  
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire  
W.R. Grace & Company  
919 N. Market, Suite 460  
Wilmington, DE 19899

Warren H. Smith  
Warren H. Smith and Associates  
900 Jackson Street  
120 Founders Square  
Dallas, TX 75202