**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002</u>

1.      **Case Administration – 15537 – 110.0 hours ($19,608.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

The Applicant's focus on the administration of the Consolidated Cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in the Consolidated Cases.

During the Application Period, the Applicant spent time keeping track of developments in other pending asbestos bankruptcy cases that implicate property damage claims specifically, and asbestos issues generally.

Further, during the Application Period, the Applicant reviewed, analyzed and provided advice and recommendations to the PD Committee with respect to the Debtors' motion to authorize a settlement with the Internal Revenue Service with respect to an audit of the Debtors' tax returns relating to corporate owned life-insurance ("COLI") policies purchased by the Debtors. The Applicant had numerous conversations with the Debtors' counsel, counsel to the PI Committee and counsel to the Unsecured Creditors Committee with respect to the proposed settlement and form of order. Ultimately, the Applicant reached a consensual resolution with the Debtors on the form of order.

In connection with the scheduled hearing on the Debtors' motion to establish case management procedures for asbestos personal injury ("PI") claims, the Applicant prepared a memorandum for the PD Committee comparing and contrasting the Debtors' proposal with that

of USG Corp. ("USG").  The time spent preparing this memorandum was shared with the USG cases.

Further, the Applicant, at the request of the Committee conducted research projects on strategic actions and prepared a memorandum thereon.

In addition, during the Application Period, the Applicant fielded phone calls from numerous property damage claimants and/or their counsel.  The Applicant explained the history of the Consolidated Cases to these claimants as well as the process that they must follow in order to participate in these Consolidated Cases.

2.  **Debtors' Business Operations – 15538 – 1.1 hours ($258.50)**

This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities, monthly reports of operations and their Securities and Exchange Commission filings.

The Applicant reviewed the Debtors' quarterly reports of *de minimus* asset sales and settlements.  The Applicant discussed the Debtors' proposed acquisition in Venezuela with the Committee's financial advisors.

3.  **Creditors Committee – 15539 – 13.8 hours ($3,663.50)**

This matter covers formation, membership, and by-law issues of the PD Committee.  It also covers attendance at PD Committee meetings, preparation of materials for and presentations thereon to the PD Committee, and the preparation of minutes of the meetings.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee.  The Applicant prepared detailed agendas for each meeting, reviewed pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters and positions.  Further, subsequent to the meetings the Applicant

drafted, and circulated for review prior to adoption, drafts of minutes of the PD Committee meetings.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee and counsel to the unsecured creditors' committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4.  **Claims Analysis, Objection (asbestos) – 15545 – 15.5 hours ($1,872.50)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto.

During the Application Period, the Applicant received and reviewed the weekly "data dumps" of property damage claims filed.

5.  **Claims Analysis, Objection (non-asbestos) – 15548 - .7 hours ($104.50)**

This matter covers the review and analysis of non-asbestos claims filed against the estates and objections thereto.

6.  **Fee Applications – 15543 – 47.8 hours ($5,791.50)**

This matter covers time expended preparing fee applications for the Applicant and the applications for reimbursement of expenses of PD Committee members or professionals.

During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application, and the related application for reimbursement of expenses of PD Committee members.

In addition, the Applicant prepared its response to the Fee Auditor's final report for the fifth quarterly period.

7.  **Fee Applications of Others – 17781 – 35.6 hours ($5,285.50)**

The Applicant assisted the PD Committee's financial advisors, CDG, and the PD Committee's asbestos claims expert, HR&A, with finalizing their respective fee applications during the Application Period.

8.  **Travel – 15546 – 5.8 hours ($1,363.00)**

The Applicant traveled to Wilmington, Delaware to attend the omnibus hearings in November, 2002. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

9.  **ZAI Science Trial – 27905 – 2.9 hours ($ 832.00)**

This matter covers all issues related to the "ZAI Science Trial" scheduled by the Court. During the Application Period, the Applicant continued to monitor the progress of the ZAI Science Trail.

10. **Relief From Stay – 15564 – 9.7 hours ($ 2,102.50)**

This matter covers attention to requests for relief from the automatic stay; objections thereto, and related court hearings.

During the Application Period, the Applicant carefully reviewed and analyzed the motions of Wachovia and Bank of America for relief from the automatic stay to effectuate setoff. Upon reasoned analyses, including a review of relevant decisional law and discussions with the Debtors, no objections to the motions were filed.

11.     **Litigation Consulting – 15563 – 20.4 hours ($3,488.50)**

The Applicant reviewed and analyzed the treatment of asbestos PD claims in the Armstrong World Industries case and provided reports to the PD Committee thereon. The time associated with this report was split with the USG case.

12.     **Employee Benefits/Pension – 17898 – 1.9 hours ($446.50)**

This matter covers the review and attention given to all matters related to the Debtors' employees benefits and pension issues.

During the Application Period, the Applicant reviewed and analyzed the proposed amendment to Paul Norris's Employment Agreement.