# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA  33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

December 6, 2002

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   60638

FOR PROFESSIONAL SERVICES RENDERED
THROUGH November 30, 2002

Atty - SLB

RE:      01- Case Administration

Client No. 74817/15537

| | | | | |
|---|---|---|---|---|
| 11/01/02 | JMS | 0.20 | 47.00 | Review docket (.2). |
| 11/01/02 | MW | 0.40 | 34.00 | Pull case dockets and assemble relevant documents. |
| 11/04/02 | MW | 0.30 | 25.50 | Pull case dockets and assemble relevant documents. |
| 11/05/02 | MW | 1.20 | 102.00 | Pull case dockets and assemble relevant documents. |
| 11/06/02 | JMS | 0.20 | 47.00 | Conference with S. Baena regarding committee call (.2). |
| 11/06/02 | MW | 0.60 | 51.00 | Pull case dockets and assemble relevant documents. |
| 11/06/02 | WV | 1.80 | 153.00 | Prepare executive summary. |
| 11/07/02 | JMS | 0.50 | 117.50 | Conference with S. Klein regarding research projects and email to client regarding same (.5). |
| 11/07/02 | SGK | 0.20 | 36.00 | Meeting with J. Sakalo regarding research on certain contemplated actions. |
| 11/07/02 | SGK | 1.80 | 324.00 | Research on certain contemplated actions regarding notice standards. |
| 11/07/02 | SGK | 1.00 | 180.00 | Review of cases involving certain contemplated actions regarding Notice Standards. |
| 11/07/02 | MW | 0.70 | 59.50 | Pull case dockets and assemble relevant documents (.2); verify deposition transcript designations (.5). |
| 11/07/02 | WV | 1.20 | 102.00 | Prepare executive summary. |
| 11/08/02 | SGK | 2.50 | 450.00 | Research on contemplated actions involving jurisdictional issues. |
| 11/08/02 | SGK | 0.50 | 90.00 | Reviewed Hillsee memo regarding Notice issues and certain contemplated actions. |
| 11/08/02 | SGK | 1.00 | 180.00 | Review of cases on contemplated actions involving jurisdictional issues. |
| 11/11/02 | JMS | 5.10 | 1,198.50 | Prepare for meeting with D. Speights, M. Dies regarding all pending matters, strategy session (1/2 time with USG) including research and analysis of multiple issues at request of committee chair (5.1). |
| 11/11/02 | SGK | 4.00 | 720.00 | Research on contemplated actions regarding jurisdictional issues. |
| 11/11/02 | SGK | 2.00 | 360.00 | Research on Notice issues involving standards for notice regarding certain contemplated actions. |
| 11/12/02 | JMS | 1.70 | 399.50 | Complete review of research requested by Committee co-chair (1/2 time) (.8); telephone conference with B. Jeffries regarding redacted copy of expert fee application (.2); telephone conference with E. Cottingham regarding status of case and follow up with S. Baena thereon (.4). |
| 11/12/02 | MW | 0.40 | 34.00 | Pull case dockets and compile relevant documents. |
| 11/13/02 | SLB | 1.10 | 495.00 | Email exchange with D. Speights and M. Dies regarding impact of Armstrong decision on property damage product identification (.9); conference with J. Sakalo regarding hearing scheduling and coverage in light of fraudulent transfer trial, etc. (.2). |
| 11/13/02 | JMS | 1.00 | 235.00 | Begin draft of memo to committee co-chair regarding issues requested to be researched (.8); conference with S. Baena regarding coverage at hearings (.2). |
| 11/13/02 | MW | 0.20 | 17.00 | Pull case dockets and compile relevant documents. |
| 11/14/02 | JMS | 2.70 | 634.50 | Finalize memo to committee co-chair regarding topics requested to be researched (2.4); conference with S. Baena thereon (.3). |
| 11/14/02 | MW | 0.10 | 8.50 | Pull case dockets and compile relevant documents. |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 11/15/02 | JMS | 1.20 | 282.00 | Email to L. Flores regarding hearing notebook (.2); email from/to T. Tacconelli regarding motion to amend OCP order (.3); telephone conference with D. Speights regarding memo on items requested to be researched (.7). |
|----------|-----|------|--------|---|
| 11/15/02 | MW | 0.20 | 17.00 | Pull case dockets and compile relevant documents. |
| 11/18/02 | JMS | 0.30 | 70.50 | Review preliminary agenda (.3). |
| 11/18/02 | MW | 0.20 | 17.00 | Pull case dockets and compile relevant documents. |
| 11/19/02 | JMS | 0.30 | 70.50 | Telephone conference with L. Flores regarding response to L. Ferdinand (.3). |
| 11/19/02 | MW | 0.00 | 0.00 | Pull case dockets and assemble relevant documents. |
| 11/20/02 | JMS | 1.20 | 282.00 | Emails from L. Ferdinand regarding draft fee orders and follow up with L. Flores thereon (.4); conference with W. Van Dijk regarding hearing notebook (.3); review docket for hearing preparation (.5). |
| 11/20/02 | MW | 0.60 | 51.00 | Pull case dockets and compile relevant documents. |
| 11/21/02 | SLB | 0.50 | 225.00 | Interoffice conference with J. Sakalo regarding status of various matters and things to do (.3); letter from M. Weiss to J. Wolin (.2). |
| 11/21/02 | JMS | 1.70 | 399.50 | Review Debtors' reply to the objection by Edythe Kellogg regarding state court injunction (.4); review motion for authority to amend agreement for sale of real property (.4); review Debtors' motion to amend ordinary course professionals motion (.3); conference with S. Baena regarding all pending matters (.3); review amended agenda and hearing notebook (.3). |
| 11/21/02 | SGK | 0.10 | 18.00 | Meeting with Jay Sakalo regarding Notice standards in class actions involving contemplated actions. |
| 11/21/02 | SGK | 2.00 | 360.00 | Research on Notice standards in class actions regarding certain contemplated actions. |
| 11/21/02 | SGK | 1.50 | 270.00 | Review of cases on Notice standards in class actions involving certain contemplated actions. |
| 11/21/02 | MW | 0.30 | 25.50 | Pull case dockets and compile relevant documents. |
| 11/21/02 | WV | 4.10 | 348.50 | Prepare hearing notebook. |
| 11/22/02 | SLB | 0.50 | 225.00 | Review pleadings of week of November 18th (.5). |
| 11/22/02 | JMS | 0.20 | 47.00 | Review docket (.2). |
| 11/22/02 | MW | 0.40 | 34.00 | Pull case dockets and compile relevant documents. |
| 11/25/02 | MW | 0.20 | 17.00 | Pull case dockets and compile relevant documents. |

**PROFESSIONAL SERVICES**                                                                        $8,860.00

## COSTS ADVANCED

| 07/16/02 | Pacer - Online Services PACER SERVICE CENTER; # 07/01/02-09/30/02; 9/30/02 | 0.98 |
|----------|---|------|
| 09/23/02 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/02-09/30/02; DATE: 9/30/02 | 13.09 |
| 09/30/02 | Pacer - Online Services PACER SERVICE CENTER; # 07/01/02-09/30/02; 9/30/02 | 297.71 |
| 10/08/02 | Lexis - Online Legal Research LEXIS-NEXIS; # 0210071506; 10/31/02 | 5.39 |
| 10/30/02 | Lexis - Online Legal Research LEXIS-NEXIS; # 0210071506; 10/31/02 | 146.73 |
| 11/01/02 | Long Distance Telephone(409) 883-4394 | 0.68 |
| 11/01/02 | Long Distance Telephone(803) 943-4444 | 13.53 |
| 11/01/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 11/04/02 | Telecopies   8.00pgs @ .50/pg | 4.00 |
| 11/04/02 | Long Distance Telephone(409) 883-4814 | 11.50 |
| 11/04/02 | Long Distance Telephone(409) 883-4394 | 2.71 |
| 11/04/02 | Long Distance Telephone(803) 943-4444 | 1.35 |
| 11/04/02 | Long Distance Telephone(803) 943-4444 | 10.15 |
| 11/04/02 | Long Distance Telephone(409) 883-4394 | 8.79 |
| 11/04/02 | Long Distance Telephone(973) 645-2580 | 4.74 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 11/04/02 | Long Distance Telephone(409) 883-4394 | 2.03 |
| 11/04/02 | Long Distance Telephone(803) 943-4444 | 8.79 |
| 11/04/02 | Long Distance Telephone(973) 645-2580 | 9.47 |
| 11/04/02 | Federal Express FEDERAL EXPRESS CORP. # 0961249853 11/12/02 | 7.87 |
| 11/05/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/05/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/05/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/05/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/05/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/05/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/05/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/05/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/05/02 | Long Distance Telephone(214) 698-3868 | 7.44 |
| 11/05/02 | Long Distance Telephone(312) 861-2200 | 0.68 |
| 11/05/02 | Long Distance Telephone(212) 868-1229 | 1.35 |
| 11/05/02 | Long Distance Telephone(212) 735-2000 | 0.68 |
| 11/05/02 | Long Distance Telephone(212) 644-6755 | 1.35 |
| 11/05/02 | Long Distance Telephone(212) 344-5461 | 0.68 |
| 11/05/02 | Long Distance Telephone(803) 943-4599 | 1.35 |
| 11/05/02 | Long Distance Telephone(214) 520-1181 | 1.15 |
| 11/05/02 | Long Distance Telephone(409) 883-4814 | 1.35 |
| 11/05/02 | Long Distance Telephone(973) 645-2580 | 1.35 |
| 11/05/02 | Long Distance Telephone(214) 698-3868 | 1.35 |
| 11/05/02 | Long Distance Telephone(973) 645-2580 | 1.35 |
| 11/05/02 | Long Distance Telephone(973) 645-2580 | 2.03 |
| 11/05/02 | Long Distance Telephone(973) 645-2580 | 0.68 |
| 11/05/02 | Long Distance Telephone(803) 943-8094 | 12.18 |
| 11/06/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 11/06/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/06/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/12/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 11/12/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/12/02 | Long Distance Telephone(302) 573-6480 | 2.71 |
| 11/12/02 | Long Distance Telephone(803) 943-8094 | 3.38 |
| 11/12/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 11/13/02 | Photocopies - Outside ServiceVENDOR: NEW AGE IMAGE, INC.; INVOICE#: 17069; DATE: 11/13/02  -  Client #15545 | 393.24 |
| 11/14/02 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| 11/14/02 | Long Distance Telephone4 (207) 629-77 | 6.04 |
| 11/14/02 | Long Distance Telephone4 (207) 629-77 | 9.06 |
| 11/14/02 | Long Distance Telephone4 (207) 629-77 | 30.20 |
| 11/14/02 | Long Distance Telephone(803) 943-4444 | 44.65 |
| 11/14/02 | Long Distance Telephone(409) 883-4394 | 2.03 |
| 11/14/02 | Long Distance Telephone(503) 226-1611 | 35.18 |
| 11/14/02 | Long Distance Telephone(310) 645-9000 | 6.09 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 11/14/02 | Long Distance Telephone(803) 943-8094 | 3.38 |
| 11/14/02 | Long Distance Telephone(212) 310-8541 | 4.74 |
| 11/15/02 | Photocopies  28.00pgs @ .15/pg | 4.20 |
| 11/15/02 | Long Distance Telephone(401) 438-5020 | 2.71 |
| 11/15/02 | Long Distance Telephone(302) 426-1900 | 1.35 |
| 11/15/02 | Long Distance Telephone(407) 239-1234 | 0.53 |
| 11/15/02 | Federal Express FEDERAL EXPRESS CORP. # 444199285 11/20/02 | 7.57 |
| 11/18/02 | Long Distance Telephone(302) 552-5555 | 2.71 |
| 11/18/02 | Long Distance Telephone(214) 698-3868 | 2.03 |
| 11/19/02 | Telecopies    10.00pgs @ .50/pg | 5.00 |
| 11/19/02 | Telecopies    4.00pgs @ .50/pg | 2.00 |
| 11/19/02 | Long Distance Telephone(302) 594-3108 | 2.03 |
| 11/19/02 | Long Distance Telephone(214) 698-3868 | 1.35 |
| 11/19/02 | Long Distance Telephone(212) 813-1703 | 1.35 |
| 11/19/02 | Long Distance Telephone(310) 645-9000 | 1.35 |
| 11/19/02 | Long Distance Telephone(212) 310-8541 | 2.71 |
| 11/19/02 | Long Distance Telephone(415) 989-1801 | 0.68 |
| 11/20/02 | Photocopies  6.00pgs @ .15/pg | 0.90 |
| 11/20/02 | Photocopies  1797.00pgs @ .15/pg | 269.55 |
| 11/20/02 | Long Distance Telephone(917) 887-8954 | 1.35 |
| 11/20/02 | Long Distance Telephone(214) 698-3868 | 4.06 |
| 11/20/02 | Federal Express FEDERAL EXPRESS CORP. # 449024874 11/25/02 | 7.52 |
| 11/20/02 | Federal Express FEDERAL EXPRESS CORP. # 449024874 11/25/02 | 6.71 |
| 11/20/02 | Federal Express FEDERAL EXPRESS CORP. # 449024874 11/25/02 | 35.14 |
| 11/20/02 | Federal Express FEDERAL EXPRESS CORP. # 449024874 11/25/02 | 7.22 |
| 11/21/02 | Long Distance Telephone(212) 813-1703 | 0.68 |
| 11/21/02 | Long Distance Telephone(843) 524-5708 | 7.44 |
| 11/21/02 | Long Distance Telephone(843) 524-5708 | 6.77 |
| 11/21/02 | Long Distance Telephone(803) 943-4444 | 4.06 |
| 11/21/02 | Long Distance Telephone(302) 575-1555 | 3.38 |
| 11/21/02 | Long Distance Telephone(973) 645-2580 | 1.35 |
| 11/21/02 | Long Distance Telephone(212) 427-3855 | 9.47 |
| 11/22/02 | Long Distance Telephone(401) 438-5020 | 1.35 |
| 11/22/02 | Long Distance Telephone(302) 575-1555 | 5.41 |
| 11/22/02 | Long Distance Telephone(803) 943-8094 | 4.06 |
| 11/22/02 | Long Distance Telephone(803) 943-8094 | 1.35 |
| 11/22/02 | AirfareTravel to/from Philadelphia Continental Travel # 278546 Omnibus Hearing | 1,081.50 |
| 11/25/02 | Photocopies  1.00pgs @ .15/pg | 0.15 |
| 11/25/02 | Telecopies    6.00pgs @ .50/pg | 3.00 |
| 11/25/02 | Telecopies    8.00pgs @ .50/pg | 4.00 |
| 11/25/02 | Long Distance Telephone(302) 594-3108 | 1.35 |
| 11/25/02 | Long Distance Telephone(302) 594-3108 | 1.35 |

**TOTAL COSTS ADVANCED** $2,673.50

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.10 | 450.00 | $945.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | |
|---|---|---|---|
| Sakalo, Jay M | 16.30 | 235.00 | $3,830.50 |
| Klein, Scott G | 16.60 | 180.00 | $2,988.00 |
| Wong, Nichole | 5.80 | 85.00 | $493.00 |
| Van Dijk, Wendy | 7.10 | 85.00 | $603.50 |
| *TOTAL* | *47.90* | | *$8,860.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,081.50 |
| Photocopies | $276.90 |
| Photocopies - Outside Service | $393.24 |
| Telecopies | $46.00 |
| Federal Express | $72.03 |
| Long Distance Telephone | $339.93 |
| Lexis - Online Legal Research | $152.12 |
| Pacer - Online Services | $311.78 |
| TOTAL | $2,673.50 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$11,533.50**

*LESS CREDIT FROM COST REFUND APPLIED*    *-$2,673.50*

**$8,860.00**

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
RE:    02 - Debtors' Business Operations                                                   Client No. 74817/15538

| | | | | |
|---|---|---|---|---|
| 11/05/02 | JMS | 0.20 | 47.00 | Telephone conference with G. Boyer regarding proposed acquisition in Venezuela (.2). |
| 11/18/02 | JMS | 0.60 | 141.00 | Review 5th quarterly report of settlements (.3); review notice of settlement with State of Ohio regarding Baker & Taylor (.3). |

**PROFESSIONAL SERVICES**                                                          $188.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | 235.00 | $188.00 |
| *TOTAL* | *0.80* | | *$188.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**                **$188.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    03 - Creditors Committee

Client No. 74817/15539

| | | | | |
|---|---|---|---|---|
| 11/14/02 | SLB | 0.20 | 90.00 | Committee meeting (.2). |
| 11/21/02 | SLB | 0.80 | 360.00 | Committee meeting (.8). |
| 11/21/02 | JMS | 0.80 | 188.00 | Committee conference call (.8). |

**PROFESSIONAL SERVICES**                                              $638.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.00 | 450.00 | $450.00 |
| Sakalo, Jay M | 0.80 | 235.00 | $188.00 |
| *TOTAL* | *1.80* | | *$638.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        **$638.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 11/01/02 | LMF | 0.30 | 30.00 | Prepare notice/summary for Bilzin's September fees and costs and submit electronically to local counsel for filing and serving (.3). |
| 11/04/02 | MW | 0.50 | 42.50 | Confirm fee auditor's 5th interim application figures. |
| 11/05/02 | JMS | 0.40 | 94.00 | Telephone conference with D. Williams, W. Smith regarding 5th interim period (.4). |
| 11/08/02 | LMF | 0.30 | 30.00 | Revise fifteenth interim application and send to local counsel for filing and serving (.3). |
| 11/11/02 | LMF | 1.00 | 100.00 | Review court docket and applications filed in the bankruptcy case and in the fraudulent transfer case per email from fee auditor's office (.7); office meetings with J. Sakalo regarding same (.3). |
| 11/14/02 | LMF | 2.80 | 280.00 | Revise September notice (.2); begin drafting Sixth Quarterly fee application for Bilzin (2.1); compile necessary invoices and pleadings for J. Sakalo to prepare description of services for quarterly fee application (.4). |
| 11/14/02 | WV | 0.50 | 42.50 | Assist Luisa Flores with preparation of exhibits for 6th quarterly fee applications for Bilzin. |
| 11/15/02 | LMF | 0.30 | 30.00 | Telephone conferences with PD Committee expert regarding outstanding payment (.3). |
| 11/15/02 | LMF | 1.60 | 160.00 | Complete revisions to September invoices and notices (.7); email to local counsel for filing and serving (.3); work with project assistant on exhibits to Bilzin's fifth quarterly fee application (.6). |
| 11/15/02 | WV | 5.30 | 450.50 | Assist Luisa Flores with preparation of exhibits for 6th quarterly fee application for Bilzin. |
| 11/18/02 | LMF | 2.40 | 240.00 | Continue drafting Bilzin's 6th quarterly fee applications for the bankruptcy case and for the fraudulent transfer litigation (2.2); office conference with J. Sakalo regarding discrepancy with fifth interim quarterly application and spreadsheet prepared by our office (.1); telephone conference with LaVerne at Warren H. Smith's office regarding same (.1). |
| 11/19/02 | LMF | 1.00 | 100.00 | Meet with project assistant regarding discrepancy on spreadsheet provided to fee auditor for the 5th interim period and the 5th interim quarterly application (.3); reconcile differences (.4); telephone conversations with J. Sakalo and L. Ferdinand regarding discrepancy (.2); revise and email spreadsheet to L. Ferdinand (.1). |
| 11/19/02 | MW | 0.30 | 25.50 | Verify calculations on 5th quarterly fee application. |
| 11/20/02 | LMF | 0.70 | 70.00 | Review email from L. Ferdinand regarding draft of order approving quarterly fee applications for first, second and third quarters and compare to quarterly applications (.5); telephone conference with J. Sakalo regarding discrepancy (.1); email to L. Ferdinand regarding same (.1). |
| 11/22/02 | LMF | 2.00 | 200.00 | Final revisions to Bilzin's quarterly fee applications for Bankruptcy Court and District Court (1.6); submit to local counsel for filing and serving (.4). |
| 11/22/02 | JMS | 1.50 | 352.50 | Revise quarterly fee application and draft narrative (1.5). |

**PROFESSIONAL SERVICES**                                                                                      $2,247.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.90 | 235.00 | $446.50 |
| Flores, Luisa M | 12.40 | 100.00 | $1,240.00 |
| Wong, Nichole | 0.80 | 85.00 | $68.00 |
| Van Dijk, Wendy | 5.80 | 85.00 | $493.00 |
| *TOTAL* | *20.90* | | *$2,247.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$2,247.50**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    Client No. 74817/15545

| | | | | |
|---|---|---|---|---|
| 11/18/02 | MW | 0.60 | 51.00 | Update property damage claim register. |
| 11/19/02 | MW | 2.00 | 170.00 | Assemble new property damage claim forms. |
| 11/20/02 | MW | 1.30 | 110.50 | Update property damage claim register and assemble new property damage claim forms. |
| 11/21/02 | MW | 0.50 | 42.50 | Update property damage claim register and assemble new property damage claim forms. |
| 11/22/02 | JMS | 0.60 | 141.00 | Review newly filed claims (.6). |

**PROFESSIONAL SERVICES**                                                                 $515.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | 235.00 | $141.00 |
| Wong, Nichole | 4.40 | 85.00 | $374.00 |
| *TOTAL* | *5.00* | | *$515.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**         **$515.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    10 - Travel

Client No. 74817/15546

| 11/25/02 | JMS | 1.80 | 423.00 | Prepare for and attend omnibus hearing (1.8). |
| 11/25/02 | JMS | 4.00 | 940.00 | Non-working travel to Miami (4.0). |

**PROFESSIONAL SERVICES**                                                                    $1,363.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 5.80 | 235.00 | $1,363.00 |
| *TOTAL* | *5.80* | | *$1,363.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**          **$1,363.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)    Client No. 74817/15548

11/01/02    JMS    0.30    70.50    (Non-asbestos) Review Debtors' objection to claims of Wesconn and FUS (.3).

**PROFESSIONAL SERVICES**    $70.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | 235.00 | $70.50 |
| *TOTAL* | *0.30* | | *$70.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$70.50**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE:    27 - Litigation Consulting

| | | | | |
|---|---|---|---|---|
| 11/04/02 | JMS | 1.20 | 282.00 | Review Armstrong plan of reorganization for treatment of PD claims (1/2 time with USG) (1.2). |
| 11/05/02 | SLB | 2.10 | 945.00 | Review plan materials for AWI (2.1). |
| 11/06/02 | JMS | 2.10 | 493.50 | Research regarding jurisdictional issues regarding contemplated strategic action (2.1). |
| 11/21/02 | JMS | 0.30 | 70.50 | Review Debtors' motion to extend preliminary injunction to Locke (.3). |

**PROFESSIONAL SERVICES**                                                      $1,791.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.10 | 450.00 | $945.00 |
| Sakalo, Jay M | 3.60 | 235.00 | $846.00 |
| *TOTAL* | *5.70* | | *$1,791.00* |

**TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER**          **$1,791.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 11/01/02 | LMF | 1.30 | 130.00 | Prepare notice/summaries for Hilsoft Notifications and for HR&A and submit to local counsel for filing and serving (.8); redact fraudulent transfer statement (.5). |
| 11/01/02 | JMS | 0.50 | 117.50 | Review monthly notices for HR&A, Hilsoft (.5). |
| 11/05/02 | SLB | 0.10 | 45.00 | Review UST's objection to PI committee expenses (.1). |
| 11/06/02 | LMF | 0.80 | 80.00 | Prepare 10th Interim Application for the PD committee and submit to local counsel for filing and serving (.8). |
| 11/06/02 | JMS | 0.50 | 117.50 | Email from/to P. Silvern regarding 5th interim period (.2); telephone conference with P. Silvern and follow up conference with L. Flores regarding same (.3). |
| 11/12/02 | JMS | 0.30 | 70.50 | Email from/to P. Silvern regarding March invoice (.3). |
| 11/13/02 | JMS | 1.90 | 446.50 | Review final fee auditor reports for counsel for 1-3rd periods, 5th period (1.5); review Stroock September fee application (.4). |
| 11/14/02 | LMF | 0.20 | 20.00 | Obtain copies of Hamilton Rabinovitz invoices from the past two months for J. Sakalo (.2). |
| 11/14/02 | JMS | 1.60 | 376.00 | Review 11 final reports for 1st-3rd period, 5th period (1.6). |
| 11/15/02 | JMS | 0.40 | 94.00 | Telephone call from/to P. Silvern regarding fee application insert (.4). |
| 11/18/02 | LMF | 0.80 | 80.00 | Prepare second quarterly application for HR&A for June 1, 2002 through September 30, 2002 (.8). |
| 11/18/02 | JMS | 0.20 | 47.00 | Email from/to D. Williams regarding official committee expenses (.2). |
| 11/20/02 | LMF | 0.70 | 70.00 | Review expenses and discrepancy with May's fraudulent transfer (.4); meet with J. Sakalo regarding same (.1); telephone conference with L. Ferdinand regarding discrepancy (.2). |
| 11/21/02 | LMF | 1.80 | 180.00 | Draft First Quarter application for Hamilton Rabinovitz regarding the fraudulent transfer matter (1.4); telephone conference with J. Sakalo regarding same (.1); research interim applications for quarter (.3). |
| 11/22/02 | LMF | 0.80 | 80.00 | Complete second quarterly application for Hamilton Rabinovitz for the period of 7/1/02 through 9/30/02 for district court (.8); |
| 11/22/02 | JMS | 0.40 | 94.00 | Revise HR&A quarterly application (.4). |
| 11/25/02 | LMF | 0.50 | 50.00 | Revise dates on quarterly applications for Hamilton Rabinovitz and submit to local counsel with invoices for filing and serving (.3); attend to payment received for PD committee reimbursements (.2). |

PROFESSIONAL SERVICES                                                                 $2,098.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.10 | 450.00 | $45.00 |
| Sakalo, Jay M | 5.80 | 235.00 | $1,363.00 |
| Flores, Luisa M | 6.90 | 100.00 | $690.00 |
| *TOTAL* | *12.80* | | *$2,098.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                  **$2,098.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE:    38 - ZAI Science Trial                                        Client No. 74817/17905

| 11/14/02 | SLB | 0.20 | 90.00 | Telephone conference with D. Speights and M. Dies regarding status (.2). |
| 11/14/02 | JMS | 0.20 | 47.00 | Telephone conference with M. Dies, D. Speights regarding status of science trial (.2). |
| 11/15/02 | JMS | 0.40 | 94.00 | Email from/to K. Bergland regarding fee categories (.4). |

**PROFESSIONAL SERVICES**                                                    $231.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.20 | 450.00 | $90.00 |
| Sakalo, Jay M | 0.60 | 235.00 | $141.00 |
| *TOTAL* | *0.80* | | *$231.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        **$231.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Baena, Scott L | 5.50 | 450.00 | $2,475.00 |
| Flores, Luisa M | 19.30 | 100.00 | $1,930.00 |
| Sakalo, Jay M | 36.50 | 235.00 | $8,577.50 |
| Klein, Scott G | 16.60 | 180.00 | $2,988.00 |
| Wong, Nichole | 11.00 | 85.00 | $935.00 |
| Van Dijk, Wendy | 12.90 | 85.00 | $1,096.50 |

**TOTAL PROFESSIONAL FEES THIS PERIOD** **$18,002.00**

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,081.50 |
| Photocopies | $276.90 |
| Photocopies - Outside Service | $393.24 |
| Telecopies | $46.00 |
| Federal Express | $72.03 |
| Long Distance Telephone | $339.93 |
| Lexis - Online Legal Research | $152.12 |
| Pacer - Online Services | $311.78 |

**TOTAL COSTS ADVANCED THIS PERIOD** **$2,673.50**

*LESS CREDIT FROM COST REFUND APPLIED* -$2,673.50

**TOTAL AMOUNT DUE THIS PERIOD** **$18,002.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CLIENT SUMMARY**

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 11/30/02** | | | |
| **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 8,860.00 | 2,673.50 | 11,533.50 |
| 02 - Debtors' Business Operations/15538 | 188.00 | 0.00 | 188.00 |
| 03 - Creditors Committee/15539 | 638.00 | 0.00 | 638.00 |
| 07 - Applicant's Fee Application/15543 | 2,247.50 | 0.00 | 2,247.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 515.00 | 0.00 | 515.00 |
| 10 - Travel/15546 | 1,363.00 | 0.00 | 1,363.00 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)/15548 | 70.50 | 0.00 | 70.50 |
| 27 - Litigation Consulting/15563 | 1,791.00 | 0.00 | 1,791.00 |
| 30 - Fee Application of Others/17781 | 2,098.00 | 0.00 | 2,098.00 |
| 38 - ZAI Science Trial/17905 | 231.00 | 0.00 | 231.00 |
| Client Total | $18,002.00 | $2,673.50 | $20,675.50 |

*LESS CREDIT FROM COST REFUND APPLIED* — *-$2,673.50*

*TOTAL AMOUNT DUE THIS PERIOD* — *$18,002.00*