# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                    :
                                          :
  W.R. GRACE & CO., ET AL.,               :    Case No. 01-1139 (JKF)
                                          :    Chapter 11
                        Debtors.          :
                                          :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

SUMMARY OF FIFTH MONTHLY APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC ("CDG") FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM APRIL 1, 2002 THROUGH JUNE 30, 2002.

| | |
|---|---|
| Name of Applicant: | Conway, Del Genio, Gries & Co., LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on October 22, 2001, <u>Nunc Pro Tunc</u>, to April 27, 2001 |
| Period for which compensation and reimbursement are sought: | April 1, 2002 through June 30, 2002 |
| Amount of compensation requested: | $28,420[1] |
| Amount of expense reimbursement requested: | $2,919.16 |

This is a fifth monthly application.

| Date Filed | Period Covered | Requested Compensation | Requested Expenses | Approved Compensation | Approved Expenses |
|---|---|---|---|---|---|
| March 20, 2003 | April 1, 2002 through June 30, 2002 | $28,420 | $2,919.16 | NA | NA |
| May 1, 2002 | January 1, 2002 through March 31, 2002 | $450,000 | $4,809.71 | $450,000* | $4,809.71 |
| February 25, 2002[(1)] | November 1, 2001 through December 31, 2001 | $300,000 | $2,406.91 | $300,000* | $2,406.91 |
| November 29, 2001[(1)] | October 1, 2001 through October 31, 2001 | $150,000 | $1,657.00 | $150,000* | $1,657.00 |
| October 26, 2001[(1)] | April 27, 2001 through September 30, 2001 | $620,000 | $14,376.21 | $620,000* | $14,376.21 |

\* Subject to section 105(A) and 331 of the Bankruptcy Code establishing procedures for interim compensation and reimbursement of professionals whereby 80% of fees are paid on a monthly basis
(1) No objection to the compensation and expenses was filed

---

[1] CDG has filed a separate fee application with the Bankruptcy Court requesting additional fees and expenses with respect to services provided in connection with the general bankruptcy case outside of the fraudulent conveyance litigation.