IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 10, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

```
W.R. GRACE & COMPANY                March 7, 2003
5400 BROKEN SOUND BLVD., N.W.        Invoice No. 18932
BOCA RATON, FL  33487               Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   02/28/03

Matter #        734680.1        VS. ALLIED SIGNAL

## LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 02/01/03 JMA | Trial preparation - review expert reports and documents relied upon by Honeywell experts for cross examination of Honeywell experts and fact witness | 6.00 | 2040.00 |
| 02/02/03 JMA | Trial preparation - review deposition transcripts and exhibits for cross examination of Honeywell experts; prepare summary of Grace expert testimony re: value of property | 8.00 | 2720.00 |
| 02/02/03 RCS | Review Richard Ninesteel's deposition and prepare for cross examination | 1.00 | 210.00 |
| 02/02/03 RCS | Review Grace invoices regarding demolition of Valley Fair Building, fence construction and repair, guard dogs, real estate taxes and legal bills for purpose of finalizing Grace's damages for stipulation meeting with JMA regarding same | 2.50 | 525.00 |
| 02/03/03 JMA | Trial preparation - review exhibits, deposition transcript, outline for cross examination of Honeywell expert - Blanchard | 2.00 | 680.00 |
| 02/03/03 JMA | Attend trial | 9.00 | 3060.00 |
| 02/03/03 JMA | Trial preparation - review deposition transcript of Honeywell expert and exhibits; prepare outline for cross examination | 5.00 | 1700.00 |
| 02/03/03 MEF | T/c with Fred at Parcels re: docket entries in Grace bankruptcy | .20 | 45.00 |
| 02/03/03 RCS | Attendance at trial before Judge Cavanaugh | 9.00 | 1890.00 |

```
W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                   Page      2
INVOICE NO.             18932
```

| | | | | |
|---|---|---|---|---|
| 02/03/03 | RCS | Telephone communication to C. Marraro regarding Walter's demonstrative meadow mat issue and Faranca cross examination | .20 | 42.00 |
| 02/03/03 | RCS | Review documents marked and admitted into evidence and update pretrial binder regarding same | .40 | 84.00 |
| 02/03/03 | RCS | Review trial transcript of Pierson testimony to assist JMA in preparation of cross examination | 1.50 | 315.00 |
| 02/04/03 | JMA | Trial preparation – review exhibits, deposition transcripts and outline for cross examination of Honeywell expert – Hart | 2.00 | 680.00 |
| 02/04/03 | JMA | Attend trial | 11.00 | 3740.00 |
| 02/04/03 | JMA | Conference with C. Marraro and A. Nagy | 1.00 | 340.00 |
| 02/04/03 | MEF | Receipt and review fax from C. Walker re: Fluor Daniel sale of assets, merger, change of name | .30 | 67.50 |
| 02/04/03 | RCS | Attendance at trial before Judge Cavanaugh | 10.50 | 2205.00 |
| 02/04/03 | RCS | Review exhibits marked and admitted in evidence, update pre-trial order to reflect same | .50 | 105.00 |
| 02/04/03 | KV | Updating exhibits and files | 1.90 | 142.50 |
| 02/05/03 | JMA | Trial preparation – review deposition transcripts, outline and exhibits for cross examination of Honeywell | 2.00 | 680.00 |
| 02/05/03 | JMA | Attend trial | 9.50 | 3230.00 |
| 02/05/03 | JMA | Trial preparation – conference with client and C. Marraro re: trial strategy; conference with C. Marraro re: trial strategy | 1.50 | 510.00 |
| 02/05/03 | RCS | Attendance at trial before Judge Cavanaugh | 9.50 | 1995.00 |
| 02/05/03 | RCS | Review exhibits identified and marked into evidence, update pretrial binder to reflect same | .50 | 105.00 |
| 02/05/03 | KV | Updating trial exhibits | 1.00 | 75.00 |
| 02/06/03 | JMA | Trial preparation – review demonstrative exhibits and expert transcripts for cross examination of Honeywell experts | 1.50 | 510.00 |

W.R. GRACE & COMPANY                                        March 7, 2003
Client No.              734680                      Page      3
INVOICE NO.             18932


02/06/03 JMA Attend trial                                    9.00  3060.00

02/06/03 JMA Trial preparation - conference with C. Marraro  1.50   510.00
             re: trial strategy; review Honeywell exhibits
             subject to Grace objections

02/06/03 MEF Trial subpoenas - revise letters withdrawing    2.00   450.00
             subpoenas; prep additional letters withdrawing
             trial subpoenas (30)

02/06/03 MEF T/cs (2) with G. Seidor re: withdrawal of        .20    45.00
             subpoena

02/06/03 RCS Attendance at trial before Judge Cavanaugh      8.50  1785.00

02/06/03 RCS Prepare update of outline of trial testimony     .30    63.00
             for week of February 3

02/06/03 RCS Review exhibits identified and marked who        .50   105.00
             evidence, update trial binder to reflect same

02/06/03 KV  Updating trial exhibits                          .60    45.00

02/07/03 JMA Trial preparation - receipt and review email     .60   204.00
             from K. Millian re: trial exhibits; conference
             with RCS re: trial exhibits

02/07/03 JMA Phone - S. Means re: site security issues        .50   170.00

02/07/03 JMA Trial preparation - review exhibits sought to   4.00  1360.00
             be introduced into evidence by plaintiff,
             Honeywell and Grace

02/07/03 JMA Trial preparation - conference with RCS re:      .80   272.00
             exhibit lists re: documents in evidence; phone
             - C. Marraro re: trial strategy

02/07/03 MEF Telephone call with A. Lascurain re: withdrawal  .20    45.00
             of Corcory subpoena

02/07/03 RCS Prepare list of Grace exhibits marked into      2.50   525.00
             evidence

02/07/03 RCS Prepare list of Honeywell exhibits marked into  2.50   525.00
             evidence

02/07/03 RCS Telephone call with B. Banks regarding           .30    63.00
             constructing lists of plaintiff's and
             Honeywell's supplemental exhibits to make part
             of FPO volume V

```
W.R. GRACE & COMPANY                                       March 7, 2003
Client No.                    734680              Page        4
INVOICE NO.                   18932
```

| | | |
|---|---|---|
| 02/07/03 RCS Meeting with JMA to review exhibits ICO is attempting to move into evidence | .30 | 63.00 |
| 02/07/03 RCS Telephone call with S. German regarding ICO format for FPO exhibits | .20 | 42.00 |
| 02/07/03 RCS Telephone call with M. Caffrey regarding Honeywell's format to FPO for pretrial exhibits | .20 | 42.00 |
| 02/07/03 RCS Prepare list of ICO trial exhibits marked into evidence | 3.50 | 735.00 |
| 02/07/03 RCS Telephone call to K.Millian to identify by exhibit number categories of documents ICO is attempting to move into evidence | .20 | 42.00 |
| 02/07/03 RCS Telephone call with D. Field regarding exhibits to which Grace and Honeywell object to moving into evidence | .20 | 42.00 |
| 02/07/03 RCS Review January 21, 2003 trial transcript relating to Judge Cavanaugh's ruling not accepting certain ICO exhibits into evidence | .40 | 84.00 |
| 02/07/03 RCS Telephone call with C. Marraro regarding response to Honeywell's exhibits admitted into evidence | .20 | 42.00 |
| 02/07/03 RCS Correspondence to K. Millian objecting to and providing analysis for exhibits ICO is attempting to move into evidence | 1.50 | 315.00 |
| 02/07/03 KV  Organized trial exhibits and reviewed exhibits to see which exhibits we were missing | 1.60 | 120.00 |
| 02/08/03 JMA Trial preparation - review consolidated lists of exhibits in evidence by plaintiff, Honeywell and Grace; revise lists in connection with oral argument on evidence issues | 5.50 | 1870.00 |
| 02/08/03 MEF T/c with JMA and CHM re: Findings of Fact | 1.50 | 337.50 |
| 02/08/03 MEF Review FPO - legal issues | .40 | 90.00 |
| 02/08/03 RCS Meeting with D. Field to exchange list of all exhibits the respective parties submit are in evidence | .20 | 42.00 |
| 02/08/03 RCS Meeting with JMA regarding telephone conference with C.Marraro to discuss objections to exhibits plaintiff is offering into evidence | .40 | 84.00 |

```
W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                     Page     5
INVOICE NO.             18932
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/08/03 | RCS | Telephone conference with JMA, C. Marraro and D. Field regarding Grace's objections to Honeywell's exhibits and vice versa and post trial submissions | 1.00 | 210.00 |
| 02/08/03 | RCS | Review and cross reference ICO exhibits that Grace and Honeywell submit are in evidence | 1.50 | 315.00 |
| 02/08/03 | RCS | Review all Honeywell supplemental exhibits for objections or stipulating same into evidence | 1.00 | 210.00 |
| 02/08/03 | RCS | Prepare draft list of Grace exhibits to be withdrawn because of damages stipulation entered into with Honeywell | 2.00 | 420.00 |
| 02/09/03 | JMA | Phone - S. Means re: site security issues | .30 | 102.00 |
| 02/09/03 | MEF | Prepare outline of topics for proposed Joint Findings of Fact | 1.00 | 225.00 |
| 02/09/03 | RCS | Review and cross reference Grace exhibits that Grace and Honeywell submit are in evidence | 1.00 | 210.00 |
| 02/09/03 | RCS | Review and cross reference Honeywell exhibits that Grace and Honeywell submit are in evidence | .50 | 105.00 |
| 02/09/03 | RCS | Review trial transcripts to cross reference what court has admitted into evidence | 2.50 | 525.00 |
| 02/09/03 | RCS | Preparation of correspondence to K. Millian objecting to plaintiff's proposed exhibits in evidence | .40 | 84.00 |
| 02/09/03 | RCS | Review Grace exhibits and prepare list of ones which will be withdrawn because it is a learned treatise or it is a damages document that factored into stipulation with Honeywell | 2.00 | 420.00 |
| 02/10/03 | JMA | Phone - S. Means re site security issues | .40 | 136.00 |
| 02/10/03 | JMA | Trial preparation - phone - C. Marraro re: trial exhibits; phone - D. Field re: trial exhibits; phone - K. Millian re: trial exhibits; phone - D. Field re: trial exhibits; phone - K. Millian re: trial exhibits | 1.20 | 408.00 |
| 02/10/03 | JMA | Trial preparation - preparation of Grace trial exhibit list for oral argument; review Grace exhibits for exhibits to be withdrawn; review trial transcripts re: prior evidence rulings by court on Grace exhibits | 2.60 | 884.00 |

```
W.R. GRACE & COMPANY                            March 7, 2003
Client No.              734680            Page      6
INVOICE NO.             18932
```

02/10/03 JMA Trial preparation - preparation of Honeywell     2.00    680.00
             trial exhibit list for oral argument; review
             Honeywell exhibits for exhibits to be
             withdrawn; letter to D. Field; review trial
             transcripts re: prior evidence rulings by court
             on Honeywell exhibits

02/10/03 JMA Trial preparation - preparation of plaintiff     2.50    850.00
             trial exhibit list for oral argument; review
             plaintiff exhibits for exhibits to be
             withdrawn; review trial transcripts re: prior
             evidence ruling by court on plaintiff exhibits

02/10/03 JMA Phone - K. Millian re: plaintiff's trial          .30    102.00
             exhibits

02/10/03 JMA Trial preparation - receipt and review letters    .50    170.00
             from D. Field to K. Millian re: trial exhibits;
             receipt and review letter from K. Millian re:
             trial exhibits

02/10/03 MEF Trial subpoena - review letter from G. Heller     .70    157.50
             re: witness fee; review letter from Ogden re:
             witness fees (2); review letter from TetraTech
             re: witness fee

02/10/03 MEF Letter to all counsel re: draft proposed          .30     67.50
             findings of fact

02/10/03 MEF Conference with JMA re: revisions to draft        .30     67.50
             outline for proposed findings of fact

02/10/03 RCS Prepare list of exhibits Grace Defendants will   1.00    210.00
             withdraw because they represent learned
             treatise or damage document for which
             stipulation applies

02/10/03 RCS Telephone call to Judge Cavanaugh's Clerk         .20     42.00
             regarding executed stipulation with Honeywell

02/10/03 RCS Prepare list of exhibits which are in dispute    1.50    315.00
             as to whether Grace and Honeywell submits are
             in evidence for witness not produced at trial

02/10/03 RCS Meeting with JMA regarding withdrawing certain   1.00    210.00
             Grace exhibits and  plaintiff's objections to
             our exhibits

02/10/03 RCS Telephone call with T. Manago regarding Millian   .20     42.00
             letter objecting to Grace exhibits

```
W.R. GRACE & COMPANY                                March 7, 2003
Client No.                  734680              Page       7
INVOICE NO.                 18932
```

| | | | | |
|---|---|---|---|---|
| 02/10/03 RCS | Prepare list of Grace exhibits that Honeywell and ICO have no objection to | 2.50 | 525.00 |
| 02/10/03 RCS | Preparation of list of Grace withdrawn exhibits identified on Honeywell's privilege log and not produced at trial | 2.00 | 420.00 |
| 02/10/03 RCS | Review Grace objections to Honeywell trial exhibits together with proposed Honeywell exhibits to be offered in evidence | 1.00 | 210.00 |
| 02/10/03 RCS | Review index to 1/21/03 trial date to confirm plaintiff's exhibits marked in evidence | 1.00 | 210.00 |
| 02/10/03 RCS | Telephone call with K. Millian regarding ICO's objections to Grace exhibits | .20 | 42.00 |
| 02/10/03 RCS | Correspondence from Millian regarding plaintiff's list of UST documents; compare same to Grace list; correspondence to Millian objecting to additional UST/petroleum exhibits | .50 | 105.00 |
| 02/10/03 RCS | Telephone call with C. Marraro regarding withdrawing certain Grace exhibits | .70 | 147.00 |
| 02/10/03 RCS | Review certain Grace exhibits per C. Marraro regarding documents authored by government agency | .80 | 168.00 |
| 02/10/03 RCS | Telephone call to B. Banks regarding index to 1/21/03 trial transcript | .20 | 42.00 |
| 02/10/03 RCS | Telephone call with B. Hughes regarding deposition designations and party admission to be made part of record for Court's review | .20 | 42.00 |
| 02/10/03 RCS | Review potential admission that Grace submits should be part of the record | .30 | 63.00 |
| 02/10/03 KV | Binding trial exhibits and reviewing exhibits that have been withdrawn and the exhibits that will be approved | 3.80 | 285.00 |
| 02/11/03 JMA | Trial preparation -review exhibit lists, objections and exhibits for oral argument on evidence issues | 2.00 | 680.00 |
| 02/11/03 JMA | Trial - attend oral argument on evidence issues | 5.00 | 1700.00 |

```
W.R. GRACE & COMPANY                              March 7, 2003
Client No.            734680                       Page     8
INVOICE NO.           18932
```

02/11/03 JMA Post trial issues - conference with C. Marraro   3.50  1190.00
             re: preparation of Grace final exhibit list of
             Grace documents in evidence

02/11/03 JMA Post trial issues - conference with C. Marraro   2.50   850.00
             re: trial strategy (Findings of
             Fact/Conclusions of Law)

02/11/03 MEF Trial subpoenas - review letter from Coscia at    .20    45.00
             CFM re: witness fee

02/11/03 RCS Assist JMA in various tasks regarding preparing  2.50   525.00
             for evidentiary oral argument

02/11/03 RCS Attend oral argument regarding evidentiary       4.00   840.00
             issues before Judge Cavanaugh

02/11/03 RCS Review Grace damages documents referred to in    1.20   252.00
             amended stipulation with Honeywell

02/11/03 RCS Review certain plaintiff's exhibits which         .60   126.00
             concern EPA contractor reports which should be
             omitted from evidence

02/11/03 RCS Correspondence to K. Millian, Esq. regarding      .40    84.00
             certain plaintiff's exhibits to be excluded
             from evidence

02/11/03 RCS Review certain Grace exhibits for JMA by         1.00   210.00
             category to move into evidence

02/11/03 RCS Meeting with C. Marraro regarding reviewing      1.50   315.00
             which Grace exhibits are admissible in evidence
             pursuant to Judge Cavanaugh's rulings

02/11/03 KV  Review and confirm Grace's withdrawn exhibits    1.30    97.50

02/12/03 JMA Post trial issues - review and revise Grace      1.30   442.00
             final list of exhibits in evidence; phone - C.
             Marraro re: same

02/12/03 JMA Post trial issues - phone - C. Marraro re:       1.00   340.00
             Amended Stipulation-Damage for Past Costs;
             conference with RCS re: preparation of Amended
             Stipulation-Damages for Past Costs; phone - C.
             Marraro re: same

02/12/03 JMA Post trial issues - preparation of plaintiffs'   1.00   340.00
             final list of plaintiffs' exhibits in evidence

```
W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                     Page      9
INVOICE NO.             18932
```

02/12/03 JMA Post trial issues - receipt and review letter      .30    102.00
             from K. Millian re: plaintiff Ex. 825;
             conference with RCS

02/12/03 JMA Post trial issues - conference with RCS re:        .50    170.00
             Honeywell exhibit list, Stipulation with
             Honeywell re: Weja decision exhibits

02/12/03 JMA Post trial issues - revise Grace exhibit list;    1.50    510.00
             letter to adversaries enclosing Grace exhibit
             list

02/12/03 RCS Review ICO trial exhibits; update chart to        5.00   1050.00
             reflect 1/21/03 admissions into evidence,
             denial of UST documents and all withdrawn
             exhibits together with review of 2/6/03 and
             2/11/03 transcripts

02/12/03 RCS Telephone call with C. Marraro regarding           .80    168.00
             amendment to stipulation for cost recovery
             items; verify cost recovery item in dispute
             with Honeywell

02/12/03 RCS Prepare draft amended stipulation with             .40     84.00
             Honeywell regarding Damage Claims and Past
             Costs together with correspondence for same

02/12/03 RCS Conference with JMA and C. Marraro regarding       .40     84.00
             amending stipulation for past costs with
             Honeywell

02/12/03 RCS Preparation of Grace evidence chart to be         3.50    735.00
             submitted to adversaries; revise and edit same
             cross checking it with Court transcripts;
             correspondence from K. Millian in response to
             our request to withdraw certain plaintiff's
             exhibits

02/12/03 RCS Letter to K. Millian regarding certain             .50    105.00
             plaintiff's exhibits withdrawn prior to trial
             but were accepted by Court in evidence

02/13/03 JMA Post trial issues - receipt and review Grace      4.00   1360.00
             draft of trial exhibit lists for plaintiff and
             Honeywell; review trial exhibits re: completion
             of exhibit lists; conference with RCS re:
             exhibit lists; phone - D. Field re: Honeywell
             exhibit list

W.R. GRACE & COMPANY                                       March 7, 2003
Client No.                  734680              Page        10
INVOICE NO.                 18932

02/13/03 MEF Trial subpoenas - receipt of returned witness       .30      67.50
             fee from Marcor; review letter from AETS re:
             withdrawal of subpoena and return of witness
             fee

02/13/03 RCS Meeting with JMA regarding Grace exhibit list      1.30     273.00
             for submission to the parties; revise and edit
             same

02/13/03 RCS Meeting with JMA regarding ICO exhibit list;       2.50     525.00
             revise and edit same

02/13/03 RCS Receipt of trial transcript from court reporter     .30      63.00
             and letter to C. Marraro regarding same

02/13/03 RCS Meeting with JMA regarding Honeywell trial          .50     105.00
             exhibits

02/13/03 RCS Review court transcript for rulings on             6.50    1365.00
             Honeywell exhibits by category; review
             Honeywell exhibits analyzing content to
             determine whether they are in evidence, denied
             or withdrawn

02/13/03 KV  Organize deposition transcripts                    2.40     180.00

02/13/03 KV  Organize trial exhibit boxes                        .40      30.00

02/14/03 JMA Post trial issues - receipt and review letter      2.60     884.00
             from D. Field re: Honeywell comments to Grace
             evidence exhibit list; receipt and review
             letter from D. Field to K. Millian with
             Honeywell comments to plaintiffs' evidence
             exhibit list; review Grace and plaintiffs'
             lists re: comments from Honeywell; phone - C.
             Marraro re: evidence exhibit lists

02/14/03 MEF Voice mail from Stan Manis at Conti re: witness     .40      90.00
             fee; voice mail - Stan Manis re: witness fee;
             telephone call with S. Manis re: same

02/14/03 MEF Voice mail - CHM re: meeting to designate           .20      45.00
             assignments for Findings of Fact

02/14/03 RCS Telephone call with D. Field regarding              .20      42.00
             exchanging evidence lists

02/14/03 RCS Preparation of draft stipulation admitting Weja     .50     105.00
             decision in evidence for limited purposes
             together with correspondence to D. Field
             regarding same

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                    Page        11
INVOICE NO.             18932


02/14/03 RCS Review 2/11/03 transcript for Court's ruling on  1.50    315.00
             Weja documents and permitted stipulation for
             Weja decision

02/14/03 RCS Receipt and review of letter from K. Millian     2.00    420.00
             regarding submission of ICO exhibits in
             evidence; cross check same against Grace's
             submission of ICO's exhibit list

02/14/03 RCS Telephone call with D. Field and Mike Caffrey      .30     63.00
             regarding Grace review of ICO and Grace
             exhibits

02/14/03 RCS Prepare Honeywell evidence chart based on court  2.50    525.00
             rulings; analysis of categories admitted and
             denied from evidence and exhibits withdrawn;
             revise and edit same

02/14/03 RCS Telephone call with D. Field and K. Millian        .40     84.00
             regarding contacting Judge Cavanaugh regarding
             evidence submissions

02/14/03 RCS Telephone call with Judge Cavanaugh's chambers     .20     42.00
             regarding submission of evidence lists

02/14/03 RCS Meeting with JMA regarding evidentiary disputes    .40     84.00
             with ICO exhibits list/proposing alternative
             UST exhibits

02/14/03 RCS Correspondence to K. Millian regarding Grace       .40     84.00
             disputes with certain ICO exhibits

02/14/03 RCS Correspondence from M. Caffrey regarding           .20     42.00
             Honeywell's objection to Grace's review of
             plaintiff's exhibit list

02/14/03 RCS Telephone call with D. Field regarding amended     .20     42.00
             stipulation of past costs

02/14/03 RCS Letter from D. Field regarding Honeywell's         .20     42.00
             objections to plaintiff's exhibits

02/14/03 RCS Correspondence from D. Field regarding             .20     42.00
             Honeywell's partial objections to Grace's
             exhibit list

02/14/03 KV  Organize deposition transcripts                  1.20     90.00

02/14/03 KV  Organize Grace trial exhibits                    2.10    157.50

```
W.R. GRACE & COMPANY                              March 7, 2003
Client No.              734680                    Page      12
INVOICE NO.             18932
```

02/15/03 JMA Post trial issues - review notes for outline of  4.70  1598.00
             Findings of Fact/Conclusions of Law; conference
             with MEF and RCS re: preparation of Findings of
             Fact; conference call with C. Marraro re:
             Findings of Fact; review trial transcripts re:
             Findings of Fact

02/15/03 MEF Conference with JMA and RCS re: designation of    1.50   337.50
             assignment for findings of fact

02/15/03 MEF Begin review of K. Brown testimony                 .50   112.50

02/15/03 RCS Review D. Field's letter regarding partial        2.00   420.00
             analysis of Grace exhibit list and cross
             reference same to exhibits to determine basis
             of dispute and challenge by Grace

02/15/03 RCS Meeting with JMA and MEF to discuss preparation   1.60   336.00
             of findings of fact and conclusions of law

02/15/03 RCS Preparation of stipulation regarding Weja          .60   126.00
             decision; revise and edit same; letter to D.
             Field

02/15/03 RCS Research relevant case law on CERCLA issues       1.00   210.00

02/17/03 MEF Proposed findings of fact - review portions of    5.30  1192.50
             trial transcripts

02/18/03 JMA Post trial issues - review correspondence from    2.70   918.00
             D. Field re: exhibit list issues; conference
             with RCS re: exhibits in evidence; review trial
             notes re: Findings of Fact

02/18/03 JMA Receipt and review letter from D. Field re:        .40   136.00
             stipulation regarding past costs; phone - D.
             Field

02/18/03 MEF Email to CHM re: open issues on Findings of        .20    45.00
             Fact

02/18/03 RCS Review trial testimony of A. Davis and prepare    2.00   420.00
             draft findings of fact

02/18/03 RCS Meeting with JMA regarding D. Field's              .30    63.00
             preliminary objections to Grace exhibits

02/18/03 RCS Telephone call with C. Marraro regarding           .20    42.00
             certain objections by Honeywell to Grace
             exhibits

```
W.R. GRACE & COMPANY                              March 7, 2003
Client No.              734680              Page      13
INVOICE NO.             18932
```

| | | | | |
|---|---|---|---|---|
| 02/18/03 | RCS | Letter to D. Field regarding Grace Defendants' response to Honeywell's preliminary objections to Grace exhibits | .40 | 84.00 |
| 02/18/03 | RCS | Correspondence from D. Field regarding stipulation for rents awarded Grace in Weja decision | .20 | 42.00 |
| 02/18/03 | RCS | Receipt and review of Honeywell's position regarding Honeywell trial exhibits admitted into evidence | .40 | 84.00 |
| 02/18/03 | RCS | Telephone call from M. Caffrey regarding production of certain Grace exhibits | .20 | 42.00 |
| 02/18/03 | RCS | Correspondence to M. Caffrey producing requested Grace exhibits | .20 | 42.00 |
| 02/18/03 | RCS | Review Honeywell trial exhibits which they claim are in evidence and Grace disputes and prepare Grace position as to same in conjunction with review of transcript regarding evidentiary issues | 6.50 | 1365.00 |
| 02/18/03 | RCS | Review FPO/Stipulations of Fact and prepare draft findings of fact | 1.00 | 210.00 |
| 02/18/03 | KV | Organize deposition transcripts | 2.90 | 217.50 |
| 02/18/03 | KV | Maintain trial exhibits | 2.10 | 157.50 |
| 02/19/03 | RCS | Review selected trial testimony and prepare draft findings of fact regarding Mutual's disposal of COPR at the Site | 2.00 | 420.00 |
| 02/19/03 | RCS | Telephone call with C. Marraro regarding D. Field's position regarding Honeywell's exhibits admitted into evidence | 1.30 | 273.00 |
| 02/19/03 | RCS | Review certain Honeywell exhibits and selected portions of trial transcript in connection with telephone call with C. Marraro in order to prepare response to Honeywell's position on certain Honeywell exhibits | 3.00 | 630.00 |
| 02/19/03 | RCS | Review ICO list of exhibits in dispute and telephone call with S. German regarding narrowed list of disputes of ICO exhibits | .50 | 105.00 |
| 02/19/03 | RCS | Draft response to D. Field regarding exhibits in dispute from Honeywell list | .50 | 105.00 |

```
W.R. GRACE & COMPANY                                    March 7, 2003
Client No.                734680                  Page      14
INVOICE NO.               18932
```

| | | | |
|---|---|---|---|
| 02/19/03 KV | Organize trial transcripts | 1.10 | 82.50 |
| 02/19/03 KV | Indexing Grace boxes | 1.40 | 105.00 |
| 02/20/03 JMA | Post trial issues - review exhibits Honeywell seeks to admit into evidence | 1.40 | 476.00 |
| 02/20/03 JMA | Post trial issues - conference with RCS re: advising Court of status of lists with exhibits in evidence | .30 | 102.00 |
| 02/20/03 MEF | Begin drafting portion of proposed Findings of Fact | 1.00 | 225.00 |
| 02/20/03 RCS | Telephone call from C. Marraro regarding stipulation on Weja decision | .20 | 42.00 |
| 02/20/03 RCS | Review trial testimony of J. Wong and corresponding exhibits in conjunction with preparation of post trial findings of fact | 2.00 | 420.00 |
| 02/20/03 RCS | Telephone call with S. German regarding attempt to resolve outstanding issues with ICO trial exhibits | .50 | 105.00 |
| 02/20/03 RCS | Correspondence from D. Field regarding remaining issues with Grace Defendants exhibits | .20 | 42.00 |
| 02/20/03 RCS | Telephone call with T. Manago regarding Grace produced certain exhibits in dispute with Honeywell | .30 | 63.00 |
| 02/20/03 RCS | Review certain Grace trial exhibits objected to by Honeywell | 1.40 | 294.00 |
| 02/20/03 RCS | Telephone call with C. Marraro regarding review of certain Grace exhibits objected to by Honeywell | .80 | 168.00 |
| 02/20/03 RCS | Telephone call with C. Marraro regarding review of numerous Honeywell exhibits in dispute | 1.50 | 315.00 |
| 02/20/03 RCS | Correspondence to D. Field regarding Grace exhibits admitted into evidence and certain withdrawn exhibits | .40 | 84.00 |
| 02/20/03 RCS | Memorandum to C. Marraro and JMA regarding outstanding issues for ICO trial exhibits | .20 | 42.00 |

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                    Page      15
INVOICE NO.             18932


02/20/03 RCS Update ICO exhibit chart to reflect exhibits      .40     84.00
             admitted into evidence and withdrawn by
             agreement amongst counsel

02/20/03 RCS Correspondence from D. Field addressing          1.00    210.00
             remaining Honeywell exhibits in dispute

02/20/03 RCS Telephone call with M. Goodman - Judge            .20     42.00
             Cavanaugh's law clerk regarding status of
             parties exhibit review

02/20/03 RCS Review selected Honeywell trial exhibits in      1.50    315.00
             dispute between Grace defendants and Honeywell

02/20/03 KV  Organize depositions                             3.10    232.50

02/21/03 JMA Post trial issues - conference with RCS and C.   1.00    340.00
             Marraro re: Honeywell position on Grace and
             Honeywell exhibits in evidence

02/21/03 JMA Post trial issues - conference with C. Marraro   1.50    510.00
             re: Honeywell outline for Findings of Fact;
             presentation of issues in Findings of Fact

02/21/03 RCS Correspondence from T. Manago regarding ICO       .40     84.00
             exhibits concerning UST examples selected by
             plaintiff/Grace objection to same and review
             documents in question

02/21/03 RCS Correspondence to David Field regarding dispute   .60    126.00
             with certain Grace defendants exhibits; revise
             and edit same with C. Marraro

02/21/03 RCS Telephone call with M. Caffrey regarding Grace    .60    126.00
             and Honeywell exhibits in dispute

02/21/03 RCS Meeting with C. Marraro regarding dispute with    .80    168.00
             ICO UST document plaintiff's seeking to put in
             evidence and review of same in conjunction with
             review of transcript

02/21/03 RCS Review trial testimony and related exhibits      2.00    420.00
             regarding disposal of COPR at site for findings
             of fact

02/21/03 RCS Telephone call with D. Field regarding            .40     84.00
             reporting to Court regarding status of exhibits
             in evidence

02/21/03 RCS Telephone call with M. Goodman regarding status   .20     42.00
             of all parties exhibits in evidence

```
W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                    Page      16
INVOICE NO.             18932
```

02/21/03 RCS Telephone call with S. German regarding ICO UST      .40     84.00
             exhibits in dispute and reporting to Court on
             status of exhibits

02/21/03 RCS Meeting with C. Marraro to review certain          1.00    210.00
             Honeywell trial exhibits in dispute and draft
             arguments objecting to same

02/21/03 RCS Correspondence from D. Field regarding               .20     42.00
             Honeywell's proposed sections for Findings of
             Fact

02/21/03 RCS Meeting with C. Marraro to analyze and cross        1.50    315.00
             reference Honeywell's proposed findings of fact
             sections with Grace defendants

02/21/03 RCS Correspondence to D. Field responding to           1.00    210.00
             outstanding Honeywell exhibits in dispute;
             revise and edit same with C. Marraro

02/21/03 KV  Organize trial transcripts                          2.30    172.50

02/22/03 JMA Post trial issues - receipt and review letter        .70    238.00
             from D. Field with counter proposal on DH-793
             stipulation; conference with RCS re: DH-793;
             letter to D. Field re: DH-793

02/22/03 JMA Post trial issues - review ICO proposed exhibit      .80    272.00
             in evidence P-707; conference with RCS re:
             status of P-707/P-885 issue; letter to K.
             Millian re: P-707/P-885

02/22/03 JMA Conference with RCS re: Judge Cavanaugh              .50    170.00
             directive for submitting exhibit lists; review
             and revise letter to counsel re: Judge
             Cavanaugh directive

02/22/03 RCS Review selected ICO exhibit previously               .20     42.00
             withdrawn that plaintiff's request consent to
             move in evidence

02/22/03 RCS Review pretrial order in conjunction with          2.00    420.00
             preparation of findings of fact regarding
             Daylin/Grace's knowledge of COPR at site

02/22/03 RCS Meeting with JMA regarding producing list of       1.40    294.00
             exhibits to Court in evidence together with
             correspondence to all counsel concerning
             submission

```
W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                    Page        17
INVOICE NO.             18932
```

02/22/03 RCS Meeting with JMA regarding ICO exhibits in        .50    105.00
             dispute together with correspondence to K.
             Millian regarding selected UST documents

02/22/03 RCS Meeting with JMA regarding stipulation with       .50    105.00
             Honeywell regarding Weja case together with
             review of Court transcript and correspondence
             to D. Field regarding disputed exhibits

02/24/03 RCS Correspondence to T. Manago regarding producing   .20     42.00
             Grace exhibits in evidence

02/24/03 RCS Review trial testimony of Grace witness on       3.00    630.00
             issue of Daylin and Grace involvement with COPR
             at site in preparation for findings of fact

02/24/03 RCS Telephone call with T. Manago regarding          .40     84.00
             preparation of Grace defendants exhibit list in
             evidence without

02/24/03 RCS Preparation of Grace defendants exhibits in     1.50    315.00
             evidence; revise and edit same

02/24/03 RCS Telephone call to M. Caffrey, Esq. regarding     .40     84.00
             Exchanging exhibit lists of undisputed exhibits
             in  evidence

02/24/03 RCS Letter to Judge Cavanaugh serving Grace          .50    105.00
             defendants' in dispute exhibit list

02/24/03 RCS Telephone call to C. Marraro regarding service   .30     ·63.00
             of Grace exhibit list on the Court and discuss
             with M. Caffrey regarding Honeywell's exhibit
             list

02/24/03 RCS Correspondence from S. German regarding          .20     42.00
             Honeywell's disputes with ICO exhibits

02/24/03 RCS Letter from S. German regarding plaintiff's      .20     42.00
             exhibits in dispute with Grace defendants

02/24/03 RCS Correspondence from S. German regarding ICO      .20     42.00
             exhibits that Grace disputes and remainder
             which have been resolved

02/25/03 MEF T/c with CHM re: proposed findings of fact       .30     67.50

02/25/03 MEF Review letter from D. Walsh of Golder            .20     45.00
             Associates returning witness fee

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.             734680                    Page      18
INVOICE NO.            18932


02/25/03 MEF Review letter from J. Czapor of Conti returning     .20      45.00
             witness fee

02/25/03 RCS Review trial transcript regarding Grace's          2.00     420.00
             involvement with COPR at site

02/25/03 RCS Receipt and review of ICO's exhibit list          1.20     252.00
             admitted in evidence without disputes and
             correspondence to Court regarding disputed ICO
             exhibits; review same for accuracy

02/25/03 RCS Update ICO exhibit list admitted in evidence to   1.00     210.00
             show numerous exhibits withdrawn by plaintiff

02/25/03 RCS Correspondence to K. Millian regarding selected     .30      63.00
             exhibits contained in their submission to the
             court to which Grace defendants take exception

02/25/03 RCS Telephone call to C. Marraro regarding ICO          .20      42.00
             exhibit list submitted to the Court; dispute
             with same

02/25/03 RCS Correspondence from D. Field objecting to           .80     168.00
             certain Grace exhibits marked in evidence;
             review said exhibits and compare same to
             Honeywell exhibits to which Grace objects

02/25/03 RCS Receipt and review of Honeywell exhibits          1.50     315.00
             submitted to the Court as in evidence, denied,
             withdrawn or disputed; compare same to list of
             Honeywell exhibits Grace defendants have
             compiled with same notations

02/25/03 RCS Letter from Field regarding disputed Honeywell      .70     147.00
             documents in evidence responding to Grace
             Defendants February 21, 2003 letter; review
             said exhibits

02/25/03 RCS Telephone call with C. Marraro, D. Field and M.     .50     105.00
             Caffrey attempting to resolve disputed Grace
             and Honeywell exhibits

02/25/03 RCS Telephone call with C. Marraro regarding           .50     105.00
             response to Honeywell's disputes with selected
             Grace and Honeywell exhibits

02/25/03 RCS Draft letter to D. Field regarding Grace           .50     105.00
             defendants' exhibits in dispute with Honeywell
             per conference with C. Marraro

W.R. GRACE & COMPANY                                    March 7, 2003
Client No.              734680                    Page      19
INVOICE NO.             18932

02/25/03 RCS Draft letter to D. Field regarding Honeywell's     .80    168.00
             exhibits disputed by Grace per conference with
             C. Marraro

02/25/03 RCS Correspondence from D. Field objecting to          .70    147.00
             certain Grace exhibits contained on Grace list
             submitted to Court; review same; prepare
             revised list for Court with cover letter
             serving the Court

02/27/03 MEF Receipt and review of Truckman's returned          .20     45.00
             witness fee

02/27/03 RCS Review relevant trial transcripts regarding       6.00   1260.00
             History of Daylin and Grace's involvement with
             COPR at the site and prepare draft findings of
             fact

02/27/03 RCS Telephone call with C. Marraro regarding draft     .30     63.00
             response to Honeywell regarding disputed
             exhibits

02/27/03 RCS Telephone call from M. Caffrey requesting copy     .20     42.00
             of certain Grace exhibits

02/27/03 RCS Telephone call from C. Marraro regarding Grace     .40     84.00
             response to D. Field regarding disputed Grace
             and Honeywell exhibits

02/27/03 RCS Letter to D. Field regarding Grace exhibits in     .40     84.00
             dispute with Honeywell; revise and edit same

02/27/03 RCS Letter to D. Field regarding Honeywell exhibits    .50    105.00
             disputed by Grace; review and revise same

02/27/03 RCS Letter from S. German regarding withdrawing        .30     63.00
             certain ICO exhibits and certain disputed
             exhibits with the Grace Defendants; update ICO
             trial exhibit list

02/27/03 RCS Letter from S. German to M. Caffrey regarding      .20     42.00
             ICO exhibits disputed by Honeywell

02/27/03 KV  Organize transcripts                              4.90    367.50

02/28/03 RCS Letter from M. Caffrey to S. German regarding      .20     42.00
             withdrawing certain ICO exhibits

02/28/03 RCS Telephone call from C. Marraro regarding           .40     84.00
             preparing for conference with D. Field on
             remaining disputed exhibits

```
W.R. GRACE & COMPANY                              March 7, 2003
Client No.             734680                     Page      20
INVOICE NO.            18932
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/28/03 | RCS | Telephone conference (A.M.) with D. Field, M. Caffrey and C. Marraro to resolve certain disputed exhibits | .50 | 105.00 |
| 02/28/03 | RCS | Draft letter to D. Field memorializing events of A.M. conference | .40 | 84.00 |
| 02/28/03 | RCS | Review transcript regarding Honeywell advancing Chapman demonstrative exhibits and Grace's SEC filings in effort to resolve disputed exhibits | .50 | 105.00 |
| 02/28/03 | RCS | Telephone conference (P.M.) with M. Caffrey, D. Field and C. Marraro to resolve additional exhibits in dispute | .40 | 84.00 |
| 02/28/03 | RCS | Letter to D. Field memorializing events of P.M. conference call | .40 | 84.00 |
| 02/28/03 | RCS | Review trial testimony and exhibits; prepare draft findings of fact on Daylin's involvement with COPR at site | 5.50 | 1155.00 |
| 02/28/03 | KV | Continue organizing trial transcripts | 1.50 | 112.50 |

SUBTOTAL: 389.80 94,138.00

## FEE APPLICATIONS, APPLICANTS

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/02/03 | MEF | Fee Application - 8th quarterly | .50 | 112.50 |
| 02/05/03 | MEF | Continue preparing 7th Quarterly Fee Application | 1.30 | 292.50 |
| 02/06/03 | MEF | Fee Application - continue preparing and revising 7th Quarterly Fee Application for 10/1/02 to 12/31/02 | 1.70 | 382.50 |
| 02/06/03 | MEF | Review fee auditor's Final Report re: CBBG 6th Interim Quarterly Fee Application | .40 | 90.00 |
| 02/06/03 | MEF | Review January Fee Detail | 1.00 | 225.00 |
| 02/09/03 | JMA | Fee application - review and revise Seventh Quarterly Interim Fee Application | 1.00 | 340.00 |
| 02/10/03 | JMA | Fee application - conference with MEF re: revisions to Seventh Quarterly Interim Fee Application | .30 | 102.00 |

```
W.R. GRACE & COMPANY                              March 7, 2003
Client No.              734680                    Page      21
INVOICE NO.             18932
```

| | | | |
|---|---|---|---|
| 02/10/03 JMA | Fee Application - review of fee auditor's final report for sixth interim period | .40 | 136.00 |
| 02/10/03 MEF | Prepare 11th monthly Fee Application (Jan 2003) | 2.50 | 562.50 |
| 02/10/03 MEF | Continue reviewing January 2003 fee detail | 1.00 | 225.00 |
| 02/10/03 MEF | Conference with JMA re: revisions to 7th Quarterly Fee Application | .50 | 112.50 |
| 02/10/03 MEF | Review and finalize 7th Quarterly Fee Application; letter to D. Carickhoff serving same | 1.80 | 405.00 |
| 02/17/03 MEF | Review January 2003 fee application | .50 | 112.50 |
| 02/18/03 MEF | Finalize 11th monthly fee application | 1.50 | 337.50 |
| 02/19/03 MEF | Review email from L. Ferdinand re: spreadsheet for 6th Quarterly - review spreadsheet re: CBBG | .60 | 135.00 |
| 02/19/03 MEF | Email to L. Ferdinand re: travel  non-work category | .30 | 67.50 |
| 02/20/03 MEF | Docket search - reviewed filed certificate of no objection for Nov. 2002 time | .50 | 112.50 |
| 02/20/03 MEF | Review email from L. Ferdinand re: spreadsheet | .10 | 22.50 |

```
                                        SUBTOTAL:        15.90   3,773.00
```

**TRAVEL NON-WORK**

| | | | |
|---|---|---|---|
| 02/05/03 JK | Went to Newark to deliver documents for trial. | 1.80 | 67.50 |
| 02/12/03 KV | Travel to and from Superior Court in attempt to pick up trial proceeding transcript from Judge Cavanaugh | 1.90 | 71.25 |
| 02/13/03 KV | Travel to and from NJ Superior court to pick up trial transcript | 1.50 | 56.25 |

```
                                        SUBTOTAL:         5.20     195.00

Total Fees:                                                     98,106.00
```

```
W.R. GRACE & COMPANY                            March 7, 2003
Client No.            734680                     Page      23
INVOICE NO.           18932
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS            FEES
J M AGNELLO                       340.00  131.10       44574.00
M E FLAX                          225.00   31.80        7155.00
J KUBERT                           75.00    1.80          67.50
RC SCRIVO                         210.00  207.20       43512.00
K VENGROW                          75.00   39.00        2797.50
                         TOTALS           410.90       98106.00
```