# EXHIBIT B

```
W.R. GRACE & COMPANY                          March 7, 2003
Client No.          734680                     Page     22
INVOICE NO.         18932
```

Disbursements

Travel Expense

```
02/10/03 Travel Expense  RCS  2 05 03              8.95
02/11/03 Travel Expense  JJK 1/29                  5.85
02/11/03 Travel Expense  JMA 2/3, 2/4, 2/5, 2/6   50.00
02/11/03 Travel Expense  JJK 1/14                  5.85
02/24/03 Travel Expense  MEF 1/13                  8.95
02/24/03 Travel Expense  JKK 2/5                   5.85

                                      SUBTOTAL:   85.45
```

Photocopies - Outside

```
02/28/03 Photocopies - Outside  PARCELS INC 2 13 03   18.25

                                      SUBTOTAL:   18.25
```

Costs Advanced

```
02/28/03 Refund of Witness Fee  12 30 02         (55.00)
02/28/03 Refund of Witness Fee  02 21 03         (55.00)
02/28/03 Refund of Witness Fee                   (55.00)
02/28/03 Refund of Witness Fee 01 07 03          (48.00)
02/28/03 Refund of Witness Fee  02 18 03         (55.00)
02/28/03 Refund of Witness Fee  12 30 02         (55.00)

                                      SUBTOTAL: (323.00)
```

```
02/28/03 Photocopies                            915.00
02/28/03 Faxes                                  183.00
02/28/03 Telephone                              373.92
02/28/03 Additional Staff Time                  225.41
02/28/03 Federal Express                         45.26
                                               -------------
Total Costs                                          1,523.29
                                               -------------
Total Due this Matter                               99,629.29
```