IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | Objection Deadline: April 10, 2003 at 4:00 p.m. |
| | : | Hearing Date: to be scheduled if necessary |

**SUMMARY COVERSHEET TO TWENTY-SECOND INTERIM FEE APPLICATION
OF PITNEY, HARDIN, KIPP & SZUCH LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

| | |
|---|---|
| Name of Applicant: | **Pitney, Hardin, Kipp & Szuch LLP** |
| Authorized to Provide Professional Services to: | **W. R. GRACE & CO., *et al.*** |
| Date of Retention: | **May 30, 2001 (*nunc pro tunc to* April 2, 2001)** |
| Period for which compensation and reimbursement is sought: | **January 1, 2003 – January 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$77,836.00** |
| Amount of Expense Reimbursement Sought as actual, reasonable and necessary | **$6,477.81** |

This is a: **X** monthly __ quarterly interim __ final application

The total time expended for fee application preparation is approximately 15 hours and the corresponding compensation requested is approximately $3,000.00.[1]

---

[1] Applicant will apply to recover compensation relating to this Fee Application in a subsequent application.

91100-001\DOCS_DE:47806.1
03/21/03 9:38 AM

-1-

| Date Filed Docket No. | Period Covered | REQUESTED Fees | REQUESTED Expenses | APPROVED Fees | APPROVED Expenses |
|---|---|---|---|---|---|
| August 14, 2001 #793 CNO filed September 20, 2001 #943 | 4/2/01 – 4/30/01 | $13,859.50 | $7,239.68 | Approved @ 80% ($11,087.60) | Approved @ 100% |
| August 14, 2001 #794 CNO filed September 20, 2001 #944 | 5/1/01 – 5/31/01 | $37,837.50 | $10,539.48 | Approved @ 80% ($30,270.00) | Approved @ 100% |
| August 14, 2001 #795 CNO filed September 20, 2001 #946 | 6/1/01 – 6/30/01 | $29,079.00 | $10,548.57 | Approved @ 80% ($23,263.20) | Approved @ 100% |
| August 14, 2001 #796; Approved 11/25/02 #3091 | 4/2/01 – 6/30/01 | $80,776.00 | $28,327.73 | Approved @ 100% | Approved @ 100% |
| September 27, 2001 #967 Amended Exhibit B October 30, 2001 #1050 CNO filed October 31, 2001 #1062 | 7/1/01 – 7/31/01 | $33,349.00 Voluntarily Reduced to $32,429.00 | $11,075.18 | Approved @ 80% ($25,943.20) | Approved @ 100% |
| October, 31, 2001 #1046 CNO filed November 28, 2001 #1259 | 8/1/01 – 8/31/01 | $60,105.00 | $8,715.77 | Approved @ 80% ($48,084.00) | Approved @ 100% |

2

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November, 30, 2001 #1292 CNO filed 12/21/01 #1419 | 9/1/01 – 9/30/01 | $94,112.50 | $10,714.88 | Approved @ 80% ($75,290.00) | Approved @ 100% |
| December 4, 2001 #1305 CNO filed 12/27/01 #1423 | 4/2/01 – 12/3/01 | $240,000.00 | $0.00 | Contingency Matter Approved @80% ($192,000.00) | N/A |
| December, 11, 2001 #1331 CNO filed 1/9/02 #1477 | 10/1/01 – 10/31/01 | $68,805.50 | $23,481.14 | Approved @ 80% ($55,044.40) | Approved @ 100% |
| January 9, 2002 #1481; Approved 11/25/02 #3091 | 7/1/01 – 9/30/01 | $186,646.50 | $30,505.83 | Approved @ 100% | Approved @ 100% |
| February 26, 2001 #1723 CNO filed 4/17/02 #1936 | 11/1/01 – 11/30/01 | $62,334.50 | $7,507.05 | Approved @ 80% ($49,867.60) | Approved @ 100% |
| February 26, 2001 #1722 CNO filed 4/17/02 #1937 | 12/1/01 – 12/31/01 | $85,347.50 | $10,019.15 | Approved @ 80% ($68,278.00) | Approved @ 100% |
| March 27, 2002 #1868 CNO filed 4/18/02 #1942 | 1/1/02 – 1/31/02 | $38,823.00 | $11,182.95 | Approved @ 80% ($31,058.40) | Approved @ 100% |
| March 28, 2002 #1871; Approved 11/25/02 #3091 | 10/1/01 – 12/31/01 | $456,487.00 | $28,241.08 | Approved @ 100% | Approved @ 100% |

3

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| April 17, 2002 #1938 CNO filed 5/9/02 #2031 | 2/1/02 – 2/28/02 | $67,270.10 | $8,972.08 | Approved @ 80% ($53,816.08) | Approved @ 100% |
| May 6, 2002 #2061 CNO filed 6/7/02 #2187 | 3/1/02 – 3/31/02 | $30,424.00 | $6,076.45 | Approved @ 80% ($24,339.20) | Approved @ 100% |
| June 19, 2002 #2259-60 (Objections due July 9, 2002; Hearing date August 26, 2002) | 1/1/02 – 3/31/02 | $136,517.10 | $26,231.48 | Approved @ $130,255.00 | Approved @ 100% |
| June 12, 2002 # 2208 CNO filed 7/9/02 #2349 | 4/1/02 – 4/30/02 | $33,180.00 | $1,119.59 | Approved @ 80% ($26,544.00) | Approved @ 100% |
| July 9, 2002 #2349 CNO filed 7/30/02 #2468 | 5/1/02 – 5/31/02 | $10,995.50 | $9,230.90 | Approved @ 80% ($8,796.40) | Approved @ 100% |
| August 23, 2002 #2596 CNO filed 9/17/02 #2696 | 6/1/02 – 6/30/02 | $28,403.00 | $3,922.05 | Approved @ 80% ($22,722.40) | Approved @ 100% |
| September 20, 2002 #2719 and 2721; Approved 11/25/02 #3092 | 4/1/02 – 6/30/02 | $72,578.50 | $14,272.56 | Approved @ 100% | Approved @ 100% |
| October 22, 2002 #2858 CNO filed 11/13/02 #2971 | 7/1/02 – 7/31/02 | $102,925.00 | $17,692.88 | Approved @ 80% ($82,340.00) | Approved @ 100% |
| November 14, 2002 #2977 CNO Filed 12/11/02 # 3139 | 8/1/02 – 8/31/02 | $51,745.50 | $7,075.39 | Approved @ 80% ($41,396.40) | Approved @ 100% |
| November 20, 2002 #3039 CNO filed 12/11/02 # 3135 | 9/1/02 – 9/30/02 | $29,291.10 | $4,744.95 | Approved @ 80% ($23,432.88) | Approved @ 100% |

| Date Filed Docket No. | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| November 27, 2002 #3084 & #3087 (Objections due by 3/17/03; Hearing 3/17/03) | 7/1/02 – 9/30/02 | $183,969.60 | $29,513.22 | Pending | Pending |
| December 16, 2002 #3165 CNO filed 1/14/03 #3250 | 10/1/02 – 10/31/02 | $26,061.00 | $5,340.26 | Approved @ 80% ($20,848.80) | Approved @ 100% |
| December 27, 2002 #3198 Order singed 3/3/03 # 3446 | 4/4/01 – 12/3/01 | $240,000.00 | N/A | Approved | N/A |
| January 13, 2003 #3238 CNO filed 2/6/03 #3227 | 11/1/02 – 11/30/02 | $28,150.50 | $4,980.91 | Approved @ 80% ($22,520.40) | Approved @ 100% |
| February 6, 2003 #3345 (Objections due 2/26/03) | 12/1/02 – 12/31/02 | $21,414.00 | $3,594.17 | Pending | Pending |
| February 14, 2003 Pending (Hearing 6/17/03) | 10/1/03 – 12/31/03 | $75,625.50 | $13,915.34 | Pending | Pending |
| Pending | 1/1/03 – 1/31/03 | $77,836.00 | $6,477.81 | Pending | Pending |

5

## SUMMARY OF COMPENSATION FOR THE FEE PERIOD
## DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

| Name of Professional Person | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anthony J. Marchetta | 1974 | 450.00 | 52.0 | $23,400.00 |
| Robert G. Rose | 1974 | 385.00 | 2.1 | $808.50 |
| Scott A. Zuber | 1987 | 340.00 | 10.0 | $3,400.00 |
| Michael E. Waller | 1990 | 320.00 | 32.7 | $10,464.00 |
| John P. Scordo | 1988 | 320.00 | 3.0 | $960.00 |
| William S. Hatfield | 1993 | 275.00 | 35.0 | $9,625.00 |
| **ASSOCIATES** | | | | |
| Brian E. Moffitt | 1992 | 280.00 | 35.8 | $10,024.00 |
| Kristen M. Jasket | 2000 | 180.00 | 8.0 | $1,440.00 |
| Denise L. Buerrosse | 2001 | 180.00 | 46.5 | $8,370.00 |
| Daniel T. McKillop | 2001 | 180.00 | 5.1 | $918.00 |
| Lori A. Jordan | 2002 | 160.00 | 4.2 | $672.00 |
| Sunny S. Kim | Pending | 160.00 | 11.9 | $1,904.00 |
| **PARAPROFESSIONALS** | | | | |
| Sandra Purrington | N/A | 110.00 | 24.3 | $2,673.00 |
| Susan Parker | N/A | 105.00 | 26.1 | $2,740.50 |
| Douglas Florence | N/A | 95.00 | 4.6 | $437.00 |
| **Grand Total Time Reports (Hours and Dollars) for the Fee Period January 1, 2003 through January 31, 2003** | | | 301.3 **Total Hours** | $77,836.00 |

6

## SUMMARY OF EXPENSES FOR THE FEE PERIOD
## JANUARY 1, 2003 THROUGH JANUARY 31, 2003

| TYPE OF EXPENSE | |
|---|---|
| Computer-Assisted Research | $2,036.21 |
| Document-Access Facility | $2,864.00 |
| Duplicating | $793.38 |
| Telephone | $17.09 |
| Express Delivery | $0.66 |
| PD AMEX FOR TRAVEL EXPENSES; MEW; CK# 243362 | $14.00 |
| Paid Echo Appellate Press, Inc. for services rendered #10501; S#3946 | $564.90 |
| PD UPS TO NYC; MEW; CK# 243722 | $7.74 |
| PD UPS TO NYC; MEW; CK# 243722 | $7.74 |
| PD MEAL EXPENSES; AJM | $22.90 |
| PD UPS TO NEW YORK NY;BEM;CK# 244024 | $7.74 |
| PD UPS TO NEW YORK NY;BEM;CK# 244024 | $9.84 |
| PD FEDEX TO NEW YORK NY;BEM;CK# 243875 | $10.24 |
| Paid Document Express, Inc. for services rendered #10501; S#4031 | $39.75 |
| PD TRAVEL EXPENSES; BEM; UH 1/31/03 | $13.68 |
| PD TRAVEL EXPENSES; BEM; UH 1/31/03 | $20.00 |
| PD TRAVEL EXPENSES; BEM; UH 1/31/03 | $16.60 |
| PD TRAVEL EXPENSES; BEM; UH 1/31/03 | $1.50 |
| Paid Clerk, U.S. Court of Appeals for fee for audio tape of oral argument #10501; S#3984 | $20.00 |
| PD UPS TO WILLMINGTON DE; DMJ:CK#243390 | $9.84 |
| **Grand Total Expenses for the Fee Period January 1, 2003 through January 31, 2003** | **$6,477.81** |

| PROJECT CATEGORIES | COMPENSATION BY PROJECT CATEGORY FOR THE FEE PERIOD ||
|---|---|---|
| | Total of January 1 - January 31, 2003 | Total of April 2, 2001 - January 31, 2003 |
| 01 - Asset Analysis and Recovery | | $ 3,888.50 |
| 02 - Asset Disposition | | $ 13,881.00 |
| 03 - Business Operations | | $ 88,521.00 |
| 04 - Case Administration | $ 34,555.50 | $ 171,001.10 |
| 05 - Claims Analysis, Objection, & Resolution (Asbestos) | | $ 6,449.00 |
| 06 - Claims Analysis, Objection, & Resolution (Non-asbestos) | | |
| 07 - Committee, Creditors', Noteholders' or Equity Holders' | | $ 1,830.00 |
| 08 - Employee Benefits/ Pension | | |
| 09 - Employment Applications, Applicant | | |
| 10 - Employment Applications, Others | | |
| 11 - Fee Applications, Applicant | $ 4,930.00 | $ 47,291.50 |
| 12 - Fee Applications, Others | | $ 1,179.00 |
| 13 - Financing | | $ 201.00 |
| 14 - Hearings | | $ 72,325.50 |
| 15 - Litigation and Litigation Consulting. | $ 35,677.50 | $ 808,730.10 |
| 16 - Plan and Disclosure Statement | | $ 41,393.00 |
| 17 - Relief from Stay Proceedings | | $ 185.50 |
| 18 - Tax Issues | | $ 4,247.00 |
| 19 - Tax Litigation | | |
| 20 - Travel – Non Working | | |
| 21 - Valuation | | |
| 22 - ZAI Science Trial | | |
| 23 - ZAI Science Trial – Expenses | | |
| 24 - Other | $ 2,673.00 | $ 2,773.00 |
| 25 - Accounting/Auditing | | |
| 26 - Business Analysis | | |
| 27 - Corporate Finance | | |
| 28 - Data Analysis | | |
| **TOTAL - FEES** | $ 77,836.00 | $ 1,263,896.20 |
| **TOTAL - EXPENSES** | $ 6,477.81 | $ 177,485.05 |
| **TOTAL FEES AND EXPENSES** | $ 84,313.81 | $ 1,441,381.25 |