# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## JANUARY 1, 2003 THROUGH JANUARY 31, 2003

Engagement Costs – Weja, Inc.

|  |  |
|---|---:|
| Computer Assisted Research | 54.60 |
| Duplicating | 275.10 |
| Telephone | 5.69 |
| Matter Total Engagement Cost | 335.39 |

Engagement Costs - Lampetr Joint Venture/WRG

|  |  |
|---|---:|
| Duplicating | 10.92 |
| Express Delivery | 0.66 |
| Matter Total Engagement Cost | 11.58 |

Engagement Costs - NY Superfund Action

| Date | Description | Amount |
|---|---|---:|
| 12/05/02 | PD AMEX FOR TRAVEL EXPENSES; MEW; CK# 243362[2] | 14.00 |
| 12/17/02 | Paid Echo Appellate Press, Inc. for services rendered #10501; S#3946[3] | 564.90 |
| 12/23/02 | PD UPS TO NYC; MEW; CK# 243722 | 7.74 |
| 12/23/02 | PD UPS TO NYC; MEW; CK# 243722 | 7.74 |
| 01/07/03 | PD MEAL EXPENSES; AJM | 22.90 |
| 01/09/03 | PD UPS TO NEW YORK NY;BEM;CK# 244024 | 7.74 |
| 01/09/03 | PD UPS TO NEW YORK NY;BEM;CK# 244024 | 9.84 |
| 01/10/03 | PD FEDEX TO NEW YORK NY;BEM;CK# 243875 | 10.24 |
| 01/13/03 | Paid Document Express, Inc. for services rendered #10501; S#4031[4] | 39.75 |
| 01/14/03 | PD TRAVEL EXPENSES; BEM; UH 1/31/03 | 13.68 |
| 01/14/03 | PD TRAVEL EXPENSES; BEM; UH 1/31/03 | 20.00 |
| 01/14/03 | PD TRAVEL EXPENSES; BEM; UH 1/31/03 | 16.60 |
| 01/14/03 | PD TRAVEL EXPENSES; BEM; UH 1/31/03 | 1.50 |
| 01/16/03 | Paid Clerk, U.S. Court of Appeals for fee for audio tape of | 20.00 |

---

[2] See receipt attached hereto as Exhibit "1."
[3] See Invoice dated 12/17/2002 from Echo Appellate Press, Inc. attached hereto as Exhibit "2."
[4] See Invoice dated 01/13/2003 from Document Express, Inc. attached hereto as Exhibit "3."

|  |  |  |
|---|---|---|
| 01/31/03 | oral argument #10501; S#3984[5]<br>DOCUMENT ACCESS FACILITY--ANNEX--JANUARY 2003 | 2864.00 |
|  | Computer Assisted Research[6] | 1981.61 |
|  | Duplicating | 472.64 |
|  | Telephone | 9.37 |
|  | Matter Total Engagement Cost | 6,084.25 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 01/03/03 | PD UPS TO WILMINGTON DE;KMJ;CK# 243390 | 9.84 |
|  | Duplicating | 34.72 |
|  | Telephone | 2.03 |
|  | Matter Total Engagement Cost | 46.59 |

---

[5] See Receipt for Payment from the United States Court of Appeals, Second Circuit, dated 01/17/03 attached hereto as Exhibit "4."

[6] See Engagement Cost Report, attached hereto as Exhibit "5."

24

# ATTACHMENT 1



Corporate Cardmember Name
**ANGELA S BARON**

EDISON PLAZA CORP   NEWARK   NJ   $14.00

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3782-906600-71821 | 12/05/02 | 000008024 | 56 |

Service Establishment and Location
EDISON PLAZA CORP   NEWARK   NJ

Record of Charge

PARKING

S/E # 2296643851

TOTAL CHARGE AMOUNT   $14.00

# ATTACHMENT 2

# ECHO APPELLATE PRESS, INC.

30 West Park Avenue
Long Beach, NY 11561
516.432.3601
FED. I.D. NO 11-2436537

# Invoice

| DATE | Job # |
|---|---|
| 12/17/2002 | 12458 |

| BILL TO |
|---|
| PITNEY, HARDIN, KIPP & SZUCH, LLP<br>PO BOX 1945<br>MORRISTOWN, NEW JERSEY 07962-1945 |

| CASE / COURT |
|---|
| MARYLAND CASUALTY V WR GRACE<br>US COURT OF APPEALS<br>SECOND CIRCUIT |

| DESCRIPTION | AMOUNT |
|---|---|
| Reproduction Services, Filing etc for Reply Brief | 564.90T |
|  | 0.00T |
| YOU MAY DEDUCT $25.00 FROM THIS INVOICE IF PAID BY DECEMBER 31, 2002 | |
| Out-of-state sale, exempt from sales tax | 0.00 |

PAID.............
APPROVED..........
VENDOR NO. ...02758....
CHECK NO. ...24638....
CHARGE,......./050/......

ok to pay
082913.006009

**Total** $564.90

ALL INVOICES ARE PAYABLE UPON RECEIPT
THANK YOU FOR DOING BUSINESS WITH
ECHO APPELLATE PRESS

# ATTACHMENT 3

# INVOICE

## Document Express, Inc.
75 Ninth Avenue - 5th Floor
New York, NY 10011
Tel: (973) 504-8866  Fax: (973) 242-4201
Tax ID: 13-3847502

| Invoice # | Invoice Date |
|---|---|
| 127827 | 01/13/2003 |

Sales Rep: Sherry Jorge
Customer#: MO10075
Page: 1

BILL TO:

Pitney Hardin Kipp & Szuch LLP
200 Campus Rd.
PO Box 1945
Morristown, NJ 07962-1945
  Susan Parker

SHIP TO:

3 originals / 10 copies
Re: Maryland Cas./ W.R. Grace & Co.

| Customer's Terms | Customer's Phone | Customer's Fax | Customer Contact | Purchase Order # | Customer Service Rep. |
|---|---|---|---|---|---|
| Net 30 Days | (973) 966-6300 x8331 | (973) 966-1550 | Susan Parker | 82156 1/9 | CYNTHIA VELAZQUEZ |

| Quantity | Description | Tax | Sub-Total |
|---|---|---|---|
| 10 | @ 1.25 Color - Maryland Cas./<br>24# Hammermill Laser Plus<br>Copies on 8.5 x 11<br>3 Originals, 1 Side, As Original<br>30 Copies | Y | 37.50 |

082913.9 (AJ MY Superfund
Ok to pay
[signature] 1/27/03

PAID.........
APPROVED.........
VENDOR NO. 11026
CHECK NO. 244208
CHARGE. 10501

| Ship Via | Sub-Total | Tax Rate % | Tax | Freight | Deposit | Amount Due |
|---|---|---|---|---|---|---|
| Delivery | 37.50 | 6.000 | 2.25 | 0.00 | 0.00 | $ 39.75 |

*Thank you. We appreciate your business!*

"catch the express"

# ATTACHMENT 4

AO 182



ORIGINAL           167719

RECEIPT FOR PAYMENT
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
NYC, NY
OFFICE OF THE CLERK

RECEIVED FROM

Pitney Hardin Kipp & Szuch LLP
P.O. Box 1945
Morristown, NJ 07962-1945

CASE REFERENCE  01-7482

01/17/03  1:25PM  00#3618        0

                                    322350               $20.00
086900  Docketing Fees              CHECK                $20.00
322340  Publications\Opinions
322350  Copy Fees
322360  Misc. (Certifications, etc.)

Copy of tape of oral argument

All checks, money orders, drafts, etc. accepted subject to collection. Full credit will not be given until the negotiable instrument has been accepted by the financial institution on which it was drawn.

Deputy Clerk  Su



# ATTACHMENT 5

3/4/03  
10:23 AM  
Pitney, Hardin, Kipp & Szuch, LLP  
Engagement Cost Report  
Includes: Hard, Soft, Billed  
Periods: 200212 To 200302  Dates: 12/1/02 To 2/28/03  

(_PHDSB02JB)  
Req'd By: KANDOLAB  
Currency: USD  

Client: 082913  W.R. GRACE & CO.\INSURANCE CO  
Matter: 000009  NY Superfund Action  

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/29/03 | CAR | | 1576081 | WRG.24 | 2014426 | 2/20/03 | $4.00 | $4.00 | $4.00 |
| 1/29/03 | CAR | | 1576105 | WRG.24 | 2014426 | 2/20/03 | $5.00 | $5.00 | $5.00 |
| 1/29/03 | CAR | | 1576108 | WRG.24 | 2014426 | 2/20/03 | $2.50 | $2.50 | $2.50 |
| 1/29/03 | CAR | | 1576121 | WRG.24 | 2014426 | 2/20/03 | $6.00 | $6.00 | $6.00 |
| 1/29/03 | CAR | | 1576191 | WRG.24 | 2014426 | 2/20/03 | $10.00 | $10.00 | $10.00 |
| 1/29/03 | CAR | | 1576195 | WRG.24 | 2014426 | 2/20/03 | $2.50 | $2.50 | $2.50 |
| 1/31/03 | CAR | | 1578045 | WRG.24 | 2014426 | 2/20/03 | $932.28 | $932.28 | $932.28 |
| 1/31/03 | CAR | | 1578245 | WRG.24 | 2014426 | 2/20/03 | $1,019.33 | $1,019.33 | $1,019.33 |

Matter 000009 Totals: $1,981.61  $1,981.61  $1,981.61  

Client: 082913  W.R. GRACE & CO.\INSURANCE CO  

Client 082913 Totals: $1,981.61  $1,981.61  $1,981.61  

Report Totals: $1,981.61  $1,981.61  $1,981.61

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| | : Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : (Jointly Administered) |
| | : |
| Debtors. | : Objection Deadline: April 7, 2003 |
| | : Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: March 12, 2003

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP

_____
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950