**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 4080
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


March 21, 2003

In Reference To:    Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #    10217

Professional Services

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---:|---:|
| 2/3/2003 | WHS | detailed review of final report re Campbell | 0.30 | 82.50 |
|  | WHS | revise final report re Ashby | 0.30 | 82.50 |
|  | WHS | revise final report re Blackstone | 0.30 | 82.50 |
|  | WHS | revise final report re Carella | 0.30 | 82.50 |
|  | LMF | draft e-mail to Kristen, Kramer re:clarification of revision to PC spreadsheet for audit reductions | 0.10 | 15.00 |
|  | SLB | Update Grace status chart - (.6) ; Edit prelim. draft of Fianl Report - Ashby - (.5) ; Edit prelim. draft of Final Report - Wallace King - (.7) ; complete prelim. draft of Final Report - Campbell Levine - (.6) ; Edit prelim. draft of Final Report - Blackstone - (.5) ; complete prelim. draft of Final Report - CBBG - (1.4) ; Begin prelim. draft of Final Report - K&E - (4.9) | 9.20 | 1,012.00 |
|  | DTW | Review Wallace King final report (.2); review Ashby final report (.2); begin preliminary draft final report for Casner (2.1); conference with S. Bossay regarding final reports (.1). | 2.60 | 351.00 |
|  | MWS | Finish drafting final report regarding fee application of The Blackstone Group L.P. for July - September 2002. | 1.00 | 200.00 |

214 698-3868

W.R. Grace & Co.              Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/3/2003 | LMF | continue to draft 6th Q PC spreadsheet | 1.20 | 180.00 |
| | LMF | draft e-mail to Kristen, Kramer re:clarification of revision to PC spreadsheet for audit reductions | 0.10 | 15.00 |
| | BRD | detailed review of Caplin & Drysdale Application for compensation and reimbursement of expenses for October 2002, in re: W.R. Grace & Co. et al. | 4.50 | 562.50 |
| | BRD | draft summary of Caplin & Drysdale Application for compensation and reimbursement of expenses for October 2002, in re: W.R. Grace & Co. et al. | 4.50 | 562.50 |
| | JBA | Update database with electronic Responses re: 6th Int Initial Reports for Carrella, Pitney Harding (.1), and Kirkland Ellis (.2) | 0.30 | 12.00 |
| | JBA | Electronic filing with court of Final Report re: 6th Interim for Campbell | 0.30 | 12.00 |
| | JBA | Electronic filing with court of Final Reports re: 6th Interim for Ashby (.2), Wallace King (.3), and Blackstone (.2) | 0.70 | 28.00 |
| | MWS | receive, review, and forward electronic monthly invoice from Holme Roberts and Owen for December 2002. | 0.10 | 20.00 |
| 2/4/2003 | WHS | detailed review of Carella final report | 0.30 | 82.50 |
| | WHS | revise final report re K&E | 0.30 | 82.50 |
| | WHS | revise final report re Ferry | 0.20 | 55.00 |
| | DTW | Conference with Y. Guzman regarding final report for Ferry Joseph (1.1); complete preliminary draft final report final report for Casner (.8). | 1.90 | 256.50 |
| | WHS | telephone conference with Roger Higgins re K&E | 0.10 | 27.50 |

W.R. Grace & Co. Page 3

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/4/2003 | SLB | Complete prelim. draft of Final Report - K&E - (4.4) ; complete prelim. draft of Final Report - Ferry Joseph - (1.2) ; complete prelim. draft of Final Report - Lukins - (1.4) ; Began prelim. draft of Final Report - Holme Roberts - (1.6) | 8.60 | 946.00 |
| | LMF | draft e-mail to Anne, Steptoe re: receipt and review of 6th interim PC spreadsheet(.2); draft email to Paula, Pachulski Stang re:receipt of PC spreadsheet(.1); respond to email from Teresa, Klett re:revisions request for PC spreadsheet(.1) | 0.40 | 60.00 |
| | LMF | telephone conference with Shelley, Duane Morris re:PC spreadsheet for 6th Q | 0.20 | 30.00 |
| | YTG | Begin prelim draft of final report for Ferry Joseph's 6th interim application | 1.00 | 150.00 |
| | YTG | begin preliminary draft of final report for Holme Roberts 6th interim application | 4.00 | 600.00 |
| | YTG | begin preliminary draft of final report for Klett Rooney's 6th interim application | 0.60 | 90.00 |
| | YTG | begin preliminary draft of final report for Duane Morris 6th interim application | 0.60 | 90.00 |
| | YTG | begin preliminary draft of final report for Reed Smith 6th interim application | 0.30 | 45.00 |
| | JBA | Electronic filing with court of Final Reports re: 6th Interim for CBBG (.3), Ferry Joseph (.2), and Kirkland and Ellis (.3) | 0.80 | 32.00 |
| 2/5/2003 | WHS | draft amended FR re K&E | 0.30 | 82.50 |
| | WHS | detailed review of final report re Klett | 0.20 | 55.00 |
| | WHS | detailed review of final report re Casner | 0.20 | 55.00 |
| | WHS | revise final report re Lukins | 0.40 | 110.00 |

W.R. Grace & Co.         Page 4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/5/2003 | WHS | revise final report re Holme | 0.40 | 110.00 |
| | SLB | Complete prelim. draft of Final Report - Holme Roberts - (3.3) ; update Grace status chart - (.4) ; Individual e-mails to non-responsive applicants - (.5) ; edit prelim. draft of Final Report - Holme Roberts - (1.2) ; review prelim. draft of Final Report - Bilzen (.9) ; complete prelim. draft of Fianl Report - Steptoe (.4) ; complete prelim. draft of Final Report - Duane Morris - (.9) | 7.60 | 836.00 |
| | LMF | continued to draft 6th Q PC spreadsheet | 1.40 | 210.00 |
| | LMF | draft e-mail to Harold, Wachtell re:request for 6th Q PC spreadsheet and sample format | 0.20 | 30.00 |
| | LMF | telephone conference with William, Elzufon re: project category spreadsheet content | 0.20 | 30.00 |
| | WHS | revise final report re Duane | 0.30 | 82.50 |
| | DTW | Review Caplin October fees (1.0) review summary regarding same (.7); conference with B. Duff regarding same (.2); begin preliminary draft final report Bilzin (2.3). | 4.20 | 567.00 |
| | YTG | continue with preliminary draft of final report for Reed Smith's 6th interim application | 1.90 | 285.00 |
| | YTG | continue with preliminary draft of final report for Duane Morris 6th interim application | 0.40 | 60.00 |
| | YTG | continue with preliminary draft of final report in Holme Roberts 6th interim application | 0.20 | 30.00 |
| | YTG | begin preliminary draft of final report in Steptoe & Johnson for 6th interim application | 0.80 | 120.00 |
| | YTG | begin preliminary draft of final report for Stroock for 6th interim application | 1.70 | 255.00 |
| | YTG | begin preliminay draft of final report for 6th interim application for Tersigni | 0.80 | 120.00 |

W.R. Grace & Co.                                                                                                                Page     5

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 2/5/2003 | YTG | begin preliminary draft of final report for th interim application for Hamilton | 0.70 | 105.00 |
|  | YTG | begin preliminary draft of final report for 6th interim application for PwC | 0.60 | 90.00 |
|  | JBA | Electronic filing with court of Final Reports re: 6th Interim for Amended Kirkland and Ellis (.3), Casner (.2), Klett (.2), and Lukins (.2) | 0.90 | 36.00 |
|  | MWS | receive, review, and forward electronic monthly invoice from Nelson Mullins for December 2002. | 0.10 | 20.00 |
| 2/6/2003 | WHS | revise final report re Steptoe | 0.40 | 110.00 |
|  | WHS | revise final report re Bilzin | 0.30 | 82.50 |
|  | WHS | revise final report re Holme | 0.40 | 110.00 |
|  | WHS | detailed review of final report re Hamilton | 0.40 | 110.00 |
|  | WHS | revise final report re PwC | 0.30 | 82.50 |
|  | WHS | detailed review of final report re Tersigni | 0.20 | 55.00 |
|  | LMF | draft e-mail to Terea, Klett re:revisions to PC project category spreadsheet | 0.30 | 45.00 |
|  | SLB | Edit prelim. draft of Final Report - Holme Roberts - (.9) ; complete prelim. draft of Final Report - Hamilton - (1.4) ; complete prelim. draft of Final Report - PricewaterhouseCoopers - (1.7) ; Edit prelim. draft of Final Report - Bilzin - (.3) ; complete prelim. draft of Final Report - Tersigni - (.6) ; complete prelim draft Final Report - Stroock - (2.4) ; edit prelim. draft of Final Report - Pachulski | 8.40 | 924.00 |
|  | DTW | Prepare draft preliminary final report for Pachulski (4.2); review Stroock final report and conference with W. Smith and S. Bossay regarding same (.4). | 4.60 | 621.00 |

W.R. Grace & Co.                                                                                                                        Page      6

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/6/2003 | YTG | continue with prelminary draft of final report for 6th interim application for PwC | 0.50 | 75.00 |
|  | JBA | Electronic filing with court of Final Report re: 6th Interim for Duane Morris (.2), Steptoe (.2), Holme Roberts (.4), Bilzin (.3), and Hamilton (.2) | 1.30 | 52.00 |
| 2/7/2003 | WHS | detailed review of final report re Pachulski | 0.30 | 82.50 |
|  | WHS | revise final report re Stroock | 0.40 | 110.00 |
|  | WHS | receive and review 6 misc pleadings | 0.10 | 27.50 |
|  | WHS | detailed review of final report re Reed | 0.30 | 82.50 |
|  | LMF | telephone conference with Aileen, Campbell Levine re:Personal injury committee PC spreadsheet(.2); t/c with Hal Noviff, Wachetell re:PC spreadsheet(.2); t/c Stephanie, Conway re:filing of Conway Del Genio applications and review for 6th Q(.2); t/c with Aileen, Campbell Levine re:review of PC spreadsheet for PI committee and request for extension to respond to fee audit(.3); review voicemail from Aileen, Campbell re:revisions and response to fee audit(.1) | 1.00 | 150.00 |
|  | LMF | draft e-mail to WR Grace applicants re:submission of PC spreadsheet and request for status(.4); draft email to Susan, Holme re:receipt of PC spreadsheet(.1); emailed Michael, Elzufon re:receipt of PC spreadsheet(.1); emailed Ralph's assistant, Duanne re:receipt of PC spreadsheet(.1); emailed Stephanie, Conway re:deadlines for review for 6th period(.3) | 1.00 | 150.00 |
|  | SLB | E-mails to Morgan Lewis (re PwC.); Nelson Mullins; Campbell & Levine (re Personal Injury Com); Wachtell re. responses to 6th Interim - (1.5) ; edit prelim. draft of Fianl Report - PwC - (.4) ; update Grace status chart - (.4) ; complete prelim draft of Final Report - Reed Smith - (1.8) ; Begin prelim. draft of Final Report - Wachtell - (3.6) | 7.70 | 847.00 |
|  | BRD | draft summary of Caplin & Drysdale Application for compensation and reimbursement of expenses for October 2002, in re: W.R. Grace & Co. et al. | 0.80 | 100.00 |

W.R. Grace & Co.          Page 7

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 2/7/2003 | DTW | Review Reed Smith preliminary draft final report and conference with S. Bossay regarding same (.4); conference with S. Bossay regarding Wachtell expenses (.1). | 0.50 | 67.50 |
| | YTG | begin preliminary draft of final report for FTI Policano & Manzo for 6th interim period | 3.60 | 540.00 |
| | JBA | Update database with Holme Roberts 12.02 electronic app. and detail | 0.10 | 4.00 |
| | JBA | Electronic filing with court of Final Reports re: 6th Interim for Pachulski (.2), Stroock (.3), Tersigni (.2), Herbert Smith (.3), and Reed Smith (.2) | 1.20 | 48.00 |
| 2/10/2003 | SLB | E-mail to H. Novikoff @ Wachtell re. expense detail - (,4) ; complete prelim. draft of 6th Int. Final Report - FTI Policano - (.9) ; complete prelim. draft of 6th Int. Final Report - Kramer Levin - (1.8) ; update Grace status chart - (.3) ; complete prelim. draft of 6th Int. Final Report - Wachtell - (1.7) ; complete prelim. draft of 6th Int. Final Report - Nelson Mullins - (1.4) ; edit Final Report - PwC - (.6) ; Begin draft Initial Report 7th Int. Ferry Joseph (1.2) | 8.30 | 913.00 |
| | WHS | revise final report re FTI | 0.30 | 82.50 |
| | WHS | revise final report re Kramer | 0.30 | 82.50 |
| | LMF | continued to draft 6th Q PC spreadsheet | 1.30 | 195.00 |
| | LMF | draft e-mail to Shelley, Duane re:revisions of cumulative 6th Q PC spreadsheet(.4); respond to email from Shelley, Duane re: revisions of cumulative 6th Q PC spreadsheet(.2) | 0.40 | 60.00 |
| | DTW | Review final report for FTI Policano (.2); same for Kramer Levin (.1); research language for final report (.2); review final report for Wachtell (.3); same for Nelson Mullins (.1). | 0.90 | 121.50 |
| | GG | detailed review of reed november 2002 fee invoice | 5.30 | 662.50 |
| | JBA | Update database with Nelson Mullins electronic Response to the 6th Interim Initial Report | 0.10 | 4.00 |

W.R. Grace & Co. Page 8

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/10/2003 | JBA | Electronic filing with court of Final Reports re: 6th Interim for FTIP&M (.2), and Kramer (.2) | 0.40 | 16.00 |
| 2/11/2003 | WHS | revise final report re Nelson | 0.20 | 55.00 |
| | WHS | revise final report re PWC | 0.20 | 55.00 |
| | WHS | revise final report re Wachtell | 0.30 | 82.50 |
| | WHS | detailed review of note re insurance finance code, and draft e-mail to George Lappe re same | 0.50 | 137.50 |
| | CC | Detailed review of Kirkland & Ellis 11/02 fee application. | 4.00 | 480.00 |
| | DTW | Review transcript of hearings for memorandum on rulings (.7); draft memo (.3); e-mail to P. Galbraith regarding transcript of 11/25/02 hearing (.1). | 1.10 | 148.50 |
| | SLB | Create status chart for 7th Interim Grace - (.5) ; Edit prelim. draft of 6th Int. Final Report - Wachtell - (.6) ; Edit prelim. draft of 6th Int. Final Report - Nelson Mullins - (1.7) ; Edit prelim. draft of 6th Int. Final Report - PwC - (1.7) ; | 4.50 | 495.00 |
| | JBA | Electronic filing with court of Final Reports re: 6th Interim for Nelson Mullins (.2), PwC (.4), and Wachtell (.2) | 0.80 | 32.00 |
| 2/12/2003 | LMF | review and respond to e-mail from Hal, Wachtell re:receipt of PC spreadsheet for 6th Q(.2); emailed Terri and Elysa, Caplin Drysdale re:followup request of PC spreadsheet(.1); emailed Luisa and Jay, Bilzin re:followup request of PC spreadsheet for 4 firms(.1); | 0.40 | 60.00 |
| | LMF | left voicemail with Luisa, Bilzin re:request for Bilzin's 6th Q PC spreadsheet for 4 firms(.1); attempted to leave message for Terri, Caplin re:request for Caplin's 6th Q PC spreadsheet(.1) | 0.20 | 30.00 |
| | DTW | Review transcript from 11/25/02 hearing (.5). | 0.50 | 67.50 |
| | MWS | detailed review of latest version of instructions for fee auditing, including appendices providing judges' views on issues as expressed at prior hearings. | 0.30 | 60.00 |

W.R. Grace & Co.                                              Page 9

| Date | | | | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 2/13/2003 | WHS | conference with Steve Bossay re committee expenses | | 0.20 | 55.00 |
| | WHS | revise final report re committee expenses | | 0.40 | 110.00 |
| | WHS | conference with LaVern Ferdinand re PWC | | 0.20 | 55.00 |
| | LMF | continued to draft 6th Q PC spreadsheet revisions for Klett(.3); continued to draft 6th Q PC spreadsheet | | 4.40 | 660.00 |
| | LMF | detailed review of fee application and invoice for December 2002 submitted by PWC | | 1.20 | 180.00 |
| | SLB | Complete prelim. draft of 6th Interim Final Report - P.I. Com. - (2.1) ; Edit prelim. draft of 6th Interim Final Report - P.I. Com. - (1.5) ; Begin summary and Initial Report of 7th Interim - Pitney Hardin - (1.8) | | 5.40 | 594.00 |
| | JBA | Electronic filing with court of Final Report re: 6th Interim for PI Committee | | 0.20 | 8.00 |
| 2/14/2003 | GG | detailed review of reed november 2002 fee invoice | | 1.30 | 162.50 |
| | LMF | continue detailed review of fee application and invoice for December 2002 submitted by PWC | | 3.20 | 480.00 |
| | LMF | draft e-mail to Nicole, Bilzin re:receipt and review of PC spreadsheet for 6th Q(.2); emailed Nicole re:review of revisions requested for 6th Q cumulative amounts(.3) | | 0.50 | 75.00 |
| | LMF | draft summary of fee application for December 2002 submitted by PWC | | 3.60 | 540.00 |
| | LMF | continued to draft 6th Q PC spreadsheet(2.1): drafted revisions to 6th Q PC spreadsheet(.9) | | 3.00 | 450.00 |
| | CAM | Electronic filing with court of WRGrace CNO for December 2002 Invoice. | | 0.40 | 44.00 |
| | SLB | Complete 7th Interim summary and Initial Report - Pitney Hardin - (4.8) ; begin 7th Interim summary and Initial Report - Pachulski - (2.7) | | 7.50 | 825.00 |

W.R. Grace & Co.                                                                                                                    Page   10

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 2/14/2003 | KRY | detailed review of Caplin & Drysdale 14th monthly fee application and draft summary of same (2.4); detailed review of Caplin & Drysdale 15th monthly fee application and draft summary of same (1.1). | 3.50 | 350.00 |
| 2/15/2003 | GG | detailed review of reed november 2002 fee invoice | 1.70 | 212.50 |
| 2/17/2003 | WHS | detailed review of spreadsheet for 6th Q, and conference with Lavern Ferdinand re same | 0.40 | 110.00 |
|  | CAM | Electronic filing with court of January 2003 Monthly Invoice | 0.40 | 44.00 |
|  | SLB | completed 7th Interim summary and initial report - Pachulski - (3.4) ; completed 7th Interim summary and initial report - Blackstone - (2.1); Began 7th Interim initial report - PwC - (2.1) | 7.60 | 836.00 |
|  | LMF | continued to draft revisions to 6th Q PC spreadsheet(3.2); review revisions with Warren, WHS(.2) | 3.50 | 525.00 |
|  | LMF | detailed review of fee application and invoice for October 2002 through December 2002 submitted by L. Tersigni(1.2); detailed review of fee application and invoice for November 2002 submitted by Wallace King(1.1) | 2.30 | 345.00 |
|  | LMF | draft summary of fee application for October 2002 through December 2002 submitted by L. Tersigni | 2.40 | 360.00 |
|  | JBA | Update database with PWC 12.02 electronic detail | 0.10 | 4.00 |
|  | KRY | detailed review of Caplin & Drysdale 13th monthly fee application and draft summary of same (2.7). | 2.70 | 270.00 |
|  | KRY | detailed review of Carella, Byrne et al., 8th monthly fee application and draft summary of same (2.0). | 2.00 | 200.00 |
| 2/18/2003 | WHS | revise spreadsheet for 6th quarter | 0.30 | 82.50 |
|  | LMF | continued detailed review of fee application and invoice for November 2002 submitted by Wallace King(2.9); detailed review of fee application and invoice for December 2002 submitted by Wallace King(4.7); review email from Nicole, Bilzin re:revisions to cumlative amounts for Hamilton(.1) | 7.70 | 1,155.00 |

| | | | Hours | Amount |
|---|---|---|---:|---:|
| W.R. Grace & Co. | | | | Page 11 |
| 2/18/2003 | LMF | draft summary of fee application for November 2002 through December 2002 submitted by Wallace King(.6); continue to draft revisions re:footnotes of 6th Q spreadsheet(.6) | 1.20 | 180.00 |
| | SLB | complete 7th Interim initial report - PwC - (5.8) ; complete 7th Interim summary and initial report - Klett Rooney - (1.6) ; Update Grace status chart - (.2) ; Begin 7th Interim summary and initial report - FTI Policano - (.5) | 8.10 | 891.00 |
| | JBA | Update database with Wallace 12.02 electronic detail | 0.10 | 4.00 |
| | JBA | Update database with Hamilton 11.02, 12.02, and 2.02 | 0.20 | 8.00 |
| | JBA | Update database with PWC 10-12.02 Interim electronic, and 12.02 electronic, Wallace 12.02 electronic | 0.10 | 4.00 |
| | KRY | detailed review of Carella, Byrne et al., 9th monthly fee application and draft summary of same (2.1);  detailed review of Carella, Byrne et al. 10th monthly fee application and prepare summary of same (3.1) | 5.20 | 520.00 |
| 2/19/2003 | WHS | revise spreadsheet re 6th quarter fees | 0.20 | 55.00 |
| | SLB | Complete 7th Interim initial report - FTI Policano - (3.2) ; Complete 7th Interim summary and initial report - Campbell & Levine - (1.5) ; complete 7th interim summary and initial report - Nelson Mullins - (1.7) ; update Grace status chart - (.3) ; begin 7th Interim summary and initial report - LAS - (1.1) | 7.80 | 858.00 |
| | JAW | detailed review of Holme Roberts October, 2002, monthly invoice (4.2) | 4.20 | 567.00 |
| | LMF | continue to draft summary of fee application for November 2002 through December 2002 submitted by Wallace King(6.6); continue to draft revisions re:6th Q spreadsheet(.6) | 7.20 | 1,080.00 |
| | LMF | draft e-mail to WR Grace applicants re:request for review of draft of 6th Q spreadsheet to be filed with court | 0.30 | 45.00 |
| | JBA | Update database with Campbell 10-12.02 Interim, Wallace King 10-12.02, Blackstone 10-12.02, and Pitney 10-12.02 | 0.30 | 12.00 |

W.R. Grace & Co. Page 12

| | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 2/19/2003 | JBA | Update database with Bilzin 12.02 electronic detail, Hamilton 11.02 electronic detail and 2.02 electronic detail | 0.10 | 4.00 |
| | JBA | telephone call to Holme Roberts re: WRG 7th Interim Invoices | 0.10 | 4.00 |
| | KRY | Review and revise summary of Carella, Byrne et al., 10th monthly fee application (1.2); detailed review of Carella, Byrne et al. 5th monthly fee application and prepare summary of same (1.3) | 2.50 | 250.00 |
| | KRY | detailed review of Reed Smith 18th monthly fee application and prepare summary of same. | 1.80 | 180.00 |
| 2/20/2003 | SLB | Completed 7th Interim summary and initial report - LAS - (1.5) ; edit 7th Interim initial reports - Klette Rooney (.4) and Pachulski (.7) | 2.60 | 286.00 |
| | JAW | detailed review of Holme Roberts October, 2002, monthly invoice (3.6) | 3.60 | 486.00 |
| | JAW | detailed review of Holme Roberts November, 2002, monthly invoice (6.3) | 6.30 | 850.50 |
| | LMF | continue to draft summary of fee application for November 2002 through December 2002 submitted by Wallace King(5.2) ; draft amendment to summary of fee application for October 2002 (.9) | 6.10 | 915.00 |
| | LMF | draft e-mail to Melissa, Carella re:response to question about revisions to 6th Q spreadsheet(.2); review email from Dottie, Tersigni re:request for review of spreadsheet(.1) | 0.30 | 45.00 |
| | DTW | Quick survey of electronic fee detail received (.2). | 0.20 | 27.00 |
| | KRY | Review and revise summary re Reed Smith 18th monthly fee application (.9). | 0.90 | 90.00 |
| 2/21/2003 | WHS | receive and review 1 misc pleading | 0.10 | 27.50 |
| | JAW | detailed review of Holme Roberts December, 2002, monthly invoice (6.6); draft summary of same (0.6) | 6.60 | 891.00 |
| | JAW | draft summary of Holme Roberts October, 2002, monthly invoice (0.9) | 0.90 | 121.50 |

W.R. Grace & Co. Page 13

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/21/2003 | JAW | draft summary of Holme Roberts November, 2002, monthly invoice (1.1) | 1.10 | 148.50 |
| | LMF | continue to draft summary of fee application for November 2002 through December 2002 submitted by Wallace King(.4) ; continue to draft amendment to summary of fee application for October 2002 (1.6); draft summary of fee application for December 2002 submitted by Kirkland Ellis(2.2) | 4.20 | 630.00 |
| | LMF | detailed review of fee application for December 2002 submitted by Kirkland Ellis | 2.90 | 435.00 |
| | JBA | Update database with Carella 10-12.02 elec. (.1), Pachulski 10-12.02, LAS 10-12.02, and Tersigni 10-12.02 (.1) | 0.20 | 8.00 |
| 2/24/2003 | LMF | telephone conference with Aileen, Campbell Levine re: draft of 6th Q spreadsheet(.2) | 0.30 | 45.00 |
| | LMF | review of email from Aileen, Campbell Levine re:response to draft of 6th Q spreadsheet | 0.10 | 15.00 |
| | SLB | Begin 7th Interim initial report - Holme Roberts - (5.1) | 5.10 | 561.00 |
| 2/25/2003 | LMF | telephone conference with Aileen, Campbell Levine re:revision to expenses for June amounts for LAS | 0.20 | 30.00 |
| | LMF | draft e-mail to responding to email re:possible revision to expenses for LAS | 0.10 | 15.00 |
| | SLB | Continue 7th Interim initial report - Holme Roberts - (6.2) | 6.20 | 682.00 |
| 2/26/2003 | SLB | Continue 7th Interim initial report - Holme Roberts - (3.6) | 3.60 | 396.00 |
| 2/27/2003 | LMF | detailed review of email from Pam, Blackstone re:cumulative 6th Q expenses(.7); review reformatted electronic fee detail invoice of Casner Edwards October 2002 detail (1.8) | 2.50 | 375.00 |
| | LMF | draft response email to Pam, Blackstone re:revision to cumulative expenses for 6th Q spreadsheet | 0.30 | 45.00 |

W.R. Grace & Co.                                                                                                              Page    14

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 2/27/2003 | LMF | draft revision to summary of fee application for October 2002 submitted by Reed Smith(.3); draft revision to summary of fee application for November 2002 submitted by Reed Smith (.3); draft revision to 6th Q Project Category spreadsheet for Blackstone cumulative expenses(.2); draft summary of fee application for October 2002 through November 2002 submitted by Casner Edwards(.2) | 1.00 | 150.00 |
|  | SLB | Continue 7th Interim initial report - Holme Roberts - (4.4) | 4.40 | 484.00 |
|  | JBA | Update database with Holme Roberts 10.02, 11.02, and 12.02 elec. detail | 0.10 | 4.00 |
| 2/28/2003 | LMF | continue detailed review of fee application for October 2002 submitted by Casner Edwards(.8); review reformatted electronic fee detail for November and December 2002 submitted by Casner Edwards(.5); detailed review of fee application for November 2002 submitted by Casner Edwards(1.5); review of fee application for December 2002 submitted by Casner Edwards (.6); review appellate case law re:noncompensable fees (1.6); | 5.00 | 750.00 |
|  | LMF | continue to draft summary of fee application for October 2002 through November 2002 submitted by Casner Edwards | 3.00 | 450.00 |
|  | LMF | telephone conference with Kim, Richardson Patrick re:comments on draft of 6th Q Project Category spreadsheet(.1); t/c with Pat, Wallace King re:expense detail for court application(.2) | 0.30 | 45.00 |

**For professional services rendered**                                                           **306.70  $39,854.50**

Additional Charges :

|  | Price |  |
|---|---|---|
| Third party copies & document prep/setup for Ashby, Blackstone, Campbell & Wallace 6th Interim Report | 74.62 | 74.62 |
| Third party copies & document prep/setup. | 16.63 | 16.63 |
| Third party copies & document prep/setup for Carella FR 6th | 16.91 | 16.91 |

W.R. Grace & Co. Page 15

| | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup for K&E FR 6th | 47.37 | 47.37 |
| Third party copies & document prep/setup for LAS FR 6th | 41.14 | 41.14 |
| Third party copies & document prep/setup for Richardson FR 6th | 29.75 | 29.75 |
| Third party copies & document prep/setup for Pitney, Eluzufon, Hillsoft FR 6th | 56.14 | 56.14 |
| Third party copies & document prep/setup for Caplin 6th FR | 49.29 | 49.29 |
| Third party copies & document prep/setup for Lukins & K&E 6th Interim Report | 62.68 | 62.68 |
| Third party copies & document prep/setup for Klett & Casner 6th Interim Report | 31.55 | 31.55 |
| Third party copies & document prep/setup for Hamilton 6th Interim Report | 23.00 | 23.00 |
| Third party copies & document prep/setup for Bilzin 6th Interim Report | 29.75 | 29.75 |
| Third party copies & document prep/setup for Duane Morris 6th Interim Report | 20.03 | 20.03 |
| Third party copies & document prep/setup for Steptoe & Holme 6th Interim Report | 109.30 | 109.30 |
| Third party copies & document prep/setup for Pachulski 6th Interim Report | 32.14 | 32.14 |
| Third party copies & document prep/setup for Stroock & Tersigni 6th Interim Report | 52.99 | 52.99 |
| Third party copies & document prep/setup for Reed, FTIP&M, Kramer 6th Interim Report | 115.56 | 115.56 |
| Third party copies & document prep/setup for PwC 6th Interim Report | 46.17 | 46.17 |

W.R. Grace & Co.                                                                                              Page    16

| | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup for Wachtell & Nelson 6th Interim Report | 49.63 | 49.63 |
| Third party copies & document prep/setup for PI Comm. 6th FR | 20.03 | 20.03 |
| Copying cost | 0.15 | 6.00 |
| **Total costs** | | **$930.68** |
| **Total amount of this bill** | | **$40,785.18** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian R Duff | 9.80 | 125.00 | $1,225.00 |
| Cheryl A McKinnon | 0.80 | 110.00 | $88.00 |
| Colleen Canion | 4.00 | 120.00 | $480.00 |
| Doreen T Williams | 16.50 | 135.00 | $2,227.50 |
| Gloria Garcia (Linda) | 8.30 | 125.00 | $1,037.50 |
| James A Wehrmann | 22.70 | 135.00 | $3,064.50 |
| Jeff B. Allgood | 8.40 | 40.00 | $336.00 |
| Kristi R. Young | 18.60 | 100.00 | $1,860.00 |
| Lavern Ferdinand | 75.20 | 150.00 | $11,280.00 |
| Mark W Steirer | 1.50 | 200.00 | $300.00 |
| Stephen L. Bossay | 112.60 | 110.00 | $12,386.00 |
| Warren H Smith | 10.60 | 275.00 | $2,915.00 |
| Yolanda T. Guzman | 17.70 | 150.00 | $2,655.00 |