IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 3416 |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 3416**

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for January 1, 2003 through January 31, 2003 filed on February 17, 2003. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than March 10, 2003. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

March 21, 2003                                **WARREN H. SMITH & ASSOCIATES**

                                              By:_____
                                                   Warren H. Smith
                                                   State Bar No. 18757050

                                              900 Jackson Street
                                              120 Founders Square
                                              Dallas, Texas 75202
                                              (214) 698-3868
                                              (214) 722-0081 (FAX)
                                              **FEE AUDITOR**

WRGraceCNO.1.03.rtf