## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:  April 14, 2003 at 4:00 p.m.**

## SIXTEENTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | February 1, 2003 through February 28, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $3,576.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $70.72 |
| This is a(n): | _x_ interim        ___ final application. |

The total time expended for the preparation of this application will be included in the next interim fee application.

WLM44188.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|--------------------|--------------------|--------------------|
| Teresa K.D. Currier | $445 | 4.7 | $2,091.50 |
| Frances A. Panchak | $135 | 2.2 | $297.00 |
| Raelena Y. Taylor | $125 | 9.3 | $1,162.50 |
| Maryann M. Zickgraf | $85 | 0.3 | $25.50 |
| **TOTAL** | | **16.5** | **$3,576.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

| Project category | Total Hours | Total Fees |
|------------------|-------------|------------|
| Business Operations | 1.0 | $445.00 |
| Case Administration | 3.9 | $839.50 |
| Employee Benefits/Pensions | 0.3 | $133.50 |
| Fee/Employment Applications | 4.1 | $830.50 |
| Plan & Disclosure Statement | 0.4 | $178.00 |
| Klett Rooney Fee/Employment Applications | 6.8 | $1,150.00 |
| **TOTAL** | **16.5** | **$3,576.50** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $2.55 |
| Federal Express | $38.17 |
| Messenger Services | $30.00 |
| **TOTAL** | **$70.72** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
    Teresa K. D. Currier (No. 3080)
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    (302) 552-4200

    Co-Counsel to the Official Committee of
    Equity Holders

Dated: March 25, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MARCH 13, 2003
                                            MATTER :  W9600-001
                                            INVOICE : 153854

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

RE:  IN RE: W.R. GRACE & CO., ET AL.

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 02/07/03 | FEDERAL EXPRESS -  4-537-28750 - FEDERAL EXPRESS CORPORATION | 27.54 |
| 02/19/03 | FEDERAL EXPRESS - 4-590-03452 -   FEDERAL EXPRESS CORPORATION | 10.63 |
| 02/25/03 | MESSENGER SERVICES -   PARCELS, INC.-D D R | 7.50 |
| 02/25/03 | MESSENGER SERVICES - 15289 - PARCELS, INC.-D D R | 7.50 |
| 02/25/03 | REPRODUCTION OF DOCUMENTS | 2.55 |
| 02/25/03 | MESSENGER SERVICES - 15385 - PARCELS, INC.-D D R | 7.50 |
| 02/25/03 | MESSENGER SERVICES - 15385 - PARCELS, INC.-D D R | 7.50 |

                    TOTAL EXPENSE ADVANCES :          70.72

                    TOTAL DUE  :                      70.72

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :     MARCH 13, 2003
                                               MATTER :   W9600-004
                                               INVOICE :  153855

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

     RE:  BUSINESS OPERATIONS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | --- | ----- |
| 02/06/03 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |
| 02/28/03 | TC | REVIEWED TO EXTEND AND MODIFY DIP FINANCING | .50 |


                     T I M E   S U M M A R Y
                     ----------------------

|  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T CURRIER | 445.00 | 1.00 | 445.00 |
| TOTALS | | 1.00 | 445.00 |


                    TOTAL FEES :                    445.00

                    TOTAL DUE  :                    445.00


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 13, 2003
MATTER :  W9600-005
INVOICE : 153856

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/05/03 | RTT | E-FILE AND SERVE RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS TO DEBTORS MOTION EXTENDING DEBTORS EXCLUSIVE PERIODS(.6); PREPARE SERVICE LIST AND AFFIDAVIT OF SERVICE RE SAME(.4) | 1.00 |
| 02/05/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.50 |
| 02/14/03 | TC | REVIEWED AGENDA NOTICE FOR HEARING ON 2/24/03 | .40 |
| 02/19/03 | RTT | DOWNLOAD AND REVIEW AGENDA RE 2/24/03 HEARING AT 12:00 P.M.(.1); PREPARE EMAIL TO T.CURRIER RE SAME(.1) | .20 |
| 02/20/03 | RTT | EMAIL FROM T.CURRIER RE AMENDED AGENDA FOR 2/24/03 | .10 |
| 02/20/03 | TC | COMMUNICATION WITH GARY BECKER AND PHIL BENTLEY RE HEARING ON 2/24/03 | .20 |
| 02/20/03 | TC | COMMUNICATE WITH RAELENA TAYLOR RE HEARING MONDAY | .10 |
| 02/20/03 | TC | REVIEWED REVISED AGENDA LETTER | .40 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA .15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 13, 2003
MATTER : W9600-005
INVOICE : 153856

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

RE:  CASE ADMINISTRATION

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R T TAYLOR | 125.00 | 2.80 | 350.00 |
| T CURRIER | 445.00 | 1.10 | 489.50 |
| TOTALS | | 3.90 | 839.50 |

TOTAL FEES :                 839.50

TOTAL DUE  :                 839.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 13, 2003
MATTER : W9600-007
INVOICE : 153857

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

RE:  EMPLOYEE BENEFITS/PENSIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/13/03 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO CONTRIBUTE TO PENSION TRUST | .30 |

### T I M E   S U M M A R Y

|            |        | RATE | HOURS | TOTALS |
|------------|--------|------|-------|--------|
| T CURRIER  |        | 445.00 | .30 | 133.50 |
|            | TOTALS |      | .30 | 133.50 |

TOTAL FEES :                          133.50

TOTAL DUE  :                          133.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 13, 2003
MATTER :  W9600-008
INVOICE :  153858

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03   T C

RE:   FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/03/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S SIXTEENTH FEE APPLICATION(.4); DISTRIBUTE SAME TO T.CURRIER(.1) | .50 |
| 02/03/03 | TC | REVIEWED MATERIALS FOR FILING KRAMER LEVIN CNO TO ITS SIXTEENTH FEE APPLICATION | .30 |
| 02/03/03 | TC | COMMUNICATIONS WITH FEE AUDITOR RE SPREADSHEET | .40 |
| 02/04/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN NAFTALIS & FRANKELS SIXTEENTH FEE APPLICATION | .60 |
| 02/10/03 | FAP | REVIEW KRAMER LEVIN'S SEVENTEENTH FEE APPLICATION (.1); DISCUSSION WITH MM RE: FILING AND SERVICE OF SAME (.1) | .20 |
| 02/10/03 | FAP | FILE KRAMER LEVIN'S SEVENTEENTH FEE APPLICATION | .70 |
| 02/10/03 | MMZ | PREPARATION OF KRAMER LEVIN MONTHLY FEE APPLICATION FOR SERVICE (0.1); SERVICE OF KRAMER LEVIN MONTHLY FEE APPLICATION (0.2). | .30 |
| 02/10/03 | TC | REVIEWED AND EXECUTED NOTICE FOR KRAMER LEVIN SEVENTEENTH FEE APP | .30 |
| 02/25/03 | FAP | REVIEW OF AMENDED ADMINISTRATIVE ORDER AND DISCUSSION WITH RT REGARDING NOTICES FOR MONTHLY, QUARTERLY AND FINAL FEE APPLICATIONS | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :     MARCH 13, 2003
                                                    MATTER :   W9600-008
                                                    INVOICE :  153858


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

    RE:   FEE/EMPLOYMENT APPLICATIONS


02/25/03 RTT    E-FILE AND SERVE EIGHTEENTH MONTHLY FEE                    .70
                APPLICATION OF OF KRAMER LEVIN NAFTALIS &
                FRANKEL FOR THE PERIOD 1/1/03 THROUGH 1/31/03


                     T I M E   S U M M A R Y
                     -----------------------

|                    | RATE   | HOURS | TOTALS |
|--------------------|--------|-------|--------|
| F A PANCHAK        | 135.00 | 1.00  | 135.00 |
| M M ZICKGRAF       | 85.00  | .30   | 25.50  |
| R T TAYLOR         | 125.00 | 1.80  | 225.00 |
| T CURRIER          | 445.00 | 1.00  | 445.00 |
| TOTALS             |        | 4.10  | 830.50 |

                        TOTAL FEES :              830.50

                        TOTAL DUE  :              830.50



**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 13, 2003
                                            MATTER : W9600-013
                                            INVOICE : 153859


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

    RE:  PLAN & DISCLOSURE STATEMENT



 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----   ----   -------------------------------                    -----

02/04/03 TC    REVIEWED COMMITTEE PLEADING IN SUPPORT OF            .40
               EXCLUSIVITY




               T I M E   S U M M A R Y
               -----------------------

                      RATE    HOURS          TOTALS
                      ----    -----          ------

  T CURRIER          445.00    .40           178.00
                TOTALS         .40           178.00


               TOTAL FEES :                      178.00


               TOTAL DUE  :                      178.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 13, 2003
MATTER : W9600-017
INVOICE : 153860

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03   T C

RE: KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 02/04/03 | RTT | REVIEW EMAIL FROM T.CURRIER RE SPREADSHEET FOR KLETT ROONEY FEES FOR QUARTERLY PERIODS | .10 |
| 02/05/03 | RTT | UPDATE KLETT ROONEY FEE APPLICATION SPREADSHEET(.3); DISTRIBUTE SAME TO T.CURRIER(.1) | .40 |
| 02/06/03 | TC | REVIEWED FEE AUDITORS' FINAL REPORT ON KLETT ROONEY | .20 |
| 02/12/03 | FAP | DISCUSSION WITH TKC AND E-MAIL FROM JRW RE: REVISED KRLS' FEE CHART | .10 |
| 02/12/03 | FAP | DISCUSSIONS WITH RT RE: REVISED KRLS' FEE CHART AND REVIEW OF SAME | .20 |
| 02/12/03 | RTT | REVIEW SEVERAL EMAILS FROM T.CURRIER RE KLETT ROONEY FEE APPLICATIONS SPREADSHEET(.2); VERIFICATION OF KRLS FEES RE SAME(.4) | .60 |
| 02/12/03 | TC | REVIEWED REVISED SPREADSHEET FROM LAVERN FERDINAND | .40 |
| 02/13/03 | FAP | DISCUSSION WITH RTT RE: EDITS TO JANUARY PREBILLS | .10 |
| 02/13/03 | RTT | REVIEW KRLS PRE-BILLS FOR THE PERIOD 12/26/02 THROUGH 1/31/03(.7); DISCUSSION WITH T.CURRIER RE SAME(.1) | .80 |
| 02/14/03 | FAP | REVIEW AND FURTHER EDITS TO JANUARY PREBILLS | .20 |
| 02/19/03 | FAP | REVIEW OF JANUARY PREBILLS AND DISCUSSION WITH RT RE: FURTHER REVISIONS DUE TO RATE CHANGE | .10 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 13, 2003
MATTER : W9600-017
INVOICE : 153860

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 02/19/03 | RTT | REVIEW AND COMPARE KLETT ROONEY FINAL BILLS FOR THE MONTH OF JANUARY 2003 | .20 |
| 02/19/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION RE KLETT ROONEY'S FOURTEENTH FEE APPLICATION | .40 |
| 02/19/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KLETT ROONEY'S FOURTEENTH FEE APPLICATION(.3); DISTRIBUTE SAME TO T.CURRIER(.1) | .40 |
| 02/19/03 | TC | REVIEWED CNO FOR KLETT ROONEY FOURTEENTH FEE APP | .30 |
| 02/20/03 | FAP | DISCUSSIONS WITH RT RE: DRAFT OF KRLS' FIFTEENTH FEE APPLICATION | .10 |
| 02/21/03 | RTT | PREPARATION OF KLETT ROONEY'S FIFTEENTH FEE APPLICATION(.8); DISTRIBUTE SAME TO T.CURRIER(.1) | 1.10 |
| 02/25/03 | FAP | DISCUSSION WITH RT REGARDING SERVICE OF KRLS' FIFTEENTH MONTHLY FEE APPLICATION AND ASSIST WITH SAME | .20 |
| 02/25/03 | RTT | E-FILE AND SERVE FIFTEENTH MONTHLY FEE APPLICATION OF KLETT ROONEY FOR THE PERIOD 12/26/02 THROUGH 1/31/03 | .70 |
| 02/26/03 | FAP | DISCUSSION WITH RT AND ASSIST WITH SERVICE OF KRAMER LEVIN'S EIGHTEENTH FEE APPLICATION | .20 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 13, 2003
MATTER :  W9600-017
INVOICE : 153860

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/03    T C

RE:   KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 135.00 | 1.20 | 162.00 |
| R T TAYLOR | 125.00 | 4.70 | 587.50 |
| T CURRIER | 445.00 | .90 | 400.50 |
| TOTALS | | 6.80 | 1150.00 |

TOTAL FEES :                          1,150.00

TOTAL DUE  :                          1,150.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**