IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | Chapter 11 | |
| ) | | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) | |
| ) | (Jointly Administered) | |
| ) | | |
| Debtors. ) | **Objections Due by: March 24, 2003 at 4:00 p.m.** | |
| ) | **Hearing Date: Only if Objections are timely filed.** | |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3450

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Supplemental Application for Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of W. D. Hilton, Jr. as a Consultant to the Official Committee of Asbestos Property Damage Claimants (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than March 24, 2003.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: March 25, 2003                    FERRY, JOSEPH & PEARCE, P.A.

                                        /s/ Lisa L. Coggins
                                        Michael B. Joseph (#392)
                                        Theodore J. Tacconelli (#2678)
                                        Lisa L. Coggins (#4234)
                                        824 Market Street, Suite 904
                                        P.O. Box 1351
                                        Wilmington, DE. 19899
                                        (302) 575-1555
                                        Local Counsel to the Official Committee of
                                        Asbestos Property Damage Claimants

-and-

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants