**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002</u>

1. Case Administration – 23.7 hours ($9,200.00)

During the Application Period, the Applicant expended time reviewing a variety of court documents related to the Debtor's bankruptcy filing and the Zonolite science trial, including proposed and final orders, briefs, motions, answers, transcripts of hearings before Judges Fitzgerald and Wolin, and judicial decisions in related matters. The Applicant also participated in weekly telephone conference calls with the members of the Property Damage (PD) Committee, and responded to questions from PD Committee members and PD Committee counsel regarding case management issues that are within the Applicant's areas of expertise.

2. Asbestos: Claims Analysis & Evaluation – 10.9 hours ($3,840.00)

During the Application Period, the Applicant expended time conducting research on issues related to the PD Committee, including the Property Damage claims notice program.

3. Compensation of Professionals – 2.6 hours ($910.00)

During the Application Period, the Applicant expended time contributing to the filing of monthly fee applications, quarterly fee applications, and responding to inquiries from the Fee Auditor on claimed professional time and expenses.