# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20021119
November 19, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of October, 2002.

### FEES

Francine F. Rabinovitz
 1.30 hours @ $ 400 per hour                      $      520.00

James E. Hass
17.10 hours @ $ 400 per hour                             6,840.00

Paul J. Silvern
12.40 hours @ $ 350 per hour                             4,340.00

Robert H. Sims
 0.80 hours @ $ 300 per hour                               240.00

    TOTAL FEES:                                   $ 11,940.00

**EXPENSES** (Receipt copies attached.)

Courier                                           $      100.09

        **TOTAL FEES & EXPENSES:**                **$ 12,040.09**

*PLEASE REMIT TO CORPORATE ADDRESS BELOW:*

Summary of billed hours for service rendered in
connection with the Property Damage Claimants
(W.R. Grace).  For the month of October, 2002.

| | Francine F. Rabinovitz | James E. Hass | Paul Silvern | Robert H. Sims | |
|---|---|---|---|---|---|
| 10/01/2002 | | | | | |
| 10/02/2002 | | | 1.40 | | |
| 10/03/2002 | | 3.80 | | | |
| 10/04/2002 | | | | | |
| 10/05/2002 | | | | | |
| 10/06/2002 | | | | | |
| 10/07/2002 | | | | | |
| 10/08/2002 | | | | | |
| 10/09/2002 | | 5.50 | | | |
| 10/10/2002 | | 0.90 | 1.00 | | |
| 10/11/2002 | 0.80 | | 0.80 | 0.80 | |
| 10/12/2002 | | | | | |
| 10/13/2002 | | | | | |
| 10/14/2002 | | | 1.20 | | |
| 10/15/2002 | | | | | |
| 10/16/2002 | | | 2.00 | | |
| 10/17/2002 | | 0.6 | | | |
| 10/18/2002 | | | | | |
| 10/19/2002 | | | | | |
| 10/20/2002 | | | | | |
| 10/21/2002 | | | | | |
| 10/22/2002 | | 2.50 | 0.20 | | |
| 10/23/2002 | | | 2.50 | | |
| 10/24/2002 | 0.50 | | 2.50 | | |
| 10/25/2002 | | | | | |
| 10/26/2002 | | | | | |
| 10/27/2002 | | | | | |
| 10/28/2002 | | | | | |
| 10/29/2002 | | 3.80 | | | |
| 10/30/2002 | | | | | |
| 10/31/2002 | | | 0.80 | | Total Hours |
| Hours | 1.30 | 17.10 | 12.40 | 0.80 | 31.60 |
| Rate | $400 | $400 | $350 | $300 | Total Fees |
| | $520.00 | $6,840.00 | $4,340.00 | $240.00 | $11,940.00 |

OCTOBER 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

<u>DATE</u>         <u>TIME</u>    <u>TASK</u>

                      <u>Claims Analysis and Valuation (Asbestos)</u>

10/11/02     0.8    Discuss Notice Program study with Paul J. Silvern
                    and Robert H. Sims.

10/24/02     <u>0.5</u>    Talk with Paul J. Silvern re Committee call,
                    analysis of Notice Program methodology.

TOTAL:       1.3

OCTOBER 2002, TIME LOG OF JAMES E. HASS (JEH)

| DATE | TIME | TASK |
|------|------|------|
| | | Case Administration |
| 10/03/02 | 3.8 | Read Cybergenics opinion and order to show cause. |
| 10/09/02 | 5.5 | Read motions from Sealed Air, PI and PD. |
| 10/10/02 | 0.9 | P.D. Committee weekly conference call. |
| 10/17/02 | 0.6 | P.D. Committee weekly conference call. |
| 10/22/02 | 2.5 | Read court filings on Cybergenics issues. |
| 10/31/02 | 0.6 | P.D. Committee weekly conference call. |
| | 3.2 | Read case order and opinion on trial date. |
| TOTAL | 17.1 | |

OCTOBER 2002, TIME LOG OF PAUL J. SILVERN (PJS)

DATE          TIME    TASK

                      Case Administration

10/03/02      0.5     Review Judge Wolin's order and correspondence re:
                      Fraudulent Transfer litigation case management.

              0.9     Participate in Property Damage (PD) committee call
                      re: case status.

10/10/02      0.9     Participate in PD committee call re: case status.

              0.1     Voice mail message for Francine F. Rabinovitz
                      (FFR)re: PD committee call.

10/14/02      0.2     Review motions re: options for proceeding with the
                      Fraudulent Transfer litigation in light of Third
                      Circuit's decision in re: *Cybergenics.*

10/22/02      0.2     Review Zononlite science trial order and omnibus
                      hearing agenda.

10/31/02      0.4     Participate in PD committee call re: case status.

              0.1     Voice mail message for Francine F. Rabinovitz
                      (FFR)re: PD committee call.

              0.2     Phone call with James E. Hass re: PD committee
                      call.

SUBTOTAL      3.5     Case Administration

                      Claims Analysis and Valuation (Asbestos)

10/11/02      0.8     Conference call with FFR and Robert H. Sims re:
                      analysis of Grace property damage notice program.

10/14/02      1.0     Work on Notice Program analysis proposal for
                      Property Damage Committee.

10/16/02      2.0     Work on Notice Program analysis proposal.

10/23/02      0.5     Phone call with Jay Sakalo re: Notice Program.

              2.0     Work on Notice Program analysis proposal.

OCTOBER 2002, TIME LOG OF PAUL J. SILVERN (PJS)(cont'd)

| DATE | TIME | TASK |
|------|------|------|
| 10/24/02 | 2.0 | Work on Notice Program analysis proposal. |
| | 0.5 | Talk with Francine F. Rabinovitz re Committee call, analysis of Notice Program methodology. |
| SUBTOTAL | 8.8 | Claims Analysis and Valuation (Asbestos) |

Compensation of Professionals

| | | |
|------|------|------|
| 10/31/02 | 0.1 | Respond to e-mail question from Fee Auditor re: 5th Application. |
| SUBTOTAL | 0.1 | Compensation of Professionals. |
| TOTAL | 12.4 | |

OCTOBER 2002, TIME LOG OF ROBERT H. SIMS (RHS)

DATE          TIME    TASK

                      Claims Analysis and Valuation (Asbestos)

10/11/02      0.8     Discuss Notice Program study with FFR & PJS.

TOTAL:        0.8