# HR&A

HAMILTON, RABINOVITZ & ALSCHULER, INC.
Policy, Financial & Management Consultants

INVOICE
#HRA20021213

December 13, 2002

Scott L. Baena, Esq.
Bilzin Sumbert Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al.  For the month of November, 2002.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>0.20 hours @ $ 400 per hour | $    80.00 |
| James E. Hass<br>0.80  hours @ $ 400 per hour | 320.00 |
| Paul J. Silvern<br>4.60 hours @ $ 350 per hour | 1,610.00 |
| TOTAL FEES: | $ 2,010.00 |

**EXPENSES** (Receipt copies attached.)

| | |
|---|---:|
| Courier | $    88.47 |
| **TOTAL FEES & EXPENSES:** | **$ 2,098.47** |

610894 *PLEASE REMIT TO CORPORATE ADDRESS BELOW:*
6033 WEST CENTURY BOULEVARD, SUITE 890, LOS ANGELES, CALIFORNIA 90045-6419
TEL: 310.645.9000 • FAX: 310.645.8999

LOS ANGELES                                                                                    NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W.R. Grace). For the month of November, 2002.

| | Francine F. Rabinovitz | James E. Hass | Paul Silvern | |
|---|---|---|---|---|
| 11/01/2002 | | | | |
| 11/02/2002 | | | 1.00 | |
| 11/03/2002 | | | | |
| 11/04/2002 | | | 0.20 | |
| 11/05/2002 | | | | |
| 11/06/2002 | | | | |
| 11/07/2002 | | | | |
| 11/08/2002 | | | | |
| 11/09/2002 | | | | |
| 11/10/2002 | | | | |
| 11/11/2002 | | | | |
| 11/12/2002 | | | | |
| 11/13/2002 | | | | |
| 11/14/2002 | | | 0.60 | |
| 11/15/2002 | | | 2.00 | |
| 11/16/2002 | | | | |
| 11/17/2002 | | | | |
| 11/18/2002 | | | | |
| 11/19/2002 | | | | |
| 11/20/2002 | | | | |
| 11/21/2002 | 0.20 | 0.80 | 0.80 | |
| 11/22/2002 | | | | |
| 11/23/2002 | | | | |
| 11/24/2002 | | | | |
| 11/25/2002 | | | | |
| 11/26/2002 | | | | |
| 11/27/2002 | | | | |
| 11/28/2002 | | | | |
| 11/29/2002 | | | | |
| 11/30/2002 | | | | Total Hours |
| Hours | 0.20 | 0.80 | 4.60 | 5.60 |
| Rate | $400 | $400 | $350 | Total Fees |
| | $80.00 | $320.00 | $1,610.00 | $2,010.00 |

NOVEMBER 2002, TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 11/21/02 | 0.2 | Listen to message from PJS re weekly Property Damage Committee call. |
| SUBTOTAL | 0.2 | |
| TOTAL: | 0.2 | |

NOVEMBER 2002, TIME LOG OF JAMES E. HASS (JEH)

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 11/21/02 | 0.8 | Weekly Property Damage Committee conference call re case status. |
| SUBTOTAL | 0.8 | |
| TOTAL | 0.8 | |

NOVEMBER 2002, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| | | <u>Case Administration</u> |
| 11/06/02 | 1.0 | Review Judge Wolin's opinion and Order re: restarting the Fraudulent Transfer trial. |
| 11/14/02 | 0.3 | Weekly Property Damage Committee conference call re: case status and voice mail messages for James E. Hass (JEH) and Francine F. Rabinovitz (FFR) re: conference call. |
| 11/21/02 | <u>0.8</u> | Weekly Property Damage Committee conference call re: case status and voice mail messages for James E. Hass (JEH) and Francine F. Rabinovitz (FFR) re: conference call. |
| SUBTOTAL | 2.1 | |
| | | <u>Fee Applications, Applicant</u> |
| 11/04/02 | 0.2 | Review Fee Auditor's final report on HR&A's 5th Application. |
| 11/14/02 | 0.3 | Phone call with Jay Sakalo re: HR&A invoices and Quarterly Fee Application. |
| 11/15/02 | <u>2.0</u> | Work on Quarterly Fee Application. |
| SUBTOTAL | 2.5 | |
| TOTAL | 4.6 | |