**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |
| | : | |
| | : | |

**AFFIDAVIT OF W. LARRY FARMER IN SUPPORT OF
PRICEWATERHOUSECOOPERS LLP'S INTERPRETATION OF THE
COURT'S ORDER AUTHORIZING THE EMPLOYMENT AND
RETENTION OF PRICEWATERHOUSECOOPERS LLP AS AUDITORS
AND TAX CONSULTANTS TO THE DEBTORS AND DEBTORS IN POSSESSION
NUNC PRO TUNC TO NOVEMBER 11, 2001 AS PERMITTING THE
PERFORMANCE OF WORK FOR THE DEBTORS AS REQUIRED
<u>UNDER THE SARBANES OXLEY ACT</u>**

STATE OF

COUNTY OF

  W. LARRY FARMER, being duly sworn, deposes and says:

  1. I am a partner in PricewaterhouseCoopers LLP ("PwC"), an accounting and financial services firm that maintains offices at numerous locations around the world, and I make this Affidavit on behalf of PwC (the "Affidavit"). I submit this Affidavit in support of PwC's interpretation of the Court's Order Authorizing The Employment And Retention Of PricewaterhouseCoopers LLP As Auditors And Tax Consultants To The Debtors Nunc Pro Tunc To November 11, 2001 (the "Retention Order") as permitting PwC to perform work for the Debtor as required under the Sarbanes Oxley Act. Except as otherwise noted, I have personal knowledge of the matter set forth herein.

  2. PwC is the Debtors' auditor and accountant.

3. On April 2, 2001, the Debtors filed their voluntary positions for relief under Chapter 11 of the Bankruptcy Code.

4. On June 18, 2002, the Court entered the Retention Order.

5. Under the retention order, PwC is permitted to provide "such auditing and tax services as PwC and the Debtors shall deem appropriate and feasible in order to advise the Debtors in the court of the Chapter 11 cases." A true and correct copy of the Retention Order is attached hereto as Exhibit A.

6. In accordance with the Sarbanes Oxley Act, PwC is required by federal law to perform an audit of the W.R. Grace management's assessment of the Debtors' internal controls on an annual basis.

7. This work is directly related to the annual audit of Debtors and will require a review and testing of management's assessment of the Debtors' internal control structure.

8. The work will be performed in numerous phases during 2003.

9. The billing for this work will be done regularly on a time and materials basis using a percentage of our standard billing rates which will be higher than the percentage currently being used for the annual financial statement audit.

10. These rates are higher due to the nature of the work performed, the skill sets of the professionals performing the work, and the levels of personnel performing the work.

11. Because this work is required under federal law and because the Retention Order permits PwC to perform such auditing and tax services for the Debtors as are

necessary or desirable, PwC interprets the Retention Order as permitting it to perform the above-described work.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March, 21_, 2003.

_W. Jay Farmer_
W. Larry Farmer

Subscribed and Sworn to before me
this 21th day of March 2003

_[signature]_
Notary Public
My Commission expires: 8/31/05