## CERTIFICATE OF SERVICE

I, Kathleen M. Miller, hereby certify that on this **26th** day of **March**, **2003,** a copy of the foregoing **Affidavit of W. Larry Farmer in Support of PricewaterhouseCoopers LLP's Interpretation of the Court's Order Authorizing the Employment and the Retention of PricewaterhouseCoopers LLP as Auditors and Tax Consultants to the Debtors and Debtors in Possession Nunc Pro Tunc to November 11, 2001 as Permitting the Performance of Work for the Debtors as Required Under the Sarbanes Oxley Act** was served by first-class mail upon the 2002 list as indicated on the attached list.

Date: March 26, 2003                                    /s/ Kathleen M. Miller
                                                        Kathleen M. Miller

YS0060.WPD