IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF DOCUMENT ENTERED IN ERROR**

PLEASE TAKE NOTICE that docket no. 3530 has been entered in error and is replaced by docket no. 3531.

Dated: March 26, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2280)
300 Delaware Ave., Suite 1700
P.O. Box 1630
Wilmington, DE 19801
Tel:    (302) 428-3180
Fax:    (302) 428-3181