**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co. et al.; | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**Objection Deadline:
April 15, 2003 at 4:00 p.m.
Hearing date:  To be scheduled only
 if objections are timely filed and served.**

**TWENTY-SECOND MONTHLY FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide
Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and
reimbursement is sought | **January 1, 2003 – January 31, 2003** |
| Amount of Compensation sought as
actual, reasonable and necessary: | **$88,139.00 (80% - $70,511.20)** |
| Amount of Expense Reimbursement sought
as actual, reasonable and necessary: | **$1,210.11 (Stroock)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Twentieth and Twenty-First Monthly Fee
Statements is approximately 14.1 hours and the corresponding compensation requested is
approximately $2,862.50.*

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested | | Payment Received | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 -<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | | |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | | |
| | | | | | |

| WR GRACE & CO | | | | |
|---|---|---|---|---|
| ATTACHMENT B | | | | |
| JANUARY 1, 2003 - JANUARY 31, 2003 | | | | |
| | | | | No. of Years |
| | Hours | Rate | Amount | In Position |
| **Partners** | | | | |
| Greenberg, Mayer | 6.7 | $525 | $  3,517.50 | 5 |
| Kruger, Lewis | 8.0 | $695 | $  5,560.00 | 33 |
| Pasquale, Kenneth | 18.4 | $495 | $  9,108.00 | 4 |
| Wintner, Mark | 3.3 | $595 | $  1,963.50 | 22 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 3.9 | $500 | $  1,950.00 | 22 |
| Brandes, Ronnie H. | 11.3 | $245 | $  2,768.50 | 1 |
| Krieger, Arlene | 109.5 | $475 | $52,012.50 | 18 |
| Sasson, Moshe | 1.8 | $395 | $    711.00 | 8 |
| Taruschio Anna | 9.2 | $285 | $  2,622.00 | 4 |
| | | | | |
| **Paraprofessionals** | | | | |
| Calvo, Fernando | 0.5 | $170 | $      85.00 | 2 |
| Caskadon, Alexandra | 28.9 | $170 | $  4,913.00 | 1 |
| Mohamed, David | 3.7 | $100 | $    370.00 | 14 |
| Serrette, Rosemarie | 0.8 | $170 | $    136.00 | 15 |
| Defreitas, Vaughn | 24.1 | $100 | $  2,410.00 | 15 |
| Jones, Margaret | 0.1 | $120 | $      12.00 | 3 |
| | | | | |
| **Total** | **230.2** | | **$88,139.00** | |

| | WR GRACE & CO | | |
|---|---|---|---|
| | **COMPENSATION BY PROJECT CATEGORY** | | |
| | **JANUARY 1, 2003 - JANUARY 31, 2003** | | |
| | | | |
| **MATTER CODE** | **PROJECT CATEGORY** | **HOURS** | **TOTAL FEES ($)** |
| 0002 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.5 | $     347.50 |
| 0003 | Asbestos: Claims Litigation | 8.8 | $  4,156.00 |
| 0007 | Asbestos: Other | 3.8 | $  1,859.00 |
| 0013 | Business Operations | 34.0 | $16,929.50 |
| 0014 | Case Administration | 61.9 | $14,098.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 29.2 | $14,214.00 |
| 0018 | Fee Application, Applicant | 14.1 | $  2,862.50 |
| 0020 | Fee Application, Others | 1.7 | $     289.00 |
| 0021 | Employee Benefits, Pension | 11.2 | $  5,692.00 |
| 0023 | Executory Contracts/Unexpired Leases (Assumption and Rejection) | 3.3 | $  1,567.50 |
| 0034 | Litigation and Litigation Consulting | 36.4 | $16,406.00 |
| 0037 | Hearings | 6.8 | $  3,230.00 |
| 0040 | Employment Applications - Others | 0.4 | $     190.00 |
| 0047 | Tax Issues | 18.1 | $  6,298.00 |
| | | | |
| | **Total** | **230.2** | **$88,139.00** |

# STROOCK

## INVOICE

| DATE | March 20, 2003 |
|------|----------------|
| INVOICE NO. | 283673 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2003, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|----|--------------------------------------------------------------|
| | 699843 0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/23/2003 | Office conference with K. Pasquale regarding Sealed Air proposed payment to 524G trust and tax issue. | Kruger, L. | 0.2 |
| 01/31/2003 | Review of Kirkland & Ellis' letter regarding objection to proposed Sealed Air settlement agreement (.3) | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 0.5 | $ 695 | $ 347.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 347.50 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 347.50 |
|---|---|

| RE | Asbestos: Claims Litigation<br>699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/14/2003 | Memo from and to B.Katchen re asbestos settlement reported in connection with Federal Mogul, ABB matters (.2). | Krieger, A. | 0.2 |
| 01/15/2003 | Review of Federal Mogul article re proposed plan to treat asbestos and other general unsecured claims (.3); memo to F. Calvo re request for motion setting forth proposed plan terms (.1); review committees joint motion to terminate exclusivity (.3). | Krieger, A. | 0.7 |
| 01/16/2003 | Review joint motion by asbestos and commercial creditors' committee in Federal Mogul cases to terminate exclusivity and propose plan | Krieger, A. | 0.5 |
| 01/20/2003 | Review asbestos reporter (1.3); reviewed Armstrong disclosure statement (2.8). | Krieger, A. | 4.1 |
| 01/21/2003 | Complete review of Armstrong disclosure statement (.5); review case law re Narco asbestos liability litigation (2.5). | Krieger, A. | 3.0 |
| 01/21/2003 | Review memo re: FM settlement. | Sasson, M. | 0.2 |
| 01/27/2003 | Memo re: conference, ZAI claims | Sasson, M. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 8.5 | $ 475 | $ 4,037.50 |
| Sasson, Moshe | 0.3 | 395 | 118.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,156.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,156.00 |

| RE | Asbestos: Other |
|---|---|
| | 699843  0007 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/09/2003 | Memo to KP re asbestos legislation. | Krieger, A. | 0.1 |
| 01/09/2003 | Attended to asbestos legislative proposals. | Sasson, M. | 0.2 |
| 01/13/2003 | Attention to W. Katchen email re expert testimony including review of cited decision (2.0) | Pasquale, K. | 2.0 |
| 01/17/2003 | Continued attention to Daubert related decisions (1.5) | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.1 | $ 475 | $ 47.50 |
| Pasquale, Kenneth | 3.5 | 495 | 1,732.50 |
| Sasson, Moshe | 0.2 | 395 | 79.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,859.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,859.00 |
|---|---|

| | | |
|---|---|---|
| RE | Business Operations<br>699843  0013 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2003 | Memo from C. Whitney re draft of recovery analysis (.1). | Krieger, A. | 0.1 |
| 01/07/2003 | Review FTI analyses and comments thereon (.8); exchange memos with C. Whitney re above (.2); memo to C. Whitney, L. Hamilton re Intercat infringement suit and potential impact on Company's operations and revenues (.2); review Company's November 2002 operating reports (.8); conference S. Cunningham and C. Whitney re valuation analyses (.9). | Krieger, A. | 2.9 |
| 01/08/2003 | Memo from C. Whitney Troyer re news article re adverse environmental ruling (.1); memo to J. Baer re adverse decision rendered in environmental litigation (.1); obtain on-line articles on adverse decision (.6); further memos to and from J. Baer re cost recovery litigation (.2). | Krieger, A. | 1.0 |
| 01/09/2003 | Attended to District Court's recent decision in the Libby Cost Recovery action (1.6); memo to LK, KP, FTI personnel re same (.2); memo to RS, AC re obtaining other pleadings in EPA/Grace action (.2); office conference A. Caskadon re District Court docket (.1). | Krieger, A. | 1.9 |
| 01/09/2003 | Complete review of November 2002 report on operations (.5); memo to S. Cunningham, C. Whitney re November 2002 Report (.2). | Krieger, A. | 0.7 |
| 01/09/2003 | Attention to 12/02 USDC decision in U.S. v. Grace (.4) | Pasquale, K. | 0.4 |
| 01/13/2003 | Review District Court decision in Libby action. | Berg, M. | 0.3 |
| 01/13/2003 | Memo to K.Lund re status of Montana cost recovery trial (.1); review litigation docket (.7); began to review case law re treatment of | Krieger, A. | 2.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | environmental claims (1.8). | | |
| 01/13/2003 | Conference call LK, T. Maher, S. Cunningham re substance  of coversation with Bob Tarola (.3); follow up telephone conference S. Cunningham re same (.1); follow-up office conference LK re same and Plan discussion (.1). | Krieger, A. | 0.5 |
| 01/13/2003 | Office conference with A. Krieger; telephone call with T. Maher and S. Cunningham regarding TAROLA (.3); office conference with A. Krieger regarding her call with S. Cunningham (.1); POR (plan of reorganization) issues (.1). | Kruger, L. | 0.5 |
| 01/14/2003 | Memo to K.Lund re information on cost recovery trial (.1); continue to review case law re treatment of EPA claims. (1.8). | Krieger, A. | 1.9 |
| 01/15/2003 | Review FTI revised recovery analysis (.5). | Krieger, A. | 0.5 |
| 01/16/2003 | Review revised recovery analysis and prepare comments thereon (.6); extended telephone conference  C. Whitney Troyer re recovery analysis and outstanding issues (.8). | Krieger, A. | 1.4 |
| 01/16/2003 | Exchange memoranda with MB re EPA site related information (.1); extended office conference M. Berg  re Montana decision and related environmental claim issues (.6); memo to C.Whitney re draft memorandum to the Committee re Montana decision, treatment of EPA liabilities (.4); memo to C. Whitney re Libby Montana decision memorandum (.2). | Krieger, A. | 1.3 |
| 01/17/2003 | Memo to C. Whitney re environmental information (.1); memo to V. Defreitas re environmental site information  filed by the Debtors (.1); office conferences V. Defreitas re environmental information (.2). | Krieger, A. | 0.4 |
| 01/17/2003 | Attention to FTI's draft hypothetical recovery analysis (.8) | Pasquale, K. | 0.8 |
| 01/21/2003 | Attended to Debtors' revised question 17 to the statement of financial affairs (.2); memo to C.Whitney Troyer re same (.1). | Krieger, A. | 0.3 |
| 01/22/2003 | Memo to C. Troyer re FTI recovery analysis | Krieger, A. | 0.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.1). | | |
| 01/23/2003 | Review Woodcock Washburn motion re impact of Intercat infringement action on Debtors' revenues (.6) | Krieger, A. | 0.6 |
| 01/24/2003 | Office conference with K. Pasquale, A. Krieger, T. Maher, E. Ordway and S. Cunningham regarding valuation analysis, debtor request to extend exclusivity, issues in Sealed Air settlement and strategy (1.6) | Kruger, L. | 1.6 |
| 01/26/2003 | Review pleadings filed by the DOJ re Debtors' response to question 17 to the SOFA (.2); and Debtors response (.6). | Krieger, A. | 0.8 |
| 01/27/2003 | Review debtor's environmental disclosures. | Berg, M. | 0.4 |
| 01/27/2003 | Memos from KP re meeting with J. Ellington (DOJ) (.1); memo to M. Berg re same and discussion of environmental information (.1); memo from M. Berg re same (1); office conferences D. Mohamed re SOFA filed by the Debtors; response to environmental question (.2); office conference MAS re treatment of environmental liabilities (.2). | Krieger, A. | 0.7 |
| 01/28/2003 | O/C A. Krieger, review materials on status of government's environmental claims in bankruptcy, legal research re: environmental claims. | Berg, M. | 1.8 |
| 01/28/2003 | Extended office conference M. Berg re meeting with DOJ representative, environmental information request and state of the law (.7); review environmental material (1.4) | Krieger, A. | 2.1 |
| 01/29/2003 | Review FTI package of environmental material, Torwico. | Berg, M. | 1.0 |
| 01/29/2003 | Review recent materials re treatment/settlement of environmental claims in bankruptcy, form of custodial agreements acceptable to state, federal governments (3.3). | Krieger, A. | 3.3 |
| 01/30/2003 | Extended meeting with J. Ellington re Andrea Mardin re Sealed Air settlement, environmental claims, other (1.8). | Krieger, A. | 1.8 |
| 01/30/2003 | Office conference with K. Pasquale, A. Krieger | Kruger, L. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and representatives of EPA regarding environmental claims against WR Grace (.9). | | |
| 01/30/2003 | Meeting with J. Ellington and Andrea Mardin (EPA) re environmental issues (1.5) | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 3.5 | $ 500 | $ 1,750.00 |
| Krieger, Arlene | 24.9 | 475 | 11,827.50 |
| Kruger, Lewis | 2.9 | 695 | 2,015.50 |
| Pasquale, Kenneth | 2.7 | 495 | 1,336.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,929.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 16,929.50 |
|-----------------------|-------------|

| | | | |
|---|---|---|---|
| RE | Case Administration<br>699843  0014 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2003 | O/c with P. Harrington re: Grace November bill, fee auditor's requests for format. | Caskadon, A. | 1.0 |
| 01/02/2003 | Download various documents from online court docket and distribute same. | Defreitas, V. | 1.5 |
| 01/02/2003 | Review of updated docket (.1); memo to V. DeFreitas re obtaining selected docketed pleadings, orders (.1). | Krieger, A. | 0.2 |
| 01/03/2003 | Download various documents from the online court docket and distribute same. | Defreitas, V. | 1.6 |
| 01/03/2003 | Review various online court documents and distribute same. | Defreitas, V. | 4.0 |
| 01/06/2003 | Review updated docket (.1). | Krieger, A. | 0.1 |
| 01/07/2003 | Download documents from court docket and distribute same for attorneys (1.6) retrieve and distribute objection to transfer of claim re: AK request. (.2) | Defreitas, V. | 1.8 |
| 01/07/2003 | Memo from V. DeFreitas re objection to claims transfer (.1); exchange memos w/ V.Defreitas, A. Caskadon re above (.3). | Krieger, A. | 0.4 |
| 01/08/2003 | Search docs system for project category summary chart in preparation to serve it upon the fee auditor(.2); and update project category summary chart per 6th Interim Quarterly Application (1.3). | Caskadon, A. | 1.5 |
| 01/08/2003 | Exchange memorandum with KP re 1/27/03 hearings before Judge Fitzgerald (.2); memo from RS re project category correspondence from La Vern Ferdinand (.2). | Krieger, A. | 0.4 |
| 01/08/2003 | Review filings over last two weeks. | Sasson, M. | 1.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/09/2003 | Find discrepancy in chart re: project category summaries (2.8); acquire docket from Montana district court in re: USA V. WR Grace (.8) and review (.4). | Caskadon, A. | 4.0 |
| 01/10/2003 | Download documents from court docket and distribute same for attorneys (1.3); Review various documents for assignment of central file categories in preparation for addition to filesurf database. (2.0) | Defreitas, V. | 3.3 |
| 01/13/2003 | Communication with S. Caban(.2) and R.Sianni (.2) re Grace CNO's and review docket re search for same (.5). | Caskadon, A. | 0.9 |
| 01/13/2003 | Attended to filed objection to claims transfers (.3). | Krieger, A. | 0.3 |
| 01/14/2003 | Search Federal-Mogul docket for Motion; download, save and distribute to A. Krieger. | Calvo, F. | 0.5 |
| 01/14/2003 | Download from online court docket recently filed documents and distribute same. | Defreitas, V. | 0.8 |
| 01/15/2003 | T/c with S. Caban re: CNO procedures. | Caskadon, A. | 0.5 |
| 01/15/2003 | Office conference KP re fee auditors report to sixth interim fee application. | Krieger, A. | 0.2 |
| 01/16/2003 | Review project category summary chart for discrepancies in preparation for service to fee auditor (2.5); o/c with R.Serrette re: same (.4); t/c with L.Ferdinand re: same (.2); service to L.Ferdinand(.2). | Caskadon, A. | 3.3 |
| 01/16/2003 | Download recently filed documents from court docket and distribute same to attorneys. | Defreitas, V. | 2.7 |
| 01/16/2003 | Exchanged memos with C.Whitney re schedule for Debtors' 2003 business plan presentation to the Committee (.2); memo from C. Whitney re status of discussion with Blackstone on open issues (.2). | Krieger, A. | 0.4 |
| 01/17/2003 | Researched online docket, download and distribute at AK's request re: amendment to schedules of financial affairs question # 17. | Defreitas, V. | 1.4 |
| 01/17/2003 | Download recently filed documents and distribute same. | Defreitas, V. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/17/2003 | Memo to LK, KP re proposed meeting dates for Debtors' presentation to the Committee, and for meeting with FTI to review analysis (.1); memo from KP re same (.1); attended to Debtors' motion to extend exclusivity (.1); office conference LK re exclusivity motion (.1); memo to KP re FTI analysis (.1); memo to T. Maher, FTI re meeting to discuss analysis and pending motions issues (.1). | Krieger, A. | 0.6 |
| 01/21/2003 | Attended to agenda notice re January 27, hearing before Judge Fitzgerald. | Krieger, A. | 0.1 |
| 01/21/2003 | Memos to LK re meeting to discuss plan issues (.2); review updated docket (.1); memo to V. Defreitas re recently filed pleadings (.1); memo to V. Defreitas re request for pleadings (.1). | Krieger, A. | 0.5 |
| 01/21/2003 | Office conference with A. Krieger regarding court hearing on 1/27/03, agenda for hearing and Zonolite issues. | Kruger, L. | 0.3 |
| 01/22/2003 | Download various online court file documents and distribute same. | Defreitas, V. | 1.6 |
| 01/22/2003 | Attended to fee auditor's initial report on SSL sixth quarterly fee application (3.5); office conference KP re SSL response (.1); office conference AC re expense backup for SSL response (.1). | Krieger, A. | 3.7 |
| 01/23/2003 | Assist A.Krieger research response to Fee Auditor's objection to 6th Interim Application. | Caskadon, A. | 2.4 |
| 01/23/2003 | Arrange service of Fee Auditor's report to J.Nash. | Caskadon, A. | 0.2 |
| 01/23/2003 | Continue to review and obtain back-up information and prepare response to fee auditor's initial report on SSL Sixth Quarterly application (2.0); office conference A. Caskadon re additional back up information for response (.2); office conference RS re paralegal services (.2). | Krieger, A. | 2.4 |
| 01/23/2003 | T/c A. Krieger re: SA litigation, answer. | Sasson, M. | 0.2 |
| 01/24/2003 | Research case docket no. 01-1139 (.3), research case docket no. 01-771 (.3), research | Mohamed, D. | 0.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | case docket no. 01-2210 (.3). | | |
| 01/26/2003 | Prepared draft of SSL's resposne to Fee Auditor's initital report on SSL's Sixth Quarterly Application. | Krieger, A. | 3.3 |
| 01/27/2003 | Office conference D. Wildes re responses to address certain issues raised by the fee auditor (.2). | Krieger, A. | 0.2 |
| 01/27/2003 | Research case docket no. 01-1139 (.4), download recently filed pleadings and distribute (1.1), research case docket no. 01-771 (.3), research case docket no. 01-2210 (.3), attend to document request re: statement of financial affairs-WR Grace & Co.-CONN (.7). | Mohamed, D. | 2.8 |
| 01/28/2003 | Assist preparation of answer to fee auditor's objection (1.2). | Caskadon, A. | 1.2 |
| 01/28/2003 | Download recently filed documents and distribute same (.7); review various documents for assignment to central file categories in preparation for addition to filesurf database (1.8) | Defreitas, V. | 2.5 |
| 01/28/2003 | Review and revise draft response to Fee Auditor's initial report on SSL's Sixth Quarterly Fee Application (2.1); office conference DW re response (.2) | Krieger, A. | 2.3 |
| 01/29/2003 | Prepare final form of response to Fee Auditors' initial report on SSL's Sixth Interim application (1.0). | Krieger, A. | 1.0 |
| 01/30/2003 | Arrange for Creditor's Committee conference call for 1/31. | Caskadon, A. | 0.4 |
| 01/30/2003 | Memo to AC re scheduling conference call meeting for the Committee (.1); office conference LK re Fee Auditor's inquiry on LK travel time and response (.1); review further SSL response (.3); memo to KP, LK re response to fee auditor (.1). | Krieger, A. | 0.6 |
| 01/31/2003 | Download and distribute court filed documents (.8);  review various pleadings for assignment of central file categories in preparation for addition to filesurf database. (1.4) | Defreitas, V. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Calvo, Fernando | 0.5 | $ 170 | $ 85.00 |
| Caskadon, Alexandra | 15.4 | 170 | 2,618.00 |
| Defreitas, Vaughn | 24.1 | 100 | 2,410.00 |
| Krieger, Arlene | 16.7 | 475 | 7,932.50 |
| Kruger, Lewis | 0.3 | 695 | 208.50 |
| Mohamed, David | 3.7 | 100 | 370.00 |
| Sasson, Moshe | 1.2 | 395 | 474.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,098.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,098.00 |
|---|---|

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 01/02/2003 | Reviewed, revised memo to T. Maher re MCNIC settlement (.5); memo to T. Maher re MCNIC settlement (.1); prepare memorandum to the Committee re Debtors' lease termination, assignment motion (1.0). | Krieger, A. | 1.6 |
| 01/03/2003 | Continue to prepare memorandum to the Committee re Debtors' motion to terminate, assign leases (1.4); memo from T. Maher re MCNIC settlement (.1). | Krieger, A. | 1.5 |
| 01/06/2003 | Review and revise memorandum re Debtors' lease termination and assignment motion (.4). | Krieger, A. | 0.4 |
| 01/07/2003 | Prepare final form of memorandum to the Committee re Debtors' motion to terminate lease and assign sublease (.4); exchange memo with T.Maher re Committee memorandum (.2). | Krieger, A. | 0.6 |
| 01/08/2003 | Review Lampeter premises settlement agreement and modify Committee memo to reflect same (.8); exchange memoranda with W. Katchen re memorandum to the Committee (.1). | Krieger, A. | 0.9 |
| 01/09/2003 | Email to Committee re asbestos legislation (.1) | Pasquale, K. | 0.1 |
| 01/13/2003 | Prepared memorandum re EPA Cost Recovery Litigation. | Krieger, A. | 4.2 |
| 01/14/2003 | Review and revise memorandum to the Committee on Libby, Montana cost recovery litigation and decisions rendered in connection therewith (1.1); telephone conference S. Cunningham re Debtors' 2003 business plan presentation to the Committee, agenda and scheduling (.2); memo to LK re same (.1). | Krieger, A. | 1.4 |
| 01/15/2003 | Further revisions to Committee memorandum re Montana cost recovery action (.6). | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/16/2003 | Review draft memo to Committee re: Libby decision, T/C A. Krieger. | Berg, M. | 0.4 |
| 01/16/2003 | Prepare memorandum to the Committee re proposed Federal Mogul plan terms and negotiations (1.3); memo to LK, M. Berg re memorandum for the Committee discussing Libby Montana decision (.3); memorandum to T. Maher re memorandum addressing the District Court decision with respect to Libby cost recovery action (2.0). | Krieger, A. | 3.6 |
| 01/17/2003 | Memo from T. Maher re proposed Committee memo on Montana District Court's decision (.1); memo to T. Maher re same (.1); memorandum to the Committee re memorandum on Montana Court's decision in respect of USA's cost recovery action (.3); review and revise memo to the Committee re Federal-Mogul Committees' motion to terminate exclusivity (1.2); memo to T. Maher re Federal-Mogul exclusivity objection (.1); memo to LK re Committee memo on exclusivity objection (1.). | Krieger, A. | 1.9 |
| 01/21/2003 | Memo to the Committee re Federal Mogul's joint motion to terminate exclusivity to file Committee plans (.5); prepared memorandum for LK re bondholder trading motion (.6); prepared memo to Tom Maher re trading motion and Committee's position thereon (.2). | Krieger, A. | 1.3 |
| 01/23/2003 | Prepared agenda for meeting with FTI representatives and T. Maher (.2). | Krieger, A. | 0.2 |
| 01/24/2003 | Meeting with T. Maher, representative of FTI re recovery analysis discussion, pending matters (1.5). | Krieger, A. | 1.5 |
| 01/24/2003 | Telephone call with T. Maher regarding latest Sealed Air proposal regarding funding (.2). | Kruger, L. | 0.2 |
| 01/24/2003 | Meeting with T. Maher, FTI, L. Kruger, A. Krieger re valuation and related issues (2.0) | Pasquale, K. | 2.0 |
| 01/29/2003 | Office conference LK re conference call meeting of the Committee ; exchanged memos with T. Maher re proposed conference call meeting of the Committee (.2); exchanged | Krieger, A. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memos with KP, and LK re agenda for the call (.2); prepare memo for the Committee re proposed conference call and agenda for the meeting (.3). | | |
| 01/29/2003 | Prepared email memo re results of 1/28 hearing (.3) | Pasquale, K. | 0.3 |
| 01/30/2003 | Office conference LK re 1/31/03 conference call and discussion of revised proposal from Sealed Air (1.); office conference KP re discussion of amended proposal (.2); memo to the Committee re 1/31/03 conference call (.2); memo to the Committee re Sealed Air settlement agreement (.2); memo to T. Maher re Curtis Bay matter (.1); telephone conference T. Maher re same (2.) | Krieger, A. | 1.0 |
| 01/31/2003 | Office conference LK re Grace comments to Sealed Air settlement agreement (.2);  prepare memorandum to the Committee re Grace comments to Sealed Air settlement agreement (.3); exchange memoranda with T. Maher re settlement agreement (.1); memoranda from C. Troyer, T. Maher re Grace/Creditors' Committee meeting (.2); preparation for Committee conference call (1.0); discussed pending matters with Committee on conference call (.7); memo to T. Maher re conference call with Debtors to discuss Curtis Bay (.1). | Krieger, A. | 2.6 |
| 01/31/2003 | Office conference with A. Krieger, K. Pasquale, M. Wintner  and by phone with the committee considering exclusivity, D&K as committee members, pension fund issue, environmental, ZAI issues and Sealed Air settlement proposal (.9) | Kruger, L. | 0.9 |
| 01/31/2003 | Conference call with Committee re Sealed Air and pending issues (1.0) | Pasquale, K. | 1.0 |
| 01/31/2003 | Telephone conference call Creditors Committee re Motion to authorize payments to Union Pension Plan. | Wintner, M. | 0.2 |

| SUMMARY OF HOURS | | HOURS | RATE | TOTAL |
|------------------|--|-------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 0.4 | $ 500 | $ 200.00 |
| Krieger, Arlene | 24.1 | 475 | 11,447.50 |
| Kruger, Lewis | 1.1 | 695 | 764.50 |
| Pasquale, Kenneth | 3.4 | 495 | 1,683.00 |
| Wintner, Mark | 0.2 | 595 | 119.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,214.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,214.00 |
|---|---|

| | RE | Fee Application, Applicant |
|---|---|---|
| | | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2003 | Preliminary review of Grace November bill. | Caskadon, A. | 1.3 |
| 01/09/2003 | Review November 2002 detail for fee application. | Krieger, A. | 0.8 |
| 01/10/2003 | Office conference A. Caskadon re November time detail (.1) | Krieger, A. | 0.1 |
| 01/14/2003 | Review November bill received from accounting (1.6); preliminary review of December bill (1.2); review fee auditor's report for the 6th Interim Fee Application (1.2). | Caskadon, A. | 4.0 |
| 01/14/2003 | Office conference AC re charges relating to fraudulent transfer litigation-related depositions (.2). | Krieger, A. | 0.2 |
| 01/15/2003 | Meeting with P. Harrington re: changes in format to November and December bills. | Caskadon, A. | 0.4 |
| 01/15/2003 | Attention to fee examiner's interim report re SSL 6th fee application (.4) | Pasquale, K. | 0.4 |
| 01/15/2003 | Review and edit spreadsheet for fee auditor (.5). | Serrette, R. | 0.5 |
| 01/16/2003 | Review November Fee Application | Caskadon, A. | 1.5 |
| 01/17/2003 | Review disbursements on November Fee Application. | Caskadon, A. | 1.0 |
| 01/21/2003 | Prepare service of fee statement (1.1); various communications w/ S.Caban re: approval of Notice (.3); and serve (.5). | Caskadon, A. | 2.1 |
| 01/22/2003 | Review of December fee detail. | Caskadon, A. | 0.6 |
| 01/27/2003 | Receive edited December bill from A.Krieger, review, and send to P.Harrington for changes. | Caskadon, A. | 0.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/27/2003 | Conf with G. Malpeli and A. Krieger re fee auditors report (.1); review job descriptions (.2). | Serrette, R. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 11.8 | $ 170 | $ 2,006.00 |
| Krieger, Arlene | 1.1 | 475 | 522.50 |
| Pasquale, Kenneth | 0.4 | 495 | 198.00 |
| Serrette, Rosemarie | 0.8 | 170 | 136.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,862.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,862.50 |
|-----------------------|------------|

| RE | Fee Application, Others<br>699843 0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/16/2003 | Various t/c with Chambers Associates and local counsel re: obtaining the November 2002 Chambers Associates invoice(.4). | Caskadon, A. | 0.4 |
| 01/21/2003 | Draft and prepare service of FTI Policano & Manzo's fee statement(.8) and serve(.5). | Caskadon, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 1.7 | $ 170 | $ 289.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 289.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 289.00 |
|---|---|

| | | |
|---|---|---|
| RE | Employee Benefits, Pension | |
| | 699843  0021 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/16/2003 | Memo from C. Whitney re Debtors' motion in respect of pension plan funding authorization (.1); memo to C. Whitney re same (.1); review motion for authorization to make pension contribution and notes thereon (.7); memo to C. Whitney re pension plan motion(.3); memo to M. Wintner re pension plan motion (.2). | Krieger, A. | 1.4 |
| 01/17/2003 | Office conference MW re pension payment motion. | Krieger, A. | 0.2 |
| 01/21/2003 | Memo to C. Whitney Troyer re Curtis Bay pension motion (.1);  memo to M. Wintner re same (.1); attended to FTI's Curtis Bay memorandum (.2); telephone conference C. Whitney Troyer re outstanding questions (.4); memo to LK, MW re above (.4); memo to MW, LK re agreement amending the pension plan (.1); memos to and from C. Troyer re Curtis Bay amendment (.2). | Krieger, A. | 1.5 |
| 01/22/2003 | Exchanged memoranda with M. Wintner re review of Curtis Bay motion (.1). | Krieger, A. | 0.1 |
| 01/22/2003 | Review Debtors motion to fund Union Pension Plan and FTI analysis; review IRC Section 401 (a)  (33) | Wintner, M. | 1.0 |
| 01/23/2003 | Extended office conference MW are Curtis Bay motion (1.0); telephone conference C. Troyer re substance of discussion over the Debtors' motion (.5); memo from W. Katchen re Curtis Bay motion (.1); memo to W. Katchen re Curtis Bay motion (.1). | Krieger, A. | 1.7 |
| 01/23/2003 | Review Motion to fund Union Pension Plan and research IRC Section 401(a) (33) restriction (0.5); office conference with Arlene Krieger re same (0.8) | Wintner, M. | 1.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/24/2003 | Memo to Jay Kapp and Jan Baer re Curtis Bay motion and scheduling of a conference call to discuss (.2); exchange memoranda with M. Wintner re conference call with Debtors and actuary and preparation of questions in advance thereof (.2). | Krieger, A. | 0.4 |
| 01/27/2003 | Memo to S. Cunningham, E. Ordway re Curtis Bay motion meeting (.1); memo from C. Lane re above (.1). | Krieger, A. | 0.2 |
| 01/28/2003 | Review, revise questions for Curtis Bay discussion (.5); memo from C. Lane re 1/30/03 conference call to address pension related issues (.8); memo to M. Wintner, S. Cunningham re 1/30/03 meeting (.1); memo to M. Wintner re questions (.1). | Krieger, A. | 0.8 |
| 01/30/2003 | Conference call with MW and representative of FTI, Debtors, Blackstone re Curtis Bay motion and information requested (1.3); follow up office conference MW and FTI representative (.3); office conference LK re same (.1); memo to MW re same (.1). | Krieger, A. | 1.8 |
| 01/30/2003 | Telephone conference call A. Krieger and Grace Management and advisers re Union contract at Curtis Bay and Motion to permit catch-up Pension Funding under Section 401(a)(33). | Wintner, M. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 8.1 | $ 475 | $ 3,847.50 |
| Wintner, Mark | 3.1 | 595 | 1,844.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,692.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,692.00 |
|-----------------------|-----------|

| RE | Executory Contracts/Unexpired Leases (Assumption and Rejection) 699843 0023 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2003 | Review Debtors' motion seeking to terminate prime lease and assume/assign sublease. | Krieger, A. | 0.6 |
| 01/03/2003 | Complete review of Debtors' motion re termination and assignment of leases (.4); memo to Lane re two stipulation process to approve lease termination separate from release and litigation settlement (.3). | Krieger, A. | 0.7 |
| 01/06/2003 | Memo to C. Lane re additional inquiry regarding Lease Termination Motion (.1); memo from C. Lane re same (.1); further memo to C. Lane re request for settlement agreement (.1). | Krieger, A. | 0.3 |
| 01/07/2003 | Exchange memos with C. Lane re further inquiry on notice of settlement, Lampeter matter. | Krieger, A. | 0.4 |
| 01/08/2003 | Attended to notice of rejection of Chattanooga lease (.2); memo to C. Lane re additional information requested to assess lease rejection (.2). | Krieger, A. | 0.4 |
| 01/08/2003 | Memos to C. Lane re additional information regarding settlement terms. | Krieger, A. | 0.2 |
| 01/10/2003 | Memo to C. Lane re information for proposed lease rejection (.2); memo from C. Lane re response to inquiry on lease rejection (3.); further memo to C. Lane re same and comment (.2). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 3.3 | $ 475 | $ 1,567.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,567.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,567.50 |
| --- | --- |

| RE | Expenses 699843  0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

**MATTER DISBURSEMENT SUMMARY**

| | |
|---|---|
| Outside Messenger Service | $ 1.49 |
| Meals | 18.93 |
| Long Distance Telephone | 198.33 |
| Duplicating Costs-in House | 183.30 |
| Facsimile Charges | 17.00 |
| Travel Expenses - Transportation | -307.00 |
| Westlaw | 1098.06 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,210.11 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,210.11 |
|---|---|

| RE | Litigation and Litigation Consulting |
|---|---|
| | 699843  0034 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2003 | Attention to debtors' motion to employ counsel for Bartholic litigation (.3) | Pasquale, K. | 0.3 |
| 01/06/2003 | Attended to motion to retain special counsel (Woodcock) to intervene (.6); memo to C. Whitney re potential impact on Grace from infringement litigation (.2). | Krieger, A. | 0.8 |
| 01/06/2003 | Attention to status of settlement documentation (.3) | Pasquale, K. | 0.3 |
| 01/10/2003 | Memo to B. Wolff re status of Sealed Air settlement agreement (.1); memo from B. Wolff re same (.1); memo to LK, KP re same (.1). | Krieger, A. | 0.3 |
| 01/15/2003 | Exchange memos from and to KP re revised form of settlement agreement (.1); review revised settlement agreement and prepare comments thereon (1.3); review registration rights agreement (1.1). | Krieger, A. | 2.5 |
| 01/15/2003 | Attention to Asbestos Committee's revisions to draft settlement agreement (.8) | Pasquale, K. | 0.8 |
| 01/17/2003 | Complete review of registration statement. | Krieger, A. | 0.8 |
| 01/21/2003 | Memos from and to KP re DOJ's comments to the Sealed Air Settlement Agreement and meeting to discuss open points (.2); review DOJ's comments to the Settlement Agreement (.1). | Krieger, A. | 0.3 |
| 01/21/2003 | Attention to Grace's comments to draft settlement agreements (.4); telephone conference J. Ellington re same (.1); attention to DOJ comments (.2) | Pasquale, K. | 0.7 |
| 01/22/2003 | Attended to correspondence from the DOJ re Sealed Air settlement comments (.2); memo to | Krieger, A. | 3.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | KP re same (.1); office conference LK re substance of conversation with H. Wasserstein and S. Birnbaum re settlement agreement (.5); reviewed comments to draft of Sealed Air Agreement (.2); extended conference call with LK, KP and counsel for Sealed Air re settlement agreement (1.0); conference call with KP and M. Greenberg re tax issues raised by Sealed Air (.5); attended to follow-up notes and review of fraudulent transfer complaint (.4); office conference LK re substance of conversation with M.Greenberg (.1); memo to B. Wolff re Sealed Air settlement agreement meeting (.1). | | |
| 01/22/2003 | Office conference with A. Krieger; telephone call with H. Wasserstein and S. Birnbaum regarding Sealed Air's proposal to pay settlement into 524G trust for tax benefits (.9); review of proposed Sealed Air agreement (.6). | Kruger, L. | 1.5 |
| 01/22/2003 | Conference call with Skadden, L. Kruger, A. Krieger re settlement terms (.8); attention to same (.4) | Pasquale, K. | 1.5 |
| 01/23/2003 | Extended office conference M. Greenberg re substance of conversation with D. Lopo (Skadden) re tax position/rationale (.8); office conference LK re inquiry whether successor liability claims are estate claims or individual creditor claims (.1); memo to KP re same (.2); further review of Sealed Air complaint (.5); memo to A. Taruschio re research issue on nature of successor liability claims (.1); office conferences A. Taruschio re above (.3); office conferences KP re nature of claims and Skadden tax position (.3); memo to M. Sasson re Sealed Air response to complaint (.5); memo to R. Brandes re Raymark case review (.1); memo from A.Taruschio re case law on successor liability (.3); exchanged further memos with A.T. re follow-up inquiries (.2); further memo from AT re response to AK inquiry (.1); further memo to AT re response (.1); memo to R. Brandes re review of applicable Raymark decision (.1). | Krieger, A. | 3.9 |
| 01/23/2003 | Westlaw research re successor liability issue (2.1); various tc/emails A. Krieger, K. Pasquale re same (.9); review caselaw (2.0); draft memo | Taruschio, A. | 6.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.9); various follow emails and calls (.6). | | |
| 01/24/2003 | Review Keene discussion with successor liability claims (.6); conference call H. Wasserstein re Sealed Air settlement agreement terms (.2); follow up office conference LK, KP re above (.1); memo from R. Brandes re review of IRS Private Letter Ruling (.1). | Krieger, A. | 1.0 |
| 01/24/2003 | Office conference with K. Pasquale and A. Krieger - by phone with H. Wasserstein and S. Birnbaum regarding issues in Sealed Air settlement (.4) | Kruger, L. | 0.4 |
| 01/24/2003 | Attention to Sealed Air settlement issues (1.0) | Pasquale, K. | 1.5 |
| 01/24/2003 | Westlaw research/shepardize re successor liability issue (2.3); tc/emails K. Pasquale re same (.4). | Taruschio, A. | 2.7 |
| 01/27/2003 | Memo to KP re status of Sealed Air Settlement discussions (.1); memo from KP re same (.1); office conference LK re same (.1). | Krieger, A. | 0.3 |
| 01/27/2003 | Telephone call with H. Wasserstein regarding their approach to payment of settlement, tax issue and our possible objection (.3); office conference with K. Pasquale regarding same (.1). | Kruger, L. | 0.4 |
| 01/27/2003 | Attention to Sealed Air settlement terms issues (.5) | Pasquale, K. | 0.5 |
| 01/29/2003 | O/c A. Krieger re: livenote. | Sasson, M. | 0.1 |
| 01/30/2003 | Office conference LK re revised proposal from Sealed Air and discussion of same by the Committee (.1); began to review revised proposal (.5). | Krieger, A. | 0.6 |
| 01/30/2003 | Review of proposed Sealed Air settlement agreement (.4); telephone call with J. Bear and J. Kapp regarding Sealed Air agreement, committee and debtor issues with proposal (.3) | Kruger, L. | 0.7 |
| 01/30/2003 | Attention to revised settlement agreement (2.0); telephone conference Skadden re same (.4); telephone conference P. Lockwood re same (.4) | Pasquale, K. | 2.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/31/2003 | Review Sealed Air settlement agreement and Grace correspondence comments thereon (1.9). | Krieger, A. | 1.9 |
| 01/31/2003 | Telephone call with H. Wasserstein regarding Sealed Air settlement proposal (.2). | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 15.5 | $ 475 | $ 7,362.50 |
| Kruger, Lewis | 3.2 | 695 | 2,224.00 |
| Pasquale, Kenneth | 8.4 | 495 | 4,158.00 |
| Sasson, Moshe | 0.1 | 395 | 39.50 |
| Taruschio Anna | 9.2 | 285 | 2,622.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,406.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,406.00 |
|---|---|

| RE | Hearings 699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/24/2003 | Review pleadings corresponding to matters on the agenda for hearing on 1/27/03 (.3); office conference DM re agenda and review of dockets (.2); memo to M. Lastowski re 1/27/03 hearing (.1). | Krieger, A. | 0.6 |
| 01/27/2003 | Travel to Wilmington for hearings before Judge Fitzgerald during which prepared information list re Curtis Bay motions; reviewed ZAI-related materials, other (2.5) at hearing before Judge Fitzgerald (1.2); travel back to New York during which prepared questions for Curtis Bay conference call, reviewed SSL December 2002 fee detail, prepared memorandum re hearings (2.5) | Krieger, A. | 6.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 6.8 | $ 475 | $ 3,230.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,230.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,230.00 |
|---|---|

| RE | Employment Applications - Others<br>699843  0040 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/13/2003 | Attended to Debtors ordinary course professionals notice and exhibit (.2);memo to C. Lane re inquiry regarding deferred payments (.2). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.4 | $ 475 | $ 190.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 190.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 190.00 |
|---|---|

| RE | Tax Issues 699843  0047 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/22/2003 | Assignment received from Mayer Greenberg (0.4); began research on successor liability claims (0.7). | Brandes, R. | 1.1 |
| 01/22/2003 | Call with Krieger and Pasquale re treatment of fradulent conveyance settlement (.6); review complaint (.6); discussion with Brandes re tax issues (.6); review authorities and precedent re treatment of settlement in this context (2.1). | Greenberg, M. | 3.9 |
| 01/23/2003 | Meeting with Mayer Greenberg to discuss results of research and phone call to attorney at Skadden (1.6); research for most recent filings for Sealed Air and other successor liability cases (5.8). | Brandes, R. | 7.4 |
| 01/23/2003 | Discussion with R. Brandes and analysis re treatment of fraudulent conveyance action and availability of deduction (1.0); call with Skadden tax attorney (.3); discussion with Krieger and Brandes re Skadden argument and alternative approaches (.6). | Greenberg, M. | 1.9 |
| 01/23/2003 | R. Brandes - Sealed Air latest - 10-Q & 10-K. | Jones, M. | 0.1 |
| 01/24/2003 | Research on successor liability claims (1.8); meetings and discussions with Mayer Greenberg (1.0). | Brandes, R. | 2.8 |
| 01/24/2003 | Discussion with R Brandes re ruling and call with L Kruger. | Greenberg, M. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Brandes, Ronnie H. | 11.3 | $ 245 | $ 2,768.50 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Greenberg, Mayer | 6.7 | 525 | 3,517.50 |
| Jones, Margaret | 0.1 | 120 | 12.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,298.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 6,298.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 88,139.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,210.11 |
| TOTAL BILL | $ 89,349.11 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

| WR GRACE & CO | | |
|---|---|---|
| **DISBURSEMENT SUMMARY** | | |
| **JANUARY 1, 2003 - JANUARY 31, 2003** | | |
| | | |
| Duplicating Costs-in House | $ | 183.30 |
| Facsimile Charges | | 17.00 |
| Long Distance Telephone | | 198.33 |
| Meals | | 18.93 |
| Outside Messenger Service | | 1.49 |
| Travel Expenses - Transportation | | -307.00 |
| Westlaw | | 1,098.06 |
| | | |
| **Total** | **$** | **1,210.11** |

# STROOCK

| CLIENT | W R Grace & Co |
|---|---|
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED for the period through January 31, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 01/13/2003 | FedEx Log 12/11/02 A CASKADON TO SHELLY CABAN | 1.49 |
| | **Outside Messenger Service Total** | **1.49** |
| **Meals** | | |
| 01/30/2003 | VENDOR: Seamless Web; INVOICE#: 17691; DATE: 02/04/03 - Beckett's Bar & Grill; | 18.93 |
| | **Meals Total** | **18.93** |
| **Long Distance Telephone** | | |
| 01/07/2003 | EXTN.5544, TEL.312-861-2000, S.T.13:03, DUR.02:24 | 1.16 |
| 01/08/2003 | EXTN.6495, TEL.214-698-3868, S.T.12:42, DUR.06:36 | 2.72 |
| 01/09/2003 | EXTN.6495, TEL.406-782-3354, S.T.14:06, DUR.04:36 | 1.94 |
| 01/09/2003 | EXTN.6495, TEL.406-542-7260, S.T.14:11, DUR.05:18 | 2.33 |
| 01/13/2003 | EXTN.5544, TEL.201-556-4040, S.T.15:50, DUR.01:06 | 0.78 |
| 01/16/2003 | EXTN.6495, TEL.202-371-9770, S.T.14:49, DUR.03:18 | 1.55 |
| 01/17/2003 | EXTN.6495, TEL.202-371-9770, S.T.13:36, DUR.01:06 | 0.78 |
| 01/21/2003 | EXTN.3544, TEL.201-556-4045, S.T.11:34, DUR.19:36 | 7.76 |
| 01/21/2003 | EXTN.5562, TEL.303-312-7321, S.T.16:42, DUR.00:24 | 0.39 |
| 01/22/2003 | EXTN.5431, TEL.302-426-1900, S.T.11:05, DUR.05:00 | 1.94 |
| 01/23/2003 | EXTN.3544, TEL.201-556-4045, S.T.12:48, DUR.03:54 | 1.55 |
| 01/23/2003 | EXTN.5544, TEL.201-556-4045, S.T.13:03, DUR.06:36 | 2.72 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/23/2003 | EXTN.5634, TEL.908-507-1632, S.T.14:02, DUR.00:30 | 0.39 |
| 01/23/2003 | EXTN.5634, TEL.908-507-1632, S.T.18:03, DUR.09:30 | 3.88 |
| 01/27/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 01051-02201-03; DATE: 1/5/2003  -  Telecommunication Service charges | 162.22 |
| 01/27/2003 | EXTN.5431, TEL.312-861-2248, S.T.15:17, DUR.00:54 | 0.39 |
| 01/29/2003 | EXTN.5562, TEL.202-862-5065, S.T.12:12, DUR.00:42 | 0.39 |
| 01/30/2003 | EXTN.5431, TEL.312-861-2124, S.T.11:27, DUR.01:30 | 0.78 |
| 01/30/2003 | EXTN.5562, TEL.202-862-5065, S.T.17:00, DUR.00:24 | 0.39 |
| 01/30/2003 | EXTN.5562, TEL.202-862-5065, S.T.17:30, DUR.09:48 | 3.88 |
| 01/30/2003 | EXTN.6406, TEL.201-843-4900, S.T.11:55, DUR.01:00 | 0.39 |

**Long Distance Telephone Total**                                    **198.33**

**Duplicating Costs-in House**

| DATE | AMOUNT |
|------|--------|
| 01/02/2003 | 0.60 |
| 01/02/2003 | 2.20 |
| 01/02/2003 | 10.90 |
| 01/10/2003 | 6.40 |
| 01/10/2003 | 0.10 |
| 01/14/2003 | 0.40 |
| 01/15/2003 | 0.80 |
| 01/17/2003 | 5.20 |
| 01/21/2003 | 15.10 |
| 01/21/2003 | 29.20 |
| 01/21/2003 | 1.20 |
| 01/22/2003 | 3.60 |
| 01/22/2003 | 2.40 |
| 01/22/2003 | 5.00 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/22/2003 | | 5.00 |
| 01/23/2003 | | 0.80 |
| 01/23/2003 | | 1.30 |
| 01/24/2003 | | 2.50 |
| 01/28/2003 | | 2.40 |
| 01/29/2003 | | 76.00 |
| 01/30/2003 | | 0.70 |
| 01/30/2003 | | 0.60 |
| 01/30/2003 | | 0.20 |
| 01/30/2003 | | 2.50 |
| 01/30/2003 | | 7.90 |
| 01/31/2003 | | 0.30 |
| | **Duplicating Costs-in House Total** | **183.30** |

**Facsimile Charges**

| 01/23/2003 | FAX # 908-598-9053 | 17.00 |
|------|-------------|--------|
| | **Facsimile Charges Total** | **17.00** |

**Travel Expenses - Transportation**

| 01/08/2003 | AMEX KRIEGER/ARLENE  on 10/24/2002 | -47.00 |
|------|-------------|--------|
| 01/08/2003 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 10/24/2002 | -198.00 |
| 01/08/2003 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 11/14/2020 | -198.00 |
| 01/08/2003 | AMEX KRIEGER/ARLENE  on 11/22/2020 | 47.00 |
| 01/08/2003 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 11/22/2020 | 188.00 |
| 01/13/2003 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 12/06/2002 | -99.00 |
| | **Travel Expenses - Transportation Total** | **-307.00** |

**Westlaw**

| 01/23/2003 | ; Duration 0:00:00; By TARUSCHIO ANNA | 724.00 |
|------|-------------|--------|
| 01/23/2003 | ; Duration 0:01:45; By BRANDES RONNIE H. | 108.89 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/24/2003 | ; Duration 0:00:57; By PASQUALE KENNETH | 10.92 |
| 01/24/2003 | ; Duration 0:00:00; By TARUSCHIO ANNA | 254.25 |
| **Westlaw Total** | | **1,098.06** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 1.49 |
| Meals | 18.93 |
| Long Distance Telephone | 198.33 |
| Duplicating Costs-in House | 183.30 |
| Facsimile Charges | 17.00 |
| Travel Expenses - Transportation | -307.00 |
| Westlaw | 1098.06 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,210.11 |
|---|---|