# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 24, 2003 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | February | Total Comp |
|------|----------|-------------|----------|------------|
| McCarthy, Jay D. | Partner | $ 300.00 | 0.80 | $ 240.00 |
| Neitzel, Charlotte | Partner | $ 300.00 | 73.60 | $ 22,080.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 18.40 | $ 5,060.00 |
| Tracy, Brent | Associate | $ 240.00 | 11.50 | $ 2,760.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 9.7 | $ 1,212.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 6.4 | $ 704.00 |
| Floyd, Mary Beth | Info. Specialist | $ 90.00 | 1.3 | $ 117.00 |
| | | | | |
| Total | | | 121.70 | 32,173.50 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 162.75 |
| Facsimiles | $ 25.00 |
| Long Distance Telephone | $ 7.60 |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Overtime | $ - |
| Other Expenses | $ - |
| Velo Binding | $ - |
| Tab Stock | $ - |
| Color Copies | $ - |
| **Total** | **$ 195.35** |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/03 | CLN | Review and revise comments to Libby Public Health Assessment. | 1.80 | $ 540.00 |
| 02/04/03 | JDM | Conference with KJCoggon re Bill Corcoran request for Libby information. | 0.30 | 90.00 |
| 02/04/03 | CLN | Review and revise comments to public health assessment, including review of regulations for public health assessments and prepare outline for Dori Kuchinsky (3.0); conference with Dori Kuchinsky re comments on public health assessment (.30); conference with KJCoggon re status of discovery in response to question by Dori Kuchinsky (.20). | 3.50 | 1,050.00 |
| 02/04/03 | KJC | Telephone conference with W. Corcoran re slides to summarize Libby issues (0.30); review summary information for Corcoran slides (0.60); telephone conferences with CLNeitzel re ATSDR health assessment (0.30). | 1.20 | 330.00 |
| 02/05/03 | CLN | Draft outline of comments. | 5.50 | 1,650.00 |
| 02/05/03 | KJC | Research re summary slides for W. Corcoran (0.80). | 0.80 | 220.00 |
| 02/06/03 | CLN | Outline to Dori Kuchinsky re Public Health Assessment comments (1.80); review of Toxicological Profile for Asbestos in preparation for commenting on Public Health Assessment (3.0); conference with Jill Dykan of ATSDR re back-up record and availability of CT results (.20). | 5.00 | 1,500.00 |
| 02/06/03 | KJC | Address billing issues (0.40); review materials for Corcoran summary slides (0.40). | 0.80 | 220.00 |
| 02/07/03 | CLN | Draft FOIA (2.0); review Asbestos Toxicological Profile (.80); leave message with Vic Kapil re obtaining CT study results (.20). | 3.00 | 900.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/07/03 | KJC | Review case materials for including in summary slides (1.50). | 1.50 | 412.50 |
| 02/10/03 | JDM | Conference with KJCoggon re risk information, case series mortality study, and screening study. | 0.50 | 150.00 |
| 02/10/03 | CLN | Conference with Vic Kapil of ATSDR re obtaining CT results (.30); conference with Vic Kapil a second time re FOIA (.20); review Asbestos Toxicological Profile (2.30); conference with Bert Price re Public Health Assessment (.30); conference with KJCoggon and assist NKAberle in finding Case Series Poster (.5); conference with Bert Price re RI/Contaminant Screening Study (.20) | 3.80 | 1,140.00 |
| 02/10/03 | KJC | Draft PowerPoint slide show for B. Corcoran (1.40); conference with CLNeitzel re case series response (0.40); review deposition testimony and other evidence to include in slide show (3.00); conference with JDMcCarthy re risk information, case series, mortality study and screening study (0.50); telephone conference with B. Corcoran re slide show (0.30). | 5.60 | 1,540.00 |
| 02/10/03 | NKA | Research production documents and DCS files for ATS poster created by Dan Middleton, to be used in accordance with summary slides per KJCoggon request (2.00). | 2.00 | 220.00 |
| 02/11/03 | KJC | Research and revise summary slides (4.20); conference with KWLund re slides, CBI, status of other matters (0.40). | 4.60 | 1,265.00 |
| 02/12/03 | BAT | Telephone conference with Bob Marriam re retrieving documents concerning Easthampton air sampling or waste disposal. | 0.10 | 24.00 |
| 02/13/03 | CLN | Conference with Dori Kuchinsky re Public Health Assessment (.20); review and revise comments to Public Health Assessment (.30). | 0.50 | 150.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/13/03 | BAT | Create search folders for Easthampton air sampling and waste disposal documents (.70); begin review of same per Bob Marriam's request (1.20). | 1.90 | 456.00 |
| 02/13/03 | NKA | Search for a locate C. Weis deposition volume 2 exhibits in WR Grace Trial database per CLNeitzel request (.80). | 0.80 | 88.00 |
| 02/13/03 | MCL | Conference with BATracy re review of W.R. Grace historical database to locate documents re Easthampton expanding plant for Robert Marriam (.30); begin review of database re same (.70). | 1.00 | 125.00 |
| 02/14/03 | KJC | Revise summary slides per message from D. Kuchinsky including research re same (1.60). | 1.60 | 440.00 |
| 02/14/03 | BAT | Review Easthampton testing and environmental documents for air sampling or waste disposal information per Bob Marriam's request. | 1.60 | 384.00 |
| 02/14/03 | NKA | Continue searching for and locate remaining C. Weis deposition volume 2 exhibits located in WR Grace databases (.80). | 0.80 | 88.00 |
| 02/14/03 | MCL | Review W.R. Grace historical database to locate documents re Easthampton expanding plant for Robert Marriam (4.00). | 4.00 | 500.00 |
| 02/17/03 | BAT | Review Easthampton documents for air sampling and waste disposal information per request of Bob Marriam. | 2.20 | 528.00 |
| 02/17/03 | MCL | Review W.R. Grace Historical database to locate documents re Easthampton expanding plant for Robert Marriam. | 2.00 | 250.00 |
| 02/18/03 | CLN | Follow up with FOIA Officer re CT study results and Public Health Assessment comments (.30); review Appendix F of Toxicological Profile for Asbestos (2.20). | 2.50 | 750.00 |
| 02/18/03 | BAT | Review Easthampton documents for air sampling and waste disposal information per request of Bob Marriam. | 4.60 | 1,104.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 11 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/19/03 | CLN | Review tremolite toxicological profile to prepare Public Health Assessment comments (5.20); conference with Dori Kuchinsky (.20); review Weis deposition for Public Health Assessment comments (1.50). | 6.90 | 2,070.00 |
| 02/19/03 | BAT | Telephone conference with Bob Marriam re results of Easthampton document search (.10); conference with MCLatuda re identifying privilege and confidentiality issues in documents and organizing same (.20). | 0.30 | 72.00 |
| 02/20/03 | CLN | Review second Weis deposition (1.5); conference with B. Price (.5); follow up on B. Price question about availability of deposition and case series information (.5). | 2.50 | 750.00 |
| 02/20/03 | BAT | Draft cover letter to Bob Marriam re Easthampton documents (.60); conference with MCLatuda re organization of documents (.10); review documents to be sent to Bob Marriam (.10). | 0.80 | 192.00 |
| 02/20/03 | NKA | Search files and  WR Grace databases for OPPT study on attic insulation, including telephone conference with expert re same (1.60). | 1.60 | 176.00 |
| 02/20/03 | MCL | Review Easthampton documents located for Robert Marriam to determine privilege status and organize same. | 2.70 | 337.50 |
| 02/21/03 | CLN | Comments on Preliminary Health Assessment (2.0); review second Weis deposition transcripts to prepare Public Health Assessment comments (1.5); draft comments (1.0). | 4.50 | 1,350.00 |
| 02/21/03 | NKA | Research DCS area files for OPPT report per CLNeitzel's request (.30). | 0.30 | 33.00 |
| 02/23/03 | CLN | Draft comments on Public Health Assessment by review of Anderson expert reports. | 2.00 | 600.00 |
| 02/24/03 | CLN | Draft comments on Public Health Assessment by review of Anderson expert reports. | 6.00 | 1,800.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/24/03 | NKA | Research re OPPT final report per CLNeitzel request (.60). | 0.60 | 66.00 |
| 02/24/03 | MBF | Perform internet and Lexis research for CLNeitzel regarding EPA risk assessment study for attic insulation. | 1.30 | 117.00 |
| 02/25/03 | CLN | Draft comments on Public Health Assessment (8.30); conference with Dori Kuchinsky re Public Health Assessment comments (.20). | 8.50 | 2,550.00 |
| 02/26/03 | CLN | Draft comments on Public Health Assessment (8.0); telephone conference with Marc Kashdan of ATSDR re FOIA and combined medical testing results (.30). | 8.30 | 2,490.00 |
| 02/27/03 | CLN | Draft Public Health Assessment comments. | 7.30 | 2,190.00 |
| 02/27/03 | KJC | Review and respond to e-mail and attachments from D. Kuchinsky re Libby compare and contrast project. | 0.50 | 137.50 |
| 02/27/03 | NKA | Search for and locate ATSDR guidance document for review by CLNeitzel (.30). | 0.30 | 33.00 |
| 02/28/03 | CLN | Draft Public Health Assessment comments. | 2.00 | 600.00 |
| 02/28/03 | KJC | Review and comment on draft comments on Public Health Assessment (0.50); research re compare and contrast project for D. Kuchinsky (1.30). | 1.80 | 495.00 |

**Total Fees Through February 28, 2003:**   121.70   $  32,173.50

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| JDM | John D. McCarthy | Partner | $ 300.00 | 0.80 | $  240.00 |
| CLN | Charlotte L. Neitzel | Partner | 300.00 | 73.60 | 22,080.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 18.40 | 5,060.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 11.50 | 2,760.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 13 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| MCL | Carla M. Latuda | Paralegal | 125.00 | 9.70 | 1,212.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 6.40 | 704.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 1.30 | 117.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees:** | | **121.70** | **$ 32,173.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/05/03 | | Long Distance Telephone: 7036840123, 2 Mins., TranTime:11:49 | $  0.20 |
| 02/07/03 | | Long Distance Telephone: 9018202023, 1 Mins., TranTime:15:45 | 0.10 |
| 02/11/03 | 17 | Facsimile | 17.00 |
| 02/11/03 | 4 | Facsimile | 4.00 |
| 02/11/03 | 16 | Photocopy | 2.40 |
| 02/12/03 | 4 | Facsimile | 4.00 |
| 02/12/03 | | Long Distance Telephone: 4105314203, 3 Mins., TranTime:9:27 | 0.30 |
| 02/13/03 | 118 | Photocopy | 17.70 |
| 02/14/03 | | Long Distance Telephone: 7036840123, 3 Mins., TranTime:13:25 | 0.30 |
| 02/14/03 | | Long Distance Telephone: 7036840123, 2 Mins., TranTime:14:18 | 0.10 |
| 02/14/03 | | Long Distance Telephone: 7037298543, 3 Mins., TranTime:14:31 | 0.30 |
| 02/14/03 | | Long Distance Telephone: 4105314203, 3 Mins., TranTime:14:34 | 0.30 |
| 02/14/03 | | Long Distance Telephone: 7036840123, 2 Mins., TranTime:14:43 | 0.10 |
| 02/14/03 | 35 | Photocopy | 5.25 |
| 02/14/03 | 34 | Photocopy | 5.10 |
| 02/14/03 | 2 | Photocopy | 0.30 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | | 14 |
| Invoice No.: | | 626387 |
| Client No.: | | 04339 |
| Matter No.: | | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/14/03 | 5 | Photocopy | 0.75 |
| 02/19/03 | | Long Distance Telephone: 7037298543, 21 Mins., TranTime:13:27 | 2.10 |
| 02/20/03 | | Long Distance Telephone: 9146867975, 34 Mins., TranTime:16:3 | 3.40 |
| 02/20/03 | 548 | Photocopy | 82.20 |
| 02/20/03 | 101 | Photocopy | 15.15 |
| 02/20/03 | 6 | Photocopy | 0.90 |
| 02/21/03 | | Long Distance Telephone: 7243871869, 3 Mins., TranTime:9:17 | 0.30 |
| 02/27/03 | 197 | Photocopy | 29.55 |
| 02/27/03 | 23 | Photocopy | 3.45 |
| 02/28/03 | | Long Distance Telephone: 7037570775, 1 Mins., TranTime:13:8 | 0.10 |

**Total Disbursements:**    $    **195.35**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 162.75 |
| Facsimile | | 25.00 |
| Long Distance Telephone | | 7.60 |

**Total Disbursements:**    $    **195.35**

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 577760 | 10/30/01 | Bill | 102,179.52 |
| | | *Outstanding Balance on Invoice 577760:* | *$ 102,179.52* |

**Matter 00302 - Defense of Cost Recovery Action**

| Name | Position | Hourly Rate | February | Total Comp |
|------|----------|-------------|----------|------------|
| Tuchman, Robert | Partner | $ 375.00 | 0.80 | $ 300.00 |
| Lund, Kenneth W. | Partner | $ 350.00 | 7 | $ 2,450.00 |
| McCarthy, Jay D. | Partner | $ 300.00 | 39.1 | $ 11,730.00 |
| Coggon, Katheryn | Special Counsel | $ 275.00 | 30.4 | $ 8,360.00 |
| Stevenson, Edward | Senior Counsel | $ 280.00 | 111.3 | $ 31,164.00 |
| Barry, Geoffrey | Associate | $ 220.00 | 93.1 | $ 20,482.00 |
| Crist, Allison | Associate | $ 175.00 | 48.5 | $ 8,487.50 |
| Carroll, Ann | Paralegal | $ 125.00 | 35.5 | $ 4,437.50 |
| Sherman, Joan | Paralegal | $ 125.00 | 11.1 | $ 1,387.50 |
| Aberle, Natalie | Paralegal | $ 110.00 | 45.4 | $ 4,994.00 |
| Mulholland, Imelda | Info. Specialists | $ 110.00 | 99.7 | $ 10,967.00 |
| Floyd, Mary Beth | Info. Specialists | $ 90.00 | 0.6 | $ 54.00 |
| | | | | |
| Total | | | 522.50 | $ 104,813.50 |

Expenses

**Matter 00302 - Defense of Cost Recovery Action**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 465.75 |
| Facsimiles | $ 5.00 |
| Long Distance Telephone | $ 277.33 |
| Outside Courier | $ - |
| Travel Expense (credit) | $ (58.75) |
| Federal Express | $ 14.18 |
| Other Meal Expenses | $ 179.33 |
| Lexis | $ 1,497.59 |
| Other Exp/Temporary Staffing | $ - |
| Legal Asst. Overtime | $ - |
| Research Services | $ - |
| Velo Binding | $ - |
| Outside Reproduction | $ - |
| Supplies | $ - |
| Tab Stock | $ - |
| Color Copies | $ 1.30 |
| **Total** | **$ 2,381.73** |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Regarding: Libby - Cost Recovery Case**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/03 | KJC | Conference with JDMcCarthy, EEStevenson and JLSherman re transcript, exhibits and other issues (0.20). | 0.20 | $    55.00 |
| 02/03/03 | EES | Complete review of case authority re cost recovery burden of proof issues (2.20); draft analysis of cost recovery case authority for use in the cost burden of proof brief (2.70). | 4.90 | 1,372.00 |
| 02/03/03 | ICM | Conduct case law research re burden of proof issues in preparation for motion challenging the government's costs. | 3.20 | 352.00 |
| 02/04/03 | KWL | Review draft findings of fact (2.00); revise same (1.00). | 3.00 | 1,050.00 |
| 02/04/03 | JDM | Conference with EEStevenson concerning strategy re cost burden of proof brief. | 2.20 | 660.00 |
| 02/04/03 | KJC | Conferences with JDMcCarthy and EEStevenson re revised findings of fact and conclusions of law (0.30); telephone conference with J. Freeman re indirect costs, interest and facts (0.30); telephone conference with G. Graham re transcript (0.10); address DOJ inquiries re indirect costs and exhibit return (1.30). | 2.00 | 550.00 |
| 02/04/03 | EES | Conference with JDMcCarthy re cost burden of proof brief (2.20); draft detailed outline of cost brief analysis (1.90); research certainty of "damages" evidentiary requirements for inclusion in the burden of proof cost brief (1.60). | 5.70 | 1,596.00 |
| 02/04/03 | ATC | Research re privileged documents and Exhibit 60. | 4.00 | 700.00 |
| 02/05/03 | KWL | Review and revise proposed findings of fact (4.00). | 4.00 | 1,400.00 |
| 02/05/03 | JDM | Review correspondence from DOJ re indirect cost rate and attachments (0.5); meet with EEStevenson and GMBarry re burden of proof brief and research (0.2). | 0.70 | 210.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | | 20 |
| Invoice No.: | | 626387 |
| Client No.: | | 04339 |
| Matter No.: | | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/05/03 | KJC | Research re revised findings of fact and conclusions of law (2.30). | 2.30 | 632.50 |
| 02/05/03 | EES | Expand analysis of cost arguments for use in the cost burden of proof brief (1.40); review strategy re case authority to support the argument that the "accurate accounting" NCP cost recovery requirement must be based upon specialized accounting standards (2.70). | 4.10 | 1,148.00 |
| 02/05/03 | GMB | Conference with EEStevenson and JDMcCarthy re drafting brief on burden of proof (.20); review cases on shifting burdens of proof (5.60); additional Lexis research on burden-shifting (2.10). | 7.90 | 1,738.00 |
| 02/05/03 | ATC | Research re waiver of privilege for Exhibit 60 cases and DCS. | 7.40 | 1,295.00 |
| 02/05/03 | NKA | Review revised Findings of Fact, including read filed deposition proffers for relevant information (2.30). | 2.30 | 253.00 |
| 02/05/03 | JLS | Review proffers and trial exhibits for preparation of Findings of Fact. | 2.10 | 262.50 |
| 02/05/03 | ICM | Begin case law and regulatory research re several issues of law in preparation for motion to challenge the government's cost claims and draft memo to counsel. | 7.00 | 770.00 |
| 02/06/03 | RT | Conference with KJCoggon re strategy for preparing appeal. | 0.50 | 187.50 |
| 02/06/03 | KJC | Review record re revised findings of fact and conclusions of law (1.30); address inquiries and issues re documents (0.60); conference with ATCrist re Exhibit 60 research memorandum (0.30); draft list of questions to consider for appeal (2.30); conference with RTuchman re appeal (0.50). | 5.00 | 1,375.00 |
| 02/06/03 | EES | Incorporate key case authority in the burden of proof cost brief outline (1.80). | 1.80 | 504.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/06/03 | ATC | Conference with KJCoggon re Exhibit 60 and letters (0.3); research re Exhibit 60 (3.5). | 3.80 | 665.00 |
| 02/06/03 | NKA | Review deposition proffer filed with court in order to find support for revised Findings of Fact (3.30); research history of deposition exhibit #60  including examine DOJ privilege logs per ATCrist request (1.20); organize and review material to be sent to warehouse, including consolidate sampling data and index same (.60). | 5.10 | 561.00 |
| 02/06/03 | ICM | Begin case law and regulatory research re several issues of law in preparation for motion to challenge the government's cost claims and draft memo to counsel. | 8.00 | 880.00 |
| 02/07/03 | JDM | Review and revise burden of proof outline. | 0.50 | 150.00 |
| 02/07/03 | RT | Telephone conference with KJCoggon re outline of appeal issues. | 0.10 | 37.50 |
| 02/07/03 | KJC | Research re revised findings of fact and conclusions of law (0.20); telephone conference with G. Graham re transcript (0.30). | 0.50 | 137.50 |
| 02/07/03 | EES | Review cost trial exhibits for use in findings of fact and cost burden of proof brief (3.60). | 3.60 | 1,008.00 |
| 02/07/03 | GMB | Review non-cost recovery cases on shifting burdens of proof (3.80). | 3.80 | 836.00 |
| 02/07/03 | NKA | Review C. Weis Volume I deposition proffers for support of revised Findings of Fact (1.80). | 1.80 | 198.00 |
| 02/07/03 | ICM | Begin case law and regulatory research re several issues of law in preparation for motion to challenge the government's cost claims and draft memo to counsel. | 4.50 | 495.00 |
| 02/09/03 | ATC | Research re attorney client privilege and Exhibit 60. | 3.80 | 665.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 22 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/10/03 | EES | Review additional case authority re "reasonable certainty" damage proof requirements for inclusion in the cost burden of proof brief (2.10); review Department of Justice trial exhibits (2.70). | 4.80 | 1,344.00 |
| 02/10/03 | GMB | Review of new cases on burden shifting (2.80). | 2.80 | 616.00 |
| 02/10/03 | ATC | Draft memo re privileged documents and Exhibit 60. | 3.80 | 665.00 |
| 02/10/03 | ICM | Conduct case law and secondary source legal research re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request. | 4.50 | 495.00 |
| 02/11/03 | JDM | Review revised findings of fact (0.9); meeting with KJCoggon re findings of fact and review of trial exhibits (3.0). | 3.90 | 1,170.00 |
| 02/11/03 | RT | Review list of possible issues for appeal. | 0.20 | 75.00 |
| 02/11/03 | KJC | Draft, review and edit findings of fact and conclusions of law (2.30). | 2.30 | 632.50 |
| 02/11/03 | EES | Review additional Department of Justice exhibits (2.90); review and draft outline of Jensen demonstrative exhibits for use in the trial findings of fact and the cost burden of proof brief (3.60). | 6.50 | 1,820.00 |
| 02/11/03 | GMB | Additional research on burden shifting (review of secondary sources) (6.60). | 6.60 | 1,452.00 |
| 02/11/03 | ATC | Research and draft memo re attorney-client privilege and Exhibit 60. | 6.80 | 1,190.00 |
| 02/11/03 | NKA | Review trial exhibits used with P. Peronard for use in drafting revised Findings of Fact (2.80). | 2.80 | 308.00 |
| 02/11/03 | AEC | Review trial exhibits and rough draft of trial transcript for use in revised Findings of Fact (2.8). | 2.80 | 350.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 23 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/11/03 | ICM | Conduct case law and secondary source legal research re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request. | 8.00 | 880.00 |
| 02/12/03 | JDM | Review exhibits for inclusion in findings of fact (2.2); meeting re findings of fact (1.0); draft and revise memo re indirect costs (2.2). | 5.40 | 1,620.00 |
| 02/12/03 | KJC | Draft, review and edit revised findings of fact and conclusions of law, including review of exhibits and trial notes (4.50). | 4.50 | 1,237.50 |
| 02/12/03 | EES | Review revised findings of fact draft (.80); complete review and outline of Jensen demonstrative exhibits (1.60); draft supplemental indirect cost analysis for inclusion in the findings of fact (1.90); review Volumes 7, 8 and 9 of ATSDR cost package (designated as Trial Exhibit 1145) and draft outline (2.80). | 7.10 | 1,988.00 |
| 02/12/03 | GMB | Draft brief re burden of proof (5.40). | 5.40 | 1,188.00 |
| 02/12/03 | ATC | Review and revise memo re attorney-client privilege and Exhibit 60. | 6.00 | 1,050.00 |
| 02/12/03 | NKA | Review trial exhibits used with P. Peronard as well as trial transcript rough draft for use in drafting revised Findings of Fact (4.40). | 4.40 | 484.00 |
| 02/12/03 | AEC | Review trial exhibits and rough draft of trial transcript for use in revised Findings of Fact (5.5). | 5.50 | 687.50 |
| 02/12/03 | JLS | Review various trial documents for use in preparing revised Findings of Fact (5.10). | 5.10 | 637.50 |
| 02/12/03 | ICM | Conduct case law and secondary source legal research re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request. | 3.50 | 385.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 24 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/13/03 | JDM | Revise exhibits and draft memo re indirect cost evidence. | 3.20 | 960.00 |
| 02/13/03 | KJC | Draft, review and edit revised findings of fact and conclusions of law (1.40); address billing issues from team, vendors and experts (0.20); address issues re appeal (0.10). | 1.70 | 467.50 |
| 02/13/03 | EES | Continue review and outline of ATSDR cost package (Trial Exhibit 1145 - Volumes 10, 11, 12 and 13) (2.80); review ICMulholland memorandum re proof of damage issues for use in the cost burden of proof brief (1.70); meet with ICMulholland re follow-up research issues (.30). | 4.80 | 1,344.00 |
| 02/13/03 | GMB | Continue drafting and editing brief on burden of proof on cost documentation ( 5.20). | 5.20 | 1,144.00 |
| 02/13/03 | NKA | Review LNBrown trial opening statement for incorporation in to revised Findings of Fact (2.00); continue to read draft trial transcript to find support for revised Findings of Fact (2.50). | 4.50 | 495.00 |
| 02/13/03 | AEC | Review trial exhibits and rough draft of trial transcript for use in revised Findings of Fact (5.5). | 5.50 | 687.50 |
| 02/13/03 | JLS | Conferences with LCStreet re status of Boulder boxes (0.30); database research re warehouse location of various Grace boxes (1.20) organize and prepare boxes for warehouse storage (1.70). | 3.20 | 400.00 |
| 02/13/03 | ICM | Draft memo re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request. | 2.50 | 275.00 |
| 02/14/03 | KJC | Telephone conference with GMBarry re research memorandum for appeal (0.30). | 0.30 | 82.50 |
| 02/14/03 | GMB | Draft and edit brief on burden of proof re cost documentation (6.40). | 6.40 | 1,408.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 25 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/14/03 | NKA | Continue review and cite check revised Findings of Fact with draft trial transcript (5.10). | 5.10 | 561.00 |
| 02/14/03 | AEC | Review trial exhibits and rough draft of trial transcript for use in revised Findings of Fact (3.5); check transcript citations in trial rough draft (2.4). | 5.90 | 737.50 |
| 02/14/03 | ICM | Draft memo re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request (2.50); research additional issues identified by EEStevenson (2.00). | 4.50 | 495.00 |
| 02/15/03 | GMB | Continue drafting and editing brief on burden of proof re cost documentation (3.60). | 3.60 | 792.00 |
| 02/17/03 | EES | Complete review of ATSDR cost package exhibits (Volumes 14 and 15) (2.60); review additional burden of proof case authority for use in the burden of proof cost brief (1.80); review statutory construction case authority for inclusion in the cost brief (1.40). | 5.80 | 1,624.00 |
| 02/17/03 | GMB | Final drafting/editing on memo re Cost documentation burden of proof (6.80). | 6.80 | 1,496.00 |
| 02/17/03 | NKA | Read and review draft trial transcript and insert relevant citations into revised Findings of Fact (4.00). | 4.00 | 440.00 |
| 02/17/03 | AEC | Review rough draft of trial transcript for use in revised Findings of Fact, including checking citations (5.2). | 5.20 | 650.00 |
| 02/17/03 | ICM | Draft memo re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request (1.50); research additional legal issues identified by EEStevenson (4.00). | 5.50 | 605.00 |
| 02/18/03 | JDM | Review draft brief re burden of proof (0.8); meet with EEStevenson re draft brief (0.7). | 1.50 | 450.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 26 |
| Invoice No.: | 626387 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/18/03 | KJC | Conferences with team re revised findings of fact and conclusions of law (0.90); respond to questions from client and team re facts and documents (0.60). | 1.50 | 412.50 |
| 02/18/03 | EES | Review GMBarry work product re cost burden of proof issues (2.20); draft burden of proof analysis position of the cost brief (4.30); review case authority re NCP/regulations re regulatory interpretation issues (1.60). | 8.10 | 2,268.00 |
| 02/18/03 | GMB | Additional Lexis research on Title VII and trademark cases for use in memo on cost accounting issues. | 2.80 | 616.00 |
| 02/18/03 | NKA | Locate and compile all exhibits used in Weis deposition Volume II for placement in DCS (1.50); amend document ID numbers in Lotus Notes to match imaged Bates numbers (2.00); read revised Findings of Fact, and begin searching for electronic copies of all trial exhibits cited to in same (2.50) | 6.00 | 660.00 |
| 02/18/03 | AEC | Review rough draft of trial transcript for use in revised Findings of Fact, including checking citations (4.8). | 4.80 | 600.00 |
| 02/18/03 | ICM | Draft memo re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request (1.00); research additional legal issues identified by EEStevenson (4.00). | 5.00 | 550.00 |
| 02/19/03 | JDM | Review prior fact stipulations and pleadings for inclusion in findings of fact. | 2.40 | 720.00 |
| 02/19/03 | KJC | Address questions from team re facts and documents (0.40). | 0.40 | 110.00 |
| 02/19/03 | EES | Revise and expand cost burden of proof analysis for the cost brief (2.60); draft analysis of the direct cost evidentiary requirements for the cost brief (1.80); review revised draft findings of fact (.90); begin drafting indirect cost evidentiary argument for the cost burden of proof brief (1.60). | 6.90 | 1,932.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

Page            27
Invoice No.:    626337
Client  No.:    04333
Matter  No.:    00302

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/19/03 | GMB | Review of prior matters in preparation for memo re issues on appeal (4.90). | 4.90 | 1,078.00 |
| 02/19/03 | NKA | Locate and prepare hard copies of exhibits for imaging into Cost Recovery Trial database, and create Lotus Notes records for same (2.20); e-mails to and from Litigation Support team re same (.40). | 2.60 | 286.00 |
| 02/19/03 | ICM | Draft memo re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request (7.50). | 7.50 | 825.00 |
| 02/20/03 | JDM | Review cases re burden of proof (0.6); review exhibits re findings of fact (0.5). | 1.10 | 330.00 |
| 02/20/03 | KJC | Research re revised findings of fact and conclusions of law (0.70); address billing issues from team, vendors and experts (0.30); respond to questions from client and team re facts and documents (0.30). | 1.30 | 357.50 |
| 02/20/03 | EES | Complete analysis of the indirect cost evidentiary issues for the cost burden of proof brief (3.30); draft analysis distinguishing burden of proof case authority EPA will cite in support of its cost evidentiary analysis (2.90). | 6.20 | 1,736.00 |
| 02/20/03 | GMB | Research in file for memo re issues on appeal (3.60); additional research for EEStevenson re accurate accounting (1.80). | 5.40 | 1,188.00 |
| 02/20/03 | NKA | Continue preparing trial exhibits that are not available electronically for imaging by copy vendor for use in Findings of Fact hyperlinking (1.20). | 1.20 | 132.00 |
| 02/20/03 | ICM | Draft memo re various issues to be presented in motion on EPA cost challenge as per EEStevenson's request (0.50); research additional legal issues identified by EEStevenson (4.00). | 4.50 | 495.00 |
| 02/21/03 | JDM | Research and revise findings of fact. | 1.00 | 300.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 28 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/21/03 | KJC | Draft proposed agreed facts (0.80); address issues re appeal (0.20); respond to questions from client and team re facts and documents (0.20); telephone conference with J. Freeman and H. Kukis re additional agreed facts and proposal re indirect cost rate (0.50); telephone conference with W. Corcoran re DOJ's proposed indirect cost rate (0.30); research and respond to DOJ offer re indirect cost rate (1.40); telephone conference with J. Freeman and court re transcript (0.40). | 3.80 | 1,045.00 |
| 02/21/03 | EES | Complete analysis distinguishing cases EPA cited in support of its cost burden of proof arguments (1.80); revise analysis re the evidentiary effect of refuting an evidentiary presumption for use in the cost burden of proof brief (2.70); revise brief introductory analysis (2.10). | 6.60 | 1,848.00 |
| 02/21/03 | GMB | Lexis research re accurate accounting and NCP (2.30). | 2.30 | 506.00 |
| 02/21/03 | NKA | Continue to prepare documents for scanning by copy vendor to be used in hyperlinking of revised Findings of Fact (.80). | 0.80 | 88.00 |
| 02/21/03 | AEC | Review and locate exhibits for use in revised Findings of Fact (1.5). | 1.50 | 187.50 |
| 02/21/03 | ICM | Identify and procure documents from EPA Docket in Washington re NCP cost documentation decision making during proposed regulatory development. | 1.50 | 165.00 |
| 02/24/03 | JDM | Research, draft and revise findings of fact. | 2.50 | 750.00 |
| 02/24/03 | EES | Review additional case authority re accurate accounting standards (2.20); revise and expand brief analysis distinguishing EPA cases (1.70); review additional burden of proof case authority (2.90). | 6.80 | 1,904.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 29 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/24/03 | GMB | Lexis research for EEStevenson re interplay between NCP standard and "accurate accounting" (3.40); draft language re NCP standard and "accurate accounting" (1.60). | 5.00 | 1,100.00 |
| 02/24/03 | NKA | Review exhibits and cd images scanned and prepared by XACT for loading into Trial Exhibit project (1.50). | 1.50 | 165.00 |
| 02/24/03 | JLS | Prepare spreadsheet re Findings of Fact review (0.50); conference with NKAberle re trial witnesses for same (0.20). | 0.70 | 87.50 |
| 02/24/03 | ICM | Conduct case law, regulatory history, legislative history, and secondary source research re regulatory definitions as per EEStevenson's request. | 8.00 | 880.00 |
| 02/25/03 | JDM | Review draft trial transcript. | 2.30 | 690.00 |
| 02/25/03 | KJC | Conference with JDMcCarthy re revised findings of fact and conclusions of law (0.30); address billing issues from team, vendors and experts (0.20); respond to questions from client and team re facts and documents (0.20); research and draft proposed agreed facts (1.10). | 1.80 | 495.00 |
| 02/25/03 | EES | Complete draft of direct cost analysis for the cost burden brief (2.10); review Jensen exhibits and incorporate additional evidentiary evidence into cost brief (2.60); review GAO and KPMG reports re EPA's new methodology and incorporate analysis of these exhibits into the cost brief (3.40). | 8.10 | 2,268.00 |
| 02/25/03 | GMB | Edit language re NCP standard and "accurate accounting" (1.10); additional research re NCP standard and "accurate accounting" (2.70); research on issues for appeal (1.80). | 5.60 | 1,232.00 |
| 02/25/03 | NKA | Review P. Peronard testimony in rough transcript re volume of 3 large holes at Screening Plant discussed at trial (2.00); research and locate portion of trial exhibit #3146 re Peronard travel dates, and prepare same for imaging (.80). | 2.80 | 308.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | | 30 |
| Invoice No.: | | 626387 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00302 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/25/03 | AEC | Review and locate exhibits and citations for use in revised Findings of Fact (2.8). | 2.80 | 350.00 |
| 02/25/03 | ICM | Prepare memo re case law, regulatory history, legislative history, and secondary source research re regulatory definitions. | 6.00 | 660.00 |
| 02/26/03 | JDM | Review draft transcript and outline findings of fact for direct and indirect cost issues (4.0); conference with EEStevenson re burden of proof brief (0.9). | 4.90 | 1,470.00 |
| 02/26/03 | KJC | Respond to questions from client and team re facts and documents (0.40); research and revise supplemental agreed facts (0.40). | 0.80 | 220.00 |
| 02/26/03 | EES | Review draft findings of fact (1.30); revise rebuttable presumption evidentiary analysis in the cost burden of proof brief (3.80); review additional case authority re "reasonable certainty" proof requirements (1.80). | 6.90 | 1,932.00 |
| 02/26/03 | GMB | Research on issues for appeal (5.10). | 5.10 | 1,122.00 |
| 02/26/03 | NKA | Prepare draft trial transcript for review by EEStevenson (.50). | 0.50 | 55.00 |
| 02/26/03 | ICM | Conduct case law, regulatory history, legislative history, and secondary source research re regulatory definitions. | 8.00 | 880.00 |
| 02/27/03 | JDM | Meet with EEStevenson re draft burden of proof brief (0.2); review draft transcript, outline and draft findings of fact (5.3). | 5.50 | 1,650.00 |
| 02/27/03 | KJC | Respond to questions from client and team re facts and documents (0.20); telephone conference with J. Freeman re agreed facts and other requested stipulations (0.40); research re agreed facts (0.30). | 0.90 | 247.50 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 31 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/27/03 | EES | Revise reasonable certainty cost evidentiary arguments in cost brief (2.70); revise and expand analysis of the findings of EPA's indirect cost accounting system (3.10); complete review of case analysis re construction of EPA regulations (the "NCP") (2.60). | 8.40 | 2,352.00 |
| 02/27/03 | GMB | Research on issues for appeal (5.60). | 5.60 | 1,232.00 |
| 02/27/03 | ATC | Review cases re attorney-client privilege and Exh. 60 and draft letter to H. Kukis re same. | 7.30 | 1,277.50 |
| 02/27/03 | AEC | Review and locate exhibits and citations for use in revised Findings of Fact (0.7). | 0.70 | 87.50 |
| 02/27/03 | MBF | Conduct Lexis research to obtain caselaw for EEStevenson (.60). | 0.60 | 54.00 |
| 02/27/03 | ICM | Conduct case law, regulatory history, legislative history, and secondary source research re regulatory definitions as per EEStevenson's request. | 8.00 | 880.00 |
| 02/28/03 | JDM | Review and draft comments to brief (1.5); meet with EEStevenson re draft brief (0.5). | 2.00 | 600.00 |
| 02/28/03 | KJC | Telephone conference with JDMcCarthy re revised findings of fact and conclusions of law (0.40); respond to questions from client and team re facts and documents (0.20); revise supplemental agreed facts (0.30); follow up on final transcript (0.20). | 1.10 | 302.50 |
| 02/28/03 | EES | Review and revise cost burden of proof brief for circulation (3.60); meeting with JDMcCarthy re changes to draft brief (.60). | 4.20 | 1,176.00 |
| 02/28/03 | GMB | Additional research for EEStevenson re common law presumptions (1.20); research on issues for appeal (6.70). | 7.90 | 1,738.00 |
| 02/28/03 | ATC | Research re attorney-client privilege and Ex. 60. | 5.60 | 980.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 32 |
| Invoice No.: | 626387 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 02/28/03 | AEC | Review and locate exhibits and citations for use in revised Findings of Fact (0.8). | 0.80 | 100.00 |

**Total Fees Through February 28, 2003:** **522.50** **$ 104,813.50**

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| RT | Robert Tuchman | Partner | $ 375.00 | 0.80 | $      300.00 |
| KWL | Kenneth W. Lund | Partner | 350.00 | 7.00 | 2,450.00 |
| JDM | John D. McCarthy | Partner | 300.00 | 39.10 | 11,730.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 275.00 | 30.40 | 8,360.00 |
| EES | Edward E. Stevenson | Senior Counsel | 280.00 | 111.30 | 31,164.00 |
| GMB | Geoffrey  M. Barry | Associate | 220.00 | 93.10 | 20,482.00 |
| ATC | Allison T. Crist | Associate | 175.00 | 48.50 | 8,487.50 |
| AEC | Ann E. Carroll | Paralegal | 125.00 | 35.50 | 4,437.50 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 11.10 | 1,387.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 45.40 | 4,994.00 |
| ICM | Imelda Mulholland | Information Specialist | 110.00 | 99.70 | 10,967.00 |
| MBF | Mary Beth Floyd | Information Specialist | 90.00 | 0.60 | 54.00 |

**Total Fees:** **522.50** **$ 104,813.50**

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 33 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 12/05/02 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 1170; DATE: 12/5/2002  -  Denver, Catering for December, 2002, Lunch on 12/5/02 for six people (avg. $10.23 per person) | $      61.39 |
| 12/06/02 | | Other Meal Expense: VENDOR: That Personal Touch Catering, Inc.; INVOICE#: 1192; DATE: 12/6/2002  -  Denver, Catering for December, 2002, Lunch for 10 people on 12/6/02 (avg. $11.79 per person). | 117.94 |
| 01/24/03 | | Long Distance Telephone: | 3.33 |
| 01/24/03 | | Long Distance Telephone: | 172.20 |
| 01/29/03 | | Long Distance Telephone: arOne Communications; INVOICE#: 178494-000; DATE: 1/31/2003  -  Conference Calls | 100.20 |
| 02/03/03 | 1 | Facsimile | 1.00 |
| 02/04/03 | 1 | Lexis | 112.66 |
| 02/04/03 | | Long Distance Telephone: 4065232543, 2 Mins., TranTime:9:57 | 0.10 |
| 02/04/03 | 34 | Photocopy | 5.10 |
| 02/05/03 | 1 | Lexis | 247.46 |
| 02/05/03 | 1 | Lexis | 702.39 |
| 02/05/03 | 51 | Photocopy | 7.65 |
| 02/05/03 | 22 | Photocopy | 3.30 |
| 02/05/03 | 428 | Photocopy | 64.20 |
| 02/06/03 | 2 | Color Photocopy | 1.30 |
| 02/06/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-580-23864; DATE: 2/6/2003  -  Courier, Acct. 0802-0410-8. 01-28; Robert Emmett Columbia, Md | 14.13 |
| 02/06/03 | | Long Distance Telephone: 4067218550, 3 Mins., TranTime:16:19 | 0.30 |
| 02/06/03 | 148 | Photocopy | 22.20 |
| 02/07/03 | | Long Distance Telephone: 4067218550, 2 Mins., TranTime:9:4 | 0.10 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 34 |
| Invoice No.: | 626337 |
| Client   No.: | 04339 |
| Matter  No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/07/03 | 122 | Photocopy | 18.30 |
| 02/10/03 | 2 | Facsimile | 2.00 |
| 02/12/03 | 1 | Lexis | 59.60 |
| 02/12/03 | 34 | Photocopy | 5.10 |
| 02/12/03 | 114 | Photocopy | 17.10 |
| 02/13/03 | 188 | Photocopy | 28.20 |
| 02/13/03 | 105 | Photocopy | 15.75 |
| 02/13/03 | 1 | Photocopy | 0.15 |
| 02/14/03 | 1 | Lexis | 11.06 |
| 02/14/03 | | Long Distance Telephone: 4065232543, 2 Mins., TranTime:9:47 | 0.20 |
| 02/14/03 | 10 | Photocopy | 1.50 |
| 02/17/03 | 1 | Lexis | 100.60 |
| 02/17/03 | 5 | Photocopy | 0.75 |
| 02/17/03 | 1 | Photocopy | 0.15 |
| 02/18/03 | 1 | Lexis | 76.95 |
| 02/18/03 | 1 | Lexis | 186.87 |
| 02/18/03 | 34 | Photocopy | 5.10 |
| 02/19/03 | 10 | Photocopy | 1.50 |
| 02/19/03 | 16 | Photocopy | 2.40 |
| 02/19/03 | 1 | Photocopy | 0.15 |
| 02/19/03 | 20 | Photocopy | 3.00 |
| 02/19/03 | 8 | Photocopy | 1.20 |
| 02/19/03 | 315 | Photocopy | 47.25 |
| 02/19/03 | 144 | Photocopy | 21.60 |
| 02/19/03 | 70 | Photocopy | 10.50 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | | |
|---|---|---|
| Page | 35 |
| Invoice No.: | 626337 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 02/19/03 | 1 | Photocopy | 0.15 |
| 02/19/03 | 8 | Photocopy | 1.20 |
| 02/20/03 | 6 | Photocopy | 0.90 |
| 02/21/03 | | Long Distance Telephone: 4105314203, 10 Mins., TranTime:14:33 | 0.90 |
| 02/21/03 | 1 | Photocopy | 0.15 |
| 02/24/03 | 2 | Facsimile | 2.00 |
| 02/25/03 | 16 | Photocopy | 2.40 |
| 02/25/03 | 24 | Photocopy | 3.60 |
| 02/25/03 | 32 | Photocopy | 4.80 |
| 02/25/03 | | Travel Expense: VENDOR:  Holiday Inn - Missoula; Refund for toll-free phone calls that were not deleted from room charges. | -58.75 |
| 02/26/03 | 27 | Photocopy | 4.05 |
| 02/26/03 | 43 | Photocopy | 6.45 |
| 02/26/03 | 42 | Photocopy | 6.30 |
| 02/26/03 | 148 | Photocopy | 22.20 |
| 02/27/03 | 72 | Photocopy | 10.80 |
| 02/27/03 | 3 | Photocopy | 0.45 |
| 02/27/03 | 1 | Photocopy | 0.15 |
| 02/27/03 | 105 | Photocopy | 15.75 |
| 02/27/03 | 489 | Photocopy | 73.35 |
| 02/27/03 | 120 | Photocopy | 18.00 |
| 02/28/03 | 78 | Photocopy | 11.70 |
| 02/28/03 | 8 | Photocopy | 1.20 |

**Total Disbursements:**          $    2,381.73

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 36 |
| Invoice No.: | 626337 |
| Client No.: | 04339 |
| Matter No.: | 00302 |

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 465.75 |
| Facsimile | | 5.00 |
| Long Distance Telephone | | 277.33 |
| Travel Expense | | -58.75 |
| Federal Express | | 14.18 |
| Lexis | | 1,497.59 |
| Other Meal Expense | | 179.33 |
| Color Photocopy | | 1.30 |
| **Total Disbursements:** | **$** | **2,381.73** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 577764 | 10/30/01 | Bill | | 5,425.00 |
| | *Outstanding Balance on Invoice 577764:* | | $ | *5,425.00* |
| | | | | |
| 577905 | 10/31/01 | Bill | | 64,445.24 |
| | *Outstanding Balance on Invoice 577905:* | | $ | *64,445.24* |
| | | | | |
| 579873 | 11/20/01 | Bill | | 35,721.27 |
| | 01/24/02 | Cash Receipt | | -29,109.14 |
| | 12/23/02 | Cash Receipt | | -6,609.80 |
| | *Outstanding Balance on Invoice 579873:* | | $ | *2.33* |
| | | | | |
| 585053 | 01/23/02 | Bill | | 22,077.40 |
| | 04/09/02 | Cash Receipt | | -17,906.67 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | February | Total  Comp |
|------|----------|-------------|----------|-------------|
| Flaagan, Elizabeth K. | Partner | $      275.00 | 4.40 | $      1,210.00 |
| Haag, Susan | Paralegal | $      105.00 | 15 | $      1,575.00 |
|  |  |  |  |  |
| Total |  |  | 19.40 | $      2,785.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $      439.05 |
| Facsimiles | $         - |
| Long Distance Telephone | $         - |
| Federal Express | $       25.40 |
| Tab Stock | $         - |
| Lexis | $         - |
| Westlaw | $         - |
| Postage | $       27.30 |
| Research Services | |
| Professional Billable Services | |
| **Total** | **$      491.75** |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 48 |
| Invoice No.: | 626337 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/03 | EKF | Review and finalize application for compensation for December 2002 (.30). | 0.30 | $ 82.50 |
| 02/03/03 | SH | Compile and file December fee application (.75); format December fee detail for Fee Auditor (1.00); begin calculating and drafting 7th interim fee application (6.50). | 8.30 | 871.50 |
| 02/04/03 | SH | Finalize seventh interim fee application. | 4.30 | 451.50 |
| 02/05/03 | EKF | Review and revise seventh interim fee application, summary and proposed order (.50). | 0.50 | 137.50 |
| 02/05/03 | SH | Compile seventh interim fee application (1.70); update fee application binders (N/C). | 1.70 | 178.50 |
| 02/06/03 | EKF | E-mails to and from KJBates re revisions to January invoices (.20). | 0.20 | 55.00 |
| 02/07/03 | EKF | Conference with KJBates re invoice/expense issues for January 2003 (.20). | 0.20 | 55.00 |
| 02/10/03 | EKF | Review fee auditor's final report on sixth interim application (.30); review and revise January prebills (invoices) (2.20). | 2.50 | 687.50 |
| 02/24/03 | EKF | Review and revise portions of January invoices. | 0.50 | 137.50 |
| 02/28/03 | EKF | Review January monthly application (.20). | 0.20 | 55.00 |
| 02/28/03 | SH | Compile January fee application. | 0.70 | 73.50 |

**Total Fees Through February 28, 2003:**   **19.40**   **$   2,785.00**

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 49 |
| Invoice No.: | 626337 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 275.00 | 4.40 | $ 1,210.00 |
| SH | Susan Haag | Paralegal | 105.00 | 15.00 | 1,575.00 |
| | | **Total Fees:** | | **19.40** | **$ 2,785.00** |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 02/03/03 | 674 | Photocopy | $ | 101.10 |
| 02/03/03 | 290 | Photocopy | | 43.50 |
| 02/03/03 | 2 | Photocopy | | 0.30 |
| 02/05/03 | 1,684 | Photocopy | | 252.60 |
| 02/05/03 | 46 | Photocopy | | 6.90 |
| 02/05/03 | 1 | Postage | | 27.30 |
| 02/06/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-535-85367; DATE: 2/6/2003 - Courier, Acct. 0808-0410-8. 01-27; Warren Smith Dallas, Tx | | 9.31 |
| 02/06/03 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 4-580-23864; DATE: 2/6/2003 - Courier, Acct. 0802-0410-8. 02-03; Nichole Sessa Wilmington, De | | 16.09 |
| 02/28/03 | 231 | Photocopy | | 34.65 |
| | | **Total Disbursements:** | $ | 491.75 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

Page                50
Invoice No.:     626387
Client   No.:     04339
Matter  No.:     00390

## Disbursement Summary

| | | |
|---|---|---:|
| Photocopy | $ | 439.05 |
| Federal Express | | 25.40 |
| Postage | | 27.30 |
| **Total Disbursements:** | **$** | **491.75** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 579873 | 11/20/01 | Bill | | 4,761.50 |
| | 01/24/02 | Cash Receipt | | -3,839.71 |
| | 12/23/02 | Cash Receipt | | -921.50 |
| | *Outstanding Balance on Invoice 579873:* | | $ | *0.29* |
| | | | | |
| 585053 | 01/23/02 | Bill | | 1,755.51 |
| | 04/09/02 | Cash Receipt | | -1,423.27 |
| | 12/23/02 | Cash Receipt | | -330.20 |
| | *Outstanding Balance on Invoice 585053:* | | $ | *2.04* |
| | | | | |
| 601008 | 06/30/02 | Bill | | 3,524.49 |
| | 08/28/02 | Cash Receipt | | -2,882.29 |
| | 12/23/02 | Cash Receipt | | -642.18 |
| | *Outstanding Balance on Invoice 601008:* | | $ | *0.02* |
| | | | | |
| 612649 | 10/30/02 | Bill | | 6,832.32 |
| | 12/16/02 | Cash Receipt | | -5,498.82 |
| | 12/23/02 | Cash Receipt | | -132.27 |

**Matter 00400 - Boston Document Production**

| Name | Position | Hourly Rate | February | Total  Comp |
|------|----------|-------------|----------|-------------|
| Coggon, Katheryn | Special Counsel | $    275.00 | 1.2 | $    330.00 |
| Tracy, Brent | Associate | $    240.00 | | $        - |
| Carroll, Ann | Paralegal | $    125.00 | 2 | $    250.00 |
| Street, Loraine | Paralegal | $      85.00 | 9 | $    765.00 |
| Sherman, Joan | Paralegal | $    125.00 | 20 | $  2,500.00 |
| Stacey, Paula | Paralegal | $    125.00 | 8.7 | $  1,087.50 |
| Aberle, Natalie | Paralegal | $    110.00 | 11.4 | $  1,254.00 |
| | | | | |
| Total | | | 52.30 | 6,186.50 |

Expenses

**Matter 00400 - Boston Document Production**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 7.05 |
| Facsimile | $ - |
| Long Distance Telephone | $ 0.30 |
| Outside Courier | $ - |
| Travel Expense | $ - |
| Lexis | $ - |
| Outside Reproduction | $ 1,935.08 |
| Meal Expenses | $ - |
| Other Expenses | $ 190.24 |
| Tab Stock | $ - |
| Velo Binding | $ - |
| **Total** | **$ 2,132.67** |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 52 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

**Regarding: Boston Document Production**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/03/03 | NKA | Review and organize phase II sampling data (5.60). | 5.60 | $  616.00 |
| 02/03/03 | JLS | Review and organize Phase II sampling data (4.90); database research re same (1.80). | 6.70 | 837.50 |
| 02/03/03 | PRS | Review and organization of Phase 2 Sampling data. | 3.30 | 412.50 |
| 02/04/03 | KJC | Telephone conference with JLSherman re progress on phase 2 data support (0.20). | 0.20 | 55.00 |
| 02/04/03 | NKA | Review and organize phase II sampling data (5.00). | 5.00 | 550.00 |
| 02/04/03 | JLS | Review and organize Phase II sampling data (4.20); database research re same (3.90). | 8.10 | 1,012.50 |
| 02/04/03 | PRS | Review and organization of Phase 2 EPA Sampling data. | 5.40 | 675.00 |
| 02/05/03 | NKA | Work with SCHaraldson re DCS, indexing and warehousing of various case material (.80). | 0.80 | 88.00 |
| 02/05/03 | JLS | Review and organize Phase II sampling data (1.20); draft letter to Richard Finke and Doug Cameron re Phase II sampling data (0.20). | 1.40 | 175.00 |
| 02/05/03 | LCS | Conference with JLSherman, NKAberle and SCHaraldson re warehousing boxes. | 0.50 | 42.50 |
| 02/06/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 0.50 | 42.50 |
| 02/07/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.00 | 340.00 |
| 02/11/03 | JLS | Review proffers and trial exhibits and prepare Findings of Fact (3.80). | 3.80 | 475.00 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 53 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00400 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/13/03 | LCS | Prepare files for warehousing and update Boulder Box Tracking Database. | 4.00 | 340.00 |
| 02/26/03 | KJC | Telephone conference with R. Finke re information to assist with Science trial (0.30); follow up on telephone conference with R. Finke including quick search for information requested (0.70). | 1.00 | 275.00 |
| 02/26/03 | AEC | Research and respond to Richard Finke's questions re Phase II sampling scenarios (2.0). | 2.00 | 250.00 |

**Total Fees Through February 28, 2003:** **52.30** **$ 6,186.50**

## Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 1.20 | $ 330.00 |
| AEC | Ann E. Carroll | Paralegal | 125.00 | 2.00 | 250.00 |
| JLS | Joan L. Sherman | Paralegal | 125.00 | 20.00 | 2,500.00 |
| PRS | Paula R. Stacey | Paralegal | 125.00 | 8.70 | 1,087.50 |
| NKA | Natalie K. Aberle | Paralegal | 110.00 | 11.40 | 1,254.00 |
| LCS | Loraine C Street | Other | 85.00 | 9.00 | 765.00 |

**Total Fees:** **52.30** **$ 6,186.50**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 01/31/03 | | Other Expense: VENDOR: Iron Mountain CA115; INVOICE#: E651591; DATE: 1/31/2003  -  Document Storage | $ | 190.24 |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 54 |
| Invoice No.: | 626387 |
| Client  No.: | 04339 |
| Matter  No.: | 00400 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/03/03 | 1 | Photocopy | 0.15 |
| 02/05/03 | | Outside Reproduction: VENDOR: Document Technologies Inc.; INVOICE#: 60500; DATE: 2/5/2003  -  Outside reproduction | 967.54 |
| 02/05/03 | | Outside Reproduction: VENDOR: Document Technologies Inc.; INVOICE#: 60345; DATE: 2/5/2003  -  Outside reproduction | 967.54 |
| 02/19/03 | 46 | Photocopy | 6.90 |
| 02/21/03 | | Long Distance Telephone: 6175423025, 3 Mins., TranTime:14:38 | 0.30 |

**Total Disbursements:**     **$   2,132.67**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 7.05 |
| Long Distance Telephone | | 0.30 |
| Outside Reproduction | | 1,935.08 |
| Other Expense | | 190.24 |

**Total Disbursements:  $   2,132.67**

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 585053 | 01/23/02 | Bill | 119,728.88 |
| | 04/09/02 | Cash Receipt | -100,092.21 |
| | 12/23/02 | Cash Receipt | -19,515.83 |
| | | *Outstanding Balance on Invoice 585053:* | $    120.84 |
| 601008 | 06/30/02 | Bill | 369,264.06 |

**Matter 00410 - CBI Project**

| Name | Position | Hourly Rate | February | Total  Comp |
|------|----------|-------------|----------|-------------|
| Coggon, Katheryn | Special Counsel | $    275.00 | 2.6 | $    715.00 |
| | | | | |
| Total | | | 2.60 | $    715.00 |

Expenses

**Matter 00410 - CBI Project**

| Description | TOTAL |
|---|---|
| Parking | $          - |
| Photocopies | $          - |
| Facsimile | $          - |
| Long Distance Telephone | $          - |
| Outside Courier | $          - |
| Travel Expense | $          - |
| Lexis | $          - |
| Temporary Services | $          - |
| Meal Expenses | $          - |
| Legal Assostant Overtime | $          - |
| Tab Stock | $          - |
| Velo Binding | $          - |
| **Total** | **$          -** |

Holme Roberts & Owen LLP

March 24, 2003

W.R. Grace

| | |
|---|---|
| Page | 57 |
| Invoice No.: | 626387 |
| Client No.: | 04339 |
| Matter No.: | 00410 |

**Regarding: CBI Project**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 02/13/03 | KJC | Draft letter to K. Bradford re CBI claims status. | 0.60 | $ | 165.00 |
| 02/14/03 | KJC | Voicemail exchange with K. Bradford, EPA, re status of CBI claims (0.30); revise draft letter to K. Bradford re CBI status (0.80); conference with BATracy re CBI issues (0.20). | 1.30 | | 357.50 |
| 02/18/03 | KJC | Draft and revise letter to K. Bradford re CBI status (0.30). | 0.30 | | 82.50 |
| 02/28/03 | KJC | Research re CBI letter (0.40). | 0.40 | | 110.00 |
| | | **Total Fees Through February 28, 2003:** | **2.60** | **$** | **715.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| KJC | Katheryn J. Coggon | Special Counsel | $ 275.00 | 2.60 | $ | 715.00 |
| | | | **Total Fees:** | **2.60** | **$** | **715.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 618227 | 12/24/02 | Bill | 46,529.64 |
| | 02/17/03 | Cash Receipt | -37,231.24 |
| | | *Outstanding Balance on Invoice 618227:* | *$    9,298.40* |