IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: April 16, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## **EXHIBIT A**

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 18, 2003  
Invoice 553417  Page 1

Our Matter #     02399/06011              For Services Through 02/28/03  
WR Grace #      001-KL-721200-00-400107  
Name of Matter: Enoree Site Management

| Date | Description | | | |
|---|---|---|---|---|
| 02/11/03 | Review and prepare comments on Title V Compliance Certification for Enoree facility (2.4); conference call to address outstanding issues (0.5).  B.F. HAWKINS, JR. | 2.90 hrs. | 260.00/hr | $754.00 |
| 02/11/03 | Review Title V certification issue and documents and propose language to add to certification regarding partial test of baghouse in February 2002.  M.E. TERNES | 0.60 hrs. | 240.00/hr | $144.00 |
| 02/13/03 | Review revisions to Title V compliance certification and compare comments to prior documents.  B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 02/26/03 | Discussion with Attorney Cleary regarding South Carolina requirements that might impact sale of Enoree property.  B.F. HAWKINS, JR. | 0.30 hrs. | 260.00/hr | $78.00 |
| 02/26/03 | Discuss mine property real estate sale issues and status of sale with Grace attorneys (0.5); research disclosure rules (1.2) and request confirmation and assistance from Attorney Barnhill of findings (0.3).  D.M. CLEARY | 2.00 hrs. | 295.00/hr | $590.00 |
| 02/27/03 | Complete research, draft, and transmit draft sale contract language to Grace (2.3); review e-mails from Grace attorneys and respond (0.4); review draft disclosure statement (0.4); research and re-draft disclosure statement (1.8) and transmit to Mr. Emmett.  D.M. CLEARY | 4.90 hrs. | 295.00/hr | $1,445.50 |

**Fees for Legal Services** .................................................................................................... **$3,115.50**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 3.60 | 260.00 | 936.00 |
| D.M. CLEARY | 6.90 | 295.00 | 2,035.50 |
| M.E. TERNES | 0.60 | 240.00 | 144.00 |
| TOTAL | 11.10 | $280.68 | $3,115.50 |

**Net current billing for this invoice** ............................................................................... **$3,115.50**

W. R. Grace & Co.

March 18, 2003
Invoice 553417  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/28/03

Our Matter # 02399/06011
Enoree Site Management

| | |
|---|---:|
| Fees for Professional Services | $3,115.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$3,115.50** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 528961 | 10/20/2002 | 146.92 | 28.80 |
| | TOTAL A/R BALANCE | | $28.80 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 18, 2003  
Invoice 553418 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06012 | For Services Through 02/28/03 |
| WR Grace # | 001-KL-721200-00-100128 | |
| Name of Matter: | Owensboro Site Management | |

02/08/03   Review information concerning projected final rule date and date for Part 2 application for MACT MON (0.2); forward information concerning dates to Attorney Duff (0.2).
B.F. HAWKINS, JR.           0.40 hrs.    260.00/hr           $104.00

02/11/03   Review request for documentation from Mr. Jack Bender on EPA response to issue of when MACT standard goes into effect so that a company cannot reduce emissions to avoid the applicability of the standard, particularly in light of 112(j) issues (0.2); locate information for Mr. Bender (0.9); forward information to Mr. Bender with message regarding use of same (0.4).
B.F. HAWKINS, JR.           1.50 hrs.    260.00/hr           $390.00

02/25/03   Review recent information concerning Grace position on application of "once-in-always-in rule" in Kentucky (0.3); provide additional information to Attorney Bender (0.4).
B.F. HAWKINS, JR.           0.60 hrs.    260.00/hr           $156.00

**Fees for Legal Services** ................................................................................... **$650.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.50 | 260.00 | 650.00 |
| TOTAL | 2.50 | $260.00 | $650.00 |

**Net current billing for this invoice** .................................................................. **$650.00**

W. R. Grace & Co.

March 18, 2003
Invoice 553418  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/28/03

Our Matter # 02399/06012
Owensboro Site Management

---

| | |
|---|---:|
| Fees for Professional Services | $650.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** .................................................................. | **$650.00** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 499689 | 04/19/2002 | 6,869.35 | 4,479.00 |
| 523727 | 09/18/2002 | 312.00 | 62.40 |
| | TOTAL A/R BALANCE | | $4,541.40 |

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 18, 2003  
Invoice 553419   Page 1

Our Matter #          02399/06032                       For Services Through 02/28/03  
WR Grace #           063-KL-721490-01-0501221  
Name of Matter:      Charleston

02/06/03  Review information on re-classification of groundwater with counsel for Rhodia to determine interest level in participating in effort to reclassify.  
          B.F. HAWKINS, JR.                         0.40 hrs.    260.00/hr               $104.00

02/10/03  Review and prepare comments on Remedial Design Workplan.  
          B.F. HAWKINS, JR.                         1.80 hrs.    260.00/hr               $468.00

02/21/03  Review information with Mr. Bucens regarding Remedial Design Work Plan and make notes concerning same.  
          B.F. HAWKINS, JR.                         0.60 hrs.    260.00/hr               $156.00

**Fees for Legal Services** ................................................................................................. **$728.00**

### BILLING SUMMARY

|                     | Hours | Rate/Hr | Dollars |
|---------------------|-------|---------|---------|
| B.F. HAWKINS, JR.   | 2.80  | 260.00  | 728.00  |
| TOTAL               | 2.80  | $260.00 | $728.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date       | Description              | Amount |
|------------|--------------------------|--------|
| 02/03/2003 | Telephone 1-609-860-3432 | 0.24   |
| 02/10/2003 | Photocopies 39 Page(s)   | 1.95   |
| 02/10/2003 | Photocopies 78 Page(s)   | 3.90   |
| 02/20/2003 | Telephone 1-617-498-2667 | 0.16   |
| 02/24/2003 | Photocopies 94 Page(s)   | 4.70   |

**Total Charges for Other Services Provided/Expenses Incurred** ..................... **$10.95**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Photocopies | 10.55   |
| Telephone   | 0.40    |
| TOTAL       | $10.95  |

**Net current billing for this invoice** ................................................................................ **$738.95**

W. R. Grace & Co.

March 18, 2003
Invoice 553419  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/28/03

Our Matter # 02399/06032
Charleston

| | |
|---|---|
| Fees for Professional Services | $728.00 |
| Charges for Other Services Provided/Expenses Incurred | $10.95 |
| **Net current billing for this invoice** ................................................................ | **$738.95** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 518010 | 08/15/2002 | 10,057.75 | 2,007.80 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 898.40 |
| 538208 | 12/13/2002 | 1,553.30 | 303.20 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| 549780 | 02/21/2003 | 2,678.65 | 2,678.65 |
| | TOTAL A/R BALANCE | | $19,172.06 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

March 18, 2003  
Invoice 553420  Page 1

Our Matter #         02399/06091                        For Services Through 02/28/03  
Name of Matter:      Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/05/03 | E-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary Nelson Mullins' December 2002 fee application (0.3); review correspondence from Mr. Bossay inquiring about the 6th interim fee's auditor report (0.1); review files for response (0.3); forward Mr. Bossay's correspondence to Attorney Cleary (0.1).<br>K. BROWN | 0.80 hrs. | 125.00/hr | $100.00 |
| 02/07/03 | Review Mr. Bossay's correspondence regarding 6th interim fee's auditor report (0.2); e-mail Attorney Cleary regarding same (0.1).<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 02/10/03 | Review audit letter and prepare response to Fee Auditor.<br>D.M. CLEARY | 1.10 hrs. | 295.00/hr | $324.50 |
| 02/14/03 | Review bankruptcy docket for recent filings.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/26/03 | Review January 2003 invoices and prepare correspondence to Ms. Duff regarding January 2003 invoices for Attorney Cleary's review.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/26/03 | Review bankruptcy docket for recent filings from February 13, 2003 through February 25, 2003.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/26/03 | Meet with Attorney Cleary for review of correspondence to Ms. Duff and January 2003 fee application documents.<br>K. BROWN | 0.40 hrs. | 125.00/hr | $50.00 |
| 02/26/03 | Prepare correspondence to Ms. Indoe, Ms. Raulerson, Ms. Johnson, Attorneys Cleary and Hawkins regarding payment.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 02/26/03 | Review files to determine payment allocation.<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |
| 02/27/03 | Review and sign monthly fee application.<br>D.M. CLEARY | 0.40 hrs. | 295.00/hr | $118.00 |
| 02/27/03 | Review docket for current filings February 26-27, 2003 (0.2); update files and database (0.3).<br>K. BROWN | 0.50 hrs. | 125.00/hr | $62.50 |

W. R. Grace & Co.

March 18, 2003
Invoice 553420  Page 2

**Fees for Legal Services** ............................................................................ **$980.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| D.M. CLEARY | 1.50 | 295.00 | 442.50 |
| K. BROWN | 4.30 | 125.00 | 537.50 |
| TOTAL | 5.80 | 168.97 | 980.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 02/04/2003 | VENDOR: PACER Service Center; INVOICE#: 010903; DATE: 02/04/2003 | 17.36 |
| 02/10/2003 | Telephone 1-214-722-0081 | 0.31 |
| 02/27/2003 | VENDOR: Federal Express; INVOICE#: 647088723; DATE: 2/27/2003 - 02/03/03 | 23.96 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$41.63**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Federal Express | 23.96 |
| Outside Services | 17.36 |
| Telephone | 0.31 |
| TOTAL | $41.63 |

**Net current billing for this invoice** ............................................................................ **$1,021.63**

W. R. Grace & Co.

March 18, 2003
Invoice 553420  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 02/28/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---|
| Fees for Professional Services | $980.00 |
| Charges for Other Services Provided/Expenses Incurred | $41.63 |
| **Net current billing for this invoice** | **$1,021.63** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---|---|
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 705.10 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| 549990 | 02/24/2003 | 1,845.08 | 1,845.08 |
| | TOTAL A/R BALANCE | | $10,759.96 |