## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/04/03 | 10/01/02 – 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/03/03 | 11/01/02 – 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 -12/31/022 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 9.50 | $3,562.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 155.40 | $64,025.00 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
|  | Total | 164.90 | $67,587.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 243.37 |
| Copies – Matter 32 (Fee Applications) | $ 21.00 |
| Copies – Matter 46 (Tax Litigation) | $ 1,025.55 |
| Computer Database Research | $0 |
| Local Messenger | $0 |
| Federal Express/Overnight Messenger | $ 61.45 |
| Facsimile | $ 22.00 |
| Postage | $ .37 |
| Local Transportation | $0 |
| Duplication Supplies | $ 8.60 |
| Parking | $ 0 |
| Airfare | $ 0 |
| Total | $ 1,382.34 |