## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, Shelley A. Caban, certify that I am not less than 18 years of age, and that service of a copy of the attached **Notice of Application** was made on March 28, 2003 upon:

> All of the parties indicated on the Service List attached as Exhibit A by first class mail, postage prepaid, or by hand delivery to those parties located in Wilmington, Delaware.

I further certify that service of a copy of the attached **Seventh Quarterly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to Debtors and Debtors In Possession for the Period from October 1, 2002 Through and Including December 31, 2002** (the "Application") was made on March 28, 2003 upon:

> All Notice Parties identified in the Administrative Order (as defined in the Application), by electronic mail on the service list attached as Exhibit B, or by overnight mail upon the following:

David B. Siegel
Senior Vice President
General Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Warren H. Smith
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:   March 28, 2003

Shelley A. Caban, Paralegal
DUANE MORRIS LLP
1100 N. Market Street, Ste 1200
Wilmington, DE 19801
Telephone:  302.657.4900
Facsimile:   302.657.4901
Email:       sacaban@duanemorris.com

# EXHIBIT A

## W.R. GRACE 2002 SERVICE LIST

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
1201 N. Market Street
Chase Manhattan Centre, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Travelers Casualty and Surety Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

***Hand Delivery***
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

***Hand Delivery***
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE  19899

***Hand Delivery***
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

***Hand Delivery***
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

***Hand Delivery***
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

| |
|---|
| ***Hand Delivery***<br>(Counsel to Official Committee of Unsecured Creditors)<br>Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801-1246 |
| ***Hand Delivery***<br>Laurie Selber Silverstein, Esquire<br>Monica Leigh Loftin, Esquire<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 |
| ***Hand Delivery***<br>(United States Trustee)<br>Frank J. Perch, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2313<br>Lockbox 35<br>Wilmington, DE  19801 |
| ***Hand Delivery***<br>Mary M. Maloney Huss, Esquire<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street<br>Suite 1001<br>Wilmington, DE  19801 |
| ***Hand Delivery***<br>Selinda A. Melnik, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE  19899 |
| ***Hand Delivery***<br>(Counsel to Century Indemnity Company)<br>Curtis Crowther, Esquire<br>White and Williams LLP<br>824 North Market Street, Suite 902<br>P.O. Box 709<br>Wilmington, DE  19801 |
| ***Hand Delivery***<br>(Counsel to Wachovia Bank, N.A.)<br>Adam G. Landis, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>Wilmington, DE  19801 |

***Hand Delivery***
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Potash Corp.)
Aaron A. Garber, Esquire
Pepper Hamilton LLP
1201 Market Street
Suite 1600
Wilmington, DE 19899-1709

***Hand Delivery***
(Counsel to Entergy Services, Inc.)
Eric Lopez Schnabel, Esquire
James H. Joseph, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

***Hand Delivery***
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899

***Hand Delivery***
Francis J. Murphy
John S. Spadaro
Chase T. Brockstedt
Murphy Spadaro & Landon
824 N. Market Street
P.O. Box 8989
Wilmington, DE 19899-8989

***Hand Delivery***
(Counsel to Mark Hankin and HanMar Associates)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

| |
|---|
| ***Hand Delivery***<br>Teresa K.D. Currier, Esquire<br>Klett Rooney Lieber & Schorling<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE  19899-1397 |
| ***Hand Delivery***<br>(Counsel to Union Tank Car Company)<br>Rachel B. Mersky, Esquire<br>Walsh Monzack and Monaco, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE  19801 |
| ***Hand Delivery***<br>(Counsel to Royal Insurance)<br>Megan N. Harper, Esquire<br>Bifferato, Bifferator & Gentilotti<br>1308 Delaware Avenue<br>P.O. Box 2165<br>Wilmington, DE  19899 |
| ***Hand Delivery***<br>(Counsel to The Delaware Division of Revenue)<br>Allison E. Reardon<br>Delaware Division of Revenue<br>820 N. French Street<br>8th Floor<br>Wilmington, DE  19801 |
| ***Hand Delivery***<br>(Counsel to the Libby Mine Claimants)<br>Steven K. Kortanek, Esquire<br>Klehr, Harrison, Harvey, Branzburg & Ellers, LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801 |
| ***Hand Delivery***<br>(L.A. Unified School District)<br>William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>Mellon Bank Center<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19899 |
| ***First Class Mail***<br>(Counsel to Debtor)<br>James H.M. Sprayregen, Esquire<br>James Kapp, III, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 |

| |
|---|
| **First Class Mail** <br> (Canadian Counsel to Debtor) <br> Derrick Tay, Esquire <br> Meighen Demers <br> Suite 1100, Box 11 <br> Merrill Lynch Canada Tower <br> 200 King Street West <br> Toronto, Ontario <br> Canada M5H 3T4 |
| **First Class Mail** <br> (W. R. Grace & Co.) <br> David B. Siegel <br> W.R. Grace and Co. <br> 7500 Grace Drive <br> Columbia, MD 21044 |
| **First Class Mail** <br> (Official Committee of Personal Injury Claimants) <br> Elihu Inselbuch, Esquire <br> Rita Tobin, Esquire <br> Caplin & Drysdale, Chartered <br> 399 Park Avenue, 27th Floor <br> New York, NY 10022 |
| **First Class Mail** <br> (Official Committee of Unsecured Creditors) <br> Lewis Kruger, Esquire <br> Stroock & Stroock & Lavan LLP <br> 180 Maiden Lane <br> New York, NY 10038-4982 |
| **First Class Mail** <br> (Official Committee of Property Damage Claimants) <br> Scott L. Baena, Esquire <br> Bilzin Sumberg Dunn Baena Price & Axelrod LLP <br> First Union Financial Center <br> 200 South Biscayne Blvd, Suite 2500 <br> Miami, FL 33131 |
| **First Class Mail** <br> (Counsel to Equity Committee) <br> Philip Bentley, Esquire <br> Kramer Levin Naftalis & Frankel LLP <br> 919 Third Avenue <br> New York, NY 10022-3852 |

| |
|---|
| ***First Class Mail***<br>(Counsel to Sealed Air Corporation)<br>D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| ***First Class Mail***<br>(Counsel to DIP Lender)<br>J. Douglas Bacon, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL 60606 |
| ***First Class Mail***<br>(Counsel to Asbestos Claimants)<br>Nancy Worth Davis, Esquire<br>Ness, Motley, Loadhold, Richardson & Poole<br>28 Bridgeside Boulevard<br>P.O. Box 1792<br>Mount Pleasant, SC 29465 |
| ***First Class Mail***<br>Todd Meyer, Esquire<br>Kilpatrick Stockton<br>1100 Peachtree Street<br>Atlanta, GA 30309 |
| ***First Class Mail***<br>Office of Reorganization<br>Securities & Exchange Commission<br>Suite 1000<br>3475 Lenox Road, N.E.<br>Atlanta, GA 30326-1232 |
| ***First Class Mail***<br>District Director<br>IRS<br>409 Silverside Road<br>Wilmington, DE 19809 |
| ***First Class Mail***<br>Michael A. Berman, Esquire<br>Securities and Exchange Commission<br>450 Fifth Street, N.W. (Mail Stop 6-6)<br>Washington, D.C. 20549 |
| ***First Class Mail***<br>Secretary of Treasurer<br>P.O. Box 7040<br>Dover, DE 19903 |

| |
|---|
| ***First Class Mail***<br>Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE  19903 |
| ***First Class Mail***<br>James D. Freeman, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945-North Tower<br>Denver, CO  80202 |
| ***First Class Mail***<br>Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGarvey PC<br>745 South Main Street<br>Kalispel, MT  59901 |
| ***First Class Mail***<br>Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX  77002-5012 |
| ***First Class Mail***<br>David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 |
| ***First Class Mail***<br>Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY  10004 |
| ***First Class Mail***<br>Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld, LLP<br>551 Fifth Avenue<br>New York, NY  10176 |
| ***First Class Mail***<br>James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ  08736 |

| |
|---|
| ***First Class Mail***<br>Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA  94304-1125 |
| ***First Class Mail***<br>Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI  54306 |
| ***First Class Mail***<br>David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL  60606-5096 |
| ***First Class Mail***<br>Charles L. Finke, Assistant General Counsel<br>Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C.  20005-4026 |
| ***First Class Mail***<br>Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY  10154 |
| ***First Class Mail***<br>Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY  10020 |
| ***First Class Mail***<br>Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA  70130-6103 |

| |
|---|
| ***First Class Mail***<br>Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC  29465 |
| ***First Class Mail***<br>(Counsel to Asbestos Claimants)<br>Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX  75204 |
| ***First Class Mail***<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA  31208-3708 |
| ***First Class Mail***<br>(Attorneys for PPG Industries, Inc.)<br>W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA  19103 |
| ***First Class Mail***<br>R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA  19428-2961 |
| ***First Class Mail***<br>Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA  94945 |
| ***First Class Mail***<br>Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 |

| |
|---|
| ***First Class Mail***<br>Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, P.O. Box 8705<br>Dallas, TX  75219 |
| ***First Class Mail***<br>Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX  78471 |
| ***First Class Mail***<br>Courtney M. Labson, Esquire<br>Ontario Mills LP<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA  22209 |
| ***First Class Mail***<br>T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 |
| ***First Class Mail***<br>Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P.O. Box 151<br>Bryan, OH  43506 |
| ***First Class Mail***<br>Alan Kolod, Esquire<br>Moses & Singer LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY  10019-6076 |
| ***First Class Mail***<br>Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street<br>Fourth Floor<br>New York, NY  10006 |

| |
|---|
| ***First Class Mail***<br>John P. Dillman, Esquire<br>Linebarger Heard Goggan Blair<br>Graham Peña & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX  77253-3064 |
| ***First Class Mail***<br>Charles E. Gibson, III<br>Attorney at Law<br>620 North Street, Suite 100<br>Jackson, MS  39202 |
| ***First Class Mail***<br>Paul M. Baisier, Esquire<br>SEYFARTH SHAW<br>1545 Peachtree Street<br>Suite 700<br>Atlanta, GA  30309 |
| ***First Class Mail***<br>Christopher L. Beard, Esquire<br>The Beard Group<br>502 W. Patrick Street<br>Frederick, MD  21701-4002 |
| ***First Class Mail***<br>Bernice Conn, Esquire<br>Robins, Kaplan, Miller & Ciresi LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA  90067 |
| ***First Class Mail***<br>Steven R. Schlesinger, Esquire<br>Jaspan Schlesinger Hoffman LLP<br>300 Garden City Plaza<br>Garden City, NY  11530 |
| ***First Class Mail***<br>Steven J. Kherkher, Esquire<br>Laurence G. Tien, Esquire<br>Williams Bailey Law Firm, L.L.P.<br>8441 Gulf Freeway, Suite #600<br>Houston, TX  77017 |
| ***First Class Mail***<br>Kimberly W. Osenbaugh<br>Preston Gates & Ellis LLP<br>701-5th Avenue<br>Suite 5000<br>Seattle, WA  98104-7078 |

| |
|---|
| ***First Class Mail***<br>Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD  21226-1595 |
| ***First Class Mail***<br>Steven T. Hoort, Esquire<br>Ropes & Gray<br>One International Place<br>Boston, MA  02110-2624 |
| ***First Class Mail***<br>Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005 |
| ***First Class Mail***<br>Peter A. Chapman<br>24 Perdicaris Place<br>Trenton, NJ  08618 |
| ***First Class Mail***<br>Paul M. Matheny<br>The Law Offices of Peter G. Angelos, P.C.<br>5905 Harford Rd.<br>Baltimore, MD  21214 |
| ***First Class Mail***<br>Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd, Suite G<br>Brownsville, TX  78520 |
| ***First Class Mail***<br>Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ  07663 |
| ***First Class Mail***<br>Attn: Meridee Moore and Kirsten Lynch<br>Farallon Capital Management, L.L.C.<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, CA  94111 |

*First Class Mail*
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

*First Class Mail*
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

*First Class Mail*
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

*First Class Mail*
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

*First Class Mail*
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

*First Class Mail*
(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

| |
|---|
| *First Class Mail* <br> (Counsel to Official Committee of Unsecured Creditors) <br> William S. Katchen, Esquire <br> Duane, Morris & Heckscher LLP <br> 1 Riverfront Plaza, 2nd Floor <br> Newark, NJ  07102 |
| *First Class Mail* <br> (Tennessee Department of Environment and Conservation – Superfund) <br> Paul G. Sumers, Esquire <br> TN Attorney General's Office, Bankr. Unit <br> P.O. Box 20207 <br> Nashville, TN  37202-0207 |
| *First Class Mail* <br> (Counsel to numerous asbestos claimants) <br> Damon J. Chargois, Esquire <br> Foster & Sear, L.L.P. <br> 360 Place Office Park <br> 1201 N. Watson Road, Suite 145 <br> Arlington, TX  76006 |
| *First Class Mail* <br> (Counsel to Berry & Berry) <br> C. Randall Bupp, Esquire <br> Plastiras & Terrizzi <br> 24 Professional Center Parkway <br> Suite 150 <br> San Rafael, CA  94903 |
| *First Class Mail* <br> Anton Volovsek <br> Rt2 – Box 200 #42 <br> Kamiah, ID  83536-9229 |
| *First Class Mail* <br> Peter S. Goodman, Esquire <br> Andrews & Kurth LLP <br> 805 Third Avenue <br> New York, NY  10022 |
| *First Class Mail* <br> Jonathan H. Alden, Esquire <br> Assistant General Counsel <br> 3900 Commonwealth Boulevard, MS 35 <br> Tallahassee, FL  32399-3000 |
| *First Class Mail* <br> State Library of Ohio <br> c/o Michelle T. Sutter <br> Revenue Recovery <br> 101 E. Town Street, Second Floor <br> Columbus, OH  43215 |

| |
|---|
| *First Class Mail*<br>Rosa Dominy<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA  31208-3708 |
| *First Class Mail*<br>Greif Bros. Corp.<br>250 East Wilson Bridge Rd.<br>Suite 175<br>Worthington, OH  43085-2323 |
| *First Class Mail*<br>(Counsel to SAP America, Inc.)<br>Stephanie Nolan Deviney<br>Brown & Connery, LLP<br>360 Haddon Avenue<br>P.O. Box 539<br>Westmont, NJ  08108 |
| *First Class Mail*<br>Barbara M. Cook, County Solicitor<br>Katherine L. Taylor, Senior Assistant County Solicitor<br>Howard County Office of Law<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD  21043 |
| *First Class Mail*<br>Danice Sims<br>P.O. Box 66658<br>Baton Rouge, LA  70896 |
| *First Class Mail*<br>M. Diane Jasinski, Esquire<br>Michael D. Hess<br>Corporation Counsel of the City of New York<br>100 Church Street, Room 6-127<br>New York, NY  10007 |
| *First Class Mail*<br>Janet Napolitano<br>Robert R. Hall<br>Russell W. Savory<br>1275 West Washington Street<br>Phoenix, AZ  85007-1278 |

16

| |
|---|
| ***First Class Mail***<br>Russell W. Savory<br>Gotten, Wilson & Savory, PLLC<br>200 Jefferson Avenue, Suite 900<br>Memphis, TN 38103 |
| ***First Class Mail***<br>Credit Manager<br>Belz Enterprises<br>100 Peabody Place, Suite 1400<br>Memphis, TN 38103 |
| ***First Class Mail***<br>James P. Ruggeri<br>Scott A. Shail<br>Hogan & Harton L.L.P.<br>555 Thirteenth Street,.N.W.<br>Washington, D.C. 20004-1109 |
| ***First Class Mail***<br>Steven R. Bourne, Esquire<br>Nutter, McClennen & Fish, LLP<br>One International Place<br>Boston, MA 02110-2699 |
| ***First Class Mail***<br>Judy D. Thompson, Esquire<br>S. Andrew Jurs, Esquire<br>Poyner & Spruill, L.L.P.<br>100 North Tryon Street, Suite 4000<br>Charlotte, NC 28202-4010 |
| ***First Class Mail***<br>Daniel H. Slate, Esquire<br>Hughes Hubbard & Reed LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071-3442 |
| ***First Class Mail***<br>Andrea L. Hazzard, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482 |
| ***First Class Mail***<br>Authur Stein, Esquire<br>1041 W. Lacey Road<br>P.O. Box 1070<br>Forked River, NJ 08731-6070 |

| |
|---|
| **First Class Mail**<br>Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 |
| **First Class Mail**<br>Maggie De La Rosa<br>Provost & Umphrey<br>Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, TX 77701 |
| **First Class Mail**<br>Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>LibertyView – Suite 700<br>457 Haddonfield Road<br>P.O. Box 2570<br>Cherry Hill, NJ 08034 |
| **First Class Mail**<br>Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612-1413 |
| **First Class Mail**<br>Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY 10022 |
| **First Class Mail**<br>Suexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, MO 63366 |
| **First Class Mail**<br>Bart Hartman<br>Treasurer – Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA 92101 |
| **First Class Mail**<br>David Aelvoet, Esquire<br>Linebarger Goggan Blair Graham Pena & Sampson, LLP<br>Travis Park Plaza Building<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 |

18

*First Class Mail*
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

*First Class Mail*
(Counsel to  Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

*First Class Mail*
(Counsel to Delco Development Company)
James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178

*First Class Mail*
(Counsel to Dow Chemical Company, Hampshire Chemical Corporation and Union
Carbide Corporation)
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

*First Class Mail*
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

*First Class Mail*
(Counsel to General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY  10017-4014

*First Class Mail*
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

| |
|---|
| *First Class Mail*<br>(Counsel to Commissioner of Revenue)<br>Michael B. Willey, Esquire<br>Legal Services, 27th Floor<br>312 8th Avenue North<br>Nashville, TN  37243 |
| *First Class Mail*<br>Jeffrey L. Glatzer, Esquire<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY  10020-1182 |
| *First Class Mail*<br>Thomas V. Askounis, Esquire<br>Askounis & Borst, P.C.<br>303 East Wacker Drive<br>Suite 1000<br>Chicago, IL  60601 |
| *First Class Mail*<br>Attn: Ted Weschler<br>Peninsula Capital Advisors, L.L.C.<br>404 East Main Street<br>Second Floor<br>Charlottesville, VA  22902 |
| *First Class Mail*<br>E. Katherine Wells, Esquire<br>South Carolina Department of Health and Environmental Control<br>2600 Bull Street<br>Columbia, SC  29201-1708 |
| *First Class Mail*<br>Jeffrey Kaufman, Esquire<br>Gerald F. Ellesdorfer, Esquire<br>Kaufman & Logan LLP<br>111 Pine Street, Suite 1300<br>San Francisco, CA  94111 |
| *First Class Mail*<br>Michael H. Pinkerson, Esquire<br>James M. Garner, Esquire<br>Sher Garner Cahill Richter Klein McAlister & Hilbert, L.L.C.<br>909 Poydras Street, Suite 2800<br>New Orleans, LA  70112 |
| *First Class Mail*<br>William H. Johnson, Esquire<br>Norfolk Southern Corporation<br>Law Department<br>Three Commercial Place<br>Norfolk, VA  23510-9242 |

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota, National Association)
Pillsbury Winthrop LLP
One Battery Park Plaza
New York, NY  10004-1490

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota, National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

*First Class Mail*
(Counsel to Aldine Independent School District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
Ten Post Office Square South
Boston, MA  02109

***First Class Mail***
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

***First Class Mail***
(Counsel to The Texas Comptroller of Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

***First Class Mail***
(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395

***First Class Mail***
(Comptroller of Public Accounts of the State of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

***First Class Mail***
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC 27709

***First Class Mail***
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

***First Class Mail***
(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC 20007

*First Class Mail*
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

*First Class Mail*
(Counsel to Amalgamated Industries and Service Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

*First Class Mail*
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

*First Class Mail*
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

*First Class Mail*
Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX  75201-2689

*First Class Mail*
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

| |
|---|
| *First Class Mail*<br>(Zonolite Attic Litigation Plaintiffs)<br>Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA  94111 |
| *First Class Mail*<br>(Zonolite Attic Litigation Plaintiffs)<br>Thomas M. Sobol, Esquire<br>Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA  02110 |
| *First Class Mail*<br>(Zonolite Attic Litigation Plaintiffs)<br>Robert M. Fishman, Esquire<br>Shaw Gussis Domanskis Fishman & Glantz<br>1144 West Fulton Street, Suite 200<br>Chicago, IL  60607 |
| *First Class Mail*<br>Scott Barker<br>Credit Manager<br>Phelps Dodge Corp.<br>(Formerly Climax Molybdenum Marketing Corporation)<br>One North Central Avenue<br>Phoenix, AZ  85004 |
| *First Class Mail*<br>Coudert Brothers<br>Attn:  Joseph D. Farrell, Esquire and Edward H. Tillinghast, III, Esquire<br>1114 Avenue of the Americas<br>New York, NY  10036 |
| *First Class Mail*<br>Margery N. Reed, Esquire<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA  19103-7396 |
| *First Class Mail*<br>(Counsel to Marco Barbanti)<br>Darrell W. Scott<br>Lukins & Annis, P.S.<br>1600 Washington Trust Financial Center<br>717 West Sprague Avenue<br>Spokane, WA  99201-0466 |

| |
|---|
| *First Class Mail*<br>(Missouri Department of Revenue)<br>Missouri Department of Revenue<br>Bankruptcy Unit<br>Gary L. Barnhart<br>PO Box 475<br>Jefferson City, MO  65105-0475 |
| *First Class Mail*<br>(Peters, Smith & Company)<br>Mr. Charles C. Trascher III, Esquire<br>Snellings, Breard, Sartor, Inabnett & Trascher, LLP<br>PO Box 2055<br>Monroe, LA  71207 |
| *First Class Mail*<br>(The Baupost Group LLC)<br>Gary M. Becker, Esquire<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY  10022 |
| *First Class Mail*<br>(Attorney General of PA(Commonwealth of PA, Dept. of Revenue)<br>Christopher R. Momjian<br>Senior Deputy Attorney General<br>I.D. No.  057482<br>Office of Attorney General<br>21 S. 12th Street, 3rd. Floor<br>Philadelphia, PA  19107-3603 |
| *First Class Mail*<br>(U.S. Postal Service)<br>Susan Breymaier<br>Attorney<br>U.S. Postal Service<br>Legal Department<br>225 N. Humphreys Blvd.<br>Memphis, TN  38166-0170 |
| *First Class Mail*<br>Denise A.Kuhn<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA  19107-3603 |
| *First Class Mail*<br>(Snack, Inc.)<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY  10166 |

*First Class Mail*
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

*First Class Mail*
(Mars Music)
David W. Baddley, Esquire
Greenberg Traurig, P.A.
515 East Las Olas Boulevard
Suite 1500
Fort Lauderdale, FL  33301

*First Class Mail*
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher, S.R. Ormsbee, M. Rea and the Fisher Trust)
Richard B. Spector, Esquire
Mark M. Monachino, Esquire
Corbett & Steelman
18200 Von Karman Avenue, Suite 200
Irvine, CA  92612-1086

*First Class Mail*
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Adelman Lavine Gold and Levin
1900 Two Penn Center Plaza
Philadelphia, PA  19102-1799

*First Class Mail*
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

*First Class Mail*
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA  90071

*First Class Mail*
(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

*First Class Mail*
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

*First Class Mail*
Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
Salt Lake City, UT 84101

*First Class Mail*
Kelley B. Gelb
700 Southeast Third Avenue
Suite 100
Fort Lauderdale, FL 33316-1186

*First Class Mail*
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

*First Class Mail*
Craig A. Slater, Esquire
Harter, Secrest & Emery LLP
One HSBC Center, Suite 3550
Buffalo, NY 14203-2884

*First Class Mail*
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

*First Class Mail*
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, GA 30303

| |
|---|
| **First Class Mail**<br>Bryan Shapiro<br>Bear, Stearns & Co. Inc.<br>245 Park Avenue<br>New York, NY  10167 |
| **First Class Mail**<br>(Counsel to County Of Dallas)<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX  75201-2691 |
| **First Class Mail**<br>Marsha A. Penn<br>P.O. Box 3725<br>Houston, TX  77253-3725 |
| **First Class Mail**<br>Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 |
| **First Class Mail**<br>(Counsel to Travelers Casualty and Surety Company)<br>Lynn K. Neuner, Esquire<br>Simpson, Thacher, & Bartlett<br>425 Lexington Avenue<br>New York, NY  10017-3954 |
| **First Class Mail**<br>(Counsel to Kaneb Pipe Line Operating Partnership LP and Support Terminal Services, Inc.)<br>Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX  77010-3095 |
| **First Class Mail**<br>Jonathan D. Berger, Esquire<br>Russell Henkin, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103-6365 |
| **First Class Mail**<br>(Counsel to CMGI)<br>Paul P. Daley, Esquire<br>George W. Shuster, Jr., Esquire<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109 |

28

*First Class Mail*
(Counsel to Louis S. Robles, Esquire and Robles Law Center, P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA 19103

*First Class Mail*
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

*First Class Mail*
(Counsel to the Unofficial Committee of Select Asbestos Claimants)
Steven T. Davis, Esquire
Edmond M. George, Esquire
Obermayer, Rebmann Maxwell & Hippel, LLP
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

*First Class Mail*
DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

*First Class Mail*
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

*First Class Mail*
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

*First Class Mail*
(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602

***First Class Mail***
(Counsel to National Union Fire Insurance Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

***First Class Mail***
(Counsel to The Burlington Northern and Santa Fe Railway Company)
Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

***First Class Mail***
(Counsel to Crossroads Industrial Park, Inc. and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

***First Class Mail***
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

***First Class Mail***
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

***First Class Mail***
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ  07095

***First Class Mail***
(Counsel to State of New York, Dept. of Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

| |
|---|
| ***First Class Mail***<br>James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| ***First Class Mail***<br>(Counsel to William B. Dunbar)<br>Ted N. Pettit, Esquire<br>Case Bigelow & Lombardi<br>Grosvenor Center, Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI 96813 |
| ***First Class Mail***<br>(Counsel to West Group)<br>Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN 55344 |
| ***First Class Mail***<br>(Counsel to Certain Underwriters at Lloyd's London)<br>Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY 10019-6829 |
| ***First Class Mail***<br>(Counsel to the U.S. Environmental Protection Agency)<br>Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; Suite 945-North Tower<br>Denver, CO 80202 |
| ***First Class Mail***<br>(Counsel to the State of Minnesota)<br>Ann Beimdiek Kinsella<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN 55101-2127 |
| ***First Class Mail***<br>(Counsel to Daleen Technologies, Inc.)<br>Brian L. Hansen, Esquire<br>Frank W. DeBorder, Esquire<br>Morris, Manning & Martin<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, GA 30326 |

31

| |
|---|
| **First Class Mail** <br> (Counsel to Union Tank Car Company) <br> Deborah L. Thorne, Esquire <br> FabelHaber LLC <br> 55 East Monroe Street, 40th Floor <br> Chicago, IL  60603 |
| **First Class Mail** <br> Jenny J. Hyun, Esquire <br> Weingarten Realty Investors <br> 2600 Citadel Plaza Drive <br> Houston, TX  77008 |
| **First Class Mail** <br> Brad N. Friedman <br> Rachel Fleishman <br> Milberg Weiss Bershad Hynes & Lerach LLP <br> One Pennsylvania Plaza <br> New York, NY  10119-0165 |
| **First Class Mail** <br> (Counsel to Corpus Christi Gasket & Fastener, Inc.) <br> Timothy P. Dowling, Esquire <br> Gary, Thomasson, Hall & Marks P.C. <br> 210 S. Carancahua <br> Corpus Christi, TX  78401 |
| **First Class Mail** <br> Xerox Capital Services, LLC <br> Attention:  Cathy Flowers <br> 800 Carillon Parkway <br> St. Petersburg, FL  33716-9876 |
| **First Class Mail** <br> (Counsel to Royal Insurance) <br> Carl Pericone, Esquire <br> Wilson, Elser, Moskowitz, Edelman, Dicker LLP <br> 150 East 42nd Street <br> New York, NY  10019-5639 |
| **First Class Mail** <br> (Counsel to James Grau, Anna Grau and Harry Grau & Sons, Inc.) <br> Edward L. Jacobs, Esquire <br> Bankemper & Jacobs <br> The Shaw House <br> 26 Audubon Place <br> P.O. Box 70 <br> Fort Thomas, KY  41075-0070 |

*First Class Mail*
(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville ISD, Cameron County, Hildalgo County,
Orange Grove, Orange Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

*First Class Mail*
(Counsel to Carrollton-Farmers Branch Independent School District)
Andrea Sheehan, Esquire
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

*First Class Mail*
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

*First Class Mail*
(Counsel to Citadel Investment Group, LLC)
S. Jay Novatney, Esquire
Citadel Investment Group, L.L.C.
225 W. Washington Street, 9th Floor
Chicago, IL  60606

*First Class Mail*
(Counsel to the Libby Mine Claimants)
David B. Madoff, Esquire
Daniel C. Cohn, Esquire
Cohn Khoury Madoff & Whitesell LLP
101 Arch Street
Boston, MA  02110

*First Class Mail*
(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

WLM\171335.1

33

# EXHIBIT B

WILM\165008.1

**W. R. GRACE & CO.,** *et al.*
**FEE APPLICATION LIST**
**E-mails in pdf format**

To:

william.sparks@grace.com
james_kapp@chicago.kirkland.com
dcarickhoff@pszyj.com
syoder@bayardfirm.com
acaskadon@stroock.com
mlastowski@duanemorris.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
jwaxman@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
feeauditor@whsmithlaw.com

cc:
rnsianni@duanemorris.com
sacaban@duanemorris.com

WLM\164592.1