IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| W. R. GRACE & COMPANY, | : | Case No. 01-01139 JJF |
| Debtor. | : | |
| TIG INSURANCE COMPANY, a California corporation, | : | |
| Plaintiff, | : | |
| v. | : | Reference No. _____ |
| GARY SMOLKER, an individual, and ALICE SMOLKER, an individual, and DOES 1-10, inclusive, | : | |
| Defendant. | : | |
| AND RELATED CROSS-ACTIONS CONCERNING HOME SAVING TERMITE CONTROL, INC. and W.F. MORRIS | : | |

**NOTICE OF FILING OF PROOF OF CLAIM**

Please take notice that on March 18, 2003, Home Saving Termite Control, Inc., and Wayne Morris has hereby filed the attached Proof of Claim with the Claims Agent.

TYBOUT, REDFEARN & PELL

_____
Sherry Ruggiero Fallon, I.D. #2464
300 Delaware Avenue, 11th Floor
P.O. Box 2092
Wilmington, Delaware 19899-2092
Telephone Number: (302)658-6901
Telecopy Number: (302) 658-4018

Counsel to Home Saving Termite Control, Inc. and Wayne Morris.