**CERTIFICATE OF SERVICE**

I, SHERRY RUGGIERO FALLON, hereby certify that I have had served from 300 Delaware Avenue, Wilmington, Delaware, on this 28th day of March 2003, true and correct copies of the attached document(s) via U.S. Mail addressed to:

**VIA HAND-DELIVERY**
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl Young and Jones
919 N. Market Street - Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**VIA U.S. MAIL**
Frank J. Perch, III Esquire
Office of the U.S. Trustee
844 King Street
Wilmington, DE 19801

TYBOUT, REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON
300 Delaware Avenue Building
P.O. Box 2092
Wilmington, DE 19899