**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | None approved at this time; objection deadline runs April 17, 2003. | None approved at this time; objection deadline runs April 17, 2003. |

**Quarterly Fee Applications**

|  |  | Requested |  | Approved |  |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | The Hearing to Approve Compensation is scheduled for June 17, 2003 at 12:00 p.m. | |

WLM\171339.1

# DUANE MORRIS

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

March 26, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001       Invoice# 922035                                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 6.70 | hrs. at | $445.00 | /hr. = | $2,981.50 |
| WS KATCHEN | PARTNER | 6.60 | hrs. at | $510.00 | /hr. = | $3,366.00 |
| RN SIANNI | ASSOCIATE | 2.00 | hrs. at | $285.00 | /hr. = | $570.00 |
| DM SPEERS | PARALEGAL | 2.60 | hrs. at | $165.00 | /hr. = | $429.00 |
| SA HOLLINGHEAD | PARALEGAL | 4.30 | hrs. at | $145.00 | /hr. = | $623.50 |
| R LAGRAVENIS | PARALEGAL | 10.20 | hrs. at | $145.00 | /hr. = | $1,479.00 |
| K SHANNON | PARALEGAL | 1.30 | hrs. at | $130.00 | /hr. = | $169.00 |
| CM DOOLEY | MISCELLANEOUS | 1.60 | hrs. at | $135.00 | /hr. = | $216.00 |

$9,834.00

DISBURSEMENTS
DOCUMENT COSTS                                 624.25
DOCUMENT RETRIEVAL                              28.42
LEXIS LEGAL RESEARCH                           267.00
OVERTIME RELATED COSTS                          47.95
PRINTING & DUPLICATING                           3.45
PRINTING & DUPLICATING - INTERNAL               10.95
TELECOPY                                        84.55
TOTAL DISBURSEMENTS                                              $1,066.57

BALANCE DUE THIS INVOICE                                        $10,900.57

PREVIOUS BALANCE                                                $35,854.33

TOTAL BALANCE DUE                                               $46,754.90

File # K0248-00001 INVOICE # 922035
W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/29/2003 | 002 | MR LASTOWSKI | REVIEW DEBTOR'S SIXTH QUARTERLY REPORT OF ASSET DISPOSITIONS | 0.10 | $44.50 |
| | | | Code Total | 0.10 | $44.50 |
| 1/2/2003 | 003 | MR LASTOWSKI | ANALYSIS OF DEBTOR'S NOVEMBER OPERATING RESULTS | 0.30 | $133.50 |
| 1/3/2003 | 003 | MR LASTOWSKI | REVIEW MOTION OF DEBTOR'S TO TERMINATE A PRIME LEASE AND TO ASSUME AND ASSIGN THE RELATED SUB LEASE | 0.20 | $89.00 |
| 1/13/2003 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S STATEMENT OIF AMOUNTS PAID TO ORDINARY COURSE PROFESSIONALS FROM APRIL 2, 2001 THROUGH DECEMBER 31, 2002 | 0.20 | $89.00 |
| 1/16/2003 | 003 | MR LASTOWSKI | REVIEW DEBTORS' NOVEMBER MONTHLY OPERATING REPORT | 0.40 | $178.00 |
| 1/22/2003 | 003 | MR LASTOWSKI | REVIEW DEBTORS' MOTION FOR AUTHORITY TO CONTRIBUTE FUNDS INTO THE TRUST FUNDING THE CURTIS BAY PENSION PLAN | 0.30 | $133.50 |
| | | | Code Total | 1.40 | $623.00 |
| 1/2/2003 | 004 | DM SPEERS | REVIEWING 1/2/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 1/6/2003 | 004 | MR LASTOWSKI | TELEPHONE CALL FROM ROBERT DOWD (UNSECURED CREDITOR) RE: STATUS | 0.10 | $44.50 |
| 1/6/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 1/7/2003 | 004 | DM SPEERS | REVIEWING 1/7/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 1/8/2003 | 004 | DM SPEERS | REVIEWING 1/8/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 1/8/2003 | 004 | RN SIANNI | CORRESPONDENCE FROM FEE AUDITOR RE: FEE AUDIT PROCEDURE; CONFERENCE WITH S. CABAN RE: SAME. | 0.30 | $85.50 |
| 1/13/2003 | 004 | DM SPEERS | REVIEWING 1/13/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |

File # K0248-00001                                                                                  INVOICE # 922035
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/13/2003 | 004 | K SHANNON | FIND FEE APP OF CREDITOR USING PACER, GATHER RELEVANT INFORMATION REGARDING SAME. | 0.50 | $65.00 |
| 1/13/2003 | 004 | R LAGRAVENIS | LEGAL RESEARCH REGARDING THREE MILE ISLAND LITIGATION CASES AND OPINIONS. | 0.40 | $58.00 |
| 1/13/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKETS TO COUNSEL. | 0.10 | $14.50 |
| 1/14/2003 | 004 | DM SPEERS | REVIEWING 1/14/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.30 | $49.50 |
| 1/14/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, INDEX, AND FILE CORRESPONDENCE, PLEADINGS, AND DISCOVERY. | 0.80 | $116.00 |
| 1/15/2003 | 004 | DM SPEERS | REVIEWING 1/15/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.40 | $66.00 |
| 1/16/2003 | 004 | DM SPEERS | REVIEWING 1/16/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 1/16/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, FILE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 2.90 | $420.50 |
| 1/17/2003 | 004 | DM SPEERS | REVIEWING 1/17/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 1/17/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, FILE AND INDEX CORRESPONDENCE, PLEADINGS, DISCOVERY, FINANCIAL INFORMATION, FEE APPLICATIONS, LEGAL RESEARCH, AND OTHER CASE RELATED MATERIALS. | 2.10 | $304.50 |
| 1/20/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 1/21/2003 | 004 | DM SPEERS | REVIEWING 1/21/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 1/22/2003 | 004 | DM SPEERS | REVIEWING 1/22/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 1/23/2003 | 004 | DM SPEERS | REVIEWING 1/23/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |

File # K0248-00001                                          INVOICE # 922035
   W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/24/2003 | 004 | DM SPEERS | REVIEWING 1/24/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 1/24/2003 | 004 | SA HOLLINGHEAD | RETRIEVE AGENDA NOTICE FOR 1/27/03 FOR M. LASTOWSKI'S REVIEW. | 0.10 | $14.50 |
| 1/27/2003 | 004 | DM SPEERS | REVIEWING 1/27/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 1/27/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 1/28/2003 | 004 | DM SPEERS | REVIEWING 1/28/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 1/30/2003 | 004 | DM SPEERS | REVIEWING 1/30/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 1/31/2003 | 004 | DM SPEERS | REVIEWING 1/31/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| | | | Code Total | 10.20 | $1,595.50 |
| 1/7/2003 | 005 | WS KATCHEN | REVIEW NOVEMBER 30, 2002 FINANCIAL REPORT. | 0.20 | $102.00 |
| 1/8/2003 | 005 | WS KATCHEN | E-MAIL A. KRIEGER. | 0.10 | $51.00 |
| 1/8/2003 | 005 | WS KATCHEN | REVIEW STROOCK MEMO TO COMMITTEE ON JANUARY 7, 2003. | 0.10 | $51.00 |
| 1/12/2003 | 005 | WS KATCHEN | RESEARCH THIRD CIRCUIT DOSAGE/DAUBERT EVIDENCE (IN RE: TMI LITIGATION). | 3.80 | $1,938.00 |
| 1/13/2003 | 005 | WS KATCHEN | E-MAIL TO K. PASQUALE RE: TMI LITIGATION. | 0.20 | $102.00 |
| 1/13/2003 | 005 | WS KATCHEN | E-MAIL TO K. KELLEY RE: TMI. | 0.20 | $102.00 |
| 1/13/2003 | 005 | WS KATCHEN | REVIEW ARTICLE RE: §1121(D) MOTION - FEDERAL MOGUL. | 0.10 | $51.00 |
| 1/13/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH S. SHINSHAK AND PAUL WEISS RE: §1121(D) MOTION - FEDERAL MOGUL. | 0.20 | $102.00 |
| 1/22/2003 | 005 | WS KATCHEN | REVIEW ARTICLE ON ZONOLITE. | 0.10 | $51.00 |
| 1/22/2003 | 005 | WS KATCHEN | E-MAIL TO K. PASQUALE. | 0.10 | $51.00 |
| 1/22/2003 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $51.00 |
| 1/23/2003 | 005 | WS KATCHEN | REVIEW §1121(D) MOTION ON EXCLUSIVITY EXTENSION (#4). | 0.10 | $51.00 |
| 1/23/2003 | 005 | WS KATCHEN | REVIEW MOTION ON FUNDING PENSION PLAN (CURTIS BAY) $10,000,000 AND E-MAIL TO STROOCK. | 0.20 | $102.00 |
| 1/31/2003 | 005 | WS KATCHEN | REVIEW KIRKLAND & ELLIS CORRESPONDENCE ON SEALED AIR. | 0.10 | $51.00 |

File # K0248-00001                                          INVOICE # 922035
  W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/31/2003 | 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON JANUARY 31, 2003. | 0.30 | $153.00 |
| 1/31/2003 | 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL (L. KRUGER AND T. MAHER). | 0.70 | $357.00 |
| | | | Code Total | 6.60 | $3,366.00 |
| 1/3/2003 | 010 | MR LASTOWSKI | REVIEW MOTION OF DEBTOR'S TO RETAIN WOODCOCK WASHBURN AS SPECIAL LITIGATION COUNSEL | 0.20 | $89.00 |
| 1/21/2003 | 010 | RN SIANNI | RESPOND TO INQUIRY OF A. CASKADON (STROOCK) RE: STROOCK FEE APPLICATIONS. | 0.30 | $85.50 |
| | | | Code Total | 0.50 | $174.50 |
| 1/8/2003 | 012 | SA HOLLINGHEAD | CORRESPONDENCE W/ R. SIANNI RE: PREPARATION OF SPREADSHEET FOR FEE AUDITOR. | 0.10 | $14.50 |
| 1/15/2003 | 012 | RN SIANNI | REVIEW INITIAL REPORT OF FEE AUDITOR FOR SIXTH INTERIM PERIOD. | 0.30 | $85.50 |
| 1/21/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S INITIAL REPORT RE: DUANE MORRIS SIXTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 1/28/2003 | 012 | RN SIANNI | RESPOND TO INITIAL REPORT OF FEE AUDITOR RE: SIXTH INTERIM PERIOD. | 0.80 | $228.00 |
| | | | Code Total | 1.30 | $372.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION FOR STROOCK INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW CAMPBELL AND LEVINE SEVENTH MONTHLY FEE APPLICATION | 0.10 | $44.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS CAPLAN AND DRYSDALE'S SIXTH MONTHLY SEALED AIR FEE APPLICATION | 0.10 | $44.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION FOR FTI POLICANO INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS FOURTEENTH MONTHLY APPLICATION FOR COMPENSATION OF CAPLAN AND DRYSDALE | 0.10 | $44.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS NINTH MONTHLY APPLICATION FOR COMPENSATION OF LEGAL ANALYSIS SYSTEMS, INC. | 0.10 | $44.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW SECOND FEE APPLICATION OF BUDD LARNER, ADVISORS TO JUDGE WOLIN | 0.10 | $44.50 |

File # K0248-00001                                                                            INVOICE # 922035
　　W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS PRICEWATERHOUSE COOPERS OCTOBER FEE APPLICATION | 0.10 | $44.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS PRICEWATERHOUSE COOPERS NOVEMBER FEE APPLICATION | 0.10 | $44.50 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLE WARRENT SMITH'S SIXTH INTERIM FEE APPLICATION | 0.20 | $89.00 |
| 1/2/2003 | 013 | MR LASTOWSKI | REVIEW NOTICE OF FINAL HEARING RE: PITNEY HARDIN AND KIPP FEES | 0.10 | $44.50 |
| 1/2/2003 | 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO STROOCK 6TH QUARTERLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.20 | $29.00 |
| 1/2/2003 | 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION TO FTI 6TH QUARTERLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.20 | $29.00 |
| 1/9/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS L TERSIGNINI'S NOVEMBER FEE APPLICATION | 0.10 | $44.50 |
| 1/10/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO FTI POLICANO AND MANZO'S NINETEENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 1/10/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO STROOCK STROOCK AND LAVAN'S EIGHTEENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 1/10/2003 | 013 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO STROOCK STROOCK AND LAVAN'S NINETEENTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 1/10/2003 | 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE SSL AMENDED CERTIFICATE OF NO OBJECTION FOR 18TH MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.40 | $58.00 |
| 1/10/2003 | 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION FOR SSL 19TH MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.40 | $58.00 |
| 1/10/2003 | 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE CERTIFICATE OF NO OBJECTION FOR FTI 19TH MONTHLY FEE APPLICATION; FORWARD TO J. PORT FOR PAYMENT PROCESSING. | 0.40 | $58.00 |

File # K0248-00001      INVOICE # 922035
    W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/10/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET FOR OBJECTIONS AND PREPARE CERTIFICATE OF NO OBJECTION TO FTI 19TH MONTHLY FEE APPLICATION. | 0.40 | $58.00 |
| 1/10/2003 | 013 | SA HOLLINGHEAD | REVIEW DOCKET FOR OBJECTIONS AND PREPARE CERTIFICATE OF NO OBJECTION TO SSL 19TH MONTHLY FEE APPLICATION. | 0.40 | $58.00 |
| 1/10/2003 | 013 | SA HOLLINGHEAD | PREPARE AMENDED CERTIFICATE OF NO OBJECTION TO SSL 18TH MONTHLY FEE APPLICATION TO CORRECT EXPENSES DUE APPLICANT. | 0.20 | $29.00 |
| 1/20/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: REIMBURSEMENT OF EXPENSES OF MEMBERS OF PROPERTY DAMAGE COMMITTEE FOR SEPTEMBER 2002 | 0.10 | $44.50 |
| 1/23/2003 | 013 | SA HOLLINGHEAD | RESPOND TO EMAIL OF R. SIANNI RE: FTI AND STROOCK FEE APPLICATIONS. | 0.10 | $14.50 |
| 1/28/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: CAPLAN AND DRYSDALE'S SIXTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 1/28/2003 | 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE STROOCK AND STROOCK 20TH MONTHLY FEE APPLICATION. | 0.40 | $58.00 |
| 1/28/2003 | 013 | SA HOLLINGHEAD | CONVERT TO PDF FORMAT AND E-FILE FTI 20TH MONTHLY FEE APPLICATION. | 0.40 | $58.00 |
| 1/29/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS SIXTH MONTHLY FEE APPLICATION OF CAPLAN AND DRYSDALE (SEALED AIR) | 0.10 | $44.50 |
| 1/29/2003 | 013 | SA HOLLINGHEAD | CALENDAR OBJECTION DEADLINE FOR STROOCK 20TH MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| 1/29/2003 | 013 | SA HOLLINGHEAD | CALENDAR OBJECTION DEADLINE FOR FTI P&M 20TH MONTHLY FEE APPLICATION. | 0.10 | $14.50 |
| | | | Code Total | 5.60 | $1,382.00 |
| 1/27/2003 | 015 | MR LASTOWSKI | PREPARE FOR 1/27/03 OMNIBUS HEARING | 1.10 | $489.50 |
| 1/27/2003 | 015 | MR LASTOWSKI | ATTEND 1/27/03 OMNIBUS HEARING | 1.40 | $623.00 |
| | | | Code Total | 2.50 | $1,112.50 |

File # K0248-00001                                                         INVOICE # 922035
   W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/9/2003 | 016 | R LAGRAVENIS | REVIEW ARTICLE RELATING TO DECISIONS/OPINIONS ISSUED FOR THE THREE MILE ISLAND LITIGATION. TELEPHONE CONFERENCE WITH LIBRARY RESEARCH ASSISTANT REGARDING SAME. REVIEW ONLINE RESOURCES FOR THIRD CIR. AND DISTRICT COURT RELEASES. REVIEW TMI LITIGATION WEBSITE FOR SAME/ CONFER WITH W. KATCHEN REGARDING RESULTS. TELEPHONE CONFERENCE WITH LEE SWARXZ TMI LITIGATION PLAINTIFF'S COUNSEL REQUESTING BRIEFING ON MATTER. REVIEW CASELAW FOR CORRECT REFERENCES. MULTIPLE TELEPHONE CONFERENCES WITH LIBRARIAN REGARDING SAME. | 3.50 | $507.50 |
| 1/10/2003 | 016 | R LAGRAVENIS | RECEIVE AND REVIEW THREE MILE ISLAND BRIEFING AND RELATED PLEADINGS. SORT AND CONFER WITH W. KATCHEN REGARDING SAME. | 0.50 | $72.50 |
| 1/13/2003 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S STATEMENT FOURTH MOTION FOR AN EXTENDING THE TIME TO REMOVE ACTIONS | 0.20 | $89.00 |
| | | | Code Total | 4.20 | $669.00 |
| 1/14/2003 | 017 | RN SIANNI | REVIEW DOCKET RE: ISSUES OF EXCLUSIVITY. | 0.30 | $85.50 |
| 1/17/2003 | 017 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.20 | $89.00 |
| | | | Code Total | 0.50 | $174.50 |
| 1/22/2003 | 025 | K SHANNON | RETRIEVE/REVIEW VARIOUS CASES ON PACER FOR JOINT MOTION OF COMMITTEES. | 0.80 | $104.00 |
| | | | Code Total | 0.80 | $104.00 |
| 1/9/2003 | 026 | CM DOOLEY | LEGAL RESEARCH CONCERNING THREE MILE ISLAND OPINIONS & BRIEFS FOR KATCHEN | 1.60 | $216.00 |
| | | | Code Total | 1.60 | $216.00 |
| | | | TOTAL SERVICES | 35.30 | $9,834.00 |

File # K0248-00001  INVOICE # 922035
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 1/21/2003 | DOCUMENT COSTS | | 624.25 |
| | | Total: | $624.25 |
| 1/8/2003 | LEXIS LEGAL RESEARCH DOOLEY, CATHLEEN | | 76.50 |
| 1/8/2003 | LEXIS LEGAL RESEARCH DOOLEY, CATHLEEN | | 25.00 |
| 1/9/2003 | LEXIS LEGAL RESEARCH DOOLEY, CATHLEEN | | 122.50 |
| 1/9/2003 | LEXIS LEGAL RESEARCH DOOLEY, CATHLEEN | | 43.00 |
| | | Total: | $267.00 |
| 1/21/2003 | OVERTIME RELATED COSTS REVIEW, SORT, FILE, INDEX | | 47.95 |
| | | Total: | $47.95 |
| 1/31/2003 | PRINTING & DUPLICATING - INTERNAL | | 10.95 |
| | | Total: | $10.95 |
| 1/31/2003 | TELECOPY | | 84.55 |
| | | Total: | $84.55 |
| 1/17/2003 | DOCUMENT RETRIEVAL | | 4.56 |
| 1/17/2003 | DOCUMENT RETRIEVAL | | 5.38 |
| 1/31/2003 | DOCUMENT RETRIEVAL | | 18.48 |
| | | Total: | $28.42 |
| 1/31/2003 | PRINTING & DUPLICATING | | 3.45 |
| | | Total: | $3.45 |
| | TOTAL DISBURSEMENTS | | $1,066.57 |