IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **W.R. Grace & Co., et al.** | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

Objection Date: April 21, 2003 at 4:00 p.m.
Hearing Date: To be scheduled only if objections are timely filed and served

### THIRTEENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2003 – February 28, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$12,454.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$96.87** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hour and the corresponding compensation requested is approximately $145.00.[2]

This is the thirteenth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirteenth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in the next Fee Application.

WLM\171693.1

## Attachment A

**Monthly Interim Fee Applications**

|  |  | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | None approved at this time; objection deadline runs April 17, 2003. | None approved at this time; objection deadline runs April 17, 2003. |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | None approved at this time; objection deadline runs April 21, 2003. | None approved at this time, objection deadline runs April 21, 2003. |

WLM\171693.1

**Quarterly Fee Applications**

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | The Hearing to Approve Compensation is scheduled for June 17, 2003 at 12:00 p.m. | |

WLM\171693.1

# DUANE MORRIS

*FIRM/AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

March 27, 2003

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001     Invoice# 921989                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2003 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 8.40 hrs. at | $445.00 /hr. = | $3,738.00 |
| WS KATCHEN | PARTNER | 8.50 hrs. at | $510.00 /hr. = | $4,335.00 |
| MJ BASS | ASSOCIATE | 1.40 hrs. at | $250.00 /hr. = | $350.00 |
| RN SIANNI | ASSOCIATE | 2.50 hrs. at | $285.00 /hr. = | $712.50 |
| DM SPEERS | PARALEGAL | 2.10 hrs. at | $165.00 /hr. = | $346.50 |
| SA HOLLINGHEAD | PARALEGAL | 10.80 hrs. at | $145.00 /hr. = | $1,566.00 |
| PA SIEBEL, JR. | PARALEGAL | 0.10 hrs. at | $140.00 /hr. = | $14.00 |
| R LAGRAVENIS | PARALEGAL | 9.60 hrs. at | $145.00 /hr. = | $1,392.00 |

                                                                    $12,454.00

DISBURSEMENTS
DOCUMENT RETRIEVAL                               9.42
OVERTIME RELATED COSTS                          47.95
PRINTING & DUPLICATING                           5.40
RESEARCH                                        21.75
TELECOPY                                        12.35
TOTAL DISBURSEMENTS                                                    $96.87

BALANCE DUE THIS INVOICE                                           $12,550.87

PREVIOUS BALANCE                                                   $35,854.33

TOTAL BALANCE DUE                                                  $48,405.20

DUANE MORRIS LLP

File # K0248-00001                                                                                          INVOICE # 921989
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/6/2003 | 003 | MR LASTOWSKI | REVIEW DECEMBER MONTHLY OPERATING REPORT | 0.50 | $222.50 |
| 2/7/2003 | 003 | MR LASTOWSKI | REVIEW W.R. GRACE UPDATED FINANCIALS | 0.20 | $89.00 |
| 2/14/2003 | 003 | MR LASTOWSKI | REVIEW LANGFAN'S OPPOSITION TO THE DEBTOR'S LEASE REJECTION MOTION | 0.30 | $133.50 |
| 2/24/2003 | 003 | MR LASTOWSKI | REVIEW DEBTOR'S AMENDMENTS TO SCHEDULES | 0.10 | $44.50 |
| 2/24/2003 | 003 | MR LASTOWSKI | REVIEW CASNER & EDWARDS LLP'S FOURTH QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 2/24/2003 | 003 | MR LASTOWSKI | REVIEW WALLACE KING MARRARO & BRANSON PLLC'S FOURTH QUARTERLY FEE APPLICATION | 0.10 | $44.50 |
| 2/24/2003 | 003 | MR LASTOWSKI | REVIEW W FOURTH QUARTERLY FEE APPLICATION OF CARELLA BYRNE BAIN GILFILLAN CECCHI STEWART & OLSTEIN | 0.10 | $44.50 |
| 2/24/2003 | 003 | MR LASTOWSKI | REVIEW W FOURTH QUARTERLY FEE APPLICATION OF THE BLACKSTONE GROUP | 0.10 | $44.50 |
| | | | Code Total | 1.50 | $667.50 |
| 2/3/2003 | 004 | DM SPEERS | REVIEWING 2/3/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/3/2003 | 004 | RN SIANNI | RESPOND TO INQUIRY OF FEE AUDITOR RE: INTERIM SPREADSHEET, FEE AUDIT PROCEDURE. | 2.50 | $712.50 |
| 2/3/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 2/5/2003 | 004 | DM SPEERS | REVIEWING 2/5/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/6/2003 | 004 | DM SPEERS | REVIEWING 2/6/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/10/2003 | 004 | DM SPEERS | REVIEWING 2/10/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/10/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |

| File # K0248-00001 | | | | INVOICE # 921989 |
| --- | --- | --- | --- | --- |
| W.R. GRACE & CO. | | | | |

| Date | | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 2/11/2003 | 004 | DM SPEERS | REVIEWING 2/11/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/12/2003 | 004 | DM SPEERS | REVIEWING 2/12/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 2/13/2003 | 004 | DM SPEERS | REVIEWING 2/13/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/14/2003 | 004 | DM SPEERS | REVIEWING 2/14/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 2/19/2003 | 004 | DM SPEERS | REVIEWING 2/18/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/19/2003 | 004 | MR LASTOWSKI | DETERMINE STATUS OF OMNIBUS HEARINGS | 0.20 | $89.00 |
| 2/19/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, FILE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. | 2.10 | $304.50 |
| 2/19/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW, AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |
| 2/20/2003 | 004 | R LAGRAVENIS | REVIEW, SORT FILE, AND INDEX CORRESPONDENCE, PLEADINGS AND CASE RELATED MATERIALS. | 1.20 | $174.00 |
| 2/21/2003 | 004 | DM SPEERS | REVIEWING 2/19/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 2/21/2003 | 004 | DM SPEERS | REVIEWING 2/20/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 2/21/2003 | 004 | R LAGRAVENIS | REVIEW, SORT, FILE, AND INDEX CORRESPONDENCE, PLEADINGS, AND CASE RELATED MATERIALS. REVIEW AND REVISE PLEADINGS INDEX. | 2.80 | $406.00 |
| 2/24/2003 | 004 | DM SPEERS | REVIEWING 2/21/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $33.00 |
| 2/24/2003 | 004 | DM SPEERS | REVIEWING 2/24/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/24/2003 | 004 | SA HOLLINGHEAD | OBTAIN, REVIEW AND FORWARD UPDATED DOCKET TO COUNSEL. | 0.10 | $14.50 |

Case 01-01139-AMC   Doc 3571   Filed 03/31/03   Page 7 of 13

File # K0248-00001                                                                                      INVOICE # 921989
    W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/25/2003 | 004 | DM SPEERS | REVIEWING 2/25/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/27/2003 | 004 | DM SPEERS | REVIEWING 2/27/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
| 2/28/2003 | 004 | DM SPEERS | REVIEWING 2/28/03 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.10 | $16.50 |
|  |  |  | Code Total | 11.30 | $2,090.50 |
| 2/2/2003 | 005 | WS KATCHEN | ANALYSIS OF NEXT WAVE OPINION (U.S. SUPREME COURT) ON $10M PENSION FUND LIABILITY. | 0.90 | $459.00 |
| 2/3/2003 | 005 | WS KATCHEN | DRAFT LETTER TO L. KRUGER. | 0.20 | $102.00 |
| 2/3/2003 | 005 | WS KATCHEN | REVIEW E-MAIL FROM STROOCK. | 0.10 | $51.00 |
| 2/4/2003 | 005 | WS KATCHEN | PREPARE E-MAIL RESPONSE TO A. KRIEGER ON SUP. CT. NEXT WAVE OPINION. | 0.50 | $255.00 |
| 2/4/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH R. CHAMBERS - TAX DEPARTMENT (ERISA) RE: SUP. CT. NEXT WAVE OPINION. | 0.10 | $51.00 |
| 2/4/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: SUP. CT. NEXT WAVE OPINION. | 0.30 | $153.00 |
| 2/5/2003 | 005 | WS KATCHEN | WORK ON SUPPLEMENTAL MEMO TO A. KRIEGER (NEXT WAVE ISSUE). | 1.50 | $765.00 |
| 2/5/2003 | 005 | WS KATCHEN | ADDITIONAL RESEARCH. | 1.30 | $663.00 |
| 2/5/2003 | 005 | WS KATCHEN | DRAFT SECOND MEMO TO STROOCK (401(A)(33) - NEXT WAVE ANALYSIS). | 0.30 | $153.00 |
| 2/5/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: NEXT WAVE CONCLUSION. | 0.10 | $51.00 |
| 2/6/2003 | 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: SEALED AIR SETTLEMENT NEGOTIATIONS (§524(G) TRUST FUNDING ISSUE). | 0.40 | $204.00 |
| 2/6/2003 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: §401(A)(33) ISSUE. | 0.20 | $102.00 |
| 2/6/2003 | 005 | WS KATCHEN | ADDITIONAL WORK ON §401(A)(33) ENFORCEABILITY IN CHAPTER 11. | 0.60 | $306.00 |
| 2/7/2003 | 005 | MR LASTOWSKI | REVIEW STATUS REPORT RE: ZAI TRIAL | 0.20 | $89.00 |
| 2/7/2003 | 005 | WS KATCHEN | CONFERENCE CALL WITH COMMITTEE. | 1.00 | $510.00 |
| 2/7/2003 | 005 | WS KATCHEN | CONFERENCE WITH T. MAHER. | 0.30 | $153.00 |
| 2/13/2003 | 005 | WS KATCHEN | REVIEW MOTION TO EXTEND/MODIFY DIP FINANCING. | 0.20 | $102.00 |

File # K0248-00001            INVOICE # 921989
    W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/13/2003 | 005 | WS KATCHEN | AUTHORIZE LONG TERM INCENTIVE PROGRAM. | 0.10 | $51.00 |
| 2/20/2003 | 005 | WS KATCHEN | CONFERENCE WITH L. KRUGER RE: STATUS OF SEALED AIR RESOLUTION. | 0.10 | $51.00 |
| 2/20/2003 | 005 | WS KATCHEN | REVIEW ORDER - CURTIS BAY PENSION PLAN CONTRIBUTION. | 0.10 | $51.00 |
| 2/26/2003 | 005 | WS KATCHEN | REVIEW STROOCK MEMO ON DIP FACILITY AND MOTION TO EXTEND KERP. | 0.20 | $102.00 |
| | | | Code Total | 8.70 | $4,424.00 |
| 2/4/2003 | 008 | MJ BASS | PHONE MTG. W/ BILL KATCHEN RE: BANKRUPTCY PROVISIONS OF 401(A) | 0.20 | $50.00 |
| 2/4/2003 | 008 | MJ BASS | RESEARCH IRS MATERIALS RE: BANKRUPTCY EXCEPTION IN 401(A)(33) | 1.20 | $300.00 |
| 2/7/2003 | 008 | MR LASTOWSKI | REVIEW PBGC POSITION ON PENSION ISSUES | 0.40 | $178.00 |
| 2/12/2003 | 008 | MR LASTOWSKI | REVIEW DEBTOR'S KERP MOTION | 0.20 | $89.00 |
| 2/27/2003 | 008 | MR LASTOWSKI | REVIEW REVISED ORDER AND RELATED CERTIFICATION RELATING TO DEBTOR'S MOTION FOR AUTHORITY TO CONTRIBUTE FUNDS INTO THE TRUST FUNDING THE CURTIS BAY PENSION PLAN | 0.20 | $89.00 |
| | | | Code Total | 2.20 | $706.00 |
| 2/7/2003 | 010 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF FERRY, JOSEPH & PEARCE P.A. | 0.10 | $44.50 |
| 2/7/2003 | 010 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF CARELLA BYRNE | 0.10 | $44.50 |
| 2/7/2003 | 010 | MR LASTOWSKI | REVIEW CAPLAN AND DRYSDALE'S SEVENTH INTERIM FEE APPLICATION | 0.20 | $89.00 |
| 2/7/2003 | 010 | MR LASTOWSKI | REVIEW CSTEPTOE AND JOHNSON'S SEVENTH INTERIM FEE APPLICATION | 0.20 | $89.00 |
| | | | Code Total | 0.60 | $267.00 |
| 2/4/2003 | 012 | SA HOLLINGHEAD | TELEPHONE CALL TO L. FERDINAND REQUESTING EXTENSION TO SUBMIT UPDATED SPREADSHEET. | 0.10 | $14.50 |
| 2/5/2003 | 012 | SA HOLLINGHEAD | CORRESPONDENCE W/ L. FERDINAND RE: UPDATE TO DM SPREADSHEET FOR FEE APPLICATIONS. | 0.10 | $14.50 |

File # K0248-00001                                                            INVOICE # 921989
W.R. GRACE & CO.

| Date | Code | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/6/2003 | 012 | SA HOLLINGHEAD | REVIEW TASK CODES AND VALUES AND UPDATE SPREADSHEET FOR FEE AUDITOR FOR 6TH QUARTERLY PERIOD (JULY, AUG, SEP 02). FORWARD UPDATED SPREADSHEET VIA EMAIL TO L. FERDINAND. | 8.00 | $1,160.00 |
| 2/10/2003 | 012 | SA HOLLINGHEAD | UPDATED/REVISED CUMULATIVE AMOUNTS FOR 6TH QUARTER SPREADSHEET AND FORWARDED TO L. FERDINAND. | 0.80 | $116.00 |
| 2/12/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF DUANE MORRIS LP | 0.10 | $44.50 |
| 2/12/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF STEPTOE & JOHNSON | 0.10 | $44.50 |
| 2/12/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF HOLME ROBERTSD & OWEN | 0.20 | $89.00 |
| 2/12/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF L. TERSIGNINI CONSULTNG | 0.10 | $44.50 |
| 2/12/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF STROOCK STROOCK & LAVAN | 0.10 | $44.50 |
| 2/12/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF PACHUJLSKI STANG ZIEL YOUNG AND JONES | 0.20 | $89.00 |
| 2/12/2003 | 012 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF BILZIN SUMBERG | 0.20 | $89.00 |
| 2/12/2003 | 012 | MR LASTOWSKI | REVIEW REED SMITH'S SEVENTH INTERIM FEE APPLICATION | 0.20 | $89.00 |
| 2/24/2003 | 012 | MR LASTOWSKI | REVIEW FOR REASONABLENESS FOURTH QUARTERLY FEE APPLICATION OF PRICE WATERHOUSE COOPERS | 0.10 | $44.50 |
| 2/24/2003 | 012 | MR LASTOWSKI | REVIEW FOR REASONABLENESS FOURTH QUARTERLY FEE APPLICATION OF PITNEY, HARDIN, KIPP & SZUCH LLP | 0.10 | $44.50 |
| | | | Code Total | 10.40 | $1,928.00 |
| 2/6/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF ASHBY & GEDDES | 0.10 | $44.50 |

File # K0248-00001                                                                INVOICE # 921989
W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/6/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP | 0.10 | $44.50 |
| 2/6/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF CAMPBELL AND LEVINE LLC | 0.10 | $44.50 |
| 2/6/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF WALLACE KING ET AL. | 0.10 | $44.50 |
| 2/6/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT REGARDING THE SIXTH INTERIM FEE APPLICATION OF LUKINS & ANNIS P.S. | 0.10 | $44.50 |
| 2/6/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT REGARDING THE SIXTH INTERIM FEE APPLICATION OF KIRKLAND & ELLIS | 0.10 | $44.50 |
| 2/6/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT REGARDING THE SIXTH INTERIM FEE APPLICATION OF KLETT ROOENY LIEBER & SCHORING | 0.10 | $44.50 |
| 2/6/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT REGARDING THE SIXTH INTERIM FEE APPLICATION OF CASNER & EDWARDS L.P. | 0.10 | $44.50 |
| 2/7/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF LEGAL ANALYSIS SYSTEMS, INC. | 0.10 | $44.50 |
| 2/7/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK ,ET AL. | 0.10 | $44.50 |
| 2/7/2003 | 013 | SA HOLLINGHEAD | REVIEW NOTICES OF APPLICATION FOR STROOCK AND POLICANO AND APPROVE FOR FINAL DRAFT. | 0.20 | $29.00 |
| 2/7/2003 | 013 | SA HOLLINGHEAD | REVIEW, CONVERT TO PDF FORMAT AND E-FILE STROOCK 21ST MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.50 | $72.50 |
| 2/7/2003 | 013 | SA HOLLINGHEAD | REVIEW, CONVERT TO PDF FORMAT AND E-FILE FTI POLICANO 21ST MONTHLY FEE APPLICATION; FORWARD CONFIRMATION TO A. CASKADON. | 0.50 | $72.50 |
| 2/7/2003 | 013 | SA HOLLINGHEAD | CALENDAR OBJECTION DEADLINE FOR STROOCK AND FTI'S 21ST MONTHLY FEE APPLICATIONS. | 0.10 | $14.50 |

DUANE MORRIS LLP

File # K0248-00001                                                              INVOICE # 921989
    W.R. GRACE & CO.

| Date | Code | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/10/2003 | 013 | SA HOLLINGHEAD | REPLACE ELECTRONIC SIGNATURES W/ ORIGINALS IN STROOCK AND FTI 21ST FEE APPLICATIONS. | 0.10 | $14.50 |
| 2/18/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITORS' FINAL REPORT RE: SIXTH INTERIM FEE APPLICATION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | 0.10 | $44.50 |
| 2/18/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: WACHTELL, LIPTON ROSEN & KATZ SIXTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 2/18/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: NELSON MULINS RILEY & SCARBOROUGH SIXTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 2/18/2003 | 013 | MR LASTOWSKI | REVIEW FEE AUDITOR'S FINAL REPORT RE: PRICE WATERHOUSE COOPERS SIXTH INTERIM FEE APPLICATION | 0.10 | $44.50 |
| 2/19/2003 | 013 | MR LASTOWSKI | REVIEW QUARTERLY FEE APPLICATION (OCTOBER THROUGH DECEMBER 2001) OF CASNER & EDWARDS LLP | 0.20 | $89.00 |
| 2/19/2003 | 013 | MR LASTOWSKI | REVIEW QUARTERLY FEE APPLICATION (OCTOBER THROUGH DECEMBER 2001) OF THE BLACKSTONE GROUP | 0.20 | $89.00 |
| 2/19/2003 | 013 | MR LASTOWSKI | REVIEW QUARTERLY FEE APPLICATION (OCTOBER THROUGH DECEMBER 2001) OF PITNEY HARDIN AND KIPP | 0.20 | $89.00 |
| 2/19/2003 | 013 | MR LASTOWSKI | REVIEW QUARTERLY FEE APPLICATION (OCTOBER THROUGH DECEMBER 2001) OF CARELLA, BYRNE, BAIN GILFILLIAN ET AL. | 0.20 | $89.00 |
| 2/19/2003 | 013 | MR LASTOWSKI | REVIEW QUARTERLY FEE APPLICATION (OCTOBER THROUGH DECEMBER 2001) OF PACHULSKI STANG | 0.20 | $89.00 |
| 2/23/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS FOURTH INTERIM FEE APPLICATION OF LEGAL ANALYSIS SYSTEMS, IINC. | 0.10 | $44.50 |
| 2/23/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS FOURTH INTERIM FEE APPLICATION OF L. TERSIGNINI CONSULTING P.C. | 0.10 | $44.50 |
| 2/23/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS FOURTH INTERIM FEE APPLICATION OF CAMPBELL & LEVINE LLC | 0.20 | $89.00 |
| 2/24/2003 | 013 | MR LASTOWSKI | REVIEW WARREN H. SMITH ASSOCIATES' QUARTERLY FEE APPLICATION | 0.10 | $44.50 |

File # K0248-00001 INVOICE # 921989
W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/26/2003 | 013 | MR LASTOWSKI | REVIEW FOR REASONABLENESS THE DECEMBER FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN (ZAI COUNSEL) | 0.10 | $44.50 |
| | | | Code Total | 4.40 | $1,538.00 |
| 2/12/2003 | 014 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO MODIFY AND EXTEND DEBTOR IN POSSESSION FINANCING | 0.50 | $222.50 |
| | | | Code Total | 0.50 | $222.50 |
| 2/6/2003 | 017 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S RESPONSE TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY | 0.20 | $89.00 |
| | | | Code Total | 0.20 | $89.00 |
| 2/12/2003 | 025 | R LAGRAVENIS | REVIEW, SORT, INDEX, AND FILE CORRESPONDENCE, PLEADINGS, AND DISCOVERY MATERIALS. CLEAN AND PREPARE ARBITRATION ROOM FOR NEXT PROCEEDING. | 1.00 | $145.00 |
| 2/27/2003 | 025 | PA SIEBEL, JR. | LEGAL RESEARCH | 0.10 | $14.00 |
| | | | Code Total | 1.10 | $159.00 |
| 2/14/2003 | 026 | R LAGRAVENIS | REVIEW, SORT, ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, DISCOVERY, AND CASE RELATED MATERIALS. | 2.50 | $362.50 |
| | | | Code Total | 2.50 | $362.50 |
| | | | TOTAL SERVICES | 43.40 | $12,454.00 |

Duane Morris
March 27, 2003
Page 10

File # K0248-00001　　　　　　　　　　　　　　　　　　　　　　　　INVOICE # 921989
　　　W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 2/19/2003 | OVERTIME RELATED COSTS 2/12/03 REVIEW, FILE, SORT, & ORGANIZE PLEADINGS & CORRESPONDENCE | | 47.95 |
| | | Total: | $47.95 |
| 2/11/2003 | RESEARCH RESEARCH SERVICES | | 21.75 |
| | | Total: | $21.75 |
| 2/28/2003 | TELECOPY | | 12.35 |
| | | Total: | $12.35 |
| 2/28/2003 | DOCUMENT RETRIEVAL | | 9.42 |
| | | Total: | $9.42 |
| 2/28/2003 | PRINTING & DUPLICATING | | 5.40 |
| | | Total: | $5.40 |
| | TOTAL DISBURSEMENTS | | $96.87 |