IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | | Objection deadline: April 20, 2003 @ 4:00 p.m. |

**SEVENTEENTH MONTHLY FEE APPLICATION OF CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ASBESTOS PERSONAL INJURY CLAIMANTS COMMITTEE OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

| | |
|---|---|
| Name of Applicant: | Caplin & Drysdale, Chartered |
| Authorized to Provide Professional Services to: | The Asbestos Personal Injury Claimants Committee of W.R. Grace & Co., et al. |
| Date of retention: | June 13, 2001, *nunc pro tunc* to April 12, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2003 through February 28, 2003 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,050.40 (80% of $10,063.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,131.52 |

This is a:    **X**    monthly         interim         final application.

Caplin & Drysdale, Chartered's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 4/12/01 through 6/30/01 | $100,755.00 | $8,195.21 | $100,755.00 | $8,195.21 |

{D0008806:1 }
DOC# -171899

| | | | | | |
|---|---|---|---|---|---|
| 8/22/01 | 7/1/01 through 7/31/01 | $67,024.80 (80% of $83,781.00) | $7,472.20 | $67,024.80 | $7,472.20 |
| 9/28/01 | 8/01/01 through 8/31/01 | $25,727.20 (80% of $32,159.00) | $2,986.01 | $32,159.00 | $2,986.01 |
| 10/30/01 Second Interim | 7/01 through 9/01 (Includes September Monthly) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) | $142,881.00 (September: $26,941.00) | $13,524.60 (September: $3,066.39) |
| 11/29/01 | 10/01/01 through 10/31/01 | $11,656.40 (80% of $14,570.50) | $415.42 | $14,570.50 | $415.42 |
| 1/2/02 | 11/01/01 through 11/30/01 | $20,302.00 (80% of $25,377.50) | $1,297.57 | $25,377.50 | $1,297.57 |
| 1/28/02 Third Interim | 10/01 through 12/01 (Includes December Monthly) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) | $94,630.50 (December: $54,682.50) | $3,768.08 (December: $2,055.09) |
| 3/5/02 | 01/01/02 through 01/31/02 | $34,684.00 (80% of $43,355.00) | $3,366.57 | $43,355.00 | $3,366.57 |
| 4/2/02 | 02/01/02 through 02/28/02 | $59,088.80 (80% of $73,761.00) | $2,529.78 | $73,761.00 | $2,529.78 |
| 5/3/02 Fourth Interim | 1/02 through 3/02 (Includes March Monthly) | $282,053.25 (March: $164,837.25) | $27,615.46 (March: $21,719.11) | $164,837.25 | $21,719.11 |
| 5/28/02 | 04/01/02 through 04/30/02 | $96,452.60 (80% of $120,565.75) | $15,771.34 | 120,565.75 (less $2,000 fee reduction) | $15,771.34 |
| 6/28/02 | 05/01/02 through 5/31/02 | $87,330.60 (80% of $109,163.25) | $9,853.93 | $109,163.25 | $9,853.93 |
| 7/29/02 | 06/01/02 through 06/30/02 | $181,604.20 (80% of $227,005.25) | $31,099.93 | Balance Owed: 13,975.99 | $31,099.93 |
| 9/03/02 | 07/01/02 through 07/31/02 | $185,378.20 (80% of $231,722.75) | $31,049.93 | $185,378.20 (80% of $231,722.75) | $31,049.93 |
| 9/30/02 | 08/01/02 through 08/31/02 | $197,381.00 (80% of $246,726.25) | $24,602.71 | $197,381.00 (80% of $246,726.25) | $24,602.71 |
| 10/30/02 | 09/01/02 through 09/30/02 | $58,214.20 (80% of $72,767.75) | $28,256.42 | $58,214.20 (80% of $72,767.75) | $28,256.42 |
| 12/03/02 | 10/01/02 through 10/31/02 | $28,861.20 (80% of $36,076.50) | $18,036.72 | $28,861.20 (80% of $36,076.50) | $18,036.72 |
| 12/30/02 | 11/01/02 through 11/30/02 | $29,528.00 (80% of $36,910.00) | $11,184.60 | $29,528.00 (80% of $36,910.00) | $11,184.60 |
| 1/28/03 | 12/01/02 through 12/31/02 | $12,712.00 (80% of $15,890.00) | $4,409.58 | Pending | Pending |

| 2/28/03 | 1/01/03 through 1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | Pending | Pending |
| --- | --- | --- | --- | --- | --- |
| 3/31/03 | 2/1/03 through 2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | **Pending** | **Pending** |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS
## FOR BILLING PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003
## CAPLIN & DRYSDALE, CHARTERED

| Name, Position, Years in Position | Position | Years | Hours Billed | Hourly Rate | Amount of Fee |
| --- | --- | --- | --- | --- | --- |
| Elihu Inselbuch (EI) | Member | 40 | 3.5 | $710 | $2,485.00 |
| Peter V. Lockwood (PVL) | Member | 34 | 3.9 | $625 | $2,437.50 |
| Julie W. Davis (JWS) | Member | 23 | .2 | $470 | $94.00 |
| Nathan D. Finch (NDF) | Member | 10 | .2 | $395 | $79.00 |
| Jason K. Bortz (JKB) | Member | 4 | 1.1 | $305 | $335.50 |
| Kimberly N. Brown (KNB) | Of Counsel | 9 | .4 | $350 | $140.00 |
| Rita C. Tobin (RCT) | Associate | 10 | 2.1 | $340 | $714.00 |
| John P. Cunningham (JPC) | Associate | 2 | 1.6 | $240 | $384.00 |
| Brian A. Skretny (BAS) | Associate | 2 | 3.1 | $240 | $744.00 |
| Robert C. Spohn (RCS) | Paralegal | 9 | 9.9 | $165 | $1,633.50 |
| Elyssa J. Strug (EJS) | Paralegal | 7 | 5.6 | $155 | $868.00 |
| Samira A. Taylor (SAT) | Paralegal | 3 | 1.1 | $135 | $148.50 |
| **Total** | | | 32.7 | | $10,063.00 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 2/1/03 through 2/28/03 | Total Fees for the Period 2/1/03 through 2/28/03 |
| --- | --- | --- |
| Asset Disposition | 2.0 | $1,250.00 |

| | | |
|---|---:|---:|
| Case Administration | 14.9 | $2,736.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 6.4 | $1,495.50 |
| Committee Creditors', Noteholders' or Equity Holders' | 3.9 | $2,675.50 |
| Employee Benefits/Pension | 1.1 | $335.50 |
| Fee Applications, Applicant | 3.3 | $863.00 |
| Fee Applications, Others | .3 | $187.50 |
| Plan & Disclosure Statement | .8 | $520.00 |
| **Grand totals** | **32.7** | **$10,063.00** |

## EXPENSE SUMMARY

| Expense Category | Provider, if applicable | Total Expenses For the Period February 1, 2003 through February 28, 2003 |
|---|---|---:|
| Outside Reproduction & Courier Service | | $.00 |
| In-House Reproduction ($0.15 per page) | | $337.35 |
| Facsimile ($0.15 per page) | | $13.80 |
| Filing Fees | | $.00 |
| Federal Express | | $.00 |
| Long Distance Telephone Calls | | $384.72 |
| Air & Train Transportation | | $693.20 |
| Messenger Service | | $131.42 |
| Local Transportation | | $00 |
| Miscellaneous Exp | | $.00 |
| Conference Meals | | $122.45 |
| Overtime Meals | | $26.20 |
| Postage | | $0 |
| Research Material | | $287.21 |
| Westlaw/Lexis | | $47.17 |
| Professional Fees & Expert Witness Fees | | $0 |

| Travel – Hotel | | | $.00 |
|---|---|---|---|
| Travel – Ground Transportation | | | $88.00 |
| **Total:** | | | **$2,131.52** |

CAPLIN & DRYSDALE, CHARTERED

_____
Elihu Inselbuch
399 Park Avenue
New York, NY 10022
(212) 319-7125

and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

and -

CAMPBELL & LEVINE, LLC
Mark T. Hurford (I.D. #3299)
1201 N. Market Street
15th Floor
Wilmington, DE 19801
(302) 426-1900

Counsel for the Official Committee
 of Asbestos Personal Injury Claimants

Dated: March 19, 2003

90:1                                5