## EXHIBIT A

### Asset Disposition (2.00 Hours; $ 1,250.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 2.00 | $625 | 1,250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/07/03 | PVL | 625.00 | 2.00 | Review email re FMC agreement (.2); finalize same (.2); teleconference Birnbaum, Wasserstein, Kruger, Baena, NDF et al re SA agreement (.6); teleconference Baena and NDF re same (.3); teleconference EI re SA and FMC agreements (.4); teleconference Weitz re FMC agreement (.2); confer CSR re same (.1) |

**Total Task Code .02**    **2.00**

### Case Administration (14.90 Hours; $ 2,736.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $710 | 71.00 |
| Peter V. Lockwood | .50 | $625 | 312.50 |
| Rita C. Tobin | .20 | $340 | 68.00 |
| Robert C. Spohn | 9.90 | $165 | 1,633.50 |
| Elyssa J. Strug | 4.20 | $155 | 651.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/03/03 | RCS | 165.00 | 1.40 | Review and index pleadings and correspondence received 1/31/03 (.1); download, review and archive e-filed pleadings (1.3) |
| 02/04/03 | PVL | 625.00 | 0.10 | Teleconference Hurford re status |
| 02/04/03 | EJS | 155.00 | 0.70 | Updated EI agenda and hearing files |

| 02/04/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 2/3/03 |
|---|---|---|---|---|
| 02/05/03 | EJS | 155.00 | 0.60 | Worked on "outstanding payments year ending 1/31/03" project for EI |
| 02/05/03 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 1/4/03 |
| 02/06/03 | EJS | 155.00 | 0.10 | Worked on "outstanding payments year ending 1/31/03" project for EI |
| 02/07/03 | RCS | 165.00 | 1.30 | Review and index pleadings and correspondence received 1/5/03 - 2/6/03 (.2); download e-filed pleadings, review and archive (1.1) |
| 02/10/03 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 1/7/03 |
| 02/11/03 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 1/10/03 (.1); download e-filed documents, review and archive (.6) |
| 02/13/03 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 1/12/03 (.2); download e-filed pleadings, review and archive (.2) |
| 02/14/03 | PVL | 625.00 | 0.20 | Review DIP and LTIP motions (.1); email Campbell re omnibus hearing (.1) |
| 02/14/03 | EJS | 155.00 | 1.00 | Updated court document files and indexes |
| 02/14/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/13/03 |
| 02/15/03 | PVL | 625.00 | 0.10 | Review 7 miscellaneous filings |
| 02/19/03 | EJS | 155.00 | 0.50 | Updated EI files |
| 02/19/03 | EJS | 155.00 | 0.30 | Updated EI minuute files |
| 02/20/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 2/18/03 - 2/19/03 |
| 02/21/03 | RCS | 165.00 | 2.60 | Review and index pleadings and correspondence received 2/20/03 (.2); download e-filed pleadings, review and archive (2.4) |
| 02/24/03 | PVL | 625.00 | 0.10 | Review EI memos |

| 02/24/03 | RCT | 340.00 | 0.10 | Review weekly recommendations from local counsel |
| 02/24/03 | EJS | 155.00 | 1.00 | Updated court document files and indexes |
| 02/24/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 2/21/03 |
| 02/24/03 | EI | 710.00 | 0.10 | Read accumulated mail |
| 02/25/03 | RCS | 165.00 | 1.40 | Review and index pleadings and correspondence received 2/24/03 (.3); update archive listing against e-dockets (1.1) |
| 02/26/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 2/25/03 |
| 02/27/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 2/26/03 |
| 02/28/03 | RCT | 340.00 | 0.10 | Review weekly recommendations re: EI report |
| 02/28/03 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 2/27/03 (.2); download e-filed pleadings, review and archive (.3) |

**Total Task Code .04          14.90**

## Claim Analysis Objection & Resolution (Asbestos)(6.40 Hours; $ 1,495.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | .20 | $395 | 79.00 |
| Kimberly N. Brown | .40 | $350 | 140.00 |
| John P.Cunningham | 1.60 | $240 | 384.00 |
| Brian A. Skretny | 3.10 | $240 | 744.00 |
| Samira A. Taylor | 1.10 | $135 | 148.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/04/03 | SAT | 135.00 | 1.10 | Research and compile list of definitions of medical terms and jargon as per BAS request |

{D0008807:1 }

| 02/04/03 | BAS | 240.00 | 0.20 | Meet w/ NDF/PVNL re: Claims Administration issues. (.2) |
| 02/04/03 | NDF | 395.00 | 0.20 | Conf. PVNL re: expert witnesses in claims management estimation (.2) |
| 02/12/03 | JPC | 240.00 | 1.60 | Review and analyze Louisiana's recent asbestos opinion (.4); draft memo re: change in Louisiana law (1.2) |
| 02/20/03 | KNB | 350.00 | 0.20 | Review incoming correspondence |
| 02/23/03 | BAS | 240.00 | 1.30 | Gather docs and draft memo re: retention of expert consultants for distribution to committee members (1.3) |
| 02/24/03 | BAS | 240.00 | 1.60 | Rs and write memo re: need for possible retention of various medical and scientific experts (1.6) |
| 02/25/03 | KNB | 350.00 | 0.20 | Review incoming correspondence |

**Total Task Code .05**    **6.40**


## Committee, Creditors', Noteholders' or Equity Holders' (3.90 Hours; $ 2,675.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.80 | $710 | 1,988.00 |
| Peter V. Lockwood | 1.10 | $625 | 687.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/03/03 | PVL | 625.00 | 1.10 | Teleconference Committee and EI |
| 02/03/03 | EI | 710.00 | 0.80 | Committee conference call |
| 02/13/03 | EI | 710.00 | 2.00 | Briefing of Dan Cohn (new of-counsel on Committee) as to history, status and agenda |

**Total Task Code .07**    **3.90**

## Employee Benefits/Pension (1.10 Hours; $ 335.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jason K. Bortz | 1.10 | $305 | 335.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/04/03 | JKB | 305.00 | 0.90 | Research re Code section 401(a)(33) re Curtis Bay Pension Plan |
| 02/04/03 | JKB | 305.00 | 0.20 | Draft email to PVNL re Code section 401(a)(33) re Curtis Bay Pension Plan |

**Total Task Code .08**    **1.10**

## Fee Applications, Applicant (3.30 Hours; $ 863.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.90 | $340 | 646.00 |
| Elyssa J. Strug | 1.40 | $155 | 217.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/04/03 | RCT | 340.00 | 0.10 | Review fee schedules for February |
| 02/07/03 | RCT | 340.00 | 1.00 | Review pre-bills |
| 02/10/03 | RCT | 340.00 | 0.50 | Review - second look |
| 02/12/03 | RCT | 340.00 | 0.30 | Review final fee app |
| 02/13/03 | EJS | 155.00 | 1.20 | Worked on monthly fee application |
| 02/28/03 | EJS | 155.00 | 0.20 | Created March fee app schedule |

**Total Task Code .12**    **3.30**

**Fee Applicants, Others (.30 Hours; $ 187.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .30 | $625 | 187.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/13/03 | PVL | 625.00 | 0.10 | Review 5 fee applications |
| 02/21/03 | PVL | 625.00 | 0.20 | Review 6 fee applications |

**Total Task Code .13        .30**


**Plan & Disclosure Statement (.80 Hours; $ 520.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $710 | 426.00 |
| Julie W. Davis | .20 | $470 | 94.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/21/03 | JWD | 470.00 | 0.20 | Telephone conference with J. Heberling re TDP issues |
| 02/24/03 | EI | 710.00 | 0.60 | T/c Bernick re: futures rep (.2); memo to Committee re: same (.2); t/c Weitz re: same (.2) |

**Total Task Code .17        .80**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 693.20 |
| Charge of Cell and/or Home Phone Useage | 26.10 |
| Conference Meals | 122.45 |
| Database Research | 47.17 |
| Long Distance Telephone Chge-Credit Card | 18.49 |
| Long Distance Telephone - Equitrac In-House | 13.51 |
| NYO Long Distance Telephone | 326.62 |
| Outside Local Deliveries | 131.42 |
| Overtime Meals | 26.20 |
| Research Material | 287.21 |
| Telecopier | 13.80 |
| Travel Expenses – Ground Transportation | 88.00 |
| Duplicating | 337.35 |
| | |
| Total: | $ 2,131.52 |

{D0008807:1 }