**EXHIBIT B**

**Asset Disposition (2.0 Hours; $ 1,250.00)**

   Services rendered in this category pertain to the allocation, management and control o the Debtors' assets.

**Total Task Code .01  2.0**

**Case Administration (14.9 Hours; $ 2,736.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  14.9**

**Claim Analysis Objection & Resolution (Asbestos) (6.4 Hours; $ 1,495.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05  6.4**

**Committee, Creditors' Noteholders or Equity Holders (3.9 Hours; $ 2,675.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel

**Total Task Code .07  3.9**

**Employee Benefits/Pension (1.1 Hours; $335.50)**

   Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08  1.1**

**Fee Applications, Applicant (3.3 Hours; $ 863.00)**

{D0008808:1 }
DOC#151898

b
Case 01-01139-AMC    Doc 3572-2    Filed 03/31/03    Page 2 of 2

- 2 -

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        3.3**

**Fee Applications, Others (.3 Hours; $ 187.50)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .3**

**Plan & Disclosure Statement (.8 Hours; $ 520.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        .8**

{D0008808:1 }