**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 693.20 |
| Charge of Cell and/or Home Phone Useage | 26.10 |
| Conference Meals | 122.45 |
| Database Research | 47.17 |
| Long Distance Telephone Chge-Credit Card | 18.49 |
| Long Distance Telephone - Equitrac In-House | 13.51 |
| NYO Long Distance Telephone | 326.62 |
| Outside Local Deliveries | 131.42 |
| Overtime Meals | 26.20 |
| Research Material | 287.21 |
| Telecopier | 13.80 |
| Travel Expenses – Ground Transportation | 88.00 |
| Duplicating | 337.35 |
| Total: | $ 2,131.52 |

{D0008809:1 }