PREBILL / CONTROL  REPORT

<u>Client Number:  4642</u>   <u>Grace Asbestos Personal Injury Claimants</u>

<u>Matter       000</u>        <u>Disbursements</u>

Page:

3/11/2003

Print Time:    4:29

Attn:

Invoice #

<u>Matter       000</u>                                                Trans Date Range:  1/1/1950  to: 2/28/2003

<u>Disbursements</u>

Bill Cycle:      Monthly        Style:       i1        Start:    4/16/2001        Last Billed :    2/22/2003              13,655

Trust Amount Available          Total Expenses Billed To Date        $216,619.49      Billing Empl:    0120    Elihu Inselbuch
                                                                   Responsible Empl:0120    Elihu Inselbuch
                                                                   Alternate Empl: 0120    Elihu Inselbuch
                                                                   Originating Empl:0120    Elihu Inselbuch

**Summary  by Employee**

| Empl | Initials | Name | --------- A C T U A L ---------- | | --------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| | | | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 354.25 | 0.00 | 354.25 |
| 0083 | CSR | Christopher S. Rizek | 0.00 | 148.55 | 0.00 | 148.55 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 304.16 | 0.00 | 304.16 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 252.79 | 0.00 | 252.79 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 116.23 | 0.00 | 116.23 |
| 0149 | JPC | John P. Cunningham | 0.00 | 1.80 | 0.00 | 1.80 |
| 0187 | NDF | Nathan D. Finch | 0.00 | 454.80 | 0.00 | 454.80 |
| 0197 | TLW | Tracy L. Wantuck | 0.00 | 1.35 | 0.00 | 1.35 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 7.05 | 0.00 | 7.05 |
| 0246 | NO | Nickie  Ochoa | 0.00 | 2.25 | 0.00 | 2.25 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 488.29 | 0.00 | 488.29 |
| **Total Fees** | | | **0.00** | **2,131.52** | **0.00** | **2,131.52** |

**Summary  by Employee**

| Empl | Initials | Name | --------- A C T U A L ---------- | | | --------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| | | | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

Detail Time / Expense  by  Date

{D0008810:1 }

Client Number:   4642   Grace Asbestos Personal Injury Claimants

Matter     000     Disbursements

Page:

3/11/2003
Print Time:   4:29

Attn:

Invoice #

| | | | | | | | ---------- A C T U A L ---------- | | | --------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1426753 | Photocopy | E | 02/03/2003 | 0101 | RCS | | 0.00 | $21.15 | | 0.00 | $21.15 | 21.15 |
| 1426843 | Photocopy | E | 02/03/2003 | 0090 | EJS | | 0.00 | $4.80 | | 0.00 | $4.80 | 25.95 |
| 1426878 | Photocopy | E | 02/03/2003 | 0999 | C&D | | 0.00 | $3.60 | | 0.00 | $3.60 | 29.55 |
| 1427012 | Photocopy | E | 02/04/2003 | 0238 | SLG | | 0.00 | $1.35 | | 0.00 | $1.35 | 30.90 |
| 1427089 | Photocopy | E | 02/04/2003 | 0999 | C&D | | 0.00 | $2.70 | | 0.00 | $2.70 | 33.60 |
| 1426300 | ADA Travel; NDF coach fare to New York on 1/31 | E | 02/04/2003 | 0187 | NDF | | 0.00 | $306.60 | | 0.00 | $306.60 | 340.20 |
| 1426301 | ADA Travel; Agency fee on NDF 1/31 travel to New York | E | 02/04/2003 | 0187 | NDF | | 0.00 | $40.00 | | 0.00 | $40.00 | 380.20 |
| 1426302 | ADA Travel; PVNL coach fare to New York on 1/31 | E | 02/04/2003 | 0020 | PVL | | 0.00 | $306.60 | | 0.00 | $306.60 | 686.80 |
| 1426303 | ADA Travel; Agency fee on NDF 1/31 travel to NYC | E | 02/04/2003 | 0187 | NDF | | 0.00 | $40.00 | | 0.00 | $40.00 | 726.80 |
| 1426558 | Equitrac - Long Distance to 8054993572 | E | 02/04/2003 | 0999 | C&D | | 0.00 | $0.06 | | 0.00 | $0.06 | 726.86 |
| 1426562 | Equitrac - Long Distance to 8479756434 | E | 02/04/2003 | 0999 | C&D | | 0.00 | $0.57 | | 0.00 | $0.57 | 727.43 |
| 1426635 | Petty Cash; Cabs for NDF in Dc and nin New York for meeting on 1/31 | E | 02/05/2003 | 0187 | NDF | | 0.00 | $42.00 | | 0.00 | $42.00 | 769.43 |
| 1426637 | Petty Cash;   Cabs and parking expenses for PVNL for New York travel on 1/31 | E | 02/05/2003 | 0020 | PVL | | 0.00 | $46.00 | | 0.00 | $46.00 | 815.43 |
| 1426640 | Petty Cash;  Late night dinner for NDF on 2/3 | E | 02/05/2003 | 0187 | NDF | | 0.00 | $26.20 | | 0.00 | $26.20 | 841.63 |
| 1426643 | Petty Cash; To reimburse CSR for cell phone usage on 1/10 | E | 02/05/2003 | 0083 | CSR | | 0.00 | $15.95 | | 0.00 | $15.95 | 857.58 |
| 1427522 | Photocopy | E | 02/05/2003 | 0999 | C&D | | 0.00 | $3.30 | | 0.00 | $3.30 | 860.88 |
| 1427618 | Equitrac - Long Distance to 3053756156 | E | 02/06/2003 | 0999 | C&D | | 0.00 | $0.09 | | 0.00 | $0.09 | 860.97 |
| 1427666 | Equitrac - Long Distance to 3053502403 | E | 02/06/2003 | 0999 | C&D | | 0.00 | $3.20 | | 0.00 | $3.20 | 864.17 |
| 1427668 | Equitrac - Long Distance to 3053756156 | E | 02/06/2003 | 0999 | C&D | | 0.00 | $0.13 | | 0.00 | $0.13 | 864.30 |
| 1427672 | Equitrac - Long Distance to 3129847759 | E | 02/06/2003 | 0999 | C&D | | 0.00 | $0.65 | | 0.00 | $0.65 | 864.95 |
| 1427696 | Equitrac - Long Distance to 3024261900 | E | 02/06/2003 | 0999 | C&D | | 0.00 | $0.31 | | 0.00 | $0.31 | 865.26 |
| 1427698 | Equitrac - Long Distance to 2149784984 | E | 02/06/2003 | 0999 | C&D | | 0.00 | $0.07 | | 0.00 | $0.07 | 865.33 |
| 1427709 | Equitrac - Long Distance to 3024269947 | E | 02/06/2003 | 0999 | C&D | | 0.00 | $0.28 | | 0.00 | $0.28 | 865.61 |
| 1427883 | Fax Transmission to 13024269947 | E | 02/06/2003 | 0149 | JPC | | 0.00 | $1.80 | | 0.00 | $1.80 | 867.41 |
| 1428299 | Recall Total Information; Courier delivery business cartons | E | 02/07/2003 | 0120 | EI | | 0.00 | $116.23 | | 0.00 | $116.23 | 983.64 |
| 1428319 | Equitrac - Long Distance to 3053747580 | E | 02/07/2003 | 0999 | C&D | | 0.00 | $0.10 | | 0.00 | $0.10 | 983.74 |
| 1428328 | Equitrac - Long Distance to 3024261900 | E | 02/07/2003 | 0999 | C&D | | 0.00 | $0.50 | | 0.00 | $0.50 | 984.24 |
| 1428388 | Equitrac - Long Distance to 2125585508 | E | 02/07/2003 | 0999 | C&D | | 0.00 | $0.29 | | 0.00 | $0.29 | 984.53 |
| 1428565 | Photocopy | E | 02/07/2003 | 0999 | C&D | | 0.00 | $3.60 | | 0.00 | $3.60 | 988.13 |
| 1429046 | Photocopy | E | 02/10/2003 | 0101 | RCS | | 0.00 | $117.90 | | 0.00 | $117.90 | 1,106.03 |
| 1430240 | Fax Transmission to 13053747593 | E | 02/11/2003 | 0238 | SLG | | 0.40 | $0.60 | | 0.40 | $0.60 | 1,106.63 |
| 1430241 | Fax Transmission to 12024293301 | E | 02/11/2003 | 0238 | SLG | | 0.60 | $0.60 | | 0.60 | $0.60 | 1,107.23 |
| 1430303 | Photocopy | E | 02/11/2003 | 0090 | EJS | | 0.00 | $4.35 | | 0.00 | $4.35 | 1,111.58 |
| 1430393 | Photocopy | E | 02/11/2003 | 0246 | NO | | 0.00 | $2.25 | | 0.00 | $2.25 | 1,113.83 |

Client Number:  4642    Grace Asbestos Personal Injury Claimants

Matter      000              Disbursements

Page:

3/11/2003

Print Time:   4:29

Invoice #

Attn:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1428864 | Pacer Service quarterly statement October 2002 thru December 2002 | E | 02/11/2003 | 0090 | EJS | 0.00 | $287.21 | 0.00 | $287.21 | 1,401.04 |
| 1430566 | Equitrac - Long Distance to 6172321704 | E | 02/12/2003 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 1,401.13 |
| 1434008 | Long Distance-Equitrac In-House on 2/13 | E | 02/13/2003 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 1,401.49 |
| 1432255 | Photocopy | E | 02/13/2003 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 1,403.89 |
| 1432275 | Photocopy | E | 02/13/2003 | 0238 | SLG | 0.00 | $3.30 | 0.00 | $3.30 | 1,407.19 |
| 1432457 | Photocopy | E | 02/14/2003 | 0999 | C&D | 0.00 | $25.80 | 0.00 | $25.80 | 1,432.99 |
| 1432460 | Photocopy | E | 02/14/2003 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 1,435.69 |
| 1432497 | Photocopy | E | 02/14/2003 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 1,437.04 |
| 1432504 | Photocopy | E | 02/14/2003 | 0090 | EJS | 0.00 | $0.75 | 0.00 | $0.75 | 1,437.79 |
| 1432513 | Photocopy | E | 02/14/2003 | 0090 | EJS | 0.00 | $0.45 | 0.00 | $0.45 | 1,438.24 |
| 1431452 | Equitrac - Long Distance to 2128065562 | E | 02/14/2003 | 0999 | C&D | 0.00 | $3.36 | 0.00 | $3.36 | 1,441.60 |
| 1431460 | Equitrac - Long Distance to 2123199240 | E | 02/14/2003 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,441.65 |
| 1431510 | Equitrac - Long Distance to 2123199240 | E | 02/14/2003 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 1,441.84 |
| 1431318 | CSR luncheon meeting on 1/14 | E | 02/14/2003 | 0083 | CSR | 0.00 | $122.45 | 0.00 | $122.45 | 1,564.29 |
| 1431349 | Outside Local Deliveries  United Parcel Service delivery service on 1/21/03 | E | 02/15/2003 | 0101 | RCS | 0.00 | $15.19 | 0.00 | $15.19 | 1,579.48 |
| 1432650 | Equitrac - Long Distance to 2128062562 | E | 02/19/2003 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 1,579.62 |
| 1432679 | Equitrac - Long Distance to 6172321704 | E | 02/19/2003 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,579.67 |
| 1432699 | Equitrac - Long Distance to 3129847759 | E | 02/19/2003 | 0999 | C&D | 0.00 | $1.46 | 0.00 | $1.46 | 1,581.13 |
| 1432799 | Fax Transmission to 12128062562 | E | 02/19/2003 | 0020 | PVL | 0.00 | $0.90 | 0.00 | $0.90 | 1,582.03 |
| 1432848 | Photocopy | E | 02/19/2003 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 1,585.03 |
| 1432874 | Photocopy | E | 02/19/2003 | 0020 | PVL | 0.00 | $0.75 | 0.00 | $0.75 | 1,585.78 |
| 1432893 | Photocopy | E | 02/19/2003 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,586.68 |
| 1433492 | Photocopy | E | 02/20/2003 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 1,590.28 |
| 1433803 | Photocopy | E | 02/21/2003 | 0101 | RCS | 0.00 | $32.40 | 0.00 | $32.40 | 1,622.68 |
| 1433815 | Photocopy | E | 02/21/2003 | 0101 | RCS | 0.00 | $32.85 | 0.00 | $32.85 | 1,655.53 |
| 1433822 | Photocopy | E | 02/21/2003 | 0101 | RCS | 0.00 | $13.20 | 0.00 | $13.20 | 1,668.73 |
| 1433901 | Photocopy | E | 02/21/2003 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 1,669.48 |
| 1434355 | Fax Transmission to 12024293301 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,669.93 |
| 1434357 | Fax Transmission to 12024293329 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,670.38 |
| 1434358 | Fax Transmission to 14122615066 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 1,670.53 |
| 1434360 | Fax Transmission to 14122615066 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 1,670.83 |
| 1434362 | Fax Transmission to 12145239159 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,671.28 |
| 1434365 | Fax Transmission to 13024269947 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,671.73 |
| 1434366 | Fax Transmission to 12145239157 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,672.18 |
| 1434367 | Fax Transmission to 12145239158 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,672.63 |
| 1434368 | Fax Transmission to 12145991171 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,673.08 |
| 1434369 | Fax Transmission to 12148248100 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,673.53 |
| 1434370 | Fax Transmission to 17136501400 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,673.98 |

{D0008800:1 }

Client Number:  4642    Grace Asbestos Personal Injury Claimants

Matter    000    Disbursements

Page:

3/11/2003

Print Time:   4:29

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1434371 | Fax Transmission to 13125516759 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,674.43 |
| 1434372 | Fax Transmission to 18432169450 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,674.88 |
| 1434373 | Fax Transmission to 18432169290 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,675.33 |
| 1434374 | Fax Transmission to 14067527124 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,675.78 |
| 1434375 | Fax Transmission to 13026565875 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,676.23 |
| 1434376 | Fax Transmission to 15108354913 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,676.68 |
| 1434377 | Fax Transmission to 12165750799 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,677.13 |
| 1434378 | Fax Transmission to 14124718308 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,677.58 |
| 1434379 | Fax Transmission to 13053796222 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,678.03 |
| 1434380 | Fax Transmission to 12123440994 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,678.48 |
| 1434381 | Fax Transmission to 12123445461 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,678.93 |
| 1434382 | Fax Transmission to 16179510679 | E | 02/24/2003 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 1,679.38 |
| 1434485 | Photocopy | E | 02/24/2003 | 0999 | C&D | 0.00 | $10.80 | 0.00 | $10.80 | 1,690.18 |
| 1434486 | Photocopy | E | 02/24/2003 | 0238 | SLG | 0.00 | $1.20 | 0.00 | $1.20 | 1,691.38 |
| 1434608 | Petty Cash; To reimburse CSR for use of cell phone 1/13-2/10 | E | 02/25/2003 | 0083 | CSR | 0.00 | $10.15 | 0.00 | $10.15 | 1,701.53 |
| 1435495 | Equitrac - Long Distance to 8054993572 | E | 02/25/2003 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 1,701.58 |
| 1435496 | Equitrac - Long Distance to 8052088595 | E | 02/25/2003 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 1,701.66 |
| 1435621 | Photocopy | E | 02/25/2003 | 0090 | EJS | 0.00 | $6.60 | 0.00 | $6.60 | 1,708.26 |
| 1435658 | Photocopy | E | 02/25/2003 | 0101 | RCS | 0.00 | $1.50 | 0.00 | $1.50 | 1,709.76 |
| 1435680 | Photocopy | E | 02/25/2003 | 0197 | TLW | 0.00 | $1.35 | 0.00 | $1.35 | 1,711.11 |
| 1436930 | Equitrac - Long Distance to 8054993572 | E | 02/26/2003 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 1,711.21 |
| 1436941 | Equitrac - Long Distance to 2035699095 | E | 02/26/2003 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 1,711.31 |
| 1436957 | Equitrac - Long Distance to 2035699102 | E | 02/27/2003 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 1,711.41 |
| 1437446 | Photocopy | E | 02/27/2003 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 1,714.11 |
| 1435955 | NYO Long Distance Telephone-Long distance call made in the month of January | E | 02/27/2003 | 0999 | C&D | 0.00 | $1.14 | 0.00 | $1.14 | 1,715.25 |
| 1435974 | NYO Long Distance Telephone-Committee Conference call w/ dial in during the month of December | E | 02/27/2003 | 0999 | C&D | 0.00 | $325.48 | 0.00 | $325.48 | 2,040.73 |
| 1436000 | Long Distance Telephone Chge-Credit Card-Long distance call made in the month of January | E | 02/27/2003 | 0999 | C&D | 0.00 | $18.49 | 0.00 | $18.49 | 2,059.22 |
| 1437701 | Photocopy | E | 02/28/2003 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 2,064.62 |
| 1437708 | Photocopy | E | 02/28/2003 | 0101 | RCS | 0.00 | $18.60 | 0.00 | $18.60 | 2,083.22 |
| 1439209 | Research Material; Pacer Service usage in NY office during January | E | 02/28/2003 | 0999 | C&D | 0.00 | $6.50 | 0.00 | $6.50 | 2,089.72 |
| 1439222 | Database Research Pacer Service usage by New York office during January | E | 02/28/2003 | 0999 | C&D | 0.00 | $40.67 | 0.00 | $40.67 | 2,130.39 |
| 1437089 | Equitrac - Long Distance to 2123197125 | E | 02/28/2003 | 0999 | C&D | 0.00 | $0.91 | 0.00 | $0.91 | 2,131.30 |
| 1437102 | Equitrac - Long Distance to 2125585508 | E | 02/28/2003 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,131.36 |
| 1437122 | Equitrac - Long Distance to 2125585508 | E | 02/28/2003 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 2,131.52 |

{D0008810:1 }

Client Number:  4642   Grace Asbestos Personal Injury Claimants

Matter    000    Disbursements

Page:

3/11/2003

Print Time:  4:29

Invoice #

Attn:

**Total Expenses Matter Total Expenses**     0.00 0.00    $2,131.52    0.00    2,131.52


|  |  |  |  |
|---|---|---|---|
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $2,131.52 | $2,131.52 |
| Prebill Total | 0.00 | $2,131.52 | 0.00 $2,131.52 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 46,344.55 |
| 37,197 | 09/25/2002 | 246,726.25 | 49,345.25 |
| 37,497 | 10/24/2002 | 101,024.17 | 101,024.17 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 54,113.22 | 54,113.22 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,222 | 12/26/2002 | 48,094.60 | 48,094.60 |
| 38,223 | 12/26/2002 | 155,061.50 | 155,061.50 |
| 40,448 | 01/27/2003 | 20,299.58 | 20,299.58 |
| 40,704 | 02/22/2003 | 17,632.50 | 17,632.50 |
| 40,965 | 03/11/2003 | 31,418.00 | 31,418.00 |
| 40,966 | 03/11/2003 | 43,961.50 | 43,961.50 |
|  |  | 1,362,279.82 | 639,483.36 |

{D0008810:1 }