**L TERSIGNI CONSULTING P.C.**
Certified Public Accountant

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

March 19, 2003

**Invoice No. 02803**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period February 1, 2003 through February 28, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---:|---:|
| Loreto T. Tersigni  - President | 23.00 | $10,925.00 |
| Bradley Rapp - Managing Director | 3.20 | $1,440.00 |
| Robert Mathews - Managing Director | 8.40 | $3,780.00 |
| Michael Berkin - Managing Director | 45.30 | $20,385.00 |
| Elizabeth Tersigni - Senior Consultant | 0.80 | $156.00 |
| Dottie-Jo Collins - Manager | 2.90 | $754.00 |

| Expenses   (see Schedule C) | | |
|---|---|---:|
| Federal Express, Telephone, Xerox | | $1,210.37 |
| **T O T A L** | | $38,650.37 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                          by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone: 203-569-9090
Facsimile: 203-569-9098

**March 19, 2003**

**Invoice No. 02803**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE. 19801**

# RE:   W.R. Grace

Summary of Professional Services Rendered:   February 1 -28, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|---|---|---|---|---|
| Loreto T. Tersigni | Schedule A | $475 | 23.00 | $10,925.00 |
| Bradley Rapp | Schedule A | $450 | 3.20 | $1,440.00 |
| Robert Mathews | Schedule A | $450 | 8.40 | $3,780.00 |
| Michael Berkin | Schedule A | $450 | 45.30 | $20,385.00 |
| Elizabeth Tersigni | Schedule A | $195 | 0.80 | $156.00 |
| Dottie-Jo Collins | Schedule A | $260 | 2.90 | $754.00 |
| **Total Professional Services- Schedule A:** | | | 83.60 | $37,440.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | $1,210.37 |
| **TOTAL   DUE   THIS   INVOICE** | | | | $38,650.37 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
                        by Billing Matter Category.

# W.R. Grace

# Schedule A

**Services Rendered during the Period:  February 1-28, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 2/1/03 | LT | Review and analysis of 4th Quarter financial report for 12/31/02 | 29 | 1.70 | $475.00 | $807.50 |
| 2/3/03 | LT | Conference call with ACC to discuss Black Scholds valuation methodology for option/warrants | 07 | 1.00 | $475.00 | $475.00 |
| 2/3/03 | LT | Preparation of discussion agenda and related analysis for ACC meeting | 07 | 0.80 | $475.00 | $380.00 |
| 2/18/03 | LT | Review of memorandum and related analysis from Grace Tax department relating to COLI termination and related tax consequences | 08 | 1.00 | $475.00 | $475.00 |
| 2/18/03 | LT | Review of debtors motion regarding LTIP Plan for 2003-2005 | 27 | 0.70 | $475.00 | $332.50 |
| 2/19/03 | LT | Review and analysis of proposed acquisition of German Operating Company | 27 | 2.20 | $475.00 | $1,045.00 |
| 2/19/03 | LT | Review of operating report analysis produced by debtor thru 9-30-02 in preparation of meeting with Grace Senior Management | 27 | 1.70 | $475.00 | $807.50 |
| 2/20/03 | LT | Meeting with Senior Management to review actual results for 2002 and business plan for 2003 | 27 | 4.50 | $475.00 | $2,137.50 |
| 2/20/03 | LT | One half the round trip travel time, by train, Stamford, CT- Baltimore, MD. To attend meeting | 20 | 4.00 | $475.00 | $1,900.00 |
| 2/21/03 | LT | Review and analysis of 2003 Business Plan and 2002 operating results | 27 | 3.40 | $475.00 | $1,615.00 |
| 2/21/03 | LT | Review of engagement status | 27 | 0.40 | $475.00 | $190.00 |
| 2/21/03 | LT | Review fee application for the month of January 2003 including timekeepers daily entries | 12 | 0.30 | $475.00 | $142.50 |
| 2/26/03 | LT | Review memorandum and related exhibits from debtor's counsel regarding potential voidable transactions | 27 | 1.30 | $475.00 | $617.50 |
| | | **Sub-Total** | | 23.00 | | $10,925.00 |
| **Bradley Rapp - Managing Director** | | | | | | |
| 2/3/03 | BR | Development of model valuation of warrants to be granted to management upon emergence for purpose of negotiating management conpensation package | 21 | 1.70 | $450.00 | $765.00 |
| 2/27/03 | BR | Determination of appropriate valuation framework with regard to solvency and analysis to be prepared at request of counsel to support a motion to the bankruptcy court | 21 | 1.50 | $450.00 | $675.00 |
| | | **Sub-Total** | | 3.20 | | $1,440.00 |
| **Robert Mathews- Managing Director** | | | | | | |
| 2/3/03 | RM | Review and analysis of relative debt standing for purpose of presentation to counsel | 27 | 1.00 | $450.00 | $450.00 |
| 2/3/03 | RM | Review of WRGrace 2nd and 3rd qtr financial reporting to determine priority of claims for purpose of report to counsel | 27 | 1.80 | $450.00 | $810.00 |
| 2/3/03 | RM | Review of WR Grace & Co. 8.14.2001 10Q and Exhibit 4 to review priority of claims for report to counsel | 27 | 1.10 | $450.00 | $495.00 |
| 2/3/03 | RM | Review of WR Grace & Co. and WR Grace-Conn SEC filings to determine priority of claims for report to counsel | 27 | 1.70 | $450.00 | $765.00 |
| 2/3/03 | RM | Review of 5.14.1998 Credit Agreement to determine priority of claims for report to counsel | 27 | 1.10 | $450.00 | $495.00 |
| 2/21/03 | RM | Discussion on DIP financing review for report to counsel in preparation for court hearing | 27 | 0.60 | $450.00 | $270.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: February 1-28, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/26/03 | RM | Review of DIP financing material and memo for counsel prior to hearing on reapproval | 27 | 1.10 | $450.00 | $495.00 |
| | | **Sub-Total** | | 8.40 | | $3,780.00 |

### Michael Berkin - Managing Director

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/3/03 | MB | Analysis of equity compensation to senior management per request of ACC | 07 | 2.50 | $450.00 | $1,125.00 |
| 2/3/03 | MB | Review claims analysis and recovery models in preparation of ACC meeting | 07 | 1.40 | $450.00 | $630.00 |
| 2/3/03 | MB | Participate in ACC meeting to discuss management incentive proposal | 07 | 1.10 | $450.00 | $495.00 |
| 2/4/03 | MB | Discussion with ACC counsel regarding outcome of ACC committee meeting and clarification of LTC warrant valuation analysis | 07 | 0.80 | $450.00 | $360.00 |
| 2/5/03 | MB | Discuss upcoming motions with debtor financial advisor including DIP, LTIP and new acquisition | 27 | 0.30 | $450.00 | $135.00 |
| 2/5/03 | MB | Review Grace fourth quarter advisor presentation in preparation for conference call with management | 27 | 1.50 | $450.00 | $675.00 |
| 2/5/03 | MB | Compile questions for discussion for upcoming conference call with mgmt to discuss 4Q results | 27 | 1.20 | $450.00 | $540.00 |
| 2/6/03 | MB | Review Grace fourth quarter press release in preparation for conference call with management | 27 | 0.70 | $450.00 | $315.00 |
| 2/6/03 | MB | Participate in conference call with debtor to fourth quarter operating results | 27 | 1.10 | $450.00 | $495.00 |
| 2/6/03 | MB | Review Executive Summary of financial statements for the fourth quarter of 2002 | 27 | 2.00 | $450.00 | $900.00 |
| 2/11/03 | MB | Review 2/10/03 WR Grace Weekly Recommendation Memorandum transmitted by counsel | 27 | 0.30 | $450.00 | $135.00 |
| 2/12/03 | MB | Review WR Grace Committee Meeting Minutes from February 3, 2003 meeting | 27 | 0.40 | $450.00 | $180.00 |
| 2/13/03 | MB | Review of 'Corporate Owned Life Insurance' -COLI termination memo prepared by debtor | 27 | 1.30 | $450.00 | $585.00 |
| 2/13/03 | MB | Analysis of COLI termination and proposed benefits | 27 | 1.50 | $450.00 | $675.00 |
| 2/13/03 | MB | Compilation of issues related to COLI termination for submission to debtor for discussion | 27 | 0.60 | $450.00 | $270.00 |
| 2/13/03 | MB | Review Grace proposed acquisition of Tricosal Beton | 27 | 1.30 | $450.00 | $585.00 |
| 2/13/03 | MB | Analyze proposed acquisition of Tricostal Beton and submit issues to debtor for discussion | 27 | 1.80 | $450.00 | $810.00 |
| 2/13/03 | MB | Review motion related to implementation of 2003-2005 LTIP program | 08 | 0.90 | $450.00 | $405.00 |
| 2/13/03 | MB | Analyze existing LTIP programs for purposes of comparison to proposed program | 08 | 1.70 | $450.00 | $765.00 |
| 2/18/03 | MB | Review December monthly operating report in connection with the monitoring of continuing operations | 27 | 1.70 | $450.00 | $765.00 |
| 2/19/03 | MB | One Half the Round Trip Travel Time from Stamford, CT to Columbia, MD to attend Grace meeting | 20 | 4.00 | $450.00 | $1,800.00 |
| 2/19/03 | MB | Review DIP motion per request from ACC counsel | 07 | 1.70 | $450.00 | $765.00 |
| 2/20/03 | MB | Review 2002 Operating Results and business unit structure in preparation for meeting with Grace | 27 | 0.80 | $450.00 | $360.00 |
| 2/20/03 | MB | Participate in discussion with management to discuss 2002 Operating Results for purposes of preparing memo to ACC summarizing financial performance | 07 | 0.70 | $450.00 | $315.00 |
| 2/20/03 | MB | Participate in discussion with management to discuss 2003 Operating Plan for purpose of advising the ACC of expected financial performance and risks | 07 | 2.40 | $450.00 | $1,080.00 |

# W.R. Grace

## Schedule A

**Services Rendered during the Period: February 1-28, 2003**

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/20/03 | MB | Participate in discussion with management to discuss Retirement Benefits primarily to assess future cash funding requirements | 08 | 1.00 | $450.00 | $450.00 |
| 2/20/03 | MB | Participate in discussion with management to discuss DIP renewal in preparation for assessing upcoming DIP motion filing | 27 | 0.80 | $450.00 | $360.00 |
| 2/20/03 | MB | Summarize key issue resulting from discussions with management in preparation for memo to ACC related to 2003 Business Plan | 07 | 1.50 | $450.00 | $675.00 |
| 2/20/03 | MB | Develop outline for memo to ACC summarizing 2003 Business Plan and other current issues (e.g. DIP, Environment) | 07 | 1.10 | $450.00 | $495.00 |
| 2/21/03 | MB | Plan for evaluation of Ch 11 expenses in relation to other debtors for reasonability | 27 | 0.40 | $450.00 | $180.00 |
| 2/25/03 | MB | Prepare for conference call with debtor to discuss issues raised related to COLI proposal | 27 | 0.80 | $450.00 | $360.00 |
| 2/25/03 | MB | Participate in conference call with debtor to discuss merits of COLI proposal | 27 | 0.70 | $450.00 | $315.00 |
| 2/26/03 | MB | Review status of current issues and products for delivery to ACC | 07 | 1.10 | $450.00 | $495.00 |
| 2/27/03 | MB | Planning for preparation of preliminary solvency analysis including discussion with ACC counsel | 07 | 1.10 | $450.00 | $495.00 |
| 2/27/03 | MB | Preparation of preliminary solvency analysis per request by ACC counsel | 07 | 1.70 | $450.00 | $765.00 |
| 2/27/03 | MB | Review 2/21/03 WR Grace Weekly Recommendation Memorandum transmitted by counsel | 27 | 0.30 | $450.00 | $135.00 |
| 2/28/03 | MB | Engage in planning for evaluation of pension plan including the identification of metrics to examine and preparation of template. | 08 | 1.10 | $450.00 | $495.00 |
| | | **Sub-Total** | | 45.30 | | $20,385.00 |

### Elizabeth Tersigni - Senior Consultant

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/27/03 | ET | Research SEC website for 12/31/2001 WR-Grace 10K; located document and searched for income statement and notes related to Chapter 11 expenses incurred by the company. Reviewed and compiled cost information into Chapter 11 expense comparative schedule. Reviewed WR-Grace 2003 operating plan and compiled 2002 and 2003 projected Chapter 11 expense information into comparative matrix. | 29 | 0.80 | $195.00 | $156.00 |
| | | **Sub-Total** | | 0.80 | | $156.00 |

### Dottie Collins - Manager

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/28/03 | DC | Compilation and consolidation of monthly services rendered | 12 | 2.10 | $260.00 | $546.00 |
| 2/28/03 | DC | Assignment of Monthly Billing Categories | 12 | 0.80 | $260.00 | $208.00 |
| | | **Sub-Total** | | 2.90 | | $754.00 |

| | | **TOTAL   Schedule A :** | | 83.60 | | $37,440.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: February 1 - 28, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/3/03 | LT | Conference call with ACC to discuss Black Scholds valuation methodology for option/warrants | 07 | 1.00 | $475.00 | $475.00 |
| 2/3/03 | LT | Preparation of discussion agenda and related analysis for ACC meeting | 07 | 0.80 | $475.00 | $380.00 |
| 2/3/03 | MB | Analysis of equity compensation to senior management per request of ACC | 07 | 2.50 | $450.00 | $1,125.00 |
| 2/3/03 | MB | Review claims analysis and recovery models in preparation of ACC meeting | 07 | 1.40 | $450.00 | $630.00 |
| 2/3/03 | MB | Participate in ACC meeting to discuss management incentive proposal | 07 | 1.10 | $450.00 | $495.00 |
| 2/4/03 | MB | Discussion with ACC counsel regarding outcome of ACC committee meeting and clarification of LTC warrant valuation analysis | 07 | 0.80 | $450.00 | $360.00 |
| 2/19/03 | MB | Review DIP motion per request from ACC counsel | 07 | 1.70 | $450.00 | $765.00 |
| 2/20/03 | MB | Participate in discussion with management to discuss 2002 Operating Results for purposes of preparing memo to ACC summarizing financial performance | 07 | 0.70 | $450.00 | $315.00 |
| 2/20/03 | MB | Participate in discussion with management to discuss 2003 Operating Plan for purpose of advising the ACC of expected financial performance and risks | 07 | 2.40 | $450.00 | $1,080.00 |
| 2/20/03 | MB | Summarize key issue resulting from discussions with management in preparation for memo to ACC related to 2003 Business Plan | 07 | 1.50 | $450.00 | $675.00 |
| 2/20/03 | MB | Develop outline for memo to ACC summarizing 2003 Business Plan and other current issues (e.g. DIP, Environment) | 07 | 1.10 | $450.00 | $495.00 |
| 2/26/03 | MB | Review status of current issues and products for delivery to ACC | 07 | 1.10 | $450.00 | $495.00 |
| 2/27/03 | MB | Planning for preparation of preliminary solvency analysis including discussion with ACC counsel | 07 | 1.10 | $450.00 | $495.00 |
| 2/27/03 | MB | Preparation of preliminary solvency analysis per request by ACC counsel | 07 | 1.70 | $450.00 | $765.00 |
| | | **TOTAL Category 07: Committee, Creditor's Matters** | | 18.90 | | $8,550.00 |
| 2/13/03 | MB | Review motion related to implementation of 2003-2005 LTIP program | 08 | 0.90 | $450.00 | $405.00 |
| 2/13/03 | MB | Analyze existing LTIP programs for purposes of comparison to proposed program | 08 | 1.70 | $450.00 | $765.00 |
| 2/18/03 | LT | Review of memorandum and related analysis from Grace Tax department relating to COLI termination and related tax consequences | 08 | 1.00 | $475.00 | $475.00 |
| 2/20/03 | MB | Participate in discussion with management to discuss Retirement Benefits primarily to assess future cash funding requirements | 08 | 1.00 | $450.00 | $450.00 |
| 2/28/03 | MB | Engage in planning for evaluation of pension plan including the identification of metrics to examine and preparation of template. | 08 | 1.10 | $450.00 | $495.00 |
| | | **TOTAL Category 08: Employee Benefits/Pension** | | 5.70 | | $2,590.00 |
| 2/21/03 | LT | Review fee application for the month of January 2003 including timekeepers daily entries | 12 | 0.30 | $475.00 | $142.50 |
| 2/28/03 | DC | Compilation and consolidation of monthly services rendered | 12 | 2.10 | $260.00 | $546.00 |
| 2/28/03 | DC | Assignment of Monthly Billing Categories | 12 | 0.80 | $260.00 | $208.00 |
| | | **TOTAL Category 12: Fee Application, Applicant** | | 3.20 | | $896.50 |
| 2/19/03 | MB | One Half the Round Trip Travel Time from Stamford, CT to Columbia, MD to attend Grace meeting | 20 | 4.00 | $450.00 | $1,800.00 |
| 2/20/03 | LT | One half the round trip travel time, by train, Stamford, CT- Baltimore, MD. To attend meeting | 20 | 4.00 | $475.00 | $1,900.00 |
| | | **TOTAL Category 20: Travel-Non Working** | | 8.00 | | $3,700.00 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period:   February 1 - 28, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/3/03 | BR | Development of model valuation of warrants to be granted to management upon emergence for purpose of negotiating management conpensation package | 21 | 1.70 | $450.00 | $765.00 |
| 2/27/03 | BR | Determination of appropriate valuation framework with regard to solvency and analysis to be prepared at request of counsel to support a motion to the bankruptcy court | 21 | 1.50 | $450.00 | $675.00 |
| | | **TOTAL Category 21: Valuation** | | 3.20 | | $1,440.00 |
| 2/3/03 | RM | Review and analysis of relative debt standing for purpose of presentation to counsel | 27 | 1.00 | $450.00 | $450.00 |
| 2/3/03 | RM | Review of WRGrace 2nd and 3rd qtr financial reporting to determine priority of claims for purpose of report to counsel | 27 | 1.80 | $450.00 | $810.00 |
| 2/3/03 | RM | Review of WR Grace & Co. 8.14.2001 10Q and Exhibit 4 to review priority of claims for report to counsel | 27 | 1.10 | $450.00 | $495.00 |
| 2/3/03 | RM | Review of WR Grace & Co. and WR Grace-Conn SEC filings to determine priority of claims for report to counsel | 27 | 1.70 | $450.00 | $765.00 |
| 2/3/03 | RM | Review of 5.14.1998 Credit Agreement to determine priority of claims for report to counsel | 27 | 1.10 | $450.00 | $495.00 |
| 2/5/03 | MB | Discuss upcoming motions with debtor financial advisor including DIP, LTIP and new acquisition | 27 | 0.30 | $450.00 | $135.00 |
| 2/5/03 | MB | Review Grace fourth quarter advisor presentation in preparation for conference call with management | 27 | 1.50 | $450.00 | $675.00 |
| 2/5/03 | MB | Compile questions for discussion for upcoming conference call with mgmt to discuss 4Q results | 27 | 1.20 | $450.00 | $540.00 |
| 2/6/03 | MB | Review Grace fourth quarter press release in preparation for conference call with management | 27 | 0.70 | $450.00 | $315.00 |
| 2/6/03 | MB | Participate in conference call with debtor to fourth quarter operating results | 27 | 1.10 | $450.00 | $495.00 |
| 2/6/03 | MB | Review Executive Summary of financial statements for the fourth quarter of 2002 | 27 | 2.00 | $450.00 | $900.00 |
| 2/11/03 | MB | Review 2/10/03 WR Grace Weekly Recommendation Memorandum transmitted by counsel | 27 | 0.30 | $450.00 | $135.00 |
| 2/12/03 | MB | Review WR Grace Committee Meeting Minutes from February 3, 2003 meeting | 27 | 0.40 | $450.00 | $180.00 |
| 2/13/03 | MB | Review of 'Corporate Owned Life Insurance' -COLI  termination memo prepared by debtor | 27 | 1.30 | $450.00 | $585.00 |
| 2/13/03 | MB | Analysis of COLI termination and proposed benefits | 27 | 1.50 | $450.00 | $675.00 |
| 2/13/03 | MB | Compilation of issues related to COLI termination for submission to debtor for discussion | 27 | 0.60 | $450.00 | $270.00 |
| 2/13/03 | MB | Review Grace proposed acquisition of Tricosal Beton | 27 | 1.30 | $450.00 | $585.00 |
| 2/13/03 | MB | Analyze proposed acquisition of Tricostal Beton and submit issues to debtor for discussion | 27 | 1.80 | $450.00 | $810.00 |
| 2/18/03 | LT | Review of debtors motion regarding LTIP Plan for 2003-2005 | 27 | 0.70 | $475.00 | $332.50 |
| 2/18/03 | MB | Review December monthly operating report in connection with the monitoring of continuing operations | 27 | 1.70 | $450.00 | $765.00 |
| 2/19/03 | LT | Review and analysis of proposed acquisition of German Operating Company | 27 | 2.20 | $475.00 | $1,045.00 |
| 2/19/03 | LT | Review of operating report analysis produced by debtor thru 9-30-02 in preparation of meeting with Grace Senior Management | 27 | 1.70 | $475.00 | $807.50 |

# W.R. Grace

**Schedule B**

**Services Rendered during the Period: February 1 - 28, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/20/03 | LT | Meeting with Senior Management to review actual results for 2002 and business plan for 2003 | 27 | 4.50 | $475.00 | $2,137.50 |
| 2/20/03 | MB | Review 2002 Operating Results and business unit structure in preparation for meeting with Grace | 27 | 0.80 | $450.00 | $360.00 |
| 2/20/03 | MB | Participate in discussion with management to discuss DIP renewal in preparation for assessing upcoming DIP motion filing | 27 | 0.80 | $450.00 | $360.00 |
| 2/21/03 | LT | Review and analysis of 2003 Business Plan and 2002 operating results | 27 | 3.40 | $475.00 | $1,615.00 |
| 2/21/03 | LT | Review of engagement status | 27 | 0.40 | $475.00 | $190.00 |
| 2/21/03 | RM | Discussion on DIP financing review for report to counsel in preparation for court hearing | 27 | 0.60 | $450.00 | $270.00 |
| 2/21/03 | MB | Plan for evaluation of Ch 11 expenses in relation to other debtors for reasonability | 27 | 0.40 | $450.00 | $180.00 |
| 2/25/03 | MB | Prepare for conference call with debtor to discuss issues raised related to COLI proposal | 27 | 0.80 | $450.00 | $360.00 |
| 2/25/03 | MB | Participate in conference call with debtor to discuss merits of COLI proposal | 27 | 0.70 | $450.00 | $315.00 |
| 2/26/03 | LT | Review memorandum and related exhibits from debtor's counsel regarding potential voidable transactions | 27 | 1.30 | $475.00 | $617.50 |
| 2/26/03 | RM | Review of DIP financing material and memo for counsel prior to hearing on reapproval | 27 | 1.10 | $450.00 | $495.00 |
| 2/27/03 | MB | Review 2/21/03 WR Grace Weekly Recommendation Memorandum transmitted by counsel | 27 | 0.30 | $450.00 | $135.00 |
| | | **TOTAL Category 27: Business Analysis** | | 42.10 | | $19,300.00 |
| 2/1/03 | LT | Review and analysis of 4th Quarter financial report for 12/31/02 | 29 | 1.70 | $475.00 | $807.50 |
| 2/27/03 | ET | Research SEC website for 12/31/2001 WR-Grace 10K; located document and searched for income statement and notes related to Chapter 11 expenses incurred by the company. Reviewed and compiled cost information into Chapter 11 expense comparative schedule. Reviewed WR-Grace 2003 operating plan and compiled 2002 and 2003 projected Chapter 11 expense information into comparative matrix. | 29 | 0.80 | $195.00 | $156.00 |
| | | **TOTAL Category 29: Data Analysis** | | 2.50 | | $963.50 |
| | | **TOTAL   Schedule B :** | | 83.60 | | $37,440.00 |

9

# W. R. Grace                                        Schedule C

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Transportation: L.Tersigni 2/19/03+2/20/03 Round Trip by Train  Stamford, CT.-Baltimore, MD. | 11 | $350.00 |
| Transportation: M.Berkin 2/19/03+2/20/03 Round Trip by Train  Stamford, CT.-Baltimore, MD. | 11 | $350.00 |
| Transportation: L.Tersigni + M.Berkin 2/19/03  Taxi from Baltimore Train Station to Sheraton Hotel in Columbia, MD. | 11 | $34.00 |
| Transportation: L.Tersigni + M.Berkin 2/20/03  Taxi from WR Grace in Columbia, MD. To the Baltimore Train Station | 11 | $34.00 |
| Hotel: L. Tersigni 2/19/03 One Night @ Sheraton Columbia, MD. ($139 plus Taxes) | 11 | $152.90 |
| Hotel: M. Berkin 2/19/03 One Night @ Sheraton Columbia, MD. ($139 plus Taxes) | 11 | $152.90 |
| Parking at the Stamford, CT. Train Station 2/19-2/20/03 | 11 | $14.00 |
| Federal Express:  AWB# 8388-7631-4717  2-21-03 | 11 | $17.55 |
| Telephone | 11 | $50.82 |
| Xerox:   ( 542 x $0.10 per page) | 11 | $54.20 |
| **Total Expenses incurred from  February 1-28, 2003** | | $1,210.37 |