```
Date: 03/28/03              Legal Analysis Systems, Inc.
Time: 7:00pm                                                                      Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip#  Description                                          HOURS/RATE    AMOUNT
---------------------------------------------------------------------------------------
 01/08/03   Relles    / (11) Fee Applications, Applicant               0.2      66.00
 #7101      respond to fee auditor request for spreadsheet          330.00
            through Period 6

 02/24/03   Relles    / (11) Fee Applications, Applicant               0.2      66.00
 #7106      telephone McGuire (Campbell-Levine) re: fee auditor     330.00
            discrepancy in expenses
```

{D0009021:1 }

```
Date: 03/28/03              Legal Analysis Systems, Inc.
Time: 7:00pm                                                            Page 2

                        W. R. Grace (continued)


Date/Slip# Description                                    HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 01/10/03  Peterson   / (28) Data Analysis                      0.2     100.00
 #6901     telephone Relles re: status, schedule, to-do list  500.00

 01/10/03  Relles     / (28) Data Analysis                      0.2      66.00
 #7102     telephone Peterson re: status, schedule, to-do list 330.00

 01/10/03  Relles     / (28) Data Analysis                      2.0     660.00
 #7103     prepare for Finch meeting: develop standardized    330.00
           report for summarizing data and projections

 01/11/03  Relles     / (28) Data Analysis                      0.2      66.00
 #7104     prepare for Finch meeting: work on standardized    330.00
           report

 01/11/03  Relles     / (28) Data Analysis                      0.5     165.00
 #7105     prepare for Finch meeting: review data and results 330.00

 02/26/03  Peterson   / (28) Data Analysis                      2.1    1050.00
 #6902     Review forecasts                                   500.00

-------------------------------------------------------------------------------
```

```
Date: 03/28/03              Legal Analysis Systems, Inc.
Time: 7:00pm                                                         Page 3

                       W. R. Grace (continued)

               Summary Of Time Charges, By Month and Activity
                       January 2003 - February 2003

  MONTH        ACTIVITY                                      HOURS    AMOUNT
  ----------------------------------------------------------------------------
  January    - (11) Fee Applications, Applicant                0.2     66.00
  January    - (28) Data Analysis                              3.1   1057.00
  January    - (99) Total                                      3.3   1123.00

  February   - (11) Fee Applications, Applicant                0.2     66.00
  February   - (28) Data Analysis                              2.1   1050.00
  February   - (99) Total                                      2.3   1116.00

  Total      - (11) Fee Applications, Applicant                0.4    132.00
  Total      - (28) Data Analysis                              5.2   2107.00
  Total      - (99) Total                                      5.6   2239.00


-------------------------------------------------------------------------------
```

{D0009021:1 }

```
Date: 03/28/03              Legal Analysis Systems, Inc.
Time: 7:00pm                                                          Page 4

                      W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                     January 2003 - February 2003

 MONTH       PERSON                                          HOURS    AMOUNT
 ---------------------------------------------------------------------------
 January   - Relles                                            3.1   1023.00
 January   - Peterson                                          0.2    100.00
 January   - Total                                             3.3   1123.00

 February  - Relles                                            0.2     66.00
 February  - Peterson                                          2.1   1050.00
 February  - Total                                             2.3   1116.00

 Total     - Relles                                            3.3   1089.00
 Total     - Peterson                                          2.3   1150.00
 Total     - Total                                             5.6   2239.00


 --------------------------------------------------------------------------
```

{D0009021:1 }

```
Date: 03/28/03            Legal Analysis Systems, Inc.
Time: 7:00pm                                                             Page 5

                         W. R. Grace (continued)

               Summary Of Time Charges, By Activity, Month, and Person
                          January 2003 - February 2003

MONTH        PERSON                                   HOURS    RATE    AMOUNT
-----------------------------------------------------------------------------
(11) Fee Applications, Applicant

January    - Relles                                     0.2    330.     66.00
February   - Relles                                     0.2    330.     66.00

(28) Data Analysis

January    - Relles                                     2.9    330.    957.00
January    - Peterson                                   0.2    500.    100.00
February   - Peterson                                   2.1    500.   1050.00

-----------------------------------------------------------------------------
```

{D0009021:1 }