Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                           02/28/2003
Wilmington  DE                          ACCOUNT NO: 3000-01D
                                        STATEMENT NO:      21

Asset Analysis and Recovery

PREVIOUS BALANCE                                    $1,159.80

                                             HOURS
02/04/03
    KJC Review of e-mail from D. Collins re
        schedules of assets and liabilities (.1)
        search for schedules (.2) and draft reply
        e-mail (.2)                                 0.50     75.00

02/10/03
    KJC Review of E-mail from D. Collins re
        schedules (.1) and draft of reply (.1)      0.20     30.00

02/24/03
    MTH Correspondence to PEM re avoidance
        actions.                                    0.10     26.50

02/25/03
    PEM Review avoidance action memo and
        determination of debtor (.8); meeting
        with MTH re: same (.1)                      0.90    261.00

02/27/03
    MTH Review correspondence from PVNL re
        avoidance actions.                          0.80    212.00
                                                    ----    ------
        FOR CURRENT SERVICES RENDERED               2.50    604.50

                        RECAPITULATION
TIMEKEEPER                     HOURS HOURLY RATE      TOTAL
Philip E. Milch                 0.90    $290.00    $261.00
Mark T. Hurford                 0.90     265.00     238.50
Kathleen J. Campbell            0.70     150.00     105.00

W.R. Grace

Asset Analysis and Recovery


                TOTAL CURRENT WORK                           604.50


                BALANCE DUE                              $1,764.30
                                                         =========


            Any payments received after the statement date will be
            applied to next month's statement.  Please note your
            account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        02/28/2003
Wilmington  DE                        ACCOUNT NO: 3000-02D
                                      STATEMENT NO:      21


Asset Disposition




PREVIOUS BALANCE                                    $830.50



                                        HOURS
02/03/03
    MTH Reviewing Debtors' notice of lease
        rejection to Kent Holdings.              0.10    26.50

02/21/03
    MTH Reviewing limited objection of Kent
        Holdings to Debtors' Notice of Rejection
        of Lease.                                0.30    79.50
                                                 ----  ------
        FOR CURRENT SERVICES RENDERED            0.40   106.00

                    RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Mark T. Hurford              0.40   $265.00    $106.00


    TOTAL CURRENT WORK                              106.00


02/05/03 Payment - Thank you. (October, 2002 - 80%)   -149.20


    BALANCE DUE                                    $787.30
                                                   =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                         02/28/2003
Wilmington  DE                      ACCOUNT NO: 3000-03D
                                    STATEMENT NO:      16

Business Operations




    PREVIOUS BALANCE                              $700.50



02/05/03 Payment - Thank you. (October, 2002 - 80%)      -22.00


    BALANCE DUE                                   $678.50
                                                  =======




                 Any payments received after the statement date will be
                 applied to next month's statement.  Please note your
                 account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              02/28/2003
Wilmington  DE                              ACCOUNT NO: 3000-04D
                                            STATEMENT NO:      21


Case Administration



PREVIOUS BALANCE                                        $1,394.50


                                              HOURS
02/21/03
    MTH Reviewing correspondence from D. Siegel
        re Correspondence to Judge Fitzgerald re
        financial information.                   0.10     26.50

02/25/03
    MAL Document management                       0.40     38.00

02/27/03
    MAL Updating Service List                     0.20     19.00
                                                 ----    -----
        FOR CURRENT SERVICES RENDERED            0.70     83.50

                       RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Mark T. Hurford               0.10   $265.00      $26.50
    Margaret A. Landis            0.60     95.00       57.00


    TOTAL CURRENT WORK                                    83.50


02/05/03 Payment - Thank you. (October, 2002 - 80%)      -85.60


    BALANCE DUE                                       $1,392.40
                                                      =========

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            02/28/2003
Wilmington  DE                        ACCOUNT NO: 3000-05D
                                      STATEMENT NO:      21

Claims Analysis Objection & Resolution (Asbestos)



        PREVIOUS BALANCE                          $3,327.80



02/05/03 Payment - Thank you. (October, 2002 - 80%)        -21.20


        BALANCE DUE                               $3,306.60
                                                  =========




                Any payments received after the statement date will be
                applied to next month's statement.  Please note your
                account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        02/28/2003
Wilmington  DE                      ACCOUNT NO: 3000-06D
                                    STATEMENT NO:      21

Claims Analysis Objection & Resol. (Non-Asbestos)



     PREVIOUS BALANCE                               $275.10



02/05/03 Payment - Thank you. (October, 2002 - 80%)      -21.20


     BALANCE DUE                                    $253.90
                                                    =======


          Any payments received after the statement date will be
          applied to next month's statement.  Please note your
          account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                         Page: 1
W.R. Grace                                              02/28/2003
Wilmington  DE                         ACCOUNT NO: 3000-07D
                                       STATEMENT NO:      21


Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                          $12,466.50


                                          HOURS
02/02/03
     PEM Review recommendation memo to committee
         from counsel re: pending matters and
         motions                                   0.30     87.00
     MRE Review of weekly recommendation memo      0.30     82.50

02/03/03
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)           0.30     28.50
     DEM Review Pleadings and electronic filing
         notices filed in adversary proceedings
         (.2); preparation and distribution of
         adversary proceeding daily memo (.1)      0.30     28.50
     MTH Reviewing report re pleadings filed
         January 31, 2003.                         0.10     26.50
     MTH Preparing for committee conference call.  0.40    106.00
     MTH Attending committee conference call.      1.10    291.50
     LMP Update WR Grace weekly recommendation
         memo                                      0.60     57.00
     PEM Review daily memos of pleadings filed     0.20     58.00
     PEM Telephone conference with MTH re:
         committee conference call                 0.20     58.00
     MTH Telephone Conference with PEM re:
         Committee conference call                 0.20     53.00
     MK  Attention to document organization (.2);
         review committee calendar; update
         attorney calendar (.2)                    0.40     38.00

02/04/03
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and

|  |  | HOURS |  |
|---|---|---|---|
|  | distribution of daily memo (.1); | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed February 3, 2003. | 0.10 | 26.50 |
| MTH | Telephone conversation with PEM re committee meeting. | 0.30 | 79.50 |
| MTH | Telephone conversation with M. Berkin re committee meeting, Debtors' financials. | 0.50 | 132.50 |
| MTH | Telephone conversation with PVNL re committee meeting. | 0.20 | 53.00 |
| MTH | Correspondence to PEM re committee meeting. | 0.20 | 53.00 |
| DBS | Review memo re: current filings | 0.10 | 35.00 |
| **02/05/03** |  |  |  |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2) | 0.20 | 19.00 |
| MTH | Reviewing report re pleadings filed February 4, 2003. | 0.10 | 26.50 |
| MTH | Telephone conversation with PEM re committee meeting. | 0.10 | 26.50 |
| MTH | Telephone conversation with  PEM re approaching deadlines and outstanding issues. | 0.30 | 79.50 |
| DBS | Review memo re: current filings | 0.10 | 35.00 |
| **02/06/03** |  |  |  |
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MTH | Reviewing report re pleadings filed February 5, 2003. | 0.10 | 26.50 |
| **02/10/03** |  |  |  |
| PEM | Review recommendation memo to committee re: pending motions | 0.40 | 116.00 |
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MTH | Reviewing report re pleadings filed February 6 & 7, 2003. | 0.10 | 26.50 |
| MTH | Preparing weekly recommendation |  |  |

W.R. Grace
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | memorandum. | 0.50 | 132.50 |
| MTH | Drafting minutes of Committee meeting. | 0.60 | 159.00 |
| MTH | Correspondence to PEM re draft of committee meeting minutes. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from PEM re draft minutes (and response to same). | 0.30 | 79.50 |
| PEM | Review daily memo re: pleadings in MRE absence | 0.10 | 29.00 |
| PEM | Review minutes of WR Grace committee meeting | 0.20 | 58.00 |

02/11/03

| PEM | Meeting with MRE, DAC and MTH re: pending motions | 0.20 | 58.00 |
|---|---|---|---|
| MAL | Updating service list - Grace | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
| MTH | Reviewing report re pleadings filed February 10, 2003. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from PEM re revisions to draft committee minutes. | 0.20 | 53.00 |
| MTH | Correspondence to EI and PVLN re draft committee minutes. | 0.20 | 53.00 |
| MTH | Telephone conversation with PEM re status of various pleadings, deadlines. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from PVNL re committee minutes. | 0.10 | 26.50 |
| MTH | Revising committee minutes. | 0.20 | 53.00 |
| MTH | Reviewing correspondence from PEM re committee minutes, revisions from PVNL. | 0.10 | 26.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| MRE | Review of memo for February 10, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MRE | Review of draft minutes of telephonic committee meeting | 0.20 | 55.00 |
| MRE | Review of e-mail from Peter Lockwood regarding draft committee minutes | 0.10 | 27.50 |
| MRE | Meeting with counsel regarding upcoming deadlines and hearings | 0.20 | 55.00 |
| MK | Attention to review of committee calendar and update attorney calendar | 0.20 | 19.00 |

02/12/03

    DEM Review Pleadings and electronic filing

```
                                                              Page:  4
    W.R. Grace                                              02/28/2003
                                                   ACCOUNT NO: 3000-07D
                                                   STATEMENT NO:      21
    Committee, Creditors, Noteholders, Equity Holders
```

```
                                                     HOURS
        notices (.3); preparation and
        distribution of daily memo (.2)              0.50      47.50
    MTH Reviewing report re pleadings filed
        February 11, 2003.                           0.10      26.50
    MTH Correspondence to E. Strug re Committee
        minutes.                                     0.20      53.00
    MTH Reviewing correspondence from E. Strug re
        Committee minutes.                           0.10      26.50
    MTH Reviewing correspondence from E. Strug re
        committee minutes (second e-mail)            0.10      26.50
    MTH Correspondence to Committee members re
        minutes for meeting review and approval.     0.20      53.00
    MRE Review of memo for February 11, 2003
        summarizing pleadings filed                  0.10      27.50
    LMP Update WR Grace weekly recommendation
        memo.                                        2.20     209.00

02/13/03
    DAC Review summary of 2/3 hearing                0.10      35.00
    DEM Review Pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)              0.50      47.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings
        (.2)                                         0.20      19.00
    MTH Reviewing report re pleadings filed
        February 12, 2003.                           0.10      26.50
    MTH Telephone conversation with E. Strug re
        Grace Committee minutes, questions re
        discussions.                                 0.20      53.00
    MTH Reviewing relevant documents re
        information needed by Elihu Inselbuch re
        recent committee meeting.                    0.60     159.00
    MTH Prepare weekly recommendation memo           0.50     132.50
    MK  Attention to review of calendar for
        scheduling                                   0.20      19.00

02/14/03
    DEM Review Pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.2)              0.50      47.50
    MTH Reviewing report re pleadings filed
        February 13, 2003.                           0.10      26.50
    MTH Reviewing correspondence from R. Budd re
        negotiating committee.                       0.10      26.50
```

```
                                                    Page: 5
W.R. Grace                                       02/28/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      21
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Correspondence to E. Strug re Grace Committee members. | 0.10 | 26.50 |
| MTH | Telephone conversation with PEM re Asbestos Committee members, negotiating committee. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from E. Strug re committee members. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from PEM re committee members. | 0.10 | 26.50 |
| MTH | Telephone conversation with E. Strug re committee members. | 0.20 | 53.00 |
| MTH | Correspondence to PEM re negotiating subcommittee (and response thereto). | 0.20 | 53.00 |
| MTH | Preparing weekly recommendation memorandum. | 0.30 | 79.50 |

02/18/03

| MTH | Correspondence to PEM re weekly recommendation memorandum. | 0.10 | 26.50 |
|---|---|---|---|
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |
| PEM | Review recommendation memo to committee re: pending motions and matters | 0.40 | 116.00 |

02/19/03

| DEM | Review Pleadings and electronic filing notices (.3); preparation and distribution of daily memo (.2) | 0.50 | 47.50 |
|---|---|---|---|
| MTH | Reviewing report re pleadings filed February 29, 2003. | 0.10 | 26.50 |

02/20/03

| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
|---|---|---|---|
| MRE | Review of memo for February 19, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| LMP | Update WR Grace Weekly recommendation memo | 2.00 | 190.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 29.00 |

02/21/03

| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
|---|---|---|---|
| DEM | Update Attorney Binder | 0.10 | 9.50 |

                                                      Page: 6
W.R. Grace                                       02/28/2003
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:       21
Committee, Creditors, Noteholders, Equity Holders

|     |                                                        | HOURS |        |
| --- | ------------------------------------------------------ | ----- | ------ |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20  | 19.00  |
| MTH | Reviewing report re pleadings filed February 20, 2003. | 0.10  | 26.50  |
| MTH | Preparing weekly recommendation memorandum.            | 0.30  | 79.50  |

**02/22/03**

|    |                                    |      |       |
| -- | ---------------------------------- | ---- | ----- |
| MK | Review committee calendar of events | 0.20 | 19.00 |
| MK | Attention to document organization | 0.20 | 19.00 |

**02/23/03**

|     |                                                                     |      |        |
| --- | ------------------------------------------------------------------- | ---- | ------ |
| PEM | Review weekly recommendation memo re: pending motions and pending matters for committee | 0.40 | 116.00 |
| DAC | Review counsel's recommendation memo                                | 0.10 | 35.00  |

**02/24/03**

|     |                                                                                                                          |      |       |
| --- | ------------------------------------------------------------------------------------------------------------------------ | ---- | ----- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1)                      | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| MRE | Review of memo for February 21, 2003 summarizing pleadings filed                                                          | 0.10 | 27.50 |
| MTH | Reviewing report re pleadings filed February 21, 2003.                                                                    | 0.10 | 26.50 |
| MTH | Correspondence to E. Strug re committee minutes.                                                                          | 0.10 | 26.50 |
| MTH | Reviewing correspondence from E. Strug re committee minutes.                                                              | 0.10 | 26.50 |

**02/25/03**

|     |                                                                                             |      |       |
| --- | ------------------------------------------------------------------------------------------- | ---- | ----- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing correspondence from EI re contact with Debtors' counsel.                           | 0.10 | 26.50 |
| PEM | Review daily memo of pleadings filed                                                        | 0.10 | 29.00 |

**02/26/03**

|     |                                                                  |  |  |
| --- | ---------------------------------------------------------------- | -- | -- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and |  |  |

```
                                                    Page: 7
W.R. Grace                                      02/28/2003
                                    ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      21
Committee, Creditors, Noteholders, Equity Holders
```

```
                                          HOURS
      distribution of daily memo (.1)     0.30     28.50
MRE Review of memo for February 25, 2003
      summarizing pleadings filed         0.10     27.50
MTH Reviewing report re pleadings filed
      February 25, 2003.                  0.10     26.50

02/27/03
DEM Review Pleadings and electronic filing
      notices (.2); preparation and
      distribution of daily memo (.1)     0.30     28.50

02/28/03
DEM Review Pleadings and electronic filing
      notices (.2); preparation and
      distribution of daily memo (.1);    0.30     28.50
DEM Prepare and send out Weekly
      Recommendation Memo to Committee    0.20     19.00
DEM Update attorney binder               0.10      9.50
LMP Update WR Grace weekly recommendation
      memo                                0.50     47.50
PEM Review weekly recommendation memo to
      committee re: pending motions and matter  0.40    116.00
MTH Reviewing report re pleadings filed
      February 27, 2003.                  0.10     26.50
MTH Preparing weekly recommendation
      memorandum.                         0.40    106.00
DAC Review weekly recommendation memo     0.30    105.00
                                          -----   --------
      FOR CURRENT SERVICES RENDERED      31.80   6,045.50

                    RECAPITULATION
TIMEKEEPER               HOURS HOURLY RATE       TOTAL
Douglas A. Campbell       0.50    $350.00     $175.00
David B. Salzman          0.20     350.00       70.00
Philip E. Milch           3.00     290.00      870.00
Michele Kennedy           1.20      95.00      114.00
Mark T. Hurford          11.50     265.00    3,047.50
Marla R. Eskin            1.70     275.00      467.50
Lauren M. Przybylek       5.30      95.00      503.50
Margaret A. Landis        0.30      95.00       28.50
Diane E. Massey           8.10      95.00      769.50


      TOTAL CURRENT WORK                          6,045.50
```

W.R. Grace                                                    02/28/2003
                                                ACCOUNT NO: 3000-07D
                                                STATEMENT NO:      21
Committee, Creditors, Noteholders, Equity Holders


02/05/03 Payment - Thank you. (October, 2002 - 80%)            -3,141.20


         BALANCE DUE                                         $15,370.80
                                                             ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            02/28/2003
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      20


Employee Benefits/Pension



        PREVIOUS BALANCE                              $1,509.20



                                            HOURS
02/03/03
      MTH Telephone conversation with PEM re
          exclusivity, pension plan motions.      0.10      26.50
      MTH Correspondence to PVNL re pension plan
          motion, exclusivity motion.             0.20      53.00

02/04/03
      MTH Reviewing correspondence from PVNL re
          analysis re Curtis Bay Motion.          0.20      53.00
      MTH Correspondence to PEM re Curtis Bay
          Motion.                                 0.10      26.50

02/05/03
      MTH Reviewing correspondence from PEM re
          Curtis Bay Pension Plan Motion.         0.10      26.50

02/12/03
      PEM Review PBGC response to debtor's motion
          re: Curtis Bay pension                  0.20      58.00
      MTH Review of Debtors' Motion re LTIP for Key
          Employees.                              0.40     106.00
      MTH Correspondence to M. Berkin re LTIP for
          Key Employees.                          0.20      53.00

02/13/03
      MTH Reviewing relevant pleadings re Debtors'
          motion re LTIP.                         0.40     106.00
      MTH Correspondence to M. Berkin re Debtors'
          motion re LTIP.                         0.30      79.50
      MTH Meeting with PEM re LTIP motion issues.  0.10      26.50
      LMP Reviewed docket for Motion of the debtors
          for LTIP                                0.20      19.00

```
                                                     Page: 2
    W.R. Grace                                     02/28/2003
                                      ACCOUNT NO: 3000-08D
                                      STATEMENT NO:      20
    Employee Benefits/Pension
```

```
                                            HOURS
    LMP Search docket to retreive transcript of
        Omnibus hearing held on 8/26/02 for
        agenda matter #6. (Order for Motion )      0.20    19.00
    LMP Searched case docket and retrieved all
        entries related to docket #2230 (Motion.)  0.50    47.50

02/14/03
    MTH Reviewing Response of PBGC re Curtis Bay
        Pension.                                   0.20    53.00
    PEM Review long term incentive program motion
        and documents                             0.40   116.00

02/21/03
    MTH Reviewing Request for Payment of
        Administrative Expense by R. Sudenick for
        indemnification.                           0.30    79.50
    MTH Reviewing Request for Payment of
        Administrative Expense by R. Sudenick for
        certain employee benefits.                 0.10    26.50
    MTH Correspondence to M. Berkin re LTIP
        motion.                                    0.20    53.00
                                                   ----  --------
        FOR CURRENT SERVICES RENDERED              4.40  1,028.00

                      RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Philip E. Milch             0.60    $290.00    $174.00
    Mark T. Hurford             2.90     265.00     768.50
    Lauren M. Przybylek         0.90      95.00      85.50


        TOTAL CURRENT WORK                             1,028.00


02/05/03 Payment - Thank you. (October, 2002 - 80%)    -657.20


        BALANCE DUE                                  $1,880.00
                                                     =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                      02/28/2003
Wilmington  DE                      ACCOUNT NO: 3000-10D
                                    STATEMENT NO:      21

Employment Applications, Others


        PREVIOUS BALANCE                        $3,074.40


        BALANCE DUE                             $3,074.40
                                                =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          02/28/2003
Wilmington  DE                          ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      19

Expenses

PREVIOUS BALANCE                                  $26,442.41

02/04/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries on 2/3/03 (First
         Application of Compensation for C&L)          74.16
02/07/03 Federal Express to Scott Baena, Esquire on
         1/28/03                                       12.68
02/07/03 Federal Express to Brad Friedman on 1/28/03    9.73
02/07/03 Federal Express to Henry Wassenstein, Esq on
         1/28/03                                        9.73
02/07/03 Federal Express to Phil Bentley, Esq on 1/28/03  9.73
02/07/03 Federal Express to David Rosenbloom, Esq on
         1/28/03                                       12.68
02/07/03 Federal Express to David M. Bernick, Esq on
         1/28/03                                       12.68
02/07/03 Federal Express to Jerel Ellington, Esq on
         1/28/03                                       13.37
02/07/03 Federal Express to Kenneth Pasquale, Esq on
         1/28/03                                        9.73
02/07/03 Federal Express to Nathan D. Finch, Esq on
         1/28/03                                        9.73
02/07/03 Federal Express to Elihu Inselbuch, Esq on
         1/28/03                                        9.73
02/07/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries on 2/6/03 (Interim
         application for compensation for C&D)        154.53
02/07/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries on 2/6/03 (Interim
         application for compensation for C&D)        168.63
02/11/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage on 2/10/03 (response to fee auditor's
         final report re: interim application of committee
         for reimbursement of expenses)              379.55
02/11/03 FAX to Nancy Davis, Esquire - 7 pages (fee

```
                                                          Page: 2
         W.R. Grace                                   02/28/2003
                                         ACCOUNT NO: 3000-11D
                                         STATEMENT NO:      19

         Expenses
```

|  |  |  |
|---|---|---|
| | auditor report) | 7.00 |
| 02/13/03 | PEM- Lodging Wyndham Garden Hotel in Wilmington, DE on 1/27/03 1/28/03 (split between six cases) | 42.86 |
| 02/16/03 | AT&T Long Distance Phone Calls for January and February 2003 | 23.60 |
| 02/17/03 | Federal Express to L. Tersigni Consulting on 2/10/03 | 12.40 |
| 02/20/03 | Virtual Docket - CD Duplication (1 copy) on 2/5/03 | 30.00 |
| 02/24/03 | Photocopying - 2 copies 3 pages (memo re: futures rep) | 0.60 |
| 02/26/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 2/25/03 (certificate of no objection) | 58.80 |
| 02/26/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, on 2/25/03 (certificate of no objection) | 34.19 |
| 02/28/03 | Photocopying - 360 pages (fee applications) | 36.00 |
| 02/28/03 | Postage- 3 @ $3.85 (service of fee application) | 11.55 |
| 02/28/03 | Pacer charges for January, 2003 | 138.32 |
| 02/28/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 2/27/03 (certificate of no objection) | 57.00 |
| 02/28/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, on 2/27/03 (certificate of no objection) | 19.50 |
| 02/28/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 2/27/03 (monthly application for compensation) | 115.40 |

```
                                                      --------
         TOTAL EXPENSES                               1,473.88

         TOTAL CURRENT WORK                           1,473.88


02/05/03 Payment - Thank you. (October, 2002 - 100%)  -16,723.93


         BALANCE DUE                                  $11,192.36
                                                      ==========
```

```
         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                            02/28/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      19


Fee Applications, Applicant



PREVIOUS BALANCE                                    $7,023.30



                                        HOURS
02/03/03
    AFM Review, edit and sign fee application for
        Campbell & Levine (Sealed Air)          0.40      80.00
    LMP Prepare Campbell & Levine's Monthly
        fraudulent conveyance for December 2002  0.30     28.50
    LMP Electronic filing of monthly application
        for compensation for Campbell & Levine   0.20     19.00

02/04/03
    LMP Prepare Campbell & Levine's Seventh
        Interim fee application                  1.00     95.00

02/05/03
    LMP Worked on Campbell & Levine's Interim Fee
        Application  (1.0)                        1.00     95.00

02/06/03
    AFM Review and sign fee application of
        Campbell & Levine (Interim-October
        through December)(.5)/ Meeting w.LMP re:
        same (.1)                                0.60    120.00

02/10/03
    LMP Electronic filing of Campbell & Levine's
        Interim Fee Application (.2)              0.20     19.00
    LMP Created new service list for fee
        applications (.2)                         0.20     19.00

02/18/03
    MTH Reviewing pre-bill.                       0.70    185.50

```
                                                    Page: 2
W.R. Grace                                        02/28/2003
                                    ACCOUNT NO: 3000-12D
                                    STATEMENT NO:      19

Fee Applications, Applicant
```

|  |  | HOURS |  |
|---|---|---|---|
| 02/24/03 |  |  |  |
| MTH | Reviewing correspondence from AFM re spreadsheet re fees. | 0.10 | 26.50 |
| AFM | Meeting w/ LMP re: Fee Application Chart for Fee Auditor | 0.10 | 20.00 |
| 02/25/03 |  |  |  |
| AFM | Review CNO for Campbell & Levine (Monthly- December) | 0.10 | 20.00 |
| DWR | E-Filing of CNO Re: 18th Monthly Fee App. Of Campbell & Levine | 0.20 | 18.00 |
| LMP | Reviewed case docket for objections to Campbell & Levine's Drysdale's December Fee Application (.1); Prepared CNO for same (.2) | 0.30 | 28.50 |
| MTH | Reviewing revised pre-bill. | 0.40 | 106.00 |
| 02/26/03 |  |  |  |
| LMP | Worked on Campbell & Levine's January Fee Application. (.3) | 0.20 | 19.00 |
| 02/27/03 |  |  |  |
| LMP | Worked on Campbell & Levine's January Fee Application | 0.50 | 47.50 |
| 02/28/03 |  |  |  |
| AFM | Review Fee Application for Campbell & Levine (Monthly- January) | 0.30 | 60.00 |
| AFM | Meeting w/ MESKIN re: Fees for preparation of application (Monthly- January) | 0.20 | 40.00 |
| AFM | Review and sign fee application for Campbell & Levine (Monthly - January) | 0.20 | 40.00 |
| LMP | Electronic filing of Campbell & Levine's January Fee Application (.2); Electronic service of same to notice parties (.2) | 0.40 | 38.00 |
|  | FOR CURRENT SERVICES RENDERED | 7.60 | 1,124.50 |

```
                        RECAPITULATION
TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
Aileen F. Maguire                1.90   $200.00     $380.00
Mark T. Hurford                  1.20    265.00      318.00
Daniel W. Rothamel               0.20     90.00       18.00
Lauren M. Przybylek              4.30     95.00      408.50
```

Page: 3

W.R. Grace

02/28/2003
ACCOUNT NO: 3000-12D
STATEMENT NO:       19

Fee Applications, Applicant


TOTAL CURRENT WORK                          1,124.50


02/05/03 Payment - Thank you. (October, 2002 - 80%)        -1,820.80


BALANCE DUE                                 $6,327.00
                                            =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        02/28/2003
Wilmington  DE                        ACCOUNT NO: 3000-13D
                                      STATEMENT NO:       6


Fee Applications, Others




        PREVIOUS BALANCE                          $15,347.60



                                           HOURS
02/02/03
      MRE Drafting of e-mail to Diane Massey
          regarding Fee Auditors Report for C&D     0.10      27.50

02/03/03
      LMP Preparation of L. Tersigni's Seventh
          Interim fee application (.2)              0.20      19.00
      LMP Reviewed Reed Smith LLP December Monthly
          fee application (.2)                      0.20      19.00
      LMP Reviewed Pachulski, Stang, Ziehl, Young &
          Jones' December Monthly fee application
          (.2)                                      0.20      19.00
      LMP Reviewed Kirkland & Ellis December
          Monthly fee application (.2)              0.20      19.00

02/04/03
      LMP Preparation of Legal Analysis Systems
          Fourth Interim fee application (.5)       0.50      47.50
      LMP Worked on and prepared L. Tersigni's
          Seventh Interim fee application (.4)      0.40      38.00

02/06/03
      AFM Review Initial Fee Auditor Report for
          Committee Expense Reimbursement           0.30      60.00
      AFM Prepare response to Initial Fee Auditor
          Report for Committee Expense
          Reimbursement                             0.50     100.00
      AFM Review Fee Application for Caplin &
          Drysdale (Interim/ October through
          December)                                 0.40      80.00
      AFM Review Fee Application for Caplin &
          Drysdale (Interim/ October through

Page: 2
W.R. Grace                                                      02/28/2003
                                           ACCOUNT NO: 3000-13D
                                           STATEMENT NO:        6

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | December) | 0.30 | 60.00 |
| AFM | Review Fee Application for LAS (Interim/ October through December | 0.30 | 60.00 |
| AFM | Review and sign fee application of L.Tersigni (Interim-October through December) | 0.30 | 60.00 |
| MTH | Reviewing Fee Auditor's Report re Lukins and Annis. | 0.10 | 26.50 |
| MTH | Reviewing fee auditor's report of Klett, Rooney. | 0.10 | 26.50 |
| MTH | Reviewing fee auditor's report re Casner & Edwards. | 0.10 | 26.50 |
| MTH | Reviewing fee auditor's report re Kirkland & Ellis. | 0.20 | 53.00 |
| MTH | Reviewing fee auditor's report re Ferry, Joseph. | 0.10 | 26.50 |
| MTH | Reviewing fee auditor's report re Legal Analysis Systems. | 0.20 | 53.00 |
| MTH | Reviewing fee auditor's report re Westbrook & Brickman. | 0.10 | 26.50 |
| LMP | Reviewed December Fee Application of Holme Roberts & Owen LLP (.1) Update WR Grace weekly recommendation memo (.1) | 0.20 | 19.00 |

02/07/03

|  |  |  |  |
|---|---|---|---|
| AFM | Email from S.Bossay re: Response to Fee Auditors Initial Report for Committee Expenses | 0.10 | 20.00 |
| AFM | Teleph. Conf. w/L.Ferdinand re: Committee Expense Summary Spreadsheet | 0.10 | 20.00 |
| AFM | Email to L.Ferdinand re: Recategorization of Committee Expense Reimbursement | 0.20 | 40.00 |
| AFM | Teleph. Conf. w/ L.Ferdinand re: Recategorization of Committee Expense Reimbursement | 0.20 | 40.00 |
| AFM | Email to L.Ferdinand re: Recategorization of Committee Expense Reimbursement (by Committee Member) | 0.10 | 20.00 |
| AFM | Teleph. Conf. w/ L.Ferdinand re: Extension to Respond to Fee Auditor Report | 0.10 | 20.00 |
| MTH | Reviewing fee auditor's report re Carella, Byrne. | 0.10 | 26.50 |
| MTH | Reviewing fee auditor's report re Houlihan, Lokey | 0.20 | 53.00 |

Fee Applications, Others


                                                      HOURS

      MRE Telephone conference with AFM regarding
          objection to committee expenses              0.40     110.00

02/09/03
      MTH Reviewing Certification of Counsel re Fee
          App. of Pitney, Harden.                      0.10      26.50

02/10/03
      KJC Review e-mail from S. Bossay re extension
          of time (.1) and draft of reply (.2)         0.30      45.00
      LMP Electronic filing of Legal Analysis
          Systems Interim Fee Application (.2)          0.20      19.00
      LMP Electronic filing of L. Tersigni's
          Interim Fee Application (.2)                  0.20      19.00
      MRE Review of fee auditors report for
          Committee, fee application and research
          related to same                              0.50     137.50

02/11/03
      LMP Prepare facsimile to Nancy Davis
          regarding Fee Auditors Initial Report for
          the Sixth Interim period                     0.10       9.50
      MRE Review of fee auditors report for L.
          Tersigni                                     0.10      27.50

02/12/03
      LMP Reviewed Twenty-first Interim Fee
          Application of Hardin, Kipp & Szuch LLP
          (.2)                                         0.20      19.00
      LMP Reviewed December Fee Application of
          Nelson, Mullins, Riley & Scarborough (.2)    0.20      19.00
      LMP Reviewed Tenth Interim Fee Application of
          Carella, Bryne, Bain, Gilfillan, Cecchi,
          Stewart & Olstein (.2)                       0.20      19.00
      LMP Reviewed December Fee Application of
          Stroock, Stroock & Lavan LLP (.2)            0.20      19.00
      LMP Reviewed December Fee application of FTI
          Policano & Manzo (.2)                        0.20      19.00
      LMP Reviewed Twentieth Monthly Fee
          Application of Ferry, Joseph & Pearce
          P.A. (.2)                                    0.20      19.00
      LMP Reviewed December Monthly fee application
          of Kramer Levin Naftalis & Frankel LLP
          (.2)                                         0.20      19.00
      LMP Reviewed November Fee Application of

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Elzufon, Austin, Reardon, Tarlov & Mondell P.A. (.2) | 0.20 | 19.00 |
| LMP | Reviewed November Fee Application of Lukins & Annis P.S. (.2) | 0.20 | 19.00 |
| LMP | Reviewed Steptoe & Johnson LLP Interim Fee Application (.2) | 0.20 | 19.00 |
| LMP | Reviewed Reed Smith Seventh Interim fee Application (.2) | 0.20 | 19.00 |
| MRE | Telephone conference with Nancy Davis regarding fee auditors initial report for the Sixth Interim Period | 0.50 | 137.50 |
| MRE | Drafting of response to fee auditors report for committee expenses for the Sixth Interim Period | 1.00 | 275.00 |
| **02/14/03** |  |  |  |
| KJC | Review and sign COS for C&D January monthly application | 0.10 | 15.00 |
| **02/19/03** |  |  |  |
| MTH | Reviewing Fee Auditor's Report re Reed Smith. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Tersigni. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Duane Morris. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Steptoe & Johnson. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Asbestos Committee. | 0.10 | 26.50 |
| **02/20/03** |  |  |  |
| MTH | Reviewing Fee Auditor's Report re FTI Policano. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Kramer, Levin. | 0.20 | 53.00 |
| MTH | Reviewing Fee Auditor's Report re Wachtell, Lipton. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re PWC. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Nelson, Mullins. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Holme Roberts. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Stroock, Stroock. | 0.10 | 26.50 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing Fee Auditor's Report re Pachulski, Stang. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Hamilton, Rabinovitz. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Bilzin, Sumberg | 0.10 | 26.50 |
| LMP | Reviewed Monthly Application of Casner & Edwards LLP for December (.2) | 0.20 | 19.00 |
| LMP | Reviewed December Monthly fee application of PricewaterhouseCoopers, LLP (.2) | 0.20 | 19.00 |
| LMP | Reviewed the December Monthly fee Application of Elzufon Austin Reardon Tarlov & Mondell (.2) | 0.20 | 19.00 |
| LMP | Reviewed Casner & Edwards Quarterly Fee Application for October through December (.2) | 0.20 | 19.00 |
| LMP | Reviewed Pachulski. Stang, Ziehl, Young, Jones & Weintraub Interim fee application for Oct-Dec (.2) | 0.20 | 19.00 |
| LMP | Reviewed Wallace King Marraro & Branson December Fee Application (.2) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application for Hamilton, Rabinovitz & Alschuler for October through Dec (.2) | 0.20 | 19.00 |
| LMP | Reviewed November Monthly Fee Application for Hamilton, Rabinovitz & Alschuler (.2) | 0.20 | 19.00 |
| LMP | Reviewed December Fee Application for Bilzin Sumberg Baena Price & Axelrod LLP (.2) | 0.20 | 19.00 |
| LMP | Reviewed Interim Application (October through December) for Wallace King Marraro & Branson (.2) | 0.20 | 19.00 |
| LMP | Reviewed Interim Application (October through December) for Carella, Bryne, Gilfillan , Cecchi, Stewart & Olstein (.2) | 0.20 | 19.00 |
| LMP | Reviewed Interim Application (October through December) for Pitney, Hardin, Kipp & Szuch (.2) | 0.20 | 19.00 |
| LMP | Reviewed Interim Application (October through December) for The Blackstone Group (.2) | 0.20 | 19.00 |
| LMP | Reviewed October Fee Application of the Blackstone Group L.P. (.2) | 0.20 | 19.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| LMP | Reviewed November Fee Application of the Blackstone Group L.P. (.2) | 0.20 | 19.00 |
| LMP | Reviewed December Fee Application of the Blackstone Group L.P. (.2) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Holme Robert & Owen LLP (.2) | 0.20 | 19.00 |
| LMP | Reviewed January Fee Application of Warren H. Smith & Associates (.2) | 0.20 | 19.00 |
| LMP | Reviewed December Fee Application of Ferry, Joseph & Pearce P.A. (.2) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of PricewaterhouseCoopers for October through December (.2) | 0.20 | 19.00 |

02/24/03

|  |  |  |  |
|---|---|---|---|
| AFM | Email from L.Ferdinand re: Fee Application Chart (.1)/ Review re: same (1.0) | 1.10 | 220.00 |
| AFM | Meeting w/LMP re: LAS 6th Interim Fee Application and Expenses for Fee Application Chart | 0.20 | 40.00 |
| AFM | Teleph. Conf. w/L.Ferdinand re: LAS Expenses on 6th Quarter Project Category Summary | 0.10 | 20.00 |
| AFM | Email to L.Ferdinand re: 6th Quarter Project Category Summary for PI Committee Professionals | 0.20 | 40.00 |
| AFM | Email to D.Relles re: LAS Expenses on 6th Quarter Project Category Summary | 0.10 | 20.00 |
| AFM | Teleph. Conf. w/D.Relles re: LAS Expenses on 6th Quarter Project Category Summary | 0.10 | 20.00 |

02/25/03

|  |  |  |  |
|---|---|---|---|
| AFM | Email from D.Relles re: Fee Auditors' Report for LAS (Third Interim Period)(.1)/ Review LAS July Monthly Fee Application (.4) | 0.50 | 100.00 |
| AFM | Email to D.Relles re: Fee Auditors' Report for LAS (Third Interim Period) | 0.20 | 40.00 |
| AFM | Email to L.Ferdinand re: 6th Interim Project Category Summary for LAS | 0.10 | 20.00 |
| AFM | Review CNO for L.Tersigni (Monthly- December) | 0.10 | 20.00 |
| AFM | Review CNO for LAS (Monthly- December) | 0.10 | 20.00 |
| AFM | Review CNO for Caplin & Drysdale |  |  |

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | (Monthly- December) | 0.10 | 20.00 |
| AFM | Email from L.Ferdinand re: revisions to 6th Interim Project Category Summary | 0.10 | 20.00 |
| AFM | Teleph. Conf. w/L.Ferdinand re: 6th Interim Project Category Summary for LAS | 0.10 | 20.00 |
| LMP | Reviewed case docket for objections to Caplin & Drysdale's December Fee Application (.1); Prepared CNO for same (.2) | 0.30 | 28.50 |
| LMP | Reviewed case docket for objections to Legal Analysis Systems December Fee Application (.1); Prepared CNO for same (.2) | 0.30 | 28.50 |
| LMP | Reviewed case docket for objections to L. Tersigni's December Fee Application (.1); Prepared CNO for same (.2) | 0.30 | 28.50 |
| LMP | Reviewed case docket for objections to Caplin & Drysdale Fraudulent Conveyance (02-2210) December Fee Application (.2) | 0.30 | 28.50 |
| MTH | Reviewing correspondence from AFM re fee auditor order. | 0.10 | 26.50 |
| MAL | Preparation of LAS Expense sheet | 0.20 | 19.00 |
| DWR | E-Filing of CNO Re: 17th Monthly Fee App. Of L. Tersigni Consulting | 0.20 | 18.00 |
| DWR | E-Filing of CNO Re: Monthly Fee App. Of LAS, Inc. | 0.20 | 18.00 |
| DWR | E-Filing of CNO Re: 15th Monthly Fee App. Of Caplin & Drysdale | 0.20 | 18.00 |

02/27/03

|  |  |  |  |
|---|---|---|---|
| AFM | Review and sign CNO for Caplin & Drysdale (Monthly- December) | 0.20 | 40.00 |
| LMP | Searched docket for objections to Caplin & Drysale Seventh Interim Fee Application (.1); Prepared CNO and COS for same (.2); Electronic filing of same (.2) | 0.50 | 47.50 |
| LMP | Searched docket for objections to Caplin & Drysale Second Interim Fee Application (.1); Prepared CNO and COS for same (.2); Electronic filing of same (.2) | 0.50 | 47.50 |
| LMP | Prepared L. Tersigni's January Fee Application | 0.30 | 28.50 |

02/28/03

    AFM Review and sign fee application for

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| | Caplin & Drysdale (Monthly- January) | 0.30 | 60.00 |
| AFM | Review and sign fee application for L.Tersigni (Monthly- January) | 0.20 | 40.00 |
| AFM | Teleph. Conf. w/E.Strug re: Caplin & Drysdale Monthly Fee Application (January) | 0.10 | 20.00 |
| AFM | Review and sign fee application for Caplin & Drysdale (Monthly- January) | 0.20 | 40.00 |
| DEM | Electronically file Fee Applications for C&L and C&D (2) | 0.40 | 38.00 |
| LMP | Preparation of documents regarding L. Tersigni's January Fee Application (.2) Electronic filing of same (.2); Electronic service of same to notice parties (.2) | 0.60 | 57.00 |
| LMP | Preparation of documents regarding Caplin & Drysdale's January Fee Application (.2) Electronic filing of same (.2); Electronic service of same to notice parties (.2) | 0.60 | 57.00 |
| LMP | Reviewed Kramer Levin Naftalis & Frankel January Fee Application | 0.20 | 19.00 |
| LMP | Reviewed Klett Rooney Lieber & Schorling December through January Fee Application | 0.20 | 19.00 |
| LMP | Reviewed December Fee Application of Lukins & Annis P.S. | 0.20 | 19.00 |
| LMP | Reviewed January Fee Application of Hamilton Rabinovitz & Alschuler | 0.20 | 19.00 |
| LMP | Reviewed December Fee Application of Richardson Patrick Westbrook & Brickman LLC | 0.20 | 19.00 |
| | FOR CURRENT SERVICES RENDERED | 27.50 | 4,344.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 7.00 | $200.00 | $1,400.00 |
| Mark T. Hurford | 3.00 | 265.00 | 795.00 |
| Marla R. Eskin | 2.60 | 275.00 | 715.00 |
| Kathleen J. Campbell | 0.40 | 150.00 | 60.00 |
| Daniel W. Rothamel | 0.60 | 90.00 | 54.00 |
| Lauren M. Przybylek | 13.30 | 95.00 | 1,263.50 |
| Margaret A. Landis | 0.20 | 95.00 | 19.00 |
| Diane E. Massey | 0.40 | 95.00 | 38.00 |

W.R. Grace

Fee Applications, Others


    TOTAL CURRENT WORK                          4,344.50


02/05/03 Payment - Thank you. (October, 2002 - 80%)       -2,436.80


    BALANCE DUE                                $17,255.30
                                               ==========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        02/28/2003
Wilmington  DE                       ACCOUNT NO: 3000-14D
                                     STATEMENT NO:      19


Financing


                                        HOURS
02/12/03
     MTH Reviewing Debtor's Motion for Authority
         to Extend and Modify DIP Financing.        0.60      159.00
     MTH Correspondence to M. Berkin re motion to
         extend DIP financing.                      0.30       79.50

02/14/03
     PEM Review correspondence re: extending DIP
         loan                                       0.30       87.00

02/21/03
     MTH Correspondence to M. Berkin re Debtors'
         Motion to Amend DIP.                       0.20       53.00

02/26/03
     MTH Reviewing Debtors' Motion to Modify DIP.   0.20       53.00
     MTH Telephone conversation with M. Berkin re
         his meeting with Debtors and thoughts re
         motion to amend DIP.                       0.40      106.00
     MTH Correspondence to PEM re Motion to modify
         DIP, conversation with Mike Berkin.        0.30       79.50
     MTH Reviewing correspondence from PEM re
         modify DIP motion.                         0.10       26.50
                                                    ----      ------
         FOR CURRENT SERVICES RENDERED              2.40      643.50

                        RECAPITULATION
TIMEKEEPER                       HOURS HOURLY RATE      TOTAL
Philip E. Milch                   0.30   $290.00      $87.00
Mark T. Hurford                   2.10    265.00      556.50


     TOTAL CURRENT WORK                              643.50

```
                                                      Page: 2
W.R. Grace                                          02/28/2003
                                          ACCOUNT NO: 3000-14D
                                          STATEMENT NO:     19
Financing
```

```
        BALANCE DUE                              $643.50
                                                 =======
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                      Page: 1
W.R. Grace                                          02/28/2003
Wilmington   DE                          ACCOUNT NO: 3000-15D
                                         STATEMENT NO:      21


Hearings



        PREVIOUS BALANCE                           $9,213.55



                                         HOURS
02/02/03
    DAC Review report on 1/27 hearing          0.10      35.00

02/14/03
    MTH Reviewing correspondence from KJC re
        issues at upcoming hearing.            0.10      26.50
    MTH Reviewing correspondence from PVNL re
        attendance at upcoming hearing.        0.10      26.50

02/18/03
    MTH Telephone conversation with MRE re issues
        for omnibus hearing, other outstanding
        motions.                               0.30      79.50

02/19/03
    MTH Reviewing Agenda for Hearing.          0.20      53.00

02/21/03
    MTH Reviewing Amended Agenda.              0.10      26.50
    MTH Correspondence to PVNL and JWD re hearing
        canceled.                              0.10      26.50

02/23/03
    DAC Review agenda for  upcoming hearings   0.10      35.00

02/25/03
    MRE Meeting with counsel in preparation for
        omnibus hearing                        0.20      55.00
    PEM Meeting with AFM, MTH and MRE to address
        pending motions and committee responses
        and preparation for hearing            0.20      58.00
    MTH Meeting with counsel re events at

```
                                                        Page: 2
        W.R. Grace                                  02/28/2003
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      21

        Hearings



                                              HOURS
                hearing, upcoming issues and objection
                deadlines.                     0.30      79.50
                                               ----     ------
            FOR CURRENT SERVICES RENDERED      1.80     501.00
                        RECAPITULATION
        TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
        Douglas A. Campbell           0.20   $350.00     $70.00
        Philip E. Milch               0.20    290.00      58.00
        Mark T. Hurford               1.20    265.00     318.00
        Marla R. Eskin                0.20    275.00      55.00


            TOTAL CURRENT WORK                           501.00


02/05/03 Payment - Thank you. (October, 2002 - 80%)     -122.80


        BALANCE DUE                                    $9,591.75
                                                       =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              02/28/2003
Wilmington  DE                         ACCOUNT NO: 3000-16D
                                       STATEMENT NO:       6

Litigation and Litigation Consulting


PREVIOUS BALANCE                                     $3,944.40


                                            HOURS
02/02/03
    MRE Review of memo from January 27, 2003
        hearing                                 0.10    27.50

02/10/03
    LMP Facsimile to John P. Cunningham of Caplin
        & Drysdale regarding Motion to Stay
        Briefing Schedule and hard copy service
        of same (.2)                            0.20    19.00

02/13/03
    KJC Preparation of highlighted hearing memo
        for counsel                             0.30    45.00
    MRE Review of memo to C&D regarding motions
        for upcoming hearings                   0.10    27.50

02/14/03
    KJC Review comments to highlighted hearing
        memo for counsel (.1) and draft e-mail
        attaching memo (.1)                     0.20    30.00

02/28/03
    PEM Review correspondence to third circuit
        re: sealed air litigation               0.10    29.00
                                               ----    ------
        FOR CURRENT SERVICES RENDERED           1.00   178.00

                    RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE      TOTAL
    Philip E. Milch             0.10   $290.00       $29.00
    Marla R. Eskin              0.20    275.00        55.00
    Kathleen J. Campbell        0.50    150.00        75.00

```
                                                   Page: 2
     W.R. Grace                                 02/28/2003
                                      ACCOUNT NO: 3000-16D
                                      STATEMENT NO:       6
     Litigation and Litigation Consulting
```

| Lauren M. Przybylek | 0.20 | 95.00 | 19.00 |

```
     TOTAL CURRENT WORK                           178.00


02/05/03 Payment - Thank you. (October, 2002 - 80%)     -2,844.80


     BALANCE DUE                                $1,277.60
                                                ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                       Page: 1
W.R. Grace                                           02/28/2003
Wilmington  DE                          ACCOUNT NO: 3000-17D
                                        STATEMENT NO:        6

Plan and Disclosure Statement



        PREVIOUS BALANCE                             $934.30


                                         HOURS
02/02/03
      MRE Review of memo regarding Debtors Motion
          to Extend Exclusivity                      0.10      27.50

02/03/03
      PEM Telephone conference with MTH re:
          exclusivity motion                         0.10      29.00

02/09/03
      MTH Reviewing Response of Equity Comm. re
          Exclusivity Period.                        0.20      53.00

02/24/03
      DAC Review memo re: futures rep                0.10      35.00

02/27/03
      PEM Review memo from counsel re: futures rep
          for plan                                   0.10      29.00
                                                     ----     ------
          FOR CURRENT SERVICES RENDERED              0.60     173.50

                        RECAPITULATION
      TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
      Douglas A. Campbell          0.10   $350.00      $35.00
      Philip E. Milch              0.20    290.00       58.00
      Mark T. Hurford              0.20    265.00       53.00
      Marla R. Eskin               0.10    275.00       27.50


        TOTAL CURRENT WORK                            173.50

```
                                                      Page: 2
W.R. Grace                                          02/28/2003
                                        ACCOUNT NO: 3000-17D
                                        STATEMENT NO:        6

Plan and Disclosure Statement
```

```
02/05/03 Payment - Thank you. (October, 2002 - 80%)          -84.00


         BALANCE DUE                                      $1,023.80
                                                          =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                              Page: 1
W.R. Grace                                    02/28/2003
Wilmington  DE                    ACCOUNT NO: 3000-18D
                                  STATEMENT NO:      6

Relief from Stay Proceedings



        PREVIOUS BALANCE                      $1,034.30



02/05/03 Payment - Thank you. (October, 2002 - 80%)      -405.20


        BALANCE DUE                           $629.10
                                              =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        02/28/2003
Wilmington  DE                      ACCOUNT NO: 3000-20D
                                    STATEMENT NO:        5

Tax Litigation



        PREVIOUS BALANCE                          $2,344.00



02/05/03 Payment - Thank you. (October, 2002 - 80%)     -1,875.20


        BALANCE DUE                                $468.80
                                                   =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
02/28/2003

W.R. Grace
Wilmington  DE

ACCOUNT NO: 3000-21D
STATEMENT NO:        2

Travel-Non-Working

PREVIOUS BALANCE                                    $261.00

BALANCE DUE                                         $261.00
                                                   =======

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          02/28/2003
Wilmington  DE                          ACCOUNT NO: 3000-22D
                                        STATEMENT NO:      10

Valuation

PREVIOUS BALANCE                                    $1,185.00

                                           HOURS
02/04/03
    MTH Reviewing documents from M. Berkin re
        financial analysis.                 0.30      79.50
    MTH Reviewing correspondence from M. Berkin
        re Grace evaluations.               0.20      53.00

02/05/03
    RBR Continue reviewing Tersigni report  0.30      75.00
                                            ----    ------
        FOR CURRENT SERVICES RENDERED       0.80     207.50

                    RECAPITULATION
    TIMEKEEPER                      HOURS HOURLY RATE     TOTAL
    Ronald B. Roteman               0.30   $250.00     $75.00
    Mark T. Hurford                 0.50    265.00     132.50

        TOTAL CURRENT WORK                              207.50

        BALANCE DUE                                  $1,392.50
                                                     =========

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                02/28/2003
Wilmington  DE                           ACCOUNT NO: 3000-23D
                                         STATEMENT NO:      10


ZAI Science Trial



       PREVIOUS BALANCE                               $2,065.10


                                              HOURS
02/03/03
     MTH Reviewing correspondence from E.
         Westbrook re status of ZAI.          0.10     26.50

02/04/03
     MTH Reviewing correspondence from PVNL re
         ZAI; and response thereto.           0.20     53.00
                                              ----    -----
         FOR CURRENT SERVICES RENDERED        0.30     79.50

                      RECAPITULATION
     TIMEKEEPER              HOURS HOURLY RATE      TOTAL
     Mark T. Hurford         0.30    $265.00      $79.50


       TOTAL CURRENT WORK                              79.50


02/05/03 Payment - Thank you. (October, 2002 - 80%)   -43.20


       BALANCE DUE                                 $2,101.40
                                                   =========



       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                               02/28/2003
Wilmington  DE                          ACCOUNT NO     3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|

3000-01 Asset Analysis and Recovery

| 1,159.80 | 604.50 | 0.00 | 0.00 | 0.00 | $1,764.30 |

3000-02 Asset Disposition

| 830.50 | 106.00 | 0.00 | 0.00 | -149.20 | $787.30 |

3000-03 Business Operations

| 700.50 | 0.00 | 0.00 | 0.00 | -22.00 | $678.50 |

3000-04 Case Administration

| 1,394.50 | 83.50 | 0.00 | 0.00 | -85.60 | $1,392.40 |

3000-05 Claims Analysis Objection & Resolution (Asbestos)

| 3,327.80 | 0.00 | 0.00 | 0.00 | -21.20 | $3,306.60 |

3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)

| 275.10 | 0.00 | 0.00 | 0.00 | -21.20 | $253.90 |

3000-07 Committee, Creditors, Noteholders, Equity Holders

| 12,466.50 | 6,045.50 | 0.00 | 0.00 | -3,141.20 | $15,370.80 |

3000-08 Employee Benefits/Pension

| 1,509.20 | 1,028.00 | 0.00 | 0.00 | -657.20 | $1,880.00 |

3000-10 Employment Applications, Others

| 3,074.40 | 0.00 | 0.00 | 0.00 | 0.00 | $3,074.40 |

3000-11 Expenses

| 26,442.41 | 0.00 | 1,473.88 | 0.00 | -16,723.93 | $11,192.36 |

3000-12 Fee Applications, Applicant

| 7,023.30 | 1,124.50 | 0.00 | 0.00 | -1,820.80 | $6,327.00 |

3000-13 Fee Applications, Others

| 15,347.60 | 4,344.50 | 0.00 | 0.00 | -2,436.80 | $17,255.30 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 0.00 | 643.50 | 0.00 | 0.00 | 0.00 | $643.50 |
| 3000-15 Hearings | | | | | |
| 9,213.55 | 501.00 | 0.00 | 0.00 | -122.80 | $9,591.75 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 3,944.40 | 178.00 | 0.00 | 0.00 | -2,844.80 | $1,277.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 934.30 | 173.50 | 0.00 | 0.00 | -84.00 | $1,023.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 1,034.30 | 0.00 | 0.00 | 0.00 | -405.20 | $629.10 |
| 3000-20 Tax Litigation | | | | | |
| 2,344.00 | 0.00 | 0.00 | 0.00 | -1,875.20 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 261.00 | 0.00 | 0.00 | 0.00 | 0.00 | $261.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 207.50 | 0.00 | 0.00 | 0.00 | $1,392.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,065.10 | 79.50 | 0.00 | 0.00 | -43.20 | $2,101.40 |
| --------- | --------- | -------- | ---- | ---------- | ---------- |
| 94,533.26 | 15,119.50 | 1,473.88 | 0.00 | -30,454.33 | $80,672.31 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.