IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
W.R. GRACE & CO.
et., al

Bankruptcy No. 01-1139-JKF
Jointly Administrated
Chapter 11

## ORDER REQUIRING STATUS REPORT ON PENDING MATTERS

AND NOW, this 31st day of **March, 2003**, it is **ORDERED** that on or before **April 21, 2003**, counsel for Debtor(s), or the Trustee if one has been appointed, shall file a status report, for the main case and each adversary proceeding, with respect to all matters pending and ready for decision. The status report shall be organized as follows:

1. all matters in adversary actions shall be addressed in a separate section from matters in the main case;

2. each matter shall refer to the appropriate docket numbers and, if applicable, the agenda (identified by hearing date and agenda number);

3. all motions, applications or objections to claims for which an order has not been entered;

4. all matters for which briefing has been completed with a short statement of the issue (e.g., preference, fraudulent conveyance, etc.);

5. all matters in which briefing has been completed and certificates of completion filed but which are, in fact, not ready for disposition due to events occurring after the notice of completion of briefing was filed such as *inter alia*, a reference to mediation or a settlement;

6. any other matters for which an order has not been entered.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge