**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2002 through September 30, 2002**

**Summary of Services Rendered by Project Category**

| *Category Code* | *Category Description* | *Jul-Sep 2002 Hours* | *Cumulative Hours* |
|---|---|---|---|
| 7 | Committee (All) | 9.8 | 315.3 |
| 11 | Fee Applications, Applicant | 78.5 | 192.0 |
| 14 | Hearings | 7.9 | 27.9 |
| 20 | Travel - Non-working | 12.6 | 91.6 |
| 24 | Other | 0.0 | 88.0 |
| 26 | Business Analysis (for financial advisors) | 38.3 | 709.8 |
| 27 | Corporate Finance (for financial advisors) | 0.0 | 1094.0 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 |
| | **TOTAL** | **147.1** | **3012.6** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2002 through September 30, 2002**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 1.4 |
| Gregory Boyer, Managing Director | 26.9 |
| Kasey Rosado, Vice President | 1.4 |
| Bradley Aitken, Associate | 23.8 |
| Daniel Katz, Associate | 0.7 |
| Stephanie Jones, Associate | 92.9 |
| **TOTAL** | **147.1** |

## Bankruptcy Time Reporting Log

Client Name: WR Grace
Professional: All
Date: For the Period of July 1, 2002 through September 30, 2002

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Gregory Boyer | 07/02/02 | 26 | 0.4 | Discussion with JS re: information on salary ranges of Grace key employees relative to peers in the industry |
| WR Grace | Brad Aitken | 07/02/02 | 26 | 0.7 | Discussion with GB re: information on salary ranges of Grace key employees relative to peers in the industry |
| WR Grace | Brad Aitken | 07/02/02 | 26 | 0.7 | Meetings with GB re: KERP analysis preliminary findings |
| WR Grace | Gregory Boyer | 07/02/02 | 26 | 0.7 | Discussion with BA re: information on salary ranges of Grace key employees relative to peers in the industry |
| WR Grace | Gregory Boyer | 07/02/02 | 26 | 0.7 | Meetings with BA re: KERP analysis preliminary findings |
| WR Grace | Gregory Boyer | 07/02/02 | 26 | 2.3 | Review some of BA research on Grace KERP |
| WR Grace | Brad Aitken | 07/02/02 | 26 | 6.1 | Perform research and analysis of Grace's past compensation programs and proposed KERP |
| WR Grace | Brad Aitken | 07/03/02 | 26 | 0.2 | Meeting with GB re: JS request for additional KERP analysis |
| WR Grace | Gregory Boyer | 07/03/02 | 26 | 0.2 | Meeting with BA re: JS request for additional KERP analysis |
| WR Grace | Brad Aitken | 07/03/02 | 26 | 0.3 | Call with GB and JS re: additional KERP analysis |
| WR Grace | Brad Aitken | 07/03/02 | 26 | 0.3 | Call with GB and JS re: initial KERP analysis |
| WR Grace | Gregory Boyer | 07/03/02 | 26 | 0.3 | Call with BA and JS re: additional KERP analysis |
| WR Grace | Gregory Boyer | 07/03/02 | 26 | 0.3 | Call with BA and JS re: initial KERP analysis |
| WR Grace | Gregory Boyer | 07/03/02 | 26 | 0.4 | Review emails from JS and SB re: PI committee objection to KERP |
| WR Grace | Brad Aitken | 07/03/02 | 26 | 0.5 | Discuss results of initial 5-yr executive compensation analysis with GB |
| WR Grace | Gregory Boyer | 07/03/02 | 26 | 0.5 | Discuss results of initial 5-yr executive compensation analysis with BA |
| WR Grace | Gregory Boyer | 07/03/02 | 26 | 1.0 | Review email from JS re: additional KERP analysis requesting information on salary ranges of Grace key employees (pre- and post-filing) relative to peers in the industry; also review separate email from JS re: PD committee objection to KERP |
| WR Grace | Gregory Boyer | 07/03/02 | 26 | 1.0 | Review initial BA compensation and KERP analysis |
| WR Grace | Brad Aitken | 07/03/02 | 26 | 4.9 | Perform additional 5-year Grace executive compensation analysis (1996-2001) and comparison to peer group; create schedule demonstrating similarities and differences |
| WR Grace | Gregory Boyer | 07/09/02 | 26 | 0.5 | Review and respond to email from DB re: Grace 2Q02 earnings call schedule |
| WR Grace | Brad Aitken | 07/11/02 | 11 | 0.1 | Meeting with SJ re: fee application time detail |
| WR Grace | K. Rosado | 07/11/02 | 11 | 0.1 | Meeting with SJ re: fee application time detail |
| WR Grace | Gregory Boyer | 07/11/02 | 11 | 0.2 | Meeting with SJ re: status of fee application |
| WR Grace | Stephanie Jones | 07/11/02 | 11 | 0.4 | Individual meetings with GB, KR, and BA re: fee application |
| WR Grace | Stephanie Jones | 07/11/02 | 14 | 0.5 | Review transcript of 6/18 omnibus hearing |
| WR Grace | Stephanie Jones | 07/11/02 | 11 | 4.0 | Prepare fee application including collecting time detail from Grace team |
| WR Grace | Brad Aitken | 07/12/02 | 11 | 3.5 | Fee application |
| WR Grace | Stephanie Jones | 07/12/02 | 11 | 4.3 | Fee application |
| WR Grace | Brad Aitken | 07/15/02 | 11 | 4.2 | Fee application |
| WR Grace | Brad Aitken | 07/16/02 | 11 | 0.1 | Meetings with GB, KR, and SJ re: fee application |
| WR Grace | Gregory Boyer | 07/16/02 | 11 | 0.1 | Meetings with SJ, KR, and BA re: fee application |
| WR Grace | K. Rosado | 07/16/02 | 11 | 0.1 | Meetings with GB, SJ, and BA re: fee application |
| WR Grace | Stephanie Jones | 07/16/02 | 11 | 0.1 | Meetings with GB, KR, and BA re: fee application |
| WR Grace | Stephanie Jones | 07/16/02 | 14 | 0.3 | Call to JS re: 7/22 Omnibus Hearing |
| WR Grace | K. Rosado | 07/16/02 | 11 | 1.2 | Fee application |
| WR Grace | Brad Aitken | 07/16/02 | 11 | 2.2 | Fee application |
| WR Grace | Stephanie Jones | 07/16/02 | 11 | 3.3 | Prepare fee application including collecting time detail from Grace team and requesting expense detail |
| WR Grace | Stephanie Jones | 07/17/02 | 14 | 0.2 | Review agenda for omnibus hearing 7/22 |
| WR Grace | Gregory Boyer | 07/17/02 | 14 | 0.5 | Review agenda for omnibus hearing 7/22 |
| WR Grace | Gregory Boyer | 07/17/02 | 11 | 1.0 | Review time detail for fee application |
| WR Grace | Stephanie Jones | 07/17/02 | 11 | 5.0 | Prepare fee application including collecting time detail from Grace team and requesting expense detail |
| WR Grace | Stephanie Jones | 07/18/02 | 11 | 3.4 | Prepare fee application |
| WR Grace | Stephanie Jones | 07/19/02 | 11 | 0.2 | Assemble FedEx package for GB re: fee auditor's report; also fax copy to GB |
| WR Grace | Stephanie Jones | 07/19/02 | 11 | 0.2 | Draft email to JS re: fee auditor's initial report and request for more detail |
| WR Grace | Gregory Boyer | 07/19/02 | 11 | 0.6 | Conversations with SJ re: coordinating getting a copy of the fee examiner's report and resolving certain concerns referenced therein |
| WR Grace | Stephanie Jones | 07/19/02 | 11 | 0.6 | Conversations with GB re: coordinating getting a copy of the fee examiner's report and resolving certain concerns referenced |
| WR Grace | Gregory Boyer | 07/19/02 | 11 | 0.8 | Conversation with TT re: fee examiner issues with CDG fee application |
| WR Grace | Stephanie Jones | 07/19/02 | 11 | 1.0 | Receive and review fax from TT re: Fee Auditor's report on CDG fee application |
| WR Grace | Stephanie Jones | 07/19/02 | 11 | 3.4 | Perform research and provide additional details in response to Fee Auditor's report on CDG fee application |
| WR Grace | Gregory Boyer | 07/20/02 | 11 | 1.0 | Review of fee examiner's report |
| WR Grace | Stephanie Jones | 07/20/02 | 11 | 6.0 | Draft response to fee examiner |
| WR Grace | Gregory Boyer | 07/22/02 | 14 | 0.2 | Call from SJ re: issues raised at hearing |
| WR Grace | Stephanie Jones | 07/22/02 | 14 | 0.2 | Call to GB re: issues raised at hearing |
| WR Grace | Gregory Boyer | 07/22/02 | 11 | 0.6 | Discussion of fee examiner's report with JS |
| WR Grace | Stephanie Jones | 07/22/02 | 14 | 3.0 | Attend Omnibus Hearing |
| WR Grace | Stephanie Jones | 07/22/02 | 20 | 6.3 | Travel to and from Delaware for Omnibus Hearing |
| WR Grace | Stephanie Jones | 07/23/02 | 11 | 0.1 | Fee application--compile additional information regarding expense detail for WHS |
| WR Grace | Gregory Boyer | 07/23/02 | 11 | 0.2 | Communication with fee examiner indicating that our response would be late due to report being sent to the wrong address |
| WR Grace | Gregory Boyer | 07/24/02 | 26 | 0.5 | Receive and review Grace 2Q02 earnings release |
| WR Grace | Stephanie Jones | 07/24/02 | 26 | 0.8 | Receive and review Grace 2Q02 earnings release |
| WR Grace | Gregory Boyer | 07/24/02 | 26 | 1.0 | Review and revise flash report for PD Committee |
| WR Grace | Gregory Boyer | 07/24/02 | 11 | 3.8 | Preparation of response to fee examiner's report |
| WR Grace | Stephanie Jones | 07/24/02 | 11 | 4.0 | Preparation of response to fee examiner's report |
| WR Grace | Stephanie Jones | 07/24/02 | 26 | 8.7 | Receive and review Grace 2Q02 earnings release; draft flash report for PD Committee |
| WR Grace | Gregory Boyer | 07/25/02 | 26 | 0.1 | Discuss 2Q02 flash report with JS |

## Bankruptcy Time Reporting Log

Client Name: WR Grace
Professional: All
Date: For the Period of July 1, 2002 through September 30, 2002

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Gregory Boyer | 07/25/02 | 11 | 0.7 | Preparation of response to fee examiner's report |
| WR Grace | Stephanie Jones | 07/25/02 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Stephanie Jones | 07/25/02 | 11 | 2.0 | Review/revise response to fee auditor's report; forward same to JS for comments |
| WR Grace | Stephanie Jones | 07/26/02 | 11 | 0.2 | Fee Application: receive updated expense figures and incorporate same into fee application |
| WR Grace | Stephanie Jones | 07/26/02 | 11 | 2.3 | Fee Application: Review draft response to fee auditor and make further revisions |
| WR Grace | Gregory Boyer | 07/29/02 | 11 | 1.3 | Draft letter to fee examiner |
| WR Grace | Gregory Boyer | 07/30/02 | 11 | 0.3 | Draft email to WHS and attach requested documentation |
| WR Grace | Gregory Boyer | 07/30/02 | 11 | 0.3 | Receive and review reply from WHS re: need for additional information |
| WR Grace | Gregory Boyer | 07/30/02 | 11 | 0.5 | Conversations with SJ re: WHS request for additional information re: fee application |
| WR Grace | Gregory Boyer | 07/30/02 | 11 | 0.5 | Review letter to fee examiner and forward same to WHS |
| WR Grace | Stephanie Jones | 07/30/02 | 11 | 0.5 | Conversations with GB re: WHS request for additional information re: fee application |
| WR Grace | Stephanie Jones | 07/30/02 | 11 | 1.5 | Research WHS request and compile necessary documentation |
| WR Grace | Gregory Boyer | 07/31/02 | 14 | 0.5 | Review 7/22 omnibus hearing transcript |
| WR Grace | Stephanie Jones | 08/07/02 | 26 | 5.2 | Review company's quarterly statements; begin draft memo for committee re: same |
| WR Grace | Gregory Boyer | 08/08/02 | 7 | 0.8 | Conference Call with Committee re: 2Q Results |
| WR Grace | Stephanie Jones | 08/08/02 | 7 | 0.8 | Conference Call with Committee re: 2Q Results |
| WR Grace | Stephanie Jones | 08/08/02 | 11 | 3.0 | Preparation of Fee Application |
| WR Grace | Stephanie Jones | 08/14/02 | 11 | 0.1 | Correspondence with DB re: fees |
| WR Grace | Gregory Boyer | 08/15/02 | 7 | 0.6 | Committee Conference Call |
| WR Grace | Stephanie Jones | 08/15/02 | 7 | 0.6 | Committee Conference Call |
| WR Grace | Michael Gries | 08/15/02 | 7 | 1.0 | Preparation for and participation in Committee Conference Call |
| WR Grace | Stephanie Jones | 08/22/02 | 11 | 0.1 | Draft email to DB re: fees |
| WR Grace | Gregory Boyer | 08/22/02 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Michael Gries | 08/22/02 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Stephanie Jones | 08/22/02 | 7 | 0.4 | Committee Conference Call |
| WR Grace | Stephanie Jones | 08/26/02 | 14 | 2.5 | Attend Omnibus Hearing |
| WR Grace | Stephanie Jones | 08/26/02 | 20 | 6.3 | Travel to and from Delaware for Omnibus Hearing |
| WR Grace | Stephanie Jones | 08/27/02 | 11 | 0.8 | Receive revised fee project categories from fee auditor |
| WR Grace | Stephanie Jones | 08/28/02 | 11 | 0.4 | Review email from Grace re: fees; follow-up by tracking down CNO from LC and forwarding same to Grace |
| WR Grace | Stephanie Jones | 08/29/02 | 11 | 0.3 | Emails to/from GB, TT and LC re: CNO for Jan-Mar 2002 fees |
| WR Grace | Dan Katz | 08/29/02 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Gregory Boyer | 08/29/02 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Stephanie Jones | 08/29/02 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Gregory Boyer | 09/05/02 | 7 | 0.8 | Committee Conference Call |
| WR Grace | Stephanie Jones | 09/05/02 | 7 | 0.8 | Committee Conference Call |
| WR Grace | Gregory Boyer | 09/12/02 | 11 | 0.2 | Conversation with SJ re: fee application |
| WR Grace | Stephanie Jones | 09/12/02 | 11 | 0.2 | Conversation with GB re: fee application |
| WR Grace | Stephanie Jones | 09/12/02 | 11 | 5.4 | Prepare fee application; includes review of previously submitted fee applications and re-categorization according to revised project categories proffered by WHS; also includes emails and calls with JS re: same |
| WR Grace | Stephanie Jones | 09/13/02 | 11 | 0.9 | Receive and review fee-related spreadsheet from JS for submission to fee examiner |
| WR Grace | Stephanie Jones | 09/19/02 | 11 | 1.2 | Receive and review 4th Quarter Spreadsheet from JS re: fees |
| WR Grace | Gregory Boyer | 09/26/02 | 7 | 0.4 | Committee Conference Call |
| | | | | 147.1 | Total Hours |

LEGEND

| | |
|---|---|
| AG | Alberto Gutierrez, Environmental Expert--Geolex Inc. |
| BA | Bradley Aitken, Associate -- CDG |
| Bates | Charles Bates, President--Bates White & Ballentine, LLC (PD Asbestos Claims Expert) |
| BF | Brad Friedman, Partner -- Milberg |
| BJ | Ben Jones, Vice President -- CDG |
| Chemco | Chemicals Division of Grace remaining after sale of PackCo |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FL | Frank LaGrecca, former Managing Director--Houlihan Lokey |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| Goldin | Goldin & Associates (Seymour Preston), Sealed Air Financial Advisor |
| HG | Heather Grant, Analyst -- CDG |
| HL | Houlihan Lokey Howard & Zukin |
| JH | James Hass, PD Asbestos Expert |
| JL | Joseph Lash, Sr. Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| JY | Jeff Yanover, Analyst -- CDG |
| KC | Kevin Collins, Managing Director--Houlihan Lokey |
| KR | Kasey Rosado, Vice President --CDG |
| LC | Lisa Coggins, Associate -- Ferry & Joseph PA |
| LE | Lawrence Ellberger, former CEO--WR Grace |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| PackCo | Packaging Division of Grace sold to Sealed Air (Cryovac) |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RB | Ryan Brown, Analyst -- CDG |
| RF | Rachel Fleishman, Associate -- Milberg |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SA | Sealed Air Corp. |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SS | Scott Sturdivant, Analyst -- CDG |
| TH | Ted Hirschfield, Associate -- CDG |
| TT | Ted Taconelli, Partner -- Ferry & Joseph PA |
| WH | William Hickey, President/CEO--Sealed Air Corp/Cryovac |
| WR | Wilbur Ross, Chairman/CEO--WL Ross & Co. LLC |

4/2/2003

**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2002 through September 30, 2002**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| S. Jones | 7/22/2002 | | | 262.50 | | | | 262.50 |
| S. Jones | 7/24/2002 | | | 7.00 | | | | 7.00 |
| S. Jones | 8/7/2002 | | | 22.00 | | | | 22.00 |
| S. Jones | 8/26/2002 | | | 257.41 | | | | 257.41 |
| **S. Jones Total** | | 0.00 | 0.00 | 548.91 | 0.00 | 0.00 | 0.00 | **548.91** |
| | | | | | | | | |
| Federal Express | 7/19/2002 | | | | | | 23.86 | 23.86 |
| **Federal Express Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.86 | **23.86** |
| | | | | | | | | |
| Thomson Research - 10Ks | 9/9/2002 | | | | | | 282.56 | 282.56 |
| **Research Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 282.56 | **282.56** |
| **Grand Total** | | **0.00** | **0.00** | **548.91** | **0.00** | **0.00** | **306.42** | **855.33** |