IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 3560

1.      On March 28, 2003, the Debtors and Debtors in Possession (the "Debtors")
inadvertently filed the Certification of No Objection Regarding Docket No. 3560 [Amended
Twenty-First Monthly Interim Application of Wallace King Marro & Branson PLLC for
Compensation and for Reimbursement of Expenses for December 1, 2002 through December 31,
2002] (the "CNO") (Docket No. 3560) with the wrong image.

2.      To address the error, the Debtors re-filed the CNO with the correct image (Docket
No. 3577).

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

    3.    The Debtors hereby withdraw the CNO filed as Docket No. 3560 in the Case Number 01-1139.

Dated: March 3/, 2003

                 KIRKLAND & ELLIS
                 James H.M. Sprayregen, P.C.
                 James W. Kapp III
                 Christian J. Lane
                 Roger J. Higgins
                 200 East Randolph Drive
                 Chicago, Illinois 60601
                 Telephone:    (312) 861-2000
                 Facsimile:    (312) 861-2200

                 and

                 PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

                 Laura Davis Jones (Bar No. 2436)
                 Scotta E. McFarland (Bar No. 4184)
                 Paula A. Galbraith (Bar No. 4258)
                 919 N. Market Street, 16th Floor
                 P.O. Box 8705
                 Wilmington, Delaware 19899-8705
                 Telephone:    (302) 652-4100
                 Facsimile:    (302) 652-4400

                 Co-Counsel to Debtors and Debtors-in-Possession