**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| W. R. GRACE & CO., et al.[1] | ) **Case No. 01-01139 (JKF)** |
| | ) |
| | ) **Jointly Administered** |
| | ) Objection Deadline: May 12, 2003 at 4:00 p.m. |
| **Debtors.** | ) Hearing Date: May 19, 2003 at 12:00 p.m. |

**ORDER EXTENDING TIME TO COMMENCE AVOIDANCE
ACTIONS AND STAYING THE APRIL 2, 2003 DEADLINE
<u>PENDING FURTHER ORDER OF THE COURT</u>**

Upon the Motion of the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors-in-possession for entry of an order (i) extending the time set forth in Section 546(a) of the Bankruptcy Code within which Avoidance Actions[2] may be commenced

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

[2] Capitalized terms used by not defined herein shall have the meanings ascribed to such terms in the Motion.

-1-

WLM\171827.1

-2-

by or on behalf of the Debtors' estates, and (ii) pending the Court's decision on such extension, staying the current April 2, 2003 deadline by which Avoidance Actions must be brought from running; and due notice of the Motion having been given; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, equity holders and other parties in interest; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED**, that the Motion be and it hereby is granted; and it is further

**ORDERED**, that the April 2, 2003 deadline provided by Section 546(a) of the Bankruptcy Code has been stayed, and it is further.

**ORDERED**, that the deadline by which Avoidance Actions may be commenced be and it hereby is extended until the earlier of (i) 60 days after the Court issues a decision determining whether the Debtors were insolvent during the Applicable Avoidance Period, and (ii) seven (7) days after the date the Confirmation Order becomes a final and non-appealable order.

Dated: April ____, 2003

                                                          _____
Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

WLM\171827.1