## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W. R. GRACE & CO., et al.[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

### CERTIFICATE OF SERVICE

I, Shelley A. Caban, certify that I am not less than 18 years of age, and that service of a copy of the attached **Motion of Official Committee of Unsecured Creditors Extending the Time Within Which Avoidance Actions May Be Brought and Staying the Limitations Deadline Pending a Decision On This Motion** was made April 2, 2003, upon:

> All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated;

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA  Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

Or via facsimile upon counsel to the Debtors, counsel to the asbestos committee, counsel to the equity committee, the United States Trustee, the Honorable Judith K. Fitzgerald, and the Honorable Alfred M. Wolin.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 2, 2003

Shelley A. Caban, Paralegal
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     302.657.4900
Facsimile:     302.657.4901
Email:         sacaban@duanemorris.com

| Addressees |
|---|
| (Counsel to Debtors and Debtors in Possession) |
| Laura Davis Jones, Esquire |
| Scotta McFarland, Esquire |
| Pachulski, Stang, Ziehl, Young & Jones |
| 919 North Market Street, 16th Floor |
| P.O. Box 8705 |
| Wilmington, DE 19899-8705 |
| ***Hand Delivery*** |
| (Copy Service) |
| Parcels, Inc. |
| Vito I. DiMaio |
| 10th & King Streets |
| Wilmington, DE  19801 |
| ***Hand Delivery*** |
| (Local Counsel to DIP Lender) |
| Steven M. Yoder, Esquire |
| The Bayard Firm |
| 222 Delaware Avenue, Suite 900 |
| P.O. Box 25130 |
| Wilmington, DE  19899 |
| ***Hand Delivery*** |
| (Local Counsel to Asbestos Claimants) |
| Marla Eskin, Esquire |
| Mark Hurford, Esquire |
| Campbell & Levine, LLC |
| 1201 N. Market Street |
| Chase Manhattan Centre, 15th Floor |
| Wilmington, DE  19801 |
| ***Hand Delivery*** |
| William H. Sudell, Jr., Esquire |
| Eric D. Schwartz, Esquire |
| Morris, Nichols Arsht & Tunnell |
| 1201 N. Market Street |
| P.O. Box 1347 |
| Wilmington, DE  19899 |
| ***Hand Delivery*** |
| (Counsel to Travelers Casualty and Surety Company) |
| Robert J. Dehney |
| Michael G. Busenkell |
| Morris, Nichols Arsht & Tunnell |
| 1201 N. Market Street |
| P.O. Box 1347 |
| Wilmington, DE  19899 |

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Frederick B. Rosner, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Hand Delivery*
Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

2

***Hand Delivery***
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

***Hand Delivery***
Laurie Selber Silverstein, Esquire
Monica Leigh Loftin, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

***Hand Delivery***
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

***Hand Delivery***
Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

***Hand Delivery***
Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

***Hand Delivery***
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Wachovia Bank, N.A.)
Adam G. Landis, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

3

| |
|---|
| ***Hand Delivery***<br>(Counsel to First Union Leasing)<br>John D. Demmy, Esquire<br>Stevens & Lee, P.C.<br>300 Delaware Avenue<br>8th Floor, Suite 800<br>Wilmington, DE 19801 |
| ***Hand Delivery***<br>(Counsel to Potash Corp.)<br>Aaron A. Garber, Esquire<br>Pepper Hamilton LLP<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE 19899-1709 |
| ***Hand Delivery***<br>(Counsel to Entergy Services, Inc.)<br>Eric Lopez Schnabel, Esquire<br>James H. Joseph, Esquire<br>Klett Rooney Lieber & Schorling<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |
| ***Hand Delivery***<br>(Zonolite Attic Litigation Plaintiffs)<br>William D. Sullivan, Esquire<br>Elzufon Austin Reardon Tarlov & Mondell, P.A.<br>300 Delaware Avenue, Suite 1700<br>P.O. Box 1630<br>Wilmington, DE 19899 |
| ***Hand Delivery***<br>Francis J. Murphy<br>John S. Spadaro<br>Chase T. Brockstedt<br>Murphy Spadaro & Landon<br>824 N. Market Street<br>P.O. Box 8989<br>Wilmington, DE 19899-8989 |
| ***Hand Delivery***<br>(Counsel to Mark Hankin and HanMar Associates)<br>Thomas G. Whalen, Esquire<br>Stevens & Lee, P.C.<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801 |

*Hand Delivery*
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

*Hand Delivery*
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Walsh Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferator & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

*Hand Delivery*
(Counsel to The Delaware Division of Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

*Hand Delivery*
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*First Class Mail*
(Canadian Counsel to Debtor)
Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11
Merrill Lynch Canada Tower
200 King Street West
Toronto, Ontario
Canada M5H 3T4

*First Class Mail*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022-3852

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

*First Class Mail*
Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

*First Class Mail*
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

*First Class Mail*
District Director
IRS
409 Silverside Road
Wilmington, DE  19809

*First Class Mail*
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

*First Class Mail*
Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

| |
|---|
| ***First Class Mail***<br>Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE  19903 |
| ***First Class Mail***<br>James D. Freeman, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street<br>Suite 945-North Tower<br>Denver, CO  80202 |
| ***First Class Mail***<br>Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGarvey PC<br>745 South Main Street<br>Kalispel, MT  59901 |
| ***First Class Mail***<br>Patrick L. Hughes, Esquire<br>Haynes & Boone LLP<br>1000 Louisiana Street, Suite 4300<br>Houston, TX  77002-5012 |
| ***First Class Mail***<br>David S. Heller, Esquire<br>Latham & Watkins<br>Sears Tower, Suite 5800<br>Chicago, IL  60606 |
| ***First Class Mail***<br>Charles E. Boulbol, Esquire<br>26 Broadway, 17th Floor<br>New York, NY  10004 |
| ***First Class Mail***<br>Ira S. Greene, Esquire<br>Squadron, Ellenoff, Plesent & Sheinfeld, LLP<br>551 Fifth Avenue<br>New York, NY  10176 |
| ***First Class Mail***<br>James A. Sylvester, Esquire<br>Intercat, Inc.<br>104 Union Avenue<br>Manasquan, NJ  08736 |

8

| |
|---|
| ***First Class Mail***<br>Steven J. Johnson, Esquire<br>Gibson, Dunn & Crutcher LLP<br>1530 Page Mill Road<br>Palo Alto, CA  94304-1125 |
| ***First Class Mail***<br>Charlotte Klenke, Esquire<br>Schneider National, Inc.<br>P.O. Box 2545<br>3101 S. Packerland<br>Green Bay, WI  54306 |
| ***First Class Mail***<br>David S. Rosenbloom, Esquire<br>Jeffrey E. Stone, Esquire<br>Lewis S. Rosenbloom, Esquire<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL  60606-5096 |
| ***First Class Mail***<br>Charles L. Finke, Assistant General Counsel<br>Brad Rogers, Esquire<br>Office of the General Counsel<br>Pension Benefit Guaranty Corp<br>1200 K. Street, N. W.<br>Washington, D.C.  20005-4026 |
| ***First Class Mail***<br>Pamela Zilly<br>Richard Shinder<br>David Blechman<br>Michael Alexander<br>The Blackstone Group<br>345 Park Avenue<br>New York, NY  10154 |
| ***First Class Mail***<br>Josiah Rotenberg<br>Lazard Freres & Co. LLC<br>30 Rockefeller Plaza, 60th<br>New York, NY  10020 |
| ***First Class Mail***<br>Jan M. Hayden<br>William H. Patrick<br>Heller, Draper, Hayden, Patrick & Horn, L.L.C.<br>650 Poydras Street, Suite 2500<br>New Orleans, LA  70130-6103 |

| |
|---|
| ***First Class Mail***<br>Joseph F. Rice<br>Ness, Motley, Loadholt, Richardson & Poole<br>28 Bridgeside Blvd.<br>P.O. Box 1792<br>Mt. Pleasant, SC  29465 |
| ***First Class Mail***<br>(Counsel to Asbestos Claimants)<br>Steven T. Baron, Esquire<br>Member<br>Silber Pearlman, LLP<br>2711 North Haskell Avenue, 5th Floor, LLP<br>Dallas, TX  75204 |
| ***First Class Mail***<br>Bankruptcy Administration<br>IOS Capital, Inc.<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA  31208-3708 |
| ***First Class Mail***<br>(Attorneys for PPG Industries, Inc.)<br>W.J. Winterstein, Jr., Esquire<br>John J. Winter, Esquire<br>William M. Aukamp, Esquire<br>Eleven Penn Center, 29th Floor<br>1835 Market Street<br>Philadelphia, PA  19103 |
| ***First Class Mail***<br>R. Scott Williams<br>PMG Capital Corp.<br>Four Falls Corporate Center<br>West Conshohocken, PA  19428-2961 |
| ***First Class Mail***<br>Alan R. Brayton, Esquire<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, CA  94945 |
| ***First Class Mail***<br>Jonathan W. Young<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 |

| |
|---|
| *First Class Mail*<br>Russell W. Budd<br>Alan B. Rich<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, P.O. Box 8705<br>Dallas, TX  75219 |
| *First Class Mail*<br>Shelby A. Jordan, Esquire<br>Nathaniel Peter Holzer. Esquire<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>500 N. Shoreline Blvd., Suite 900<br>Corpus Christi, TX  78471 |
| *First Class Mail*<br>Courtney M. Labson, Esquire<br>Ontario Mills LP<br>Legal Department<br>1300 Wilson Boulevard, Suite 400<br>Arlington, VA  22209 |
| *First Class Mail*<br>T. Kellan Grant<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL  60606-1229 |
| *First Class Mail*<br>Cindy Schultz<br>Ingersoll-Rand Fluid Products<br>One Aro Center<br>P.O. Box 151<br>Bryan, OH  43506 |
| *First Class Mail*<br>Alan Kolod, Esquire<br>Moses & Singer LLP<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY  10019-6076 |
| *First Class Mail*<br>Mr. Thomas Moskie<br>Bankers Trust Company<br>Four Albany Street<br>Fourth Floor<br>New York, NY  10006 |

***First Class Mail***
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

***First Class Mail***
Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

***First Class Mail***
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

***First Class Mail***
Christopher L. Beard, Esquire
The Beard Group
502 W. Patrick Street
Frederick, MD  21701-4002

***First Class Mail***
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

***First Class Mail***
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

***First Class Mail***
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX  77017

***First Class Mail***
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
701-5th Avenue
Suite 5000
Seattle, WA  98104-7078

| |
|---|
| *First Class Mail*<br>Delta Chemical Corporation<br>2601 Cannery Avenue<br>Baltimore, MD  21226-1595 |
| *First Class Mail*<br>Steven T. Hoort, Esquire<br>Ropes & Gray<br>One International Place<br>Boston, MA  02110-2624 |
| *First Class Mail*<br>Peter Van N. Lockwood, Esquire<br>Julie W. Davis, Esquire<br>Trevor W. Swett, III, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC  20005 |
| *First Class Mail*<br>Peter A. Chapman<br>24 Perdicaris Place<br>Trenton, NJ  08618 |
| *First Class Mail*<br>Paul M. Matheny<br>The Law Offices of Peter G. Angelos, P.C.<br>5905 Harford Rd.<br>Baltimore, MD  21214 |
| *First Class Mail*<br>Michael J. Urbis<br>Jordan, Hyden, Womble & Culbreth, P.C.<br>2390 Central Blvd, Suite G<br>Brownsville, TX  78520 |
| *First Class Mail*<br>Mary A. Coventry<br>Sealed Air Corporation<br>Park 80 East<br>Saddle Brook, NJ  07663 |
| *First Class Mail*<br>Attn: Meridee Moore and Kirsten Lynch<br>Farallon Capital Management, L.L.C.<br>One Maritime Plaza<br>Suite 1325<br>San Francisco, CA  94111 |

*First Class Mail*
John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

*First Class Mail*
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*
Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

*First Class Mail*
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

*First Class Mail*
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

*First Class Mail*
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

*First Class Mail*
(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

*First Class Mail*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

*First Class Mail*
(Tennessee Department of Environment and Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*
(Counsel to numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

*First Class Mail*
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

*First Class Mail*
Anton Volovsek
Rt2 – Box 200 #42
Kamiah, ID  83536-9229

*First Class Mail*
Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, NY  10022

*First Class Mail*
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

*First Class Mail*
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

| |
|---|
| ***First Class Mail*** |
| Rosa Dominy |
| Bankruptcy Administration |
| IOS Capital, Inc. |
| 1738 Bass Road |
| P.O. Box 13708 |
| Macon, GA 31208-3708 |
| ***First Class Mail*** |
| Greif Bros. Corp. |
| 250 East Wilson Bridge Rd. |
| Suite 175 |
| Worthington, OH 43085-2323 |
| ***First Class Mail*** |
| (Counsel to SAP America, Inc.) |
| Stephanie Nolan Deviney |
| Brown & Connery, LLP |
| 360 Haddon Avenue |
| P.O. Box 539 |
| Westmont, NJ 08108 |
| ***First Class Mail*** |
| Barbara M. Cook, County Solicitor |
| Katherine L. Taylor, Senior Assistant County Solicitor |
| Howard County Office of Law |
| George Howard Building |
| 3430 Courthouse Drive |
| Ellicott City, MD 21043 |
| ***First Class Mail*** |
| Danice Sims |
| P.O. Box 66658 |
| Baton Rouge, LA 70896 |
| ***First Class Mail*** |
| M. Diane Jasinski, Esquire |
| Michael D. Hess |
| Corporation Counsel of the City of New York |
| 100 Church Street, Room 6-127 |
| New York, NY 10007 |
| ***First Class Mail*** |
| Janet Napolitano |
| Robert R. Hall |
| Russell W. Savory |
| 1275 West Washington Street |
| Phoenix, AZ 85007-1278 |

*First Class Mail*
Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, TN  38103

*First Class Mail*
Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

*First Class Mail*
James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

*First Class Mail*
Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

*First Class Mail*
Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, NC  28202-4010

*First Class Mail*
Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

*First Class Mail*
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

*First Class Mail*
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

| |
|---|
| ***First Class Mail***<br>Robert H. Rosenbaum, Esquire<br>M. Evan Meyers, Esquire<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale, MD 20737-1385 |
| ***First Class Mail***<br>Maggie De La Rosa<br>Provost & Umphrey<br>Law Firm, L.L.P.<br>490 Park Street<br>Beaumont, TX  77701 |
| ***First Class Mail***<br>Anne Marie P. Kelley, Esquire<br>Dilworth Paxson, LLP<br>LibertyView – Suite 700<br>457 Haddonfield Road<br>P.O. Box 2570<br>Cherry Hill, NJ  08034 |
| ***First Class Mail***<br>Kevin James<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA  94612-1413 |
| ***First Class Mail***<br>Dorine Vork, Esquire<br>Stibbe, P.C.<br>350 Park Avenue<br>New York, NY  10022 |
| ***First Class Mail***<br>Suexirda Prayaga<br>7365 MacLeod Lane<br>Ofallon, MO  63366 |
| ***First Class Mail***<br>Bart Hartman<br>Treasurer – Tax Collector<br>Attn: Elizabeth Molina<br>1600 Pacific Highway, Room 162<br>San Diego, CA  92101 |
| ***First Class Mail***<br>David Aelvoet, Esquire<br>Linebarger Goggan Blair Graham Pena & Sampson, LLP<br>Travis Park Plaza Building<br>711 Navarro, Suite 300<br>San Antonio, TX  78205 |

*First Class Mail*
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

*First Class Mail*
(Counsel to  Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730

*First Class Mail*
(Counsel to Delco Development Company)
James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178

*First Class Mail*
(Counsel to Dow Chemical Company, Hampshire Chemical Corporation and Union
Carbide Corporation)
Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI  48674

*First Class Mail*
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ  08002

*First Class Mail*
(Counsel to General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY  10017-4014

*First Class Mail*
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

| |
|---|
| *First Class Mail* |
| (Counsel to Commissioner of Revenue) |
| Michael B. Willey, Esquire |
| Legal Services, 27th Floor |
| 312 8th Avenue North |
| Nashville, TN 37243 |
| *First Class Mail* |
| Jeffrey L. Glatzer, Esquire |
| Anderson, Kill & Olick, P.C. |
| 1251 Avenue of the Americas |
| New York, NY 10020-1182 |
| *First Class Mail* |
| Thomas V. Askounis, Esquire |
| Askounis & Borst, P.C. |
| 303 East Wacker Drive |
| Suite 1000 |
| Chicago, IL 60601 |
| *First Class Mail* |
| Attn: Ted Weschler |
| Peninsula Capital Advisors, L.L.C. |
| 404 East Main Street |
| Second Floor |
| Charlottesville, VA 22902 |
| *First Class Mail* |
| E. Katherine Wells, Esquire |
| South Carolina Department of Health and Environmental Control |
| 2600 Bull Street |
| Columbia, SC 29201-1708 |
| *First Class Mail* |
| Jeffrey Kaufman, Esquire |
| Gerald F. Ellesdorfer, Esquire |
| Kaufman & Logan LLP |
| 111 Pine Street, Suite 1300 |
| San Francisco, CA 94111 |
| *First Class Mail* |
| Michael H. Pinkerson, Esquire |
| James M. Garner, Esquire |
| Sher Garner Cahill Richter Klein McAlister & Hilbert, L.L.C. |
| 909 Poydras Street, Suite 2800 |
| New Orleans, LA 70112 |
| *First Class Mail* |
| William H. Johnson, Esquire |
| Norfolk Southern Corporation |
| Law Department |
| Three Commercial Place |
| Norfolk, VA 23510-9242 |

| |
|---|
| *First Class Mail*<br>(Counsel to Wells Fargo Bank Minnesota, National Association)<br>Pillsbury Winthrop LLP<br>One Battery Park Plaza<br>New York, NY 10004-1490 |
| *First Class Mail*<br>(Counsel to Wells Fargo Bank Minnesota, National Association)<br>Craig Barbarosh, Esquire<br>Pillsbury Winthrop LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626-7122 |
| *First Class Mail*<br>(Counsel to Aldine Independent School District)<br>Aldine Independent School District<br>Jonathan C. Hantke, Esquire<br>Pamela H. Walters, Esquire<br>14910 Aldine-Westfield Road<br>Houston, TX 77032 |
| *First Class Mail*<br>DAP Products, Inc.<br>c/o Julien A. Hecht, Esquire<br>2400 Boston Street, Suite 200<br>Baltimore, MD 21224 |
| *First Class Mail*<br>Steven B. Flancher, Esquire<br>Assistant Attorney General<br>Department of Attorney General<br>Revenue Division<br>First Floor Treasury Building<br>Lansing, MI 48992 |
| *First Class Mail*<br>(Counsel to Asbestos Claimants)<br>Deirdre Woulfe Pacheco, Esquire<br>Wilentz, Goldman & Spitzer<br>90 Woodbridge Center Drive<br>P.O. Box 10<br>Woodbridge, NJ 07095 |
| *First Class Mail*<br>(Counsel to LaVantage Solutions)<br>Matthew A. Porter, Esquire<br>Bernard J. Bonn III, Esquire<br>Dechert Price & Rhoads<br>Ten Post Office Square South<br>Boston, MA 02109 |

***First Class Mail***
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX  77002

***First Class Mail***
(Counsel to The Texas Comptroller of Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

***First Class Mail***
(Counsel to Century Indemnity Company)
Leonard P. Goldberger, Esquire
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

***First Class Mail***
(Comptroller of Public Accounts of the State of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

***First Class Mail***
Cynthia C. Hemme, Esquire
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

***First Class Mail***
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

***First Class Mail***
(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano & Seeger
3243 P Street, NW
Washington, DC  20007

*First Class Mail*
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

*First Class Mail*
(Counsel to Amalgamated Industries and Service Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers Benefit Fund
730 Broadway
Tenth Floor
New York, NY  10003-9511

*First Class Mail*
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

*First Class Mail*
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA  70113

*First Class Mail*
Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Dallas, TX  75201-2689

*First Class Mail*
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

| |
|---|
| *First Class Mail*<br>(Zonolite Attic Litigation Plaintiffs)<br>Elizabeth J. Cabraser, Esquire<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embacadero Center West, 30th Floor<br>275 Battery Street<br>San Francisco, CA  94111 |
| *First Class Mail*<br>(Zonolite Attic Litigation Plaintiffs)<br>Thomas M. Sobol, Esquire<br>Hagens Berman LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA  02110 |
| *First Class Mail*<br>(Zonolite Attic Litigation Plaintiffs)<br>Robert M. Fishman, Esquire<br>Shaw Gussis Domanskis Fishman & Glantz<br>1144 West Fulton Street, Suite 200<br>Chicago, IL  60607 |
| *First Class Mail*<br>Scott Barker<br>Credit Manager<br>Phelps Dodge Corp.<br>(Formerly Climax Molybdenum Marketing Corporation)<br>One North Central Avenue<br>Phoenix, AZ  85004 |
| *First Class Mail*<br>Coudert Brothers<br>Attn:  Joseph D. Farrell, Esquire and Edward H. Tillinghast, III, Esquire<br>1114 Avenue of the Americas<br>New York, NY  10036 |
| *First Class Mail*<br>Margery N. Reed, Esquire<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA  19103-7396 |
| *First Class Mail*<br>(Counsel to Marco Barbanti)<br>Darrell W. Scott<br>Lukins & Annis, P.S.<br>1600 Washington Trust Financial Center<br>717 West Sprague Avenue<br>Spokane, WA  99201-0466 |

*First Class Mail*
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

*First Class Mail*
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA  71207

*First Class Mail*
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

*First Class Mail*
(Attorney General of PA(Commonwealth of PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA  19107-3603

*First Class Mail*
(U.S. Postal Service)
Susan Breymaier
Attorney
U.S. Postal Service
Legal Department
225 N. Humphreys Blvd.
Memphis, TN  38166-0170

*First Class Mail*
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

*First Class Mail*
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

| |
|---|
| ***First Class Mail***<br>(Snack, Inc.)<br>Vahe Melkonian<br>Newco Management Company, LLC<br>6320 Canoga Avenue, Suite 1430<br>Woodland Hills, CA 91367 |
| ***First Class Mail***<br>(Mars Music)<br>David W. Baddley, Esquire<br>Greenberg Traurig, P.A.<br>515 East Las Olas Boulevard<br>Suite 1500<br>Fort Lauderdale, FL 33301 |
| ***First Class Mail***<br>(W.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher, S.R. Ormsbee, M. Rea and the Fisher Trust)<br>Richard B. Spector, Esquire<br>Mark M. Monachino, Esquire<br>Corbett & Steelman<br>18200 Von Karman Avenue, Suite 200<br>Irvine, CA 92612-1086 |
| ***First Class Mail***<br>(Counsel to AON Consulting, Inc.)<br>Barry D. Kleban, Esquire<br>Adelman Lavine Gold and Levin<br>1900 Two Penn Center Plaza<br>Philadelphia, PA 19102-1799 |
| ***First Class Mail***<br>Michael Selig<br>Westover Investments, L.L.C.<br>555 Old Garth Road<br>Charlottesville, VA 22901 |
| ***First Class Mail***<br>(Hearthside Residential Corp.)<br>Allan H. Ickowitz, Esq.<br>Nossaman, Guthner, Knox & Elliott, LLP<br>445 South Figueroa Street, 31st Floor<br>Los Angeles,CA 90071 |
| ***First Class Mail***<br>(Georgia Department of Revenue)<br>Oscar B. Fears, III<br>Assistant Attorney General<br>40 Capitol Square, S.W.<br>Atlanta, GA 30334 |

| |
|---|
| *First Class Mail*<br>Philip J. Ward<br>Victoria Radd Rollins<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC  20005 |
| *First Class Mail*<br>Ralph R. Mabey<br>Penrod W. Keith<br>LeBoeuf, Lamb, Greene & MacRae, LLP<br>1000 Kearns Building<br>Salt Lake City, UT  84101 |
| *First Class Mail*<br>Kelley B. Gelb<br>700 Southeast Third Avenue<br>Suite 100<br>Fort Lauderdale, FL  33316-1186 |
| *First Class Mail*<br>Margaret A. Holland<br>Deputy Attorney General<br>New Jersey Attorney General's Office<br>Division of Law<br>R.J. Hughes Justice Complex<br>P.O. Box 106<br>Trenton, NJ  08625 |
| *First Class Mail*<br>Craig A. Slater, Esquire<br>Harter,Secrest & Emery LLP<br>One HSBC Center, Suite 3550<br>Buffalo, NY  14203-2884 |
| *First Class Mail*<br>Rachel Jeanne Lehr<br>Deputy Attorney General<br>Office of the Attorney General<br>R.J.Hughes Justice Complex<br>P.O. Box 093<br>Trenton, NJ  08625 |
| *First Class Mail*<br>Larry A. Feind<br>133 Peachtree Street, N.E.<br>7th Floor<br>Atlanta ,GA  30303 |

| |
|---|
| ***First Class Mail***<br>Bryan Shapiro<br>Bear, Stearns & Co. Inc.<br>245 Park Avenue<br>New York, NY  10167 |
| ***First Class Mail***<br>(Counsel to County Of Dallas)<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1720<br>Dallas, TX  75201-2691 |
| ***First Class Mail***<br>Marsha A. Penn<br>P.O. Box 3725<br>Houston, TX  77253-3725 |
| ***First Class Mail***<br>Mr. Mark Hankin<br>HanMar Associates, M.L.P.<br>P.O. Box 26767<br>Elkins Park, PA 19027 |
| ***First Class Mail***<br>(Counsel to Travelers Casualty and Surety Company)<br>Lynn K. Neuner, Esquire<br>Simpson, Thacher, & Bartlett<br>425 Lexington Avenue<br>New York, NY  10017-3954 |
| ***First Class Mail***<br>(Counsel to Kaneb Pipe Line Operating Partnership LP and Support Terminal Services, Inc.)<br>Gerald G. Pecht, Esquire<br>Fulbright & Jaworski, LLP<br>1301 McKinney, Suite 5100<br>Houston, TX  77010-3095 |
| ***First Class Mail***<br>Jonathan D. Berger, Esquire<br>Russell Henkin, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103-6365 |
| ***First Class Mail***<br>(Counsel to CMGI)<br>Paul P. Daley, Esquire<br>George W. Shuster, Jr., Esquire<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109 |

| |
|---|
| ***First Class Mail***<br>(Counsel to Louis S. Robles, Esquire and Robles Law Center, P.A.)<br>Nicholas J. LePore, III<br>Schnader Harrison Segal & Lewis LLP<br>Suite 3600, 1600 Market Street<br>Philadelphia, PA  19103 |
| ***First Class Mail***<br>(Counsel to Novak Landfill RD/RA Group)<br>Noel C. Burnham, Esquire<br>Richard G. Placey, Esquire<br>Montgomery, McCracken, Walker & Rhoads LLP<br>123 South Broad Street<br>Avenue of the Arts<br>Philadelphia, PA  19109 |
| ***First Class Mail***<br>(Counsel to the Unofficial Committee of Select Asbestos Claimants)<br>Steven T. Davis, Esquire<br>Edmond M. George, Esquire<br>Obermayer, Rebmann Maxwell & Hippel, LLP<br>One Penn Center, Suite 1900<br>1617 John F. Kennedy Boulevard<br>Philadelphia, PA  19103 |
| ***First Class Mail***<br>DACA V, LLC<br>Attn:  Julie Bubnack<br>2120 W. Washington Street<br>San Diego, CA  92110 |
| ***First Class Mail***<br>(Counsel to Lawson Electric Co.)<br>Ronald D. Gorsline<br>Chambliss, Bahner, & Stophel, P.C.<br>1000 Tallan Building, Ste. 1000<br>Two Union Square<br>Chattanooga, TN  37402-2552 |
| ***First Class Mail***<br>Jon Bauer<br>Contrarian Capital Management, LLC<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT  06830 |
| ***First Class Mail***<br>(Counsel to County of San Diego)<br>Martha E. Romero<br>Law Offices of Martha E. Romero and Associates<br>7743 South Painter Avenue, Suite E<br>Whittier, CA  90602 |

*First Class Mail*
(Counsel to National Union Fire Insurance Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Counsel to The Burlington Northern and Santa Fe Railway Company)
Theresa L. Wasser, Esquire
Burns, White & Hickton, LLC
120 Fifth Avenue, Suite 2400
Pittsburgh, PA  15222

*First Class Mail*
(Counsel to Crossroads Industrial Park, Inc. and Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY  13166

*First Class Mail*
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

*First Class Mail*
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

*First Class Mail*
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
900 Route 9 North
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to State of New York, Dept. of Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

| |
|---|
| *First Class Mail*<br>James J. Restivo, Esquire<br>Reed Smith LLP<br>435 Sixth Avenue<br>Pittsburgh, PA  15219 |
| *First Class Mail*<br>(Counsel to William B. Dunbar)<br>Ted N. Pettit, Esquire<br>Case Bigelow & Lombardi<br>Grosvenor Center, Mauka Tower<br>737 Bishop Street, Suite 2600<br>Honolulu, HI  96813 |
| *First Class Mail*<br>(Counsel to West Group)<br>Michael S. Sandberg, Esquire<br>Hellmuth & Johnson, PLLC<br>10400 Viking Drive, Suite 560<br>Eden Prairie, MN  55344 |
| *First Class Mail*<br>(Counsel to Certain Underwriters at Lloyd's London)<br>Thomas J. Quinn, Esquire<br>Mendes & Mount, LLP<br>750 Seventh Avenue<br>New York, NY  10019-6829 |
| *First Class Mail*<br>(Counsel to the U.S. Environmental Protection Agency)<br>Jerel L. Ellington, Esquire<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>999 18th Street; Suite 945-North Tower<br>Denver, CO  80202 |
| *First Class Mail*<br>(Counsel to the State of Minnesota)<br>Ann Beimdiek Kinsella<br>Assistant Attorney General<br>445 Minnesota Street, Suite 1200<br>St. Paul, MN  55101-2127 |
| *First Class Mail*<br>(Counsel to Daleen Technologies, Inc.)<br>Brian L. Hansen, Esquire<br>Frank W. DeBorder, Esquire<br>Morris, Manning & Martin<br>1600 Atlanta Financial Center<br>3343 Peachtree Road, N.E.<br>Atlanta, GA  30326 |

| |
|---|
| ***First Class Mail***<br>(Counsel to Union Tank Car Company)<br>Deborah L. Thorne, Esquire<br>FabelHaber LLC<br>55 East Monroe Street, 40th Floor<br>Chicago, IL  60603 |
| ***First Class Mail***<br>Jenny J. Hyun, Esquire<br>Weingarten Realty Investors<br>2600 Citadel Plaza Drive<br>Houston, TX  77008 |
| ***First Class Mail***<br>Brad N. Friedman<br>Rachel Fleishman<br>Milberg Weiss Bershad Hynes & Lerach LLP<br>One Pennsylvania Plaza<br>New York, NY  10119-0165 |
| ***First Class Mail***<br>(Counsel to Corpus Christi Gasket & Fastener, Inc.)<br>Timothy P. Dowling, Esquire<br>Gary, Thomasson, Hall & Marks P.C.<br>210 S. Carancahua<br>Corpus Christi, TX  78401 |
| ***First Class Mail***<br>Xerox Capital Services, LLC<br>Attention:  Cathy Flowers<br>800 Carillon Parkway<br>St. Petersburg, FL  33716-9876 |
| ***First Class Mail***<br>(Counsel to Royal Insurance)<br>Carl Pericone, Esquire<br>Wilson, Elser, Moskowitz, Edelman, Dicker LLP<br>150 East 42nd Street<br>New York, NY  10019-5639 |
| ***First Class Mail***<br>(Counsel to James Grau, Anna Grau and Harry Grau & Sons, Inc.)<br>Edward L. Jacobs, Esquire<br>Bankemper & Jacobs<br>The Shaw House<br>26 Audubon Place<br>P.O. Box 70<br>Fort Thomas, KY  41075-0070 |

| |
|---|
| ***First Class Mail*** <br> (Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville ISD, Cameron County, Hildalgo County, Orange Grove, Orange Grove ISD, Premont ISD) <br> Lori Gruver Robertson, Esquire <br> Linebarger Goggan Blair Pena & Sampson, LLP <br> 1949 South I.H. 35 (78741) <br> P.O. Box 17428 <br> Austin, TX  78760 |
| ***First Class Mail*** <br> (Counsel to Carrollton-Farmers Branch Independent School District) <br> Andrea Sheehan, Esquire <br> Law Offices Of Robert E. Luna, P.C. <br> 4411 North Central Expressway <br> Dallas, TX  75205 |
| ***First Class Mail*** <br> (Counsel to Cornell University) <br> Anthony F. Parise <br> Cornell University <br> Office of University Counsel <br> 300 CCC Building, Garden Avenue <br> Ithaca, NY  14853-2601 |
| ***First Class Mail*** <br> (Counsel to Citadel Investment Group, LLC) <br> S. Jay Novatney, Esquire <br> Citadel Investment Group, L.L.C. <br> 225 W. Washington Street, 9th Floor <br> Chicago, IL  60606 |
| ***First Class Mail*** <br> (Counsel to the Libby Mine Claimants) <br> David B. Madoff, Esquire <br> Daniel C. Cohn, Esquire <br> Cohn Khoury Madoff & Whitesell LLP <br> 101 Arch Street <br> Boston, MA  02110 |
| ***First Class Mail*** <br> (Counsel to Enron Corp., et al.) <br> General Counsel <br> Enron Energy Services <br> 1400 Smith Street <br> EB 0889 <br> Houston, TX  77002 |

WLM\171335.1