UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                |
                                                                | Chapter 11
                                                                |
 W.R. GRACE & CO.-CONN.                                         |
                                                                | Case No. 01-01140
                                                                |
                                                                |
               Debtors.                                         |
----------------------------------------------------------------X

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)</u>**

To: (Transferee)

        LONGACRE MASTER FUND, LTD.
        Transferor: CC Wagner & Co.
        810 Seventh Avenue, 22nd Floor
        New York, NY  10019
        Attn:  Vladimir Jelisavcic

A transfer in the amount of <u>$10,863.26</u> from:

        CC Wagner & Co.
        6401 S Archer Rd.
        Summit, IL 60501
        Attn: John Wagner

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                      Intake Clerk
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2003.
Copy:  Debtor's Attorney_____

                                                _____
                                                Deputy Clerk

**<u>LONGACRE</u>**

THE LONGACRE FUNDS

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel: 212-259-4350
Fax: 212-259-4345
www.longacrellc.com

**<u>TRADE CONFIRMATION</u>**

*To:   CC Wagner & Co*
*6401 S Archer Rd*
*Summit, IL 60501*
*Attn:   John Wagner*
*Tel:    708-458-0122*
*Fax:    708-458-0263*

*From:  Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn:   Steven S. Weissman*
*Tel:    212-259-4350*
*Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim agreement which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 3/31/2003 |
| **Seller:** | CC Wagner & Co |
| **Buyer:** | Longacre Master Fund, Ltd. |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding |
| **Claim Amount:** | $10,863.26 |
| **Purchase Rate:** | [deleted]% |
| **Consideration:** | $[deleted] (Claim Amount x Purchase Rate, subject to verification) |
| **Holdback Rate:** | None |

**Disclosure:**         Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim.

**Payments:**          Any payments or distributions made on account of the Claim after the date hereof are for the benefit of Buyer.

**Subject to:**        1) Execution of an Assignment of Claim agreement reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition.

**Settlement:**        As soon as reasonably practical.

**Binding Effect:**    Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim.

**Expiration:**        Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer.

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Christopher Martinez** at the following fax number: (212) 259-4345

ACCEPTED AND AGREED

CC WAGNER & CO

Signature: /s/ John M. Wagner  
Title: President  
Name: John M. Wagner  
Date: 4/1/03

LONGACRE MASTER FUND, LTD.

By: /s/ Steven Weissman  
Name: Steven Weissman  
Title: Director  
Date: 3/31/2003