UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
 W.R. GRACE & CO.-CONN.                                         |
                                                                | Case No. 01-01140
                                                                |
            Debtors.                                            |
----------------------------------------------------------------X


**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)
    LONGACRE MASTER FUND, LTD.
    Transferor: J M Foster Inc.
    810 Seventh Avenue, 22nd Floor
    New York, NY  10019
    Attn:  Vladimir Jelisavcic

A transfer in the amount of $157,728.93 from:

    J M Foster Inc.
    c/o Spangler, Jennings, & Dougherty P.C.
    8396 Mississippi Street
    Merriville, IN 46410
    Attn: Larry Kalina, Esq.


is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.


                      Intake Clerk
-------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2003.
Copy: Debtor's Attorney_____


                 _____
                 Deputy Clerk

**LONGACRE**

THE LONGACRE FUNDS

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel: 212-259-4350
Fax: 212-259-4345
www.longacrellc.com

## TRADE CONFIRMATION

*To:   J M Foster Inc*
*c/o Spangler, Jennings & Dougherty P.C.*
*8396 Mississippi St.*
*Merrillville, IN 46410*
*Attn:   Larry Kalina, Esq*
*Tel:    219-769-2323*
*Fax:    219-769-5007*

*From: Longacre Management, LLC*
*810 Seventh Avenue, 22nd Floor*
*New York, NY 10019*
*Attn:   Steven S. Weissman*
*Tel:    212-259-4350*
*Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim agreement which are incorporated herein by reference:

| | |
|---|---|
| **Trade Date:** | 3/25/2003 |
| **Seller:** | J M Foster Inc |
| **Buyer:** | Longacre Master Fund, Ltd. |
| **Debtor:** | W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession |
| **Type of Instrument:** | Claim subject to Debtor's Chapter 11 Proceeding |
| **Claim Amount:** | $157,728.93 |
| **Purchase Rate:** | [deleted]% |
| **Consideration:** | $[deleted] (Claim Amount x Purchase Rate, subject to verification) |
| **Holdback Rate:** | None |

**Disclosure:**         Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim.

**Payments:**           Any payments or distributions made on account of the Claim after payment of the consideration are for the benefit of Buyer.

**Subject to:**         1) Execution of an Assignment of Claim agreement reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition.

**Settlement:**         As soon as reasonably practical.

**Binding Effect:**     Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim.

**Expiration:**         Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer.

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to the following fax number: (212) 259-4345

ACCEPTED AND AGREED

J M FOSTER INC

Signature:____/s/ James A. Lee_____
Title:_____President, J.M. Foster Inc._____
Name:_____James A. Lee_____
Date:_____3/25/03_____

LONGACRE MASTER FUND, LTD.

By:_____/s/ Steven Weissman_____
Name: Steven Weissman
Title: Director
Date: 3/25/2003