REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1019430
One Town Center Road                     Invoice Date      03/31/03
Boca Raton, FL   33486                   Client Number       172573

==============================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Expenses                          598.57

                 TOTAL BALANCE DUE UPON RECEIPT        $ 598.57
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                        Invoice Number      1019430
One Town Center Road                   Invoice Date      03/31/03
Boca Raton, FL    33486                Client Number      172573
                                       Matter Number        60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Color Printing                          43.56
    Telephone Expense                        4.82
    Documentation Charge                    20.97
    Duplicating/Printing                   224.40
    Postage Expense                          3.92
    Courier Service                        213.12
    Outside Duplicating                     19.60
    Telephone - Outside                     68.18

              CURRENT EXPENSES                        598.57
                                                 -------------

              TOTAL BALANCE DUE UPON RECEIPT      $ 598.57
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1019430
One Town Center Road                     Invoice Date      03/31/03
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/15/03 | Postage Expense | 1.80 |
| 01/16/03 | Color Printing | 43.56 |
| 01/27/03 | Courier Service PARCELS 1/22/03 15132 J.LORD | 35.00 |
| 01/29/03 | 561-362-1533/BOCA RATON, FL/4 | .23 |
| 01/30/03 | Courier Service FEDEX | 21.56 |
| 01/30/03 | Courier Service FEDEX | 21.56 |
| 01/30/03 | 215-851-8250/PHILA, PA/1 | .12 |
| 02/01/03 | ATTY # 0559: 21 COPIES | 3.15 |
| 02/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/01/03 | ATTY # 0559: 22 COPIES | 3.30 |
| 02/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/01/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0559; 7 COPIES | 1.05 |
| 02/03/03 | ATTY # 0559; 8 COPIES | 1.20 |
| 02/03/03 | ATTY # 0559; 22 COPIES | 3.30 |
| 02/03/03 | 561-362-1583/BOCA RATON, FL/2 | .17 |
| 02/03/03 | Postage Expense | .60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019430
60026  Litigation and Litigation Consulting     Page   2
       March 31, 2003
```

| Date | Description | Amount |
|---|---|---|
| 02/03/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/03/03 | ATTY # 0349: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0559: 43 COPIES | 6.45 |
| 02/03/03 | ATTY # 0559: 3 COPIES | .45 |
| 02/03/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/04/03 | ATTY # 0559; 14 COPIES | 2.10 |
| 02/04/03 | ATTY # 0559; 28 COPIES | 4.20 |
| 02/04/03 | ATTY # 0559; 2 COPIES | .30 |
| 02/04/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/03 | ATTY # 0559: 21 COPIES | 3.15 |
| 02/04/03 | ATTY # 0559: 3 COPIES | .45 |
| 02/04/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/04/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/03 | ATTY # 0559: 28 COPIES | 4.20 |
| 02/04/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/04/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/04/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/04/03 | ATTY # 0559: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019430
60026  Litigation and Litigation Consulting     Page   3
       March 31, 2003
```

| Date | Description | Amount |
|---|---|---|
| 02/04/03 | ATTY # 0559: 4 COPIES | .60 |
| 02/04/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 02/04/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/04/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/04/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/04/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/04/03 | ATTY # 0559: 3 COPIES | .45 |
| 02/04/03 | ATTY # 0559: 42 COPIES | 6.30 |
| 02/04/03 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/04/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/05/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/05/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/05/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/06/03 | ATTY # 0349: 26 COPIES | 3.90 |
| 02/06/03 | ATTY # 0887: 20 COPIES | 3.00 |
| 02/06/03 | 215-851-8250/PHILA, PA/10 | .58 |
| 02/07/03 | ATTY # 0559; 14 COPIES | 2.10 |
| 02/07/03 | ATTY # 0559; 3 COPIES | .45 |
| 02/07/03 | ATTY # 0559: 3 COPIES | .45 |
| 02/10/03 | ATTY # 0349; 9 COPIES | 1.35 |

```
172573 W. R. Grace & Co.                          Invoice Number  1019430
60026  Litigation and Litigation Consulting        Page   4
       March 31, 2003
```

| Date | Description | Amount |
|---|---|---|
| 02/10/03 | ATTY # 0718; 466 COPIES | 69.90 |
| 02/10/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/10/03 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/10/03 | ATTY # 0718: 1 COPIES | .15 |
| 02/10/03 | ATTY # 0718: 4 COPIES | .60 |
| 02/10/03 | ATTY # 0718: 4 COPIES | .60 |
| 02/10/03 | 561-362-1533/BOCA RATON, FL/21 | 1.20 |
| 02/11/03 | ATTY # 0559; 21 COPIES | 3.15 |
| 02/11/03 | ATTY # 0718; 1 COPIES | .15 |
| 02/11/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/11/03 | ATTY # 0559: 4 COPIES | .60 |
| 02/11/03 | ATTY # 0349: 1 COPIES | .15 |
| 02/11/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/11/03 | ATTY # 0559: 4 COPIES | .60 |
| 02/11/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/11/03 | 412-288-3037/PITTSBURGH, PA/13 | .81 |
| 02/12/03 | 510-466-6924/OAKLAND, CA/5 | .34 |
| 02/12/03 | ATTY # 1799; 9 COPIES | 1.35 |
| 02/12/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/12/03 | ATTY # 0885: 6 COPIES | .90 |
| 02/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/12/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/12/03 | ATTY # 0885: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019430
60026  Litigation and Litigation Consulting      Page   5
       March 31, 2003
```

| | | |
|---|---|---|
| 02/13/03 | ATTY # 0559; 15 COPIES | 2.25 |
| 02/13/03 | ATTY # 0559; 15 COPIES | 2.25 |
| 02/13/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/13/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/13/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/13/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/13/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/13/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/13/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/13/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/13/03 | ATTY # 0885: 18 COPIES | 2.70 |
| 02/13/03 | ATTY # 1911: 3 COPIES | .45 |
| 02/13/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/13/03 | 215-851-8250/PHILA, PA/12 | .75 |
| 02/14/03 | 561-362-1583/BOCA RATON, FL/2 | .11 |
| 02/14/03 | ATTY # 0559: 21 COPIES | 3.15 |
| 02/14/03 | ATTY # 0885: 6 COPIES | .90 |
| 02/14/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/14/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/14/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/14/03 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/14/03 | ATTY # 0885: 11 COPIES | 1.65 |
| 02/14/03 | ATTY # 0396: 8 COPIES | 1.20 |
| 02/14/03 | ATTY # 0885: 15 COPIES | 2.25 |
| 02/14/03 | ATTY # 0885: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                      Invoice Number  1019430
60026  Litigation and Litigation Consulting   Page   6
       March 31, 2003
```

| Date | Description | Amount |
|---|---|---|
| 02/14/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/14/03 | ATTY # 0885: 5 COPIES | .75 |
| 02/14/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/14/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/15/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/16/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/16/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/17/03 | Telephone - Outside - - VENDOR: CHORUS CALL, INC. | 68.18 |
| 02/17/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/17/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/17/03 | 617-426-6255/BOSTON, MA/1 | .11 |
| 02/17/03 | 312-861-3070/CHICAGO, IL/7 | .40 |
| 02/18/03 | Duplicating Expense - - VENDOR: ALL-STATE INTERNATIONAL INC TABS | 20.97 |
| 02/18/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/18/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/18/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/18/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/18/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/18/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/18/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/18/03 | ATTY # 0559: 9 COPIES | 1.35 |
| 02/18/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/19/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/19/03 | ATTY # 0885: 15 COPIES | 2.25 |
| 02/19/03 | ATTY # 0885: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019430
60026  Litigation and Litigation Consulting     Page   7
       March 31, 2003
```

02/19/03   ATTY # 0559: 2 COPIES                                    .30

02/19/03   ATTY # 0885: 1 COPIES                                    .15

02/19/03   ATTY # 0559: 2 COPIES                                    .30

02/20/03   ATTY # 0885: 1 COPIES                                    .15

02/20/03   ATTY # 0885: 9 COPIES                                   1.35

02/20/03   ATTY # 0885: 1 COPIES                                    .15

02/20/03   ATTY # 0885: 1 COPIES                                    .15

02/20/03   ATTY # 0885: 2 COPIES                                    .30

02/20/03   ATTY # 0710: 1 COPIES                                    .15

02/20/03   ATTY # 0718: 3 COPIES                                    .45

02/20/03   ATTY # 0718: 3 COPIES                                    .45

02/20/03   Courier Service PARCELS 2/10/03 15431               135.00
           J.LORD-electronic filing charges

02/21/03   ATTY # 0885: 1 COPIES                                    .15

02/21/03   ATTY # 0885: 15 COPIES                                  2.25

02/21/03   ATTY # 0885: 3 COPIES                                    .45

02/21/03   ATTY # 0885: 1 COPIES                                    .15

02/21/03   ATTY # 0885: 1 COPIES                                    .15

02/21/03   ATTY # 0885: 1 COPIES                                    .15

02/21/03   ATTY # 0885: 4 COPIES                                    .60

02/21/03   ATTY # 0885: 1 COPIES                                    .15

02/21/03   ATTY # 0559: 6 COPIES                                    .90

02/24/03   Courier Service: JOHN LORD INVOICE #1929            19.60
           PARCELS, INC.-

02/24/03   ATTY # 0718; 20 COPIES                                  3.00

02/24/03   ATTY # 0718; 4 COPIES                                    .60

02/24/03   ATTY # 0885: 1 COPIES                                    .15

172573 W. R. Grace & Co.                      Invoice Number  1019430
60026  Litigation and Litigation Consulting   Page   8
       March 31, 2003

02/24/03   ATTY # 0559: 6 COPIES                              .90

02/24/03   ATTY # 0885: 10 COPIES                           1.50

02/24/03   ATTY # 0885: 3 COPIES                             .45

02/24/03   ATTY # 0885: 5 COPIES                             .75

02/24/03   ATTY # 0885: 6 COPIES                             .90

02/24/03   ATTY # 0885: 2 COPIES                             .30

02/24/03   ATTY # 0885: 6 COPIES                             .90

02/24/03   ATTY # 0559: 1 COPIES                             .15

02/24/03   ATTY # 0559: 3 COPIES                             .45

02/24/03   ATTY # 0559: 3 COPIES                             .45

02/24/03   ATTY # 0885: 6 COPIES                             .90

02/24/03   ATTY # 0235: 3 COPIES                             .45

02/25/03   Postage Expense                                 1.52

02/25/03   ATTY # 0885: 5 COPIES                             .75

02/25/03   ATTY # 0349: 3 COPIES                             .45

02/25/03   ATTY # 0349: 1 COPIES                             .15

02/25/03   ATTY # 0885: 1 COPIES                             .15

02/25/03   ATTY # 0885: 4 COPIES                             .60

02/25/03   ATTY # 0885: 15 COPIES                           2.25

02/25/03   ATTY # 0885: 2 COPIES                             .30

02/25/03   ATTY # 0885: 1 COPIES                             .15

02/25/03   ATTY # 0559: 3 COPIES                             .45

02/25/03   ATTY # 0349: 17 COPIES                           2.55

02/25/03   ATTY # 0349: 25 COPIES                           3.75

02/25/03   ATTY # 0349: 1 COPIES                             .15

02/25/03   ATTY # 0559: 3 COPIES                             .45

```
172573 W. R. Grace & Co.                        Invoice Number  1019430
60026  Litigation and Litigation Consulting     Page   9
       March 31, 2003
```

| | | |
|---|---|---|
| 02/26/03 | ATTY # 0349: 3 COPIES | .45 |
| 02/26/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/26/03 | ATTY # 0349: 9 COPIES | 1.35 |
| 02/26/03 | ATTY # 0349: 25 COPIES | 3.75 |
| 02/26/03 | ATTY # 0559: 5 COPIES | .75 |
| 02/26/03 | ATTY # 0559: 5 COPIES | .75 |
| 02/26/03 | ATTY # 0559: 5 COPIES | .75 |
| 02/27/03 | ATTY # 0349: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0349: 26 COPIES | 3.90 |

```
                        CURRENT EXPENSES                 598.57
                                                    ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $ 598.57
                                                    ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1019431
5400 Broken Sound Blvd., N.W.            Invoice Date      03/31/03
Boca Raton, FL 33487                     Client Number      172573

================================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

    Expenses                          20,652.89

                    TOTAL BALANCE DUE UPON RECEIPT      $ 20,652.89
                                                        =============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


  W. R. Grace                         Invoice Number      1019431
  5400 Broken Sound Blvd., N.W.       Invoice Date       03/31/03
  Boca Raton, FL 33487                Client Number        172573
                                      Matter Number         60028
```

===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     Binding Charge                           6.00
     Telephone Expense                       30.12
     Documentation Charge                    20.00
     Duplicating/Printing                 1,809.15
     Lexis                                  275.54
     Postage Expense                         30.72
     Courier Service                        355.83
     Transcript Expense                     549.20
     Deposition Expense                     156.75
     Courier Service - Outside                2.61
     Outside Duplicating                  8,596.48
     Secretarial Overtime                    90.00
     Lodging                              2,300.04
     Air Travel Expense                   6,784.14
     Taxi Expense                           679.60
     Mileage Expense                        378.86
     Meal Expense                           890.09
     Telephone - Outside                     21.00


                   CURRENT EXPENSES                20,652.89
                                                 -------------

                   TOTAL BALANCE DUE UPON RECEIPT  $ 20,652.89
                                                 =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



  W. R. Grace                            Invoice Number     1019431
  5400 Broken Sound Blvd., N.W.          Invoice Date     03/31/03
  Boca Raton, FL 33487                   Client Number      172573
                                         Matter Number       60028
```

=========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|--:|
| 01/15/03 | 617-426-5900/BOSTON, MA/3 | .23 |
| 01/15/03 | 302-652-5340/WILMINGTON, DE/37 | 2.11 |
| 01/17/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 01/17/03 | 302-778-7552/WILMINGTON, DE/1 | .11 |
| 01/21/03 | 302-652-5340/WILMINGTON, DE/1 | .11 |
| 01/22/03 | 561-362-1533/BOCA RATON, FL/10 | .57 |
| 01/23/03 | 561-362-1533/BOCA RATON, FL/3 | .17 |
| 01/23/03 | 302-652-5340/WILMINGTON, DE/4 | .23 |
| 01/23/03 | RESTIVO/JAMES J 27JAN PIT PHL PIT-coach-class airfare for attendance at omnibus hearing in Wilmington, DE | 597.50 |
| 01/24/03 | ATTY # 0396: 9 COPIES | 1.35 |
| 01/24/03 | ATTY # 0559: 27 COPIES | 4.05 |
| 01/24/03 | ATTY # 0396: 4 COPIES | .60 |
| 01/24/03 | ATTY # 0396: 5 COPIES | .75 |
| 01/24/03 | 561-362-1533/BOCA RATON, FL/8 | .46 |
| 01/24/03 | FLATLEY/LAWRENCE-first-class  ticket purchased (Pit to Naples, FL) because no other arrangements available | 1184.00 |
| 01/24/03 | 302-652-5340/WILMINGTON, DE/2 | .17 |

```
172573 W. R. Grace & Co.                      Invoice Number  1019431
60028  ZAI Science Trial                      Page   2
       March 31, 2003
```

| Date | Description | Amount |
|------|-------------|-------:|
| 01/24/03 | 843-727-6513/CHARLESTON, SC/1 | .11 |
| 01/27/03 | ATTY # 0856; 15 COPIES | 1.50 |
| 01/27/03 | 561-362-1533/BOCA RATON, FL/50 | 2.85 |
| 01/28/03 | 843-727-6672/CHARLESTON, SC/8 | .46 |
| 01/28/03 | 617-426-0135/BOSTON, MA/2 | .17 |
| 01/29/03 | 302-652-5340/WILMINGTON, DE/10 | .57 |
| 01/29/03 | 617-426-0135/BOSTON, MA/2 | .11 |
| 01/31/03 | Courier Service | 7.32 |
| 02/03/03 | ATTY # 0349; 14 COPIES | 2.10 |
| 02/03/03 | ATTY # 0856; 77 COPIES | 7.70 |
| 02/03/03 | ATTY # 0559; 1 COPIES | .15 |
| 02/03/03 | ATTY # 1911; 6 COPIES | .90 |
| 02/03/03 | ATTY # 0885; 7 COPIES | 1.05 |
| 02/03/03 | ATTY # 0885; 10 COPIES | 1.50 |
| 02/03/03 | ATTY # 0885; 26 COPIES | 3.90 |
| 02/03/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0349: 3 COPIES | .45 |
| 02/03/03 | ATTY # 0349: 6 COPIES | .90 |
| 02/03/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/03/03 | ATTY # 0396: 4 COPIES | .60 |
| 02/03/03 | ATTY # 0349: 3 COPIES | .45 |
| 02/03/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/03/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/03/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/03/03 | ATTY # 0396: 4 COPIES | .60 |
| 02/03/03 | ATTY # 0559: 7 COPIES | 1.05 |

172573  W. R. Grace & Co.                              Invoice Number  1019431
60028  ZAI Science Trial                               Page   3
       March 31, 2003


02/03/03   ATTY # 0559: 7 COPIES                                      1.05

02/03/03   ATTY # 0559: 2 COPIES                                       .30

02/03/03   ATTY # 0559: 2 COPIES                                       .30

02/03/03   ATTY # 0559: 1 COPIES                                       .15

02/04/03   Meal Expense - - VENDOR: DOUGLAS E. CAMERON-             33.00
           LUNCH FOR DEPOSITION PREPARATION FOR F. EATON
           (NAPLES, FL.) 1/29-1/31/03

02/04/03   Taxi Expense - - VENDOR: DOUGLAS E. CAMERON             86.00
           DEPOSITION PREPARATION FOR F. EATON (NAPLES,
           FL.) 1/29-1/31/03-multiple taxi trips between
           hotel and Debtor's offices.

02/04/03   Mileage Expense - - VENDOR: DOUGLAS E. CAMERON          49.28
           DEPOSITION PREPARATION FOR F. EATON (NAPLES,
           FL.) 1/29-1/31/03

02/04/03   Meal Expense - - VENDOR: DOUGLAS E. CAMERON             36.68
           DEPOSITION-DINNER FOR PREPARATION FOR F. EATON
           (NAPLES, FL) 1/29-1/30/03

02/04/03   Lodging - - VENDOR: DOUGLAS E. CAMERON                 283.34
           DEPOSITION PREPARATION FOR F. EATON (NAPLES,
           FL) 1/29-1/30/03

02/04/03   Air Travel Expense - - VENDOR: DOUGLAS E.             1159.00
           CAMERON DEPOSITION PREPARATION FOR F. EATON
           (NAPLES, FL) 1/29-1/30/03-coach-class ticket
           (refundable)

02/04/03   Air Travel Expense-Douglas E. Cameron                  37.37
           Deposiiton preparation for F. Eaton(Naples, FL)
           1/29-1/30/03 Air Ticket fee, fax

02/04/03   Postage Expense                                         1.48

02/04/03   Courier Service UPS                                     22.88

02/04/03   ATTY # 0856; 347 COPIES                                34.70

02/04/03   ATTY # 0559; 16 COPIES                                  2.40

02/04/03   ATTY # 0559; 7 COPIES                                   1.05

02/04/03   ATTY # 0885; 18 COPIES                                  2.70

02/04/03   ATTY # 0885; 16 COPIES                                  2.40

172573 W. R. Grace & Co.                          Invoice Number  1019431
60028  ZAI Science Trial                          Page   4
       March 31, 2003

02/04/03   ATTY # 0559: 24 COPIES                              3.60

02/04/03   ATTY # 0885: 1 COPIES                                .15

02/04/03   ATTY # 0885: 1 COPIES                                .15

02/04/03   ATTY # 0559: 7 COPIES                               1.05

02/04/03   ATTY # 0885: 1 COPIES                                .15

02/04/03   ATTY # 0885: 3 COPIES                                .45

02/04/03   561-362-1533/BOCA RATON, FL/19                      1.14

02/04/03   302-778-7517/WILMINGTON, DE/1                        .11

02/04/03   561-362-1533/BOCA RATON, FL/6                        .40

02/05/03   Postage Expense                                      .74

02/05/03   Postage Expense                                      .74

02/05/03   Courier Service UPS                                33.01

02/05/03   Courier Service UPS                                 3.74

02/05/03   ATTY # 0885; 8 COPIES                               1.20

02/05/03   ATTY # 0885; 1 COPIES                                .15

02/05/03   ATTY # 1911; 6 COPIES                                .90

02/05/03   ATTY # 0885: 1 COPIES                                .15

02/05/03   ATTY # 0885: 1 COPIES                                .15

02/05/03   ATTY # 0856: 8 COPIES                               1.20

02/05/03   ATTY # 0856: 14 COPIES                              2.10

02/05/03   ATTY # 0856: 14 COPIES                              2.10

02/05/03   ATTY # 0885: 2 COPIES                                .30

02/06/03   ATTY # 0856; 116 COPIES                            11.60

02/06/03   ATTY # 0349: 3 COPIES                                .45

02/06/03   ATTY # 0856: 14 COPIES                              2.10

02/06/03   ATTY # 0856: 16 COPIES                              2.40

172573  W. R. Grace & Co.                          Invoice Number  1019431
60028  ZAI Science Trial                           Page   5
       March 31, 2003

02/06/03   ATTY # 0856: 16 COPIES                              2.40

02/06/03   ATTY # 0856: 32 COPIES                              4.80

02/07/03   Courier Service UPS                                26.73

02/07/03   ATTY # 0856; 26 COPIES                              3.90

02/07/03   ATTY # 0856; 1 COPIES                                .15

02/07/03   ATTY # 0856; 318 COPIES                            31.80

02/07/03   ATTY # 0856; 148 COPIES                            14.80

02/07/03   ATTY # 0856; 10 COPIES                              1.50

02/07/03   ATTY # 0856; 4 COPIES                                .60

02/07/03   ATTY # 0559; 92 COPIES                             13.80

02/07/03   ATTY # 0856; 1 COPIES                                .15

02/07/03   ATTY # 0559: 1 COPIES                                .15

02/07/03   ATTY # 0856: 32 COPIES                              4.80

02/07/03   ATTY # 0559: 7 COPIES                               1.05

02/07/03   ATTY # 0559: 7 COPIES                               1.05

02/07/03   ATTY # 0559: 8 COPIES                               1.20

02/07/03   ATTY # 0559: 7 COPIES                               1.05

02/07/03   ATTY # 0559: 7 COPIES                               1.05

02/07/03   ATTY # 0559: 1 COPIES                                .15

02/07/03   ATTY # 0856: 2 COPIES                                .30

02/07/03   ATTY # 0559: 48 COPIES                              7.20

02/07/03   ATTY # 0559: 35 COPIES                              5.25

02/07/03   ATTY # 0559: 1 COPIES                                .15

02/07/03   ATTY # 0559: 1 COPIES                                .15

02/07/03   ATTY # 0559: 1 COPIES                                .15

02/07/03   ATTY # 0559: 6 COPIES                                .90

```
172573 W. R. Grace & Co.                    Invoice Number  1019431
  60028  ZAI Science Trial                  Page   6
         March 31, 2003
```

| | | |
|---|---|---|
| 02/07/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 02/07/03 | Dow Jones Database | 1.60 |
| 02/08/03 | ATTY # 0856: 16 COPIES | 2.40 |
| 02/09/03 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/10/03 | 302-652-5340/WILMINGTON, DE/3 | .23 |
| 02/10/03 | 843-727-6513/CHARLESTON, SC/8 | .46 |
| 02/10/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/03 | ATTY # 0856: 2 COPIES | .30 |
| 02/10/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/03 | ATTY # 0559: 4 COPIES | .60 |
| 02/10/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/10/03 | ATTY # 0559: 2 COPIES | .30 |

02/11/03   Meal Expense - - VENDOR: LAWRENCE E. FLATLEY        152.24
           TRIP TO NAPLES, FL, BOSTON, MA 1/29-1/30,
           2/3-2/5/03-meals during trips to Florida and
           Boston (breakfasts, lunches and dinners)

02/11/03   Lodging - - VENDOR: LAWRENCE E. FLATLEY TRIP TO      454.27
           NAPLES, FL, and BOSTON, MA 1/29-1/30,
           2/3-2/5/03 for depositions and ZAI Trial
           Strategy meetings

02/11/03   Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY         150.00
           TRIP TO NAPLES, FL, BOSTON, MA 1/29-1/30,
           2/3-2/5/03-taxi from Boston airport to hotel and
           return to airport; taxi travel to/from airport
           in Naples, FL; taxi travels between hotels adn
           offices.

02/11/03   Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY       65.10
           TRIP TO NAPLES, FL, BOSTON, MA 1/29-1/30,
           2/3-2/5/03 for deposition and ZAI Trial
           strategy meetings-trips to and from Pittsburgh
           International Airport.

02/11/03   Lodging Expense - - VENDOR: LAWRENCE E. FLATLEY        5.00
           TRIP TO NAPLES, FL, BOSTON, MA 1/29-1/30,
           2/3-2/5/03 TIPS

```
172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page   7
       March 31, 2003
```

| | | |
|---|---|---|
| 02/11/03 | ATTY # 0559; 452 COPIES | 45.20 |
| 02/11/03 | ATTY # 0349; 8 COPIES | 1.20 |
| 02/11/03 | Lexis | 56.54 |
| 02/11/03 | 561-362-1533/BOCA RATON, FL/37 | 2.11 |
| 02/12/03 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON ADDITIONAL CHARGES ON TRIP TO NAPLES FL FOR DEPOSITION OF F. EATON 2/6/03 | 44.77 |
| 02/12/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON LUNCH FOR MEETING WITH R. FINKE, WITNESS AND GRACE LAWYERS FOR DEPOSITION PREPARATION | 24.12 |
| 02/12/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON LUNCH FOR MEETING WITH WITNESS, COURT REPORTER, VIDEOGRAPHER, COUNSEL FOR GRACE AND COUNSEL FOR ZAI CLAIMANTS (8 lunches purchased). | 71.82 |
| 02/12/03 | Postage Expense | .37 |
| 02/12/03 | ATTY # 0558; 44 COPIES | 6.60 |
| 02/12/03 | ATTY # 0885; 24 COPIES | 3.60 |
| 02/12/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/12/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 02/12/03 | 302-652-5340/WILMINGTON, DE/1 | .11 |
| 02/13/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON DEPOSITION OF F. EATON (NAPLES FL) 2/5-2/6/03 | 55.00 |
| 02/13/03 | Lodging - - VENDOR: DOUGLAS E. CAMERON DEPOSITION OF F. EATON (NAPLES FL) 2/5-2/6/03 | 10.00 |
| 02/13/03 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON DEPOSITION OF F. EATON (NAPLES FL) 2/5-2/6/03 -trips to and from Pittsburgh International Airport. | 49.28 |
| 02/13/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON DEPOSITION OF F. EATON (NAPLES FL) 2/5-2/7/03 (multiple meals) | 140.55 |
| 02/13/03 | Lodging - - VENDOR: DOUGLAS E. CAMERON DEPOSITION OF F. EATON (NAPLES FL) 2/5-2/7/03 | 185.30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page   8
       March 31, 2003
```

| Date | Description | Amount |
|---|---|---|
| 02/13/03 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON DEPOSITION OF F. EATON (NAPLES FL) 2/5-2/7/03-one coach-class (refundable) ticket | 1295.00 |
| 02/13/03 | Telephone - Outside - - VENDOR: DOUGLAS E. CAMERON DEPOSITION OF F. EATON (NAPLES FL) 2/5-2/7/03 | 5.00 |
| 02/13/03 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON DEPOSITION OF F. EATON (NAPLES FL) 2/5-2/7/03 TICKET FEE | 25.00 |
| 02/13/03 | Courier Service UPS | 14.22 |
| 02/13/03 | ATTY # 0559; 106 COPIES | 15.90 |
| 02/13/03 | ATTY # 1911; 3 COPIES | .45 |
| 02/13/03 | ATTY # 1911; 8 COPIES | 1.20 |
| 02/13/03 | ATTY # 0559; 7 COPIES | 1.05 |
| 02/13/03 | ATTY # 0856; 17 COPIES | 2.55 |
| 02/13/03 | 302-984-6018/WILMINGTON, DE/2 | .11 |
| 02/13/03 | 302-652-5340/WILMINGTON, DE/2 | .11 |
| 02/14/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. -copies of documents produced in hard copy by Casner & Edwards for deposition preparation support | 2323.24 |
| 02/14/03 | Postage Expense | 1.48 |
| 02/14/03 | Postage Expense | 1.11 |
| 02/14/03 | Postage Expense | 1.48 |
| 02/14/03 | RICHARDSON PATRICK WESTBROOK  #63039 12/14/03 DEPOSIT - PHOTOCOPIES | -2323.24 |
| 02/14/03 | ATTY # 1911; 9 COPIES | 1.35 |
| 02/14/03 | ATTY # 1911; 51 COPIES | 7.65 |
| 02/14/03 | ATTY # 0885; 22 COPIES | 3.30 |
| 02/14/03 | ATTY # 0856; 436 COPIES | 43.60 |
| 02/14/03 | ATTY # 1911; 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1019431
60028  ZAI Science Trial                    Page   9
       March 31, 2003
```

| | | |
|---|---|---:|
| 02/14/03 | ATTY # 0856; 47 COPIES | 4.70 |
| 02/14/03 | ATTY # 0856; 104 COPIES | 15.60 |
| 02/14/03 | ATTY # 0856; 60 COPIES | 9.00 |
| 02/14/03 | ATTY # 1911; 17 COPIES | 2.55 |
| 02/14/03 | ATTY # 0559; 14 COPIES | 2.10 |
| 02/14/03 | ATTY # 1911; 1 COPIES | .10 |
| 02/14/03 | ATTY # 1911; 1 COPIES | .15 |
| 02/14/03 | ATTY # 1911; 11 COPIES | 1.65 |
| 02/14/03 | ATTY # 1911; 3 COPIES | .45 |
| 02/14/03 | ATTY # 1911; 82 COPIES | 12.30 |
| 02/14/03 | ATTY # 0396; 35 COPIES | 5.25 |
| 02/14/03 | ATTY # 1911; 10 COPIES | 1.50 |
| 02/14/03 | ATTY # 0885; 11 COPIES | 1.65 |
| 02/14/03 | ATTY # 0856; 192 COPIES | 19.20 |
| 02/14/03 | ATTY # 0885; 4 COPIES | .60 |
| 02/14/03 | ATTY # 0856; 29 COPIES | 4.35 |
| 02/14/03 | ATTY # 0856; 360 COPIES | 36.00 |
| 02/14/03 | ATTY # 0856; 149 COPIES | 14.90 |
| 02/14/03 | ATTY # 1911; 302 COPIES | 30.20 |
| 02/14/03 | ATTY # 1911; 78 COPIES | 7.80 |
| 02/14/03 | ATTY # 1911; 568 COPIES | 56.80 |
| 02/14/03 | ATTY # 0856; 24 COPIES | 3.60 |
| 02/14/03 | ATTY # 0856; 68 COPIES | 10.20 |
| 02/14/03 | ATTY # 0885; 17 COPIES | 2.55 |
| 02/14/03 | ATTY # 0856: 1 COPIES | .15 |
| 02/14/03 | ATTY # 0559: 3 COPIES | .45 |

```
172573 W. R. Grace & Co.                    Invoice Number  1019431
60028  ZAI Science Trial                    Page  10
       March 31, 2003
```

| | | |
|---|---|---|
| 02/14/03 | ATTY # 0396: 4 COPIES | .60 |
| 02/14/03 | ATTY # 0559: 3 COPIES | .45 |
| 02/14/03 | ATTY # 0856: 7 COPIES | 1.05 |
| 02/14/03 | ATTY # 0559: 3 COPIES | .45 |
| 02/14/03 | ATTY # 0559: 6 COPIES | .90 |
| 02/14/03 | ATTY # 0559: 6 COPIES | .90 |
| 02/14/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 02/14/03 | 561-362-1533/BOCA RATON, FL/30 | 1.71 |
| 02/14/03 | 561-362-1533/BOCA RATON, FL/38 | 2.22 |
| 02/15/03 | ATTY # 0559; 61 COPIES | 9.15 |
| 02/15/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 02/15/03 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/15/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/15/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/15/03 | ATTY # 0559: 5 COPIES | .75 |
| 02/16/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/16/03 | ATTY # 0559: 6 COPIES | .90 |
| 02/16/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/16/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/16/03 | ATTY # 0559: 5 COPIES | .75 |
| 02/16/03 | ATTY # 0559: 63 COPIES | 9.45 |
| 02/16/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/16/03 | ATTY # 0559: 4 COPIES | .60 |
| 02/16/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/16/03 | Secretarial Overtime – secretarial support for D. Cameron preparation for depositions | 90.00 |
| 02/17/03 | Postage Expense | .74 |

172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page  11
       March 31, 2003

02/17/03   Courier Service UPS                              255.25

02/17/03   ATTY # 0856; 26 COPIES                             3.90

02/17/03   ATTY # 0856; 96 COPIES                             9.60

02/17/03   ATTY # 0559; 206 COPIES                           20.60

02/17/03   ATTY # 0856; 78 COPIES                            11.70

02/17/03   ATTY # 0856; 282 COPIES                           28.20

02/17/03   ATTY # 0856; 25 COPIES                             3.75

02/17/03   ATTY # 0856; 133 COPIES                           19.95

02/17/03   ATTY # 0856; 668 COPIES                           66.80

02/17/03   ATTY # 0559; 77 COPIES                            11.55

02/17/03   ATTY # 0856; 465 COPIES                           46.50

02/17/03   ATTY # 0856; 1098 COPIES                         109.80

02/17/03   ATTY # 0559: 16 COPIES                             2.40

02/17/03   ATTY # 0559: 17 COPIES                             2.55

02/17/03   ATTY # 0559: 6 COPIES                               .90

02/17/03   ATTY # 0559: 17 COPIES                             2.55

02/17/03   ATTY # 0559: 17 COPIES                             2.55

02/17/03   ATTY # 0559: 6 COPIES                               .90

02/17/03   ATTY # 0559: 1 COPIES                               .15

02/17/03   561-362-1533/BOCA RATON, FL/13                      .74

02/17/03   561-362-1533/BOCA RATON, FL/75                     4.28

02/17/03   508-339-9119/MANSFIELD, MA/75                      4.28

02/17/03   561-362-1533/BOCA RATON, FL/7                       .40

02/18/03   Outside Duplicating - - VENDOR: IKON OFFICE      286.85
           SOLUTIONS, INC. -copies of documents produced
           in paper form form Winthrop Square repository.

```
172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page  12
       March 31, 2003
```

| Date | Description | Amount |
|---|---|---|
| 02/18/03 | Outside Duplicating - - VENDOR: IKON OFFICE SOLUTIONS, INC. -copies of documents produced in hard copy by Casner & Edwards for deposition preparation support | 1605.58 |
| 02/18/03 | Postage Expense | 1.85 |
| 02/18/03 | ATTY # 1911; 1471 COPIES | 147.10 |
| 02/18/03 | ATTY # 0856; 45 COPIES | 6.75 |
| 02/18/03 | ATTY # 0885; 35 COPIES | 5.25 |
| 02/18/03 | ATTY # 1911; 12 COPIES | 1.80 |
| 02/18/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/18/03 | ATTY # 0559: 13 COPIES | 1.95 |
| 02/18/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/18/03 | 561-362-1552/BOCA RATON, FL/1 | .11 |
| 02/18/03 | 843-216-6509/MTPLEASANT, SC/4 | .23 |
| 02/18/03 | Binding Charge | 6.00 |
| 02/18/03 | Lexis | 156.00 |
| 02/19/03 | Postage Expense | .37 |
| 02/19/03 | ATTY # 0504: 1 COPIES | .15 |
| 02/19/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/19/03 | ATTY # 0504: 1 COPIES | .15 |
| 02/19/03 | ATTY # 0710: 2 COPIES | .30 |
| 02/19/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/19/03 | ATTY # 0349: 13 COPIES | 1.95 |
| 02/19/03 | ATTY # 0349: 55 COPIES | 8.25 |
| 02/19/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/19/03 | 703-846-0735/FLS CHURCH, VA/6 | .34 |
| 02/19/03 | 415-788-1234/SAN FRAN, CA/1 | .11 |
| 02/19/03 | 703-849-8888/FLS CHURCH, VA/4 | .29 |

```
172573 W. R. Grace & Co.                          Invoice Number  1019431
60028  ZAI Science Trial                          Page  13
        March 31, 2003
```

| 02/19/03 | ATTY # 1911; 271 COPIES | 27.10 |
|---|---|---|
| 02/19/03 | ATTY # 0856; 6 COPIES | .90 |
| 02/19/03 | ATTY # 1911; 2 COPIES | .20 |
| 02/19/03 | ATTY # 0349; 37 COPIES | 5.55 |
| 02/19/03 | ATTY # 0559; 16 COPIES | 2.40 |
| 02/19/03 | ATTY # 0349; 9 COPIES | 1.35 |
| 02/19/03 | ATTY # 0349; 5 COPIES | .75 |
| 02/19/03 | ATTY # 0701; 5 COPIES | .75 |
| 02/19/03 | ATTY # 0885; 12 COPIES | 1.80 |
| 02/19/03 | ATTY # 0856; 46 COPIES | 6.90 |
| 02/19/03 | Lexis | 63.00 |
| 02/20/03 | Meal Expense - - VENDOR: KATHY CONDO LUNCH DURING TRAVEL TO MINNEAPOLIS, MN TO ATTEND DEPOSITION 2/19/03 | 13.16 |
| 02/20/03 | Taxi Expense - - VENDOR: KATHY CONDO TRAVEL TO MINNEAPOLIS, MN TO ATTEND DEPOSITION 2/19/03-cab fare from Minneapolis airport to deposition site, and retun to airport | 60.00 |
| 02/20/03 | Mileage Expense - - VENDOR: KATHY CONDO TRAVEL TO MINNEAPOLIS, MN TO ATTEND DEPOSITION 2/19/03-travel to and from Pittsburgh Int'l airport | 37.80 |
| 02/20/03 | Postage Expense | 1.85 |
| 02/20/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/20/03 | ATTY # 0856: 2 COPIES | .30 |
| 02/20/03 | ATTY # 1213: 1 COPIES | .15 |
| 02/20/03 | ATTY # 0349: 13 COPIES | 1.95 |
| 02/20/03 | ATTY # 4219: 2 COPIES | .30 |
| 02/20/03 | ATTY # 0349: 4 COPIES | .60 |
| 02/20/03 | ATTY # 1213: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page  14
       March 31, 2003
```

| | | |
|---|---|---:|
| 02/20/03 | ATTY # 4219: 2 COPIES | .30 |
| 02/20/03 | ATTY # 1213: 1 COPIES | .15 |
| 02/20/03 | ATTY # 0504: 1 COPIES | .15 |
| 02/20/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/20/03 | 415-788-1234/SAN FRAN, CA/1 | .11 |
| 02/20/03 | 781-674-7374/LEXINGTON, MA/3 | .23 |
| 02/20/03 | 202-337-8100/WASHINGTON, DC/4 | .23 |
| 02/20/03 | 617-426-5900/BOSTON, MA/2 | .11 |
| 02/20/03 | 617-423-0500/BOSTON, MA/3 | .23 |
| 02/20/03 | 617-426-5900/BOSTON, MA/2 | .17 |
| 02/20/03 | ATTY # 0559; 30 COPIES | 4.50 |
| 02/20/03 | ATTY # 0885; 51 COPIES | 7.65 |
| 02/20/03 | ATTY # 0885; 20 COPIES | 3.00 |
| 02/20/03 | ATTY # 0885; 4 COPIES | .60 |
| 02/21/03 | Outside Duplicating - - VENDOR: DITTO DOCUMENT SERVICES, INC. -print documents for preparation for depositon from Reed Smith database | 1073.60 |
| 02/21/03 | Postage Expense | 1.85 |
| 02/21/03 | Postage Expense | 1.85 |
| 02/21/03 | Postage Expense | 1.11 |
| 02/21/03 | ATTY # 0856: 2 COPIES | .30 |
| 02/21/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/21/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/21/03 | ATTY # 0856: 2 COPIES | .30 |
| 02/21/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/21/03 | ATTY # 0856: 2 COPIES | .30 |
| 02/21/03 | ATTY # 0856: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page  15
       March 31, 2003
```

| Date | Description | Amount |
|---|---|---|
| 02/21/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/21/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/21/03 | ATTY # 0396: 3 COPIES | .45 |
| 02/21/03 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/21/03 | 617-565-8950/BOSTON, MA/2 | .17 |
| 02/21/03 | ATTY # 0856; 30 COPIES | 3.00 |
| 02/21/03 | ATTY # 0885; 5 COPIES | .75 |
| 02/21/03 | ATTY # 0885; 12 COPIES | 1.80 |
| 02/21/03 | ATTY # 0885; 13 COPIES | 1.95 |
| 02/21/03 | ATTY # 4219; 3 COPIES | .45 |
| 02/21/03 | ATTY # 0885; 1 COPIES | .15 |
| 02/24/03 | Courier Service - Outside - - VENDOR: FEDERAL EXPRESS CORP 1/24/03 - J. BENTZ TO EDWARD J. WESTBROOK, ESQ., RICHARDSON PATRICK WESTBROOK & BRICKMAN, MOUNT PLEASANT, SC 29464 | 2.61 |
| 02/24/03 | Postage Expense | 1.85 |
| 02/24/03 | 617-426-8810/BOSTON, MA/2 | .11 |
| 02/24/03 | ATTY # 0349; 102 COPIES | 15.30 |
| 02/24/03 | ATTY # 0885; 16 COPIES | 2.40 |
| 02/24/03 | ATTY # 1911; 65 COPIES | 9.75 |
| 02/24/03 | ATTY # 1911; 15 COPIES | 2.25 |
| 02/24/03 | ATTY # 1911; 22 COPIES | 3.30 |
| 02/24/03 | ATTY # 1911; 75 COPIES | 11.25 |
| 02/24/03 | ATTY # 1911; 1 COPIES | .15 |
| 02/24/03 | ATTY # 1911; 12 COPIES | 1.80 |
| 02/24/03 | ATTY # 0856; 35 COPIES | 5.25 |
| 02/24/03 | ATTY # 0559; 14 COPIES | 2.10 |
| 02/24/03 | ATTY # 1911; 74 COPIES | 11.10 |

172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page  16
       March 31, 2003

02/24/03   ATTY # 0856; 5 COPIES                              .75

02/24/03   ATTY # 0856; 1490 COPIES                       149.00

02/24/03   ATTY # 0349; 2 COPIES                             .30

02/24/03   ATTY # 1911; 3 COPIES                             .45

02/24/03   ATTY # 0856; 65 COPIES                           6.50

02/24/03   ATTY # 1911; 19 COPIES                           2.85

02/24/03   ATTY # 1911; 10 COPIES                           1.50

02/24/03   ATTY # 0559; 165 COPIES                         24.75

02/24/03   ATTY # 0856; 28 COPIES                           4.20

02/24/03   ATTY # 0856; 48 COPIES                           4.80

02/24/03   ATTY # 0559; 2 COPIES                             .30

02/24/03   ATTY # 0349: 4 COPIES                             .60

02/24/03   ATTY # 0856: 2 COPIES                             .30

02/24/03   ATTY # 0396: 5 COPIES                             .75

02/24/03   ATTY # 0559: 1 COPIES                             .15

02/24/03   ATTY # 0349: 4 COPIES                             .60

02/24/03   ATTY # 0349: 13 COPIES                           1.95

02/24/03   ATTY # 0349: 13 COPIES                           1.95

02/24/03   ATTY # 0349: 3 COPIES                             .45

02/24/03   ATTY # 0396: 5 COPIES                             .75

02/24/03   ATTY # 0856: 3 COPIES                             .45

02/24/03   ATTY # 0559: 1 COPIES                             .15

02/24/03   ATTY # 0856: 20 COPIES                           3.00

02/24/03   ATTY # 0885: 2 COPIES                             .30

02/24/03   ATTY # 0349: 4 COPIES                             .60

02/24/03   ATTY # 0856: 2 COPIES                             .30

172573 W. R. Grace & Co.                         Invoice Number  1019431
60028  ZAI Science Trial                         Page  17
       March 31, 2003

02/24/03   ATTY # 0856: 3 COPIES                              .45

02/24/03   ATTY # 0559: 5 COPIES                              .75

02/24/03   ATTY # 0559: 5 COPIES                              .75

02/24/03   ATTY # 0559: 11 COPIES                            1.65

02/25/03   Outside Duplicating - - VENDOR: DITTO DOCUMENT    53.50
           SERVICES, INC. CD -print documents for
           prepartation for depositon from ReedSmith
           database

02/25/03   Outside Duplicating - - VENDOR: IKON OFFICE      700.61
           SOLUTIONS, INC-copies of documents produced in
           hard copy by Casner & Edwards for deposition
           preparation support

02/25/03   Outside Duplicating - - VENDOR: IKON OFFICE     1621.11
           SOLUTIONS, INC. -copies of documents produced
           in hard copy by Casner & Edwards for deposition
           preparation support

02/25/03   Mileage Expense - - VENDOR: PETTY CASH           24.60
           CUSTODIAN MILEAGE & PARKING A. SIRIANNI
           2/16/03-secretarial overtime for support work
           for D.Cameron in preparation for depositions

02/25/03   Mileage Expense - - VENDOR: PETTY CASH           24.60
           CUSTODIAN MILEAGE & PARKING A. SIRIANNI
           2/15/03-secretarial overtime for support work
           for D.Cameron in preparation for depositions

02/25/03   Postage Expense                                  1.85

02/25/03   ATTY # 1911; 66 COPIES                           9.90

02/25/03   ATTY # 0559; 24 COPIES                           3.60

02/25/03   ATTY # 1911; 556 COPIES                         55.60

02/25/03   ATTY # 1911; 27 COPIES                           4.05

02/25/03   ATTY # 1911; 33 COPIES                           4.95

02/25/03   ATTY # 1911; 78 COPIES                          11.70

02/25/03   ATTY # 1911; 221 COPIES                         22.10

02/25/03   ATTY # 0856; 122 COPIES                         12.20

02/25/03   ATTY # 1911; 30 COPIES                           4.50

```
172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page  18
       March 31, 2003
```

| | | |
|---|---|---|
| 02/25/03 | ATTY # 1911; 229 COPIES | 22.90 |
| 02/25/03 | ATTY # 1911; 508 COPIES | 50.80 |
| 02/25/03 | ATTY # 4219; 5 COPIES | .75 |
| 02/25/03 | ATTY # 0885; 26 COPIES | 3.90 |
| 02/25/03 | ATTY # 1911; 4 COPIES | .60 |
| 02/25/03 | ATTY # 1911; 29 COPIES | 4.35 |
| 02/25/03 | ATTY # 0885: 9 COPIES | 1.35 |
| 02/25/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/25/03 | ATTY # 4219: 1 COPIES | .15 |
| 02/25/03 | ATTY # 0885: 10 COPIES | 1.50 |
| 02/25/03 | ATTY # 0856: 3 COPIES | .45 |
| 02/25/03 | ATTY # 0710: 30 COPIES | 4.50 |
| 02/25/03 | ATTY # 0885: 5 COPIES | .75 |
| 02/25/03 | ATTY # 0559: 1 COPIES | .15 |
| 02/25/03 | ATTY # 0885: 5 COPIES | .75 |
| 02/25/03 | 315-539-2148/WATERLOO, NY/2 | .11 |
| 02/26/03 | Postage Expense | 1.85 |
| 02/26/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/26/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/26/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/26/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/26/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/26/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/26/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/26/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/26/03 | ATTY # 0559: 2 COPIES | .30 |

172573 W. R. Grace & Co.                         Invoice Number  1019431
60028  ZAI Science Trial                         Page  19
       March 31, 2003

02/26/03   ATTY # 0559: 2 COPIES                              .30

02/26/03   ATTY # 0885: 1 COPIES                              .15

02/26/03   ATTY # 0559: 2 COPIES                              .30

02/26/03   ATTY # 0559: 2 COPIES                              .30

02/26/03   ATTY # 0885; 8 COPIES                             1.20

02/26/03   ATTY # 1911; 7 COPIES                             1.05

02/26/03   ATTY # 0856; 277 COPIES                          27.70

02/26/03   ATTY # 1911; 46 COPIES                            6.90

02/26/03   ATTY # 0885; 9 COPIES                             1.35

02/27/03   Outside Duplicating - - VENDOR: IKON OFFICE      27.48
           SOLUTIONS, INC.- -copies of documents produced
           in hard copy by Casner & Edwards for deposition
           preparation support

02/27/03   Outside Duplicating - - VENDOR: DITTO DOCUMENT  750.75
           SERVICES, INC. --copies of documents produced
           in hard copy by Casner & Edwards for deposition
           preparation support

02/27/03   Outside Duplicating - - VENDOR: DITTO DOCUMENT  153.76
           SERVICES, INC-copies of documents produced in
           hard copy by Casner & Edwards for deposition
           preparation support

02/27/03   ATTY # 1922: 4 COPIES                             .60

02/27/03   ATTY # 0710: 16 COPIES                           2.40

02/27/03   ATTY # 0396: 3 COPIES                             .45

02/27/03   ATTY # 0396: 3 COPIES                             .45

02/27/03   ATTY # 0396: 3 COPIES                             .45

02/27/03   ATTY # 0349: 7 COPIES                            1.05

02/27/03   ATTY # 0349: 6 COPIES                             .90

02/27/03   ATTY # 0396: 3 COPIES                             .45

02/27/03   ATTY # 0396: 15 COPIES                           2.25

02/27/03   ATTY # 4219; 7 COPIES                            1.05

```
172573 W. R. Grace & Co.                    Invoice Number  1019431
60028  ZAI Science Trial                    Page  20
       March 31, 2003
```

| Date | Description | Amount |
|------|-------------|--------|
| 02/27/03 | ATTY # 0885; 22 COPIES | 3.30 |
| 02/27/03 | ATTY # 0710; 18 COPIES | 2.70 |
| 02/27/03 | 843-722-8414/CHARLESTON, SC/3 | .17 |
| 02/28/03 | Postage Expense | .83 |
| 02/28/03 | ATTY # 0710: 2 COPIES | .30 |
| 02/28/03 | ATTY # 0710: 13 COPIES | 1.95 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0710: 14 COPIES | 2.10 |
| 02/28/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/28/03 | ATTY # 0885: 2 COPIES | .30 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 1922: 10 COPIES | 1.50 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 4 COPIES | .60 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 3 COPIES | .45 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |
| 02/28/03 | ATTY # 0885: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019431
60028  ZAI Science Trial                        Page  21
       March 31, 2003
```

02/28/03   ATTY # 0559; 60 COPIES                          9.00

02/28/03   ATTY # 0885; 14 COPIES                          2.10

02/28/03   ATTY # 0885; 6 COPIES                            .90

02/28/03   Documentation charge- - VENDOR: IRON MOUNTAIN   20.00
           EMERGENCY TRIP/1 FILE FOR J. BENTZ

02/28/03   Mileage Expense - - VENDOR: ROSA COPELAND       48.60
           MILLER TRAVEL TO/FROM VIRGINIA BEACH, VA FOR
           DEPOSITION OF DR. CLARKE RUSS ON 2/24/03

02/28/03   Deposition Expense: RENTAL OF HOTEL CONFERENCE  156.75
           ROOM WHERE DEPOSITION OF DR. RUSS WAS TAKEN

02/28/03   612-371-1600/MINNEAPOLS, MN/2                     .11

02/28/03   561-362-1583/BOCA RATON, FL/4                     .23

02/28/03   Meal Expense - - VENDOR: ROSA COPELAND MILLER   22.00
           TRAVEL TO/FROM WATERLOO, NY FOR DEPOSITION OF
           HARLOW CASLER ON 2/26/03

02/28/03   Lodging - - VENDOR: ROSA COPELAND MILLER        77.69
           ACCOMMODATIONS IN WATERLOO, NY FOR DEPOSITION OF
           HARLOW CASLER ON 2/26/03

02/28/03   Mileage Expense - - VENDOR: ROSA COPELAND       39.60
           MILLER TRAVEL TO/FROM WATERLOO, NY FOR
           DEPOSITION OF HARLOW CASLER ON 2/26/03-trips to
           and from Pittsburgh International Airport.

02/28/03   Deposition Expense: RENTAL OF HOTEL CONFERENCE  129.60
           ROOM WHERE DEPOSITION OF MR. CASLER WAS TAKEN

02/28/03   Transcript Expense - - VENDOR: A. WILLIAM       549.20
           ROBERTS, JR. & ELWOOD S. WOOD DEPOSITIONS

02/28/03   Meal Expense - - VENDOR: JAMES J. RESTIVO, JR.  10.37
           DEPOSITIONS IN W.R. GRACE CASE IN CHARLESTON SC
           ON 2/25-26/03

02/28/03   Taxi Expense - - VENDOR: JAMES J. RESTIVO, JR.  48.00
           DEPOSITIONS IN W.R. GRACE CASE IN CHARLESTON SC
           ON 2/25-26/03

02/28/03   Mileage Expense - - VENDOR: JAMES J. RESTIVO,   40.00
           JR. DEPOSITIONS IN W.R. GRACE CASE IN
           CHARLESTON SC ON 2/25-26/03

172573 W. R. Grace & Co.                          Invoice Number  1019431
60028  ZAI Science Trial                          Page  22
       March 31, 2003

02/28/03   Telephone - Outside - - VENDOR: JAMES J.            16.00
           RESTIVO, JR. DEPOSITIONS IN W.R. GRACE CASE IN
           CHARLESTON SC ON 2/25-26/03

02/28/03   Lodging - - VENDOR: DOUGLAS E. CAMERON HOTEL       560.88
           EXPENSES FOR TRIP TO SAN FRANCISCO FOR MEETINGS
           WITH R. FINKE AND EXPERTS 2/24-2/26/03

02/28/03   Meal Expense - - VENDOR: DOUGLAS E. CAMERON         40.33
           HOTEL EXPENSES FOR TRIP TO SAN FRANCISCO FOR
           MEETINGS WITH R. FINKE AND EXPERTS 2/24-2/26/03
           -DINNER VIA ROOM SERVICE (FOR WORKING MEAL).

02/28/03   Lodging - - VENDOR: DOUGLAS E. CAMERON             718.56
           DEPOSITION PREPARATION AND DEPOSITION OF JULIE
           YANG 2/18-2/20/03

02/28/03   Air Travel Expense - - VENDOR: DOUGLAS E.          722.50
           CAMERON DEPOSITION PREPARATION AND DEPOSITION
           OF JULIE YANG 2/18-2/20/03 SAN
           FRANCISCO-coach-class airfare Pittsburgh to San
           Fransico

02/28/03   Air Travel Expense - - VENDOR: DOUGLAS E.           25.00
           CAMERON DEPOSITION PREPARATION AND DEPOSITION
           OF JULIE YANG 2/18-2/20/03 SAN FRANCISCO
           AIRLINE TICKET CHARGE

02/28/03   Meal Expense - - VENDOR: DOUGLAS E. CAMERON         85.42
           MEETING IN SAN FRANCISCO WITH R. FINKE AND
           EXPERTS AND DEPOSITION OF R. BUSCH IN
           SPOKANE(multiple dinners)

02/28/03   Taxi Expense - - VENDOR: DOUGLAS E. CAMERON        206.00
           MEETING IN SAN FRANCISCO WITH R. FINKE AND
           EXPERTS AND DEPOSITION OF R. BUSCH IN
           SPOKANE-taxi trips in San Francisco and in
           Spokane, WA (multiple trips between hotels and
           airports, hotels and sites of deposition.)

02/28/03   Lodging Expense - - VENDOR: DOUGLAS E. CAMERON       5.00
           MEETING IN SAN FRANCISCO WITH R. FINKE AND
           EXPERTS AND DEPOSITION OF R. BUSCH IN
           SPOKANE-TIPS

02/28/03   Meal Expense - - VENDOR: DOUGLAS E. CAMERON        205.40
           DINNER IN SAN FRANCISCO WITH RICHARD FINKE AND
           EXPERTS 2/25/03 (multiple dinners).

172573 W. R. Grace & Co.                          Invoice Number  1019431
60028  ZAI Science Trial                          Page  23
       March 31, 2003

02/28/03    Air Travel Expense - - VENDOR: DOUGLAS E.          1594.00
            CAMERON MEETINGS IN SAN FRANCISCO WITH R FINKE
            AND EXPERTS AND DEPOSITION OF R. BUSCH IN
            SPOKANE 2/24, 2/27/03-coach-class air travel
            (purchased at last minute for timely return to
            Pittsburgh, to avoid addition night's lodging
            in Spokane or Seattle) from San Fransico to
            Spokane (via Seattle), and Spokane to
            Pittsburgh (via Seattle)

02/28/03    Air Travel Expense - - VENDOR: DOUGLAS E.           100.00
            CAMERON MEETINGS IN SAN FRANCISCO WITH R FINKE
            AND EXPERTS AND DEPOSITION OF R. BUSCH IN
            SPOKANE 2/24, 2/27/03 TICKET FEES

                        CURRENT EXPENSES                     20,652.89
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $ 20,652.89
                                                           ============