REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1019290
One Town Center Road                     Invoice Date        03/31/03
Boca Raton, FL    33486                  Client Number        172573



==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

     Fees                                    683.00


          TOTAL BALANCE DUE UPON RECEIPT        $ 683.00
                                              ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1019290
One Town Center Road                     Invoice Date       03/31/03
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2003

   Date   Name                                               Hours
 -------- -----------                                        -----


02/03/03 Muha            Review various docket entries in      .60
                         Grace bankruptcy case.

02/05/03 Cameron         Meet with R. Finke regarding          .50
                         issues relating to property damage
                         claims.

02/11/03 Bentz           Reviewing and summarizing news        .80
                         articles regarding Grace.

02/11/03 Muha            Review various Grace bankruptcy        .40
                         docket entries.

                                                            ------
                                            TOTAL HOURS       2.30


TIME SUMMARY             Hours        Rate          Value
----------------------- --------------------- -------
Douglas E. Cameron       .50  at  $  430.00  =     215.00
James W Bentz            .80  at  $  335.00  =     268.00
Andrew J. Muha          1.00  at  $  200.00  =     200.00

                        CURRENT FEES                        683.00


                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $ 683.00
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1019291
5400 Broken Sound Blvd., N.W.            Invoice Date      03/31/03
Boca Raton, FL 33487                     Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

    Fees                                 12,689.00

              TOTAL BALANCE DUE UPON RECEIPT      $ 12,689.00
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1019291
5400 Broken Sound Blvd., N.W.            Invoice Date      03/31/03
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60027

==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2003

  Date   Name                                                 Hours
-------- -----------                                          -----


02/05/03 Cameron        Portion of travel to Florida for       1.20
                        deposition non-working (one-half
                        time).

02/05/03 Flatley        Return to Pittsburgh from C. Wood      1.50
                        deposition (one-half time).

02/06/03 Cameron        Non-working travel back to            1.20
                        Pittsburgh from Florida (one-half
                        time).

02/18/03 Cameron        Non-working travel to California      3.00
                        for deposition (one-half time)
                        (2.0); Non-working travel to
                        witness' home for preparation
                        meeting and back to San Francisco
                        (one-half time) (1.0).

02/19/03 Condo          Non-working travel from Pittsburgh    4.20
                        to Minneapolis, and return to
                        Pittsburgh (one-half time).

02/21/03 Cameron        Non-working travel to airport and     2.50
                        return to Pittsburgh from
                        California (one-half time).

02/22/03 Miller         Travel to Virginia Beach, Virginia    1.50
                        from Pittsburgh, Pennsylvania for
                        deposition of Dr. Clarke Russ
                        (one-half time).

```
172573 W. R. Grace & Co.                    Invoice Number  1019291
60027  Travel-Nonworking                    Page   2
       March 31, 2003
```

```
   Date   Name                                              Hours
-------- -----------                                        -----


02/24/03 Cameron         Non-working travel to airport, to   3.00
                         San Francisco and to hotel for
                         witness meetings (one-half time).


02/24/03 Miller          Travel back to Pittsburgh from      2.00
                         Virginia (one-half time).


02/26/03 Miller          Non-working travel time:  travel    2.20
                         from Syracuse, New York to
                         Pittsburgh (one-half time).


02/26/03 Muha            Non-working travel time to attend   3.50
                         ZAI homeowner deposition in Boston
                         (1.5) and in Washington, D.C.
                         (including layovers) (2.0)
                         (one-half time).


02/27/03 Cameron         Non-working travel from San         5.20
                         Francisco to Seattle and then to
                         Spokane for deposition of R. Busch
                         (one-half time) (2.0); Non-working
                         travel from Spokane to Seattle and
                         in Seattle and begin travel back
                         to Pittsburgh (one-half time)
                         (3.2).


02/28/03 Cameron         Continue return to Pittsburgh on    2.60
                         red-eye from Seattle and travel to
                         office from airport (one-half
                         time).


02/28/03 Muha            Non-working travel time, travel     1.80
                         from hotel to Reagan National
                         Airport, and return flight to
                         Pittsburgh following Worden
                         deposition (one-half time).


                                                            ------
                                            TOTAL HOURS      35.40


TIME SUMMARY              Hours          Rate          Value
------------------------  ----------- --------------   -------
Lawrence E. Flatley        1.50  at  $  440.00  =        660.00
Douglas E. Cameron        18.70  at  $  430.00  =      8,041.00
Kathy K. Condo             4.20  at  $  385.00  =      1,617.00
Andrew J. Muha             5.30  at  $  200.00  =      1,060.00
Rosa Copeland Miller       5.70  at  $  230.00  =      1,311.00
```

```
CURRENT FEES                                  12,689.00
                                           ------------
TOTAL BALANCE DUE UPON RECEIPT             $ 12,689.00
                                           ============
```

```
                        REED SMITH LLP
                       PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


  W. R. Grace                        Invoice Number    1019293
  5400 Broken Sound Blvd., N.W.      Invoice Date     03/31/03
  Boca Raton, FL 33487               Client Number     172573
```

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

```
     Fees                          217,176.50

                   TOTAL BALANCE DUE UPON RECEIPT    $ 217,176.50
                                                     =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1019293
5400 Broken Sound Blvd., N.W.            Invoice Date       03/31/03
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028
```

==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2003

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/03 | Cameron | Finalize outline/summary of Eaton deposition preparation (.9); review outline, memo and R. Finke e-mail for 2/3 strategy meeting (.8); review documents for upcoming deposition preparation meeting (.6). | 2.30 |
| 02/02/03 | Cameron | Review J. Restivo outline for 2/3 strategy meeting (.9); dictate deposition preparation questions (.9). | 1.80 |
| 02/02/03 | Flatley | Preparation for C. Wood meeting and deposition. | 3.00 |
| 02/03/03 | Atkinson | E-mail H. Flakker (Lit. Support) re: new ZAI Science Trial discovery CD per Mr. Turkewitz (ZAI claimants' counsel) letter concerning problems with viewability of some images/documents (.2); reviewing documents produced to claimants' counsel at Winthrop for witnesses for deposition preparation (3.6); reviewing depositions and add to charts of claimants' prior testimony concerning exposure to ZAI (2.7);  reviewing, printing from Summation database documents referenced in R. Turkewitz January 30 letter (1.8); drafting enclosure letter to Mr. Turkewitz | 12.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page   2
       March 31, 2003

   Date   Name                                              Hours
-------- -----------                                        -----
                           and sending copies of documents
                           (.7); reviewing documents produced
                           by ZAI claimants' counsel at
                           Winthrop for deposition
                           preparation (2.0);revisions to D.
                           Cameron draft chart of claimants'
                           ZAI alleged exposure (1.1).

02/03/03 Bentz             Participate in portion of meeting    4.60
                           with J. Restivo, L. Flatley and D.
                           Cameron regarding ZAI trial
                           tactics and discovery and my
                           specific responsibilities (2.3);
                           conference with W. Sparks
                           regarding deposition schedule
                           (.3); letter to claimants counsel
                           regarding various discovery issues
                           (.4); conference with M. Murphy
                           regarding document production
                           (.3); preparation for depositions
                           (1.3).

02/03/03 Cameron           Prepare for participation in         6.40
                           strategy meeting regarding Science
                           Trial things to do and status
                           report on progress of my
                           responsibilities (1.3);
                           participate in meeting with J.
                           Restivo, L. Flatley and J. Bentz
                           to discuss each of our
                           responsibilities for Science Trial
                           and status of progress of each
                           (2.6); telephone call with R.
                           Finke regarding same (.3); e-mail
                           regarding outstanding deposition
                           scheduling issues and
                           recommendations for fact
                           depositions (.8); telephone call
                           with J. Bentz regarding new
                           deposition issues raised by Grace
                           counsel (.3); review of outline
                           and revisions to same regarding
                           upcoming deposition preparation
                           meeting (.8); telephone call with
                           R. Finke regarding same and
                           regarding logistics for Florida
                           meeting (.3).

02/03/03 DeMarchi Sleigh   Review documents to aid in           2.30
                           preparation for J. Yang deposition.
```

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page   3
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 02/03/03 | Flatley | Review J. Restivo memo in preparation for meeting with C. Wood (.60); participate in portions of meeting with J. Restivo, D. Cameron and J. Bentz re: strategy and planning for discovery and ZAI Science Trial preparation (2.50);preparation for C. Wood deposition (4.00); meeting with W. Sparks re: same (1.50). | 8.60 |
| 02/03/03 | Restivo | Conduct ZAI Science Trial tactics meeting. | 3.50 |
| 02/03/03 | Turkaly | Review, organize and prepare documents for possible Wood, Wolter, Kerr, Duecker, Yang, Eaton, Locke and Ericson depositions. | 4.00 |
| 02/04/03 | Bentz | Corresponding with ZAI claimants' counsel regarding depositions and deposition scheduling (3.0); review of claimants' discovery responses (1.0); conference with W. Sparks regarding depositions (.3); preparation for depositions (1.6); corresponding with claimants' counsel regarding document production (.6). | 6.50 |
| 02/04/03 | Cameron | Prepare for deposition preparation meeting on 2/5 (2.3); prepare outline of ZAI Science Trial strategy relating to testing issues (1.9); telephone call with R. Finke regarding deposition issues (.4); e-mails and meeting with J. Bentz regarding deposition scheduling issues (.6). | 5.20 |
| 02/04/03 | Flatley | With W. Sparks re: C. Wood meeting preparation and follow up (2.20); with C. Wood for deposition preparation (6.00). | 8.20 |
| 02/04/03 | Repack | Review and prepare documents for possible Wood, Wolter, Kerr, Duecker, Yang, Locke and Ericson depositions. | 6.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page   4
       March 31, 2003
```

|   Date   | Name       |                                                    | Hours |
| -------- | ---------- | -------------------------------------------------- | ----- |
| 02/04/03 | Turkaly    | Review, organize and prepare documents for possible Wood, Wolter, Kerr, Duecker, Yang, Eaton, Locke and Ericson depositions (3.1); review files for preparation of discovery and trial preparation outlines (2.9). | 6.00 |
| 02/05/03 | Atkinson   | Reviewing, summarizing depositions from Barbanti case re: exposure to ZAI (5.9); checking CD to be sent to R. Turkewitz (.2); reviewing Winthrop Square documents produced to claimants' re: documents produced to claimants' relating to specific witnesses (2.0). | 8.10 |
| 02/05/03 | Bentz      | Corresponding with ZAI claimants' counsel regarding depositions (.5); conference with L. Flatley regarding Wood depositions (.2); corresponding with W. Sparks regarding witness schedule (.4); letter to claimants' counsel regarding supplemental production (.2); preparation for depositions (.4). | 1.70 |
| 02/05/03 | Cameron    | Prepare and revise continuation of outline for deposition preparation before and during a portion of trip to Florida (2.2); meet with R. Finke regarding deposition preparation issues (1.2); meet with F. Eaton and R. Finke in deposition preparation session (3.1); telephone call with L. Flatley and W. Sparks regarding C. Wood deposition (.9). | 7.40 |
| 02/05/03 | Flatley    | Preparation for C. Wood deposition (1.00); with W. Sparks re: C. Wood deposition preparation (1.40); defending C. Wood deposition and brief follow up with W. Sparks and C. Wood (3.60); conference call with W. Sparks, D. Cameron and R. Finke re: F. Eaton deposition preparation (.60); call with J. Bentz re: deposition scheduling (.30) | 6.90 |

172573 W. R. Grace & Co.                          Invoice Number  1019293
60028  ZAI Science Trial                          Page   5
       March 31, 2003

  Date    Name                                                     Hours
  -------- -----------                                             -----
02/05/03 Radcliffe       Review and arrange ZAI discovery          3.80
                         documents from the Winthrop Square
                         depository.

02/05/03 Repack          Review and prepare documents for          3.20
                         possible Wood, Wolter, Kerr,
                         Duecker, Yang, Locke and Ericson
                         depositions

02/05/03 Turkaly         Review and prepare documents for          6.50
                         possible Wood, Wolter, Kerr,
                         Duecker, Yang, Eaton, Locke and
                         Ericson depositions (3.2); review
                         files for preparation of discovery
                         and trial preparation outlines
                         (3.3).

02/06/03 Atkinson        Reviewing, revising summaries of          4.80
                         prior depositions in Barbanti re:
                         exposure to ZAI (4.2); meeting
                         with J. Bentz re: status of "to
                         do" list for witness preparations
                         (0.6).

02/06/03 Bentz           Scheduling depositions (1.0);             4.40
                         review of documents in preparation
                         for depositions (2.4); meeting
                         with M. Atkinson regarding status
                         of document reviews (.5); review
                         of prior attic insulation case
                         (.5).

02/06/03 Butcher         Review documents to aid in                2.50
                         preparation for deposition of J.
                         Yang.

02/06/03 Cameron         Prepare for and defend deposition         9.90
                         of F. Eaton (4.5); meet with R.
                         Finke and witness before
                         deposition and during breaks
                         (1.0); meet with R. Finke after
                         deposition and telephone call with
                         J. Restivo (.7)  and later W.
                         Sparks (.4) regarding strategy
                         issues; prepare and revise summary
                         of deposition (2.4); review
                         deposition exhibits (.6);
                         telephone call with J. Bentz
                         regarding deposition scheduling
                         issues (.3).

```
172573 W. R. Grace & Co.                      Invoice Number  1019293
60028  ZAI Science Trial                      Page   6
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/06/03 | Condo | Conference with J. Restivo re: discovery in ZAI Science Trial. | .40 |
| 02/06/03 | Flatley | Review and respond to correspondence and e-mails re: ZAI Science Trial depositions. | .80 |
| 02/06/03 | Miller | Review of documentation regarding asbestos exposure causation injuries for preparation of legal positions in ZAI Science Trial. | 3.30 |
| 02/06/03 | Radcliffe | Review and organize ZAI discovery documents from the Winthrop Square depository. | 4.20 |
| 02/06/03 | Restivo | Conference calls with D. Cameron and R. Finke re:  F. Eaton deposition (0.8); meeting with K. Condo re: medical issues presented by ZAI claimants (0.7). | 1.50 |
| 02/06/03 | Turkaly | Review and prepare documents to be used by attorneys in preparation for and conduct of ZAI Science Trial depositions. | 7.00 |
| 02/07/03 | Atkinson | Reviewing, revising summary of previous depositions, affidavits/declarations of claimants per request of D. Cameron (2.8); reviewing files re: Lee expert reports (.6); collecting, reviewing Grace files re: Richard Kerr and Robert Locke (.8). | 4.20 |
| 02/07/03 | Bentz | Scheduling depositions (1.3); review of ZAI claimants' discovery responses (1.5). | 2.80 |
| 02/07/03 | Butcher | Review documents to aid in preparation for deposition of J. Yang. | .50 |
| 02/07/03 | Cameron | Finalize memo regarding Eaton deposition (.9); various e-mails regarding discovery issues and meet with J. Bentz regarding same (.6); review materials relating to | 4.00 |

| Date | Name | | Hours |
|------|------|---|-------|
| | | claimants' discovery and depositions (1.4); review documents and deposition preparation materials for Yang deposition (.9); telephone call with K. Condo regarding legal research issues (.2) | |
| 02/07/03 | Flatley | With J. Restivo (.40) and with D. Cameron (.40) re: F. Eaton deposition; e-mails re: deposition scheduling (.20). | 1.00 |
| 02/07/03 | Miller | Further revision of memorandum regarding frequency, regulatory and proximity test for preparation of legal positions in ZAI Science Trial. | 2.50 |
| 02/07/03 | Radcliffe | Review and organize ZAI discovery documents from the Winthrop Square depository. | 3.70 |
| 02/07/03 | Turkaly | Review and organize documents for ZAI Science Trial depositions. | 8.00 |
| 02/08/03 | Atkinson | Reviewing Summation database re: documents relating/referring to Robert Locke , H.C. Duecker and Richard Kerr for deposition preparation materials (3.1); deposition summaries re: Benny King and Ralph Busch, to revise information concerning discovery responses (.8). | 3.90 |
| 02/09/03 | Atkinson | Reviewing Summation database for documents relating to Robert Locke (1.1); e-mail to J. Bentz re: status of document collection (.2). | 1.30 |
| 02/09/03 | Butcher | Review documents to aid in preparation for deposition of J. Yang. | 1.10 |
| 02/10/03 | Atkinson | Reviewing, revising John Prebil deposition summary (.4); organizing documents reviewed and relating to H. Duecker for use in possible deposition (1.4); | 4.30 |

172573 W. R. Grace & Co.                           Invoice Number  1019293
60028  ZAI Science Trial                           Page    8
       March 31, 2003

   Date   Name                                                        Hours
 --------  -----------                                                -----
                            reviewing Summation database for
                            additional documents relating to
                            H. Duecker and R. Locke (2.5).

 02/10/03 Bentz             Conference with ZAI claimants'             3.20
                            counsel re: deposition schedule
                            (.3); meeting with R. Finke, J.
                            Restivo and D. Cameron re:
                            deposition schedule (1.2);
                            preparation for depositions (1.7).

 02/10/03 Butcher           Review documents to aid in                2.70
                            preparation for J. Yang's
                            deposition.

 02/10/03 Cameron           E-mails and meet with J. Bentz            3.50
                            regarding deposition and discovery
                            issues (.4); review materials for
                            J. Yang deposition (2.7);
                            conference call with R. Finke, J.
                            Restivo and J. Bentz regarding
                            outstanding discovery issues (.4).

 02/10/03 Condo             E-mails with Cameron and Restivo           .70
                            re: ZAI Science Trial depositions
                            (0.4); review Restivo memo re:
                            same (0.3).

 02/10/03 Miller            Further research of case law              1.50
                            regarding frequency, regulatory
                            and proximity test for preparation
                            of legal research positions in ZAI
                            Science Trial.

 02/10/03 Radcliffe         Review and organize ZAI discovery         4.70
                            documents from the Winthrop Square
                            depository.

 02/10/03 Restivo           Analysis and discussion re:              2.00
                            proposed deposition schedule
                            (1.4); review collected material
                            re:  potential deponents (0.6).

 02/10/03 Turkaly           Review and prepare documents to be       8.00
                            used by attorneys in preparation
                            for and conduct of ZAI Science
                            Trial depositions.

 02/11/03 Atkinson          Reviewing Summation database re:         2.60
                            documents pertaining to J. Wolter

172573 W. R. Grace & Co.                        Invoice Number  1019293
60028  ZAI Science Trial                        Page   9
       March 31, 2003

   Date   Name                                                   Hours
-------- -----------                                             -----
                           re: deposition preparation.

02/11/03 Bentz             Conferences with Claimants'            2.40
                           counsel regarding depositions
                           (0.3); scheduling depositions
                           (1.20); corresponding with Grace
                           regarding depositions (0.9).

02/11/03 Butcher           Review documents to aid in            3.20
                           preparation for deposition of J.
                           Yang.

02/11/03 Cameron           Review e-mails regarding              2.30
                           deposition issues and telephone
                           call with J.  Bentz regarding same
                           (.5); telephone call with R. Finke
                           regarding Yang deposition and
                           other discovery issues (.4);
                           telephone call with R. Finke
                           regarding expert testing issues
                           (.5); draft portions of outline
                           for Yang deposition (.9).

02/11/03 Muha              Research recent Mealey's               .60
                           publications for information on
                           potential expert witnesses in
                           Science Trial.

02/11/03 Radcliffe         Review ZAI discovery documents        4.70
                           from the Winthrop Square
                           depository.

02/11/03 Restivo           Work on discovery issues in ZAI       1.50
                           Science Trial.

02/11/03 Turkaly           Review and prepare documents to be    7.00
                           used by attorneys in preparation
                           for and conduct of ZAI Science
                           Trial depositions.

02/12/03 Atkinson          Reviewing files for Wolter witness    3.80
                           files (.7); reviewing Summation
                           database for documents pertaining
                           to J. Wolter re: deposition
                           preparation, and copies of Wolter
                           documents for attorney review for
                           deposition preparation (3.1).

```
172573 W. R. Grace & Co.                        Invoice Number  1019293
60028  ZAI Science Trial                        Page  10
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/12/03 | Bentz | Scheduling depositions (1.0); corresponding with ZAI Claimants' counsel and Grace regarding depositions (2.0); correspondence regarding document issues (.5). | 3.50 |
| 02/12/03 | Cameron | Review materials for J. Yang deposition (.9); review new correspondence regarding new fact witnesses and outline strategy for depositions (.8); telephone call with R. Finke regarding conference call with experts and review outline of issues to discuss (.9). | 2.60 |
| 02/12/03 | Flatley | Calls and e-mails re: deposition scheduling (.40); W. Sparks e-mail and voice-mail response re: same (.20); call with J. Bentz re: deposition scheduling issues (.10). | .70 |
| 02/12/03 | Radcliffe | Review ZAI discovery documents from the Winthrop Square depository. | 4.50 |
| 02/12/03 | Turkaly | Review and prepare documents to be used by attorneys in preparation for and conduct of ZAI Science Trial depositions. | 8.00 |
| 02/13/03 | Atkinson | Reviewing documents on database re: T.E. Hamilton deposition preparation and preparing same for deposition preparation (2.8); searching files re: discovery responses (1.0). | 3.80 |
| 02/13/03 | Bentz | Scheduling depositions (2.0); meetings to determine fact discovery necessary in Science Trial (4.0); correspondence to claimants' counsel regarding additional requests for documents (.6); preparation for depositions (2.0). | 8.60 |
| 02/13/03 | Cameron | Prepare for and participate in conference call with R. Finke and Science Trial experts regarding open issues and projects (1.2); | 5.60 |

172573 W. R. Grace & Co.                          Invoice Number  1019293
60028  ZAI Science Trial                          Page  11
       March 31, 2003

    Date   Name                                                      Hours
  -------- -----------                                               -----
                             review outstanding deposition and
                             discovery issues (.6); prepare for
                             and participate in portions of
                             conference call with R. Finke, W.
                             Sparks, J. Restivo, et al.
                             regarding depositions and my
                             involvement with respect to
                             particular witnesses (1.0);
                             participate in portion of meeting
                             with J. Restivo, L. Flatley, J.
                             Bentz regarding division of
                             responsibilities for depositions
                             and scheduling of same (.8);
                             multiple e-mails and
                             correspondence regarding
                             resolution of discovery issues and
                             assignments for depositions (1.4);
                             e-mail summary of conference call
                             with experts (.6).

  02/13/03 Flatley           Review scheduling letter and          3.40
                             e-mails about it (.40); call with
                             W. Sparks re: same (.30);
                             preparation for conference call
                             (.30); conference call with R.
                             Finke, W. Sparks, J. Restivo and
                             D. Cameron and J. Bentz re:  ZAI
                             Science Trial discovery issues
                             (1.20); meeting with J. Restivo,
                             D. Cameron and J. Bentz re:
                             deposition schedules (1.20).

  02/13/03 Muha              Review briefs and transcripts re:     2.40
                             Daubert issues for Science Trial.

  02/13/03 Radcliffe         Review and arrange ZAI discovery      3.70
                             documents from the Winthrop Square
                             depository.

  02/13/03 Restivo           Review current materials re:          2.00
                             Science Trial (1.0); deposition
                             planning call (1.0).

  02/13/03 Turkaly           Review and organize documents for     7.50
                             use in preparation for conduct of
                             ZAI Science Trial depositions.

  02/14/03 Atkinson          Meeting with J. Bentz re:             9.70
                             discovery preparation (.4);
                             reviewing discovery and preparing

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  12
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|

|  |  | files for deposition preparation of ZAI claimants/homeowners (6.4); reviewing testing documents on Summation database for deposition preparation, and copies made (1.0);  organizing J. Wolter documents for deposition preparation (1.0); reviewing files for T. Hamilton deposition preparation (.9). |  |
| 02/14/03 | Bentz | Conference with R. Finke, W. Sparks and D. Cameron regarding deposition planning and strategy issues (.7); corresponding with claimants' counsel regarding depositions (2.7); scheduling depositions (1.5); review of materials in preparation for deposition (.5). | 5.40 |
| 02/14/03 | Cameron | Telephone conference with W. Sparks, R. Finke and J. Bentz re: issues associated with fact witness depositions and witness interviews (.80); telephone conference with R. Finke re: new discovery requests and FOIA requests (.70); review materials relating to T. Hamilton (.70); multiple e-mails and review of correspondence relating to fact witness depositions (.90). | 3.10 |
| 02/14/03 | Flatley | E-mails re: scheduling of depositions (.40); begin preparation for J. Wolter deposition (3.00). | 3.40 |
| 02/14/03 | Miller | Meeting with Attorneys Cameron, Muha and Bentz to discuss W.R. Grace deployment plans for homeowners depositions. | .60 |
| 02/14/03 | Muha | Meet with D. Cameron, J. Bentz and R. Miller re: upcoming Grace depositions, some of which were to be taken by me and others of which were to be taken by R. Miller. | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  13
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|------|
| 02/14/03 | Radcliffe | Review and organize ZAI discovery documents from the Winthrop Square depository. | 4.50 |
| 02/14/03 | Rea | Met with D. Cameron re: witness documents. | .80 |
| 02/14/03 | Turkaly | Review and organize documents to be used by attorneys in preparation for and conduct of ZAI Science Trial depositions | 8.00 |
| 02/15/03 | Bentz | Review of discovery materials regarding alleged ZAI exposures. | .40 |
| 02/15/03 | Cameron | Review extensive documents related to Grace former employees and prepare for interview (1.0); prepare and review memorandum re: summary of documents (1.3); prepare witness interview outline (.90); memorandum re: J. Yang preparation (.90). | 4.10 |
| 02/15/03 | DeMarchi Sleigh | Review documents to prepare support materials for possible deposition of R. Locke. | 5.00 |
| 02/16/03 | Cameron | Continue preparation of and revisions to witness outline for depositions (1.1); review and revise memo regarding deposition issues and e-mail to R. Finke (.5); continue review of substantial number of documents for upcoming depositions (1.3); prepare for witness interview (.7). | 3.60 |
| 02/16/03 | Muha | Review materials for preparation for taking homeowner claimants' depositions. | 3.00 |
| 02/17/03 | Atkinson | Collect discovery documents for K. Condo re: McMurchie for preparation for McMurchie deposition. | 2.80 |
| 02/17/03 | Bentz | Meeting regarding fact discovery and depositions (1.2); scheduling depositions (2.0); review of | 5.10 |

```
172573 W. R. Grace & Co.                          Invoice Number  1019293
60028  ZAI Science Trial                          Page  14
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | correspondence from claimants' counsel regarding depositions (.5); preparation for depositions (1.4). | |
| 02/17/03 | Cameron | Prepare and revise outline for witness interview (.9); telephone call with R. Finke regarding same (.2); participate in witness interview (1.3); prepare summary memo of interview and relevant documents (1.6); review testing documents for upcoming depositions (1.4); attend partner meeting with J. Restivo and J. Bentz regarding dividing coverage and responsibilities for upcoming depositions (.6); prepare and revise outline for Yang deposition (1.8); multiple e-mails regarding discovery and deposition issues (.7). | 8.50 |
| 02/17/03 | Condo | Preparation for McMurchie deposition. | 2.60 |
| 02/17/03 | DeMarchi Sleigh | Review documents to prepare support materials for possible deposition of R. Locke. | 5.60 |
| 02/17/03 | Flatley | Review D. Cameron witness outline for preparation for depositions (1.10); comments to D. Cameron re: witness outline (.20); review D. Cameron e-mail re: witness interview (.20); review letter from Westbrook re: deposition scheduling (.10); meeting with J. Restivo, D. Cameron and J. Bentz re: deposition scheduling, coverage and strategy (1.20). | 2.80 |
| 02/17/03 | Muha | Review materials in preparation for taking depositions in ZAI Science Trial case. | 1.10 |
| 02/17/03 | Restivo | Review and respond to correspondence re: fact discovery schedule and coverage. | 2.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  15
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/17/03 | Stewart | Confer with A. Muha re: deposition schedule and logistics of depositions in case (.3); confer with D. Cameron re: same (.3). | .60 |
| 02/18/03 | Atkinson | Revising summaries of deposition/other discovery responses for ZAI claimants (1.2); reviewing files and document preparation for depositions (0.9); revising summaries of deposition testimony and other discovery (1.5). | 3.60 |
| 02/18/03 | Bentz | Negotiations with claimants' counsel regarding discovery schedule and depositions (.8); scheduling depositions (2.5); corresponding with claimants' counsel regarding depositions (1.5); preparation for depositions (1.1); conferences with Debtor's in-house counsel regarding discovery (.8). | 6.70 |
| 02/18/03 | Butcher | Review documents to aid in preparation for deposition of J. Wolter. | 2.10 |
| 02/18/03 | Cameron | Continued review and preparation of outline for Yang deposition (4.0); prepare for and meet with J. Yang and R. Finke (2.5); review correspondence and e-mail regarding deposition schedule and issues (.6). | 7.10 |
| 02/18/03 | Condo | Preparation for McMurchie deposition. | 2.50 |
| 02/18/03 | Flatley | E-mails re: J. Wolter deposition scheduling (.10); e-mails to/from W. Sparks re: same (.10). | .20 |
| 02/18/03 | Miller | Further review of deposition transcripts and memoranda from ZAI Science trial to prepare for homeowner depositions. | 2.00 |
| 02/18/03 | Muha | Prepare subpoena for possible R. | 3.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  16
       March 31, 2003
```

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| | | Locke deposition in Science Trial case (1.8);review homeowner deposition preparation materials (0.9); discuss deposition scheduling issues with R. Miller and J. Bentz (0.4). | |
| 02/18/03 | Repack | Obtain Daubert/Frye materials for K. Condo | .50 |
| 02/18/03 | Restivo | Hamilton deposition preparation. | 4.00 |
| 02/18/03 | Stewart | Confer with Jim Bentz re: deposition schedule and related issues, and collecting information re: March 3 depositions in Tacoma, Washington (.9). | .90 |
| 02/18/03 | Turkaly | Review and prepare documents to be used by attorneys in preparation for and conduct of ZAI Science Trial depositions. | 3.80 |
| 02/19/03 | Atkinson | Reviewing Summation database re: testing document referred to by Mr. Turkewitz (1.0); reviewing deposition preparation documents (5.3). | 6.30 |
| 02/19/03 | Bentz | Scheduling depositions (2.0); corresponding with ZAI claimants' counsel regarding discovery schedule and document issues (2.5); review of documents in preparation for depositions (1.0). | 5.50 |
| 02/19/03 | Butcher | Review documents to aid in preparation for depositions of J. Wolter and Hamilton. | 4.60 |
| 02/19/03 | Cameron | Meet with R. Finke and J. Yang (5.2); review additional documents and materials for Yang deposition (.9); meet with R. Finke regarding deposition scheduling issues and other discovery-related open issues (1.3). | 7.40 |
| 02/19/03 | Condo | Take McMurchie deposition in Minnesota (4.5); prepare for same (4.0) | 8.50 |

172573 W. R. Grace & Co.                        Invoice Number  1019293
60028  ZAI Science Trial                        Page  17
       March 31, 2003

| Date | Name | | Hours |
|------|------|---|-------|
| 02/19/03 | Flatley | E-mails and review letters re: deposition scheduling (.30); call with J. Bentz re: same (.10). | .40 |
| 02/19/03 | Miller | Further preparation for depositions of Dr. Clarke Russ and Mr. Harlow Casler (2.8);meeting with Attorneys Bentz and Muha regarding handling upcoming depositions for ZAI Science. | 3.30 |
| 02/19/03 | Muha | Meet with J. Bentz and R. Miller re: homeowner deposition (0.5); research issues and draft subpoena for possible Locke deposition (0.5); review materials for deposition preparation (2.6). | 3.60 |
| 02/19/03 | Rea | Reviewed ZAI testing documents for J. Restivo. | .70 |
| 02/19/03 | Restivo | Prepare for upcoming Hamilton deposition in Charleston, SC. | 5.20 |
| 02/19/03 | Stewart | Beginning to review Dillons' deposition preparation materials. | 1.90 |
| 02/19/03 | Turkaly | Review and organize documents to be used in preparation for and conduct of ZAI Science Trial depositions. | 2.00 |
| 02/20/03 | Atkinson | Reviewing, summarizing information re: Ralph Mold, Kevin Kalman (ZAI homeowner claimants). | 1.40 |
| 02/20/03 | Bentz | Work in preparation for T. Hamilton deposition (2.2); work in preparation for ZAI claimant depositions (2.0); scheduling depositions (1.9); corresponding with ZAI claimants' counsel regarding deposition schedule and outstanding discovery issues (1.2); review of prior testimony on EPA representatives from prior action listed as non-expert witnesses in ZAI Science Trial (3.0). | 10.30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019293
60028  ZAI Science Trial                        Page  18
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 02/20/03 | Cameron | Prepare for and attend J. Yang deposition (6.3); meet with R. Finke regarding multiple issues related to expert witnesses (1.0); telephone call with J. Restivo regarding upcoming deposition (.5); review notes of deposition for memo (.6); review recent correspondence regarding discovery (.5). | 8.90 |
| 02/20/03 | Condo | Conference with J. Bentz re: McMurchie deposition (0.6); memo re: McMurchie deposition (1.4). | 2.00 |
| 02/20/03 | Flatley | With J. Bentz re: deposition preparation issue and documents. | .30 |
| 02/20/03 | Miller | Further preparation for depositions of Dr. Clarke Russ and Mr. Harlow Casler. | 3.50 |
| 02/20/03 | Muha | Attend to logistics/trip planning issues for Cohen and Worden depositions (1.0); review memo re: McMurchie deposition (0.2). | 1.20 |
| 02/20/03 | Radcliffe | Review and organize ZAI discovery documents from the Winthrop Square depository. | 2.20 |
| 02/20/03 | Rea | Met with J. Restivo re: deposition in ZAI Science Trial case. | .30 |
| 02/20/03 | Restivo | Preparation for depositions in Charleston, SC. | 4.50 |
| 02/20/03 | Turkaly | Review and prepare documents to be used by attorneys in preparation for and conduct of ZAI Science Trial depositions. | 6.00 |
| 02/21/03 | Atkinson | Document review for deposition preparation (2.0); revising Roo Mold and Kevin Kalman summary information (.8); reviewing testing binders for documents relating to R. Locke (.7). | 3.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  19
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/21/03 | Bentz | Meeting with J. Restivo in preparation for Hamilton deposition (1.7); meeting with R. Miller regarding homeowner depositions (.3); conference with R. Murphy regarding ore issue in Science Trial (.5); scheduling depositions (2.5); corresponding with claimants' counsel regarding depositions (2.1); review of documents in preparation for possible deposition of R. Locke (.3). | 7.40 |
| 02/21/03 | Cameron | Memo regarding J. Yang deposition (1.8); review materials for upcoming depositions (.9); prepare for call with Restivo and Bentz regarding strategy issues (.5). | 3.20 |
| 02/21/03 | Flatley | Review letters from opposing counsel re: ZAI Science Trial depositions (.10); preparation for J. Wolter deposition (3.30). | 3.40 |
| 02/21/03 | Miller | Prepare correspondence to Attorney Westbrook regarding location for deposition of Mr. Harlow Casler (0.2);further preparation for depositions of Dr. Clarke Russ and Mr. Harlow Casler. | 4.00 |
| 02/21/03 | Muha | Attend to travel plan issues for homeowner depositions (0.7); discuss deposition preparation issues with R. Miller (0.5). | 1.20 |
| 02/21/03 | Radcliffe | Review and arrange ZAI discovery documents from the Winthrop Square depository. | 2.50 |
| 02/21/03 | Turkaly | Review and prepare documents to be used by attorneys in preparation for and conduct of ZAI Science Trial depositions. | 3.00 |
| 02/22/03 | Bentz | Review of documents regarding R. Locke (4.6); preparation for R. Locke possible deposition (3.0). | 7.60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019293
60028  ZAI Science Trial                        Page  20
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/22/03 | Flatley | Reviewing documents and preparing outline for J. Wolter deposition. | 5.30 |
| 02/23/03 | Cameron | Revise Yang deposition summary memo. | .50 |
| 02/23/03 | Miller | Further preparation for deposition of Dr. Clarke Russ. | 1.50 |
| 02/23/03 | Muha | Review deposition preparation materials (1.7); begin preparation of deposition outline (0.8). | 2.50 |
| 02/24/03 | Atkinson | Reviewing files re: Ewing, Millette, Hatfield, Longo and other discovery/deposition preparation tasks (2.3);  updated materials on database and reported on same to D. Cameron (2.0); distributing discovery responses verifications (0.7). | 5.00 |
| 02/24/03 | Bentz | Meeting with J. Restivo and D. Cameron regarding expert phase of proceedings and beyond (.8); scheduling depositions (2.5); conference with counsel for claimants regarding deposition (.4); conferences with R. Murphy and counsel in Vermont regarding deposition of R. Mold (1.0); letter to claimants' counsel regarding outstanding discovery issues (.5); review of documents regarding ore issue (1.9); preparation for Locke deposition (.7); corresponding with R. Murphy regarding documents (.3). | 8.10 |
| 02/24/03 | Cameron | Review extensive expert witness materials in preparation for meetings in San Francisco with potential testifying consultant (4.8); meet with Jim Bentz and Jim Restivo regarding outstanding deposition issues and strategy session for science trial (.8); follow-up meeting with paralegal and associate regarding assignments related to Science | 6.20 |

172573 W. R. Grace & Co.                          Invoice Number  1019293
60028  ZAI Science Trial                          Page  21
       March 31, 2003

   Date   Name                                                    Hours
 -------- -----------                                             -----
                           Trial (.6).

 02/24/03 Flatley          With W. Sparks re: deposition           4.10
                           preparation meetings (1.50);
                           further preparation for Wolter
                           meeting and deposition
                           (1.00);preparing for J. Wolter
                           deposition and witness meetings
                           (1.50); with J. Bentz re:
                           documents and deposition coverage
                           in Science Trial matter (.10).

 02/24/03 Miller           Prepare for (0.5) and take             4.60
                           deposition of D. Russ (3.7);
                           discussion with Attorney Wood
                           regarding deposition (0.4);

 02/24/03 Muha             Review materials to prepare            4.80
                           questions for ZAI claimant
                           (homeowner) depositions.

 02/24/03 Radcliffe        Review and arrange ZAI discovery       1.30
                           documents from the Winthrop Square
                           depository.

 02/24/03 Restivo          Preparation for depositions of T.      6.00
                           Hamilton and K. Kalman in
                           Charleston, SC.

 02/24/03 Stewart          Confer with D. Cameron and J.          3.60
                           Bentz re: Grace depositions (0.5);
                           reviewing previous deposition
                           transcripts in preparation for
                           depositions (3.1).

 02/24/03 Turkaly          Review and organize documents to       4.00
                           be used by attorneys in
                           preparation for and conduct of ZAI
                           Science Trial depositions

 02/25/03 Atkinson         Updating summaries of discovery        4.60
                           responses (3.7);  attention to
                           other deposition preparation tasks
                           (0.9).

 02/25/03 Bentz            Preparation for possible Locke         6.30
                           deposition (5.0); conference with
                           R. Murphy and W. Sparks regarding
                           upcoming depositions (.5);
                           conference with Grace in-house

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  22
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | counsel regarding possible Locke deposition (.5); scheduling depositions (.3). | |
| 02/25/03 | Cameron | Continued review of expert materials for meeting with potential testifying consultant (1.9); prepare for and meet with R. Finke and potential testifying consultant regarding Science Trial work (3.8); telephone call with J. Restivo regarding report on depositions (.5); telephone call with J. Bentz concerning deposition scheduling (.4); meet with R.J. Lee Group personnel regarding testing issues (.9); review materials for upcoming depositions (1.4). | 8.90 |
| 02/25/03 | Condo | Conference with J. Bentz re: McMurchie deposition. | .40 |
| 02/25/03 | Flatley | With W. Sparks re: preparation meeting (.50); meeting with J. Wolter, W. Sparks and B. Murphy in preparation for Wolter deposition (6.50). | 7.00 |
| 02/25/03 | Miller | Prepared deposition aid materials during travel to Syracuse, NY for Casler deposition. | 6.10 |
| 02/25/03 | Muha | Meet with R. Miller re: homeowner depositions (0.6); review preparation materials for homeowner depositions (1.1); draft and revise homeowner deposition outline (3.1). | 4.80 |
| 02/25/03 | Restivo | Preparation for and deposition of T. Hamilton (9.0); telephone conferences with D. Cameron re: deposition and discovery issues (1.0). | 10.00 |
| 02/25/03 | Stewart | Continuing to review deposition transcripts, documents, deposition exhibits and discovery responses for deposition preparation (4.4); | 4.90 |

172573 W. R. Grace & Co.                    Invoice Number 1019293
60028  ZAI Science Trial                    Page  23
       March 31, 2003

   Date  Name                                                Hours
 -------- -----------                                         -----
                          confer with Jim Bentz re:
                          logistical matters (.3); confer
                          with A. Muha re: deposition
                          strategy (.2).

02/25/03 Turkaly          Review and organize documents to    7.00
                          be used by attorneys in
                          preparation for and conduct of ZAI
                          Science Trial depositions.

02/26/03 Bentz            Preparation for the deposition of    6.30
                          R. Mold (2.0); conferences with
                          claimants' counsel regarding
                          deposition and discovery issues
                          (1.0); letter to claimants'
                          counsel regarding depositions
                          (.3); review and analyze reports
                          regarding depositions (1.5);
                          scheduling depositions (1.5).

02/26/03 Cameron          Attend meetings in San Francisco     8.90
                          with R. Finke and various
                          testifying consultants regarding
                          outstanding testing issues and
                          deadlines for filing expert
                          reports (3.5); review documents in
                          preparation for R. Busch
                          deposition in Spokane, Washington
                          (3.2); telephone call with J.
                          Restivo regarding depositions in
                          Charleston, South Carolina and
                          outstanding discovery issues (.4);
                          e-mails and multiple telephone
                          calls with J. Bentz regarding
                          deposition scheduling generally
                          and R. Busch deposition
                          specifically (.7); detailed e-mail
                          concerning outline for several
                          proposed FOIA requests (1.1).

02/26/03 Flatley          Preparation for J. Wolter            8.30
                          deposition (.50); with J. Wolter
                          and W. Sparks before deposition
                          (1.50); defend J. Wolter
                          deposition and follow up with J.
                          Wolter and W. Sparks (3.60); with
                          A. Muha during Cohen deposition
                          (1.00); call with J. Bentz re:
                          status of depositions (.20);
                          review J. Wolter deposition notes

172573 W. R. Grace & Co.                          Invoice Number  1019293
60028  ZAI Science Trial                          Page  24
      March 31, 2003

     Date   Name                                                    Hours
  -------- -----------                                              -----
                          and memo (1.50).

02/26/03 Horner          Research facilities and names,              2.70
                         locate addresses and phone numbers
                         for preparation of sending
                         requests for medical records for
                         following up on discovery of
                         issues testified to in McMurchie
                         deposition.

02/26/03 Miller          Take deposition of Harlow Casler           4.30
                         (4.0); discussion with Attorney
                         Wood regarding deposition (0.3).

02/26/03 Muha            Review outline and various                 7.30
                         discovery materials to prepare for
                         Leon Cohen (ZAI homeowner)
                         deposition (4.3); take deposition
                         of Leon Cohen at offices of Casner
                         & Edwards, Boston, MA (3.0).

02/26/03 Restivo         Preparation for and deposition of          7.20
                         K. Kalman (4.5); dictate e-mail
                         report on same (0.4); telephone
                         calls with D. Cameron re: same
                         (0.3); review T. Hamilton
                         deposition exhibits (0.3) and
                         summarize deposition (1.7).

02/26/03 Turkaly         Review and prepare documents for           3.50
                         ZAI Science Trial depositions.

02/27/03 Bentz           Preparation for possible Locke             4.80
                         deposition, including review of
                         prior testimony (3.1); work on
                         FOIA request (.9) and conference
                         with J. Butcher regarding same
                         (0.1); scheduling depositions (.7).

02/27/03 Butcher         Meeting with J. Bentz re: FOIA              .10
                         request.

02/27/03 Cameron         Prepare for Busch deposition               7.70
                         (3.5); take deposition of Ralph
                         Busch and follow up with counsel
                         for ZAI claimants (3.2); prepare
                         summary of deposition of R. Busch
                         (1.0).

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  25
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|

02/27/03 Flatley — Review, revise and circulate memo on J. Wolter deposition (1.10); reviewing Wolter files after deposition (.80); with J. Restivo re: deposition results (.20); e-mails from/to W. Sparks re: same (.10). — 2.20

02/27/03 Miller — Further review of case law regarding frequency, regulatory and proximity test in asbestos lawsuits (2.2); prepare memorandum regarding deposition of Harlow Casler. — 3.50

02/27/03 Muha — Review and analyze notes from Cohen deposition (2.5); revise deposition outline and other preparation for Worden deposition (1.8); take deposition of Gladwin Worden at offices of Reed Smith LLP in Washington, D.C. (4.0). — 7.50

02/27/03 Radcliffe — Organize documents relating to ZAI Science Trial depositions. — .30

02/27/03 Stewart — Various e-mails to/from D. Cameron and J. Bentz re: Busch depositions (.4); reviewing additional documents and transcripts re: Dillon depositions (3.8); reviewing draft outline for deposition (.6); dealing with deposition logistics (.2). — 5.00

02/28/03 Atkinson — Obtain Daubert hearing materials and draft discovery requests to EPA for J. Butcher (0.3); update of Ralph Busch discovery summary for G. Stewart (0.5). — .80

02/28/03 Bentz — Corresponding with ZAI claimants' counsel regarding authorizations for medical records (.5); conference with G. Stewart regarding claimant depositions (.3); meeting with R. Miller and A. Muha regarding claimant depositions (1.0); conference with R. Murphy regarding Mold — 3.10

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  26
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| | | deposition (.3) and draft report regarding same (.5); preparation for depositions (.5). | |
| 02/28/03 | Butcher | Review materials for request to EPA. | .80 |
| 02/28/03 | Cameron | Review fax from R. Finke regarding expert reports (.8); revise summary of memo regarding Busch deposition (.8); review strategy (things to do) memo (.5); review FOIA requests with J. Bentz (.6). | 2.70 |
| 02/28/03 | Flatley | Correspondence and e-mails re: ZAI Science Trial discovery and depositions. | .30 |
| 02/28/03 | Miller | Further review of cases regarding frequency, regulatory and proximity test in asbestos lawsuits. | 1.70 |
| 02/28/03 | Muha | Meetings with various Reed Smith attorneys working on Grace bankruptcy case regarding Cohen and Worden depositions and other witness/client depositions (2.5); review notes from Worden deposition (0.7). | 3.20 |
| 02/28/03 | Restivo | Review of recent deposition transcripts (2.3) and update trial planning schedule (0.7). | 3.00 |
| 02/28/03 | Stewart | Meeting with J. Bentz re: Grace depositions (.4); reviewing memo summaries of depositions conducted by K. Condo and R. Miller (.6); confer with D. Cameron re: Busch deposition (.3) confer with A. Muha re: his two depositions (.5); organizing documents for Dillon depositions (.4); drafting outline for Dillon depositions (3.6); attending deposition planning meeting (.4). | 5.20 |

```
                                            ------
                            TOTAL HOURS     768.70
```

```
172573 W. R. Grace & Co.                    Invoice Number  1019293
60028  ZAI Science Trial                    Page  27
       March 31, 2003
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| James J. Restivo Jr. | 52.40 | at | $ | 475.00 | = | 24,890.00 |
| Lawrence E. Flatley | 70.30 | at | $ | 440.00 | = | 30,932.00 |
| Douglas E. Cameron | 131.80 | at | $ | 430.00 | = | 56,674.00 |
| George L Stewart | 22.10 | at | $ | 380.00 | = | 8,398.00 |
| James W Bentz | 114.70 | at | $ | 335.00 | = | 38,424.50 |
| Kathy K. Condo | 17.10 | at | $ | 385.00 | = | 6,583.50 |
| Traci Sands Rea | 1.80 | at | $ | 280.00 | = | 504.00 |
| Lisa D. DeMarchi Sleigh | 12.90 | at | $ | 200.00 | = | 2,580.00 |
| Jayme L. Butcher | 17.60 | at | $ | 200.00 | = | 3,520.00 |
| Andrew J. Muha | 46.70 | at | $ | 200.00 | = | 9,340.00 |
| Rosa Copeland Miller | 42.40 | at | $ | 230.00 | = | 9,752.00 |
| Karen L. Repack | 10.20 | at | $ | 115.00 | = | 1,173.00 |
| Maureen L. Atkinson | 86.60 | at | $ | 125.00 | = | 10,825.00 |
| Robert H Radcliffe | 40.10 | at | $ | 95.00 | = | 3,809.50 |
| Christine H. Turkaly | 99.30 | at | $ | 95.00 | = | 9,433.50 |
| Daryl F. Horner | 2.70 | at | $ | 125.00 | = | 337.50 |

```
                        CURRENT FEES                        217,176.50


                                                           ------------
                 TOTAL BALANCE DUE UPON RECEIPT            $ 217,176.50
                                                           ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1019294
5400 Broken Sound Blvd., N.W.        Invoice Date      03/31/03
Boca Raton, FL 33487                 Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          2,944.00


            TOTAL BALANCE DUE UPON RECEIPT      $ 2,944.00
                                               =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number    1019294
5400 Broken Sound Blvd., N.W.         Invoice Date    03/31/03
Boca Raton, FL 33487                  Client Number     172573
                                      Matter Number      60029
```

==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2003

| Date | Name | | Hours |
|------|------|--|-------|

| 02/03/03 | Lord | E-mail from/to A. Muha re: CNO for November application (.1); research and forward materials re: same (.2). | .30 |
| 02/06/03 | Lord | Prepare service for quarterly fee application (.6); discuss same with R. Keuler (.1). | .70 |
| 02/07/03 | Muha | Review and revise DBRs for 19th monthly fee application. | 2.10 |
| 02/10/03 | Lord | Discuss Seventh Quarterly Fee Application with R. Keuler (.2); review and revise same (.3); supplement and perfect service for same (.6); e-file same (.9). | 2.00 |
| 02/10/03 | Muha | Revise DBR for 19th monthly fee application. | 1.60 |
| 02/11/03 | Cameron | Review materials for fee application preparation and e-mails regarding same. | .70 |
| 02/12/03 | Muha | Revise fee and expense details for 19th monthly fee application (3.0); attention to billing rate issues with accounting department (0.7). | 3.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  1019294
60029  Fee Applications-Applicant               Page   2
       March 31, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/19/03 | Muha | Attention to revised draft fee/expense details for 19th monthly application. | .80 |
| 02/20/03 | Lord | Draft CNO and prepare service for Reed Smith's December fee application. | 1.20 |
| 02/24/03 | Lord | Review and revise CNO re: December 2002 per R. Keuler (.2); prepare and perfect service for same (.4); e-file same (.4); draft correspondence to R. Finke at Grace re: payment of fees contained (.2). | 1.20 |
| 02/24/03 | Muha | Begin final revisions to fee/expense details for 19th monthly fee application. | .90 |
| 02/26/03 | Muha | Complete final revisions to 19th Monthly Fee Application. | .80 |

```
                                                ------
                                TOTAL HOURS      15.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | .70 | at $ | 430.00 | = | 301.00 |
| Andrew J. Muha | 9.30 | at $ | 200.00 | = | 1,860.00 |
| John B. Lord | 5.40 | at $ | 145.00 | = | 783.00 |

```
                        CURRENT FEES                           2,944.00


                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT    $ 2,944.00
                                                         ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
   W.R Grace & Co.                      Invoice Number     1019295
   One Town Center Road                 Invoice Date     03/31/03
   Boca Raton, FL   33486               Client Number      172573
```

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

```
     Fees                              375.00

                      TOTAL BALANCE DUE UPON RECEIPT      $ 375.00
                                                         =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W.R Grace & Co.                        Invoice Number      1019295
  One Town Center Road                   Invoice Date        03/31/03
  Boca Raton, FL   33486                 Client Number        172573
                                         Matter Number         60030
```

===============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 20, 2003

```
  Date   Name                                            Hours
-------- -----------                                     -----


01/23/03 Keuler        E-message to debtor's counsel re:    .80
                       appearing at Monday's hearing
                       (0.2); follow-up call to J.
                       Restivo to confirm information
                       (0.1); telephone call to R. Bello
                       at Bankruptcy Court regarding
                       Monday's W.R. Grace hearing (0.1);
                       telephone call with Pittsburgh re:
                       Monday's hearing (0.1); telephone
                       call with S. McFarland re:
                       telephone appearance (0.2);
                       e-message to D. Cameron re:
                       Monday's call in information (0.1).

01/24/03 Keuler        Reviewed and responded to            .20
                       e-message from D. Cameron re:
                       omnibus hearing.

02/20/03 Keuler        Drafted and sent e-messages re:      .50
                       hearing to D. Cameron, J. Restivo
                       and J. Bentz.

                                              ------
                                  TOTAL HOURS   1.50


TIME SUMMARY              Hours         Rate         Value
------------------------  ----------------------    -------
Richard A. Jr. Keuler     1.50  at $  250.00  =     375.00

                          CURRENT FEES                        375.00

                                                   ------------
```

172573 W. R. Grace & Co.
60030  Hearings
      March 31, 2003

Invoice Number  1019295
Page   2

             TOTAL BALANCE DUE UPON RECEIPT          $ 375.00
                                                  =============