# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline**: April 22, 2003, at 4:00 p.m. |
| | | **Hearing Date:**    TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 16 - Asset Analysis and Recovery - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/03/03 | Janet S Baer | .30 | Office conference re avoidance action matters. |
| 2/04/03 | Janet S Baer | .60 | Conference with M. Shelnitz re avoidance action matters (.3); office conference re avoidance actions (.2); office conference re National Union matters (.1). |
| 2/04/03 | Christian J Lane | .20 | Prepare for and participate in office conference re review of avoidance actions. |
| 2/06/03 | Janet S Baer | .50 | Follow up re avoidance actions and confer with B. McGowan re same (.3); prepare memorandum re same (.2). |
| 2/06/03 | Christian J Lane | .30 | Prepare for and participate in office conference re review of avoidance actions. |
| 2/09/03 | Christian J Lane | 3.50 | Review and analyze client's materials re review of avoidance actions. |
| 2/10/03 | Aletheia V Anderson | .40 | Research re schedules and statements for prepetition payments and correspondence and conferences re same. |
| 2/10/03 | Janet S Baer | .40 | Telephone conferences with T. Delbrugge and BMC re preference analysis. |
| 2/10/03 | Christian J Lane | 3.50 | Review and analyze client's materials re review of avoidance actions. |
| 2/11/03 | Christian J Lane | 7.50 | Review and analyze client's materials re review of avoidance actions. |
| 2/12/03 | Janet S Baer | .50 | Review draft memorandum on avoidance action and revise same. |
| 2/12/03 | James W Kapp | .40 | Review memorandum re preference analysis. |
| 2/12/03 | Christian J Lane | 6.50 | Review and analyze client's materials re review of avoidance actions (4.5); prepare summary of same (2.0). |
| 2/13/03 | Aletheia V Anderson | 2.60 | Analyze schedule re payments above $50,000 and prepare for attorney's review. |
| 2/13/03 | Rhonda Lopera | 1.00 | Review and analyze payments over $50,000 (.7); office conference re same (.3). |
| 2/13/03 | Janet S Baer | .80 | Review draft memorandum re avoidance actions and confer re same. |
| 2/13/03 | Christian J Lane | 5.50 | Continued review and analysis of client's materials re review of avoidance actions (1.8); draft and revise memorandum re same (2.2); multiple telephone conferences with client re same (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/14/03 | Janet S Baer | 1.50 | Review avoidance analysis, revise same and review and revise attachments to same (1.0); review Grace list of acquisitions for avoidance analysis (.5). |
| 2/14/03 | James W Kapp | .70 | Review and revise memorandum re review of potential avoidance actions. |
| 2/14/03 | Christian J Lane | 5.80 | Continued review and analysis of client's materials re review of avoidance actions (1.5); revise memorandum re same (2.8); multiple telephone conferences with client re same (1.5). |
| 2/17/03 | Janet S Baer | .60 | Review J. McFarland's revisions to memorandum on avoidance actions (.3); attend to matters re avoidance action memorandum and attachments (.3). |
| 2/17/03 | James W Kapp | .30 | Revise memorandum re avoidance action review. |
| 2/17/03 | Christian J Lane | 3.40 | Continued revisions to memorandum re review of avoidance actions (2.1); multiple telephone conferences with client re same (1.3). |
| 2/18/03 | Janet S Baer | .30 | Review final avoidance action memorandum and conference with J. McFarland re same. |
| 2/18/03 | Christian J Lane | 3.10 | Continued revisions to memorandum re review of avoidance actions (2.6); multiple telephone conferences with client re same (.5). |
| 2/19/03 | Christian J Lane | 5.60 | Revise and finalize memorandum re review of avoidance actions (3.4); multiple telephone conferences with client re same (1.5); correspondence re same (.4); office conference re same (.3). |
|  | Total hours: | 55.80 | |

## Matter 18 - Other - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/03/03 | Janet S Baer | .30 | Review draft notice on schedule amendments. |
| 2/04/03 | Janet S Baer | .80 | Prepare comments re schedule amendment and notice (.5); conference with BMC (.3). |
| 2/05/03 | Janet S Baer | .30 | Follow up re amendments and bar date issues. |
| 2/06/03 | Janet S Baer | .90 | Review amended Grace schedules and prepare correspondence and comments re same (.7); review letter to Court re budget (.2). |
| 2/07/03 | Janet S Baer | .30 | Further comments on amended and supplemental schedules. |
| 2/14/03 | Janet S Baer | .60 | Attend to matters re revised schedules and notice thereof (.4); conference with BMC and local counsel re same (.2). |
| | Total hours: | 3.20 | |

## Matter 20 - Case Administration - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/03/03 | Aletheia V Anderson | .20 | Retrieve and review docket and adversary dockets. |
| 2/03/03 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.6); review and update critical dates memorandum and distribute same (.4). |
| 2/03/03 | Stephanie R Cashman | .50 | Review, catalog and prepare pleadings for Concordance litigation support system. |
| 2/03/03 | Megan K Coleman | 2.50 | Review slide database on CD-ROM and retrieve images for attorney presentation. |
| 2/03/03 | Christian J Lane | .30 | Telephone conferences with client and opposing counsel re payments to Caterpillar. |
| 2/03/03 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings, download and organize for litigation support system (1.0); review, analyze and distribute correspondence to responsible attorney for action (1.0); review, analyze and organize graphics for attorney use (1.0); review, organize and forward documents to counsel at attorney's instructions (1.0). |
| 2/04/03 | Aletheia V Anderson | .60 | Analyze docket and update motion status chart re same and correspondence re same (.4); retrieve and review docket and adversary dockets (.2). |
| 2/04/03 | Stephanie R Cashman | 4.50 | Review, catalog and organize bankruptcy pleadings for files (3.0); locate, review and prepare documents at attorney request (1.5). |
| 2/04/03 | Megan K Coleman | 1.50 | Search and analyze LiveNote database re CMO brief. |
| 2/04/03 | Lois Price | 5.50 | Analyze pleadings and other correspondence and update central files re the same. |
| 2/04/03 | James W Kapp | .10 | Review pleadings and correspondence and distribute same. |
| 2/04/03 | Shirley A Pope | 6.50 | Review docket for newly filed pleadings, download and organize for litigation support system (1.5); review, analyze and organize CMO documents for attorney use (2.5); search litigation support database re media articles requested for attorney review (1.0); review, analyze and organize journal articles for attorney use (1.0); review, analyze and distribute correspondence to responsible attorney for action (.5). |
| 2/05/03 | Aletheia V Anderson | .50 | Retrieve and review case precedent for attorney's review and several conferences re same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/05/03 | Stephanie R Cashman | 2.00 | Review, catalog and organize bankruptcy pleadings for file. |
| 2/05/03 | Lois Price | 5.50 | Analyze pleadings and other correspondence and update central files re the same. |
| 2/05/03 | James W Kapp | .20 | Review pleadings and correspondence and distribute same. |
| 2/05/03 | James W Kapp | .30 | Review equity committee motion in support of Debtor's exclusivity motion. |
| 2/05/03 | Christian J Lane | 1.00 | Review pleading summaries and relevant filings. |
| 2/05/03 | Shirley A Pope | 4.30 | Review docket for newly filed pleadings, download and organize for litigation support system (1.0); review, analyze and distribute correspondence to responsible attorney for action (1.0); review database re documents requested for attorney use (.3); revise indices to Grace main file (1.0); review and organize graphics for attorney use (1.0). |
| 2/06/03 | Stephanie R Cashman | 3.00 | Review, organize and prepare bankruptcy pleadings for litigation support system. |
| 2/06/03 | Lois Price | 6.50 | Analyze pleadings and other correspondence and update central files and Concordance Database re the same. |
| 2/06/03 | Christian J Lane | 1.60 | Review filing summaries (.4); review filed CNOs (.2); telephone conference with local counsel re same (.2); draft correspondence re same (.2); review draft hearing agenda (.4); review correspondence re revised schedules (.2). |
| 2/06/03 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings, download and organize for litigation support system (2.0); review, analyze and distribute correspondence to responsible attorney for action (1.5). |
| 2/07/03 | Lois Price | 6.00 | Analyze pleadings and other correspondence and update central files and Concordance Database re the same. |
| 2/07/03 | James W Kapp | .20 | Review pleadings and correspondence and attend to issues re same. |
| 2/07/03 | James W Kapp | .20 | Review correspondence re Markaii Properties re acquisition of property. |
| 2/07/03 | Christian J Lane | .50 | Review and consider issues re correspondence re payment of administrative expenses. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/07/03 | Shirley A Pope | 1.50 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for litigation support system (.5). |
| 2/10/03 | Stephanie R Cashman | 2.00 | Review, catalog and organize bankruptcy pleadings. |
| 2/10/03 | James W Kapp | .20 | Review pleadings and correspondence and distribute same. |
| 2/10/03 | Shirley A Pope | 1.00 | Review, analyze and distribute correspondence to responsible attorney for action. |
| 2/11/03 | Aletheia V Anderson | .30 | Correspondence with Pachulski re change of address (.1); retrieve and review docket and adversary dockets (.2). |
| 2/11/03 | James W Kapp | .10 | Review docket. |
| 2/12/03 | James W Kapp | .30 | Review pleadings and correspondence and distribute same. |
| 2/13/03 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (1.0); update and revise critical dates memorandum (.5). |
| 2/13/03 | Stephanie R Cashman | 5.30 | Locate and prepare exhibit list for Attorney review (.5); review, locate and prepare claims files and other documents for delivery to expert (4.8); |
| 2/13/03 | James W Kapp | .50 | Review and revise critical date memorandum (.2); review pleadings and correspondence and distribute same (.3). |
| 2/13/03 | Christian J Lane | .60 | Review filing summaries. |
| 2/13/03 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings, download and organize for litigation support system (.5); review litigation support system database re expert exhibits in the Chakarian adversary proceedings (1.0). |
| 2/14/03 | Stephanie R Cashman | 4.00 | Prepare and organize documents for delivery to expert review at attorney's request (1.0); review catalog and organize pleadings for Concordance litigation support system (1.5); review, catalog and organize bankruptcy pleadings for files (1.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/14/03 | Shirley A Pope | 7.00 | Review, organize and forward selected documents to expert at attorney request (1.5); review, analyze and distribute correspondence to responsible attorney for action (1.5); review docket for newly filed pleadings, download and organize for litigation support system (2.0); review docket re Chakarian adversary proceeding filings, download and organize for attorney use (1.0); review and organize Chakarian pleadings for attorney review re appeal (1.0). |
| 2/17/03 | Aletheia V Anderson | 1.10 | Retrieve and review docket and adversary dockets (.2); retrieve and review adversary pleadings and conferences re same (.9). |
| 2/17/03 | Stephanie R Cashman | 2.00 | Review, catalog and organize pleadings for Concordance litigation support system (1.5); review and organize bankruptcy pleadings (.5). |
| 2/17/03 | James W Kapp | .70 | Review pleading and correspondence and distribute same (.2); review docket (.1); review article in Daily Bankruptcy Review re ABA proposal for tort reform (.1); review request for payment of administrative expense filed by R. Sukenik (.3). |
| 2/17/03 | Shirley A Pope | 4.00 | Review docket for newly filed pleadings, download and organize for litigation support system (2.0); review, analyze and distribute correspondence to responsible attorney for action (2.0). |
| 2/18/03 | James W Kapp | .20 | Review pleadings and correspondence and distribute same. |
| 2/18/03 | Christian J Lane | 1.60 | Review and comment on critical dates list (.6); review pleading summary and relevant filings (.6); telephone conferences with local counsel re filing of CNOs, entry of orders and hearing scheduling (.4). |
| 2/18/03 | Shirley A Pope | 3.00 | Review, analyze and distribute correspondence to responsible attorney for action (1.0); review docket for newly filed pleadings, download and organize for litigation support system (1.0); search database re estimation memoranda for attorney review (1.0). |
| 2/19/03 | Rhonda Lopera | 2.50 | Review and analyze docket and adversary dockets re critical dates (1.0); office conference re same (.3); revise and update critical dates memorandum for team distribution (.7); attention to creditor inquiries (.5). |
| 2/19/03 | Stephanie R Cashman | 2.00 | Review, catalog and organize pleadings for Concordance litigation support system (1.0); review, organize and prepare Bankruptcy pleadings (1.0). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 2/19/03 | Megan K Coleman | 2.00 | Review and analyze USG order and distribute for attorney use. |
| 2/19/03 | James W Kapp | .10 | Review pleadings and correspondence and distribute same. |
| 2/19/03 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings, download and organize for litigation support system (2.0); review, analyze and distribute correspondence to responsible attorney for action (1.0). |
| 2/20/03 | Aletheia V Anderson | .60 | Analyze docket re Kellogg order entry date (.1); analyze docket and update motion status chart re same (.5). |
| 2/20/03 | James W Kapp | .10 | Review revised agenda for 2/26 hearing. |
| 2/20/03 | Christian J Lane | .50 | Telephone conference with creditors' committee counsel re open issues. |
| 2/20/03 | Shirley A Pope | 3.50 | Review docket for newly filed pleadings, download and organize for litigation support system (2.5); review, analyze and distribute correspondence to responsible attorney for action (1.0). |
| 2/21/03 | Stephanie R Cashman | 1.50 | Review, organize and prepare Bankruptcy pleadings for files (1.0); review and organize pleadings to ensure completeness of litigation support system (.5). |
| 2/21/03 | Christian J Lane | .60 | Review pleading summary and relevant filings (.4); telephone conferences with local counsel re filing of CNOs, entry of orders (.2). |
| 2/21/03 | Shirley A Pope | .80 | Review docket for newly filed pleadings, download and organize for litigation support system database. |
| 2/24/03 | Aletheia V Anderson | .30 | Various conferences re asbestos and non-asbestos proofs of claim status and responsibilities. |
| 2/24/03 | Rhonda Lopera | .50 | Review and analyze pleadings re entered stipulation and order. |
| 2/24/03 | Stephanie R Cashman | 4.00 | Review, catalog and organize pleadings for Concordance litigation support system (2.0); review, assemble and organize bankruptcy pleadings for files (1.5); organize and prepare duplicate pleadings (.5) |
| 2/24/03 | James W Kapp | .40 | Review pleadings and correspondence and distribution of same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/24/03 | Christian J Lane | 1.10 | Respond to California Attorney General request for information (.4); respond to multiple creditor inquiries (.3); review pleading summary and relevant filings (.2); telephone conferences with local counsel re filing of CNOs, entry of orders (.2). |
| 2/24/03 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings, download and organize for litigation support system (1.0); review litigation support database re Grace informational and stay briefs and prepare for attorney use (.5). |
| 2/25/03 | Aletheia V Anderson | 1.90 | Analyze docket and numerous conferences re indemnification pleadings (.4); retrieve and analyze agendas and July 2001 hearing transcript and conferences re same (1.5). |
| 2/25/03 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.7); office conference re same (.3). |
| 2/25/03 | James W Kapp | .40 | Review pleadings and correspondence and distribution of same (.3); telephone conference with Snyder Industries re status of chapter 11 cases (.1). |
| 2/25/03 | Christian J Lane | 3.10 | Prepare for and participate in telephone conference with client re insurance issues (1.5); office conferences re indemnification issues (.7); review court filings re same (.6); telephone conferences with client re same (.3). |
| 2/26/03 | Aletheia V Anderson | .40 | Retrieve and review indemnification pleading for attorney's review and conference re same. |
| 2/26/03 | Rhonda Lopera | .80 | Review and analyze docket re indemnification issues. |
| 2/26/03 | Stephanie R Cashman | 1.00 | Review, catalog and organize bankruptcy pleadings for files. |
| 2/26/03 | Megan K Coleman | 3.00 | Review, catalog and organize Bankruptcy pleadings for litigation support system. |
| 2/26/03 | Shirley A Pope | 1.00 | Review docket for newly filed pleadings, download and organize for litigation support system (.8); review litigation support system and organize selected documents for attorney use (.2). |
| 2/27/03 | Aletheia V Anderson | .20 | Retrieve and review indemnification order for attorney's review and conferences re same. |
| 2/27/03 | James W Kapp | .60 | Review pleadings and correspondence and distribution of same (.5); review article in Daily Bankruptcy Review re Debtors motion to extend the DIP Financing (.1). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/27/03 | Christian J Lane | .70 | Review and comment on draft hearing agenda. |
| 2/28/03 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.7); revise and update critical dates memorandum (.3). |
| 2/28/03 | Rhonda Lopera | .50 | Respond to creditor inquiry (.3); prepare notice of bankruptcy for sending out to creditor (.2). |
| 2/28/03 | Stephanie R Cashman | 1.00 | Review and locate affidavits at attorney request. |
| | Total hours: | 142.50 | |

## Matter 21 - Claims Analysis Objection & Resolution (Asbestos) - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/03/03 | Elli Leibenstein | .20 | Analyze requests from equity committee re asbestos claims. |
| 2/05/03 | Elli Leibenstein | 1.00 | Telephone conference with equity committee re asbestos liabilities. |
| 2/06/03 | Elli Leibenstein | 1.00 | Analyze estimation of asbestos liabilities. |
| 2/07/03 | Elli Leibenstein | 1.00 | Telephone conference re estimates of asbestos liabilities (.5); analyze estimates (.5). |
| 2/10/03 | Janet S Baer | .30 | Conference with clients re meeting on claims. |
| 2/10/03 | Elli Leibenstein | .50 | Prepare for telephone conference re liability estimates. |
| 2/11/03 | Elli Leibenstein | 1.60 | Participate in telephone conference with F. Dunbar and D. Martin re asbestos liabilities (.6); prepare for meeting (.7); analyze material (.3). |
| 2/12/03 | Elli Leibenstein | .50 | Analyze asbestos claims estimate. |
| 2/13/03 | Elli Leibenstein | .30 | Exchange voicemails re data. |
| 2/14/03 | Elli Leibenstein | .50 | Analyze Grace equity. |
| 2/17/03 | Elli Leibenstein | .30 | Telephone conferences re equity estimates. |
| 2/18/03 | Elli Leibenstein | .50 | Telephone conference re equity. |
| 2/19/03 | Elli Leibenstein | 2.00 | Analyze USG opinion (.5); telephone conference re estimate (.5); review data (1.0). |
| 2/19/03 | Andrew R Running | .50 | Review Judge Wolin's case management order in the USG case (.4); draft correspondence to W. Sparks re same (.1). |
| 2/20/03 | Elli Leibenstein | .50 | Analyze liability issues. |
| 2/24/03 | Elli Leibenstein | 1.50 | Analyze screens to claims. |
| 2/25/03 | Elli Leibenstein | 1.20 | Outline analysis (.5); office conference re analysis (.2); telephone conference re projection of claims (.5). |
| 2/26/03 | Elli Leibenstein | 2.20 | Analyze liability estimates (1.2); telephone conference with client re claim analysis (.5); telephone conference re claim analysis (.5) |
| 2/28/03 | Elli Leibenstein | 2.00 | Review Peterson and Bates materials (1.0); review proposed legislation (.5); review Rourke documents (.5). |
| | Total hours: | 17.60 | |

## Matter 26 - Financing - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/03/03 | Janet S Baer | .20 | Attend to matters re revising DIP Agreement. |
| 2/03/03 | James W Kapp | 2.60 | Revise motion to extend DIP facility. |
| 2/03/03 | Christian J Lane | 7.50 | Review precedent for DIP financing renewal (.8); draft motion re same (4.7); multiple telephone conferences with client and agent's counsel re same (2.0). |
| 2/04/03 | James W Kapp | .40 | Review and revise motion to extend and modify DIP facility. |
| 2/04/03 | Christian J Lane | 8.20 | Review precedent for DIP financing renewal order (1.2); draft DIP renewal order (1.5); revise motion re same (3.5); multiple telephone conferences with client and agent's counsel re same (2.0). |
| 2/05/03 | James W Kapp | 2.30 | Revise motion to extend DIP financing. |
| 2/05/03 | Christian J Lane | 6.20 | Review precedent for DIP financing renewal order (1.2); draft DIP renewal order (1.5); revise motion re same (2.5); multiple telephone conferences with client and agent's counsel re same (1.0). |
| 2/06/03 | James W Kapp | 2.40 | Review motion to extend and amend DIP financing. |
| 2/06/03 | Christian J Lane | 4.30 | Revise motion for DIP financing renewal (1.5); multiple telephone conferences with client and agent's counsel re same (1.3); draft affidavit re same (1.5). |
| 2/07/03 | James W Kapp | 2.70 | Review revised motion to extend DIP facility and related pleadings (1.9); review Company revisions to motion to extend DIP facility (.8). |
| 2/07/03 | Christian J Lane | 6.70 | Revise motion for DIP financing renewal (3.2); revise affidavit re same (1.0); prepare for and participate in multiple telephone conferences with client and agent's counsel re same (2.5). |
| 2/10/03 | James W Kapp | 1.80 | Revise DIP extension motion (.8); review revised affidavit in support of DIP extension motion (.8); review correspondence from D. Bacon re revisions to DIP extension motion (.2). |
| 2/10/03 | Christian J Lane | 5.80 | Revise and finalize motion for DIP financing renewal (2.5); finalize affidavit re same (.7); prepare for and participate in multiple telephone conferences with client re same (2.1); telephone conferences with local counsel re issues related to filing (.5). |
| 2/11/03 | Christian J Lane | 1.50 | Prepare for and participate in multiple telephone conferences with client re DIP financing renewal (1.2); draft correspondence re same (.3). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 2/12/03 | Christian J Lane | 1.00 | Prepare for and participate in multiple telephone conferences with client re DIP financing renewal (.7); draft correspondence re same (.3). |
| 2/14/03 | Janet S Baer | .60 | Attend to matters re DIP financing and term sheet re same (.3); telephone conference with client re same (.3). |
| 2/14/03 | James W Kapp | 1.30 | Review letter of intent re extension of DIP facilities (1.0); telephone conference with client re letter of intent re extended facility (.3). |
| 2/14/03 | Christian J Lane | .60 | Prepare for and participate in multiple telephone conferences with client re DIP financing renewal. |
| 2/19/03 | Christian J Lane | .80 | Review draft amended order (.5); draft correspondence to agent's counsel re same (.3). |
| 2/20/03 | Christian J Lane | 3.00 | Review draft amended order (.5); draft correspondence to agent's counsel re same (.3); review draft amendment (1.2); prepare for and participate in telephone conferences with client re same (1.0). |
| 2/21/03 | Christian J Lane | 4.50 | Continued review of draft amendment (.8); prepare for and participate in multiple telephone conferences with client and agent re same (3.7). |
| 2/24/03 | James W Kapp | .90 | Respond to correspondence from A. Krieger re DIP extension motion (.2); review supplement to DIP extension motion (.5); telephone conference with J. McFarland re DIP extension motion (.2). |
| 2/24/03 | Christian J Lane | 3.90 | Review amendment (.5); prepare for and participate in multiple telephone conferences re DIP amendment (1.6); consideration and analysis of issues re same (1.8). |
| 2/25/03 | James W Kapp | .80 | Prepare correspondence to A. Kreiger re DIP extension motion (.4); telephone conference with J. McFarland re DIP extension motion (.4). |
| 2/25/03 | Christian J Lane | 4.80 | Prepare for and participate in multiple telephone conferences re DIP amendment (2.6); consideration and analysis of issues re same (2.2). |
| 2/26/03 | Christian J Lane | 6.20 | Draft motion supplement (2.3); telephone conferences with client re same (.4); prepare for and participate in multiple telephone conferences re DIP amendment (3.5). |
| 2/27/03 | James W Kapp | 2.90 | Review and revise supplement to motion to extend debtor in possession facility (2.7); respond to A. Krieger correspondence re DIP extension motion (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/27/03 | Christian J Lane | 6.60 | Revise motion supplement (1.5); telephone conferences with client re same (1.0); office conferences re same (.4); prepare for and participate in multiple telephone conferences re DIP amendment (3.7). |
| 2/28/03 | James W Kapp | 1.80 | Review and revise pleadings to extend DIP extension. |
| 2/28/03 | Christian J Lane | 7.00 | Revise motion supplement (1.2); telephone conferences with client re same (.8); telephone conferences with local counsel re same (.4); prepare for and participate in multiple telephone conferences re DIP amendment (4.6). |
|  | Total hours: | 99.30 |  |

## Matter 27 - Employee Benefits/Pension - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/03/03 | Janet S Baer | .30 | Conference with A. Krieger and clients re Curtis Bay matter. |
| 2/03/03 | Christian J Lane | 2.70 | Review and revise motion to renew long term incentive plan (2.0); multiple telephone conferences with client re same (.7). |
| 2/04/03 | Janet S Baer | .50 | Review Curtis Bay materials and follow up re committee meeting re same. |
| 2/04/03 | Christian J Lane | 1.50 | Revise LTIP motion (.6); office conference re same (.3); telephone conferences with client re same (.2); review clients comments to same (.4). |
| 2/05/03 | Janet S Baer | 1.30 | Conference with B. Rogers (PBGC) re Curtis Bay motion and its position re same (.3); conference with S. Ahern re status of same (.2); review LTIP motion and client comments (.5); conference with client re same (.2); review memo and outline re Curtis Bay calls (.1). |
| 2/05/03 | Vicki V Hood | .30 | Internal conferences re pension issues. |
| 2/05/03 | Christian J Lane | 2.80 | Revise LTIP motion (1.5); office conference re same (.4); telephone conferences with client re same (.3); telephone conference with P. Zilly re ERISA issues (.2); correspondence re same (.2); telephone conferences re same (.2). |
| 2/06/03 | Janet S Baer | .40 | Review Forgach benefit Q&A and respond to same (.3); follow up re report on same (.1). |
| 2/06/03 | Janet S Baer | 1.50 | Confer with clients re Curtis Bay motion and Committee meeting re same (1.0); review further transmittals re Curtis Bay (.3); confer with J. Sakalo re same (.2). |
| 2/06/03 | Vicki V Hood | 2.10 | Telephone conference with P. Zilly and client re proposed change in pension funding (.6); consideration and analysis of issues re pension funding issues (1.5). |
| 2/06/03 | Christian J Lane | 2.80 | Revise LTIP motion (1.5); telephone conferences with client re same (.4); telephone conference with P. Zilly and B. Tarola re ERISA issues (.6); telephone conference with client re pension issues (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/07/03 | Janet S Baer | 3.80 | Review Curtis Bay materials in preparation for committee hearings (.5); review PBGC response on Curtis Bay (.2); participate in unsecured creditors committee meeting on Curtis Bay matter (1.0); participate in meeting with Property Damage Committee and its consultants re Curtis Bay (1.3); further conference with Unsecured Creditors Committee re Curtis Bay (.5); conference with B. McGowan and S. Ahern re results of same (.3). |
| 2/07/03 | James W Kapp | .40 | Review response of PGBC to Curtis Bay Pension Plan motion. |
| 2/07/03 | Christian J Lane | 1.50 | Finalize LTIP motion (.4); telephone conferences with client re same (.4); draft order re same (.5); office conference re same (.2). |
| 2/10/03 | Janet S Baer | .60 | Confer with J. Sakalo re Curtis Bay motion (.2); confer with clients and A. Krieger re same (.2); review revisions to order re same (.2). |
| 2/10/03 | Vicki V Hood | 2.00 | Telephone conferences T. Delbrugge re financial reporting for pension plan liability (1.0); work re pension financial reporting issues (1.0). |
| 2/10/03 | Christian J Lane | .80 | Finalize LTIP motion (.3); telephone conferences with client re same (.2); telephone conferences with local counsel re filing of same (.3). |
| 2/11/03 | Janet S Baer | .50 | Attend to matters re Curtis Bay Order, ERISA claims and related matters. |
| 2/11/03 | Vicki V Hood | 1.50 | Telephone conference with PWC, T. Delbrugge and B. Tarola re financial reporting for pension liability (.5); prepare for conference call re financial reporting for pension liability (1.0). |
| 2/11/03 | James W Kapp | .40 | Telephone conference with D. Ryan, T. Delbrudge and B. Tarola re reporting and accounting of pension liabilities. |
| 2/11/03 | Christian J Lane | .30 | Telephone conferences with client re LTIP motion. |
| 2/12/03 | Janet S Baer | .30 | Confer with J. Forgach re Curtis Bay order and prepare transmittal to A. Krieger re same. |
| 2/12/03 | Christian J Lane | 1.10 | Telephone conferences with client re pension issues (.3); review motion and orders re same (.4); review revised order re Curtis Bay pension (.2); correspondence re same (.2). |

| Date | Name | Hours | Description |
|---|---|---|---|
| 2/24/03 | Vicki V Hood | 1.70 | Telephone conference with J. Forgash re presentation to Grace Board re company stock in 401(k) plan (.5): review Board presentation re 401(k) plan (.7); telephone conference with B. McGowan re presentation to Board re 401(k) plan (.5). |
| 2/27/03 | Vicki V Hood | 1.50 | Telephone conference with B. McGowan re ESOP presentation (.5); telephone conference with P. Norris and B. McGowan re ESOP presentation to Board (1.0). |
| 2/27/03 | James W Kapp | .20 | Telephone conference with B. McGowan re ability to make certain pension benefits payments. |
|  | Total hours: | 32.80 |  |

## Matter 28 - Litigation and Litigation Consulting - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/02/03 | Christian J Lane | 3.00 | Research re National Union adversary proceeding issues. |
| 2/03/03 | Janet S Baer | 1.20 | Review Gerard appellate brief (1.0); briefly confer re same (.2). |
| 2/03/03 | Sven T Nylen | 2.00 | Legal research re turnover claims and setoff (1.8); review appellant brief in Gerard appeal (.2). |
| 2/03/03 | Christian J Lane | .80 | Review material re National Union adversary proceeding. |
| 2/04/03 | Janet S Baer | 1.90 | Confer with D. Siegel re status of EPA discussions, Honeywell case and related matters (.4); office conference re response to C. Gerard appellate brief (1.0); confer with EPA counsel on potential meeting on claims (.2); review EAIC/Gerling correspondence re status (.3). |
| 2/04/03 | Sven T Nylen | 2.30 | Review appellant's brief in Gerard appeal (1.3); office conference re same (1.0). |
| 2/04/03 | Christian J Lane | .30 | Review additional material re National Union adversary proceeding. |
| 2/05/03 | Janet S Baer | .50 | Review Armstrong docket re pleadings re Daubert tests for R. Finke (.3); review correspondence re EAIC/Gerling (.2). |
| 2/05/03 | Sven T Nylen | 2.00 | Review settlement agreement with Continental Casualty (.7); collect and review case law re Gerard appeal (1.3). |
| 2/06/03 | Aletheia V Anderson | 3.10 | Retrieve and review case precedent pleadings for attorney's review and conferences re same (.9); research on Westlaw re case precedent re Gerard brief and organize and conferences re same (2.2). |
| 2/06/03 | Janet S Baer | .50 | Review draft agreement re Hatco site. |
| 2/06/03 | Sven T Nylen | 1.70 | Research re turnover actions and setoff (1.4); collect and review cases re Gerard appeal (.3). |
| 2/06/03 | Christian J Lane | 1.00 | Review status of MCNIC adversary proceeding (.2); Correspondence re same (.2); office conference re insurance setoff issues (.4); office conference re filing deadlines (.2). |
| 2/07/03 | Janet S Baer | .60 | Office conference re Gerard appellate brief (.3); review revised Hatco letter (.3). |
| 2/07/03 | Sven T Nylen | 1.60 | Review case law in connection with Gerard appeal. |

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|---|---|---|---|
| 2/07/03 | Christian J Lane | .20 | Draft correspondence re MCNIC adversary proceeding settlement. |
| 2/09/03 | Sven T Nylen | 4.00 | Review appellant's case law in Gerard appeal and consider distinguishing characteristics. |
| 2/10/03 | Janet S Baer | 1.30 | Confer with D. Smith re Gerard brief (.3); review Federal Mogul ruling re Gerard (.5); transmittal re fee issue (.3); confer with M. Hunter re Kellogg and letter of credit (.2). |
| 2/10/03 | Sven T Nylen | 6.80 | Review and distinguish appellant's case law in Gerard appeal. |
| 2/10/03 | James W Kapp | .40 | Review preference analysis sent by T. Dulbrudge. |
| 2/11/03 | Sven T Nylen | 6.90 | Review and distinguish appellant's case law in Gerard appeal (5.0); office conference re same (.3); draft outline of appellee's brief (.6); review Maryland Casualty settlement agreement (1.0). |
| 2/11/03 | Christian J Lane | .30 | Correspondence re payment of settlement to MCNIC. |
| 2/12/03 | Janet S Baer | .90 | Review status report on EAIC/Gerling matter and Case Management Conference (.2); confer with S. Ahern re collection issues re insolvent accounts receivable (.5); review EPA letter on Libby (.2). |
| 2/12/03 | Christian J Lane | .20 | Correspondence re settlement of MCNIC adversary proceeding. |
| 2/13/03 | Janet S Baer | 1.70 | Review correspondence on California settlement agreement (.2); review materials re Gerard cause of action re Maryland Casualty for Gerard appeal (1.5). |
| 2/13/03 | Sven T Nylen | 5.60 | Draft outline of brief re Gerard appeal. |
| 2/13/03 | Scott A McMillin | .50 | Prepare Rourke documents to send to expert (.2); review adversary proceeding exhibit list (.2); internal conferences re same (.1). |
| 2/14/03 | Janet S Baer | 2.50 | Assemble materials and review additional Maryland materials for Gerard appellate brief (1.0); begin preparation of Gerard appellate brief (1.5). |
| 2/14/03 | Sven T Nylen | 6.00 | Draft appellate brief for Gerard appeal. |
| 2/15/03 | Sven T Nylen | 7.30 | Draft appellate brief for Gerard appeal. |
| 2/16/03 | Sven T Nylen | 10.00 | Draft appellate brief for Gerard appeal. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/17/03 | Janet S Baer | 4.80 | Continue preparation of Gerard appellate brief (1.0) review correspondence re EAIC/Gerling discovery and prepare comments re same (.3); revise draft Gerard appellate brief (background, introduction and statement of facts (2.5); office conference re Gerard brief and review draft re same (1.0). |
| 2/17/03 | Sven T Nylen | 8.80 | Draft appellate brief for Gerard appeal (4.5); office conference re same (.3); legal research re agency law in connection with drafting brief (3.5); review pleadings re preliminary injunction (.5). |
| 2/18/03 | Janet S Baer | 3.80 | Confer with J. Posner re Gerard appeal and Maryland insurance issues (.3); office conference re issues for Gerard brief (.5); review documents re Maryland Casualty claims re Gerard appellate brief (3.0). |
| 2/18/03 | Sven T Nylen | 11.30 | Legal research re agency law (.3); draft appellate brief for Gerard appeal (10.5); multiple office conferences re same (.5). |
| 2/18/03 | Christian J Lane | .10 | Telephone conference with client re Kellogg litigation. |
| 2/19/03 | Janet S Baer | 2.90 | Confer with J. Forgach re pension plan issues and review Q&A re same (.5); confer with W. Sparks re status of various outstanding matters (.3); confer re status of Gerard appeal (.3); revise draft Gerard appellate brief (1.8). |
| 2/19/03 | Sven T Nylen | 10.30 | Draft appellate brief for Gerard appeal (5.5); legal research re insurance law in connection with drafting brief (4.5); office conference re brief (.3). |
| 2/19/03 | Bibliographic Research | 1.50 | Bibliographic Research Identify articles and treatises covering insurers duty to exercise reasonable care in inspecting worksites to parties other than the insured. |
| 2/20/03 | Janet S Baer | 5.80 | Attend to matters re Gerard appellate brief (.5); review case law re same (1.0); further draft and revise Gerard appellate brief (4.0); confer with J. Posner re Gerard matter, insurance issues on EPA claims and CNA matters (.3). |
| 2/20/03 | Sven T Nylen | 6.50 | Draft and edit brief for Gerard appeal (5.5); legal research re insurance law (.8); office conference re Gerard appeal (.2). |
| 2/20/03 | Christian J Lane | 1.50 | Research re National Union adversary proceeding issues. |
| 2/21/03 | Rhonda Lopera | .50 | Locate, review and prepare pleadings re adversary case for attorney's review. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/21/03 | Janet S Baer | 3.10 | Multiple office conferences re Gerard brief and review draft section on insurance (1.0); review supplement and revise Gerard appellate brief (2.1). |
| 2/21/03 | Sven T Nylen | 7.70 | Draft and edit brief for Gerard appeal (5.7); review pleadings re Gerard appeal (1.0); multiple office conferences re Gerard appeal (1.0). |
| 2/21/03 | Christian J Lane | 1.50 | Research re National Union adversary proceeding issues. |
| 2/22/03 | Janet S Baer | 4.00 | Review, revise and supplement Gerard appellate brief (3.7); office conferences re same (.3). |
| 2/22/03 | Sven T Nylen | 6.20 | Draft and edit brief for Gerard appeal (5.2); review appellants' brief in Gerard appeal (.7); office conference re Gerard appeal (.3). |
| 2/23/03 | Sven T Nylen | 2.30 | Legal research re standard of review for Gerard appeal (1.5); review local rules re appeals (.8). |
| 2/24/03 | Janet S Baer | 1.30 | Further revise draft Gerard appellate brief (.5); attend to matters re National Union (.3); office conference re Gerard appellate brief issues (.3); confer with Delaware counsel re same (.2). |
| 2/24/03 | Sven T Nylen | 4.50 | Office conference re Gerard appeal (.2); review local rules re briefs in connection with Gerard appeal (1.3); legal research re standard of review for Gerard appeal (1.3); edit and revise Gerard brief (1.7). |
| 2/24/03 | Christian J Lane | 1.70 | Continued research re National Union adversary proceeding issues. |
| 2/25/03 | Janet S Baer | 1.00 | Office conference re comments to Gerard appellate brief (.4); confer with J. Wisler re same (.3); office conference re revisions to same (.3). |
| 2/25/03 | Sven T Nylen | 7.70 | Review and revise Gerard appellate brief (5.0); legal research re subject matter jurisdiction issue in Gerard appeal (1.2); review record in connection with assembling appendix (1.3); office conference re Gerard appellate brief (.2). |
| 2/25/03 | Christian J Lane | 2.80 | Continued research re National Union adversary proceeding issues. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/26/03 | Janet S Baer | 5.20 | Review draft re DK Acquisition matter and prepare response re same (.5); confer with J. Berger re coupon claims (.2); multiple office conferences re Gerard brief (.5); revise Gerard Brief and incorporate comments from D. Siegel, J. Hughes and D. Bernick (3.5); office conference re National Union, Tax interest issue; orders from Omnibus matters and litigation issues re Cryovac transaction (.5). |
| 2/26/03 | Sven T Nylen | 4.80 | Review and revise Gerard appellate brief (4.2); office conference re same (.6). |
| 2/26/03 | Christian J Lane | 2.70 | Continued research re National Union adversary proceeding issues (1.3); draft pleading re same (1.4). |
| 2/27/03 | Toni L Wallace | .70 | Retrieve Integrated Health docket and selected pleadings. |
| 2/27/03 | Janet S Baer | 5.80 | Confer with P. Somers re Curtis Bay and Betacchi (.3); attend to matters re Gerard brief (1.0); review, revise and supplement Gerard brief (4.5). |
| 2/27/03 | Sven T Nylen | 10.10 | Review and revise Gerard appellate brief (4.5); multiple office conferences re same (.8); review record in connection with inserting citations to record in Gerard appellate brief (4.8). |
| 2/27/03 | Christian J Lane | 2.10 | Review precedent for confidentiality agreement (1.2); draft confidentiality agreement for National Union adversary proceeding (.9). |
| 2/28/03 | Janet S Baer | 3.80 | Attend to matters re Gerard appellate brief (.5); further revise and supplement same (3.3). |
| 2/28/03 | Sven T Nylen | 11.80 | Review and revise Gerard brief (2.0); review docket and retrieve pleadings for Gerard brief appendix (3.3); review and organize materials in connection with preparing Gerard brief appendix (6.5). |
| 2/28/03 | Christian J Lane | 1.40 | Revise confidentiality agreement for National Union adversary proceeding (.9); office conference re same (.2); review and draft correspondence re same (.3). |
| | Total hours: | 227.10 | |

## Matter 30 - Hearings - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/06/03 | Janet S Baer | .30 | Review February omnibus hearing agenda and prepare revisions to same. |
| 2/06/03 | James W Kapp | .20 | Review 2/24 omnibus hearing agenda. |
| 2/10/03 | Janet S Baer | .30 | Office conference re outstanding issues for February Omnibus hearing. |
| 2/10/03 | James W Kapp | .10 | Review agenda for 2/24 omnibus hearing. |
| 2/18/03 | James W Kapp | .30 | Prepare correspondence to P. Galbraith and S. McFarland re February omnibus hearing. |
| 2/27/03 | James W Kapp | .30 | Revise agenda for 3/17/03 omnibus hearing. |
| | Total hours: | 1.50 | |

## Matter 31 - Asset Disposition - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/04/03 | Christian J Lane | 2.50 | Review and consider question from V. Finkelstein re real estate issues (.6); review motion and order re real estate lease rejection (.3); telephone conference with V. Finkelstein re same (.6); draft and revise rejection notice re Augusta, GA lease (.5); telephone conferences with client re same (.2); telephone conferences with local counsel re same (.3). |
| 2/06/03 | Christian J Lane | 1.00 | Review correspondence re real estate lease issues (.2); consider issues re same (.5); telephone conference with client re same (.3). |
| 2/14/03 | James W Kapp | .60 | Revise Kent Holding objection to lease rejection motion (.4); develop response to Kent Holding objection (.2). |
| 2/14/03 | Christian J Lane | 1.10 | Review objection to lease rejection notice (.3); consider issues re same (.5); telephone conference with client re same (.3). |
| 2/18/03 | Christian J Lane | .80 | Telephone conferences with subtenant counsel re real estate lease issues (.3); consider issues re same (.3); telephone conferences with client re same (.2). |
| 2/19/03 | Christian J Lane | .70 | Consider issues re real estate lease (.3); telephone conferences with client re same (.2); correspondence re same (.2). |
| 2/20/03 | Christian J Lane | 1.60 | Consider issues re real estate lease (.5); telephone conferences with client re same (.4); correspondence re same (.2); telephone conferences with landlord counsel re same (.5). |
| 2/21/03 | Christian J Lane | 1.30 | Telephone conferences with client re real estate lease issues (.4); draft correspondence re same (.1); prepare for and conduct telephone conferences with landlord counsel re same (.5); telephone conference with subtenant re same (.3). |
| 2/24/03 | Christian J Lane | 1.30 | Telephone conferences with client re real estate lease issues (.4); draft correspondence re same (.2); prepare for and conduct telephone conferences with landlord counsel re same (.3); draft stipulation re same (.4). |
| | Total hours: | 10.90 | |

## Matter 32 - Fee Applications, Applicant - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/04/03 | Toni L Wallace | .90 | Prepare draft of seventh quarterly fee application. |
| 2/04/03 | Roger J Higgins | .80 | Review Fee Auditor July-Sep 2002 final report (.4); internal meeting re same (.2); telephone conference with W. Smith re same (.2). |
| 2/04/03 | James W Kapp | .60 | Review fee examiner's final report for sixth interim period. |
| 2/04/03 | Christian J Lane | .50 | Review fee auditor's report. |
| 2/06/03 | Toni L Wallace | .30 | Review fee applications for precedent language re rates. |
| 2/06/03 | Janet S Baer | .30 | Review Smith fee report and confer re same. |
| 2/06/03 | Roger J Higgins | .30 | Internal conference re fee auditor's report (.1); telephone conference with D. Carickhoff re same (.1); consider issues re same (.1). |
| 2/17/03 | Roger J Higgins | .30 | Internal conference re supplemental affidavit (.2); internal conference re fee application matters (.1); draft e-mail to L. Davis Jones re same (.1). |
| 2/17/03 | James W Kapp | .20 | Review supplemental affidavit to retention application. |
| 2/17/03 | Christian J Lane | 3.50 | Prepare K&E January fee detail. |
| 2/18/03 | Toni L Wallace | .50 | Review fee detail for January fee application (.4); telephone conference with billing department re same (.1). |
| 2/18/03 | Christian J Lane | 1.50 | Prepare K&E January fee detail. |
| 2/20/03 | Toni L Wallace | 2.00 | Revise seventh quarterly fee application. |
| 2/21/03 | Toni L Wallace | .30 | Update payment tracking chart. |
| 2/27/03 | Toni L Wallace | 2.80 | Prepare January monthly fee application and exhibits to same. |
| 2/27/03 | James W Kapp | .40 | Review and revise eleventh supplemental affidavit to Kirkland and Ellis retention. |
| 2/28/03 | Toni L Wallace | 2.60 | Revise January fee application and exhibits to same (.9); revise seventh quarterly fee application (1.6); office conference with C. Lane re same (.1). |
| 2/28/03 | Roger J Higgins | .30 | Prepare 11th supplemental Sprayregen affidavit (.2); telephone conference with S. McFarland re same (.1). |
| 2/28/03 | Christian J Lane | 1.50 | Review and comment on January fee application. |
|  | Total hours: | 19.60 |  |

A-25

## Matter 35 - Fee Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/06/03 | Christian J Lane | .20 | Correspondence re fee application issues. |
| | Total hours: | .20 | |

## Matter 38 - Employment Applications, Others - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/06/03 | Christian J Lane | .50 | Review OCP affidavit (.3); draft correspondence re same (.2). |
| 2/19/03 | Christian J Lane | .30 | Review revised E&Y OCP affidavit. |
| 2/20/03 | Christian J Lane | .30 | Review revised E&Y OCP affidavit. |
| 2/21/03 | Christian J Lane | .30 | Correspondence re E&Y OCP affidavit (.2); telephone conferences re same (.1). |
| | Total hours: | 1.40 | |

## Matter 41 - Tax Issues - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/12/03 | Christian J Lane | 1.20 | Telephone conferences with client re sales tax issues (.3); review correspondence re same (.2); review motions and orders re same (.4); consider issues re same (.3). |
| 2/13/03 | James W Kapp | .10 | Review correspondence from E. Filon re California franchise taxes. |
| 2/13/03 | Christian J Lane | .60 | Telephone conferences with client re sales tax issues (.2); review correspondence re same (.1); consider issues re same (.3). |
| 2/24/03 | Christian J Lane | .90 | Telephone conference with client re state tax issue (.3); analyze issues re same (.6). |
| 2/26/03 | Roger J Higgins | .30 | Telephone conference with C. Finke re tax matters. |
|  | Total hours: | 3.10 |  |

## Matter 51 - ZAI Science Trial - Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 2/05/03 | Stephanie R Cashman | 1.50 | Review, organize and prepare ZAI pleadings for Concordance litigation support system. |
| 2/17/03 | Stephanie R Cashman | 1.00 | Review, catalog and organize ZAI Science trial pleadings for concordance litigation support system. |
| 2/20/03 | Stephanie R Cashman | 1.50 | Review, catalog and organize ZAI pleadings for Concordance litigation support system. |
| 2/21/03 | Stephanie R Cashman | 1.00 | Review, catalog and organize ZAI Science Trial pleadings for Concordance litigation support system. |
| 2/26/03 | Stephanie R Cashman | 1.00 | Review, catalog and organize ZAI Science Trial pleadings for Concordance litigation support system. |
|  | Total hours: | 6.00 |  |