# EXHIBIT B

## Matter 42 - Non-working Travel - Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $18.00 |
| Airfare | $1,189.18 |
| Transportation to/from airport | $260.12 |
| Travel Meals | $10.00 |
| Other Travel Expenses | $30.00 |
| **Total** | **$1,507.30** |

## Matter 42 - Non-working Travel - Itemized Expenses

| Date | Amount | Description |
|------|-------:|-------------|
| 1/27/03 | 64.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 1/31/03 | 63.20 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 1/31/03 | 64.00 | Crown Coach - Transportation to/from airport, Janet S Baer |
| 2/03/03 | 18.00 | JANET BAER - Transportation to/from airport, New York,NY, 1/31/03, (Meeting) |
| 2/03/03 | 1,189.18 | JANET BAER - Airfare Expense, New York,NY, 1/31/03, (Meeting) |
| 2/03/03 | 68.72 | JANET BAER - Transportation to/from airport, Phildelphia,PA, 12/15/02 to 12/16/02, (Hearing) Supplement |
| 2/03/03 | 10.00 | JANET BAER - Meal Expense, New York,NY, 1/31/03, (Meeting) |
| 2/03/03 | 30.00 | JANET BAER - Cabfare & other transportation, New York,NY, 1/31/03, (Meeting) |

## Matter 51 - ZAI Science Trial - Expenses

| Service Description | Amount |
|---|---|
| Fax Charge | $0.75 |
| Standard Copies | $0.30 |
| **Total** | **$1.05** |

## Matter 51 - ZAI Science Trial - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 2/12/03 | .10 | Standard Copies |
| 2/24/03 | .75 | Fax page charge to 703-729-8587 |
| 2/24/03 | .20 | Standard Copies |

## Matter 52 - Expenses - Expenses

| Service Description | Amount |
|---|---|
| Telephone | $289.14 |
| Fax Charge | $101.44 |
| Standard Copies | $788.90 |
| Binding | $15.75 |
| Tabs/Indexes/Dividers | $20.40 |
| Color Copies | $148.50 |
| Scanned Images | $9.15 |
| CD-ROM Duplicates | $60.00 |
| Overnight Delivery | $27.85 |
| Local Transportation | $6.00 |
| Outside Copy/Binding Services | $2.20 |
| Computer Database Research | $319.34 |
| Overtime Transportation | $89.40 |
| Overtime Meals - Attorney | $108.36 |
| Secretarial Overtime | $289.92 |
| **Total** | **$2,276.35** |

## Matter 52 - Expenses - Itemized Expenses

| Date | Amount | Description |
|------|--------|-------------|
| 10/31/02 | 21.00 | GENESYS CONFERENCING, INC. - Telephone, Conference Call, R Higgins, 10/15/02 |
| 10/31/02 | 32.04 | GENESYS CONFERENCING, INC. - Telephone, Conference Call, R Higgins, 10/22/02 |
| 10/31/02 | 13.20 | GENESYS CONFERENCING, INC. - Telephone, Conference Call, R Higgins, 10/28/02 |
| 11/21/02 | 9.57 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 12/01/02 | 32.99 | West Publishing-TP,Database Usage 12.02 |
| 12/15/02 | 29.07 | West Publishing-TP,Database Usage 12.02 |
| 12/20/02 | 7.80 | West Publishing-TP,Database Usage 12.02 |
| 1/06/03 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 1/06/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-492-3850 |
| 1/06/03 | 2.70 | Telephone call to: STATE OF,DE 302-778-6463 |
| 1/07/03 | 2.49 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 1/07/03 | 2.29 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 1/08/03 | 3.95 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 1/09/03 | 10.50 | PACER SERVICE CENTER - Computer Database Research, Document retrieve from miscellaneous bankruptcy websites, Billing Cycle 10/1/02 to 12/31/02 |
| 1/09/03 | 14.84 | PACER SERVICE CENTER - Computer Database Research, Document retrieve from miscellaneous bankruptcy websites, Billing Cycle 10/1/02 to 12/31/02 |
| 1/09/03 | 3.50 | PACER SERVICE CENTER - Computer Database Research, Document retrieve from miscellaneous bankruptcy websites, Billing Cycle 10/1/02 to 12/31/02 |
| 1/09/03 | 73.29 | PACER SERVICE CENTER - Computer Database Research, Document retrieve from miscellaneous bankruptcy websites, Billing Cycle 10/1/02 to 12/31/02 |
| 1/09/03 | 1.61 | PACER SERVICE CENTER - Computer Database Research, Document retrieve from miscellaneous bankruptcy websites, Billing Cycle 10/1/02 to 12/31/02 |
| 1/09/03 | 84.00 | PACER SERVICE CENTER - Computer Database Research, Document retrieve from miscellaneous bankruptcy websites, Billing Cycle 10/1/02 to 12/31/02 |
| 1/09/03 | 56.84 | PACER SERVICE CENTER - Computer Database Research, Document retrieve from miscellaneous bankruptcy websites, Billing Cycle 10/1/02 to 12/31/02 |
| 1/09/03 | 4.90 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 10/1/02 to 12/31/02 |

| Date | Amount | Description |
|------|-------:|-------------|
| 1/10/03 | .83 | Telephone call to: WILMINGTON,DE 302-888-6888 |
| 1/15/03 | 1.04 | Telephone call to: WILMINGTON,DE 302-888-6888 |
| 1/15/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4557 |
| 1/15/03 | 6.86 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 1/15/03 | 18.66 | Solis, R - Revise Fourth Exclusivity Periods Extension motion |
| 1/16/03 | 9.48 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 1/21/03 | .83 | Telephone call to: NEWYORKCTY,NY 212-492-3850 |
| 1/27/03 | 19.38 | Hickman, S - Prepare lease rejection notice |
| 1/28/03 | 1.04 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 1/28/03 | .62 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 1/28/03 | 3.53 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 1/28/03 | .15 | Scanned Images |
| 1/28/03 | 8.80 | UPS Dlvry to:Pachulski Stang Ziehl Young ,Paula Galbraith,Wilmington,DE from:Toni L Wallace |
| 1/28/03 | 23.00 | TONI L WALLACE - Overtime Transportation, 1/13, 1/23/03 |
| 1/29/03 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 1/29/03 | 3.95 | Telephone call to: DENVER,CO 303-312-7321 |
| 1/29/03 | 1.87 | Telephone call to: CAMBRIDGE,MA 617-498-4322 |
| 1/29/03 | 2.25 | Fax page charge to 302-652-5338 |
| 1/29/03 | 60.00 | CD-ROM Duplicates |
| 1/29/03 | 193.75 | Hackhel, N - Revise and proofread pleading |
| 1/30/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-735-3000 |
| 1/30/03 | 5.40 | Telephone call to: HACKENSACK,NJ 201-368-8643 |
| 1/30/03 | 14.13 | Telephone call to: HACKENSACK,NJ 201-368-8714 |
| 1/30/03 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 1/30/03 | 80.80 | Standard Copies |
| 1/30/03 | 148.50 | Color Copies |
| 1/30/03 | 6.00 | JANET BAER - Local Transportation to transport files and luggage for meeting 1/30/03 |
| 1/31/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 1/31/03 | 2.00 | Standard Copies |
| 2/03/03 | 1.45 | Telephone call to: WASHINGTON,DC 202-736-8556 |
| 2/03/03 | .84 | Telephone call to: TORONTO,ON 416-340-6015 |
| 2/03/03 | .83 | Telephone call to: NEWYORKCTY,NY 212-806-5430 |
| 2/03/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 2/03/03 | .20 | Standard Copies |
| 2/03/03 | .20 | Standard Copies |
| 2/03/03 | 7.80 | Standard Copies |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/03/03 | 9.60 | Standard Copies |
| 2/03/03 | .10 | Standard Copies |
| 2/03/03 | 1.40 | Standard Copies |
| 2/03/03 | 158.80 | Standard Copies |
| 2/03/03 | 50.00 | Standard Copies |
| 2/03/03 | .30 | Standard Copies |
| 2/03/03 | .20 | Standard Copies |
| 2/03/03 | 5.25 | Binding |
| 2/03/03 | 1.75 | Binding |
| 2/03/03 | 3.60 | Scanned Images |
| 2/03/03 | 6.50 | Overtime Transportation, A. Anderson, 1/8/03 |
| 2/03/03 | 14.40 | Overtime Transportation, A. Anderson, 1/6/03 |
| 2/04/03 | 4.78 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 2/04/03 | 3.53 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 2/04/03 | 1.45 | Telephone call to: NEWYORKCTY,NY 212-735-2450 |
| 2/04/03 | 4.78 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 2/04/03 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 2/04/03 | 5.20 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 2/04/03 | .83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/04/03 | 1.90 | Standard Copies |
| 2/04/03 | 1.90 | Standard Copies |
| 2/04/03 | 11.70 | Standard Copies |
| 2/04/03 | .80 | Standard Copies |
| 2/04/03 | 58.13 | Hickman, S - Revise motion |
| 2/05/03 | 1.45 | Telephone call to: WASHINGTON,DC 202-326-4000 |
| 2/05/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 2/05/03 | .83 | Telephone call to: WASHINGTON,DC 202-736-8556 |
| 2/05/03 | .83 | Telephone call to: E CENTRAL,FL 561-659-7070 |
| 2/05/03 | 4.16 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/05/03 | 1.04 | Telephone call to: NEWYORKCTY,NY 212-583-5388 |
| 2/05/03 | 8.00 | Standard Copies |
| 2/05/03 | 129.40 | Standard Copies |
| 2/05/03 | 3.50 | Binding |
| 2/05/03 | 3.50 | Binding |
| 2/05/03 | 40.02 | RYAN NADICK - Overtime Meals - Attorney f/Christian Lane, 2/5/03 |
| 2/05/03 | 40.02 | RYAN NADICK - Overtime Meals - Attorney f/Jay Kapp, 2/5/03 |
| 2/06/03 | .83 | Telephone call to: COLUMBIA,MD 410-531-4170 |

| Date | Amount | Description |
|---|---|---|
| 2/06/03 | .62 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 2/06/03 | 1.04 | Telephone call to: MIAMI,FL 305-349-2325 |
| 2/06/03 | .62 | Telephone call to: NEWYORKCTY,NY 212-735-3000 |
| 2/06/03 | .83 | Telephone call to: MIAMI,FL 305-349-2325 |
| 2/06/03 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 2/06/03 | 1.04 | Telephone call to: E CENTRAL,FL 561-659-7070 |
| 2/06/03 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/06/03 | .83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/06/03 | 61.70 | Standard Copies |
| 2/06/03 | 14.00 | JAMES W KAPP - Overtime Transportation, 2/5/03 |
| 2/07/03 | .62 | Telephone call to: DENVER,CO 303-312-7355 |
| 2/07/03 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 2/07/03 | .83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/07/03 | 32.40 | Standard Copies |
| 2/07/03 | 72.20 | Standard Copies |
| 2/07/03 | 1.00 | Tabs/Indexes/Dividers |
| 2/07/03 | 6.20 | Tabs/Indexes/Dividers |
| 2/10/03 | 1.25 | Fax phone charge to 410-531-4783 |
| 2/10/03 | 1.66 | Fax phone charge to 410-531-4461 |
| 2/10/03 | 3.00 | Fax page charge to 410-531-4783 |
| 2/10/03 | 4.50 | Fax page charge to 410-531-4783 |
| 2/10/03 | 17.25 | Fax page charge to 410-531-4461 |
| 2/10/03 | 3.80 | Standard Copies |
| 2/10/03 | 1.90 | Standard Copies |
| 2/10/03 | 13.00 | Standard Copies |
| 2/10/03 | .60 | Standard Copies |
| 2/10/03 | .30 | Standard Copies |
| 2/10/03 | 2.30 | Standard Copies |
| 2/11/03 | 82.66 | JANET BAER - Telephone Expense while traveling 1/25/03 |
| 2/11/03 | 1.25 | Telephone call to: STATE OF,DE 302-778-6464 |
| 2/11/03 | 7.60 | Standard Copies |
| 2/12/03 | .50 | Standard Copies |
| 2/13/03 | 1.40 | Standard Copies |
| 2/13/03 | .80 | Standard Copies |
| 2/13/03 | .40 | Standard Copies |
| 2/13/03 | 50.40 | Standard Copies |
| 2/13/03 | 11.50 | Overtime Transportation, T. Wallace, 1/28/03 |

| Date | Amount | Description |
|------|-------:|-------------|
| 2/13/03 | 28.32 | RYAN L JENSEN - Overtime Meals - Attorney f/C. Lane, 2/11/03 |
| 2/14/03 | .62 | Telephone call to:  NEWYORKCTY,NY 212-345-3000 |
| 2/14/03 | .83 | Fax phone charge to 202-514-9440 |
| 2/14/03 | 3.95 | Fax phone charge to 917-777-5187 |
| 2/14/03 | 4.50 | Fax page charge to 202-514-9440 |
| 2/14/03 | 56.25 | Fax page charge to 917-777-5187 |
| 2/14/03 | 6.00 | Fax page charge to 410-531-4783 |
| 2/14/03 | 7.50 | Standard Copies |
| 2/14/03 | .20 | Standard Copies |
| 2/17/03 | 8.70 | Standard Copies |
| 2/17/03 | .10 | Standard Copies |
| 2/17/03 | .20 | Standard Copies |
| 2/17/03 | 36.50 | Standard Copies |
| 2/17/03 | 1.75 | Binding |
| 2/17/03 | 11.90 | Tabs/Indexes/Dividers |
| 2/18/03 | 3.12 | Telephone call to:  SE PART,FL 954-590-3454 |
| 2/18/03 | 1.25 | Telephone call to:  PAN HANDLE,FL 352-671-9393 |
| 2/18/03 | 10.40 | Standard Copies |
| 2/18/03 | 10.50 | Standard Copies |
| 2/18/03 | .40 | Standard Copies |
| 2/18/03 | 1.30 | Tabs/Indexes/Dividers |
| 2/19/03 | 2.91 | Telephone call to:  COLUMBIA,MD 410-531-4236 |
| 2/19/03 | 1.45 | Telephone call to:  WILMINGTON,DE 302-652-5340 |
| 2/19/03 | 4.20 | Scanned Images |
| 2/19/03 | 1.20 | Scanned Images |
| 2/20/03 | 2.91 | Telephone call to:  EASTERN,MA 617-516-2484 |
| 2/20/03 | 5.61 | Telephone call to:  SE PART,FL 954-590-3454 |
| 2/20/03 | 13.93 | Telephone call to:  HACKENSACK,NJ 201-368-8643 |
| 2/20/03 | 5.00 | JANET BAER - Overtime Transportation 2/19/03 |
| 2/27/03 | 2.20 | PETTY CASHIER, HELEN S. RUHNKE - Outside Copy/Binding Services, Copies f/S. Nylen, 2/19/03 |
| 2/28/03 | 15.00 | JANET BAER - Overtime Transportation 2/22, 2/27/03 |