## Attachment B
## To Fee Application

## Summary of PwC's Fees By Professional
## January 2003

| Name of Professional | Position with the Firm | Years in Field | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 30 | 682 | 47.40 | 32,327 |
| Raymond Bromark | Audit Partner | 34 | 1422 | 7.00 | 9,954 |
| Joseph Divito | GRMS Partner | 15 | 767 | 2.50 | 1,918 |
| Thomas Kalinosky | GRMS Senior Manager | 8 | 639 | 3.00 | 1,917 |
| Craig Cleaver | GRMS Manager | 5 | 474 | 26.00 | 12,324 |
| Alexandre Rossin | GSRM Senior Associate | 1 | 426 | 5.00 | 2,130 |
| Maureen Driscoll | GRMS Senior Associate | 3 | 389 | 17.80 | 6,924 |
| Daniel Weir | GRMS Associate | 2 | 261 | 4.50 | 1,175 |
| Dave Ryan | Audit Senior Manager | 13 | 522 | 140.70 | 73,445 |
| Sandra David | Audit Manager | 5 | 447 | 90.00 | 40,230 |
| Jason Natt | Audit Manager | 5 | 447 | 212.50 | 94,988 |
| Yann Siraudin | Audit Manager | | 554 | 2.00 | 1,108 |
| Cheryl Frick | Audit Senior Associate | 3 | 314 | 172.70 | 54,228 |
| Nina Govic | Audit Senior Associate | 2 | 273 | 211.05 | 57,617 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 320 | 144.90 | 46,368 |
| Renee Anderson | Audit Associate | 2 | 235 | 122.50 | 28,788 |
| Aimee Stickley | Audit Associate | 1 | 213 | 172.85 | 36,817 |
| Jeffrey Zartman | Audit Associate | 1 | 213 | 202.60 | 43,154 |
| Maureen Yeager | Audit Associate | 0 | 185 | 207.35 | 38,360 |
| Jafet Pabon | Audit Associate | 0 | 185 | 1.50 | 278 |
| Stacy Clark | Audit Associate | 1 | 235 | 134.70 | 31,655 |
| Scott Tremble | Audit Associate | 0 | 181 | 119.50 | 21,630 |
| Elizabeth Coyle | Administrative Assistant | N/A | 112 | 0.50 | 56 |
| Deborah Mullineaux | Administrative Assistant | N/A | 101 | 0.20 | 20 |
| Margaret Bermudez | Administrative Assistant | N/A | 107 | 0.40 | 43 |
| Andrea D Brown | Tax Senior Manager | 5+ | 553 | 3.50 | 1,936 |
| German Jimenez | Tax Senior Manager | 5+ | 585 | 24.00 | 14,040 |
| Dervis Pajo | Tax Senior | | 347 | 2.50 | 868 |
| Michelle Gerety | Tax Senior Manager | 8 | 553 | 55.00 | 30,415 |
| Mark J Joyce | Tax Senior Associate | 3 | 347 | 68.30 | 23,700 |
| Young L Lee | Tax Associate | 2 | 219 | 8.00 | 1,752 |
| Janet K Levy | Tax Staff Assistant | | 180 | 0.30 | 54 |
| Peter R Woolf | Tax Partner | 25 | 733 | 39.00 | 28,587 |
| Alan L Fischl | Tax Partner | 15+ | 755 | 0.50 | 378 |
| Yeonsoo Song | Tax Manager | | 517 | 2.30 | 1,189 |
| Ganesan Balaji | GRMS Manager | 5+ | 506 | 1.00 | 506 |
| Cynthia Cutshaw | GRMS Manager | 5+ | 506 | 1.00 | 506 |
| Daryl Davies | GRMS Senior Associate | 3 | 389 | 2.00 | 778 |
| Brian M Krisch | GRMS Associate | 2 | 261 | 50.00 | 13,050 |
| John (Jay) F McKey | GRMS Manager | 5+ | 506 | 0.70 | 354 |
| Joseph C Rocco | GRMS Senior Associate | 3 | 389 | 1.00 | 389 |
| Theodore Baran | Audit Partner | 20+ | 1113 | 1.90 | 2,115 |
| Donald A Doran | Audit Partner | 20+ | 1235 | 1.00 | 1,235 |
| Kathleen Burke | Administrative Assistant | N/A | 101 | 2.00 | 202 |
| Michael Rosenbaum | Tax Director | | 644 | 1.00 | 644 |
| Dimitri Drone | Audit Senior Manager | | 775 | 4.50 | 3,488 |
| Renato Furbino | Audit Associate | 1 | 213 | 1.00 | 213 |
| | | | | | |
| Total at Standard Rate | | | | 2,319.65 | $ 763,847.05 |
| 45 % Accrual Rate Adjustment | | | | | $ (420,115.88) |
| Total at 45% Accrual Rate | | | | | $ 343,731.17 |

{MCM7288.DOC}

**Summary of PwC's Fees By Project Category:
January 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2319.65 | $343,731.17 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | **2319.65** | **$ 343,731.17** |

{MCM7288.DOC}

## Expense Summary
## January 2003

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $5,390.94 |
| Lodging | N/A | $526.45 |
| Sundry | N/A | $335.78 |
| Business Meals | N/A | $1,416.87 |
| **TOTAL:** | | **$7,670.04** |

{MCM7288.DOC}