| | Date | Title | Total |
|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - JANUARY 2003**

| Name | Date | Title | Total |
|---|---|---|---|
| **Nina Govic** | 01/02/2003 | Senior Audit Associate | 30.96 |
| | 01/03/2003 | Senior Audit Associate | 30.96 |
| | 01/06/2003 | Senior Audit Associate | 30.96 |
| | 01/07/2003 | Senior Audit Associate | 30.96 |
| | 01/08/2003 | Senior Audit Associate | 30.96 |
| | 01/10/2002 | Senior Audit Associate | 30.96 |
| | 01/11/2002 | Senior Audit Associate | 30.96 |
| | 01/13/2003 | Senior Audit Associate | 30.96 |
| | 01/14/2003 | Senior Audit Associate | 30.96 |
| | 01/15/2003 | Senior Audit Associate | 30.96 |
| | 01/16/2003 | Senior Audit Associate | 30.96 |
| | 01/17/2003 | Senior Audit Associate | 30.96 |
| | 01/18/2003 | Senior Audit Associate | 34.48 |
| | 01/18/2003 | Senior Audit Associate | 25.70 |
| | 01/20/2003 | Senior Audit Associate | 30.96 |
| | 01/21/2003 | Senior Audit Associate | 30.96 |
| | 01/22/2003 | Senior Audit Associate | 30.96 |
| | 01/23/2003 | Senior Audit Associate | 30.96 |
| | 01/24/2003 | Senior Audit Associate | 30.96 |
| | 01/25/2003 | Senior Audit Associate | 34.48 |
| | 01/25/2003 | Senior Audit Associate | 14.04 |
| | 01/27/2003 | Senior Audit Associate | 30.96 |
| | 01/28/2003 | Senior Audit Associate | 30.96 |
| | 01/29/2003 | Senior Audit Associate | 30.96 |
| | | **$** | **727.90** |
| **Ray Bromark** | 01/13/2003 | National Audit Partner | 108.00 |
| | 01/13/2003 | National Audit Partner | 214.00 |
| | 01/13/2003 | National Audit Partner | 18.00 |
| | 01/27/2003 | National Audit Partner | 80.00 |
| | 01/27/2003 | National Audit Partner | 108.00 |
| | 01/27/2003 | National Audit Partner | 58.00 |
| | 01/27/2003 | National Audit Partner | 7.00 |
| | 01/27/2003 | National Audit Partner | 3.00 |
| | | **$** | **596.00** |
| **Craig Cleaver** | 1/21/03 | GRMS Manager | 5.50 |
| | 1/21/03 | GRMS Manager | 81.36 |
| | 1/21/03 | GRMS Manager | 10.00 |
| | | **$** | **96.86** |
| **Jeffrey Zartman** | 01/02/2003 | Audit Associate | 28.08 |
| | 01/03/2003 | Audit Associate | 28.08 |
| | 01/06/2003 | Audit Associate | 28.08 |
| | 01/07/2003 | Audit Associate | 28.08 |
| | 01/08/2003 | Audit Associate | 28.08 |
| | 01/09/2003 | Audit Associate | 28.08 |
| | 01/09/2003 | Audit Associate | 26.48 |
| | 01/10/2003 | Audit Associate | 28.08 |
| | 01/11/2003 | Audit Associate | 31.68 |
| | 01/13/2003 | Audit Associate | 28.08 |
| | 01/14/2003 | Audit Associate | 28.08 |
| | 01/15/2003 | Audit Associate | 28.08 |
| | 01/16/2003 | Audit Associate | 28.08 |
| | 01/17/2003 | Audit Associate | 28.08 |
| | 01/18/2003 | Audit Associate | 31.68 |
| | 01/23/2003 | Audit Associate | 28.08 |
| | 01/24/2003 | Audit Associate | 28.08 |
| | 01/25/2003 | Audit Associate | 31.68 |
| | 01/25/2003 | Audit Associate | 5.98 |
| | 01/27/2003 | Audit Associate | 28.08 |
| | 01/27/2003 | Audit Associate | 42.79 |

| | 01/28/2003 | Audit Associate | 28.08 |
|---|---|---|---|
| | 01/29/2003 | Audit Associate | 28.08 |
| | 01/30/2003 | Audit Associate | 28.08 |
| | 01/31/2003 | Audit Associate | 28.08 |
| | | **$** | **703.81** |
| Daniel Weir | 01/26/2003 | GRMS Associate | 7.59 |
| | | **$** | **7.59** |
| Renee Anderson | 01/18/2003 | Audit Associate | 35.40 |
| | 01/18/2003 | Audit Associate | 44.65 |
| | 01/18/2003 | Audit Associate | 15.84 |
| | | **$** | **95.89** |
| Young L Lee | 01/24/2003 | Tax Associate | 3.00 |
| | 01/24/2003 | Tax Associate | 16.20 |
| | | **$** | **19.20** |
| W. Larry Farmer | 01/13/2003 | Audit Partner | 23.40 |
| | 01/16/2003 | Audit Partner | 3.00 |
| | 01/21/2003 | Audit Partner | 10.94 |
| | 01/21/2003 | Audit Partner | 55.88 |
| | 01/21/2003 | Audit Partner | 47.00 |
| | 01/21/2003 | Audit Partner | 17.00 |
| | 01/22/2003 | Audit Partner | 12.19 |
| | 01/22/2003 | Audit Partner | 281.50 |
| | 01/22/2003 | Audit Partner | 30.00 |
| | 01/22/2003 | Audit Partner | 167.55 |
| | 01/23/2003 | Audit Partner | 23.40 |
| | 01/23/2003 | Audit Partner | 16.00 |
| | 01/24/2003 | Audit Partner | 23.40 |
| | 01/27/2003 | Audit Partner | 23.40 |
| | 01/28/2003 | Audit Partner | 23.40 |
| | | **$** | **758.06** |
| Cheryl Frick | 01/06/2003 | Senior Audit Associate | 14.40 |
| | 01/07/2003 | Senior Audit Associate | 7.20 |
| | 01/08/2003 | Senior Audit Associate | 14.40 |
| | 01/09/2003 | Senior Audit Associate | 14.40 |
| | 01/10/2003 | Senior Audit Associate | 14.40 |
| | 01/10/2003 | Senior Audit Associate | 119.68 |
| | 01/11/2003 | Senior Audit Associate | 14.40 |
| | 01/13/2003 | Senior Audit Associate | 14.40 |
| | 01/14/2003 | Senior Audit Associate | 14.40 |
| | 01/15/2003 | Senior Audit Associate | 14.40 |
| | 01/15/2003 | Senior Audit Associate | 28.62 |
| | 01/16/2003 | Senior Audit Associate | 14.40 |
| | 01/17/2003 | Senior Audit Associate | 14.40 |
| | 01/18/2003 | Senior Audit Associate | 14.40 |
| | 01/20/2003 | Senior Audit Associate | 14.40 |
| | 01/21/2003 | Senior Audit Associate | 14.40 |
| | 01/22/2003 | Senior Audit Associate | 14.40 |
| | 01/23/2003 | Senior Audit Associate | 14.40 |
| | 01/24/2003 | Senior Audit Associate | 14.40 |
| | 01/25/2003 | Senior Audit Associate | 14.40 |
| | 01/27/2003 | Senior Audit Associate | 14.40 |
| | 01/28/2003 | Senior Audit Associate | 14.40 |
| | 01/29/2003 | Senior Audit Associate | 14.40 |

| | | | |
|---|---|---|---|
| | 01/30/2003 | Senior Audit Associate | 14.40 |
| | 01/31/2003 | Senior Audit Associate | 14.40 |
| | | | **$      472.30** |

**Jonelle Lippolis**

| | | | |
|---|---|---|---|
| | 01/06/2003 | Senior Audit Associate | 5.00 |
| | 01/17/2003 | Senior Audit Associate | 52.00 |
| | | | **$       57.00** |

**Peter Woolf**

| | | | |
|---|---|---|---|
| | 01/20/2003 | Tax Partner | 23.00 |
| | 01/20/2003 | Tax Partner | 16.20 |
| | 01/22/2003 | Tax Partner | 15.00 |
| | 01/22/2003 | Tax Partner | 16.20 |
| | 01/23/2003 | Tax Partner | 16.20 |
| | 01/24/2003 | Tax Partner | 14.56 |
| | 01/24/2003 | Tax Partner | 16.20 |
| | 01/27/2003 | Tax Partner | 21.90 |
| | 01/27/2003 | Tax Partner | 16.20 |
| | 01/30/2003 | Tax Partner | 14.91 |
| | | | **$      170.37** |

**Sandra David**

| | | | |
|---|---|---|---|
| | 01/13/2003 | Audit Manager | 2.16 |
| | 01/14/2003 | Audit Manager | 2.16 |
| | 01/15/2003 | Audit Manager | 2.16 |
| | 01/20/2003 | Audit Manager | 2.16 |
| | 01/21/2003 | Audit Manager | 2.16 |
| | 01/22/2003 | Audit Manager | 2.16 |
| | 01/23/2003 | Audit Manager | 2.16 |
| | 01/24/2003 | Audit Manager | 2.16 |
| | 01/25/2003 | Audit Manager | 2.16 |
| | 01/27/2003 | Audit Manager | 2.16 |
| | 01/28/2003 | Audit Manager | 2.16 |
| | | | **$       23.76** |

**Thomas Kalinosky**

| | | | |
|---|---|---|---|
| | 01/11/2003 | GRMS Senior Manager | 56.51 |
| | | | **$       56.51** |

**Maureen Yeager**

| | | | |
|---|---|---|---|
| | 01/02/2003 | Audit Associate | 28.80 |
| | 01/03/2003 | Audit Associate | 28.80 |
| | 01/06/2003 | Audit Associate | 28.80 |
| | 01/07/2003 | Audit Associate | 28.80 |
| | 01/08/2003 | Audit Associate | 28.80 |
| | 01/09/2003 | Audit Associate | 28.80 |
| | 01/10/2003 | Audit Associate | 28.80 |
| | 01/11/2003 | Audit Associate | 28.80 |
| | 01/11/2003 | Audit Associate | 41.84 |
| | 01/13/2003 | Audit Associate | 28.80 |
| | 01/13/2003 | Audit Associate | 40.89 |
| | 01/14/2003 | Audit Associate | 28.80 |
| | 01/14/2003 | Audit Associate | 18.65 |
| | 01/15/2003 | Audit Associate | 149.00 |
| | 01/15/2003 | Audit Associate | 28.80 |
| | 01/16/2003 | Audit Associate | 28.81 |
| | 01/16/2003 | Audit Associate | 28.80 |

| | | | |
|---|---|---|---|
| 01/17/2003 | Audit Associate | 28.80 |
| 01/18/2003 | Audit Associate | 28.80 |
| 01/20/2003 | Audit Associate | 28.80 |
| 01/20/2003 | Audit Associate | 47.61 |
| 01/21/2003 | Audit Associate | 66.43 |
| 01/21/2003 | Audit Associate | 28.80 |
| 01/22/2003 | Audit Associate | 28.80 |
| 01/23/2003 | Audit Associate | 28.80 |
| 01/23/2003 | Audit Associate | 7.99 |
| 01/24/2003 | Audit Associate | 28.80 |
| 01/25/2003 | Audit Associate | 28.80 |
| 01/27/2003 | Audit Associate | 28.80 |
| 01/28/2003 | Audit Associate | 28.80 |
| 01/28/2003 | Audit Associate | 41.18 |
| 01/29/2003 | Audit Associate | 28.80 |
| 01/30/2003 | Audit Associate | 28.80 |
| 01/31/2003 | Audit Associate | 28.80 |
| | | **$ 1,162.40** |

**Stacy Clark**

| | | | |
|---|---|---|---|
| 01/06/2003 | Audit Associate | 6.89 |
| | | **$ 6.89** |

**Mark Joyce**

| | | | |
|---|---|---|---|
| 01/20/2003 | Tax Consultant | 13.68 |
| 01/21/2003 | Tax Consultant | 13.68 |
| 01/21/2003 | Tax Consultant | 7.20 |
| 01/22/2003 | Tax Consultant | 13.68 |
| 01/23/2003 | Tax Consultant | 13.68 |
| 01/23/2003 | Tax Consultant | 25.82 |
| 01/24/2003 | Tax Consultant | 13.68 |
| 01/27/2003 | Tax Consultant | 13.68 |
| 01/28/2003 | Tax Consultant | 13.68 |
| | | **$ 128.78** |

**Aimee Stickley**

| | | | |
|---|---|---|---|
| 01/05/2003 | Audit Associate | 26.64 |
| 01/06/2003 | Audit Associate | 26.64 |
| 01/07/2003 | Audit Associate | 26.64 |
| 01/08/2003 | Audit Associate | 26.64 |
| 01/09/2003 | Audit Associate | 2.16 |
| 01/11/2003 | Audit Associate | 26.64 |
| 01/13/2003 | Audit Associate | 26.64 |
| 01/14/2003 | Audit Associate | 26.64 |
| 01/15/2003 | Audit Associate | 26.64 |
| 01/16/2003 | Audit Associate | 39.47 |
| 01/16/2003 | Audit Associate | 26.64 |
| 01/17/2003 | Audit Associate | 26.64 |
| 01/18/2003 | Audit Associate | 26.64 |
| 01/19/2003 | Audit Associate | 26.64 |
| 01/20/2003 | Audit Associate | 26.64 |
| 01/21/2003 | Audit Associate | 26.64 |
| 01/23/2003 | Audit Associate | 26.64 |
| 01/24/2003 | Audit Associate | 26.64 |
| 01/25/2003 | Audit Associate | 26.64 |
| 01/26/2003 | Audit Associate | 26.64 |
| 01/28/2003 | Audit Associate | 26.64 |
| | | **$ 547.79** |

**German Jimenez**

| | | | |
|---|---|---|---|
| 01/23/2003 | International Tax Consultant | | 230.00 |
| 01/23/2003 | International Tax Consultant | | 109.01 |
| 01/23/2003 | International Tax Consultant | | 129.00 |
| 01/24/2003 | International Tax Consultant | | 229.90 |
| 01/24/2003 | International Tax Consultant | | 17.90 |
| 01/24/2003 | International Tax Consultant | | 19.10 |
| 01/25/2003 | International Tax Consultant | | 20.90 |
| 01/27/2003 | International Tax Consultant | | 64.67 |
| 01/28/2003 | International Tax Consultant | | 75.15 |
| | | **$** | **895.63** |

**Scott Tremble**

| | | | |
|---|---|---|---|
| 01/13/2003 | Audit Associate | | 27.60 |
| 01/13/2003 | Audit Associate | | 1.80 |
| 01/14/2003 | Audit Associate | | 39.12 |
| 01/14/2003 | Audit Associate | | 1.80 |
| 01/15/2003 | Audit Associate | | 1.80 |
| 01/16/2003 | Audit Associate | | 1.80 |
| 01/17/2003 | Audit Associate | | 14.00 |
| 01/17/2003 | Audit Associate | | 1.80 |
| 01/20/2003 | Audit Associate | | 1.80 |
| 01/21/2003 | Audit Associate | | 1.80 |
| 01/22/2003 | Audit Associate | | 1.80 |
| 01/23/2003 | Audit Associate | | 1.80 |
| 01/24/2003 | Audit Associate | | 1.80 |
| 01/24/2003 | Audit Associate | | 10.00 |
| | | **$** | **108.72** |

**Michelle Gerety**

| | | | | |
|---|---|---|---|---|
| 01/20/03 | Tax Manager | $ | 30.60 |
| 01/21/03 | Tax Manager | $ | 30.60 |
| 01/22/03 | Tax Manager | $ | 30.60 |
| 01/23/03 | Tax Manager | $ | 30.60 |
| 01/24/03 | Tax Manager | $ | 30.60 |
| 01/27/03 | Tax Manager | $ | 30.60 |
| 01/28/03 | Tax Manager | $ | 30.60 |
| 01/30/03 | Tax Manager | $ | 30.60 |
| 11/14/03 | Tax Manager | $ | 16.00 |
| | | **$** | **260.80** |

**David Ryan**

| | | | |
|---|---|---|---|
| 01/13/03 | Senior Manager | | 37.80 |
| 01/13/03 | Senior Manager | | 3.30 |
| 01/14/03 | Senior Manager | | 37.80 |
| 01/14/03 | Senior Manager | | 3.30 |
| 01/15/03 | Senior Manager | | 37.80 |
| 01/15/03 | Senior Manager | | 3.30 |
| 01/16/03 | Senior Manager | | 32.40 |
| 01/16/03 | Senior Manager | | 17.28 |
| 01/16/03 | Senior Manager | | 1.00 |
| 01/16/03 | Senior Manager | | 38.00 |
| 01/20/03 | Senior Manager | | 37.80 |
| 01/20/03 | Senior Manager | | 3.30 |
| 01/21/03 | Senior Manager | | 37.80 |
| 01/21/03 | Senior Manager | | 3.30 |
| 01/22/03 | Senior Manager | | 37.80 |
| 01/22/03 | Senior Manager | | 3.30 |
| 01/23/03 | Senior Manager | | 37.80 |
| 01/23/03 | Senior Manager | | 3.30 |
| 01/24/03 | Senior Manager | | 37.80 |

| | | |
|---|---|---:|
| 01/24/03 | Senior Manager | 3.30 |
| 01/27/03 | Senior Manager | 37.80 |
| 01/27/03 | Senior Manager | 3.30 |
| 01/28/03 | Senior Manager | 37.80 |
| 01/28/03 | Senior Manager | 3.30 |
| 01/29/03 | Senior Manager | 37.80 |
| 01/29/03 | Senior Manager | 3.30 |
| 01/29/03 | Senior Manager | 233.00 |
| | **$** | **773.78** |

**Description**

Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute weekend ( 92 Miles)
Overtime meals - Breakfast for Saturday workday for client and PwC team
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute weekend ( 92 Miles)
Overtime meals - Breakfast for Saturday workday for client and PwC team
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)
Mileage in excess of normal commute ( 87 Miles)


Amtrak fare from Wilmington to Baltimore for meeting at WR Grace headquarters
Amtrak fare from Baltimore to NY Penn Station.
Parking at Wilmington Amtrak Station
Lunch in Baltimore with WR Grace CFO and PwC Engagement Partner, Larry Farmer
Amtrak fare from Baltimore to Wilmington, DE
Amtrak fare from Wilmington to Baltimore for meeting at WR Grace headquarters
Parking at Wilmington Amtrak Station
Tips while in Baltimore


Meals while travelling to WR Grace from Philadelphia
Mileage in excess of normal commute ( 226 Miles)
Tolls on trip from Philadelphia to Grace in Columbia, MD


Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Dinner for PwC Audit Team - overtime meal for M. Yeager, N. Govic, J.Zartman, C.Frick, J.Natt
and A.Stickley
Mileage travelling to client site (78 Miles)
Mileage travelling to client sit, weekend mileage ( 88 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client sit, weekend mileage ( 88 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client sit, weekend mileage ( 88 Miles)
Overtime Meal - Lunch working on a Saturday at the client location
Mileage travelling to client site (78 Miles)
Dinner for PwC Audit Team -overtime meal for M. Yeager, N. Govic, J.Zartman, C.Frick, J.Natt
and A.Stickley, and D. Ryan

Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)
Mileage travelling to client site (78 Miles)


Calling Card calls made while traveling to WR Grace from Pittsburgh, PA


Team dinner while working overtime - for S. David, J.Lippolis, R. Anderson and S. Tremble
Team lunch on a Saturday workday, working overtime - for S. David, J.Lippolis, R. Anderson and
S. Tremble
Mileage in excess of normal commute ( 44 Miles)


Tolls $1.50 each way to client site
Mileage in excess of normal commute ( 45 Miles)


Mileage in excess of normal commute (65 miles)
Parking at audit committee meeting

Lunch while travelling in Cambridge, MA for review of Grace Performance Chemicals audit
Dinner at hotel in Cambridge, MA - while travelling for reivew of Grace Performance Chemicals
audit
Taxi fare - Boston airport to Grace Performance Chemicals location in Cambridge, MA
Taxi fare  - Grace to Radisson hotel - during Cambridge trip
Meal while travelling from Cambridge, MA  for review of Grace Performance Chemicals (GPC)
audit
Roundtrip airfare between DC and Boston for review of Grace Performance Chemicals in
Cambridge, MA
Airport parking in Washington, DC for 2 nights for trip to GPC in Cambridge
Hotel stay in Cambridge, MA for reivew of GPC audit procedures.
Mileage in excess of normal commute (65 miles)
Parking at audit committee meeting
Mileage in excess of normal commute (65 miles)
Mileage in excess of normal commute (65 miles)
Mileage in excess of normal commute (65 miles)


Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute (20 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Printing cartridges needed immediately for the WR Grace Engagement
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)

Overtime meals - Dinner for Cheryl Frick and Maureen Yeager while working at WR Grace
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)

Mileage in excess of normal commute ( 40 Miles)
Mileage in excess of normal commute ( 40 Miles)


Taxi to the WR Grace Engagement Site
and S. Tremble


Lunch with PwC staff - Including Michelle Gerety
Mileage in excess of normal commute ( 45 Miles)
Lunch with PwC staff - Michelle Gerety
Mileage in excess of normal commute ( 45 Miles)
Mileage in excess of normal commute ( 45 Miles)
Lunch with PwC Grace Provision Team - client
Mileage in excess of normal commute ( 45 Miles)
Lunch with PwC Grace Provision Team - client
Mileage in excess of normal commute ( 40 Miles)
Lunch with PwC Grace Provision Team - Michele Gerety


Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)
Mileage in excess of normal commute ( 6 Miles)


Sundry - Cell Phone Charges in Relation to the WR Grace Engagement


Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Overtime Lunch for Team (working on Saturday) including J. Natt, C.Frick, M. Yeager, N.Govic,
A.Stickley, J.Zartman
Mileage in excess of normal commute ( 80 Miles)
Overtime meals - Dinner for the engagement team -  J. Natt, C.Frick, M. Yeager, N.Govic,
A.Stickley, J.Zartman
Mileage in excess of normal commute ( 80 Miles)
Overtime meals - Dinner for the engagement team -  J. Natt, C.Frick, M. Yeager, N.Govic,
A.Stickley, J.Zartman
Subscription to Chemical Week for 1 year
Mileage in excess of normal commute ( 80 Miles)
Overtime meals - Dinner for the engagement team -  J. Natt, C.Frick, M. Yeager, N.Govic,
A.Stickley, J.Zartman
Mileage in excess of normal commute ( 80 Miles)

Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Overtime meals - Dinner for the engagement team -  J. Natt, C.Frick, M. Yeager, N.Govic,
A.Stickley, J.Zartman
Overtime meals - Dinner for the engagement team -  J. Natt, C.Frick, M. Yeager, N.Govic,
A.Stickley, J.Zartman
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Overtime Meals - Soda and Water for the engagement team -  J. Natt, C.Frick, M. Yeager,
N.Govic, A.Stickley, J.Zartman
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Overtime meals - Dinner for the engagement team -  J. Natt, C.Frick, M. Yeager, N.Govic,
A.Stickley, J.Zartman
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)
Mileage in excess of normal commute ( 80 Miles)

Taxi to the WR Grace Engagement Site

Mileage in excess of normal commute ( 38 Miles)
Mileage in excess of normal commute ( 38 Miles)
Engagement overtime meal - working through lunch
Mileage in excess of normal commute ( 38 Miles)
Mileage in excess of normal commute ( 38 Miles)

Engagement overtime meal - working through lunch - including Michelle Gerety and Peter Woolf
Mileage in excess of normal commute ( 38 Miles)
Mileage in excess of normal commute ( 38 Miles)
Mileage in excess of normal commute ( 38 Miles)

Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 6 Miles) - Transportation to the Office
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Overtime Meals - Dinner for the engagement team -  J. Natt, C.Frick, M. Yeager, N.Govic,
A.Stickley, J.Zartman
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)
Mileage in excess of normal commute ( 74 Miles)

Airfare to the client site from Atlanta, GA to Boca Raton, FL

Rental car for 2 days of out-of-town travel,w hile travelling to Grace headquarters in Boca Raton

Hotel stay for out-of-town travel, while travelling to Boca Raton for Grace tax review for one night
Hotel stay for out-of-town travel for two nights in Boca Raton, FL
Breakfast for two days at the hotel during travel to Boca Raton, FL.
Lunch while travelling to Boca Raton Grace tax headquarters from Atlanta
Lunch while travelling to Boca Raton Grace tax headquarters from Atlanta
Overtime Meals - Dinner for the engagement team - Michelle Gerety,  Mark Joyce and German Jiminez
Overtime Meals - Dinner for the engagement team - Michelle Gerety,  Mark Joyce and German Jiminez

Overtime Meals - Dinner for the engagement team- including S. David, J. Lippolis, S. Tremble and R. Anderson
Mileage in excess of normal commute (5 Miles)
Overtime Meals - Dinner for the engagement team - including S. David, J. Lippolis, S. Tremble and R. Anderson
Mileage in excess of normal commute (5 Miles)
Mileage in excess of normal commute (5 Miles)
Mileage in excess of normal commute (5 Miles)
Breakfast for the client and engagement team - including S. David, J. Lippolis, S. Tremble and R. Anderson
Mileage in excess of normal commute (5 Miles)
Mileage in excess of normal commute (5 Miles)
Mileage in excess of normal commute (5 Miles)
Mileage in excess of normal commute (5 Miles)
Mileage in excess of normal commute (5 Miles)
Mileage in excess of normal commute (5 Miles)
Breakfast for the client and engagement team - including S. David, J. Lippolis, S. Tremble and R. Anderson

Mileage in excess of normal commute (85 Miles)
Mileage in excess of normal commute (85 Miles)
Mileage in excess of normal commute (85 Miles)
Mileage in excess of normal commute (85 Miles)
Mileage in excess of normal commute (85 Miles)
Mileage in excess of normal commute (85 Miles)
Mileage in excess of normal commute (85 Miles)
Mileage in excess of normal commute (85 Miles)
Parking for meeting with Peter Woolf, Tax Partner,  regarding Grace's tax accrual

Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (90 miles x $0.36)
Mileage in excess of regular commute (48 miles x $0.36)
Tolls ($0.50 x 2)

2nd parking for both David Ryan  and Larry Farmer Cars during audit committee meeting
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)

Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Mileage in excess of regular commute (105 miles x $0.36)
Tolls ($1.65 x 2)
Overtime Meal for entire WR Grace Audit Team, including Jason Natt, Cheryl Frick, Nina Govic,
Aimee Stickley, Maureen Yeager, et al

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - January 31, 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Nina Govic | 01/02/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/03/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/06/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/07/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/08/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/10/2002 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/11/2002 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/13/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/14/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/15/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/16/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/17/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/18/2003 | 34.48 | | | | Mileage travelling to client site |
| Nina Govic | 01/18/2003 | | | | 25.70 | Overtime Saturday Meals |
| Nina Govic | 01/20/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/21/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/22/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/23/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/24/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/25/2003 | 34.48 | | | | Mileage travelling to client site |
| Nina Govic | 01/25/2003 | | | | 14.04 | Overtime Saturday Meals |
| Nina Govic | 01/27/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/28/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 01/29/2003 | 30.96 | | | | Mileage travelling to client site |
| | | | | | | |
| Ray Bromark | 01/13/2003 | 108.00 | | | | Train fare from Wilmington to Baltimore |
| Ray Bromark | 01/13/2003 | 214.00 | | | | Train fare from Baltimore to NYC |
| Ray Bromark | 01/13/2003 | 18.00 | | | | Parking at train station |
| Ray Bromark | 01/27/2003 | | | | 80.00 | Meal with Client |
| Ray Bromark | 01/27/2003 | 108.00 | | | | Train fare from Baltimore to Wilimington |
| Ray Bromark | 01/27/2003 | 58.00 | | | | Train fare from Wilmington to Baltimore |
| Ray Bromark | 01/27/2003 | 7.00 | | | | Parking at train station |
| Ray Bromark | 01/27/2003 | | | 3.00 | | Tips while travelling |
| | | | | | | |
| Craig Cleaver | 1/21/03 | | | | 5.50 | Lunch while travelling to Grace Columbia, MD |
| Craig Cleaver | 1/21/03 | 81.36 | | | | Mileage travelling to client site |
| Craig Cleaver | 1/21/03 | 10.00 | | | | Tolls travelling to client site |
| | | | | | | |
| Jeff Zartman | 01/02/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/03/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/06/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/07/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/08/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/09/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/09/2003 | | | | 26.48 | Dinner for PwC Audit Team |
| Jeff Zartman | 01/10/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/11/2003 | 31.68 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/13/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/14/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/15/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/16/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/17/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/18/2003 | 31.68 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/23/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/24/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/25/2003 | 31.68 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/25/2003 | | | | 5.98 | Overtime Meal - Lunch |
| Jeff Zartman | 01/27/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/27/2003 | | | | 42.79 | Dinner for PwC Audit Team |
| Jeff Zartman | 01/28/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/29/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/30/2003 | 28.08 | | | | Mileage travelling to client site |
| Jeff Zartman | 01/31/2003 | 28.08 | | | | Mileage travelling to client site |
| | | | | | | |
| Daniel Weir | 01/26/2003 | | | 7.59 | | Telephone charges while travelling |

| Name | Date | | | | Description |
|------|------|------|------|------|-------------|
| **Renee Anderson** | 01/18/2003 | | | 35.40 | Overtime team meals |
| **Renee Anderson** | 01/18/2003 | | | 44.65 | Overtime team meals |
| **Renee Anderson** | 01/18/2003 | 15.84 | | | Mileage travelling to client site |
| | | | | | |
| **Young L Lee** | 01/24/2003 | 3.00 | | | Tolls travelling to client site |
| **Young L Lee** | 01/24/2003 | 16.20 | | | Mileage travelling to client site |
| | | | | | |
| **W Larry Farmer** | 01/13/2003 | 23.40 | | | Mileage travelling to client site |
| **W Larry Farmer** | 01/16/2003 | 3.00 | | | Parking |
| **W Larry Farmer** | 01/21/2003 | | | 10.94 | Meals while travelling |
| **W Larry Farmer** | 01/21/2003 | | | 55.88 | Meals while travelling |
| **W Larry Farmer** | 01/21/2003 | 47.00 | | | Cab Fare |
| **W Larry Farmer** | 01/21/2003 | 17.00 | | | Cab Fare |
| **W Larry Farmer** | 01/22/2003 | | | 12.19 | Meals while travelling |
| **W Larry Farmer** | 01/22/2003 | 281.50 | | | Airfare between Boston and DC |
| **W Larry Farmer** | 01/22/2003 | 30.00 | | | Airport parking |
| **W Larry Farmer** | 01/22/2003 | | 167.55 | | Hotel Stay |
| **W Larry Farmer** | 01/23/2003 | 23.40 | | | Mileage travelling to client site |
| **W Larry Farmer** | 01/23/2003 | 16.00 | | | Parking |
| **W Larry Farmer** | 01/24/2003 | 23.40 | | | Mileage travelling to client site |
| **W Larry Farmer** | 01/27/2003 | 23.40 | | | Mileage travelling to client site |
| **W Larry Farmer** | 01/28/2003 | 23.40 | | | Mileage travelling to client site |
| | | | | | |
| **Cheryl Frick** | 01/06/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/07/2003 | 7.20 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/08/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/09/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/10/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/10/2003 | | 119.68 | | Printing Cartdriges |
| **Cheryl Frick** | 01/11/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/13/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/14/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/15/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/15/2003 | | | 28.62 | Overtime Meal - Dinner for the Engagement Team |
| **Cheryl Frick** | 01/16/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/17/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/18/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/20/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/21/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/22/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/23/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/24/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/25/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/27/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/28/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/29/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/30/2003 | 14.40 | | | Mileage travelling to client site |
| **Cheryl Frick** | 01/31/2003 | 14.40 | | | Mileage travelling to client site |
| | | | | | |
| **Jonelle Lippolis** | 01/06/2003 | 5.00 | | | Cab Fare |
| **Jonelle Lippolis** | 01/17/2003 | | | 52.00 | Overtime Meal - Dinner for the Engagement Team |
| | | | | | |
| **Peter Woolf** | 01/20/2003 | | | 23.00 | Lunch with PwC staff |
| **Peter Woolf** | 01/20/2003 | 16.20 | | | Mileage travelling to client site |
| **Peter Woolf** | 01/22/2003 | | | 15.00 | Lunch with PwC staff |
| **Peter Woolf** | 01/22/2003 | 16.20 | | | Mileage travelling to client site |
| **Peter Woolf** | 01/23/2003 | 16.20 | | | Mileage travelling to client site |
| **Peter Woolf** | 01/24/2003 | | | 14.56 | Lunch with PwC Grace Provision Team |
| **Peter Woolf** | 01/24/2003 | 16.20 | | | Mileage travelling to client site |
| **Peter Woolf** | 01/27/2003 | | | 21.90 | Lunch with PwC Grace Provision Team |
| **Peter Woolf** | 01/27/2003 | 16.20 | | | Mileage travelling to client site |
| **Peter Woolf** | 01/30/2003 | | | 14.91 | Lunch with PwC Grace Provision Team |
| | | | | | |
| **Sandra David** | 01/13/2003 | 2.16 | | | Mileage travelling to client site |
| **Sandra David** | 01/14/2003 | 2.16 | | | Mileage travelling to client site |
| **Sandra David** | 01/15/2003 | 2.16 | | | Mileage travelling to client site |
| **Sandra David** | 01/20/2003 | 2.16 | | | Mileage travelling to client site |
| **Sandra David** | 01/21/2003 | 2.16 | | | Mileage travelling to client site |
| **Sandra David** | 01/22/2003 | 2.16 | | | Mileage travelling to client site |
| **Sandra David** | 01/23/2003 | 2.16 | | | Mileage travelling to client site |
| **Sandra David** | 01/24/2003 | 2.16 | | | Mileage travelling to client site |

| | | | | |
|---|---|---|---|---|
| **Sandra David** | 01/25/2003 | 2.16 | | Mileage travelling to client site |
| **Sandra David** | 01/27/2003 | 2.16 | | Mileage travelling to client site |
| **Sandra David** | 01/28/2003 | 2.16 | | Mileage travelling to client site |
| | | | | |
| **Thomas Kalinosky** | 01/11/2003 | | 56.51 | Cell Phone Charges |
| | | | | |
| **Maureen Yeager** | 01/02/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/03/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/06/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/07/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/08/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/09/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/10/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/11/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/11/2003 | | 41.84 | Overtime Meals - Lunch for the Engagement Team |
| **Maureen Yeager** | 01/13/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/13/2003 | | 40.89 | Overtime Meals - Dinner for the Engagement Team |
| **Maureen Yeager** | 01/14/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/14/2003 | | 18.65 | Overtime Meals - Dinner for the Engagement Team |
| **Maureen Yeager** | 01/15/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/15/2003 | | 149.00 | Subscription to Chemical Week |
| **Maureen Yeager** | 01/16/2003 | | 28.81 | Overtime Meals - Dinner for the Engagement Team |
| **Maureen Yeager** | 01/16/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/17/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/18/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/20/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/20/2003 | | 47.61 | Overtime Meals - Dinner for the Engagement Team |
| **Maureen Yeager** | 01/21/2003 | | 66.43 | Overtime Meals - Dinner for the Engagement Team |
| **Maureen Yeager** | 01/21/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/22/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/23/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/23/2003 | | 7.99 | Overtime Meals - Drinks for the Engagement Team |
| **Maureen Yeager** | 01/24/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/25/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/27/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/28/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/28/2003 | | 41.18 | Overtime Meals - Dinner for the Engagement Team |
| **Maureen Yeager** | 01/29/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/30/2003 | 28.80 | | Mileage travelling to client site |
| **Maureen Yeager** | 01/31/2003 | 28.80 | | Mileage travelling to client site |
| | | | | |
| **Stacy Clark** | 01/06/2003 | 6.89 | | Cab Fair to the Engagement Site |
| | | | | |
| **Mark Joyce** | 01/20/2003 | 13.68 | | Mileage travelling to client site |
| **Mark Joyce** | 01/21/2003 | 13.68 | | Mileage travelling to client site |
| **Mark Joyce** | 01/21/2003 | | 7.20 | Overtime Meals - Working Thru Lunch |
| **Mark Joyce** | 01/22/2003 | 13.68 | | Mileage travelling to client site |
| **Mark Joyce** | 01/23/2003 | 13.68 | | Mileage travelling to client site |
| **Mark Joyce** | 01/23/2003 | | 25.82 | Overtime Meals - Working Thru Lunch |
| **Mark Joyce** | 01/24/2003 | 13.68 | | Mileage travelling to client site |
| **Mark Joyce** | 01/27/2003 | 13.68 | | Mileage travelling to client site |
| **Mark Joyce** | 01/28/2003 | 13.68 | | Mileage travelling to client site |
| | | | | |
| **Aimee Stickley** | 01/05/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/06/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/07/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/08/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/09/2003 | 2.16 | | Mileage travelling to home office |
| **Aimee Stickley** | 01/11/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/13/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/14/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/15/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/16/2003 | | 39.47 | Overtime Meals - Dinner for the engagement team |
| **Aimee Stickley** | 01/16/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/17/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/18/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/19/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/20/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/21/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/23/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/24/2003 | 26.64 | | Mileage travelling to client site |
| **Aimee Stickley** | 01/25/2003 | 26.64 | | Mileage travelling to client site |

| | | | | | |
|---|---|---|---|---|---|
| **Aimee Stickley** | 01/26/2003 | 26.64 | | | Mileage travelling to client site |
| **Aimee Stickley** | 01/28/2003 | 26.64 | | | Mileage travelling to client site |
| | | | | | |
| **German Jimenez** | 01/23/2003 | 230.00 | | | Airfare to the client site |
| **German Jimenez** | 01/23/2003 | 109.01 | | | Rental car |
| **German Jimenez** | 01/23/2003 | | 129.00 | | Hotel |
| **German Jimenez** | 01/24/2003 | | 229.90 | | Hotel |
| **German Jimenez** | 01/24/2003 | | | 57.90 | Breakfast/Lunch for out-of-town travel |
| **German Jimenez** | 01/27/2003 | | | 64.67 | Overtime Meals - Dinner for the Engagement Team |
| **German Jimenez** | 01/28/2003 | | | 75.15 | Overtime Meals - Dinner for the Engagement Team |
| | | | | | |
| **Scott Tremble** | 01/13/2003 | | | 27.60 | Overtime Meals - Dinner for the Engagement Team |
| **Scott Tremble** | 01/13/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/14/2003 | | | 39.12 | Overtime Meals - Dinner for the Engagement Team |
| **Scott Tremble** | 01/14/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/15/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/16/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/17/2003 | | | 14.00 | Breakfast for the client and engagement team |
| **Scott Tremble** | 01/17/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/20/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/21/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/22/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/23/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/24/2003 | 1.80 | | | Mileage travelling to client site |
| **Scott Tremble** | 01/24/2003 | | | 10.00 | Breakfast for the client and engagement team |
| | | | | | |
| **Michelle Gerety** | 01/20/03 $ | 30.60 | | | Mileage travelling to client site |
| **Michelle Gerety** | 01/21/03 $ | 30.60 | | | Mileage travelling to client site |
| **Michelle Gerety** | 01/22/03 $ | 30.60 | | | Mileage travelling to client site |
| **Michelle Gerety** | 01/23/03 $ | 30.60 | | | Mileage travelling to client site |
| **Michelle Gerety** | 01/24/03 $ | 30.60 | | | Mileage travelling to client site |
| **Michelle Gerety** | 01/27/03 $ | 30.60 | | | Mileage travelling to client site |
| **Michelle Gerety** | 01/28/03 $ | 30.60 | | | Mileage travelling to client site |
| **Michelle Gerety** | 01/30/03 $ | 30.60 | | | Mileage travelling to client site |
| **Michelle Gerety** | 11/14/03 $ | 16.00 | | | Parking while meeting with tax partner peter woolf |
| | | | | | |
| **David Ryan** | 01/13/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/13/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/14/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/14/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/15/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/15/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/16/03 | 32.40 | | | Mileage travelling to client site |
| **David Ryan** | 01/16/03 | 17.28 | | | Mileage travelling to client site |
| **David Ryan** | 01/16/03 | 1.00 | | | tolls travelling to client site. |
| **David Ryan** | 01/16/03 | 38.00 | | | Parking at client meeting. |
| **David Ryan** | 01/20/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/20/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/21/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/21/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/22/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/22/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/23/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/23/03 | 3.30 | | | tolls travelliing to client site. |
| **David Ryan** | 01/24/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/24/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/27/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/27/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/28/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/28/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/29/03 | 37.80 | | | Mileage travelling to client site |
| **David Ryan** | 01/29/03 | 3.30 | | | tolls travelling to client site. |
| **David Ryan** | 01/29/03 | | | 233.00 | Dinner for engagement team - overtime |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 7,670.04 | 5,390.94 | 526.45 | 335.78 | 1,416.87 |