**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2002 through June 30, 2002**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Apr-Jun 2002 Hours | Cumulative Hours |
|---|---|---|---|
| 7 | Committee (All) | 15.5 | 305.5 |
| 11 | Fee Applications, Applicant | 30.5 | 113.5 |
| 14 | Hearings | 11.0 | 20.0 |
| 20 | Travel - Non-working | 13.0 | 79.0 |
| 24 | Other | 2.0 | 88.0 |
| 26 | Business Analysis (for financial advisors) | 68.0 | 671.5 |
| 27 | Corporate Finance (for financial advisors) | 0.0 | 1094.0 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 |
| | **TOTAL** | **140.0** | **2865.5** |

**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2002 through June 30, 2002**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Michael Gries, Member | 2.0 |
| Gregory Boyer, Managing Director | 68.0 |
| Daniel Katz, Associate | 43.0 |
| Stephanie Jones, Associate | 27.0 |
| **TOTAL** | **140.0** |

## Bankruptcy Time Reporting Log

**Client Name:** WR Grace
**Professional:** All
**Date:** For the Period of April 1, 2002 through June 30, 2002

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Dan Katz | 04/01/02 | 26 | 0.5 | Conversation with Blackstone re: current operating results |
| WR Grace | Dan Katz | 04/01/02 | 26 | 5.0 | Draft memo re: incentive, retention, and severance programs |
| WR Grace | Gregory Boyer | 04/01/02 | 26 | 0.5 | Conversation with Blackstone re: current operating results |
| WR Grace | Gregory Boyer | 04/01/02 | 26 | 3.0 | Review of year-end 2001 and projected FY 2002 operating results |
| WR Grace | Dan Katz | 04/02/02 | 26 | 2.5 | Begin developing report on year-end operating results |
| WR Grace | Dan Katz | 04/02/02 | 26 | 5.0 | Draft memo re: incentive, retention, and severance programs; includes subsequent discussions with GB re: same |
| WR Grace | Gregory Boyer | 04/02/02 | 26 | 1.5 | Review memo on incentive, retention and severance programs and discuss with DK |
| WR Grace | Gregory Boyer | 04/02/02 | 26 | 2.0 | Review of year-end 2001 and projected FY 2002 operating results |
| WR Grace | Dan Katz | 04/03/02 | 26 | 1.5 | Revise memo on incentive, retention, and severance programs incorporating GB comments; discuss with GB |
| WR Grace | Dan Katz | 04/03/02 | 26 | 4.5 | Draft/Revise report on year-end operating results incorporating GB comments; discuss with GB and distribute draft to Counsel |
| WR Grace | Gregory Boyer | 04/03/02 | 26 | 3.5 | Review final draft of operating report on year-end results and memo on incentive, retention, and severance programs; discuss |
| WR Grace | Gregory Boyer | 04/04/02 | 11 | 3.0 | Preparation of Fee Application |
| WR Grace | Dan Katz | 04/05/02 | 26 | 0.5 | Discuss changes to memorandum on incentive and retention plans with GB |
| WR Grace | Dan Katz | 04/05/02 | 26 | 0.5 | Conversation with Blackstone re: incentive and compensation plans |
| WR Grace | Dan Katz | 04/05/02 | 26 | 0.5 | Conversation with JS re: incentive and compensation plans |
| WR Grace | Dan Katz | 04/05/02 | 26 | 2.5 | Revise memorandum on incentive and retention plans to incorporate comments from GB and discussions with JS |
| WR Grace | Gregory Boyer | 04/05/02 | 26 | 0.5 | Conversation with Blackstone re: incentive and compensation plans |
| WR Grace | Gregory Boyer | 04/05/02 | 26 | 0.5 | Discuss changes to memorandum on incentive and retention plans with DK |
| WR Grace | Gregory Boyer | 04/05/02 | 26 | 0.5 | Conversation with JS re: incentive and compensation plans |
| WR Grace | Gregory Boyer | 04/05/02 | 26 | 1.0 | Review memorandum on incentive and compensation plans |
| WR Grace | Stephanie Jones | 04/05/02 | 11 | 1.5 | Preparation of Fee Application |
| WR Grace | Dan Katz | 04/08/02 | 26 | 4.5 | Revise report on year-end operating results incorporating GB comments and distribute draft to Counsel |
| WR Grace | Gregory Boyer | 04/08/02 | 11 | 0.5 | Conversations with SJ re: fee application and time detail |
| WR Grace | Gregory Boyer | 04/08/02 | 24 | 1.0 | Review proof of claim forms |
| WR Grace | Gregory Boyer | 04/08/02 | 26 | 1.5 | Revise report on year-end operating results |
| WR Grace | Stephanie Jones | 04/08/02 | 11 | 1.5 | Review of fee application and time detail; meeting with GB to discuss same |
| WR Grace | Gregory Boyer | 04/10/02 | 26 | 0.5 | Discussion with Blackstone re: detail support for financial projections |
| WR Grace | Gregory Boyer | 04/11/02 | 26 | 0.5 | Discuss incentive/retention plans and year end operating results with MG |
| WR Grace | Michael Gries | 04/11/02 | 26 | 0.5 | Discuss incentive/retention plans and year end operating results with GB |
| WR Grace | Michael Gries | 04/11/02 | 26 | 0.5 | Review report on year end operating results |
| WR Grace | Michael Gries | 04/11/02 | 26 | 0.5 | Review memorandum on incentive and compensation plans |
| WR Grace | Gregory Boyer | 04/16/02 | 26 | 1.0 | Review memorandum on incentive and compensation plans |
| WR Grace | Dan Katz | 04/17/02 | 26 | 0.5 | Conversation with GB re: memos on retention plans and operating results |
| WR Grace | Dan Katz | 04/17/02 | 26 | 2.0 | Revise memos on retention plans and operating results |
| WR Grace | Gregory Boyer | 04/17/02 | 26 | 0.5 | Conversation with DK re: memos on retention plans and operating results |
| WR Grace | Gregory Boyer | 04/17/02 | 26 | 1.0 | Review memos on retention plans and operating results |
| WR Grace | Gregory Boyer | 04/22/02 | 20 | 2.0 | Travel from Pittsburgh |
| WR Grace | Gregory Boyer | 04/22/02 | 20 | 2.0 | Travel to Pittsburgh for hearing |
| WR Grace | Gregory Boyer | 04/22/02 | 14 | 4.0 | Attendance at Grace's hearing in Pittsburgh |
| WR Grace | Gregory Boyer | 04/25/02 | 26 | 0.5 | Call with SC re: retention plans |
| WR Grace | Gregory Boyer | 04/25/02 | 7 | 1.0 | Committee conference call |
| WR Grace | Gregory Boyer | 04/25/02 | 24 | 1.0 | Preparation for PD Committee call |
| WR Grace | Gregory Boyer | 04/29/02 | 26 | 0.5 | Call with PZ re: retention plans |
| WR Grace | Gregory Boyer | 04/29/02 | 26 | 0.5 | Conversation with SC re: retention plans |
| WR Grace | Stephanie Jones | 04/30/02 | 11 | 3.0 | Preparation of Fee Application |
| WR Grace | Gregory Boyer | 05/01/02 | 11 | 4.0 | Review draft of Fee Application |
| WR Grace | Gregory Boyer | 05/03/02 | 11 | 0.5 | Correspondence with SJ re: fee application |
| WR Grace | Stephanie Jones | 05/03/02 | 11 | 2.0 | Preparation of Fee Application--incorporating comments from GB and amended procedures; Calls to LC |
| WR Grace | Stephanie Jones | 05/03/02 | 11 | 4.0 | Revise fee application in response to amended procedure; Calls/emails to/from LC |
| WR Grace | Gregory Boyer | 05/06/02 | 11 | 0.5 | Conversation with JS re: fee applications |
| WR Grace | Gregory Boyer | 05/06/02 | 11 | 1.0 | Preparation of Fee Application |
| WR Grace | Stephanie Jones | 05/06/02 | 11 | 0.5 | Conversation with JS re: fee applications |
| WR Grace | Stephanie Jones | 05/06/02 | 11 | 3.5 | Preparation of Fee Application |
| WR Grace | Dan Katz | 05/14/02 | 26 | 1.0 | Call with Grace re: 1st quarter operating results |
| WR Grace | Gregory Boyer | 05/14/02 | 26 | 0.5 | Conversation with MG re: Grace most recent operating results |
| WR Grace | Gregory Boyer | 05/14/02 | 26 | 1.0 | Call with Grace re: 1st quarter operating results |
| WR Grace | Michael Gries | 05/14/02 | 26 | 0.5 | Conversation with GB re: Grace most recent operating results |
| WR Grace | Dan Katz | 05/15/02 | 26 | 3.5 | Prepared memo regarding Q1 results |
| WR Grace | Dan Katz | 05/16/02 | 26 | 3.5 | Prepared memo regarding Q1 results |
| WR Grace | Dan Katz | 05/17/02 | 26 | 1.5 | Revised memo regarding Q1 results |
| WR Grace | Gregory Boyer | 05/17/02 | 26 | 1.5 | Review 1Q02 operating results and CDG memo re: same |
| WR Grace | Gregory Boyer | 05/20/02 | 20 | 2.0 | Travel to Delaware for a hearing |
| WR Grace | Gregory Boyer | 05/20/02 | 20 | 2.5 | Travel from Delaware |
| WR Grace | Gregory Boyer | 05/20/02 | 14 | 3.0 | Attend hearing in Delaware |
| WR Grace | Stephanie Jones | 05/23/02 | 11 | 3.5 | Preparation of Fee Application: Revise fee app in response to amended procedure; Calls/emails to/from LC |
| WR Grace | Dan Katz | 05/24/02 | 7 | 2.5 | Committee conference call |
| WR Grace | Gregory Boyer | 05/24/02 | 7 | 2.5 | Committee conference call |
| WR Grace | Stephanie Jones | 05/24/02 | 7 | 2.5 | Committee conference call |

*Bankruptcy Time Reporting Log*

Client Name:  WR Grace
Professional: All
Date:         For the Period of April 1, 2002 through June 30, 2002

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Gregory Boyer | 06/06/02 | 26 | 0.5 | Review list of Grace's acquisitions |
| WR Grace | Gregory Boyer | 06/06/02 | 7 | 1.0 | Committee conference call |
| WR Grace | Stephanie Jones | 06/06/02 | 7 | 1.0 | Committee conference call |
| WR Grace | Dan Katz | 06/10/02 | 26 | 0.5 | Discussion with GB re: incentive, retention, and severance programs |
| WR Grace | Gregory Boyer | 06/10/02 | 26 | 1.0 | Review Debtors' revised employee retention, severance and incentive plan and discuss with DK |
| WR Grace | Gregory Boyer | 06/10/02 | 20 | 2.0 | Travel to Delaware for a hearing |
| WR Grace | Gregory Boyer | 06/10/02 | 20 | 2.5 | Travel from Delaware |
| WR Grace | Gregory Boyer | 06/10/02 | 14 | 4.0 | Attend hearing in Delaware |
| WR Grace | Dan Katz | 06/12/02 | 26 | 0.5 | Call with GB and Blackstone re: revised employee retention severance and incentive plans |
| WR Grace | Gregory Boyer | 06/12/02 | 26 | 0.5 | Call with DK and Blackstone re: revised employee retention severance and incentive plans |
| WR Grace | Gregory Boyer | 06/13/02 | 7 | 1.0 | Committee conference call |
| WR Grace | Stephanie Jones | 06/13/02 | 7 | 1.0 | Committee conference call |
| WR Grace | Gregory Boyer | 06/19/02 | 26 | 0.5 | Correspondence with JS re: employee retention, severance and incentive plans |
| WR Grace | Gregory Boyer | 06/20/02 | 26 | 0.5 | Call with JS re: incentive and retention plans |
| WR Grace | Gregory Boyer | 06/20/02 | 7 | 1.5 | Committee conference call |
| WR Grace | Stephanie Jones | 06/20/02 | 7 | 1.5 | Committee conference call |
| WR Grace | Stephanie Jones | 06/28/02 | 11 | 1.5 | Preparation of Fee Application |
| | | | | 140.0 | Total Hours |

## LEGEND

| | |
|---|---|
| AG | Alberto Gutierrez, Environmental Expert--Geolex Inc. |
| BA | Bradley Aitken, Associate -- CDG |
| Bates | Charles Bates, President--Bates White & Ballentine, LLC (PD Asbestos Claims Expert) |
| BF | Brad Friedman, Partner -- Milberg |
| BJ | Ben Jones, Vice President -- CDG |
| Chemco | Chemicals Division of Grace remaining after sale of PackCo |
| DK | Dan Katz, Associate -- CDG |
| FL | Frank LaGrecca, former Managing Director--Houlihan Lokey |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| Goldin | Goldin & Associates (Seymour Preston), Sealed Air Financial Advisor |
| HG | Heather Grant, Analyst -- CDG |
| HL | Houlihan Lokey Howard & Zukin |
| JH | James Hass, PD Asbestos Expert |
| JL | Joseph Lash, Sr. Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| JY | Jeff Yanover, Analyst -- CDG |
| KC | Kevin Collins, Managing Director--Houlihan Lokey |
| KR | Kasey Rosado, Vice President --CDG |
| LC | Lisa Coggins, Associate -- Ferry & Joseph PA |
| LE | Lawrence Ellberger, former CEO--WR Grace |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| OH | Omar Haynes, Analyst -- CDG |
| PackCo | Packaging Division of Grace sold to Sealed Air (Cryovac) |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RB | Ryan Brown, Analyst -- CDG |
| RF | Rachel Fleishman, Associate -- Milberg |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SA | Sealed Air Corp. |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SS | Scott Sturdivant, Analyst -- CDG |
| TH | Ted Hirschfield, Associate -- CDG |
| TT | Ted Taconelli, Partner -- Ferry & Joseph PA |
| WH | William Hickey, President/CEO--Sealed Air Corp/Cryovac |
| WR | Wilbur Ross, Chairman/CEO--WL Ross & Co. LLC |