**Exhibit B** 4/3/2003
**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of April 1, 2002 through June 30, 2002**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 4/22/2002 | | | 177.42 | 367.00 | | | 544.42 |
| G. Boyer | 5/20/2002 | | | 205.84 | | | | 205.84 |
| G. Boyer | 6/10/2002 | | | 205.00 | | | | 205.00 |
| **G. Boyer Total** | | 0.00 | 0.00 | 588.26 | 367.00 | 0.00 | 0.00 | **955.26** |
| Investext | 3/12/2002 | | | | | | 138.39 | 138.39 |
| Investext | 3/13/2002 | | | | | | 103.79 | 103.79 |
| Investext | 3/14/2002 | | | | | | 164.33 | 164.33 |
| Global Access | 3/19/2002 | | | | | | 128.18 | 128.18 |
| Global Access | 3/21/2002 | | | | | | 204.59 | 204.59 |
| Investext | 3/25/2002 | | | | | | 614.09 | 614.09 |
| Global Access | 3/26/2002 | | | | | | 428.90 | 428.90 |
| Investext | 3/26/2002 | | | | | | 181.63 | 181.63 |
| **Research Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,963.90 | **1,963.90** |
| **Grand Total** | | 0.00 | 0.00 | 588.26 | 367.00 | 0.00 | 1,963.90 | 2,919.16 |