## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**Objection Deadline:**
**April 15, 2003 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
 **if objections are timely filed and served.**


**TWENTY-THIRD MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003</u>**


| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2003 – February 28, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$76,313.00 (80% - $61,050.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$2,022.78 (Stroock)**<br>**$1,077.80 (Chambers)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Twenty-First Monthly Fee Statement and Seventh Quarterly Fee Application is approximately 5.5 hours and the corresponding compensation requested is approximately $935.00.*

**Attachment A**

**Monthly Interim Fee Applications**

| Date Filed | Period Covered | Payment Requested | | Payment Received | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 -<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 | | |
| | | | | | |

| WR GRACE & CO | | | | |
|---|---|---|---|---|
| ATTACHMENT B | | | | |
| FEBRUARY 1, 2003 - FEBRUARY 28, 2003 | | | | |
| | | | | No. of Years |
| | Hours | Rate | Amount | In Position |
| **Partners** | | | | |
| Greenberg, Mayer | 17.5 | $525 | $ 9,187.50 | 5 |
| Kruger, Lewis | 7.2 | $695 | $ 5,004.00 | 33 |
| Levy, Mark | 3.7 | $650 | $ 2,405.00 | 29 |
| Pasquale, Kenneth | 17.3 | $495 | $ 8,563.50 | 4 |
| Wintner, Mark | 2.6 | $595 | $ 1,547.00 | 22 |
| | | | | |
| **Associates** | | | | |
| Brandes, Ronnie H. | 51.2 | $245 | $12,544.00 | 1 |
| Gross, Jonathan E. | 0.9 | $185 | $    166.50 | 1 |
| Krieger, Arlene | 67.3 | $475 | $31,967.50 | 18 |
| Rotker, Laurel | 3.5 | $450 | $ 1,575.00 | 18 |
| Sasson, Moshe | 1.2 | $395 | $    474.00 | 8 |
| | | | | |
| **Paraprofessionals** | | | | |
| Bhattacharyya, Sayan | 0.8 | $170 | $    136.00 | 1 |
| Caskadon, Alexandra | 8.5 | $170 | $ 1,445.00 | 2 |
| Defreitas, Vaughn | 9.9 | $100 | $    990.00 | 16 |
| Mohamed, David | 2.4 | $100 | $    240.00 | 15 |
| Serrette, Rosemarie | 0.4 | $170 | $     68.00 | 16 |
| | | | | |
| **Total** | **194.4** | | **$76,313.00** | |

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES ($) |
|---|---|---|---|
| | **WR GRACE & CO** | | |
| | **COMPENSATION BY PROJECT CATEGORY** | | |
| | **FEBRUARY 1, 2003 - FEBRUARY 28, 2003** | | |
| 0003 | Claims Analysis Objection, Resolution & Estimation (Asbestos) | 1.0 | $ 395.00 |
| 0008 | Asset Analysis and Recovery | 0.2 | $ 95.00 |
| 0013 | Business Operations | 1.7 | $ 807.50 |
| 0014 | Case Administration | 18.8 | $ 3,524.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 26.5 | $ 13,210.50 |
| 0018 | Fee Application, Applicant | 5.5 | $ 935.00 |
| 0020 | Fee Application, Others | 1.4 | $ 238.00 |
| 0021 | Employee Benefits, Pension | 15.3 | $ 7,039.00 |
| 0026 | Financing | 2.2 | $ 1,045.00 |
| 0034 | Litigation and Litigation Consulting | 49.4 | $ 24,887.00 |
| 0047 | Tax Issues | 72.4 | $ 24,136.50 |
| | | | |
| | **Total** | **194.4** | **$ 76,313.00** |

# STROOCK

## INVOICE

| DATE | April 7, 2003 |
|---|---|
| INVOICE NO. | 285429 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2003, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2003 | Review settlement memo; FM settlement (.3); t/c K. Pasquale re: same (.2). | Sasson, M. | 0.5 |
| 02/06/2003 | Review ABA proposal re: asbestos litigation. | Sasson, M. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sasson, Moshe | 1.0 | $ 395 | $ 395.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 395.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 395.00 |
|---|---|

| RE | Asset Analysis and Recovery |
|---|---|
| | 699843  0008 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/26/2003 | Exchanged memoranda with C.Troyer re proposed acquisition (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.2 | $ 475 | $ 95.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 95.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 95.00 |
|---|---|

| | |
|---|---|
| RE | Business Operations |
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/05/2003 | Exchanged memoranda with K. Lund re Libby, Montana litigation (.2). | Krieger, A. | 0.2 |
| 02/11/2003 | Review unexpired lease rejection notice (.2); exchanged memoranda with C.Lane re information underlying lease rejection request (.2). | Krieger, A. | 0.4 |
| 02/19/2003 | Exchange memoranda with  C. Lane re proposed lease rejection matter, 2/24/03 hearings (.2). | Krieger, A. | 0.2 |
| 02/20/2003 | Review correspondence from C. Lane re lease rejection notice and information  to evaluate (.2); review Landlord's objection to lease rejection (.1); telephone conference C. Lane re above (.3). | Krieger, A. | 0.6 |
| 02/20/2003 | Telephone conference C. Lane re DIP motion (.1). | Krieger, A. | 0.1 |
| 02/26/2003 | Exchanged memoranda with C. Whitney Troyer re Analyses of Grace's 2002 4th quarter operations (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 1.7 | $ 475 | $ 807.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 807.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 807.50 |

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2003 | Monitored online docket for the days pleadings and distribute same to attorney working group. | Defreitas, V. | 0.7 |
| 02/03/2003 | Review updated docket | Krieger, A. | 0.1 |
| 02/04/2003 | Research for A. Krieger Supreme Court Decisions in re: FCC v. Next Wave Communications. | Caskadon, A. | 1.8 |
| 02/04/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 1.6 |
| 02/05/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 1.4 |
| 02/05/2003 | Exchanged memoranda with L. Chambers re Mark Atlas (.1); exchanged memoranda with A. Caskadon re Committee conference call (.1); attended to memorandum from L. Hamilton re distribution of Grace financials (.1). | Krieger, A. | 0.3 |
| 02/06/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 1.6 |
| 02/06/2003 | Exchanged memoranda with A.Caskadon re Committee conference call (.2). | Krieger, A. | 0.2 |
| 02/07/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 0.8 |
| 02/10/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 0.8 |
| 02/10/2003 | Review Fee Auditor's final report on SSL 6th Quarterly application (.1); memo to KP,LK re above and proposed reduction (.1); review updated docket (.1). | Krieger, A. | 0.3 |
| 02/11/2003 | At the request of Rose Serrette: docket | Bhattacharyya, S. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | research/retrieval re: case no. 01-01139 (0.3); docket research/retrieval re: retrieved Examiners Report Re: Stroock Fees (0.2). docket research/retrieval re: schedules and motions filed 02/10/03 - 02/11/03 (0.3). | | |
| 02/11/2003 | O/c LK re Fee Auditors' proposal to reduce fees (.1); prepare memorandum to Fee Auditor agreeing to compromise (.2); attended to memo from RS re amended schedules filed by the Debtors (.6). | Krieger, A. | 0.9 |
| 02/11/2003 | Research case docket #01-1139 (.8), update case file index re: pleadings (1.6). | Mohamed, D. | 2.4 |
| 02/12/2003 | Monitoring online docket for days pleadings and distribute same. | Defreitas, V. | 2.2 |
| 02/12/2003 | T/c J. Baer re avoidance action analysis, claims review (.2); memoranda to S. Cunningham re amendments to Schedule F for several debtors (.5). | Krieger, A. | 0.7 |
| 02/13/2003 | Exchange memorandum with C. Whitney, L. Hamilton re request for schedules and statements of affairs (.5); exchange memos with M. Chehi re Debtors' schedules and statements of affair (.2). | Krieger, A. | 0.7 |
| 02/19/2003 | Telephone conference D. Richardson (Creditor) re creditor inquiry regarding the bar date (.1). | Krieger, A. | 0.1 |
| 02/24/2003 | Exchanged memoranda with C. Troyer re Committee/Debtors' 3/12/03 meeting (.2); memo to LK, KP re 3/12/03 meeting (.2). | Krieger, A. | 0.3 |
| 02/25/2003 | Monitoring online docket for days pleadings and distribution of same. | Defreitas, V. | 0.8 |
| 02/25/2003 | Exchanged memoranda with W. Katchen re settlement agreement meeting (.1)., | Krieger, A. | 0.1 |
| 02/26/2003 | Exchanged memoranda with R. Douglas re proofs of claim (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | | HOURS | RATE | TOTAL |
|------------------|--|-------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Bhattacharyya, Sayan | 0.8 | $ 170 | $ 136.00 |
| Caskadon, Alexandra | 1.8 | 170 | 306.00 |
| Defreitas, Vaughn | 9.9 | 100 | 990.00 |
| Krieger, Arlene | 3.9 | 475 | 1,852.50 |
| Mohamed, David | 2.4 | 100 | 240.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,524.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,524.50 |
|---|---|

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|--------------------------------------------------------|
|    | 699843  0017                                           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/03/2003 | Prepare final form of memo to the Committee re conference call with Sealed Air regarding further anticipated revisions to the Settlement Agreement (1.0). | Krieger, A. | 1.0 |
| 02/04/2003 | Memorandum to the Committee re presentation by the Debtors on Curtis Bay (.3); extended telephone conference Jay Sakalo re PD Committee concerns on Curtis Bay (.5); memo to M. Wintner re J. Sakalo conversation (.5); telephone conference W. Katchen re Next Wave case and applicability to Grace (.4); exchanged memos with KP re Committee meeting to discuss revised  Sealed Air Agreement (.1); memo from J. Anderson re meeting (.1); memo from M. Chehi re next meeting (.1); memo from W. Katchen re meeting (.1). | Krieger, A. | 2.2 |
| 02/05/2003 | Memo to KP, LK re Committee call to discuss revised Sealed Air Agreement (.2); memo to T. Maher re Committee call (.1); office conference LK re circulation of asbestos-related articles to the Committee (.1); memo to W. Katchen re distribution of ABA-related materials (.1); memo from W. Katchen re circulation of materials to the Committee (.1); exchanged memorandum with B. Wolff re expected circulation of revised Sealed Air Settlement Agreement (.2); memorandum to the Committee re meeting to address revised settlement agreement (.2); memorandum to the Committee re asbestos-related articles (.1); review asbestos-related materials (.8). | Krieger, A. | 2.5 |
| 02/06/2003 | Set up conference call for committee. | Caskadon, A. | 0.2 |
| 02/06/2003 | Prepare memorandum to the Committee re 2/7/03 conference call information (.2); prepare memorandum for S. Ahern, J. Baer re 2/7/03 | Krieger, A. | 0.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | presentation by the Debtors (.2); memo to the Committee re Sealed Air Agreement and call to discuss (.1); Committee Conference call re Sealed Air Settlement Agreement (.4). |  |  |
| 02/06/2003 | Telephone conference with Creditors' Committee considering Sealed Air proposed settlement and best efforts directions with respect to proceeds. | Kruger, L. | 0.5 |
| 02/06/2003 | Committee conference call re Sealed Air settlement issues (.4) | Pasquale, K. | 0.4 |
| 02/07/2003 | Review material for Committee conference call (1.4); memorandum to the Committee re Curtis Bay materials (.2); Committee conference call re Debtors' presentation on Curtis Bay matter (1.0); follow-up office conference MW re review and modification of order, subsequent call with Debtors to discuss valuation date (.4); exchanged memos with J. Baer re meeting to address valuation date, other matters (.2). | Krieger, A. | 3.2 |
| 02/07/2003 | Office conference with A. Krieger and M. Wintner, then conference call with Creditors' Committee and debtor with respect to debtor's pension plan agreement as part of labor negotiations and justification therefore (.9); telephone conference with Committee which approves debtor's presentation and support debtor's result (.3). | Kruger, L. | 1.2 |
| 02/07/2003 | Telephone conference call Creditors' Committee and Debtor (and its professionals re Motion to authorize special contribution to Curtis Bay Union Pension Plan (1.0); telephone call with A. Krieger and Debtor re same (0.6). | Wintner, M. | 1.6 |
| 02/10/2003 | Exchanged memoranda with KP re proposed ex officio status by EPA's consultant (.3); telephone conference F. Monaco re 2/7/03 Committee meeting (.2); t/c B. Katchen re 2/7/03 call and Debtors' presentation (.3). | Krieger, A. | 0.8 |
| 02/14/2003 | Review  DK Acquisition motion mark up (.2); telephone conference M. Friedman re same (.2). | Krieger, A. | 0.4 |
| 02/17/2003 | Review Debtors' motion for authority to enter into an amended DIP Agreement, or | Krieger, A. | 2.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | alternatively approve a 60-day extension of the existing DIP Agreement and concurrently prepare a memorandum to the Committee discussing same (1.8); review Debtors' motion for authority to implement 2003-LTIP Program and concurrently prepare memorandum to the Committee discussing same (.9). |  |  |
| 02/20/2003 | Review, revise memorandum to the Committee re DIP, LTIP motions (1.0). | Krieger, A. | 1.0 |
| 02/24/2003 | Telephone conference S. Cunningham, C. Whitney Troyer re proposed agenda for March 12 Committee Meeting (.1); prepare memorandum to the Committee re USG decision in respect to cancer claims (.5). | Krieger, A. | 0.6 |
| 02/25/2003 | Review and revise memo to the Committee re DIP motion and LTIP (2.5); telephone conference C. Whitney Troyer re  modification of Committee memorandum with FTI memorandum (.2); prepared revised FTI memorandum (.6); memo to LK re proposed memo to the Committee (.2); further memorandum to C. Troyer re proposed memorandum to and contact with local counsel to prepare and file. | Krieger, A. | 3.9 |
| 02/25/2003 | Memoranda to LK re 3/12/03 meeting (.2) | Krieger, A. | 0.2 |
| 02/25/2003 | Office conference with A. Krieger regarding agenda for WR Grace meeting (.2). | Kruger, L. | 0.2 |
| 02/26/2003 | Exchanged memorandum with T. Maher re memorandum on pending matters (.1); telephone conference C. Whitney Troyer re modifications to Committee memorandum and 2/25/03 Blackstone discussion (.4); review Committee memorandum on DIP, LTIP (.4). | Krieger, A. | 0.9 |
| 02/26/2003 | Exchanged memoranda with T. Maher re 3/12/03 Committee meeting (.3) | Krieger, A. | 0.3 |
| 02/27/2003 | Office conference with K. Pasquale regarding results of Sealed Air conference call and impact on Committee position. | Kruger, L. | 0.3 |
| 02/28/2003 | Review FTI draft memorandum on DIP and prepare comments thereon (.1); memo to C. Lane re DIP motion (.1); memo to C.Troyer re | Krieger, A. | 1.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | comments to the draft memorandum (.1); further memos from and to C. Troyer re review of memorandum on amended DIP (.3). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 0.2 | $ 170 | $ 34.00 |
| Krieger, Arlene | 22.1 | 475 | 10,497.50 |
| Kruger, Lewis | 2.2 | 695 | 1,529.00 |
| Pasquale, Kenneth | 0.4 | 495 | 198.00 |
| Wintner, Mark | 1.6 | 595 | 952.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,210.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,210.50 |
|-----------------------|-------------|

| RE | Fee Application, Applicant<br>699843  0018 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/05/2003 | Draft Stroock's notice for December fee statement. | Caskadon, A. | 0.4 |
| 02/07/2003 | Various emails to SCaban re approval for notices for December Fee Statements(.3); Prepare Stroock's December fee statement(.8); draft certificate of service(.4); and serve (.8). | Caskadon, A. | 2.3 |
| 02/20/2003 | Review of Trustee spreadsheets for sixth quarterly fee application (.2); confirm same (.2). | Serrette, R. | 0.4 |
| 02/25/2003 | Draft 7th Quarterly fee application (2.2); t/c with PHarrington re same(.2). | Caskadon, A. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 5.1 | $ 170 | $ 867.00 |
| Serrette, Rosemarie | 0.4 | 170 | 68.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 935.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 935.00 |
|---|---|

| RE | Fee Application, Others |
|---|---|
|  | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/05/2003 | Draft FTI Policano & Manzo's notice for December fee statement. | Caskadon, A. | 0.4 |
| 02/07/2003 | Prepare FTI's December Fee Statement(.6); draft certificate of service(.4). | Caskadon, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 1.4 | $ 170 | $ 238.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 238.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 238.00 |
|---|---|

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2003 | Memo to M. Wintner re Debtors' presentation on Curtis Bay (.1); memo to T. Maher re Debtors' presentation to the Committee on Curtis Bay (.1); prepare memorandum to Jan Baer re Curtis Bay matter (.6); exchange memos with J. Baer re Curtis Bay response (.2); memo to M. Wintner re case law discussing treatment of pre-petition unfunded liability claims (.1); correspondence from W. Katchen re unenforceability of IRS Code 401(a)(33) following Supreme Court's Next Wave case decision (.1); memo to W. Katchen re inquiry regarding Next Wave decision (.2); memo to J. Sakalo re PD Committee's position on Curtis Bay motion (.1); review correspondence from J. Forgach re additional information in respect of Curtis Bay motion (.6). | Krieger, A. | 2.1 |
| 02/04/2003 | Continued to review Debtors' Curtis Bay informational memorandum (.5); exchanged memoranda with M. Wintner re applicability of Next Wave decision to enforceability of IRS code provision (.2); memo to FTI personnel re Curtis Bay information (.1); office conference MW re Next Wave decision (.1); memo to AC re Next Wave decision (.1); conference call J. Baer, J. Forgach, S. O'Hearn re presentation to the Committee on Curtis Bay, additional information (.4); office conference MW re substance of conference call with Debtors regarding Curtis Bay (.1); office conference MW re Friday afternoon presentation by the Debtors (.1); telephone conference S. O'Hearn re confirming 2:30 presentation (.1); review Next Wave decision (.5); telephone conference S. Cunningham, C. Troyer re additional information from the Company, Committee's position thereon (.4). | Krieger, A. | 2.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/04/2003 | Review actuarial data from Debtors' actuary (Aon) re cost of Curtis Bay agreements (0.3); review Next Wave decision (0.3). | Wintner, M. | 0.6 |
| 02/05/2003 | Telephone conference M. Wintner re Next Wave case, waiver argument (.3); office conference L. Rotker re waiver issue (.3); attended to memo from L.Rotker re review of applicable IRS code provisions and private letter rulings issued (.2); memo to L. Rotker re above (.2); subsequent memo from L. Rotker re response to further AGK inquiries (.2); telephone conference W. Katchen re same and Next Wave (.2); attended to memorandum from W. Katchen (.2). | Krieger, A. | 1.6 |
| 02/05/2003 | Attention to e-mail, conference with A. Krieger (.3), review and research re issue concerning Internal Revenue Code Section 401(a)(33) and pension plan increases (1.5); e-mail re same (.1); follow-up e-mail (.1). | Rotker, L. | 2.0 |
| 02/05/2003 | Telephone conference Arlene Krieger and review data from John Fargach re Motion to Authorize IRC Section 401(a)(33) contribution to Curtis Bay Union Pension Plan. | Wintner, M. | 0.4 |
| 02/06/2003 | Memorandum to LK, KP re Next Wave decision (.3); telephone conference W. Katchen re Next Wave case, Debtors' motion and Committee's position thereon (.3); review memorandum re pension liabilities in bankruptcy (.6); review 401(a)(33) material (.7). | Krieger, A. | 1.9 |
| 02/07/2003 | O/Conf. A. Krieger re: pension research (.5), research (.4) | Gross, J. | 0.9 |
| 02/07/2003 | Office conference J. Gross re research on pension issues (.5) memo to J. Gross re Committee's position on pension matter (.1). | Krieger, A. | 0.6 |
| 02/07/2003 | Conferences with M. Wintner and further research re pension amendment issues. | Rotker, L. | 1.5 |
| 02/10/2003 | Exchanged memoranda with Jan Baer re modifications to the proposed order authorizing Curtis Bay pension amendment (.1); prepare correspondence to Jan Baer re proposed | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | revision to the order approving Curtis Bay motion (.5). | | |
| 02/12/2003 | Memo from J. Baer re revised form of order approving Curtis Bay motion (.2); memo to M.Wintner re same (.1); t/c J.Baer re Curtis Day order (.1). | Krieger, A. | 0.4 |
| 02/13/2003 | Memo to M. Wintner re Debtors' LTIP Motion (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gross, Jonathan E. | 0.9 | $ 185 | $ 166.50 |
| Krieger, Arlene | 9.9 | 475 | 4,702.50 |
| Rotker, Laurel | 3.5 | 450 | 1,575.00 |
| Wintner, Mark | 1.0 | 595 | 595.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,039.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 7,039.00 |
|-----------------------|-----------|

| | |
|---|---|
| RE | Financing<br>699843  0026 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/06/2003 | Telephone conference S. Cunningham, C.Troyer re DIP and LTIP motions to be filed by the Company (.2). | Krieger, A. | 0.2 |
| 02/19/2003 | Telephone conference C. Whitney Troyer re revised DIP information (2). | Krieger, A. | 0.2 |
| 02/21/2003 | Telephone conference C. Whitney Troyer re DIP, LTIP motions and detail for analysis to be forwarded (.3). | Krieger, A. | 0.3 |
| 02/24/2003 | Exchanged memos with Jay Kapp re extension of time to response to DIP motion (.2). | Krieger, A. | 0.2 |
| 02/25/2003 | Exchanged memoranda with J. Kapp re additional detail on the DIP motion (.2). | Krieger, A. | 0.2 |
| 02/27/2003 | Memo to Jay Kapp re status of filing amended DIP (.1); memo from C. Lane re filing of amended DIP (.1); memo to C. Troyer re same (.1); telephone conference S. Cunningham re financial covenant on expenditures of cash for non-foreign entity transactions (.1). | Krieger, A. | 0.4 |
| 02/28/2003 | Telephone conference S. Cunningham re discussion with Blackstone and financial covenant modifications agreed to (.2); telephone conference C.  Lane re status of amendment (.2); memo to S. Cunningham re draft form of amendment (.1); telephone conference S. Cunningham re amendment (.2). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 2.2 | $ 475 | $ 1,045.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,045.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,045.00 |
| --- | --- |

| | | | |
|---|---|---|---|
| RE | Litigation and Litigation Consulting<br>699843  0034 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2003 | Exchange further memoranda with KP re Sealed Air | Krieger, A. | 0.1 |
| 02/03/2003 | Conference H. Wasserstein, S.Birnbaum re further proposal re Sealed Air settlement agreement (.3); conference call Jan Baer re Grace position on revised proposal (.1). | Krieger, A. | 0.4 |
| 02/03/2003 | Conference call with Skadden, Kruger, Krieger re settlement terms (.3) and attention to same (.5) | Pasquale, K. | 0.8 |
| 02/04/2003 | Exchanged memoranda with R. Brandes re tax driven rational for Sealed Air settlement agreement (.2). | Krieger, A. | 0.2 |
| 02/06/2003 | Memo to B.Wolff re Sealed Air Settlement Agreement (.2); subsequent memo from B.Wolff (.1). | Krieger, A. | 0.3 |
| 02/07/2003 | Office conference LK re Sealed Air settlement conference call (.1); telephone conference B. Wolff re conference call (.1); settlement agreement call (.6); subsequent office conference LK, KP re Committee's position on agreement (.2); exchanged memoranda with J. Baer re Fresenius settlement agreement (.2); memo to D. Rosenbloom re request for Fresenius settlement agreement (.1). | Krieger, A. | 1.3 |
| 02/07/2003 | Office conference with K. Pasquale and A. Krieger - then conference call with H. Silverstein, S. Birnbaum, S. Baena and P. Lockwood considering Sealed Air settlement issues and need for revised settlement agreement. | Kruger, L. | 1.1 |
| 02/07/2003 | Conference call with all parties re Sealed Air settlement terms (.8) | Pasquale, K. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/10/2003 | Memo to LK, KP re correspondence from D. Rosenbloom re Fresenius agreement (.2); memo from B. Wolff re asbestos counsel comments to Sealed Air Settlement Agreement (.2); office conference KP re revised Sealed Air Agreement and lock-up provisions (.1); review revised agreement (1.0); review Fresenius Agreement (1.2); further office conference KP re lock-up provisions (.1); o/c DW re lock-up provision (.2); subsequent exchange of office conferences KP re lock-up provisions and tax counsel review of Fresenius Agreement (.2); memo from KP re PI Counsel response on lock-up provisions (.1); memos to MG, RB re Fresenius Agreement (.2); exchange memo with D. Rosenbloom re Fresenius Agreement inquiries (.2) | Krieger, A. | 3.6 |
| 02/10/2003 | Review revised Sealed Air settlement agreement (.4); office conference with K. Pasquale regarding Sealed Air settlement agreement (.2). | Kruger, L. | 0.6 |
| 02/10/2003 | Attention to revised draft of Sealed Air settlement agreement (1.5); attention to draft Fresnius settlement agreement (.5) | Pasquale, K. | 2.0 |
| 02/11/2003 | Memorandum from KP re responses from P. Lockwood, Scott Baena re lock-up provision (.2); exchanged memos with KP re Sealed Air call on 2/11/03 (.2). | Krieger, A. | 0.4 |
| 02/11/2003 | Telephone conference J. Ellington re draft settlement agreement (.2) | Pasquale, K. | 0.2 |
| 02/12/2003 | Sealed Air Agreement conf call (3.0); office conference R. Brandes re Fresenius Agreement and review of related documentation (1.0); o/c LK, KP re issues raised on conference call (.2); o/c JB re Sealed Air conference call and Fresenius Agreement (.1); memo to M. Greenberg, R. Brandes re Fresenius Agreement (.2); attended to Fresenius tax sharing agreement (.3). | Krieger, A. | 4.8 |
| 02/12/2003 | Office conference with A. Krieger and K. Pasquale; telephone conference with H. Silverstein, P. Lockwood, S. Baena and J. Bear regarding Sealed Air settlement agreement. | Kruger, L. | 1.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/12/2003 | Participated in conference call with all parties re documentation of settlement (3.1); office conference Kruger, Krieger re same (.2) | Pasquale, K. | 3.3 |
| 02/13/2003 | K. Pasquale re: Fresenius complaint. | Sasson, M. | 0.2 |
| 02/14/2003 | Exchanged memoranda with R. Brandes re Fresenius Agreement (.2). | Krieger, A. | 0.2 |
| 02/14/2003 | Telephone conference P. Lockwood re settlement agreement issues | Pasquale, K. | 0.5 |
| 02/17/2003 | Review latest 2/14/03 form of the Sealed Air settlement agreement (1.0); review R. Brandes memorandum re IRS private letter ruling on tax benefit position (.3); memo to R. Brandes re same (.1); review IRS private letter ruling and prepare notes thereon(.8). | Krieger, A. | 2.2 |
| 02/18/2003 | Review the further revised (2/14/03) Sealed Air settlement agreement (.5); exchanged memoranda with R. Brandes re Fresenius agreement and IRS private letter ruling (.2). | Krieger, A. | 0.7 |
| 02/19/2003 | Complete review of Sealed Air Settlement Agreement and comments thereon (1.0); exchange correspondence with V. Defreitas re docketing of Wolin order and term sheet (.1); exchanged memoranda with KP re 2:00 pm conference calls settlement term sheet and Wolin order (.3); exchange memos with KP re settlement terms (3.); conference call on Sealed Air settlement agreement (2.2); office conference R. Brandes re Fresenius settlement agreement (.4) | Krieger, A. | 4.3 |
| 02/19/2003 | Telephone conference with K. Pasquale, S. Birnbaum, H. Silverstein, S. Baena and P. Lockwood regarding Sealed Air settlement and tax issues. | Kruger, L. | 1.7 |
| 02/19/2003 | Attention to revised settlement agreement (.5); conference call with all parties re same (2.2) | Pasquale, K. | 2.7 |
| 02/20/2003 | Exchanged memos with R. Brandes re Fresenius counsel inquiry (.2). | Krieger, A. | 0.2 |
| 02/21/2003 | Attended to memoranda from B. Wolff, J. Baer re proposed Grace modification to the Sealed Air settlement agreement (.2); telephone | Krieger, A. | 1.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conference Jan Baer re Committee's and Grace's position on the settlement agreement (.5); prepared memorandum re substance of conversation with J. Baer re settlement agreement (.8); exchanged memoranda with KP re settlement agreement (.2). | | |
| 02/21/2003 | Memorandum to LK, KP re avoidance action analysis (.2); memorandum from KP re above (.1). | Krieger, A. | 0.3 |
| 02/22/2003 | Attention to debtors' avoidance claims analysis and related issues (1.5) | Pasquale, K. | 1.5 |
| 02/23/2003 | Review revised 2/12/03 date Sealed Air settlement agreement (1.0). | Krieger, A. | 1.0 |
| 02/24/2003 | Attention to revised draft settlement agreement (.6) | Pasquale, K. | 0.6 |
| 02/25/2003 | Review R. Brandes memorandum re Fresenius settlement agreement (.6); extended Sealed Air Settlement Agreement conference call (3.8); follow up office conference KP (.2); telephone conference LK re Sealed Air agreement discussions (.2). | Krieger, A. | 4.8 |
| 02/25/2003 | Conference call with all parties re latest draft settlement agreement (3.6) | Pasquale, K. | 3.6 |
| 02/27/2003 | Conference call with JB re Debtors' position on Sealed Air settlement, Committee's position to date (.2); office conference KP re J. Baer conversation (.1); attended to settlement agreement discussion (.4); exchanged memoranda with M. Greenberg re Fresenius settlement agreement (.2). | Krieger, A. | 0.9 |
| 02/27/2003 | Telephone conference J. Baer re status of settlement (.3); conference call with all parties re settlement (.6) | Pasquale, K. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 27.3 | $ 475 | $ 12,967.50 |
| Kruger, Lewis | 5.0 | 695 | 3,475.00 |
| Pasquale, Kenneth | 16.9 | 495 | 8,365.50 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sasson, Moshe | 0.2 | 395 | 79.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,887.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 24,887.00 |
|---|---|

| | | |
|---|---|---|
| RE | Tax Issues | |
| | 699843  0047 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/05/2003 | Reread IRS PLR 200243034 discussing successor liability (1.0); wrote summary of ruling for Arlene Krieger (1.7). | Brandes, R. | 2.7 |
| 02/06/2003 | Finished writing summary of PLR (1.1). | Brandes, R. | 1.1 |
| 02/10/2003 | Read Fresenius Settlement Agreement (1.7). | Brandes, R. | 1.7 |
| 02/10/2003 | Preliminary review, discussion with Brandes and analysis re successor liability issue. | Greenberg, M. | 0.4 |
| 02/11/2003 | Read Fresenius Settlement Agreement (3.0); diagrammed case and transactions (1.0); research re potential tax implications (1.4). | Brandes, R. | 5.4 |
| 02/11/2003 | Discussion with RB and preliminary review re tax provisions of Fresenius settlement. | Greenberg, M. | 0.6 |
| 02/12/2003 | Reviewed Fresenius Agreement and Complaint (3.1); research re: successor liability claims (2.0); preparation for conference call with Debtors' In-House Counsel (1.0). | Brandes, R. | 6.1 |
| 02/12/2003 | Review complaint and other materials and analysis re Fresenius settlement. | Greenberg, M. | 1.3 |
| 02/13/2003 | Phone calls to set up conference call with Debtors' In-House Counsel, Elyse Fallon (0.6); research re: successor liability claims (2.0); reviewed Fresenius Agreement (0.9). | Brandes, R. | 3.5 |
| 02/13/2003 | Review materials re Fresenius settlement. | Greenberg, M. | 0.6 |
| 02/14/2003 | Read Fresenius Complaint and Settlement | Brandes, R. | 3.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | Agreement to prepare for conference call (3.6). | | |
| 02/14/2003 | Analysis re ruling and review proposed settlement agreement for impact on justification of deduction. | Greenberg, M. | 1.0 |
| 02/16/2003 | Read Sealed Air Complaint (1.7). | Brandes, R. | 1.7 |
| 02/17/2003 | Email with Mayer Greenberg in preparation for conference call (0.5). | Brandes, R. | 0.5 |
| 02/18/2003 | Prepared for call by reading Sealed Air complaint [1.3]; conference call with Mayer Greenberg, Elyse Fallon and Joe Gibbs [0.9]. | Brandes, R. | 2.2 |
| 02/18/2003 | Call and analysis re Fresenius settlement tax issues. | Greenberg, M. | 2.0 |
| 02/19/2003 | Research re: Section 355 and the consequences (2.8); meeting with Mark Levy and Mayer Greenberg (1.5); drafted memo to A. Krieger summarizing tax implications of the Fresenius Settlement Agreement and revisions made by M. Greenberg included (3.1). | Brandes, R. | 7.4 |
| 02/19/2003 | Analysis re Fresenius tax issues(.5); conference with Brandes re same (1); conference with Brandes and Levy (1.4); review file memo re conversations with Company tax advisors (.8). | Greenberg, M. | 3.7 |
| 02/19/2003 | Fresenius settlement proposal - review Fresenius Complaint and draft Settlement Agreement (1.3), o/c Greenberg and Brandes (1.4), analysis/research (.5). | Levy, M. | 3.2 |
| 02/20/2003 | Phone calls exchanged with Debtors' counsel, Elyse Fallon, to discuss follow-up questions regarding Fresenius Settlement Agreement (1.3); discussion with M. Greenberg about Fresenius' basis for deduction (0.3); wrote memo to file discussing information from second call (2.8). | Brandes, R. | 4.4 |
| 02/20/2003 | Conference with Brandes (.3); review rulings and write-ups of various tax calls (.7); analysis of impact on non asbestos creditors (1.0). | Greenberg, M. | 2.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/21/2003 | Wrote memo discussing calls with Elyse Fallon; discussed memos with M. Greenberg and incorporated revisions to the memos (4.8); prepared for call with David Rosenbloom, Fresenius' counsel (0.7); conference call with M. Greenberg and David Rosenbloom (0.8). | Brandes, R. | 6.3 |
| 02/21/2003 | Meeting with Brandes (.8), review memo(.9), call and analysis re settlement issues (1.2). | Greenberg, M. | 2.9 |
| 02/24/2003 | Revised memos and sent to M. Greenberg for review (1.3); prepared for conference call with Fresenius' counsel (0.7); conference call with Fresenius' counsel (D. Rosenbloom) and M. Greenberg (0.7). | Brandes, R. | 2.7 |
| 02/24/2003 | Review Brandes file memorandum (.4); call with Fresenius tax counsel (.7); discussion with Brandes and analysis re impact on client of Fresenius approach to settlement (.4); discussion with MAL re same (.3). | Greenberg, M. | 1.8 |
| 02/24/2003 | Fresenius settlement - o/c M. Greenberg and R. Brandes re tax aspects (.3), review Brandes memo re same (.2). | Levy, M. | 0.5 |
| 02/25/2003 | Wrote file memo discussing conference call with Fresenius' counsel (0.8). | Brandes, R. | 0.8 |
| 02/25/2003 | Discussion with Brandes re memos. | Greenberg, M. | 0.4 |
| 02/26/2003 | Revisions to all memos written about conference calls (0.9); distributed memos to A. Krieger, K. Pasquale, M. Greenberg and M. Levy (0.2). | Brandes, R. | 1.1 |
| 02/26/2003 | Review memos re conference calls. | Greenberg, M. | 0.5 |
| 02/27/2003 | E-mails re Fresenius settlement. | Greenberg, M. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Brandes, Ronnie H. | 51.2 | $ 245 | $ 12,544.00 |
| Greenberg, Mayer | 17.5 | 525 | 9,187.50 |
| Levy, Mark | 3.7 | 650 | 2,405.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,136.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 24,136.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 76,313.00 |
|---|---|

| WR GRACE & CO | | |
|---|---|---|
| DISBURSEMENT SUMMARY | | |
| FEBRUARY 1, 2003 - FEBRUARY 28, 2003 | | |
| | | |
| Duplicating Costs-in House | $ | 116.00 |
| Lexis/Nexis | $ | 421.21 |
| Local Transportation | $ | 42.62 |
| Long Distance Telephone | $ | 522.85 |
| Meals | $ | 138.19 |
| O/S Information Services | $ | 17.32 |
| Outside Messenger Service | $ | 45.28 |
| Postage | $ | 1.00 |
| Process Service & Calendar Watch | $ | 485.31 |
| Travel Expenses - Transportation | $ | 233.00 |
| | | |
| **Total** | **$** | **2,022.78** |

# STROOCK

| CLIENT | W R Grace & Co |
|---|---|
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED for the period from February 1, 2003 through February 28, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/07/2003 | Federal Express T#829407411575 A CASKADON to: SHELLEY A CABAN WILMINGTON,DE | 9.62 |
| 02/07/2003 | Federal Express T#829409290070 A CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 9.62 |
| 02/07/2003 | Federal Express T#829409290080 A CASKADON to: WARREN H SMITH DALLAS,TX | 11.56 |
| 02/07/2003 | Federal Express T#829409290091 A CASKADON to: FRANK J PERCH WILMINGTON,DE | 9.62 |
| 02/21/2003 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 6764; DATE: 1/31/2003  -  U.S. Bankruptcy Court/Dist of Del. | 4.86 |
| **Outside Messenger Service Total** | | **45.28** |
| **Meals** | | |
| 02/14/2003 | VENDOR: Europa; INVOICE#: 2534; DATE: 1/30/2003  -  K Pasquale | 22.73 |
| 02/14/2003 | VENDOR: Europa; INVOICE#: 3158B; DATE: 1/30/2003  -  K Pasquale | 17.59 |
| 02/26/2003 | VENDOR: Cavonberry's; INVOICE#: 020303; DATE: 2/3/2003  L Kruger 1/24/03 | 97.87 |
| **Meals Total** | | **138.19** |
| **Local Transportation** | | |
| 02/04/2003 | VENDOR: Ken Pasquale; INVOICE#: 01/29/03; DATE: 2/4/2003  -  01/23    MTG. IN MIDTOWN - CABFARE | 13.00 |
| 02/05/2003 | VENDOR: Petty Cash; INVOICE#: 02/03/03; DATE: 2/5/2003  -  01/27/03    NY PETTY CASH   A.KRIEGER | 6.00 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/10/2003 | NYC Two Ways Inc. TARUSCHIO 01/23/03 20:00 M from 180 MAIDEN to E 74 ST | 23.62 |
| | **Local Transportation Total** | **42.62** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/04/2003 | EXTN.5492, TEL.954-610-6712, S.T.17:54, DUR.04:06 | 1.94 |
| 02/04/2003 | EXTN.5544, TEL.305-375-6156, S.T.15:32, DUR.20:06 | 8.15 |
| 02/05/2003 | EXTN.5492, TEL.868-627-5482, S.T.08:56, DUR.06:18 | 23.70 |
| 02/05/2003 | EXTN.5492, TEL.868-637-9968, S.T.09:06, DUR.03:48 | 13.54 |
| 02/05/2003 | EXTN.5492, TEL.868-674-8175, S.T.09:11, DUR.00:06 | 3.39 |
| 02/05/2003 | EXTN.5492, TEL.868-680-8746, S.T.09:13, DUR.01:18 | 6.77 |
| 02/05/2003 | EXTN.5492, TEL.868-680-8746, S.T.09:16, DUR.02:42 | 10.16 |
| 02/05/2003 | EXTN.5492, TEL.868-680-8746, S.T.09:21, DUR.01:24 | 6.77 |
| 02/05/2003 | EXTN.5492, TEL.954-731-1035, S.T.10:57, DUR.00:06 | 0.39 |
| 02/05/2003 | EXTN.5544, TEL.973-424-2031, S.T.16:58, DUR.06:30 | 2.72 |
| 02/07/2003 | EXTN.5492, TEL.954-610-6712, S.T.15:45, DUR.02:54 | 1.16 |
| 02/07/2003 | EXTN.5544, TEL.267-321-6605, S.T.12:28, DUR.01:18 | 0.78 |
| 02/07/2003 | EXTN.5562, TEL.303-312-7321, S.T.10:41, DUR.03:54 | 1.55 |
| 02/07/2003 | EXTN.6495, TEL.302-657-4924, S.T.15:22, DUR.02:24 | 1.16 |
| 02/12/2003 | EXTN.3544, TEL.312-861-2162, S.T.17:53, DUR.16:00 | 6.21 |
| 02/13/2003 | EXTN.5744, TEL.561-362-1302, S.T.11:08, DUR.01:36 | 0.78 |
| 02/13/2003 | EXTN.5744, TEL.561-362-1312, S.T.11:37, DUR.02:00 | 0.78 |
| 02/14/2003 | EXTN.5744, TEL.561-362-1312, S.T.10:24, DUR.01:48 | 0.78 |
| 02/18/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 02046-02201-03; DATE: 2/5/2003  -  Teleconference Calls | 370.80 |
| 02/18/2003 | EXTN.6286, TEL.561-362-1302, S.T.10:34, DUR.30:18 | 12.03 |
| 02/19/2003 | EXTN.5544, TEL.337-583-3504, S.T.12:46, DUR.01:00 | 0.39 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/19/2003 | EXTN.5744, TEL.561-362-1302, S.T.10:33, DUR.00:42 | 0.39 |
| 02/20/2003 | EXTN.5544, TEL.312-861-2000, S.T.10:47, DUR.22:06 | 8.92 |
| 02/20/2003 | EXTN.5744, TEL.312-984-7759, S.T.10:57, DUR.01:12 | 0.78 |
| 02/21/2003 | EXTN.3544, TEL.201-556-4045, S.T.15:06, DUR.10:54 | 4.27 |
| 02/21/2003 | EXTN.5544, TEL.312-861-2162, S.T.15:04, DUR.00:48 | 0.39 |
| 02/21/2003 | EXTN.5544, TEL.312-861-2162, S.T.15:20, DUR.32:42 | 12.80 |
| 02/21/2003 | EXTN.5744, TEL.312-984-7759, S.T.08:32, DUR.00:48 | 0.39 |
| 02/21/2003 | EXTN.5744, TEL.312-984-7759, S.T.14:46, DUR.00:48 | 0.39 |
| 02/24/2003 | EXTN.6286, TEL.312-984-7759, S.T.15:05, DUR.19:12 | 7.76 |
| 02/25/2003 | EXTN.5430, TEL.973-424-2031, S.T.17:08, DUR.02:42 | 1.16 |
| 02/25/2003 | EXTN.5544, TEL.201-556-4045, S.T.11:30, DUR.01:30 | 0.78 |
| 02/26/2003 | EXTN.5544, TEL.201-556-4045, S.T.11:00, DUR.00:18 | 0.39 |
| 02/27/2003 | EXTN.5562, TEL.312-861-2162, S.T.14:06, DUR.15:30 | 6.21 |
| 02/28/2003 | EXTN.3544, TEL.312-861-3268, S.T.14:20, DUR.00:42 | 0.39 |
| 02/28/2003 | EXTN.5544, TEL.312-861-3268, S.T.10:12, DUR.07:12 | 3.10 |
| 02/28/2003 | EXTN.5544, TEL.201-556-4040, S.T.10:50, DUR.00:36 | 0.39 |
| 02/28/2003 | EXTN.5544, TEL.201-556-4040, S.T.15:31, DUR.01:00 | 0.39 |

**Long Distance Telephone Total**                                    **522.85**

**Duplicating Costs-in House**

| | | |
|------|-------------|--------|
| 02/03/2003 | | 0.30 |
| 02/04/2003 | | 5.70 |
| 02/05/2003 | | 1.80 |
| 02/05/2003 | | 4.40 |
| 02/06/2003 | | 1.30 |
| 02/07/2003 | | 1.80 |
| 02/07/2003 | | 1.10 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 02/07/2003 | | 2.70 |
| 02/07/2003 | | 19.30 |
| 02/07/2003 | | 5.60 |
| 02/07/2003 | | 22.40 |
| 02/07/2003 | | 0.80 |
| 02/10/2003 | | 7.70 |
| 02/10/2003 | | 3.60 |
| 02/12/2003 | | 0.20 |
| 02/18/2003 | | 12.30 |
| 02/18/2003 | | 17.30 |
| 02/18/2003 | | 1.30 |
| 02/20/2003 | | 0.40 |
| 02/21/2003 | | 0.60 |
| 02/21/2003 | | 0.20 |
| 02/21/2003 | | 2.80 |
| 02/26/2003 | | 2.40 |
| | **Duplicating Costs-in House Total** | **116.00** |

**Postage**

| 02/11/2003 | Postage Charged by  on 02/07/2003 | 1.00 |
|------------|-----------------------------------|-----:|
| | **Postage Total** | **1.00** |

**Process Service & Calendar Watch**

| 02/20/2003 | VENDOR: Pacer Service Center; INVOICE#: 110102A; DATE: 11/1/2002  -  november/02 | 164.78 |
|------------|--------------------------------------------------------------------------------|-------:|
| 02/20/2003 | VENDOR: Pacer Service Center; INVOICE#: 100102A; DATE: 10/1/2002  -  Net charges  10/1/02- 10/31/02 | 186.83 |
| 02/24/2003 | Pacer bill for 12/02 | 133.70 |
| | **Process Service & Calendar Watch Total** | **485.31** |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**O/S Information Services**

| 02/26/2003 | VENDOR: Global Securities Information, Inc; INVOICE#: IN000128131; DATE: 1/31/2003  -  Usage through 1/31/03 | 17.32 |

| | **O/S Information Services Total** | **17.32** |

**Lexis/Nexis**

| 02/05/2003 | | 208.00 |
| 02/07/2003 | | 61.00 |
| 02/11/2003 | | 7.64 |
| 02/18/2003 | | 6.74 |
| 02/19/2003 | | 127.00 |
| 02/19/2003 | | 10.83 |

| | **Lexis/Nexis Total** | **421.21** |

**Travel Expenses - Transportation**

| 02/24/2003 | VENDOR: CHASE Business Credit Card; INVOICE#: 020303; DATE: 2/3/2003  -  Visa charge 1/27/03 A Krieger Penn to Wilmington | 233.00 |

| | **Travel Expenses - Transportation Total** | **233.00** |

---

BILL DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 45.28 |
|---------------------------|---------|
| Meals | 138.19 |
| Local Transportation | 42.62 |
| Long Distance Telephone | 522.85 |
| Duplicating Costs-in House | 116.00 |
| Postage | 1.00 |
| Process Service & Calendar Watch | 485.31 |
| O/S Information Services | 17.32 |
| Lexis/Nexis | 421.21 |
| Travel Expenses - Transportation | 233.00 |

---

| TOTAL DISBURSEMENTS/CHARGES | $ 2,022.78 |
|-----------------------------|------------|