

805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

Chambers Associates Incorporated • Public Policy Consultants

March 28, 2003

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York 10038

Attention:   Kenneth Pasquale

*For Services Rendered For*
*W. R. Grace Creditor's Committee - February 2003*

**Professional Fees:**
| | | |
|---|---|---|
| LC | 1.50 hrs. @ $510 | $765.00 |
| MA | 1.10 hrs. @ $280 | 308.00 |

Total Professional Fees ................................................. $1,073.00

**Support Services:**
  None

**Expenses:**
  Printing/Photocopying            $4.80

Total Expenses ........................................................ $4.80

**Total Amount Due for February Services and Expenses** ............... **$1,077.80**

**Outstanding Invoices:**
| | |
|---|---|
| September 28, 2002 | $5,046.70 |
| October 30, 2002 | 771.50 |
| November 28, 2002 | 1,780.75 |

**Total Amount Due for February Services, Expenses and Outstanding Invoices** ........ **$8,676.75**

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CHAMBERS, LETITIA | 2/05/2003 | 1.50 | Review assignment and issues with staff and communicate with attorney. |
| ATLAS, MARK | 2/06/2003 | 0.20 | Telephone conference with creditors committee |
| ATLAS, MARK | 2/07/2003 | 0.10 | Reviewed correspondence from Grace re: Curtis Bay union negotiations |
| ATLAS, MARK | 2/07/2003 | 0.80 | Telephone conference with creditors committee |

| DATE | CLIENT | STAFF | DESCRIPTION OF EXPENSES | LOCAL TRANSP. | PRINTING/ PHOTOCPY | POSTAGE/ DELIVERY | TELE. FAX | SUPPLIES | RESEARCH/ PUBLCTN | MEALS/ ENTERMNT | OUT TOWN TRAVEL | MISC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2002 | 192 | | In-house administrative costs | | 4.80 | | | | | | | |
| **TOTAL - EACH CATEGORY** | | | | 0.00 | 4.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL EXPENSES** | | | | 4.80 | | | | | | | | |