**Invoice**

W.R. GRACE & CO. <u>ET. AL.</u>
Summary of Fees by Professional
For the period February 1, 2003 through February 28, 2003

| | Total Hours | Billing Rate | Amount |
|---|---:|---:|---:|
| E. Ordway | 16.3 | $ 595 | 9,698.50 |
| S. Cunningham | 45.4 | $ 550 | 24,970.00 |
| C. Whitney | 109.5 | $ 425 | 46,537.50 |
| L. Hamilton | 95.3 | $ 375 | 35,737.50 |
| J. Schwendeman | 5.0 | $ 350 | 1,750.00 |
| E. Ebbert | 28.0 | $ 325 | 9,100.00 |
| M. DeSalvio | 2.0 | $ 190 | 380.00 |
| M. Hakoun | 13.2 | $ 165 | 2,178.00 |
| N. Backer | 14.2 | $ 75 | 1,065.00 |
| TOTAL | 328.9 | | $ 131,416.50 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period February 1, 2003 through February 28, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 9,698.50 | E. Ordway | | $ 3,153.50 | $ 1,904.00 | $ 3,927.00 | $ - | $ - | $ 297.50 | $ 178.50 | $ 238.00 | $ 9,698.50 |
| $ 550 | $ 24,970.00 | S. Cunningham | | 11,440.00 | 2,750.00 | 10,780.00 | - | - | - | - | - | 24,970.00 |
| $ 425 | $ 46,537.50 | C. Whitney | | 3,655.00 | 4,632.50 | 37,995.00 | - | - | - | 255.00 | - | 46,537.50 |
| $ 375 | $ 35,737.50 | L. Hamilton | | 20,662.50 | 4,725.00 | 5,250.00 | - | 2,512.50 | - | - | 2,587.50 | 35,737.50 |
| $ 350 | $ 1,750.00 | J. Schwendeman | | - | - | 1,750.00 | - | - | - | - | - | 1,750.00 |
| $ 325 | $ 9,100.00 | E. Ebbert | | - | - | 9,100.00 | - | - | - | - | - | 9,100.00 |
| $ 190 | $ 380.00 | M. Desalvio | | - | - | 380.00 | - | - | - | - | - | 380.00 |
| $ 165 | $ 2,178.00 | M. Hakoun | | - | - | 2,178.00 | - | - | - | - | - | 2,178.00 |
| $ 75 | $ 1,065.00 | N. Backer | | - | - | - | 697.50 | - | - | - | 367.50 | 1,065.00 |
| | $ 131,416.50 | Totals | | $ 38,911.00 | $ 14,011.50 | $ 71,360.00 | $ 697.50 | $ 2,512.50 | $ 297.50 | $ 433.50 | $ 3,193.00 | $ 131,416.50 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period February 1, 2003 through February 28, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 9,698.50 | E. Ordway | | 5.3 | 3.2 | 6.6 | 0.0 | 0.0 | 0.5 | 0.3 | 0.4 | 16.3 |
| $ 550 | $ 24,970.00 | S. Cunningham | | 20.8 | 5.0 | 19.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 45.4 |
| $ 425 | $ 46,537.50 | C. Whitney | | 8.6 | 10.9 | 89.4 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 109.5 |
| $ 375 | $ 35,737.50 | L. Hamilton | | 55.1 | 12.6 | 14.0 | 0.0 | 6.7 | 0.0 | 0.0 | 6.9 | 95.3 |
| $ 350 | $ 1,750.00 | J. Schwendeman | | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| $ 325 | $ 9,100.00 | E. Ebbert | | 0.0 | 0.0 | 28.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.0 |
| $ 190 | $ 380.00 | M. Desalvio | | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 165 | $ 2,178.00 | M. Hakoun | | 0.0 | 0.0 | 13.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.2 |
| $ 75 | $ 1,065.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 9.3 | 0.0 | 0.0 | 0.0 | 4.9 | 14.2 |
| | $ 131,416.50 | Totals | | 89.8 | 31.7 | 177.8 | 9.3 | 6.7 | 0.5 | 0.9 | 12.2 | 328.9 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary Descriptions of Tasks by Category*
For the period February 1, 2003 through February 28, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 89.8 | During the Fee Period we read and analyzed the 5 year business plan and historical financial results, in preparation for meeting with management, to review the 2003 operating plan. During the fee period we also prepared an EBITDA analysis, EBIT and sales analyses, as well as analyses of pension cost and Corporate Expense, all for inclusion in our 2003 Business Plan Report. |
| Corporate Finance | 3 | 31.7 | During the Fee Period we read and analyzed documents pertaining to proposed acquisition "Project Halloween" and prepared our report thereon for the Committee. |
| Data Analysis | 4 | 177.8 | During the Fee Period we read and analyzed the Debtors' Q4 earnings press release and internal Q4 financials, as well as prepared an analysis of Q4 versus plan. Additionally, we prepared a report to Committee of FY 2002 results, reviewed full year 2002 and prepared comparisons to FY 2003 Operating Plan. We reviewed and analyzed FY 2002 key competitor data and provided commentary to Committee. During the fee period we analyzed the proposed DIP extension, as well as analyzed the Debtors' 3 year cash flow projections for purposes of sizing the DIP facility. |
| Case Administration | 8 | 9.3 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 6.7 | During the Fee Period we read and analyzed a report on asbestos exposure prepared by Chambers Associates. |
| Creditors Committee | 11 | 0.5 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the 4th Quarter results of operations, the Sealed Air settlement, Curtis Bay pension motion and the hypothetical recovery analysis. |
| Employee Benefits/Pension | 12 | 0.9 | During the Fee Period we read and analyzed the motion filed by the Debtors pertaining to the extension of the Debtors' Long-Term Incentive Plan. |
| Fee Applications, Applicant | 16 | 12.2 | During the Fee Period timekeeper Hamilton spent approximately 2.3 hours preparing the next interim fee application, and 4.6 hours preparing the January fee application. Paraprofessionals spent approximately 4.9 hours assisting in preparation of the fee applications. |
| Total | | 328.9 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 5-Feb | 4 | Read and analyzed fourth quarter financial reports and prepared list of follow-up items for staff. | 0.6 |
| 7-Feb | 12 | Prepared for conference call regarding pension. | 0.3 |
| 7-Feb | 11 | Participated in conference call to discuss pension issues. | 0.5 |
| 10-Feb | 3 | Read and analyzed data regarding pending acquisition. | 1.2 |
| 10-Feb | 3 | Prepared outline of report format for staff to use in preparation of report on pending acquisition. | 0.5 |
| 12-Feb | 4 | Prepared and edited report on pending acquisition. | 0.2 |
| 20-Feb | 16 | Prepared fee application. | 0.4 |
| 24-Feb | 2 | Prepared and edited report on Company's business plan. | 5.3 |
| 25-Feb | 4 | Prepared and edited report regarding 4th quarter operating performance. | 2.3 |
| 26-Feb | 3 | Prepared and edited report to Committee regarding proposed acquisition. | 1.5 |
| 27-Feb | 4 | Prepared and edited report to Committee regarding proposed DIP modification/extension. | 1.1 |
| 27-Feb | 4 | Analyzed contingent funding needs. | 0.7 |
| 28-Feb | 4 | Read and analyzed motion regarding DIP extension. | 0.5 |
| 28-Feb | 4 | Read and analyzed motion regarding compensation matters. | 0.8 |
| 28-Feb | 4 | Read and analyzed data regarding USG claim form and related processes. | 0.4 |
| | | **Total Hours** | 16.3 |

## Invoice

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Sean Cunningham
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 4-Feb | 4 | Read and analyzed Debtors' Q4 earnings press release and internal Q4 financials. | 1.5 |
| 5-Feb | 4 | Prepared analysis and discussion questions in preparation for Q4 conference call with Debtors' management and advisors. | 3.5 |
| 6-Feb | 4 | Prepared analysis of Q4 versus plan. | 1.5 |
| 7-Feb | 3 | Read and analyzed documents pertaining to proposed acquisition, "Project Halloween." | 1.5 |
| 14-Feb | 3 | Continued to read and analyze documents pertaining to proposed acquisition. | 1.5 |
| 14-Feb | 3 | Participated in conference call with Debtors to review Project Halloween acquisition. | 0.5 |
| 17-Feb | 3 | Read and edited draft report to Committee regarding the Project Halloween acquisition. | 1.5 |
| 18-Feb | 4 | Prepared and reviewed analysis of Q4 and full year results for FY 2002. | 2.3 |
| 18-Feb | 4 | Read and edited draft report to Committee regarding FY 2002 results. | 1.2 |
| 19-Feb | 2 | Read and analyzed 5 Year business plan, FY 2001 business plan and historical financial results in preparation for meeting with Debtors. | 0.4 |
| 19-Feb | 2 | Attended business plan meeting with management. | 2.2 |
| 19-Feb | 4 | Read and analyzed competitor data concerning other asbestos companies. | 0.8 |
| 20-Feb | 2 | Participated in meeting with the Debtors to review FY 2003 business plan. | 5.0 |
| 20-Feb | 4 | Prepared analysis of proposed DIP extension. | 1.4 |
| 20-Feb | 2 | Prepared comparative analysis of FY 2003 plan versus historical results. | 1.6 |
| 21-Feb | 2 | Prepared analysis of FY 2003 versus competitors and historical results. | 2.2 |
| 21-Feb | 4 | Read edited analysis and recommendation regarding DIP extension. | 1.3 |
| 24-Feb | 2 | Prepared analysis regarding FY 2003 Plan. | 4.4 |

| Date | | Description | Hours |
|---|---|---|---|
| 24-Feb | 4 | Reviewed and discussed draft agenda for 3/12 meeting with counsel. | 0.3 |
| 25-Jan | 4 | Reviewed full year FY 2002 and prepared comparison to FY 2003 Operating Plan. | 2.0 |
| 26-Feb | 4 | Reviewed and analyzed FY 2002 key competitor data. | 1.3 |
| 27-Feb | 2 | Prepared analysis of FY 2003 Plan versus 5 year strategic plan and FY 2002 results. | 2.1 |
| 27-Feb | 4 | Prepared analysis of DIP extension issues in preparation of call with Committee. | 1.2 |
| 28-Feb | 4 | Participated in call with Debtors to discuss DIP amendment. | 0.3 |
| 28-Feb | 4 | Reviewed final DIP extension memorandum. | 1.0 |
| 28-Feb | 2 | Prepared analysis of FY 2003 Business Plan. | 2.9 |
| | | **Total Hours** | 45.4 |

**Invoice**

**W.R. GRACE & CO. <u>ET. AL.</u>**
Professional Services Rendered by Libby Hamilton
For the period February 1, 2003 through February 28, 2003

| **Date** | **Task Code** | **Description** | **Hours** |
|---|---|---|---|
| 5-Feb | 4 | Read and analyzed Q4 statements received from the Debtors. | 3.2 |
| 5-Feb | 4 | Prepared distribution of Q4 financial statements. | 1.1 |
| 5-Feb | 16 | Prepared quarterly fee application. | 0.2 |
| 6-Feb | 4 | Participated in conference call with Debtors regarding Q4 results of operations. | 1.0 |
| 7-Feb | 16 | Continued to prepare quarterly fee application. | 2.1 |
| 10-Feb | 3 | Read and analyzed information regarding pending acquisition by Debtors. | 2.6 |
| 10-Feb | 4 | Read and analyzed information provided by Debtors regarding Pension expense and LTIP payments. | 0.8 |
| 11-Feb | 3 | Read and analyzed information provided by Debtors regarding pending acquisition and prepared report to Committee. | 7.2 |
| 12-Feb | 3 | Continued to prepare report regarding pending acquisition. | 1.1 |
| 12-Feb | 4 | Read and analyzed Debtor's motion to extend DIP financing | 1.4 |
| 12-Feb | 4 | Prepared distribution of quarterly fee application. | 0.4 |
| 12-Feb | 9 | Read and analyzed Chambers' Asbestos Report. | 2.9 |
| 13-Feb | 4 | Read and analyzed Schedule F amendments. | 1.9 |
| 14-Feb | 3 | Participated in conference call with Debtors' and Blackstone regarding pending acquisition. | 0.5 |
| 14-Feb | 3 | Finalized report to Committee regarding pending acquisition | 1.2 |
| 14-Feb | 16 | Prepared January fee application. | 2.3 |
| 14-Feb | 4 | Continued to read and analyze Schedule F amendments. | 0.2 |
| 18-Feb | 16 | Continued to prepare January fee application. | 0.2 |
| 18-Feb | 9 | Continued to read and analyze the Chambers' report. | 0.5 |
| 19-Feb | 9 | Continued to read and analyze the Chambers' report. | 3.3 |
| 19-Feb | 16 | Continued to prepare January fee application. | 1.1 |
| 19-Feb | 4 | Read and edited Q4 report. | 1.2 |

| Date | | Description | Hours |
|---|---|---|---|
| 19-Feb | 2 | Read and analyzed prior year business plan report and related documents. | 3.9 |
| 20-Feb | 2 | Read and analyzed various documents in preparation for meeting with Debtors. | 4.0 |
| 20-Feb | 2 | Participated in a meeting with the Debtors to discuss the 2003 Operating Plan, pension-related issues and the Company's motion to extend and amend its DIP facility. | 5.0 |
| 21-Feb | 4 | Read and analyzed recent court docket items. | 0.3 |
| 21-Feb | 4 | Read and analyzed documents related to February 24th hearing. | 0.4 |
| 21-Feb | 2 | Read and analyzed Pension expense information provided by Debtors. | 1.4 |
| 21-Feb | 4 | Read and analyzed recent court docket items. | 1.0 |
| 21-Feb | 16 | Continued to prepare January fee application. | 0.4 |
| 21-Feb | 4 | Read and edited report to Committee regarding DIP extension. | 0.1 |
| 24-Feb | 2 | Prepared analyses of Business Plan sales and EBIT. | 7.4 |
| 24-Feb | 16 | Continued to prepare January fee application. | 0.6 |
| 25-Feb | 2 | Continued to prepare analyses of cash flow for inclusion in 2003 Business Plan report to Committee. | 8.2 |
| 25-Feb | 4 | Participated in conference call with management and Blackstone regarding DIP forecast cash flow. | 1.0 |
| 26-Feb | 2 | Prepared division-level analyses for inclusion in the 2003 Business Plan report to the Committee. | 7.7 |
| 27-Feb | 2 | Prepared EBITDA analysis for inclusion in the 2003 Business Plan report to the Committee. | 10.2 |
| 28-Feb | 2 | Prepared Pension cost and Corporate expense analyses for inclusion in the 2003 Business Plan report to the Committee. | 7.3 |
| | | **Total Hours** | 95.3 |

**Invoice**

**W.R. GRACE & CO. ET.AL.**
Professional Services Rendered by Christina Whitney
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 3-Feb | 4 | Prepared schedule of current and projected valuation multiples for peer group companies and the specialty chemicals industry, as reported in various research analyst reports. | 4.0 |
| 3-Feb | 4 | Read and summarized articles on Federal Mogul's proposed Plan of Reorganization and acquisition of Bendex from Honeywell. | 0.5 |
| 5-Feb | 4 | Participated in call with Debtors' financial advisors to discuss outstanding information requests and upcoming motions. | 0.2 |
| 5-Feb | 4 | Read and analyzed Debtors' December monthly reporting package and prepared list of questions to discuss with management regarding Q4 2002 performance. | 4.8 |
| 6-Feb | 4 | Participated in a phone call with Debtors to discuss Q4 2002 performance. | 1.0 |
| 6-Feb | 4 | Analyzed Q4 2002 performance and prepared supporting schedules for inclusion in the Q4 2002 report to the Committee. | 6.5 |
| 7-Feb | 4 | Analyzed Q4 2002 performance and prepared supporting schedules for inclusion in the Q4 2002 report to the Committee. | 6.2 |
| 7-Feb | 4 | Participated in a phone call with the Debtors and Committee to discuss the proposed funding of the Curtis Bay pension plan. | 0.8 |
| 10-Feb | 4 | Analyzed Q4 2002 performance and prepared supporting schedules for inclusion in the Q4 2002 report to the Committee. | 6.5 |
| 11-Feb | 4 | Read and analyzed the motion filed by the Debtors on 2/10/03 pertaining to the extension and amendment of the DIP facility. | 3.3 |
| 11-Feb | 12 | Read and analyzed the motion filed by the Debtors on 2/10/03 pertaining to the extension of the Debtors' Long-Term Incentive Plan. | 0.6 |
| 11-Feb | 3 | Read the materials prepared by the Debtors pertaining to a proposed acquisition and prepared a list of follow-up questions for discussion with the Debtors and its financial advisors. | 3.4 |
| 11-Feb | 4 | Began reading and analyzing peer group Q4 2002 earnings releases. | 1.7 |
| 12-Feb | 4 | Completed analysis of peer group Q4 2002 earnings releases. | 9.0 |

| Date | Code | Description | Hours |
|---|---|---|---|
| 13-Feb | 4 | Began drafting report on the Debtors' Q4 2002 performance. | 9.2 |
| 14-Feb | 3 | Edited and revised the memo to the Committee pertaining to a proposed acquisition. | 4.3 |
| 17-Feb | 4 | Continued drafting the report on the Debtors' Q4 2002 performance. | 6.2 |
| 18-Feb | 4 | Revised the report on the Debtors' Q4 2002 performance. | 3.8 |
| 19-Feb | 4 | Incorporated reviewer comments into the report on the Debtors' Q4 2002 performance. | 5.7 |
| 20-Feb | 2 | Read the 2003 Operating Plan materials prepared by the Debtors and developed a list of discussion questions. | 3.0 |
| 20-Feb | 2 | Participated in a meeting with the Debtors to discuss the 2003 Operating Plan, pension-related issues and the Company's motion to extend and amend its DIP facility. | 5.0 |
| 21-Feb | 4 | Drafted a memo to the Committee on the key terms of the proposed extension of the DIP facility. | 3.7 |
| 24-Feb | 2 | Prepared and distributed an information request pertaining to the 2003 Operating Plan. | 0.6 |
| 24-Feb | 4 | Drafted the proposed agenda for the March 12, 2003 Committee meeting. | 0.5 |
| 24-Feb | 4 | Commenced analysis of the Company's 3-year cash flow projections for purposes of sizing the proposed DIP facility. | 4.9 |
| 25-Feb | 4 | Incorporated reviewer comments into the Q4 2002 report. | 2.0 |
| 25-Feb | 4 | Discussed the Debtors' three-year cash flow projections with management and the Debtors' financial advisors. | 1.0 |
| 26-Feb | 3 | Incorporated reviewer comments into the memo on the Debtors' proposed acquisition. | 3.2 |
| 26-Feb | 4 | Prepared a sensitivity analysis of the Company's three-year cash flow projections and incorporated analysis and observations into the memo to the Committee on the proposed DIP amendment. | 3.8 |
| 27-Feb | 4 | Finalized memo on the proposed DIP amendment. | 3.8 |
| 28-Feb | 4 | Participated in a phone call with the Debtors to discuss revisions to the proposed DIP amendment. | 0.3 |
| | | **Total Hours** | 109.5 |

**Invoice**

**W.R. GRACE & CO. ET. AL.**
Professional Services Rendered by Ellen Ebbert
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 7-Feb | 4 | Read competitor data and analyzed sales mix, geographic participation and key performance drivers. | 2.3 |
| 10-Feb | 4 | Read and analyzed competitor data and provided commentary for report to Committee. | 3.1 |
| 11-Feb | 4 | Read and analyzed competitors sales mix, 2003 outlook and the 4th quarter and full year performance drivers. | 1.7 |
| 12-Feb | 4 | Analyzed competitor financials using company 10k's and 10Q's and read analysts' outlook on the companies for 2003. | 1.8 |
| 13-Feb | 4 | Analyzed the amendments to Schedule F of the Debtors' Statement of Financial Affairs and compared to original documents to reconcile the variances. | 2.6 |
| 14-Feb | 4 | Continued to analyze the amendments to Schedule F of the Debtors' Statement of Financial Affairs and compared to original documents to reconcile the variances. | 2.2 |
| 17-Feb | 4 | Edited analysis of SOFA amendments and reviewed amendments for variances over $100,000. | 1.9 |
| 18-Feb | 4 | Prepared analysis of Schedule F amendments to Debtors' original SOFA. | 2.4 |
| 18-Feb | 4 | Continued to read competitor data and analyze financials, sales mix, geographic participation and key performance drivers. | 1.3 |
| 19-Feb | 4 | Continued to analyze competitor financials using company 10k's and 10Q's and Read analysts' outlook on the companies for 2003. | 1.1 |
| 21-Feb | 4 | Completed analysis of Schedule F amendments to the Debtors' original SOFA exhibits. | 2.1 |
| 24-Feb | 4 | Continued to analyze competitor financials using company 10k's and 10Q's and Read analysts' outlook on the companies for 2003. | 1.5 |
| 24-Feb | 4 | Continued to read competitor data and analyze financials, sales mix, geographic participation and key performance drivers. | 1.9 |
| 25-Feb | 4 | Continued to read competitor data and analyze financials, sales mix, geographic participation and key performance drivers. | 2.1 |

|  |  |
|---|---|
| **Total Hours** | 28.0 |

**Invoice**

W.R. GRACE & CO. <u>ET. AL.</u>
Professional Services Rendered by Jeffrey E. Schwendeman
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 13-Feb | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors | 1.2 |
| 19-Feb | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos related industry. | 1.4 |
| 27-Feb | 4 | Analyzed unused commitment fees associated with recent loan facilities in the marketplace regarding: Amendment to Debtors' DIP facility. | 2.4 |
| | | **Total Hours** | 5.0 |

## Invoice

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Moira DeSalvio
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 3-Feb | 4 | Searched for and distributed analysts' reports on the Specialty Chemical industry including reports on major competitors. | 2.0 |
| | | **Total Hours** | 2.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 3-Feb | 4 | Gathered fourth quarter and full year earnings release for W.R.Grace peer group and distributed to case team members. | 1.1 |
| 3-Feb | 4 | Gathered analysts reports on peer group companies regarding fourth quarter and full year earnings release as well as outlook for 2003 and distributed to team | 1.3 |
| 11-Feb | 4 | Updated virtual database with motions and orders regarding to long-term incentive compensation programs and distributed to team | 1.8 |
| 11-Feb | 4 | Began updating 3rd quarter peer financial analysis to reflect 4th quarter and full year financials. | 2.2 |
| 13-Feb | 4 | Gathered press releases and news articles relating to the Fresenius Medical Care, fraudulent conveyance and other bankruptcy related issues, and distributed information to case team members. | 1.5 |
| 18-Feb | 4 | Updated specialty chemical fourth quarter and full-year sales and EBIT template. | 3.0 |
| 21-Feb | 4 | Continued fourth quarter and full-year peer group analysis. | 2.3 |
| | | **Total Hours** | 13.2 |

## Invoice

**W.R.GRACE & CO. ET AL.**
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 4-Feb | 8 | Photocopied documents for distribution to Committee. | 0.7 |
| 5-Feb | 16 | Retrieved materials for (Quarterly) Interim Fee Application. | 0.3 |
| 6-Feb | 16 | Processed (Quarterly) Interim Fee Application. | 1.0 |
| 11-Feb | 16 | Processed professional time descriptions for January fee application. | 0.6 |
| 12-Feb | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 1.1 |
| 12-Feb | 16 | Prepared professional fee application for mailing. | 0.3 |
| 12-Feb | 8 | Obtained specific motions pertaining to case as requested by team member from Bankruptcy court website. | 1.2 |
| 13-Feb | 8 | Downloaded WR Grace SOFA from Bankruptcy court website. | 0.4 |
| 13-Feb | 8 | Printed SOFA Schedule F and attachments. | 1.3 |
| 13-Feb | 8 | Prepared index of Debtors' SOFA filing. | 3.6 |
| 19-Feb | 16 | Processed professional fee application for January. | 1.5 |
| 21-Feb | 16 | Proofread and edited professional fee application. | 0.6 |
| 24-Feb | 16 | Proofread and edited professional fee application. | 0.6 |
| 24-Feb | 8 | Filed and described into database various materials received from counsel, team and other sources. | 1.0 |
| | | **Total Hours** | 14.2 |

**Invoice**

W.R. GRACE & CO. <u>ET. AL.</u>
Summary of Expenses by Type of Expense
For the period February 1, 2003 through February 28, 2003

| | | |
|---|---:|---:|
| Copies: | | |
|     Internal | $ | 287.85 |
|     External | | |
| Telecommunications: | | |
|     Telephone | | 56.86 |
|     Toll Charges | | 361.05 |
|     Facsimile | | 27.00 |
| Postage, Federal Express, Airborne | | 10.91 |
| Travel Expenses: | | |
|     Transportation, lodging, tolls, parking, mileage | | 1,466.75 |
|     Meals | | 54.37 |
|         Total Expenses | $ | 2,264.79 |

**Invoice**

\CE & CO. ET. AL.
nses by Type of Expense
1, 2003 through February 28, 2003

| | | | | |
|---|---|---|---|---:|
| Copies, Internal | 1,919 | pages @ $0.15/page: | $ | 287.85 |
| Facsimile Charges: | 27 | pages @ $1.00/page: | | 27.00 |
| Telephone Charges: | | | | 56.86 |
| Toll Charges: | | Subscriptions and Online research fees | | 361.05 |
| Postage, Federal Express: | 13-Feb | Airborne | | 10.91 |
| Transportation, lodging, tolls, parking and mileage: | | | | - |
| | 20-Feb | C. Whitney | Train | 448.00 |
| | 23-Feb | L. Hamilton | Mileage | 18.00 |
| | 23-Feb | L. Hamilton | Train | 427.00 |
| | 23-Feb | L. Hamilton | Parking | 20.00 |
| | 28-Feb | S. Cunningham | Mileage | 195.00 |
| | 28-Feb | C. Whitney | Taxi | 33.00 |
| | 28-Feb | S. Cunningham | Tolls | 7.00 |
| | 28-Feb | S. Cunningham | Lodging | 318.75 |
| Meals: | | | | 54.37 |
| Total | | | | $ 2,264.79 |