W. R. Grace & Co. – Chapter 11 Filing Entities
Notes to Combined Financial Statements
February 28, 2003

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis. These businesses consist of catalysts and silica products ("Davison Chemicals") and construction chemicals, building materials and sealants and coatings ("Performance Chemicals").

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co., either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

### Voluntary Bankruptcy Filing

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn., (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product. After a thorough review of these developments, the Board of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 filing provided the best forum available to achieve predictability and fairness in the claims settlement process.

By filing under Chapter 11, Grace expects to be able to both obtain a comprehensive resolution of the claims against it and preserve the inherent value of its businesses. Under Chapter 11, the Debtors expect to continue to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them.

*Consequence of Filing* - As a consequence of the Filing, pending litigation against the Debtors for pre-petition matters is generally stayed (subject to certain exceptions in the case of governmental authorities), and no party may take action to realize its pre-petition claims except pursuant to an order of the Bankruptcy Court.

The Debtors intend to address all of their pending and future asbestos-related claims and all other pre-petition claims in a plan of reorganization. Such a plan of reorganization may include the establishment of a trust through which all pending and future asbestos-related claims would be channeled for resolution. However, it is currently impossible to predict with any degree of certainty the amount that would be required to be contributed to the trust, how the trust would be funded, how other pre-petition claims would be treated or what impact any reorganization plan may have on the shares of common stock of the Company. The interests of the Company's shareholders could be substantially diluted or cancelled under a plan of reorganization. The formulation and implementation of the plan of reorganization is expected to take a significant period of time.

*Status of Chapter 11 Proceedings* - Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court. In

addition, the Debtors have received approval from the Bankruptcy Court to pay or otherwise honor certain of its pre-petition obligations in the ordinary course of business, including employee wages and benefits, customer programs, shipping charges and a limited amount of claims of essential trade creditors.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization for a 120-day period following the Filing Date. The Debtors have received an extension of their exclusivity period during which to file a plan of reorganization through August 1, 2003, and an extension of the Debtors' exclusive rights to solicit acceptances of a reorganization plan through October 1, 2003.

Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees will have the right to be heard on all matters that come before the Bankruptcy Court, and, together with a legal representative of future asbestos claimants (whom Grace expects to be appointed by the Bankruptcy Court in the future), are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain of the committees' and the future asbestos claimants representative's costs and expenses, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases have been assigned to Judge Alfred M. Wolin, a senior federal judge who sits in Newark, New Jersey. Judge Wolin is presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He has assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware.

At a hearing on April 22, 2002 the Bankruptcy Court entered an order establishing a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos property damage claims and medical monitoring claims related to asbestos. The bar date does not apply to asbestos-related bodily injury claims or claims related to Zonolite® attic insulation ("ZAI"), which will be addressed separately. Grace has distributed notices and run media announcements of the bar date under a program approved by the

Bankruptcy Court. Rust Consulting, the court-approved claims handling agent for the Chapter 11 Cases, is maintaining a register of all claims filed. Grace is cataloguing claims as filed and assessing their validity. At this time, it is not possible to estimate the value of all the claims that will ultimately be allowed by the Bankruptcy Court. Grace is not able to determine a range of possible liability with any reasonable degree of accuracy, due to the uncertainties of the Chapter 11 process, the in-progress state of the Company's investigation of submitted in support of many claims.

In July 2002, the Bankruptcy Court approved special counsel to represent the ZAI claimants, at the Debtors' expense, in a proceeding to determine certain threshold scientific issues regarding ZAI. The court has set a litigation schedule that would result in pretrial hearings on these issues in the third quarter of 2003.

On November 29, 2002 Sealed Air Corporation ("Sealed Air") and Fresenius Medical Care AG (Fresenius") each announced that they had reached agreements in principle with the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to settle claims of fraudulent conveyance related to the 1998 transaction involving Grace's former packaging business and Sealed Air, and the 1996 transaction involving Grace's former medical care business and Fresenius, respectively. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5% per annum commencing on December 21, 2002) and nine million shares of Sealed Air common stock, valued at $326.4 million as of February 28, 2003, as directed by the Bankruptcy Court upon confirmation of Grace's plan of reorganization. Under the terms of the proposed Fresenius settlement, as subsequently revised, Fresenius would contribute $115.0 million to the Grace estate, or as otherwise directed by the Bankruptcy Court, upon confirmation of a plan of reorganization. The Sealed Air and Fresenius settlements are subject to the approval of the Bankruptcy Court. Grace was not a party to these agreements and cannot predict how they may ultimately affect its plan of reorganization.

*Impact on Debt Capital* - All of the Debtor's pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet as of

February 28, 2003 reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N. A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term expiring on April 1, 2003 and bears interest under a formula based on the London Inter-Bank Offered Rate ("LIBOR") plus 2.00 to 2.25 percentage points depending on the level of loans outstanding. The Bankruptcy Court has approved the Debtors motion to extend the term of the DIP facility for an additional three years and to modify certain other provisions.

**Basis of Presentation**

The interim combined financial statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W.R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W.R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W.R. Grace & Co.'s 2002 Form 10-K and, when filed, its 2003 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim consolidated financial statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

Certain amounts in prior years' Consolidated Financial Statements have been reclassified to conform to the 2003 presentation.

**Use of Estimates**

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible and other assets.
- Realization values of various assets such as trade receivables, inventories, insurance receivables, income taxes and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2.  Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheet as of February 28, 2003 separately identifies the liabilities that are "subject to compromise" under the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities

subsequent to the Filing Date reflect: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt at the pre-petition contractual rate; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities and assets.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through February 28, 2003.

| (Dollars in millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period ......... | $ 2,335.5 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under bankruptcy court orders: | | |
| Freight and distribution order .... | -- | (5.7) |
| Trade accounts payable order .... | -- | (9.1) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ................................. | (5.7) | (152.1) |
| Expense/(income) items: | | |
| Interest on pre-petition debt ....... | 1.0 | 37.5 |
| Current period employment-related accruals ...................... | 1.1 | 16.9 |
| Change in estimate of environmental contingencies | -- | 76.5 |
| Change in estimate of income tax contingencies ......................... | -- | 20.5 |
| Balance sheet reclassifications ...... | -- | (18.6) |
| Balance, end of period .................... | $ 2,331.9 | $ 2,331.9 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the resolution of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (Dollars in millions) | February 28, 2003 | Filing Date |
|---|---|---|
| **Notes and accounts receivable, net** | | |
| Trade receivables, less allowance of $1.0 (Filing Date – $0.7)............................ | $ 103.2 | $ 32.3 |
| Other receivables, less allowance of $1.7 (Filing Date – $2.1)........................... | 7.8 | 11.5 |
| | $ 111.0 | $ 43.8 |
| **Inventories** | | |
| Raw materials ........................... | $ 18.4 | $ 20.3 |
| In process ................................. | 22.0 | 16.2 |
| Finished products ..................... | 58.3 | 63.8 |
| General merchandise ................ | 10.3 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis .................... | (33.0) | (29.3) |
| | $ 76.0 | $ 80.6 |
| **Other Assets** | | |
| Deferred pension costs............... | $ (1.4) | $ 227.9 |
| Deferred charges ........................ | 27.2 | 40.4 |
| Long-term receivables................ | 1.4 | 1.9 |
| Long-term investments ............. | -- | 2.1 |
| Patents, licenses and other intangible assets ...................... | 19.8 | 25.2 |
| Pension – unamortized prior service cost............................. | 26.4 | 8.1 |
| Other assets............................... | 4.4 | 2.9 |
| | $ 77.8 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation ............. | $ 22.6 | $ -- |
| Accrued commissions ............... | 4.1 | -- |
| Customer programs ................... | 12.8 | -- |
| Accrued utilities........................ | 0.1 | -- |
| Accrued freight ......................... | 2.9 | -- |
| Other accrued liabilities ............ | 13.2 | -- |
| | $ 55.7 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income–nonfiling entities ................... | $ 9.6 | $ 31.8 |
| Pension – undefined plans ......... | 216.6 | -- |
| Other accrued liabilities ............ | 1.3 | -- |
| | $ 227.5 | $ 31.8 |
| **Liabilities Subject to Compromise** | | |
| Other postretirement benefits .... | $ 145.1 | $ 185.4 |
| Environmental remediation ....... | 198.6 | 164.8 |
| Retained obligations of divested businesses .............................. | 55.2 | 75.5 |
| Special pension arrangements ... | 75.3 | 70.8 |
| Deferred compensation ............. | 5.7 | 8.2 |
| Self insurance reserve ............... | 27.5 | 11.8 |
| Other accrued liabilities ............ | 48.4 | 82.1 |
| | $ 555.8 | $ 598.6 |

## 4.  Life Insurance

The Debtors' are the beneficiary of life insurance policies on current and former employees with a net cash surrender value of $89.7 million at February 28, 2003.  The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years.  The following table summarizes the net cash value at February 28, 2003 and Filing Date:

| Components of Net Cash Value | February 28, 2003 | Filing Date |
|---|---|---|
| Gross cash value............... | $ 472.4 | $ 453.7 |
| Principal – policy loans.............. | (368.3) | (390.3) |
| Accrued interest – policy loans ... | (14.4) | 0.7 |
| Net cash value ............................ | $ 89.7 | $ 64.1 |
| Insurance benefits in force........... | $ 2,232.5 | $2,286.0 |

The Debtors' financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

## 5.  Debt

On February 28, 2003, and Filing Date, the Debtors' were obligated for the following:

| Components of Debt (Dollars in millions) | February 28, 2003 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| Other short-term borrowings ...... | $    -- | $    -- |
| | $    -- | $    -- |
| **Debt payable after one year** | | |
| DIP facility................................. | $    -- | $    -- |
| Other long-term borrowings........ | -- | -- |
| | $    -- | $    -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings ......................... | $  500.0 | $  500.0 |
| 8.0% Notes Due 2004 ................ | -- | 5.7 |
| 7.75% Notes Due 2002 ................ | -- | 2.0 |
| Other borrowings ......................... | 1.0 | 1.2 |
| Accrued interest ......................... | 39.8 | 2.6 |
| | $  540.8 | $  511.5 |

The Debtors have negotiated a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The DIP facility has a term of two years, is secured by a priority lien on substantially all assets of the Debtors, and bears interest at either Bank of America's prime rate or a formula based on the London Inter-Bank Offered Rate (LIBOR) plus 2.00 to 2.25 percentage points. The Bankruptcy Court issued a final approval of the DIP facility on May 3, 2001. As of February 28, 2003 Grace had no outstanding borrowings under the DIP facility. The Bankruptcy Court has approved the Debtors motion to extend the term of the DIP facility for an additional three years and to modify certain other provisions.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes.  Grace's liability with respect to these notes is included in other liabilities subject to compromise as of February 28, 2003.

Customer's Account

to US National

Ts

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD 21044-4098

Account No:              910-1-013572
Statement Start Date:    01 JAN 2003
Statement End Date:      31 JAN 2003
Statement Code:          000-USA-21
Statement No:            001
Page 1 of 4

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 3 |
| Total Debits (incl. checks) | 21 |
| Total Checks Paid | 0 |

## BALANCES

| | Opening (01 JAN 2003) | | Closing (31 JAN 2003) | |
|---|---|---|---|---|
| Ledger | 221,980.93 | | Ledger | 87,383.27 |
| Collected | 220,760.45 | | Collected | 87,383.27 |

## ENCLOSURES

| | |
|---|---|
| Credits | |
| Debits | 88,603.75 |
| Checks | 88,603.75 |

### LEDGER BALANCES

| Date | Closing Balances Amount |
|---|---|
| 02JAN | 82,080.87 |
| 03JAN | 74,795.47 |
| 06JAN | 64,131.26 |
| 07JAN | 52,455.57 |
| 08JAN | 118,061.88 |
| 09JAN | 97,545.47 |
| 10JAN | 92,065.96 |
| 13JAN | 81,655.92 |
| 14JAN | 89,622.39 |
| 15JAN | 80,382.22 |
| 16JAN | 111,949.08 |
| 17JAN | 102,102.29 |
| 21JAN | 98,143.06 |
| 22JAN | 85,096.65 |
| 23JAN | 70,675.09 |
| 24JAN | 59,895.05 |
| 27JAN | 40,636.85 |
| 28JAN | 117,741.38 |
| 29JAN | 108,328.77 |
| 30JAN | 95,927.59 |
| 31JAN | 88,603.75 |

### COLLECTED BALANCES

| | |
|---|---|
| 02JAN | 82,080.87 |
| 03JAN | 74,795.47 |
| 06JAN | 64,131.26 |
| 07JAN | 52,455.57 |
| 08JAN | 118,061.88 |
| 09JAN | 97,545.47 |

## CREDITS

| Ledger Date | Value Date | FS | References | Credit Amount | Description |
|---|---|---|---|---|---|
| 08JAN | 08JAN | | USD  YOUR: TEBC OF 03/01/08<br>OUR: 081860000B JB | 73,000.00 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT |
| 16JAN | 16JAN | | USD  YOUR: TEBC OF 03/01/16<br>OUR: 0506100016 JB | 64,617.78 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT |
| 28JAN | 28JAN | | USD  YOUR: TEBC OF 03/01/28<br>OUR: 1262000028 JB | 84,363.15 | BOOK TRANSFER CREDIT<br>B/O: W.R. GRACE AND COMPANY<br>COLUMBIA MD 21044-4098<br>REF: HDWT |

## DEBITS

| Ledger Date | Value Date | FS | References | Debit Amount | Description |
|---|---|---|---|---|---|
| 02JAN | 31DEC | | USD  OUR: 0300200087WA | 5,302.40 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 12/31/02<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 03JAN | 02JAN | | USD  OUR: 0300030090WA | 7,285.40 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO.<br>002-2-416598 FOR WORK OF 01/02/03<br>W R GRACE & CO C/O CORPORATE<br>ACCOUNTING 7500 GRACE DRIVE<br>COLUMBIA MD 21044-4098 |
| 06JAN | 03JAN | | USD  OUR: 0300060090WA | 10,664.21 | GOVERNMENT ALLOTMENT DEBIT<br>COVERING DRAFTS TO A/C NO. |

FT CODE:

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | USM - MIXED FLOAT |
| | US3 - THREE DAY FLOAT | |
| | US4 - FOUR DAY FLOAT | |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR THE DELIVERY OR MAILING OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN 30 DAYS OF THE DELIVERY OR MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

**Statement**

in US Dollars

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 01 JAN 2003 |
| Statement End Date: | 31 JAN 2003 |
| Statement Code: | 000-USA-21 |
| Statement No: | 001 |
| Page 2 of 4 | |

| Date | Closing Balance Amount |
|---|---|
| 10JAN | 92,085.96 |
| 13JAN | 81,655.92 |
| 14JAN | 69,622.28 |
| 15JAN | 60,382.02 |
| 16JAN | 111,349.28 |
| 17JAN | 102,169.28 |
| 17JAN | 96,143.06 |
| 21JAN | 85,096.65 |
| 22JAN | 77,675.05 |
| 23JAN | 59,885.05 |
| 24JAN | 40,636.85 |
| 28JAN | 117,741.38 |
| 29JAN | 108,328.77 |
| 30JAN | 95,927.59 |
| 31JAN | 88,603.75 |

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| | | | | | | 002-2-416598 FOR WORK OF 01/03/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 07JAN | 06JAN | | USD | OUR: 030070000087WA | 11,675.69 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/06/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 08JAN | 07JAN | | USD | OUR: 030080000089WA | 9,393.69 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/07/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 09JAN | 08JAN | | USD | OUR: 030090000088WA | 18,516.41 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/08/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10JAN | 09JAN | | USD | OUR: 030100000089WA | 5,479.51 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/09/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 13JAN | 10JAN | | USD | OUR: 030130000088WA | 10,410.04 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/10/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 14JAN | 13JAN | | USD | OUR: 030140000088WA | 12,033.53 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/13/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 15JAN | 14JAN | | USD | OUR: 030150000081WA | 9,240.17 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/14/03 W R GRACE & CO C/O CORPORATE |

910-1-013572
01 JAN 2003
31 JAN 2003
000-USA-21
001
Page 3 of 4

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

TS

| Ledger Date | Adj.Ledger Date | Value Date | F | Reference | Description | Credit/Debit | Closing Balance Amount | Date |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16JAN | 15JAN | 15JAN | | USD OUR: 0301600088WA | ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/15/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 13,050.92 | | |
| 17JAN | 16JAN | 16JAN | | USD OUR: 0301700090WA | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/16/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 9,846.79 | | |
| 21JAN | 17JAN | 17JAN | | USD OUR: 0302100087WA | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/17/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 3,959.23 | | |
| 22JAN | 21JAN | 21JAN | | USD OUR: 0302200084WA | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/21/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 13,046.41 | | |
| 23JAN | 22JAN | 22JAN | | USD OUR: 0302300088WA | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/22/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 14,421.56 | | |
| 24JAN | 23JAN | 23JAN | | USD OUR: 0302400087WA | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/23/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 10,780.04 | | |
| 27JAN | 24JAN | 24JAN | | USD OUR: 0302700092WA | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/24/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | 19,258.20 | | |

Statement of Account

In US Dollars

**Account No:** 910-1-013572
**Statement Start Date:** 01 JAN 2003
**Statement End Date:** 31 JAN 2003
**Statement Code:** 000-USA-21
**Statement No:** 001
**Page 4 of 4**

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| Ledger Date | A/c Ledger Date | Value Date | F/x | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 28JAN | 27JAN | 27JAN | USD | OUR: 0302800089WA | 7,258.62 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/27/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 29JAN | 28JAN | 28JAN | USD | OUR: 0302900090WA | 9,412.61 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/28/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 30JAN | 29JAN | 29JAN | USD | OUR: 0303000092WA | 12,401.18 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/29/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 31JAN | 30JAN | 30JAN | USD | OUR: 0303100092WA | 7,323.84 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 01/30/03 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

**CHECKS**

*No Activity*

**WACHOVIA**

191 Peachtree ST
Atlanta        GA  30303

60        **TAXPAYER ID**        13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement
January 1, 2003 - January 15, 2003 ( 15 days)        Page 1 of 2

No Images
c     0

```
FOR INFORMATION OR ASSISTANCE CONTACT:
         Your Wachovia Banker
 Visit our web site at www.wachovia.com
```

## Commercial Checking Account Summary                Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $1,377.14 | 0.00 | 0.00 | 0.00 | 0.00 | $1,377.14 |

Average Ledger Balance        $1,377.14

## Daily Activity and Balance

There was no activity for this statement period.

## Checks

There were no checks paid this statement period.

# WACHOVIA

**FOR CHANGE OF ADDRESS:**
(Please check one and fill in your new address below)

8619-039102

☐ On ALL of my Wachovia accounts
☐ On this account ONLY # _____

For address changes on other selected accounts, please contact any Wachovia office.

Street _____

City/State/Zip _____

Customer Signature _____

Customer Signature _____

Detach here and mail to Wachovia Bank, N.A., SC 9068, 1626 Browning Road, Columbia, SC 29228.

## Follow the steps below to balance your checkbook with your statement.

**Step 1.** Determine which checks or paper drafts have posted to your account during this statement period. These items are listed in numerical order under the "Checks" section. Compare this list to your checkbook. Be sure to enter in your checkbook any items not entered previously.

**Page 2 of 2**

**Step 2.** Enter in your checkbook any ATM and Visa Check transactions or other described transactions (such as automatic payments, transfers, and service charges) not previously recorded.

**Step 3.** List below any deposits not shown on this statement.

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| **Total** | |

**Step 4.** List below all outstanding checks or other withdrawals.

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| **Total** | |

| Number | Amount |
|--------|--------|
|        |        |
|        |        |

**Step 5. Balance your checkbook and your statement.**

A. Enter the Ending Balance shown on your statement. $ _____

B. Enter the Total Deposits from Step 3. $ _____

C. Add lines A and B. $ _____

D. Enter the Total Checks/Withdrawals from Step 4. $ _____

E. Subtract line D from line C. This is your new balance and should agree with the last balance shown in your checkbook. $ _____

---

Please examine your statement promptly and report any inaccuracies as soon as possible to the Wachovia office at the telephone number or address shown on your statement. The Uniform Commercial Code requires you to notify us promptly of any unauthorized signature or alteration on your checks. Please remember your account cannot be assigned or transferred to another party without our permission.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call Phone Access at the number shown on your statement to find out whether or not the deposit has been made.

**Lost or stolen Wachovia Banking Cards** should be reported immediately by calling Phone Access. The number is listed on your statement.

**In case of errors or questions about your electronic transfers.** If you think your statement is wrong or if you need more information about an electronic transfer listed, contact Wachovia On-Call at the telephone number shown on your bank statement or write us at the address shown on your bank statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. To investigate an error, we will need the following information:
* your name and account number;
* the dollar amount of the suspected error;
* a description of the error, and an explanation of why you believe there is an error.
If you need more information, describe the item you are unsure about.

If you notify us orally, we may require that you send us your complaint or question in writing within 10 business days. We will notify you of the results of our investigation within 10 business days after you contact us and will correct the error promptly. If more time is needed, however, we may take up to 45 days to investigate your complaint or question. If this occurs, we will allow you to use the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account until our investigation is completed and it is determined that an error did occur. If your notice of error involves a point-of-sale or international transaction we may take up to 90 days to ___ ___ your complaint or question. If your notice involves a point-of-sale transaction ___ Check Card ("Check Card transaction"), the applicable time period for action by ___ business days instead of 10 business days and we may take up to 90 days to investigate your complaint or question. However, with Check Card transactions we may withhold provisional credit, if the circumstances or account history warrants the delay, in accordance with the rules described above. If your notice of error concerns a transaction, other than a Check Card transaction, that occurred during the first 30 days after the first deposit to the account was made, the applicable time period is 20 business days in place of 10 business days and 90 days in place of 45 days. We will tell you the results of our investigation within three business days after completing our investigation. If we determine

that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in the investigation.

**Line of Credit.** In case of errors or inquiries about your line of credit statement. If you think your line of credit statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
* your name and account number;
* the dollar amount of the suspected error;
* a description of the error, and an explanation of why you believe there is an error.
If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**How to make line of credit payments.** Payments received by 8:00 a.m. at our payment address shown on your bank statement will be credited as of the date of receipt. Payments received after 8:00 a.m. at our payment address will be credited the next business day. Payments received at our other authorized banking locations may incur a delay in posting to your account.

**Fair Credit Reporting Act.** Wachovia makes every effort to ensure that we accurately report your credit information. However, if you believe we have furnished any inaccurate information relating to your account to any consumer reporting agency, please notify us at the following address: Wachovia Bank, N.A., P.O. Box 3117, Winston-Salem, N.C. 27102. To help us respond to your notification, please include your account number, Social Security Number, and as much information as possible about the error.

**Determining the balance upon which a FINANCE CHARGE may be imposed.** We fig the FINANCE CHARGE on your account by applying the periodic rate to the average daily balance of your account (including current transactions). To get the average daily balance we take the beginning balance of your account each day, add any new loans and subtract any payments or credits and unpaid finance charges, credit life insurance premiums, and late charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the average daily balance.

**Wachovia Bank, N.A. is a member FDIC**

002

**Rate changes.** The periodic rate for your line of credit may vary if you are a

**WACHOVIA**

191 Peachtree ST
Atlanta     GA  30303

80     **TAXPAYER ID**     13-5114230

W R GRACE & CO-CONN
7500 GRACE DRIVE
ATTN CORPORATE ACCTING
COLUMBIA MD 21044

## Checking Statement
### January 16, 2003 - January 31, 2003 ( 16 days)                    Page 1 of 2

No Images
C     0

┌─────────────────────────────────────────────────────────────┐
│ **FOR INFORMATION OR ASSISTANCE CONTACT:**                    │
│ **Your Wachovia Banker**                                      │
│ **Visit our web site at www.wachovia.com**                    │
└─────────────────────────────────────────────────────────────┘

## Commercial Checking Account Summary        Account Number 8619-039102

| Previous Balance | + Deposits & Other Credits | | − Checks & Other Debits | | = Closing Balance |
|---|---|---|---|---|---|
| | Deposits | Other Credits | Checks | Other Debits | |
| $1,377.14 | $.00 | $.00 | $.00 | $1,377.14 | $.00 |

Average Ledger Balance        $430.35

## Daily Activity and Balance

| Date | Deposits & Credits | | Checks & Debits | | Balance |
|---|---|---|---|---|---|
| | Qty | Amount | Qty | Amount | |
| 01-21 | 0 | 0.00 | 1 | 1,377.14 | 0.00 |

## Other Debits

| Date | Amount | Description |
|---|---|---|
| 01-21 | 1,377.14 | REF=010302105175 Bnf=w.R. Grace & Co.-Conn |

89699

# WACHOVIA

**FOR CHANGE OF ADDRESS:**
(Please check one and fill in your new address below)

8619-039102

☐ On ALL of my Wachovia accounts
☐ On this account ONLY # _____

For address changes on other selected accounts, please contact any Wachovia office.

Street _____

City/State/Zip _____

Customer Signature _____

Customer Signature _____

---

**Detach here and mail to Wachovia Bank, N.A., SC 9068, 1628 Browning Road, Columbia, SC 29226.**

## Follow the steps below to balance your checkbook with your statement.

**Step 1.** Determine which checks or paper drafts have posted to your account during this statement period. These items are listed in numerical order under the "Checks" section. Compare this list to your checkbook. Be sure to enter in your checkbook any items not entered previously.     **Page 2 of 2**

**Step 2.** Enter in your checkbook any ATM and Visa Check transactions or other described transactions (such as automatic payments, transfers, and service charges) not previously recorded.

**Step 3.** List below any deposits not shown on this statement.

**Step 4.** List below all outstanding checks or other withdrawals.

**Step 5.** Balance your checkbook and your statement.

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| Total |       |

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |

| Number | Amount |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Total  |        |

A. Enter the Ending Balance shown on your statement.  $ _____

B. Enter the Total Deposits from Step 3.  $ _____

C. Add lines A and B.  $ _____

D. Enter the Total Checks/Withdrawals from Step 4.  $ _____

E. Subtract line D from line C. This is your new balance and should agree with the last balance shown in your checkbook.  $ _____

---

Please examine your statement promptly and report any inaccuracies as soon as possible to the Wachovia office at the telephone number or address shown on your statement. The Uniform Commercial Code requires you to notify us promptly of any unauthorized signature or alteration on your checks. Please remember your account cannot be assigned or transferred to another party without our permission.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call Phone Access at the number shown on your statement to find out whether or not the deposit has been made.

**Lost or stolen Wachovia Banking Cards** should be reported immediately by calling Phone Access. The number is listed on your statement.

In case of errors or questions about your electronic transfers. If you think your statement is wrong or if you need more information about an electronic transfer listed, contact Wachovia On-Call at the telephone number shown on your bank statement or write us at the address shown on your bank statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. To investigate an error, we will need the following information:
* your name and account number;
* the dollar amount of the suspected error;
* a description of the error, and an explanation of why you believe there is an error. If you need more information, describe the item you are unsure about.

If you notify us orally, we may require that you send us your complaint or question in writing within 10 business days after you contact us and will correct the error promptly. If more time is needed, however, we may take up to 45 days to investigate your complaint or question. If this occurs, we will credit your account within 10 business days for the amount you think is in error. This will allow you to use the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account until the investigation is completed and it is determined that an error did occur. If your notice of error involves a point-of-sale or international transaction we may take up to 90 days to investigate your complaint or question. If your notice involves a point-of-sale transaction with a Check Card ("Check Card transaction"), the applicable time period for action by us is 5 business days instead of 10 business days and we may take up to 90 days to investigate your complaint or question. However, with Check Card transactions we may withhold provisional credit, if the circumstances or account history warrants the delay, in accordance with the rules described above. If your notice of error concerns a transaction, other than a Check Card transaction, that occurred during the first 30 days after the first deposit to the account was made, the applicable time periods are 20 business days in place of 10 business days and 90 days in place of 45 days. We will tell you the results of our investigation within three business days after completing our investigation. If we determine that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in the investigation.

**Line of Credit.** In case of errors or inquiries about your line of credit statement. If you think your line of credit statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
* your name and account number;
* the dollar amount of the suspected error;
* a description of the error, and an explanation of why you believe there is an error. If you need more information, describe the item you are unsure about.
You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**How to make line of credit payments.** Payments received by 2:00 a.m. at our payment address shown on your bank statement will be credited as of the date of receipt. Payments received after 2:00 a.m. at our payment address will be credited the next business day. Payments received at our other authorized banking locations may incur a delay in posting to your account.

**Fair Credit Reporting Act.** Wachovia makes every effort to ensure that we accurately report your credit information. However, if you believe we have furnished any inaccurate information relating to your account to any consumer reporting agency, please notify us at the following address: Wachovia Bank, N.A., P.O. Box 3117, Winston-Salem, N.C. 27102. To help us respond to your notification, please include your account number, and Social Security Number, and as much information as possible about the error.

**Determining the balance upon which a FINANCE CHARGE may be imposed.** We figure the FINANCE CHARGE on your account by applying the periodic rate to the average daily balance of your account (including current transactions). To get the average daily balance we take the beginning balance of your account each day, add any new loans and subtract any payments or credits and unpaid finance charges, credit life insurance premiums, and loss charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This give us the average daily balance.

**Rate changes.** The periodic rate for your line of credit may vary if you are a

Wachovia Bank, N.A. is a member FDIC

99700



# Commercial Checking

01          2199500021812  036  130          0    0    72,271

**WACHOVIA**

l..l.l...lll...l.l.l.ll.l
H R GRACE AND CO-CONN
GENERAL ACCOUNT
ATTN: BONITA HARSH CCM SR CASH MNGR          CB
7500 GRACE DR
COLUMBIA MD 21044

---

## Commercial Checking

1/01/2003 thru 1/31/2003

Account number:          2199500021812
Account holder(s):       W R GRACE AND CO-CONN
                         GENERAL ACCOUNT

Taxpayer ID Number:      135114230

## Account Summary

| | |
|---|---|
| Opening balance 1/01 | $9,789.08 |
| Deposits and other credits | 2,824,986.69 + |
| Other withdrawals and service fees | 2,824,107.56 - |
| Closing balance 1/31 | $10,668.21 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 1/09 | 5,031.91 | DEPOSIT |
| 1/09 | 62,905.38 | DEPOSIT |
| 1/09 | 1,048,810.14 | DEPOSIT |
| 1/09 | 1,367,940.62 | DEPOSIT |
| 1/27 | 13,345.81 | DEPOSIT |
| 1/27 | 20,162.62 | DEPOSIT |
| 1/27 | 306,790.21 | DEPOSIT |
| Total | $2,824,986.69 | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 1/10 | 1,695,185.40 | FUNDS TRANSFER (ADVICE 030110008542)<br>SENT TO CHASE MANHATTAN B/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=          01/10/03 11:23AM |
| 1/13 | 638,204.19 | FUNDS TRANSFER (ADVICE 030113013810)<br>SENT TO CHASE MANHATTAN B/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=          01/13/03 12:02PM |
| 1/15 | 151,087.54 | FUNDS TRANSFER (ADVICE 030115015346)<br>SENT TO CHASE MANHATTAN B/<br>BNF=W R GRACE AND CO CONN<br>OBI=<br>RFB=          01/15/03 12:44PM |

*Other Withdrawals and Service Fees continued on next page.*

---



# Commercial Checking

02     2199500021812  036  130          0     0     72,272

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/29 | 339,630.43 | FUNDS TRANSFER  (ADVICE 030129013899) SENT TO  CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=           01/29/03 02:22PM |
| **Total** | **$2,824,107.56** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 1/09 | 2,494,477.13 | 1/13 | 161,087.54 | 1/27 | 350,298.64 |
| 1/10 | 799,291.73 | 1/15 | 10,000.00 | 1/29 | 10,668.21 |



# Commercial Checking

| | | | | | | |
|---|---|---|---|---|---|---|
| 01 | 2079900003615 | 005 | 108 | 14  160 | 18,080 | |

<pre>
lalulaulllllaulaulaulalal
H R GRACE & CO-CONN
ATTN: NELLIE FAUSTO
7500 GRACE DRIVE
COLUMBIA MD 21044
</pre>

CB   025

---

# Commercial Checking

**1/01/2003 thru 1/31/2003**

Account number:          2079900003615
Account holder(s):       W R GRACE & CO-CONN

Taxpayer ID Number:      133461988

## Account Summary

| | |
|---|---|
| Opening balance 1/01 | $0.00 |
| Deposits and other credits | 2,029,370.20 + |
| Other withdrawals and service fees | 2,029,370.20 - |
| Closing balance 1/31 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| | 3,091.85 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/02 | 3,379.99 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/03 | 1,163.99 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/06 | 2,570.67 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/07 | 119.33 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/08 | 6,950.72 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/09 | 3,083.97 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/09 | 397,863.66 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/10 | 116.36 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/10 | 625,752.82 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/13 | 4,559.57 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/14 | 12,528.82 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/15 | 5,212.29 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| | 7,656.57 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W.R. GRACE & CO |

*Deposits and Other Credits continued on next page.*

---



# Commercial Checking

| 02 | 2079900003615  005  108 | 14  160 | 18,081 |
|---|---|---|---|

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|---|---|---|
| 1/21 | 3,335.97 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/22 | 2,006.76 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/23 | 6,827.74 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/23 | 370,826.86 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/24 | 1,020.77 | AUTOMATED CREDIT W.R. GRACE    REVERSAL<br>CO. ID.    030124 CCD<br>MISC SETTL NCVCERIDN |
| 1/24 | 546,694.92 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/27 | 1,020.77 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/27 | 7,289.47 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| | 5,642.46 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/29 | 2,982.96 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/30 | 7,007.36 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| 1/31 | 663.55 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2000000282172 W.R. GRACE & CO |
| **Total** | **$2,029,370.20** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 1/02 | 1,266.35 | AUTOMATED DEBIT  BNF CTS    PMT IMPND<br>CO. ID. 1411902914 030102 CCD<br>MISC C4025-021308555 |
| 1/02 | 2,113.84 | LIST OF DEBITS POSTED |
| 1/02 | 3,091.85 | AUTOMATED DEBIT    PAYROLL<br>CO. ID.    030102 CCD<br>MISC SETTL NCVCERIDN |
| 1/03 | 1,163.99 | LIST OF DEBITS POSTED |
| 1/06 | 2,570.67 | LIST OF DEBITS POSTED |
| 1/07 | 119.33 | LIST OF DEBITS POSTED |
| 1/08 | 1,150.42 | AUTOMATED DEBIT  BNF CTS    PMT IMPND<br>CO. ID. 1411902914 030108 CCD<br>MISC C4025-021329722 |
| | 5,800.30 | LIST OF DEBITS POSTED |

*Other Withdrawals and Service Fees continued on next page.*



# Commercial Checking

03  2079900003615  005  108  14  160  18,082

---

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/09 | 3,083.97 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.          030109 CCD<br>MISC SETTL NCVCERIDN |
| 1/09 | 4,336.55 | AUTOMATED DEBIT  BNF CTS          PMT IMPND<br>CO. ID. 1411902914 030109 CCD<br>MISC C2916-001335030 |
| 1/09 | 14,072.48 | AUTOMATED DEBIT  BNF CTS          PMT IMPND<br>CO. ID. 1411902914 030109 CCD<br>MISC C4213-001335240 |
| 1/09 | 17,998.86 | AUTOMATED DEBIT  BNF CTS          PMT IMPND<br>CO. ID. 1411902914 030109 CCD<br>MISC C2918-001335031 |
| 1/09 | 361,455.77 | AUTOMATED DEBIT  BNF CTS          PMT IMPND<br>CO. ID. 1411902914 030109 CCD<br>MISC C4025-011335209 |
| 1/10 | 116.36 | LIST OF DEBITS POSTED |
| 1/10 | 3,999.79 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.          030110 CCD<br>MISC SETTL NCVCERIDN |
| 1/10 | 24,744.17 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.          030110 CCD<br>MISC SETTL NCVCERIDN |
| 1/10 | 80,904.86 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.          030110 CCD<br>MISC SETTL NCVCERIDN |
| 1/10 | 516,104.00 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.          030110 CCD<br>MISC SETTL NCVCERIDN |
| 1/13 | 4,559.57 | LIST OF DEBITS POSTED |
| 1/14 | 12,528.82 | LIST OF DEBITS POSTED |
| 1/15 | 824.57 | LIST OF DEBITS POSTED |
| 1/15 | 4,387.72 | AUTOMATED DEBIT  BNF CTS          PMT IMPND<br>CO. ID. 1411902914 030115 CCD<br>MISC C4025-021364845 |
| 1/16 | 7,656.57 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.          030116 CCD<br>MISC SETTL NCVCERIDN |
| 1/21 | 3,335.97 | LIST OF DEBITS POSTED |
| 1/22 | 2,006.76 | LIST OF DEBITS POSTED |
| 1/23 | 3,114.79 | AUTOMATED DEBIT  BNF CTS          PMT IMPND<br>CO. ID. 1411902914 030123 CCD<br>MISC C4025-021394736 |
| 1/23 | 3,787.25 | AUTOMATED DEBIT  BNF CTS          PMT IMPND<br>CO. ID. 1411902914 030123 CCD<br>MISC C2916-001394575 |
| 1/23 | 6,827.74 | AUTOMATED DEBIT          PAYROLL<br>CO. ID.          030123 CCD<br>MISC SETTL NCVCERIDN |

*Other Withdrawals and Service Fees continued on next page.*



## Commercial Checking

| 04 | 2079900003615  005  108 | 14  160 | 18,083 |
|----|--------------------------|---------|--------|

## Other Withdrawals and Service Fees  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 1/23 | 13,703.33 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030123 CCD<br>MISC C4213-001394759 |
| 1/23 | 350,221.49 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030123 CCD<br>MISC C4025-011394735 |
| 1/24 | 3,999.79 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.          030124 CCD<br>MISC SETTL NCVCERIDN |
| 1/24 | 24,744.15 | AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL<br>CO. ID.          030124 CCD<br>MISC SETTL NCVCERIDN |
| 1/24 | 518,971.75 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.          030124 CCD<br>MISC SETTL NCVCERIDN |
| 1/27 | 1,020.77 | AUTOMATED DEBIT  RETURN SETTLE   RETURN<br>CO. ID.          030127 CCD<br>MISC SETTL CHRETIRE |
|      | 7,289.47 | LIST OF DEBITS POSTED |
| 1/28 | 5,642.46 | LIST OF DEBITS POSTED |
| 1/29 | 2,982.96 | AUTOMATED DEBIT  BNF CTS        PMT IMPND<br>CO. ID. 1411902914 030129 CCD<br>MISC C4025-021411052 |
| 1/30 | 7,007.36 | AUTOMATED DEBIT                PAYROLL<br>CO. ID.          030130 CCD<br>MISC SETTL NCVCERIDN |
| 1/31 | 663.55 | LIST OF DEBITS POSTED |
| **Total** | **$2,029,370.20** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 1/02 | 0.00 | 1/13 | 0.00 | 1/24 | 0.00 |
| 1/03 | 0.00 | 1/14 | 0.00 | 1/27 | 0.00 |
| 1/06 | 0.00 | 1/15 | 0.00 | 1/28 | 0.00 |
| 1/07 | 0.00 | 1/16 | 0.00 | 1/29 | 0.00 |
| 1/08 | 0.00 | 1/21 | 0.00 | 1/30 | 0.00 |
| 1/09 | 0.00 | 1/22 | 0.00 | 1/31 | 0.00 |
| 1/10 | 0.00 | 1/23 | 0.00 | | |



# Commercial Checking

05    2079900003615   005   108          14   160          18,084   ___   ___

___

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | **Phone number** | **Address** |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 1-800-566-3862 | FIRST UNION NATIONAL BANK |
| Commercial Checking & Loan Accounts | 1-800-222-3862 | NC8502 |
| TDD   (For the Hearing Impaired) | 1-800-835-7721 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

|  | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
|  | Ck. No. | Amount | Ck. No. | Amount |

1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below.

2. Write in the closing balance shown on the front of account statement.

3. Write in any deposits you have made since the date of this statement.

4. Add together amounts listed above in steps 2 and 3.

5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement.  Write in the total here.

6. Subtract the amount in line 5 from the amount in line 4.  This is your adjusted balance and should match the balance in Step 1 above.

Total

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-222-3862 or write to us at FIRST UNION NATIONAL BANK, NC8502, P O BOX 563966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.



SMS565- 32

BANK NO. C000001    TEAM NO. 025    RECAP OF POSTED ITEMS REPORT    PAGE 1
DATE 01/31/03

ACCOUNT NO. 2079900003615    WR GRACE & CO.-CONN    025    AS OF 01-31-03



| DATE | PAID ITEMS | CHECKS AMOUNT | ISSUES ITEMS | ISSUES AMOUNT | STOPS ITEMS PLACED | STOPS PLACED AMOUNT | STOPS ITEMS REMOVED | REMOVED AMOUNT | CANCELLED ITEMS | CANCELLED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-02-03 | 1 | 2,113.64 | | .00 | | .00 | | .00 | | .00 |
| 01-03-03 | 1 | 1,163.99 | | .00 | | .00 | | .00 | | .00 |
| 01-06-03 | 2 | 2,579.67 | | .00 | | .00 | | .00 | | .00 |
| 01-07-03 | 1 | 118.33 | | .00 | | .00 | | .00 | | .00 |
| 01-08-03 | 3 | 5,800.30 | | .00 | | .00 | | .00 | | .00 |
| 01-10-03 | 1 | 116.36 | | .00 | | .00 | | .00 | | .00 |
| 01-13-03 | 4 | 4,559.87 | | .00 | | .00 | | .00 | | .00 |
| 01-14-03 | 7 | 12,558.82 | | .00 | | .00 | | .00 | | .00 |
| 01-15-03 | 1 | 824.57 | | .00 | | .00 | | .00 | | .00 |
| 01-21-03 | 3 | 3,335.97 | | .00 | | .00 | | .00 | | .00 |
| 01-22-03 | 1 | 2,006.76 | | .00 | | .00 | | .00 | | .00 |
| 01-27-03 | 8 | 7,289.47 | | .00 | | .00 | | .00 | | .00 |
| 01-28-03 | 4 | 5,642.46 | | .00 | | .00 | | .00 | | .00 |
| 01-31-03 | 1 | 663.55 | | .00 | | .00 | | .00 | | .00 |
| TOTALS | 36 | 48,735.46 | | .00 | | .00 | | .00 | | .00 |

SMS565- 35

BANK NO. 00000001   TEAM NO. 025

ACCOUNT NO. 2079900003615          WR GRACE & CO.-CONN

DIAGNOSTIC SUMMARY REPORT

025   REPORT   PAID ONLY

PAGE 1
DATE 01/31/03
AS OF 01-31-03

| SERIAL NUMBER | AMOUNT | PD/POST DATE | SEQUENCE NUMBER | ISSUE DATE | ADDITIONAL DATA | PAGE NO. | EXCEPTION CONDITION |
|---|---|---|---|---|---|---|---|
| 5442 | 2,272.48 | 02-15-01 | | | | 1 | STOPPED ITEM |
| 14436 | 4,900.00 | 04-05-01 | | | | 1 | STOPPED ITEM |

| | TOTAL CNT | TOTAL AMOUNT |
|---|---|---|
| PAID, NO ISSUE | 0 | .00 |
| CANCELED ISSUE | 0 | .00 |
| PAID, NO ISSUE, LAST PERIOD | 0 | .00 |
| STOPPED ITEM | 2 | 7,172.48 |
| STOPPED, CHECK PRESENTED | 0 | .00 |
| FORCE POSTED ITEM | 0 | .00 |
| PREV PD-NO-ISS, ISSUE RECVD | 0 | .00 |
| PREV STOP, ISSUE RECEIVED | 0 | .00 |
| PREV CANCEL, ISSUE RECEIVED | 0 | .00 |
| CANCELED ITEM, NOT ISSUED | 0 | .00 |
| CANCELED WITH STOP | 0 | .00 |
| CANCELED WITH STOP, ISSUED | 0 | .00 |





# ACCOUNT RECONCILIATION PLAN

| TYPE OF REPORT | | BANK NO: | CUST.ACCOUNT NO: | SUBTOMER NAME | DATE | PAGE |
|---|---|---|---|---|---|---|
| MISC-CREDITS | | 1 | 2079900003815 | WR GRACE & CO.-CONN<br>ATTN: NELLIE FAUSTO | 01-31-03 / 025 | 1 |

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3,379.99 | 010203 | | | | | | | | | | |
| | 3,061.85 | 010203 | | | | | | | | | | |
| | 1,163.99 | 010303 | | | | | | | | | | |
| | 2,570.57 | 010603 | | | | | | | | | | |
| | 119.33 | 010703 | | | | | | | | | | |
| | 6,950.72 | 010803 | | | | | | | | | | |
| | 397,863.66 | 010903 | | | | | | | | | | |
| | 3,083.97 | 010903 | | | | | | | | | | |
| | 116.36 | 011003 | | | | | | | | | | |
| | 625,755.82 | 011003 | | | | | | | | | | |
| | 11,526.62 | 011403 | | | | | | | | | | |
| | 4,559.57 | 011303 | | | | | | | | | | |
| | 5,212.29 | 011503 | | | | | | | | | | |
| | 7,658.57 | 011603 | | | | | | | | | | |
| | 3,335.97 | 012103 | | | | | | | | | | |
| | 2,005.76 | 012203 | | | | | | | | | | |
| | 370,826.86 | 012303 | | | | | | | | | | |
| | 6,837.74 | 012303 | | | | | | | | | | |
| | 1,020.77 | 012403 | 30211056 | | | | | | | | | |
| | 548,594.32 | 012403 | | | | | | | | | | |
| | 1,020.77 | 012703 | | | | | | | | | | |
| | 3,289.47 | 012703 | | | | | | | | | | |
| | 5,642.46 | 012803 | | | | | | | | | | |
| | 2,983.98 | 012903 | | | | | | | | | | |
| | 7,007.36 | 013003 | | | | | | | | | | |
| | 653.55 | 013103 | | | | | | | | | | |
| CREDITS | 26 | DEBITS | GT | | | | | | | | | |
| 2029,370.20 | | | | | | | | | | | | |

## TYPE OF REPORT

- UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THE REPORT
- PAID ONLY : PAID STATUS ITEMS ONLY ON THE REPORT
- PAID & UNLISTED : PAID AND STOP STATUS ITEMS ON THE SAME REPORT
- SPECIAL : OFF-CYCLE REPORT REQUEST

- 1 : CKS PAID THIS PERIOD, NO OUTSTANDING MASTER RECORD.
- 2 : CKS VOIDS, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS.
- 3 : CANCELS, OUTSTANDING MASTER REMOVED, SAME MASTER STILL NOT NEEDS.
  MEMO ONLY, NOT ADDED TO TOTALS

## EXPLANATION OF CODES

- 4 : STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED.
- 5 : STOP PAYMENT IN EFFECT, CHECK PRESENTED, AS RETURNED.
- G : CHECK PAID, NO CHECK ISSUED. ON THE SYSTEM. A-A
- H : MISSING OUTSTANDING ITEM.

# ACCOUNT RECONCILIATION PLAN

BANK NO: 1    CUST/ACCOUNT NO: 2079900003615    025    DATE: 01-31-03    PAGE 1

CUSTOMER NAME: WR GRACE & CO.-CONN
ATTN: NELLIE FAUSTO

TYPE OF REPORT: MISC-DEBITS

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|
| 1411902914 | 3,091.85 | 010203 | 23640449 |
|  | 1266.35 | 010303 | 22472695 |
|  | 1,150.42 | 010803 | 84409728 |
| 1411902914 | 3,063.97 | 010903 | 30010454 |
|  | 361,455.77 | 010903 | 96137910 |
| 1411902914 | 1,336.55 | 010903 | 96013303 |
|  | 17,998.86 | 010903 | 96043304 |
| 1411902914 | 18,022.48 | 010903 | 96043305 |
|  | 3,999.79 | 011003 | 30070792 |
|  | 24,274.27 | 011003 | 10060815 |
|  | 80,904.86 | 011003 | 30070792 |
|  | 26,104.00 | 011003 | 30070792 |
| 1411902914 | 4,387.72 | 011503 | 53288109 |
|  | 7,655.57 | 011603 | 20140428 |
| 1411902914 | 6,827.74 | 012303 | 30211056 |
|  | 8,115.79 | 012303 | 22217811 |
| 1411902914 | 3,787.25 | 012303 | 32217810 |
|  | 3,709.15 | 012303 | 22217812 |
| 1411902914 | 350,221.49 | 012303 | 32286600 |
|  | 18,972.15 | 012403 | 10310056 |
|  | 3,999.79 | 012403 | 30211056 |
|  | 24,274.35 | 012403 | 30211056 |
|  | 1,020.77 | 012703 | 30211056 |
|  | 3,983.78 | 013003 | 90327879 |
|  | 7,007.30 | 013003 | 30270859 |

| | DEBITS | |
|---|---|---|
| CREDITS | 950,631.74 | 25G |

TYPE OF REPORT

UNPAID ONLY : OUTSTANDING ITEMS ONLY ON THE REPORT
PAID ONLY : PAID ITEMS ONLY ON THE REPORT
CONSOLIDATED : PAID AND OUTSTANDING ITEMS ON THE SAME REPORT
SPECIAL : OFF-CYCLE REPORT REQUEST

EXPLANATION OF CODES

! = CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECEIVED
! = CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
! = CHECK PAID THIS PERIOD, OUTSTANDING MASTER STILL NOT RECEIVED, BEING ONLY, NOT ADDED TO TOTALS

4 = STOP PAYMENT IN EFFECT, CHECK HAS NOT BEEN PRESENTED
5 = STOP PAYMENT IN EFFECT, CHECK PRESENTED AND RETURNED
6 = STOP PAYMENT IN EFFECT, CHECK PRESENTED BUT NO SERIAL #
N = NINNER OUTSTANDING ITEM



# ACCOUNT RECONCILIATION PLAN

| BANK NO. | CUST ACCOUNT NO. | | | |
|---|---|---|---|---|
| 1 | 20790000036615 | | 025 | 01-31-03 |

WR GRACE & CO -CONN
ATTN: NELLIE FAUSTO

PAGE 1

TYPE OF REPORT: **PAID ONLY**

| CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER | CHECK NUMBER | PAID | DATE PAID | SEQUENCE NUMBER |
|---|---|---|---|---|---|---|---|
| 5442 | 2,272.48 | 021501 | | 14517 | 1,020.27 | 012703 | 15323068 |
| 5443 TO | 6,319 | | | 13578 | | | |
| 6416 | 1,067.49 | 010803 | 2757637 | | | | |
| 6417 TO | 6,420 | | | TOTAL O/S | | | |
| 6431 | 119.33 | 010703 | 1198181 | TOTAL PAID 481,735.46 | | | 36GT |
| 6432 TO | 6,434 | | | | | | |
| 6435 | 1,536.18 | 010603 | 2177297 | | | | |
| 6436 TO | 6,438 | | | | | | |
| 6439 | 2,113.64 | 010203 | 10851172 | | | | |
| 6440 | | | | | | | |
| 6441 | 1,976.07 | 010903 | 12760518 | | | | |
| 6442 | 667.47 | 012103 | 20811166 | | | | |
| 6443 | 1,034.49 | 010603 | 11971384 | | | | |
| 6444 TO | 6,445 | | | | | | |
| 6446 | 1,163.99 | 010303 | 11555057 | | | | |
| 6447 | | | | | | | |
| 6448 | 116.36 | 011003 | 11431684 | | | | |
| 6449 | 824.57 | 011503 | 13032277 | | | | |
| 6450 | 1,614.95 | 011403 | 11623555 | | | | |
| 6451 | | | | | | | |
| 6452 | 1,526.76 | 011403 | 11679180 | | | | |
| 6453 | 1,081.34 | 011503 | 1675511 | | | | |
| 6454 | 1,112.90 | 011903 | 1118912 | | | | |
| 6455 | 2,008.18 | 011503 | 13072866 | | | | |
| 6456 | 982.55 | 011403 | 11625210 | | | | |
| 6457 | 2,008.63 | 012203 | 10339726 | | | | |
| 6458 | 2,004.95 | 012103 | 14057491 | | | | |
| 6459 | 663.55 | 012303 | 24082668 | | | | |
| 6460 | 1,035.66 | 011303 | 12993892 | | | | |
| 6461 | 209.63 | 011403 | 11639424 | | | | |
| 6462 | 4,136.71 | 011403 | 11145427 | | | | |
| 6463 | 1,198.88 | 011403 | 11679934 | | | | |
| 6464 | | | | | | | |
| 6466 | 546.75 | 012803 | 16363247 | | | | |
| 6468 | 1,081.33 | 012803 | 16352955 | | | | |
| 6469 | 1,064.25 | 012703 | 13557302 | | | | |
| 6468 | 1,007.18 | 012703 | 15247597 | | | | |
| 6469 | 982.55 | 012203 | 13518025 | | | | |
| 6470 | 2,006.76 | 012803 | 16328559 | | | | |
| 6471 | | | | | | | |
| 6472 | 663.55 | 013103 | 14887715 | | | | |
| 6473 | 1,035.65 | 012703 | 15116888 | | | | |
| 6474 | 1,007.62 | 012803 | 16331040 | | | | |
| 6475 | 1,198.88 | 012703 | 13542203 | | | | |
| 6476 TO | 14435 | | | | | | |
| 14436 | 4,900.00 | 010503 | | | | | |
| 14437 TO | 14513 | | | | | | |
| 14515 | 2,756.74 | 010803 | 11405426 | | | | |
| 14516 | 1,403.83 | 011503 | 13031658 | | | | |



## TYPE OF REPORT

| | |
|---|---|
| UNPAID ONLY | – OUTSTANDING ITEMS ONLY ON THIS REPORT |
| PAID ONLY | – PAID ITEMS ONLY ON THIS REPORT |
| CONSOLIDATED | – PAID & OUTSTANDING ITEMS ON SAME REPORT |
| SPECIAL | – OFF-CYCLE REPORT REQUEST |

1: CHECK PAID THIS PERIOD, NO OUTSTANDING MASTER RECORD.
2: CHECK VOIDED, OUTSTANDING MASTER REMOVED, NOT ADDED TO TOTALS
3: CHECK VOIDED, OUTSTANDING MASTER STILL ON. MASTER STILL NOT REMOVED.
MEMO ONLY, NOT ADDED TO TOTALS

## EXPLANATION OF CODES

4: STOP PAYMENT IN EFFECT; CHECK HAS NOT BEEN PRESENTED.
5: STOP PAYMENT IN EFFECT; CHECK PRESENTED, AND RETURNED
6: STOP PAYMENT IN EFFECT; CHECK PRESENTED AND PAID IN ERROR.
N: MISSING OUTSTANDING ITEM.