# FIRST UNION

## PAID / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN      025                    ACCT NO.:   0001      2079900003615

ATTN: NELLIE FAUSTO

7500 GRACE DRIVE

COLUMBIA        MD 21044-4098

| RECONCILEMENT OF DEBITS | | CUTOFF DATE:  01/31/2003 |
|---|---|---|

| CHECKS PAID ON RECONCILIATION REPORTS | | 48,735.46 |
|---|---|---|
| MISCELLANEOUS DEBITS | + | 1,980,634.74 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | − | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 2,029,370.20 |

TOTAL DEBITS FROM BANK STATEMENT                    2,029,370.20

IF YOU HAVE ANY QUESTIONS, PLEASE

CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 025

VESTED-in-Quality

# Merrill Lynch   Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

W R  GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4029

**Merrill Lynch Premier Institutional Fund**

Cumulative Statement for 01/01/2003 - 01/31/2003

**Account Number**
318-3343175-6

**Financial Advisor**
H P S Group
(--73807647)

**Account Value As Of 01/31/2003**
$5,294.12

**Dividends**

| 01/01/2003 - 01/31/2003 | Year To Date |
|---|---|
| $5.98 | $5.98 |

> *MERRILL LYNCH FUNDS FOR INSTITUTIONS
> WILL BE CLOSED ON MONDAY, FEBRUARY 17
> IN OBSERVANCE OF PRESIDENT'S DAY.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE
> MONTH OF JANUARY WAS 1.33%. THE TRADING
> DEADLINE ON FEBRUARY 14TH IS 3:00 P.M. ET.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $5,288.14 |
| 01/31/2003 | 01/31/2003 | Div Reinvest | $5.98 | $1.00 | $5,294.12 |
| | | Ending Balance | | | $5,294.12 |



# Merrill Lynch   Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118  (800) 225-1576

1 7 4 3

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD  21044-4029

**Merrill Lynch Premier Institutional Fund**

Cumulative Statement for 01/01/2003 - 01/31/2003

**Account Number**
318-3323735-8

**Financial Advisor**
H P S Group
(--73807646)

**Account Value As Of 01/31/2003**
$37,762,486.68

**Dividends**

| 01/01/2003 - 01/31/2003 | Year To Date |
|---|---|
| $48,574.42 | $48,574.42 |

> *MERRILL LYNCH FUNDS FOR INSTITUTIONS WILL BE CLOSED ON MONDAY, FEBRUARY 17 IN OBSERVANCE OF PRESIDENT'S DAY.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE MONTH OF JANUARY WAS 1.33%. THE TRADING DEADLINE ON FEBRUARY 14TH IS 3:00 P.M. ET.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $47,413,912.26 |
| 01/02/2003 | 01/02/2003 | Same Day Wire Redemption | $1,100,000.00 | $1.00 | $46,313,912.26 |
| 01/03/2003 | 01/03/2003 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $48,613,912.26 |
| 01/06/2003 | 01/06/2003 | Shares Purchased By Wire | $700,000.00 | $1.00 | $49,313,912.26 |
| 01/07/2003 | 01/07/2003 | Shares Purchased By Wire | $800,000.00 | $1.00 | $50,113,912.26 |
| 01/08/2003 | 01/08/2003 | Same Day Wire Redemption | $700,000.00 | $1.00 | $49,413,912.26 |
| 01/08/2003 | 01/08/2003 | Same Day Wire Redemption | $3,700,000.00 | $1.00 | $45,713,912.26 |
| 01/09/2003 | 01/09/2003 | Same Day Wire Redemption | $7,400,000.00 | $1.00 | $38,313,912.26 |
| 01/10/2003 | 01/10/2003 | Shares Purchased By Wire | $2,600,000.00 | $1.00 | $40,913,912.26 |
| 01/13/2003 | 01/13/2003 | Shares Purchased By Wire | $600,000.00 | $1.00 | $41,513,912.26 |
| 01/14/2003 | 01/14/2003 | Shares Purchased By Wire | $1,700,000.00 | $1.00 | $43,213,912.26 |
| 01/15/2003 | 01/15/2003 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $45,113,912.26 |
| 01/16/2003 | 01/16/2003 | Same Day Wire Redemption | $300,000.00 | $1.00 | $44,813,912.26 |
| 01/17/2003 | 01/17/2003 | Shares Purchased By Wire | $2,000,000.00 | $1.00 | $46,813,912.26 |
| 01/21/2003 | 01/21/2003 | Same Day Wire Redemption | $3,800,000.00 | $1.00 | $43,013,912.26 |
| 01/22/2003 | 01/22/2003 | Shares Purchased By Wire | $1,200,000.00 | $1.00 | $44,213,912.26 |
| 01/23/2003 | 01/23/2003 | Same Day Wire Redemption | $7,700,000.00 | $1.00 | $36,513,912.26 |
| 01/24/2003 | 01/24/2003 | Same Day Wire Redemption | $900,000.00 | $1.00 | $35,613,912.26 |
| 01/27/2003 | 01/27/2003 | Shares Purchased By Wire | $4,600,000.00 | $1.00 | $40,213,912.26 |

Account Number  318-3323735-8     (page 1 of 2)

519574





**Merrill Lynch** Investment Managers          Merrill Lynch Funds For Institutions



Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2003 - 01/31/2003

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 01/28/2003 | 01/28/2003 | Same Day Wire Redemption | $1,600,000.00 | $1.00 | $38,613,912.26 |
| 01/29/2003 | 01/29/2003 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $40,513,912.26 |
| 01/30/2003 | 01/30/2003 | Same Day Wire Redemption | $5,200,000.00 | $1.00 | $35,313,912.26 |
| 01/31/2003 | 01/31/2003 | Shares Purchased By Wire | $2,400,000.00 | $1.00 | $37,713,912.26 |
| 01/31/2003 | 01/31/2003 | Div Reinvest | $48,574.42 | $1.00 | $37,762,486.68 |
| | | Ending Balance | | | $37,762,486.68 |

 

Statement of Account

In US Dollars

**W.R. GRACE AND COMPANY**
**ATTN: CORPORATE FINANCE**
**7500 GRACE DRIVE**
**COLUMBIA  MD  21044**

TS          D

| | |
|---|---|
| Account No: | 323-223141 |
| Statement Start Date: | 01 JAN 2003 |
| Statement End Date: | 31 JAN 2003 |
| Statement Code: | 000-USA-22 |
| Statement No: | 001 |

Page 1 of 1

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 1 | 730,290.45 |
| Total Debits (incl. checks) | 1 | 730,290.45 |
| Total Checks Paid | 0 | 0.00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### BALANCES

| | Opening (01 JAN 2003) | Closing (31 JAN 2003) |
|---|---|---|
| Ledger | .00 | .00 |

### Closing Balances

| Date | Amount |
|---|---|
| | .00 |

### LEDGER BALANCES
30JAN                                           0.00

### CREDITS

| Ledger Date | All Ledger Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|---|
| 30JAN | | | USD YOUR: NC094958170130030I<br>OUR: 0303000139IN | 730,290.45 | NASSAU DEPOSIT TAKEN<br>B/O: WR GRACE & COMPANY<br>JERSEY CITY, NJ 07310<br>REF: TO REPAY YOUR DEPOSIT FR 02123<br>0 TO 030130 RATE 1.2500 |

### DEBITS

| | | | | | |
|---|---|---|---|---|---|
| 30JAN | | | USD YOUR: ND098673110130030I<br>OUR: 0303000835IN | 730,290.45 | NASSAU DEPOSIT TAKEN<br>A/C: WR GRACE & COMPANY<br>JERSEY CITY, NJ 07310<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>30130 TO 030228 RATE 1.2500 |

### CHECKS

*No Activity*

---

**FT CODE:**

| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT |

| | |
|---|---|
| US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE TERMS AND CONDITIONS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan Chase Bank

JPMorganChase

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| | |
|---|---|
| Account No: | 018-001257 |
| Statement Start Date: | 16 JAN 2003 |
| Statement End Date: | 31 JAN 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 002 |
| | Page 1 of 19 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 37 | 68,287,015.78 |
| Total Debits (incl. checks) | 66 | 68,420,242.48 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (15 JAN 2003) | | Closing (31 JAN 2003) | |
|---|---|---|---|---|
| | Ledger | 577,610.81 | Ledger | 494,384.11 |

## CLOSING BALANCES

LEDGER BALANCES

| Date | Amount |
|---|---|
| 16JAN | 482,113.08 |
| 17JAN | 483,585.94 |
| 21JAN | 476,391.76 |
| 22JAN | 455,981.27 |
| 23JAN | 478,721.79 |
| 24JAN | 448,061.57 |
| 27JAN | 694,807.70 |
| 28JAN | 533,920.63 |
| 29JAN | 460,525.09 |
| 30JAN | 526,285.27 |
| 31JAN | 424,384.11 |

## CREDITS

| Ledger Date | Value Date | F | T | Reference | Credit Amount | Description |
|---|---|---|---|---|---|---|

16JAN | 16JAN USD YOUR: MAESTRO
OUR: 029770801GFF | 300,000.00 | FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600157 RFB=MAESTRO OBI=FUND
-318-P 1-S 1 ML PREMIER FUND BBI=/T
IMAD: 0116A1Q02CCC001504

16JAN | 16JAN USD YOUR: O/B BKAM IL CGO
OUR: 0125407016FF | 1,912,105.41 | FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600157 RFB=O/B BKAM IL CGO
OBI=HOWT BBI=/TIME/11:32
IMAD: 0116Q1FGFY2C000449

16JAN | 16JAN USD YOUR: O/B WACHOVIA WIN
OUR: 0166314016FF | 4,164,588.00 | FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-00001600157 RFB=O/B WACHOVIA WIN

FT CODE:

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

PMorgan Chase

**JPMorganChase**

Statement of Account

TS

**W.R. GRACE AND COMPANY**
**SYRACUSE FUNDING ACCOUNT**
**ATT:MARY BOUCHARD**
**62 WHITTEMORE AVENUE**
**CAMBRIDGE MA 02140**

In US Dollars

| | |
|---|---|
| Account No: | 010-001257 |
| Statement Start Date: | 16 JAN 2003 |
| Statement End Date: | 31 JAN 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 002 |

Page 2 of 19

| Ledger/Value Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balance/Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 17JAN | | USD OUR: 01777796635TC | 234.56 | BBI=/TIME/12:38<br>IMAD: 0116EAQFT11A000946<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030115<br>ORIG ID:9025571072 DESC DATE:030117<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000002779665 EED:030117<br>IND ID:GR000000094117<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 17JAN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 01175030177FF | 1,315,754.97 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B BKAM IL CGO<br>OBI=HQWT BBI=/TIME/11:12<br>IMAD: 0117QIGFGY2C000331 | | |
| 17JAN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 01596070177FF | 2,483,854.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:11 | | |
| 21JAN | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 02007010211FF | 1,377.14 | IMAD: 0117EAQFT11A000892<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & COMPANY<br>BOCA RATON FL 33486-1010<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:56 | | |
| 21JAN | | USD YOUR: O/B BARCLAYS PLC<br>OUR: 51852000212FC | 16,109.00 | IMAD: 0121EAQFT11A000992<br>CHIPS CREDIT<br>VIA: BARCLAYS BANK PLC<br>/0257<br>B/O: INEOS SILICAS LIMITED<br>REF: NBNF=W.R. GRACE AND COMPANY CO | | |

JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
Account No: 016-001257
Statement Start Date: 18 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002
Page 3 of 19

| Ledger Date | Ad Ledger Date | Value Date | F/T | Reference | Credit/Debit | Description | Date | Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | LUMBIA, MD 21044-4098/AC-00001600125 7 ORG=INEOS SILICAS LIMITED OGB=BAR CLAYS BANK PLC LONDON ENGLAND EC3 N HJ OBI=INV-QTR 4 ROYALTY PAYMENT BB SSN, 028B242 | | | |
| 21JAN | | 21JAN | | USD YOUR: O/B BKAM IL CGO OUR: 0187202021FF | 1,603,561.04 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125F RFB=O/B BKAM IL CGO C-00001600125 RFB=O/B BKAM IL CGO C-0000HOWT BBI=/TIME/11:47 IMAD: 0121G1QFGVZC000596 | | | |
| 21JAN | | 21JAN | | USD YOUR: O/B WACHOVIA WIN OUR: 0356608021FF | 2,335,596.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125F RFB=O/B WACHOVIA WIN BBI=/TIME/14:38 IMAD: 0121EAQFTIA001347 | | | |
| 21JAN | | 21JAN | | USD YOUR: MAESTRO OUR: 044B701021FF | 3,800,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125F RFB=MAESTRO OBI=FUND -318-P 1-S 1 ML PREMIER FUND BBI=/T IMAD: 0121A1Q002BC001653 | | | |
| 22JAN | | 22JAN | | USD YOUR: O/B BKAM IL CGO OUR: 0092003022FF | 2,640,058.27 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001600125F RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/10:50 | | | |

JPMorgan Chase Bank

JPMorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

In US Dollars
018-001257
16 JAN 2003
31 JAN 2003
S00-USA-22
002
Page 4 of 19

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Adj Ledger Date | Value Date | F | References | Credit Amount | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS (CONTINUED)**

| | | 22JAN | | USD YOUR: O/B WACHOVIA WIN OUR: 0123409022FF | 3,776,595.00 | IMAD: 0122GIQFGY2C000290 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:42 | | |
| | | 23JAN | | USD OUR: 0235577721TC | 51.47 | IMAD: 0122EAQFTIA000780 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030121 ORIG ID:9020571072 DESC DATE:030123 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000025577721 EED:030123 IND NAME:GRACE CORP BENEFITS DE IND ID:GRI000000094123 | | |
| | | 23JAN | | USD YOUR: O/B BKAM IL CGO OUR: 0106801023FF | 416,735.53 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 CAMBRIDGE MA 02140 B/O: W.R. GRACE & CO. REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:10 IMAD: 0123GIQFGY2C000410 | | |
| | | 23JAN | | USD YOUR: O/B WACHOVIA WIN OUR: 0149113023FF | 618,064.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:07 IMAD: 0123EAQFTIA001023 | | |
| | | 23JAN | | USD YOUR: MAESTRO OUR: 0335107023FF | 7,700,000.00 | FEDWIRE CREDIT VIA: /011050028 COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

JPMorgan Chase Bank

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No: 018-00125?
Statement Start Date: 18 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002

Page 5 of 19

| Ledger Date | Value Date | Debits Amount | Credits Amount | Description | Closing Balance/Date | Amount |
|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | Description | Credits Amount |
|---|---|---|
| 24JAN | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0149701024FF<br><br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S1 ML PREMIER FUND BBI=/T<br>IMAD: 0123A1002GC01653<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/12:05<br>IMAD: 0124EAGFT11A000897 | 701,674.00 |
| 24JAN | USD YOUR: MAESTRO<br>OUR: 0346908024FF<br><br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-318-P 1-S1 ML PREMIER FUND BBI=/T<br>IMAD: 0124A1002GC01476 | 900,000.00 |
| 24JAN | USD YOUR: O/B BKAM IL CGO<br>OUR: 0146113024FF<br><br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBJ=HDMT BBI=/TIME/11:58<br>IMAD: 0124QJQF8Y2C000470 | 1,603,824.97 |
| 27JAN | USD OUR: 0274087948TC<br><br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:IERS C-3N 030123<br>ORIG ID:9205711072 DESC DATE:030127<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024087948 EED:030127<br>IND ID:GWT0000000009127<br>IND NAME:GRACE CORP BENEFITS DE | 128.57 |
| 27JAN | USD OUR: 000920011AXF<br><br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>FROM ACCOUNT 0003230790?5 | 237,928.76 |

JPMorgan Chase Bank

JPMorganChase

Statement of account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| | |
|---|---|
| Account No: | 018-001257 |
| Statement Start Date: | 16 JAN 2003 |
| Statement End Date: | 31 JAN 2003 |
| Statement Code: | 500-USA-22 |
| Statement No: | 002 |

Page 6 of 19

| Ledger Date | Adj Ledger Date | Value Date | F | Reference | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 27JAN | | | | USD YOUR: O/B BKAM IL CGO OUR: 0142101027FF | 1,279,204.09 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL CGO OBI=HOWT BBI=/TIME/11:42 IMAD: 0127010FGV2C000228 | | |
| 27JAN | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0101901027FF | 2,636,010.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/10:46 | | |
| 27JAN | | | | USD YOUR: 6080022212525 0001 OUR: 1099100027FC | 8,529,357.55 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-00001600125 7 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY SSN: 0065841 | | |
| 28JAN | | | | USD YOUR: O/B WACHOVIA WIN OUR: 0091607028FF | 619,802.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:01 IMAD: 0128EAQFTIIA000647 | | |
| 28JAN | | | | USD YOUR: MAESTRO OUR: 0385008028FF | 1,600,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN | | |

JPMorganChase

Statement of Account

**Ts**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No: 016-001257
Statement Start Date: 18 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002

Page 7 of 19

| Ledger Date | Value Date | Reference | Credit / Debit | Description | Closing/Balances Amount |
|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | Reference | Credit / Debit | Description |
|---|---|---|---|---|
| 28JAN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 007510702BFF | 2,757,656.49 | COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO DBI=FUND<br>-318-P 1-S 1 ML PREMIER FUND BBI=/T<br>IMAD: 0128AIQ002HC001972<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140 |
| 28JAN | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0256802029FF | 339,630.43 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>DBI=HOWT BBI=/TIME/10.33<br>IMAD: 0128GIQF6Y2C000214<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA BK<br>BBI=/TIME/14.22<br>IMAD: 0129F3QCAA1C001353 |
| 28JAN | | USD YOUR: 0004707872<br>OUR: 437110029FC | 463,493.00 | CHIPS CREDIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>B/O: GRACE CANADA INC<br>MISSISSAUGA,ONTARIO CANADA<br>REF: NBNF=W.R. GRACE AND COMPANY CO<br>LUMBIA MD 21044-4098/AC-00001601257<br>7 ORG=/2404020410 MISSISSAUGA,ONT<br>ARIO CANADA OGB=B N S HIGHWAY 10 AN<br>SSN: 0239221 |
| 28JAN | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0106109029FF | 870,682.30 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO |

JPMorgan Chase Bank

JPMorganChase

TS

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 JAN 2003 |
| Statement End Date: | 31 JAN 2003 |
| Statement Code: | 500-USA-22 |
| Statement No: | 002 |

Page 8 of 19

| Ledger Date | Adjusted Date | Value Date | F F | Reference | Credit/Debit | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 29JAN | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0108014029FF | 2,293,908.00 | OBI=HOWT BBI=/TIME/11:04<br>IMAD: 0129G1QFGY2C000348<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:21 | |
| 30JAN | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0099080050FF | 873,394.52 | IMAD: 0129EAQFT1A000697<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B BKAM IL CGO<br>OBI=HOWT BBI=/TIME/10:53 | |
| 30JAN | | | | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0103508053FF | 1,458,702.00 | IMAD: 0130G1QFGY2C000451<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:05 | |
| 30JAN | | | | USD YOUR: MAESTRO<br>OUR: 0349407030FF | 5,200,000.00 | IMAD: 0130EAQFT1A000718<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-00001601257 RFB=MAESTRO OBI=FUND<br>-3IB-0-I-S-1 ML PREMIER FUND BBI=/T | |
| 31JAN | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0159080051FF | 1,310,354.71 | IMAD: 0130A1Q002DC001415<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA | |

JPMorgan Chase

JPMorganChase

Statement of Account

In US Dollars
018-001257
Account No:
Statement Start Date: 18 JAN 2003
Statement End Date: 31 JAN 2003
S00-USA-22
Statement No: 002
Page 9 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Ledger Date | AcLedger Date | Value Date | Reference | Description | Credit/Debit | Closing Balance Amount | Date |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | 31JAN | USD YOUR: O/B WACHOVIA WIN OUR: 016721403IFF | 7071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4058/A C-00016001257 RFB=O/B BKAM II CGD OBI=HDWT BBI=TIME/11:35 IMAD: 0131G1QFGY2C000536 | 1,506,582.00 | | |
| | | | | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: WR GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4058/A C-00016001257 RFB=O/B WACHOVIA WIN BBI=TIME/11:41 IMAD: 0131EAQFT11A001032 | | | |

## DEBITS

| | | 16JAN | USD YOUR: FPRS DEPOSITORY OUR: 0505900016JB | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE WEEK EN DING 1/13/02 HOURLY | 932.90 | | |
| | | 16JAN | USD YOUR: SEE WIRE OUR: 0505800016JB | SSN: 0234470 CHIPS DEBIT VIA: CITIBANK /0008 A/C: BANCO DE OCCIDENTE CALI, COLOMBIA BEN: ALVARO BELTRAN FEGED X REF: MISC EXPENSES DEC 2002-JAN 200 3 73-00025,73600000,73700000,738000 SSN: 0234466 | 3,608.00 | | |
| | | 16JAN | USD OUR: 003249011AXF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00052388196S | 4,023.63 | | |
| | | 18JAN | USD YOUR: SEE WIRE OUR: 0506000016JB | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI | 51,012.63 | | |

JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

TS

In US Dollars

Account No: 018-001257
Statement Start Date: 18 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002

Page 10 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT.MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA  02140

| Ledger Date | Adj Ledger Date | Value Date | P | Reference | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | 16JAN | | USD YOUR: HOWT-CHASE  OUR: 0506100016JB | 64,617.78 | COLUMBIA MD 21044-<br>REF: UHC PAYMENTS<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| | | 16JAN | | USD YOUR: SEE WIRE  OUR: 0505700016JB | 100,287.71 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: DEUTSCHE BANK AG,AMSTERDAM<br>SWIFT CODE DEUTNL2A<br>BEN: A + M MINERALS AND METALS LTD<br>X<br>REF: GRACE DAVISON PAYMENT OF INVOI<br>CES 1689,1690<br>SSN: 0254463 | | |
| | | 16JAN | | USD YOUR: FPRS DEPOSITORY  OUR: 0506200016JB | 167,708.49 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/0103<br>A/C: FPRS DEPOSITORY<br>X<br>BEN: WR GRACE + CO.<br>X | | |
| | | 16JAN | | USD YOUR: HOWT-FUCD  OUR: 0766100016JB | 6,100,000.00 | REF: REFER TO WIRE WEEK ENDING 1/13<br>/03 HOURLY<br>SSN: 0234465<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAMINO 704-374<br>-3448/TIME/15:43<br>IMAD: 0116B1QGC01C003651 | | |
| | | 17JAN | | USD OUR: 0051730114XF | 15,781.07 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052388I963 | | |
| | | 17JAN | | USD YOUR: SEE WIRE  OUR: 0735700017JB | 37,470.51 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| | | 17JAN | | USD YOUR: SEE WIRE  OUR: 0789000017JB | 50,042.09 | BOOK TRANSFER DEBIT<br>A/C: NATEXIS BANQUE POPULAIRES<br>PARIS CEDEX 09 FRANCE 75422-<br>BEN: /30021530030409411501476 | | |

JPMorgan Chase

TS

**Statement of Account**

In US Dollars:

Account No: 018-001257
Statement Start Date: 18 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002

Page 11 of 19

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | FX | Reference | Description | Credit/Debit | Closing Balance/Amount | Date |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | | Reference | Description | Amount |
|---|---|---|---|---|---|
| 17JAN | 17JAN | USD | YOUR: ACH OF 03/01/17<br>OUR: 0005600017HP | RHODIA TERRES RARERS<br>REF: GRACE DAVISON ROYALTY PYMNT 4Q<br>2002<br>BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- | 95,097.00 |
| 17JAN | 17JAN | USD | YOUR: HOWT-FUCD<br>OUR: 0735600017JB | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAMING 704-374-<br>-3448/TIME/15:07<br>IMAD: 0117B1QGC08C003988 | 1,600,000.00 |
| 17JAN | 17JAN | USD | YOUR: SEE WIRE<br>OUR: 0735500017JB | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:07<br>IMAD: 0117B1QGC08C003989 | 2,000,000.00 |
| 21JAN | 21JAN | USD | YOUR: SEE WIRE<br>OUR: 0265400021JB | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: NORTHERN TRUST<br>X<br>BEN: W.R.GRACE + CO. SHORT TERM ACC<br>X<br>REF: W.R.GRACE + CO./TIME/12:02<br>IMAD: 0121B1QGC08C003543 | 15,254.00 |
| 21JAN | | USD | OUR: 0034050114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052338I963 | 27,316.95 |
| 21JAN | 21JAN | USD | YOUR: SEE WIRE<br>OUR: 0263300021JB | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | 74,611.13 |
| 21JAN | 21JAN | USD | YOUR: SEE WIRE<br>OUR: 0265900021JB | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/12:01 | 926,635.28 |



PMorgan Chase Bank



# JP Morgan Chase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
Account No: 016-001257
Statement Start Date: 16 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002
Page 12 of 19

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 21JAN | | 21JAN | USD | YOUR: HOWT-FUCD<br>OUR: 1185100021JB | 8,700,000.00 | IMAD: 0121I1QGC03C003466<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/16:40 | | |
| 22JAN | | | USD | OUR: 003162011XF | 9,170.87 | IMAD: 0121B1QGC07C005890<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003523881963 | | |
| 22JAN | | | USD | YOUR: SEE WIRE<br>OUR: 0735000022JB | 120,779.64 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 22JAN | | | USD | YOUR: SEE WIRE<br>OUR: 0735200022JB | 1,200,000.00 | IMAD: 0122B1QGC04C003773<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:54 | | |
| 22JAN | | | USD | YOUR: HOWT-FUCD<br>OUR: 0735600022JB | 2,500,000.00 | IMAD: 0122B1QGC05C003948<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:54 | | |
| 22JAN | | | USD | YOUR: SEE WIRE<br>OUR: 0165200022JB | 2,607,444.25 | IMAD: 0122B1QGC05C003948<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X | | |
| 23JAN | | | USD | OUR: 003291011XF | 12,199.25 | REF: SALARIED PAYROLL/TIME/11.24<br>IMAD: 0122B1QGC04C001796<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003523881963 | | |
| 23JAN | | | USD | YOUR: 0180286640016A<br>OUR: 0830200023JB | 25,000.00 | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008 | | |

JPMorgan Chase

JPMorganChase

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

Account No: 016-00125?
Statement Start Date: 18 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002

Page 13 of 19

| Ledger Date | Value Date | F | | Reference | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | | | | | A/C: THE BANK OF BERMUDA LTD. SWIFT CODE : BBDABMHM BEN: MARSH + MCLENNAN GLOBAL BROKIN X REF: DIC PREMIUM (MAGNA CARTA)PER M ARSH INVOICE 168520 SSN: 0250296 | | |
|---|---|---|---|---|---|---|---|---|
| 23JAN | | | USD | YOUR: SEE WIRE OUR: 0830100023JB | 74,580.23 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 23JAN | | | USD | YOUR: HOWT-FUCD OUR: 0830000023JB | 8,600,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC A/053000219 A/C:M.R. GRACE AND CO. CHARLOTTE  NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:00 IMAD: 0123BIQGC06C003904 | | |
| 24JAN | | | USD OUR: 003211011 4XF | | 6,115.14 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003235881963 | | |
| 24JAN | | | USD | YOUR: FPRS DEPOSITORY OUR: 1089100024JB | 13,019.91 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 1/20 /03 AND 1/21/03 HOURLY AND SALARIED SSN: 026097? | | |
| 24JAN | | | USD | YOUR: SEE WIRE OUR: 1089200024JB | 33,073.55 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 24JAN | | | USD | YOUR: SEE WIRE OUR: 1089000024JB | 482,047.59 | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVIA SCOTIA MISSISSAUGA, ONTARIO CANADA TRANSIT BEN: MONEY MOBILIZATION DIV. - CAMB ATTN TONY SKIFFINGTON REF CAMBRIDGE W.R. GRACE CANADIAN MONEYMOBILIZATION | | |

JPMorgan Chase Bank

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No: 018-001257
Statement Start Date: 16 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002

Page 14 of 19

| Ledger Date | Adj Ledger Date | Value Date | F X | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 24JAN | | 24JAN | | USD YOUR: HOWT-FUCD OUR: 1089500024JB | 2,700,000.00 | SSN: 0260975 FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:43 IMAD: 0124810C06C004534 | | |
| 27JAN | | 27JAN | | USD OUR: 003205011.4XF | 1,268.13 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032881963 | | |
| 27JAN | | 27JAN | | USD YOUR: ACH OF 03/01/27 OUR: 0009500027HP | 6,000.00 | BOOK TRANSFER DEBIT A/C: C3/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 27JAN | | 27JAN | | USD YOUR: SEE WIRE OUR: 0290100027JB | 90,156.11 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| 27JAN | | 27JAN | | USD YOUR: 0010028660016A OUR: 0480300027JB | 259,558.74 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: THE BANK OF BERMUDA LTD. SWIFT CODE BBDABMIM BEN: MARSH + MCLENNAN GLOBAL BROKIN X REF: DOMESTIC PROPERTY PREM. ALLIED WORLASSURANCE. MARSH INV 169817 | | |
| 27JAN | | 27JAN | | USD YOUR: SEE WIRE OUR: 0951900027JB | 346,198.58 | SSN: 021678 CHIPS DEBIT VIA: THE NORTHERN TRUST INTL BKING /0112 A/C: FORTIS BANK (NEDERLAND) N.V. 1000 A9 AMSTERDAM, NETHERLANDS BEN: MECOMIN DEVELOPMENT LTD ATTN CAROLINE YATES REF: GRACE DAVISON PAYMENT OF INVOI CE.4392.105, 4392.116 | | |
| 27JAN | | 27JAN | | USD YOUR: SUPP. PENSION OUR: 0290200027JB | 365,652.44 | SSN: 021112 FEDWIRE DEBIT VIA: NORTHERN CHGO /071000152 A/C: W.R GRACE + CO. RETIREMENT PLA ATTN MR BRUCE HENIKEN REF: SUPPLEMENTAL PENSION PYMT FOR | | |

JPMorganChase

Statement Account

TS

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 18 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002

Page 15 of 19

| Ledger Date | Adj Ledger Date | Value Date | F/L | Reference | Credit&Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

THE MONTH OF FEBRUARY 2003/TIME/11:
11
IMAD: 0127B10GC07C002008

| 27JAN | | | | USD YOUR: FPRS DEPOSITORY OUR: 1148400027JB | 1,056,786.70 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE WEEK EN DING 1/20/03 AND 1/21/03 CPD/DAVISO SSN: 0269987 | | |

| 27JAN | | | | USD YOUR: 0018225102003A OUR: 1146700027JB | 1,457,901.17 | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: MONEY MOBILIZATION DIVISION ATTENTION GEORGE SEYMOUR REF: DAVISON W.R. GRACE - VALLEYFIE LD SETTLEMENT SSN: 0269979 | | |

| 27JAN | | | | USD YOUR: HOWT-FUCD OUR: 1147900027JB | 2,000,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3648/TIME/16:19 IMAD: 0127B10GC07C004655 | | |

| 27JAN | | | | USD YOUR: SEE WIRE OUR: 0952000027JB | 2,254,461.97 | CHIPS DEBIT VIA: BANK OF NEW YORK /001 A/C: MARSH USA INC., NEW YORK X REF: WR GRACE + CO INVOICES 716791, 716804,716832 AND 716834 SSN: 0261098 | | |

| 27JAN | | | | USD YOUR: SEE WIRE OUR: 1147200027JB | 4,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND | | |

JPMorganChase

TS

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| | |
|---|---|
| Account No: | 018-001257 |
| Statement Start Date: | 18 JAN 2003 |
| Statement End Date: | 31 JAN 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 002 |

Page 16 of 19

| Ledger Date | Ad Ledger Date | Value Date | Reference | Credit/Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 28JAN | | | USD YOUR: SEE WIRE<br>OUR: 1261900028JB | 4,036.27 | BEN: N/O W.R. GRACE + CO - CONN<br>ATTN: MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:19<br>IMAD: 0127B1QC01C004655<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA FL<br>/063000021<br>A/C: RODRIGO AYERBE<br>PHONE 904-824-7521<br>REF: FROM WR GRACE-PAYMENT FOR 1ST<br>QTR 2003 | | |
| 28JAN | | | USD OUR: 0036940114XF | 11,012.20 | IMAD: 0128B1QGC03C003775<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0005235B1963 | | |
| 28JAN | | | USD YOUR: SEE WIRE<br>OUR: 0322800028JB | 57,376.80 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS | | |
| 28JAN | | | USD YOUR: HOWT-CHASE<br>OUR: 1262000028JB | 84,363.15 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | | |
| 28JAN | | | USD YOUR: SEE WIRE<br>OUR: 1261800028JB | 215,557.00 | CHIPS DEBIT<br>/001<br>VIA: BANK OF NEW YORK<br>A/C: MARSH USA INC., NEW YORK<br>X<br>REF: WR GRACE-PROP/ALLRISK 715965,7<br>15963716005,716018,716022,716039,71<br>5966<br>SSN: 0254603 | | |
| 28JAN | | | USD YOUR: SEE WIRE<br>OUR: 0322700028JB | 1,065,800.14 | FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:47<br>IMAD: 0128B1QGC01C001892 | | |
| 28JAN | | | USD YOUR: HOWT-FUCD<br>OUR: 1282800028JB | 3,700,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374 | | |

Morgan Chase

JPMorganChase

Statement of Account

In US Dollars
018-001257
Account No:
Statement Start Date: 16 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002
Page 17 of 19

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Ledger Date | Value Date | Reference | Debit/Credit | Description |
|---|---|---|---|---|

## DEBITS CONTINUED

| 29JAN | USD OUR: 0035101114XF | | -3448/TIME/17:19 IMAD: 0128BIQGC05C004082 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I965 |
| 29JAN | USD YOUR: FPRS DEPOSITORY OUR: 0875200029JB | 483.74 | CHIPS DEBIT VIA:DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE SSN: 0260027 |
| 29JAN | | | 964.73 |
| 29JAN | USD YOUR: ACH OF 03/01/29 OUR: 0046900029HP | 10,382.35 | BOOK TRANSFER DEBIT A/C: PNFS PRE-FUNDING CLEARING A TAMPA FL 3364- |
| 29JAN | USD YOUR: SEE WIRE OUR: 0877000029JB | 29,278.45 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 29JAN | USD YOUR: SEE WIRE OUR: 0873500029JB | 1,900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:56 IMAD: 0129BIQC06C004129 |
| 29JAN | USD YOUR: HOWT-FUCD OUR: 0874400029JB | 2,100,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAMIN0 704-374 -3448/TIME/15:56 IMAD: 0129BIQC08C004510 |
| 30JAN | USD YOUR: SEE WIRE OUR: 0826700030JB | 20,497.66 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 30JAN | USD OUR: 0032300114XF | 46,516.10 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238I965 |

JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT.MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
018-001257
Statement Start Date: 16 JAN 2003
Statement End Date: 31 JAN 2003
Statement Code: S00-USA-22
Statement No: 002
Page 18 of 19

Account No:

| Ledger Date | Adj Ledger Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| | | 30JAN | USD YOUR: ACH OF 03/01/30 OUR: 0022900030HP | 116,494.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| | | 30JAN | USD YOUR: FPRS DEPOSITORY OUR: 0825200030JB | 182,828.58 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY BEN: WR GRACE + CO. REF: REFER TO WIRE WEEK ENDING 1/27 /03 CPD/DAVISON | | |
| | | 30JAN | USD YOUR: HOWT-FUCD OUR: 0940800030JB | 7,100,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 SSN: 0255474 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:10 IMAD: 0130B1QGC07C004334 | | |
| | | 31JAN | USD OUR: 0033440114XF | 390.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00052588196 3 | | |
| | | 31JAN | USD YOUR: SEE WIRE OUR: 1063700031JB | 18,447.87 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS | | |
| | | 31JAN | USD YOUR: HOWT-FUCD OUR: 1063600031JB | 500,000.00 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15:07 IMAD: 0131B1QGC03C004468 | | |
| | | 31JAN | USD YOUR: SEE WIRE OUR: 1063500031JB | 2,400,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT FUND BEN: N/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/15:07 IMAD: 0131B1QGC01C004576 | | |