UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case Nos. 01-01139 |
| | through 01-1200 |
| W.R. Grace & Co. et al.,[1] | Jointly Administered |
| Debtors. | |

## NOTICE

TO: «TRANORBUSI»

Pursuant to Rule 3001(e) (2) of the Federal Rules of Bankruptcy Procedure, you are advised that there has been filed with the United States Bankruptcy Court for the District of DE a Transfer to «TRANEEBUSI» of your Claim No. «CFNUM» in the amount of «TRANORSAMT».

If you do not object to this Transfer on or before twenty (20) days from the date of the mailing of this notice (i.e., «Due_Date»), by filing a written objection with the Office of the Clerk, United States Bankruptcy Court, District of Delaware, 824 Market St, Wilmington, DE 19801-3577 and serving a copy of the objection on the Official Claims and Noticing Agent listed below, «TRANEEBUSI» will be substituted in your place as the original claimant.

DATED: «Mail_Date»

        W. R. Grace Bankruptcy
        Office of the Claims Agent
        PO Box 1620
        Faribault MN 55021-1620

        Official Claims and Noticing Agent for the Clerk of Court in the
        W. R. Grace & Co., et al. Cases

---

[1] The debtors are the following entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc.(f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin &Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# W.R. Grace & Co. et al

*20-Day Notices mailed from 12/26/2002 to 12/26/2002*

191
BULK PROCESS EQUIPMENT INC
40 S DUNDALK AVE STE 505
BALTIMORE, MD 21222
12/26/2002

214
PIEDMONT NATIONAL CORP
1561 SOUTHLAND CIRCLE NW
ATTN: PATRICIA GOGGINS
ATLANTA, GA 30318
12/26/2002

220
SMITH CONTAINER CORPORATION
PO BOX 1827 260 SOUTHFIELD PARKWAY
ATTN: BILL SCALIA
FOREST PARK, GA 30298
12/26/2002

243
PREFERRED UTILITIES MANUFACTURING
31 SOUTH AVE
DANBURY, CT 06810
12/26/2002

250
LEWIS DISPOSAL SERVICE
PO BOX 338
WRENS, GA 30833
12/26/2002

251
RED CAP MAINTENANCE INC
10137 S HARLEM AVE
CHICAGO RIDGE, IL 60415
12/26/2002

252
MID-ATLANTIC INDUSTRIAL PRODUCTS
5149 WASHINGTON BLVD
ELKRIDGE, MD 21075
12/26/2002

253
CHROMA COPY
12 CHANNEL ST
BOSTON, MA 02210
12/26/2002

255
BETTER BUILT STORAGE BUILDINGS
5103 HWY 74 WEST
MONROE, NC 28110
12/26/2002

256
HOOSIER OVERDOORS
2121 GETTLER ST
DYER, IN 46311
12/26/2002

257
SANDERS ROOFING CO INC
925 BALL AVE
UNION, NJ 07083
12/26/2002

258
HINDON CORP
2055 BEES FERRY RD
CHARLESTON, SC 29414
12/26/2002

259
KONECRANE'S INC
4401 GATEWAY BLVD
SPRINGFIELD, OH 45502
12/26/2002

260
DECA VIBRATOR
7548 W 99TH PL
BRIDGEVIEW, IL 60455
12/26/2002

261
MODERN SUPPLY CO INC
1507 EAST 15TH ST
OWENSBORO, KY 42302
12/26/2002

262
N.E. BAYSTATE PRESS
2 WATSON PL
FRAMINGHAM, MA 01701
12/26/2002

263
DONALD V BELSITO MD
6516 ABERDEEN RD
MISSION HILLS, KS 66208
12/26/2002

264
MCCOY SHEET METAL WORKS INC
160 E MAIN ST
TUSTIN, CA 92780
12/26/2002

# W.R. Grace & Co. et al

*20-Day Notices mailed from 12/26/2002 to 12/26/2002*

265
F.H. AYER MFG
2015 HALSTED ST
CHICAGO HEIGHTS, IL 60411
12/26/2002

266
BIG RIVER RUBBER & GASKET
214 W 10TH ST
PO BOX 369
OWENSBORO, KY 42303
12/26/2002

267
ARIEL DESIGN
1502 PROVIDENCE HWY
NORWOOD, MA 02062
12/26/2002

268
IDS BLAST FINISHING
6321 E 30TH ST
INDIANAPOLIS, IN 46219
12/26/2002

269
CARDINAL BUILDING MAINTENANCE INC DBA CA
4952 W 128TH PL
ALSIP, IL 60803
12/26/2002

270
AT&T CORPORATION
55 CORPORATION DE ROOM 24A80
ATTN: JACKIE CALLANDRIELLO
BRIDGEWATER, NJ 08807
12/26/2002

271
ELKEM MATERIALS INC
400 ROUSER RD BLDG 2
MOON TOWNSHIP, PA 15108
12/26/2002

272
COMPUTER TASK GROUP INC
800 DELAWARE AVE
BUFFALO, NY 14209
12/26/2002

274
CROSIBLE INC FILTRATION
PO BOX 271
87 W CAYUGA ST
MORAVIA, NY 13118
12/26/2002

275
EURO QUEST
8351
ROSWELL RD
ATLANTA, GA 30350
12/26/2002

276
US LIQUIDS OF GEORGIA
7202 E 8TH AVE
TAMPA, FL 33619
12/26/2002

278
NEW ENGLAND INDUSTRIAL TRUCK INC
10 RYAN RD
WOBURN, MA 01801
12/26/2002

279
NEW ENGLAND INDUSTRIAL TRUCK INC
195 WILDWOOD AVE
WOBURN, MA 01801
12/26/2002

280
O'BRIEN & GERE ENGINEERS INC
5000 BRITTONFIELD PKWY
EAST SYRACUSE, NY 13057
12/26/2002

281
O'BRIEN & GERE INC OF NORTH AMERICA
5000 BRITTONFIELD PKWY
EAST SYRACUSE, NY 13057
12/26/2002

282
PERK'S WELDING CO INC
28 COLVERT ST
PORT JERVIS, NY 12771
12/26/2002

283
CLARK REYNOLDS ELECTRIC CO
1840 JOHANNA ST
HOUSTON, TX 77055
12/26/2002

284
TESTING ENGINEERS INC
2811 ADELINE ST
OAKLAND, CA 94608
12/26/2002

# *W.R. Grace & Co. et al*

*20-Day Notices mailed from 12/26/2002 to 12/26/2002*

286
SELLER'S PROCESS EQUIPMENT CO
394 E CHURCH RD STE A
KING OF PRUSSIA, PA 19406
12/26/2002

287
MCKENZIE PEST CONTROL INC
PO BOX 5602
LAKE CHARLES, LA 70606
12/26/2002

289
REICHHOLD CHEMICALS
ATTN: JEFF INMAN
2400 ELLIS RD
DURHAM, NC 27703
12/26/2002

290
SPEC FAB COMPANY
1818 ROWLAND ST
LAKE CHARLES, LA 70602
12/26/2002

291
PREFERRED FIRE PROTECTION
416 S MAIN ST STE H
MAULDIN, SC 29662
12/26/2002

293
CAPERS CLEVELAND DESIGN INC
ATTN: MS LAUREN CAPERS
3 BOYLSTON PL
BOSTON, MA 02119
12/26/2002

294
JOBE & COMPANY INC
7677 CANTON CENTER DR
BALTIMORE, MD 21224
12/26/2002

295
INDUSTRIAL HEAT TREATING INC
22-26 DENSMORE ST
N QUINCY, MA 02171
12/26/2002

296
STAR HOLDINGS INC DBA DER-KEL CHEMICALS
325 N HAMILTON ST
DALTON, GA 30720
12/26/2002

299
HERCULES INC
ATTN: MS ANNE T SCHUMANN
1313 N MARKET ST
WILMINGTON, DE 198940001
12/26/2002

302
PLAUCHE SMITH & NIESET
1123 PITHON ST
ATTN: CHRIS IEYOUB
LAKE CHARLES, LA 70602
12/26/2002

305
GREGORY ELECTRIC CO
2124 COLLEGE ST
ATTN: TRINA GEDDINGS
COLUMBIA, SC 29205
12/26/2002