IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 3516** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION**
**REGARDING THE FOURTH INTERIM APPLICATION OF THE OFFICIAL**
**COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FOR**
**REIMBURSEMENT OF EXPENSES TO COMMITTEE MEMBERS FOR THE**
**PERIOD OF APRIL 1, 2002 THROUGH DECEMBER 31, 2002**
**(DOCKET NO. 3516)**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed

by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative

Order"), the Official Committee of Asbestos Personal Injury Claimants (the

"Committee"), submitted on March 18, 2003 a fourth interim reimbursement of expenses

application ("Application") [Docket No. 3516] for reimbursement of expenses incurred in

the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before

April 7, 2003. No objections to the Application have been received by the undersigned.

Moreover, the Court's docket reflects that no objections to the Application were filed. In

accordance with the Amended Administrative Order, upon the filing of this Certificate of

No Objection, the Debtors are authorized to pay the Committee one hundred percent

(100%) of the expenses requested in the Application.

> CAPLIN & DRYSDALE, CHARTERED
> Elihu Inselbuch
> 399 Park Avenue
> New York, NY  10022
> (212) 319-7125
>
>                    -and-
>
> CAPLIN & DRYSDALE, CHARTERED
> Peter Van N. Lockwood
> One Thomas Circle, N.W.
> Washington, D.C.  20005
> (202) 862-5000
>
>                    - and -
>
> CAMPBELL & LEVINE, LLC
>
>
> /s/ Aileen F. Maguire
> _____
> Aileen F. Maguire (I.D. #3756)
> 800 North King Street
> Suite 300
> Wilmington, DE  19899
> (302) 426-1900
>
> Delaware and Associated Counsel for the
> Official Committee of Asbestos Personal
> Injury Claimants

Dated: April 8, 2003