# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: April 28, 2003 at 4:00 p.m. |

## NINETEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

Name of Applicant:   *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:   *Official Committee of Equity Holders*

Date of Retention:   *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:   *February 1, 2003 through and
including February 28, 2003*

Amount of Compensation sought as
actual, reasonable and necessary: *$13,418.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$240.08*

This is a(n):   **X**   monthly       __     interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

KL2 2205684 1

| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
|---|---|---|---|
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | pending |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 525.00 | 12.80 | $6,720.00 |
| Horowitz, Gregory A. | 485.00 | 0.40 | $194.00 |
| Becker, Gary M. | 455.00 | 7.20 | $3,276.00 |
| Klein, David | 335.00 | 4.50 | $1,507.50 |
| Mangual, Kathleen | 185.00 | 9.30 | $1,720.50 |
| **Total** | | **34.20** | **$13,418.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period<br>2/1/03 through 2/28/03 | Total Fees for the Period<br>2/1/03 through 2/28/03 |
|---|---|---|
| Case Administration | 5.50 | $1,726.50 |
| Claim Analysis Objection & Resolution(Asbestos) | 12.00 | $6,230.00 |
| Creditor Committee | 2.30 | $1,123.50 |
| Fee Applications, Applicant | 8.60 | $2,266.00 |
| Financing | 0.20 | $105.00 |
| Fraudulent Conveyance Adv. Proceeding | 2.80 | $672.00 |
| Plan and Disclosure Statement | 2.50 | $1,137.50 |
| Reorganization Plan | 0.30 | $157.50 |
| **Total** | **34.20** | **$13,418.00** |

KL2 2205684 1

**EXPENSE SUMMARY**

| Expense Category | Total Expenses For the Period 2/1/03 through 2/28/03 |
|---|---:|
| Telecopier | $20.00 |
| Photocopying | $133.20 |
| Long-Distance Tel. | $0.59 |
| Cab Fares | $22.00 |
| Messenger Service | $46.29 |
| Meals | $18.00 |
| **Total** | **$240.08** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated:  April 4, 2003

- 4 -

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 525.00 | 52.50 |
| KLEIN, DAVID | CRED | 4.50 | 335.00 | 1,507.50 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 0.90 | 185.00 | 166.50 |
| | Subtotal | 5.50 | $ | 1,726.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 1.10 | 525.00 | 577.50 |
| BECKER, GARY M. | CRED | 1.20 | 455.00 | 546.00 |
| | Subtotal | 2.30 | $ | 1,123.50 |

### FINANCING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 525.00 | 105.00 |
| | Subtotal | 0.20 | $ | 105.00 |

### REORGANIZATION PLAN

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 525.00 | 157.50 |
| | Subtotal | 0.30 | $ | 157.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.50 | 455.00 | 1,137.50 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 6.10 | 185.00 | 1,128.50 |
| | Subtotal | 8.60 | $ | 2,266.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

**CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 11.00 | 525.00 | 5,775.00 |
| BECKER, GARY M. | CRED | 1.00 | 455.00 | 455.00 |
| | Subtotal | 12.00 | $ | 6,230.00 |

**FRAUDULENT CONVEYANCE ADV. PROCEEDING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 525.00 | 52.50 |
| HOROWITZ, GREGORY A. | LITI | 0.40 | 485.00 | 194.00 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 2.30 | 185.00 | 425.50 |
| | Subtotal | 2.80 | $ | 672.00 |

**PLAN AND DISCLOSURE STATEMENT**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.50 | 455.00 | 1,137.50 |
| | Subtotal | 2.50 | $ | 1,137.50 |
| | Total | 34.20 | $ | 13,418.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | PARTNER | 12.80 | 525.00 | 6,720.00 |
| HOROWITZ, GREGORY A. | PARTNER | 0.40 | 485.00 | 194.00 |
| BECKER, GARY M. | ASSOCIATE | 7.20 | 455.00 | 3,276.00 |
| KLEIN, DAVID | ASSOCIATE | 4.50 | 335.00 | 1,507.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 9.30 | 185.00 | 1,720.50 |
| | Total | 34.20 | | $13,418.00 |

KL4:2069979.1

**SCHEDULE OF DISBURSEMENTS**
**FOR THE PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 20.00 |
| PHOTOCOPYING | 133.20 |
| LONG-DISTANCE TEL. | 0.59 |
| MESSENGER SERVICE | 46.29 |
| CAB FARES | 22.00 |
| MEALS | 18.00 |
| Subtotal | $240.08 |

Case 01-16034-AMC   Doc 3638   Filed 04/08/03   Page 9 of 31

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD FEBRUARY 1, 2003 THROUGH  FEBRUARY 28, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 10.00 |
| PHOTOCOPYING | 71.04 |
| MANUSCRIPT SERVICE | <u>60.00</u> |
| Subtotal | <u>$141.04</u> |

alp_132c: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:45

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Special Billing Instructions: reduce tele 1.00/photo. 0.15/w/o manu. services

## PRE-BILLING SUMMARY REPORT

| | | | FEES | COSTS |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 02/28/2003 | |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 02/28/2003 | |
| | | | 13,418.00 | 240.08 |

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                          02/28/2003
CLOSE MATTER/FINAL BILLING?         YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                                         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

## ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

DISBURSEMENTS:
FEES:                              64,866.04    UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                       1,984.37    PAID FEE RETAINER:            0.00
DISB RETAINER:                          0.00    PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:                 66,850.41    TOTAL AVAILABLE FUNDS:        0.00
                                                TRUST BALANCE:                0.00

## BILLING HISTORY

DATE OF LAST BILL:                 03/19/03    LAST PAYMENT DATE:        02/18/03
LAST BILL NUMBER:                    367178    FEES BILLED TO DATE:     529,706.50
LAST BILL THRU DATE:               02/28/03    FEES WRITTEN OFF TO DATE:  537,630.50

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (6) Summer Associate
        (2) Late Time & Costs Posted     (7) Fixed Fee
        (3) Pre-arranged Discount        (8) Premium
        (4) Excessive Legal Time         (9) Rounding
        (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

alp_132c: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:51

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 02/03/03 | 02/28/03 | 12.80 | 6,720.00 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 02/03/03 | 02/03/03 | 0.40 | 194.00 |
| 05292 | BECKER, GARY M. | ASSOCIATE | 02/03/03 | 02/25/03 | 7.20 | 3,276.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 02/04/03 | 02/28/03 | 4.50 | 1,507.50 |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 02/03/03 | 02/24/03 | 9.30 | 1,720.50 |
| | Total: | | | | 34.20 | 13,418.00 |

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 02/04/03 | 02/26/03 | 20.00 |
| 0820 | PHOTOCOPYING | 02/03/03 | 02/28/03 | 131.20 |
| 0840 | MANUSCRIPT SERVICE | 02/10/03 | | 0.00 |
| 0885 | LONG-DISTANCE TEL. | 02/06/03 | 02/06/03 | 0.59 |
| 0930 | MESSENGER/COURIER | 02/03/03 | | 46.29 |
| 0940 | CAB FARES | 02/05/03 | 02/25/03 | 22.00 |
| 0942 | MEALS/IN-HOUSE | 02/25/03 | 02/25/03 | 18.00 |
| | Total: | | | 240.08 |
| | Grand Total | | | 13,658.08 |

## A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 03/19/03 10:46:51)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 08/15/02 | 06/30/02 | 357518 | 20,392.50 | 388.61 | | 16,702.61 | 10/30/02 | 4,078.50 |
| 08/19/02 | 07/31/02 | 356268 | 28,083.50 | 923.59 | | 23,390.39 | | 5,616.70 |
| 09/30/02 | | 358469 | 33,598.50 | 7,190.62 | | 38,806.72 | | 1,982.40 |
| 10/21/02 | 09/30/02 | 358921 | 25,489.50 | 1,761.46 | | 22,134.06 | 12/31/02 | 5,116.90 |
| 11/19/02 | 10/31/02 | 361261 | 39,170.00 | 2,124.93 | | 33,317.43 | 12/31/02 | 7,977.50 |
| 12/13/02 | | 362365 | 18,704.00 | 633.86 | | 15,615.32 | 02/18/03 | 3,722.54 |
| 01/13/03 | 11/30/02 | 364471 | 11,853.50 | 816.82 | | .00 | | 12,670.32 |
| 02/20/03 | 12/31/02 | 366584 | 11,100.00 | 927.47 | | .00 | | 12,027.47 |
| 03/19/03 | 02/28/03 | 367178 | 13,418.00 | 240.08 | | .00 | | 13,658.08 |
| | | Total: | 201,809.50 | 15,007.44 | | 149,966.53 | | 66,850.41 |

a1p_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Matter No: 056772-00001          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION          Supv Prtnr : MAYER THOMAS MORRS - 03976
Matter Opened : 07/27/2001                                                                      Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w.o manu. services

                                          PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    02/04/2003                    TO:    02/28/2003
UNBILLED DISB FROM:    02/03/2003                    TO:    02/28/2003

                                          FEES                COSTS

GROSS BILLABLE AMOUNT:                    1,726.50            175.30
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION:                                  02/28/2003

BILLING PARTNER APPROVAL:

BILLING COMMENTS:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                          ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                                          UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:          10,072.00          PAID FEE RETAINER:             0.00
FEES:                    1,812.99          PAID DISB RETAINER:            0.00
FEE RETAINER:                0.00          TOTAL AVAILABLE FUNDS:         0.00
DISB RETAINER:               0.00          TRUST BALANCE:
TOTAL OUTSTANDING:      11,884.99

                                          BILLING HISTORY

DATE OF LAST BILL:      03/19/03          LAST PAYMENT DATE:      02/18/03
LAST BILL NUMBER:       367178          FEES BILLED TO DATE:      154,196.00
LAST BILL THRU DATE:    02/28/03          FEES WRITTEN OFF TO DATE:      67,546.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

                              (1) Exceeded Fixed Fee          (6) Summer Associate
                              (2) Late Time & Costs Posted    (7) Fixed Fee
                              (3) Pre-arranged Discount        (8) Premium
                              (4) Excessive Legal Time         (9) Rounding
                              (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____          Processed by: _____          FRC: _____          CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Matter No: 056772-00001
Client Name : W. R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Total Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | | 02/28/03 | 0.10 | 52.50 |
| 05646 | KLEIN, DAVID | CRED | 02/28/03 | 02/28/03 | 4.50 | 1,507.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 02/18/03 | 02/18/03 | 0.90 | 166.50 |

Total: 5.50   1,726.50

Sub-Total Hours :   0.10 Partners   0.00 Counsels   4.50 Associates   0.90 Legal Assts   0.00 Others

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 02/03/03 | 02/28/03 | 100.50 |
| 0840 | MANUSCRIPT SERVICE | 02/10/03 | 02/26/03 | 0.50 |
| 0885 | LONG-DISTANCE TEL. | 02/03/03 | 02/03/03 | 0.59 |
| 0930 | MESSENGER/COURIER | 02/06/03 | 02/24/03 | 34.21 |
| 0940 | CAB FARES | 02/25/03 | 02/25/03 | 22.00 |
| 0942 | MEALS/IN-HOUSE | 02/25/03 | 02/25/03 | 18.00 |

Total: 175.30

Grand Total 1,901.80

## ACCOUNTS RECEIVABLE      (Reflects Payments As of 03/19/03 10:46:42)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Billed Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 08/15/02 | 06/30/02 | 357518 | 3,870.00 | 332.91 | | 4,202.91 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 5,975.00 | 367.89 | | 6,342.89 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 4,022.50 | 167.59 | | 5,192.09 | 11/26/02 | |
| 10/21/02 | 09/30/02 | 359721 | 1,255.50 | 1,759.36 | | 3,014.86 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 4,217.00 | 1,777.44 | | 5,994.44 | 12/31/02 | |
| 12/13/02 | 11/30/02 | 362365 | 4,761.50 | 353.77 | | 5,123.27 | 02/18/03 | |
| 12/31/02 | 12/31/02 | 362265 | 4,069.50 | 733.32 | | | | 6,814.32 |
| 01/31/03 | 12/31/02 | 362365 | 6,081.00 | 904.37 | | | | 3,168.87 |
| 02/20/03 | 01/31/03 | 365684 | 2,264.50 | | | | | |
| 03/19/03 | 02/28/03 | 367178 | 1,726.50 | 175.30 | | | | 1,901.80 |

Total: 34,181.50   7,573.95   29,870.46   11,884.99

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

PAGE   3

Run Date & Time: 03/19/2003 10:46:42

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 02/28/03 | Trade emails re case admin. issues. | 0.10 | 52.50 | 4564353 | 03/03/03 |
| **Total For BENTLEY P - 02495** | | | **0.10** | **52.50** | | |
| KLEIN, DAVID | 02/04/03 | review filings | 0.10 | 33.50 | 4541458 | 02/13/03 |
| KLEIN, DAVID | 02/05/03 | review filings. | 0.10 | 33.50 | 4541459 | 02/13/03 |
| KLEIN, DAVID | 02/06/03 | review pleadings/filings, distr same as | 0.40 | 134.00 | 4541460 | 02/13/03 |
| | | necessary. | | | | |
| KLEIN, DAVID | 02/07/03 | review filings. | 0.20 | 67.00 | 4541461 | 02/13/03 |
| KLEIN, DAVID | 02/08/03 | reviewed filings. | 0.10 | 33.50 | 4541462 | 02/13/03 |
| KLEIN, DAVID | 02/10/03 | review pleadings/filings, distr same as | 0.20 | 67.00 | 4541463 | 02/13/03 |
| | | necessary. | | | | |
| KLEIN, DAVID | 02/12/03 | review pleadings/filings, distr same as | 0.10 | 33.50 | 4541464 | 02/13/03 |
| | | necessary. | | | | |
| KLEIN, DAVID | 02/13/03 | review pleadings/filings, distr same as | 0.10 | 33.50 | 4546957 | 02/20/03 |
| | | necessary. | | | | |
| KLEIN, DAVID | 02/14/03 | review pleadings/filings, distr same as | 0.70 | 234.50 | 4546970 | 02/20/03 |
| | | necessary | | | | |
| KLEIN, DAVID | 02/20/03 | review pleadings/filings, distr same as | 0.10 | 33.50 | 4551045 | 02/25/03 |
| | | necessary. | | | | |
| KLEIN, DAVID | 02/24/03 | review pleadings/filings, distr same as | 1.10 | 368.50 | 4560060 | 03/03/03 |
| | | necessary; read/summarize J. Wolin's opinion, | | | | |
| | | voicemail to CMB re same. | | | | |
| KLEIN, DAVID | 02/25/03 | review pleadings/filings, distr same as | 0.80 | 268.00 | 4566117 | 03/03/03 |
| | | necessary. | | | | |
| KLEIN, DAVID | 02/26/03 | review pleadings/filings, distr same as | 0.30 | 100.50 | 4566204 | 03/03/03 |
| | | necessary. | | | | |
| KLEIN, DAVID | 02/27/03 | review pleadings/filings, distr same as | 0.10 | 33.50 | 4566321 | 03/03/03 |
| | | necessary. | | | | |
| KLEIN, DAVID | 02/28/03 | review pleadings/filings, distr same as | 0.10 | 33.50 | 4566341 | 03/03/03 |
| | | necessary. | | | | |
| **Total For KLEIN D - 05646** | | | **4.50** | **1,507.50** | | |
| MANGUAL, KATHLEEN | 02/18/03 | organization of files and update pleadings | 0.90 | 166.50 | 4568505 | 03/04/03 |
| | | index (.90) | | | | |
| **Total For MANGUAL K - 05208** | | | **0.90** | **166.50** | | |

Fee Total                                                                    5.50        1,726.50

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

alp_132r: Billed Charges Analysis
Run Date & Time: 03/19/2003 10:46:42

| | |
|---|---|
| Matter No: 056772-00001 | |
| Client Name : W. R. GRACE & CO. EQUITY COMMITTEE | |
| Matter Name : CASE ADMINISTRATION | |
| Matter Opened : 07/27/2001 | |

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | O'BRIEN, M O | 02/03/03 | 2.70 | 5971833 | 92754 | 02/11/03 |
| O BRIEN MARIELLEEN | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 02/06/03 | 21.60 | 5966820 | 92635 | 02/07/03 |
| MANGUAL KATHLEEN | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 02/10/03 | 10.80 | 5972816 | 92756 | 02/11/03 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 02/14/03 | 5.40 | 5978483 | 93044 | 02/19/03 |
| KLEIN DAVID | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 02/19/03 | 9.60 | 5980542 | 93112 | 02/20/03 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 02/21/03 | 10.50 | 5983179 | 93220 | 02/24/03 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 02/21/03 | 3.90 | 5983180 | 93220 | 02/24/03 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 02/24/03 | 20.25 | 5985041 | 93264 | 02/25/03 |
| MANGUAL KATHLEEN | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 02/25/03 | 8.10 | 5988712 | 93328 | 02/26/03 |
| KLEIN DAVID | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 02/28/03 | 7.65 | 5994460 | 93551 | 03/03/03 |
| BENTLEY PHILIP | | | | | | |
| | 0820 PHOTOCOPYING Total : | | 100.50 | | | |
| MANUSCRIPT SERVICE 0840 | | | | | | |
| MANUSCRIPT SERVICE | SEAWRIGHT, J | 02/10/03 | 0.00 | 5974354 | 92792 | 02/11/03 |
| 02/10/2003 | | | | | | |
| MANUSCRIPT SERVICE | SEAWRIGHT, J | 02/14/03 | 0.00 | 5977829 | 92985 | 02/17/03 |
| 02/14/2003 | | | | | | |
| MANUSCRIPT SERVICE | SEAWRIGHT, J | 02/19/03 | 0.00 | 5987899 | 93311 | 02/25/03 |
| 02/19/2003 | | | | | | |
| MANUSCRIPT SERVICE | SEAWRIGHT, J | 02/21/03 | 0.00 | 5984017 | 93238 | 02/24/03 |
| 02/21/2003 | | | | | | |
| MANUSCRIPT SERVICE | SEAWRIGHT, J | 02/24/03 | 0.00 | 5992314 | 93480 | 02/26/03 |
| 02/24/2003 | | | | | | |
| MANUSCRIPT SERVICE | SEAWRIGHT, J | 02/26/03 | 0.00 | 5991534 | 93430 | 02/27/03 |
| 02/26/2003 | | | | | | |
| | 0840 MANUSCRIPT SERVICE Total : | | 0.00 | | | |
| LONG-DISTANCE TEL. 0885 | | | | | | |
| LONG-DISTANCE TEL. | BENTLEY, P | 02/03/03 | 0.59 | 5733700 | 92757 | 02/11/03 |
| 312661200 | | | | | | |

```
alp_112r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5

Run Date & Time: 03/19/2003 10:46:42                            *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     :  ACTIVE

BILLED COSTS DETAIL
-------------------
Description/Code              Employee           Date         Amount       Index#   Batch No   Batch Date
-------------------          --------           ----         ------       ------   --------   ----------

MESSENGER/COURIER    0930

0885 LONG-DISTANCE TEL. Total :                                0.59

    FEDERAL EXPRESS CORPORAT   MANUAL, K M      02/06/03       12.08      5974235    92781    02/11/03
    FEDERAL EXPRESS CORPORAT   MANUAL, K M      02/24/03       10.05      5992225    9370     02/27/03
    FEDERAL EXPRESS CORPORAT   MANUAL, K M      02/24/03       12.08      5992226    9370     02/27/03
                                               0930 MESSENGER/COURIER Total :      34.21

CAB FARES            0940

    CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
    MARIANNE FERGUSON, CASHI   BENTLEY, P       02/25/03       11.00      5988421    93286    02/25/03
    02/03/03
    CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
    MARIANNE FERGUSON, CASHI   BENTLEY, P       02/25/03       11.00      5988423    93286    02/25/03
    01/31/03
                                               0940 CAB FARES Total :              22.00

MEALS/IN-HOUSE       0942

    MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
    MARIANNE FERGUSON, CASHI   BENTLEY, P       02/25/03        4.00      5988420    93286    02/25/03
    CASHIER 02/03/03
    MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
    MARIANNE FERGUSON, CASHI   BENTLEY, P       02/25/03       14.00      5988422    93286    02/25/03
    CASHIER 01/31/03
                                               0942 MEALS/IN-HOUSE Total :         18.00



                                Costs Total :                175.30
```

aip_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Run Date & Time: 03/19/2003 10:46:42

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

### B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.10 | 52.50 | | | | | |
| KLEIN, DAVID | 4.50 | 1,507.50 | | | | | |
| MANGUAL, KATHLEEN | 0.90 | 166.50 | | | | | |
| **Total:** | **5.50** | **1,726.50** | | | | | |

### B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 100.50 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 0.59 | | | | | |
| 0930 | MESSENGER/COURIER | 34.21 | | | | | |
| 0940 | CAB FARES | 22.00 | | | | | |
| 0942 | MEALS/IN-HOUSE | 18.00 | | | | | |
| | Costs Total : | 175.30 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    7

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

GROSS BILLABLE AMOUNT:

UNBILLED TIME FROM:    02/24/2003        TO:    02/25/2003
UNBILLED DISB FROM:    02/04/2003        TO:    02/26/2003

                              FEES                    COSTS

                           1,123.50                   50.00

AMOUNT WRITTEN DOWN:
    PREMIUM:

ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    DISB RETAINER:
    AMOUNT BILLED:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:                 02/26/2003

THRU DATE:

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                               UNAPPLIED CASH

DISBURSEMENTS:                        2,464.50
FEES:                        50.00        UNIDENTIFIED RECEIPTS:              0.00
    FEE RETAINER:                0.00        PAID FEE RETAINER:              0.00
    DISB RETAINER:               0.00        PAID DISB RETAINER:             0.00
    TOTAL OUTSTANDING:       2,514.50        TOTAL AVAILABLE FUNDS:          0.00
                                             TRUST BALANCE:
                                             BILLING HISTORY

DATE OF LAST BILL:    03/19/03        LAST PAYMENT DATE:         02/18/03
LAST BILL NUMBER:     367178          FEES BILLED TO DATE:      48,574.50
LAST BILL THRU DATE:  02/28/03        FEES WRITTEN OFF TO DATE: 17,454.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____      DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   8

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                    ---------------- Total ----------------

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Amount |
|--------|---------------|-------|--------|--------|-------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 02/25/03 | 02/25/03 | 1.10 | 577.50 |
| 05292 | BECKER, GARY M. | CRED | 02/14/03 | 02/14/03 | 1.20 | 546.00 |
| | | **Total:** | | | **2.30** | **1,123.50** |

Sub-Total Hours :      1.10 Partners      0.00 Counsels      1.20 Associates      0.00 Legal Asts      0.00 Others

**B I L L E D   C O S T S   S U M M A R Y**                ------ Total Billed ------

| Code | Description | Oldest Entry | Latest Entry | Total Billed | Amount |
|------|-------------|--------------|--------------|--------------|--------|
| 0815 | TELECOPIER | 02/04/03 | 02/26/03 | 20.00 | |
| 0820 | PHOTOCOPYING | 02/14/03 | 02/14/03 | 30.00 | |
| 0840 | MANUSCRIPT SERVICE | 02/25/03 | 02/25/03 | 0.00 | |
| | **Total** | | | **50.00** | |

**Grand Total**      1,173.50

**A C C O U N T S   R E C E I V A B L E**   (Reflects Payments As of 03/19/03 10:46:42)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Billed From OA | Applied | Total | Collections Date | Balance Due |
|-----------|-----------|-------|----------|--------------|----------------|---------|-------|------------------|-------------|
| 08/15/02 | 06/30/02 | 357518 | 3,717.50 | 4.00 | | | 3,721.50 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356369 | 1,287.50 | 14.59 | | | 1,302.09 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358469 | 1,630.00 | 121.00 | | | 1,751.00 | 11/26/02 | |
| 10/21/02 | 09/30/02 | 359721 | 3,489.50 | .00 | | | 3,489.50 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 4,587.50 | 49.00 | | | 4,636.50 | 12/31/02 | |
| 12/13/02 | 11/30/02 | 362265 | 498.00 | .00 | | | 498.00 | 02/18/03 | |
| 01/31/03 | 12/31/02 | 364671 | 1,341.00 | .00 | | | .00 | | 1,341.00 |
| 03/19/03 | 02/28/03 | 367178 | 1,123.50 | 50.00 | | | | | 1,173.50 |
| | | **Total:** | 17,674.50 | 238.59 | | | 15,398.59 | | 2,514.50 |

alp_112r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 9

| | |
|---|---|
| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 02/25/03 | Memo to Committee re Judge Wolin's USG decision. | 1.10 | 577.50 | 4557702 | 02/27/03 |
| **Total For BENTLEY P - 02495** | | | **1.10** | **577.50** | | |
| BECKER, GARY M. | 02/24/03 | Prepare memo to committee re relevant USG decision. | 1.00 | 455.00 | 4553874 | 02/26/03 |
| BECKER, GARY M. | 02/25/03 | Conf. with Bentley re memo to committee (0.2). | 0.20 | 91.00 | 4560365 | 02/28/03 |
| **Total For BECKER G - 05292** | | | **1.20** | **546.00** | | |
| | | **Fee Total** | **2.30** | **1,123.50** | | |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | |
| 04-542-1423 | | | | | | |
| TELECOPIER | 0815 | BENTLEY, P | 02/26/03 | 16.00 | 5991389 | 93412 | 02/27/03 |
| | | **0815 TELECOPIER Total :** | 20.00 | | | |
| | BENTLEY, P | 02/04/03 | 4.00 | 5967765 | 92639 | 02/07/03 |
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | 0820 | BENTLEY, P | 02/14/03 | 27.60 | 5978484 | 93044 | 02/19/03 |
| PHOTOCOPYING | BENTLEY, P | 02/14/03 | 2.40 | 5978485 | 93044 | 02/19/03 |
| BENTLEY PHILIP | | **0820 PHOTOCOPYING Total :** | 30.00 | | | |
| MANUSCRIPT SERVICE | | | | | | |
| MANUSCRIPT SERVICE | 0840 | SEAWRIGHT, J | 02/25/03 | 0.00 | 5992315 | 93480 | 02/28/03 |
| 02/25/2003 | | **0840 MANUSCRIPT SERVICE Total :** | 0.00 | | | |

Costs Total :                                    50.00

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 1.10 | 577.50 | | | | | |
| BECKER, GARY M. | 1.20 | 546.00 | | | | | |
| **Total:** | **2.30** | **1,123.50** | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 20.00 | | | | | |
| 0820 | PHOTOCOPYING | 30.00 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| | **Costs Total :** | **50.00** | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 03/19/2003 10:46:42

Matter No: 056772-00003                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FINANCING                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status    : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 02/21/2003                                TO: 02/21/2003
UNBILLED DISB FROM:                                           TO:

                                    FEES                        COSTS

GROSS BILLABLE AMOUNT:              105.00                      0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:                          02/21/2003
CLOSE MATTER/FINAL BILLING?         YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

           BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                    ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

                         FEES:              105.00          UNIDENTIFIED RECEIPTS:        0.00
                DISBURSEMENTS:                0.00              PAID FEE RETAINER:        0.00
                FEE RETAINER:                 0.00             PAID DISB RETAINER:        0.00
                DISB RETAINER:                0.00            TOTAL AVAILABLE FUNDS:      0.00
           TOTAL OUTSTANDING:               105.00               TRUST BALANCE:
                                                              BILLING HISTORY

            DATE OF LAST BILL:        03/19/03          LAST PAYMENT DATE:         02/18/03
            LAST BILL NUMBER:           367178        FEES BILLED TO DATE:          105.00
         LAST BILL THRU DATE:         02/28/03     FEES WRITTEN OFF TO DATE:         0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 02/21/03 | 02/21/03 | 0.20 | 105.00 |
| | Total: | | | | 0.20 | 105.00 |

Sub-Total Hours :   0.20 Partners   0.00 Counsels   0.00 Associates   0.00 Legal Asts   0.00 Others

**ACCOUNTS RECEIVABLE**   (Reflects Payments As of 03/19/03 10:46:42)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| 12/13/02 | 11/30/02 | 362365 | .00 | 31.64 | .00 | 31.64 | | |
| 03/19/03 | 02/28/03 | 367178 | 105.00 | .00 | | 105.00 | 31.64 02/18/03 | 105.00 |
| | | Total: | 105.00 | 31.64 | | 105.00 | 31.64 | 105.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Matter No: 056772-00003
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FINANCING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 02/21/03 | Review debtor's DIP motion. | 0.20 | 105.00 | 4564354 | 03/03/03 |
| **Total For BENTLEY P - 02495** | | | 0.20 | 105.00 | | |
| | | Fee Total | 0.20 | 105.00 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Run Date & Time: 03/19/2003 10:46:42

Matter No: 056772-00003                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FINANCING                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.20 | 105.00 | | | | | |
| Total: | 0.20 | 105.00 | | | | | |

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   15
Run Date & Time: 03/19/2003 10:46:42                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status    : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

                            UNBILLED TIME FROM: 02/04/2003        TO:                                 02/04/2003
                            UNBILLED DISB FROM:                   TO:

                                                            FEES                    COSTS                UNAPPLIED CASH

    GROSS BILLABLE AMOUNT:                                 157.50                     0.00

    AMOUNT WRITTEN DOWN:
                 PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           DISB RETAINER:
         AMOUNT BILLED:
             THRU DATE:
 CLOSE MATTER/FINAL BILLING?   YES    OR    NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:

      BILLING COMMENTS:      BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)



                                            ACCOUNTS RECEIVABLE TOTALS                       BILLING HISTORY

        DISBURSEMENTS:                                             UNIDENTIFIED RECEIPTS:            0.00
                 FEES:               157.50                        PAID FEE RETAINER:               0.00
         FEE RETAINER:                 0.00                        PAID DISB RETAINER:              0.00
        DISB RETAINER:                 0.00                        TOTAL AVAILABLE FUNDS:           0.00
    TOTAL OUTSTANDING:               157.50                        TRUST BALANCE:
                                                                  LAST PAYMENT DATE:     03/1/9/03
         DATE OF LAST BILL:          03/19/03                      FEES BILLED TO DATE:           157.50
         LAST BILL NUMBER:           367178                        FEES WRITTEN OFF TO DATE:        0.00
    LAST BILL THRU DATE:            02/28/03

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

    (1)  Exceeded Fixed Fee           (6)  Summer Associate
    (2)  Late Time & Costs Posted     (7)  Fixed Fee
    (3)  Pre-arranged Discount        (8)  Premium
    (4)  Excessive Legal Time         (9)  Rounding
    (5)  Business Development        (10)  Client Arrangement


BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    16

Run Date & Time: 03/19/2003 10:46:42

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : REORGANIZATION PLAN
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**                                    **Total**    **Billed**

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 02/04/03 | 02/04/03 | 0.30 | 157.50 |
| | Total: | | | | 0.30 | 157.50 |

Sub-Total Hours :    0.30 Partners    0.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

**A C C O U N T S   R E C E I V A B L E**    (Reflects Payments As of 03/19/03 10:46:42)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|------------------|--------------|------------------|-------|-------------------|-------------|
| 03/19/03 | 02/28/03 | 367178 | 157.50 | .00 | | | | 157.50 |
| | Total: | | 157.50 | .00 | .00 | .00 | | 157.50 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    17

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/19/2003 10:46:42

Matter No: 056772-00007                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 02/04/03 | Review and edit response to debtors' exclusivity motion. | 0.30 | 157.50 | 4564355 | 03/03/03 |
| Total For BENTLEY P - 02495 | | | 0.30 | 157.50 | | |
| | | Fee Total | 0.30 | 157.50 | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 03/19/2003 10:46:42

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---------------|-------|--------|------|-----------|-------------|----------|---------------|
| BENTLEY, PHILIP | 0.30 | 157.50 | | | | | |
| Total: | 0.30 | 157.50 | | | | | |

aip_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:42

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   19

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status    : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:   02/03/2003        TO:    02/24/2003
            UNBILLED DISB FROM:   02/07/2003        TO:    02/07/2003

                                        FEES                      COSTS

GROSS BILLABLE AMOUNT:                  2,266.00                   12.08
AMOUNT WRITTEN DOWN:
                PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:                                       02/07/2003

BILLING PARTNER APPROVAL:

BILLING COMMENTS:              BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                        ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH

                    FEES:                   3,909.50        UNIDENTIFIED RECEIPTS:       0.00
DISBURSEMENTS:                                 12.08        PAID FEE RETAINER:           0.00
        FEE RETAINER:                           0.00        PAID DISB RETAINER:          0.00
        DISB RETAINER:                          0.00        TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:                          3,921.58        TRUST BALANCE:
                                                            BILLING HISTORY

DATE OF LAST BILL:           03/19/03        LAST PAYMENT DATE:            02/18/03
LAST BILL NUMBER:            36178           FEES BILLED TO DATE:         47,179.50
LAST BILL THRU DATE:         02/28/03        FEES WRITTEN OFF TO DATE:        35.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

            (1) Exceeded Fixed Fee         (6) Summer Associate
            (2) Late Time & Costs Posted   (7) Fixed Fee
            (3) Pre-arranged Discount      (8) Premium
            (4) Excessive Legal Time       (9) Rounding
            (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____

                                                              CRC: _____

```
a1p_112r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                                      PAGE    20
Run Date & Time: 03/19/2003 10:46:43                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status   : ACTIVE

B I L L E D   T I M E   S U M M A R Y                              ---------- Total ----------
Emp Id Employee Name                      Group         Oldest      Latest       Billed     Billed
                                                        Entry       Entry        Hours      Amount
05292  BECKER, GARY M.                    CRED         02/03/03     02/12/03       2.50     1,137.50
05208  MANGUAL, KATHLEEN                  CRED         02/03/03     02/24/03       6.10     1,128.50

                          Total:                                                  8.60     2,266.00

Sub-Total Hours :    0.00 Partners     0.00 Counsels    2.50 Associates    6.10 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y                           ---------- Total ----------
Code    Description                                     Oldest      Latest       Total
                                                        Entry       Entry        Amount
0930    MESSENGER/COURIER                             02/07/03     02/07/03       12.08

                          Total                                                   12.08

                          Grand Total                                          2,278.08

A C C O U N T S   R E C E I V A B L E                (Reflects Payments As of 03/19/03 10:46:43)

                                         --------- Billed --------     ---------- Collections ----       Balance
Bill Date Thru Date Bill#    Fee & OA    Disbursement    Total         Applied     From OA      Date      Due
08/15/02  06/30/02  357518   1,315.00         .00      1,315.00     1,315.00  10/30/02
08/19/02  07/31/02  356269   1,922.50         .00      1,922.50     1,922.50  12/31/02
09/30/02  08/31/02  358460   2,910.00         .00      2,910.00     2,910.00  11/26/02
10/21/02  09/30/02  359721   6,307.00        2.10      6,309.10     6,309.10  12/31/02
11/19/02  10/31/02  361261   2,917.00         .00      2,917.00     2,917.00  12/31/02
12/13/02  11/30/02  362365   2,009.50         .00      2,009.50     2,009.50  02/18/03
01/31/03  12/31/02  364871     805.50         .00        805.50                              805.50
02/20/03  01/31/03  365584     838.00         .00        838.00                              838.00
03/19/03  02/28/03  367178   2,266.00       12.08      2,278.08                            2,278.08

               Total:                       21,290.50    14.18    17,383.10                3,921.58
```