alp_112r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE  21

| | |
|---|---|
| Matter No: 056772-00008 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP 02495 | Bill Frequency: M |
| Matter Name : FEE APPLICATIONS, APPLICANT | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 02/03/03 | Review and revise January invoice (0.5); attention to fee auditor interim report and cont. with Mangual re response (0.4) | 0.40 | 182.00 | 4551799 02/25/03 |
| BECKER, GARY M. | 02/05/03 | Review January invoice (0.4); revise letter to fee auditor re sixth interim report. (0.4) | 0.80 | 364.00 | 4551800 02/25/03 |
| BECKER, GARY M. | 02/06/03 | Revise letter to fee auditor re sixth interim report and direction to K. Mangual re same. | 0.50 | 227.50 | 4551801 02/25/03 |
| BECKER, GARY M. | 02/07/03 | Final revision to letter for fee auditor. | 0.30 | 136.50 | 4551802 02/25/03 |
| BECKER, GARY M. | 02/12/03 | Review and revise January invoice. | 0.50 | 227.50 | 4551798 02/25/03 |
| **Total For BECKER G - 05292** | | | **2.50** | **1,137.50** | | |
| MANGUAL, KATHLEEN | 02/03/03 | revise KL's project category per L.Ferdinand comments (.30); draft response to fee auditor initial report, discuss same w/ GB (.70) | 1.00 | 185.00 | 4550432 02/24/03 |
| MANGUAL, KATHLEEN | 02/05/03 | draft dec: monthly fee statement, disc/w FB re: such (1.1) | 1.10 | 203.50 | 4550433 02/24/03 |
| MANGUAL, KATHLEEN | 02/06/03 | revise reply to initial report per GB comments (.60), coordinate w/ accounting re: back up to certain entries; review local rules (.60) | 1.40 | 259.00 | 4550434 02/24/03 |
| MANGUAL, KATHLEEN | 02/07/03 | attend to service of KL's monthly fee app to local counsel and fee auditor (.70); final revision of KL's answer to fee auditors initial report (.40) | 1.10 | 203.50 | 4549413 02/24/03 |
| MANGUAL, KATHLEEN | 02/24/03 | draft January monthly fee app (.90); attend to service of such (.60) | 1.50 | 277.50 | 4560038 02/28/03 |
| **Total For MANGUAL K - 05208** | | | **6.10** | **1,128.50** | | |
| | | **Fee Total** | **8.60** | **2,266.00** | | |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER | | | | | | |
| FEDERAL EXPRESS CORPORAT | BECKER, G M | 02/07/03 | 12.08 | 5974308 | 92781 | 02/11/03 |
| 0930 | | **0930 MESSENGER/COURIER Total :** | **12.08** | | | |
| | | **Costs Total :** | **12.08** | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  22

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.50 | 1,137.50 | | | | | |
| MANGUAL, KATHLEEN | 6.10 | 1,128.50 | | | | | |
| **Total:** | **8.60** | **2,266.00** | | | | | |

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0930 | MESSENGER/COURIER | 12.08 | | | | | |
| | Costs Total : | **12.08** | | | | | |

alp_112r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE   23

Run Date & Time: 03/19/2003 10:46:43

Matter No: 056772-00012                    Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:    02/03/2003              TO:   02/26/2003
UNBILLED DISB FROM:    02/04/2003              TO:   02/04/2003

                          FEES              COSTS

GROSS BILLABLE AMOUNT:    6,230.00           2.70
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:                02/04/2003
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:          BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

        FEES:                  13,509.00       UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:                      25.80       PAID FEE RETAINER:            0.00
        FEE RETAINER:              0.00       PAID DISB RETAINER:           0.00
        DISB RETAINER:            0.00       TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:             13,534.80       TRUST BALANCE:
                                               BILLING HISTORY

DATE OF LAST BILL:         03/19/03        LAST PAYMENT DATE:       02/18/03
LAST BILL NUMBER:           367178        FEES BILLED TO DATE:    136,153.00
LAST BILL THRU DATE:       02/28/03        FEES WRITTEN OFF TO DATE:  4,417.50

                    Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____

alp_112r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   24

Matter No: 056772-00012

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)

Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975

Bill Prtnr : BENTLEY PHILIP - 02495

Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:

Bill Frequency: M

Status : ACTIVE

### BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Total Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 02/03/03 | 02/26/03 | 11.00 | 5,775.00 |
| 05292 | BECKER, GARY M. | CRED | 02/03/03 | 02/21/03 | 1.00 | 455.00 |
| | Total: | | | | 12.00 | 6,230.00 |

Sub-Total Hours :   11.00 Partners   0.00 Counsels   1.00 Associates   0.00 Legal Assts   0.00 Others

### BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Billed Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 02/04/03 | 02/04/03 | 2.70 |
| | Total | | | 2.70 |
| | Grand Total | | | 6,232.70 |

### ACCOUNTS RECEIVABLE SUMMARY

(Reflects Payments As of 03/19/03 10:46:43)

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 08/15/02 | 06/30/02 | 357518 | 3,157.50 | 41.90 | | 3,199.40 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 3,456.00 | .00 | | 3,456.00 | 12/31/02 | |
| 09/30/02 | 08/31/02 | 358460 | 20,108.50 | 1,404.74 | | 21,513.24 | 12/31/02 | |
| 10/21/02 | 09/30/02 | 359721 | 2,230.00 | .00 | | 2,230.00 | 12/31/02 | |
| 11/19/02 | 10/31/02 | 361261 | 3,131.00 | 298.49 | | 3,429.49 | 12/31/02 | |
| 11/21/02 | 11/30/02 | 362365 | 1,520.00 | 248.45 | | 1,768.45 | 02/18/03 | |
| 12/13/02 | 11/30/02 | 364671 | 1,025.00 | .00 | | .00 | | 1,025.00 |
| 01/31/03 | 12/31/02 | 365684 | 6,254.00 | 23.10 | | .00 | | 6,277.10 |
| 03/19/03 | 02/28/03 | 367178 | 6,230.00 | 2.70 | | .00 | | 6,232.70 |
| | | Total: | 47,112.00 | 2,019.38 | | 35,596.58 | | 13,534.80 |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER, THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 02/03/03 | Review expert reports and other documents re asbestos estimation/litigation issues, and discs. M. Browdy and GAH re same. | 3.90 | 2,047.50 | 4557693 | | 02/27/03 |
| BENTLEY, PHILIP | 02/04/03 | Review documents sent by K&E re estimation issues. | 0.60 | 315.00 | 4557694 | | 02/27/03 |
| BENTLEY, PHILIP | 02/05/03 | Lengthy telecconf. with E. Liebenstein, and discs. GAH, TW and K. Mangual, re asbestos estimation issues. | 2.90 | 1,522.50 | 4557695 | | 02/27/03 |
| BENTLEY, PHILIP | 02/06/03 | Trade emails and voicemails re estimation issues. | 0.20 | 105.00 | 4557696 | | 02/27/03 |
| BENTLEY, PHILIP | 02/14/03 | Discs. GB and voicemail re asbestos issues, and review papers re same. | 0.40 | 210.00 | 4557697 | | 02/27/03 |
| BENTLEY, PHILIP | 02/18/03 | Discs. TW and GB re estimation issues. | 0.20 | 105.00 | 4557698 | | 02/27/03 |
| BENTLEY, PHILIP | 02/19/03 | Discs. GAH re estimation issues. | 0.10 | 52.50 | 4557699 | | 02/27/03 |
| BENTLEY, PHILIP | 02/21/03 | Review Judge Wolin's USG estimation opinion, and extensive discs. TW, GB and GAH re implications of same. | 2.50 | 1,312.50 | 4557700 | | 02/27/03 |
| BENTLEY, PHILIP | 02/24/03 | Exchange voicemails re estimation issues. | 0.10 | 52.50 | 4557701 | | 02/27/03 |
| BENTLEY, PHILIP | 02/26/03 | Trade voicemail w/TW re estimation. | 0.10 | 52.50 | 4564356 | | 03/03/03 |
| **Total For BENTLEY P - 02495** | | | **11.00** | **5,775.00** | | | |
| BECKER, GARY M. | 02/03/03 | Conf. with Bentley re various case issues concerning asbestos. | 0.30 | 136.50 | 4551803 | | 02/25/03 |
| BECKER, GARY M. | 02/21/03 | Review USG order re asbestos personal injury claims and conf. with Bentley re same. | 0.70 | 318.50 | 4554135 | | 02/26/03 |
| **Total For BECKER G - 05292** | | | **1.00** | **455.00** | | | |
| | | **Fee Total :** | **12.00** | **6,230.00** | | | |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | | |
| PHOTOCOPYING | | | | | | | |
| SEAWRIGHT JUANITA | 0820 | SEAWRIGHT, J | 02/04/03 | 2.70 | 5971834 | 92754 | 02/11/03 |
| | | **0820 PHOTOCOPYING Total :** | | **2.70** | | | |
| **Costs Total :** | | | | **2.70** | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    26

Run Date & Time: 03/19/2003 10:46:43

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 11.00 | 5,775.00 | | | | | |
| BECKER, GARY M. | 1.00 | 455.00 | | | | | |
| **Total:** | **12.00** | **6,230.00** | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 2.70 | | | | | |

Costs Total :    2.70

```
alp_13zr: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL, LLP                          PAGE    27
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/19/2003 10:46:43

Matter No: 056772-00013                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING   Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:  02/03/2003                TO:                  02/10/2003
    UNBILLED DISB FROM:                            TO:

                              FEES                         COSTS

    GROSS BILLABLE AMOUNT:         672.00                    0.00
    AMOUNT WRITTEN DOWN:
            PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
            THRU DATE:
    CLOSE MATTER/FINAL BILLING?      YES  OR  NO
    EXPECTED DATE OF COLLECTION:                 02/10/2003

    BILLING PARTNER APPROVAL:

            BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                                ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

            FEES:             18,210.14        UNIDENTIFIED RECEIPTS:            0.00
    DISBURSEMENTS:                83.50        PAID FEE RETAINER:               0.00
    FEE RETAINER:                  0.00        PAID DISB RETAINER:              0.00
    DISB RETAINER:                 0.00        TOTAL AVAILABLE FUNDS:           0.00
    TOTAL OUTSTANDING:        18,293.64        TRUST BALANCE:
                                               BILLING HISTORY

    DATE OF LAST BILL:        03/19/03         LAST PAYMENT DATE:         02/18/03
    LAST BILL NUMBER:           367178         FEES BILLED TO DATE:      73,466.00
    LAST BILL THRU DATE:      02/28/03         FEES WRITTEN OFF TO DATE:  1,600.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____           DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    28

Run Date & Time: 03/19/2003 10:46:43

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

### B I L L E D   T I M E   S U M M A R Y                              ------- Total -------

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 02/10/03 | 02/10/03 | 0.10 | 52.50 |
| 07850 | HOROWITZ, GREGORY A. | LITI | 02/03/03 | 02/03/03 | 0.40 | 194.00 |
|       | PARAPROFESSIONALS |  |  |  |  |  |
| 05208 | MANGUAL, KATHLEEN | CRED | 02/05/03 | 02/05/03 | 2.30 | 425.50 |

|  |  |  |  |  | 2.80 | 672.00 |

Total:

Sub-Total Hours :    0.50 Partners    0.00 Counsels    0.00 Associates    2.30 Legal Assets    0.00 Others

### A C C O U N T S   R E C E I V A B L E

(Reflects Payments As of 03/19/03 10:46:43)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | ---- Applied From OA ---- | Total | ---- Collections ---- | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|---------------------------|-------|------------------------|------|-------------|
| 08/15/02 | 06/30/02 | 355518 | 4,037.50 | 9.80 |  | 4,047.30 | 10/30/02 |  | 1,741.70 |
| 08/19/02 | 07/31/02 | 356269 | 11,567.50 | 541.11 |  | 10,366.91 | 12/31/02 |  | 2,599.40 |
| 10/21/02 | 09/30/02 | 359721 | 9,690.00 | .00 |  | 7,090.60 | 12/31/02 |  | 2,599.40 |
| 11/19/02 | 10/31/02 | 361261 | 21,575.00 | .00 |  | 16,340.00 | 12/31/02 |  | 5,235.00 |
| 12/13/02 | 11/30/02 | 362365 | 9,907.00 | .00 |  | 6,184.46 | 02/18/03 |  | 3,722.54 |
| 01/31/03 | 12/31/02 | 364671 | 2,601.00 | 83.50 |  |  |  |  | 2,684.50 |
| 02/20/03 | 01/31/03 | 365684 | 1,638.50 | .00 |  | .00 |  |  | 1,638.50 |
| 03/19/03 | 02/28/03 | 367178 | 672.00 | .00 |  | .00 |  |  | 672.00 |

Total:    61,688.50    634.41    44,029.27    18,293.64

alp_l132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    29

Matter No: 056772-00013

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

| B I L L E D   T I M E   D E T A I L | | | | | |
|---|---|---|---|---|---|
| Employee Name | Work Date | Description | Hours | Amount | Index#    Batch Date |
| BENTLEY, PHILIP | 02/10/03 | Review motion to stay appeal. | 0.10 | 52.50 | 4557703 02/27/03 |
| Total For BENTLEY P - 02495 | | | 0.10 | 52.50 | |
| HOROWITZ, GREGORY A. | 02/03/03 | confer PB | 0.40 | 194.00 | 4555981 02/27/03 |
| Total For HOROWITZ G - 07850 | | | 0.40 | 194.00 | |
| MANGUAL, KATHLEEN | 02/05/03 | Organize expert deposition transcripts and exhibits, organization of other pertinent documents, create index of such (2.3) | 2.30 | 425.50 | 4560435 02/24/03 |
| Total For MANGUAL K - 05208 | | | 2.30 | 425.50 | |
| | | Fee Total | 2.80 | 672.00 | |

aip_l12r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   30

Matter No: 056772-00013                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001

                                                                                          Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward | Status |
|---|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.10 | 52.50 | | | | | | |
| HOROWITZ, GREGORY A. | 0.40 | 194.00 | | | | | | |
| MANGUAL, KATHLEEN | 2.30 | 425.50 | | | | | | |
| Total: | 2.80 | 672.00 | | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    31

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 02/04/2003          TO:
UNBILLED DISB FROM:                     TO:           02/05/2003

                                FEES                  COSTS

GROSS BILLABLE AMOUNT:          1,137.50              0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:               BENTLEY PHILIP - 02495

                                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

FEES:
DISBURSEMENTS:                  1,137.50      UNIDENTIFIED RECEIPTS:       0.00
FEE RETAINER:                       0.00      PAID FEE RETAINER:           0.00
DISB RETAINER:                      0.00      PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:              1,137.50      TOTAL AVAILABLE FUNDS:       0.00
                                              TRUST BALANCE:
DATE OF LAST BILL:              03/19/03      BILLING HISTORY
LAST BILL NUMBER:                 367178      LAST PAYMENT DATE:
LAST BILL THRU DATE:            02/28/03      FEES BILLED TO DATE:      1,137.50
                                              FEES WRITTEN OFF TO DATE:     0.00

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    32

Run Date & Time: 03/19/2003 10:46:43

Matter No: 056772-00015                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                               Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y                    ------------- Total ------------    ------------- Billed -------------
Emp Id Employee Name               Group          Oldest      Latest       Hours          Amount

05292  BECKER, GARY M.             CRED           02/04/03    02/05/03      2.50         1,137.50

                     Total:                                                 2.50         1,137.50

Sub-Total Hours :     0.00 Partners     0.00 Counsels     2.50 Associates     0.00 Legal Assts     0.00 Others

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 03/19/03 10:46:43)
                          -------------- Billed ------------   ------- Applied -- Collections ------
Bill Date  Thru Date  Bill#    Fee & OA   Disbursement    From OA     Total    Date        Balance
                                                                                            Due

03/19/03   02/28/03  367178    1,137.50       .00           .00        .00                  1,137.50

          Total:              1,137.50       .00           .00        .00                  1,137.50

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    33

Run Date & Time: 03/19/2003 10:46:43

Matter No: 056772-00015                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                 Status      : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 02/04/03 | Prepare response in support of debtors motion to extend exclusivity (1.3); conf' with Bentley re exclusivity (0.2). | 1.50 | 682.50 | 4551804 | 02/25/03 |
| BECKER, GARY M. | 02/05/03 | Conf. with Bentley, revise response in support of exclusivity motion and conf. with local counsel re same (1.0). | 1.00 | 455.00 | 4551805 | 02/25/03 |
| Total For BECKER G - 05292 | | | 2.50 | 1,137.50 | | |
| | | Fee Total | 2.50 | 1,137.50 | | |

aip_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    34

Matter No: 056772-00015                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                         Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 2.50 | 1,137.50 | | | | | |
| Total: | 2.50 | 1,137.50 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 35

Matter No: 056772-00017
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYEE BENEFITS/PENSION
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO:
UNBILLED DISB FROM:                    TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?    YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

| FEES: | 1,215.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| DISBURSEMENTS: | 0.00 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 1,215.00 | TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 08/19/02 | LAST PAYMENT DATE: | 10/30/02 |
|---|---|---|---|
| LAST BILL NUMBER: | 356269 | FEES BILLED TO DATE: | 1,310.00 |
| LAST BILL THRU DATE: | 07/31/02 | FEES WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development        (10) Client Arrangement

BILL NUMBER: _____   Processed by: _____   FRC: _____

DATE OF BILL: _____                                  CRC: _____

a1p_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    36

Matter No: 056772-00017

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : EMPLOYEE BENEFITS/PENSION
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP 02495        Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status    : ACTIVE

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 03/19/03 10:46:43)

| Bill Date | Thru Date | Bill# | --- Billed --- Fee & OA | Disbursement | Applied From OA | --- Collections --- Total | Date | Balance Due |
|-----------|-----------|-------|-------------------------|--------------|-----------------|---------------------------|------|-------------|
| 08/15/02 | 06/30/02 | 357518 | 95.00 | .00 | | 95.00 | 10/30/02 | |
| 08/19/02 | 07/31/02 | 356269 | 1,215.00 | .00 | | .00 | | 1,215.00 |
| Total: | | | 1,310.00 | .00 | | 95.00 | | 1,215.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:43

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    37

| | |
|---|---|
| Matter No: 056772-00019 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : HEARINGS | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 09/06/2002 | | Status    : ACTIVE |

Special Billing Instructions:

----------------------------------------------------------------------------------------------

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                              TO:
UNBILLED DISB FROM:                              TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?    YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495                    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

----------------------------------------------------------------------------------------------

| ACCOUNTS RECEIVABLE TOTALS | | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| | | PAID FEE RETAINER: | 0.00 |
| FEES: | 10,738.50 | PAID DISB RETAINER: | 0.00 |
| DISBURSEMENTS: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| FEE RETAINER: | 0.00 | TRUST BALANCE: | |
| DISB RETAINER: | 0.00 | | |
| TOTAL OUTSTANDING: | 10,738.50 | | |

UNAPPLIED CASH

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 02/20/03 | LAST PAYMENT DATE:    12/31/02 |
| LAST BILL NUMBER: | 365684 | FEES BILLED TO DATE:    48,397.50 |
| LAST BILL THRU DATE: | 01/31/03 | FEES WRITTEN OFF TO DATE:    4,720.00 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee              (6) Summer Associate
    (2) Late Time & Costs Posted        (7) Fixed Fee
    (3) Pre-arranged Discount           (8) Premium
    (4) Excessive Legal Time            (9) Rounding
    (5) Business Development            (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    38

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

## A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 03/19/03 10:46:44)

| Bill Date Thru Date Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| 08/15/02 06/30/02 357518 | 4,200.00 | .00 | | 121.50 | 10/30/02 | 4,078.50 |
| 08/19/02 07/31/02 356269 | 2,660.00 | .00 | | .00 | | 2,660.00 |
| 09/30/02 08/31/02 358460 | 1,960.00 | 58.14 | | 2,018.14 | 11/26/02 | .00 |
| 10/21/02 09/30/02 359721 | 2,327.50 | .00 | | .00 | | 2,327.50 |
| 11/19/02 10/31/02 361261 | 1,567.50 | .00 | | .00 | | 1,567.50 |
| 02/20/03 01/31/03 365684 | 105.00 | .00 | | .00 | | 105.00 |
| Total: | 12,820.00 | 58.14 | | 2,139.64 | | 10,738.50 |

aip_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    39

Matter No: 056772-00020                    Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : LITIGATION                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                      Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                        TO:
UNBILLED DISB FROM:                        TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES  OR  NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                 UNIDENTIFIED RECEIPTS:         0.00
                                           PAID FEE RETAINER:            0.00
FEES:                    1,182.40          PAID DISB RETAINER:           0.00
DISBURSEMENTS:              0.00           TOTAL AVAILABLE FUNDS:        0.00
FEE RETAINER:              0.00            TRUST BALANCE:
DISB RETAINER:            0.00
TOTAL OUTSTANDING:      1,182.40

BILLING HISTORY

DATE OF LAST BILL:      10/21/02           LAST PAYMENT DATE:            12/31/02
LAST BILL NUMBER:                          FEES BILLED TO DATE:          2,167.50
LAST BILL THRU DATE:    09/30/02           FEES WRITTEN OFF TO DATE:     0.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

aip_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    40

Matter No: 056772-00020                                Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP 02495         Bill Frequency: M
Matter Name : LITIGATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                       Status    : ACTIVE

A C C O U N T S   R E C E I V A B L E     (Reflects Payments As of 03/19/03 10:46:44)

| Bill Date | Thru Date | Bill# | --------- Billed --------- Fee & OA | Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|-----------|-----------|-------|-------------------------------------|--------------|-----------------|------------------------------|------|-------------|
| 09/30/02 | 08/31/02 | 358460 | 2,167.50 | 4,437.15 | | 5,422.25 | 12/31/02 | 1,182.40 |
| Total: | | | 2,167.50 | 4,437.15 | | 5,422.25 | | 1,182.40 |

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    41

Matter No: 056772-00026
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : OTHER
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO:
UNBILLED DISB FROM:                    TO:

|  | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: |  |  |
| PREMIUM: |  |  |
| ON ACCOUNT BILLED: |  |  |
| DEDUCTED FROM PAID RETAINER: |  |  |
| AMOUNT BILLED: |  |  |
| THRU DATE: |  |  |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO |  |
| EXPECTED DATE OF COLLECTION: |  |  |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

| ACCOUNTS RECEIVABLE TOTALS | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|
| FEES: | 890.00 | PAID FEE RETAINER: | 0.00 |
| DISBURSEMENTS: | 0.00 | PAID DISB RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| DISB RETAINER: | 0.00 | TRUST BALANCE: |  |
| TOTAL OUTSTANDING: | 890.00 | BILLING HISTORY |  |

| DATE OF LAST BILL: | 11/19/02 | LAST PAYMENT DATE: | 11/19/02 |
| LAST BILL NUMBER: | 361261 | FEES BILLED TO DATE: | 890.00 |
| LAST BILL THRU DATE: | 10/31/02 | FEES WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee            (6) Summer Associate
(2) Late Time & Costs Posted      (7) Fixed Fee
(3) Pre-arranged Discount         (8) Premium
(4) Excessive Legal Time          (9) Rounding
(5) Business Development          (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    42

Matter No: 056772-00026                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : OTHER                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status    : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 03/19/03 10:46:44)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement Billed | From OA Applied | Total | Date | Balance Due |
|-----------|-----------|-------|-----------------|---------------------|-----------------|-------|------|-------------|
| 11/19/02 | 10/31/02 | 361261 | 890.00 | .00 | .00 | .00 | | 890.00 |
| | Total: | | 890.00 | .00 | | .00 | | 890.00 |

alp_112r: Billed Charges Analysis

Run Date & Time: 03/19/2003 10:46:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    43

Matter No: 056772-00028           Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL,NON-WORKING           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                      Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

```
                                 PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:                          TO:
              UNBILLED DISB FROM:                          TO:

                                        FEES                      COSTS

GROSS BILLABLE AMOUNT:                    0.00                     0.00
AMOUNT WRITTEN DOWN:
      PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
      THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

      BILLING COMMENTS:             BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


ACCOUNTS RECEIVABLE TOTALS                            BILLING HISTORY

                                                UNIDENTIFIED RECEIPTS:         0.00
      FEES:              1,275.00               PAID FEE RETAINER:            0.00
DISBURSEMENTS:              0.00               PAID DISB RETAINER:           0.00
      FEE RETAINER:        0.00               TOTAL AVAILABLE FUNDS:        0.00
      DISB RETAINER:       0.00               TRUST BALANCE:
TOTAL OUTSTANDING:     1,275.00
                                              LAST PAYMENT DATE:        12/31/02
DATE OF LAST BILL:     11/19/02               FEES BILLED TO DATE:       5,675.00
LAST BILL NUMBER:      36126I                 FEES WRITTEN OFF TO DATE:  4,675.00
LAST BILL THRU DATE:   10/31/02

                                              UNAPPLIED CASH
```

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

```
(1)  Exceeded Fixed Fee           (6)  Summer Associate
(2)  Late Time & Costs Posted     (7)  Fixed Fee
(3)  Pre-arranged Discount        (8)  Premium
(4)  Excessive Legal Time         (9)  Rounding
(5)  Business Development         (10)  Client Arrangement
```

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE    44

*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/19/2003 10:46:44

Matter No: 056772-00028                           Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                               Status    : ACTIVE

A C C O U N T S   R E C E I V A B L E    (Reflects Payments As of 03/19/03 10:46:44)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | ---- Collections ---- | Balance Due |
| | | | | | | Total    Date | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/30/02 | 09/30/02 | 358460 | 800.00 | .00 | .00 | .00 | 800.00 |
| 10/21/02 | 09/30/02 | 359721 | 190.00 | .00 | .00 | .00 | 190.00 |
| 11/19/02 | 10/31/02 | 361261 | 285.00 | .00 | .00 | .00 | 285.00 |
| | Total: | | 1,275.00 | .00 | | .00 | 1,275.00 |

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 02/28/03

Run Date & Time: 03/19/03 10:46:52
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|--------|-------------|-------|------|---------------|---------------|---------------|-------|------|------|
| 00001 | CASE ADMINISTRATION | 5.50 | 1,726.50 | 175.30 | 1,901.80 | BENTLEY PHILIP - 02495 | M | B |
| 00002 | CREDITOR COMMITTEE | 2.30 | 1,123.50 | 50.00 | 1,173.50 | BENTLEY PHILIP - 02495 | M | B |
| 00003 | FINANCING | 0.20 | 105.00 | 0.00 | 105.00 | BENTLEY PHILIP - 02495 | M | B |
| 00007 | REORGANIZATION PLAN | 0.30 | 157.50 | 0.00 | 157.50 | BENTLEY PHILIP - 02495 | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 8.60 | 2,266.00 | 12.08 | 2,278.08 | BENTLEY PHILIP - 02495 | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 12.00 | 6,230.00 | 2.70 | 6,232.70 | BENTLEY PHILIP - 02495 | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 2.80 | 672.00 | 0.00 | 672.00 | BENTLEY PHILIP - 02495 | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 2.50 | 1,137.50 | 0.00 | 1,137.50 | BENTLEY PHILIP - 02495 | M | B |
| 00017 | EMPLOYEE BENEFITS/PENSIO | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00019 | HEARINGS | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B |
| | Client Total | 34.20 | 13,418.00 | 240.08 | 13,658.08 | BENTLEY PHILIP - 02495 | M | B |