## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING
### <u>FOR THE SEVENTH INTERIM PERIOD</u>

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Seventh Interim Quarterly Fee Application of Klett Rooney Lieber & Schorling</u> (the "Application").

### BACKGROUND

1.      Klett Rooney Lieber & Schorling ("Klett Rooney") was retained as co-counsel to the official committee of equity holders.  In the Application, Klett Rooney seeks approval of fees totaling $25,908.00 and costs totaling $1,934.35 for its services from October 1, 2002  through December 31, 2002.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals. We served on Klett Rooney an initial report

based on our review and received a response from Klett Rooney, portions of which are quoted

herein.

## DISCUSSION

### General Issues

3.　　In our initial report, we noted that during this interim, Klett Rooney spent 31.4

hours and billed $5,196.00 to prepare its own fee applications. This represents 20% of the total

fees billed for the period, and we note that this percentage is far above the norm. Further, Klett

Rooney billed $3,403.00 for preparing another firm's fee applications. In toto, the billing for

preparation of fee applications amounted to $8,599.00 and comprised over 33% of the total fees

requested. This issue had been raised in a previous report. We asked Klett Rooney to explain

why these tasks took so much time. The firm's response is provided below.

> In your report, you note that Klett Rooney spent 31
> hours in fee preparation time over the 3-month span,
> and that such time accounted for roughly 20 percent of
> the fees sought to be allowed. As we have discussed in
> prior responses, Klett Rooney acts as Delaware counsel
> to the Equity Committee, and in such role prepares not
> only its own fee applications, notices, and interim
> requests, but also the notices and interim requests for
> its co-counsel Kramer Levin. In addition, 31 hours for
> this array of fee application tasks, spread over three
> months, is respectfully not significant or
> objectionable, in our view. Finally, because the
> Equity Committee has not taken a significant drafting
> or objecting role in any major case issues during this
> time span, we necessarily did not spend any notable
> time on other activities (except for occasional
> committee meetings) that would have diluted our
> percentage of fee application time. Said another way,

```
Klett Rooney believes that it should not be penalized
for having a higher percentage of fee preparation time
when it has been careful to minimize its fees in other
areas, only billing when required by an issue.
```

We appreciate the response.

## CONCLUSION

4.      Thus, we recommend approval of fees totaling $25,908.00 and costs totaling

$1,934.35 for Klett Rooney's services from October 1, 2002, through December 31, 2002.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served
First Class United States mail to the attached service list on this 8th day of April 2003.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of
Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of
Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of
Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801