# **EXHIBIT C**

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Robert A. Emmett, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

January 17, 2003  
Invoice 545039  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06023 | For Services Through 01/01/03 |
| WR Grace # | 001-KL-721400-00-800027 | |
| Name of Matter: | Libby, MT -General Environmen | |

| | | | | |
|---|---|---|---|---|
| 12/06/02 | Meet with Attorney Cleary to discuss Ms. Gettier's message regarding Invoice #532719 Libby - review of EPA Region 7 Site Investigation report. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/09/02 | Telephone Ms. Gettier regarding Invoice #532719 and left message. | | | |
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 12/10/02 | Telephone Ms. Gettier and left message regarding October 2002 Invoice for Libby. | | | |
| | K. BROWN | 0.10 hrs. | 125.00/hr | $12.50 |
| 12/11/02 | Telephone conference with Ms. Gettier regarding October 2002 Invoice for Libby. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

**Fees for Legal Services** ................................................................ **$100.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 0.80 | 125.00 | 100.00 |
| TOTAL | 0.80 | $125.00 | $100.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/09/2002 | Telephone 1-410-531-4129 | 0.21 |

**Total Charges for Other Services Provided/Expenses Incurred** .................... **$0.21**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.21 |
| TOTAL | $0.21 |

**Net current billing for this invoice** ................................................................ **$100.21**

W. R. Grace & Co.

January 17, 2003
Invoice 545039  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/01/03

Our Matter # 02399/06023
Libby, MT -General Environmen

| | |
|---|---:|
| Fees for Professional Services | $100.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.21 |
| **Net current billing for this invoice** | **$100.21** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 532719 | 11/12/2002 | 145.00 | 145.00 |
| 545039 | 01/17/2003 | 100.21 | 100.21 |
| | TOTAL A/R BALANCE | | $245.21 |

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

January 24, 2003  
Invoice 545000 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 01/01/03 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

12/02/02   Review incoming information regarding meeting with DHEC to discuss remedy implementation.
B.F. HAWKINS, JR.          0.80 hrs.     260.00/hr          $208.00

12/03/02   Discuss DHEC ROD language regarding amendments with Attorney Hawkins (0.2); review DHEC comments, and research NCP (0.3); e-mail opinion to Attorney Hawkins (0.1).
D.M. CLEARY          0.60 hrs.     295.00/hr          $177.00

12/03/02   Review electronic mail memorandum from Attorney Hawkins regarding need or propriety of further comment on groundwater/ARAR issues from ROD (0.1); review electronic mail memorandum from Attorney Cleary regarding his opinion on same (0.1).
R.T. CARLISLE          0.20 hrs.     240.00/hr          $48.00

12/04/02   Review issues associated with issuance of Record of Decision and in preparation for meeting on Monday with DHEC to discuss same.
B.F. HAWKINS, JR.          1.50 hrs.     260.00/hr          $390.00

12/05/02   Review issue associated with natural resource damages and who must be identified to provide notice of claim.
B.F. HAWKINS, JR.          0.80 hrs.     260.00/hr          $208.00

12/06/02   Review and evaluate Record of Decision for Charleston site (2.4); discussion of same with Mr. Bucens as well as agenda for meeting with DHEC next week (0.5); review e-mail from Mr. Bucens regarding issuance of ROD and qualification on selection of alternative remedy (0.3); assignments on determining significance of potential qualification on selection of alternative remedy (0.4); review significance of language on qualification for remedy (0.5).
B.F. HAWKINS, JR.          4.10 hrs.     260.00/hr          $1,066.00

12/06/02   Confer with Attorney Hawkins regarding consent order issues addressed by review of past consent orders.
R.T. CARLISLE          0.10 hrs.     240.00/hr          $24.00

12/08/02   Review information regarding Record of Decision and DHEC response to comments in preparation for meeting with DHEC.
B.F. HAWKINS, JR.          3.20 hrs.     260.00/hr          $832.00

W. R. Grace & Co.
January 24, 2003
Invoice 545000  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 12/09/02 | Review information in preparation for meeting with DHEC (0.8); meet with Mr. Bucens and Ms. Saucier in preparation for meeting with DHEC on Record of Decision issued for Charleston site (0.8); meet with DHEC concerning implementation of Record of Decision and timing for same (1.4); review and revise notes from meeting with DHEC (0.5). | | | |
| | B.F. HAWKINS, JR. | 3.50 hrs. | 260.00/hr | $910.00 |
| 12/16/02 | Review documents forwarded by Mr. Bucens regarding implementation of ROD and requests for oversight costs (0.5); review research project with Attorney Ternes regarding recoverability of past oversight costs (0.4); review provisions of S.C. Consent Orders in evaluation of offer from DHEC (0.9). | | | |
| | B.F. HAWKINS, JR. | 1.80 hrs. | 260.00/hr | $468.00 |
| 12/16/02 | Conduct legal research regarding Rohm & Haas case involving cost recovery of oversight costs in Superfund removal and remedial actions. | | | |
| | M.E. TERNES | 1.20 hrs. | 240.00/hr | $288.00 |
| 12/17/02 | Review proposals concerning ROD and implementation of same (1.1); review legal issues associated with seeking oversight costs without an agreement in place to cover same (0.9); conference call with Mr. Bucens and Mr. Obradovic to discuss ROD/Consent Agreement implementation issues (0.5); review issues associated with payment of oversight costs (1.4); review other Consent Orders on issue of payment of oversight costs (0.5); review and revise proposed language to DHEC on oversight costs (0.5). | | | |
| | B.F. HAWKINS, JR. | 4.90 hrs. | 260.00/hr | $1,274.00 |
| 12/17/02 | Continue to conduct legal research regarding Rohm & Haas case involving cost recovery of oversight costs in Superfund removal and remedial actions (1.6); review results with Attorney Hawkins (0.3). | | | |
| | M.E. TERNES | 1.90 hrs. | 240.00/hr | $456.00 |
| 12/20/02 | Review information for response to DHEC on proposed Consent Order (1.4); respond to group with comments and suggested changes for letter to DHEC and request for consideration on specific issues (0.4); review historical Consent Orders, make additional suggested changes to amendment language (1.1). | | | |
| | B.F. HAWKINS, JR. | 2.90 hrs. | 260.00/hr | $754.00 |
| 12/23/02 | Discussion with consultant from Charleston company regarding gathering information and group response to possibly go forward to DHEC for groundwater reclassification request. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |
| 12/30/02 | Review information from Mr. Bucens regarding contact with DHEC and proposed meeting for Friday. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 260.00/hr | $104.00 |

**Fees for Legal Services** ............................................................................... **$7,311.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 24.30 | 260.00 | 6,318.00 |
| D.M. CLEARY | 0.60 | 295.00 | 177.00 |
| M.E. TERNES | 3.10 | 240.00 | 744.00 |
| R.T. CARLISLE | 0.30 | 240.00 | 72.00 |
| TOTAL | 28.30 | $258.34 | $7,311.00 |

W. R. Grace & Co.
January 24, 2003
Invoice 545000  Page 3

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 12/03/2002 | Telephone 1-617-498-2667 | 0.55 |
| 12/04/2002 | Photocopies 407 Page(s) | 20.35 |
| 12/16/2002 | Service: LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 8.00 | 3.23 |
| 12/16/2002 | Service: LEGAL SERVICES; Charge Type: LEXSEE SEARCHES; Quantity: 7.00 | 3.11 |
| 12/16/2002 | Service: LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 4.61 |
| 12/16/2002 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.00 | 0.35 |
| 12/20/2002 | Photocopies 25 Page(s) | 1.25 |
| 12/30/2002 | Photocopies 7 Page(s) | 0.35 |

**Total Charges for Other Services Provided/Expenses Incurred .....................** **$33.80**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 21.95 |
| Lexis | 11.30 |
| Telephone | 0.55 |
| TOTAL | $33.80 |

**Net current billing for this invoice ..................................................................** **$7,344.80**

W. R. Grace & Co.

January 24, 2003
Invoice 545000  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/01/03

Our Matter # 02399/06032
Charleston

| | |
|---|---:|
| Fees for Professional Services | $7,311.00 |
| Charges for Other Services Provided/Expenses Incurred | $33.80 |
| **Net current billing for this invoice** | **$7,344.80** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

### ACCOUNTS RECEIVABLE RECAP

| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
|---|---|---:|---:|
| 485816 | 01/24/2002 | 477.05 | 477.05 |
| 518010 | 08/15/2002 | 10,057.75 | 2,007.80 |
| 523730 | 09/23/2002 | 4,117.61 | 4,117.61 |
| 528963 | 10/20/2002 | 1,344.55 | 1,344.55 |
| 532720 | 11/12/2002 | 4,527.42 | 4,527.42 |
| 538208 | 12/13/2002 | 1,553.30 | 1,553.30 |
| 545000 | 01/24/2003 | 7,344.80 | 7,344.80 |
| | TOTAL A/R BALANCE | | $21,372.53 |

# NELSON
## MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

January 24, 2003  
Invoice 545861  Page 1

Our Matter #          02399/06091                      For Services Through 01/01/03  
Name of Matter:       Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/02/02 | Review and modify 5th Quarterly Interim Fee documents.<br>K. BROWN | 2.00 hrs. | 125.00/hr | $250.00 |
| 12/05/02 | Prepare October 2002 Fee Application documents.<br>K. BROWN | 2.50 hrs. | 125.00/hr | $312.50 |
| 12/05/02 | Review docket for recent filings for Orders, Certificate of No Objection, Fee Auditor's Report and Quarterly Interim Fee Application.<br>K. BROWN | 0.60 hrs. | 125.00/hr | $75.00 |
| 12/06/02 | Review and modify October 2002 fee application documents (2.1); update Project Category Report (0.7); meet with Attorney Cleary for his review and approval of the fee application documents (0.5).<br>K. BROWN | 3.30 hrs. | 125.00/hr | $412.50 |
| 12/06/02 | Prepare final fee application documents for distribution to Ms. McFarland and Mr. Smith.<br>K. BROWN | 0.20 hrs. | 125.00/hr | $25.00 |
| 12/10/02 | Prepare October 2002 Fee Application for electronic transmission and e-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/11/02 | Prepare October 2002 invoices for electronic transmission.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/12/02 | Prepare correspondence containing October 2002 invoices in Word format and e-mail to Mr. Smith and Attorney Cleary.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/19/02 | Prepare draft November 2002 Fee Application documents.<br>K. BROWN | 2.50 hrs. | 125.00/hr | $312.50 |
| 12/19/02 | Prepare draft correspondence to Ms. Duff and Mr. Smith regarding November 2002 invoices (0.3); update Outstanding Balance database (1.1); update Project Category Summary (0.3); meet with Attorney Cleary for his review of the draft letters regarding November 2002 invoices (0.2); review Docket for filings from December 4-19 (0.3).<br>K. BROWN | 2.20 hrs. | 125.00/hr | $275.00 |
| 12/23/02 | Prepare fee detail and e-mail to Mr. Smith, Mr. Stierer and Attorney Cleary.<br>K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

W. R. Grace & Co.

January 24, 2003
Invoice 545861  Page 2

| 12/23/02 | Prepare Fee Application correspondence and e-mail to Ms. McFarland, Ms. Cuniff and Attorney Cleary. | | | |
|---|---|---|---|---|
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |
| 12/27/02 | Review correspondence from AP/AR Clerk regarding payments received. | | | |
| | K. BROWN | 0.30 hrs. | 125.00/hr | $37.50 |

**Fees for Legal Services** .................................................................................... **$1,887.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. BROWN | 15.10 | 125.00 | 1,887.50 |
| TOTAL | 15.10 | 125.00 | 1,887.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 12/06/2002 | Photocopies 54 Page(s) | 2.70 |
|---|---|---|
| 12/11/2002 | VENDOR: Federal Express; INVOICE#: 647088649; DATE: 12/11/2002 - 11/22/02 | 34.83 |
| 12/11/2002 | VENDOR: Federal Express; INVOICE#: 647088665; DATE: 12/11/2002 - 12/06/02 | 25.59 |
| 12/11/2002 | Telephone 1-410-531-4129 | 0.07 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................. **$63.19**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 2.70 |
| Federal Express | 60.42 |
| Telephone | 0.07 |
| TOTAL | $63.19 |

**Net current billing for this invoice** ............................................................................ **$1,950.69**

W. R. Grace & Co.

January 24, 2003
Invoice 545861  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211-1070
TELEPHONE (803) 799-2000

For Services Through 01/01/03

Our Matter # 02399/06091
Fee Applications

| | |
|---|---:|
| Fees for Professional Services | $1,887.50 |
| Charges for Other Services Provided/Expenses Incurred | $63.19 |
| **Net current billing for this invoice** | **$1,950.69** |

## WIRING INSTRUCTIONS

Account Name: Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

| ACCOUNTS RECEIVABLE RECAP | | | |
|---|---|---|---|
| Original Invoice Number | Invoice Date | Invoice Amt | A/R Balance |
| 514768 | 07/23/2002 | 5,866.44 | 1,166.90 |
| 518011 | 08/15/2002 | 8,627.57 | 1,684.10 |
| 523731 | 09/18/2002 | 3,785.51 | 740.40 |
| 528964 | 10/22/2002 | 5,243.32 | 1,029.60 |
| 533401 | 11/18/2002 | 3,562.00 | 3,562.00 |
| 538209 | 12/18/2002 | 2,804.99 | 2,804.99 |
| 545861 | 01/24/2003 | 1,950.69 | 1,950.69 |
| | TOTAL A/R BALANCE | | $12,938.68 |