## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. Grace & Co., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline: April 29, 2003** |
| | **Hearing Date: TBD only if necessary** |

### SUMMARY OF THE SIXTH MONTHLY VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

Name of Applicant:                                     Richardson Patrick Westbrook
                                                       & Brickman, LLC

Authorized to Provide Professional Services to:        Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002

Period for which compensation and                      February 1, 2003 through
Reimbursement is sought:                               February 28, 2003

Amount of Compensation sought as actual,               $ 217,149.00
Reasonable, and necessary:

Amount of Expenses Reimbursement:                      $ 31,928.29

This is a: X monthly _ interim _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/02 through 9/30/2002 | $170,069.50 | $44,005.38 | Approved | Approved |
| 12/04/02 | 10/01/2002 through 10/31/2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 through 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 through 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 through 1/31/2003 | $142,944.50 | $68,022.89 | Pending | Pending |

This is the sixth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 20 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $7,000.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 79.7 | $50,602.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 176.0 | $66,920.00 |
| James L. Ward, Jr. | Associate | 5 | Litigation | $265 | 159.0 | $36,093.00 |
| Robert S. Wood | Associate | 3 | Litigation | $240 | 71.6 | $13,296.00 |
| TOTALS | | | | | 486.3 | $166,911.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kim Carr | Paralegal | 13 | Litigation | $125 | 75.8 | $9,475.00 |
| Janet Bakst* | Paralegal | 10 | Litigation | $125 | 151.6 | $18,950.00 |
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 48.5 | $6,062.50 |
| Carrie Hughes | Paralegal | 23 | Litigation | $125 | 112.5 | $14,062.50 |
| Kim Garcia | Lit. Support | 8 | Litigation | $75 | 13.0 | $975.00 |
| Linda Hambleton | Lit. Support | 2 | Litigation | $75 | 8.5 | $637.50 |
| Ann Crouse | Lit. Support | 5 | Litigation | $75 | 1.0 | $75.00 |
| TOTALS | | | | | 410.9 | $50,237.50 |

* Mrs. Bakst is a licensed attorney who has not yet taken the South Carolina Bar exam and is accordingly working as a senior paralegal and being billed as such.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 16.7 | $2,177.50 |
| 20-Travel–Non-working | 95.4 | $13,410.00 |
| 22-ZAI Science Trial | 784.8 | $201,561.50 |
| TOTALS | 896.9 | $217,149.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Telephone Expense | |
| Federal Express Overnight Delivery | $668.97 |
| Postage Expense | |
| Telephone Expense – Outside | |
| Duplicating – Internal | $862.80 |
| Documentation Charge | |
| Courier Service | |
| Outside Duplicating | $12,663.76 |
| Lodging | $1,826.76 |
| Parking | $108.00 |
| Air Travel Expense | $7,049.50 |
| Rail Travel Expense | |
| Taxi Expense | $269.50 |
| Mileage Expense | $23.50 |
| Travel Meals | $298.98 |
| General Expense | |
| Expert Services | $3,843.75 |
| Outgoing Faxes | $165.00 |
| Contract Labor | $1,286.01 |
| Witness Location Fee | $2,788.18 |
| Car Rental | $73.58 |
| Total | $31,928.29 |

Dated:  April 9, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688
LEAD COUNSEL FOR
ZAI CLAIMANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## FEE DETAIL OF THE SIXTH MONTHLY VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                                                    )
COUNTY OF CHARLESTON        )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)    I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)    I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED  .
Before me this 8th day of April, 2003.

Notary Public for South Carolina
My Commission Expires: March 31, 2004

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**FEE DETAIL OF THE SIXTH MONTHLY VERIFIED APPLICATION OF**
**RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM**
**FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

# Time report

### 02/01/2003 - 02/28/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | | **L106** | | | | |

| Day: | | 02/02/2003 | | | | |
|---|---|---|---|---|---|---|
| 02/02/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed documents and revised outline for Wood deposition (2.5); received and reviewed additional documents for Wood deposition (2.0); conference call with Ed Westbrook, Jay Ward and experts regarding status, test results and preparing reports (1.7); conference with Ed Westbrook and Jay Ward regarding strategy (.8); telephone conversation with Darrell Scott regaring status and experts (.5); received and reviewed letter regarding document production (.2); received and reviewed letter from Jim Bentz regarding dicovery (.2); received and reviewed memo from Jay Ward regarding prospective witness interview (.1); conference with Linda Hambleton regarding review of Grace microfilms (.3); telephone conversation with expert regarding future testing (.5); conversation with Jay Ward regarding Wood deposition preparation (.3) | $400.00 | 9.10 | $3,640.00 |

| Day: | | 02/03/2003 | | | | |
|---|---|---|---|---|---|---|
| 02/03/2003<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Rob Turkewitz re: microfiche reading machine findings. | $75.00 | 0.30 | $22.50 |
| 02/03/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Computer search of people and issues to be covered at upcoming depos. Compile and analyze documents pertaining to the depos. | $125.00 | 8.00 | $1,000.00 |
| 02/03/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on preparation for Eaton deposition (4.2); meeting with Rob Turkewitz and Jay Ward regarding upcoming depositions (.8); conference call with experts, Rob and Jay regarding status of testing (1.7) | $650.00 | 6.70 | $4,355.00 |
| 02/03/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Pull and review testing documents (3.); work on memo to Ian Jones regarding scanning of documents (.3); work on file organization (1.5); search for specific documents (1.5); input documents regarding ZAI issues into database (1.5) | $125.00 | 7.80 | $975.00 |
| 02/03/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Draft memo summarizing potential claimant interview (0.3); compile EPA documents re: ZAI (0.3); draft letter to potential claimant forwarding same (0.3); conference with Mr. Turkewitz in preparation for Chip Wood deposition (0.3); receive and review various letters re: Grace employee depositions and discovery issues (0.2); conference with Messrs. Westbrook and Turkewitz and expert witnesses (1.7); conference with Messrs. Westbrook and Turkewitz re: Grace employee deposition strategy (0.8); review and organize critical documents in preparation for Chip Wood deposition (0.8) | $265.00 | 4.70 | $1,245.50 |
| 02/03/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling documents for Eaton and Wood Depositions | $125.00 | 7.00 | $875.00 |

04/08/2003

# Time report

### 02/01/2003 - 02/28/2003

2

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/03/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and revise law clerk research on Grace asbestos articles | $240.00 | 1.00 | $240.00 |
| **Day:** | | **02/04/2003** | | | | |
| 02/04/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Compile documents regarding Grace's early use of electron microscope (.5); conduct various searches on Grace employees (.5); compiling and organizing testing documents (5.5) | $125.00 | 6.50 | $812.50 |
| 02/04/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review documents during travel in preparation for Chip Wood deposition (2.7); review ZAI documents in Winthrop Square repository (4.0). | $265.00 | 6.70 | $1,775.50 |
| 02/04/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Finish putting together Eaton documents for upcoming deposition (2.0); pull, copy and refile testing documents (6.0) | $125.00 | 8.00 | $1,000.00 |
| 02/04/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed documents at Grace repository (4.0); Travel from Charleston to Boston (6 - worked on preparing for Wood deposition). | $400.00 | 10.00 | $4,000.00 |
| 02/04/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Computer search of people and issues to be covered at upcoming depos. Compile and analyze printouts and documents. | $125.00 | 8.00 | $1,000.00 |
| **Day:** | | **02/05/2003** | | | | |
| 02/05/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Computer search of people and issues to be covered at upcoming depos. Compile and organize printouts and documents pertaining to the depos. | $125.00 | 8.00 | $1,000.00 |
| 02/05/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Continued preparing for Wood deposition (2.5); conduct deposition of E.S. Wood (3.5); continued reviewing documents at Grace repository (4); conference with Jay Ward regarding Wood deposition (.6). | $400.00 | 10.60 | $4,240.00 |
| 02/05/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review testing reports and all related documents (5.5); prepare index of CD of potential witness (1.5) | $125.00 | 7.00 | $875.00 |
| 02/05/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Mr. Turkewitz in preparation for Chip Wood deposition (0.6); attend and assist Rob Turkewitz at Chip Wood deposition with documents responsive to answers and suggesting additional areas of inquiry (3.5); review ZAI documents in Winthrop Square repository (4.3). | $265.00 | 8.40 | $2,226.00 |
| **Day:** | | **02/06/2003** | | | | |

04/08/2003

# Time report

### 02/01/2003 - 02/28/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/06/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed ZAI documents at Grace repository. | $400.00 | 5.50 | $2,200.00 |
| 02/06/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Computer search of people and issues to be covered at upcoming depos. Compile and analyze printouts and organize documents pertaining to the depos. | $125.00 | 7.00 | $875.00 |
| 02/06/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review ZAI documents in Winthrop Square repository. | $265.00 | 6.40 | $1,696.00 |
| 02/06/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Compile L2 and L3 ZAI documents for Ed Westbrook for Eaton deposition (1.5); review documents in database (4.0) | $125.00 | 5.50 | $687.50 |
| **Day:** | | **02/07/2003** | | | | |
| 02/07/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarizing of Yang deposition in previous case for upcoming deposition. | $125.00 | 3.00 | $375.00 |
| 02/07/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Computer search of people and issues to be covered at upcoming depos. Compile and analyze printouts of documents pertaining to the depos. Compile and review documents from reports. | $125.00 | 7.20 | $900.00 |
| 02/07/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed memos regarding discovery (.5); emails to Janet Bakst and Carrie Hughes regarding discovery (.6); reviewed records and drafted email to investigator regarding location of additional witnesses (.8); received and reviewed information on prospective expert (.3); email to witness (.2). | $400.00 | 2.40 | $960.00 |
| 02/07/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Eaton materials and select some that may be useful for future depositions and discovery (1); attend and take Eaton deposition (4.5); dictate memo to attorneys and staff after deposition regarding deposition points (.7); work on ZAI strategy memo (while waiting in airport and traveling - 3.2) | $650.00 | 9.40 | $6,110.00 |
| 02/07/2003<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize Yang deposition. | $75.00 | 1.50 | $112.50 |
| **Day:** | | **02/10/2003** | | | | |
| 02/10/2003<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Summarize past Yang deposition for upcoming deposition. | $75.00 | 4.00 | $300.00 |
| 02/10/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare deposition review materials regarding ZAI. | $125.00 | 7.50 | $937.50 |
| 02/10/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Grace counsel regarding deposition schedule and | $650.00 | 2.20 | $1,430.00 |

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | return call to Grace counsel regarding scheduling issues (.3); major strategic meeting with Rob Turkewitz, Jay Ward and Bobby Wood to discuss Grace recent letters regarding depositions, scheduling, deponents Grace will seek and will fight and response thereto including review of depositions taken to date, information acquired and leads provided by those depositions to prepare response to Grace on these and related issues (1.5); discussions with Jay Ward regarding Eaton deposition and Wood deposition (.2); review Grace correspondence (.2) | | | |
| 02/10/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Telephone call with Mr. Westbrook re: results of Chip Wood deposition (0.2); review Eaton deposition summary (0.1); review letter to EPA re: Libby tremolite issues and ZAI warning (0.1); review Minnesota news article re: ZAI (0.1); review notes from Chip Wood deposition and revise memo summarizing same (0.3); conference with Messrs. Westbrook, Turkewitz and Wood re: depositions, possible witnesses, and expert issues (1.5); telephone call with EPA representatives re: status of case against Grace, possible EPA testimony and expert issues (0.7). | $265.00 | 3.00 | $795.00 |
| 02/10/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Conferences with Carrie Hughes re: homeowners/claimants (.4); proofread and finalized memo re: deposition of Wood (.4); received and reviewed memo from Ed Westbrook re: deposition of Fred Eaton (.5); emails to investigator re: location of prospective witness (.3); phone conversation with EPA re: status (.3); email to co-counsel re: deposition of McMurchie (.4); received and reviewed response from co-counsel re: McMurchie (.2); received and reviewed response from investigator (.2); received and reviewed letter from potential expert (.2); conference with Ed Westbrook, Jay Ward, and Bobby Wood re: strategy and depositions (1.5); conference call with EPA re: status of litigation (.5); memo to file re: phone conversation with prospective witness (.5); Received and reviewed CV for prospective expert (.3); received and reviewed case report and forwarded to Ed Westbrook (.5); memo to Ed Westbrook re: witness for science trial (.6); reviewed Wood deposition file and dictated memo regarding hi-lights of deposition testimony (1.2); received and reviewed correspondence from investigator re: location of witnesses (.2) phone conversation with prospective witness and reviewed documents faxed from witness (1.0). | $400.00 | 9.20 | $3,680.00 |
| 02/10/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Summarizing of Yang deposition in a previous case. | $125.00 | 6.00 | $750.00 |
| 02/10/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Summarize Julie Yang prior deposition (5.0); organize testing documents (2.0); search for specific documents (.5); meeting with Rob Turkewitz regarding homeowners (.4) | $125.00 | 7.90 | $987.50 |
| 02/10/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 Strategic meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding depositions, scheduling, etc. (1.5); review Eaton deposition memo (.2); review Wood deposition memo (.2) | $240.00 | 1.90 | $456.00 |
| **Day:** | | **02/11/2003** | | | | |

# Time report

### 02/01/2003 - 02/28/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|-----------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 02/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| chughes | 0000 | | Organize testing documents into chronological order (1.0) run various searches and print reports (1.0); various phone conversations with potential witnesses (.8); review ZAI database for problems (.5); search for documents for upcoming deposition (.5); conversations with Jay Ward regarding documents needed for depositions (.2) | | | |
| 02/11/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 4.60 | $1,840.00 |
| rturkewitz | 0000 | | Phone conversation with prospective witness re: Grace testing of ZAI (1.2); phone conversation with prospective witness re: Grace testing (.4); drafted letter to Jim Bentz re: additional witnesses (.5); email to Jay Ward re: prospective witness (.2); conference with Janet Bakst re: Zonolite films and summarizing depositions (.4); conference call with Darrell Scott and Jay Ward re: status and strategy (.8); phone conversation with claimant re: ZAI (.5); converstion with Ed Westbrook regarding witnesses and depositions (.5); conversation with Jay Ward regarding conversation with potential claimant (.1). | | | |
| 02/11/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 4.10 | $1,086.50 |
| jward | 0000 | | Review Ericson deposition summaries and documents in database involving Ericson (1.0); telephone call with claimant re: possible testimony and home inspection (0.1); conference with Mr. Turkewitz re: same and other potential witness testimony (0.1); multiple conferences with Ms. Hughes re: documents needed for deposition preparation (0.2); review Zonolite patent materials re: asbestos content and memo re: same (0.3); review documents in database involving Wolter and Duecker in preparation for their depositions (1.0); telephone call with Mr. Westbrook re: Yang and Wolter depositions (0.2); telephone call with Messrs. Turkewitz and Scott re: case status, discovery issues, and expert issues (0.8); begin preparation for Yang deposition (0.4). | | | |
| 02/11/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.40 | $1,560.00 |
| ewestbrook | 0000 | | Conversations with Grace counsel regarding deposition scheduling, witnesses (.4); discussions with Rob Turkewitz regarding witness contracts, selection of witnesses, Grace position on deposition (.5); discussion with Jay Ward regarding coverage of Grace depositions (.2); review documents and dictate strategic memo regarding ZAI (1.1); conversation with witness representative (.2) | | | |
| 02/11/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| jbakst | 0000 | | Categorize and organize expert reliance documents.(3) Computer search of people and issues to be covered at upcoming depos, compile and analyze reports and organize documents from searches (5). | | | |
| 02/11/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 1.50 | $112.50 |
| lhambleton | 0000 | | Summarize prior Yang deposition for upcoming deposition. | | | |
| Day: | | 02/12/2003 | | | | |
| 02/12/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Organize expert reliance materials(1) Review and analyze prior deposition transcript in preparation of upcoming deposition of witness (.5); Review depo summary and prepare questions for upcoming depo (.5); Computer search for documents for upcoming witness depo (.5); Read and prepare depo summary (3); Search Hearing transcript for specific testimony (.4); View and analyze ZAI videotapes (1.5); Phone call to Boston repository regarding status of production of films | | | |

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | converted into video (.1) | | | |
| 02/12/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Strategy meeting with Rob Turkewitz and Jay Ward regarding upcoming depositions and deposition planning, witness matters, scientific issues to be addressed, expert coordination and related matters (1.5); conversation with Rob Turkewitz regarding ZAI installations (.2); conversation with expert regarding ZAI installations (.2); conversation with expert regarding ZAI testing (.2); draft correspondence to Grace regarding witnesses, depositions and status (.7); review ZAI documents (.6) | $650.00 | 3.40 | $2,210.00 |
| 02/12/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Conference with Messrs. Westbrook and Turkewitz re: case status, discovery issues, deposition strategy and identification of witnesses (1.5); review deposition transcripts, summaries and documents in preparation for Yang and Wolter depositions (3.3); draft letter to EPA requesting testimony of Paul Peronard (0.7), conversation with Rob Turkewitz regarding letter to EPA (.4). | $265.00 | 5.90 | $1,563.50 |
| 02/12/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Conference with Ed Westbrook and Jay Ward re: witnesses and trial strategy (1.5); reviewed and revised letter to Jim Bentz re: witnesses and depositions (.4); phone conversation with prospective witness re:scheduling of deposition (.5); phone conversation with EPA re: testimony of EPA employee (.4); conference with Jay Ward re: letter to EPA concerning testimony (.4); reviewed and commented on letter to EPA (.2); phone conversation with Darrell Scott re: prospective witness (.5); correspondence with Allan McGarvey re: information regarding prospective witness (.8); reviewed photos of ZAI bags (.4); phone conversations with prospective witness re: ZAI (1.2); memo to Ed Westbrook and Jay Ward re: prospective witness (.4); emails to Ed Westbrook and co-counsel re: research on effects of asbestos on real estate values (.5); gathered test reports and forwarded to expert (.4); conversation with Ed Westbrook regarding ZAI installations (.2) | $400.00 | 7.80 | $3,120.00 |
| 02/12/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Conduct various searches for documents pertaining to upcoming depositions (1.3); summarize Julie Yang deposition (5.5) | $125.00 | 6.80 | $850.00 |
| 02/12/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106<br>Concluded summarizing one of Yang depositions in previous case. | $125.00 | 3.00 | $375.00 |
| Day: | | 02/13/2003 | | | | |
| 02/13/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Organize Julie Yang testing documents (.8); finish summarizing Julie Yang deposition (1.5); conduct searches regarding bags and advertisements and organize documents (4); telephone conversation with potential witness (.1); set up testing database (.5); meeting with Rob Turkewitz regarding ZAI bags (.5) | $125.00 | 7.40 | $925.00 |

04/08/2003                                                                                                                    7

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/13/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| | | | Compile Yang documents for upcoming deposition | | | |
| 02/13/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
| | | | Review memos from Rob Turkewitz regarding ZAI installations, ZAI testing and potential witnesses | | | |
| 02/13/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 4.70 | $1,880.00 |
| | | | Conferences with Carrie Hughes re: ZAI bags (.5); received and reviewed test reports from Allan McGarvey (.4); phone conversation with prospective Witness (.8); phone conversation with prospective witness re: testimony and scheduling of deposition (.6); letter to prospective witness confirming deposition date (.4); memo to Ed Westbrook re: testimony of prospective witness (.8); conference call with Darrell Scott and prospective witness (.5); email to Janet Bakst re: production of Zonolite films (.2); received and reviewed test results from prospective witness (.3); email to Allan McGarvey re: reliance materials (.2). | | | |
| 02/13/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 7.10 | $1,881.50 |
| | | | Multiple conferences with Ms. Hughes, Ms. Bakst and Ms. Kerisson re: documents needed from database for depositions and establishing database in testing documents (.3); review documents in preparation for Wolter and Yang depositions (2.3); review Yang deposition transcripts and summaries (2.6); draft Yang deposition outline (1.7); receive and review various letters re: testing documents requested from Grace and identification of witnesses (.2). | | | |
| 02/13/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.40 | $925.00 |
| | | | Listen to ZAI consumer cassette tape and summarize (1); Compiled and organized documents for Hamilton deposition (4.5); Phone calls with Grace repository re: copying fragile film. (.4) Prepare depo summary (1.5) | | | |
| **Day:** | | **02/14/2003** | | | | |
| 02/14/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 4.30 | $1,139.50 |
| | | | Review documents in preparation for Wolter and Yang depositions (.4); draft Yang deposition outline (3.8); r/r letter re: fact witness depositions (.1). | | | |
| 02/14/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| | | | Finish depo review of Wood (5.5) Organize documents (2) | | | |
| 02/14/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 4.60 | $1,840.00 |
| | | | Reviewed testing documents for deposition of Tom Hamilton (1.2); conference with Ed Westbrook re: letter from Jim Bentz re: scheduling (.3); phone conversation with Tom Hamilton re: availability for deposition (.4); phone conversation with Leon Cohen re: availability for deposition (.3); conference call with Darrell Scott and prospective witness re: testimony (1.0); phone conversations with Darrell Scott re: availability of witnesses for deposition (.3); dictated and revised letter to Jim Bentz re: scheduling of depositions and additional witnesses (.8); phone conversation with Ed Westbrook re: status and assignments for depositions (.3). | | | |

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/14/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Conversation with Rob Turkewitz regarding status and assigments for depositions (.3); conference with Rob Turkewitz regarding Grace scheduling (.3) | $650.00 | 0.60 | $390.00 |
| 02/14/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Organize Julie Yang documents (1.5); Review and organize testing documents (2.9) | $125.00 | 4.40 | $550.00 |
| **Day:** | | **02/15/2003** | | | | |
| 02/15/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Reviewed test reports and called prospective witness re: questions raised (.8); emails to Bobby Wood and Jay Ward re: scheduling of depositions (.5); memo to Ed Westbrook re: deposition of Paul Peronard (.2); received message from Darrell Scott re: availability for witnesses for depositions and email to Ed Westbrook re: same (.3); emails to Linda Hambleton re: scheduling and calendar for depositions (.2); phone conversation with prospective witness re: testimony (1.0); memos to Jay Ward and Bobby Wood re: scheduling of depositions (.8). | $400.00 | 3.80 | $1,520.00 |
| **Day:** | | **02/16/2003** | | | | |
| 02/16/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review documents and draft outline in preparation for Yang deposition. | $265.00 | 3.60 | $954.00 |
| **Day:** | | **02/17/2003** | | | | |
| 02/17/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Review promotional videos and cassettes of ZAI .Preparation of memo re contents. (7.5); conversation with Jay Ward regarding sales documents (.2) | $125.00 | 7.70 | $962.50 |
| 02/17/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with lawyers regarding extensive review of deposition schedule, deposition planning, deposition assignments, topics, outstanding discovery issues (2.5); review correspondence from Grace and correspondence to Grace regarding deposition matters (.4); conversations with Rob Turkewitz regarding potential ZAI witness (.2); work on deposition planning (.4) | $650.00 | 3.50 | $2,275.00 |
| 02/17/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Review documents in preparation for Yang and Wolter depositions (8.4); conference with Messrs. Westbrook, Turkewitz and Wood re: case status, discovery issues, and deposition coordination and strategy (2.5); conference with Ms. Bakst re: compilation of sales documents needed (0.2) | $265.00 | 11.10 | $2,941.50 |
| 02/17/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Reviewed documents for deposition of Tom Hamilton (1.5); meeting with | $400.00 | 8.50 | $3,400.00 |

# Time report

### 02/01/2003 - 02/28/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Ed Westbrook, Jay Ward and Bobby Wood re: depositions and strategy (2.5); received and reviewed documents from prospective witness (.4); conference with Bobby Wood re: depositions (.5); dictated letter re: FOIA request (.8); phone conversation with prospective witness re: ZAI (.4); memo to file re: phone conversation with prospective witness (.4); memo to file re: phone conversation with another prospective witness (.6); converstion with Ed Westbrook regarding potential ZAI witness (.2); conference call with Bobby Wood and potential witness (1.2) | | | |
| 02/17/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Organize testing documents | $125.00 | 7.50 | $937.50 |
| 02/17/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Meeting with Ed Westbrook, Rob Turkewitz and Jay Ward regarding upcoming depositions and related issues (2.5); conference call with Rob Turkewitz and potential witness (1.1); several calls to local counsel in Minnesota regarding claimant deposition (.3); conversation with Rob Turkewitz regarding depositions (.5) | $240.00 | 4.40 | $1,056.00 |
| **Day:** | | **02/18/2003** | | | | |
| 02/18/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review materials for McMurchie deposition while traveling on plane (2.0); meeting with Mr. McMurchie in preparation for his deposition (2.3) | $240.00 | 4.30 | $1,032.00 |
| 02/18/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Compiling testing documents (3.5); compiling reports and interviews for upcoming deposition (1.3); compiling loosefill sales information (.5); discussion with Rob Turkewitz regarding potential witnesses (.3); organize EPA documents for Rob Turkewitz (.6); organize Wolter documents for Jay Ward (.3) | $125.00 | 6.50 | $812.50 |
| 02/18/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Organize testing documents for depositions | $125.00 | 6.00 | $750.00 |
| 02/18/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Organizing Grace documents by subject matter. | $125.00 | 7.50 | $937.50 |
| 02/18/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Proofread and finalized letter re: FOIA request (1.2); letter to Jim Bentz re: ADL test reports (.4); conference call with Ed Westbrook and Jim Bentz re: scheduling (.4); received and reviewed letter from Jim Bentz re: scheduling (.2); conferences with Jay Ward re: deposition scheduling (.4); phone conversations with Darrell Scott re: scheduling of Busch deposition (.2); phone conversation with prospective witness (1.2); phone conversation with prospective witness (.4); reviewed testing documents in preparation of Hamilton deposition (1.5); received and reviewed photos from Darrell Scott re: ZAI (.5); received and reviewed report regarding ZAI (.5); conversation with Lizzie Kerrison regarding potential witnesses (.3) | $400.00 | 7.20 | $2,880.00 |
| 02/18/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and organize documents in preparation for Yang and Wolter depositions (6.1); conversation with Ed Westbrook and Rob Turkewitz | $265.00 | 6.50 | $1,722.50 |

04/08/2003

# Time report

**02/01/2003 - 02/28/2003**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | regarding scheduling (.4). | | | |
| 02/18/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference call with Grace counsel and Rob Turkewitz regarding deposition scheduling issues (.4) and various discussions with Rob Turkewitz and Jay Ward regarding deposition preparation (.4) | $650.00 | 0.80 | $520.00 |
| 02/18/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Search data base, review critical documents, compile statistics and prepare memo on the amount of bags of vermiculite sold throughout the history of the product. (6.5) ; Organize documents (1) | $125.00 | 7.50 | $937.50 |
| **Day:** | | **02/19/2003** | | | | |
| 02/19/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Review videos of home remodeling (.5);Organized ZAI files (1) ; Started depo review of Peronard (3); Started depo review of Weis (2.6); conversation with Rob Turkewitz regarding EPA deposition summaries (.4) | $125.00 | 7.50 | $937.50 |
| 02/19/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and organize documents in preparation for Yang deposition. | $265.00 | 5.50 | $1,457.50 |
| 02/19/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed Yang deposition outline and forwarded comments to Jay Ward (1.5); various phone conversations with witnesses re: scheduling of depositions (2.0); phone conversations with Bobby Wood re: McMurchie deposition (.5); phone conversation with expert re: test results (.4); dictated and finalized letter to Jim Bentz re: deposition schudle (.8); received and reviewed videos re: renovations (.5); review of EPA v. Grace depositions (.5); conference with Janet Bakst re: summary of EPA depositions (.4); continued preparing for Tom Hamilton deposition (3.). | $400.00 | 9.60 | $3,840.00 |
| 02/19/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Organizing Grace documents by subject | $125.00 | 7.00 | $875.00 |
| 02/19/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Organize ZAI testing documents | $125.00 | 7.00 | $875.00 |
| 02/19/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend deposition of Mr. McMurchie (2.8); meeting with Mr. McMurchie after deposition (.5); conversation with Rob Turkewitz regarding depositions (.5) | $240.00 | 3.80 | $912.00 |
| **Day:** | | **02/20/2003** | | | | |
| 02/20/2003<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Organize Libby documents for deposition use (5.5) | $125.00 | 5.50 | $687.50 |

04/08/2003

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/20/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Search for and organize Grace documents for potential witness deposition | $125.00 | 6.80 | $850.00 |
| 02/20/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106<br>Compiling documents for upcoming deposition (7.0); conversation with Ed Westbrook regarding experts (.3) | $125.00 | 7.30 | $912.50 |
| 02/20/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Reviewed documents re: construction/renovations (.5); meeting with Kevin Kalman re: deposition (2.5); email communications with Jim Bentz re: scheduling (.3); continued reviewing documents re: deposition of Tom Hamilton (2.0); reviewed documents in preparation for meeting with potential expert (1.0); prepared outline for deposition of Kevin Kalman (1.5); phone conversation with prospective witness re: Grace's testing (.8); conversation with Ed Westbrook regarding ZAI planning issues, depositions and scheduling (.4). | $400.00 | 9.00 | $3,600.00 |
| 02/20/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Prepare for and conduct Yang deposition (8.3); conversation with Ed Westbrook regarding Yang deposition (.3) | $265.00 | 8.60 | $2,279.00 |
| 02/20/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search data base for critical documents, compile report on asbestos fines, compile and organize those documents (7.5) | $125.00 | 7.50 | $937.50 |
| 02/20/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Discussions with potential witness regarding testimony (.4); discussion with Jay Ward regarding ongoing Yang deposition and areas of inquiry (.3); discussions with Rob Turkewitz regarding ZAI planning issues, deposition planning, scheduling, witnesses (.4); work on ZAI deposition planning (.5); conversations with Rob Turkewitz regarding ZAI strategic issues (.4); conversation with Kim Carr regarding ZAI experts (.3); work on ZAI planning (1.2) | $650.00 | 3.50 | $2,275.00 |
| **Day:** | | **02/21/2003** | | | | |
| 02/21/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Search data base and files for critical documents, finish report on fines, compile and organize documents (7.5) | $125.00 | 7.50 | $937.50 |
| 02/21/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Meeting re: expert testimony in ZAI Science Trial (6.5); phone conversations with claimant re: scheduling of deposition (.4). | $400.00 | 6.90 | $2,760.00 |
| 02/21/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106<br>Organizing Grace documents by subject | $125.00 | 7.00 | $875.00 |
| 02/21/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with potential expert (attend part of meeting) to review ZAI work, scientific testing issues, microscopy issues, mineralogy issues (6.2) | $650.00 | 6.20 | $4,030.00 |

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name Description | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/21/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| | | Continue search for and organize documents for potential witness deposition (6.5); begin summarizing Wolter deposition (.5) | | | | |

| **Day:** | | **02/23/2003** | | | | |
|---|---|---|---|---|---|---|
| 02/23/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 3.90 | $936.00 |
| | | Review materials for upcoming deposition of potential witness while traveling (1.5); meeting with potential witness (2.4) | | | | |
| 02/23/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 1.50 | $600.00 |
| | | Continued preparing outline for deposition of Tom Hamilton. | | | | |
| 02/23/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 4.50 | $562.50 |
| | | Review and incorporate Libby chronology documents into Concordance | | | | |

| **Day:** | | **02/24/2003** | | | | |
|---|---|---|---|---|---|---|
| 02/24/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 13.10 | $5,240.00 |
| | | Received and reviewed information from prospective expert re: ZAI (.4); received and reviewed letter from Jim Bentz re: scheduling of depositions (.2); left message for Darrell Scott re: Busch deposition (.2); continued preparing outline for deposition of Tom Hamilton (3.0); meeting with Tom Hamilton (7.5); conversation with Jay Ward regarding Cohen deposition (.2); conversation with Jay Ward and Janet Bakst regarding information on superclean vermiculite (.3); conference with Jay Ward and Ed Westbrook regarding Yang deposition and strategy for upcoming depositions (1.3). | | | | |
| 02/24/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 2.70 | $648.00 |
| | | Attend deposition of homeowner witness regarding ZAI | | | | |
| 02/24/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 4.70 | $587.50 |
| | | Conversation with Ed Westbrook regarding projects (.2); summarize Wolter deposition (2.2); work on ZAI testing database (1.0); organize documents for upcoming deposition (1.3) | | | | |
| 02/24/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 10.00 | $6,500.00 |
| | | Review ZAI documents relating to potential witness and make notes on important points from documents for deposition prep (6.2); discussions with Rob Turkewitz and Jay Ward regarding points from Yang deposition and preparation for upcoming depositions (1.3); review correspondence from Grace counsel regarding depositions and correspondence to Grace counsel regarding deposition scheduling (.3); discussions with Carrie Hughes regarding witness preparation project (.2); continued review of ZAI documents and dictate notes for deposition preparation (2) | | | | |
| 02/24/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 2.50 | $1,625.00 |
| | | Review selected ZAI documents concerning potential witness and dictate notes regarding same (2.5) | | | | |
| 02/24/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.80 | $975.00 |
| | | Prepare depo summary of Weis (5.5) Search data base and review critical documents on superclean vermiculite.(2); conference with Rob | | | | |

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | Turkewitz and Jay Ward regarding superclean vermiculite Information (.3) | | | |
| 02/24/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 9.20 | $2,438.00 |
| | | | Review and organize documents and draft outline in preparation for Wolter deposition (7.2); conference with Messrs. Westbrook and Turkewitz re: results of Yang deposition and strategy for remaining depositions (1.3); conference with Mr. Turkewitz re: strategy for Cohen deposition (0.2); multiple conferences with Mr. Turkewitz and Ms. Bakst re: information gathered on super clean vermiculite (0.3); review and revise Hamilton deposition outline (0.2). | | | |
| 02/24/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| | | | Organizing Grace documents by subject for ZAI trial | | | |
| **Day:** | | **02/25/2003** | | | | |
| 02/25/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| | | | Compiling documents for upcoming deposition use. | | | |
| 02/25/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 7.40 | $4,810.00 |
| | | | Meeting with Tom Hamilton in preparation for his deposition (2); attend Tom Hamilton deposition, review Grace documents during deposition and select documents for additional examination questions for redirect examination, consultation with Rob Turkewitz during deposition (5.4, partial attendance of deposition) | | | |
| 02/25/2003 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 6.60 | $1,749.00 |
| | | | Review and organize documents and draft outline in preparation for Wolter deposition (3.8); review and organize documents in preparation for Cohen deposition (0.4); conference with Mr. Cohen in preparation for his deposition (2.0); multiple e-mail messages to Messrs. Turkewitz and Westbrook and Ms. Bakst re: ZAI sales information, documents evidencing recycling of fines, and attic testing results and procedure (0.4). | | | |
| 02/25/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| | | | Conference with Lizzie Kerrison regarding documents from similar case for inclusion of the ZAI science trial documents (.5); review and analyze documents for ZAI issues and input into database (3.5) | | | |
| 02/25/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 3.70 | $888.00 |
| | | | While traveling to New York, review materials for upcoming deposition (1.2); meeting with potential witness (2.0); conversation with Rob Turkewitz regarding Casler deposition (.5) | | | |
| 02/25/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| | | | Compile and organize testing documents (6.2); conduct search of Wolter documents for Jay Ward (.3); conversation with Carrie Hughes regarding documents for ZAI science trial (.5) | | | |
| 02/25/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 10.00 | $4,000.00 |
| | | | Meeting with Tom Hamilton and Ed Westbrook re: ZAI Science Trial (2.0); | | | |

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code / Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | conducted deposition of Tom Hamilton (7.5); phone conversations with Bobby Wood re: Casler deposition (.5). | | | |
| 02/25/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Finalize depo summary of Weis (5.0) ; Further research re ZAI sales and recycling of fines (2.50) | $125.00 | 7.50 | $937.50 |
| **Day:** | | **02/26/2003** | | | | |
| 02/26/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106<br>Reviewed documents in preparation of Kalman deposition (1.0); defended deposition of Kalman (2.5); phone conversations with testing laboratory re: ZAI test results (.5); phone conversation with prospective witness re: test results (.4); phone conversation with prospective expert re: additional testing (.5); conversation with Carrie Hughes regarding exhibits and upcoming deposition (.7) | $400.00 | 5.60 | $2,240.00 |
| 02/26/2003 bwood | 200106 0000 | Zonolite Science Trial | L106<br>Meeting with potential witness (1.0); attend deposition while traveling to Washington for deposition, reviewed materials for deposition the next day (1.); meeting with potential witness in Washington, DC (3.0) | $240.00 | 7.50 | $1,800.00 |
| 02/26/2003 chughes | 200106 0000 | Zonolite Science Trial | L106<br>Conversation with Rob Turkewitz regarding exhibits (.2); organizing exhibits (.8); conversation with Rob Turkewitz regarding upcoming deposition (.5); memo to Lizzie Kerrison regarding testing documents (.1); analyzing and inputting testing documents into database (2.1); various phone conversations with potential witness (.3); conversation with Ed Westbrook regarding specific testing documents (.5); begin summarizing another Julie Yang deposition (.5) | $125.00 | 5.00 | $625.00 |
| 02/26/2003 jward | 200106 0000 | Zonolite Science Trial | L106<br>Prepare for and conduct Wolter and Cohen depositions. | $265.00 | 8.50 | $2,252.50 |
| 02/26/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106<br>Research and prepare document giving the history of the use of ore #3 in ZAI and the quantity of bags sold containing Libby #3 ore. (8) | $125.00 | 8.00 | $1,000.00 |
| 02/26/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Prepare and meet with prospective witness, review areas of potential testimony, relevant documentation (7.6); conversation with Carrie Hughes regarding specific testing documents (.5) | $650.00 | 8.10 | $5,265.00 |
| **Day:** | | **02/27/2003** | | | | |
| 02/27/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106<br>Review notes from witness meeting (.5); review recent Canadian presentation regarding ZAI (.4); conversation with potential expert and Rob Turkewitz regarding current activities with regard to ZAI testing (.4); memos to Bobby Wood regarding legal issues on ZAI that need to be researched (.6); review recent case with potential impact on recovery of asbestos-contamination (.2); calls to potential witness and witness | $650.00 | 4.00 | $2,600.00 |

# Time report

### 02/01/2003 - 02/28/2003

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | representative (.2); conversation with Bobby Wood regarding depositions (.2); conversation with Rob Turkewitz regarding future testing (1.5) | | | |
| 02/27/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Summarizing of Eaton deposition | $125.00 | 7.00 | $875.00 |
| 02/27/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Computer search, document search, issues relating to the use of ore other than L#1 and L#2 and the sales of said ore. (7) | $125.00 | 7.00 | $875.00 |
| 02/27/2003 jward | 200106 0000 | Zonolite Science Trial | L106 Review documents in Grace repository regarding ZAI. | $265.00 | 3.20 | $848.00 |
| 02/27/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Conversation with Linda Hambleton regarding potential witness (.2); work on summarizing Julie Yang deposition (1.5); work on document notebook (1.0); analyze, input and organize additional testing documents (2) | $125.00 | 4.70 | $587.50 |
| 02/27/2003 bwood | 200106 0000 | Zonolite Science Trial | L106 Prepare for upcoming deposition (.7); attend deposition of potential witness (4.1); meeting with potential witness (.5); telephone conversation with Rob Turkewitz regarding issues regarding the deposition (.5); telephone conversation with Ed Westbrook regarding deposition (.2) | $240.00 | 6.00 | $1,440.00 |
| 02/27/2003 lhambleton | 200106 0000 | Zonolite Science Trial | L106 Conversation with Carrie Hughes regarding potential witness | $75.00 | 0.20 | $15.00 |
| 02/27/2003 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Work on ZAI database issues (3.5); compile and review testing documents (3.0) | $125.00 | 6.50 | $812.50 |
| 02/27/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Travel from Charleston to Burlington, VT (5.5 - worked on plane reviewing ZAI documents); phone conversations with Ed Westbrook re: future testing (1.5); phone conversation with prospective witnesses re: ZAI (1.0); meeting with Roo Mold re: preparation for deposition (3.0); conversation with Ed Westbrook and expert regarding current activities with regards to ZAI testing (.4); conversation with Bobby Wood regarding deposition issues (.5). | $400.00 | 11.90 | $4,760.00 |
| **Day:** | | **02/28/2003** | | | | |
| 02/28/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 Defended deposition of Roo Mold. | $400.00 | 3.00 | $1,200.00 |
| 02/28/2003 acrouse | 200106 0000 | Zonolite Science Trial | L106 Meeting with Linda Hambleton, Kim Carr and Carrie Hughes regarding files, organizing documents for upcoming depositions, etc. | $75.00 | 1.00 | $75.00 |

# Time report

## 02/01/2003 - 02/28/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 02/28/2003 lhambleton | 200106 0000 | Zonolite Science Trial | L106 Meeting with Ann Crouse, Kim Carr and Carrie Hughes regarding files, organizing documents for upcoming depositions, etc. | $75.00 | 1.00 | $75.00 |
| 02/28/2003 chughes | 200106 0000 | Zonolite Science Trial | L106 Input and organize additional testing documents (4.5); continue summarizing Julia Yang prior depositions (1.0); conversation with Ann Crouse, Kim Carr and Linda Hambleton regarding files and organizing documents, etc. upcoming depositions (1.0) | $125.00 | 6.50 | $812.50 |
| 02/28/2003 jbakst | 200106 0000 | Zonolite Science Trial | L106 Review and highlight 220 documents related to ore usage in ZAI. Continue to prepare document setting forth history of #3 ore in ZAI and quantity sold. (7.5) | $125.00 | 7.50 | $937.50 |
| 02/28/2003 kcarr | 200106 0000 | Zonolite Science Trial | L106 Concluded summarizing of Eaton deposition (6.0); conversation with other staff regarding files and organization (1.0) | $125.00 | 7.00 | $875.00 |
| 02/28/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Conversations with Darrell Scott and potential expert regarding potential expert retention, review of issues that expert may be needed to cover, background information, receive basic information on expert's education, training and experience, discussions with Darrell regarding decision to retain this expert (1); review documents concerning discriminatory counting and fiber release (.8); review correspondence from Grace regarding deposition scheduling and discovery matters (.4); review recent information regarding Libby vermiculite developments (.2) | $650.00 | 2.20 | $1,430.00 |
| 02/28/2003 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Work on plaintiffs' expert issues including reviewing materials potentially used by experts (2.1); review correspondence from Grace regarding deposition scheduling and outstanding items (.5) | $650.00 | 2.60 | $1,690.00 |

**Transaction:**          **L116**

**Day:**          **02/04/2003**

| 02/04/2003 jward | 200106 0000 | Zonolite Science Trial | L116 Travel to Boston (billed at half rate). | $132.50 | 4.50 | $596.25 |
|---|---|---|---|---|---|---|
| 02/04/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L116 Travel from airport to 1 Winthrop Square (billed at half rate). | $200.00 | 0.50 | $100.00 |

**Day:**          **02/05/2003**

| 02/05/2003 rturkewitz | 200106 0000 | Zonolite Science Trial | L116 Travel from Hotel to Deposition (1 hour - billed at half rate); travel from deposition to repository (.8 - billed at half rate). | $200.00 | 1.80 | $360.00 |
|---|---|---|---|---|---|---|

# Time report

### 02/01/2003 - 02/28/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/05/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel to Chip Wood deposition (1); travel to Winthrop Square repository (0.8). (Both billed at half rate) | $132.50 | 1.80 | $238.50 |
| **Day:** | | **02/06/2003** | | | | |
| 02/06/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel to Winthrop Square repository (0.3); travel from Boston to Charleston (6.0). (both billed at half rate) | $132.50 | 6.30 | $834.75 |
| 02/06/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Hotel to repository (.3 - billed at half rate); Travel to airport (.5 - billed at half rate); travel from Boston to Charleston (6 hours - billed at half rate) | $200.00 | 6.80 | $1,360.00 |
| **Day:** | | **02/17/2003** | | | | |
| 02/17/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel to Boston (billed at half rate.) | $132.50 | 4.50 | $596.25 |
| **Day:** | | **02/18/2003** | | | | |
| 02/18/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel to Minneapolis for deposition (3.8 - non-working - billed at half rate) | $120.00 | 3.80 | $456.00 |
| **Day:** | | **02/19/2003** | | | | |
| 02/19/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel back to Charleston from Minneapolis (billed at half rate - non working hours) | $120.00 | 7.80 | $936.00 |
| 02/19/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-work travel to San Francisco (billed at half rate.) | $132.50 | 5.50 | $728.75 |
| **Day:** | | **02/21/2003** | | | | |
| 02/21/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-work travel from San Francisco (billed at half rate.) | $132.50 | 10.50 | $1,391.25 |
| **Day:** | | **02/23/2003** | | | | |
| 02/23/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel to Virginia Beach for deposition of potential witness (non-working hours - billed at half rate) | $120.00 | 4.00 | $480.00 |
| **Day:** | | **02/25/2003** | | | | |
| 02/25/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel to New York for deposition of potential witness (non-working | $120.00 | 7.30 | $876.00 |

04/08/2003

18

# Time report

### 02/01/2003 - 02/28/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | hours, billed at half rate) | | | |
| 02/25/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-work travel to Boston, billed at half rate (4.5). | $132.50 | 4.50 | $596.25 |
| · Day: | | **02/26/2003** | | | | |
| 02/26/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel to Washington, DC for deposition the next day (non-working hours, billed at half rate) | $120.00 | 4.00 | $480.00 |
| Day: | | **02/27/2003** | | | | |
| 02/27/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L116<br>Non-work travel from Boston (billed at half time). | $132.50 | 8.00 | $1,060.00 |
| Day: | | **02/28/2003** | | | | |
| 02/28/2003<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel back to Charleston from Washington, DC (non-working hours, billed at half rate) | $120.00 | 5.50 | $660.00 |
| 02/28/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Lyndonville to deposition (.8 - billed at half rate); travel from St. Johnsbury to Charleston (7.5 - billed at half rate). | $200.00 | 8.30 | $1,660.00 |
| **Transaction:** | | **L150** | | | | |
| Day: | | **02/06/2003** | | | | |
| 02/06/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Review and check December bill (billed at half rate) | $325.00 | 1.40 | $455.00 |
| Day: | | **02/13/2003** | | | | |
| 02/13/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on December 2002 billing matters | $75.00 | 0.80 | $60.00 |
| Day: | | **02/14/2003** | | | | |
| 02/14/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on December 2002 billing matters | $75.00 | 2.00 | $150.00 |
| Day: | | **02/17/2003** | | | | |
| 02/17/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Finalize December 2003 billing application and prepare for co-counsel to file | $75.00 | 1.20 | $90.00 |

04/08/2003

# Time report

### 02/01/2003 - 02/28/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 02/17/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Review, revise and approve December 2003 bill (billed at half rate) | $325.00 | 0.80 | $260.00 |
| **Day:** | | **02/24/2003** | | | | |
| 02/24/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on Second Quarter billing matters | $75.00 | 3.00 | $225.00 |
| **Day:** | | **02/28/2003** | | | | |
| 02/28/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L150<br>Review, finalize and approve Second Quarterly Application (1.5 - billed at half rate) | $325.00 | 1.50 | $487.50 |
| 02/28/2003<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | L150<br>Work on Second Quarterly Application | $75.00 | 6.00 | $450.00 |

| | |
|---|---|
| **Grand Total:** | **$217,149.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$217,149.00** |
| **Total Hours/Report:** | **897.20** |
| **Count:** | **159** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Sixth Monthly Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from February 1, 2003 through February 28, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: April 9, 2003

*/s/ William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

## SERVICE LIST

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801


Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801


James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886


Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022


Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899


William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899