**CERTIFICATE OF SERVICE**

     I, William D. Sullivan, hereby certify that I caused a copy of the foregoing to be served *Certificate of No Objection Regarding the Fifth Monthly Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from January 1, 2003 through January 31, 2003 (Docket No. 3529)* upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: April 9, 2003                                              */s/ William D. Sullivan*
                                                                                   William D. Sullivan