## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **NO ORDER REQUIRED** |

**CERTIFICATION OF NO OBJECTION REGARDING THE FIFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2003 THROUGH JANUARY 31, 2003  (Docket No. 3528)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of January 1, 2003 through January 31, 2003 ("the Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 8, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $ 776.40, which represents 80% of the fees requested in the Application ($ 970.50) and $ 145.35, which represents 100% of the expenses requested in the Application for the period of January 1, 2003 through January 31, 2003, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: April 9, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charlie Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

*DELAWARE COUNSEL FOR ZAI CLAIMANTS*