**CERTIFICATE OF SERVICE**

  I, William D. Sullivan, Esquire, hereby certify that on April 9, 2003, service of the foregoing *Certification of No Objection Regarding the Fifth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of January 1, 2003 through January 31, 2003 (3528)* was made upon the attached Service List via hand delivery or first class mail.

Dated: April 9, 2003
   Wilmington, Delaware              */s/ William D. Sullivan*
                             William D. Sullivan