## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                           February 1, 2003 - February 28, 2003

Inv #:   7125

**Attention:**

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task |  | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 8.00 | 1,572.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.20 | 440.00 |
| B18 | Fee Applications, Others - | 2.70 | 365.00 |
| B25 | Fee Applications, Applicant - | 3.40 | 470.00 |
| B32 | Litigation and Litigation Consulting - | 2.20 | 440.00 |
| B33 | ZAI Science Trial - | 0.10 | 20.00 |
| B37 | Hearings - | 0.20 | 40.00 |
|  | **Total** | **18.80** | **$3,347.00** |
|  | **Grand Total** | **18.80** | **$3,347.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 130.00 | 5.90 | 767.00 |
| Rick S. Miller | 200.00 | 1.40 | 280.00 |
| Theodore J. Tacconelli | 200.00 | 11.50 | 2,300.00 |
| **Total** |  | **18.80** | **$3,347.00** |

## DISBURSEMENT SUMMARY

| CA | Expense - |  | 213.57 |
|---|---|---|---:|
|  | **Total Disbursements** |  | **$213.57** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-03-03 | *Case Administration* - Review, revise and update service list | 0.40 | LLC |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Pitney Hardin 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Elzufon Austin 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Hilsoft Notifications 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Richardson Patrick 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Legal Analysis Systems 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZY&J December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: K&E December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith December 2002 Fee Application | 0.10 | TJT |
| Feb-05-03 | *Case Administration* - Review pleading re: Response of Equity Committee to Debtors Motion to Extend Exclusivity | 0.10 | TJT |
| Feb-07-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Wallace King 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Blackstone Group 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Ashby & Geddes 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Campbell Levine 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| Feb-09-03 | *Case Administration* - Read Debtors Monthly Operating Report re: December 2002 | 0.10 | TJT |
| Feb-10-03 | *Case Administration* - Review pleading re: Stroock December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pitney Hardin December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne Decemer 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Telephone conference with J. Sakalo re: Curtis Bay Pension Contribution Motion | 0.10 | TJT |
| Feb-11-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Casner Edwards Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Steptoe & Johnson Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Bilzin Sumberg Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: HRA's Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Duane Morris Sixth Interim Period Quarterly Fee Application | | |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Carella Byrne Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Lukens & Annis Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Holme Roberts Sixth Interim Period Quarterly Fee Application | 0.20 | TJT |
| Feb-13-03 | *Case Administration* - Review pleading re: Casner Edwards December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review letter from D. Siegel to Judge Fitzgerald re: Financial Updates | 0.10 | TJT |
| Feb-14-03 | *Case Administration* - Review pleading re: Supplemental Case Management Order | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PWC December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Stroock 6th Interim Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final REport re: L. Tersigni 6th Interim Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: PSZY&J Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| Feb-15-03 | *Case Administration* - review pleading re: Fee Auditors Final Report re: K&E Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplin Drysdale Third Quarter Fee Application October - December 2002 (.1) | 0.10 | TJT |
| | *Case Administration* - Review Legal Analysis Systems Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Elzufon Austin December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Nelson Mullins Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Wachtell Lipton Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final report re: PWC Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| Feb-16-03 | *Case Administration* - Review Order Denying Motion of C. Gerard to Require Posting of Bond | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplin Drysdale Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Motion to Extend and Modify DIP Financing | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Motion to Implement 2003 - 2005 Key Employee Retention Program | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Certification of Counsel re: Order re: Curtis Bay Pension Funding Motion | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Lukins & Annis November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Elzufon Austin November 2002 Fee Application | 0.10 | TJT |
| Feb-18-03 | *Case Administration* - Review pleading re: Holme Roberts Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Notice of Amendment and Supplements to Schedules and Statements | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pitney Hardin Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZY&J Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Blackstone Group Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| Feb-19-03 | *Case Administration* - Review pleading re: PWC Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Blackstone Group October 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Blackstone Group November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Blackstone Group December 2002 Fee Application | 0.10 | TJT |
| Feb-22-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Kramer Levin Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: FTI Policiano Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Audiors Final Report re: Reed Smith Sixth Interim Period Quarterly Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: PI Committees Sixth Interim Period Request for Reimbursement of Expenses | 0.10 | TJT |
| Feb-24-03 | *Case Administration* - Review pleading re: Richardson Patrick December 2002 Fee Application | 0.10 | TJT |
| Feb-25-03 | *Case Administration* - Review pleading re: William Smith & Associates Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| Feb-27-03 | *Case Administration* - Review pleading re: Entry of Appearance for claimant Richard Nozemack | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Limited Objection of Kent Holding LLC to Debtors Lease Rejection Notice | 0.10 | TJT |
| Feb-28-03 | *Case Administration* - Review pleading re: Lukens and Annis December 2002 Fee Application | 0.10 | TJT |
| Feb-06-03 | *Committee, Creditors', Noteholders' or* -Telephone conference with committee | 0.40 | TJT |
| Feb-13-03 | *Committee, Creditors', Noteholders' or* - Attend Committee telephone | 0.40 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | conference | | |
| | *Committee, Creditors', Noteholders' or* - Telephone conference with Committee | 0.40 | TJT |
| Feb-20-03 | *Committee, Creditors', Noteholders' or* -Telephone conference with Committee | 0.70 | TJT |
| Feb-27-03 | *Committee, Creditors', Noteholders' or* -Telephone conference with Committee | 0.30 | TJT |
| Feb-06-03 | *Fee Applications, Others*- Prepare e-mail to J. Sakalo re: Fee Auditors Final Report re: Bilzin Sumberg 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| Feb-07-03 | *Fee Applications, Others* - Review e-mail from S. Baena re: Fee Auditors Final Report re: Bilzin Sixth Interim Period Quarterly Fee Application | 0.10 | TJT |
| Feb-12-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Fee Application | 0.10 | LLC |
| Feb-13-03 | *Fee Applications, Others* - Finalize and e-file Bilzin's 18th Fee Application | 0.70 | LLC |
| | *Fee Applications, Others* - Call to L. Flores re: HR&A February 2002 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Call from L. Flores re: HR&A February 2002 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: HR&A Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize and e-file HR&A's 9th Fee Application | 0.70 | LLC |
| | *Fee Applications, Others* - Finalize and e-file HR&A's 10th Fee Application | 0.70 | LLC |
| Feb-06-03 | *Litigation and Litigation Consulting* - attend Committee telephone conference | 0.40 | RSM |
| Feb-07-03 | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Objection to Curtis Bay Pension Contribution Motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Curtis Bay Pension Contribution Motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review pleading re: Response of PBGC to Curtis Bay Pension Contribution Motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Response of PBGC to Curtis Bay Pension Contribution Motion | 0.10 | TJT |
| Feb-20-03 | *Litigation and Litigation Consulting* - conference with T. Tacconelli re: Committee teleconference | 0.30 | RSM |
| Feb-21-03 | *Litigation and Litigation Consulting* - Review e-mail from S. Baena to Committee re: USG Memorandum Opinion re: Estimation | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review USG Memorandum Opinion re: Estimation/Personal Injury Bar Date | 0.50 | TJT |
| Feb-26-03 | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: New Key employee Retention Motion | 0.10 | TJT |
| Feb-27-03 | *Litigation and Litigation Consulting* - Attend Committee teleconference | 0.30 | RSM |
| | *Litigation and Litigation Consulting* - Telephone conference with J. Sakalo re: New key employee retention program and DIP Financing Motion | 0.10 | TJT |
| Feb-14-03 | *Hearings* -Review agenda for 2/24/03 hearing | 0.10 | TJT |
| Feb-20-03 | *Hearings* -Review Amended Agenda for 2/24/03 hearing | 0.10 | TJT |
| Feb-04-03 | *Fee Applications, Applicant* - Review docket re: objections to docket no. 3243 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 3243 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 421 and Certificate of Service | 0.20 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Finalize and e-file Certificate of No Objection re: docket no. 3243 | 0.40 | LLC |
| Feb-05-03 | *Fee Applications, Applicant* - Review Fee Auditors Final Report re: Ferry, Joseph & Pearce 6th Interim Period Quarterly Fee Application | 0.10 | TJT |
| Feb-07-03 | *Fee Applications, Applicant* - Prepare 20th Fee Application and attachments | 1.50 | LLC |
| | *Fee Applications, Applicant* - Review FJ&P December 2002 Time Details | 0.30 | TJT |
| Feb-10-03 | *Fee Applications, Applicant* - Finalize and e-file 20th Fee Application | 0.60 | LLC |
| Feb-03-03 | *ZAI Science Trial* - Review letter from E. Westbrook and J. Restivo to Judge Fitzgerald re: Status of ZAI litigation | 0.10 | TJT |

Totals 18.80

### DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Feb-03-03 | *Expense* - Copying cost | 26.55 |
| Feb-04-03 | *Expense* - Copying cost | 25.35 |
| | *Expense* - Postage | 5.81 |
| Feb-09-03 | *Expense* - Fax charge $25.00 | 25.00 |
| Feb-10-03 | *Expense* - Copying cost | 14.70 |
| | *Expense* - Postage | 3.04 |
| Feb-12-03 | *Expense* - Copying cost | 3.90 |
| Feb-13-03 | *Expense* - Copying cost | 54.90 |
| | *Expense* - Postage | 10.47 |
| Feb-14-03 | *Expense* - Photocopy charge | 26.40 |
| Feb-19-03 | *Expense* - Photocopy charge 83 copies x .15 | 12.45 |
| Feb-24-03 | *Expense* - TriState Courier & Carriage | 5.00 |

Totals $213.57

**Total Fees & Disbursements** $3,560.57