**Exhibit B**  4/9/2003
**WR Grace**
**Expense Detail - Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2002 through September 30, 2002**

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| S. Jones | 7/22/2002 | | | 262.50 | | | | 262.50 |
| S. Jones | 7/24/2002 | | | 7.00 | | | | 7.00 |
| S. Jones | 8/7/2002 | | | 22.00 | | | | 22.00 |
| S. Jones | 8/26/2002 | | | 257.41 | | | | 257.41 |
| **S. Jones Total** | | 0.00 | 0.00 | 548.91 | 0.00 | 0.00 | 0.00 | **548.91** |
| | | | | | | | | |
| Federal Express | 7/19/2002 | | | | | | 23.86 | 23.86 |
| **Federal Express Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.86 | **23.86** |
| | | | | | | | | |
| Thomson Research - 10Ks | 9/9/2002 | | | | | | 282.56 | 282.56 |
| **Research Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 282.56 | **282.56** |
| **Grand Total** | | **0.00** | **0.00** | **548.91** | **0.00** | **0.00** | **306.42** | **855.33** |