**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: April 8, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 3527**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Nineteenth Interim Application of Bilzin Sumberg

Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and

Reimbursement of Expenses for the Period From January 1, 2003 through January 31, 2003 ("the

Application"). The undersigned further certifies that the Court's docket in this case reflects that

no answer, objection or other responsive pleading to the Application has been filed. Pursuant to

the Notice of Application, objections to the Application were to be filed and served no later than

April 8, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $6,733.60 which represents 80% of the fees ($8,417.00) and

$1,950.95, which represents 100% of the expenses requested in the Application for the period

January 1, 2003 through January 31, 2003, upon the filing of this certification and without the

need for entry of a Court order approving the Application.

FERRY, JOSEPH & PEARCE, P.A.


/s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: April 9, 2003