IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Combustion Engineering, Inc., | ) | Case No. 03-10495 (JKF) |
| | ) | |
| Debtor. | ) | [April 1, 2003 Status Conference Agenda |
| | ) | Item No. 3; Docket No. 18] |

## **CERTIFICATION OF COUNSEL**

The undersigned hereby certifies that:

1. On April 1, 2003, the Court held a status conference (the "Status Conference") in the bankruptcy case for the above-captioned debtor and debtor-in-possession (the "Debtor") to address several pending issues.

2. During the Status Conference, the Court considered the Debtor's *Application For An Order Authorizing Retention Of Connecticut Claims Service Company Inc. As Special Asbestos Litigation Consultant For The Debtor* (the "Application") [April 1, 2003 Status Conference Agenda Item No. 3; Docket No. 18].

3. After consideration of the Application at the Status Conference, the Court instructed counsel to revise the proposed order granting the Application, and to submit such order to the Court by way of certification of counsel.

4. Attached hereto as Exhibit A is a revised proposed form of order granting the Application, which is an interim order whose provisions run through and including such future hearing, date to be determined, to be held before this Court.

5.  Counsel for the Debtor respectfully requests that the Court enter the proposed form of order at the Court's earliest convenience.

6.  Counsel is available upon request should the Court have any issues or concerns with respect to the proposed form of order.

KIRKPATRICK & LOCKHART LLP
Jeffrey N. Rich (Bar No. JR 7183)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-4907

And

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

*/s/ Michael P. Migliore*
Laura Davis Jones (Bar No. 2436)
Curtis A. Hehn (Bar No. 4264)
Michael P. Migliore (Bar No. 4330)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for the Debtor and Debtor-in-Possession