

**HARTER · SECREST & EMERY LLP**
ATTORNEYS AND COUNSELORS

2003 APR -4 PM 12: 56

April 1, 2003

Clerk of the Court
U.S. Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Re:    In Re:  W. R. Grace & Co., et al., Debtors -- Chapter 11
       Case No. 01-01139 (JKF)
       Our Client:  GTE
       Proof of Claim
       Our File No. 31676.3

Dear Sir or Madam:

We represent Claimant GTE in the above-referenced matter.  This letter is to advise you that our firm has moved to a new office at the address set out below.  Effective immediately, we would, therefore, request that all future communications from your office and the Court regarding the above-captioned matter be addressed to us as follows:

**CRAIG A. SLATER, ESQ.**
**ANGELA M. DEMERLE, ESQ.**
**HARTER, SECREST & EMERY LLP**
**TWELVE FOUNTAIN PLAZA**
**SUITE 400**
**BUFFALO, NEW YORK 14202-2293**

Thank you for your kind attention to this request.

Very truly yours,

**HARTER, SECREST & EMERY LLP**

Angela M. Demerle

DIRECT DIAL: 716-845-4222
E-MAIL: ADEMERLE@HSELAW.COM

AMD:jp