IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al.,[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **Objection Deadline: May 2, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |
| | ) | |

**THIRD MONTHLY FEE APPLICATION OF
WACHTELL, LIPTON, ROSEN & KATZ
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS
SPECIAL CORPORATE COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOVEMBER 30, 2002**

| | |
|---|---|
| Name of Applicant: | Wachtell, Lipton, Rosen & Katz ("Applicant") |
| Authorized to Provide Professional Services to: | The above captioned debtors and debtors in possession |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.) CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a/ Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation , Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation , Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc. ), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc., ), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a/ Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Company.

91100-001\DOCS_DE:45797.1
04/11/03 1:30 PM

-1-

- 2 -

| Date of Retention: | May 3, 2001 (nunc pro tunc to April 2, 2001) |
|---|---|
| Period for which compensation and reimbursement is sought: | November 1, 2002 through November 30, 2002 (the "Third Fee Period") |
| Amount of Compensation sought as actual, reasonable, and necessary: | $15,011.25 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $251.91 |

This is a  XX  monthly        __ interim        __ final        application.

Prior Applications filed:

| Application | Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| "First Fee Application" | November 19, 2002 | April 2, 2001 – September 30, 2002 | $147,341.50 | $24,879.53 | | |
| "Second Fee Application" | Contemporaneously herewith | October 1, 2002 – October 31, 2002 | $1,775.00 | $87.60 | | |

| Name of Professional or Paraprofessional Person | Position with the Applicant and Number of Years in That Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Peter C. Canellos | Tax Partner since 1977/ 26 years at Applicant/ admitted to Bar in 1967 | $750 | 2.80 | $2,100.00 |
| Deborah L. Paul | Tax Partner since 2001/ 5 years at Applicant/ admitted to Bar in 1991 | $425 | 19.60 | $8,330.00 |
| David J. Passey | Tax Associate/ 1 year at Applicant/ admitted to Bar in 2000 | $330 | 12.50 | $4,125.00 |
| Robinson Strauss | Paralegal/ 2 years at Applicant/NA | $125 | 3.65 | $456.25 |
|  | Total: |  | 38.55 | $15,011.25 |
|  | Blended Rate: |  |  | $389.39 per hour |

Contemporaneous time records of all such professionals are attached hereto as Exhibit A. Applicant has determined not to apply for allowance of compensation for certain of the services shown on Exhibit A.

## COMPENSATION BY PROJECT CATEGORY
## November 1, 2002 through November 30, 2002

| Project Category | Total Hours | Total Fees Requested | Total Disbursements Requested |
|---|---|---|---|
| 11 – Fee Applications, Applicant | 3.65 | $456.25 | $37.36 |
| 18 – Tax Issues | 34.90 | $14,555.00 | $214.55 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telecopy | | 25.00 |
| Courier Service | Kishun Van Service; Federal Express | 35.06 |
| Local Travel—Attorneys | Fone-A-Car | 30.60 |
| LEXIS Research | LEXIS | 102.25 |
| Meals—Attorneys | | $41.00 |
| Meals—Paralegals | | 18.00 |
| **TOTAL** | | **$251.91** |

Expense details are attached hereto as Exhibit B.

Dated:  New York, New York
April 7, 2003

WACHTELL, LIPTON, ROSEN & KATZ

By /s/ Harold S. Novikoff
Harold S. Novikoff
A Member of the Firm
51 West 52nd Street
New York, New York 10019
(212) 403-1000

Special Corporate Counsel to the Debtors

## VERIFICATION

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

Harold S. Novikoff, after being duly sworn according to law, deposes and says:

1. I am a member of the applicant firm, Wachtell, Lipton, Rosen & Katz ("Wachtell, Lipton").

2. I have personally performed some of the legal services rendered by Wachtell, Lipton, and am generally familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of Wachtell, Lipton, as special corporate counsel to the Debtors.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application substantially complies with such rules and Order.

_____
Harold S. Novikoff

SWORN and SUBSCRIBED
before me this 7th day of April, 2003.

_____
JEAN NEILS
Notary Public, State of New York
No. 01NE4640899
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires November 30, 2005

Notary Public, State of New York
No. _____
Qualified in _____ County
Commission Expires _____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 16, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WACHTELL, LIPTON, ROSEN & KATZ, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH NOEMBER 30, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.3

## **Exhibit A**

Client Number: 03901
Client Name: W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time [03/31/2003 10:05:00 AM]**

| # | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/01/2002 | 0663 | Beth Polebaum | 1.40 | 420.00 | Preparation of first interim fee application. | 03901-0007 | 1728603 |
| 3 | 11/04/2002 | 0663 | Beth Polebaum | 0.90 | 270.00 | Fee application preparation. | 03901-0007 | 1729915 |
| 5 | 11/05/2002 | 0663 | Beth Polebaum | 5.00 | 1,500.00 | Preparation of interim fee application. | 03901-0007 | 1729919 |
| 7 | 11/06/2002 | 0663 | Beth Polebaum | 3.70 | 1,110.00 | Fee application draft | 03901-0007 | 1729923 |
| 9 | 11/07/2002 | 0663 | Beth Polebaum | 1.80 | 540.00 | Completion of draft of fee application. | 03901-0007 | 1729927 |
| 11 | 11/07/2002 | 2258 | Robinson Strauss | 0.75 | 93.75 | Fee App filing preparation per B. Polebaum; review of fee app, research procedure w/ co-counsel | 03901-0007 | 1767730 |
| 15 | 11/14/2002 | 0663 | Beth Polebaum | 0.90 | 270.00 | Finalization of fee application. | 03901-0007 | 1731439 |
| 17 | 11/14/2002 | 0288 | Deborah Paul | 1.40 | 595.00 | Conf. w/Filon re: possible sealed air contribution. | 03901-0005 | 1743933 |
| 20 | 11/14/2002 | 2258 | Robinson Strauss | 1.10 | 137.50 | Review/editing of Fee App; formating for filing, review of USBC-DE rules;l/c to co-counsel; review of docket - case filings. | 03901-0007 | 1767741 |
| 24 | 11/18/2002 | 0663 | Beth Polebaum | 0.30 | 90.00 | Fee application. | 03901-0007 | 1732747 |
| 26 | 11/18/2002 | 0288 | Deborah Paul | 3.00 | 1,275.00 | Conf. w/M. Shelnitz (.4); conf. w/D. Passey (.6); conf. w/P. Canellos (.3); analyze potential investment by Sealed Air (1.7). | 03901-0005 | 1743946 |
| 30 | 11/18/2002 | 0698 | David Passey | 2.00 | 660.00 | Analyze Grace/Fresenius transaction documents and tax sharing agreement (1.6); Meet with Debbie Paul to discuss tax characterization of settlement payments (.4). | 03901-0005 | 1747476 |
| 35 | 11/18/2002 | 2258 | Robinson Strauss | 0.50 | 62.50 | Revised Fee app; prepared for HSN signature/e-filing | 03901-0007 | 1768720 |
| 38 | 11/19/2002 | 0288 | Deborah Paul | 2.20 | 935.00 | Conf. w/Filon; analyze JV structure. | 03901-0005 | 1743950 |
| 40 | 11/19/2002 | 0698 | David Passey | 1.00 | 330.00 | Read transaction documents. | 03901-0005 | 1747478 |
| 42 | 11/19/2002 | 2258 | Robinson Strauss | 0.30 | 37.50 | transmittal of Final fee app to co-counsel. | 03901-0007 | 1768721 |
| 44 | 11/20/2002 | 0212 | Peter C. Canellos | 1.00 | 750.00 | Review of tax aspects of reorganization. | 03901-0005 | 1739456 |
| 46 | 11/20/2002 | 0288 | Deborah Paul | 2.00 | 850.00 | Research tax issues regarding JV Structure. | 03901-0005 | 1743954 |
| 48 | 11/20/2002 | 0698 | David Passey | 1.50 | 495.00 | Analyze Grace/Fresenius tax sharing agreement (.7); Discuss tax issues regarding JV structure with D. Paul (.8). | 03901-0005 | 1747483 |
| 52 | 11/20/2002 | 2258 | Robinson Strauss | 0.60 | 75.00 | conversion/formatting of Fee App time detail spreadsheet into document for Fee auditor; preparation for W.Smith transmittal. | 03901-0007 | 1768722 |
| 56 | 11/21/2002 | 0288 | Deborah Paul | 4.90 | 2,082.50 | Conf. w/Filon and other Grace representatives (1.0); Draft summary of transaction structures (2.9); conf. w/D. Passey (1.0). | 03901-0005 | 1743957 |
| 60 | 11/21/2002 | 0698 | David Passey | 3.00 | 990.00 | Research Section 197 anti-churning rules (1.6); Call with Filon and other Grace representatives (1.4). | 03901-0005 | 1747486 |
| 64 | 11/22/2002 | 0288 | Deborah Paul | 1.10 | 467.50 | Draft summary of transaction structures (.9); conf. w/D. Passey (.2). | 03901-0005 | 1743961 |
| 67 | 11/22/2002 | 0698 | David Passey | 3.50 | 1,155.00 | Draft structure chart and transaction summaries (3.5). | 03901-0005 | 1747488 |
| 70 | 11/22/2002 | 2258 | Robinson Strauss | 0.40 | 50.00 | Final transmittal to fee auditor; case file organization; review of docket/fee app filing | 03901-0007 | 1768723 |
| 73 | 11/25/2002 | 0288 | Deborah Paul | 2.40 | 1,020.00 | Conf. w/Filon (.6); analyze JV Structure (1.8). | 03901-0005 | 1743972 |
| 75 | 11/25/2002 | 0698 | David Passey | 0.50 | 165.00 | Call with Filon re: transaction structures. | 03901-0005 | 1747494 |

Client Number: 03901
Client Name: W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time [03/31/2003 10:05:00 AM]**

Case 01-01139-AMC    Doc 3656    Filed 04/11/03    Page 9 of 11    Page 2

| | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|---|
| 77 | 11/26/2002 | 0212 | Peter C. Canellos | 0.80 | 600.00 | Review of tax aspects of reorganization. | 03901-0005 | 1739466 |
| 78 | | | | | | | | |
| 79 | 11/26/2002 | 0288 | Deborah Paul | 2.60 | 1,105.00 | Analyze JV Structure. | 03901-0005 | 1743976 |
| 80 | | | | | | | | |
| 81 | 11/26/2002 | 0698 | David Passey | 1.00 | 330.00 | Research 197 rules and remedial allocations | 03901-0005 | 1747497 |
| 82 | | | | | | under 704(c). | | |
| 83 | | | | | | | | |
| 84 | 11/27/2002 | 0212 | Peter C. Canellos | 1.00 | 750.00 | Review of tax aspects of reorganization. | 03901-0005 | 1739476 |
| 85 | | | | | | | | |
| 86 | | | UNBILLED TOTALS: WORK: | 52.55 | 19,211.25 | 31 records | | |
| 87 | | | UNBILLED TOTALS: BILL: | 52.55 | 19,211.25 | | | |
| 88 | | | | | | | | |
| 89 | | | GRAND TOTALS: WORK: | 52.55 | 19,211.25 | 31 records | | |
| 90 | | | GRAND TOTALS: BILL: | 52.55 | 19,211.25 | | | |

# **Exhibit B**

Client Number: 039961
Client Name: W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Cost  [03/31/2003 10:05:13 AM]**

Case 01-01139-AMC    Doc 3656    Filed 04/11/03    Page 11 of 11    Page 1

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/07/2002 | XSAQ | Susan A. Quine | 006 | 1.00 | 15.70 | 15.70 | Courier Service - Vendor:KISHUN VAN SERVICE |
| 2 | | | | | | | | 00146 |
| 3 | | | Voucher=303827 Paid | | | | | Vendor=KISHUN VAN SERVICE  Balance=.00  Amount=412.00 |
| 4 | | | | | | | | |
| 5 | 11/14/2002 | 0224 | Harold S. Novikoff | 012 | 22.00 | 1.00 | 22.00 | Telecopy - Satellite Stations |
| 6 | | | | | | | | |
| 7 | 11/18/2002 | 0288 | Deborah Paul | 138 | 1.00 | 30.00 | 30.00 | Attorny Dinners - In House |
| 8 | | | | | | | | |
| 9 | 11/19/2002 | 2258 | Robinson Strauss | 036 | 1.00 | 18.00 | 18.00 | Meals - Paralegals - Vendor:WACHTELL, LIPTON, |
| 10 | | | | | | | | ROSEN & KATZ |
| 11 | | | Voucher=301481 Paid | | | | | Vendor=WACHTELL, LIPTON, ROSEN & KATZ  Balance=.00  Amount=4 |
| 12 | | | | | | | | |
| 13 | 11/20/2002 | 0698 | David Passey | 015 | 1.00 | 30.60 | 30.60 | PASSEY Fone-A-Car VCH#272357 Fr:M5 51 W 52 ST |
| 14 | | | | | | | | To:QUA1 531 MAIN Ph: .60 Time: 1212A CAR #: |
| 15 | | | | | | | | 272.01 |
| 16 | | | Voucher=302398 Paid | | | | | Vendor=FONE-A-CAR, INC.  Balance=.00  Amount=23191.66 |
| 17 | | | | | | | | |
| 18 | 11/21/2002 | 0288 | Deborah Paul | 003 | 3.00 | 1.00 | 3.00 | Telecopy |
| 19 | | | | | | | | |
| 20 | 11/21/2002 | 0288 | Deborah Paul | 033 | 1.00 | 102.25 | 102.25 | Lexis Research |
| 21 | | | | | | | | Lexis user name/ID: PAUL, DEBORAH/W2B2C4M |
| 22 | | | | | | | | |
| 23 | 11/22/2002 | 0288 | Deborah Paul | 035 | 1.00 | 11.00 | 11.00 | 11-21 Meals - Attorneys - Vendor:WACHTELL, |
| 24 | | | | | | | | LIPTON, ROSEN & KATZ |
| 25 | | | Voucher=301879 Paid | | | | | Vendor=WACHTELL, LIPTON, ROSEN & KATZ  Balance=.00  Amount=1 |
| 26 | | | | | | | | |
| 27 | 11/25/2002 | 2258 | Robinson Strauss | 006 | 1.00 | 19.36 | 19.36 | Fedex airbill: 612086913695 |
| 28 | | | | | | | | From: ROBINSON STRAUSS WACHTELL LIPTON ROSEN KAT |
| 29 | | | | | | | | To: WARREN H. SMITH |
| 30 | | | | | | | | Company: WARREN H. SMITH & ASSOCIATES |
| 31 | | | Voucher=303716 Paid | | | | | Vendor=FEDERAL EXPRESS  Balance=.00  Amount=612.78 |
| 32 | | | | | | | | |
| 33 | | | UNBILLED TOTALS:  WORK | | | | 251.91 | 9 records |
| 34 | | | UNBILLED TOTALS:  BILL: | | | | 251.91 | |
| 35 | | | | | | | | |
| 36 | | | GRAND TOTAL:  WORK: | | | | 251.91 | 9 records |
| 37 | | | GRAND TOTAL:  BILL: | | | | 251.91 | |