IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al.,[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | **Objection Deadline: May 2, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |
| | ) | |

**FOURTH MONTHLY FEE APPLICATION OF
WACHTELL, LIPTON, ROSEN & KATZ
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS
SPECIAL CORPORATE COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

Name of Applicant:            Wachtell, Lipton, Rosen & Katz ("Applicant")

Authorized to Provide
Professional Services to:     The above captioned debtors and debtors in possession

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.) CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a/ Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation , Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation , Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc. ), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc., ), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a/ Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Company.

Date of Retention: May 3, 2001 (nunc pro tunc to April 2, 2001)

Period for which compensation and reimbursement is sought: December 1, 2002 through December 31, 2002 (the "Fourth Fee Period")

Amount of Compensation sought as actual, reasonable, and necessary: $19,270.50

Amount of Expense Reimbursement sought as actual, reasonable, and necessary: $771.14

This is a  XX  monthly    __ interim    __ final    application.

Prior Applications filed:

| Application | Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| "First Fee Application" | November 19, 2002 | April 2, 2001 – September 30, 2002 | $147,341.50 | $24,879.53 | | |
| "Second Fee Application" | Contemporaneously herewith | October 1, 2002 – October 31, 2002 | $1,775.00 | $87.60 | | |
| "Third Fee Application" | Contemporaneously herewith | November 1, 2002 – November 30, 2002 | $15,011.25 | $251.91 | | |

- 2 -

| Name of Professional or Paraprofessional Person | Position with the Applicant and Number of Years in That Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Peter C. Canellos | Tax Partner since 1977/ 26 years at Applicant/ admitted to Bar in 1967 | $750 | 1.50 | $1,125.00 |
| Deborah L. Paul | Tax Partner since 2001/ 5 years at Applicant/ admitted to Bar in 1991 | $425 | 30.00 | $12,750.00 |
| David J. Passey | Tax Associate/ 1 year at Applicant/ admitted to Bar in 2000 | $330 | 15.00 | $4,950.00 |
| Margaret Garnett | Creditors' Rights Associate/ 2 years at Applicant/ admitted to Bar in 2001 | $275 | 1.00 | $275.00 |
| Elizabeth Grunwald | Reference Librarian/ 5 years at Applicant/NA | $95 | 1.40 | $133.00 |
| Robinson Strauss | Paralegal/ 2 years at Applicant/NA | $125 | 0.30 | $37.50 |
|  | Total: |  | 49.20 | $19,270.50 |
|  | Blended Rate: |  |  | $402.11 per hour |

Contemporaneous time records of all such professionals are attached hereto as Exhibit A. Applicant has determined not to apply for allowance of compensation for certain of the services shown on Exhibit A.

## COMPENSATION BY PROJECT CATEGORY
### December 1, 2002 through December 31, 2002

| Project Category | Total Hours | Total Fees Requested | Total Disbursements Requested |
|---|---|---|---|
| 11 – Fee Applications, Applicant | 0.30 | $37.50 | $0.00 |
| 18 – Tax Issues | 48.90 | $19,233.00 | $771.14 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Duplicating | | $83.55 |
| Local Travel—Attorneys | Fone-A-Car; Charge & Ride | $75.44 |
| Local Travel—Staff | | $10.30 |
| Local Travel—Night Word Processing/Proofreading | Fone-A-Car; 6th Parking | $55.40 |
| Proofreading | | $70.00 |
| Westlaw Recovery | Westlaw | $208.52 |
| LEXIS Research | LEXIS | $206.58 |
| Meals—Attorneys | Seamless Web Professional Solutions; | $58.10 |
| O/S Library | New York Law Institute | $3.25 |
| **TOTAL** | | **$771.14** |

Expense details are attached hereto as Exhibit B.

Dated:  New York, New York
       April 7, 2003

                              WACHTELL, LIPTON, ROSEN & KATZ

                              By /s/ Harold S. Novikoff
                              Harold S. Novikoff
                              A Member of the Firm
                              51 West 52nd Street
                              New York, New York  10019
                              (212) 403-1000

                              Special Corporate Counsel to the Debtors

## VERIFICATION

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      Harold S. Novikoff, after being duly sworn according to law, deposes and says:

1. I am a member of the applicant firm, Wachtell, Lipton, Rosen & Katz ("Wachtell, Lipton").

2. I have personally performed some of the legal services rendered by Wachtell, Lipton, and am generally familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of Wachtell, Lipton, as special corporate counsel to the Debtors.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application substantially complies with such rules and Order.

                                                                                           Harold S. Novikoff

SWORN and SUBSCRIBED
before me this 7th day of April, 2003.

_____
NOTARY PUBLIC
JEAN NEILS
Notary Public, State of New York
No. 01NE4640899
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires November 30, 2005

Notary Public, State of New York
No. _____
Qualified in _____ County
Commission Expires _____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 16, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WACHTELL, LIPTON, ROSEN & KATZ, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.4

## **Exhibit A**

Client Number: 03901  
Client Name: W.R. GRACE & COMPANY  
Report Description: **Unbilled Recap of Time [03/31/2003 10:03:04 AM]**

Page 1

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 12/02/2002 | 0212 | Peter C. Canellos | 0.50 | 375.00 | Review of tax aspects of reorganization. | 03901-0005 | 1749699 |
| 12/02/2002 | 0288 | Deborah Paul | 5.10 | 2,167.50 | Conf. w/Filon (2.0); conf. w/Passey (2.1); analyze JV structure (1.0). | 03901-0005 | 1760095 |
| 12/03/2002 | 0212 | Peter C. Canellos | 1.00 | 750.00 | Review of tax aspects of reorganization. | 03901-0005 | 1749707 |
| 12/03/2002 | 0288 | Deborah Paul | 4.60 | 1,955.00 | Analyze treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1760096 |
| 12/07/2002 | 0698 | David Passey | 1.50 | 495.00 | Research cancellation of indebtedness rules under Section 108. | 03901-0005 | 1747514 |
| 12/09/2002 | 0288 | Deborah Paul | 1.90 | 807.50 | Analyze tax treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1760121 |
| 12/10/2002 | 0698 | David Passey | 1.00 | 330.00 | Call with Grace re cancellation of indebtedness. | 03901-0005 | 1747522 |
| 12/10/2002 | 2258 | Robinson Strauss | 0.30 | 37.50 | Updating of files; review of docket re: Fee App | 03901-0007 | 1763725 |
| 12/11/2002 | 0288 | Deborah Paul | 3.10 | 1,317.50 | Analyze tax treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1760127 |
| 12/11/2002 | 2839 | Elizabeth Grunwald | 0.70 | 66.50 | Printed 1996 Income Tax Regulations containing section 502 on consolidated returns, arranged for hard copy of same. (Passey) | 03901-0005 | 1761891 |
| 12/11/2002 | 0698 | David Passey | 3.00 | 990.00 | Research 1996 consolidated rules under Arrowhead. | 03901-0005 | 1766214 |
| 12/12/2002 | 0664 | Margaret Garnett | 1.00 | 275.00 | Disc. w/D. Passey & follow-up. | 03901-0005 | 1758354 |
| 12/12/2002 | 0288 | Deborah Paul | 2.70 | 1,147.50 | Analyze tax treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1760132 |
| 12/12/2002 | 0698 | David Passey | 3.00 | 990.00 | Research potential for recharacterization under Arrowsmith and implications of the fraudulence conveyance nature of the settlement payment. | 03901-0005 | 1766219 |
| 12/13/2002 | 0288 | Deborah Paul | 1.90 | 807.50 | Analyze tax treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1760139 |
| 12/16/2002 | 0288 | Deborah Paul | 2.60 | 1,105.00 | Analyze tax treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1760141 |
| 12/16/2002 | 0698 | David Passey | 2.50 | 825.00 | Draft internal memo re alternatives characterizations of settlement payment. | 03901-0005 | 1766221 |
| 12/17/2002 | 0288 | Deborah Paul | 2.80 | 1,190.00 | Analyze tax treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1760146 |
| 12/17/2002 | 0698 | David Passey | 3.00 | 990.00 | Research alternative characterizations of settlement payment. | 03901-0005 | 1766224 |
| 12/18/2002 | 0288 | Deborah Paul | 4.10 | 1,742.50 | Analyze tax treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1760149 |
| 12/18/2002 | 2839 | Elizabeth Grunwald | 0.70 | 66.50 | Sent legislative history, article from Tax Notes Today and Treasury decision. (Passey) | 03901-0005 | 1761927 |
| 12/18/2002 | 0698 | David Passey | 1.00 | 330.00 | Conf. with D. Paul (.2); research tax treatment and treatment of settlement payments (.8). | 03901-0005 | 1766227 |
| 12/19/2002 | 0288 | Deborah Paul | 1.20 | 510.00 | Analyze tax treatment of Fresenius and Sealed Air payments. | 03901-0005 | 1749846 |
| | | UNBILLED TOTALS: WORK: | 49.20 | 19,270.50 | 23 records | | |
| | | UNBILLED TOTALS: BILL: | 49.20 | 19,270.50 | | | |
| | | GRAND TOTALS: WORK: | 49.20 | 19,270.50 | 23 records | | |
| | | GRAND TOTALS: BILL: | 49.20 | 19,270.50 | | | |

## Exhibit B

Case 01-01139-AMC   Doc 3657   Filed 04/11/03   Page 11 of 12

Client Number: 03901  
Client Name: W.R. GRACE & COMPANY  
Report Description: **Unbilled Recap of Cost [03/31/2003 10:02:56 AM]**

Page 1

| # | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/02/2002 | 0288 | Deborah Paul | 010 | 449.00 | 0.15 | 67.35 | Duplicating |
| 2 | | | | | | | | |
| 3 | 12/02/2002 | 0698 | David Passey | 035 | 1.00 | 13.88 | 13.88 | 2570935 |
| 4 | | | | | | | | 12/02/0020 |
| 5 | | | | | | | | Mangia (48th St.) |
| 6 | | | | | | | | Order by -Passey David |
| 7 | | | Voucher=303875 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS Balance=.00 Amou |
| 8 | | | | | | | | |
| 9 | 12/02/2002 | 0288 | Deborah Paul | 015 | 1.00 | 18.36 | 18.36 | PAUL Fone-A-Car VCH#712074 |
| 10 | | | | | | | | Fr:M5 51 W 52 ST To:M5 23/6AV |
| 11 | | | | | | | | Ph: .36 Time: 1041P |
| 12 | | | | | | | | CAR #: 46 |
| 13 | | | Voucher=303889 Paid | | | | | Vendor=FONE-A-CAR, INC. Balance=.00 Amount=29209.87 |
| 14 | | | | | | | | |
| 15 | 12/02/2002 | 0698 | David Passey | 029 | 1.00 | 7.50 | 7.50 | Westlaw Recovery |
| 16 | | | | | | | | Westlaw user name/ID: PASSEY,DAVID/3514908 |
| 17 | | | | | | | | total for service: 7.50 |
| 18 | | | | | | | | |
| 19 | 12/07/2002 | 0698 | David Passey | 035 | 1.00 | 14.22 | 14.22 | 2619400 |
| 20 | | | | | | | | 12/07/0020 |
| 21 | | | | | | | | Manhattan Chili Company (53rd/ |
| 22 | | | | | | | | Order by -Passey David |
| 23 | | | Voucher=303875 Paid | | | | | Vendor=SEAMLESSWEB PROFESSIONAL SOLUTIONS Balance=.00 Amou |
| 24 | | | | | | | | |
| 25 | 12/07/2002 | 0698 | David Passey | 029 | 1.00 | 45.52 | 45.52 | Westlaw Recovery |
| 26 | | | | | | | | Westlaw user name/ID: PASSEY,DAVID/3514908 |
| 27 | | | | | | | | total for service: 45.52 |
| 28 | | | | | | | | |
| 29 | 12/07/2002 | 0698 | David Passey | 029 | 1.00 | 155.50 | 155.50 | Westlaw Recovery |
| 30 | | | | | | | | Westlaw user name/ID: PASSEY,DAVID/3514908 |
| 31 | | | | | | | | total for service: 155.50 |
| 32 | | | | | | | | |
| 33 | 12/11/2002 | 0698 | David Passey | 138 | 1.00 | 30.00 | 30.00 | Attorny Dinners - In House |
| 34 | | | | | | | | |
| 35 | 12/11/2002 | 0698 | David Passey | 055 | 1.00 | 3.25 | 3.25 | O/S Library - Vendor:NEW YORK LAW INSTITUTE |
| 36 | | | Voucher=310213 Paid | | | | | Vendor=NEW YORK LAW INSTITUTE Balance=.00 Amount=3.00 |
| 37 | | | | | | | | |
| 38 | 12/12/2002 | 0698 | David Passey | 033 | 1.00 | 206.58 | 206.58 | Lexis Research |
| 39 | | | | | | | | Lexis user name/ID: PASSEY, DAVID/KPDVQHT |
| 40 | | | | | | | | |
| 41 | 12/14/2002 | 4106 | Barbara Lewis | 023 | 1.00 | 20.40 | 20.40 | LEWIS Fone-A-Car VCH#269063 |
| 42 | | | | | | | | Fr:M8 308 E 93 ST To:M5 51 W 52 ST |
| 43 | | | | | | | | Ph: .40 Time: 1120P |
| 44 | | | | | | | | CAR #: 73 |
| 45 | | | Voucher=304825 Paid | | | | | Vendor=FONE-A-CAR, INC. Balance=.00 Amount=2613.77 |
| 46 | | | | | | | | |
| 47 | 12/14/2002 | 0598 | Adam Shapiro | 028 | 2.00 | 35.00 | 70.00 | Proofreading |
| 48 | | | | | | | | |
| 49 | 12/15/2002 | 4077 | Lorraine Blake | 023 | 1.00 | 35.00 | 35.00 | Ticket Number: 206350 |
| 50 | | | | | | | | Time In/Out: P3.52/A12.13 |
| 51 | | | Voucher=308214 Paid | | | | | Vendor=1330 SIXTH PARKING LLC Balance=.00 Amount=2899.00 |
| 52 | | | | | | | | |
| 53 | 12/16/2002 | 4077 | Lorraine Blake | 017 | 1.00 | 10.30 | 10.30 | Travel - Local Staff - Vendor:WACHTELL, LIPTON, |
| 54 | | | | | | | | ROSEN & KATZ |
| 55 | | | Voucher=304241 Paid | | | | | Vendor=WACHTELL, LIPTON, ROSEN & KATZ Balance=.00 Amount=2 |
| 56 | | | | | | | | |
| 57 | 12/16/2002 | 0698 | David Passey | 010 | 47.00 | 0.15 | 7.05 | Duplicating |
| 58 | | | | | | | | |
| 59 | 12/16/2002 | 0698 | David Passey | 015 | 1.00 | 28.54 | 28.54 | PASSEYCharge-N-Ride V#: 566197 Fr:MH 51 W 52ND |
| 60 | | | | | | | | To:QU-11102 Time: 20:00P |
| 61 | | | Voucher=307071 Paid | | | | | Vendor=CHARGE & RIDE, INC. Balance=.00 Amount=2100.83 |
| 62 | | | | | | | | |
| 63 | 12/17/2002 | 0698 | David Passey | 015 | 1.00 | 28.54 | 28.54 | PASSEY Charge-N-Ride V#: 567817 |
| 64 | | | | | | | | Fr:MH 51 W 52ND To:QU-11102 |
| 65 | | | | | | | | Time: 19:30P |
| 66 | | | Voucher=306928 Paid | | | | | Vendor=CHARGE & RIDE, INC. Balance=.00 Amount=1822.37 |
| 67 | | | | | | | | |
| 68 | 12/17/2002 | 0698 | David Passey | 035 | 1.00 | 8.79 | 8.79 | Meals - Attorneys - Vendor:HALE AND HEARTY |
| 69 | | | | | | | | SOUPS |

Client Number: 03901  
Client Name: W.R. GRACE & COMPANY  
Report Description: **Unbilled Recap of Cost** [03/31/2003 10:02:56 AM]

Page 2

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 70 | | | Voucher=308849 Paid | | | | | Vendor=HALE AND HEARTY SOUPS Balance=.00 Amount=8.79 |
| 71 | | | | | | | | |
| 72 | 12/17/2002 | 0698 | David Passey | 035 | 1.00 | -8.79 | -8.79 | Meals - Attorneys - Vendor:HALE AND HEARTY SOUPS |
| 73 | | | | | | | | |
| 74 | | | Voucher=308849 Paid | | | | | Vendor=HALE AND HEARTY SOUPS Balance=.00 Amount=8.79 |
| 75 | | | | | | | | |
| 76 | 12/18/2002 | 0288 | Deborah Paul | 010 | 8.00 | 0.15 | 1.20 | Duplicating |
| 77 | | | | | | | | |
| 78 | 12/18/2002 | 0288 | Deborah Paul | 010 | 30.00 | 0.15 | 4.50 | Duplicating |
| 79 | | | | | | | | |
| 80 | 12/18/2002 | 0288 | Deborah Paul | 010 | 23.00 | 0.15 | 3.45 | Duplicating |
| 81 | | | | | | | | |
| 82 | | | UNBILLED TOTALS: WORK | | | | 771.14 | 22 records |
| 83 | | | UNBILLED TOTALS: BILL: | | | | 771.14 | |
| 84 | | | | | | | | |
| 85 | | | GRAND TOTAL: WORK: | | | | 771.14 | 22 records |
| 86 | | | GRAND TOTAL: BILL: | | | | 771.14 | |