## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al.,[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | Objection Deadline: May 2, 2003 at 4:00 p.m. |
| | ) | Hearing Date:  TBD only if necessary |

## FIFTH MONTHLY FEE APPLICATION OF
## WACHTELL, LIPTON, ROSEN & KATZ
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS
## SPECIAL CORPORATE COUNSEL TO THE DEBTORS
## FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003

Name of Applicant:                                    Wachtell, Lipton, Rosen & Katz ("Applicant")

Authorized to Provide
Professional Services to:                          The above captioned debtors and debtors in
                                                                    possession

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.) CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a/ Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation , Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation , Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc. ), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc., ), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a/ Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Company.

Date of Retention:                                  May 3, 2001 (nunc pro tunc to April 2, 2001)

Period for which compensation              January 1, 2003 through January 31, 2003 (the
and reimbursement is sought:                   "Fifth Fee Period")

Amount of Compensation sought
as actual, reasonable, and necessary:      $743.75

Amount of Expense Reimbursement sought    $61.13
as actual, reasonable, and necessary:


This is a  XX monthly          __ interim          __ final          application.


Prior Applications filed:

| Application | Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Approved | Expenses Approved |
|---|---|---|---|---|---|---|
| "First Fee Application" | November 19, 2002 | April 2, 2001 – September 30, 2002 | $147,341.50 | $24,879.53 | | |
| "Second Fee Application" | Contemporaneously herewith | October 1, 2002 – October 31, 2002 | $1,775.00 | $87.60 | | |
| "Third Fee Application" | Contemporaneously herewith | November 1, 2002 – November 30, 2002 | $15,011.25 | $251.91 | | |
| "Fourth Fee Application" | Contemporaneously herewith | December 1, 2002 – December 31, 2002 | $19,270.50 | $771.14 | | |

| Name of Professional or Paraprofessional Person | Position with the Applicant and Number of Years in That Position; Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Deborah L. Paul | Tax Partner since 2001/ 5 years at Applicant/ admitted to Bar in 1991 | $425 | 1.75 | $743.75 |
| | Total: | | 1.75 | $743.75 |
| | Blended Rate: | | | $425.00 per hour |

Contemporaneous time records of all such professionals are attached hereto as Exhibit A. Applicant has determined not to apply for allowance of compensation for certain of the services shown on Exhibit A.

## COMPENSATION BY PROJECT CATEGORY
### January 1, 2003 through January 31, 2003

| Project Category | Total Hours | Total Fees Requested | Total Disbursements Requested |
|---|---|---|---|
| 11 – Fee Applications, Applicant | 0.25 | $106.25 | $0.00 |
| 18 – Tax Issues | 1.50 | $637.50 | $61.13 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Courier Service | Tri-State Delivery Service | $46.13 |
| Local Travel—Attorneys | Charge & Ride | $15.00 |
| **TOTAL** | | **$61.13** |

Expense details are attached hereto as Exhibit B.

Dated: New York, New York
April 7, 2003

WACHTELL, LIPTON, ROSEN & KATZ

By
Harold S. Novikoff
A Member of the Firm
51 West 52nd Street
New York, New York  10019
(212) 403-1000

Special Corporate Counsel to the Debtors

## VERIFICATION

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK   )

       Harold S. Novikoff, after being duly sworn according to law, deposes and says:

1. I am a member of the applicant firm, Wachtell, Lipton, Rosen & Katz ("Wachtell, Lipton").

2. I have personally performed some of the legal services rendered by Wachtell, Lipton, and am generally familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of Wachtell, Lipton, as special corporate counsel to the Debtors.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed April 17, 2002, and submit that the Application substantially complies with such rules and Order.

                                       Harold S. Novikoff

SWORN and SUBSCRIBED
before me this 7th day of April, 2003.

JEAN NEILS
Notary Public, State of New York
No. 01NE4640899
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires November 30, 20__

Notary Public, State of New York
No. _____
Qualified in _____ County
Commission Expires _____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 16, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR WACHTELL, LIPTON, ROSEN & KATZ, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Exhibit A

Client Number:        03901
Client Name:          W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time  [03/31/2003 10:26:33 AM]**

|  | Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|---|
| 1 | 01/07/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | Review time details for fee application. | 03901-0007 | 1772812 |
| 2 | | | | | | | | |
| 3 | 01/09/2003 | 0663 | Beth Polebaum | 1.10 | 330.00 | Draft of seconde interim fee application. | 03901-0007 | 1772820 |
| 4 | | | | | | | | |
| 5 | 01/13/2003 | 0663 | Beth Polebaum | 3.10 | 930.00 | Draft of 2d interim fee application. | 03901-0007 | 1772829 |
| 6 | | | | | | | | |
| 7 | 01/16/2003 | 0663 | Beth Polebaum | 0.60 | 180.00 | Review of fee auditor's report re 1st fee | 03901-0007 | 1772834 |
| 8 | | | | | | application. E-mails SD, HSN re same. | | |
| 9 | | | | | | | | |
| 10 | 01/21/2003 | 0663 | Beth Polebaum | 2.20 | 660.00 | Revisions to 2d interim fee application to | 03901-0007 | 1772845 |
| 11 | | | | | | conform to auditor's requests. | | |
| 12 | | | | | | | | |
| 13 | 01/21/2003 | 0288 | Deborah Paul | 1.50 | 637.50 | Conf. call w/Elyse Filon -- update on sealed | 03901-0005 | 1780514 |
| 14 | | | | | | air payment; respond to fee auditor's report. | | |
| 15 | | | | | | | | |
| 16 | 01/22/2003 | 0663 | Beth Polebaum | 1.40 | 420.00 | Revisions to 2d fee application. | 03901-0007 | 1772851 |
| 17 | | | | | | | | |
| 18 | 01/22/2003 | 0288 | Deborah Paul | 0.25 | 106.25 | Prepare response to fee auditor's request.. | 03901-0007 | 1780519 |
| 19 | | | | | | | | |
| 20 | 01/23/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | E-mails SD re fee application. | 03901-0007 | 1772854 |
| 21 | | | | | | | | |
| 22 | 01/27/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | E-mail HSN/SD re status of 2d interim fee | 03901-0007 | 1773480 |
| 23 | | | | | | application. | | |
| 24 | | | | | | | | |
| 25 | 01/31/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | E-mails D. Passey, D. Pauls, D. Davies re: fee | 03901-0007 | 1774935 |
| 26 | | | | | | application. | | |
| 27 | | | | | | | | |
| 28 | | | UNBILLED TOTALS:  WORK: | 10.75 | 3,443.75 | 11 records | | |
| 29 | | | UNBILLED TOTALS:  BILL: | 10.75 | 3,443.75 | | | |
| 30 | | | | | | | | |
| 31 | | | GRAND TOTALS:    WORK: | 10.75 | 3,443.75 | 11 records | | |
| 32 | | | GRAND TOTALS:    BILL: | 10.75 | 3,443.75 | | | |

**Exhibit B**

Client Number:      03901
Client Name:        W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Cost  [03/31/2003 10:26:51 AM]**

| | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 01/09/2003 | 0698 | David Passey | 015 | 1.00 | 46.13 | 46.13 | PASSEY Charge-N-Ride V#: 569212 Fr:MH  51 W |
| 2 | | | | | | | | 52ND To:QU-11102 Time: 20:15P WT: 11.25 |
| 3 | | | Voucher=308271 Paid | | | | | Vendor=CHARGE & RIDE, INC. Balance=.00 Amount=1753.22 |
| 4 | | | | | | | | |
| 5 | 01/22/2003 | 0212 | Peter C. Canellos | 006 | 1.00 | 15.00 | 15.00 | TriState Job #: 36298 |
| 6 | | | | | | | | Called by: E. WALSH |
| 7 | | | | | | | | From: 619 WEST 54TH STREET |
| 8 | | | | | | | | To: 51 WEST 52ND STREET |
| 9 | | | Voucher=309287 Paid | | | | | Vendor=TRI-STATE DELIVERY SERVICE  Balance=.00  Amount=2675. |
| 10 | | | | | | | | |
| 11 | | | UNBILLED TOTALS:  WORK | | | | 61.13 | 2 records |
| 12 | | | UNBILLED TOTALS:  BILL: | | | | 61.13 | |
| 13 | | | | | | | | |
| 14 | | | GRAND TOTAL:  WORK: | | | | 61.13 | 2 records |
| 15 | | | GRAND TOTAL:  BILL: | | | | 61.13 | |