IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objections Due by: April 10, 2002 at 4:00 p.m.** |
| | ) | **Hearing Date: June 17, 2003 @ 12:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3533

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Seventh Interim Quarterly Fee Application Request of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period of October 1, 2002 through December 31, 2002 (the "Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 10, 2003.

However, the Fee Auditor did express informal objections to the Application in his initial report.  Those objections have since been resolved and such resolution will be reflected in the omnibus order submitted by the Fee Auditor to the Court at a later date.

                                                FERRY, JOSEPH & PEARCE, P.A.

                                                /s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

                    Bilzin Sumberg Baena Price & Axelrod LLP
                    Scott L. Baena, Esq.
                    Jay M. Sakalo, Esq.
                    2500 First Union Financial Center
                    200 South Biscayne Boulevard
                    Miami, FL 33131-2336
                    Counsel to the Official Committee of Asbestos
                    Property Damage Claimants

Dated: April 14, 2003