**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 10, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO.  3534**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Fifth Interim Application of Conway, Del Genio,

Gries & Co., LLC ("CDG") For Compensation For Services Rendered And Reimbursement of

Actual And Necessary Expenses Incurred as Financial Advisor For The Official Committee of

Asbestos Property Damage Claimants For The Period From April 1, 2002 Through June 30,

2002 (the "Application").  The undersigned further certifies that the Court's docket in this case

reflects that no answer, objection or other responsive pleading to the Application has been filed.

Pursuant to the Notice of Application, objections to the Application were to be filed and served

no later than April 10, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors

are authorized to pay the Applicant $22,736 which represents 80% of the fees ($28,420) and

$2,919.16, which represents 100% of the expenses requested in the Application for the period

April 1, 2002 through June 30, 2002, upon the filing of this certification and without the need for

entry of a Court order approving the Application.

FERRY,  JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

Bilzin Sumberg Dunn Baena Price & Axelrod LLP
Scott L. Baena, Esq.
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Counsel to the Official Committee of Asbestos
Property Damage Claimants

Dated: April 14, 2003