IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO. | § | |
| a Delaware corporation, et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | Re: Docket No. 3537 |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3537

The undersigned hereby certifies that, as of the date hereof, he or she has received no answer, objection or other responsive pleading to the Notice of Monthly Fee and Expense Invoice (the "Invoice"), for February 1, 2003 through February 28, 2003 filed on March 21, 2003. The undersigned further certifies that he or she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Invoice appears thereon. Pursuant to the Invoice, objections to the Invoice were to be filed and served no later than April 9, 2003. Thus Debtors are authorized to pay the undersigned eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Invoice.

April 14, 2003                                WARREN H. SMITH & ASSOCIATES

                                              By: _____
                                                  Warren H. Smith
                                                  State Bar No. 18757050

                                              325 N. St. Paul Street, Suite 4080
                                              Republic Center
                                              Dallas, Texas 75201
                                              (214) 698-3868
                                              (214) 722-0081 (FAX)
                                              **FEE AUDITOR**

WRGraceCNO.2.03.rtf