IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: April 14, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: June 17, 2003 @ 12:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 3547

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to Hamilton, Rabinovitz & Alschuler, Inc.'s Third Interim Quarterly Fee Application Request For Approval and Allowance of Compensation For Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of October 1, 2002 Through December 31, 2002 ("the Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 14, 2003.

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555

-and-

        Bilzin Sumberg Baena Price & Axelrod LLP
        Scott L. Baena, Esq.
        Jay M. Sakalo, Esq.
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336

        Counsel to the Official Committee of Asbestos
        Property Damage Claimants

Dated: April 15, 2003