IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>          Debtors. | CASE NO. 01-01139 through<br>                 01-01200 (JJF)<br>               (Chapter 11)<br><br>DATE:    April 28, 2003<br>TIME:    12:00 p.m.<br>JUDGE:  Hon. Judith K. Fitzgerald |

### OPPOSITION OF LESSOR WILLIAM B. DUNBAR
### TO MOTION OF THE DEBTORS FOR AN ORDER EXTENDING
### TIME TO ASSUME, ASSUME AND ASSIGN, OR REJECT UNEXPIRED
### LEASES OF NONRESIDENTIAL REAL PROPERTY, FILED MARCH 24, 2003

      WILLIAM B. DUNBAR ("Lessor") entered into a Lease with W.R. Grace & Co.-Conn. ("Debtor") for certain premises located at 4315 Clinton Highway, Knoxville, Tennessee (the "Knoxville Lease"). Lessor opposes the Motion of the Debtors for an Order Extending Time to Assume, Assume and Assign, or Reject Unexpired Leases of Non-Residential Real Property ("Motion") as the Motion pertains to the Knoxville Lease for the reasons stated herein.

      The Debtor filed a Chapter 11 bankruptcy petition on April 2, 2001 and then moved for an extension of time to assume or reject its commercial leases. The Court granted a first extension of time until February 1, 2002, then a second extension until October 1, 2002, and then a third extension until April 1, 2003. Lessor is owed percentage rent of $22,245.23 plus interest and other charges owing under the Knoxville Lease for the year 2000. Lessor filed a Proof of Claim for this amount, Proof of Claim No. CN00002637 (1-27-03).

257/5/323457

The Debtor has sublet the premises demised by the Knoxville Lease to Northern Hydraulics of Florida, Inc. ("NHFI"). There is a positive cash flow to the bankruptcy estate.

In this instance there is no cause for a further extension of time for the Debtor to assume or reject the Knoxville Lease. Mr. Dunbar, the Lessor, is 89 years old, in need of the pre-petition rent owed to him and in poor health. He needs to organize his financial affairs and is troubled by the failure of the Debtor to resolve its intentions with respect to the Knoxville Lease. The Debtor's management has had ample opportunity to focus on the Knoxville Lease. The exercise of the Debtor's business judgment does not involve complex or significant financial issues. The amount of prepetition rent and other charges which are required to be paid the Debtor to assume the Knoxville Lease are not significant. The Knoxville Lease generates a positive cash flow to the bankruptcy estate because the premises are sublet to NHFI for more rent than is owed to Lessor. The Knoxville Lease should be viewed as an asset by the Debtors but, if not, then the lease should be rejected rather then dragging this matter out any further.

For the foregoing reasons, the Lessor respectfully submits that the time period under 11 U.S.C. § 364(d)(4) should not be extended for a fourth time. Instead, Lessor respectfully requests that the Debtor be ordered to either assume or reject the Knoxville Lease at this time.

WHEREFORE, Lessor respectfully requests that the Court enter an order (1) denying the motion with respect to the Knoxville Lease, (2) requiring the Debtors to

assume or reject the Knoxville Lease no later then April 28, 2003, and (3) grant such other and further relief as the Court deems appropriate in the circumstances.

DATED: Honolulu, Hawaii, _____

_____
TED N. PETTIT
CASE BIGELOW & LOMBARDI
A LAW CORPORATION
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 547-5400
Facsimile No. (808) 523-1888
Attorney for Creditor and Lessor
William B. Dunbar, Trustee

257/5/323457

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>        Debtors. | CASE NO. 01-01139 through<br>                01-01200 (JJF)<br>                (Chapter 11)<br><br>DATE:    April 28, 2003<br>TIME:    12:00 p.m.<br>JUDGE:  Hon. Judith K. Fitzgerald |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of Opposition of Lessor William B. Dunbar to Motion of the Debtors for an Order Extending Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property, Filed March 24, 2003 was duly served by depositing a copy of same and by transmitting a copy via facsimile to the parties addressed on the attached service list on _____.

DATED:   Honolulu, Hawaii, _____

_____
TED N. PETTIT
CASE BIGELOW & LOMBARDI
A LAW CORPORATION
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Telephone No. (808) 547-5400
Facsimile No. (808) 523-1888
Attorney for Creditor and Lessor
William B. Dunbar, Trustee

SERVICE LIST

James H.M. Sprayregen, Esq.
Kirland & Ellis
200 East Randolph Drive
Chicago IL 60601
Fax No. (312) 861-2200

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young Jones & Weintrabu, P.C.
919 North Market Street, Ste. 1600
P.O. Box 8705
Wilmington DE 19899-8705
Fax No. (302) 652-4400

Attorneys for Debtors

Lew Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York NY 10038-4982
Fax No. (212) 806-6006

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Stret, Ste. 1200
Wilmington DE 19801-1246
Fax No. (302) 657-4901

Attorneys for The Official Committee of Unsecured Creditors

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard #2500
Miami FL 33131
Fax No. (305) 374-7593

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, ste. 904
P.O. Box 1351
Wilmington DE 19899
Fax No. (302) 575-1714

The Official Committee of Property Damage Claimants

257/5/323457

Elihu Inselbuck, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York NY 10022
Fax No. (212) 644-6755

Mark Hurford, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Flr.
1201 Market Street, Suite 1500
Wilmington DE 19801
Fax No. (302) 426-9947

The Official Committee of Personal Injury Claimants

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606
Fax No. (312) 993-9767

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue #900
P.O. Box 25130
Wilmington DE 19899
Fax No. (302) 658-6395

Counsel to the DIP Lenders

Frank J. Perch, Esq.
Office of the U.S. Trustee
844 N. King Street
Wilmington DE 19801
Fax No. (302) 573-6497

Attorney for the Office of the U.S. Trustee

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York NY 10022
Fax No. (212) 715-8000

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Ste. 1410
P.O. Box 1397
Wilmington DE 19899-1397
Fax No. (302) 552-4220

Counsel to the Official Committee of Equity Holders