# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R.GRACE CO., et al. | : Case No. 01-1139 (JKF), <u>et</u> <u>seq</u>. |
| | : |
| Debtor. | : Jointly Administered |

## NOTICE OF SERVICE

I hereby certify that on this 16th day of April, 2003, I caused to be served by First Class Mail, postage prepaid, two copies of the within Wesconn Company, Inc.'s First Set of Interrogatories to Plaintiffs, to the following attorney of record:

Laura Davis Jones, Esquire
Pachulski Stang Ziehl Young & Jones, P.C.
919 North Market St., 16th Floor
PO Box 8705
Wilmington, DE 19801

                                                                      WILLIAM W. ERHART, PA.
                                                                      /s/
                                                               William W. Erhart (#2116)
                                                              800 King Street, Suite 302
                                                              PO Box 234
                                                              Wilmington, DE 19899-0234
                                                              (302) 651-0113
Dated: _____                         Attorney for Defendant.