**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

_____  )
                                   )
In re: W.R. Grace & Co.            )
                                   )
                                   )
                                   )  Chapter 11
                                   )
Debtor(s)                          )  Case No.: 01-01139 (JFK)
_____  )

NOTICE OF ENTRY OF APPEARANCE
AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that Afshin Miraly hereby enters his appearance as counsel of record in the above-captioned action for the City of Somerville, Massachusetts.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 2002 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Respectfully submitted,
The City of Somerville,
By its Attorney

_____
Afshin Miraly, Esq.
Assistant City Solicitor
B.B.O. No.: 648063
Law Department - City Hall
93 Highland Ave.
Somerville, MA 02143
(617) 625-6600 x 4403

DATED: 3/26/03

K:\LAW\COMMON\Miraly\Bankruptcy Forms, Grace - Request for Service of Papers, Entry of Appearance.doc