**Professional Profiles**

| Name of Professional | Position with the Firm | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Larry Farmer | Audit Partner | 682 | **14.90** | 10,162 |
| Raymond Bromark | Audit Partner | 1422 | **5.00** | 7,110 |
| Joseph Divito | GRMS Partner | 767 | **2.50** | 1,918 |
| Craig Cleaver | GRMS Manager | 474 | **9.50** | 4,503 |
| Francis Schlosser | GRMS Senior Manager | 470 | **1.00** | 470 |
| Maureen Driscoll | GRMS Senior Associate | 389 | **10.00** | 3,890 |
| Robert Eydt | Audit Partner | 1113 | **3.00** | 3,339 |
| Dave Ryan | Audit Senior Manager | 522 | **73.20** | 38,210 |
| Sandra David | Audit Manager | 447 | **2.80** | 1,252 |
| Jason Natt | Audit Manager | 447 | **21.00** | 9,387 |
| Cheryl Frick | Audit Senior Associate | 314 | **4.00** | 1,256 |
| Nina Govic | Audit Senior Associate | 273 | **52.00** | 14,196 |
| Aimee Stickley | Audit Associate | 213 | **10.50** | 2,237 |
| Jeffrey Zartman | Audit Associate | 213 | **0.50** | 107 |
| Maureen Yeager | Audit Associate | 185 | **28.50** | 5,273 |
| Scott Tremble | Audit Associate | 181 | **1.00** | 181 |
| German Jimenez | Tax Senior Manager | 585 | **5.00** | 2,925 |
| Michelle Gerety | Tax Manager | 553 | **11.50** | 6,360 |
| Lisa Felix -Corney | Tax Senior Associate | 347 | **4.00** | 1,388 |
| Peter R Woolf | Tax Partner | 733 | **3.00** | 2,199 |
| Theodore Baran | Audit Partner | 1113 | **1.30** | 1,447 |
| Kathleen Burke | Admistrative Assistant | 101 | **2.70** | 273 |

| | | | | |
|---|---|---|---|---|
| Total Hours | | | **266.90** | |
| Total at Standard Rate | | | $ | 118,079.90 |
| 45 % Accrual Rate Adjustment | | | $ | (64,943.95) |
| Total at 45% Accrual Rate | | | $ | 53,135.96 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Larry Farmer** | | | | |
| **02/03/2003** | 0.50 | WR Grace Billings -preparation and draft of invoice and review of invoice compared to bankruptcy court allowed billings | 682 | $ 341 |
| **02/06/2003** | 2.00 | Review of various critical matters in the database, including income taxes, pensions, and Libby Montana. | 682 | $ 1,364 |
| **02/10/2003** | 0.50 | December billings - preparation and draft of invoice and review of invoice compared to bankruptcy court allowed billings and discussion with Dana Guzzo regarding timing. ' | 682 | $ 341 |
| **02/11/2003** | 0.30 | Talk with Jason Natt, PwC Manager, regrading the timing of the Grace 10K reivew and tie-out | 682 | $ 205 |
| **02/12/2003** | 0.20 | Talk to Dave Ryan, PWC Senior Manager, regarding the effects of FIN 45 | 682 | $ 136 |
| **02/13/2003** | 0.20 | Discussion with J. Natt re: timing of work - Grace 10K tie out and first quarter. | 682 | $ 136 |
| **02/14/2003** | 0.50 | Review audit committee materials, prior to meeting | 682 | $ 341 |
| **02/15/2003** | 4.50 | Review of 2002 financial statements | 682 | $ 3,069 |
| **02/18/2003** | 0.50 | Discussion regarding 2002 financial statements with David Ryan and Ray Bromark. | 682 | $ 341 |
| **02/19/2003** | 0.30 | FAS 87 application discussion, relating to changed pension reporting | 682 | $ 205 |
| **02/19/2003** | 1.00 | Review of draft management letters comments on Grace's internal control structure. | 682 | $ 682 |
| **02/21/2003** | 1.50 | Review of audit committee report and discussion on Grace 10K with Dave Ryan | 682 | $ 1,023 |
| **02/25/2003** | 0.70 | Telephone with Dave Ryan regarding the audit committee reports and audit committee meeting. | 682 | $ 477 |
| **02/26/2003** | 0.50 | Discussion of 10K comments with Ray Bromark, discussion of Sarbanes Oxley 404 and audit committee summary of unadjusted differences presentation. | 682 | $ 341 |
| **02/26/2003** | 1.70 | Review of 2002 10K blackline draft. | 682 | $ 1,159 |
| | | Total February Hours | **14.90** | |
| | | Bill Rate | 682 | |
| | | **Total Billed** | | **$10,161.80** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Ray Bromark**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 02/19/2003 | 3.0 | Review 10K, reading and commenting on compliance with SEC reporting standards. |
| 02/21/2003 | 1.0 | Provided comments on 10K for incorporation to Larry Farmer and David Ryan . |
| 02/24/2003 | 1.0 | Review audit committee report prior to presentation. |
| | | Total February Hours |
| | | Bill Rate |
| | | **Total Billed** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Joe DiVito**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 02/13/03 | 1.00 | Review of GRMS work for 2002 audit, work includes documentation and assessment of control environment and database wrap up. |
| 02/20/03 | 1.00 | Review of GRMS work for 2002 audit, work includes documentation and assessment of control environment and database wrap up. |
| 02/27/03 | 0.50 | Review of GRMS work for 2002 audit, work includes documentation and assessment of control environment and database wrap up and review of matters prior to PwC peer risk and quality review. |
| | | Total February Hours |
| | | Bill Rate |
| | | **Total Billed** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Craig Cleaver** | | | | |
| **02/12/03** | 1.00 | Write-up of summary observations relating to problems with internal controls for audit committee | 474 | 474.00 |
| **Totals** | **1.00** | | | $    **474** |
| **02/13/03** | 0.40 | Review summary observations for audit committee with Joe Divito, Partner | 474 | 189.60 |
| | 1.10 | Revisions to audit committee observations related to problems inherent in Grace internal controls. | 474 | 521.40 |
| **Totals** | **1.50** | | | $    **711** |
| **02/18/03** | 0.60 | Review of audit committee comments relating to internal control with client (Greg Covington) | 474 | 284.40 |
| | 0.50 | Discussion with Maureen Driscoll on database and detail audit report to assure that completion time frame is met. | 474 | 237.00 |
| | 1.90 | Detailed report review of report generated by Maureen's detailed testing. | 474 | 900.60 |
| **Totals** | **3.00** | | | $    **1,422** |
| **02/19/03** | 1.00 | Discussion with Maurreen to go over report revisions prior to its presentation to the client. | 474 | 474.00 |
| | 0.25 | Database review of revisions to assure that firm and AICPA documentation standards were met. | 474 | 118.50 |
| | 2.75 | Final report review - submit report to Joe DiVito partner for final review and sign off. | 474 | 1,303.50 |
| **Totals** | **4.00** | | | $    **1,896** |
| | | Total February Hours | **9.50** | |
| | | Bill Rate | 474 | |
| | | **Total Billed** | **$4,503.00** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Francis Schlosser** | | |
| 02/13/03 | 1.00 | Wrap-up/completion of 2002 database for quality review and archive process - Quarterly reviews |
| | | Total February Hours |
| | | Bill Rate |
| | | **Total Billed** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Maureen Driscoll** | | | | |
| **02/07/03** | 2.20 | Address notes from year end field work left in the audit database (security, overall SAP administration, maintenance) | 389 | 855.80 |
| | 2.80 | Finalize draft report internal controls report and address questions from Craig Cleaver | 389 | 1,089.20 |
| **Totals:** | **5.00** | | | **$  1,945.00** |
| **02/11/03** | 0.30 | Follow up on questions from GRMS manager Craig Cleaver and set up time for follow up meeting | 389 | 116.70 |
| | 1.20 | Discussion with Greg Covington, WR Grace,  re: Security recommendations management response | 389 | 466.80 |
| **Totals:** | **1.50** | | | **$   116.70** |
| 02/14/03 | 0.50 | Review of work in progress and billing reports | 389 | 194.50 |
| **Totals:** | **0.50** | | | **$   194.50** |
| 02/18/03 | 1.00 | Address database control documentation questions from GRMS manager | 389 | 389.00 |
| **Totals:** | **1.00** | | | **$   389.00** |
| 02/19/03 | 0.40 | Review UNIX questions with Dan Weir to clarify issues | 389 | 155.60 |
| | 1.10 | Develop final draft of recommendation report on internal controls w/GRMS manager | 389 | 427.90 |
| **Totals:** | **1.50** | | | **$   583.50** |
| 02/21/03 | 0.50 | Review of work in progress and billing reports | 389 | 194.50 |
| **Totals:** | **0.50** | | | **$   194.50** |
| | | Total hours billed, Feb. 2003 | **10.00** | |
| | | Billing Rate | 389 | |
| | | **Total charges** | **$3,890.00** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Robert F Eydt** | | | | |
| **02/23/03** | **3.00** | Special SEC Partner review of WR Grace's 10K as required by firm auditing standards. | 1,113 | **3,339.00** |
| | | Total February Hours | **3.00** | |
| | | Bill Rate | 1,113 | |
| | | **Total Billed** | **$3,339.00** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate |
|------|-------|--------------------------------|-----------|

**Name:  David Ryan**

| Date | Hours | Description of Services Provided | Bill Rate |
|------|-------|--------------------------------|-----------|
| 02/03/2003 | 1.9 | Review of new SEC Independence Rules and Assessment of impact on WR Grace | 522 |
| | 0.8 | Clean up memo regarding tax provision in the WR Grace Database for revisions of facts | 522 |
| | 0.8 | Clean up memo regarding Fresenius and Sealed Air in the WR Grace Database for revisions of facts | |
| | 0.6 | Clean up memo regarding accounting for overhaul costs.  in the WR Grace Database for revisions of facts | |
| | 0.9 | Discussion with Tim Delbrugge of entities within the guidance of FIN 46 | 522 |
| | 5 | | |
| 02/04/2003 | 2.3 | Modify SFAS 109 Memo to properly reflect the final deferred tax amount, as agreed to by PwC tax. | 522 |
| | 1.7 | Modify FIN 46 Memo regarding consolidation of entities | 522 |
| | 0.8 | Discuss FIN 46 issue with Tim Delbrugge | 522 |
| | 0.6 | Review Database and assure that all areas are completed by the proper party | 522 |
| | 5.4 | | |
| 02/10/2003 | 1.7 | Review of FIN 45 and assessment of impact on WR Grace | 522 |
| | 0.5 | Conference call with Tim Delbrugge on FIN 45 | 522 |
| | 1.2 | Conference call with Tim Delbrugge on WR Grace Accounting issues | 522 |
| | 3.4 | | |
| 02/11/2003 | 0.8 | Conference call with Tim Delbrugge on WR Grace Pension liabilitiy classification     Attendees TB, Bob Tarola (Grace), Kirkland and Ellis LLP and PwC (DR) | 522 |
| | 0.2 | Research on WR Grace Pension Liability issue | 522 |
| | 1 | | |
| 02/12/2003 | 0.8 | WR Research on FIN 45 (consoldiation) and SFAS 123 (stock option valuation) questions | 522 |
| | 0.3 | Conference call with Tim Delbrugge on Grace FIN 45 and SFAS 123 questions | 522 |
| | 2.1 | WR Grace issues research and call with Tim Delbrugge on positions regarding FAS 109 | 522 |
| | 3.2 | | |
| 02/17/2003 | 1.1 | Discussion with Jason Natt on WR Grace FIN 45 issue | 522 |
| | 1.1 | | |
| 02/18/2003 | 1.2 | WR Grace Conference call with PwC national office on FIN 45 issues, in attendance were Bob Tarola & Tim DelBrugge from Grace,  Jason Natt, Larry Farmer and Dave Ryan from PwC | 522 |
| | 1.5 | FIN 45 analysis based on conference call | |
| | 2.7 | | |
| 02/19/2003 | 2.7 | WR Grace FAS 87 Issue Research | 522 |
| | 0.3 | Call with Tim Delbrugge on FAS 87 issue | 522 |
| | 1.7 | Review of WR Grace Form 10-K- Section 7, Goodwill and FAS 142 application of accounting | 522 |
| | 2.2 | Review of WR Grace Form 10-K - review of segement data presented. | 522 |
| | 1.3 | Review of WR Grace Form 10-K - review of pension accounting inlcuded in note 18 | 522 |
| | 8.2 | | |
| 02/20/2003 | 4.3 | Review of WR Grace Form 10-K of Stock option accounting included in note 18. | 522 |
| | 2.4 | Preparation of WR Grace Audit Committee Report | 522 |
| | 1.6 | Preparation of WR Grace Audit Committee Report | 522 |

| | | | |
|---|---|---|---|
| | 0.2 | Review of WR Grace Form 10-K - review of Management dicussion and analysis for consistency purposes. | 522 |
| | 8.5 | | |
| | 0.7 | Conference call with Ray Bromark on Grace Form 10-K | 522 |
| | 3.7 | Review and comment on WR Grace Form 10-K for WR Grace to include comments in their final filing. | 522 |
| | 3.9 | Preparation of WR Grace Audit Committee Report | 522 |
| | 8.3 | | |
| 02/24/2003 | 3.5 | Review and comment on Form 10-K, including section on commitments and contingencies, such as Fresenius. | 522 |
| | 2.3 | Review and comment on Form 10-K - review of wording surrounding environmental liabilities. | 522 |
| | 2.4 | Review and comment on Form 10-K in relation to SOP 90-7 bankruptcy accounting and assuring that Grace is presenting matters as called for by the SEC | 522 |
| | 8.2 | | |
| 02/25/2003 | 3.7 | Review and comment on Form 10-K regarding the forepart of the 10k with analysis of the business and forward looking comments. | 522 |
| | 1.2 | Discussion with Tim Delbrugge on Form 10-K | 522 |
| | 3.7 | Review and comment on Form 10-K regarding recent changes in accounting principles including FIN 45, FIN 46, FAS 142, FAS 123 | 522 |
| | 8.6 | | |
| 02/26/2003 | 3.4 | Review and comment on Form 10-K, including review of the bankruptcy accounting and liabilities subject to compromise, showing Grace's liabiliites arising from Chapter 11 related concerns. | 522 |
| | 3.4 | | |
| 02/28/2003 | 2.4 | Review and comment on Form 10-K, review of the statement of cash flows for reporting consistencies with prior periods. | 522 |
| | 0.7 | Discussion with Tim Delbrugge on Form 10-K | 522 |
| | 3.1 | Review and comment on Form 10-K. review of consolidation of ART joint venture in conjunction with FIN 46 | 522 |
| | 6.2 | | |
| Monthly Total | 73.2 | February | |

| Cost ($) |
|---:|
| 992 |
| 418 |
| 470 |
| 1,879 |
| 1,201 |
| 887 |
| 418 |
| 313 |
| 2,819 |
| 887 |
| 261 |
| 626 |
| 1,775 |
| 418 |
| 104 |
| 522 |
| 418 |
| 157 |
| 1,096 |
| 1,670 |
| 574 |
| 574 |
| 626 |
| 626 |
| 1,409 |
| 157 |
| 887 |
| 1,148 |
| 679 |
| 4,280 |
| 2,245 |
| 1,253 |
| 835 |

| |
|---:|
| 104 |
| 4,437 |
| |
| 365 |
| |
| 1,931 |
| 2,036 |
| 4,333 |
| |
| |
| 1,827 |
| |
| 1,201 |
| |
| |
| 1,253 |
| 4,280 |
| |
| |
| 1,931 |
| 626 |
| |
| 1,931 |
| 4,489 |
| |
| |
| 1,775 |
| 1,775 |
| |
| |
| 1,253 |
| 365 |
| |
| 1,618 |
| 3,236 |
| |
| 30,641 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Sandy David** | | | | |
| 02/03/03 | 0.50 | Documentation of fraud analysis in database as required by audit standards. | 447 | 223.50 |
| 02/06/03 | 0.30 | Follow-up with staff regarding status of database and timeframe to finish review | 447 | 134.10 |
| 02/24/03 | 2.00 | Review management letter comments regarding internal control prepared by Internal Audit. | 447 | 894.00 |
| Total | 2.80 | | | 1,251.60 |
| | | Total February Hours | **2.80** | |
| | | Bill Rate | 447 | |
| | | **Total Billed** | **$1,251.60** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Jason Natt** | | | | |
| 02/01/2003 | 0.5 | Documentation of review of Davison LIFO calculation | 447 | 223.50 |
| | 0.4 | Documentation of review of Performaqnce Chemicals LIFO calculation | 447 | 178.80 |
| | 1.1 | Final documentation of bankruptcy critical matter | 447 | 491.70 |
| | 0.6 | Documentation and review of environmental reserves section | 447 | 268.20 |
| | 0.4 | Documentation and review of asbestos reserves section | 447 | 178.80 |
| | 0.3 | Documentation and review of pensions section | 447 | 134.10 |
| | 0.7 | Documentation and review of corporate accruals section | 447 | 312.90 |
| | 4.0 | | | 1,788.00 |
| 02/04/2003 | 0.2 | Phone conversation with Michael Brown, Grace Ass. Controller,  regarding 10-K disclosures | 447 | 89.40 |
| | 0.8 | Documentation and review of corporate accruals section | 447 | 357.60 |
| | 1.0 | | | 447.00 |
| 02/05/2003 | 0.4 | Phone conversation with Michael Brown, Grace Ass. Controller,  regarding 10-K disclosures | 447 | 178.80 |
| | 0.6 | Documentation and review of Davison inventory section | 447 | 268.20 |
| | 1.0 | | | 447.00 |
| 02/06/2003 | 0.2 | Phone conversation with Michael Brown, Grace Ass. Controller,  regarding 10-K disclosures | 447 | 89.40 |
| | 0.8 | Documentation and review of environmental reserves section | 447 | 357.60 |
| | 1.0 | | | 447.00 |
| 02/10/2003 | 1.0 | Documentation and review of environmental reserves section | 447 | 447.00 |
| 02/11/2003 | 0.7 | Documentation and review of consolidation section | 447 | 312.90 |
| | 0.3 | Talk with Larry Farmer, engagement partner, regrading the timing of the Grace 10K reivew and tie-out | 447 | 134.10 |
| | 1.0 | | | 447.00 |
| 02/13/2003 | 0.8 | Phone conversation with Michael Brown, Grace Ass. Controller,  regarding 10-K disclosures | 447 | 357.60 |
| | 0.7 | Review of financial statements and consolidations sections-International Teams | 447 | 312.90 |
| | 1.0 | Documentation and review of corporate accruals section | 447 | 447.00 |
| | 0.5 | Documentation of FAS 142 critical matter | 447 | 223.50 |
| | 3.0 | | | 1,341.00 |
| 02/17/2003 | 0.6 | Documentation of Tax-related interest and penalties critical matters | 447 | 268.20 |
| | 0.4 | Phone conversation with Michael Brown, Grace Ass. Controller,  regarding 10-K disclosures | 447 | 178.80 |
| | 1.0 | Documentation of FAS 142 critical matter | 447 | 447.00 |
| | 2.0 | | | 894.00 |
| 02/21/2003 | 1.1 | Documentation and review of corporate accruals section | 447 | 491.70 |
| | 0.4 | Documentation of FAS 142 critical matter | 447 | 178.80 |
| | 0.5 | Phone conversation with Michael Brown, Grace Ass. Controller,  regarding 10-K disclosures | 447 | 223.50 |
| | 2.0 | | | 894.00 |
| 02/24/2003 | 2.0 | Initial review of Grace 10-K | 447 | 894.00 |
| 02/25/2003 | 0.7 | Meet with Larry Farmer to discuss strategy for Grace 2002 10K tie out - including timing and sources of data. | 447 | 312.90 |
| | 0.3 | Phone conversation with Michael Brown, Grace Ass. Controller,  regarding 10-K disclosures | 447 | 134.10 |
| | 1.0 | | | 447.00 |
| 02/26/2003 | 1.0 | Initial review of Grace 10-K | 447 | 447.00 |
| 02/27/2003 | 1.0 | Initial review of Grace 10-K | 447 | 447.00 |
| | | Total February Hours | **21.00** | |
| | | Bill Rate | 447 | |
| | | **Total Billed** | | **$9,387.00** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Cheryl Frick** | | | | |
| **02/18/03** | **4.00** | Preparation of a draft for Management Letter Recommendations surrounding internal controls for formal presenation to WR Grace. | 314 | **1,256.00** |
| | | Total February Hours | **4.00** | |
| | | Bill Rate | 314 | |
| | | **Total Billed** | **$1,256.00** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Nina Govic** | | | | |
| **02/24/2003** | 2.5 | Read Grace 10k in detail.  Reviewing numbers for adjustments in the process. | 273 | 2,047.50 |
| | 7.50 | Work with Grace internal audit to tie out the 2002 10K -with internal auditor. Review the changes in the balance sheet, income statement and cashflow changes since the press release date. | | |
| | 1.00 | Begin working on Grace Automatic Disclosure Checklist (ADC).  The ADC is Pricewaterhouse's reporting guidelines.  It is a very detailed review of every section of the 10k with relation to applicable accounting literature and reporting requirements to assure that the company is in compliance with SEC rules and regulations. | 273 | 273.00 |
| **02/25/2003** | 0.70 | Meet with Jason Natt to discuss strategy for Grace 2002 10K tie out - including timing and sources of data. | 273 | 191.10 |
| | 0.80 | Meet with Michael Brown, Assistant Controller, to discuss changes in the WR Grace 10K | 273 | 218.40 |
| | 5.20 | Work on Automatic Disclosure Checklist for WR Grace 10K  - refer to 2/24/03 description. | 273 | 1,419.60 |
| | 1.80 | Coaching Maureen Yeager through the 10K tie out process - involving a process of reviewing her work performed and offering her guidance as to where additional information can be obtained, how to document findings and answering her questions. | 273 | 491.40 |
| | 1.90 | Tie out of WR Grace financial statements - tracing of numbers and charts to data contained in the audit files or maintained by WR Grace to assure the quality of financial reporting. | 273 | 518.70 |
| | 0.60 | Consult with Dave Ryan, Senior Manager, regarding WR Grace's FAS 142 disclosure in the 10K as related to segement reporting | 273 | 163.80 |
| **02/26/2003** | 4.60 | Work on Automatic Disclosure Checklist for WR Grace 10K  -see 2/24/03 | 273 | 1,255.80 |
| | 1.30 | Work on the Financial Statement Disclosure Checklist (FSDCL) for Recently updated pronouncements.  The FSDCL is an update to the ADC form.  It assess the company's complaince with guidance which is issued subsequent to the printing of the ADC. | 273 | 354.90 |
| | 1.90 | Clean up Grace 2002 Audit Database - including finishing open documentation and preparing the database for the risk and quality review process. | 273 | 518.70 |
| | 2.70 | Aid in the Grace 2002 10K tie out - offer assistance to Maureen Yeager in her tie out and tie of footnote #17 stock option plans. | 273 | 737.10 |
| **02/27/2003** | 1.20 | Review Maureen Yeager's tickmarks on the Grace 2002 10K tie out. | 273 | 327.60 |
| | 1.30 | Meetings with Michael Brown to discuss changes in the 10k as noted through our tie out procedures, and to discuss timing for Grace's release of the 10K | 273 | 354.90 |
| | 5.50 | Work on Automatic Disclosure Checklist for WR Grace 10K - see 2/24 | 273 | 1,501.50 |
| | 1.80 | Work on the Financial Statement Disclosure Checklist for Recently updated pronouncements | 273 | 491.40 |
| | 0.70 | Grace filing duties, inlcuding preparation of edgar letter and draft of opinion. | 273 | 191.10 |
| **02/28/2003** | 2.30 | Coaching Maureen Yeager through the Grace 10K tie out, and reviewing the work she had already performed including assuring that items are agreed to the proper documentation. | 273 | 627.90 |
| | 4.30 | Finalization of the 2002 Automatic Disclosure Checklist - see 2/24 | 273 | 1,173.90 |
| | 0.90 | Tie out of WR Grace's 2002 10K Pension footnote footnote number 18.  Agreeing detail to the AON statements. | 273 | 245.70 |
| | 1.50 | Documentation of completion procedures performed in the Grace 2002 Audit Database - including review of related parties, consolidation and the going concern. | 273 | 409.50 |
| | | Total February Hours | **52.00** | |
| | | Bill Rate | 273 | |
| | | **Total Billed** | | **$14,196.00** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Aimee Stickley** | | | | |
| 02/24/2003 | 2.00 | Agreeing the prior year balances to the 2001 amounts in the 2002 financial statements , noting the differences for the both the financials and notes. | 213 | $   426.00 |
| **Total** | **2.00** | | | |
| 02/25/2003 | 1.1 | Agreeing the prior year balances to the 2001 amounts in the 2002 financial statements , noting the differences for the both the financials and notes. | 213 | $   234.30 |
| | 0.9 | Reviewed the Report of Independent Accountants and Management's Responsibility for Financial Reporting in accordance with Template Manager | 213 | $   191.70 |
| | 2.6 | Discussion with Sean, internal audit, to obtain support for the reclassification changes in the PY numbers.  Reviewed interanl audit support binder for details. | 213 | $   553.80 |
| | | | 213 | $      - |
| | 1.5 | Discussions with Nina Govic on status of the tie-out and review of the differences found. | 213 | $   319.50 |
| | 0.5 | Tie out of Foonote 6-Tie out of WR Grace financial statements - tracing of numbers and charts to data contained in the audit files or maintained by WR Grace to assure the quality of financial reporting. | 213 | $   106.50 |
| | 0.3 | Tie out Footnote 7 -Tie out of WR Grace financial statements - tracing of numbers and charts to data contained in the audit files or maintained by WR Grace to assure the quality of financial reporting. | 213 | $    63.90 |
| | 0.2 | Tie out Footnote 8 in the WR Grace 10K | 213 | $    42.60 |
| | 0.4 | Tie out Footnote  12 in the WR Grace 10K | 213 | $    85.20 |
| | 0.8 | Tie out footnote 18 pensions in the WR Grace 10k | 213 | $   170.40 |
| | 0.7 | Tie out FN 19 Contingencies and Commitments in the Grace 10K | 213 | $   149.10 |
| | 0.6 | Tie out Foiotnote 20 management disucssion and analysis in the Grace 10K | 213 | $   127.80 |
| | 0.2 | Management Discussion and Analysis - Pretax Income #'s | 213 | $    42.60 |
| | 0.4 | Management Discussion and Analysis - Cash Flow tie-out numbers (F-50) | 213 | $    85.20 |
| | 0.3 | Tie-out of Management Discussion and Analysis - computation of ratio of earnings - exhibit 12 (pg F-54) | 213 | $    63.90 |
| **Total** | **10.5** | | **213** | **$ 2,236.50** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Jeffrey Zartman** | | | | |
| **02/05/03** | 0.5 | Independence - dicussion with Maureen Yeager regarding outstainding independence confirmations for foreign engagement professionals. | 213 | 106.5 |
| | | Total February Hours | **0.50** | |
| | | Bill Rate | 213 | |
| | | **Total Billed** | **$106.50** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Maureen Yeager** | | | | |
| **02/24/03** | 1.40 | Initial detailed reading of the WR Grace 2002 10K, in order to familiarize myself with the Company's financial statements and corresponding footnote disclosures. | 185 | 259.00 |
| **9.00** | 2.50 | Footing and Crossfooting all charts and tables within the 10-K, to ensure that all total and subtotal balances are mathematically accurate. | 185 | 462.50 |
| | 0.30 | Tie out of WR Grace's Consolidated Statement of Stockholders' Equity and Consolidated Statement of Comprehensive Loss.  This entails agreeing the 1999-2001 numbers to the 2001 10K and the 2002 numbers to sources such as the equity rollforward and the minimum pension adjustment. | 185 | 55.50 |
| | 0.40 | Tie-out of WR Grace's Footnote 1 - Basis of Presentation and Summary of Significant Accounting Policies.  This includes agreeing the narrative to the 2001 10K, Sealed Air Critical Matter, DIP Facility Agreement, etc. | 185 | 74.00 |
| | 0.70 | Tie out of WR Grace's Footnote 2 - Chapter 11 Related Financial Information.  Agreed detail to various Footnote 2 Support, such as SOAR printouts, pension adjustments, etc. | 185 | 129.50 |
| | 0.60 | Tie out of WR Grace's Footnote 3 - Asbestos-Related Litigation.  Agreed detail to WP 4150-3, Listing of All-time property damage verdicts | 185 | 111.00 |
| | 0.40 | Tie-out of WR Grace's Footnote 4 - Income Taxes.  Agreed detail to Income Tax benefit analysis, Chapter 11 COLI Tax accrual, etc. | 185 | 74.00 |
| | 1.10 | Tie out of WR Grace's Footnote 5 - Acquisitions and Joint Ventures- and Footnote 6- Other income.  Agreed detail to the other/income/expense detail provided for Footnote 6. | 185 | 203.50 |
| | 0.40 | Tie of of WR Grace's Footnote 7 - Goodwill.  Agreed to pension adjustments, FAS 142 disclosure summary schedule, etc. | 185 | 74.00 |
| | 1.20 | Work with Grace internal audit to tie out the 2002 10K - Nettie Fausto.  Discussion of open numbers in our initial 10-K tie-out for which we were unable to obtain support, specifically in relation to Footnotes 1-8. | 185 | 222.00 |
| **Totals** | **9.00** | | | **$     1,665** |
| **02/25/03** | 1.80 | Review with Nina Govic on how to complete the 10K tie out process - involving a process of reviewing my preliminary tie-out and obtaining guidance from Nina as to where additional information can be obtained, how to document findings and answering any additional questions that I may have on the 10-K completion. | 185 | 333.00 |
| **9.50** | 0.90 | Tie-out of WR Grace's Footnote 8 - Comprehensive Loss.  Agreed detail to the statement of other comprehensive loss to ensure that it was internally consistent. | 185 | 166.50 |
| | 4.40 | Tie-out of WR Grace's Footnote 9-18.  Agreed to detail such as the Analysis of Interest Expense, Dow Jones Interactive, Summary of Financial Assurances, Detail of Stock Options Outstanding, etc. | 185 | 814.00 |
| | 2.40 | Work with Grace internal audit to tie out the 2002 10K - Nettie Fausto.  Discussion of open numbers in our initial 10-K tie-out for which we were unable to obtain support, specifically in relation to Footnotes 9-18. | 185 | 444.00 |
| **Totals** | **9.50** | | | **$     1,758** |
| **02/27/03** | 4.60 | Tie out of WR Grace's Management Discussion and Analysis.  This includes looking to supporting documentation in Internal Audit's Binder, which includes the 2003 capital budget, the Consolidated analisis of continuing operations (with adjustments), a schedule of acquisitions sales, etc. | 185 | 851.00 |
| **10.00** | 2.20 | Work with Grace internal audit to tie out the 2002 10K - Nettie Fausto.  Discussion of open numbers in our initial 10-K tie-out for which we were unable to obtain support, specifically in relation to Footnotes 1-8. | 185 | 407.00 |
| | 2.40 | Review the 2nd version of the 10K received from Michael Brown, ensuring that all necessary changes were made, transferred tickmarks and verified that the numbers per the 1st draft of the 10K did not change per the 2nd draft. | 185 | 444.00 |
| | 0.80 | Discussion with Dave Ryan in regards to obtaining PwC publications in relation to FAS 141 and 142 disclosures. | 185 | 148.00 |
| **Totals** | **10.00** | | | **$     1,850** |
| **Grand Total** | **28.50** | | | **$     5,273** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Scott Tremble** | | | | |
| 02/04/2003 | 1.0 | Third Party Confirmation follow-up on cash accounts. | 181 | 181 |
| | | Total February Hours | **1.00** | |
| | | Bill Rate | 181 | |
| | | **Total Billed** | **$181.00** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  German Jimenez** | | | | |
| 02/04/03 | 0.5 | Review of the WR Grace Tax Provision | 585 | 292.50 |
| 02/07/03 | 0.50 | Review of the WR Grace Tax Provision | 585 | 292.50 |
| 02/12/03 | 2.00 | Review of the WR Grace Tax Provision | 585 | 1,170.00 |
| 02/13/03 | 2.00 | Review of the WR Grace Tax Provision | 585 | 1,170.00 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Michelle Gerety** | | | | |
| **02/05/03** | 1.40 | finalize the FAS 109 "deferred taxes" and compare analysis to tax team conclusions. | 553 | 774.20 |
| **02/05/03** | 2.60 | Review documentation on FAS 109 "Deferred Taxes" as prepared by the tax associate write up | | |
| **02/17/03** | 0.80 | Review of final packages prepared by the tax deparment for Grace's filing. | 553 | 442.40 |
| **02/17/03** | 2.20 | Review footnote included in the financial statements | | |
| **02/18/03** | 3.00 | Discussions with Peter Woolf, Partner regarding tax clearance of the financial statements. | 553 | 1,659.00 |
| **02/25/03** | 1.50 | WR Grace billing and review of tax work in progress accrual | 553 | 829.50 |
| | | Total February Hours | **11.50** | |
| | | Bill Rate | 553 | |
| | | **Total Billed** | **$6,359.50** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Lisa Felix Corney** | | | | |
| 01/21/2003 | 4.0 | Research Corporate income tax rate for various for countries for M Gerety-Reid and summarize results to aid in review of international tax packages. | **347** | **1388** |
| | | Total February Hours | **4.00** | |
| | | Bill Rate | 347 | |
| | | **Total Billed** | **$1,388.00** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Peter Woolf** | | | | |
| **02/18/03** | 3.00 | Discussions with Michele Gerety, PwC Tax Manager,  regarding tax clearance of the financial statements. | 553 | 1,659.00 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:** | **Theodore Baran** | | | |
| 02/24/03 | 1.30 | Review audit consultation memo regarding tax valuation allowance for David Ryan | 1,113 | 1446.9 |
| | | Total February Hours | **1.30** | |
| | | Bill Rate | 273 | |
| | | **Total Billed** | | **$354.90** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended February 28, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Kathleen A Burke** | | | | |
| 02/10/2003 | 1.50 | Edits/Copying/shipping docs for Farmer/Natt | 101 | 151.50 |
| 02/11/2003 | 0.20 | NEIS Report | 101 | 20.20 |
| 02/14/2003 | 1.00 | Cash Receipts search, Aud Comm documents and Cover Letters for Larry Farmer. | 101 | 101.00 |
| | | | | 0.00 |
| | | Total February Hours | **2.70** | |
| | | Bill Rate | 101 | |
| | | **Total Billed** | **$272.70** | |