| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - FEBRUARY 2003**

| | | | | |
|---|---|---|---|---|
| **Maureen Yeager** | 02/24/2003 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 02/26/2003 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 02/27/2003 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | 02/28/2003 | Audit Associate | 28.80 | Mileage in excess of normal commute ( 80 Miles) |
| | | | **$ 115.20** | |
| **Aimee Stickley** | 02/25/03 | Audit Associate | $ 12.49 | Overtime working dinner for team - A. Stickley, M.Yeager, N. Govic |
| | 02/25/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute ( 74 miles ) |
| | 02/26/03 | Audit Associate | $ 26.64 | Mileage in excess of normal commute ( 74 miles ) |
| | | | **$ 65.77** | |
| **Nina Govic** | 02/24/03 | Senior Associate | $ 30.96 | Mileage in excess of normal commute ( 86 miles ) |
| | 02/25/03 | Senior Associate | $ 30.96 | Mileage in excess of normal commute ( 86 miles ) |
| | 02/26/03 | Senior Associate | $ 30.96 | Mileage in excess of normal commute ( 86 miles ) |
| | 02/27/03 | Senior Associate | $ 30.96 | Mileage in excess of normal commute ( 86 miles ) |
| | 02/28/03 | Senior Associate | $ 30.96 | Mileage in excess of normal commute ( 86 miles ) |
| | | | **$ 154.80** | |
| **Larry Farmer** | 01/23/03 | Audit Partner | $ 54.07 | Car service from Client site in Cambridge MA to Logan airport - for the 2002 review of Grace Performance Chemicals |
| | | | **$ 54.07** | |
| **David Ryan** | 02/03/03 | Senior Manager | 37.80 | Mileage in excess of regular commute (105 miles x $0.36) |
| | 02/03/03 | Senior Manager | 3.30 | Tolls ($1.65 x 2) |
| | 02/19/03 | Senior Manager | 37.80 | Mileage in excess of regular commute (105 miles x $0.36) |
| | 02/19/03 | Senior Manager | 3.30 | Tolls ($1.65 x 2) |
| | 02/20/03 | Senior Manager | 37.80 | Mileage in excess of regular commute (105 miles x $0.36) |
| | 02/20/03 | Senior Manager | 3.30 | Tolls ($1.65 x 2) |
| | 02/26/03 | Senior Manager | 37.80 | Mileage in excess of regular commute (105 miles x $0.36) |
| | 02/26/03 | Senior Manager | 3.30 | Tolls ($1.65 x 2) |
| | | | **$ 164.40** | |

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - February 28, 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Maureen Yeager | 02/24/2003 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 02/26/2003 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 02/27/2003 | 28.80 | | | | Mileage travelling to client site |
| Maureen Yeager | 02/28/2003 | 28.80 | | | | Mileage travelling to client site |
| Aimee Stickley | 02/25/2003 | | | | 12.49 | Overtime meals for team |
| Aimee Stickley | 02/25/2003 | 26.64 | | | | Mileage travelling to client site |
| Aimee Stickley | 02/26/2003 | 26.64 | | | | Mileage travelling to client site |
| Nina Govic | 02/24/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 02/25/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 02/26/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 02/27/2003 | 30.96 | | | | Mileage travelling to client site |
| Nina Govic | 02/28/2003 | 30.96 | | | | Mileage travelling to client site |
| Larry Farmer | 01/23/2003 | 54.07 | | | | Car service to airport. |
| David Ryan | 02/03/03 | 37.80 | | | | Mileage travelling to client site |
| David Ryan | 02/03/03 | 3.30 | | | | Tolls travelling to client site |
| David Ryan | 02/19/03 | 37.80 | | | | Mileage travelling to client site |
| David Ryan | 02/19/03 | 3.30 | | | | Tolls travelling to client site |
| David Ryan | 02/20/03 | 37.80 | | | | Mileage travelling to client site |
| David Ryan | 02/20/03 | 3.30 | | | | Tolls travelling to client site |
| David Ryan | 02/26/03 | 37.80 | | | | Mileage travelling to client site |
| David Ryan | 02/26/03 | 3.30 | | | | Tolls travelling to client site |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | 554.24 | 541.75 | - | - | 12.49 |