**Attachment B
To Fee Application**

**Summary of PwC's Fees By Professional
February 2003**

| Name of Professional | Position with the Firm | Years in the Field | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 30 | 682 | **14.90** | 10,162 |
| Raymond Bromark | Audit Partner | 34 | 1422 | **5.00** | 7,110 |
| Joseph Divito | GRMS Partner | 15 | 767 | **2.50** | 1,918 |
| Craig Cleaver | GRMS Manager | 5 | 474 | **9.50** | 4,503 |
| Francis Schlosser | GRMS Senior Manager | 6 | 470 | **1.00** | 470 |
| Maureen Driscoll | GRMS Senior Associate | 4 | 389 | **10.00** | 3,890 |
| Robert Eydt | Audit Partner | 30 | 1113 | **3.00** | 3,339 |
| Dave Ryan | Audit Senior Manager | 13 | 522 | **73.20** | 38,210 |
| Sandra David | Audit Manager | 5 | 447 | **2.80** | 1,252 |
| Jason Natt | Audit Manager | 5 | 447 | **21.00** | 9,387 |
| Cheryl Frick | Audit Senior Associate | 4 | 314 | **4.00** | 1,256 |
| Nina Govic | Audit Senior Associate | 3 | 273 | **52.00** | 14,196 |
| Aimee Stickley | Audit Associate | 2 | 213 | **10.50** | 2,237 |
| Jeffrey Zartman | Audit Associate | 2 | 213 | **0.50** | 107 |
| Maureen Yeager | Audit Associate | 1 | 185 | **28.50** | 5,273 |
| Scott Tremble | Audit Associate | 1 | 181 | **1.00** | 181 |
| German Jimenez | Tax Senior Manager | 5+ | 585 | **5.00** | 2,925 |
| Michelle Gerety | Tax Manager | 5+ | 553 | **11.50** | 6,360 |
| Lisa Felix -Corney | Tax Senior Associate | 4 | 347 | **4.00** | 1,388 |
| Peter R Woolf | Tax Partner | 25 | 733 | **3.00** | 2,199 |
| Theodore Baran | Audit Partner | 20+ | 1113 | **1.30** | 1,447 |
| Kathleen Burke | Admistrative Assistant | N/A | 101 | **2.70** | 273 |
| Total Hours | | | | **266.90** | |
| Total at Standard Rate | | | | | $ 118,079.90 |
| 45 % Accrual Rate Adjustment | | | | | $ (64,943.95) |
| Total at 45% Accrual Rate | | | | | $ 53,135.96 |

{MCM7354.DOC}

## Summary of PwC's Fees By Project Category:
## February 2003

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **266.90** | **$53,135.96** |
| **26-Business Analysis** | | |

| 27-Corporate Finance | | |
|---|---|---|
| 28-Data Analysis | | |
| **TOTAL:** | **266.90** | **$53,135.96** |

## Expense Summary
## December 2002

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $541.75 |
| **Lodging** | N/A | |
| **Sundry** | N/A | |
| **Business Meals** | N/A | $12.49 |
| **TOTAL:** | | $554.24 |

{MCM7354.DOC}