IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE  
                               SS:  
NEW CASTLE COUNTY

    I, Tamara M. McDonough, being duly sworn according to law, depose and say that I am employed by the law firm of Ferry, Joseph & Pearce, P.A., Counsel to the Official Committee of Asbestos Property Damage Claimants, in the above captioned matter, and that on the 21st day of April, 2003, I caused a copy of the Supplemental Order of Court Pursuant to Sections 1103(a) And 328(a) of The Bankruptcy Code and Fed. R. Bankr. P. 2014 And 2016 Authorizing The Retention and Employment of W. D. Hilton, Jr. as a Consultant to The Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to May 2, 2001 [Docket No. 3680], to be served upon the parties listed on the attached service list in the manner indicated.

                                                                       Tamara M. McDonough

SWORN TO AND SUBSCRIBED before me this 21ST day of April, 2003.

KRISTINE A. HAMBERGER  
NOTARY PUBLIC  
STATE OF DELAWARE  
My Commission Expires Apr. 29, 2003

NOTARY PUBLIC