**Exhibit A**

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2002 through December 31, 2002**

**Summary of Services Rendered by Project Category**

| Category Code | Category Description | Oct-Dec 2002 Hours | Cumulative Hours |
|---|---|---|---|
| 7 | Committee (All) | 10.4 | 325.7 |
| 11 | Fee Applications, Applicant | 42.2 | 234.2 |
| 14 | Hearings | 0.0 | 27.9 |
| 20 | Travel - Non-working | 0.0 | 91.6 |
| 24 | Other | 0.0 | 88.0 |
| 26 | Business Analysis (for financial advisors) | 4.7 | 714.5 |
| 27 | Corporate Finance (for financial advisors) | 10.4 | 1104.4 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 494.0 |
|  | **TOTAL** | **67.7** | **3080.3** |

**Exhibit A**

**WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of October 1, 2002 through December 31, 2002**

**Summary of Services Rendered by Professional**

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 22.8 |
| M. Benjamin Jones, Vice President | 0.3 |
| Daniel Katz, Associate | 4.5 |
| Stephanie Jones, Associate | 39.6 |
| Heather Grant, Analyst | 0.5 |
| **TOTAL** | **67.7** |

## Bankruptcy Time Reporting Log (BC)

**Client Name:** WR Grace
**Professional:** All
**Date:** For the Period of October 1, 2002 through December 31, 2002

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Gregory Boyer | 10/03/02 | 7 | 0.5 | Committee Conference Call |
| WR Grace | Stephanie Jones | 10/03/02 | 7 | 0.5 | Committee Conference Call |
| WR Grace | Stephanie Jones | 10/04/02 | 11 | 4.0 | Fee application |
| WR Grace | Gregory Boyer | 10/08/02 | 7 | 0.7 | Call with JS re: Norris Amendment; follow-up conversation with SJ re: same |
| WR Grace | Stephanie Jones | 10/08/02 | 7 | 0.7 | Call with JS re: Norris Amendment; follow-up conversation with GB re: same |
| WR Grace | Stephanie Jones | 10/08/02 | 11 | 0.3 | Call with JS re: fee application category changes |
| WR Grace | Stephanie Jones | 10/08/02 | 11 | 0.2 | Email to GB re: conversation with JS relating to fee application category changes |
| WR Grace | Gregory Boyer | 10/08/02 | 11 | 0.1 | Receive and review email from SJ re: fee application category changes |
| WR Grace | Stephanie Jones | 10/09/02 | 11 | 3.0 | Review information requested by fee examiner |
| WR Grace | Gregory Boyer | 10/09/02 | 11 | 0.5 | Call with JS re: fee examiner report |
| WR Grace | Gregory Boyer | 10/09/02 | 11 | 0.5 | Draft response to fee examiner e-mail |
| WR Grace | Stephanie Jones | 10/09/02 | 11 | 0.5 | Call with JS re: fee examiner report |
| WR Grace | Gregory Boyer | 10/09/02 | 11 | 0.3 | Fee application: review email from WHS re: response to fee auditor report for 1Q through 3Q |
| WR Grace | Stephanie Jones | 10/09/02 | 11 | 0.3 | Fee application: review email from WHS re: response to fee auditor report for 1Q through 3Q |
| WR Grace | Stephanie Jones | 10/09/02 | 11 | 0.3 | Fee application: Review expense detail |
| WR Grace | Stephanie Jones | 10/09/02 | 11 | 0.2 | Meeting with SJ to discuss fee examiner request |
| WR Grace | Gregory Boyer | 10/09/02 | 11 | 0.2 | Meeting with GB to discuss fee examiner request |
| WR Grace | Gregory Boyer | 10/10/02 | 11 | 1.2 | Various calls with and emails to/from JS, SJ, et al. re: initial fee examiner report |
| WR Grace | Stephanie Jones | 10/10/02 | 11 | 1.2 | Various calls with and emails to/from JS, GB, et al. re: initial fee examiner report |
| WR Grace | Gregory Boyer | 10/10/02 | 7 | 1.1 | Committee Conference Call |
| WR Grace | Stephanie Jones | 10/10/02 | 7 | 1.1 | Committee Conference Call |
| WR Grace | Gregory Boyer | 10/10/02 | 11 | 0.4 | Calls to/from fee examiner re: WHS initial report |
| WR Grace | Stephanie Jones | 10/10/02 | 11 | 0.4 | Calls to/from fee examiner re: WHS initial report |
| WR Grace | Stephanie Jones | 10/10/02 | 11 | 0.4 | Review email from WHS re: 5th Interim and 1Q through 3Q fee applications |
| WR Grace | Stephanie Jones | 10/10/02 | 11 | 0.2 | Conversation with JS re: information required by WHS pertaining to 1Q through 3Q fee applications |
| WR Grace | Gregory Boyer | 10/10/02 | 26 | 0.1 | Review email from DB re: Grace 3Q earnings call on 11/13 |
| WR Grace | Stephanie Jones | 10/11/02 | 11 | 2.1 | Review and revise draft letter to WHS |
| WR Grace | Gregory Boyer | 10/11/02 | 11 | 1.3 | Draft letter to WHS to respond to initial report concerns |
| WR Grace | Stephanie Jones | 10/14/02 | 11 | 3.5 | Review past fee applications, apply new fee examiner categories, forward same to JS for review and comment |
| WR Grace | Gregory Boyer | 10/14/02 | 11 | 1.0 | Review/draft emails to/from JS and SJ re: WHS report and request for copies of initial fee applications and CDG response to WHS |
| WR Grace | Stephanie Jones | 10/14/02 | 11 | 1.0 | Review/draft emails to/from JS and GB re: WHS report and request for copies of initial fee applications and CDG response to WHS |
| WR Grace | Gregory Boyer | 10/15/02 | 11 | 1.0 | Revise draft letter to fee examiner |
| WR Grace | Stephanie Jones | 10/15/02 | 11 | 1.0 | Review and revise draft letter to fee examiner |
| WR Grace | Gregory Boyer | 10/17/02 | 7 | 0.1 | Committee Conference Call |
| WR Grace | Stephanie Jones | 10/17/02 | 7 | 0.1 | Committee Conference Call |
| WR Grace | Gregory Boyer | 10/18/02 | 26 | 0.3 | Review correspondence from JS re: Grace monthly (September 2002) and quarterly (3Q02) business reports |
| WR Grace | Stephanie Jones | 10/18/02 | 26 | 0.3 | Review correspondence from JS re: Grace monthly (September 2002) and quarterly (3Q02) business reports |
| WR Grace | Gregory Boyer | 10/24/02 | 27 | 0.6 | Calls to/from DB and SC re: Project Middy |
| WR Grace | Gregory Boyer | 10/24/02 | 27 | 0.5 | Call to JS re: Project Middy |
| WR Grace | Gregory Boyer | 10/24/02 | 11 | 0.5 | Draft response to fee examiner request for information |
| WR Grace | Stephanie Jones | 10/24/02 | 11 | 0.5 | Review approved fees and expenses to determine holdbacks vs. monies received |
| WR Grace | Stephanie Jones | 10/24/02 | 11 | 0.4 | Review email frem WHS re: project category spreadsheet draft |
| WR Grace | Gregory Boyer | 10/24/02 | 7 | 0.3 | Committee Conference Call |
| WR Grace | Gregory Boyer | 10/24/02 | 11 | 0.3 | Review approved fees and expenses to determine holdbacks vs. monies received |
| WR Grace | Stephanie Jones | 10/24/02 | 7 | 0.3 | Committee Conference Call |
| WR Grace | Stephanie Jones | 10/24/02 | 11 | 0.3 | Review/draft emails to/from WHS re: meal and hotel expenses |
| WR Grace | Stephanie Jones | 10/25/02 | 11 | 0.6 | Receive/draft emails to WHS re: fee application clarifications on meals and travel expenses |
| WR Grace | Gregory Boyer | 10/25/02 | 11 | 0.3 | Review emails to/from WHS re: fee application clarification on meals and travel expenses |
| WR Grace | Dan Katz | 10/27/02 | 27 | 4.5 | Review email presentation and acquisition model from DB re: Project Middy |
| WR Grace | Gregory Boyer | 10/27/02 | 27 | 2.7 | Review email presentation and acquisition model from DB re: Project Middy |
| WR Grace | Stephanie Jones | 10/27/02 | 27 | 1.0 | Review email presentation and acquisition model from DB re: Project Middy |
| WR Grace | Gregory Boyer | 10/30/02 | 11 | 0.1 | Review email from WHS re: final drafts of 1Q through 3Q spreadsheets |
| WR Grace | Stephanie Jones | 10/30/02 | 11 | 0.1 | Review email from WHS re: final drafts of 1Q through 3Q spreadsheets |
| WR Grace | Gregory Boyer | 10/31/02 | 7 | 0.5 | Committee Conference Call |
| WR Grace | Stephanie Jones | 10/31/02 | 7 | 0.5 | Committee Conference Call |
| WR Grace | Stephanie Jones | 11/04/02 | 11 | 0.8 | Receive and review final fee examiner spreadsheet to be filed with the court |
| WR Grace | Gregory Boyer | 11/04/02 | 11 | 0.2 | Receive and review final fee examiner spreadsheet to be filed with the court |
| WR Grace | Gregory Boyer | 11/05/02 | 27 | 0.2 | Call with SJ and JS re: Venezuela acquisition |
| WR Grace | Stephanie Jones | 11/05/02 | 27 | 0.2 | Call with GB and JS re: Venezuela acquisition |
| WR Grace | Gregory Boyer | 11/06/02 | 27 | 0.4 | Call to JS re: Grace acquisition |
| WR Grace | Gregory Boyer | 11/06/02 | 27 | 0.3 | Call to Blackstone re: Grace acquisition |
| WR Grace | Gregory Boyer | 11/13/02 | 26 | 2.3 | Prepare for Grace 3Q Earnings conference call--review September 2002 and 3Q02 business reports |
| WR Grace | Gregory Boyer | 11/13/02 | 26 | 0.7 | Grace Conference Call re: 3Q Earnings |
| WR Grace | Stephanie Jones | 11/13/02 | 26 | 0.7 | Grace Conference Call re: 3Q Earnings |
| WR Grace | Gregory Boyer | 11/14/02 | 7 | 0.3 | Committee Conference Call |
| WR Grace | Stephanie Jones | 11/14/02 | 7 | 0.3 | Committee Conference Call |
| WR Grace | Stephanie Jones | 11/21/02 | 11 | 2.5 | Fee Application |

*Bankruptcy Time Reporting Log (BC)*

Client Name: WR Grace
Professional: All
Date: For the Period of October 1, 2002 through December 31, 2002

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | Gregory Boyer | 11/21/02 | 7 | 0.8 | Committee Conference Call |
| WR Grace | Stephanie Jones | 11/21/02 | 7 | 0.8 | Committee Conference Call |
| WR Grace | Stephanie Jones | 11/26/02 | 11 | 3.7 | Fee Application: draft email to CDG team requesting time detail; compile personal time detail; compile expense information |
| WR Grace | Ben Jones | 11/26/02 | 11 | 0.3 | Review SJ email re: fee application time detail; compile and forward same to SJ |
| WR Grace | H. Grant | 12/02/02 | 11 | 0.5 | Fee application: compile time detail; forward same to SJ |
| WR Grace | Stephanie Jones | 12/03/02 | 11 | 4.0 | Fee application: review time detail for GB, HG amd BJ; draft fee application |
| WR Grace | Gregory Boyer | 12/03/02 | 11 | 1.0 | Fee application: compile time detail; forward same to SJ |
| WR Grace | Stephanie Jones | 12/04/02 | 11 | 1.0 | Fee application |
| WR Grace | Gregory Boyer | 12/05/02 | 7 | 0.1 | Committee Conference Call |
| WR Grace | Stephanie Jones | 12/05/02 | 7 | 0.1 | Committee Conference Call |
| WR Grace | Gregory Boyer | 12/10/02 | 7 | 0.1 | Review email from JS re: Omnibus hearing dates |
| WR Grace | Gregory Boyer | 12/12/02 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Stephanie Jones | 12/12/02 | 7 | 0.7 | Committee Conference Call |
| WR Grace | Gregory Boyer | 12/19/02 | 7 | 0.1 | Review email from JS re: 12/19 Committee Conference Call |
| WR Grace | Gregory Boyer | 12/20/02 | 26 | 0.3 | Receive and review correspondence form JS re: October operating results |
| | | | | 67.7 | Total Hours |

| | LEGEND |
|---|---|
| AG | Alberto Gutierrez, Environmental Expert--Geolex Inc. |
| BA | Bradley Aitken, Associate -- CDG |
| Bates | Charles Bates, President--Bates White & Ballentine, LLC (PD Asbestos Claims Expert) |
| BF | Brad Friedman, Partner -- Milberg |
| BJ | Ben Jones, Vice President -- CDG |
| Chemco | Chemicals Division of Grace remaining after sale of PackCo |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FL | Frank LaGrecca, former Managing Director--Houlihan Lokey |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| Goldin | Goldin & Associates (Seymour Preston), Sealed Air Financial Advisor |
| HG | Heather Grant, Analyst -- CDG |
| HL | Houlihan Lokey Howard & Zukin |
| JH | James Hass, PD Asbestos Expert |
| JL | Joseph Lash, Sr. Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| JY | Jeff Yanover, Analyst -- CDG |
| KC | Kevin Collins, Managing Director--Houlihan Lokey |
| KR | Kasey Rosado, Vice President --CDG |
| LC | Lisa Coggins, Associate -- Ferry & Joseph PA |
| LE | Lawrence Ellberger, former CEO--WR Grace |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| PackCo | Packaging Division of Grace sold to Sealed Air (Cryovac) |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RB | Ryan Brown, Analyst -- CDG |
| RF | Rachel Fleishman, Associate -- Milberg |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SA | Sealed Air Corp. |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SS | Scott Sturdivant, Analyst -- CDG |
| TH | Ted Hirschfield, Associate -- CDG |
| TT | Ted Taconelli, Partner -- Ferry & Joseph PA |
| WH | William Hickey, President/CEO--Sealed Air Corp/Cryovac |
| WR | Wilbur Ross, Chairman/CEO--WL Ross & Co. LLC |
| WHS | Warren Smith Associates, fee examiner |