# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: May 12, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTEENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 9, 2003

Bill Number  53567
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through February 28, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/03 | RAM | Send 1099 to Grace's Controller. | 0.10 Hrs | $22.00 |
| 02/03/03 | MTM | Receipt and review of request from in-house counsel for Libby personnel files; telephone call to ARA re: same. | 0.10 Hrs | $19.00 |
| 02/03/03 | ARA | Oversee wrap up of document review (1.0). Per MTM's request, arrange for personnel file of Libby employee to be copied by outside copy service (.2). | 1.20 Hrs | $102.00 |
| 02/03/03 | EKL | Retrieve personnel file from Libby storage box for in-house counsel. | 0.20 Hrs | $17.00 |
| 02/04/03 | ARA | Work on Winthrop Square inventory projects. | 1.40 Hrs | $119.00 |
| 02/04/03 | GRB | Work on reconciliation of inventory of boxes of documents recalled from off-site storage for review in ZAI and EPA cases (3.5). Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (3.0). | 6.50 Hrs | $552.50 |
| 02/04/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 5.50 Hrs | $467.50 |
| 02/05/03 | MTM | Telephone call from plaintiffs' attorney re: Altron and Dehone depositions (.1); email to Grace in-house counsel re: same (.1). | 0.20 Hrs | $38.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/05/03 | ARA | Conferences with temporary paralegals re: off site box reconciliation project. | 0.50 Hrs | $42.50 |
| 02/05/03 | GRB | Work on reconciliation of inventory of boxes of documents recalled from off-site storage for review in ZAI and EPA cases (.5). Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (6.8). | 7.30 Hrs | $620.50 |
| 02/05/03 | EKL | Work on reconciliation of inventory of boxes recalled from off site storage for review in ZAI and EPA cases (2.0). Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (3.5). | 5.50 Hrs | $467.50 |
| 02/06/03 | MTM | Review and revise inventories of various categories of materials stored at Winthrop Square re: wind up of document review (2.4); conference with ARA re: reconciliation of possible discrepancies in inventory of boxes of documents recalled from off-site storage for review in connection with EPA and the ZAI Science Trial (.4). | 2.80 Hrs | $532.00 |
| 02/06/03 | ARA | Conference with MTM re: working on inventory of off site boxes that were reviewed. | 0.40 Hrs | $34.00 |
| 02/06/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/06/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 6.80 Hrs | $578.00 |
| 02/07/03 | RAM | Read updated entries on bankruptcy court docket to select documents to read. | 0.40 Hrs | $88.00 |
| 02/07/03 | MTM | Work on inventories of various categories of documents at repository to confirm all are accounted for (1.6); meeting with paralegals re: organization of a portion of the boxes of documents at Winthrop Square re: wind up of document review (.8). | 2.40 Hrs | $456.00 |
| 02/07/03 | ARA | Conference with MTM and temporary paralegals re: box inventory (.8). Telephone calls to Onsite (.2) and Reed Smith (.2) re: boxes scanned. Oversee wrap up of document review (3.7). | 4.90 Hrs | $416.50 |
| 02/07/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (5.5); conference with MTM re: same (.8). Work on reconciliation of inventory of boxes of documents recalled from off site storage for review in ZAI and EPA cases (.7). | 7.00 Hrs | $595.00 |

David B. Siegel

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/07/03 | MEV | Update Bankruptcy Court docket entries for RAM (.1); download and print selected documents filed in Bankruptcy Court for RAM (.7). | 0.80 Hrs | $68.00 |
| 02/07/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (5.2); conference with MTM re: same (.8). | 6.00 Hrs | $510.00 |
| 02/10/03 | ARA | Discussion and answer questions of temporary paralegal re: Libby storage box inventory for the back area (.6). Document Control (1.0). Receipt of boxes of scanned documents from Onsite (.4). | 2.00 Hrs | $170.00 |
| 02/10/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/11/03 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $220.00 |
| 02/11/03 | MTM | Continue review of inventories and original source documents for various categories at Winthrop Square re: wind up of document review (.7); telephone call from ARA re: return of 9 boxes of XRD materials from scanner (.1). | 0.80 Hrs | $152.00 |
| 02/11/03 | ARA | Oversee wrap up of document review (2.0). Conference with temporary paralegals re: inventory projects (.8). Document control (1.2). | 4.00 Hrs | $340.00 |
| 02/11/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/11/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 7.00 Hrs | $595.00 |
| 02/12/03 | RAM | Read selected documents filed in bankruptcy court (1.3). Read updated entries on bankruptcy court's docket to select documents to read (.1). | 1.40 Hrs | $308.00 |
| 02/12/03 | ARA | Conferences with temporary paralegals re: inventory projects (.8). Oversee wrap up of document review (1.8). | 2.60 Hrs | $221.00 |
| 02/12/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/12/03 | MEV | Update Bankruptcy Court docket entries for RAM (.2); download and print selected documents for RAM (.2). | 0.40 Hrs | $34.00 |
| 02/12/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 7.50 Hrs | $637.50 |
| 02/13/03 | ARA | Conferences with temporary paralegals re: inventory projects (.5). Work on projects (3.6). | 4.10 Hrs | $348.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/13/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/13/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 7.50 Hrs | $637.50 |
| 02/14/03 | ARA | Receipt of message from Reed Smith paralegal re: 9 Vermiculite boxes from Onsite (.3). Oversee wrap up of document review (2.7). | 3.00 Hrs | $255.00 |
| 02/14/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 7.00 Hrs | $595.00 |
| 02/14/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 6.50 Hrs | $552.50 |
| 02/19/03 | ARA | Oversee wrap up of document review. | 2.50 Hrs | $212.50 |
| 02/19/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (5.7). Prepare Cambridge microfilm inventory for master inventory of boxes of documents at Winthrop Square (1.5). | 7.20 Hrs | $612.00 |
| 02/19/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 6.50 Hrs | $552.50 |
| 02/20/03 | ARA | Conference with temporary paralegal re: library inventory project. | 0.40 Hrs | $34.00 |
| 02/20/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (4.0). Prepare Cambridge microfilm inventory for master inventory of boxes of documents at Winthrop Square (3.3). | 7.30 Hrs | $620.50 |
| 02/20/03 | MEV | Review latest docket entries in Bankruptcy Court for Amendment filed on 2/11/03 re: money owed to C&E by Grace. | 0.30 Hrs | No charge |
| 02/20/03 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 5.50 Hrs | $467.50 |
| 02/21/03 | MTM | Create master set of all instructions and hand outs to paralegals re: document review, including all revisions/additions to same from start of project to end re: wind up of document review. | 2.70 Hrs | $513.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/21/03 | GRB | Prepare Cambridge microfilm inventory for master inventory of boxes of documents at Winthrop Square. | 2.00 Hrs | $170.00 |
| 02/21/03 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 3.00 Hrs | $255.00 |
| 02/24/03 | ARA | Review Recordkeeper and back room inventories with temporary paralegal before he leaves on last day of work. | 2.90 Hrs | $246.50 |
| 02/24/03 | GRB | Review Recordkeeper and back room inventories with ARA. | 2.90 Hrs | $246.50 |
| 02/25/03 | RAM | Conference with office administrator whether lease for a portion of space occupied by document repository should be renewed. | 0.10 Hrs | No charge |
| 02/25/03 | ARA | Relocate and reorganize documents in portion of repository to avoid damage from water intrusion. | 4.50 Hrs | $382.50 |
| 02/26/03 | ARA | Oversee wrap up of document review (.5). Relocate and reorganize documents in portion of repository to avoid damage from water intrusion (4.4). | 4.90 Hrs | $416.50 |
| 02/27/03 | RAM | Telephone calls to in-house counsel re: lease renewal question. | 0.10 Hrs | $22.00 |
| 02/27/03 | MTM | Continue work on master set of all paralegal instructions, handouts, changes re: wind up of document review (1.1). Continue review of inventories of various categories of boxes at Winthrop Square re: wind up of document review (.7). | 1.80 Hrs | $342.00 |
| 02/27/03 | ARA | Oversee wrap up of document review. | 1.60 Hrs | $136.00 |
| 02/27/03 | EKL | Relocate and reorganize documents in portion of repository to avoid damage from water intrusion. | 3.00 Hrs | $255.00 |
| 02/28/03 | RAM | Telephone conference with in-house counsel (.1) and conference with MTM re: lease renewal issue (.1). | 0.20 Hrs | $44.00 |
| 02/28/03 | MTM | Meeting with paralegals re: master list of boxes of documents at Winthrop Square and reconciliation of boxes obtained from off site storage as part of document review (3.0); work on reconciliation of remaining categories of boxes at Winthrop Square processed during document review (3.7). | 6.70 Hrs | $1,273.00 |
| 02/28/03 | ARA | Meeting with MTM re: master list of boxes of documents at Winthrop Square and reconciliation of boxes obtained from off site storage as part of document review (3.0). Oversee wrap up of document review (.5). | 3.50 Hrs | $297.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/28/03 | EKL | Meeting with MTM re: master list of boxes of documents at Winthrop Square and reconciliation of boxes obtained from off site storage as part of document review (3.0). revise inventory per MTM's instructions (4.0). | 7.00 Hrs | $595.00 |
| | | TOTAL LEGAL SERVICES | | $21,904.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|--|--|--|--|
| ROBERT A. MURPHY | 3.20 Hrs | 220/hr | $704.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 17.50 Hrs | 190/hr | $3,325.00 |
| ANGELA R. ANDERSON | 44.40 Hrs | 85/hr | $3,774.00 |
| GARY R. BELLINGER | 87.20 Hrs | 85/hr | $7,412.00 |
| MARCI E. VANDERHEIDE | 1.20 Hrs | 85/hr | $102.00 |
| MARCI E. VANDERHEIDE | 0.30 Hrs | 85/hr | No charge |
| EDWARD K. LAW | 77.50 Hrs | 85/hr | $6,587.50 |
| | 231.40 Hrs | | $21,904.50 |

TOTAL THIS BILL              $21,904.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 9, 2003

Bill Number  53568
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through February 28, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/03 | RAM | Work on December fee application. | 1.40 Hrs | $308.00 |
| 02/04/03 | RAM | Work on December fee application (1.1). Send fee application to in-house counsels for review (.1). | 1.20 Hrs | $264.00 |
| 02/07/03 | RAM | Telephone conferences with in-house counsels re: December fee application; make revisions. | 0.10 Hrs | $22.00 |
| 02/10/03 | RAM | Finalize December fee application (.2); send it to Delaware counsel for filing (.2). | 0.40 Hrs | $88.00 |
| 02/13/03 | RAM | Work on fifth quarterly fee application (.3); send it to Delaware counsel for filing (.1). | 0.40 Hrs | $88.00 |
| 02/20/03 | RAM | Review fee auditor's spreadsheet for accuracy re: quarterly fee application for sixth interim period. | 0.10 Hrs | $22.00 |
| 02/27/03 | RAM | Work on January fee application (.3); conference with MTM re: same (.1). | 0.40 Hrs | $88.00 |
| | | TOTAL LEGAL SERVICES | | $880.00 |

David B. Siegel

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| ROBERT A. MURPHY | 4.00 Hrs | 220/hr | $880.00 |
|---|---|---|---|
| | 4.00 Hrs | | $880.00 |

TOTAL THIS BILL | $880.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 9, 2003

Bill Number  53569
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through February 28, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/03 | RAM | Read letter from Reed Smith attorney to plaintiffs' attorney re: start of document review and re: microfilm reader (.1). Conference with MTM re: state of readiness for document production (.1). | 0.20 Hrs | $44.00 |
| 02/03/03 | MTM | Receipt and review of email from Reed Smith attorney and letter from plaintiffs' counsel re: request to return to Boston repository to review documents (.6); telephone call to ARA re: same (.2); telephone call to Reed Smith attorney re: same (.2). List projects to prepare for document production to plaintiffs' counsel tomorrow (.4); review file from first document production in September, 2002 re: same (.8); conference with RAM re: same (.1); prepare for document production at Winthrop Square tomorrow (review unscannable material boxes and ledger boxes not previously produced to remove work product materials; confirm all boxes previously produced are still present in the repository) (3.3); telephone call from in-house counsel re: document production tomorrow (.2). | 5.80 Hrs | $1,102.00 |
| 02/03/03 | ARA | Prepare for production of documents (2.8); review inventories to determine which boxes plaintiffs did not review (.8); discussions with MTM (.2) and paralegals re: same (.5). | 4.30 Hrs | $365.50 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/03 | GRB | Prepare for production of documents. | 8.00 Hrs | $680.00 |
| 02/03/03 | EKL | Review and inventory of unscannable material and ledger boxes previously reviewed by plaintiff's counsel (1.0). Prepare for production of documents (6.30). | 7.30 Hrs | $620.50 |
| 02/04/03 | RAM | Conference with MTM to confirm there is no ZAI in Cambridge vermiculite sample inventory. | 0.10 Hrs | $22.00 |
| 02/04/03 | MTM | Prepare for document production today (review unscannable material boxes and ledger boxes not previously produced to remove work product materials; confirm all boxes previously produced are still present in the repository) (1.9); meeting with plaintiffs' attorney at Winthrop Square re: document production (.7). Review employee deposition transcript binders per request from plaintiffs' counsel for transcript of Chip Wood (.2). Receipt and review of emails from in-house counsel re: vermiculite sample inventory and repackaging of tremolite samples (.2); review original vermiculite sample inventory and list created by Environmental Health and Safety Department re: same (.8); conference with RAM re: same (.1); email to in-house counsel re: same (.2). Telephone call to plaintiffs' counsel re: document subpoena/deposition for Dehone (.1) | 4.20 Hrs | $798.00 |
| 02/04/03 | ARA | Prepare for production of documents (1.0). Monitor production of documents (3.7). Telephone calls to/from D. Croce re: microfilm plaintiffs want to review (.3). | 5.00 Hrs | $425.00 |
| 02/04/03 | GRB | Prepare for production of documents. | 1.50 Hrs | $127.50 |
| 02/04/03 | EKL | Prepare for production of documents (1.5); monitor production of documents (.5). | 2.00 Hrs | $170.00 |
| 02/05/03 | RAM | Read email that successors to A.D. Little do not have any responsive documents and their depositions are cancelled. | 0.10 Hrs | No charge |
| 02/05/03 | MTM | Telephone call from plaintiffs' attorney re: document production (.1); telephone call to ARA re: same and re: microfilm invoices in Cambridge to be produced at Winthrop Square (.1). | 0.20 Hrs | $38.00 |
| 02/05/03 | ARA | Monitor production of documents (4.1). Conference with MTM and arrange for boxes of microfilm to be delivered to Winthrop Square for plaintiffs' review (.5). | 4.60 Hrs | $391.00 |
| 02/05/03 | GRB | Monitor production of documents. | 0.70 Hrs | $59.50 |
| 02/05/03 | EKL | To Cambridge to retrieve boxes of microfilm for production to plaintiffs' counsel. | 2.00 Hrs | $170.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/06/03 | MTM | Conference with ARA re: document production and materials reviewed by plaintiffs. | 0.30 Hrs | $57.00 |
| 02/06/03 | ARA | Monitor production of documents. | 6.90 Hrs | $586.50 |
| 02/07/03 | RAM | Conference with MTM re: status of document production (.1). Telephone conference with in-house counsel re: depositions of 2 former Grace employees (.1). | 0.20 Hrs | $44.00 |
| 02/07/03 | MTM | Telephone call to ARA re: document production (.1); conference with RAM and telephone call to Reed Smith attorney re: same (.1). | 0.20 Hrs | $38.00 |
| 02/07/03 | ARA | Prepare inventory of documents tagged by plaintiffs' counsel (.5); prepare documents to be sent to copier (.5); discussion with MTM re: same (.1). | 1.10 Hrs | $93.50 |
| 02/10/03 | ARA | Review tagged workers compensation documents for medical/confidential information that need to be redacted. | 2.00 Hrs | $170.00 |
| 02/11/03 | RAM | Telephone conference with in-house counsel re: depositions of B. Locke and other former Grace employees. | 0.10 Hrs | $22.00 |
| 02/11/03 | ARA | Review tagged workers compensation documents for medical/confidential information that need redacting (1.5); arrange for copying of same (.5); oversee pick up of same by copy service (.4). | 2.40 Hrs | $204.00 |
| 02/12/03 | RAM | Telephone conference with in-house counsel re: participating in preparing J. Wolter for his deposition. | 0.10 Hrs | $22.00 |
| 02/12/03 | ARA | Prepare inventory of documents produced to plaintiffs (2.1). Locate and review tapes per request from plaintiffs' counsel's office (.9). | 3.00 Hrs | $255.00 |
| 02/13/03 | ARA | Telephone conferences with plaintiffs' counsel's office re: having reels of microfilm reproduced (.2); check reel (too fragile to reproduce) (.5); advise plaintiffs' counsel's office (.2) and make note to file re: same (.5). Receipt of originals and copies from copy service after production (.5). | 1.90 Hrs | $161.50 |
| 02/14/03 | MTM | Review copies of documents tagged by plaintiffs' counsel during most recent trip to repository. | 1.30 Hrs | $247.00 |
| 02/14/03 | ARA | Complete notes to the file re: document production (.8); conference with temporary paralegal re: quality control of originals produced and copied for plaintiffs (.2). | 1.00 Hrs | $85.00 |
| 02/14/03 | GRB | Quality control original documents after production and copying for plaintiffs' counsel. | 1.00 Hrs | $85.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/14/03 | EKL | Quality control original documents after production and copying for plaintiffs' counsel. | 1.00 Hrs | $85.00 |
| 02/19/03 | MTM | Receipt and review of email from Reed Smith attorney re: Locke deposition (.2); conference with RAM re: same (.1); telephone call from plaintiffs' counsel re: scheduling third trip to document repository in late February (.3); review file re: previous trips to the repository re: same (.1); telephone call to Reed Smith attorney re: same (.2); telephone call to Reed Smith attorney re: anticipated Locke deposition (.2); continue review of documents tagged by plaintiffs during most recent trip to document repository (.4); letter to plaintiffs' attorney re: most recent trip to document repository (.1). | 1.60 Hrs | $304.00 |
| 02/19/03 | ARA | Telephone calls to and from MTM and copy service re: invoice for science trial documents (.3). Telephone calls from and to plaintiffs' counsel's office (.3) and copy service (.3) re: reel to reel reproduced and re-visit by J. Ward to the repository. | 0.90 Hrs | $76.50 |
| 02/21/03 | RAM | Telephone conference with Reed Smith attorney re: deposition of a plaintiffs' witness in Vermont (.1) and re: Libby vermiculite (.1). Review documents re: Libby vermiculite and ZAI (.6). | 0.80 Hrs | $176.00 |
| 02/23/03 | RAM | Read documents re: Libby vermiculite and ZAI. | 1.50 Hrs | $330.00 |
| 02/24/03 | RAM | Prepare for J. Wolter's deposition (.8). Read documents re: Libby vermiculite and ZAI (3.4); draft email to Reed Smith attorney summarizing documents (2.0); send fax to Reed Smith attorney re: same (.2). Read emails re: deposition of plaintiffs' witness in Vermont (.2). | 6.60 Hrs | $1,452.00 |
| 02/24/03 | MTM | Receipt and review of email from Reed Smith attorney re: Locke deposition (.1). Receipt and review of letter from plaintiffs' attorney re: latest document production (.1). | 0.20 Hrs | $38.00 |
| 02/24/03 | EKL | Search for and obtain documents for use in preparing for J. Wolter's deposition. | 1.00 Hrs | $85.00 |
| 02/25/03 | RAM | Prepare for meeting with J. Wolter (.4); meet with Mr. Wolter, in-house counsel and Reed Smith attorney to prepare Mr. Wolter for his deposition (6.0). Search for and locate certain Wolter documents (.2). | 6.60 Hrs | $1,452.00 |
| 02/25/03 | DBM | Search for documents in preparation of J. Wolter deposition. | 1.50 Hrs | $300.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/25/03 | MTM | Telephone call to plaintiffs' attorney re: possible document production at Winthrop Square on February 27 (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | $38.00 |
| 02/25/03 | ARA | Telephone calls from MB requesting documents for preparation for J. Wolter's deposition (.1); work with EKL to obtain documents (.4); telephone call from DBM re: same (.1). | 0.60 Hrs | $51.00 |
| 02/25/03 | EKL | Search for and obtain documents for use in preparing for J. Wolter's deposition. | 1.50 Hrs | $127.50 |
| 02/26/03 | RAM | Conference with in-house counsel (.1) and search for and locate documents (.2) re: Mr. Wolter's deposition. Telephone conference with Reed Smith attorney re: preparing to take deposition of plaintiffs' witness, Mr. Mold (.3). | 0.60 Hrs | $132.00 |
| 02/26/03 | ARA | Search for and locate original documents for in-house counsel's use re: J. Wolter's deposition. | 0.90 Hrs | $76.50 |
| 02/27/03 | RAM | Telephone conference with Reed Smith attorney re: Mr. Mold's deposition (.1). To St. Johnsbury, Vermont for deposition (1.6 - 1/2 of travel time). Prepare for deposition (1.0). | 2.70 Hrs | $594.00 |
| 02/27/03 | MTM | Conference with ARA re: document production today (.2). Review copies of documents tagged by plaintiffs' counsel today (.2); letter to Reed Smith attorney re: same (.1). | 0.50 Hrs | $95.00 |
| 02/27/03 | ARA | Monitor production of documents. | 3.90 Hrs | $331.50 |
| 02/27/03 | EKL | Quality control of original documents after production and copying for plaintiffs. | 3.00 Hrs | $255.00 |
| 02/28/03 | RAM | Prepare for Mr. Mold's deposition (1.1). Take Mr. Mold's deposition (3.7). Return to office (1.6 - 1/2 travel time). Telephone conference with Reed Smith attorney re: deposition (.4). | 6.80 Hrs | $1,496.00 |

TOTAL LEGAL SERVICES $14,578.50

David B. Siegel

Re: ZAI Science Trial

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 26.30 Hrs | 220/hr | $5,786.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 220/hr | No charge |
| DONNA B. MACKENNA | 1.50 Hrs | 200/hr | $300.00 |
| MATTHEW T. MURPHY | 14.50 Hrs | 190/hr | $2,755.00 |
| ANGELA R. ANDERSON | 38.50 Hrs | 85/hr | $3,272.50 |
| GARY R. BELLINGER | 11.20 Hrs | 85/hr | $952.00 |
| EDWARD K. LAW | 17.80 Hrs | 85/hr | $1,513.00 |
| | 109.90 Hrs | | $14,578.50 |

TOTAL THIS BILL          $14,578.50

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 9, 2003

Bill Number  53570
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/19/03 | To Holme Roberts attorney from RAM on 1/31/03 | 25.43 | |
| | | | $25.43 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/12/03 | MERRILL CORPORATION - copy of Libby personnel file requested by in-house counsel. | 12.39 | |
| 02/12/03 | MERRILL CORPORATION  - Copies of documents requested by in-house counsel - Libby personnel file. | 89.40 | |
| | | | $101.79 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/03/03 | 2 copies. | 0.24 | |
| 02/12/03 | 2 copies. | 0.24 | |
| 02/19/03 | 2 copies. | 0.24 | |
| 02/19/03 | 22 copies. | 2.64 | |
| | | | $3.36 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through February 28, 2003

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 02/19/03 | Laser labels for inventory project | 28.50 | |
| | | | $28.50 |
| | TOTAL DISBURSEMENTS | | $159.08 |
| | TOTAL THIS BILL | | $159.08 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 9, 2003

Bill Number  53571
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 28, 2003

EXCESS POSTAGE                                                                    $0.60

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/25/03 | To Scotta McFarland, Esq. from RAM on 2/10/03 | 12.25 | |
| | | | $12.25 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/10/03 | 78 copies. | 9.36 | |
| 02/12/03 | 30 copies. | 3.60 | |
| 02/13/03 | 125 copies. | 15.00 | |
| | | | $27.96 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 02/04/03 | 357 | 5613621583 | 2.21 | |
| 02/04/03 | 357 | 5613621583 | 2.21 | |
| | | | | $4.42 |

David B. Siegel

|  | TOTAL DISBURSEMENTS | $45.23 |
|---|---|---|
|  | TOTAL THIS BILL | $45.23 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 9, 2003

Bill Number  53580
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through February 28, 2003

EXCESS POSTAGE $0.60

TAXI

| | | | |
|---|---|---|---|
| 02/24/03 | BOSTON CAB -  (1) EKL - 1/14/03 - (one way from Grace Cambridge to Winthrop Square) - Bring box of unscannable materials from Grace, Cambridge to Winthrop Sq. ($30.00); (2) EKL - 1/31/03 - (one way from Grace Cambridge to Winthrop Square) - Pick up boxes of microfilm at Grace, Cambridge for production next week to plaintiffs' counsel at Winthrop Sq. ($31.00). | 61.00 | |
| 02/24/03 | BOSTON CAB - EKL - 1/14/03 (one way from Winthrop Sq. to Grace, Cambridge) - Return boxes of microfilm and various work product indices. | 34.00 | |
| | | | $95.00 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 02/12/03 | MERRILL CORPORATION - copies of ledger inventory binder requested by plaintiffs' attorneys | 134.74 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through February 28, 2003

OUTSIDE PHOTOCOPYING

| 02/12/03 | MERRILL CORPORATION - copies of documents pulled for plaintiffs | 571.68 | |
|---|---|---|---|
| | | | $706.42 |

PHOTOCOPYING

| 02/06/03 | 1 copy. | 0.12 | |
|---|---|---|---|
| 02/21/03 | 8 copies. | 0.96 | |
| 02/26/03 | 27 copies. | 3.24 | |
| 02/26/03 | 4 copies. | 0.48 | |
| 02/26/03 | 30 copies. | 3.60 | |
| 02/26/03 | 165 copies. | 19.80 | |
| 02/27/03 | 3 copies. | 0.36 | |
| 02/27/03 | 5 copies. | 0.60 | |
| 02/28/03 | 2 copies. | 0.24 | |
| | | | $29.40 |

TELEPHONE

| 02/07/03 | 329 | 4122884048 | 0.52 | |
|---|---|---|---|---|
| 02/11/03 | 357 | 3026525340 | 0.47 | |
| 02/11/03 | 357 | 3026525338 | 0.74 | |
| 02/11/03 | 357 | 7608379582 | 0.74 | |
| 02/12/03 | 357 | 3038617000 | 0.41 | |
| 02/19/03 | 329 | 4122887132 | 0.52 | |
| 02/19/03 | 329 | 4122884048 | 0.73 | |
| 02/20/03 | 357 | 8432166509 | 0.74 | |
| 02/24/03 | 308 | 4122884048 | 0.98 | |
| 02/24/03 | 357 | 4122883063 | 1.47 | |
| 02/25/03 | 357 | 4122883063 | 2.21 | |
| 02/25/03 | 357 | 4122883063 | 2.21 | |
| 02/28/03 | 308 | 4122884048 | 2.64 | |
| | | | | $14.38 |

David B. Siegel

TOTAL DISBURSEMENTS          $845.80

TOTAL THIS BILL          $845.80