IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: May 12, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                         April 4, 2003
5400 BROKEN SOUND BLVD., N.W.                Invoice No. 19207
BOCA RATON, FL  33487                        Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


        For Professional Services Rendered through   03/31/03

Matter #          734680.1       VS. ALLIED SIGNAL


## Litigation and Litigation Consulting

03/01/03 RCS Review trial transcript and relevant exhibits   6.30  1323.00
             and prepare findings of fact re Daylin's
             acquisition of site and Daylin/Grace
             involvement with COPR

03/03/03 JMA Post trial issues - review Honeywell motion and  1.00   340.00
             correspondence re: Roned settlement; review
             Grace Defendants' submission re: Roned
             settlement; conference with MEF re: same

03/03/03 JMA Post trial issues - review Joint Proposed        2.00   680.00
             Findings of Fact categories; review case law
             re: Findings of Fact; receipt and review letter
             from D. Field re: Findings of Fact categories;
             conference with C. Marraro and RCS re: Findings
             of Fact categories; letter to D. Field re:
             Findings of Fact categories

03/03/03 JMA Post trial issues - phone C. Marraro re:          .30   102.00
             remaining issues regarding exhibits in evidence

03/03/03 JMA Post trial issues - conference call with C.      1.30   442.00
             Marraro and RCS re: remaining issues regarding
             exhibits in evidence

03/03/03 MEF Review Honeywell/Roned Consent orders             .30    67.50

03/03/03 MEF Conference with JMA re: Honeywell/Roned consent   .20    45.00
             orders

03/03/03 RCS Correspondence to Barbara Banks re pretrial       .20    42.00
             order with citations to documents

03/03/03 RCS Receipt and review of relevant portions of       .70   147.00
             pretrial order with citations to documentary
             evidence

```
W.R. GRACE & COMPANY                                    April 4, 2003
Client No.              734680                   Page       2
INVOICE NO.             19207
```

03/03/03 RCS Meeting with JMA and conference call with CHM    2.00    420.00
             re remaining Honeywell and Grace exhibits in
             dispute and proposed findings of fact
             categories

03/03/03 RCS Review trial testimony and relevant exhibits    7.60   1596.00
             and prepare draft findings of fact re Daylin's
             acquisition of site and involvement with COPR

03/03/03 KV  Organize trial documents (deposition              .50     37.50
             transcripts)

03/04/03 JMA Post trial issues - phone - D. Field re:          .80    272.00
             Amended Past Cost Stipulation; memo to D. Field
             re: Amended Stipulation; phone - C. Marraro re:
             same

03/04/03 JMA Post trial issues - phone - D. Field re:          .80    272.00
             remaining open trial issues Grace/Honeywell;
             conference call with C. Marraro, RCS, D. Field,
             M. Caffrey re: remaining open trial issues
             Grace/Honeywell; phone - C. Marraro re: Same

03/04/03 JMA Post trial issues - revise Stipulation re: Weja   .70    238.00
             Decision exhibit; letter to D. Field

03/04/03 MEF Review letter from Parsons returning witness      .20     45.00
             fee from subpoena

03/04/03 RCS Correspondence from Barbara Banks re certain      .20     42.00
             Grace photographs, and reply to same

03/04/03 RCS Correspondence to David Field, Esq. re           .30     63.00
             confirming the resolution of exhibits amongst
             Grace and Honeywell

03/04/03 RCS Correspondence to Kathy Millian, Esq. re         .30     63.00
             including witness's name in citation to
             transcript

03/04/03 RCS Meeting with JMA and telephone call with Chris    .70    147.00
             Marraro and David Field, Esq. re exhibits
             issues, WEJA stipulation, past cost
             stipulation, Order and findings of fact
             categories

03/04/03 RCS Review and update trial exhibit chart (Grace      .50    105.00
             Defendants) to be submitted to court

```
W.R. GRACE & COMPANY                                    April 4, 2003
Client No.               734680                  Page       3
INVOICE NO.              19207
```

03/04/03 RCS Review trial transcripts and relevant exhibits   6.00   1260.00
             and prepare findings of fact re Daylin's
             acquisition of site and involvement with COPR

03/04/03 KV  Organize trial exhibits and binders               .50     37.50

03/04/03 KV  Organize trial proceedings binder               1.00     75.00

03/05/03 JMA Post trial issues - receipt and review letter    5.40   1836.00
             from K. Millian to Judge Cavanaugh re: Grace
             objection to ICO exhibits 707 and 885; phone -
             B. Hughes re: P-707 and 885; phone -  C.
             Marraro re: P-707 and 885;  review file and
             transcripts for letter to Judge Cavanaugh re:
             P-707 and 885; draft and revise letter to Judge
             Cavanaugh

03/05/03 JMA Post trial issues - receipt and review email      .10     34.00
             from A. Nagy

03/05/03 MEF Proposed Findings of Fact - continue drafting    3.60    810.00
             portions of facts; review Faranca testimony

03/05/03 RCS Receipt and review of Honeywell's revised list   1.00    210.00
             of trial exhibits admitted into evidence
             together with all correspondence negotiating
             agreements to admit and withdraw Honeywell
             exhibits.

03/05/03 RCS Prepare Grace defendant's final list of trial    1.50    315.00
             exhibits to be submitted to the court taking
             into account all correspondence withdrawing and
             admitting selected Grace exhibits following the
             evidentiary hearing.

03/05/03 RCS Correspondence to and from Barbara Banks          .30     63.00
             regarding identifying certain exhibits by Bates
             Numbers.

03/05/03 RCS Review relevant trial transcripts and exhibits   5.50   1155.00
             in preparation of findings of fact regarding
             Mutual's disposal of COPR at the site.

03/05/03 KV  Organize trial exhibits                           .30     22.50

03/06/03 JMA Post trial issues - receipt and review letter     .20     68.00
             from S. German re: Findings of Fact

03/06/03 JMA Post trial issues - review trial transcripts     8.00   2720.00
             re: Grace proposed Findings of Fact; drafting
             of Findings of Fact

```
W.R. GRACE & COMPANY                                     April 4, 2003
Client No.                734680                Page      4
INVOICE NO.               19207
```

03/06/03 RCS  Review relevant trial testimony and exhibits    3.00    630.00
              and prepare draft findings of fact re Mutual's
              disposal of COPR at site

03/06/03 RCS  Review relevant trial testimony and exhibits    4.50    945.00
              and prepare draft findings of fact re Grace's
              acquisition of Daylin; Daylin's involvement
              with COPR at the site

03/06/03 RCS  Prepare Grace defendants' final list of trial    .80    168.00
              exhibits to be submitted in evidence, together
              with comparison of all disputed exhibits
              through negotiation process, revise and edit
              same

03/06/03 RCS  Telephone call from Steve German, Esq.           .20     42.00
              requesting copies of WEJA and Past Cost
              Stipulation entered into between Honeywell and
              Grace

03/06/03 RCS  Correspondence to Chris Marraro, Esq. re Grace   .20     42.00
              final exhibit list and preparation of binders
              of exhibits for the Court

03/06/03 KV   Organize evidence binders                       1.50    112.50

03/07/03 JMA  Post trial issues - conference with RCS re:      .40    136.00
              Grace proposed Findings of Fact

03/07/03 JMA  Post trial issues - strategy re: Findings of     .40    136.00
              Fact/Conclusions of Law

03/07/03 JMA  Post trial issues - phone C. Marraro re:         .20     68.00
              meeting with clients

03/07/03 JMA  Post trial issues - receipt and review letter    .70    238.00
              from D. Field re: Amended Stipulation; revise
              amended Stipulation; letter to D. Field

03/07/03 JMA  Phone - C. Marraro re: strategy                  .30    102.00

03/07/03 MEF  Findings of fact - continue review of Faranca   2.50    562.50
              testimony and begin review of Wong testimony
              for findings of fact

03/07/03 RCS  Receipt and review of plaintiff's draft         5.00   1050.00
              findings of fact and conclusions of law to
              compare their position on Mutuals' disposal of
              COPR, Daylin and Grace's involvement with COPR
              at the site, together with review of large
              number of selected plaintiff's exhibits in
              support of their position

```
W.R. GRACE & COMPANY                                      April 4, 2003
Client No.               734680                      Page      5
INVOICE NO.              19207
```

03/07/03 RCS Continue drafting of findings of fact re Daylin  2.80    588.00
             and Grace involvement with COPR at the site

03/08/03 JMA Post trial issues - review transcripts and        4.00   1360.00
             exhibits; prepare Findings of Fact

03/08/03 RCS Prepare draft findings of fact re Grace's         4.20    882.00
             acquisition of Daylin, Daylin's acquisition of
             the site and Daylin and Grace's involvement
             with COPR at the site

03/08/03 RCS Prepare draft findings of fact re Mutual's        1.00    210.00
             disposal of COPR at the site

03/10/03 JMA Post trial issues - meeting with C. Marraro re:   8.00   2720.00
             strategy, Findings of Fact/Conclusions of Law
             issues; open evidence/exhibit issues;
             conference call with A. Nagy

03/10/03 JMA Post trial issues - review transcripts and        1.00    340.00
             exhibits for Findings of Fact

03/10/03 MEF Continue Findings of Fact; review of trial        2.90    652.50
             testimony (Wong)

03/10/03 RCS Prepare draft findings of fact re Mutual's        1.40    294.00
             disposal of COPR at site

03/10/03 RCS Prepare draft findings of fact re Grace's         2.00    420.00
             acquisition of Daylin

03/10/03 RCS Prepare draft findings of fact re Grace's         1.20    252.00
             involvement with COPR at site

03/11/03 JMA Post trial issues - phone - C. Marraro re:        1.00    340.00
             Findings of Fact/Conclusions of Law; conference
             call with C. Marraro,  A. Nagy re: same

03/11/03 JMA Post trial issues - receipt and review letter      .20     68.00
             from D. Field to Judge Cavanaugh w/Amended
             Stipulation of Past Costs

03/11/03 JMA Post trial issues - receipt and review           1.80    612.00
             Honeywell Final List of Exhibits in Evidence;
             receipt and review letter from D. Field to
             Court; phone - D. Field, C. Marraro and RCS;
             letter to D. Field re: Honeywell Final List of
             Exhibits in Evidence

03/11/03 JMA Post trial issues - phone conference with C.       .90    306.00
             Marraro and RCS re: preparation of Grace Final
             List of Exhibits in Evidence

```
W.R. GRACE & COMPANY                                    April 4, 2003
Client No.              734680                     Page      6
INVOICE NO.             19207
```

03/11/03 JMA  Post trial issues - review pleadings and          3.00   1020.00
              transcripts re: letter to Judge Cavanaugh on
              open issues with Honeywell; prepare Order re:
              DH-793 (Weja Decision); phone - C. Marraro;
              revise letter to Judge Cavanaugh

03/11/03 MEF  Review and revise Grace's final trial exhibit     1.50    337.50
              list of documents in evidence

03/11/03 MEF  Findings of fact - Continued preparation of       2.30    517.50
              portions of findings

03/11/03 RCS  Prepare draft findings of fact re Mutual's        1.50    315.00
              disposal of COPR at the site

03/11/03 RCS  Meeting with JMA and telephone call with Chris    1.20    252.00
              Marraro, Esq. re review of Honeywell's final
              exhibit list submitted to court and review of
              Grace exhibit list to be submitted to court,
              revise and edit same

03/11/03 RCS  Prepare draft findings of fact re Grace's         1.50    315.00
              acquisition of Daylin

03/11/03 RCS  Prepare draft findings of fact re Daylin's        2.00    420.00
              acquisition of the site

03/11/03 RCS  Prepare draft findings of fact re Daylin          1.50    315.00
              involvement with COPR at the site

03/11/03 RCS  Prepare Grace defendants' final list of            .70    147.00
              exhibits admitted into evidence, revise and
              edit same

03/12/03 JMA  Post trial issues - meeting/conference call       2.00    680.00
              with clients and C. Marraro re: strategy issues

03/12/03 JMA  Post trial issues - preparation of Findings of    2.00    680.00
              Fact; phone conference with C. Marraro re:
              Findings of Fact/Conclusions of Law

03/12/03 MEF  Findings of Fact - Continued drafting portions    4.50   1012.50
              of proposed findings of fact

03/12/03 RCS  Revise and edit Grace defendant's final list of    .40     84.00
              exhibits, correspondence to Judge Cavanaugh
              serving exhibit list

03/12/03 RCS  Telephone call with Chris Marraro, Esq. re         .40     84.00
              findings of fact re Valley Fair Building and
              Daylin's acquisition of same

```
W.R. GRACE & COMPANY                                    April 4, 2003
Client No.              734680                    Page     7
INVOICE NO.             19207
```

03/12/03 RCS Review trial transcript of Fred Hart and          4.00    840.00
             related exhibits in preparation for findings of
             fact

03/12/03 RCS Prepare draft findings of fact re Daylin's        2.50    525.00
             acquisition of the site

03/12/03 RCS Prepare draft findings of fact re Grace           2.00    420.00
             involvement with COPR at the site

03/13/03 JMA Post trial issues - review transcripts and        6.20   2108.00
             trial exhibits; prepare findings of fact

03/13/03 JMA Post trial issues - conference with RCS re:       1.00    340.00
             Findings of Fact; phone conference with RCS and
             C. Marraro re: Findings of Fact

03/13/03 JMA Post trial issues - conference with MEF re:        .70    238.00
             Judge's requirement with regard to submitting
             original exhibits and prejudgment interest case
             law

03/13/03 JMA Post trial issues - receipt and review letter     .20     68.00
             from D. Field to Judge Cavanaugh

03/13/03 MEF Post trial issues - review email from CHM re      .20     45.00
             Honeywell's admitted exhibits and H. Pierson
             direct outline

03/13/03 MEF Post trial issues - review Honeywell's list of   1.00    225.00
             admitted exhibits

03/13/03 MEF Voice mail - CHM re summation and trial           .20     45.00
             exhibits

03/13/03 MEF Findings of fact - Continue preparing portions   5.60   1260.00
             of proposed findings of fact

03/13/03 RCS Review trial testimony of Phillip Coop and       2.50    525.00
             related exhibits in conjunction with
             preparation of findings of fact

03/13/03 RCS Meeting with John Agnello and telephone call      .80    168.00
             with Chris Marraro re preparing finding of fact
             re Mutual's disposal of COPR at the site

03/13/03 RCS Prepare draft findings of fact re Daylin's       3.50    735.00
             acquisition of site to include Hart and Coop
             testimony and related documents

03/13/03 RCS Prepare drafting findings of fact re Mutual's    1.50    315.00
             disposal of COPR at the site

W.R. GRACE & COMPANY                                    April 4, 2003
Client No.              734680                   Page     8
INVOICE NO.             19207

03/13/03 RCS Prepare draft findings of fact re Grace's          .80      168.00
             acquisition of Daylin

03/13/03 RCS Correspondence from Barbara Banks re Grace's       .40       84.00
             final exhibit list; review selected exhibit and
             correspondence to Banks re same

03/14/03 JMA Post trial issues - review transcripts and        9.00     3060.00
             trial exhibits; prepare Findings of Fact

03/14/03 MEF Findings of Fact - Review 1991 directive for      1.00      225.00
             inclusion in portion of Findings of Fact

03/14/03 MEF Legal research - prejudgment interest on state    1.80      405.00
             law claims

03/14/03 RCS Prepare draft findings of fact re history of      1.50      315.00
             Daylin's involvement with COPR at the site

03/14/03 RCS Prepare draft findings of fact re history of      1.50      315.00
             Grace's involvement with COPR at site

03/14/03 RCS Prepare draft findings of fact re Mutual's        2.00      420.00
             disposal of COPR at site

03/14/03 RCS Prepare draft findings of fact re Daylin's        3.00      630.00
             acquisition of the site

03/15/03 JMA Post trial issues - review transcripts and        7.50     2550.00
             trial exhibits; prepare Findings of Fact

03/15/03 MEF Review case law re prejudgment interest of        2.00      450.00
             common law claims in Federal Court

03/15/03 MEF Conclusions of law - draft conclusions of law     1.00      225.00
             re prejudgment interest

03/15/03 MEF Telephone call with CHM re backfill order and      .20       45.00
             summation program

03/15/03 RCS Preparation of findings of fact re Grace's        1.50      315.00
             acquisition of Daylin

03/15/03 RCS Preparation of findings of fact re Daylin's       2.00      420.00
             acquisition of the site

03/15/03 RCS Preparation of findings of fact re Mutual's       1.50      315.00
             disposal of COPR at the site

03/16/03 RCS Prepare draft findings of fact re Mutual's         .80      168.00
             disposal of COPR at site including Bell and
             Ross' testimony

```
W.R. GRACE & COMPANY                                  April 4, 2003
Client No.              734680               Page      9
INVOICE NO.             19207
```

03/16/03 RCS Prepare draft findings of fact re history of     2.20    462.00
             Daylin's involvement with contamination caused
             by COPR at the site

03/16/03 RCS Prepare draft findings of fact re Daylin's       2.00    420.00
             acquisition of the site

03/17/03 JMA Post trial issues - receipt and review email      .70    238.00
             re: Grace exhibits withdrawn from list;
             conference with RCS re: same; review exhibits

03/17/03 JMA Post trial issues - receipt and review           1.00    340.00
             Honeywell letter brief and Certification re:
             Weja documents; phone - C. Marraro

03/17/03 JMA Post trial issues - review of and comments to    1.20    408.00
             memo to client re: post judgment issues; phone
             - C. Marraro

03/17/03 JMA Post trial issues - review trial transcripts     7.00   2380.00
             and exhibits in evidence for Findings of Fact;
             prepare Findings of Fact

03/17/03 RCS Prepare draft findings of fact re Grace's        1.20    252.00
             acquisition of Daylin

03/17/03 RCS Prepare draft findings of fact re Daylin's       2.50    525.00
             acquisition of the site

03/17/03 RCS Prepare draft findings of fact re history of     2.00    420.00
             Daylin and Grace's involvement with COPR at the
             site

03/17/03 RCS Prepare draft findings of fact re Mutual's        .80    168.00
             disposal of COPR at the site

03/18/03 JMA Post trial issues - review trial transcripts     9.00   3060.00
             and exhibits in evidence re: Findings of Fact;
             prepare Findings of Fact

03/18/03 MEF Conference with JMA re items to include in        .30     67.50
             findings of fact and conclusions of law

03/18/03 RCS Meeting with JMA re findings of fact re summary   .30     63.00
             of witness credentials

03/18/03 RCS Review trial testimony of numerous witnesses     8.50   1785.00
             and prepare draft findings of fact summarizing
             each witness's background and credentials

```
W.R. GRACE & COMPANY                                April 4, 2003
Client No.            734680                   Page     10
INVOICE NO.           19207
```

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 03/19/03 | JMA | Post trial issues - phone - C. Marraro re: strategy | .20 | 68.00 |
| 03/19/03 | JMA | Post trial issues - review transcripts and exhibits in evidence for Findings off Fact; prepare Findings of Fact | 7.00 | 2380.00 |
| 03/19/03 | RCS | Review trial transcripts and expert witness curriculum vitaes and prepare draft findings of fact re numerous witness backgrounds and credentials | 10.50 | 2205.00 |
| 03/20/03 | JMA | Post trial issues - review transcripts and exhibits in evidence for Findings of Fact; prepare Findings of Fact | 7.00 | 2380.00 |
| 03/20/03 | RCS | Draft proposed findings of fact re Daylin's acquisition of the site - Fred Hart's testimony | 1.00 | 210.00 |
| 03/20/03 | RCS | Draft findings of fact re all witness's backgrounds and credentials | 7.00 | 1470.00 |
| 03/21/03 | JMA | Post trial issues - review trial transcripts and exhibits in evidence re: Findings of Fact; prepare Findings of Fact | 8.00 | 2720.00 |
| 03/21/03 | MEF | Prepare chart of interest rates 5/90 to present | .30 | 67.50 |
| 03/21/03 | RCS | Preparation of findings of fact re Daylin's acquisition of the site; revise and edit same | 1.50 | 315.00 |
| 03/21/03 | RCS | Preparation of findings of fact re all witness's background and credentials | 3.00 | 630.00 |
| 03/22/03 | JMA | Post trial issues - review trial transcripts and exhibits in evidence re: Findings of Fact; prepare Findings of Fact; phone - C. Marraro re: strategy - Findings of Fact/conclusions of Law | 4.50 | 1530.00 |
| 03/22/03 | MEF | Conference with JMA re prejudgment interest | .70 | 157.50 |
| 03/22/03 | MEF | Prepare charts of prejudgment interest for lost rents-May 1990, Jan-Dec. 1997 | 2.00 | 450.00 |
| 03/22/03 | RCS | Preparation of findings of fact re all parties fact and expert witness's background and credentials | 2.00 | 420.00 |

W.R. GRACE & COMPANY                                          April 4, 2003
Client No.           734680                              Page     11
INVOICE NO.          19207

03/24/03 JMA Post trial issues – review transcripts and     8.70  2958.00
             trial exhibits re: Grace Defendants' Findings
             of Fact; prepare Findings of Fact; conference
             with MEF re: Findings of Fact sections;
             conference with RCS re: Findings of Fact
             sections; phone – C. Marraro re: Findings of
             Fact

03/24/03 MEF Revise portions of proposed Findings of Fact    .90   202.50

03/24/03 MEF Conference with JMA and RCS re: proposed       3.10   697.50
             Findings of Facts (revisions)

03/24/03 MEF TC w/JMA and H. McGuire re: prejudgment         .20    45.00
             interest calculation on lost rents

03/24/03 MEF Revise May 1990 lost rent prejudgment interest  .20    45.00
             calculation

03/24/03 MEF Fax to H. McGuire re: May 1990 prejudgment      .20    45.00
             interest

03/24/03 RCS Prepare findings of fact; revise and edit      1.50   315.00
             citations to record

03/24/03 RCS Prepare findings of fact re all trial witness's 2.00  420.00
             background and credentials presented through
             testimony and documentary evidence

03/24/03 RCS Meeting with JMA and MEF to review certain     4.30   903.00
             portions of findings of fact

03/25/03 JMA Post trial issues – review trial transcripts   9.00  3060.00
             and exhibits in evidence re: Grace Defendants'
             Findings of Fact; prepare Findings of Fact;
             conference with MEF re: Findings of Fact
             sections; conference with RCS re: Findings of
             Fact sections; phone – C. Marraro re: Findings
             of Fact

03/25/03 JMA Phone – C. Marraro re: Findings of Fact         .30   102.00

03/25/03 MEF Conference with JMA re: revisions to proposed  3.90   877.50
             Findings of Fact

03/25/03 MEF Revise proposed Findings of Fact               1.20   270.00

03/25/03 RCS Prepare revised draft of Findings of Fact re:  2.50   525.00
             Mutual's disposal of COPR at the Site together
             with review of transcript of Brown, Costa and
             Anderson testimony in conjunction with same

```
W.R. GRACE & COMPANY                            April 4, 2003
Client No.              734680            Page     12
INVOICE NO.             19207
```

03/25/03 RCS Prepare draft Findings of Fact re: all trial       2.00    420.00
             witnesses' background and credentials

03/25/03 RCS Prepare revised draft Findings of Fact re:         2.00    420.00
             Grace's acquisition of Daylin

03/25/03 RCS Meeting with JMA re: draft Findings of Fact -      1.80    378.00
             Grace's acquisition of Daylin

03/25/03 RCS Prepare revised draft Findings of Fact re:         1.00    210.00
             Daylin's involvement with COPR at the Site

03/26/03 JMA Post trial issues - review trial transcripts      8.00   2720.00
             and exhibits in evidence re: Grace Defendants'
             Findings of Fact; prepare Findings of Fact;
             conference with RCS re: Findings' of Fact
             sections; phone - C. Marraro re: Findings of
             Fact

03/26/03 MEF T/C w/C. Marraro re: stipulated facts in           .20     45.00
             Findings of Fact

03/26/03 MEF Email to B. Banks re: stipulations of fact         .20     45.00
             included in Findings of Fact

03/26/03 MEF T/C w/B. Hughes re: Findings of Fact               .20     45.00

03/26/03 MEF Review proposed Findings of Fact re:               .60    135.00
             stipulations of fact from Final Pretrial Order

03/26/03 RCS Meeting with JMA re: revisions to Findings of     4.00    840.00
             Fact re: Daylin's acquisition of the Site

03/26/03 RCS Meeting with JMA re: revisions to Findings of     3.50    735.00
             Fact on history of Daylin and Grace's
             involvement with COPR at the Site

03/26/03 RCS Prepare revised draft Findings of Fact re:         .80    168.00
             Mutual's disposal of COPR at the Site

03/26/03 RCS Prepare revised draft Findings of Fact re:        1.50    315.00
             Daylin's acquisition of the Site

03/26/03 RCS Prepare proposed conclusions of law re: lack of   1.50    315.00
             credibility of Fred Hart's testimony

03/27/03 KLW Conference with JMA and research re:              7.20   1800.00
             credibility factors on expert testimony

```
W.R. GRACE & COMPANY                                      April 4, 2003
Client No.            734680                        Page     13
INVOICE NO.           19207
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 03/27/03 | JMA | Post trial issues - review trial transcripts and exhibits in evidence re: Findings of Fact; prepare Findings of Fact; conference with MEF re: Findings of Fact sections; conference with RCS re: Findings of Fact sections; phone - C. Marraro re: Findings of Fact | 9.00 | 3060.00 |
| 03/27/03 | MEF | Conference with JMA re additional revisions to findings of fact | 2.70 | 607.50 |
| 03/27/03 | MEF | Review documents in connection with revisions to findings of fact | 1.00 | 225.00 |
| 03/27/03 | MEF | Telephone call with CHM re compilation of findings of fact | .20 | 45.00 |
| 03/27/03 | MEF | Revise proposed findings of facts | 1.40 | 315.00 |
| 03/27/03 | MEF | Emails to/from B. Banks re cite checking proposed findings of fact | .30 | 67.50 |
| 03/27/03 | MEF | Telephone call with H. McGuire re calculation of prejudgment interest on lost rents | .30 | 67.50 |
| 03/27/03 | RCS | Prepare revised draft findings of fact re Grace's acquisition of Daylin | 1.00 | 210.00 |
| 03/27/03 | RCS | Prepare revised draft Findings of Fact re witness background and credentials together with review of transcripts to determine Honeywell expert's prior work history for Honeywell | 4.00 | 840.00 |
| 03/27/03 | RCS | Prepare revised draft Findings of Fact re Daylin's acquisition of the site | 1.50 | 315.00 |
| 03/27/03 | RCS | Meeting with John Agnello to review draft findings of fact re all fact and expert witness background and credentials | 2.00 | 420.00 |
| 03/27/03 | RCS | Prepare revised draft Findings of Fact re Mutual's disposal of COPR at the site | .50 | 105.00 |
| 03/27/03 | RCS | Prepare revised draft Findings of Fact re Daylin's involvement with COPR at the site | 1.50 | 315.00 |
| 03/28/03 | KLW | Continue research on credibility of experts | 4.00 | 1000.00 |

```
W.R. GRACE & COMPANY                                      April 4, 2003
Client No.              734680                    Page     14
INVOICE NO.             19207
```

03/28/03 JMA  Post trial issues - review trial transcripts      7.30  2482.00
              and exhibits in evidence re: Grace Defendants'
              Findings of Fact; prepare Findings of Fact;
              conference with MEF re: Findings of Fact;
              conference with RCS re: Findings of Fact; phone
              - C. Marraro re: Findings of Fact

03/28/03 MEF  Review emails from B. Banks re citation checks      .20    45.00

03/28/03 MEF  Review email from B. Hughes re stipulations of      .30    67.50
              fact and Honeywell expert testimony

03/28/03 MEF  Conference with JMA re findings of fact            1.50   337.50

03/28/03 MEF  Review and revise findings of fact                 3.40   765.00

03/28/03 MEF  Telephone call with A. Chanese re prejudgment       .30    67.50
              interest lost rent calculation

03/28/03 RCS  Meeting with JMA to review Findings of Fact re      .40    84.00
              Mutual's disposal of COPR at the site

03/28/03 RCS  Prepare revised draft Findings of Fact re          .80   168.00
              Mutual's disposal of COPR at the site

03/28/03 RCS  Meeting with JMA to review Findings of Fact re      .80   168.00
              Grace's acquisition of Daylin

03/28/03 RCS  Prepare revised draft Findings of Fact re         1.20   252.00
              Grace's acquisition of Daylin

03/28/03 RCS  Meeting with JMA to review Findings of Fact re      .60   126.00
              Daylin's acquisition of the site

03/28/03 RCS  Prepare revised Findings of Fact re Daylin's        .80   168.00
              acquisition of the site

03/28/03 RCS  Meeting with JMA re review Findings of Fact re      .40    84.00
              Daylin and Grace's involvement with COPR at the
              site

03/28/03 RCS  Prepare revised Findings of Fact re Daylin and      .60   126.00
              Grace's involvement with COPR at the site

03/28/03 RCS  Meeting with JMA to review Findings of Fact re     2.00   420.00
              all trial witnesses credentials and backgrounds

03/28/03 RCS  Prepare revised Findings of Fact re all trial      2.50   525.00
              witness's credentials and background

```
W.R. GRACE & COMPANY                              April 4, 2003
Client No.              734680                     Page    15
INVOICE NO.             19207
```

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 03/29/03 | JMA | Post trial issues - conference with RCS re: sections of Grace Defendants' Findings of Fact; conference call with C. Marraro re: finalizing Grace Defendants' Findings of Fact; preparation of Findings of Fact | 6.50 | 2210.00 |
| 03/29/03 | MEF | Revise findings of fact (all portions) | 3.80 | 855.00 |
| 03/29/03 | RCS | Prepare draft Findings of Fact re testimony and exhibits related to Fred Hart | 1.50 | 315.00 |
| 03/29/03 | RCS | Review Grace defendant's proposed findings of fact in preparation for conference call | 5.50 | 1155.00 |
| 03/30/03 | JMA | Post trial issues - review and comments to all sections of Grace Defendants' Findings of Fact; conference with MEF and RCS re: Findings of Fact; conference call with C. Marraro, B. Hughes, MEF and RCS re: finalize exchange copy of Grace Defendants' Findings of Fact | 10.00 | 3400.00 |
| 03/30/03 | MEF | Review draft findings of fact from Wallace King | 2.50 | 562.50 |
| 03/30/03 | MEF | Conference call with JMA, RCS, CHM and WFH re revisions to findings of fact | 5.50 | 1237.50 |
| 03/30/03 | RCS | Conference call with John Agnello, Melissa Flax, Chris Marraro and Bill Hughes to review Grace defendants proposed findings of fact | 5.50 | 1155.00 |
| 03/31/03 | JMA | Receipt and review letter from Judge Cavanaugh re: plaintiff exhibit 1502 | .20 | 68.00 |
| 03/31/03 | JMA | Post trial issues - conference with RCS re: finalize Grace Defendants' Findings of Fact; conference with MEF re: same; conference call with C. Marraro, B. Hughes and MEF re: revisions to Grace Defendants' Findings of Fact; phone - D. Field re: exchange of Findings of Fact; letter to counsel re: Findings of Fact; phone - C. Marraro re: finalize Grace Defendants' Findings of Fact; review revisions to Grace Defendants' Findings of Fact | 8.00 | 2720.00 |
| 03/31/03 | MEF | Telephone call with JMA, CHM, WFH re additional revisions to findings of fact | 2.40 | 540.00 |
| 03/31/03 | MEF | Revise and finalize Findings of Fact | 8.90 | 2002.50 |
| 03/31/03 | RCS | Meeting with JMA re review of Findings of Fact | .80 | 168.00 |

```
W.R. GRACE & COMPANY                              April 4, 2003
Client No.              734680            Page      16
INVOICE NO.             19207
```

03/31/03 RCS Review NJ Spill Act and prepare draft Findings    1.50    315.00
             of Fact re Daylin's lack of knowledge of
             contamination at time site purchased and
             Daylin/Grace cooperation with NJDEP

03/31/03 RCS Meeting with JMA re NJ Spill Act related          1.50    315.00
             Findings of Fact

03/31/03 RCS Prepare additional Findings of Fact re Dr. Kirk   1.30    273.00
             Brown's credentials and as shown in U.S. Court
             of Appeals - 2nd Circuit Decision and work with
             National Academy of Sciences

03/31/03 RCS Prepare additional findings re Dr. Ross            .80    168.00
             credentials

03/31/03 RCS Research re recouping the collection of monies    1.00    210.00
             expended at the site for building demolition
             from Honeywell under the NJ Spill  Act

03/31/03 RCS Cite checks for finalizing Findings of Fact to    1.50    315.00
             be distributed amongst parties

03/31/03 RCS Receipt and review of plaintiff's Proposed        1.00    210.00
             Findings of Fact (partial)

03/31/03 RCS Prepare additional findings of fact re Mutual's    .70    147.00
             disposal of COPR at the site

                                    Subtotal: - - - - - -
                                                   128,985.50

## Fee Applications, Applicant

03/03/03 MEF Review email from L. Ferdinand re: spreadsheet     .30     67.50
             for 6th Quarterly application

03/03/03 MEF T/c with L. Ferdinand re: spreadsheet              .30     67.50

03/03/03 MEF Review fee applications re: correct hours/fees     .80    180.00

03/03/03 MEF Email to L. Ferdinand re: correction to project    .30     67.50
             and expense category

03/04/03 MEF Fee application - revise July Attachment B and     .30     67.50
             Project and Expense categories for Sixth
             Quarterly Interim fee application

03/04/03 MEF Email to L. Ferdinand re: revised attachment B     .20     45.00
             and Project and Expense Categories

W.R. GRACE & COMPANY                                    April 4, 2003
Client No.              734680              Page      17
INVOICE NO.             19207

03/04/03 MEF  Review email from L. Ferdinand re: revisions to   .20      45.00
              6th Quarterly spreadsheet

03/04/03 MEF  Email to L. Ferdinand re: revisions to 6th        .20      45.00
              Quarterly spreadsheet

03/05/03 MEF  Review Fee Auditor's Final Report regarding       .40      90.00
              CBBG's Application for the Sixth Interim period

03/05/03 MEF  Review of Notice of Amendments to Schedule "F"   1.40     315.00
              or liabilities and review information re:
              original schedule of liabilities

03/05/03 MEF  Review February 2003 fee detail                  .80      180.00

03/06/03 MEF  Fee Application - Begin preparing 12th monthly   1.00     225.00
              fee application

03/07/03 MEF  Email to P. Cuniff re: Schedule F and            .20       45.00
              Certificate of no Objection for December fees

03/07/03 MEF  Fee Application - continue preparing 12th       1.70      382.50
              monthly fee application

03/07/03 MEF  T/c with P. Cuniff re: Schedule F and            .20       45.00
              certificate of no objection

03/07/03 MEF  Review docket re: Schedule F                     .40       90.00

03/08/03 MEF  Continue preparing 12th monthly fee application  1.00     225.00

03/09/03 MEF  Continue preparing 12th monthly fee application   .50     112.50

03/09/03 MEF  Review email from L. Ferdinand with 6th          .20       45.00
              Quarterly spreadsheet

03/10/03 MEF  Receipt and review of Certification of No        .30       67.50
              Objection re December 2002 fees

03/10/03 MEF  Receipt and review of proposed order allowing    .30       67.50
              fees for 6th quarterly application

03/11/03 JMA  Fee Application - review and execute Twelfth    1.00      340.00
              Monthly Fee Application

03/11/03 MEF  Finalize 12th monthly fee application           1.30      292.50

03/19/03 JMA  Fee application - receipt and review 3/17/03     .50      170.00
              agenda, amended agenda and certification of
              counsel re: quarterly fee application

```
W.R. GRACE & COMPANY                                  April 4, 2003
Client No.              734680                        Page    18
INVOICE NO.             19207
```

| | | |
|---|---|---|
| 03/19/03 MEF Review status of certificates of no objection and fee applications | .30 | 67.50 |
| 03/20/03 MEF Email to W. Smith re fee detail for 12th monthly fee application | .30 | 67.50 |
| 03/21/03 MEF Email from L. Ferdinand re fee detail | .20 | 45.00 |
| 03/24/03 MEF Review fee auditor's initial report for 7th Quarterly Application | .30 | 67.50 |
| 03/25/03 MEF Review Notice of Amendment to Schedule F; confirm amount of pre-petition debt | .30 | 67.50 |
| 03/25/03 MEF Email to P. Cuniff re: amendment to Schedule F | .20 | 45.00 |
| 03/25/03 MEF Voice mail to P. Cuniff and S. MacFarland re: amendment to Schedule F | .20 | 45.00 |
| 03/25/03 MEF Prepare response to Fee Auditor's Initial Report re: 7th Quarterly Fee Application | 1.40 | 315.00 |
| 03/26/03 MEF T/C w/S. MacFarland re: amendment to Schedule F | .20 | 45.00 |
| 03/26/03 MEF Review email from P. Cuniff re: Schedule F amendment | .20 | 45.00 |
| 03/26/03 MEF Review and revise response to Fee Auditor's Initial Report re: 7th Quarterly Fee Application | .40 | 90.00 |
| 03/27/03 MEF Email to P. Cuniff re certificate of no objection for January 2003 | .20 | 45.00 |

```
                                        Subtotal: - - - - - -
                                                    4,222.50
```

**Travel Non-Work**

| | | |
|---|---|---|
| 03/12/03 JMA Travel - to and from Boca Raton, FL, for meeting with clients on strategy issues | 11.50 | 1955.00 |

```
                                        Subtotal: - - - - - -
                                                    1,955.00

                                                 -------------
Total Fees:                                         135,163.00
```

```
W.R. GRACE & COMPANY                          April 4, 2003
Client No.              734680                Page     20
INVOICE NO.             19207
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS            FEES
K L WINTERS                      250.00   11.20          2800.00
J M AGNELLO                      340.00  196.70         64923.00
M E FLAX                         225.00   96.40         21690.00
RC SCRIVO                        210.00  216.50         45465.00
K VENGROW                         75.00    3.80           285.00
                       TOTALS            524.60        135163.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                           April 4, 2003
Client No.            734680                    Page     19
INVOICE NO.           19207
```

          Disbursements


Travel Expense

```
03/11/03 Travel Expense JMA 3/12 (AIR)              575.00
03/11/03 Travel Expense  MY LIMO  3/12/03  ( ROUND TRIP    131.20
         JMA)

                              SUBTOTAL:    706.20
```

Court Reporter

```
03/31/03 Professional Fees - MCGUIRE, CHARLES P 1/24    5544.00
03/31/03 Court Reporter - MCGUIRE, CHARLES P 1/30      4132.80
03/31/03 Court Reporter - MCGUIRE, CHARLES P 2/11      4476.60

                              SUBTOTAL:  14153.40

03/31/03 Messenger                                  114.32
03/31/03 Photocopies                                701.50
03/31/03 Faxes                                       77.00
03/31/03 Telephone                                  261.43
03/31/03 Additional Staff Time                      677.14
03/31/03 Computer Searches                           93.29
03/31/03 Federal Express                            124.59
03/31/03 Messenger - In House                        75.00
                                                 -------------
Total Costs                                  .        16,983.87
                                                 -------------
Total Due this Matter                                152,146.87
                                                 =============
```