# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Objection Deadline: May 12, 2003 at 4:00 p.m.** |
| | : | **Hearing Date: TBD only if necessary** |
| | : | |

## FEE DETAIL FOR PITNEY, HARDIN, KIPP AND SZUCH LLP'S TWENTY-SECOND MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

### FEES FOR THE FEE PERIOD
### FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 02/03/03 | Receipt, review and analysis of Fee Auditor's report regarding PHK&S's Sixth Interim Fee Application. | | |
| 11 | S. Zuber | 0.4 | 136.00 |
| 02/03/03 | Review and revise PHK&S's Twenty-First Interim Fee Application (December, 2002 time). | | |
| 11 | S. Zuber | 0.3 | 102.00 |
| 02/03/03 | Conferred with A. Marchetta regarding 6th Interim report and special fee hearing. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| 02/03/03 | Reviewed and updated docket. | | |
| 11 | K. Jasket | 0.3 | 54.00 |
| 02/03/03 | Revised December 2002 fee application. | | |
| 11 | K. Jasket | 0.5 | 90.00 |
| 02/03/03 | Telephone conference with P. Galbraith regarding contingency matter and sent memo to A. Marchetta and S. Zuber regarding same. | | |
| 11 | K. Jasket | 0.1 | 18.00 |
| 02/04/03 | Receipt and review of proposed order granting PHK&S's Special Fee Application and accompanying certification of counsel. | | |
| 11 | S. Zuber | 0.3 | 102.00 |
| 02/04/03 | Several communications with K. Jasket regarding follow up relative to order and CNO on PHKS's Special Fee Application. | | |
| 11 | S. Zuber | 0.2 | 68.00 |
| 02/04/03 | Conferred with P. Galbraith regarding Order and Certification for contingency matter. | | |
| 11 | K. Jasket | 0.1 | 18.00 |
| 02/04/03 | Correspondence to S. McFarland regarding filing December 2002 fee application. | | |
| 11 | K. Jasket | 0.2 | 36.00 |

2

| 02/05/03 | Reviewed Fee Auditor's final reports regarding the 2nd, 3rd and 5th Interim Periods for deductions. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| | | | |
| 02/06/03 | Follow-up regarding CNO's and payment requests. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| | | | |
| 02/07/03 | Reviewed and updated docket. | | |
| 11 | K. Jasket | 0.2 | 36.00 |
| | | | |
| 02/07/03 | Drafted Quarterly Fee Application (October - December 2002) and forwarded same to S. Zuber for review. | | |
| 11 | K. Jasket | 4.3 | 774.00 |
| | | | |
| 02/10/03 | Review and revise PHK&S's Sixth Quarterly fee application. | | |
| 11 | S. Zuber | 0.5 | 170.00 |
| | | | |
| 02/11/03 | Revised Quarterly Fee Application (Oct. - Dec. 2002) and forwarded same to S. McFarland for filing. | | |
| 11 | K. Jasket | 0.3 | 54.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.30 | 450.00 | 135.00 |
| S. Zuber | 1.70 | 340.00 | 578.00 |
| K. Jasket | 6.40 | 180.00 | 1,152.00 |
| TOTALS | 8.40 | | 1,865.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.3 | 450.00 | 135.00 |
| S. Zuber | 11 | 1.7 | 340.00 | 578.00 |
| K. Jasket | 11 | 6.4 | 180.00 | 1,152.00 |

|  | TOTAL | 8.4 | 1,865.00 |
|---|---|---|---|

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)


| 02/10/03 | Review Pennoni annual Bank Stabilization Report to DEP on wetlands area. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |

| 02/10/03 | Review Pennoni report to NJDEP on semi-annual gas monitoring at the landfill and buffer areas. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |

| 02/10/03 | Memo to C. Daily on report; site work; and NJDEP schedule issues. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 55.00 |

| 02/14/03 | Review attachments and sampling map for gas probes of landfill in recent Pennoni report to NJDEP. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.3 | 82.50 |


Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 1.10 | 275.00 | 302.50 |
| TOTALS | 1.10 | | 302.50 |


FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 1.1 | 275.00 | 302.50 |
| TOTAL | | 1.1 | | 302.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

4

| 02/10/03 4 | Index attorney files of B. Moffitt, A. Marchetta and M. Waller. D. Florence | 2.2 | 209.00 |

| 02/14/03 4 | Update the case file and pleading board. D. Florence | 1.8 | 171.00 |

| 02/27/03 4 | Review and e-mails regarding 10K. A. Marchetta | 0.7 | 315.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 0.70 | 450.00 | 315.00 |
| D. Florence | 4.00 | 95.00 | 380.00 |
| TOTALS | 4.70 | | 695.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.7 | 450.00 | 315.00 |
| D. Florence | 4 | 4.0 | 95.00 | 380.00 |
| TOTAL | | 4.7 | | 695.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 02/01/03 4 | Prepare outline for briefing on motion for reconsideration. W. Hatfield | 2.0 | 550.00 |

| 02/03/03 4 | Follow-up regarding court order and motion for reconsideration. A. Marchetta | 0.3 | 135.00 |

| 02/06/03 4 | Work with R. Rose regarding carrier's proposal on fees and costs. A. Marchetta | 0.4 | 180.00 |

| | | | |
|---|---|---|---|
| 02/06/03 | Address defendant's offer for settlement of trial and post-trial attorneys' fees and costs. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 02/10/03 | Address attorneys fees issues. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 02/12/03 | Call with W. Crowther, Esq. counsel for Weja on Defendants' request for extension and interim order and briefing schedule. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |
| 02/12/03 | Attend to motion for reconsideration issues. | | |
| 4 | W. Hatfield | 0.6 | 165.00 |
| 02/12/03 | Address Weja request for information on prejudgment interest regarding spill act damages. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 02/12/03 | Memos to R. Rose and A. Marchetta on call with W. Crowther on Grace's consent to extension until March 10 for Weja's briefs. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |
| 02/12/03 | Memo to A. Marchetta and R. Rose on revised schedule for Weja response and motion for reconsideration. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 02/12/03 | Work with W. Hatfield regarding issues and extension of time. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |
| 02/12/03 | Confer with W. Hatfield regarding pre-judgment interest charts. | | |
| 24 | S. Purrington | 0.3 | 33.00 |
| 02/13/03 | Call with W. Crowther, Esq. on case issues regarding prejudgment interest calculations. | | |
| 4 | W. Hatfield | 0.4 | 110.00 |
| 02/13/03 | Attend to Motion for Reconsideration brief issues. | | |
| 15 | W. Hatfield | 0.5 | 137.50 |
| 02/13/03 | Address execution of interim order by court. | | |
| 4 | W. Hatfield | 0.3 | 82.50 |
| 02/13/03 | Follow up regarding extension of time to adversary and issues regarding same. | | |
| 4 | A. Marchetta | 0.2 | 90.00 |

| 02/14/03 4 | Address interim order and motion for reconsideration. W. Hatfield | 1.5 | 412.50 |
|---|---|---|---|
| 02/16/03 15 | Draft motion for reconsideration. W. Hatfield | 4.0 | 1,100.00 |
| 02/18/03 4 | Draft motion for reconsideration. W. Hatfield | 4.0 | 1,100.00 |
| 02/18/03 4 | Review order and conference with R. Rose regarding issues. A. Marchetta | 0.3 | 135.00 |
| 02/19/03 4 | Attend to letter to F. Biehl with court order. W. Hatfield | 0.5 | 137.50 |
| 02/19/03 4 | Draft motion for reconsideration. W. Hatfield | 8.9 | 2,447.50 |
| 02/19/03 24 | Prepare W. Hatfield Certification in preparation for filing Motion for Reconsideration. S. Purrington | 2.5 | 275.00 |
| 02/20/03 15 | Draft and revise motion for reconsideration and supporting papers, including affidavit and attachments. W. Hatfield | 9.7 | 2,667.50 |
| 02/20/03 15 | Review, edit and revise initial draft of brief in support of motion for reconsideration. R. Rose | 2.5 | 962.50 |
| 02/21/03 15 | Revise motion for reconsideration and review trial evidence materials for same. W. Hatfield | 8.5 | 2,337.50 |
| 02/21/03 15 | Continue review and edit of second draft of brief in support of motion for reconsideration. R. Rose | 2.4 | 924.00 |
| 02/21/03 24 | Prepare exhibits for filing of the Motion for Reconsideration. S. Purrington | 1.4 | 154.00 |
| 02/22/03 15 | Attend to motion for reconsideration citations and revisions to brief. W. Hatfield | 5.1 | 1,402.50 |
| 02/22/03 | Review, revise and edit third draft of brief in support of motion for reconsideration and discuss with B. Hatfield. | | |

| 15 | R. Rose | 2.8 | 1,078.00 |

| 02/22/03 | Prepare W. Hatfield certification and exhibits for filing of the Motion for Reconsideration. | | |
| 24 | S. Purrington | 5.5 | 605.00 |

| 02/23/03 | Attend to completing motion for reconsideration brief and certification for brief. | | |
| 15 | W. Hatfield | 8.2 | 2,255.00 |

| 02/23/03 | Review and edit fourth draft of brief in support of motion for reconsideration. | | |
| 15 | R. Rose | 1.8 | 693.00 |

| 02/23/03 | Shepardize motion for reconsideration and retrieve and review case law for W. Hatfield. | | |
| 15 | D. McKillop | 1.0 | 180.00 |

| 02/23/03 | Prepare W. Hatfield certification and exhibits for filing of the Motion for Reconsideration. | | |
| 24 | S. Purrington | 7.5 | 825.00 |

| 02/24/03 | Complete motion for reconsideration and final preparations for filing of same with supporting certification and papers to court and counsel for Weja. | | |
| 15 | W. Hatfield | 5.7 | 1,567.50 |

| 02/24/03 | Final read of brief and sign same. | | |
| 15 | R. Rose | 0.8 | 308.00 |

| 02/24/03 | Follow up regarding motion and telephone call with client. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 02/24/03 | Finalize W. Hatfield Certification, exhibits and filing papers for Motion for Reconsideration. | | |
| 24 | S. Purrington | 7.5 | 825.00 |

| 02/26/03 | Attend to post-trial case file materials and recent filings with Court. | | |
| 4 | W. Hatfield | 0.5 | 137.50 |

| 02/27/03 | Follow up with R. Rose regarding motion. | | |
| 4 | A. Marchetta | 0.3 | 135.00 |

| 02/28/03 | Prepare letter to B. Miller and R. Senfelben on motion for reconsideration. | | |
| 3 | W. Hatfield | 0.3 | 82.50 |

| 02/28/03 | Call with counsel on status of litigation, site issues and motion for reconsideration. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 110.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 63.20 | 275.00 | 17,380.00 |
| A. Marchetta | 2.10 | 450.00 | 945.00 |
| R. Rose | 10.30 | 385.00 | 3,965.50 |
| D. McKillop | 1.00 | 180.00 | 180.00 |
| S. Purrington | 24.70 | 110.00 | 2,717.00 |
| TOTALS | 101.30 | | 25,187.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 10.3 | 385.00 | 3,965.50 |
| A. Marchetta | 4 | 2.1 | 450.00 | 945.00 |
| W. Hatfield | 4 | 21.2 | | |
| | 15 | 42.0 | 275.00 | 17,380.00 |
| D. McKillop | 15 | 1.0 | 180.00 | 180.00 |
| S. Purrington | 24 | 24.7 | 110.00 | 2,717.00 |
| TOTAL | | 101.3 | | 25,187.50 |

9

# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 01/22/03 | PD AMEX FOR TRAVEL EXPENSES TO WILMINGTON, DE; SAZ; CK# 244793[2] | 30.00 |
| 01/22/03 | PD AMEX FOR TRAVEL EXPENSES TO WILMINGTON, DE; SAZ; CK# 244793[3] | 198.00 |
| 01/27/03 | PD AMEX FOR TRAVEL EXPENSES; SAZ; CK# 244793[4] | 14.00 |
| 02/04/03 | PD UPS TO WILMINGTON DE; KMJ; CK# 245326 | 7.74 |
| 02/11/03 | PD UPS TO WILMINGTON; KMJ; CHECK #245327 | 9.84 |
| | Computer Assisted Research | 19.75 |
| | Duplicating | 64.96 |
| | Telephone | 2.03 |
| | Matter Total Engagement Cost | 346.32 |

Engagement Costs – New York Superfund

| | | |
|---|---|---:|
| 01/02/03 | Pd Travel Expense[5] | 3.00 |
| 01/11/03 | Paid Romanelli's for service #10504, 54567 S#4093[6] | 24.22 |
| 01/14/03 | PD AMEX FOR TRAVEL EXPENSES; MEW; CK# 244793[7] | 14.00 |
| 02/28/03 | DOCUMENT ACCESS FACILITY--ANNEX--FEBRUARY 2003 | 2864.00 |
| | Matter Total Engagement Cost | 2,905.22 |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 01/27/03 | PD GEN MESS TO JERSEY CITY NJ; CK# 245009[8] | 67.25 |

---

[2] See Travel Agency Service receipt attached hereto as Exhibit "1."

[3] See receipt attached hereto as Exhibit "2."

[4] See receipt attached hereto as Exhibit "3."

[5] See Direct Reimbursement Expense Report attached hereto as Exhibit "4."

[6] See receipt No. 7975 attached hereto as Exhibit "5."

[7] See receipt attached hereto as Exhibit "6."

| | | |
|---|---|---|
| 01/27/03 | PD GEN MESS TO ROSELAND NJ; CK# 245009[9] | 32.25 |
| 01/31/03 | PD GEN MESS TO JERSEY CITY NJ; CK# 245009[10] | 54.75 |
| | Computer Assisted Research | 84.51 |
| | Duplicating | 421.54 |
| | Postage | 11.31 |
| | Telephone | 0.77 |

Matter Total Engagement Cost     672.38

---

[8] See invoice number 96651 attached hereto as Exhibit "7."

[9] See Exhibit 7.

[10] See Exhibit 7.

# EXHIBIT 1

| ITEM    98 | | |
|---|---|---|
| TRAVEL AGENCY SERVICEMIAMI    FL | | $30.00 |

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3782-906600-71862 | 01/22/03 | 89081013913592 |

| Passenger Name | Ticketing Airline |
|---|---|
| ZUBER/S | TRAVEL AGENCY SERVICE F |

| Issuer Name | Issuer Address |
|---|---|
| KEY BISCAYNE TVL SVC | MIAMI    FL |

| From: NOT RECORDED | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To: NOT RECORDED | | | 30.00 |
| To: | | | |
| To: | | | Amexco Use Only |
| To: | | | 902290157580 |
| | | | 003700 |
| | | | 18  023003 |

MISC CHARGE ORDER/PREPAID TICKET AUTHORITY

# EXHIBIT 2

CHARGE PURPOSE

| Corporate Cardmember Name | Corporate Account Number |
|---|---|
| ANGELA S BARON | 3782-906600-7100 |

ITEM      99                              $198.00
AMTRAK            MIAMI        FL

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3782-906600-71862 | 01/22/03 | 55473253573113 |

| Passenger Name | Ticketing Airline |
|---|---|
| ZUBER/S | AMTRAK |

| Issuer Name | Issuer Address |
|---|---|
| KEY BISCAYNE TVL SVC | MIAMI        FL |

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| NEWARK        ,NJ | | | |
| To: | | | |
| WILMINGTON    ,DE | 2V | 1J | 198.00 |
| To: | | | |
| NEWARK        ,NJ | 2V | 1J | Amexco Use Only |
| To: | | | 902290144767 |
| | | | 003700 |
| | | | 12  023003 |

PASSENGER TICKET

# EXHIBIT 3

ITEM    104
EDISON PLAZA CORP    NEWARK              NJ         $14.00

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3782-906600-71862 | 01/27/03 | 000002373 | 52 |

Service Establishment and Location

EDISON PLAZA CORP    NEWARK              NJ
Record of Charge

PARKING

S/E #    2296643851

| | TOTAL CHARGE AMOUNT | $14.00 |
|---|---|---|

ITEM    106
WINNERS CLUB       E. RUTHERFORD    NJ      $60.75

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| ...71862 | 01/09/03 | 3102 | 52 |

# EXHIBIT 4

# NEW YORK

## DIRECT REIMBURSEMENT EXPENSE REPORT

**NAME** _____ Jonathan Borg _____

RECEIVED

JAN 2 3 2003

Period From: __January 2, 2003__
ARDIN, KIPP & __SUMMary 16, 2003__

NOTE: DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses | | Parkin g or Tolls | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or Firm Charge |
|------|----------------------------------------------------------|-------|--------|-------|------|-------|----------|----------|----------|
| | | Miles | Amount | | | | Show details on Page 2 | | |
| 1/2/2003 | subway to court and back | | | | | | $3.00 | $3.00 | 082913/000009 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____    Date __1/22/03__

1/22/2003

# EXHIBIT 5

# ROMANELLI'S ITALIAN EATERY

**Serving the Area for Over 30 Years**
**Open 7 Days · We Deliver**
42 Lincoln Place
MADISON, NJ 07940
**(973) 377-9515**

| CUSTOMER'S ORDER NO. | PHONE 966-8084 | DATE 11/1/03 |
|---|---|---|

NAME Michael Waller
ADDRESS 20 Campus Dr

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | lg cheese | | |
| 2 | sm soda | | |
| 1 | sm ice tea | | |
| 2 | 20oz co | | |
| 1 | 20oz coke | 1.05 | |

APPROVED
VENDOR NO. 10365
CHECK NO. 24512
CHARGE 1.05

# 082913.00009    20.22

| | TAX | 4.00 |
|---|---|---|

SOLD BY / RECEIVED BY

| | TOTAL | 24.22 |
|---|---|---|

All claims and returned goods
MUST be accompanied by this bill.

**Thank You!**

7975

PRODUCT 2530    B

# EXHIBIT 6

9N1900T

| ITEM 70 | | | $14.00 |
| EDISON PLAZA CORP    NEWARK    NJ | | | |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 37BZ-906600-71821 | 01/14/03 | 000001116 | 59 |

Service Establishment and Location

EDISON PLAZA CORP    NEWARK    NJ

Record of Charge

PARKING

S/E # 2296643851

| TOTAL CHARGE AMOUNT | $14.00 |
|---|---|

| ITEM 72 | | $10.50 |
| KEYSTONE PM & LDG    AVON    CO | | |

| Date of Charge | Reference Code | Approval Code |
|---|---|---|
| | | 1B |

# EXHIBIT 7

# GENERAL MESSENGER SERVICE, INC. ®



| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 96651 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 2/03/03 | 1,055.00 |

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

e tear at perforation and return top portion with your payment.

| | | | CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|---|---|---|
| | | | 800 | 96651 | 2/02/03 | 1,055.00 | 2 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | Total Charges for Ref. - 074800.102173:      96.50 | | | | |
| 1/27/03 | 710281 | RSH | PITNEY HARDIN KIPP & SZUCH LLP | US SUPERIOR COURT | | BASE RATE : 54.50 | |
| | | | 200 CAMPUS DRIVE | 595 NEWARK AVENUE | | WAIT TIME : 12.50 | |
| | | | FLORHAM PARK      NJ 07932 | JERSEY CITY      NJ 07097 | | INSURANCE : .25 | 67.25 |
| | | | Caller: JANET 7601      Time: 14:54 | Wait: 33 Min | | | |
| | | | Signed: MARY HOLOWINKA-SECRETA Time: 16:15 | | | | |
| | | | | Your Ref.:082910.065656 | | | |
| | | | | | | TOTAL ▶ | Continued |

INVOICE PAYMENT DUE UPON RECEIPT

# GENERAL MESSENGER SERVICE, INC. ®



| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 96651 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 2/03/03 | 1,055.00 |

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

Please tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 96651 | 2/02/03 | 1,055.00 | 3 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|---|
| 1/27/03 | 710288 | RSH | PITNEY HARDIN KIPP & SZUCH LLP 200 CAMPUS DRIVE FLORHAM PARK NJ 07932 Caller: JANET 7601 Time: 14:55 Signed: DIANE MCCULLOUGH-RECEP Time: 16:59 | SORIANO HINKLE 75 EISENHOWER PARKWAY ROSELAND NJ 07068 Your Ref.:082910.065656 | BASE RATE 32.00 INSURANCE .25 | 32.2 |
| 1/31/03 | 710584 | RSH | PITNEY HARDIN KIPP & SZUCH LLP 200 CAMPUS DRIVE FLORHAM PARK NJ 07932 Caller: JANET 7601 Time: 14:21 Signed: MR HOLOWENSKI-LW CLK Time: 15:45 | SUPRIOR COURT 595 NEWARK AVE JERSEY CITY NJ 07097 Your Ref.:082910.065656 | BASE RATE 54.50 INSURANCE .25 | 54.7 |

TOTAL ▶

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  May 1, 2003 |
| | : | Hearing Date: TBD, if necessary |

## **VERIFICATION**

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes

and says:

1.   I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and

am a member in good standing of the bars of the State of New Jersey, the United States District

Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the

United States District Court for the Northern District of New York, the United States District

Court for the Eastern District of New York, the United States District Court for the Southern

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.    I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: April 4, 2003

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP

_____
Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2