UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | |
| W.R. Grace & Co., et al. : | Chapter 11 |
| : | Case No. 01-01139 (JKF) |
| Debtor : | |
| : | Jointly Administered |
| : | OBJECTION DEADLINE: May 11, 2003 at 4:00 p.m. |
| : | HEARING DATE: May 19, 2003 at 12:00 p.m. |

## MOTION OF YESSENIA RODRIGUEZ AND CARLOS NIEVES RELIEF FROM THE STAY PROVIDED BY 11 U.S.C. §362 OF THE BANKRUPTCY CODE

Creditors, Yessenia Rodriguez and Carlos Nieves ("Movants") by and through their undersigned counsel, herewith request that this Honorable Court enter an Order granting them Relief from the Automatic Stay provided Debtors in this case by virtue of 11 U.S.C. §362 and in support of that request state as follows:

### JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§1334 and 157. Venue of this proceeding and for this Motion is proper pursuant to 28 U.S.C. §§1408 and 1409. This is a "core proceeding" pursuant to 28 U.S.C. §157(b)(2). Bankruptcy Code §362(d)(1) provides the statutory basis for the particular relief sought herein by the Movants.

### BACKGROUND

2. On July 5, 1999, Movant, Yessenia Rodriguez, while lawfully and rightfully on the premises owned by the Debtors at 355 N. 5th Street in Newark, New Jersey was caused to fall by reason of the negligence of the Debtors. As a result of the

fall, Movant has sustained injury causing permanent injury, permanent disfigure, permanent loss of bodily function and have been suffering great pain in damages.

3.   Movant, Carlos Nieves, as a result of Ms. Rodriguez's injuries has and continues to be deprived of the consortium and services of Ms. Rodriguez.

## LEGAL ARGUMENT

4.   The Estate requests relief from the Automatic Stay provisions of Title 11 of the United States Code (11 U.S.C. §362) pursuant to 28 U.S.C. §362(d) which states, in pertinent part;

> (d)   On request of a party in interest and after Notice and a hearing the Court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying or conditioning such stay-
>
>> (1)   For cause, including the lack of adequate protection of an interest in property of such party in interest…

5.   While "cause" is left undefined in 28 U.S.C. §362, it is clear that Congress intended proceedings having little to do with the bankruptcy statutes and commercial matters, such as domestic and personal injury cases, to be tried and handled in tribunals having particular expertise in those areas. For example, Congress contemplated that cause for relief would include a "desire to permit an action to proceed to completion in another tribunal…[or] the lack of any connection with or interference with the pending bankruptcy case." H.R. Rep. No. 95-595, 95th Cong., Sess. (1977), reprinted in 1978 U.S. Code and Cong. & Ad. News 6300.

6.   Importantly, the Movants seek the ability to try their claims against the Debtors in an appropriate State Court and to seek payment of any settlement or final judgment from Debtors' applicable insurance carriers – not from the estate of the Debtors except to the extent that the claims exceed that coverage and then as a general unsecured creditor.

WHEREFORE, the Movants respectfully requests that this Honorable Court enter an Order lifting the stay and permitting it to institute action in State Court for its loss.

Respectfully submitted,

By: _____
Sheldon K. Rennie (ID. No. 3772)
Fox Rothschild, LLP
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 655-7460

WM1 9998v1 04/23/03