UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| W.R. Grace & Co., et al. | : Chapter 11 |
| | : Case No. 01-01139 (JKF) |
| Debtors | : |
| | : Jointly Administered |
| | : OBJECTION DEADLINE: May 11, 2003 at 4:00 p.m. |
| | : HEARING DATE: May 19, 2003 at 12:00 p.m. |

### NOTICE OF MOTION BY YESSENIA RODRIGUEZ AND CARLOS NIEVES RELIEF FROM THE STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:   The Debtor, the U.S. Trustee and Parties in interest:

Yessenia Rodriguez and Carlos Nieves have filed a Motion For Relief From The Stay imposed by 11 U.S.C. §362, which seeks the following relief:

That the Automatic Stay entered pursuant to 11 U.S.C. §362 be lifted and that the Movants be authorized to proceed in State Court against the Debtors in order to liquidate their claim for civil damages for personal injuries.

**HEARING ON THE MOTION WILL BE HELD ON MAY 19, 2003 at 12:00 P.M.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(d)) to the attached Motion at least five business days before the above hearing date. At the same time, you must also serve a copy of the response upon Movant's attorney:

Sheldon K. Rennie, Esquire
Fox Rothschild, LLP
919 N. Market Street, Suite 1300
Wilmington, DE  19801

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

FOX ROTHSCHILD, LLP

By: _____
Sheldon K. Rennie (ID. No. 3772)
919 Market Street, Suite 1300
Wilmington, DE  19801
Phone: (302) 655-7460
Fax:    (302) 655-7004

WM1 9998v1 04/23/03