## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| W.R. Grace & Co., et al. | :    **Chapter 11** |
| | :    **Case No. 01-01139 (JKF)** |
| Debtor | : |
| | :    **Jointly Administered** |
| | :    OBJECTION DEADLINE: May 11, 2003 at 4:00 p.m. |
| | :    HEARING DATE: May 19, 2003 at 12:00 p.m. |

AND NOW, this ___ day of May, 2003, upon consideration of Movants' Motion Requesting Relief from the provision of the Automatic Stay, 11 U.S.C. §362, as well as any Response thereto,

IT IS HEREWITH ORDERED that the Stay provided by 11 U.S.C. §362 is herewith modified and lifted so as to permit the Movants' to proceed with the institution of Civil Action in appropriate State Court and to proceed thereon to settlement for final judgment and to satisfy such settlement for final judgment from Debtor's insurance coverage thereon existing, and it is further;

ORDERED that any balance of any final judgment or settlement not covered by applicable insurance shall be granted status as a liquidated general unsecured claim in this Jointly Administered Chapter 11 Case against Debtors.

                                                          BY THE COURT:

                                                          _____
                                                          United States Bankruptcy Judge