UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| W.R. Grace & Co., et al. | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| Debtor | : | |
| | : | Jointly Administered |

## CERTIFICATION OF SERVICE

The undersigned counsel for the Movants herewith certifies that a true, correct and complete copy of the attached Motion for Relief was served on all counsel and parties listed on the attached service list via Hand Delivery, on their addresses as shown on the 23 day of April, 2003.

_____
Sheldon K. Rennie

WM1 9998v1 04/23/03

## SERVICE LIST

**By Hand Delivery:**

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 King St., Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801