IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON APRIL 28, 2003 AT 12:00 P.M.**

**UNCONTESTED MATTERS**

1.  Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

    **Related Documents:**

    a.  [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

    **Response Deadline:** Extended until May 2, 2003 at 4:00 p.m. for the Debtors

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status:** The parties continue to work on a resolution to this matter. If a resolution is reached before the hearing, an agreed order will be filed with the Court under a certification of counsel. If the matter is not resolved and documented before the hearing, the parties will request that this matter be continued to the next omnibus hearing.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.  Motion of DK Acquisition Partners, L.P. for an Order Permitting Trading in the Debtors' Bank Debt (Docket No. 3483)

    **Related Documents:**

    a.  Notice of Motion (Docket No. 3483)

    b.  [Proposed] Order Approving Motion of DK Acquisition Partners, L.P. for an Order Permitting Trading in the Debtors' Bank Debt (Docket No. 3483)

    b.  Amended Notice of Motion (Docket No. 3484)

    **Response Deadline:** April 11, 2003 at 4:00 p.m. **(Extended until May 2, 2003 at 4:00 p.m. for the United States Trustee)**

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status: DK Acquisition Partners, L.P. has requested that this matter be continued to the May 19, 2003 omnibus hearing at 12:00 p.m. to allow additional time for the United States Trustee to respond. This matter will not be going forward.**

3.  Motion of the Debtors for an Order Extending Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 3544)

    **Related Documents:**

    a.  [Proposed] Order Extending Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property (Docket No. 3544)

    b.  Certification of Counsel Regarding Docket No. 3544 (Docket No. 3683)

    **Response Deadline:** April 11, 2003 at 4:00 p.m.

    **Responses Received:**

    a.  Opposition of Lessor William B. Dunbar to Motion of the Debtors for an Order Extending Time to Assume, Assume and Assign, or Reject Unexpired Leases of Nonresidential Real Property, Filed March 24, 2003 (Docket No. 3670)

    **Status:** The objection to this matter has been resolved. The Debtors' have filed a revised order under certification of counsel. If the Court signs the proposed order, this matter will not be going forward.

## CONTESTED MATTERS

4.  Motion to Compel Discovery and for Discovery Status Conference (Adv. Pro. No. 02-1657, Docket No. 29)

**Related Documents:**

a.  [Proposed] Order Granting Reaud, Morgan & Quinn, Inc. and Environmental Litigation Group, P.C.'s Motion to Compel Discovery and for Discovery Status Conference (Adv. Pro. No. 02-1657, Docket No. 29)

b.  Certificate of Counsel Regarding Motion to Compel Discovery and for Discovery Status Conference (Adv. Pro. No. 02-1657, Docket No. 29)

**Response Deadline:** Extended until April 11, 2003 at 4:00 p.m. for all parties

**Responses Received:**

a.  Debtors' Objection to Motion to Compel Discovery and for Discovery Status Conference (Adv. Pro. No. 02-1657, Docket No. 32)

b.  Defendant and Third Party and Joinder Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A.'s Opposition to Motion to Compel Discovery and for Discovery Status Conference (Adv. Pro. No. 02-1657, Docket No. 31)

**Status:** This matter will be going forward.

## PENDING MATTERS

5.  Certification of Counsel with Respect to Supplemental Order Approving Quarterly Fee Application for the **Fourth Interim** Period (Docket No. 3149)

    **Status: The Court has entered an order on this matter. This matter will not be going forward.**

6.  Certification of Counsel Regarding Stipulation and Order Permitting Benefit Guarantee Corporation to File Consolidated Claims Under One Case Number (Docket No. 3569)

    **Status: The Court has entered an order on this matter. This matter will not be going forward.**

7.     Certification of Counsel (Docket No. 24 in Adversary 02-02013)

       **Status:** The Court has entered an order on this matter. This matter will not be going forward.

Dated: April 24, 2003

KIRKLAND & ELLIS
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

*/s/ Paula A. Galbraith*
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession