IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 24th day of April 2003, I caused a

copy of the following document to be served on the individuals on the attached service lists in

the manner indicated:

1.    **AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 28, 2003 AT 12:00 P.M.**

Paula A. Galbraith (DE Bar No. 4258)

91100-001\DOCS_DE:62570.4