## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF DUANE MORRIS LLP
### FOR THE SEVENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C. ("Smith"), acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Seventh Interim Quarterly Fee Application of Duane Morris LLP</u> (the "Application").

### BACKGROUND

1.      Duane Morris LLP ("Duane Morris") was retained as counsel to the official committee of asbestos property damage claimants.  In the Application, Duane Morris seeks approval of fees totaling $61,880.50 and costs totaling $3,757.47 for its services from October 1, 2002, through December 31, 2002.

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time entries included in the exhibits to the Application for compliance with 11 U.S.C. § 330,  Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30,

1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on Duane Morris an initial report based on our review and received a response from them, portions of which are quoted herein.

## DISCUSSION

### General Issues

3.      In our initial report, we noted that the time entries were generally adequately detailed, though a number of Duane Morris timekeepers lumped their time entries.    Lemkin,  Lagravenis, Speers and Hollinghead  consistently lumped tasks in their entries.  Local Rule 2016-2(d)(vii) states, "Activity descriptions shall not be lumped –  each activity shall have a separate description and a time allotment."  Paragraph  II.D.5. of the Guidelines states, " .... Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; ..."  This has been brought up in previous reports.  We asked Duane Morris to advise these timekeepers to avoid lumping their entries in the future.

### Specific Expense Entries

4.      In our initial report, we noted that Duane Morris billed 11.50 hours and $4,772.50 to the project category Fraudulent Conveyance (Adv. Proceeding).  On July 10, 2002, Judge Wolin entered an order dealing with the Sealed Air fraudulent transfer litigation fees in which he withdrew his reference of that matter from the bankruptcy court, requiring District Court approval for all fees involved in said litigation matters.   We asked Duane Morris to explain why fees for matters regarding fraudulent conveyance would still be billed for consideration in this bankruptcy court more than three months after Judge Wolin's order was entered.  Duane Morris

replied as follows:

> With regard to the 11.5 hours, valued at $4,772.50, which were billed to the project category "Fraudulent Conveyances", these were general litigation and litigation consulting expenses which in the future will be coded as task code 016. These fees are not duplicative of any other requests filed by Duane Morris in this case.

We accept this explanation and have no objection to these fees.

5.    We further noted that Lagravenis ($130) and Speers ($140) spent a total of 26.40 hours and $3,379.00 on tasks that may not be compensable.  (See Exhibit A).  Paragraph II. E. 7. of the Guidelines states "[f]actors relevant to a determination that the expense is proper include the following: . . Whether the expenses appear to be in the nature of nonreimbursable overhead ... Overhead includes word processing, proofreading, secretarial and other clerical services, . . ." We asked Duane Morris to review Exhibit A and explain why these activities should  be considered compensable.  Duane Morris replied as follows:

> With regard to the 26.40 hours, valued at $3,379.00, which were billed by Duane Morris paralegals, Duane Morris responds that these tasks were not merely ministerial. We believe that it is necessary for someone with paralegal training (as opposed to a secretary or file clerk) to review and organize the pleadings so that necessary documents will be available for hearings. These tasks are not merely clerical. They are not general maintenance of office paperwork, but rather require an understanding of the type of documents being reviewed. Each of the entries involved the review of pleadings and documents for content prior to the organization of the documents. Moreover, certain of these entries involved the review of bankruptcy reporter materials. In these instances, the paralegal provided substantive review of legal materials to determine their relevance to this case. It would have been far more costly for an attorney to review these materials without this initial review.

We appreciate this response, and have no objection to these fees.

## CONCLUSION

6.      Thus, we recommend approval of fees totaling $61,292.50 and costs totaling $3,757.47 for Duane Morris' services from October 1, 2002, through December 31, 2002.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 4080
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 24th day of April, 2003.

_____
Warren H. Smith

Exhibit A[1]

10/3/2002 004    R LAGRAVENIS          REVIEW CORRESPONDENCE,          3.50
$455.00

PLEADINGS, TRIAL PLEADINGS AND
RELATED MATERIALS, AND
DISCOVERY. SORT FILE AND INDEX
MATERIALS FOR REFERENCE. REVIEW
AND FILE MONTHLY OPERATING
REPORTS APRIL 2001 -
APRIL 2002.

    10/4/2002 004    R LAGRAVENIS          REVIEW CORRESPONDENCE,
  4.50        $585.00

PLEADINGS_ TRIAL PLEADINGS AND
RELATED MATERIALS, AND
DISCOVERY. SORT FILE AND INDEX
MATERIALS FOR REFERENCE. REVIEW
AND FILE PROFESSIONAL FEE
APPLICATIONS 2002.

10/8/2002 004    R LAGRAVENIS          REVIEW, SORT, ORGANIZE, INDEX,          0.50
$65.00

AND FILE CORRESPONDENCE,
PLEADINGS, AND RELATED CASE
MATERIALS.

    10/11/2002 004    R LAGRAVENIS          REVIEW, SORT, & INDEX
  1.00        $130.00

CORRESPONDENCE, PLEADINGS,
DISCOVERY, ADVERSARY MATTERS,
AND TRIAL PLEADINGS.

10/17/2002 004    R LAGRAVENIS          REVIEW, SORT, ORGANIZE, AND          1.60
$208.00

INDEX CASE MATERIALS, PLEADINGS,
DISCOVERY, TRIAL PLEADINGS, AND
CORRESPONDENCE.

10/21/2002 004    R LAGRAVENIS          REVISE WR GRACE SERVICE LIST,          0.70
$91.00

MULTIPLE TELEPHONE CALLS TO
COUNSEL CONFIRMING ADDRESS AND
NUMBERS. DUPLICATE AND
EFFECTUATE SERVICE OF AFFIDAVIT

---

[1] Because of lumping in the time entries, it is not possible to separate those tasks that may be compensable from those that are not.

|  |  |  | OF M. LATOWSKI AFFIRMING AMOUNT OF LEGAL SERVICES BILLED THROUGH SEPTEMBER 30, 2002. |  |  |
| --- | --- | --- | --- | --- | --- |
| 10/28/2002 | 004 | DM SPEERS | REVIEWING 10/28/02 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.20 | $28.00 |
| 10/30/2002 | 004 | DM SPEERS | REVIEWING 10/30/02 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING W.R. GRACE ITEM TO WKATCHEN | 0.10 | $14.00 |
| 10/30/2002 | 004 | DM SPEERS | REVIEWING 10/30/02 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEM TO WKATCHEN | 0.I0 | $14.00 |
| 10/25/2002 | 025 | DM SPEERS | REVIEWING 10/25/02 DAILY BANKRUPTCY NEWS HEADLINES, RETRIEVING AND FORWARDING ASBESTOS ARTICLES TO WSKATCHEN | 0.20 | $28.00 |
| 11/1/2002 | 004 | DM SPEERS | REVIEWING 11/1/02 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCtl_N | 0.10 | $14.00 |
| 11/4/2002 | 004 | DM SPEERS | REVIEWING 11/4/02 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN | 0.40 | $56.00 |
| 11/4/2002 | 004 | R LAGRAVENIS | REVIEW, SORT, AND INDEX CORRESPONDENCE, PLEADINGS, AND CORRESPONDENCE. CONFER WITH FILING CLERK REGARDING OFF-SITE STORAGE OF OLDER PLEADINGS AND CASE RELATED MATERIALS. | 0.90 | $117.00 |
| 11/5/2002 | 004 | DM SPEERS | REVIEWING 11/5/02 DAILY BANKRUPTCY NEWS HEADLINES, | 0.40 | $56.00 |

|  |  |  | COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |  |
|---|---|---|---|---|
| 11/6/2002 004 $28.00 | DM SPEERS | REVIEWING 11/6/02 DAILY | 0.20 |
|  |  |  | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |  |
| 11/7/2002 004 $42.00 | DM SPEERS | REVIEWING 11/7/02 DAILY | 0.30 |
|  |  |  | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |  |
| 11/8/2002 004 $28.00 | DM SPEERS | REVIEWING 11/8/02 DAILY | 0.20 |
|  |  |  | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |  |
| 0.90 | 11/8/2002 004 $117.00 | R LAGRAVENIS | CONFER WITH FILE CLERK |
|  |  |  | REGARDING CREATION OF PLEADING BOARDS. REMOVE INACTIVE FILES FOR STORAGE AND REVIEW, SORT, AND FILE CURRENT PLEADINGS, DISCOVERY, AND CORRESPONDENCE. |  |
| 11/11/2002 004 $416.00 | R LAGRAVENIS | REVIEW AND PROOFREAD INDEX, | 3.20 |
|  |  |  | REVISE AS NECESSARY. REVIEW, SORT,, ORGANIZE AND INDEX CORRESPONDENCE, PLEADINGS, AND DISCOVERY. |  |
| 0.10 | 11/12/2002 004 $14.00 | DM SPEERS | REVIEWING 11/12/02 DAILY |
|  |  |  | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |  |
| 0.I0 | 11/13/2002004 $14.00 | DM SPEERS | REVIEWING 11/13/02 DAILY |
|  |  |  | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |  |
| 2.00 | 11/13/2002 004 $260.00 | R LAGRAVENIS | RECEIVE AND REVIEW MAIL AND |
|  |  |  | PLEADINGS. REVIEW, SORT, |  |

| | | | | |
|---|---|---|---|---|
| | | | | ORGANIZE, AND INDEX CORRESPONDENCE, PLEADINGS, AND DISCOVERY. REVIEW, SORT, AND ORGANIZE TRANSCRIPTS AND LEGAL RESEARCH. |
| | 11/14/2002 004 | DM SPEERS | REVIEWING 11/14/02 DAILY | |
| 0.20 | $28.00 | | | |
| | | | | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |
| 11/14/2002 004 | R LAGRAVENIS | | REVIEW, SORT, ORGANIZE AND INDEX | |
| 1.50 | $195.00 | | | |
| | | | | PLEADINGS, CORRESPONDENCE, TRIAL PLEADINGS, FEE APPLICATIONS, LEGAL RESEARCH, AND DISCOVERY MATERIALS. RECEIVE AND REVIEW WR GRACE'S MOTION TO APPOINT AN EXAMINER OR LIMITED TRUSTEE. |
| 11/19/2002004 | DM SPEERS | | REVIEWING 11/19/02 DAILY | 0.20 |
| $28.00 | | | | |
| | | | | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |
| | 11/20/2002 004 | DM SPEERS | REVIEWING 11/20/02 DAILY | |
| 0.10 | $14.00 | | | |
| | | | | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |
| 11/21/2002 004 | DM SPEERS | | REVIEWING 11/21/02 DAILY | 0.20 |
| $28.00 | | | | |
| | | | | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |
| 11/25/2002 004 | DM SPEERS | | REVIEWING 11/25/02 DAILY | 0.10 |
| $14.00 | | | | |
| | | | | BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN |
| | 11/25/2002 004 | R LAGRAVENIS | REVIEW, PROOFREAD AND REVISE | |
| REVISE | 2.00 | $260.00 | | |
| | | | | INDEX. REVIEW, SORT, AND ORGANIZE CORRESPONDENCE, |

PLEADINGS, AND DISCOVERY
MATERIALS.

11/26/2002004    DM SPEERS         REVIEWING 11/26/02 DAILY                    0.10
$14.00

BANKRUPTCY NEWS HEADLINES,
COPYING AND E-MAILING ASBESTOS
ITEMS TO WKATCHEN

11/27/2002 004    DM SPEERS         REVIEWING 11/27/02 DAILY
0.10       $14.00

BANKRUPTCY NEWS HEADLINES,
COPYING AND E-MAILING ASBESTOS
ITEMS TO WKATCHEN

12/16/2002004    DM SPEERS         REVIEWING 12/16/02 DAILY                    0.10
$I4.00

BANKRUPTCY NEWS HEADLINES,
COPYING AND E-MAILING ASBESTOS
ITEMS TO WKATCHEN

12/17/2002004    DM SPEERS         REVIEWING 12/17/02 DAILY                    0.10
$14.00

BANKRUPTCY NEWS HEADLINES,
COPYING AND E-MAILING ASBESTOS
ITEMS TO WKATCHEN

12/18/2002 004    DM SPEERS         REVIEWING 12/18/02 DAILY                    0.10
$14.00

BANKRUPTCY NEWS HEADLINES,
COPYING AND E-MAILING ASBESTOS
ITEMS TO WKATCHEN

12/19/2002 004    DM SPEERS         REVIEWING 12/19/02 DAILY
0.20       $28.00

BANKRUPTCY NEWS HEADLINES,
COPYING AND E-MAILING ASBESTOS
ITEMS TO WKATCHEN

12/20/2002 004    DM SPEERS         REVIEWING 12/20/02 DAILY
0.20       $28.00

BANKRUPTCY NEWS HEADLINES,
COPYING AND E-MAILING ASBESTOS
ITEMS TO WKATCHEN

## SERVICE LIST
### Notice Parties

**The Applicant**

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of
Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of
Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of
Personal Injury Claimants**

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801