IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: April 23, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: June 17, 2003 @ 12:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3613

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Fifth Interim Fee Application of Conway, Del Genio, Gries & Co., LLC ("CDG") For Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2002 Through June 30, 2002 (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 23, 2003. [1]

FERRY, JOSEPH & PEARCE, P.A.

/s/ Lisa L. Coggins
Michael B. Joseph (#392)
Theodore J. Tacconelli (#2678)
Lisa L. Coggins (#4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
(302) 575-1555
Local Counsel to the Official Committee of
Asbestos Property Damage Claimants

-and-

---

[1] CDG may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

                    Bilzin Sumberg Baena Price & Axelrod LLP
                    Scott L. Baena, Esq.
                    Jay M. Sakalo, Esq.
                    2500 First Union Financial Center
                    200 South Biscayne Boulevard
                    Miami, FL 33131-2336
                    Counsel to the Official Committee of Asbestos
                    Property Damage Claimants

Dated: April 23, 2003