**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

Objection Deadline:   May 19, 2003 at 4:00 p.m.

**SEVENTEENTH MONTHLY APPLICATION OF
KLETT ROONEY LIEBER & SCHORLING,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD MARCH 1, 2003 THROUGH MARCH 31, 2003**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | March 1, 2003 through March 31, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $7,177.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $481.33 |

This is a(n): ___ interim        ____ final application.        _x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

WLM45462.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

### SUMMARY OF TIME FOR BILLING PERIOD
### MARCH 1, 2003 THROUGH MARCH 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $445 | 9.1 | $4,049.50 |
| Rhonda L.Thomas | $210 | 5.2 | $1,092.00 |
| Frances A. Panchak | $135 | 0.6 | $81.00 |
| Raelena Y. Taylor | $125 | 15.3 | $1,912.50 |
| Barbara Rost | $85 | 0.5 | $42.50 |
| **TOTAL** | | **30.7** | **$7,177.50** |

### SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### MARCH 1, 2003 THROUGH MARCH 31, 2003

| Project category | Total Hours | Total Fees |
|------------------|-------------|------------|
| Asset Disposition | 0.4 | $178.00 |
| Business Operations | 1.5 | $667.50 |
| Case Administration | 8.1 | $1,870.00 |
| Claims Administration & Objections | 0.3 | $133.50 |
| Employee Benefits/Pensions | 0.5 | $222.50 |
| Fee/Employment Applications | 7.3 | $1,664.50 |
| Litigation | 0.6 | $267.00 |
| Plan & Disclosure Statement | 0.3 | $133.50 |
| Klett Rooney Fee/Employment Applications | 11.2 | $1,818.50 |
| Hearings | 0.5 | $222.50 |
| **TOTAL** | **30.7** | **$7,177.50** |

WLM45462.1

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**MARCH 1, 2003 THROUGH MARCH 31, 2003**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $47.25 |
| Federal Express | $91.54 |
| Messenger Services | $215.18 |
| Duplicating Services | $119.34 |
| Telecopy Expenses | $8.02 |
| **TOTAL** | $481.33 |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: *Rhonda L Thomas*

Teresa K. D. Currier (No. 3080)
Rhonda L. Payne (No. 4053)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders

Dated: April 28, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    APRIL 22, 2003
MATTER :  W9600-001
INVOICE : 155580

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03   T C

RE:  IN RE: W.R. GRACE & CO., ET AL.

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 03/05/03 TELECOPY EXPENSES | 3.30 |
| 03/06/03 FEDERAL EXPRESS - 4-590-82204 -  FEDERAL EXPRESS CORPORATION | 19.36 |
| 03/06/03 FEDERAL EXPRESS - 4-590-42018 -  FEDERAL EXPRESS CORPORATION | 12.08 |
| 03/11/03 DUPLICATING SERVICES - WR GRACE -  DIGITAL LEGAL SERVICES | 119.34 |
| 03/12/03 REPRODUCTION OF DOCUMENTS | 3.00 |
| 03/12/03 REPRODUCTION OF DOCUMENTS | 1.50 |
| 03/13/03 FEDERAL EXPRESS - 4-591-23386 - FEDERAL EXPRESS CORPORATION | 10.73 |
| 03/18/03 REPRODUCTION OF DOCUMENTS | 9.15 |
| 03/18/03 REPRODUCTION OF DOCUMENTS | 2.10 |
| 03/18/03 REPRODUCTION OF DOCUMENTS | 4.50 |
| 03/18/03 TELECOPY EXPENSES | 4.72 |
| 03/18/03 REPRODUCTION OF DOCUMENTS | 17.40 |
| 03/21/03 MESSENGER SERVICES - 15477 -   PARCELS, INC.-D D R | 7.50 |
| 03/25/03 MESSENGER SERVICES - 15607 -  PARCELS, INC.-D D R | 15.00 |
| 03/25/03 FEDERAL EXPRESS - 4-591-63109 -  FEDERAL EXPRESS CORPORATION | 27.81 |
| 03/25/03 MESSENGER SERVICES - 4947 -   TRISTATE COURIER & CARRIAGE | 185.18 |
| 03/25/03 REPRODUCTION OF DOCUMENTS | 9.60 |
| 03/25/03 MESSENGER SERVICES - 15708 -  PARCELS, INC.-D D R | 7.50 |
| 03/31/03 FEDERAL EXPRESS - 4-642-02122 - FEDERAL EXPRESS CORPORATION | 21.56 |

TOTAL EXPENSE ADVANCES :          481.33

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    APRIL 22, 2003
                                          MATTER :   W9600-001
                                          INVOICE : 155580

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

RE:   IN RE: W.R. GRACE & CO., ET AL.

TOTAL DUE :                  481.33

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   APRIL 22, 2003
                                             MATTER  :  W9600-003
                                             INVOICE  :  155581


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

    RE:  ASSET DISPOSITION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 03/25/03 | TC | REVIEWED MOTION FOR ORDER EXTENDING TIME TO ASSUME OR REJECT LEASES | .40 |


## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| T CURRIER | 445.00 | .40 | 178.00 |
| TOTALS | | .40 | 178.00 |

                    TOTAL FEES :            178.00

                    TOTAL DUE  :            178.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   APRIL 22, 2003
                                           MATTER :  W9600-004
                                           INVOICE : 155582

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/03/03 | TC | REVIEWED SUPPLEMENT TO MOTION TO EXTEND AND MODIFY DIP FINANCING | .80 |
| 03/04/03 | TC | REVIEWED NOTICE OF AMENDMENTS AND SUPPLEMENTS TO SCHEDULES | .40 |
| 03/14/03 | TC | REVIEWED POSTPETITION FINANCING ORDER | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T CURRIER | 445.00 | 1.50 | 667.50 |
| TOTALS | | 1.50 | 667.50 |

TOTAL FEES :                    667.50

TOTAL DUE  :                    667.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE : APRIL 22, 2003
                                             MATTER : W9600-005
                                             INVOICE : 155583


       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

       RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/06/03 | FAP | REVIEW RT E-MAIL AND UPDATE 2002 LIST | .10 |
| 03/06/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .40 |
| 03/11/03 | TC | REVIEWED AGENDA LETTER FOR 3/17 HEARING | .30 |
| 03/12/03 | RTT | REVIEW AMENDED AGENDA RE MARCH 17,2003 HEARING AT 12:00 P.M.(.2); EMAIL TO T.CURRIER RE SAME(.1) | .30 |
| 03/13/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.70 |
| 03/17/03 | RLT | DISCUSSED CASE WITH TERRI CURRIER (.2); REVIEWED MATERIALS SENT ON BACKGROUND OF CASE (1.0) | 1.20 |
| 03/17/03 | RTT | DOWNLOAD AND REVIEW OMNIBUS ORDER GRANTING FEE APPLICATIONS(.1); EMAIL FROM T.CURRIER RE SAME(.1) | .20 |
| 03/17/03 | RTT | REVIEW EMAIL FROM W.SMITH RE ADRESS CHANGE(.1); UPDATE SERVICE LIST RE SAME(.1) | .20 |
| 03/17/03 | RTT | EMAIL FROM T.CURRIER RE CASE RE-ASSIGNMENT | .10 |
| 03/19/03 | TC | ATTENDED MEETING OF COMMITTEE | 1.50 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 22, 2003
                                              MATTER :  W9600-005
                                              INVOICE : 155583


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

     RE:  CASE ADMINISTRATION


03/21/03 RLT   REVIEWED ALL MEMORANDUM SURROUNDING THE CASE        2.10



                  T I M E   S U M M A R Y
                  -----------------------

                       RATE      HOURS          TOTALS
                       ----      -----          ------

  A PANCHAK           135.00       .10           13.50
  L THOMAS            210.00      3.30          693.00
  T TAYLOR            125.00      2.90          362.50
  CURRIER             445.00      1.80          801.00
             TOTALS              8.10          1870.00


             TOTAL FEES :                          1,870.00


             TOTAL DUE   :                          1,870.00
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE : APRIL 22, 2003
                                              MATTER : W9600-006
                                              INVOICE : 155584


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

        RE:  CLAIMS ADMINISTRATION & OBJECTIONS


DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
----  ----   -------------------------------                     -----

03/12/03 TC   REVIEWED MOTION OF DKACQUISTION TO ALLOW             .30
              TRADING IN BANK DEBT


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

T CURRIER               445.00     .30           133.50
              TOTALS               .30           133.50


                    TOTAL FEES :                    133.50


                    TOTAL DUE  :                    133.50


PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : APRIL 22, 2003
MATTER : W9600-007
INVOICE : 155585

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

RE:  EMPLOYEE BENEFITS/PENSIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/04/03 | TC | REVIEWED ORDER AUTHORIZING BUT NOT REQUIRING IMPLEMENTATION OF LONG TERM INCENTIVE PROGRAM | .30 |
| 03/04/03 | TC | REVIEWED ORDER AUTHORIZING DEBTORS TO CONTRIBUTE FUNDS TO CURTIS PENSION TRUST | .20 |

## TIME SUMMARY

| | RATE | HOURS | TOTALS |
|-----------|--------|-------|--------|
| T CURRIER | 445.00 | .50 | 222.50 |
| TOTALS | | .50 | 222.50 |

TOTAL FEES :            222.50

TOTAL DUE  :            222.50

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    APRIL 22, 2003
                                             MATTER :  W9600-008
                                             INVOICE : 155586


       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

       RE:   FEE/EMPLOYMENT APPLICATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/03/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S SEVENTEENTH FEE APPLICATION(.4); DISTRIBUTE SAME TO T.CURRIER(.1) | .50 |
| 03/04/03 | FAP | DISCUSSION WITH RT RE: FILING/SERVICE OF NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S SEVENTEENTH FEE APPLICATION (.1); FILE SAME (.3) | .40 |
| 03/04/03 | RTT | PREPARE SERVICE RE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S SEVENTEENTH FEE APPLICATION | .20 |
| 03/04/03 | TC | REVIEWED AND REVISED CNO FOR KRAMER LEVIN FEE APP | .40 |
| 03/04/03 | TC | CONFERENCE WITH RAELENA TAYLOR RE INTERIM FEE PROCEDURES | .40 |
| 03/04/03 | TC | REVIEWED FEE AUDITOR'S SPREADSHEET | .40 |
| 03/05/03 | RTT | EMAIL TO AND FROM CO-COUNSEL RE FILING OF SEVENTH QUARTERLY FEE APPLICATION | .10 |
| 03/05/03 | TC | REVIEWED QUARTERLY FEE APPLICATIONS | .40 |
| 03/07/03 | RTT | REVIEW EMAIL FROM KRAMER LEVIN RE QUARTERLY FEE APPLICATION FOR THE PERIOD 12/1/02 THROUGH 10/31/02(.1); REVIEW FEE APPLICATION RE SAME(.3) | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   APRIL 22, 2003
                                              MATTER : W9600-008
                                              INVOICE : 155586

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| 03/10/03 | RTT | DRAFT NOTICE OF QUARTERLY FEE APPLICATION OF KRAMER LEVIN FOR THE PERIOD 10/1/02 THROUGH 12/31/02(.4); DISTRIBUTE SAME TO T.CURRIER (.1) | .50 |
| 03/11/03 | RTT | EMAIL TO AND FORM T.CURRIER RE KAMER LEVIN'S QUARTERLY FEE APP FOR PERIOD OCTOBER 1, 2002 THROUGH DECEMBER 31,2002 | .10 |
| 03/11/03 | RTT | PREPARE E-FILING RE KRAMER LEVIN'S QUARTERLY FEE APP FOR THE PERIOD OCTOBER 1, 2002 THROUGH DECEMBER 31, 2002 | .60 |
| 03/11/03 | TC | REVIEWED KRAMER LEVIN INTERIM FEE REQUEST | .40 |
| 03/12/03 | RTT | E-FILE AFFIDAVIT OF SERVICE RE KRAMER'S QUARTERLY FEE APPLICATION FOR THE PERIOD OCTOBER 2002 THROUGH DECEMBER 2002 | .30 |
| 03/12/03 | RTT | CALENDAR OBJECTION DEADLINE TO KRAMER'S QUARTERLY FEE APPLICATION FOR OCTOBER 2002, THROUGH DECEMBER 2002 | .10 |
| 03/17/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S SEVENTEENTH FEE APPLICATION(.4); RETRIEVE AND REVIEW DOCKET RE SAME(.1); DISTRIBUTE SAME TO T.CURRIER(.1) | .60 |
| 03/18/03 | BR | DRAFT AFFIDAVIT OF SERVICE FOR CNOS TO KLETT ROONEY & KRAMER LEVIN'S FEE APPLICATIONS (.3); EFILE SAME (.2) | .50 |
| 03/18/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S EIGHTEENTH FEE APPLICATION | .60 |
| 03/18/03 | TC | REVIEWED DOCKET AND EXECUTED CNOS FOR KRAMER LEVIN AND OUR FEES | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE : APRIL 22, 2003
                                             MATTER : W9600-008
                                             INVOICE : 155586

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

RE:  FEE/EMPLOYMENT APPLICATIONS

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| B ROST | 85.00 | .50 | 42.50 |
| F A PANCHAK | 135.00 | .40 | 54.00 |
| R T TAYLOR | 125.00 | 4.00 | 500.00 |
| T CURRIER | 445.00 | 2.40 | 1068.00 |
| TOTALS | | 7.30 | 1664.50 |

TOTAL FEES :                                      1,664.50

TOTAL DUE  :                                      1,664.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   APRIL 22, 2003
                                              MATTER :  W9600-011
                                              INVOICE : 155587


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

      RE:  LITIGATION



  DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----   ----    -------------------------------                   -----

03/04/03 TC     REVIEWED ORDER EXTENDING REMOVAL PERIOD              .10

03/14/03 TC     REVIEWED IMPORTANT SUPREME COURT ASBESTOS            .50
                DECISION, AS DISTRIBUTED TO OUR COMMITTEE



                  T I M E   S U M M A R Y
                  -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

  T CURRIER             445.00    .60           267.00
                 TOTALS           .60           267.00


                 TOTAL FEES :                         267.00


                 TOTAL DUE  :                         267.00
```

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   APRIL 22, 2003
MATTER :   W9600-013
INVOICE :  155588

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03   T C

RE:  PLAN & DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 03/04/03 | TC | REVIEWED ORDER EXTENDING EXCLUSIVE PERIOD | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| T CURRIER | 445.00 | .30 | 133.50 |
| TOTALS | | .30 | 133.50 |

TOTAL FEES :                133.50

TOTAL DUE  :                133.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   APRIL 22, 2003
MATTER : W9600-017
INVOICE : 155589

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/04/03 | FAP | DISCUSSIONS WITH RT RE: QUARTERLY FEE APPLICATIONS AND NOTICE THERETO | .10 |
| 03/04/03 | RTT | DRAFT SEVENTH QUARTERLY FEE APPLICATION OF KLETT ROONEY FOR THE PERIOD OCTOBER 1, 2002 THROUGH DECEMBER 25, 2002 | 2.50 |
| 03/04/03 | RTT | DRAFT NOTICE RE KLETT ROONEY'S SEVENTH QUARTERLY FEE APPLICATION OF KLETT ROONEY FOR THE PERIOD OCTOBER 1, 2002 THROUGH DECEMBER 25,2002 | .60 |
| 03/05/03 | RTT | E-FILE AND SERVE NOTICE AND QUARTERLY FEE APPLICATION OF KLETT ROONEY FOR THE PERIOD 10/01/02 THROUGH 12/25/02(.9); PREPARE AFFIDAVIT OF SERVICE RE SAME(.1); CORRESPONDENCE TO CO-COUNSEL RE SAME(.1); DISCUSSION WITH T.CURRIER RE SAME(.1) | 1.20 |
| 03/05/03 | TC | REVIEWED QUARTERLY FEE APPLICATION | .60 |
| 03/10/03 | RTT | REVIEW PRE-BILLS FOR KLETT ROONEY FOR THE PERIOD FEBRUARY 1, 2003 THROUGH FEBRUARY 28,2003(.6); DISTRIBUTE SAME TO T.CURRIER(.1) | .70 |
| 03/12/03 | RTT | DISTRIBUTE KLETT ROONEY'S PRE-BILL TO ACCOUNTING FOR FINAL FOR THE PERIOD 2/1/03 THORUGH 2/28/03 | .10 |
| 03/13/03 | RTT | COMPARE AND REVIEW FINAL BILL FOR KRLS FEE APPLICATION FOR THE MONTH OF FEBRUARY | .20 |
| 03/13/03 | RTT | DRAFT KLETT ROONEY'S SIXTEENTH FEE APPLICATION FOR THE PERIOD 2/1/03 THROUGH 2/28/03 | .90 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE : APRIL 22, 2003
                                          MATTER : W9600-017
                                          INVOICE : 155589


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

RE:   KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


| Date | Init | Description | Hours |
|---|---|---|---|
| 03/17/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KLETT ROONEY'S FIFTEENTH FEE APPLICATION(.4); RETRIEVE AND REVIEW DOCKET RE SAME(.1); DISTRIBUTE SAME TO T.CURRIER(.1) | .60 |
| 03/18/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS FIFTEENTH FEE APPLICATION | .60 |
| 03/19/03 | RLT | REVIEWED 16TH MONTHLY FEE APPLICATION FOR KLETT ROONEY | 1.10 |
| 03/19/03 | RTT | DISTRIBUTE KRLS SIXTEENTH FEE APPLICATION TO R.THOMAS(.1); DISCUSSION WITH T.CURRIER RE SAME(.1) | .20 |
| 03/25/03 | RLT | REVIEWED FILED FEE APPLICATION AND EMAIL RE SAME. | .80 |
| 03/25/03 | RTT | E-FILE AND SERVE SIXTEENTH MONTHLY FEE APPLICATION OF KLETT ROONEY FOR THE PERIOD OF 2/1/03 THROUGH 2/28/03(.7); PREPARE AFFIDAVIT OF SERVICE RE SAME(.1) | .80 |
| 03/25/03 | TC | REVIEWED FEE AUDITOR REPORT | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   APRIL 22, 2003
                                            MATTER :  W9600-017
                                            INVOICE : 155589


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

    RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS




                    T I M E    S U M M A R Y
                    -----------------------

                         RATE     HOURS          TOTALS
                         ----     -----          ------

   A PANCHAK             135.00     .10            13.50
   L THOMAS             210.00    1.90           399.00
   T TAYLOR             125.00    8.40          1050.00
   CURRIER              445.00     .80           356.00
              TOTALS             11.20          1818.50


              TOTAL FEES :                      1,818.50


              TOTAL DUE  :                      1,818.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   APRIL 22, 2003
                                              MATTER :  W9600-018
                                              INVOICE : 155590


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/31/03    T C

      RE:  HEARINGS



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED              HOURS
  ----  ----    -------------------------------              -----

03/12/03 TC     REVIEWED AMENDED AGENDA NOTICE FOR HEARING 3/17    .30

03/14/03 TC     REVIEWED AGENDA NOTICE FOR RESCHEDULED 3/17        .20
                HEARING


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

  T CURRIER             445.00    .50          222.50
                 TOTALS           .50          222.50


               TOTAL FEES :                         222.50


               TOTAL DUE  :                         222.50
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**