**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| W. R. GRACE & CO., et al.[1] ) | **Case No. 01-01139 (JKF)** |
| ) | |
| ) | **Jointly Administered** |
| ) | Objection Deadline: May 2, 2003 at 4:00 p.m |
| **Debtors.** ) | Hearing Date: May 19, 2003 at 12:00 p.m. |
| | Re: Docket No. 3601 |

**RE-NOTICE OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING THE TIME WITHIN WHICH AVOIDANCE ACTIONS MAY BE BROUGHT AND STAYING THE LIMITATIONS DEADLINE PENDING A DECISION ON THIS MOTION**

PLEASE TAKE NOTICE that on April 2, 2003, the Official Committee of Unsecured Creditors (the "Committee" or "Movant") appointed in the Chapter 11 cases of W.R. Grace & Co. et al. ("Grace") and its sixty-one subsidiaries and affiliates filed the **Motion of the Official Committee of Unsecured Creditors Extending the Time Within Which Avoidance Actions May Be Brought and Staying the Limitations Deadline Pending a Decision On This Motion (Docket No. 3601) (the "Motion").**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

WLM\173159.1

PLEASE TAKE FURTHER NOTICE that although Movant had stated in the notice provided with the Motion that responses, if any, to the Motion were required to be filed on or before May 12, 2003 at 4:00 p.m., pursuant to the Order Establishing Case Management Procedures and Hearing Schedule, entered on April 17, 2002 (Docket No. 1948), responses to the Motion, if any, must be filed on or before **May 2, 2003 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon Movant's undersigned attorneys.

**A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON MAY 19, 2003 AT 12:00 P.M.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: Wilmington, Delaware
April 28, 2003

Respectfully submitted,

**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
(212) 806-5400
Lewis Kruger, Esq.
Kenneth Pasquale, Esq.

-and-

**DUANE MORRIS LLP**

By:/s/ Michael R. Lastowski
Michael R. Lastowski, Esq. (DE ID. No. 3892)
William S. Katchen, Esq. (Admitted in NJ Only)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:    (302) 657-4942
Facsimile:     (302) 657-4901

Co-Counsel for the Official Committee
of Unsecured Creditors

WLM\173159.1