**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W. R. GRACE & CO., et al.**[1] ) | **Case No. 01-01139 (JKF)** |
| ) | |
| ) | |
| ) | |
| **Debtors.** ) | **Jointly Administered** |

**CERTIFICATE OF SERVICE**

I, Ralph N. Sianni, certify that I am not less than 18 years of age, and that service of a copy of the attached **Re-Notice of Motion of Official Committee of Unsecured Creditors Extending the Time Within Which Avoidance Actions May Be Brought and Staying the Limitations Deadline Pending a Decision On This Motion** was made April 28, 2003, upon:

> All of the parties indicated on the attached Service List by first class mail, postage prepaid, or as otherwise indicated;
>
> Or via facsimile upon counsel to the Debtors, counsel to the asbestos committee, counsel to the equity committee, the United States Trustee, and the Honorable

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

WLM\173166.1

Alfred M. Wolin; or via electronic transmission to the Honorable Judith K. Fitzgerald.

Under penalty of perjury, I declare that the foregoing is true and correct.


| | |
|---|---|
| Dated: April 28, 2003 | /s/ Ralph N. Sianni_____<br>Ralph N. Sianni<br>DUANE MORRIS LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone:     302.657.4900<br>Facsimile:     302.657.4901<br>Email:            rnsianni@duanemorris.com |