## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**Objection Deadline:**
**May 19, 2003 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
 **if objections are timely filed and served.**

---

**TWENTY-FOURTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD <u>FROM MARCH 1, 2003 THROUGH MARCH 31, 2003</u>**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2003 – March 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$60,163.50 (80% - $48,130.80)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$6,191.15 (Stroock)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Twenty-Second and Twenty-Third Monthly Fee Statements is approximately 39.4 hours and the corresponding compensation requested is approximately $13,896.00.*

SSL-DOCS1 1331012v1

**Attachment A**

**Monthly Interim Fee Applications**

| | | Payment Requested | | Payment Received | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 -<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | | |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| WR GRACE & CO | | | | |
|---|---|---|---|---|
| ATTACHMENT B | | | | |
| MARCH 1, 2003 - MARCH 31, 2003 | | | | |
| | | | | No. of Years |
| | Hours | Rate | Amount | In Position |
| **Partners** | | | | |
| Greenberg, Mayer | 16.6 | $550 | $  9,130.00 | 5 |
| Kruger, Lewis | 4.7 | $725 | $  3,407.50 | 33 |
| Levy, Mark | 0.8 | $670 | $     536.00 | 29 |
| Pasquale, Kenneth | 10.6 | $550 | $  5,830.00 | 4 |
| | | | | |
| **Associates** | | | | |
| Brandes, Ronnie H. | 18.1 | $295 | $  5,339.50 | 1 |
| Krieger, Arlene | 63.2 | $495 | $31,284.00 | 8 |
| Sasson, Moshe | 0.5 | $445 | $     222.50 | 8 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 22.4 | $180 | $  4,032.00 | 2 |
| Defreitas, Vaughn | 2.8 | $115 | $     322.00 | 16 |
| Dhanraj, Judy | 0.2 | $120 | $       24.00 | 5 |
| Serrette, Rosemarie | 0.2 | $180 | $       36.00 | 16 |
| | | | | |
| **Total** | **140.1** | | **$60,163.50** | |

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES ($) |
|---|---|---|---|
| | **WR GRACE & CO** | | |
| | **COMPENSATION BY PROJECT CATEGORY** | | |
| | **MARCH 1, 2003 - MARCH 31, 2003** | | |
| | | | |
| 0007 | Asbestos: Other | 0.9 | $ 442.50 |
| 0008 | Asset Analysis and Recovery | 1.1 | $ 544.50 |
| 0013 | Business Operations | 4.1 | $ 2,029.50 |
| 0014 | Case Administration | 6.0 | $ 1,824.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.9 | $ 256.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 25.9 | $ 14,057.00 |
| 0018 | Fee Application, Applicant | 39.4 | $ 13,896.00 |
| 0019 | Creditor Inquiries | 0.5 | $ 184.50 |
| 0020 | Fee Application, Others | 3.7 | $ 653.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.2 | $ 99.00 |
| 0026 | Financing (Cash Collateral and DIP Financing) | 5.5 | $ 2,722.50 |
| 0034 | Litigation and Litigation Consulting | 16.2 | $ 8,424.50 |
| 0047 | Tax Issues | 35.7 | $ 15,029.50 |
| | | | |
| | **Total** | **140.1** | **$ 60,163.50** |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

# STROOCK

| DATE | April 22, 2003 |
|------|----------------|
| INVOICE NO. | 288036 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |
| RE | 699843 W R Grace & Co |

FOR PROFESSIONAL SERVICES RENDERED and disbursements incurred for the period through March 31, 2003 in connection with the following matters:

| | FEES | DISBURSMENTS | TOTAL |
|---|---|---|---|
| 0007 Asbestos: Other | 442.50 | 0.00 | 442.50 |
| 0008 Asset Analysis and Recovery | 544.50 | 0.00 | 544.50 |
| 0013 Business Operations | 2,029.50 | 0.00 | 2,029.50 |
| 0014 Case Administration | 1,824.50 | 0.00 | 1,824.50 |
| 0015 Claims Analysis/Objections/Administration (Non-Asbestos) | 256.50 | 0.00 | 256.50 |
| 0017 Committee, Creditors', Noteholders', or Equity Holders' | 14,057.00 | 0.00 | 14,057.00 |
| 0018 Fee Application, Applicant | 13,896.00 | 0.00 | 13,896.00 |
| 0019 Creditor Inquiries | 184.50 | 0.00 | 184.50 |
| 0020 Fee Application, Others | 653.00 | 0.00 | 653.00 |
| 0022 Environmental Matters/Regulations/Litigation | 99.00 | 0.00 | 99.00 |
| 0024 Expenses | 0.00 | 6,191.15 | 6,191.15 |
| 0026 Financing (Cash Collateral and DIP Financing) | 2,722.50 | 0.00 | 2,722.50 |
| 0034 Litigation and Litigation Consulting | 8,424.50 | 0.00 | 8,424.50 |
| 0047 Tax Issues | 15,029.50 | 0.00 | 15,029.50 |
| TOTAL | 60,163.50 | 6,191.15 | 66,354.65 |

# STROOCK

## INVOICE

| DATE | April 22, 2003 |
|---|---|
| INVOICE NO. | 288036 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2003, including:

| RE | Asbestos: Other |
|---|---|
| | 699843  0007 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/11/2003 | Attention to Supreme Court, Norfolk decision (.4). | Pasquale, K. | 0.4 |
| 03/12/2003 | Review Supreme Court decision summary, congressional testimony. | Sasson, M. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 0.4 | $ 550 | $ 220.00 |
| Sasson, Moshe | 0.5 | 445 | 222.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 442.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 442.50 |
|---|---|

| RE | Asset Analysis and Recovery |
|---|---|
|    | 699843  0008 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/06/2003 | Review FTI analysis on Tricosal acquisition (.6); telephone conference C. Troyer re comments on same (.2). | Krieger, A. | 0.8 |
| 03/31/2003 | Telephone conference LH re proposed acquisition of California Company (.2); memo to LK, T. Maher re same (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 1.1 | $ 495 | $ 544.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 544.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 544.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| RE | Business Operations<br>699843  0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/06/2003 | Review FTI analyses of Grace's Fourth Quarter 2002 performance report (.8); office conference C.Troyer re comments on report (.2). | Krieger, A. | 1.0 |
| 03/10/2003 | Review FTI draft analysis for Committee re 2003 Business Plan Review (2.3). | Krieger, A. | 2.3 |
| 03/11/2003 | Conference call S. Cunningham, L. Hamilton re FTI analysis of 2003 Business Plan Review (.6); exchanged memoranda with LH re revised 2003 analysis (.1); reviewed revised plan analysis (.1). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 4.1 | $ 495 | $ 2,029.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,029.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,029.50 |
|---|---|

| RE | Case Administration 699843 0014 |
|----|--------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/07/2003 | Review recently filed documents. | Defreitas, V. | 0.2 |
| 03/10/2003 | Exchanged memoranda with AC re participation by telephone at Committee meeting (.1). | Krieger, A. | 0.1 |
| 03/11/2003 | Review amended agenda for 3/17/03 hearing before Judge Fitzgerald (.1); review proposed form of order re 6th Interim Quarterly fee award and fee auditors report (.5); prepare memorandum to P. Galbraith re infirmities in order (.3); office conferences A. Caskadon re infirmities to the order (.2); office conference V. DeFreitas re 6th interim application (.1); office conference A. Caskadon re telephone participation at Committee meeting (.1). | Krieger, A. | 1.3 |
| 03/14/2003 | O/c R Serrette re preparation of charts of fees paid and amounts owed. | Caskadon, A. | 0.5 |
| 03/14/2003 | Review various case documents received from attorneys to assign central file categories in preparation for central files. | Defreitas, V. | 1.4 |
| 03/14/2003 | Review order on 6th quarterly application (.2); exchanged memo to M. Lastowski re coverage of 3/17/03 hearing (.2); memo to LK, KP re review of agenda; order awarding 6th quarterly application for fees, and coverage for hearing (.2). | Krieger, A. | 0.6 |
| 03/17/2003 | Exchanged memoranda with M. Lastowski re cancellation of 3/17/03 hearing (.1); memo to LK, KP re hearing (.1). | Krieger, A. | 0.2 |
| 03/19/2003 | Article on 401K plan restrictions implemented by Grace and forward same to LK, KP (.2); review updated docket (.1); exchanged memoranda with AC re Grace fee payment history (.2); office conferences AC re CNO's | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | filed for November, December 2002 fee statements (.1). | | |
| 03/27/2003 | Monitored recently online docket and review recently filed pleadings. | Defreitas, V. | 1.0 |
| 03/31/2003 | Review certification of counsel re stipulation with PBGC re filing a consolidated proof of claim (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 0.5 | $ 180 | $ 90.00 |
| Defreitas, Vaughn | 2.6 | 115 | 299.00 |
| Krieger, Arlene | 2.9 | 495 | 1,435.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,824.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,824.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/27/2003 | Review docket for claims bar date information and communicate information to Kevin Kelley at JP Morgan. | Caskadon, A. | 0.6 |
| 03/27/2003 | Telephone conference Kevin Kelly re notice of bar date (.1); exchanged memoranda with AC, RS re bar date information request (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 0.6 | $ 180 | $ 108.00 |
| Krieger, Arlene | 0.3 | 495 | 148.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 256.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 256.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|--------------------------------------------------------|
|    | 699843  0017                                           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/04/2003 | Prepared memorandum for the Committee re March 12, 2003 Committee meeting (.5); memo to T. Maher re Committee memo (.1); exchanged memoranda with J. Anderson re 3/12/03 meeting (.3); memo from F. Monaco re Committee meeting (.1). | Krieger, A. | 1.0 |
| 03/06/2003 | Prepared memorandum for the Committee re analyses of the Tricosal acquisition and the Company's 2002 operating results (.3). | Krieger, A. | 0.3 |
| 03/07/2003 | Memoranda to the Committee re agenda for 3/12/03 meeting (.7); memo to T. Maher re transmittal of FTI analyses to banks executing confidentiality agreement (.1); memoranda to C.Troyer, S. Cunningham re transmittal of analyses and procedure (.4); prepared documentation for LK re Sealed Air and Fresenius settlement agreements and related memoranda (.8); exchanged memoranda with C. Toyer re Debtors' representatives at the meeting and Committee members (.3); exchanged memo with R. Douglas re 3/12/03 meeting (.1); exchanged memoranda with KP re agenda for 3/12/03 meeting (.1). | Krieger, A. | 2.5 |
| 03/10/2003 | Exchanged memoranda with L. Hamilton re 3/12/03 meeting (.1); exchanged office conference KP re additional agenda item for meeting (.1); office conference M. Greenberg re discussion on Sealed Air settlement agreement (.2); office conferences R. Brandes re memorandum on tax impact on Grace estates from settlements (.3). | Krieger, A. | 0.7 |
| 03/11/2003 | Memo to LK re correspondence from DOJ seeking ex-officio status on the Committee (.2); prepared memo to the Committee re DOJ request (.2); prepare memorandum to the Committee re Fresenius and Sealed Air | Krieger, A. | 1.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | Agreements (.3); memorandum to the Committee re Grace representatives at the meeting (.3). | | |
| 03/11/2003 | Preparation for committee meeting (.5). | Pasquale, K. | 0.5 |
| 03/12/2003 | Memorandum to the Committee re Debtors' position on termination of COLI policies (.3); memorandum to the Committee re remarks on asbestos litigation from Senator Baucus (.3); exchange memorandum with KP re asbestos remarks (.1); participated at Committee meeting during which Debtors presented operational results, discussed pension and other matters (3.6). | Krieger, A. | 4.3 |
| 03/12/2003 | Creditors' Committee meeting prior to meeting with debtor to consider EPA request to join committee as ex officio and other issues (1.1); Creditors' Committee meeting with debtor regarding results for 2002, business plan, asbestos issues and environmental issues (2.8); Committee meeting to consider its financial advisor comments on debtor's financial performance, business plan, Sealed Air settlement issues and EPA issues (.4). | Kruger, L. | 4.3 |
| 03/12/2003 | Creditors' committee meeting/debtors' presentation (4.0) | Pasquale, K. | 4.0 |
| 03/21/2003 | Memo for KP re substance of conversation with J. Ellington (.1). | Krieger, A. | 0.1 |
| 03/26/2003 | Review memorandum re avoidance actions (.2); memo to S. Cunningham, C. Troyer re above (.1). | Krieger, A. | 0.3 |
| 03/27/2003 | Office conference LK re avoidance action deadline and advice to the Committee re same (.1); began to prepare memorandum to the committee re same (.9); exchanged memoranda with C.Lane re avoidance actions (.1); telephone conferences L. Hamilton re avoidance action schedule (.3). | Krieger, A. | 1.4 |
| 03/28/2003 | Prepare memorandum to the Committee re avoidance actions (4.0); memo to T. Maher re same (.1); memo to L. Hamilton re follow-up information request (.1); office conference KP re draft memorandum (.1). | Krieger, A. | 4.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| 03/31/2003 | Exchanged memoranda from LH re additional information request on avoidance actions (.1); telephone conference L. Hamilton re proposed revision to memo (.1); revised memorandum (.2); memorandum to T. Maher , LK re memo revisions (.2); prepared memorandum to the Committee forwarding avoidance action memorandum (.2); telephone conference W. Katchen re same (.3); exchanged telephone calls KP re same (.1). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 17.1 | $ 495 | $ 8,464.50 |
| Kruger, Lewis | 4.3 | 725 | 3,117.50 |
| Pasquale, Kenneth | 4.5 | 550 | 2,475.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,057.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 14,057.00 |
|-----------------------|-------------|

| RE | Fee Application, Applicant 699843 0018 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/07/2003 | Assist in preparation of 7th Quarterly fee application (1.4); prepare January and February monthly statements for AKrieger review (.8) | Caskadon, A. | 2.2 |
| 03/09/2003 | Began to review time detail for purposes of preparing seventh quarterly (October - December 2002) fee application (1.2). | Krieger, A. | 1.2 |
| 03/10/2003 | Review Trustee's proposed order approving 6th Quarter fees. | Caskadon, A. | 1.0 |
| 03/10/2003 | Continue to review time detail for preparation of 7th Quarterly Application. | Krieger, A. | 1.4 |
| 03/11/2003 | Communicate with A Krieger (.3) R Serrette (.2) and L Ferdinand (.5) re having 6th Quarterly Fee Order revised. | Caskadon, A. | 1.0 |
| 03/17/2003 | Continue of review time record detail in connection with preparing SSL's 7th quarterly application for fees (1.0). | Krieger, A. | 1.0 |
| 03/18/2003 | O/c with R Serrette re 7th Quarterly fee application (.3); emails with fee auditor re same (.3). | Caskadon, A. | 0.6 |
| 03/18/2003 | Office conference RS re 7th interim fee application and January and February statement (.2); review January 2003 fee detail (1.5); review February 2003 fee detail (1.4);office conference AC re same (.1) exchanged memoranda with AC re fee auditor's correspondence re 7th Quarterly application (.1). | Krieger, A. | 3.3 |
| 03/19/2003 | Assist in preparation of 7th Quarterly fee aplication, revise per fee orders (1.6); o/c with P Harrington re same (.1); prepare January fee application, edit January fee detail (2.0); o/c with P Harrington re same (.2). | Caskadon, A. | 3.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/19/2003 | Complete review of fee detail for October, November, December and preparation of 7th Quarterly fee application (3.9); office conferences AC re preparation of revised schedules for 7th Quarterly application (.2). | Krieger, A. | 4.1 |
| 03/20/2003 | Prepare 7th Quarterly fee application, revise text (.5); prepare notice for 7th Quarterly fee application and January fee statement, obtain approval from Duane Morris (.8); review edits of January fee detail and prepare certificate of service (.6). | Caskadon, A. | 1.9 |
| 03/20/2003 | Prepare 7th Quarterly fee application. | Krieger, A. | 3.6 |
| 03/21/2003 | Complete preparation of 7th Quarterly fee application draft. | Krieger, A. | 4.5 |
| 03/23/2003 | Review and revise SSL 7th Quaterly fee application (2.2), | Krieger, A. | 2.2 |
| 03/24/2003 | Office conference AC re SSL seventh quarterly fee application (.2). | Krieger, A. | 0.2 |
| 03/25/2003 | Prepare 7th Quarterly fee application(1.8); o/c with A.Krieger re same(.3); o/c with K.Pasquale re same(.3); serve 7th Q fee application(1.2). | Caskadon, A. | 3.6 |
| 03/25/2003 | Office conferences AC re finalization of fee applications (.1). | Krieger, A. | 0.1 |
| 03/26/2003 | Prepare and serve January fee application. | Caskadon, A. | 2.8 |
| 03/31/2003 | Update Project Category chart to reflect 7th Quarterly fee application. | Caskadon, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 17.8 | $ 180 | $ 3,204.00 |
| Krieger, Arlene | 21.6 | 495 | 10,692.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 13,896.00 |
|------------------------------------------|---|-------------|

| TOTAL FOR THIS MATTER | $ 13,896.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1331012v1

| RE | Creditor Inquiries<br>699843  0019 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/11/2003 | Telephone conference with Grace employee re POC. | Serrette, R. | 0.2 |
| 03/24/2003 | Telephone conference Kurt Fuess (Cypress management) re status of case. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.3 | $ 495 | $ 148.50 |
| Serrette, Rosemarie | 0.2 | 180 | 36.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 184.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 184.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| RE | Fee Application, Others<br>699843  0020 |
|----|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2003 | Review online docket for recently filed fees per A. Krieger request. | Defreitas, V. | 0.2 |
| 03/18/2003 | Review (.8) preparation of Notices/Certificates of service (1.8) and service (.9) of FTI's 7th Quarterly fee application and January fee statement. | Caskadon, A. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 3.5 | $ 180 | $ 630.00 |
| Defreitas, Vaughn | 0.2 | 115 | 23.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 653.00 |
|------|------|

| TOTAL FOR THIS MATTER | $ 653.00 |
|------|------|

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/31/2003 | Memo from KP re proofs of claim filed by the USA/EPA (.1); memo to S.Cunningham, L. Hamilton re above (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.2 | $ 495 | $ 99.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 99.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 99.00 |
|---|---|

| RE | Expenses 699843  0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 209.07 |
| Meals | 119.93 |
| Local Transportation | 294.54 |
| Long Distance Telephone | 1205.11 |
| Duplicating Costs-in House | 253.20 |
| Duplicating Costs-Outside | 3787.99 |
| Process Service & Calendar Watch | 153.72 |
| In House Messenger Service | 13.75 |
| Lexis/Nexis | 128.90 |
| Facsimile Charges | 6.00 |
| Westlaw | 18.94 |

| TOTAL DISBURSEMENTS/CHARGES | $ 6,191.15 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,191.15 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| RE | Financing (Cash Collateral and DIP Financing) |
|----|-----------------------------------------------|
|    | 699843  0026                                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2003 | Review and comment on FTI DIP memorandum and began to review amendment (1.8). | Krieger, A. | 1.8 |
| 03/02/2003 | Complete review and comment on FTI DIP memorandum (.2); review amendment and proposed form of amended DIP order approving same (1.3); memos to C. Lane re restricted investments provision and amended DIP order provisions (.2). | Krieger, A. | 1.7 |
| 03/02/2003 | Reviewed amended DIP Order (1.2). | Krieger, A. | 1.2 |
| 03/03/2003 | Telephone conference C. Troyer re comments to the memorandum for the Committee on the amended DIP Agreement (.4); review black-lined form of order forwarded by Debtors' counsel (.2); review supplement to Debtors' DIP motion (.2). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 5.5 | $ 495 | $ 2,722.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,722.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,722.50 |
|-----------------------|------------|

| RE | Litigation and Litigation Consulting<br>699843  0034 |
|----|------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/04/2003 | Exchanged memoranda with KP re 3/5/03 conference call to discuss latest draft settlement agreement, revisions to reflect Committee's position thereon (.2). | Krieger, A. | 0.2 |
| 03/05/2003 | Review further revised settlement agreement (.7); attended to conference call with parties to the agreement (.8); exchanged memoranda with KP re discussion with S. Birnbaum on settlement agreement revisions (.1). | Krieger, A. | 1.6 |
| 03/05/2003 | Telephone conference S. Birnbaum re settlement agreement (.2); telephone conference T. Maher re same (.2); conference call with all parties re draft agreement (1.3) | Pasquale, K. | 1.7 |
| 03/10/2003 | Office conference with K. Pasquale regarding Sealed Air's willingness to accept our suggestion as to treatment of issues in settlement (.2); review of Grace's comments on Sealed Air's agreement (.2). | Kruger, L. | 0.4 |
| 03/10/2003 | Telephone conference D. Lopo/Skadden re settlement agreements issues (.2); office conference L. Kruger re same (.2) | Pasquale, K. | 0.4 |
| 03/11/2003 | Exchanged memoranda with J. Baer re conference call to discuss tax impact on Grace from Sealed Air Agreement (.3); memo to D. Rosenbloom re Fresenius Settlement Agreement (.1); exchanged memoranda with R. Brandes re final form of Fresenius settlement agreement (.2); review Fresenius Agreement and related memoranda (1.6); exchanged memoranda with M. Greenberg re Sealed Air settlement agreement terms (.2). | Krieger, A. | 2.4 |
| 03/11/2003 | Review of latest draft of settlement agreement (.6); conference call with all parties re same (.8) | Pasquale, K. | 1.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/12/2003 | Review RB memorandum re tax-related issues in connection with Sealed Air Settlement Agreement (.1); office conference KP re same (.1); extended telephone conference M. Greenberg re tax issues (.5). | Krieger, A. | 0.7 |
| 03/13/2003 | Telephone conference H. Wassertein re status of agreement (.2) | Pasquale, K. | 0.2 |
| 03/16/2003 | Review revised 3/14 draft of Sealed Air settlement agreement (1.5). | Krieger, A. | 1.5 |
| 03/17/2003 | Attended to memoranda from J. Baer re conference call on Sealed Air settlement agreement (.1); memoranda to M.Greenberg, R. Brandes re 3/14/03 draft of agreement, Committee's position on agreement (.2); memo from B. Wolff re additional proposed changes to the Sealed Air Agreement (.2). | Krieger, A. | 0.5 |
| 03/19/2003 | Review of amended Fresenius Agreement (.3); Sealed Air conference call re remaining comments (.5); exchanged memoranda with R.Brandes re modification and remaining points (.3); exchanged memoranda with MG re Sealed Air Agreement terms (.3). | Krieger, A. | 1.4 |
| 03/19/2003 | Attention to latest revised draft settlement agreement (.6); conference call with all parties re same (.5) | Pasquale, K. | 1.1 |
| 03/20/2003 | Memo from B.Wolff re additional changes to Sealed Air agreement (.1); memo from Jan Baer re Grace comments to latest draft of Sealed Air Agreement (.1); attended to Sealed Air agreement and latest Grace comments (.3). | Krieger, A. | 0.5 |
| 03/24/2003 | Review 3/20/03 draft of Sealed Air settlement agreement and J. Baer correspondence regarding proposed changes thereto (.8); conference call re settlement agreement (.5). | Krieger, A. | 1.3 |
| 03/24/2003 | Attention to revised settlement agreement (.4); conference call with all parties re same (.5) | Pasquale, K. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 10.1 | $ 495 | $ 4,999.50 |
| Kruger, Lewis | 0.4 | 725 | 290.00 |
| Pasquale, Kenneth | 5.7 | 550 | 3,135.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,424.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,424.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| RE | Tax Issues 699843 0047 | | |
|----|------------------------|--|--|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/03/2003 | Review Fresenius settlement agreement (.6) ; e-mails w/Pasquale and analysis re same (.5). | Greenberg, M. | 1.1 |
| 03/10/2003 | Read Sealed Air Settlement Agreement (1.1); discussion about Agreement with M. Greenberg (0.8). | Brandes, R. | 1.9 |
| 03/10/2003 | Review revised settlement agreement with Sealed Air (1.0); analysis re alternative characterization and potential net benefit to Grace (1.4). | Greenberg, M. | 2.4 |
| 03/11/2003 | Read Sealed Air Settlement Agreement (3.0); attended conference call with Grace Tax Counsel (0.8); meeting with M. Greenberg (0.6); draft memo on main tax issues regarding Agreement (2.5). | Brandes, R. | 6.9 |
| 03/11/2003 | Review Sealed Air settlement agreement (.8); analysis re tax issues relating to same (.6); call with tax counsel re Sealed Air agreement (.9); conference with R Brandes and analysis re impact of Sealed Air agreement (1.0), | Greenberg, M. | 3.3 |
| 03/12/2003 | Research on Type D Reorganizations and recharacterizations of those transactions (2.6). | Brandes, R. | 2.6 |
| 03/12/2003 | Revise issues list re Sealed Air settlement and discussion with RB re same (2.4); call with Krieger and review agreement re tax alternatives (1.3). | Greenberg, M. | 3.7 |
| 03/12/2003 | Seated Air settlement - o/c Greenberg re possible adverse tax consequences if settlement payment goes to Asbestos Trust rather than | Levy, M. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Grace (.5), review Greenberg memo re same (.3). | | |
| 03/13/2003 | Status update on Settlement Agreement (0.1). | Brandes, R. | 0.1 |
| 03/14/2003 | Analysis re Sealed Air settlement. | Greenberg, M. | 0.4 |
| 03/17/2003 | Reviewed new version of Sealed Air Settlement Agreement (0.7). | Brandes, R. | 0.7 |
| 03/17/2003 | Review revised settlement documents and e-mails re same. | Greenberg, M. | 1.8 |
| 03/18/2003 | Reviewed Sealed Air Settlement Agreement (2.3). | Brandes, R. | 2.3 |
| 03/19/2003 | Review Sealed Air Settlement Agreement (2.0); meeting with Mayer Greenberg to discuss issues in agreement (1.6). | Brandes, R. | 3.6 |
| 03/19/2003 | Pull SEC public record files S-4 and S-4/A filings for R. Brandes. | Dhanraj, J. | 0.2 |
| 03/19/2003 | Review revised Sealed Air agreeement and conference with RB to discuss open issues (2.8); call with A Krieger re same (.6); further review and analysis of settlement documents (.5). | Greenberg, M. | 3.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Brandes, Ronnie H. | 18.1 | $ 295 | $ 5,339.50 |
| Dhanraj, Judy | 0.2 | 120 | 24.00 |
| Greenberg, Mayer | 16.6 | 550 | 9,130.00 |
| Levy, Mark | 0.8 | 670 | 536.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,029.50 |
|------------------------------------------|-------------|

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 15,029.50 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1331012v1

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 60,163.50 |
| TOTAL DISBURSEMENTS/CHARGES | $ 6,191.15 |
| TOTAL BILL | $ 66,354.65 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

| WR GRACE & CO | | |
|---|---|---|
| **DISBURSEMENT SUMMARY** | | |
| **MARCH 1, 2003 - MARCH 31, 2003** | | |
| | | |
| Duplicating Costs-in House | $ | 253.20 |
| Duplicating Costs-Outside | $ | 3,787.99 |
| Facsimile Charges | $ | 6.00 |
| In House Messenger Service | $ | 13.75 |
| Lexis/Nexis | $ | 128.90 |
| Local Transportation | $ | 294.54 |
| Long Distance Telephone | $ | 1,205.11 |
| Meals | $ | 119.93 |
| Outside Messenger Service | $ | 209.07 |
| Process Service & Calendar Watch | $ | 153.72 |
| Westlaw | $ | 18.94 |
| | | |
| **Total** | **$** | **6,191.15** |

# STROOCK

| CLIENT | W R Grace & Co |
|---|---|
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED for the period through March 31, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 03/17/2003 | FedEx Log  1/21/03 A.CASCADON TO W.SMITH | 11.45 |
| 03/17/2003 | FedEx Log  1/21/03 A.CASCADON TO D.SIEGAL | 9.53 |
| 03/17/2003 | FedEx Log  1/21/03 A.CASCADON TO F.PERCH | 9.53 |
| 03/17/2003 | FedEx Log 1/21/03 A.CASCADON TO S.CABAN | 9.53 |
| 03/18/2003 | Federal Express T#831137271775 A CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 11.72 |
| 03/18/2003 | Federal Express T#831137271786 A CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 11.02 |
| 03/18/2003 | Federal Express T#831137271797 A CASKADON to: WARREN H SMITH DALLAS,TX | 17.85 |
| 03/18/2003 | Federal Express T#831137271801 A CASKADON to: WARREN H SMITH DALLAS,TX | 20.13 |
| 03/18/2003 | Federal Express T#836515046777 A CASKADON to: FRANK J. PERCH WILMINGTON,DE | 9.67 |
| 03/18/2003 | Federal Express T#836515046788 A CASKADON to: FRANK J. PERCH WILMINGTON,DE | 11.72 |
| 03/18/2003 | Federal Express T#836515046799 A CASKADON to: S CABAN WILMINGTON,DE | 9.67 |
| 03/18/2003 | Federal Express T#836515046803 A CASKADON to: SHELLEY CABAN WILMINGTON,DE | 11.72 |
| 03/19/2003 | FedEx Log A.CASKADON TO S.CABAN 2/7/03 | 1.35 |
| 03/19/2003 | FedEx Log A.CASCADON TO D.SIEGAL 2/7/03 | 1.35 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/19/2003 | FedEx Log A.CASCADON TO W.SMITH 2/7/03 | 6.19 |
| 03/19/2003 | FedEx Log A.CASKADON TO F.PERCH 2/7/03 | 1.35 |
| 03/25/2003 | Federal Express T#836515046836 A CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 11.72 |
| 03/25/2003 | Federal Express T#836515046847 A CASKADON to: WARREN H SMITH DALLAS,TX | 20.13 |
| 03/25/2003 | Federal Express T#836515046858 A CASKADON to: FRANK J. PERCH WILMINGTON,DE | 11.72 |
| 03/25/2003 | Federal Express T#836515046869 A CASKADON to: SHELLEY CABAN WILMINGTON,DE | 11.72 |

**Outside Messenger Service Total**                                                **209.07**

**Meals**

| | | |
|------|-------------|--------|
| 03/03/2003 | VENDOR: Seamless Web; INVOICE#: 19430; DATE: 03/11/03  - Cove Bistro;For two people. | 34.26 |
| 03/05/2003 | VENDOR: Seamless Web; INVOICE#: 18591; DATE: 03/04/03  - Nagoya Japanese; Ordered on 02/26/03; | 25.22 |
| 03/05/2003 | VENDOR: Seamless Web; INVOICE#: 18591; DATE: 03/04/03  - Cove Bistro; Ordered on 02/27/03;For two people | 30.98 |
| 03/05/2003 | VENDOR: Seamless Web; INVOICE#: 18591; DATE: 03/04/03  - Panino Giusto; Ordered on 02/27/03; | 29.47 |

**Meals Total**                                                                    **119.93**

**Local Transportation**

| | | |
|------|-------------|--------|
| 03/06/2003 | NYC Two Ways Inc. BRANDES 02/19/03 21:47 M from 180 MAIDEN to 60     W 23 S | 19.71 |
| 03/12/2003 | NYC Two Ways Inc. KRIEGER 02/25/03 22:00 M from 180 MAIDEN to 10     EAST E | 24.60 |
| 03/12/2003 | NYC Two Ways Inc. CASKADON 02/26/03 20:10 M from 180 MAIDEN to NJ  HOBOKEN | 43.45 |
| 03/19/2003 | NYC Two Ways Inc. BRANDES 03/10/03 21:21 M from 180 MAIDEN to 33     W 71 S | 28.72 |
| 03/19/2003 | NYC Two Ways Inc. CASKADON 03/04/03 18:00 M from 180 MAIDEN to 146    ORCHAR | 14.81 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/19/2003 | NYC Two Ways Inc. PASQUALE 02/25/03 20:28 M from 180 MAIDEN to NJ  SUMMIT | 77.85 |
| 03/28/2003 | NYC Two Ways Inc. PASQUALE 03/12/03 12:56 M from 180 MAIDEN to 767   3 AVE | 33.44 |
| 03/28/2003 | NYC Two Ways Inc. KRIEGER 03/11/03 21:33 M from 180 MAIDEN to EAST END AVE | 32.25 |
| 03/28/2003 | NYC Two Ways Inc. BRANDES 03/11/03 22:19 M from 180 MAIDEN to 60    W 23 S | 19.71 |
| | **Local Transportation Total** | **294.54** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/03/2003 | EXTN.5544, TEL.201-556-4045, S.T.09:58, DUR.21:48 | 8.54 |
| 03/06/2003 | EXTN.3544, TEL.201-556-4045, S.T.12:27, DUR.19:30 | 7.76 |
| 03/10/2003 | EXTN.5544, TEL.312-861-2162, S.T.18:58, DUR.00:48 | 0.39 |
| 03/10/2003 | EXTN.5562, TEL.303-312-7321, S.T.12:19, DUR.02:54 | 1.16 |
| 03/10/2003 | EXTN.6495, TEL.941-794-5447, S.T.16:03, DUR.00:18 | 0.39 |
| 03/11/2003 | EXTN.5544, TEL.201-556-4040, S.T.11:30, DUR.32:24 | 12.80 |
| 03/11/2003 | EXTN.5562, TEL.202-371-9770, S.T.14:09, DUR.00:24 | 0.39 |
| 03/11/2003 | EXTN.6286, TEL.312-861-2162, S.T.16:05, DUR.47:06 | 18.62 |
| 03/11/2003 | EXTN.6495, TEL.302-252-2900, S.T.10:57, DUR.00:54 | 0.39 |
| 03/11/2003 | EXTN.6495, TEL.214-698-3868, S.T.12:53, DUR.01:48 | 0.78 |
| 03/11/2003 | EXTN.6495, TEL.202-973-2462, S.T.17:12, DUR.00:54 | 0.39 |
| 03/12/2003 | EXTN.5011, TEL.202-973-2462, S.T.13:47, DUR.03:16:54 | 76.44 |
| 03/19/2003 | EXTN.6495, TEL.302-252-2928, S.T.15:31, DUR.00:30 | 0.39 |
| 03/20/2003 | EXTN.6495, TEL.302-657-4924, S.T.12:57, DUR.00:36 | 0.39 |
| 03/24/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 03048-02201-03; DATE: 3/5/2003  -  Teleconference Calls | 1,056.47 |
| 03/24/2003 | EXTN.5562, TEL.305-374-7580, S.T.17:28, DUR.01:24 | 0.78 |
| 03/25/2003 | EXTN.6495, TEL.302-657-4924, S.T.15:23, DUR.01:42 | 0.78 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26/2003 | EXTN.5760, TEL.973-424-2031, S.T.17:30, DUR.00:42 | 0.39 |
| 03/27/2003 | EXTN.5544, TEL.201-556-4021, S.T.15:48, DUR.26:06 | 10.48 |
| 03/28/2003 | EXTN.6495, TEL.201-888-9873, S.T.14:21, DUR.01:54 | 0.78 |
| 03/31/2003 | EXTN.3544, TEL.201-556-1232, S.T.10:55, DUR.16:06 | 6.60 |

**Long Distance Telephone Total**     **1,205.11**

**Duplicating Costs-in House**

| Date | Amount |
|------|--------|
| 03/04/2003 | 4.00 |
| 03/04/2003 | 0.20 |
| 03/04/2003 | 0.60 |
| 03/04/2003 | 0.80 |
| 03/07/2003 | 15.40 |
| 03/10/2003 | 2.20 |
| 03/11/2003 | 1.80 |
| 03/11/2003 | 3.50 |
| 03/11/2003 | 4.20 |
| 03/11/2003 | 1.80 |
| 03/11/2003 | 15.00 |
| 03/11/2003 | 0.30 |
| 03/12/2003 | 8.50 |
| 03/14/2003 | 1.50 |
| 03/18/2003 | 56.00 |
| 03/18/2003 | 0.60 |
| 03/19/2003 | 31.40 |
| 03/19/2003 | 3.00 |
| 03/19/2003 | 10.30 |
| 03/19/2003 | 0.20 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/20/2003 | | 1.60 |
| 03/25/2003 | | 10.60 |
| 03/25/2003 | | 56.70 |
| 03/26/2003 | | 20.30 |
| 03/31/2003 | | 2.70 |
| | **Duplicating Costs-in House Total** | **253.20** |

**Duplicating Costs-Outside**

| | | |
|------|-------------|--------|
| 11/13/2002 | VENDOR: Skyline Duplication & Document Managemen; INVOICE#: D3945-MAR; DATE: 4/24/2002  -  Copies | 3,787.99 |
| | **Duplicating Costs-Outside Total** | **3,787.99** |

**Process Service & Calendar Watch**

| | | |
|------|-------------|--------|
| 03/13/2003 | VENDOR: Pacer Service Center; INVOICE#: 010103; DATE: 1/1/2003  -  January 2003  On Line usage | 153.72 |
| | **Process Service & Calendar Watch Total** | **153.72** |

**In House Messenger Service**

| | | |
|------|-------------|--------|
| 03/07/2003 | Early Bird Messenger Bike Standard from  to  RES-LOUICE CROOGER, 257 W 86TH ST | 13.75 |
| | **In House Messenger Service Total** | **13.75** |

**Lexis/Nexis**

| | | |
|------|-------------|--------|
| 03/11/2003 | | 72.00 |
| 03/11/2003 | | 56.90 |
| | **Lexis/Nexis Total** | **128.90** |

**Facsimile Charges**

| | | |
|------|-------------|--------|
| 03/05/2003 | FAX # 212-735-2000 | 6.00 |
| | **Facsimile Charges Total** | **6.00** |

**Westlaw**

| | | |
|------|-------------|--------|
| 03/12/2003 | ; Duration 0:01:47; By PASQUALE KENNETH | 18.94 |
| | **Westlaw Total** | **18.94** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 209.07 |
| Meals | 119.93 |
| Local Transportation | 294.54 |
| Long Distance Telephone | 1205.11 |
| Duplicating Costs-in House | 253.20 |
| Duplicating Costs-Outside | 3787.99 |
| Process Service & Calendar Watch | 153.72 |
| In House Messenger Service | 13.75 |
| Lexis/Nexis | 128.90 |
| Facsimile Charges | 6.00 |
| Westlaw | 18.94 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 6,191.15 |