## EXHIBIT A

## Case Administration (12.00 Hours; $ 2,346.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |
| Rita C. Tobin | 1.60 | $340 | 544.00 |
| Brian A. Skretny | .50 | $240 | 120.00 |
| Robert C. Spohn | 6.40 | $165 | 1,056.00 |
| Elyssa J. Strug | 2.80 | $155 | 434.00 |
| Tracy L. Wantuck | .50 | $135 | 67.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/03/03 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 2/28/03 (.3); download e-filed pleadings, review and archive (.1) |
| 03/04/03 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 3/3/03 (.3); download e-filed pleadings, review and archive (.2) |
| 03/05/03 | RCT | 340.00 | 0.30 | Review correspondence and EI status report. |
| 03/05/03 | EJS | 155.00 | 0.20 | Updated EI, PVNL & JWD agenda files. |
| 03/06/03 | EJS | 155.00 | 0.10 | Updated EI files. |
| 03/07/03 | PVL | 625.00 | 0.10 | Review EI memo. |
| 03/10/03 | EJS | 155.00 | 0.20 | Updated EI files. |
| 03/10/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/5/03 - 3/7/03 |
| 03/10/03 | TLW | 135.00 | 0.50 | Organize TWS working files. |
| 03/11/03 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 3/10/03 (.2); download, review and archive e-filed pleadings (.2) |
| 03/12/03 | RCT | 340.00 | 0.30 | Review recommendations from local counsel re: EI update for wk of 3/9. |
| 03/12/03 | EJS | 155.00 | 0.20 | Updated EI, PVNL & JWD agenda files. |

{D0009690:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/12/03 | EJS | 155.00 | 0.20 | Updated EI hearing files. |
| 03/12/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/11/03 |
| 03/13/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/12/03 |
| 03/14/03 | PVL | 625.00 | 0.10 | Teleconference Eskin and Milch re status. |
| 03/14/03 | RCT | 340.00 | 0.30 | Review local counsel recommendations for week of 3/16 for EI update. |
| 03/14/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/13/03 |
| 03/16/03 | BAS | 240.00 | 0.50 | Reviewed Asbestos Report from retained expert consultant (.5). |
| 03/17/03 | EJS | 155.00 | 0.20 | Updated JWD agenda files. |
| 03/17/03 | RCS | 165.00 | 1.30 | Review and index pleadings and correspondence received 3/14/03 (.2); download e-filed fee apps, format and archive to cd rom (1.1) |
| 03/18/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/17/03 |
| 03/19/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/18/03 |
| 03/20/03 | EJS | 155.00 | 0.20 | Updated EI & PVNL agenda files. |
| 03/20/03 | EJS | 155.00 | 0.20 | Updated EI Judge Wolin Orders index/file. |
| 03/20/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/19/03 |
| 03/21/03 | RCT | 340.00 | 0.30 | Review recommendations from local counsel for wk of 3/23 re: report to EI. |
| 03/21/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/20/03 |
| 03/24/03 | EJS | 155.00 | 0.30 | Updated EI, PVNL & JWD agenda files. |
| 03/24/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/21/03 |

{D0009690:1 }

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 03/25/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/24/03 |
| 03/26/03 | RCT | 340.00 | 0.20 | Review local counsel recommendations for week of 3/30. |
| 03/26/03 | RCT | 340.00 | 0.20 | Review claims status. |
| 03/26/03 | EJS | 155.00 | 0.20 | Updated EI hearing files. |
| 03/26/03 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/25/03 |
| 03/27/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/26/03 |
| 03/28/03 | EJS | 155.00 | 0.20 | Updated EI minutes files. |
| 03/28/03 | EJS | 155.00 | 0.30 | Updated EI files. |
| 03/28/03 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/29/03 (.2). |
| 03/31/03 | EJS | 155.00 | 0.30 | Updated EI, PVNL, and JWD agenda files. |
| 03/31/03 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 3/28/03 (.1). |

**Total Task Code .04        12.00**


**Claim Analysis Objection & Resolution (Asbestos)(11.70 Hours; $ 3,552.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .40 | $625 | 250.00 |
| Albert G. Lauber | 2.00 | $490 | 980.00 |
| Nathan D. Finch | .30 | $395 | 118.50 |
| Kimberly N. Brown | .40 | $350 | 140.00 |
| John P.Cunningham | 7.70 | $240 | 1,848.00 |
| Brian A. Skretny | .90 | $240 | 216.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0009690:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/03/03 | AGL | 490.00 | 1.20 | Adversary litigation; review draft letter to CA3 from C&L (0.3); conference w/JPC re: same (0.1); send suggested revisions to mark Hurferd (0.3); review final text of letter. |
| 03/08/03 | PVL | 625.00 | 0.40 | Review new CA SCt. op. re medical monitoring. |
| 03/10/03 | KNB | 350.00 | 0.40 | Review Austern testimony |
| 03/10/03 | BAS | 240.00 | 0.90 | Circulate memo and attachments to Committee re: potential expert witnesses (.9) |
| 03/10/03 | JPC | 240.00 | 1.20 | Review N&W RWY v. Ayers Sup. Ct. decision re: fear of cancer claims (.5); conduct follow up research re: status of challenged claims (.5); conference with KNB re: recent opinions addressing same (.2) |
| 03/11/03 | AGL | 490.00 | 0.20 | Review pending orders and motions (3). |
| 03/11/03 | JPC | 240.00 | 0.90 | Review of record and briefs culminating in N&W Rwy v. Ayers sup. ct. decision re: fear of cancer claims |
| 03/11/03 | NDF | 395.00 | 0.30 | Read Supreme Court opinion re: asbestos (.3). |
| 03/12/03 | AGL | 490.00 | 0.30 | Review S. Ct. opinion in N&W v. Ayers re fear of cancer damages for asbestos injury. |
| 03/12/03 | AGL | 490.00 | 0.30 | Memo to Asbestos Litigation Group re Ayers opinion. |
| 03/14/03 | JPC | 240.00 | 1.80 | Continue review of record and briefs culminating in N&W Rwy v. Ayers sup ct decision re: fear of cancer claims (.5); research papers filed in lower courts re: same (.5); draft survey-related memo re: update in LA law (.8) |
| 03/17/03 | JPC | 240.00 | 1.90 | Conduct updated research re: state law cases addressing challenged claims in wake of Ayers |
| 03/18/03 | JPC | 240.00 | 0.90 | Continue updated research re: state law cases addressing challenged claims in wake of Ayers |
| 03/25/03 | JPC | 240.00 | 1.00 | Begin research re: property damage claims in light of recent La "stigma" option |

**Total Task Code .05        11.70**

{D0009690:1 }

**Claim Analysis Objection & Resolution (Non-Asbestos)(.20 Hours; $ 125.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/13/03 | PVL | 625.00 | 0.20 | Teleconference Kazan re status |

**Total Task Code .06    .20**

**Committee, Creditors', Noteholders' or Equity Holders' (.90 Hours; $ 639.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .90 | $710 | 639.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/06/03 | EI | 710.00 | 0.90 | Memos re: Futures Rep candidates (.2); read Austern testimony (.5); memo to Committee (.2). |

**Total Task Code .07    .90**

**Fee Applications, Applicant (6.20 Hours; $ 1,497.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.90 | $340 | 986.00 |
| Elyssa J Strug | 3.30 | $155 | 511.50 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

{D0009690:1 }

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 03/03/03 | RCT | 340.00 | 0.80 | Review fee apps. |
| 03/06/03 | RCT | 340.00 | 0.70 | Review ans select prebill (.5); email TB re: same (.2). |
| 03/11/03 | RCT | 340.00 | 0.40 | Email and telecon to TB re: fee app changes (.3); conference with ES re: same (.1). |
| 03/11/03 | RCT | 340.00 | 0.10 | Review March fee app schedules. |
| 03/11/03 | EJS | 155.00 | 0.50 | Updated payment chart with payment received 3/10/03. |
| 03/13/03 | EJS | 155.00 | 1.30 | Worked on Notice to monthly fee application. |
| 03/17/03 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |
| 03/18/03 | EJS | 155.00 | 0.40 | Worked on monthly fee application. |
| 03/19/03 | RCT | 340.00 | 0.50 | Review fee apps - final. |
| 03/21/03 | EJS | 155.00 | 0.30 | Created April fee application schedule. |
| 03/24/03 | RCT | 340.00 | 0.10 | Conference with ES re: April schedule and assignments. |
| 03/27/03 | EJS | 155.00 | 0.30 | Updated RCT fee files. |
| 03/31/03 | RCT | 340.00 | 0.30 | Review response to fee auditor. |

**Total Task Code .12        6.20**


**Fee Applicants, Others (.70 Hours; $ 437.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .70 | $625 | 437.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/10/03 | PVL | 625.00 | 0.10 | Review 5 fee applications. |

{D0009690:1 }

| 03/17/03 | PVL | 625.00 | 0.50 | Review 3 miscellaneous filings re fees (.1); teleconference Friedman re fee application (.3); teleconference EI re same (.1). |
| --- | --- | --- | --- | --- |
| 03/25/03 | PVL | 625.00 | 0.10 | Review 2 fee applications. |

**Total Task Code .13        .70**


**Financing (.10 Hours; $ 62.50)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 03/03/03 | PVL | 625.00 | 0.10 | Review amended DIP motion |

**Total Task Code .14        .10**


**Plan & Disclosure Statement (.50 Hours; $ 197.50)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Nathan D. Finch | .50 | $395 | 197.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 03/07/03 | NDF | 395.00 | 0.50 | Read David Austern Senate testimony for evaluation as fitness as utures rep (.5). |

**Total Task Code .17        .50**

{D0009690:1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 16.32 |
| Database Research | 7.24 |
| Long Distance-Equitrac In-House | 8.39 |
| NYO Long Distance Telephone | 241.63 |
| Telecopier/Equitrac | 58.05 |
| Xeroxing | <u>169.80</u> |
| Total: | 501.43 |

{D0009690:1 }