**EXHIBIT B**

**Case Administration (12.0 Hours; $ 2,346.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   12.0**

**Claim Analysis Objection & Resolution (Asbestos) (11.7 Hours; $ 3,552.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05   11.7**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 125.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06   .2**

**Committee, Creditors' Noteholders or Equity Holders (.9 Hours; $ 639.00)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel

**Total Task Code .07   .9**

**Fee Applications, Applicant (6.2 Hours; $ 1,497.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   6.2**

**Fee Applications, Others (.7 Hours; $ 437.50)**

{D0009691:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**     .7

**Financing (.1 Hours; $ 62.50)**

Services rendered in this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14**     .1

**Plan & Disclosure Statement (.5 Hours; $ 197.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**     .5