## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 16.32 |
| Database Research | 7.24 |
| Long Distance-Equitrac In-House | 8.39 |
| NYO Long Distance Telephone | 241.63 |
| Telecopier/Equitrac | 58.05 |
| Xeroxing | <u>169.80</u> |
| Total: | 501.43 |

{D0009692:1 }