```
Client Number:   4642          Grace Asbestos Personal Injury Claimants                              Page:     1
Matter     000                 Disbursements                                                       4/17/2003
                                                                                                  Print Time:
                                                                                                  12:20:49PM
Attn:                                                                                              Invoice #

                                     PREBILL  / CONTROL  REPORT
                                       Trans Date Range:  1/1/1950  to: 3/31/2003

Matter     000
Disbursements
Bill Cycle:       Monthly        Style:       i1         Start:    4/16/2001
                                                  Last Billed : 3/20/2003                    13,655
```

Trust Amount Available

Total Expenses Billed To Date        $218,751.01

```
                                                        Billing Empl:         0120      Elihu Inselbuch
                                                        Responsible Empl:     0120      Elihu Inselbuch
                                                        Alternate Empl:       0120      Elihu Inselbuch
                                                        Originating Empl:     0120      Elihu Inselbuch
```

**Summary  by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N. Lockwood | 0.00 | 1.65 | 0.00 | 1.65 |
| 0090 | EJS | Elyssa J. Strug | 0.00 | 79.65 | 0.00 | 79.65 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 2.70 | 0.00 | 2.70 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 16.32 | 0.00 | 16.32 |
| 0149 | JPC | John P. Cunningham | 0.00 | 0.45 | 0.00 | 0.45 |
| 0227 | RH | Roxana  Healy | 0.00 | 4.50 | 0.00 | 4.50 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 0.75 | 0.00 | 0.75 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 11.40 | 0.00 | 11.40 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 384.01 | 0.00 | 384.01 |
|  |  |  | **0.00** | **501.43** | **0.00** | **501.43** |

**Total Fees**

**Summary  by Employee**

|  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1439450 | Equitrac - Long Distance to 2125585838 | E | 03/03/2003 | 0999 C&D | 0.00 |  | $1.40 | 0.00 |  | $1.40 | 1.40 |
| 1439906 | Photocopy | E | 03/03/2003 | 0238 SLG | 0.00 |  | $1.20 | 0.00 |  | $1.20 | 2.60 |
| 1439936 | Photocopy | E | 03/03/2003 | 0090 EJS | 0.00 |  | $6.60 | 0.00 |  | $6.60 | 9.20 |
| 1439976 | Photocopy | E | 03/03/2003 | 0999 C&D | 0.00 |  | $31.95 | 0.00 |  | $31.95 | 41.15 |
| 1440004 | Photocopy | E | 03/03/2003 | 0149 JPC | 0.00 |  | $0.15 | 0.00 |  | $0.15 | 41.30 |
| 1438395 | Database Research-Westlaw research by JPC on 02/13 | E | 03/03/2003 | 0999 C&D | 0.00 |  | $5.42 | 0.00 |  | $5.42 | 46.72 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                          Page:     1
Matter      000                         Disbursements                                                                               4/17/2003
                                                                                                                                   Print Time:
                                                                                                                                   12:20:49PM
Attn:                                                                                                                               Invoice #
1441068    Federal Express to Marla Eskin from EI on 2/14    E  03/04/2003  0120  EI     0.00      $4.93     0.00      $4.93    51.65
1440089    Photocopy                                         E  03/04/2003  0101  RCS    0.00      $2.70     0.00      $2.70    54.35
1440307    Photocopy                                         E  03/05/2003  0090  EJS    0.00      $4.05     0.00      $4.05    58.40
1440338    Photocopy                                         E  03/05/2003  0149  JPC    0.00      $0.15     0.00      $0.15    58.55
1439265    NYO Long Distance Telephone-Grace attorneys conf  E  03/05/2003  0999  C&D    0.00    $241.63     0.00    $241.63   300.18
           call, NDF, S. Baena, B. Friedman, CSR
1440467    Fax Transmission to 12145239157                   E  03/06/2003  0999  C&D    0.00      $0.30     0.00      $0.30   300.48
1440468    Fax Transmission to 12123440994                   E  03/06/2003  0999  C&D    0.00      $0.30     0.00      $0.30   300.78
1440502    Fax Transmission to 12145239157                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   302.43
1440505    Fax Transmission to 12145239159                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   304.08
1440506    Fax Transmission to 12145239158                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   305.73
1440508    Fax Transmission to 12145991171                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   307.38
1440511    Fax Transmission to 17136501400                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   309.03
1440514    Fax Transmission to 12148248100                   E  03/06/2003  0999  C&D    0.00      $1.80     0.00      $1.80   310.83
1440515    Fax Transmission to 13125516759                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   312.48
1440516    Fax Transmission to 15108354913                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   314.13
1440518    Fax Transmission to 18432169450                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   315.78
1440519    Fax Transmission to 12165750799                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   317.43
1440520    Fax Transmission to 18432169290                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   319.08
1440521    Fax Transmission to 13053796222                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   320.73
1440522    Fax Transmission to 14067527124                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   322.38
1440524    Fax Transmission to 13026565875                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   324.03
1440525    Fax Transmission to 14124718308                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   325.68
1440526    Fax Transmission to 16179510679                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   327.33
1440527    Fax Transmission to 12123440994                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   328.98
1440528    Fax Transmission to 12024293329                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   330.63
1440529    Fax Transmission to 12123445461                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   332.28
1440530    Fax Transmission to 12024293301                   E  03/06/2003  0999  C&D    0.00      $1.65     0.00      $1.65   333.93
1440531    Fax Transmission to 13024269947                   E  03/06/2003  0999  C&D    0.00      $0.15     0.00      $0.15   334.08
1440533    Fax Transmission to 13024269947                   E  03/06/2003  0999  C&D    0.00      $1.50     0.00      $1.50   335.58
1440534    Fax Transmission to 14122615066                   E  03/06/2003  0999  C&D    0.00      $1.20     0.00      $1.20   336.78
1440535    Fax Transmission to 14122615066                   E  03/06/2003  0999  C&D    0.00      $0.45     0.00      $0.45   337.23
1440618    Photocopy                                         E  03/06/2003  0232  LK     0.00      $0.75     0.00      $0.75   337.98
1440689    Photocopy                                         E  03/06/2003  0238  SLG    0.00      $4.65     0.00      $4.65   342.63
1442648    Fax Transmission to 17136501400                   E  03/10/2003  0999  C&D    0.00      $0.60     0.00      $0.60   343.23
1442649    Fax Transmission to 14067527124                   E  03/10/2003  0999  C&D    0.00      $2.85     0.00      $2.85   346.08
1442650    Fax Transmission to 17136501400                   E  03/10/2003  0999  C&D    0.00      $1.80     0.00      $1.80   347.88
1442653    Fax Transmission to 16179510679                   E  03/10/2003  0999  C&D    0.00      $2.85     0.00      $2.85   350.73
1442654    Fax Transmission to 17136501400                   E  03/10/2003  0999  C&D    0.00      $0.45     0.00      $0.45   351.18
1442658    Fax Transmission to 12024293301                   E  03/10/2003  0999  C&D    0.00      $2.85     0.00      $2.85   354.03
1442659    Fax Transmission to 13024269947                   E  03/10/2003  0999  C&D    0.00      $0.15     0.00      $0.15   354.18
1442660    Fax Transmission to 13024269947                   E  03/10/2003  0999  C&D    0.00      $2.25     0.00      $2.25   356.43
1442664    Fax Transmission to 14122615066                   E  03/10/2003  0999  C&D    0.00      $0.15     0.00      $0.15   356.58
1442667    Fax Transmission to 13024269947                   E  03/10/2003  0238  SLG    0.00      $0.15     0.00      $0.15   356.73
1442669    Fax Transmission to 13024269947                   E  03/10/2003  0238  SLG    0.00      $0.15     0.00      $0.15   356.88
1442671    Fax Transmission to 13024269947                   E  03/10/2003  0238  SLG    0.00      $0.15     0.00      $0.15   357.03
1442674    Fax Transmission to 13024269947                   E  03/10/2003  0238  SLG    0.00      $0.15     0.00      $0.15   357.18
1442675    Fax Transmission to 14122615066                   E  03/10/2003  0999  C&D    0.00      $1.65     0.00      $1.65   358.83
1442678    Fax Transmission to 14122615066                   E  03/10/2003  0999  C&D    0.00      $0.15     0.00      $0.15   358.98
1442681    Fax Transmission to 14122615066                   E  03/10/2003  0999  C&D    0.00      $0.90     0.00      $0.90   359.88
1442691    Fax Transmission to 13024269947                   E  03/10/2003  0999  C&D    0.00      $0.15     0.00      $0.15   360.03
1442694    Fax Transmission to 13024269947                   E  03/10/2003  0999  C&D    0.00      $0.75     0.00      $0.75   360.78
1442695    Fax Transmission to 13024269947                   E  03/10/2003  0999  C&D    0.00      $0.15     0.00      $0.15   360.93
1442697    Fax Transmission to 13024269947                   E  03/10/2003  0999  C&D    0.00      $0.60     0.00      $0.60   361.53
1442700    Fax Transmission to 13024269947                   E  03/10/2003  0999  C&D    0.00      $1.20     0.00      $1.20   362.73
1442802    Photocopy                                         E  03/10/2003  0999  C&D    0.00      $1.80     0.00      $1.80   364.53
1442837    Photocopy                                         E  03/10/2003  0999  C&D    0.00      $3.60     0.00      $3.60   368.13
1442867    Photocopy                                         E  03/10/2003  0149  JPC    0.00      $0.15     0.00      $0.15   368.28
1442869    Photocopy                                         E  03/10/2003  0238  SLG    0.00      $0.30     0.00      $0.30   368.58
1442874    Photocopy                                         E  03/10/2003  0999  C&D    0.00      $0.45     0.00      $0.45   369.03
1442886    Photocopy                                         E  03/10/2003  0999  C&D    0.00      $0.75     0.00      $0.75   369.78
1442324    Equitrac - Long Distance to 2123198798            E  03/10/2003  0999  C&D    0.00      $0.13     0.00      $0.13   369.91
1442394    Equitrac - Long Distance to 2123199240            E  03/10/2003  0999  C&D    0.00      $0.05     0.00      $0.05   369.96
1442395    Equitrac - Long Distance to 2125585508            E  03/10/2003  0999  C&D    0.00      $0.05     0.00      $0.05   370.01
1442396    Equitrac - Long Distance to 2123199240            E  03/10/2003  0999  C&D    0.00      $0.06     0.00      $0.06   370.07
1442434    Equitrac - Long Distance to 2123199240            E  03/11/2003  0999  C&D    0.00      $0.29     0.00      $0.29   370.36
1442437    Equitrac - Long Distance to 2123199240            E  03/11/2003  0999  C&D    0.00      $0.32     0.00      $0.32   370.68
1442448    Equitrac - Long Distance to 2123199240            E  03/11/2003  0999  C&D    0.00      $0.08     0.00      $0.08   370.76
1442451    Equitrac - Long Distance to 2147408000            E  03/11/2003  0999  C&D    0.00      $0.85     0.00      $0.85   371.61
1442981    Photocopy                                         E  03/11/2003  0238  SLG    0.00      $2.40     0.00      $2.40   374.01
1443025    Photocopy                                         E  03/11/2003  0090  EJS    0.00      $5.40     0.00      $5.40   379.41
1443026    Photocopy                                         E  03/11/2003  0090  EJS    0.00      $0.45     0.00      $0.45   379.86
1443087    Photocopy                                         E  03/11/2003  0090  EJS    0.00     $15.15     0.00     $15.15   395.01
1443304    Equitrac - Long Distance to 3053502403            E  03/12/2003  0999  C&D    0.00      $0.05     0.00      $0.05   395.06
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                                    Page:    1
Matter      000                          Disbursements                                                                       4/17/2003
                                                                                                                            Print Time:
                                                                                                                            12:20:49PM
Attn:                                                                                                                        Invoice #
1443352    Equitrac - Long Distance to 3053502403     E   03/12/2003   0999   C&D      0.00      $1.35      0.00    $1.35    396.41
1443572    Photocopy                                  E   03/12/2003   0999   C&D      0.00      $2.70      0.00    $2.70    399.11
1444362    Photocopy                                  E   03/13/2003   0090   EJS      0.00      $7.65      0.00    $7.65    406.76
1444610    Equitrac - Long Distance to 3053502403     E   03/13/2003   0999   C&D      0.00      $0.05      0.00    $0.05    406.81
1445405    Photocopy                                  E   03/14/2003   0227   RH       0.00      $4.50      0.00    $4.50    411.31
1446129    Photocopy                                  E   03/17/2003   0238   SLG      0.00      $2.25      0.00    $2.25    413.56
1446140    Photocopy                                  E   03/17/2003   0090   EJS      0.00      $7.05      0.00    $7.05    420.61
1445821    Equitrac - Long Distance to 3053502403     E   03/18/2003   0999   C&D      0.00      $0.41      0.00    $0.41    421.02
1445823    Equitrac - Long Distance to 3129847759     E   03/18/2003   0999   C&D      0.00      $0.06      0.00    $0.06    421.08
1445856    Equitrac - Long Distance to 8479756434     E   03/18/2003   0999   C&D      0.00      $0.85      0.00    $0.85    421.93
1446004    Equitrac - Long Distance to 2123199240     E   03/19/2003   0999   C&D      0.00      $0.05      0.00    $0.05    421.98
1446674    Photocopy                                  E   03/19/2003   0090   EJS      0.00     $16.65      0.00   $16.65    438.63
1446742    Photocopy                                  E   03/19/2003   0999   C&D      0.00      $1.80      0.00    $1.80    440.43
1446753    Photocopy                                  E   03/19/2003   0020   PVL      0.00      $0.75      0.00    $0.75    441.18
1445521    Database Research; Pacer Service DC office for  E   03/19/2003   0999   C&D  0.00     $1.82      0.00    $1.82    443.00
           month of February 2003
1445576    Federal Express to Marla Eskin from EI on 3/11  E   03/20/2003   0120   EI   0.00    $11.39      0.00   $11.39    454.39
1446863    Equitrac - Long Distance to 3129847700     E   03/20/2003   0999   C&D      0.00      $0.11      0.00    $0.11    454.50
1447813    Fax Transmission to 13129847700            E   03/20/2003   0020   PVL      0.00      $0.90      0.00    $0.90    455.40
1448185    Photocopy                                  E   03/21/2003   0090   EJS      0.00      $0.90      0.00    $0.90    456.30
1446995    Equitrac - Long Distance to 3053756156     E   03/21/2003   0999   C&D      0.00      $1.67      0.00    $1.67    457.97
1448587    Photocopy                                  E   03/24/2003   0090   EJS      0.00      $7.05      0.00    $7.05    465.02
1448621    Photocopy                                  E   03/24/2003   0999   C&D      0.00      $2.70      0.00    $2.70    467.72
1450792    Equitrac - Long Distance to 2127353550     E   03/26/2003   0999   C&D      0.00      $0.56      0.00    $0.56    468.28
1453695    Photocopy                                  E   03/28/2003   0999   C&D      0.00      $0.45      0.00    $0.45    468.73
1453900    Photocopy                                  E   03/31/2003   0090   EJS      0.00      $8.70      0.00    $8.70    477.43
1453997    Photocopy                                  E   03/31/2003   0999   C&D      0.00     $24.00      0.00   $24.00    501.43
Total Expenses                                                                         0.00    $501.43      0.00   $501.43


                    Matter Total Fees                                                            0.00               0.00


                    Matter Total Expenses                                                      501.43             501.43


                    Matter Total                                                       0.00    501.43      0.00    501.43




                    Prebill Total Fees


                    Prebill Total Expenses                                                    $501.43            $501.43


                    Prebill Total                                                      0.00   $501.43      0.00   $501.43



Previous Billings

InvoiceNo       InvoiceDate           InvoiceTotal         OpenTotal

36,593          07/26/2002             121,163.25         13,975.99
36,950          08/22/2002             231,722.75         24,660.40
37,197          09/25/2002             246,726.25         35,891.10
37,665          10/31/2002             153,308.00         30,661.60
37,961          11/30/2002              36,076.50          7,215.30
37,962          11/30/2002             137,754.50         27,550.90
38,222          12/26/2002              36,910.00          7,382.00
38,223          12/26/2002             155,061.50         31,012.30
```

```
Client Number:   4642         Grace Asbestos Personal Injury Claimants                          Page:    1
Matter      000               Disbursements                                                   4/17/2003
                                                                                             Print Time:
                                                                                             12:20:49PM
Attn:                                                                                          Invoice #
 40,448         01/27/2003              20,299.58          20,299.58
 40,704         02/22/2003              17,632.50          17,632.50
 40,965         03/11/2003              31,418.00           6,283.60
 40,966         03/11/2003              43,961.50          43,961.50
 41,070         03/20/2003              12,194.52          12,194.52
 41,071         03/20/2003              27,076.50          27,076.50
                                     1,271,305.35         305,797.79
```