Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            03/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-01D
                                       STATEMENT NO:     22

Asset Analysis and Recovery



    PREVIOUS BALANCE                              $1,764.30


                                          HOURS
03/07/03
    MTH Reviewing correspondence from EI re
        future representative issue.         0.30     79.50
                                            ----     -----
    FOR CURRENT SERVICES RENDERED           0.30     79.50
                    RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE    TOTAL
    Mark T. Hurford         0.30    $265.00    $79.50


    TOTAL CURRENT WORK                              79.50


03/12/03 Payment - Thank you. (November, 2002 - 80%)    -44.00


    BALANCE DUE                                  $1,799.80
                                                 =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-02D
                                       STATEMENT NO:      22


Asset Disposition



PREVIOUS BALANCE                                    $787.30


                                          HOURS
03/27/03
    MTH Reviewing Debtors' Motion for an Order
        Extending Time to Assume Unexpired
        Residential Leases.                  0.30    79.50
                                             ----   -----
        FOR CURRENT SERVICES RENDERED        0.30    79.50

                    RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE     TOTAL
    Mark T. Hurford         0.30   $265.00      $79.50


    TOTAL CURRENT WORK                           79.50


03/12/03 Payment - Thank you. (November, 2002 - 80%)   -234.00


    BALANCE DUE                                 $632.80
                                                =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1

W.R. Grace                                                03/31/2003
Wilmington  DE                             ACCOUNT NO: 3000-03D
                                           STATEMENT NO:      17

Business Operations



        PREVIOUS BALANCE                                  $678.50


                                                 HOURS
03/31/03
        MTH Reviewing correspondence from D. Siegel
            to Judge Fitzgerald re financial
            documents.                            0.10    26.50
                                                  ----    -----
        FOR CURRENT SERVICES RENDERED             0.10    26.50

                        RECAPITULATION
        TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
        Mark T. Hurford               0.10    $265.00     $26.50


        TOTAL CURRENT WORK                                 26.50


03/12/03 Payment - Thank you. (November, 2002 - 80%)      -338.40


        BALANCE DUE                                       $366.60
                                                          =======



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      22


Case Administration



     PREVIOUS BALANCE                            $1,392.40



                                        HOURS
03/04/03
     MAL Attention to Document Organization      0.20     19.00

03/06/03
     MAL Attention to Document Organization      0.30     28.50

03/07/03
     DEM Update Attorney Binder                  0.10      9.50

03/10/03
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)         0.30     28.50
     PEM Review DK Acquisition Partners motion to
         permit trading in debtor's bank debt
         (.4); telephone conference with MTH re:
         same (.2)                               0.60    174.00

03/11/03
     MTH Telephone conversation with PEM re DK
         Motion.                                 0.10     26.50
     MTH Reviewing correspondence from PEM re DK
         Motion.                                 0.10     26.50

03/17/03
     MAL Attention to document organization      0.40     38.00

03/19/03
     MAL Attention to document organization      0.10      9.50

03/21/03
     MTH Reviewing 2 Affidavits under Section 327.   0.10     26.50

```
                                                    Page:  2
        W.R. Grace                                 03/31/2003
                                        ACCOUNT NO: 3000-04D
                                        STATEMENT NO:      22
        Case Administration
```

```
                                                    HOURS
03/25/03
    MTH Review DK Acquisition Motion re trading.      0.20    53.00

03/26/03
    MTH Telephone conversation with PEM re DK
        Acquisitions Motion.                          0.10    26.50
                                                      ----   ------
        FOR CURRENT SERVICES RENDERED                 2.60   466.00

                      RECAPITULATION
    TIMEKEEPER                     HOURS HOURLY RATE       TOTAL
    Philip E. Milch                 0.60    $290.00     $174.00
    Mark T. Hurford                 0.60     265.00      159.00
    Margaret A. Landis              1.00      95.00       95.00
    Diane E. Massey                 0.40      95.00       38.00


        TOTAL CURRENT WORK                            466.00


03/12/03 Payment - Thank you. (November, 2002 - 80%)       -255.20


        BALANCE DUE                                 $1,603.20
                                                    =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-05D
                                        STATEMENT NO:     22

Claims Analysis Objection & Resolution (Asbestos)


PREVIOUS BALANCE                                  $3,306.60


                                          HOURS
03/12/03
    MTH Telephone conversation with Creditor
        Susan McBride re questions re asbestos
        bar date materials, possible PI claim.    0.40    106.00
    DAC Review memo re: retention of experts      0.10     35.00

03/18/03
    MTH Review re: questions presented by
        potential creditor Larry Keel (.3),
        Telephone conversation with MRE re: same
        (.1), and Telephone conversation with
        Larry Keel re: same (.1).                 0.50    132.50
    MTH Telephone conversation with potential
        creditor Larry Keel re: proof of claim
        bar date.                                 0.30     79.50

03/20/03
    MTH Telephone conversation with Clark Arnold
        re: questions re: Grace Bar Date.         0.20     53.00

03/26/03
    MTH Telephone conversation with H. Pitkow re
        asbestos bar date questions.              0.20     53.00
    MTH Meeting with MRE re questions from Clark
        Arnold re asbestos bar date questions,
        medical monitoring.                       0.20     53.00
    MTH Telephone conversation with PEM re
        medical monitoring.                       0.10     26.50
    MTH Telephone conversation with Clark Arnold
        re questions re asbestos claims (2
        calls).                                   0.30     79.50
    MTH Reviewing Bar Date Materials re questions

```
                                                           Page: 2
      W.R. Grace                                        03/31/2003
                                           ACCOUNT NO: 3000-05D
                                           STATEMENT NO:      22
      Claims Analysis Objection & Resolution (Asbestos)




                                                 HOURS
            from Creditor attorneys.              2.00    530.00
      MTH Telephone conversation with C. Arnold re
            asbestos medical monitoring questions.    0.40    106.00

03/28/03
      MTH Telephone conversation with H. Pitkow re
            questions re bar date.                0.20     53.00
                                                 ----  --------
            FOR CURRENT SERVICES RENDERED         4.90  1,307.00

                        RECAPITULATION
      TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
      Douglas A. Campbell            0.10    $350.00     $35.00
      Mark T. Hurford                4.80     265.00   1,272.00


            TOTAL CURRENT WORK                          1,307.00


            BALANCE DUE                                $4,613.60
                                                      =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-06D
                                      STATEMENT NO:      22

Claims Analysis Objection & Resol. (Non-Asbestos)



     PREVIOUS BALANCE                             $253.90



03/12/03 Payment - Thank you. (November, 2002 - 80%)       -21.20


     BALANCE DUE                                  $232.70
                                                  =======








                    Any payments received after the statement date will be
                    applied to next month's statement.  Please note your
                    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        03/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      22

Committee, Creditors, Noteholders, Equity Holders



        PREVIOUS BALANCE                        $15,370.80


                                        HOURS
03/03/03
     PEM Review daily memo re: new pleading        0.10     29.00
     MAL Attention to Document Organization        0.40     38.00
     MRE Review of weekly recommendation memo      0.20     55.00
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1);          0.30     28.50
     MTH Reviewing report re pleadings filed
         February 28, 2003.                        0.10     26.50


03/04/03
     PEM Meeting with MRE and MTH re: pending
         motions and committee responses and
         duties re: same                           0.10     29.00
     DEM Review Pleadings and electronic filing
         notices (.2); preparation and
         distribution of daily memo (.1)           0.30     28.50
     DEM Review Pleadings and electronic filing
         notices filed in adversary proceedings
         (.2); preparation and distribution of
         adversary proceeding daily memo (.1)      0.30     28.50
     MTH Reviewing report re pleadings filed from
         2/22/03 through 3/3/03 in adversaries.    0.10     26.50
     MTH Meeting with MRE and PEM re case status,
         upcoming deadlines.                       0.20     53.00
     MTH Preparing weekly recommendation
         memorandum.                               0.40    106.00
     MRE Meeting with PEM and MTH re: pending
         motions and deadlines                     0.20     55.00

03/05/03
     LMP Update WR Grace weekly recommendation

|  |  | HOURS |  |
|---|---|---|---|
|  | memo with reviewed fee applications (.3) | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed March 4, 2003. | 0.10 | 26.50 |

**03/06/03**

| MRE | Review of memo for March 5, 2003 summarizing pleadings filed | 0.10 | 27.50 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed March 5, 2003. | 0.10 | 26.50 |

**03/07/03**

| PEM | Review memo from counsel to committee re: futures rep | 0.20 | 58.00 |
|---|---|---|---|
| PEM | Review weekly recommendation report of counsel to committee regarding pending matters and motions | 0.30 | 87.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DAC | Review of counsel's weekly recommendation memo | 0.10 | 35.00 |
| MTH | Reviewing report re pleadings filed March 6, 2003. | 0.10 | 26.50 |
| MTH | Reviewing Orders entered at docket numbers 3441 through 3445. | 0.20 | 53.00 |
| MTH | Preparing weekly recommendation memorandum. | 0.70 | 185.50 |

**03/10/03**

| LMP | Update WR Grace weekly recommendation memo | 0.30 | 28.50 |
|---|---|---|---|
| MAL | Preparation of Highlighted Hearing Memo | 0.20 | 19.00 |

**03/11/03**

| LMP | Update WR Grace Weekly recommendation memo regarding reviewed fee applications | 0.20 | 19.00 |
|---|---|---|---|
| MAL | Attention to Document Organization | 0.30 | 28.50 |

W.R. Grace                                                    03/31/2003
Committee, Creditors, Noteholders, Equity Holders


                                                        HOURS
    PEM Review memo from counsel re: experts            0.20        58.00
    PEM Review daily memo of current pleadings          0.10        29.00
    MTH Reviewing report re pleadings filed March
        7 through 10, 2003.                             0.10        26.50
    MTH Meeting with MRE re upcoming objections,
        hearing.                                        0.20        53.00
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)                 0.30        28.50
    DEM Revision of Weekly Recommendation Memo          0.10         9.50
    MRE Review of weekly recommendation memo            0.20        55.00
    MRE Meeting with MTH re: upcoming objections,
        hearing                                         0.20        55.00

03/12/03
    MAL Review Pleadings and electronic filing
        notices                                         0.20        19.00
    MAL Attention to Document Organization              0.20        19.00
    MTH Reviewing report re pleadings filed March
        11, 2003.                                       0.10        26.50
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)                 0.30        28.50

03/13/03
    MAL Review Pleadings and electronic filing
        notices (.2), preparation and
        distribution of daily memo (.2)                 0.40        38.00
    MTH Reviewing report re pleadings filed March
        12, 2003.                                       0.10        26.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings
        (.2); preparation and distribution of
        adversary proceeding daily memo (.1)            0.30        28.50

03/14/03
    LMP Update Weekly recommendation memo               0.20        19.00
    MAL Review Pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.1)                 0.40        38.00
    PEM Review weekly recommendation memo to
        committee re: pending motions and matters       0.40       116.00
    MTH Reviewing report re pleadings filed March
        13, 2003.                                       0.10        26.50
    MTH Preparing weekly recommendation

                                                              Page:    4
W.R. Grace                                                   03/31/2003
                                              ACCOUNT NO: 3000-07D
                                              STATEMENT NO:       22
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | memorandum. | 0.50 | 132.50 |
| MTH | Correspondence to Committee Members re weekly recommendation memorandum. | 0.10 | 26.50 |

**03/17/03**

| | | | |
|---|---|---|---|
| DAC | Review counsel's weekly recommendation memo | 0.10 | 35.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Prepare and distribute March 17, 2003 Memorandum Re: Committee Member Expense Reimbursements | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| MTH | Reviewing report re: pleadings filed March 16, 2003. | 0.10 | 26.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |

**03/18/03**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.20 | 19.00 |
| MTH | Telephone conversation with MRE re: upcoming objections, motions. | 0.20 | 53.00 |

**03/19/03**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| LMP | Update WR Grace Weekly recommendation memo | 0.20 | 19.00 |
| MTH | Reviewing report re: pleadings filed March 18, 2003. | 0.10 | 26.50 |

**03/20/03**

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed March 19, 2003. | 0.10 | 26.50 |

**03/21/03**

| | | | |
|---|---|---|---|
| MK | Attention to document organization | 0.20 | 19.00 |

```
                                                         Page: 5
W.R. Grace                                           03/31/2003
                                          ACCOUNT NO: 3000-07D
                                          STATEMENT NO:      22
Committee, Creditors, Noteholders, Equity Holders
```

```
                                               HOURS
      DEM Review Pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)         0.30     28.50
      MTH Preparing weekly recommendation
          memorandum.                             0.50    132.50
      MTH Correspondence to Committee members re
          weekly recommendation memorandum.       0.20     53.00

03/24/03
      DAC Review counsel's recommendation memo    0.10     35.00
      DEM Review Pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.2)         0.40     38.00
      DEM Update Attorney Binder - Weekly
          Recommendation Memo                     0.10      9.50
      MTH Reviewing report re pleadings filed March
          21, 2003.                               0.10     26.50
      PEM Review weekly recommendation memo to
          committee re: pending motions and matters 0.30   87.00

03/25/03
      DEM Review Pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)         0.30     28.50
      DEM Revision of Weekly Recommendation Memo  0.20     19.00
      MTH Reviewing report re pleadings filed March
          24, 2003.                               0.10     26.50
      MTH Telephone conversation with counsel re
          upcoming deadlines, objections.         0.30     79.50

03/26/03
      DEM Review Pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)         0.30     28.50
      DEM Review Pleadings and electronic filing
          notices filed in adversary proceedings
          (.2); preparation and distribution of
          adversary proceeding daily memo (.1)    0.30     28.50
      MTH Reviewing report re pleadings filed March
          25, 2003.                               0.10     26.50

03/27/03
      DEM Review Pleadings and electronic filing
          notices (.2); preparation and
          distribution of daily memo (.1)         0.30     28.50
```

```
                                                           Page: 6
W.R. Grace                                             03/31/2003
                                           ACCOUNT NO: 3000-07D
                                           STATEMENT NO:      22
Committee, Creditors, Noteholders, Equity Holders
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing report re pleadings filed March 26, 2003. | 0.10 | 26.50 |

03/28/03

| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
|---|---|---|---|
| MTH | Reviewing report re pleadings filed March 27, 2003. | 0.10 | 26.50 |
| MTH | Preparing weekly recommendation memorandum. | 0.50 | 132.50 |
| MTH | Correspondence to Committee members re weekly recommendation memorandum. | 0.20 | 53.00 |
| PEM | Review recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |

03/31/03

| MAL | Attention to document organization | 0.30 | 28.50 |
|---|---|---|---|
| MRE | Review of memo for March 31, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MTH | Reviewing report re pleadings filed March 24, 2003. | 0.10 | 26.50 |
| MTH | Correspondence to E. Strug re committee minutes. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from E. Strug re committee minutes. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from N. Davis re weekly recommendation memorandum. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DAC | Review counsel's recommendation memo | 0.10 | 35.00 |

```
                                                   -----   --------
        FOR CURRENT SERVICES RENDERED              21.20   3,793.00
```

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $350.00 | $140.00 |
| Philip E. Milch | 2.00 | 290.00 | 580.00 |
| Michele Kennedy | 0.20 | 95.00 | 19.00 |
| Mark T. Hurford | 6.30 | 265.00 | 1,669.50 |
| Marla R. Eskin | 1.20 | 275.00 | 330.00 |
| Lauren M. Przybylek | 1.20 | 95.00 | 114.00 |
| Margaret A. Landis | 2.40 | 95.00 | 228.00 |
| Diane E. Massey | 7.50 | 95.00 | 712.50 |

W.R. Grace                                              03/31/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      22
Committee, Creditors, Noteholders, Equity Holders


         TOTAL CURRENT WORK                            3,793.00


03/12/03 Payment - Thank you. (November, 2002 - 80%)    -1,976.40
03/27/03 Payment - Thank you. (December, 2002 - 80%)    -3,326.80
                                                      ---------
         TOTAL PAYMENTS                                -5,303.20

         BALANCE DUE                                  $13,860.60
                                                      ==========


         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-08D
                                        STATEMENT NO:      21

Employee Benefits/Pension


    PREVIOUS BALANCE                                $1,880.00


    BALANCE DUE                                     $1,880.00
                                                    =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-10D
                                        STATEMENT NO:      22

Employment Applications, Others

PREVIOUS BALANCE                                     $3,074.40

                                             HOURS
03/07/03
    DAC Review information regarding future rep
        candidate background                   0.40    140.00
    MTH Reviewing Application for Supplemental
        Retention of Hilton by the Asbestos PD
        Comm.                                  0.40    106.00
                                               ----    ------
        FOR CURRENT SERVICES RENDERED          0.80    246.00
                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
    Douglas A. Campbell          0.40   $350.00    $140.00
    Mark T. Hurford              0.40    265.00     106.00

        TOTAL CURRENT WORK                          246.00

03/27/03 Payment - Thank you. (December, 2002 - 80%)    -1,019.20
03/27/03 Payment - Thank you.  (December, 2002 - 80%)      -22.00
                                                       ---------
        TOTAL PAYMENTS                              -1,041.20

        BALANCE DUE                                 $2,279.20
                                                    =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                    03/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-11D
                                            STATEMENT NO:      20


Expenses



PREVIOUS BALANCE                                       $11,192.36



| | | |
|---|---|---|
| 03/04/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 3/03/03 (certificate of no objection) | 59.16 |
| 03/05/03 | Ikon Office Solutions- Photocopying, Envelopes, Postage, Hand Deliveries on 3/4/03 (3- CNO's - Tersigni, LAS & C&L) | 58.47 |
| 03/13/03 | FAX to W. Slocombe and P. Lockwood - 2 pages | 4.00 |
| 03/13/03 | FAX to 4 parties of record - 4 pages | 16.00 |
| 03/13/03 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries  on 3/12/03 (amended application for compensation) | 78.72 |
| 03/16/03 | AT&T Long Distance Phone Calls | 5.88 |
| 03/18/03 | Postage - 3 @ $1.98 (OC P.I. Claimants expense application) | 5.94 |
| 03/19/03 | Ikon Office Solutions - Photocopying, Envelopes, Postage, Hand Deliveries on 3/18/03 (Official Committee of P.I. Claimants Notice of 3rd interim fee application) | 254.45 |
| 03/24/03 | FAX to Peter Van N. Lockwood - 4 pages | 4.00 |
| 03/24/03 | FAX to Douglas A. Campbell - 4 pages | 4.00 |
| 03/24/03 | FAX to Robert C. Spohn - 4 pages | 4.00 |
| 03/24/03 | FAX to Elyssa Strug - 4 pages | 4.00 |
| 03/25/03 | Ikon Office Solutions - Photocopying, Envelopes, Postage on 3/24/03 (3 cert. of no. obj. C&L, C&L, and Tersigni Jan.) | 10.12 |
| 03/31/03 | Pacer charges for March, 2003 | 31.64 |
| 03/31/03 | Ikon Office Solutions - Photocopying, Envelopes, Postage on 3/31/03 (LAS, C&D, C&L, Tersigni Feb. fee application) | 59.30 |
| 03/31/03 | Ikon Office Solutions - Photocopying, Envelopes, Postage on 3/31/03 (C&D, C&L Feb. fee application) | 99.48 |

```
                                                        Page: 2
          W.R. Grace                                 03/31/2003
                                         ACCOUNT NO: 3000-11D
                                         STATEMENT NO:       20
          Expenses


                                                        ------
               TOTAL EXPENSES                           699.16

               TOTAL CURRENT WORK                       699.16


03/12/03 Payment - Thank you. (November, 2002 - 100%)   -6,502.41
03/27/03 Payment - Thank you. (December, 2002 - 100%)   -2,590.06
                                                        ---------
               TOTAL PAYMENTS                           -9,092.47

               BALANCE DUE                             $2,799.05
                                                        =========
```

              Any payments received after the statement date will be
              applied to next month's statement.  Please note your
              account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      20


Fee Applications, Applicant



     PREVIOUS BALANCE                          $6,327.00



                                        HOURS
03/03/03
     AFM Review and sign CNO for Campbell & Levine
         (Monthly Fee Application- December)        0.20      40.00
     LMP Reviewed Sixth Interim Fee Application of
         Campbell & Levine to verify the amount
         set forth in the signed Order granting
         fees                                       0.20      19.00

03/04/03
     AFM Review and sign CNO for Campbell & Levine
         (Interim - October through December)       0.20      40.00
     LMP Searched docket for objections to
         Campbell & Levine's Interim fee
         application (.2); Prepared CNO regarding
         same (.2)                                  0.40      38.00

03/05/03
     PEM Revise February pre-bill                   0.30      87.00

03/11/03
     LMP Update payment chart regarding payment
         from WR Grace for November Fee
         Application of Campbell & Levine (.1)       0.10       9.50

03/19/03
     MTH Reviewing pre-bill.                        1.00     265.00

03/21/03
     MRE Review of pre-bill in preparation for
         filing fee application                     0.40     110.00

W.R. Grace

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| **03/24/03** | | | |
| AFM | Review and sign CNO re: Campbell & Levine (Monthly Fee Application - January) | 0.20 | 40.00 |
| AFM | Email from S. Bossay re: Campbell & Levine Fee Auditor's Initial Report (7th Interim Period) (.2); Review re: same (.2); Email to MRE (.1) | 0.50 | 100.00 |
| AFM | Review and sign fee application for Campbell & Levine (Monthly- February) | 0.30 | 60.00 |
| LMP | Searched case docket for objections to Campbell & Levine's January Fee Application (.1); Prepared CNO for same (.1); Electronic filing of same (.2) | 0.40 | 38.00 |
| **03/25/03** | | | |
| AFM | Prepare Project Recategorization Spreadsheet for 7th Period (.5); Review October Monthly Fee Application (.1); Review November Monthly Fee Application (.1); Review December Monthly Fee Application (.1) | 0.80 | 160.00 |
| AFM | Email to L. Ferdinand re: Project Recategorization Spreadsheet for Campbell & Levine (7th Period) | 0.20 | 40.00 |
| **03/26/03** | | | |
| LMP | Drafted Campbell & Levine February Fee Application | 0.90 | 85.50 |
| **03/28/03** | | | |
| LMP | Prepared C&L February Fee Application for E-filing | 0.40 | 38.00 |
| **03/31/03** | | | |
| MRE | Review of Fee Auditors Initial Report regarding C&L | 0.10 | 27.50 |
| MRE | Review of Fee Auditors Initial Report for the Seventh Interim Period for the Asbestos Personal Injury Committee | 0.10 | 27.50 |
| AFM | Review and sign fee application for Campbell & Levine (Monthly- February) | 0.30 | 60.00 |
| LMP | Electronic filing of Campbell & Levine's February Fee Application (.2); electronic and hard copy service to Notice parties (.1) | 0.30 | 28.50 |

```
                                                        Page: 3
        W.R. Grace                                   03/31/2003
                                          ACCOUNT NO: 3000-12D
                                          STATEMENT NO:      20

        Fee Applications, Applicant




                                                  ----  --------
            FOR CURRENT SERVICES RENDERED          7.30  1,313.50

                            RECAPITULATION
        TIMEKEEPER                      HOURS HOURLY RATE      TOTAL
        Philip E. Milch                  0.30    $290.00     $87.00
        Aileen F. Maguire                2.70     200.00     540.00
        Mark T. Hurford                  1.00     265.00     265.00
        Marla R. Eskin                   0.60     275.00     165.00
        Lauren M. Przybylek              2.70      95.00     256.50


            TOTAL CURRENT WORK                             1,313.50


    03/12/03 Payment - Thank you. (November, 2002 - 80%)    -1,469.60


            BALANCE DUE                                   $6,170.90
                                                          =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-13D
                                        STATEMENT NO:        7


Fee Applications, Others




     PREVIOUS BALANCE                             $17,255.30



                                        HOURS
03/03/03
     AFM  Prepare documents regarding expense
          information for Committee member, R. Budd     0.50    100.00
     AFM  Email from L.Ferdinand re: Final Draft
          Version of Spreadsheet for 6th Quarter
          (July 2002-September 2002); Summary of
          Project Categories (.1) / Review re: same
          (.2)                                          0.30     60.00
     LMP  Reviewed Sixth Interim Fee Application of
          Caplin & Drysdale to verify the amount
          set forth in the signed Order granting
          fees                                          0.20     19.00
     LMP  Reviewed Sixth Interim Fee Application of
          L. Tersigni to verify the amount set
          forth in the signed Order granting fees       0.20     19.00
     LMP  Reviewed Sixth Interim Fee Application of
          Legal Analysis Systems to verify the
          amount set forth in the signed Order
          granting fees                                 0.20     19.00
     MTH  Reviewing correspondence from M. Berkin
          re Holme Robert Fee App.                      0.10     26.50
     MTH  Reviewing Holme Robert Fee App.               0.50    132.50
     MTH  Correspondence to M. Berkin re Holme
          Robert Fee App. (and response to same).       0.40    106.00


03/04/03
     AFM  Meeting w/MESKIN re: Fee Application
          Hearing / Project Recategorization
          Spreadsheet                                   0.10     20.00
     AFM  Review and sign CNO for LAS (Interim -
          October through December)                     0.20     40.00
     AFM  Review and sign CNO for L.Tersigni

Fee Applications, Others


                                                 HOURS
        (Interim - October through December)      0.20       40.00
    LMP Searched docket for objections to Legal
        Analysis Systems Interim fee application
        (.2); Prepared CNO regarding same (.2)    0.40       38.00
    LMP Searched docket for objections to L.
        Tersigni's Interim fee application (.2);
        Prepared CNO regarding same (.2)          0.40       38.00

03/05/03
    AFM Review Fee Application of W.Smith
        (Monthly- January)                        0.20       40.00
    AFM Email to PEM and MESKIN re: Fee
        Applications issues for January           0.30       60.00
    LMP Reviewed Interim Fee Application of
        Kirkland & Ellis (October through
        December)                                 0.20       19.00
    LMP Reviewed January Fee Application of
        Carella, Byrne, Bain, Gilfillan, Cecchi,
        Stewart & Olstein.                        0.20       19.00
    LMP Reviewed October Fee Application of
        Steptoe & Johnson                         0.20       19.00
    LMP Reviewed November Fee Application of
        Steptoe & Johnson                         0.20       19.00
    LMP Reviewed December Fee Application of
        Steptoe & Johnson                         0.20       19.00
    LMP Reviewed January Fee Application of
        Nelson Mullins Riley & Scarborough        0.20       19.00
    LMP Reviewed January Fee Application of
        Kirkland & Ellis                          0.20       19.00
    LMP Reviewed January Fee Application of Holme
        Roberts & Owen LLP                        0.20       19.00

03/06/03
    AFM Email from D.Collins re: Fee Auditor's
        Report for L.Tersigni                     0.10       20.00
    AFM Email from MESKIN re: Fee Application for
        W.Smith (Monthly- January)                0.20       40.00

03/07/03
    MTH Reviewing Fee Auditor's Report re
        Wallace, King.                            0.10       26.50
    MTH Reviewing Fee Auditor's Report re
        Blackstone Group.                         0.10       26.50
    MTH Reviewing Fee Auditor's Report re Ashby &
        Geddes.                                   0.10       26.50

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing Fee Auditor's Report re Campbell & Levine for 6th Interim. | 0.10 | 26.50 |
| AFM | Email from L.Ferdinand re: Spreadsheet for Proposed Order Approving Fee Applications for Hearing | 0.20 | 40.00 |

03/10/03

|  |  |  |  |
|---|---|---|---|
| AFM | Email from L.Ferdinand re: WR GRACE-draft Order Allowing Fees for 6thQ | 0.30 | 60.00 |
| LMP | Reviewed First monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Second monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Third monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Fourth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Fifth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Sixth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Seventh monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Eighth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Ninth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bankruptcy Management Corporation (April-June) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bankruptcy Management Corporation (July-Sept) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bankruptcy Management Corporation (Oct-Dec) | 0.20 | 19.00 |

03/11/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed Seventh Quarterly Fee Application of Klett Rooney Leiber & Schorling | 0.20 | 19.00 |
| LMP | Reviewed Second Interim Fee Application of Elzufon Austin Reardon Tarlov & Mondell | 0.20 | 19.00 |
| LMP | Reviewed Second Interim Fee Application |  |  |

|  |  | HOURS |  |
|---|---|---|---|
| | of Lukins & Annis | 0.20 | 19.00 |
| LMP | Reviewed Second Interim Fee Application of Richardson Patrick Westbrook & Brickman LLC | 0.20 | 19.00 |
| LMP | Reviewed January Monthly Fee Application of Reed Smith LLP | 0.20 | 19.00 |
| LMP | Reviewed Seventh Interim Fee Application of Ferry Joseph & Pearce | 0.20 | 19.00 |
| LMP | Reviewed January Monthly Fee Application of Woodcock Washburn LLP | 0.20 | 19.00 |

03/12/03

| | | | |
|---|---|---|---|
| MAL | Preparation of C&D Amended Jan Fee App (FC) for e-filing | 0.20 | 19.00 |
| MTH | Meeting with AFM re certification of counsel re Sixth Interim Fee Applications. | 0.10 | 26.50 |

03/14/03

| | | | |
|---|---|---|---|
| LMP | Reviewed Ninth Monthly fee application of the Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Oct-Dec) of Kramer, Levin, Naftalis & Frankel LLP | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed January Monthly Fee Application of Kirkland & Ellis | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Oct-Dec) of Kirkland & Ellis | 0.20 | 19.00 |

03/17/03

| | | | |
|---|---|---|---|
| AFM | Review final memo to committee re: Expense Reimbursement | 0.20 | 40.00 |
| AFM | Email from S.Bossay re: 7th Interim Expense Application for Committee Members (.1)/ Meeting w/ MESKIN re: same (.1) | 0.20 | 40.00 |

03/18/03

| | | | |
|---|---|---|---|
| AFM | Email from S.Bossay re: Committee's Interim Expense Reimbursement for 7th Period | 0.10 | 20.00 |
| AFM | Prepare Committee's Interim Expense Reimbursement for 7th Period (.4)/ Prepare Exh A (Baron & Budd) (.7)/ | | |

Fee Applications, Others


                                            HOURS
      Prepare Notice re: same (.1)          1.20      240.00
MAL Preparation of Committee Exhibit A for
      e-filing                              0.20       19.00
LMP Prepared Official Committee of PI
      Claimants Interim Application for Expense
      Reimbursement (.2); Electronic filing of
      same (.2); Hard copy/electronic service
      to Notice Parties (.2)                0.60       57.00
LMP Reviewed January Fee Application of
      Shumaker Loop & Kendrick              0.20       19.00

03/19/03
LMP Reviewed January Fee Application of
      Pachulski Stang Ziehl Young & Jones   0.20       19.00
LMP Reviewed January Fee Application of FTI
      Policano & Manzo                      0.20       19.00
LMP Reviewed Seventh Interim Fee Application
      (Oct-Dec) of FTI Policano & Manzo     0.20       19.00

03/21/03
AFM Email from/to J. Rice re: Expense
      Reimbursement of airfare tickets      0.30       60.00
LMP Reviewed January Monthly Fee Application
      of Bilzin Sumberg Baena & Axelrod LLP 0.20       19.00
LMP Reviewed January Monthly Fee Application
      of Elzufon Austin Reardon Tarlov &
      Mondell                               0.20       19.00
LMP Reviewed January Monthly Fee Application
      of Richardson Patrick Westbrook &
      Brickman LLC                          0.20       19.00

03/24/03
AFM Review and sign CNO re: L. Tersigni
      (Monthly Fee Application-January)     0.20       40.00
AFM Review and sign CNO re: Caplin & Drysdale
      (Monthly Fee Application- January)    0.20       40.00
LMP Searched case docket for objections to
      Caplin & Drysdale January Fee Application
      (.1); Prepared CNO for same (.1);
      Electronic filing of same (.2)        0.40       38.00
LMP Searched case docket for objections to L.
      Tersigni's January Fee Application (.1);
      Prepared CNO for same (.1); Electronic
      filing of same (.2)                   0.40       38.00

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| **03/27/03** | | | |
| LMP | Reviewed January Monthly fee application of Stroock & Stroock & Lavan | 0.20 | 19.00 |
| LMP | Reviewed the Eighth Monthly (January) fee application of Ferry Joseph & Pearce | 0.20 | 19.00 |
| LMP | Reviewed January Monthly fee application of Bilzin Sumberg Baena Price & Axelrod LLP | 0.20 | 19.00 |
| LMP | Reviewed February Monthly fee application of Warren H. Smith & Associates | 0.20 | 19.00 |
| LMP | Reviewed Third Interim Fee Application (Oct-Nov) of Bilzin Sumberg Baena Price & Axelrod LLP | 0.20 | 19.00 |
| LMP | Reviewed Twenty-Second Interim fee application of Pitney Hardin Kipp & Szuch | 0.20 | 19.00 |
| LMP | Reviewed Twelfth monthly fee application of Carella Bryne Bain Gilfillan Cecchi Stewart & Olstein | 0.20 | 19.00 |
| LMP | Reviewed Fifth Monthly fee application for Conway, Del Genio, Gries & Co. | 0.20 | 19.00 |
| LMP | Reviewed October through December Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP | 0.20 | 19.00 |
| LMP | Reviewed First Monthly fee app (02-2210) for Conway, Del Genio, Gries & Co. | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee App (Oct-Dec) for Hamilton Rabinovitz & Alschuler | 0.20 | 19.00 |
| LMP | Reviewed Sixteenth Monthly fee application of Klett Rooney Lieber & Schorling | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Oct-Dec) of Stroock & Stroock & Lavan | 0.20 | 19.00 |
| LMP | Reviewed February Monthly fee application of Holme Roberts & Owen LLP | 0.20 | 19.00 |
| **03/28/03** | | | |
| AFM | Email from DEM re: Fee Auditor's Report for Committee Members | 0.10 | 20.00 |
| AFM | Email from D. Relles re: Monthly Fee Application for LAS (January through February) | 0.20 | 40.00 |
| LMP | Reviewed February Fee Monthly Application of Nelson Mullins Riley & Scarborough | 0.10 | 9.50 |
| LMP | Reviewed Interim Fee application of Steptoe & Johnson (Oct-Dec) | 0.10 | 9.50 |

```
                                                        Page: 7
W.R. Grace                                          03/31/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:        7

Fee Applications, Others




                                              HOURS
    LMP Reviewed Interim Fee application of Duane
        Morris LLP (Oct-Dec)                      0.10      9.50

03/31/03
    MAL Preparing C&D February Fee Application
        for e-filing                              0.20     19.00
    MAL Preparing C&D (FC) February Fee
        Application for e-filing                  0.30     28.50
    AFM Review and sign fee application for LAS
        (Monthly- January through February)      0.30     60.00
    AFM Review and sign fee application for L.
        Tersigni (Monthly- February)             0.30     60.00
    AFM Review and sign fee application for
        Caplin & Drysdale (Monthly- February)    0.30     60.00
    LMP Reviewed Email from D. Relles regarding
        LAS' January through February Fee
        Application                               0.10      9.50
    LMP Drafted LAS' January through February Fee
        Application (.2); Electronic filing of
        application (.2); Electronic and hard
        copy service to Notice parties (.1)       0.50     47.50
    LMP Electronic filing of Caplin & Drysdale's
        February Fee Application (.2); electronic
        and hard copy service to Notice parties
        (.1)                                      0.30     28.50
    LMP Electronic filing of L. Tersigni
        Consulting February Fee Application (.2);
        electronic and hard copy service to
        Notice parties (.1)                       0.30     28.50
    MRE Review of Fee Auditors Initial Report
        regarding C&L                             0.20     55.00
                                                 -----   --------
        FOR CURRENT SERVICES RENDERED           23.70   3,193.50

                        RECAPITULATION
TIMEKEEPER                       HOURS HOURLY RATE      TOTAL
Aileen F. Maguire                 6.20   $200.00   $1,240.00
Mark T. Hurford                   1.50    265.00      397.50
Marla R. Eskin                    0.20    275.00       55.00
Lauren M. Przybylek              14.90     95.00    1,415.50
Margaret A. Landis                0.90     95.00       85.50


        TOTAL CURRENT WORK                           3,193.50
```

```
                                                          Page: 8
       W.R. Grace                                    03/31/2003
                                        ACCOUNT NO: 3000-13D
                                        STATEMENT NO:        7

       Fee Applications, Others
```

```
03/12/03 Payment - Thank you. (November, 2002 - 80%)        -5,805.60
03/27/03 Payment - Thank you. (December, 2002 - 80%)        -2,838.40
                                                           ---------
         TOTAL PAYMENTS                                     -8,644.00

         BALANCE DUE                                       $11,804.80
                                                          ==========
```

```
       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                          Page: 1
W.R. Grace                                              03/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-14D
                                       STATEMENT NO:      20


Financing



    PREVIOUS BALANCE                                    $643.50



                                             HOURS
03/03/03
    MTH Correspondence to M. Berkin re Debtors'
        Supplement to DIP Motion.                0.20     53.00

03/04/03
    MTH Reviewing correspondence from PEM re DIP
        supplement.                              0.10     26.50
    MTH Correspondence to PEM re DIP supplement,
        discussions with Mike Berkin.            0.30     79.50
    MTH Reviewing Supplement to Motion of Debtors
        for authority to extend and modify DIP
        financing.                               0.80    212.00
                                                 ----    ------
        FOR CURRENT SERVICES RENDERED            1.40    371.00

                       RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Mark T. Hurford              1.40   $265.00     $371.00


    TOTAL CURRENT WORK                                  371.00


    BALANCE DUE                                      $1,014.50
                                                     =========



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                            Page: 1
W.R. Grace                                  03/31/2003
Wilmington  DE                ACCOUNT NO: 3000-15D
                              STATEMENT NO:     22


Hearings



        PREVIOUS BALANCE                    $9,591.75


                                    HOURS
03/11/03
    MTH Reviewing Amended Agenda.           0.20     53.00
    MTH Correspondence to PVNL re hearing,
        agenda.                             0.30     79.50
    MTH Reviewing correspondence from PVNL re
        hearing.                            0.10     26.50

03/13/03
    AFM Prepare Hearing Binder for Fee
        Application Hearing                  0.60    120.00
    LMP Prepared Sixth Interim Fee Application of
        L. Tersigni Consulting for binder
        regarding fee app hearing (.2)       0.20     19.00
    LMP Organized Sixth Interim Fee Application
        of Caplin & Drysdale for binder regarding
        fee app hearing (.2)                 0.20     19.00
    LMP Organized Sixth Interim Fee Application
        of Legal Analysis Systems for binder
        regarding fee app hearing (.2)       0.20     19.00
    LMP Organized Sixth Interim Fee Application
        of P.I. Committee for binder regarding
        fee app hearing                      0.20     19.00
    LMP Organized Sixth Interim Fee Application
        of Campbell & Levine for binder regarding
        fee app hearing                      0.20     19.00

03/14/03
    MTH Preparation for Hearing.             0.30     79.50

03/17/03
    MTH Reviewing Amended Agenda.            0.20     53.00
    MTH Telephone conversation with MRE re:

```
                                              Page: 2
W.R. Grace                                 03/31/2003
                              ACCOUNT NO: 3000-15D
                              STATEMENT NO:      22

Hearings
```

|  |  | HOURS |  |
|---|---|---|---|
|  | omnibus hearing. | 0.20 | 53.00 |
| MTH | Correspondence to PVNL, J. Davis and W. Slocombe re: omnibus hearing, orders entered. | 0.20 | 53.00 |

**03/18/03**

|  |  |  |  |
|---|---|---|---|
| LMP | Prepared binder of Campbell & Levine Fee Applications and fee auditor reports regarding the Third Interim Period | 0.20 | 19.00 |
| LMP | Prepared binder of Caplin & Drysdale Fee Applications and fee auditor reports regarding the Third Interim Period | 0.20 | 19.00 |
| LMP | Prepared binder of LAS' Fee Applications and fee auditor reports regarding the Third Interim Period | 0.20 | 19.00 |
| LMP | Prepared binder of L. Tersigni Fee Applications and fee auditor reports regarding the Third Interim Period | 0.20 | 19.00 |

**03/25/03**

|  |  |  |  |
|---|---|---|---|
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for Campbell & Levine | 0.20 | 19.00 |
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for Caplin & Drysdale | 0.20 | 19.00 |
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for L. Tersigni | 0.20 | 19.00 |
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for LAS | 0.20 | 19.00 |
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for Lovells | 0.20 | 19.00 |

```
                                           ----   ------
         FOR CURRENT SERVICES RENDERED      4.90   783.50
```

```
                      RECAPITULATION
TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
Aileen F. Maguire            0.60   $200.00     $120.00
Mark T. Hurford              1.50    265.00      397.50
Lauren M. Przybylek          2.80     95.00      266.00


     TOTAL CURRENT WORK                          783.50
```

```
                                                  Page: 3
        W.R. Grace                              03/31/2003
                                       ACCOUNT NO: 3000-15D
                                       STATEMENT NO:      22

        Hearings
```

```
03/12/03 Payment - Thank you. (November, 2002 - 80%)        -593.60
03/27/03 Payment - Thank you. (December, 2002 - 80%)        -238.80
                                                            -------
        TOTAL PAYMENTS                                      -832.40

        BALANCE DUE                                      $9,542.85
                                                         =========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-16D
                                        STATEMENT NO:       7

Litigation and Litigation Consulting



PREVIOUS BALANCE                                  $1,277.60



03/12/03 Payment - Thank you. (November, 2002 - 80%)      -954.80
03/27/03 Payment - Thank you. (December, 2002 - 80%)      -365.20
                                                    ---------
         TOTAL PAYMENTS                             -1,320.00

         CREDIT BALANCE                               -$42.40
                                                    =======



Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-17D
                                      STATEMENT NO:       7

Plan and Disclosure Statement


        PREVIOUS BALANCE                          $1,023.80


                                          HOURS
03/14/03
     PEM Telephone conference with Lockwood and
         MRE re: developments on plan and related
         documents                                 0.20     58.00
                                                   ----     -----
         FOR CURRENT SERVICES RENDERED             0.20     58.00

                        RECAPITULATION
    TIMEKEEPER                 HOURS HOURLY RATE       TOTAL
    Philip E. Milch            0.20    $290.00     $58.00


        TOTAL CURRENT WORK                          58.00


        BALANCE DUE                             $1,081.80
                                                =========


        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                            Page: 1
W.R. Grace                                                03/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-18D
                                          STATEMENT NO:       7

Relief from Stay Proceedings




      PREVIOUS BALANCE                                 $629.10




03/12/03 Payment - Thank you. (November, 2002 - 80%)     -318.80
03/27/03 Payment - Thank you. (December, 2002 - 80%)     -127.20
                                                         -------
      TOTAL PAYMENTS                                     -446.00

      BALANCE DUE                                      $183.10
                                                       =======








      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:       6

Tax Litigation



    PREVIOUS BALANCE                              $468.80


    BALANCE DUE                                   $468.80
                                                  =======




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-21D
                                        STATEMENT NO:        3

Travel-Non-Working


PREVIOUS BALANCE                                        $261.00


BALANCE DUE                                             $261.00
                                                       =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                           03/31/2003
Wilmington   DE                          ACCOUNT NO: 3000-22D
                                         STATEMENT NO:      11

Valuation


        PREVIOUS BALANCE                            $1,392.50


        BALANCE DUE                                 $1,392.50
                                                    ==========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      11

ZAI Science Trial

PREVIOUS BALANCE                                  $2,101.40

03/12/03 Payment - Thank you. (November, 2002 - 80%)      -21.20
03/27/03 Payment - Thank you. (December, 2002 - 80%)      -42.40
                                                         ------
         TOTAL PAYMENTS                                   -63.60

         BALANCE DUE                               $2,037.80
                                                   =========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                03/31/2003
Wilmington  DE                            ACCOUNT NO     3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 1,764.30 | 79.50 | 0.00 | 0.00 | -44.00 | $1,799.80 |
| 3000-02 Asset Disposition | | | | | |
| 787.30 | 79.50 | 0.00 | 0.00 | -234.00 | $632.80 |
| 3000-03 Business Operations | | | | | |
| 678.50 | 26.50 | 0.00 | 0.00 | -338.40 | $366.60 |
| 3000-04 Case Administration | | | | | |
| 1,392.40 | 466.00 | 0.00 | 0.00 | -255.20 | $1,603.20 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 3,306.60 | 1,307.00 | 0.00 | 0.00 | 0.00 | $4,613.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 253.90 | 0.00 | 0.00 | 0.00 | -21.20 | $232.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 15,370.80 | 3,793.00 | 0.00 | 0.00 | -5,303.20 | $13,860.60 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,880.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,880.00 |
| 3000-10 Employment Applications, Others | | | | | |
| 3,074.40 | 246.00 | 0.00 | 0.00 | -1,041.20 | $2,279.20 |
| 3000-11 Expenses | | | | | |
| 11,192.36 | 0.00 | 699.16 | 0.00 | -9,092.47 | $2,799.05 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,327.00 | 1,313.50 | 0.00 | 0.00 | -1,469.60 | $6,170.90 |
| 3000-13 Fee Applications, Others | | | | | |
| 17,255.30 | 3,193.50 | 0.00 | 0.00 | -8,644.00 | $11,804.80 |

```
                                                         Page: 2
        W.R. Grace                                     03/31/2003
                                            ACCOUNT NO    3000D
```

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 643.50 | 371.00 | 0.00 | 0.00 | 0.00 | $1,014.50 |
| 3000-15 Hearings | | | | | |
| 9,591.75 | 783.50 | 0.00 | 0.00 | -832.40 | $9,542.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 1,277.60 | 0.00 | 0.00 | 0.00 | -1,320.00 | -$42.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 1,023.80 | 58.00 | 0.00 | 0.00 | 0.00 | $1,081.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 629.10 | 0.00 | 0.00 | 0.00 | -446.00 | $183.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 261.00 | 0.00 | 0.00 | 0.00 | 0.00 | $261.00 |
| 3000-22 Valuation | | | | | |
| 1,392.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,392.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,101.40 | 0.00 | 0.00 | 0.00 | -63.60 | $2,037.80 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 80,672.31 | 11,717.00 | 699.16 | 0.00 | -29,105.27 | $63,983.20 |
| | | | | | ========== |

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```