# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** May 19, 2003, at 4:00 p.m. |
| | ) | **Hearing Date:** TBD only if necessary |

**FEE DETAIL FOR KIRKLAND & ELLIS' MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## Matter 16 – Asset Analysis and Recovery – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/5/2003 | Christian J Lane | 0.30 | Review additional tax claims to consider potential avoidance actions. |
| 3/11/2003 | James W Kapp | 0.50 | Review avoidance action memorandum. |
| 3/27/2003 | Christian J Lane | 0.40 | Correspondence with creditor's committee counsel re avoidance action memo (.2); review memo to respond to creditor's committee counsel inquiry (.2). |
| 3/31/2003 | James W Kapp | 0.10 | Review correspondence from A. Krieger re avoidance actions. |
| | Total hours: | 1.30 | |

### Matter 19 – Claims Analysis Objection & Resolution (Non-Asbestos)- Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/5/2003 | Janet S Baer | 1.10 | Confer with R. Finke and F. Zaremby re claims analysis issues (.3); confer with D. Siegel, M. Dalsin and F. Zaremby re proof of claim form issues (.8). |
| 3/6/2003 | James W Kapp | 0.10 | Telephone conference with creditor re status of claims resolution. |
| 3/10/2003 | Janet S Baer | 0.80 | Confer with M. Shelnitz re employee claim issues (.3); respond to inquiries on bar date related issues (.5). |
| 3/10/2003 | James W Kapp | 0.40 | Telephone conference with M. Shelnitz re employee proofs of claim. |
| 3/11/2003 | Janet S Baer | 0.80 | Confer with B. Rogers re Grace pension plan claim issues (.2); prepare transmittal to clients re same (.3); attend to matters re Grace case number issues (.3). |
| 3/14/2003 | Rhonda Lopera | 1.00 | Review and analyze claims re secured and priority claims (.7); prepare for and attend office conference re same (.3). |
| 3/18/2003 | Janet S Baer | 0.80 | Confer with W. Sparks re status on claims analysis and related issues (.3); office conference re claims process and way to proceed (.2); confer with M. Shelnitz re claims and call to discuss same (.3). |
| 3/18/2003 | James W Kapp | 0.70 | Develop strategy for reviewing proofs of claim (.4); telephone conference with M. Shelnitz re same (.1); review correspondence from M. Cohen re future claims (.2). |
| 3/19/2003 | Janet S Baer | 1.00 | Review and revise PBGC stipulation on claims and bar date and confer re same (.7); review revised PBGC Stipulation (.3). |
| 3/19/2003 | James W Kapp | 0.20 | Telephone conference with J. Forgach re employee claims. |
| 3/20/2003 | Janet S Baer | 1.40 | Confer with B. Rogers re PBGC Stipulation and comments re same (.5); review revised document re same (.5); coordinate filing of same (.4). |
| 3/20/2003 | Christian J Lane | 0.50 | Review article re rejection damages mitigation (.3); correspondence with client re same (.2). |
| 3/21/2003 | Rhonda Lopera | 1.50 | Review and analyze secured and priority claims (1.0); telephone conference with BMC re same (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/21/2003 | James W Kapp | 1.80 | Telephone conference with M. Shelnitz, J. Forgach and B. Eller re review of proofs of claim (.3); telephone conference with J. Hazhenhall re same (.5); telephone conference with F. Zerenby re same (.1); prepare correspondence to M. Dalsin re same (.1); telephone conference with M. Dalsin re same (.5); telephone conference with B. Eller re same (.1); telephone conference with R. Tuner re Maryland Casualty proof of claim (.2). |
| 3/24/2003 | James W Kapp | 0.30 | Prepare correspondence to B. Eller and M. Shelnitz re form 10 sample on website (.2); telephone conference with B. Eller re proofs of claim and website (.1). |
| 3/25/2003 | Rhonda Lopera | 0.50 | Review and analyze docket re personal injury claims. |
| 3/25/2003 | James W Kapp | 0.30 | Telephone conference with W. Sparks re potential objections to proofs of claim. |
| 3/26/2003 | James W Kapp | 0.80 | Revise Maryland Casualty stipulation re bar date (.7); review correspondence from M. Dies re proofs of claim (.1). |
| 3/27/2003 | Christian J Lane | 1.00 | Telephone conferences re Maryland Casualty claims (.4); review correspondence re same (.4); office conference re same (.2). |
| 3/28/2003 | Rhonda Lopera | 0.40 | Locate and retrieve claims re personal injury. |
| 3/28/2003 | Christian J Lane | 0.90 | Telephone conferences re Maryland Casualty claims (.4); review correspondence re same (.1); draft correspondence re same (.4). |
| 3/31/2003 | Janet S Baer | 0.80 | Respond to inquiries re bar date issues (.5); respond to inquiries on claims/schedules (.3). |
| 3/31/2003 | Scott A McMillin | 0.50 | Conferences with B. Beber and F. Zaremby re non-asbestos claims. |
| | Total hours: | 17.60 | |

## Matter 20 – Case Administration – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/2/2003 | Christian J Lane | 0.20 | Review correspondence re completion of MCNIC settlement (.1); draft correspondence re same (.1). |
| 3/3/2003 | Aletheia V Anderson | 1.00 | Conference re central files status and responsibilities (.3); analyze docket and update motion status chart re same (.5); correspondence re same (.2). |
| 3/3/2003 | Rhonda Lopera | 0.80 | Review and analyze docket re critical dates. |
| 3/3/2003 | Stephanie R Cashman | 2.00 | Retrieve and prepare Rourke affidavit at attorney request (.5); locate and review Rourke exhibits and corresponding data at attorney request (1.0); prepare and locate WRG motions at attorney request (.5). |
| 3/3/2003 | Megan K Coleman | 5.00 | Review claims database (1.0); prepare claim reports and tables for attorney use (4.0). |
| 3/3/2003 | Terry Fernbach | 2.00 | Analyze and review documents re correspondence and pleadings (1.0); update central files re same (1.0). |
| 3/3/2003 | James W Kapp | 0.80 | Review pleadings and correspondence and assign responsibility re same (.4); telephone conference with A. Wright re proof of claim and status of chapter 11 case (.1); review motion status chart (.2); review docket (.1). |
| 3/3/2003 | Christian J Lane | 1.10 | Telephone conference with creditor re case status (.3); review filing summary and relevant pleadings (.3); office conference re status of order entry (.2); telephone conference with local counsel re same (.3). |
| 3/3/2003 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings (.3); download and organize for litigation support system (.7); review expert documents (.4); organize and prepare same for attorney use (.6). |
| 3/4/2003 | Megan K Coleman | 2.00 | Review litigation support database re expert reports (.5); review and organize expert Excel tables for attorney use (1.5); prepare memo to file re same (.5). |
| 3/4/2003 | James W Kapp | 0.60 | Review pleadings and correspondence (.3); review executed orders re items scheduled for February hearing (.3). |
| 3/4/2003 | Christian J Lane | 1.30 | Telephone conference with client re creditor committee composition (.3); review documents re same (.2); draft correspondence re same (.2); review court filings (.3); draft correspondence re same (.3). |
| 3/5/2003 | Rhonda Lopera | 0.80 | Attention to creditor inquiries (.4); telephone conference with BMC re status of claims (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/5/2003 | Janet S Baer | 0.20 | Confer with Canadian counsel re case status/update. |
| 3/5/2003 | Stephanie R Cashman | 2.50 | Review bankruptcy pleadings (1.0); catalog and organize bankruptcy pleadings for Concordance litigation support system (1.5). |
| 3/5/2003 | Terry Fernbach | 3.50 | Analyze and review documents re correspondence and pleadings (2.0); update central filings re same (1.5). |
| 3/5/2003 | James W Kapp | 0.40 | Review pleadings and correspondence (.3); review Daily Bankruptcy Review article re asbestos reform (.1). |
| 3/5/2003 | Christian J Lane | 0.80 | Review correspondence re completion of MCNIC settlement (.1); review summary of court filings (.1); review and comment on critical dates list (.2); telephone conference with creditor re claim (.2); telephone conference with client re list of committee members (.2). |
| 3/5/2003 | Shirley A Pope | 2.00 | Review docket for newly filed pleadings (.5); download and organize for litigation support system (1.5). |
| 3/6/2003 | Aletheia V Anderson | 1.10 | Analyze hearing transcripts re indemnity issues (.7); conference re same (.2); retrieve and review docket and adversary dockets (.2). |
| 3/6/2003 | Megan K Coleman | 1.00 | Review litigation support database re expert files (.7); organize same for attorney use (.3). |
| 3/6/2003 | James W Kapp | 1.30 | Review pleadings and correspondence (.1); review article in Daily Bankruptcy Review re exclusivity motion (.1); prepare correspondence to D. Siegel and M. Shelnitz re exclusivity motion (.1); review motion of DK Acquisition Partners to trade bank debt (.8). |
| 3/6/2003 | Christian J Lane | 2.10 | Review summary of court filings (.3); telephone conference with creditor re claim (.2); telephone conference with client re indemnification of former officers (.2); telephone conference with local counsel re same (.2); review orders and other documents re same (.5); office conference re same (.3); review motion of DK Acquisition (.2); office conference re same (.1); draft correspondence re same (.1). |
| 3/7/2003 | Rhonda Lopera | 0.80 | Attention to creditor inquiry (.3); review and analyze pleadings re 2002 list (.5). |
| 3/7/2003 | Janet S Baer | 0.30 | Review DK acquisition motion re Committee. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/7/2003 | Megan K Coleman | 2.00 | Review litigation support database re expert files (1.0); review and organize Excel reports for attorney use (1.0). |
| 3/7/2003 | James W Kapp | 0.30 | Review pleadings and correspondence. |
| 3/7/2003 | Christian J Lane | 2.10 | Review summary of court filings and relevant pleadings (.3); review and comment on critical dates list (.3); telephone conference with creditor re claim (.4); review correspondence re motion of DK Acquisition (.2); telephone conference re same (.2); office conference re same (.1); office conference re Caterpillar motion (.2); consider issues re same (.2); draft correspondence re same (.2). |
| 3/7/2003 | Shirley A Pope | 4.00 | Review and analyze correspondence (.8); distribute same to responsible attorneys for action (.2); review docket for newly filed pleadings (.6); download and organize for litigation support system (1.4); review and revise litigation support system re Grace main file (1.0). |
| 3/10/2003 | James W Kapp | 0.30 | Review pleadings and correspondence (.2); assign responsibility to appropriate individuals for action re same (.1). |
| 3/10/2003 | Christian J Lane | 1.50 | Review summary of court filings and relevant pleadings (.3); telephone conference with creditor re claim (.4); review correspondence re Dell lease (.3); draft correspondence re claim (.3); telephone conference with client re same (.2). |
| 3/10/2003 | Shirley A Pope | 7.00 | Review and analyze correspondence (.8); distribute same to responsible attorneys for action (.2); review docket for newly filed pleadings (.6); download and organize for litigation support system (1.4); review and organize pleadings relating to Gerard appeal (Chakarian adversary proceeding) for litigation support system (2.0); review litigation support database re various opinions and orders (1.0); analyze and organize same for attorney review (1.0). |
| 3/11/2003 | Aletheia V Anderson | 0.40 | Retrieve and review motion status and critical dates charts (.2); conference re analysis of pleadings and implementation into central files (.2). |
| 3/11/2003 | Rhonda Lopera | 1.00 | Prepare for and attend office conference re critical dates (.3); review and update critical dates memo (.7). |
| 3/11/2003 | Janet S Baer | 0.80 | Review Canadian report, motion status chart and critical date and revise same. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/11/2003 | Stephanie R Cashman | 6.00 | Review and catalog bankruptcy pleadings for Concordance litigation support system (2.5); retrieve and organize Chakarian pleadings from docket for entry in Concordance litigation support system (3.5). |
| 3/11/2003 | Terry Fernbach | 2.00 | Analyze and review documents re correspondence and pleadings (1.0); update central files re same (1.0). |
| 3/11/2003 | James W Kapp | 0.20 | Review dockets (.1); review critical date memorandum (.1). |
| 3/11/2003 | Christian J Lane | 1.00 | Telephone conference with creditor (.3); office conference re critical dates (.3); review and comment on critical dates list (.2); telephone conferences re amended schedules (.2). |
| 3/11/2003 | Shirley A Pope | 5.50 | Review docket for newly filed pleadings (.5); download and organize for litigation support system (1.0); review and analyze correspondence (.8); distribute same to responsible attorneys for action (1.0); review litigation support database re case management filing (.5); review and organize same for attorney use (1.0); review litigation support database re key cases in related litigation (.5); review and organize for attorney review (1.0). |
| 3/12/2003 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (1.0); prepare for and attend office conference re same (.5). |
| 3/12/2003 | Terry Fernbach | 3.00 | Analyze and review documents re correspondence and pleadings (1.0); update central files re same (2.0). |
| 3/12/2003 | James W Kapp | 0.20 | Review pleadings and correspondence. |
| 3/12/2003 | Shirley A Pope | 4.50 | Review docket for newly filed pleadings (1.0); download and organize for litigation support system (1.0); review and analyze correspondence (1.5); distribute same for attorney action (.5); revise litigation support system re subject files (.5). |
| 3/13/2003 | Rhonda Lopera | 0.50 | Review and analyze docket re case numbers assigned to petitions. |
| 3/13/2003 | James W Kapp | 0.20 | Review critical date memorandum. |
| 3/13/2003 | Christian J Lane | 0.50 | Review correspondence re Dell lease (.2); draft correspondence re same (.1); telephone conference with client re same (.2). |
| 3/13/2003 | Shirley A Pope | 3.00 | Review docket for newly filed pleadings (1.0); download and organize for litigation support system (1.0); revise litigation support system database re legal research memoranda (1.0). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/14/2003 | Christian J Lane | 2.50 | Telephone conferences re cancellation of March 17 hearing (1.2); draft motion to extend time to assume or reject leases (1.3). |
| 3/17/2003 | James W Kapp | 1.10 | Review correspondence from M. Shelnitz re SEC disclosure (.2); review relevant sections of other debtors' SEC filings re disclosure re bar date and claims filing (.7); review Daily Bankruptcy Review article re Debtor's annual report (.1); telephone conference with M. Shelnitz re SEC disclosures (.1). |
| 3/18/2003 | James W Kapp | 0.10 | Review Daily Bankruptcy Review article re DIP extension. |
| 3/18/2003 | Christian J Lane | 0.80 | Review correspondence re Dell lease (.3); draft correspondence re same (.3); telephone conference with client re same (.2). |
| 3/19/2003 | Aletheia V Anderson | 0.20 | Retrieve and review docket and adversary dockets. |
| 3/19/2003 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.6); office conference re same (.4). |
| 3/19/2003 | James W Kapp | 0.50 | Review Daily Bankruptcy Review article re Debtors' 401(K) restructuring (.1); review pleadings and correspondence (.4). |
| 3/19/2003 | Christian J Lane | 1.30 | Correspondence re Caterpillar issues (.5); office conference re same (.1); telephone conferences with creditors re bar date inquiries (.3); office conferences re issues re same (.4). |
| 3/20/2003 | Aletheia V Anderson | 0.20 | Retrieve and review docket and adversary dockets. |
| 3/20/2003 | Christian J Lane | 2.40 | Revise motion to extend time to assume or reject leases (1.6); review filing summary and relevant pleadings (.5); telephone conferences with creditor re case status (.3). |
| 3/21/2003 | James W Kapp | 0.70 | Review dockets (.2); review pleadings and correspondence (.3); review correspondence of D. Siegel to court re status of chapter 11 cases (.1); telephone conference with D. Bell re status of chapter 11 cases (.1). |
| 3/21/2003 | Christian J Lane | 1.50 | Review filing summary and relevant pleadings (.5); telephone conferences with creditor re case status (.3); telephone conferences re indemnity obligations (.7). |
| 3/21/2003 | Shirley A Pope | 1.50 | Review docket for newly filed pleadings (.2); download and organize for litigation support system (.3); review litigation support database (.5); locate and organize Gerard appeal filings for attorney use (.5). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/23/2003 | Christian J Lane | 0.50 | Review filed pleadings. |
| 3/24/2003 | Rhonda Lopera | 1.50 | Review and analyze docket re critical dates (.7); office conference re critical dates (.3); prepare and revise critical dates memo (.5). |
| 3/24/2003 | James W Kapp | 0.30 | Review pleadings and correspondence and assign responsibility re same. |
| 3/24/2003 | Christian J Lane | 1.00 | Review and comment on critical dates list (.6); telephone conferences with creditors re case status (.4). |
| 3/25/2003 | Aletheia V Anderson | 0.70 | Retrieve and review various pleadings and conferences re same. |
| 3/25/2003 | James W Kapp | 0.10 | Review critical date memorandum. |
| 3/25/2003 | Christian J Lane | 1.60 | Review filing summary (.2); review correspondence re Dell lease (.1); draft correspondence re same (.2); review correspondence re GECC phone system lease (.2); office conference re same (.2); telephone conferences with client re same (.2); office conference re terms of settlement procedures orders (.5). |
| 3/26/2003 | Aletheia V Anderson | 0.70 | Analyze docket re personal and bodily injury pleadings (.4); prepare list re same (.3). |
| 3/26/2003 | James W Kapp | 0.30 | Review pleadings and correspondence and assign responsibility re same. |
| 3/26/2003 | Christian J Lane | 2.40 | Telephone conferences with creditors re case status (.7); review correspondence re Dell lease (.1); draft correspondence re same (.2); review correspondence re GECC phone system lease (.3); office conference re same (.2); telephone conferences with opposing counsel re same (.4); office conference re terms of settlement procedures orders (.2); review summary chart of procedures orders (.3). |
| 3/27/2003 | Christian J Lane | 1.40 | Review filing summary and relevant (.4); review and comment on critical dates list (.3); review correspondence re GECC phone system lease (.1); telephone conferences with client re same (.3); telephone conferences with GECC counsel re same (.3). |
| 3/28/2003 | Rhonda Lopera | 1.10 | Review and analyze docket re adversary critical dates (.7); update and revise critical dates memo (.4). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/28/2003 | Christian J Lane | 1.20 | Review filing summary and relevant pleadings (.4); review correspondence re GECC phone system lease (.2); telephone conferences with client re same (.2); telephone conferences with GECC counsel re same (.4). |
| 3/31/2003 | Rhonda Lopera | 1.00 | Review and analyze docket re critical dates (.6); office conference re critical dates (.2); update and distribute critical dates (.2). |
| 3/31/2003 | James W Kapp | 0.40 | Review pleadings and correspondence and assign responsibility re same. |
| 3/31/2003 | Christian J Lane | 1.40 | Review and respond to correspondence re case numbering issues (.2); review summaries of court filings (.3); review relevant pleadings (.5); review critical dates list (.4). |
|  | Total hours: | 112.50 |  |

## Matter 21 – Claims Analysis Objection & Resolution (Asbestos) – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2003 | Elli Leibenstein | 1.30 | Telephone conference with D. Martin re conference (.3); draft project list (.5); office conference re data summary (.2); analyze data summary (.3). |
| 3/4/2003 | Elli Leibenstein | 1.30 | Telephone conference with J. Hughes re conference call (.2); telephone conference with R. Miller re conference call (.2); analyze issues (.9). |
| 3/5/2003 | James W Kapp | 0.10 | Review correspondence from D. Siegel re proof of claim forms. |
| 3/5/2003 | Elli Leibenstein | 2.00 | Telephone conference with J. Hughes, D. Martin and R. Miller re claims (1.0); telephone conference with D. Martin re status (.3); draft outline for call (.7). |
| 3/6/2003 | Janet S Baer | 0.30 | Confer with M. Dalsin re PD claim form issues. |
| 3/6/2003 | James W Kapp | 0.20 | Respond to Property Damage Committee requests pertaining to proof of claim website. |
| 3/7/2003 | Elli Leibenstein | 0.50 | Review material for claims projection. |
| 3/10/2003 | Elli Leibenstein | 2.00 | Analyze data re claims. |
| 3/11/2003 | Elli Leibenstein | 3.80 | Analyze claims data (1.3); telephone conference with D. Rourke re malignancy claims (2.0); analyze same (.5). |
| 3/12/2003 | Elli Leibenstein | 5.00 | Telephone conference with D. Rourke re malignant estimate (.5); conference with D. Martin and other NERA staff re liability estimate (2.5); review liability issues (1.5); prepare for meeting with NERA (.5) |
| 3/13/2003 | Elli Leibenstein | 1.70 | Telephone conference with D. Martin re forecasts (.2); research re claims forecast (.5); telephone conference with D. Rourke re estimate (.5); analyze issues re same (.5). |
| 3/14/2003 | Elli Leibenstein | 0.70 | Analyze claims charts (.3); telephone conference with J. Hughes re claims project (.2); exchange e-mails with NERA re same (.2). |
| 3/17/2003 | Elli Leibenstein | 0.40 | Review opinion re fraudulent conveyance. |
| 3/18/2003 | Elli Leibenstein | 0.50 | Telephone conferences with equity committee re claims. |
| 3/25/2003 | Janet S Baer | 0.60 | Attend to matters re bar date/claims issues (.3); confer with J. Sakalo and S. McMillin re PD claim issues (.3). |
| 3/25/2003 | Scott A McMillin | 0.30 | Conferences with B. Beber and F. Zaremby re proof of claim forms. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/31/2003 | Elli Leibenstein | 1.00 | Review R. Miller memo re forecast (.5); telephone conference with D. Martin re forecast (.5). |
| | Total hours: | 21.70 | |

## **Matter 23 – Business Operations – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2003 | James W Kapp | 0.10 | Review correspondence from M. Shelnitz re 10K filing. |
| 3/4/2003 | Christian J Lane | 2.70 | Review draft 10-K re bankruptcy matters (2.0); prepare comments re same (.7). |
| 3/5/2003 | James W Kapp | 1.80 | Review form 10K for 2002. |
| 3/5/2003 | Christian J Lane | 1.80 | Review draft 10-K re bankruptcy matters (.5); prepare comments re same (.6); office conferences re same (.4); telephone conferences with client re same (.3). |
| 3/6/2003 | James W Kapp | 0.50 | Review 2002 10K statement. |
| 3/6/2003 | Christian J Lane | 1.20 | Review draft 10-K re bankruptcy matters (.5); prepare additional comments re same (.2); office conferences re same (.2); telephone conferences with client re same (.3). |
| | Total hours: | 8.10 | |

## Matter 26 – Financing – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/2/2003 | Christian J Lane | 0.30 | Review and respond to correspondence re DIP amendment. |
| 3/3/2003 | James W Kapp | 0.70 | Address inquiries from committee re DIP extension motion. |
| 3/3/2003 | Christian J Lane | 1.90 | Telephone conference with client re DIP financing amendment (.7); draft correspondence re same (.4); office conference re same (.5); telephone conference with lender's counsel re same (.3). |
| 3/4/2003 | Andrew M Kaufman, P.C. | 1.50 | Review draft blocked account agreement and related correspondence (.7); conference with M. Hunter and J. McFarland re proposed blocked account agreement (.7); telephone conference with T. Quirk (Latham & Watkins) re same (.1). |
| 3/4/2003 | Christian J Lane | 4.60 | Telephone conferences with client re DIP financing amendment and ancillary documents (1.8); review correspondence and documents re same (1.4); draft responses to correspondence (.3); office conferences re same (.6); telephone conferences with lender's counsel re same (.5). |
| 3/5/2003 | James W Kapp | 0.90 | Telephone conference with J. McFarland re outstanding issues re negotiation of extension of DIP facility (.3); develop response strategy to bank group re certain requests pertaining to letters of credit pertaining to negotiation of extension of DIP facility (.6). |
| 3/5/2003 | Christian J Lane | 1.80 | Telephone conferences with client re DIP financing amendment and related agreements (.7); consider issues re same (.5); office conference re same (.3); telephone conference with lender's counsel re same (.3). |
| 3/6/2003 | James W Kapp | 0.30 | Negotiate certain remaining issues re DIP extension. |
| 3/6/2003 | Christian J Lane | 1.00 | Telephone conferences with client re DIP financing amendment and related agreements (.5); review correspondence re same (.2); analyze issues re same (.2); office conference re same (.1). |
| 3/7/2003 | James W Kapp | 0.10 | Review correspondence from D. Siegel re DK Acquisition motion to trade bank debt. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/7/2003 | Christian J Lane | 0.70 | Telephone conferences with client re DIP financing amendment and related agreements (.2); review correspondence re same (.3); consider issues re same (.2). |
| 3/11/2003 | Christian J Lane | 0.70 | Telephone conferences with client re DIP financing amendment and related agreements (.2); review correspondence re same (.2); telephone conference with lender's counsel re same (.2); office conference re same (.1). |
| 3/14/2003 | Christian J Lane | 1.40 | Telephone conferences re entry of order approving DIP financing (.8); office conferences re same (.6). |
| 3/17/2003 | James W Kapp | 0.10 | Review executed DIP extension order. |
| 3/17/2003 | Christian J Lane | 0.90 | Telephone conferences with client re DIP financing order (.2); review and respond to correspondence re same (.2); telephone conference with lender's counsel re same (.2); office conference re same (.3). |
| 3/24/2003 | Christian J Lane | 0.50 | Conduct telephone conference with client re ancillary documents to DIP amendment. |
| 3/25/2003 | Christian J Lane | 0.60 | Conduct telephone conference with client re agent's requests regarding ancillary documents (.2); review documents and consider issues re same (.4) |
| 3/26/2003 | Christian J Lane | 0.70 | Review ancillary documents (.4); telephone conferences with client re same (.3). |
| | Total hours: | 18.70 | |

## Matter 27 – Employee Benefits/Pension – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2003 | Janet S Baer | 0.20 | Office conference re pension plan issues. |
| 3/3/2003 | James W Kapp | 0.60 | Review correspondence from B. McGowen re pension benefits (.2); review wage orders re pension benefit issues (.4). |
| 3/5/2003 | Vicki V Hood | 4.00 | Prepare for Board presentation re company stock in 401(k) plan. |
| 3/6/2003 | Janet S Baer | 0.30 | Confer with V. Hood re benefit issues for Grace Board meeting. |
| 3/6/2003 | Vicki V Hood | 8.00 | Presentation at Board of Directors meeting re company stock in 401(k) plan (2.0); meeting with J. Forgash re company stock in 401(k) plan (3.0); preparation for Board presentation re company stock in 401(k) plan (3.0). |
| 3/10/2003 | Vicki V Hood | 0.70 | Work re appointment of independent fiduciary under 401(k) plan. |
| 3/12/2003 | Vicki V Hood | 0.50 | Work re appointment of independent fiduciary under 401(k) plan. |
| | Total hours: | 14.30 | |

## Matter 28 – Litigation and Litigation Consulting – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 3/1/2003 | Janet S Baer | 1.00 | Review and revise draft Gerard appellate brief. |
| 3/1/2003 | Sven T Nylen | 5.00 | Prepare Volume II of joint appendix to Gerard appellate brief. |
| 3/2/2003 | Sven T Nylen | 9.00 | Review and revise appendix to Gerard appellate brief (3.0); review and revise Gerard brief (6.0). |
| 3/3/2003 | Aletheia V Anderson | 2.00 | Analyze Gerard pleadings (.5); prepare table of authorities re same (1.0); conferences re same (.5). |
| 3/3/2003 | Janet S Baer | 3.80 | Final revisions to Gerard appellate brief (3.0); coordinate completion and filing of same (.5); confer with M. Grummer re status of Hatco and related environmental issues (.3). |
| 3/3/2003 | Sven T Nylen | 7.50 | Proofread Gerard appellate brief (1.5); revise Gerard appellate brief (3.5); office conference re same (.5); review and comment on table of authorities (1.7); coordinate filing with local counsel (.3). |
| 3/3/2003 | Christian J Lane | 2.10 | Telephone conferences re confidentiality of materials re National Union adversary proceeding (.4); office conference re same (.3); review precedent re same (.6); draft and revise form of confidentiality agreement (.8). |
| 3/5/2003 | Janet S Baer | 1.10 | Review Maryland's appellate brief re Gerard (.5); confer with W. Sparks re Baker v. DelTaco (.3); confer with M. Favorito and J. Hughes re Department of Commerce issue (.3). |
| 3/5/2003 | James W Kapp | 0.10 | Review correspondence from Pacific Villas re preliminary injunction. |
| 3/6/2003 | Janet S Baer | 0.50 | Confer re National Union discovery issues (.3); analyze issues re National Union (.2). |
| 3/7/2003 | Janet S Baer | 1.90 | Review draft documents re Department of Commerce matter for M. Favorito (.3); follow up re Gerard appeal issues (.3); confer with M. Cohan re Kinsella Publication and South Carolina issues and review documents re same (.5); review draft BIS negative notice and settlement description and confer with M. Favorito (several times) re same (.8). |
| 3/7/2003 | Christian J Lane | 1.00 | Review and comment on stipulation re scheduling of National Union adversary proceeding (.6); office conference re same (.2); draft correspondence re same (.2). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/10/2003 | Janet S Baer | 0.70 | Review revised BIS settlement documents and confer re same (.3); review correspondence from EPA re confidentiality agreement (.4). |
| 3/11/2003 | Janet S Baer | 1.40 | Prepare certification of counsel re Gerard brief (.3); review J. Hughes affidavit and National Union brief re discovery issues and confer re same (.8); analyze issues re National Union briefing schedules and related matters (.3). |
| 3/11/2003 | Christian J Lane | 0.50 | Telephone conference with client re status of National Union adversary proceeding (.3); review amended stipulation re scheduling of same (.2). |
| 3/12/2003 | Janet S Baer | 0.60 | Confer with J. Hughes re National union discovery issue (.3); follow up re same and review Stipulation on briefing schedules (.3). |
| 3/12/2003 | Christian J Lane | 1.40 | Review correspondence re National Union adversary proceeding (.4); review amended stipulation re scheduling of same (.6); office conferences re same (.4). |
| 3/14/2003 | Janet S Baer | 0.30 | Review correspondence re J. Ellington issue on participation is ongoing matters and impact of confidentiality agreement on same. |
| 3/18/2003 | Janet S Baer | 1.90 | Confer re Locke v. Bettacchi (.2); confer re issues re South Carolina notice and bar date (.1); prepare correspondence on South Carolina issue (.2); confer with counsel for Maryland re Bar Date issues on Gerard and prepare transmittal re same (.6); prepare responsive memo on Locke v. Bettacchi (.8). |
| 3/18/2003 | James W Kapp | 0.40 | Review correspondence from counsel to Bettachi re Locke litigation (.1); develop response to same (.3). |
| 3/19/2003 | James W Kapp | 0.20 | Review correspondence to P. Somers re Locke litigation/injunction. |
| 3/20/2003 | Janet S Baer | 0.50 | Confer with J. Hughes re Montana Vermiculite Default matter (.2); confer with J. Posner re status of CNA matters and potential setoff (.3). |
| 3/21/2003 | Christian J Lane | 1.50 | Research re National Union adversary proceeding issues. |
| 3/24/2003 | Christian J Lane | 2.20 | Review motion to compel filed in National Union adversary proceeding (1.2); office conference re same (.3); review discovery request filed in National Union adversary proceeding (.4); telephone conference re same (.3). |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/25/2003 | Janet S Baer | 0.20 | Analyze issues re National Union. |
| 3/25/2003 | James W Kapp | 1.50 | Review discovery requests from Reaud Morgan & Quinn (.9); review Reaud Morgan & Quinn motion to compel discovery (.6). |
| 3/25/2003 | Christian J Lane | 2.00 | Review motion to compel and discovery request (.4); telephone conferences re same (.7); office conferences re same (.3); review and respond to correspondence re same (.6). |
| 3/26/2003 | James W Kapp | 0.20 | Review correspondence from J. Lacey re default action in Montana Vermiculite litigation. |
| 3/26/2003 | Christian J Lane | 1.40 | Telephone conferences re motion to compel in National Union adversary proceeding (.6); review and respond to correspondence re same (.8). |
| 3/27/2003 | Aletheia V Anderson | 6.10 | Review and organize pleadings re personal injury and bodily injury for discovery response re National Union (5.5); numerous conferences re same (.6). |
| 3/27/2003 | Christian J Lane | 1.20 | Telephone conferences re motion to compel in National Union adversary proceeding (.7); review and respond to correspondence re same (.5). |
| 3/28/2003 | Rhonda Lopera | 2.00 | Review and analyze personal injury pleadings for discovery response re National Union (.5); office conference re same (.3); prepare and revise index of personal injury claims (.5); review and analyze docket re same (.7). |
| 3/28/2003 | Christian J Lane | 0.60 | Telephone conferences re motion to compel in National Union adversary proceeding (.2); review and respond to correspondence re same (.4). |
| 3/30/2003 | Janet S Baer | 1.00 | Review various materials received on outstanding cases including Gerard, Montana Vermiculite and certain environmental matters. |
| 3/31/2003 | Janet S Baer | 0.30 | Confer with R. Emmett re environmental claims issues and Harvey, Louisiana site. |
| 3/31/2003 | Sven T Nylen | 0.50 | Review appellant's reply brief in Gerard appeal. |
| 3/31/2003 | Christian J Lane | 1.20 | Telephone conferences re motion to compel in National Union adversary proceeding (.2); review and respond to correspondence re same (.4); office conferences re same (.6). |
| | Total hours: | 64.80 | |

## Matter 30 – Hearings – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2003 | James W Kapp | 0.30 | Review revised agenda for 3/17/03 hearing. |
| 3/7/2003 | Christian J Lane | 1.00 | Review and draft comments to hearing agenda (.4); telephone conferences re same (.3); draft correspondence re same (.1); office conferences re same (.2). |
| 3/10/2003 | James W Kapp | 0.10 | Review revised agenda for 3/17/03 omnibus hearing. |
| 3/11/2003 | James W Kapp | 0.20 | Telephone conference with P. Galbraith re 3/17/03 omnibus hearing. |
| 3/12/2003 | James W Kapp | 0.20 | Respond to correspondence from P. Galbraith re 3/17/03 hearing. |
| 3/13/2003 | James W Kapp | 0.20 | Telephone conference with W. Sparks re 3/17/03 omnibus hearing. |
| 3/14/2003 | James W Kapp | 0.40 | Telephone conference with P. Galbraith re March omnibus hearing. |
| 3/17/2003 | James W Kapp | 0.20 | Telephone conference with W. Sparks re 3/7/03 hearing. |
| | Total hours: | 2.60 | |

## Matter 31 – Asset Disposition – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2003 | James W Kapp | 0.30 | Confer re negotiations re Kent Holdings objection to lease assumption (.2); review correspondence from J. Rossman re payments to West (.1). |
| 3/3/2003 | Christian J Lane | 1.70 | Telephone conference with client re rejection of leases (.8); review and analyze issues re same (.6); review correspondence re same (.3). |
| 3/5/2003 | Christian J Lane | 1.70 | Telephone conferences with client re Augusta lease rejection issues (.6); consider issues re same (.4); review correspondence re same (.3); draft correspondence re same (.4). |
| 3/6/2003 | Christian J Lane | 1.30 | Telephone conferences with client re rejection of leases (.5); review and analyze issues re same (.6); telephone conference with client re potential sale (.2). |
| 3/10/2003 | Christian J Lane | 0.70 | Telephone conferences with client re Augusta lease rejection (.4); telephone conferences with Office Depot re same (.3). |
| 3/11/2003 | Christian J Lane | 1.10 | Telephone conferences with client re Augusta lease rejection (.5); telephone conferences with Office Depot re same (.2); review correspondence re same (.2); draft correspondence re same (.2). |
| 3/12/2003 | Christian J Lane | 0.80 | Telephone conferences with client re Augusta lease rejection (.6); telephone conferences with Office Depot re same (.2). |
| 3/17/2003 | James W Kapp | 0.20 | Confer re resolution of Kent Holdings objection to lease rejection. |
| 3/17/2003 | Christian J Lane | 0.60 | Review and respond to correspondence re Augusta lease rejection (.4); telephone conferences with Office Depot re same (.2). |
| 3/18/2003 | Christian J Lane | 1.50 | Review and respond to correspondence re Augusta lease rejection (.4); telephone conferences with Office Depot re same (.5); telephone conferences with client re same (.6). |
| 3/19/2003 | James W Kapp | 0.60 | Review motion to extend rejection period for unexpired leases. |
| 3/19/2003 | Christian J Lane | 1.60 | Review and respond to correspondence re Augusta lease rejection (.4); telephone conferences with Office Depot re same (.3); telephone conferences with client re same (.3); draft stipulation re same (.6). |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 3/21/2003 | Christian J Lane | 1.50 | Review and respond to correspondence re Augusta lease rejection (.6); revise stipulation re same (.7); telephone conferences with client re same (.2). |
| 3/24/2003 | Christian J Lane | 1.10 | Review and respond to correspondence re Augusta lease rejection (.3); revise stipulation re same (.3); telephone conferences with client re same (.5). |
| 3/26/2003 | James W Kapp | 0.40 | Revise stipulation re Kent Holding objection to lease rejection. |
| 3/28/2003 | Christian J Lane | 1.20 | Review and respond to correspondence re Augusta lease rejection (.3); revise stipulation re same (.5); telephone conferences with client re same (.4). |
|  | Total hours: | 16.30 |  |

## Matter 32 – Fee Applications, Applicant – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2003 | Toni L Wallace | 1.00 | Finalize seventh quarterly fee application and forward same to local counsel for filing. |
| 3/3/2003 | Christian J Lane | 0.60 | Review January fee application (.4); office conference re same (.2). |
| 3/4/2003 | Toni L Wallace | 0.70 | E-mail correspondence with L. Baker re payments (.2); finalize January monthly fee application and forward to local counsel for filing (.5). |
| 3/6/2003 | Toni L Wallace | 0.70 | Update tracking charts of fees and expense in preparation for quarterly fee application. |
| 3/11/2003 | Christian J Lane | 2.50 | Prepare February fee detail. |
| 3/13/2003 | Christian J Lane | 3.50 | Prepare February fee detail. |
| 3/18/2003 | Christian J Lane | 1.80 | Prepare February fee detail. |
| 3/19/2003 | Christian J Lane | 3.50 | Prepare February fee detail. |
| 3/20/2003 | Toni L Wallace | 0.90 | Review and revise February fee detail. |
| 3/20/2003 | Christian J Lane | 1.20 | Prepare February fee detail (.8); office conference re same (.4). |
| 3/24/2003 | Christian J Lane | 2.30 | Review fee examiner's report (1.0); office conferences re same (.5); draft response re same (.8). |
| 3/25/2003 | Toni L Wallace | 0.60 | Prepare project category summary for seventh quarterly fee application and forward same to L. Ferdinand. |
| 3/25/2003 | James W Kapp | 0.40 | Review fee auditors initial request for K&E application for seventh period. |
| 3/25/2003 | Christian J Lane | 1.30 | Office conferences re response to fee examiner's report (.6); draft response to fee examiner's report (.7). |
| 3/26/2003 | James W Kapp | 0.10 | Review correspondence from S. Bossay re fee examiner's report. |
| 3/26/2003 | Christian J Lane | 1.30 | Revise response to fee examiner's report. |
| 3/27/2003 | Toni L Wallace | 2.70 | Review docket for filing information for monthly fee applications (.3); prepare draft of February monthly fee application (2.4). |
| 3/27/2003 | Christian J Lane | 1.00 | Review material for response to fee examiner's report (.4); office conference re same (.3); revise response (.3). |
| 3/28/2003 | Toni L Wallace | 1.40 | Prepare fee detail for February monthly fee application and forward same to local counsel for filing and service. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/31/2003 | Christian J Lane | 1.60 | Review additional materials re fee examiner's initial report for seventh fee period (.4); office conference re same (.2); revise response (1.0). |
| | Total hours: | 29.10 | |

**Matter 35 – Fee Applications, Others – Fees**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/2/2003 | Christian J Lane | 0.10 | Review correspondence re professional firm fee applications. |
| 3/3/2003 | Janet S Baer | 0.10 | Confer re BMC fee application. |
| 3/3/2003 | James W Kapp | 0.30 | Respond to correspondence from BMC re filing of fee applications. |
| 3/3/2003 | Christian J Lane | 0.40 | Office conference re professional firm fee applications (.2); telephone conference re same (.2). |
| 3/5/2003 | Christian J Lane | 0.30 | Review correspondence re BMC fee application issues (.1); office conference re same (.1); telephone conference re same (.1). |
| 3/7/2003 | Toni L Wallace | 2.00 | Prepare omnibus order re sixth quarterly fee applications for all professionals (1.9); telephone conference with L. Ferdinand re same (.1). |
| 3/7/2003 | Christian J Lane | 0.30 | Telephone conference with G. Levin of Woodcock Washburn re fee application process (.2); draft correspondence re same (.1). |
| 3/7/2003 | Christian J Lane | 1.20 | Review correspondence re sixth fee period order for all professionals (.2); office conferences re same (.4); review and comment on draft order (.6). |
| 3/10/2003 | Christian J Lane | 1.00 | Review correspondence re sixth fee period order for all professionals (.3); telephone conferences re same (.4); office conference re same (.3). |
| | Total hours: | 5.70 | |

## Matter 38 – Employment Applications, Others – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/5/2003 | Christian J Lane | 1.10 | Telephone conferences with Deloitte counsel re retention application (.4); telephone conference with client re same (.3); draft correspondence re same (.2); review files for current conflicts list (.1); send same to Deloitte counsel (.1). |
| 3/6/2003 | Christian J Lane | 0.10 | Review and forward correspondence re Ernst & Young affidavit. |
| 3/11/2003 | James W Kapp | 0.70 | Review supplemental application to retain W.D. Hilton. |
| 3/12/2003 | James W Kapp | 0.20 | Office conference re supplemental affidavit of W.D. Hilton. |
| 3/12/2003 | Christian J Lane | 2.50 | Review supplemental affidavit of W.D. Hilton for PD Committee (.3); office conferences re same (.4); draft correspondence re same (.2); telephone conference with client re same (.2); telephone conferences with Deloitte counsel re retention application of Deloitte (.4); review precedent re same (.4); draft correspondence re same (.3); review draft affidavit re same (.3). |
| 3/13/2003 | Christian J Lane | 1.50 | Office conferences re supplemental affidavit of W.D. Hilton for PD Committee (.3); review prior fee application filings re same (.2); telephone conference with client re same (.2); telephone conferences with Deloitte counsel re retention application of Deloitte (.2); review draft pleadings re same (.6). |
| 3/14/2003 | Christian J Lane | 1.30 | Draft correspondence to Deloitte counsel re retention application of Deloitte (.3); review draft pleadings re same (1.0). |
| 3/17/2003 | Aletheia V Anderson | 3.40 | Analyze Bilzin fee applications from filing to current re payments made to W.D. Hilton and correspondence re same. |
| 3/17/2003 | Christian J Lane | 1.70 | Telephone conference with Deloitte counsel re retention application of Deloitte (.4); review draft pleadings re same (1.3). |
| 3/18/2003 | James W Kapp | 0.40 | Review Deloitte & Touche retention application. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/18/2003 | Christian J Lane | 2.00 | Office conferences re supplemental affidavit of W.D. Hilton for PD Committee (.3); review prior fee application filings re same (.2); draft correspondence to client re same (.2); telephone conferences with Deloitte counsel re retention application of Deloitte (.4); review and revise draft pleadings re same (.4); telephone conferences with client re same (.5). |
| | Total hours: | 14.90 | |

### Matter 41 – Tax Issues – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2003 | Xiaojie Wang | 2.70 | Research re tax issues, including section 263. |
| 3/4/2003 | Xiaojie Wang | 9.80 | Research re proposed regulation under Code section 263. |
| 3/5/2003 | Xiaojie Wang | 6.20 | Research re proposed regulations (4.2); revise internal memos to reflect results of research (2.0). |
| 3/5/2003 | Thomas L Evans | 0.30 | Draft memorandum re capitalization of costs in bankruptcy. |
| 3/6/2003 | Xiaojie Wang | 4.00 | Research re proposed regulations under Code section 263 (2.5); revise memos with results of research (1.5). |
| 3/6/2003 | Thomas L Evans | 0.30 | Revise memo re capitalization of costs in bankruptcy. |
| 3/11/2003 | Christian J Lane | 1.00 | Telephone conferences with client re sales tax issues (.4); review motions and orders re same (.3); office conferences re same (.3). |
| 3/12/2003 | Xiaojie Wang | 2.10 | Research re deductibility of bankruptcy related costs re IRS comment letter. |
| 3/12/2003 | James W Kapp | 0.30 | Office conference re tax issues re interest settlement. |
| 3/12/2003 | Christian J Lane | 1.50 | Telephone conferences with client re sales tax issues (.8); analyze issues re same (.4); office conferences re same (.3). |
| 3/13/2003 | Xiaojie Wang | 2.30 | Draft and revise letter to IRS re comments on proposed regulations under Code section 263. |
| 3/13/2003 | Natalie H Keller | 0.20 | Confer re tax issues. |
| 3/17/2003 | Todd F Maynes | 0.80 | Revisions to IRS letter. |
| 3/18/2003 | Thomas L Evans | 1.50 | Review comment letter for W.R. Grace & Co. (.8); office conferences re same (.7). |
| 3/18/2003 | Christian J Lane | 1.10 | Telephone conferences with client re sales tax issues (.7); analyze issues re same (.4). |
| 3/18/2003 | Todd F Maynes | 1.50 | Telephone calls re contingent liability issue (.5); revisions to IRS letter (1.0). |
| 3/19/2003 | Thomas L Evans | 1.50 | Revise transmittal letter and underlying comment letter (.6); work on filing document with IRS (.3); discussions with Tax Analysts (.6). |
| 3/19/2003 | Todd F Maynes | 0.50 | Revise IRS letter. |
| 3/28/2003 | Michael J Hauswirth | 0.80 | Draft claim pursuant to 501 re 1999 tax year. |
|  | Total hours: | 38.40 | |

## Matter 42 – Travel non-working – Fees

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 3/11/2003 | Elli Leibenstein | 2.00 | Travel for conference with expert (half time). |
| | Total hours: | 2.00 | |

## Matter 46 – Tax Litigation – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/3/2003 | Todd F Maynes | 0.30 | Telephone calls with C. Finke re status of litigation. |
| 3/5/2003 | Natalie H Keller | 1.50 | Conference call with R. Stewart re settlement issues (.7); prepare e-mail summarizing same (.3); office conference re same (.2); review settlement file (.3). |
| 3/6/2003 | Natalie H Keller | 0.20 | Office conference re settlement issues. |
| 3/6/2003 | Todd F Maynes | 0.80 | Review of new proposed regulations re tax consequences of costs. |
| 3/7/2003 | Natalie H Keller | 0.20 | Prepare for and attend conference call re settlement issues. |
| 3/7/2003 | Natalie H Keller | 0.30 | Prepare for and attend conference call re deductibility of bankruptcy reorganization expenses. |
| 3/7/2003 | Todd F Maynes | 1.20 | Telephone calls re transaction costs (.4); revisions to memoranda re same (.8). |
| 3/8/2003 | Todd F Maynes | 1.00 | Revisions to transaction cost memorandum. |
| 3/9/2003 | Todd F Maynes | 1.00 | Revisions to transaction cost memorandum. |
| 3/10/2003 | Natalie H Keller | 2.00 | Analyze alternatives for settlement and discuss same (1.7); conference call with C. Finke re same (.3). |
| 3/10/2003 | Todd F Maynes | 1.00 | Tax planning revisions to memoranda re tax deductibility of costs. |
| 3/11/2003 | Natalie H Keller | 1.80 | Prepare for and attend conference call with E. Filon, C. Finke and R. Finke re settlement issues (1.3); review Ernst & Young memorandum re information reporting requirements and discuss same (.5). |
| 3/11/2003 | Todd F Maynes | 1.50 | Telephone conferences re possibilities of settlement. |
| 3/12/2003 | Todd F Maynes | 0.50 | Meeting and conversation with P. Gallagher re bankruptcy costs. |
| 3/13/2003 | Michael J Hauswirth | 6.10 | Internal conference re possible 505 motion (.3); telephone conference with C. Finke re 1999 tax issues (.3); research re 505 procedure issues (5.5) |
| 3/14/2003 | Todd F Maynes | 0.80 | Prepare letter re IRS transaction costs. |
| 3/16/2003 | Michael J Hauswirth | 1.30 | Prepare for telephone conference re 1999 tax year issues. |
| 3/17/2003 | Michael J Hauswirth | 5.50 | Prepare for and participate in telephone conference with C. Finke, A. Clarke, E. Filon, A. Bailey and W. Johnson (1.7); research re discharge of tax claims under 1141 and 501/505 procedure (3.3); telephone conference re research on same (.5). |
| 3/17/2003 | Natalie H Keller | 0.20 | Conference call with M. Dyson re status of case. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/17/2003 | Todd F Maynes | 0.50 | Meetings and telephone calls re status of settlement. |
| 3/18/2003 | Michael J Hauswirth | 1.50 | Continue research re 1999 tax issues (1.0); participate in telephone conference with E. Filon, T. Maynes, and C. Finke re same (.5). |
| 3/21/2003 | Natalie H Keller | 1.50 | Draft response to R. Finke e-mail re settlement issues and research same. |
| 3/21/2003 | Todd F Maynes | 0.50 | Internal meeting re settlement proposal (.3); prepare email to R. Finke re same (.2). |
| 3/25/2003 | Natalie H Keller | 0.90 | Prepare for and attend conference call with R. Finke re settlement issues (.5); research same and send follow up e-mail to R. Finke (.4). |
| 3/26/2003 | Natalie H Keller | 0.70 | Conference call with R. Stewart re settlement issues and Joint Status Report (.3); send e-mail summarizing same (.1); review and revise Joint Status Report (.3). |
| 3/27/2003 | Todd F Maynes | 0.50 | Revise status report. |
| | Total hours: | 33.30 | |

## Matter 51 – ZAI Science Trial – Fees

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 3/12/2003 | Stephanie R Cashman | 1.50 | Review and catalog ZAI Science Trial pleadings for Concordance litigation support system. |
| 3/12/2003 | Shirley A Pope | 1.00 | Review litigation support database re Hughson testimony (.5); organize same for attorney use (.5). |
| | Total hours: | 2.50 | |