# EXHIBIT B

## Matter 42 – Travel non-working – Expenses

| Service Description | Amount |
|---|---|
| Travel Expense | $225.70 |
| Airfare | $248.00 |
| Transportation to/from airport | $133.72 |
| **Total** | **$607.42** |

B-1

## Matter 42 – Travel non-working – Itemized Expenses

| Date | Amount | Description |
| --- | --- | --- |
| 2/24/2003 | 68.72 | JANET BAER - Transportation to/from airport, Wilmington, DE, 1/26/03 to 1/27/03, (Meeting) Supplement |
| 3/5/2003 | 65.00 | Crown Coach - Transportation to/from airport, Vicki V Hood |
| 3/7/2003 | 225.70 | VICKI V HOOD - Hotel Expense, Columbia, MD, 3/5/03 to 3/6/03, (Presentation to Board of Directors) |
| 3/7/2003 | 248.00 | VICKI V HOOD - Airfare Expense, Columbia, MD, 3/5/03 to 3/6/03, (Presentation to Board of Directors) |
| Total: | 607.42 | |

## Matter 51 – ZAI Science Trial – Expenses

| **Service Description** | **Amount** |
|---|---|
| Telephone | $11.99 |
| Library Document Procurement | $20.00 |
| **Total** | **$31.99** |

## Matter 51 – ZAI Science Trial – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 1/8/2003 | 10.00 | Library Document Procurement - Sen. Murry Letter to OMB (1/3/03). |
| 1/8/2003 | 10.00 | Library Document Procurement - Sen. Murry Letter to OMB (1/3/03). |
| 1/29/2003 | 6.46 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 3/10/2003 | 0.92 | Telephone call to: MINEOLA,NY 516-877-8215 |
| 3/26/2003 | 4.61 | Telephone call to: COLUMBIA,MD 410-531-4751 |
| Total: | 31.99 | |

B-4

## Matter 52 – Expenses – Expenses

| Service Description | Amount |
|---|---:|
| Telephone | $461.68 |
| Fax Charge | $519.76 |
| Standard Copies | $771.90 |
| Binding | $10.50 |
| Scanned Images | $111.45 |
| Overnight Delivery | $337.94 |
| Calendar/Court Services | $20.00 |
| Information Broker Doc/Svcs | $81.34 |
| Library Document Procurement | $10.00 |
| Computer Database Research | $2,755.68 |
| Overtime Transportation | $186.68 |
| Overtime Meals | $36.00 |
| Secretarial Overtime | $771.50 |
| **Total** | **$6,074.43** |

## Matter 52 – Expenses – Itemized Expenses

| Date | Amount | Description |
|---|---|---|
| 1/3/2003 | 130.49 | West Publishing-TP,Database Usage 1.03 |
| 1/6/2003 | 32.29 | West Publishing-TP,Database Usage 1.03 |
| 1/9/2003 | 100.24 | PACER SERVICE CENTER - Computer Database Research, Billing Cycle 10/1/02 to 12/31/02 |
| 1/13/2003 | 14.88 | VIRTUALDOCKET.COM - TA(14.04) Computer Database Research, Documents Downloaded 1/6/03 |
| 1/17/2003 | 92.03 | West Publishing-TP,Database Usage 1.03 |
| 1/21/2003 | 30.57 | West Publishing-TP,Database Usage 1.03 |
| 1/24/2003 | 29.90 | West Publishing-TP,Database Usage 1.03 |
| 1/28/2003 | 7.47 | West Publishing-TP,Database Usage 1.03 |
| 1/31/2003 | 1.78 | Telephone call to: NEW YORK,NY 212-715-9505 |
| 1/31/2003 | 36.34 | PARCELS, INC - Information Broker Doc/Svcs, Court documents regarding New Castle, 1/15/03 |
| 1/31/2003 | 148.99 | REED ELSEVIER, INC. - Computer Database Research, LexisNexis database usage January 2003 |
| 2/2/2003 | 22.52 | West Publishing-TP,Database Usage 2.03 |
| 2/3/2003 | 86.39 | West Publishing-TP,Database Usage 2.03 |
| 2/3/2003 | 61.42 | West Publishing-TP,Database Usage 2.03 |
| 2/5/2003 | 51.16 | West Publishing-TP,Database Usage 2.03 |
| 2/5/2003 | 9.65 | West Publishing-TP,Database Usage 2.03 |
| 2/6/2003 | 89.06 | West Publishing-TP,Database Usage 2.03 |
| 2/6/2003 | 27.55 | West Publishing-TP,Database Usage 2.03 |
| 2/6/2003 | 21.71 | West Publishing-TP,Database Usage 2.03 |
| 2/6/2003 | 34.16 | West Publishing-TP,Database Usage 2.03 |
| 2/7/2003 | 128.44 | GENESYS CONFERENCING, INC. - Telephone, Conference Call, J Baer, 1/16, 1/17/03 |
| 2/7/2003 | 15.86 | West Publishing-TP,Database Usage 2.03 |
| 2/9/2003 | 29.16 | West Publishing-TP,Database Usage 2.03 |
| 2/10/2003 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4284 |
| 2/10/2003 | 0.83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/10/2003 | 1.45 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 2/10/2003 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 2/10/2003 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/10/2003 | 0.62 | Telephone call to: STATE OF,DE 302-778-6404 |
| 2/10/2003 | 0.83 | Telephone call to: STATE OF,DE 302-778-6463 |

| **Date** | **Amount** | **Description** |
|---|---:|---|
| 2/10/2003 | 1.63 | West Publishing-TP,Database Usage 2.03 |
| 2/11/2003 | 20.90 | West Publishing-TP,Database Usage 2.03 |
| 2/12/2003 | 0.83 | Telephone call to: BALTIMORE,MD 410-659-3944 |
| 2/12/2003 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 2/13/2003 | 4.16 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 2/13/2003 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 2/13/2003 | 3.95 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/14/2003 | 1.87 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/14/2003 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4191 |
| 2/14/2003 | 1.87 | Telephone call to: E CENTRAL,FL 561-362-1532 |
| 2/14/2003 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/14/2003 | 3.33 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/14/2003 | 38.38 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/14/2003 | 38.38 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/14/2003 | 38.38 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/14/2003 | 38.38 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/14/2003 | 38.38 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/14/2003 | 38.38 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/14/2003 | 38.38 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/14/2003 | 50.66 | Fed Exp to: ,NEW YORK CITY,NY from:MAILROOM |
| 2/14/2003 | 31.13 | West Publishing-TP,Database Usage 2.03 |
| 2/16/2003 | 93.51 | West Publishing-TP,Database Usage 2.03 |
| 2/17/2003 | 4.78 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/17/2003 | 203.91 | West Publishing-TP,Database Usage 2.03 |
| 2/18/2003 | 39.63 | West Publishing-TP,Database Usage 2.03 |
| 2/18/2003 | 13.23 | West Publishing-TP,Database Usage 2.03 |
| 2/18/2003 | 1.96 | West Publishing-TP,Database Usage 2.03 |
| 2/19/2003 | 0.83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/19/2003 | 0.20 | Standard Copies |
| 2/19/2003 | 2.50 | Standard Copies |
| 2/19/2003 | 18.20 | Standard Copies |
| 2/19/2003 | 0.30 | Standard Copies |
| 2/19/2003 | 1.50 | Standard Copies |
| 2/19/2003 | 6.40 | Standard Copies |
| 2/19/2003 | 0.10 | Standard Copies |

| **Date** | **Amount** | **Description** |
| --- | ---: | --- |
| 2/19/2003 | 0.70 | Standard Copies |
| 2/19/2003 | 10.00 | Library Document Procurement - Federal of Insurance & Corporate Counsel Quarterly (Spring 1994). |
| 2/19/2003 | 41.00 | West Publishing-TP,Database Usage  2.03 |
| 2/19/2003 | 1.74 | West Publishing-TP,Database Usage  2.03 |
| 2/19/2003 | 18.21 | West Publishing-TP,Database Usage  2.03 |
| 2/19/2003 | 350.89 | West Publishing-TP,Database Usage  2.03 |
| 2/20/2003 | 5.20 | Telephone call to:  COLUMBIA,MD 410-531-4222 |
| 2/20/2003 | 0.83 | Telephone call to:  STATE OF,DE 302-425-3308 |
| 2/20/2003 | 0.62 | Telephone call to:  E CENTRAL,FL 561-438-3631 |
| 2/20/2003 | 0.62 | Telephone call to:  STATE OF,DE 302-778-6463 |
| 2/20/2003 | 0.50 | Standard Copies |
| 2/20/2003 | 0.20 | Standard Copies |
| 2/20/2003 | 16.25 | West Publishing-TP,Database Usage  2.03 |
| 2/20/2003 | 54.48 | West Publishing-TP,Database Usage  2.03 |
| 2/20/2003 | 12.00 | Overtime Meals Tammi P Bowden |
| 2/20/2003 | 149.28 | Bowden, T - Revise appellate brief re P.I. order |
| 2/21/2003 | 0.62 | Telephone call to:  E CENTRAL,FL 561-438-3631 |
| 2/21/2003 | 0.60 | Standard Copies |
| 2/21/2003 | 0.10 | Standard Copies |
| 2/21/2003 | 6.92 | Fed Exp to: ,COLUMBIA,MD from:MAILROOM |
| 2/21/2003 | 32.21 | West Publishing-TP,Database Usage  2.03 |
| 2/22/2003 | 5.40 | Fax phone charge to 410-531-4545 |
| 2/22/2003 | 1.66 | Fax phone charge to 561-362-1583 |
| 2/22/2003 | 30.75 | Fax page charge to 410-531-4545 |
| 2/22/2003 | 30.75 | Fax page charge to 561-362-1583 |
| 2/22/2003 | 8.20 | Standard Copies |
| 2/22/2003 | 4.00 | Standard Copies |
| 2/22/2003 | 64.67 | West Publishing-TP,Database Usage  2.03 |
| 2/23/2003 | 84.12 | West Publishing-TP,Database Usage  2.03 |
| 2/24/2003 | 1.45 | Telephone call to:  PUERTORICO,CR 787-759-7600 |
| 2/24/2003 | 2.08 | Telephone call to:  COLUMBIA,MD 410-531-4236 |
| 2/24/2003 | 2.49 | Telephone call to:  COLUMBIA,MD 410-531-4191 |
| 2/24/2003 | 7.27 | Telephone call to:  COLUMBIA,MD 410-531-4170 |
| 2/24/2003 | 0.62 | Telephone call to:  ORADELL,NJ 201-986-0876 |

| Date | Amount | Description |
|---|---|---|
| 2/24/2003 | 6.24 | Telephone call to: ORADELL,NJ 201-986-0876 |
| 2/24/2003 | 1.25 | Telephone call to: E CENTRAL,FL 561-362-1312 |
| 2/24/2003 | 19.75 | Telephone call to: CENTRAL,MI 517-267-0146 |
| 2/24/2003 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-826-5311 |
| 2/24/2003 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 2/24/2003 | 59.08 | JANET BAER - Telephone Expense, Blackberry charges stmt dtd 2/11/03 |
| 2/24/2003 | 3.00 | Fax page charge to 202-514-9440 |
| 2/24/2003 | 99.90 | West Publishing-TP,Database Usage 2.03 |
| 2/24/2003 | 175.03 | West Publishing-TP,Database Usage 2.03 |
| 2/25/2003 | 0.62 | Telephone call to: CINCINNATI,OH 513-566-4124 |
| 2/25/2003 | 0.69 | Telephone call to: BOCA RATON,FL 561-362-1300 |
| 2/25/2003 | 1.20 | Telephone call to: BOCA RATON,FL 561-362-1302 |
| 2/25/2003 | 1.04 | Telephone call to: STATE OF,CT 860-547-5582 |
| 2/25/2003 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4213 |
| 2/25/2003 | 0.90 | Standard Copies |
| 2/25/2003 | 7.60 | Standard Copies |
| 2/25/2003 | 0.40 | Standard Copies |
| 2/25/2003 | 3.30 | Standard Copies |
| 2/25/2003 | 76.32 | West Publishing-TP,Database Usage 2.03 |
| 2/25/2003 | 55.44 | West Publishing-TP,Database Usage 2.03 |
| 2/25/2003 | 50.64 | West Publishing-TP,Database Usage 2.03 |
| 2/26/2003 | 1.45 | Telephone call to: E CENTRAL,FL 561-362-1300 |
| 2/26/2003 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 2/26/2003 | 1.25 | Telephone call to: PHILADELPH,PA 215-875-4667 |
| 2/26/2003 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 2/26/2003 | 2.91 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/26/2003 | 0.20 | Standard Copies |
| 2/26/2003 | 2.90 | Standard Copies |
| 2/26/2003 | 4.90 | Standard Copies |
| 2/27/2003 | 1.45 | Telephone call to: CAMBRIDGE,MA 617-498-4322 |
| 2/27/2003 | 0.62 | Telephone call to: STATE OF,DE 302-425-3308 |
| 2/27/2003 | 4.16 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/27/2003 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/27/2003 | 0.20 | Standard Copies |

| Date | Amount | Description |
| --- | --- | --- |
| 2/27/2003 | 0.40 | Standard Copies |
| 2/27/2003 | 76.49 | West Publishing-TP,Database Usage 2.03 |
| 2/27/2003 | 174.38 | Hickman, S - Revise brief |
| 2/28/2003 | 0.83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/28/2003 | 1.45 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 2/28/2003 | 0.83 | Telephone call to: E CENTRAL,FL 561-650-8007 |
| 2/28/2003 | 1.45 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 2/28/2003 | 2.70 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 2/28/2003 | 0.83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/28/2003 | 2.08 | Telephone call to: STATE OF,DE 302-778-6463 |
| 2/28/2003 | 1.25 | Fax phone charge to 410-531-4783 |
| 2/28/2003 | 1.45 | Fax phone charge to 410-531-4461 |
| 2/28/2003 | 1.45 | Fax phone charge to 410-531-4783 |
| 2/28/2003 | 0.75 | Fax page charge to 410-531-4783 |
| 2/28/2003 | 12.75 | Fax page charge to 410-531-4461 |
| 2/28/2003 | 12.00 | Fax page charge to 410-531-4783 |
| 2/28/2003 | 3.30 | Standard Copies |
| 2/28/2003 | 74.20 | Standard Copies |
| 2/28/2003 | 28.00 | Standard Copies |
| 2/28/2003 | 2.40 | Standard Copies |
| 2/28/2003 | 3.30 | Standard Copies |
| 2/28/2003 | 79.10 | Standard Copies |
| 2/28/2003 | 0.90 | Standard Copies |
| 2/28/2003 | 0.30 | Standard Copies |
| 2/28/2003 | 0.80 | Standard Copies |
| 2/28/2003 | 24.10 | Standard Copies |
| 2/28/2003 | 20.00 | Calendar/Court Services 2/03 |
| 2/28/2003 | 45.00 | PARCELS, INC - Information Broker Doc/Svcs, Court documents re Case number 02-1549 for Alethia Anderson, 2/28/03 |
| 2/28/2003 | 11.52 | REED ELSEVIER, INC. - Computer Database Research, Lexis-Nexis database usage February 2003 |
| 2/28/2003 | 12.00 | West Publishing-TP,Database Usage 2.03 |
| 2/28/2003 | 93.37 | West Publishing-TP,Database Usage 2.03 |
| 2/28/2003 | 12.00 | Overtime Meals Kerry Y Adams |
| 2/28/2003 | 195.93 | Adams, K - Revise brief, prepare and apply bates labels |

B-10

| Date | Amount | Description |
| --- | --- | --- |
| 3/1/2003 | 14.00 | Standard Copies |
| 3/1/2003 | 35.60 | Standard Copies |
| 3/1/2003 | 9.10 | Standard Copies |
| 3/1/2003 | 18.70 | Standard Copies |
| 3/1/2003 | 1.80 | Scanned Images |
| 3/1/2003 | 11.10 | Scanned Images |
| 3/1/2003 | 0.60 | Scanned Images |
| 3/1/2003 | 0.90 | Scanned Images |
| 3/1/2003 | 4.20 | Scanned Images |
| 3/1/2003 | 5.10 | Scanned Images |
| 3/1/2003 | 0.90 | Scanned Images |
| 3/1/2003 | 3.60 | Scanned Images |
| 3/1/2003 | 36.30 | Scanned Images |
| 3/1/2003 | 1.50 | Scanned Images |
| 3/1/2003 | 3.90 | Scanned Images |
| 3/1/2003 | 3.60 | Scanned Images |
| 3/1/2003 | 0.90 | Scanned Images |
| 3/1/2003 | 3.60 | Scanned Images |
| 3/1/2003 | 12.00 | Overtime Meals Kerry Y Adams |
| 3/1/2003 | 223.92 | Adams, K - Revise brief, bates labeling docs |
| 3/3/2003 | 1.60 | Standard Copies |
| 3/3/2003 | 0.80 | Standard Copies |
| 3/3/2003 | 18.00 | Standard Copies |
| 3/3/2003 | 17.60 | Standard Copies |
| 3/3/2003 | 0.20 | Standard Copies |
| 3/3/2003 | 1.75 | Binding |
| 3/3/2003 | 2.85 | Scanned Images |
| 3/3/2003 | 2.70 | Scanned Images |
| 3/3/2003 | 1.50 | Scanned Images |
| 3/3/2003 | 3.90 | Scanned Images |
| 3/3/2003 | 3.60 | Scanned Images |
| 3/3/2003 | 0.90 | Scanned Images |
| 3/3/2003 | 3.60 | Scanned Images |
| 3/3/2003 | 1.95 | Scanned Images |
| 3/3/2003 | 27.99 | Adams, K - Create and apply bates labels |

B-11

| Date | Amount | Description |
|---|---|---|
| 3/4/2003 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 3/4/2003 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-806-5544 |
| 3/4/2003 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 3/4/2003 | 6.03 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 3/4/2003 | 5.82 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 3/4/2003 | 3.40 | Standard Copies |
| 3/4/2003 | 4.70 | Standard Copies |
| 3/5/2003 | 2.08 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 3/5/2003 | 2.29 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 3/5/2003 | 6.03 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 3/5/2003 | 2.49 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 3/5/2003 | 2.91 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 3/5/2003 | 1.87 | Telephone call to: WASHINGTON,DC 202-371-0150 |
| 3/5/2003 | 3.95 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 3/5/2003 | 0.83 | Telephone call to: NEWYORKCTY,NY 212-492-3850 |
| 3/5/2003 | 5.00 | JANET BAER - Overtime Transportation 3/4/03 |
| 3/6/2003 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4552 |
| 3/6/2003 | 1.45 | Telephone call to: STATE OF,DE 302-778-6463 |
| 3/6/2003 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 3/6/2003 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 3/6/2003 | 0.62 | Telephone call to: NEWYORKCTY,NY 212-632-6160 |
| 3/6/2003 | 0.83 | Telephone call to: HOUSTON,TX 281-232-2311 |
| 3/6/2003 | 1.66 | Telephone call to: STATE OF,DE 302-778-6463 |
| 3/6/2003 | 2.20 | Standard Copies |
| 3/6/2003 | 0.45 | Scanned Images |
| 3/7/2003 | 1.04 | Telephone call to: COLUMBIA,MD 410-531-4170 |
| 3/7/2003 | 1.25 | Telephone call to: CAMBRIDGE,MA 617-876-1400 |
| 3/7/2003 | 1.04 | Telephone call to: ALLIANCE,NE 308-762-1710 |
| 3/7/2003 | 1.04 | Telephone call to: CAMBRIDGE,MA 617-498-4399 |
| 3/7/2003 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4236 |
| 3/7/2003 | 1.25 | Telephone call to: CAMBRIDGE,MA 617-876-1400 |
| 3/7/2003 | 0.83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 3/7/2003 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4641 |
| 3/7/2003 | 0.62 | Telephone call to: STATE OF,DE 302-778-6463 |
| 3/7/2003 | 1.25 | Fax phone charge to 617-498-4402 |

| Date | Amount | Description |
|---|---|---|
| 3/7/2003 | 12.75 | Fax page charge to 617-498-4402 |
| 3/7/2003 | 70.20 | Standard Copies |
| 3/7/2003 | 1.70 | Standard Copies |
| 3/7/2003 | 1.40 | Standard Copies |
| 3/7/2003 | 0.50 | Standard Copies |
| 3/7/2003 | 5.25 | Binding |
| 3/10/2003 | 1.25 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 3/10/2003 | 2.60 | Standard Copies |
| 3/10/2003 | 3.60 | Standard Copies |
| 3/10/2003 | 3.40 | Standard Copies |
| 3/10/2003 | 23.40 | Standard Copies |
| 3/10/2003 | 1.70 | Standard Copies |
| 3/10/2003 | 77.30 | Standard Copies |
| 3/10/2003 | 23.00 | Standard Copies |
| 3/10/2003 | 11.70 | Fed Exp to: ,WILMINGTON,DE from:MAILROOM |
| 3/11/2003 | 0.83 | Telephone call to: E CENTRAL,FL 561-362-1533 |
| 3/11/2003 | 9.56 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 3/11/2003 | 6.80 | Standard Copies |
| 3/11/2003 | 3.20 | Standard Copies |
| 3/11/2003 | 0.50 | Standard Copies |
| 3/11/2003 | 6.80 | Standard Copies |
| 3/11/2003 | 5.40 | Standard Copies |
| 3/11/2003 | 1.75 | Binding |
| 3/11/2003 | 1.75 | Binding |
| 3/12/2003 | 1.04 | Telephone call to: CAMBRIDGE,MA 617-498-3826 |
| 3/12/2003 | 1.87 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 3/12/2003 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 3/12/2003 | 7.07 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 3/12/2003 | 2.08 | Fax phone charge to 410-531-4545 |
| 3/12/2003 | 0.83 | Fax phone charge to 410-531-4545 |
| 3/12/2003 | 17.25 | Fax page charge to 410-531-4545 |
| 3/12/2003 | 9.00 | Fax page charge to 410-531-4545 |
| 3/12/2003 | 0.50 | Standard Copies |
| 3/12/2003 | 9.60 | Standard Copies |
| 3/12/2003 | 0.60 | Standard Copies |

| Date | Amount | Description |
|---|---:|---|
| 3/12/2003 | 1.20 | Standard Copies |
| 3/12/2003 | 0.50 | Standard Copies |
| 3/12/2003 | 1.20 | Standard Copies |
| 3/12/2003 | 1.05 | Scanned Images |
| 3/13/2003 | 0.62 | Telephone call to: WILMINGTON,DE 302-652-5340 |
| 3/13/2003 | 8.25 | Fax page charge to 212-593-5955 |
| 3/13/2003 | 0.40 | Standard Copies |
| 3/13/2003 | 1.10 | Standard Copies |
| 3/13/2003 | 1.05 | Scanned Images |
| 3/13/2003 | 50.00 | Overtime Transportation, J. Baer, 1/30/03 |
| 3/14/2003 | 0.83 | Telephone call to: STATE OF,DE 302-778-6463 |
| 3/14/2003 | 25.90 | Standard Copies |
| 3/14/2003 | 7.90 | Overtime Transportation, S. Nylen, 2/13/03 |
| 3/14/2003 | 7.70 | Overtime Transportation, S. Nylen, 2/18/03 |
| 3/14/2003 | 7.30 | Overtime Transportation, S. Nylen, 2/15/03 |
| 3/17/2003 | 15.38 | Telephone call to: SE PART,FL 954-797-0718 |
| 3/17/2003 | 12.68 | Telephone call to: SE PART,FL 954-797-5363 |
| 3/17/2003 | 20.16 | Telephone call to: SE PART,FL 954-797-0718 |
| 3/17/2003 | 0.40 | Standard Copies |
| 3/17/2003 | 0.70 | Standard Copies |
| 3/17/2003 | 13.80 | Standard Copies |
| 3/17/2003 | 8.10 | Standard Copies |
| 3/18/2003 | 4.57 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 3/18/2003 | 0.62 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 3/18/2003 | 1.87 | Telephone call to: NPA SUMMRY,MI 231-798-0218 |
| 3/18/2003 | 0.62 | Telephone call to: WASHINGTON,DC 202-326-4000 |
| 3/18/2003 | 1.87 | Telephone call to: COLUMBIA,MD 410-531-4212 |
| 3/18/2003 | 0.62 | Telephone call to: E CENTRAL,FL 561-438-3631 |
| 3/18/2003 | 1.25 | Telephone call to: E CENTRAL,FL 561-438-7980 |
| 3/18/2003 | 3.95 | Telephone call to: COLUMBIA,MD 410-531-4601 |
| 3/18/2003 | 2.08 | Telephone call to: STATE OF,DE 302-559-8061 |
| 3/18/2003 | 0.20 | Standard Copies |
| 3/18/2003 | 0.60 | Standard Copies |
| 3/19/2003 | 5.00 | Standard Copies |
| 3/19/2003 | 1.20 | Standard Copies |

| Date | Amount | Description |
| --- | --- | --- |
| 3/19/2003 | 0.20 | Standard Copies |
| 3/19/2003 | 0.20 | Standard Copies |
| 3/19/2003 | 9.00 | Overtime Transportation, S. Nylen, 2/18/03 |
| 3/19/2003 | 10.00 | Overtime Transportation, M. Coleman, 2/26/03 |
| 3/19/2003 | 7.90 | Overtime Transportation, S. Nylen, 2/21/03 |
| 3/19/2003 | 8.30 | Overtime Transportation, S. Nylen, 2/19/03 |
| 3/19/2003 | 8.30 | Overtime Transportation, S. Nylen, 2/20/03 |
| 3/20/2003 | 0.62 | Telephone call to: WASHINGTON,DC 202-326-4000 |
| 3/20/2003 | 0.62 | Telephone call to: STATE OF,DE 302-778-6452 |
| 3/20/2003 | 0.62 | Telephone call to: WASHINGTON,DC 202-785-9721 |
| 3/20/2003 | 6.80 | Standard Copies |
| 3/20/2003 | 0.20 | Standard Copies |
| 3/21/2003 | 3.75 | Fax page charge to 610-371-8515 |
| 3/21/2003 | 12.00 | Standard Copies |
| 3/21/2003 | 9.00 | Standard Copies |
| 3/24/2003 | 6.44 | Telephone call to: COLUMBIA,MD 410-531-4795 |
| 3/24/2003 | 0.62 | Telephone call to: E CENTRAL,FL 561-362-1302 |
| 3/24/2003 | 0.83 | Fax phone charge to 561-362-1323 |
| 3/24/2003 | 1.25 | Fax phone charge to 410-531-4783 |
| 3/24/2003 | 1.25 | Fax phone charge to 410-531-4545 |
| 3/24/2003 | 1.45 | Fax phone charge to 410-531-4226 |
| 3/24/2003 | 1.04 | Fax phone charge to 410-531-4226 |
| 3/24/2003 | 12.00 | Fax page charge to 561-362-1323 |
| 3/24/2003 | 12.00 | Fax page charge to 410-531-4783 |
| 3/24/2003 | 12.00 | Fax page charge to 410-531-4545 |
| 3/24/2003 | 9.75 | Fax page charge to 410-531-4226 |
| 3/24/2003 | 12.00 | Fax page charge to 410-531-4226 |
| 3/24/2003 | 1.50 | Standard Copies |
| 3/24/2003 | 1.70 | Standard Copies |
| 3/25/2003 | 1.66 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 3/25/2003 | 0.83 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 3/25/2003 | 1.45 | Telephone call to: COLUMBIA,MD 410-531-4222 |
| 3/25/2003 | 1.04 | Fax phone charge to 410-531-4545 |
| 3/25/2003 | 1.45 | Fax phone charge to 561-362-1583 |
| 3/25/2003 | 11.25 | Fax page charge to 410-531-4545 |

| Date | Amount | Description |
|---|---:|---|
| 3/25/2003 | 24.75 | Fax page charge to 561-362-1583 |
| 3/25/2003 | 1.50 | Standard Copies |
| 3/25/2003 | 1.10 | Standard Copies |
| 3/25/2003 | 3.60 | Standard Copies |
| 3/25/2003 | 1.00 | Standard Copies |
| 3/25/2003 | 3.30 | Standard Copies |
| 3/26/2003 | 0.62 | Telephone call to: COLUMBIA,MD 410-531-4362 |
| 3/26/2003 | 0.83 | Fax phone charge to 561-362-1323 |
| 3/26/2003 | 1.04 | Fax phone charge to 410-531-4226 |
| 3/26/2003 | 0.83 | Fax phone charge to 410-531-4226 |
| 3/26/2003 | 2.29 | Fax phone charge to 410-531-4545 |
| 3/26/2003 | 1.45 | Fax phone charge to 410-531-4783 |
| 3/26/2003 | 14.25 | Fax page charge to 561-362-1323 |
| 3/26/2003 | 14.25 | Fax page charge to 410-531-4226 |
| 3/26/2003 | 3.00 | Fax page charge to 410-531-4226 |
| 3/26/2003 | 14.25 | Fax page charge to 410-531-4545 |
| 3/26/2003 | 14.25 | Fax page charge to 410-531-4783 |
| 3/26/2003 | 0.75 | Fax page charge to 410-531-4226 |
| 3/26/2003 | 1.90 | Standard Copies |
| 3/26/2003 | 12.40 | Standard Copies |
| 3/26/2003 | 2.60 | Standard Copies |
| 3/26/2003 | 0.30 | Standard Copies |
| 3/26/2003 | 0.70 | Standard Copies |
| 3/26/2003 | 0.50 | Standard Copies |
| 3/27/2003 | 0.40 | Standard Copies |
| 3/28/2003 | 1.25 | Fax phone charge to 410-531-4226 |
| 3/28/2003 | 1.45 | Fax phone charge to 410-531-4545 |
| 3/28/2003 | 1.04 | Fax phone charge to 410-531-4783 |
| 3/28/2003 | 1.04 | Fax phone charge to 561-362-1323 |
| 3/28/2003 | 1.45 | Fax phone charge to 917-777-3475 |
| 3/28/2003 | 1.45 | Fax phone charge to 917-777-3550 |
| 3/28/2003 | 1.45 | Fax phone charge to 917-777-2324 |
| 3/28/2003 | 1.45 | Fax phone charge to 410-531-4783 |
| 3/28/2003 | 1.25 | Fax phone charge to 561-362-1323 |
| 3/28/2003 | 1.45 | Fax phone charge to 410-531-4545 |

| Date | Amount | Description |
| --- | --- | --- |
| 3/28/2003 | 1.45 | Fax phone charge to 410-531-4545 |
| 3/28/2003 | 1.66 | Fax phone charge to 410-531-4226 |
| 3/28/2003 | 14.25 | Fax page charge to 410-531-4226 |
| 3/28/2003 | 14.25 | Fax page charge to 410-531-4545 |
| 3/28/2003 | 14.25 | Fax page charge to 410-531-4783 |
| 3/28/2003 | 14.25 | Fax page charge to 561-362-1323 |
| 3/28/2003 | 15.00 | Fax page charge to 917-777-3475 |
| 3/28/2003 | 15.00 | Fax page charge to 917-777-3550 |
| 3/28/2003 | 15.00 | Fax page charge to 917-777-2324 |
| 3/28/2003 | 15.00 | Fax page charge to 410-531-4783 |
| 3/28/2003 | 0.75 | Fax page charge to 410-531-4226 |
| 3/28/2003 | 15.00 | Fax page charge to 561-362-1323 |
| 3/28/2003 | 15.00 | Fax page charge to 410-531-4545 |
| 3/28/2003 | 15.00 | Fax page charge to 410-531-4545 |
| 3/28/2003 | 15.00 | Fax page charge to 410-531-4226 |
| 3/28/2003 | 1.90 | Standard Copies |
| 3/28/2003 | 9.90 | Scanned Images |
| 3/28/2003 | 14.10 | Overtime Transportation, K. Adams, 2/28/03 |
| 3/28/2003 | 19.66 | Overtime Transportation, X. Wang, 3/4/03 |
| 3/28/2003 | 11.20 | Overtime Transportation, M. Coleman, 3/4/03 |
| 3/28/2003 | 7.10 | Overtime Transportation, S. Nylen, 2/25/03 |
| 3/28/2003 | 13.22 | Overtime Transportation, K. Adams, 2/28/03 |
| Total: | 6,074.43 | |