## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

April 10, 2003

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   64905

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH April 1, 2003

Atty - SLB
RE:   01- Case Administration      Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/03 | JMS | 0.80 | 200.00 | (2/24/02) Emails from/to J. Hass regarding presentation to committee (.4); review docket (.4). |
| 03/03/03 | NW | 0.60 | 60.00 | Pull case dockets and assemble relevant documents. |
| 03/04/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 03/05/03 | JMS | 0.70 | 175.00 | Review pending legislation for asbestos claims (1/2 time with USG) (.7). |
| 03/05/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 03/06/03 | JMS | 1.00 | 250.00 | Telephone conference with S. Baena, M. Dies, D. Speights regarding open issues (.3); emails regarding asbestos legislation (.4); review multiple CNO's (.3). |
| 03/06/03 | NW | 0.50 | 50.00 | Pull case dockets and assemble relevant documents. |
| 03/07/03 | SLB | 0.60 | 300.00 | Telephone call from E. Cottingham regarding completion of proof of claim forms, status of various matters (.6). |
| 03/07/03 | NW | 0.60 | 60.00 | Pull case dockets and assemble relevant documents. |
| 03/10/03 | JMS | 0.90 | 225.00 | Analyze treatment of PD claims in Federal Mogul case (1/2 time with USG) (.9). |
| 03/12/03 | SLB | 0.40 | 200.00 | Attention to hearing agenda (.1); interoffice conference with J. Sakalo regarding ZAI claims, masonry fill products (.3). |
| 03/12/03 | JMS | 1.60 | 400.00 | Review news articles regarding Combustion Engineering agreement (.2); telephone conference with D. Bell (claimant) regarding status (.2); telephone conference with S. McBride (claimant) regarding status (.9); conference with S. Baena regarding ZAI masonry fill (.3). |
| 03/13/03 | JMS | 1.40 | 350.00 | Telephone conference with J. Matthews (claimant's lawyer) regarding bar date, case status (.7); emails from/to T. Wasser regarding status/history (.7). |
| 03/13/03 | NW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 03/14/03 | SLB | 0.70 | 350.00 | Telephone call from D. Speights regarding committee meeting, pending issues (.5); email to F. Rabinovitz regarding committee presentation (.2). |
| 03/14/03 | JMS | 0.40 | 100.00 | Review DK Acquisition motion to allow for trading of bank debt (.4). |
| 03/17/03 | JMS | 0.70 | 175.00 | Review news article regarding extent of Grace asbestos liabilities (.4); telephone conference with D. Speights regarding cramdown question (.3). |
| 03/17/03 | NW | 1.00 | 100.00 | Pull case dockets and assemble relevant documents. |
| 03/18/03 | JMS | 1.20 | 300.00 | Telephone conference with D. Speights regarding research requests (.4); review updates on pending legislation (1/2 time with USG) (.8). |
| 03/18/03 | NW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 03/19/03 | SLB | 0.30 | 150.00 | Interoffice conference with J. Sakalo regarding agenda for committee meeting (.3). |
| 03/19/03 | JMS | 0.60 | 150.00 | Review docket and conference with S. Baena regarding committee meeting agenda (.6). |
| 03/19/03 | NW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 03/20/03 | SLB | 0.20 | 100.00 | Email to D. Speights regarding legal rep (.2). |
| 03/20/03 | JMS | 1.20 | 300.00 | Multiple emails from/to committee members regarding information requests, status update (1.2). |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/20/03 | NW | 0.40 | 40.00 | Pull case dockets and assemble relevant documents. |
| 03/24/03 | ASD | 0.90 | 225.00 | Research regarding financial information at request of committee chair (split with USG). |
| 03/24/03 | SLB | 0.30 | 150.00 | Conference with J. Sakalo regarding retention of Montgomery McCracken by Mesos (.1); email exchange with D. Hilton regarding same and for further information (.2). |
| 03/24/03 | JMS | 0.10 | 25.00 | Conference with S. Baena regarding retention of council by Mesos (.1). |
| 03/24/03 | NW | 1.30 | 130.00 | Pull case dockets and assemble relevant documents. |
| 03/25/03 | NW | 3.00 | 300.00 | Pull case dockets and assemble relevant documents (1); conduct research on congressional testimonies (2). |
| 03/26/03 | ASD | 0.70 | 175.00 | Continued research regarding financial information at request of committee chair (split with USG). |
| 03/26/03 | JMS | 1.70 | 425.00 | Email to J. Baer regarding legal rep (.2); telephone conference with A. Vilabros (claimant) regarding status of case, claim forms (.8); review research regarding legislative testimony and discuss same with S. Baena (.7). |
| 03/26/03 | NW | 1.90 | 190.00 | Pull case dockets and assemble relevant documents (.4); conduct research on congressional testimonies (1.5). |
| 03/27/03 | ASD | 1.10 | 275.00 | Continue research regarding financial information at request of committee chair (Split with USG). |
| 03/27/03 | JMS | 0.40 | 100.00 | Telephone call to D. Scott regarding pending issues (.4). |
| 03/27/03 | NW | 1.00 | 100.00 | Pull case dockets and assemble relevant documents. |
| 03/28/03 | ASD | 1.40 | 350.00 | Continue research of financial information at request of committee chair. |
| 03/31/03 | JMS | 1.80 | 450.00 | Email from J. Baer regarding response to legal rep question and email to Committee regarding same (.3); telephone conference with D. Scott regarding meeting with experts (.2); email to F. Rabinovitz and J. Hass thereon (.4); review legislative activity regarding asbestos bills (.9). |
| 03/31/03 | NW | 1.50 | 150.00 | Pull case dockets and assemble relevant documents. |

**PROFESSIONAL SERVICES** $7,300.00

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 02/04/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0302051354; DATE: 2/28/03 | 4.00 |
| 02/20/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3022322721; DATE: 2/23/03 | 21.84 |
| 02/27/03 | Lexis - Online Legal ResearchVENDOR: LEXIS-NEXIS; INVOICE#: 0302051354; DATE: 2/28/03 | 45.39 |
| 02/27/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3030223981; DATE: 3/2/03 | 8.14 |
| 02/28/03 | Photocopies   381.00pgs @ .15/pg | 57.15 |
| 03/03/03 | Long Distance Telephone(212) 813-1703 | 0.83 |
| 03/03/03 | Long Distance Telephone(212) 813-1703 | 8.32 |
| 03/04/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 03/04/03 | Long Distance Telephone(803) 943-4444 | 2.50 |
| 03/04/03 | Long Distance Telephone(312) 861-2000 | 4.16 |
| 03/04/03 | Long Distance Telephone(507) 333-4396 | 3.33 |
| 03/04/03 | Long Distance Telephone(803) 943-4444 | 2.50 |
| 03/04/03 | Long Distance Telephone(803) 943-4444 | 3.33 |
| 03/04/03 | Long Distance Telephone(310) 645-9000 | 1.66 |
| 03/04/03 | Long Distance Telephone(415) 989-1801 | 1.66 |
| 03/04/03 | Long Distance Telephone(410) 340-8087 | 3.33 |
| 03/04/03 | Long Distance Telephone(312) 861-3268 | 0.83 |
| 03/04/03 | Long Distance Telephone(803) 943-6047 | 1.66 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 03/04/03 | Long Distance Telephone(509) 455-9555 | 3.33 |
| 03/05/03 | Long Distance Telephone(202) 862-5065 | 24.95 |
| 03/06/03 | Long Distance Telephone(803) 943-6047 | 9.98 |
| 03/06/03 | Long Distance Telephone(409) 883-4394 | 9.15 |
| 03/06/03 | Long Distance Telephone(202) 862-5065 | 5.82 |
| 03/06/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3030924203; DATE: 3/9/03 | 15.96 |
| 03/07/03 | Long Distance Telephone(409) 883-4394 | 4.16 |
| 03/07/03 | Long Distance Telephone(312) 861-2000 | 2.50 |
| 03/07/03 | Long Distance Telephone(409) 883-4394 | 3.33 |
| 03/10/03 | Photocopies  521.00pgs @ .15/pg | 78.15 |
| 03/10/03 | Long Distance Telephone(703) 979-3755 | 7.49 |
| 03/10/03 | Long Distance Telephone(216) 496-9362 | 1.66 |
| 03/11/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 03/11/03 | Long Distance Telephone(310) 645-9000 | 1.66 |
| 03/11/03 | Long Distance Telephone(415) 989-1801 | 1.66 |
| 03/11/03 | Long Distance Telephone(212) 735-3550 | 13.31 |
| 03/12/03 | Long Distance Telephone(703) 979-3755 | 5.82 |
| 03/12/03 | Long Distance Telephone(202) 862-5065 | 0.83 |
| 03/12/03 | Long Distance Telephone(303) 221-3833 | 0.83 |
| 03/13/03 | Long Distance Telephone(843) 524-5708 | 8.32 |
| 03/13/03 | Long Distance Telephone(216) 496-9362 | 12.48 |
| 03/13/03 | Long Distance Telephone(202) 862-5065 | 1.66 |
| 03/13/03 | Long Distance Telephone(202) 862-5065 | 49.07 |
| 03/13/03 | Long Distance Telephone(312) 984-7759 | 48.24 |
| 03/13/03 | Long Distance Telephone(703) 979-3755 | 9.98 |
| 03/13/03 | Long Distance Telephone(617) 531-5502 | 1.66 |
| 03/13/03 | AirfareTravel to Washington, D.C. - VENDOR: Continental Travel; INVOICE#: 285229; DATE: 3/13/03 (hearing cancelled while in route) | 1,409.00 |
| 03/13/03 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 3031624409; DATE: 3/16/03 | 8.10 |
| 03/17/03 | Long Distance Telephone(409) 883-7136 | 8.32 |
| 03/17/03 | Long Distance Telephone(212) 813-1703 | 1.66 |
| 03/17/03 | Long Distance Telephone(312) 984-7759 | 3.33 |
| 03/18/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |
| 03/18/03 | Long Distance Telephone(202) 862-5000 | 0.83 |
| 03/18/03 | Long Distance Telephone(212) 735-3259 | 1.66 |
| 03/18/03 | Long Distance Telephone(310) 645-9000 | 0.83 |
| 03/19/03 | Long Distance Telephone(412) 803-3149 | 1.66 |
| 03/19/03 | Long Distance Telephone(212) 813-1703 | 4.99 |
| 03/19/03 | Long Distance Telephone(770) 499-7127 | 1.66 |
| 03/20/03 | Long Distance Telephone(803) 943-4444 | 1.66 |
| 03/20/03 | Long Distance Telephone(212) 872-1096 | 10.81 |
| 03/21/03 | Long Distance Telephone(302) 575-1555 | 3.33 |
| 03/21/03 | Long Distance Telephone(202) 862-5000 | 2.50 |
| 03/21/03 | Long Distance Telephone(803) 943-4444 | 6.65 |
| 03/24/03 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP. INVOICE#: 464102357 DATE: 3/27/03 | 11.25 |
| 03/24/03 | Photocopies  194.00pgs @ .15/pg | 29.10 |
| 03/24/03 | Long Distance Telephone(312) 861-2000 | 2.50 |
| 03/24/03 | Long Distance Telephone(212) 806-5400 | 1.66 |
| 03/25/03 | Telecopies   4.00pgs @ .50/pg | 2.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 03/25/03 | Long Distance Telephone(801) 742-2222 | 6.65 |
| 03/25/03 | Long Distance Telephone(310) 645-9000 | 1.66 |
| 03/26/03 | Long Distance Telephone(212) 735-3550 | 4.16 |
| 03/26/03 | Long Distance Telephone(312) 984-7759 | 1.66 |
| 03/27/03 | Long Distance Telephone(770) 662-8509 | 1.66 |
| 03/27/03 | Long Distance Telephone(509) 455-9555 | 0.83 |
| 03/28/03 | Photocopies  14.00pgs @ .15/pg | 2.10 |
| 03/28/03 | Telecopies    14.00pgs @ .50/pg | 7.00 |
| 03/28/03 | Telecopies    16.00pgs @ .50/pg | 8.00 |
| 03/28/03 | Long Distance Telephone(803) 943-4599 | 4.99 |
| 03/28/03 | Long Distance Telephone(803) 943-4599 | 5.82 |
| 03/31/03 | Long Distance Telephone(509) 455-9555 | 4.16 |

**TOTAL COSTS ADVANCED** $2,060.82

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.50 | 500.00 | $1,250.00 |
| Danzeisen, Allyn S | 4.10 | 250.00 | $1,025.00 |
| Sakalo, Jay M | 14.50 | 250.00 | $3,625.00 |
| Wong, Nichole | 14.00 | 100.00 | $1,400.00 |
| *TOTAL* | *35.10* | | *$7,300.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,409.00 |
| Photocopies | $166.50 |
| Telecopies | $23.00 |
| Federal Express | $11.25 |
| Long Distance Telephone | $347.64 |
| Long Distance Telephone-Outside Services | $54.04 |
| Lexis - Online Legal Research | $49.39 |
| TOTAL | $2,060.82 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$9,360.82**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
| RE: 02 - Debtors' Business Operations | | Atty - SLB<br>Client No. 74817/15538 |

| | | | |
|---|---|---|---|
| 03/17/03 | JMS | 1.70 | 425.00 | Review 2002 10-K (1.4); email to G. Boyer, S. Jones thereon (.3). |

**PROFESSIONAL SERVICES** $425.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.70 | 250.00 | $425.00 |
| *TOTAL* | *1.70* | | *$425.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $425.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 03 - Creditors Committee | | Client No. 74817/15539 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/06/03 | SLB | 0.80 | 400.00 | Committee conference call (.6); telephone conference with M. Dies and D. Speights regarding meeting agenda item (.2). |
| 03/06/03 | JMS | 0.60 | 150.00 | Committee call (.6). |
| 03/13/03 | JMS | 0.40 | 100.00 | Prepare for and attend committee call (.4). |
| 03/17/03 | SLB | 0.20 | 100.00 | Emails from and to J. Hass regarding scheduling a meeting with committee (.2). |
| 03/20/03 | JMS | 1.10 | 275.00 | Prepare for and participate in committee conference call (1.1). |
| 03/27/03 | SLB | 0.30 | 150.00 | Meeting of committee (.3). |
| 03/27/03 | JMS | 1.10 | 275.00 | Prepare for and attend committee call (.5); telephone conference with D. Speights regarding update (.6). |

**PROFESSIONAL SERVICES** $1,450.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.30 | 500.00 | $650.00 |
| Sakalo, Jay M | 3.20 | 250.00 | $800.00 |
| *TOTAL* | *4.50* | | *$1,450.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$1,450.00**

# B<small>ILZIN</small> S<small>UMBERG</small> B<small>AENA</small> P<small>RICE</small> & A<small>XELROD</small> LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| R<small>E</small>: | 04 - Retention of Professionals | | Client No. 74817/15540 |

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 03/03/03 | JMS | 0.40 | 100.00 | Emails to/from D. Hilton regarding supplemental application (.4). |
| 03/04/03 | JMS | 0.30 | 75.00 | Email to T. Tacconelli regarding Hilton supplemental affidavit (.3). |

**P**<small>ROFESSIONAL</small> **S**<small>ERVICES</small>                                                                                                 $175.00

**M**<small>ATTER</small> **S**<small>UMMARY OF</small> **P**<small>ROFESSIONAL</small> **S**<small>ERVICES</small>

| T<small>IMEKEEPER</small> | H<small>OURS</small> | R<small>ATE</small> | T<small>OTAL</small> |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | 250.00 | $175.00 |
| *T*<small>*OTAL*</small> | *0.70* | | *$175.00* |

**T**<small>OTAL</small> **P**<small>ROFESSIONAL</small> **S**<small>ERVICES AND</small> **C**<small>OSTS</small> **A**<small>DVANCED THIS</small> **M**<small>ATTER</small>                                      **$175.00**

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

|  |  |  |
|---|---|---|
| | | Atty - SLB |
| RE: 06 - DIP Financing | | Client No. 74817/15542 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 03/03/03 | JMS | 2.00 | 500.00 | Review and analysis of supplement to motion to extend and modify DIP financing (1.4); telephone conference with G. Boyer regarding DIP financing issues (.6). |
| 03/04/03 | JMS | 0.30 | 75.00 | Telephone conference with C. Lane regarding PD Committee's position on DIP amendment (.3). |

**PROFESSIONAL SERVICES** $575.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 2.30 | 250.00 | $575.00 |
| *TOTAL* | *2.30* | | *$575.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $575.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 07 - Applicant's Fee Application |  |  | Client No. 74817/15543 |

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 02/14/03 | LMF | 0.30 | 33.00 | Obtain total hours and fees for the fraudulent transfer matter for S. Baena (.3). |
| 03/19/03 | LMF | 1.50 | 165.00 | Quarterly fee applications for bankruptcy case (1.5). |
| 03/19/03 | JMS | 1.00 | 250.00 | Draft narrative for 7th quarterly (1.0). |
| 03/24/03 | LMF | 4.60 | 506.00 | Complete quarterly fee applications and submit to local counsel for filing (4.6). |
| 03/25/03 | LMF | 0.30 | 33.00 | Email Bilzin's 7th Interim Quarterly application to Warren Smith's office (.3). |

**PROFESSIONAL SERVICES** $987.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | 250.00 | $250.00 |
| Flores, Luisa M | 6.70 | 110.00 | $737.00 |
| *TOTAL* | *7.70* |  | *$987.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $987.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | | Client No. 74817/15545 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/02/03 | JMS | 1.20 | 300.00 | Emails (x5) from/to M. Dies regarding questions on claim form (1.2). |
| 03/04/03 | JMS | 1.30 | 325.00 | Telephone conference with D. Speights regarding claim form issues (.4); telephone conferences with J. Baer and M. Dalsin regarding obtaining claim form in "Typeable" format (.6); follow-up call with D. Speights (.3). |
| 03/07/03 | JMS | 2.30 | 575.00 | Multiple telephone conferences with D. Speights, M. Dies, E. Cottingham regarding claim form issues and emails (x8) thereon (1.8); telephone conferences and emails to/from J. Baer and M. Dalsin regarding same (.5). |
| 03/10/03 | JMS | 2.00 | 500.00 | Emails from/to claimants (.7); respond to questions on claim form (1.3). |
| 03/11/03 | JMS | 0.30 | 75.00 | Telephone conference with D. Speights regarding applicability of Bar Date regarding certain products (.3). |
| 03/13/03 | JMS | 0.30 | 75.00 | Telephone conference with D. Speights regarding claim form questions (.3). |
| 03/14/03 | JMS | 0.30 | 75.00 | Emails regarding claims register and email to N. Wong Thereon (.3). |
| 03/15/03 | JMS | 0.70 | 175.00 | Emails from claimants regarding questions on claim form (.7). |
| 03/17/03 | JMS | 0.60 | 150.00 | Telephone conference with D. Bell (Otterbine College) regarding questions on claim form (.6). |
| 03/19/03 | JMS | 0.50 | 125.00 | Telephone call from/to T. Wasser (claimant's counsel) regarding claim form questions and procedural issues (.5). |
| 03/21/03 | JMS | 0.80 | 200.00 | Telephone conferences with multiple claimants regarding questions on claim form (.8). |
| 03/23/03 | JMS | 0.40 | 100.00 | Respond to emails regarding claim form questions (.4). |
| 03/24/03 | JZJ | 0.70 | 175.00 | Telephone conference with J. Baer regarding claim form questions (.4); emails from claimants regarding same (.3). |
| 03/25/03 | SLB | 0.50 | 250.00 | Conference with J. Sakalo and email exchange with claimants' counsel regarding completion of proof of claim forms (.5). |
| 03/25/03 | JMS | 0.70 | 175.00 | Telephone conference with claimant's counsel regarding requirements for claim form and research thereon (.7); |
| 03/28/03 | JMS | 0.40 | 100.00 | Telephone conferences with D. Speights regarding claim form questions (.4). |
| 03/28/03 | NW | 2.00 | 200.00 | Update property damage claim register and assemble new claim forms. |
| 03/29/03 | JMS | 0.50 | 125.00 | Telephone conference with D. Speights regarding claim form questions (.5). |

**PROFESSIONAL SERVICES** $3,700.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.50 | 500.00 | $250.00 |
| Jones, Jason Z | 0.70 | 250.00 | $175.00 |
| Sakalo, Jay M | 12.30 | 250.00 | $3,075.00 |
| Wong, Nichole | 2.00 | 100.00 | $200.00 |
| *TOTAL* | *15.50* | | *$3,700.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $3,700.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 30 - Fee Application of Others |  |  | Client No. 74817/17781 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/13/03 | LMF | 0.30 | 33.00 | Telephone conferences with professionals regarding outstanding payments (.3). |
| 03/20/03 | SLB | 0.60 | 300.00 | Review fee apps of ZAI counsel and email to D. Speights (.6). |
| 03/21/03 | JMS | 0.20 | 50.00 | Review Caplin & Drysdale January fee application (.2). |
| 03/25/03 | LMF | 2.00 | 220.00 | Revise and finalize Hamilton Rabinovitz quarterly applications and submit to local counsel for filing and serving (1.6); review PD committee applications for response to fee auditor's office and request for quarterlies (.4). |

**PROFESSIONAL SERVICES** $603.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.60 | 500.00 | $300.00 |
| Sakalo, Jay M | 0.20 | 250.00 | $50.00 |
| Flores, Luisa M | 2.30 | 110.00 | $253.00 |
| *TOTAL* | *3.10* |  | *$603.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $603.00

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |
|---|---|
| RE: 31 - Retention of Others | Atty - SLB<br>Client No. 74817/17782 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 03/02/03 | JMS | 0.40 | 100.00 | Finalize Hilton supplemental application (.4). |

**PROFESSIONAL SERVICES** $100.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | 250.00 | $100.00 |
| *TOTAL* | *0.40* |  | *$100.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$100.00**

### BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |
|---|---|---|
|  |  | Atty - SLB |
| RE: | 33 - Employee Benefits/Pension | Client No. 74817/17898 |

| Date | Tkpr | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/03 | JMS | 3.20 | 800.00 | (2/4/03) Research regarding committee position on Curtis Bay payment (3.2). |

**PROFESSIONAL SERVICES** $800.00

#### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 3.20 | 250.00 | $800.00 |
| *TOTAL* | *3.20* |  | *$800.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $800.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| *Danzeisen, Allyn S* | *4.10* | *250.00* | $1,025.00 |
| *Baena, Scott L* | *4.90* | *500.00* | $2,450.00 |
| *Jones, Jason Z* | *0.70* | *250.00* | $175.00 |
| *Flores, Luisa M* | *9.00* | *110.00* | $990.00 |
| *Sakalo, Jay M* | *39.50* | *250.00* | $9,875.00 |
| *Wong, Nichole* | *16.00* | *100.00* | $1,600.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**             $16,115.00

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| *Airfare* | *$1,409.00* |
| *Photocopies* | *$166.50* |
| *Telecopies* | *$23.00* |
| *Federal Express* | *$11.25* |
| *Long Distance Telephone* | *$347.64* |
| *Long Distance Telephone-Outside Services* | *$54.04* |
| *Lexis - Online Legal Research* | *$49.39* |

**TOTAL COSTS ADVANCED THIS PERIOD**             $2,060.82

**TOTAL AMOUNT DUE THIS PERIOD**             $18,175.82

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

| | TIME | COSTS ADVANCED | TOTAL |
|---|---|---|---|
| **BALANCE AS OF- 04/01/03** <br> **WR Grace-Official Committee of Prope** | | | |
| 01- Case Administration/15537 | 7,300.00 | 2,060.82 | 9,360.82 |
| 02 - Debtors' Business Operations/15538 | 425.00 | 0.00 | 425.00 |
| 03 - Creditors Committee/15539 | 1,450.00 | 0.00 | 1,450.00 |
| 04 - Retention of Professionals/15540 | 175.00 | 0.00 | 175.00 |
| 06 - DIP Financing/15542 | 575.00 | 0.00 | 575.00 |
| 07 - Applicant's Fee Application/15543 | 987.00 | 0.00 | 987.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | 3,700.00 | 0.00 | 3,700.00 |
| 30 - Fee Application of Others/17781 | 603.00 | 0.00 | 603.00 |
| 31 - Retention of Others/17782 | 100.00 | 0.00 | 100.00 |
| 33 - Employee Benefits/Pension/17898 | 800.00 | 0.00 | 800.00 |
| Client Total | $16,115.00 | $2,060.82 | $18,175.82 |