IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: April 29, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: June 17, 2003 @ 12:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 3645

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Sixth Interim Fee Application of Conway, Del Genio, Gries & Co., LLC ("CDG") For Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period from July 1, 2002 Through September 30, 2002 (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 29, 2003. [1]

                                            FERRY, JOSEPH & PEARCE, P.A.

                                            /s/ Lisa L. Coggins
                                            Michael B. Joseph (#392)
                                            Theodore J. Tacconelli (#2678)
                                            Lisa L. Coggins (#4234)
                                            824 Market Street, Suite 904
                                            P.O. Box 1351
                                            Wilmington, DE. 19899
                                            (302) 575-1555
                                            Local Counsel to the Official Committee of
                                            Asbestos Property Damage Claimants

                                            -and-

---

[1] CDG may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

                                          Bilzin Sumberg Baena Price & Axelrod LLP
                                          Scott L. Baena, Esq.
                                          Jay M. Sakalo, Esq.
                                          2500 First Union Financial Center
                                          200 South Biscayne Boulevard
                                          Miami, FL 33131-2336
                                          Counsel to the Official Committee of Asbestos
                                          Property Damage Claimants

Dated:  April 30, 2003