# EXHIBIT A

## W. R. Grace & Co., et al.

### District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales January 1, 2003 through March 31, 2003

**Part I – Sales in excess of $25,000, but less than $250,000.**

February 10, 2003 – (effective as of January 31, 2003), Grace terminated a sublease of the former Handy City property in Augusta, GA (HC 238) in exchange for payment of $210,000 (calculated on basis of remaining rent payment thereunder reduced to present value). Payment received from Office Depot, Inc., 2200 Old Germantown Road, Delray Beach, FL 33445. VALUE: $210,000

**Part II – Sales less than $25,000.**

No *De Minimis* Asset Sales of less than $25,000 were recorded for the Seventh Quarter.