## EXHIBIT A

**W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139**

## Report on Settlements of Certain Claims and Causes of Action January 1, 2003 through March 31, 2003

| | | |
|---|---|---|
| State of Ohio on behalf of certain Ohio public entities c/o Jennifer L. Pratt, Senior Deputy Attorney General Antitrust Section 140 East Town Street 12th Floor Columbus, OH 43215-3428 | W. R. Grace & Co.-Conn. | Grace stipulates to an allowed unsecured claim in the Bankruptcy in favor of certain Ohio Public Entities represented by the State of Ohio in the aggregate sum of $250,000. |
| Anthony M. Caccavale 66 Woodland Drive Roselle, NJ 07203 | W. R. Grace & Co. 62 Whittemore Avenue Cambridge, MA 02140<br><br>Thomas Murray 16 Horseshoe Road Chelmsford, MA 01824<br><br>James Ellwood 38 Regola Drive Irwin, PA 15642 | On January 29, 2003, the parties agreed to withdraw their respective claims/counterclaims. Plaintiff and Defendants signed a General Release. Amount of Settlement: $0.00. |