UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>**NO ORDER REQUIRED** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SIXTH MONTHLY
APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD
FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003 (Docket No. 3641)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Sixth Monthly Application (the "Application") of Richardson Patrick Westbrook & Brickman, LLC ("RPWB") for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period of February 1, 2003 through February 28, 2003 (Docket No. 3640). The undersigned further certifies that he has reviewed the Court's docket in this case and no objection or other responsive pleading to the Application appears thereon.  Pursuant to the Application, objections were to be filed no later than 4:00 p.m. on April 29, 2003.

Pursuant to the Administrative Order Under U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay the aggregate total of  $ 35,615.50[1] requested in the Application upon the filing of this Certification and without the need for entry of a Court order approving the Application.

---

[1] The aggregate total is a result of the addition of 80 % of the fees sought ($ 41,977.00) equaling $ 33,581.60 and 100 % of the expenses sought ($ 2.033.90) during the time frame of February 1, 2003 through February 28, 2003.

Dated: May 1, 2003
    Wilmington, DE

ELZUFON  AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, Delaware 19899
(302) 428-3181

and

Edward J. Westbrook
RICHARDSON PATRICK WESTBROOK & BRICKMAN
174 East Bay Street
Charleston, SC 29401
Telephone: (843) 727-6513
FAX: (843) 727-6688

Lead Counsel for ZAI Claimants

**CERTIFICATE OF SERVICE**

      I, William D. Sullivan, hereby certify that I caused a copy of the foregoing to be served *Certificate of No Objection Regarding the Sixth Monthly Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from February 1, 2003 through February 28, 2003 (Docket No. 3640)* upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: May 1, 2003                                            */s/ William D. Sullivan*
                                                                                           William D. Sullivan

Laura Davis Jones, Esquire  
David Carickoff, Esquire  
Pachulski, Stang, Ziehl, Young & Jones  
919 North Market Street, 16th Floor  
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire  
Pachulski, Stang, Ziehl, Young & Jones  
10100 Santa Monica Boulevard  
Los Angeles, CA 90067-4100

David M. Bernick, Esquire  
James Kapp, III, Esquire  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, IL 60601

David B. Seigel  
W.R. Grace and Co.  
7500 Grace Drive  
Columbia, MD   21044

Michael R. Lastowski, Esquire  
Duane Morris & Heckscher LLP  
1100 North Market Street, Suite 1200  
Wilmington, DE  19801-1246

Lewis Kruger, Esquire  
Stroock & Stroock & Lavan LLP  
180 Maiden Lane  
New York, NY  10038-4982

William S. Katchen, Esquire  
Duane, Morris & Heckscher LLP  
One Riverfront Plaza, 2nd Floor  
Newark, NJ  07102

J. Douglas Bacon, Esquire  
Latham & Watkins  
Sears Tower, Suite 5800  
Chicago, IL  60606

Steven M. Yoder, Esquire  
The Bayard Firm  
222 Delaware Avenue, Suite 900  
P.O. Box 25130  
Wilmington, DE  19899

Michael B. Joseph, Esquire  
Ferry & Joseph, P.A.  
824 Market Street, Suite 904  
P.O. Box 1351  
Wilmington, DE  19899

Scott L. Baena, Esquire  
Bilzin Sumberg Dunn Baena  
   Price & Axelrod, LLP  
First Union Financial Center  
200 South Biscayne Boulevard, Suite 2500  
Miami, FL  33131

Matthew G. Zaleski, III, Esquire  
Campbell & Levine  
800 King Street, Suite 300  
Wilmington, DE  19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202