IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered)<br><br>Objection Deadline: May 22, 2003 at 4:00 p.m.<br>Hearing Date: September 22, 2003 at 12:00 p.m. |

**EIGHTH QUARTERLY FEE APPLICATION
OF KLETT ROONEY LIEBER & SCHORLING,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM DECEMBER 26, 2002 THROUGH MARCH 31, 2003**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 26, 2002 through March 31, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $17,140.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $634.36 |

This is a(n):     _x_ interim        ___ final application.

KRLSWIL:45680.1

The total time expended for the preparation of this application will be included in the next interim fee application.

Prior Applications:

| **Date Filed and Docket No.** | **Period Covered** | Requested Fees/ Expenses | Approved Fees/ Expenses | **CNO/ Docket No.** |
|---|---|---|---|---|
| February 26, 2002 1720 | January 1 through January 31, 2002 | $11,494.00 $1,275.80 | $9,195.20 $1,275.80 | 1836 |
| April 3, 2002 1895 | February 1 through February 28, 2002 | $7,784.50 $882.79 | $6,227.60 $882.79 | 1984 |
| May 8, 2002 2025 | March 1, 2002 through March 31, 2002 | $7,755.00 $1,565.66 | $6,204.00 $1,565.66 | 2120 |
| June 3, 2002 2145 | April 1, 2002 through April 30, 2002 | $6,011.50 $878.55 | $4,809.20 $878.55 | 2285 |
| July 2, 2002 2316 | May 1, 2002 through May 31, 2002 | $6,957.50 $688.60 | $5,566.00 $688.60 | 2436 |
| August 2, 2002 2489 | June 1, 2002 through June 30, 2002 | $5,520.00 $447.36 | $4,416.00 $447.36 | 2607 |
| August 28, 2002 2609 | July 1, 2002 through July 31, 2002 | $3,597.50 $879.97 | $2,878.00 $879.97 | 2701 |
| September 26, 2002 2751 | August 1, 2002 through August 31, 2002 | $9,457.50 $1,172.93 | $7,566.00 $1,172.93 | 2829 |
| October 25, 2002 2885 | September 1, 2002 through September 30, 2002 | $14,313.50 $665.71 | $11,450.80 $665.71 | 2885 |
| November 25, 2002 3069 | October 1, 2002 through October 31, 2002 | $12,568.50 $1,343.14 | $10,054.80 $1,343.14 | 3169 |
| December 26, 2002 3188 | November 1, 2002 through November 30, 2002 | $9,268.50 $430.93 | $7,414.40 $430.93 | 3256 |
| January 27, 2003 3276 | December 1, 2002 through December 25, 2002 | $4,071.00 $160.28 | $3,256.00 $160.28 | 3417 |
| February 25, 2003 3425 | December 26, 2002 through January 31, 2003 | $6,386.50 $82.31 | $5,109.20 $82.31 | 3520 |
| March 24, 2003 3545 | February 1, 2003 through February 28, 2003 | $3,576.50 $70.72 | $2,861.20 $70.72 | 3664 |
| April 28, 2003 3716 | March 1, 2003 through March 31, 2003 | $7,177.50 $481.33 | $5,742.00 $481.33 | Due to be filed 5/20/03 |

KRLSWIL:45680.1

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 26, 2002 THROUGH MARCH 31, 2003

| Name, Position, Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier Shareholder (1992) | $445 | 25.0 | $11,125.00 |
| Rhonda L. Thomas | $210 | 5.2 | $1,092.00 |
| Jeffrey R. Waxman Associate (2001) | $195 | 2.0 | $390.00 |
| Frances A. Panchak Paralegal | $135 | 2.8 | $378.00 |
| Raelena Y. Taylor Paralegal | $125 | 32.7 | $4,087.50 |
| Barbara Rost | $85 | 0.5 | $42.50 |
| Maryann M. Zickgraf | $85 | 0.3 | $25.50 |
| **TOTAL** | | **68.5** | **$17,140.50** |

KRLSWIL:45680.1

# SUMMARY OF TIME BY PROJECT CATEGORY[1] FOR BILLING PERIOD DECEMBER 26, 2002 THROUGH MARCH 31, 2003

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Asset Disposition | 1.4 | $623.00 |
| Business Operations | 3.0 | $1,335.00 |
| Case Administration | 15.1 | $3,385.00 |
| Claims Administration & Objections | 0.3 | $133.50 |
| Employee Benefits/Pensions | 1.2 | $534.00 |
| Fee/Employment Applications | 12.5 | $2,653.50 |
| Klett Rooney Fee/Employment Applications | 29.4 | $5,984.50 |
| Plan & Disclosure Statement | 1.6 | $712.00 |
| Litigation | 1.9 | $845.50 |
| Hearings | 2.1 | $934.50 |
| **TOTAL** | **68.5** | **$17,140.50** |

---

[1] Due to changes to the project categories required by the Court which occurred after the filing of the monthly fee application, but prior to the filing of this interim fee application, the number of hours and fees in certain categories may have been moved since the filing of the monthly fee applications. Specifically, at the beginning of this application period, Klett Rooney did not maintain a separate category for its fee applications, hearings, the ZAI science trial, objections to asbestos claims, or the fraudulent transfer action. Because Warren Smith, the Court appointed fee auditor, requested a chart detailing time entries in the new categories, the amounts of time and fees have been retroactively moved to the appropriate category.

KRLSWIL:45680.1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## DECEMBER 26, 2002 THROUGH MARCH 31, 2003

| Expense Category | Vendor (if applicable) | Total Expenses |
|---|---|---|
| Telecopy Expenses | | $8.02 |
| Reproduction of Documents | | $67.80 |
| Messenger Services (Courier) | Parcels, Inc. and Tri-State Courier | $275.18 |
| Federal Express | | $160.73 |
| Professional Services/Pacer/Virtual Docket | | $3.29 |
| Duplicating Services | | $119.34 |
| **TOTAL** | | **$634.36** |

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Klett Rooney respectfully requests that, for the period December 26, 2002 through March 31, 2003, it be allowed the total amount of fees of $17,140.50 and expenses in the total amount of $634.36.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: _____
Teresa K. D. Currier (No. 3080)
Rhonda L. Thomas (No. 4053)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Dated: May 2, 2003                Co-Counsel to the Official Committee of Equity Holders

KRLSWIL:45680.1