IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 26, 2003 |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

Name of Applicant:                                   Lukins & Annis, P.S.

Authorized to Provide Professional Services to:      Zonolite Attic Insulation Claimants

Date of Appointment:                                 July 22, 2002

Period for which compensation and
Reimbursement is sought:                             February 1, 2003 through
                                                     February 28, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:                           $22,950.00

Amount of Expenses Reimbursement:                    $ 3,192.89

This is a:  X monthly   _ interim   _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 through 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/01/02 through 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/2003 | 11/01/02 through 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/2003 | 12/01/02 through 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/2003 | 01/01/03 through 01/31/03 | $41,977.00 | $2,033.90 | Objections due 04/29/03 | Objections due 04/29/03 |

This is the sixth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 46.70 | $16,539.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 13.20 | $1,176.00 |
| TOTALS | | | | | 59.90 | $17,715.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 34.90 | $5,235.00 |
| TOTALS | | | | | 34.90 | $5,235.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 10.8 Hours | $ 1,148.00 |
| 22-ZAI Science Trial | 84.0 Hours | $21,802.00 |
| TOTALS | 94.8 Hours | $22,950.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | $ 115.11 |
| Facsimile ($1.00 per page) | $ 1.00 |
| Postage Expense | $ 248.35 |
| Courier & Express Carriers | $ 10.00 |
| In-House Duplicating / Printing ($.15 per page) | $ 400.65 |
| Outside Duplicating / Printing | |
| Lodging | $ 489.19 |
| Transportation | |
|    Rental Car | $ 264.47 |
|    Toll Bridge Fees | $ 6.00 |
| Air Travel Expense | $ 637.50 |
| Taxi Expense | |
| Mileage Expense | $ 110.88 |
| Travel Meals | $ 11.95 |
| Parking | $ 29.75 |
| General Expense | |
| Expert Services | $ 861.56 |
| Books/Videos | |
| Other (Explain): Storage box for exhibit materials | $ 6.48 |
| Total: | $ 3,192.89 |

Dated: May 6, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ *William D. Sullivan*
William D. Sullivan (Bar No. 2820)
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 26, 2003 |
| | ) | Hearing Date: TBD only if necessary |

**FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003**

# TIME REPORT
Lukins & Annis, P.S.
Time Period 02/01/2003 - 02/28/2003

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 01/28/03 | DWS | Travel to and from Maryland from Philadelphia for meeting with ZAI claimant (billed at half rate). | 4.00 | $ 185.00 | $ 740.00 |
| 02/13/03 | KEK | Travel to and from Libby, Montana for investigative work (billed at half rate). | 6.80 | $ 60.00 | $ 408.00 |
| | | SUBTOTAL | 10.80 | | $ 1,148.00 |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 01/28/03 | DWS | Conference with claimant (3.0); preserve evidence, update evidence database regarding same (1.0). | 4.00 | $ 370.00 | $ 1,480.00 |
| 02/02/03 | DWS | Telephone call from Rob Turkewitz regarding experts. | 0.50 | $ 370.00 | $ 185.00 |
| 02/03/03 | DWS | Review and select photographic evidence regarding attic exposures (.4); phone conference with Rob Turkewitz regarding test results (.6). | 1.00 | $ 370.00 | $ 370.00 |
| 02/03/03 | KEK | Reviewed and submitted supplemental discovery responses. | 0.30 | $ 120.00 | $ 36.00 |
| 02/03/03 | KEK | Phone calls regarding barrels to transport ZAI to experts. | 0.20 | $ 120.00 | $ 24.00 |
| 02/03/03 | KLB | Office conference with partner regarding research needed on property value and renovation issues and upcoming discovery issues (.5); prepare spreadsheet for use in compiling data from the Bureau of Mines Mineral Yearbooks on potential Vermiculite production (.5). | 1.00 | $ 150.00 | $ 150.00 |
| 02/04/03 | DWS | Review bureau of mines production records (.5); work on fee and costs petition (.3); meet with associate and paralegal regarding ZAI science trial and research needed (.5). | 1.30 | $ 370.00 | $ 481.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 02/04/03 | KEK | Phone calls to arrange shipment of barrels for ZAI shipment. | 0.30 | $ 120.00 | $ 36.00 |
| 02/04/03 | KEK | Meeting with Darrell W. Scott and Kristy L. Bergland. | 0.50 | $ 120.00 | $ 60.00 |
| 02/04/03 | KLB | Review and copy pertinent data at the United States Geological Survey Library relating to vermiculite production from the Bureau of Mines Mineral Yearbooks prior to 1964 and Montana Directories of Mining (3.7); prepare table of figures reflecting mine ownership, mill capacity and employee numbers from Montana Directory of Mining (.8); review of November time descriptions for submittal in fee request (.5); begin review of articles relating to property valuation issues and stigma damages (1.0). | 6.00 | $ 150.00 | $ 900.00 |
| 02/04/03 | KLB | Meeting with partner and associate regarding research needed in preparation of ZAI Science Trial, discovery issues and ZAI claim issues. | 0.50 | $ 150.00 | $ 75.00 |
| 02/05/03 | DWS | Review analysis and exhibit materials supplied by Rob Turkewitz (.6); review and correct fee and cost material (.2); meeting with Marco Barbanti regarding case status (.8); review and respond to letter regarding revisions to McMurchie discovery (.1); review of additional analyses and documents supplied by Rob Turkewitz regarding science of tremolite (.3). | 2.00 | $ 370.00 | $ 740.00 |
| 02/05/03 | KEK | Phone calls to get barrels to transport ZAI. | 0.20 | $ 120.00 | $ 24.00 |
| 02/05/03 | KEK | Draft letter noting minor changes to Mr. McMurchie's discovery responses to submit with signature verification page. | 0.40 | $ 120.00 | $ 48.00 |
| 02/05/03 | KLB | Review of December costs and review of November edited time for compliance with Auditor's requirements. | 0.60 | $ 150.00 | $ 90.00 |
| 02/06/03 | KLB | Begin review and organization of research relating to property damage experts and valuation issues. | 0.60 | $ 150.00 | $ 90.00 |
| 02/07/03 | DWS | Final review for submission of November time and costs petition (.2); review Grace deposition request and phone call from Edward | 0.30 | $ 370.00 | $ 111.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | Westbrook regarding same (.1). | | | |
| 02/07/03 | KLB | Continue to review articles relating to property value issues and obtain additional information on potential experts. | 0.50 | $ 150.00 | $ 75.00 |
| 02/07/03 | KLB | Review and revise final documentation regarding November monthly fee and cost submittal (.4); instructions regarding same (.1). | 0.50 | $ 150.00 | $ 75.00 |
| 02/10/03 | DWS | Phone call to co-counsel regarding deposition schedule (.1); review of and phone call to consultant regarding clearance testing at HUD home (.2); phone conference with co-counsel regarding deposition requests of Grace and results of depositions (.4); meeting with paralegal regarding conferences with potential deponents (.1). | 0.80 | $ 370.00 | $ 296.00 |
| 02/10/03 | KEK | Returned key to HUD home. | 0.50 | $ 120.00 | $ 60.00 |
| 02/10/03 | KLB | Telephone call from Canadian homeowner inquiring about ZAI and status of bankrutpcy who just learned of ZAI from a news article and has exposed himself due to renovations (.3); discuss same with partner (.1). | 0.40 | $ 150.00 | $ 60.00 |
| 02/10/03 | KLB | Additional research and compilation of research data into database regarding potential real estate property valuation experts for ZAI trial issues. | 8.50 | $ 150.00 | $ 1,275.00 |
| 02/11/03 | DWS | Phone conference with Rob Turkewitz and Jay Ward regarding deposition results, additional research tasks, and meetings with consultants (.8); review investigation files prepared by paralegal regarding property contamination (1.2). | 2.00 | $ 370.00 | $ 740.00 |
| 02/11/03 | KLB | Completion of compilation of and database indexes on Research regarding potential real estate property valuation experts (2.3); memo to partner regarding research notebook (.2). | 2.50 | $ 150.00 | $ 375.00 |
| 02/11/03 | KLB | Telephone call from ZAI Claimant and provide him information on status of Bankruptcy and Science Trial (.3); update to database regarding Zonolite information from homeowner (.3); memo to Darrell W. Scott regarding calls from additional homeowners and followup needed (.2). | 0.80 | $ 150.00 | $ 120.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 02/11/03 | KLB | Review Supplemental Discovery responses and update Discovery Comparison table (.6); prepare summary of ZAI facts on Discovery Comparison Table (.4). | 1.00 | $ 150.00 | $ 150.00 |
| 02/12/03 | DWS | Review factual research regarding property contamination issues (.6); draft instructions to paralegal regarding followup with Rob Turkewitz (.1). | 0.70 | $ 370.00 | $ 259.00 |
| 02/12/03 | KLB | Telephone conferences with Rob Turkewitz regarding homeowners and homeowners for additional testing (.5); search database for homes with exposed ZAI dating 1970's or earlier (.6); provide information on ZAI home to co-counsel (.2); review depositions from Barbanti case and provide co-counsel with additional individuals to include on supplemental witness list (.4); update index to real estate research for co-counsel and letter regarding same (.3); review images of bags showing different packaging used by WR Grace and provide same to co-counsel (.5). | 2.50 | $ 150.00 | $ 375.00 |
| 02/13/03 | DWS | Review clearance letter regarding HUD home (.1); prepare letter regarding same (.1); conference with paralegal regarding arrangements for additional testing (.2); phone call with claimant regarding additional testing (.5); followup with claimant regarding Grace request for deposition (.3); meeting with paralegal regarding dust testing and followup with claimants and locations for additional testing (.3); work regarding scheduling and coordination of fact depositions (.3); review final report regarding fee request and objections to same (.1); phone call from co-counsel regarding deposition scheduling (.2); phone conference with claimant regarding potential testing and testifying (.5). | 2.60 | $ 370.00 | $ 962.00 |
| 02/13/03 | DWS | Phone conference with claimant and Rob Turkewitz regarding deposition scheduling and testimony (.5); analysis of additional production records regarding Libby fiber (.3). | 0.80 | $ 370.00 | $ 296.00 |
| 02/13/03 | KEK | Investigative work in Libby, Montana. | 2.50 | $ 120.00 | $ 300.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 02/13/03 | KLB | Telephone call from ZAI homeowner who just learned about Zonolite Attic Insulation and who has it in older farmhouse requesting information about Bankruptcy and ZAI trial issues (.3); update to database to add ZAI information from Wisconsin homeowner (.2). | 0.50 | $150.00 | $75.00 |
| 02/13/03 | KLB | Telephone conferences with co-counsel relating to issue of locating a homeowner for further sweep testing (.6); search database records for ZAI homeowner meeting criteria (.6); provide co-counsel with summary of homeowner in Maryland with potential attic for testing (.3). | 1.50 | $150.00 | $225.00 |
| 02/14/03 | DWS | Phone conference with Rob Turkewitz and claimant regarding testing and testimony (1.0); phone conference with claimant regarding testimony and request for deposition (.6); phone conference with claimant regarding Grace deposition request and trial testimony (.4); review final testing letter and communication with consultant regarding same (.3); phone conference with Rob Turkewitz regarding identification of additional witnesses (.3); phone call to additional witness regarding potential testimony and deposition scheduling issues (.3); review memoranda from Rob Turkewitz regarding results of recent depositions, anticipated deposition, and identification of witnesses (.9). | 3.80 | $370.00 | $1,406.00 |
| 02/14/03 | DWS | Phone call with ZAI claimant regarding testifying in ZAI science trial and potential deposition dates. | 0.30 | $370.00 | $111.00 |
| 02/17/03 | DWS | Meeting with ZAI claimant regarding case status and deposition preparation (1.0); review deposition transcript of Wood (.9). | 1.90 | $370.00 | $703.00 |
| 02/17/03 | KLB | Review Supplemental Discovery responses and objections to discovery responses (.2); update Comparison Table with supplemental responses and work on summary of Barbanti responses (.8). | 1.00 | $150.00 | $150.00 |
| 02/18/03 | DWS | Review deposition requests and communications regarding deposition scheduling (.1); conference with ZAI claimant regarding deposition schedule (.2); phone call to ZAI | 1.30 | $370.00 | $481.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | claimant regarding potential testing (.2); phone conference with Rob Turkewitz regarding scheduling of Busch deposition (.2); phone conference with ZAI counsel regarding case status, case assignments, and coordination of assignments (.6). | | | |
| 02/18/03 | KLB | Telephone call from ZAI homeowner and obtain disturbance information and assessment data from him (.3) and update ZAI Scient Trial database regarding same (.2). | 0.50 | $ 150.00 | $ 75.00 |
| 02/18/03 | KLB | Review of December time and costs with Samantha. | 0.50 | $ 150.00 | $ 75.00 |
| 02/18/03 | KLB | Completion of Discovery Comparison Chart for ten claimants answering Grace Discovery Requests (1.2); letter to co-counsel regarding same (.2); work on logistics for Ralph Busch deposition (.2); provide co-counsel with photographs and information of potential additional home for testing (.4). | 2.00 | $ 150.00 | $ 300.00 |
| 02/19/03 | DWS | Meeting with Kelly E. Konkright and Kristy L. Bergland regarding case assignments and scheduling of depositions (.6); phone call to ZAI claimant regarding deposition scheduling issues (.1). | 0.70 | $ 370.00 | $ 259.00 |
| 02/19/03 | KEK | Meeting with Darrell W. Scott and Kristy Bergland regarding case assignments. | 0.60 | $ 120.00 | $ 72.00 |
| 02/19/03 | KLB | Telephone calls from and to Ralph Busch regarding the scheduling and location of his deposition (.3); meet with Darrell W. Scott and Kelly E. Konkright regarding upcoming discovery and Science Trial preparation (.6); review of information obtained from homeowners with Zonolite regarding potential testing (.5). | 1.40 | $ 150.00 | $ 210.00 |
| 02/20/03 | DWS | Phone call from ZAI claimant regarding preservation of evidence issues (.2); work regarding preparation for deposition of Dillons (.3). | 0.50 | $ 370.00 | $ 185.00 |
| 02/20/03 | KEK | Call to consulting expert regarding ZAI bag retrieval from homeowner (.2); call to consulting expert regarding shipment of barrels for ZAI bag shipments (.2). | 0.40 | $ 120.00 | $ 48.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 02/21/03 | DWS | Phone conference with co-counsel regarding depositions, deposition scheduling, and trial witness issues (.5); phone call to ZAI claimant regarding same (.2); work regarding coordination for deposition of Dillons (.2); phone call to Salisbury regarding deposition issues (.1). | 1.00 | $ 370.00 | $ 370.00 |
| 02/24/03 | DWS | Phone call from co-counsel regarding change to deposition schedule (.1); phone call to Salisbury regarding deposition scheduling and preparations (.2); review and correct monthly cost and fee accounting (.5). | 0.80 | $ 370.00 | $ 296.00 |
| 02/25/03 | DWS | Phone call to co-counsel regarding deposition scheduling issues (.1); review multiple letters regarding coordination of ZAI claimants depositions (.2); work regarding scheduling of deposition of Hatch (.2); final review of costs and fee billing for December (.2); phone conference with ZAI counsel regarding Science Trial case assignments and case status (.6); phone call from co-counsel regarding deposition results, additional test results and coordination of deposition schedules (.4); followup communications with co-counsel regarding revisions to deposition schedule (.3). | 2.00 | $ 370.00 | $ 740.00 |
| 02/26/03 | DWS | Phone call from Doug Cameron regarding rescheduling of depositions (.1); phone call to James Bentz regarding rescheduling issues (.1); phone call to Ralph Busch regarding same (.2); meeting with paralegal regarding revision to deposition schedules and retention of facilities and reports (.2); review expert witness video materials (.4); preparation for Busch deposition, review prior affidavits, trial testimony and documents produced regarding same (2.9); review new documentary evidence regarding risks of exposure (.4); review additional research and background materials regarding risk analysis experts, and detrimental condition experts (2.2); phone call to consultant regarding same (.3). | 6.80 | $ 370.00 | $ 2,516.00 |
| 02/27/03 | DWS | Continued review of research regarding detrimental impact economics and background | 6.60 | $ 370.00 | $ 2,442.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | materials regarding consultants (1.0); phone conference with consultant regarding same (.5); phone calls to co-counsel regarding same (.1); preparation for predeposition meeting and meeting with ZAI claimant Ralph Busch (2.0); defend deposition of Ralph Busch (3.0). | | | |
| 02/27/03 | KLB | Telephone call to homeowner to obtain test results of ZAI bulk testing and to obtain further information on disturbance and removal of same. | 0.50 | $ 150.00 | $ 75.00 |
| 02/27/03 | KLB | Review of draft Quarterly Fee application and revisions to same. | 0.40 | $ 150.00 | $ 60.00 |
| 02/28/03 | DWS | Phone conference with Ed Westbrook and consultants regarding case status and case management issues. | 1.00 | $ 370.00 | $ 370.00 |
| 02/28/03 | KEK | Telephone calls to homeowners (2) in Buffalo, New York, regarding ZAI bag retrieval. | 0.50 | $ 120.00 | $ 60.00 |
| 02/28/03 | KLB | Work with Samantha on changes needed to Quarterly Fee Application and review of quarterly summary. | 0.40 | $ 150.00 | $ 60.00 |
| 02/28/03 | KLB | Telephone call from witness regarding status of ZAI science trial and issues relating to Zonolite (.3); look up information on potential real estate expert (.2). | 0.50 | $ 150.00 | $ 75.00 |
| 02/28/03 | KLB | Telephone call from homeowner regarding results of tests on Zonolite and advise Darrell W. Scott of same. | 0.30 | $ 150.00 | $ 45.00 |
| | | **SUBTOTAL** | **84.00** | | **$ 21,802.00** |
| | | **TIME TOTAL:** | **94.80** | | **$ 22,950.00** |

# COST REPORT
## Lukins & Annis, P.S.
### Time Period 02/01/2003 - 02/28/2003

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 1/28/03 | Plane Fare - Darrell W. Scott for investigative work in Maryland | $ 637.50 |
| 1/28/03 | Travel Expense - Darrell W. Scott Toll Fee on JFK Memorial Highway for investigative work in Maryland | $ 4.00 |
| 1/28/03 | Travel Expense - Darrell W. Scott Toll Fee on Delaware Turnpike for investigative work in Maryland | $ 2.00 |
| 1/28/03 | Meals - Darrell W. Scott for investigative work in Maryland | $ 3.20 |
| 1/28/03 | Rental Car - Darrell W. Scott for investigative work in Maryland | $ 264.47 |
| 1/28/03 | Lodging - Darrell W. Scott for investigative work in Maryland (2 nights) | $ 489.19 |
| 2/2/2003 | Parking - Darrell W. Scott at Spokane Airport for investigative work in Maryland | $ 29.75 |
| 2/3/2003 | Photocopies | $ 0.60 |
| 2/3/2003 | Photocopies | $ 0.30 |
| 2/3/2003 | Photocopies | $ 1.05 |
| 2/3/2003 | Photocopies | $ 0.15 |
| 2/3/2003 | Photocopies | $ 0.90 |
| 2/4/2003 | Photocopies | $ 0.15 |
| 2/4/2003 | Photocopies | $ 0.15 |
| 2/4/2003 | Photocopies | $ 6.15 |
| 2/5/2003 | Photocopies | $ 8.85 |
| 2/5/2003 | Photocopies | $ 0.15 |
| 2/6/2003 | Photocopies | $ 1.80 |

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 2/6/2003 | Photocopies | $ 0.60 |
| 2/6/2003 | Photocopies | $ 0.30 |
| 2/6/2003 | Photocopies | $ 2.85 |
| 2/6/2003 | Photocopies | $ 1.35 |
| 2/6/2003 | Photocopies | $ 15.45 |
| 2/6/2003 | Photocopies | $ 4.50 |
| 2/6/2003 | Photocopies | $ 0.30 |
| 2/7/2003 | Photocopies | $ 1.35 |
| 2/7/2003 | Photocopies | $ 0.90 |
| 2/7/2003 | Photocopies | $ 0.90 |
| 2/10/2003 | Photocopies | $ 3.90 |
| 2/10/2003 | Photocopies | $ 6.30 |
| 2/10/2003 | Photocopies | $ 2.70 |
| 2/11/2003 | Photocopies | $ 95.25 |
| 2/11/2003 | Photocopies | $ 0.15 |
| 2/11/2003 | Photocopies | $ 0.15 |
| 2/11/03 | Conference Call 12/17/02 (posted 03/24/03) | $ 115.11 |
| 2/12/2003 | Exhibit Materials - Storage Box | $ 6.48 |
| 2/12/2003 | Photocopies | $ 97.35 |
| 2/12/2003 | Photocopies | $ 28.20 |
| 2/12/2003 | Photocopies | $ 14.10 |
| 2/13/2003 | Photocopies | $ 0.45 |
| 2/13/2003 | Photocopies | $ 1.35 |
| 2/13/2003 | Photocopies | $ 0.15 |

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 2/13/2003 | Photocopies | $ 0.90 |
| 2/13/2003 | Photocopies | $ 1.80 |
| 2/13/2003 | Photocopies | $ 0.15 |
| 2/13/2003 | Photocopies | $ 0.60 |
| 2/13/2003 | Telecopier Service - (1 page) (02/13/03 is posting date) | $ 1.00 |
| 2/13/03 | Mileage - Kelly E. Konkright roundtrip to Libby, MT for investigative work | $ 110.88 |
| 2/13/03 | Meals - Kelly E. Konkright at 4Bs for investigative work in Libby, MT | $ 8.75 |
| 2/14/2003 | Photocopies | $ 0.15 |
| 2/14/2003 | Photocopies | $ 9.45 |
| 2/14/2003 | Photocopies | $ 1.35 |
| 2/14/2003 | Photocopies | $ 0.15 |
| 2/14/2003 | Photocopies | $ 0.15 |
| 2/17/2003 | Photocopies | $ 0.15 |
| 2/17/2003 | Photocopies | $ 0.45 |
| 2/17/2003 | Photocopies | $ 4.50 |
| 2/18/2003 | Photocopies | $ 2.70 |
| 2/18/2003 | Photocopies | $ 6.75 |
| 2/18/2003 | Photocopies | $ 3.00 |
| 2/19/2003 | Federal Express Postage | $ 27.33 |
| 2/19/2003 | Federal Express Postage | $ 44.29 |
| 2/19/2003 | Photocopies | $ 0.15 |
| 2/19/2003 | Photocopies | $ 1.20 |
| 2/20/2003 | Federal Express Postage | $ 85.70 |

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 2/20/2003 | Photocopies | $ 25.35 |
| 2/20/2003 | Photocopies | $ 4.05 |
| 2/20/2003 | Photocopies | $ 0.15 |
| 2/20/2003 | Photocopies | $ 1.35 |
| 2/21/2003 | Photocopies | $ 1.35 |
| 2/21/2003 | Photocopics | $ 0.90 |
| 2/21/2003 | Photocopies | $ 13.05 |
| 2/21/2003 | Photocopies | $ 0.15 |
| 2/24/2003 | Photocopies | $ 0.30 |
| 2/24/2003 | Photocopies | $ 0.90 |
| 2/25/2003 | Photocopies | $ 3.30 |
| 2/25/2003 | Photocopics | $ 3.15 |
| 2/26/2003 | Photocopies | $ 0.15 |
| 2/27/2003 | Expert Fees | $ 861.56 |
| 2/27/2003 | Courier Service | $ 5.00 |
| 2/27/2003 | Courier Service | $ 5.00 |
| 2/27/2003 | Photocopies | $ 13.50 |
| 2/28/2003 | Postage | $ 83.77 |
| 2/28/2003 | Postage | $ 3.85 |
| 2/28/2003 | Postage | $ 3.41 |
| 2/28/2003 | Photocopies | $ 0.45 |
| 2/28/2003 | Photocopies | $ 0.15 |
| | **Total** | **$ 3,192.89** |

## VERIFICATION

STATE OF WASHINGTON   )
                      )
COUNTY OF SPOKANE     )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.



DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this 1st day of May, 2003.

Kristy L. Bergland
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06



## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on May 6, 2003, service of the foregoing *Verified Application Of Lukins & Annis, P.S. For Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from February 1, 2003 Through February 28, 2003* was made upon the attached Service List via hand delivery or first class mail.

Dated: May 6, 2003
       Wilmington, Delaware

/s/ *William D. Sullivan*
William D. Sullivan

SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
    Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

SERVICE LIST

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899