## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: May 27, 2003 |

## TWENTIETH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

Name of Applicant:     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:     *March 1, 2003 through and
                                                        including March 31, 2003*

Amount of Compensation sought a
actual, reasonable and necessary: *$26,969.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$452.38*

This is a(n):     **x**   monthly          __          interim application

KL2:2209896.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00[1] $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | pending |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

---

[1] The twenty percent holdback ($4,078.50) for the month of June is still outstanding.

| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $14,963.20<br>$652.12 |
|------------------|---------------------------------------|-----------------------|-----------------------|
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | pending |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## MARCH 1, 2003 THROUGH MARCH 31, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Bentley, Philip | 525.00 | 12.30 | $6,457.50 |
| Horowitz, Gregory A. | 485.00 | 28.30 | $13,725.50 |
| Becker, Gary M. | 455.00 | 3.50 | $1,592.50 |
| Klein, David | 335.00 | 12.30 | $4,120.50 |
| Mangual, Kathleen | 185.00 | 5.80 | $1,073.00 |
| **Total** | | **62.20** | **$26,969.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period<br>3/1/03 through 3/31/03 | Total Fees for the Period<br>3/1/03 through 3/31/03 |
|------------------|------------------------------------------------------|----------------------------------------------------|
| Case Administration | 13.80 | $4,200.00 |
| Claim Analysis Objection & Resolution(Asbestos) | 41.10 | $19,960.50 |
| Creditor Committee | 4.30 | $2,138.50 |
| Fee Applications, Applicant | 3.00 | $670.00 |
| **Total** | **62.20** | **$26,969.00** |

KL2 2205684.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 3/1/03 through 3/31/03 |
|---|---|
| Telecopier | $3.00 |
| Photocopying | $296.10 |
| Research Service | $21.00 |
| Postage | $15.52 |
| Long-Distance Tel. | $6.38 |
| Lexis/Nexis On-line Research | $18.00 |
| Cab Fares | $30.60 |
| Messenger Service | $61.78 |
| **Total** | **$452.38** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _Philip Bentley_

Philip Bentley
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: May 2, 2003

KL2:2205684.1

**SCHEDULE OF TIME CHARGES AND RATES**
**FOR THE PERIOD MARCH 1, 2003 THROUGH MARCH 31, 2003**

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 525.00 | 157.50 |
| KLEIN, DAVID | CRED | 10.30 | 335.00 | 3,450.50 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 3.20 | 185.00 | 592.00 |
| | Subtotal | 13.80 | $ | 4,200.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 2.60 | 525.00 | 1,365.00 |
| BECKER, GARY M. | CRED | 1.70 | 455.00 | 773.50 |
| | Subtotal | 4.30 | $ | 2,138.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.10 | 525.00 | 52.50 |
| BECKER, GARY M. | CRED | 0.30 | 455.00 | 136.50 |
| PARAPROFESSIONAL | | | | |
| MANGUAL, KATHLEEN | CRED | 2.60 | 185.00 | 481.00 |
| | Subtotal | 3.00 | $ | 670.00 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 9.30 | 525.00 | 4,882.50 |
| HOROWITZ, GREGORY A. | LITI | 28.30 | 485.00 | 13,725.50 |
| BECKER, GARY M. | CRED | 1.50 | 455.00 | 682.50 |
| KLEIN, DAVID | CRED | 2.00 | 335.00 | 670.00 |
| | Subtotal | 41.10 | $ | 19,960.50 |
| | Total | 62.20 | $ | 26,969.00 |

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD MARCH 1, 2003 THROUGH MARCH 31, 2003

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|----------|-------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 12.30 | 525.00 | 6,457.50 |
| HOROWITZ, GREGORY A. | PARTNER | 28.30 | 485.00 | 13,725.50 |
| BECKER, GARY M. | ASSOCIATE | 3.50 | 455.00 | 1,592.50 |
| KLEIN, DAVID | ASSOCIATE | 12.30 | 335.00 | 4,120.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 5.80 | 185.00 | 1,073.00 |
| | Total | 62.20 | | $26,969.00 |

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD MARCH 1, 2003 THROUGH MARCH 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 3.00 |
| PHOTOCOPYING | 296.10 |
| RESEARCH SERVICES | 21.00 |
| POSTAGE | 15.52 |
| LONG-DISTANCE TEL. | 6.38 |
| LEXIS/NEXIS  ON-LINE RESEARCH | 18.00 |
| MESSENGER SERVICE | 61.78 |
| CAB FARES | 30.60 |
| Subtotal | $452.38 |

# SCHEDULE OF VOLUNTARY DISBURSMENT REDUCTIONS
## FOR THE PERIOD MARCH 1, 2003 THROUGH MARCH 31, 2003

| DISBURSEMENTS | AMOUNT |
|---|---|
| TELECOPIER | 1.50 |
| PHOTOCOPYING | 157.92 |
| MANUSCRIPT SERVICE | 87.00 |
| Subtotal | $246.42 |

alp_132c: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:46

Client No: 056772

Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE    1

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

## PRE-BILLING SUMMARY REPORT

| | | | FEES | COSTS |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1991 | TO: | 03/31/2003 | |
| UNBILLED DISB FROM: | 01/01/1991 | TO: | 03/31/2003 | |

| | | |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 26,969.00 | 452.38 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 03/31/2003 | 03/31/2003 |
| CLOSE MATTER/FINAL BILLING? | YES    OR    NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

## ACCOUNTS RECEIVABLE TOTALS

| | | UNAPPLIED CASH |
|---|---|---|
| | | |
| **DISBURSEMENTS:** | | |
| FEE RETAINER: | 56,677.74 | |
| DISB RETAINER: | 692.46 | |
| TOTAL OUTSTANDING: | 0.00 | |
| | 0.00 | |
| | 57,370.20 | |

| UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|
| PAID FEE RETAINER: | 0.00 |
| PAID DISB RETAINER: | 0.00 |
| TOTAL AVAILABLE FUNDS: | 0.00 |
| TRUST BALANCE: | |

## BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 04/29/03 | LAST PAYMENT DATE: | 04/29/03 |
| LAST BILL NUMBER: | 369930 | FEES BILLED TO DATE: | 556,675.50 |
| LAST BILL THRU DATE: | 03/31/03 | FEES WRITTEN OFF TO DATE: | 537,998.18 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

| (1) | Exceeded Fixed Fee | (6) | Summer Associate |
|---|---|---|---|
| (2) | Late Time & Costs Posted | (7) | Fixed Fee |
| (3) | Pre-arranged Discount | (8) | Premium |
| (4) | Excessive Legal Time | (9) | Rounding |
| (5) | Business Development | (10) | Client Arrangement |

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132c: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:36:12

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id Employee Name | Group | Oldest | Latest | Total Hours | Billed Amount |
|---|---|---|---|---|---|
| 02495  BENTLEY, PHILIP | PARTNER | 03/04/03 | 03/21/03 | 12.30 | 6,457.50 |
| 07850  HOROWITZ, GREGORY A. | PARTNER | 03/10/03 | 03/19/03 | 28.30 | 13,725.50 |
| 05292  BECKER, GARY M. | ASSOCIATE | 03/11/03 | 03/18/03 | 3.50 | 1,592.50 |
| 05646  KLEIN, DAVID E. | ASSOCIATE | 03/03/03 | 03/31/03 | 12.30 | 4,120.50 |
| PARA/PROFESSIONALS |  |  |  |  |  |
| 05208  MANGUAL, KATHLEEN | PARALEGAL | 03/06/03 | 03/31/03 | 5.80 | 1,073.00 |

Total:  62.20  26,969.00

**B I L L E D   C O S T S   S U M M A R Y**

| Code  Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|
| 0815  TELECOPIER | 03/13/03 | 03/13/03 | 3.00 |
| 0820  PHOTOCOPYING | 03/04/03 | 03/27/03 | 296.10 |
| 0841  RESEARCH SERVICES | 03/19/03 | 03/19/03 | 21.00 |
| 0880  POSTAGE | 03/20/03 | 03/20/03 | 15.52 |
| 0885  LONG-DISTANCE TEL. | 03/03/03 | 03/19/03 | 16.38 |
| 0921  LEXIS / NEXIS  ON - LINE RESEAR | 03/19/03 | 03/19/03 | 16.00 |
| 0930  MESSENGER/COURIER | 03/07/03 | 03/24/03 | 61.78 |
| 0940  CAB FARES | 03/25/03 | 03/25/03 | 30.60 |

Total  452.38

Grand Total  27,421.38

**A C C O U N T S   R E C E I V A B L E   S U M M A R Y**  (Reflects Payments As of 04/29/03 16:36:12)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total Collections | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 11/19/02 | 10/31/02 | 361261 | 39,170.00 |  |  | 33,317.43 | 02/18/03 | 7,977.50 |
| 12/13/02 | 11/30/02 | 362365 | 18,704.00 |  |  | 15,615.32 | 02/18/03 | 3,722.54 |
| 01/31/03 | 12/31/02 | 364671 | 11,853.50 | 2,124.93 |  | 10,299.62 | 03/25/03 | 2,370.70 |
| 02/20/03 | 01/31/03 | 365684 | 11,100.00 | 633.86 |  | 927.47 |  | 2,220.00 |
| 03/19/03 | 02/28/03 | 367178 | 13,418.00 | 816.82 |  | 9,807.47 |  | 13,658.08 |
| 04/29/03 | 03/31/03 | 369330 | 26,969.00 | 240.08 |  | .00 |  | 27,421.38 |
|  |  |  |  | 452.38 |  |  |  |  |

Total:  121,214.50  5,195.54  69,039.84  57,370.20

```
alp_132r: Billed Charges Analysis                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1

Run Date & Time: 04/29/2003 16:35:44                                                    *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services


                                                  PRE-BILLING SUMMARY REPORT


        UNBILLED TIME FROM:     03/03/2003          TO:     03/31/2003
        UNBILLED DISB FROM:     02/03/2003          TO:     03/27/2003


                          FEES                                           COSTS

GROSS BILLABLE AMOUNT:        4,200.00                                  435.90
    AMOUNT WRITTEN DOWN:
             PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
         THRU DATE:                                                    03/27/2003
TOTAL OUTSTANDING:

CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:              03/31/2003

BILLING PARTNER APPROVAL:

BILLING COMMENTS:             BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)



ACCOUNTS RECEIVABLE TOTALS                                     UNAPPLIED CASH

                 FEES:          5,926.50          UNIDENTIFIED RECEIPTS:              0.00
     DISBURSEMENTS:               611.20          PAID FEE RETAINER:                  0.00
      FEE RETAINER:                 0.00          PAID DISB RETAINER:                 0.00
     DISB RETAINER:                 0.00          TOTAL AVAILABLE FUNDS:              0.00
  TOTAL OUTSTANDING:            6,537.70          TRUST BALANCE:
                                                  UNAPPLIED CASH                      0.00

                                BILLING HISTORY

   DATE OF LAST BILL:        04/29/03             LAST PAYMENT DATE:           04/11/03
   LAST BILL NUMBER:          369330             FEES BILLED TO DATE:        158,396.00
  LAST BILL THRU DATE:       03/31/03     FEES WRITTEN OFF TO DATE:          67,546.50


FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee         (6) Summer Associate
   (2) Late Time & Costs Posted   (7) Fixed Fee
   (3) Pre-arranged Discount      (8) Premium
   (4) Excessive Legal Time       (9) Rounding
   (5) Business Development       (10) Client Arrangement


BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    2

Run Date & Time: 04/29/2003 16:35:44

Matter No: 056772-00001    Orig Prtnr : CRED. RGTS - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001      Status   : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**    ---------- Total ----------    ---------- Billed ----------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 03/04/03 | 03/06/03 | 0.30 | 157.50 |
| 05646 | KLEIN, DAVID | CRED | 03/03/03 | 03/31/03 | 10.30 | 3,450.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 03/14/03 | 03/31/03 | 3.20 | 592.00 |

Total:    13.80    4,200.00

Sub-Total Hours :    0.30 Partners    0.00 Counsels    10.30 Associates    3.20 Legal Asst    0.00 Others

**B I L L E D   C O S T S   S U M M A R Y**    ------ Total Billed ------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 03/04/03 | 03/27/03 | 296.10 |
| 0941 | RESEARCH SERVICES | 03/19/03 | 03/19/03 | 21.00 |
| 0880 | POSTAGE | 03/13/03 | 03/20/03 | 15.52 |
| 0885 | LONG-DISTANCE TEL. | 02/03/03 | 03/19/03 | 6.38 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 03/19/03 | 03/19/03 | 18.00 |
| 0930 | MESSENGER/COURIER | 03/07/03 | 03/24/03 | 48.30 |
| 0940 | CAB FARES | 03/25/03 | 03/25/03 | 30.60 |

Total:    435.90

Grand Total    4,635.90

**A C C O U N T S   R E C E I V A B L E**    (Reflects Payments As of 04/29/03 16:35:44)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total Collections | Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|-----------------|-------------------|------|-------------|
| 11/19/02 | 10/31/02 | 361261 | 4,217.00 | 1,777.44 | | 5,994.44 | 12/31/02 | |
| 12/13/02 | 11/30/02 | 362165 | 4,769.50 | 353.77 | | 5,123.27 | 02/26/03 | |
| 01/31/03 | 12/31/02 | 364671 | 6,081.00 | 733.32 | | 6,814.32 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 2,264.50 | 904.37 | | 3,168.87 | 04/11/03 | |
| 03/19/03 | 02/28/03 | 367178 | 1,726.50 | 175.30 | | .00 | | 1,901.80 |
| 04/29/03 | 03/31/03 | 369330 | 4,200.00 | 435.90 | | .00 | | 4,635.90 |

Total:    23,258.50    4,380.10    21,100.90    6,537.70

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:15:44

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 03/04/03 | Review papers. | 0.20 | 105.00 | 4607280 | 04/01/03 |
| BENTLEY, PHILIP | 03/06/03 | Review pleadings. | 0.10 | 52.50 | 4607375 | 04/01/03 |
| **Total For BENTLEY P - 02495** | | | **0.30** | **157.50** | | |
| KLEIN, DAVID | 03/03/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4578192 | 03/14/03 |
| KLEIN, DAVID | 03/04/03 | extensive review of pleadings/filings (0.9), distr same as necessary (0.2). | 1.10 | 368.50 | 4581585 | 03/17/03 |
| KLEIN, DAVID | 03/05/03 | review pleadings/filings, distr same as necessary. | 0.40 | 134.00 | 4581586 | 03/17/03 |
| KLEIN, DAVID | 03/06/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4581587 | 03/17/03 |
| KLEIN, DAVID | 03/07/03 | review filings. | 0.10 | 33.50 | 4581588 | 03/17/03 |
| KLEIN, DAVID | 03/11/03 | review pleadings/filings, distr same as | 0.80 | 268.00 | 4581590 | 03/17/03 |
| KLEIN, DAVID | 03/12/03 | review pleadings/filings, distr same as | 0.40 | 134.00 | 4581591 | 03/17/03 |
| KLEIN, DAVID | 03/13/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4581592 | 03/17/03 |
| KLEIN, DAVID | 03/14/03 | review filings and distribute same. | 0.20 | 67.00 | 4593210 | 03/27/03 |
| KLEIN, DAVID | 03/16/03 | review pleadings/filings, distr same as necessary. | 0.50 | 167.50 | 4593211 | 03/27/03 |
| KLEIN, DAVID | 03/17/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4593212 | 03/27/03 |
| KLEIN, DAVID | 03/19/03 | review pleadings/filings, distr same as necessary. | 0.30 | 100.50 | 4593213 | 03/27/03 |
| KLEIN, DAVID | 03/20/03 | review pleadings/filings, distr same as necessary. | 0.60 | 201.00 | 4601321 | 04/01/03 |
| KLEIN, DAVID | 03/21/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4601322 | 04/01/03 |
| KLEIN, DAVID | 03/23/03 | review filings. | 0.10 | 33.50 | 4610560 | 04/04/03 |
| KLEIN, DAVID | 03/24/03 | review pleadings/filings, distr same as necessary. | 0.20 | 67.00 | 4608156 | 04/02/03 |
| KLEIN, DAVID | 03/25/03 | review pleadings/filings, distr same as necessary. | 0.10 | 33.50 | 4608157 | 04/02/03 |
| KLEIN, DAVID | 03/26/03 | review pleadings/filings, distr same as necessary (0.5). | 0.50 | 167.50 | 4593214 | 03/27/03 |
| KLEIN, DAVID | 03/27/03 | review pleadings/filings, reviewed docket and subsequent filings re outstanding issues (1.2), voicemails to PB, GMB re same, return voicemail from PB re followup issues (0.7); file organization (0.5). | 3.20 | 1,072.00 | 4608158 | 04/02/03 |

alp_112r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

**\*PRIVILEGED AND CONFIDENTIAL\***

PAGE    4

Run Date & Time: 04/29/2003 16:35:44

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 03/31/03 | review pleadings/filings, distr same as necessary. | 0.80 | 268.00 | 4601324 | 04/01/03 |
| Total For KLEIN D - 05646 | | | 10.30 | 3,450.50 | | |
| MANGUAL, KATHLEEN | 03/14/03 | organization of files, update pleadings index and correspondence (1.4) | 1.40 | 259.00 | 4600223 | 04/01/03 |
| MANGUAL, KATHLEEN | 03/20/03 | draft, edit and produce interims to committee members (.40) | 0.40 | 74.00 | 4596392 | 03/31/03 |
| MANGUAL, KATHLEEN | 03/31/03 | update pleadings index, organization of articles, corporate docs (1.4) | 1.40 | 259.00 | 4600674 | 04/01/03 |
| Total For MANGUAL K - 05208 | | | 3.20 | 592.00 | | |
| | | **Fee Total** | 13.80 | 4,200.00 | | |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | | |
| PHOTOCOPYING | 0820 | BENTLEY, P | 03/04/03 | 3.00 | 5998454 | 94256 | 03/06/03 |
| PHOTOCOPYING | | BENTLEY, P | 03/05/03 | 1.40 | 5998454 | 94256 | 03/06/03 |
| PHOTOCOPYING | | BENTLEY, P | 03/05/03 | 5.70 | 5998455 | 94256 | 03/06/03 |
| PHOTOCOPYING | | KLEIN, D K | 03/05/03 | 3.60 | 5998456 | 94256 | 03/06/03 |
| PHOTOCOPYING | | BENTLEY, P | 03/07/03 | 2.25 | 6005921 | 94443 | 03/11/03 |
| PHOTOCOPYING | | BENTLEY, P | 03/10/03 | 2.40 | 6006558 | 94447 | 03/11/03 |
| PHOTOCOPYING | | BENTLEY, P | 03/10/03 | 53.10 | 6006559 | 94447 | 03/11/03 |
| PHOTOCOPYING | | KLEIN, D K | 03/11/03 | 7.50 | 6007555 | 94467 | 03/12/03 |
| PHOTOCOPYING | | BENTLEY, P | 03/13/03 | 49.50 | 6012005 | 94657 | 03/17/03 |
| PHOTOCOPYING ? | | BENTLEY, P | 03/14/03 | 30.15 | 6012006 | 94657 | 03/17/03 |
| PHOTOCOPYING | | O'BRIEN, M O | 03/19/03 | 7.50 | 6016662 | 94849 | 03/20/03 |
| O BRIEN MARIEILEEN | | | | | | | |
| PHOTOCOPYING | | MANGUAL, K M | 03/20/03 | 9.75 | 6027967 | 95373 | 03/27/03 |
| MANGUAL KATHLEEN | | | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:44

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 5

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| KLEIN DAVID | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 03/20/03 | 9.60 | 6027968 | 95373 | 03/27/03 |
| KLEIN DAVID | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 03/26/03 | 7.20 | 6027030 | 95339 | 03/27/03 |
| KLEIN DAVID | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 03/27/03 | 6.90 | 6029051 | 95406 | 03/28/03 |
| KLEIN DAVID | | | | | | |
| PHOTOCOPYING | KLEIN, D K | 03/27/03 | 97.95 | 6029052 | 95406 | 03/28/03 |
| KLEIN DAVID | | | | | | |
| **0820 PHOTOCOPYING Total :** | | | **296.10** | | | |
| RESEARCH SERVICES | | | | | | |
| RESEARCH SERVICES | | | | | | |
| 03/19/2003 | | | | | | |
| 0841 | GRGAS, A G | 03/19/03 | 21.00 | 6034525 | 95676 | 04/01/03 |
| **0841 RESEARCH SERVICES Total :** | | | **21.00** | | | |
| POSTAGE | | | | | | |
| POSTAGE | | | | | | |
| Nerys M. Garcia | | | | | | |
| 0880 | BENTLEY, P | 03/13/03 | 12.20 | 6010833 | 94617 | 03/14/03 |
| POSTAGE | | | | | | |
| Nerys M. Garcia | MANGUAL, K M | 03/20/03 | 3.32 | 6019903 | 95089 | 03/21/03 |
| **0880 POSTAGE Total :** | | | **15.52** | | | |
| LONG-DISTANCE TEL. | | | | | | |
| LONG-DISTANCE TEL. | | | | | | |
| 0885 | BENTLEY, P | 02/03/03 | 4.43 | 6035702 | 95704 | 04/02/03 |
| 3128612460 LONG-DISTANCE TEL. | | | | | | |
| 302552438 LONG-DISTANCE TEL. | MANGUAL, K M | 03/07/03 | 0.89 | 6005083 | 94444 | 03/11/03 |
| 3128612422 LONG-DISTANCE TEL. | BENTLEY, P | 03/12/03 | 0.23 | 6038913 | 96319 | 04/04/03 |
| 3128612422 LONG-DISTANCE TEL. | BENTLEY, P | 03/17/03 | 0.23 | 6038914 | 96319 | 04/04/03 |
| 3128612422 LONG-DISTANCE TEL. | BENTLEY, P | 03/18/03 | 0.30 | 6038915 | 96319 | 04/04/03 |
| 3128612422 LONG-DISTANCE TEL. | BENTLEY, P | 03/19/03 | 0.30 | 6038916 | 96319 | 04/04/03 |
| **0885 LONG-DISTANCE TEL. Total :** | | | **6.38** | | | |
| LEXIS / NEXIS ON -L | | | | | | |
| 0921 LEXIS / NEXIS ON -L | GRGAS, A G | 03/19/03 | 18.00 | 6026083 | 95263 | 03/26/03 |
| **0921 LEXIS / NEXIS ON -L Total :** | | | **18.00** | | | |
| MESSENGER/COURIER | | | | | | |
| FEDERAL EXPRESS CORPORAT | | | | | | |
| 0930 | MANGUAL, K M | 03/07/03 | 10.09 | 6008832 | 94491 | 03/12/03 |

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:44

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
| --- | --- | --- | --- | --- | --- | --- |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS<br>CORPORATION | MANGUAL, K M | 03/24/03 | 8.81 | 6020285 | 95098 | 03/24/03 |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS<br>CORPORATION | MANGUAL, K M | 03/24/03 | 19.35 | 6020526 | 95098 | 03/24/03 |
| FEDERAL EXPRESS CORPORAT<br>MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS<br>CORPORATION | MANGUAL, K M | 03/24/03 | 10.05 | 6021090 | 95106 | 03/24/03 |
| | | | | | | |
| 0930 MESSENGER/COURIER Total : | | | 48.30 | | | |
| | | | | | | |
| CAB FARES<br>DIAL CAR INC.            0940<br>CAB FARES - VENDOR-DIAL CAR INC. | MANGUAL, K M | 03/25/03 | 30.60 | 6023624 | 95182 | 03/25/03 |
| | | | | | | |
| 0940 CAB FARES Total : | | | 30.60 | | | |
| | | | | | | |
| Costs Total : | | | 435.90 | | | |

aip_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:44

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.30 | 157.50 | | | | | |
| KLEIN, DAVID | 10.30 | 3,450.50 | | | | | |
| MANGUAL, KATHLEEN | 3.20 | 592.00 | | | | | |
| **Total:** | **13.80** | **4,200.00** | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 296.10 | | | | | |
| 0841 | RESEARCH SERVICES | 21.00 | | | | | |
| 0880 | POSTAGE | 15.52 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 6.38 | | | | | |
| 0921 | LEXIS / NEXIS ON-LINE R | 18.00 | | | | | |
| 0930 | MESSENGER/COURIER | 48.30 | | | | | |
| 0940 | CAB FARES | 30.60 | | | | | |
| | **Costs Total :** | **435.90** | | | | | |

aip_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:44

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status    : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                       TO:   03/19/2003
                UNBILLED DISB FROM: 03/12/2003            TO:   03/19/2003
                                    03/13/2003

                                         FEES                    COSTS

GROSS BILLABLE AMOUNT:                   2,138.50                3.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:                                              03/13/2003
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:                              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:            BENTLEY PHILIP - 02495

                                                             BILLING HISTORY

                          ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

        FEES:                        3,262.00        UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                          53.00            PAID FEE RETAINER:          0.00
FEE RETAINER:                            0.00            PAID DISB RETAINER:         0.00
DISB RETAINER:                           0.00        TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                   3,315.00        TOTAL TRUST BALANCE:

DATE OF LAST BILL:        04/29/03    LAST PAYMENT DATE:          03/25/03
LAST BILL NUMBER:           369330   FEES BILLED TO DATE:        50,713.00
LAST BILL THRU DATE:      03/31/03   FEES WRITTEN OFF TO DATE:   17,454.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (6) Summer Associate
        (2) Late Time & Costs Posted     (7) Fixed Fee
        (3) Pre-arranged Discount        (8) Premium
        (4) Excessive Legal Time         (9) Rounding
        (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 04/29/2003 16:35:44

| | |
|---|---|
| Matter No: 056772-00002 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CREDITOR COMMITTEE | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**B I L L E D   T I M E   S U M M A R Y** ------------- Total ------------- ---------- Billed ----------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 03/19/03 | 03/19/03 | 2.60 | 1,365.00 |
| 05292 | BECKER, GARY M. | CRED | 03/12/03 | 03/12/03 | 1.70 | 773.50 |
| | Total: | | | | 4.30 | 2,138.50 |

Sub-Total Hours :    2.60 Partners    0.00 Counsels    1.70 Associates    0.00 Legal Assts    0.00 Others

**B I L L E D   C O S T S   S U M M A R Y** ------------- Total Billed ------------- 

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0815 | TELECOPIER | 03/13/03 | 03/13/03 | 3.00 |
| | Total | | | 3.00 |

Grand Total    2,141.50

**A C C O U N T S   R E C E I V A B L E** (Reflects Payments As of 04/29/03 16:35:44)

| | | | Billed | Applied | ---- Collections ---- | Balance |
|---|---|---|---|---|---|---|
| Bill Date | Thru Date | Bill# | Fee & OA Disbursement | From OA | Total | Date | Due |
| 11/19/02 | 10/31/02 | 361261 | 4,587.50 | 49.00 | 4,636.50 | 12/31/02 | |
| 12/13/02 | 11/30/02 | 362665 | 498.00 | .00 | 498.00 | 02/19/03 | |
| 01/31/03 | 12/31/02 | 364671 | 1,341.00 | .00 | 1,341.00 | 03/25/03 | |
| 03/19/03 | 02/28/03 | 367178 | 1,123.50 | 50.00 | .00 | | 1,173.50 |
| 04/29/03 | 03/31/03 | 369330 | 2,138.50 | 3.00 | .00 | | 2,141.50 |
| | | Total: | 9,688.50 | 102.00 | 6,475.50 | | 3,315.00 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   10

Run Date & Time: 04/29/2003 16:35:44

Matter No: 056772-00002          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CREDITOR COMMITTEE          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                             Status     : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 03/19/03 | Committee conference call, prep. for same, and discs. TW, GAH and K. Mangual re same. | 2.60 | 1,365.00 | 4607519 | 04/01/03 |
| Total For BENTLEY P - 02495 | | | 2.60 | 1,365.00 | | |
| BECKER, GARY M. | 03/12/03 | Prepare memo to committee re Norfolk & Western case (1.2); conf. with Bentley re same (0.5) | 1.70 | 773.50 | 4588411 | 03/25/03 |
| Total For BECKER G - 05592 | | | 1.70 | 773.50 | | |
| | | **Fee Total** | **4.30** | **2,138.50** | | |

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| TELECOPIER | | | | | | | |
| TELECOPIER | 0815 | BENTLEY, P. | 03/13/03 | 3.00 | 6010565 | 94605 | 03/14/03 |
| 04-542-1423 | | | | | | | |
| | | 0815 TELECOPIER Total : | | 3.00 | | | |
| | | Costs Total : | | 3.00 | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:45

KRAMER LEVIN NAFTALIS & FRANKEL, LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILLIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILLIP | 2.60 | 1,365.00 | | | | | |
| BECKER, GARY M. | 1.70 | 773.50 | | | | | |
| Total: | 4.30 | 2,138.50 | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0815 | TELECOPIER | 3.00 | | | | | |
| | Costs Total : | 3.00 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:45

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00003          Orig Prtnr :  CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr :  BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FINANCING          Supv Prtnr :  MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                   Status        : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                    TO:
UNBILLED DISB FROM:                    TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?    YES  OR  NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 105.00 | |
| DISBURSEMENTS: | 0.00 | |
| FEE RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | |
| TOTAL OUTSTANDING: | 105.00 | |

| UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|
| PAID FEE RETAINER: | 0.00 |
| PAID DISB RETAINER: | 0.00 |
| TOTAL AVAILABLE FUNDS: | 0.00 |
| TRUST BALANCE: | |

BILLING HISTORY

| DATE OF LAST BILL: | 03/19/03 | LAST PAYMENT DATE: | 02/18/03 |
|---|---|---|---|
| LAST BILL NUMBER: | 367178 | FEES BILLED TO DATE: | 105.00 |
| LAST BILL THRU DATE: | 02/28/03 | FEES WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1)  Exceeded Fixed Fee          (6)  Summer Associate
    (2)  Late Time & Costs Posted    (7)  Fixed Fee
    (3)  Pre-arranged Discount       (8)  Premium
    (4)  Excessive Legal Time        (9)  Rounding
    (5)  Business Development        (10) Client Arrangement

BILL NUMBER:_____          DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:45

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   13

Matter No: 056772-00003                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FINANCING                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E     (Reflects Payments As of 04/29/03 16:35:45)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|----------|---------------------|-----------------|-------|------------------|-------------|
| 12/13/02 | 11/30/02 | 362265 | .00 | 31.64 | | 31.64 | 02/18/03 | 105.00 |
| 03/19/03 | 02/28/03 | 367178 | 105.00 | .00 | | .00 | | 105.00 |
| Total: | | | 105.00 | 31.64 | | 31.64 | | 105.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:45

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status    : ACTIVE

Special Billing Instructions:

```
                                      PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                      TO:
UNBILLED DISB FROM:                                      TO:


GROSS BILLABLE AMOUNT:                   FEES                           COSTS
AMOUNT WRITTEN DOWN:

                                          0.00                           0.00
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
FROM   AMOUNT BILLED:
       THRU DATE:
DISBURSEMENTS:
CLOSE MATTER/FINAL BILLING?    YES    OR    NO
EXPECTED DATE OF COLLECTION:


BILLING PARTNER APPROVAL:

BILLING COMMENTS:          BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)



                             ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                    FEES:                    157.50     UNIDENTIFIED RECEIPTS:              0.00
       DISBURSEMENTS:                          0.00     PAID FEE RETAINER:                  0.00
        FEE RETAINER:                          0.00     PAID DISB RETAINER:                 0.00
       DISB RETAINER:                          0.00     TOTAL AVAILABLE FUNDS:              0.00
   TOTAL OUTSTANDING:                        157.50     TRUST BALANCE:                      0.00


                                          BILLING HISTORY

    DATE OF LAST BILL:     03/19/03       LAST PAYMENT DATE:                02/28/03
    LAST BILL NUMBER:       367178        FEES BILLED TO DATE:              157.50
    LAST BILL THRU DATE:   02/28/03       FEES WRITTEN OFF TO DATE:           0.00


FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

    (1)  Exceeded Fixed Fee        (6)  Summer Associate
    (2)  Late Time & Costs Posted  (7)  Fixed Fee
    (3)  Pre-arranged Discount     (8)  Premium
    (4)  Excessive Legal Time      (9)  Rounding
    (5)  Business Development      (10)  Client Arrangement


BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:45

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
"PRIVILEGED AND CONFIDENTIAL"

PAGE   15

Matter No: 056772-00007                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status    : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 04/29/03 16:35:45)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|
| 03/19/03  | 02/28/03  | 367178 | 157.50         | .00          |                 |       |                  | 157.50      |
|           | Total:    |        | 157.50         | .00          | .00             |       | .00              | 157.50      |

alp_132r: Billed Charges Analysis

Run Date & Time: 04/29/2003 16:35:45

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Matter No: 056772-00008                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status    : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   03/06/2003              TO:   03/31/2003
UNBILLED DISB FROM:   03/24/2003              TO:   03/24/2003

                                    FEES                          COSTS

GROSS BILLABLE AMOUNT:              670.00                        13.48
AMOUNT WRITTEN DOWN:

PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:                    03/31/2003                       03/24/2003

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                  BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

---

ACCOUNTS RECEIVABLE TOTALS                     UNIDENTIFIED RECEIPTS:          0.00
                                               PAID FEE RETAINER:             0.00
FEES:               2,936.00                   PAID DISB RETAINER:            0.00
DISBURSEMENTS:         25.56                    TOTAL AVAILABLE FUNDS:         0.00
FEE RETAINER:           0.00                    TRUST BALANCE:
DISB RETAINER:          0.00                    UNAPPLIED CASH:                0.00
TOTAL OUTSTANDING:  2,961.56

                                    BILLING HISTORY

DATE OF LAST BILL:      04/29/03               LAST PAYMENT DATE:      04/11/03
LAST BILL NUMBER:       369330                 FEES BILLED TO DATE:    47,849.50
LAST BILL THRU DATE:    03/31/03               FEES WRITTEN OFF TO DATE:  35.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

     (1)  Exceeded Fixed Fee          (6)  Summer Associate
     (2)  Late Time & Costs Posted    (7)  Fixed Fee
     (3)  Pre-arranged Discount       (8)  Premium
     (4)  Excessive Legal Time        (9)  Rounding
     (5)  Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____