```
alp_132r: Billed Charges Analysis                                                                                         PAGE   17
Run Date & Time: 04/29/2003 16:35:45
                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS   - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr  : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status  : ACTIVE

B I L L E D   T I M E   S U M M A R Y ----------------- Total ----------------------
Emp Id Employee Name         Group            Oldest        Latest     Total Billed           Billed
                                                                       Hours                  Amount
                                              ------        ------     ------                 ------
02495 BENTLEY, PHILIP        CRED             03/07/03      03/07/03    0.10                   52.50
05292 BECKER, GARY M.        CRED             03/18/03      03/18/03    0.30                  136.50
05208 MANGUAL, KATHLEEN      CRED             03/06/03      03/31/03    2.60                  481.00
                     PARAPROFESSIONALS
                                                                       ------                 ------
                                     Total:                             3.00                  670.00

Sub-Total Hours :   0.10 Partners    0.00 Counsels    0.30 Associates    2.60 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y ---------------- Total Billed ------------------
Code Description                              Oldest       Latest        Total
                                              Entry        Entry         Amount
                                              ------       ------        ------
0930 MESSENGER/COURIER                        03/24/03     03/24/03      13.48
                                                                         ------
                                     Total                               13.48

                             Grand Total                                 683.48
                                                                        =======

A C C O U N T S   R E C E I V A B L E  (Reflects Payments As of 04/29/03 16:35:45)
                                                                     ------ Collections ------            Balance
Bill Date Thru Date Bill#          Fee & OA    Billed    Disbursement    Applied    From OA   Total Date  Due

11/19/02 10/31/02 361261           2,917.00       .00         .00      2,917.00 12/31/02
12/13/02 11/30/02 362365           2,009.50       .00         .00      2,009.50 02/18/03
01/31/03 12/31/02 364671             805.50       .00         .00        805.50 03/25/03
02/20/03 01/31/03 365684             838.00       .00         .00        838.00 04/11/03
03/19/03 02/28/03 367178           2,266.00     12.08         .00                                    2,278.08
04/29/03 03/31/03 369330             670.00     13.48         .00                                      683.48
                                   --------   ------      --------      --------                     --------
                         Total:    9,506.00     25.56         .00      6,570.00                     2,961.56
```

```
alp_132r: Billed Charges Analysis                                                                                                         PAGE  18
Run Date & Time: 04/29/2003 16:35:45

                                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                        Orig Prtnr : CRED. RGTS     - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                      Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                                      Hours       Amount    Index#   Batch No  Batch Date
---------------------------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP          03/07/03     Review and sign monthly fee application.                          0.10        52.50   4607417              04/01/03

Total For BENTLEY P - 02495                                                                             0.10        52.50

BECKER, GARY M.          03/18/03     Review February invoice.                                          0.30       136.50   4596980              03/31/03

Total For BECKER G - 05292                                                                              0.30       136.50

MANGUAL, KATHLEEN        03/06/03     coordinate w/ accounting re: time details for
                                      interim (.30); review of charts and disc/w
                                      accounting (.30).                                                 0.60       111.00   4580170              03/14/03
MANGUAL, KATHLEEN        03/07/03     draft KL Interim Fee Application, disc/w Klett
                                      Rooney and attend to service (1.6)                                1.60       296.00   4596324              03/31/03
MANGUAL, KATHLEEN        03/31/03     review fee auditors inital report, copordinate
                                      w/ accoutning re: back up of expenses (.40)                       0.40        74.00   4600679              04/01/03

Total For MANGUAL K - 05208                                                                             2.60       481.00

                                                                                 Fee Total              3.00       670.00

B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee                     Date           Amount        Index#    Batch No   Batch Date
---------------------------------------------------------------------------------------------------------------------------------------

MESSENGER/COURIER                 0930
  FEDERAL EXPRESS CORPORAT                    BECKER, G M              03/24/03            13.48       6020774    95106      03/24/03
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION
                                             0930 MESSENGER/COURIER Total :                13.48

                                                                            Costs Total :              13.48
```

```
alp_132r: Billed Charges Analysis                                                                                                       PAGE   19
Run Date & Time: 04/29/2003 16:35:45

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                            Orig Prtnr : CRED. RGTS - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

  B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours     Amount          Bill         W/o / W/u         Transfer To     Clnt/Mtr      Carry Forward
-------------              -----     ------          ----         ---------         -----------     --------      -------------
BENTLEY, PHILIP             0.10      52.50
BECKER, GARY M.             0.30     136.50
MANGUAL, KATHLEEN           2.60     481.00
                           -----    -------
  Total:                    3.00     670.00


  B I L L E D   C O S T S   S U M M A R Y
Code Description           Amount                    Bill         W/o / W/u         Transfer To     Clnt/Mtr      Carry Forward
----------------           ------                    ----         ---------         -----------     --------      -------------
0930 MESSENGER/COURIER      13.48
                           ------
  Costs Total :             13.48
```

```
alp_132r: Billed Charges Analysis                                                                                                           PAGE   20
Run Date & Time: 04/29/2003 16:35:45

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                    Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status  : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  03/10/2003                  TO: 03/27/2003
UNBILLED DISB FROM:                              TO:

                                       FEES                         COSTS
                                       ----                         -----
GROSS BILLABLE AMOUNT:              19,960.50                        0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
         THRU DATE:                 03/27/2003
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

                BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                              ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                              --------------------------                        --------------
             FEES:               26,667.00      UNIDENTIFIED RECEIPTS:      0.00
    DISBURSEMENTS:                    2.70      PAID FEE RETAINER:          0.00
    FEE RETAINER:                     0.00      PAID DISB RETAINER:         0.00
    DISB RETAINER:                    0.00      TOTAL AVAILABLE FUNDS:      0.00
TOTAL OUTSTANDING:               26,669.70      TRUST BALANCE:
                                                BILLING HISTORY
                                                ---------------
DATE OF LAST BILL:            04/29/03          LAST PAYMENT DATE:       04/29/03
LAST BILL NUMBER:              369330           FEES BILLED TO DATE:    156,113.50
LAST BILL THRU DATE:          03/31/03          FEES WRITTEN OFF TO DATE: 4,417.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee             (6) Summer Associate
        (2) Late Time & Costs Posted       (7) Fixed Fee
        (3) Pre-arranged Discount          (8) Premium
        (4) Excessive Legal Time           (9) Rounding
        (5) Business Development          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                  PAGE    21
Run Date & Time: 04/29/2003 16:35:45

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                               Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status    : ACTIVE

    B I L L E D    T I M E    S U M M A R Y    ---------------- Total Billed ----------------
Emp Id  Employee Name            Group       Oldest     Latest       Hours          Amount
------  -------------            -----       ------     ------       -----          ------
02495   BENTLEY, PHILIP          CRED        03/10/03   03/21/03      9.30         4,882.50
07850   HOROWITZ, GREGORY A.     LITI        03/10/03   03/19/03     28.30        13,725.50
05292   BECKER, GARY M.          CRED        03/11/03   03/11/03      1.50           682.50
05646   KLEIN, DAVID             CRED        03/10/03   03/27/03      2.00           670.00

                         Total:                                      41.10        19,960.50

Sub-Total Hours :   37.60 Partners   0.00 Counsels   3.50 Associates   0.00 Legal Assts   0.00 Others

A C C O U N T S    R E C E I V A B L E       (Reflects Payments As of 04/29/03 16:35:45)
                                       *     Billed      -------- Applied ---- Collections ---   Balance
Bill Date Thru Date Bill#              Fee & OA   Disbursement    From OA        Total    Date     Due
---------------------------           --------   ------------    --------       ------   -----   -------
11/19/02 10/31/02  361261              3,131.00       298.49                  3,429.49 12/31/02
12/13/02 11/30/02  362365              1,520.00       248.45                  1,768.45 02/18/03
01/31/03 12/31/02  364671              1,025.00          .00                  1,025.00 03/25/03
02/20/03 01/31/03  365684              6,254.00        23.10                                         476.50
03/19/03 02/28/03  367178              6,230.00         2.70                  5,800.60 04/11/03   6,232.70
04/29/03 03/31/03  369330             19,960.50          .00                        .00          19,960.50
                                     ---------       -------                 ---------          ---------
                  Total:             38,120.50       572.74                 12,023.54           26,669.70
```

```
alp_132r: Billed Charges Analysis                                                                                           PAGE    22
Run Date & Time: 04/29/2003 16:35:45
                                                   KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                      Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status   : ACTIVE

       B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                                    Hours      Amount      Index#   Batch Date
---------------------------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP            03/10/03    Discs. GAH, TW and voicemail re asbestos                        0.40      210.00    4607429 04/01/03
                                       issues.
BENTLEY, PHILIP            03/12/03    Review Norfolk case; discs. GB and TM re same,                  0.90      472.50    4607449 04/01/03
                                       and begin work on memo to Committee re same.
BENTLEY, PHILIP            03/13/03    Additional review of Norfolk decision, and                      2.60    1,365.00    4607468 04/01/03
                                       prepare memo to committee re same.
BENTLEY, PHILIP            03/17/03    Discs. GAH and trade voicemails re asbestos                     0.80      420.00    4607507 04/01/03
                                       estimation issues.
BENTLEY, PHILIP            03/18/03    Long TC GAH, and trade voicemails re asbestos                   3.10    1,627.50    4607515 04/01/03
                                       estimation issues.
BENTLEY, PHILIP            03/19/03    Work on estimation issues and disc. GAH re                      1.20      630.00    4607520 04/01/03
                                       same.
BENTLEY, PHILIP            03/21/03    Discs. GB and voicemail re asbestos issues, and                 0.30      157.50    4607544 04/01/03
                                       notes re same.

Total For BENTLEY P - 02495                                                                            9.30    4,882.50

HOROWITZ, GREGORY A.       03/10/03    tcs PB                                                          0.60      291.00    4600691 04/01/03
HOROWITZ, GREGORY A.       03/11/03    read Bates deposition w/ report (3.5)                           3.50    1,697.50    4600702 04/01/03
HOROWITZ, GREGORY A.       03/12/03    continue reviewing Bates dep. at report, with                   8.50    4,122.50    4600705 04/01/03
                                       exhibits (6.5); begin review Peterson dep.
                                       (2.0).
HOROWITZ, GREGORY A.       03/17/03    dws PB (1.0); continue review of Peterson                       5.50    2,667.50    4600729 04/01/03
                                       report, deposition, exhibits (4.5).
HOROWITZ, GREGORY A.       03/18/03    dw PB (.5); review Sealed Air opinion, continue                 6.00    2,910.00    4600737 04/01/03
                                       review of Peterson work (3.0); long mw PB re
                                       committee call (2.5).
HOROWITZ, GREGORY A.       03/19/03    mw PB (.5); outline remarks for committee call                  4.20    2,037.00    4600747 04/01/03
                                       (1.5); committee call (1.7); tc PB, Ted
                                       Wechsler (.5)

Total For HOROWITZ G - 07850                                                                          28.30   13,725.50

BECKER, GARY M.            03/11/03    Review new supreme court case in Norfolk                        1.50      682.50    4577617 03/13/03
                                       Western; conf. with Bentley and Mayer re same.

Total For BECKER G - 05292                                                                             1.50      682.50

KLEIN, DAVID               03/10/03    email to GMB re Sup. Court decision re                          0.10       33.50    4581589 03/17/03
                                       asbestos.
KLEIN, DAVID               03/22/03    VM from P.Bentley re monitoring USG case.                       0.20       67.00    4601323 04/01/03
KLEIN, DAVID               03/26/03    voicemail from PB re followup to J. Wolin's USG                 0.30      100.50    4637612 04/11/03
                                       opinion, notes re same (0.3).
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   23
Run Date & Time: 04/29/2003 16:35:45

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status    : ACTIVE

 B I L L E D    T I M E    D E T A I L
Employee Name              Work Date    Description                                       Hours      Amount       Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------------------
KLEIN, DAVID               03/27/03     extensive review of J.Wolin 2/19 opinion in USG    1.40       469.00    4637613 04/11/03
                                        (1.4)

                                                                                           2.00       670.00
 Total For KLEIN D - 05546

                                                                           Fee Total      41.10    19,960.50
```

```
alp_132r: Billed Charges Analysis                                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE      24
Run Date & Time: 04/29/2003 16:35:45                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                      Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                             Status : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount        Bill        W/o / W/u       Transfer To      Clnt/Mtr     Carry Forward

BENTLEY, PHILIP             9.30      4,882.50
HOROWITZ, GREGORY A.       28.30     13,725.50
BECKER, GARY M.             1.50        682.50
KLEIN, DAVID                2.00        670.00
            Total:         41.10     19,960.50
```

```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE   25
Run Date & Time: 04/29/2003 16:35:45                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                 Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:                              TO:
             UNBILLED DISB FROM:                              TO:

                              FEES                                     COSTS

GROSS BILLABLE AMOUNT:        0.00                                      0.00
AMOUNT WRITTEN DOWN:
              PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
          THRU DATE:
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:
                              BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                        ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

            FEES:              13,638.74      UNIDENTIFIED RECEIPTS:    0.00
   DISBURSEMENTS:                   0.00      PAID FEE RETAINER:        0.00
   FEE RETAINER:                    0.00      PAID DISB RETAINER:       0.00
   DISB RETAINER:                   0.00      TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:             13,638.74      TRUST BALANCE:

                                              BILLING HISTORY

DATE OF LAST BILL:           03/19/03         LAST PAYMENT DATE:         04/29/03
LAST BILL NUMBER:              367178         FEES BILLED TO DATE:      73,466.00
LAST BILL THRU DATE:         02/28/03         FEES WRITTEN OFF TO DATE:  1,600.00

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (6) Summer Associate
    (2) Late Time & Costs Posted      (7) Fixed Fee
    (3) Pre-arranged Discount         (8) Premium
    (4) Excessive Legal Time          (9) Rounding
    (5) Business Development         (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  26
Run Date & Time: 04/29/2003 16:35:45

                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                          Orig Prtnr : CRED. RGTS      - 06975     Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING              Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

A C C O U N T S    R E C E I V A B L E       (Reflects Payments As of 04/29/03 16:35:45)
                                   ------- Billed --------      ------ Applied ------  ----- Collections -----  Balance
Bill Date Thru Date Bill#           Fee & OA    Disbursement     From OA       Total       Total         Date      Due
-----------------------------------------------------------------------------------------------------------------------------
11/19/02 10/31/02 361261           21,575.00            .00          .00           .00   16,340.00   12/31/02    5,235.00
12/13/02 11/30/02 362365            9,907.00            .00          .00           .00    6,184.46   02/18/03    3,722.54
01/31/03 12/31/02 364671            2,601.00          83.50          .00           .00      313.80   03/25/03    2,370.70
02/20/03 01/31/03 365684            1,638.50            .00          .00           .00          .00              1,638.50
03/19/03 02/28/03 367178              672.00            .00          .00           .00          .00                672.00

                         Total:   36,393.50          83.50                                22,838.26             13,638.74
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   27
Run Date & Time: 04/29/2003 16:35:45                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00015                                        Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                Status   : ACTIVE

Special Billing Instructions:

                          PRE-BILLING SUMMARY REPORT

   UNBILLED TIME FROM:                       TO:
   UNBILLED DISB FROM:                       TO:

                                 FEES                 COSTS
                                 ----                 -----

GROSS BILLABLE AMOUNT:           0.00                 0.00
AMOUNT WRITTEN DOWN:
                    PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
                  THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                     --------------------------                    --------------
       FEES:               1,137.50        UNIDENTIFIED RECEIPTS:   0.00
   DISBURSEMENTS:              0.00        PAID FEE RETAINER:       0.00
   FEE RETAINER:               0.00        PAID DISB RETAINER:      0.00
   DISB RETAINER:              0.00        TOTAL AVAILABLE FUNDS:   0.00
   TOTAL OUTSTANDING:      1,137.50        TRUST BALANCE:
                                           BILLING HISTORY
                                           ---------------
   DATE OF LAST BILL:     03/19/03         LAST PAYMENT DATE:                 1,137.50
   LAST BILL NUMBER:        367178         FEES BILLED TO DATE:               1,137.50
   LAST BILL THRU DATE:   02/28/03         FEES WRITTEN OFF TO DATE:              0.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee            (6) Summer Associate
   (2) Late Time & Costs Posted      (7) Fixed Fee
   (3) Pre-arranged Discount         (8) Premium
   (4) Excessive Legal Time          (9) Rounding
   (5) Business Development         (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    28
Run Date & Time: 04/29/2003 16:35:45                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                                              Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976    Status    : ACTIVE

A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 04/29/03 16:35:45)
                                      -------- Billed --------       ---- Collections ----         Applied        Balance
Bill Date Thru Date  Bill#             Fee & OA     Disbursement        Total       Date           From OA         Due
03/19/03  02/28/03   367178            1,137.50              .00          .00                         .00         1,137.50
            Total:                     1,137.50              .00          .00                         .00         1,137.50
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 04/29/2003 16:35:45
                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   29
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                          Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                  Status    : ACTIVE

Special Billing Instructions:

                                                PRE-BILLING SUMMARY REPORT

    UNBILLED TIME FROM:                                TO:
    UNBILLED DISB FROM:                                TO:

                                                FEES                              COSTS

    GROSS BILLABLE AMOUNT:                      0.00                              0.00
    AMOUNT WRITTEN DOWN:
                   PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:
    CLOSE MATTER/FINAL BILLING?             YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                         BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:



                                                ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH

             DISBURSEMENTS:                               0.00           UNIDENTIFIED RECEIPTS:          0.00
             FEES:                                    1,672.50           PAID FEE RETAINER:              0.00
             FEE RETAINER:                                0.00           PAID DISB RETAINER:             0.00
             DISB RETAINER:                              0.00            TOTAL AVAILABLE FUNDS:          0.00
             TOTAL OUTSTANDING:                      1,672.50            TRUST BALANCE:

                                                         BILLING HISTORY

             DATE OF LAST BILL:                      02/20/03            LAST PAYMENT DATE:         04/29/03
             LAST BILL NUMBER:                        365684             FEES BILLED TO DATE:      48,397.50
             LAST BILL THRU DATE:                   01/31/03             FEES WRITTEN OFF TO DATE:  5,087.68

FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:

             (1) Exceeded Fixed Fee                   (6) Summer Associate
             (2) Late Time & Costs Posted             (7) Fixed Fee
             (3) Pre-arranged Discount                (8) Premium
             (4) Excessive Legal Time                 (9) Rounding
             (5) Business Development                (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   30
Run Date & Time: 04/29/2003 16:35:45

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                                 Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr  : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                                  Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                     Status     : ACTIVE

A C C O U N T S    R E C E I V A B L E       (Reflects Payments As of 04/29/03 16:35:45)
                               ------------ Billed ------------   ----- Collections -----
Bill Date  Thru Date  Bill#    Fee & OA       Disbursement        Applied     Total       Balance
                                                                  From OA     Date        Due
------------------------------ ---------------------------------- ----------- ----------  ----------
11/19/02   10/31/02   361261    1,567.50             .00              .00       .00        1,567.50
02/20/03   01/31/03   365684      105.00             .00              .00       .00          105.00
                               ---------      ----------         ---------   --------    ----------
              Total:            1,672.50             .00              .00                  1,672.50
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  31
Run Date & Time: 04/29/2003 16:35:45

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                    Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : OTHER                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                         PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                                       TO:
         UNBILLED DISB FROM:                                       TO:

                                              FEES                            COSTS
                                              ----                            -----

GROSS BILLABLE AMOUNT:                        0.00                            0.00
AMOUNT WRITTEN DOWN:
                 PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?         YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                           ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

                   FEES:                            890.00       UNIDENTIFIED RECEIPTS:     0.00
           DISBURSEMENTS:                             0.00       PAID FEE RETAINER:         0.00
            FEE RETAINER:                             0.00       PAID DISB RETAINER:        0.00
           DISB RETAINER:                             0.00       TOTAL AVAILABLE FUNDS:     0.00
         TOTAL OUTSTANDING:                         890.00       TRUST BALANCE:
                                                                 BILLING HISTORY
DATE OF LAST BILL:                11/19/02            LAST PAYMENT DATE:
LAST BILL NUMBER:                  361261             FEES BILLED TO DATE:             890.00
LAST BILL THRU DATE:              10/31/02            FEES WRITTEN OFF TO DATE:          0.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee              (6) Summer Associate
     (2) Late Time & Costs Posted        (7) Fixed Fee
     (3) Pre-arranged Discount           (8) Premium
     (4) Excessive Legal Time            (9) Rounding
     (5) Business Development           (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE    32
Run Date & Time: 04/29/2003 16:35:45

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00026                                       Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr  : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : OTHER                                           Supv Prtnr  : MAYER THOMAS MOIRS  - 03976
Matter Opened : 09/06/2002                                                                                 Status      : ACTIVE

A C C O U N T S      R E C E I V A B L E         (Reflects Payments As of 04/29/03 16:35:45)
                     ------- Billed -------          ---- Collections ----
Bill Date Thru Date Bill#    Fee & OA    Disbursement     Applied    Total      Balance
                                                          From OA     Date      Due
11/19/02 10/31/02 361261     890.00      .00              .00         .00       890.00
                           ---------  -----------      ---------  ---------   ---------
                  Total:     890.00      .00              .00         .00       890.00
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE   33
Run Date & Time: 04/29/2003 16:35:45

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00028                                        Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                              Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:                                             TO:
         UNBILLED DISB FROM:                                             TO:

                                      FEES                                          COSTS

         GROSS BILLABLE AMOUNT:           0.00                                       0.00
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
         ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:
 CLOSE MATTER/FINAL BILLING?  YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:



                                 ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

         FEES:                               285.00         UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:                                 0.00              PAID FEE RETAINER:         0.00
FEE RETAINER:                                  0.00         PAID DISB RETAINER:            0.00
DISB RETAINER:                                 0.00         TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:                           285.00              TRUST BALANCE:
                                                         BILLING HISTORY
DATE OF LAST BILL:           11/19/02                  LAST PAYMENT DATE:           04/29/03
LAST BILL NUMBER:              361261                  FEES BILLED TO DATE:         5,675.00
LAST BILL THRU DATE:         10/31/02                  FEES WRITTEN OFF TO DATE:    4,675.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee           (6) Summer Associate
         (2) Late Time & Costs Posted    (7) Fixed Fee
         (3) Pre-arranged Discount       (8) Premium
         (4) Excessive Legal Time        (9) Rounding
         (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE   34
Run Date & Time: 04/29/2003 16:35:45

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status : ACTIVE

A C C O U N T S   R E C E I V A B L E       (Reflects Payments As of 04/29/03 16:35:45)
                                -------- Billed --------    ----- Collections ----     Balance
Bill Date Thru Date Bill#       Fee & OA     Disbursement    Applied   Total  Date       Due
                                                             From OA
11/19/02 10/31/02 361261         285.00         .00            .00      .00              285.00

        Total:                   285.00         .00            .00      .00              285.00
```

alp_132rc: Client Analysis Sheet                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   1
Run Date & Time: 04/29/03 16:36:12                          *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE              Work Thru : 03/31/03

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---:|---:|---:|---:|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 13.80 | 4,200.00 | 435.90 | 4,635.90 | BENTLEY PHILIP - 02495 | M | B | |
| 00002 | CREDITOR COMMITTEE | 4.30 | 2,138.50 | 3.00 | 2,141.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00003 | FINANCING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00007 | REORGANIZATION PLAN | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00008 | FEE APPLICATIONS, APPLIC | 3.00 | 670.00 | 13.48 | 683.48 | BENTLEY PHILIP - 02495 | M | B | |
| 00012 | CLAIM ANALYSIS OBJECTION | 41.10 | 19,960.50 | 0.00 | 19,960.50 | BENTLEY PHILIP - 02495 | M | B | |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00019 | HEARINGS | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| 00028 | TRAVEL\NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | B | |
| | Client Total | 62.20 | 26,969.00 | 452.38 | 27,421.38 | | | | |