**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**May 27, 2003 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
    **if objections are timely filed and served.**

<u>**NOTICE OF FILING OF MONTHLY FEE APPLICATION**</u>

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

FTI Policano & Manzo ("FTI"), Financial Advisors to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Twenty-Fourth Interim Application

of FTI, Financial Advisors to the Committee, for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses incurred for the period March 1, 2003 through

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

March 31, 2003, seeking compensation in the amount of $75,484.00 and reimbursement for

actual and actual and necessary expenses in the amount of $769.04 (the "Monthly Fee

Application").

Objections or responses to the Monthly Fee Application, if any, must be made in

writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before

**May 27, 2003 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if

any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors,

James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois

60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl,

Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE

19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official

Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP,

180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael

R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington,

Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of

Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena,

Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500,

Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry &

Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax

number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury

Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

**(REMINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: Wilmington, DE
May 6, 2003

**RESPECTFULLY SUBMITTED,**

_____/s/_____
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:            wskatchen@duanemorris.com

                   and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
e-mail:        lkruger@Stroock.com

Co-Counsel for the Official Committee of Unsecured Creditors
of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

                    Debtors

TWENTY- FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)

| | |
|---|---|
| Name of Applicant: | FTI Policano & Manzo |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 21, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2003 through March 31, 2003 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $94,355.00): | $75,484.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $769.04 |

This is an: __X__ interim _____ final application

The total time expended for fee application preparation activities is approximately 14.9 hours and corresponding compensation requested is approximately $2,878.00 (80% of the fees incurred of $3,597.50). The time expended included approximately 11.4 hours spent on preparation of the twenty-third monthly interim fee application and 3.5 hours spend preparing a response to the fee auditor concerning the 7th interim period.

This is the twenty-fourth application filed. Disclosure for prior periods and current period is as follows:

TWENTY- FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH  MARCH 31, 2003)
**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | | |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

TWENTY- FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)
**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

TWENTY- FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |

4

TWENTY- FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH  MARCH 31, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 21.4 | $12,733.00 |
| S. Cunningham | $550 | 46.0 | $25,300.00 |
| C. Whitney | $425 | 38.5 | $16,362.50 |
| L. Hamilton | $375 | 97.2 | $36,450.00 |
| J. Schwendeman | $350 | 4.0 | $1,400.00 |
| M. DeSalvio | $190 | 2.3 | $437.00 |
| M. Hakoun | $165 | 3.5 | $577.50 |
| N. Backer | $ 75 | 14.6 | $1,095.00 |
|  |  |  |  |
| Grand Total: |  | 227.5 | $94,355.00 |
| Blended Rate: | $415 |  |  |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 118.9 | $52,511.00 |
| 3 | Corporate Finance | 13.7 | $5,728.50 |
| 4 | Data Analysis | 59.5 | $24,495.00 |
| 8 | Case Administration | 7.5 | $562.50 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 13.0 | $7,460.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 14.9 | $3,597.50 |
|  |  |  |  |
|  | Total | 227.5 | $94,355.00 |

5

TWENTY- FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copies | $525.00 |
| Facsimiles | $10.00 |
| Telecommunications | $79.57 |
| Postage, Express Delivery | $16.60 |
| Travel Expenses | $116.00 |
| Tolling Charges | $21.87 |
| | |
| Total | $769.04 |

6

**Invoice**

## W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period March 1, 2003 through March 31, 2003

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 21.4 | $ 595 | 12,733.00 |
| S. Cunningham | 46.0 | $ 550 | 25,300.00 |
| C. Whitney | 38.5 | $ 425 | 16,362.50 |
| L. Hamilton | 97.2 | $ 375 | 36,450.00 |
| J. Schwendeman | 4.0 | $ 350 | 1,400.00 |
| M. DeSalvio | 2.3 | $ 190 | 437.00 |
| M. Hakoun | 3.5 | $ 165 | 577.50 |
| N. Backer | 14.6 | $ 75 | 1,095.00 |
| TOTAL | 227.5 |  | $ 94,355.00 |

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period March 1, 2003 through March 31, 2003

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 12,733.00 | E. Ordway | $ 5,533.50 | $ 178.50 | $ 2,915.50 | $ - | $ - | $ 4,105.50 | - | $ - | $ 12,733.00 |
| $ 550 | 25,300.00 | S. Cunningham | 14,245.00 | 1,650.00 | 5,610.00 | - | - | 3,355.00 | - | 440.00 | 25,300.00 |
| $ 425 | 16,362.50 | C. Whitney | 11,432.50 | - | 4,930.00 | - | - | - | - | - | 16,362.50 |
| $ 375 | 36,450.00 | L. Hamilton | 21,300.00 | 3,900.00 | 8,625.00 | - | - | - | - | 2,625.00 | 36,450.00 |
| $ 350 | 1,400.00 | J. Schwendeman | - | - | 1,400.00 | - | - | - | - | - | 1,400.00 |
| $ 190 | 437.00 | M. Desalvio | - | - | 437.00 | - | - | - | - | - | 437.00 |
| $ 165 | 577.50 | M. Hakoun | - | - | 577.50 | - | - | - | - | - | 577.50 |
| $ 75 | 1,095.00 | N. Backer | - | - | - | 562.50 | - | - | - | 532.50 | 1,095.00 |
| | $ 94,355.00 | Totals | $ 52,511.00 | $ 5,728.50 | $ 24,495.00 | $ 562.50 | $ - | $ 7,460.50 | $ - | $ 3,597.50 | $ 94,355.00 |

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period March 1, 2003 through March 31, 2003

| Rate | Fees Per Professional | | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/ Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/ Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ | 12,733.00 | E. Ordway | | 9.3 | 0.3 | 4.9 | 0.0 | 0.0 | 6.9 | 0.0 | 0.0 | 21.4 |
| $ 550 | $ | 25,300.00 | S. Cunningham | | 25.9 | 3.0 | 10.2 | 0.0 | 0.0 | 6.1 | 0.0 | 0.8 | 46.0 |
| $ 425 | $ | 16,362.50 | C. Whitney | | 26.9 | 0.0 | 11.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 38.5 |
| $ 375 | $ | 36,450.00 | L. Hamilton | | 56.8 | 10.4 | 23.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 97.2 |
| $ 350 | $ | 1,400.00 | J. Schwendeman | | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 190 | $ | 437.00 | M. Desalvio | | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 |
| $ 165 | $ | 577.50 | M. Hakoun | | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 |
| $ 75 | $ | 1,095.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 7.5 | 0.0 | 0.0 | 0.0 | 7.1 | 14.6 |
| | $ | 94,355.00 | Totals | | 118.9 | 13.7 | 59.5 | 7.5 | 0.0 | 13.0 | 0.0 | 14.9 | 227.5 |

**Invoice**

W.R. GRACE & CO. ET AL.
Summary Descriptions of Tasks by Category*
For the period March 1, 2003 through March 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 118.9 | During the Fee Period we analyzed data and prepared a report to the Committee regarding the Debtors' 2003 Business Plan. Our analyses included division-level analyses, investigation of energy pricing impacts on results forecasted by the Debtors evaluation of the impact of pension costs included in the Plan, and industry and competitor issues. |
| Corporate Finance | 3 | 13.7 | During the Fee Period we read and analyzed documents pertaining to proposed acquisition "MOB Squad" and prepared our report thereon for the Committee. |
| Data Analysis | 4 | 59.5 | During the Fee Period we read and analyzed the Debtors revised DIP proposal and related sizing analyses and prepared a report to the Committee thereon. We also read and analyzed the Debtors' annual 10k filing for 2002. We read a memorandum prepared by counsel regarding fraudulent conveyance settlements, and analyzed data concerning historical changes in domestic and foreign working capital relationships. We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation. |
| Case Administration | 8 | 7.5 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items |
| Claims Analysis (asbestos) | 9 | 0.0 | No activities were performed in this category during this period. |
| Creditors Committee | 11 | 13 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the status of operations, 2002 performance, 2003 Business Plan, the Sealed Air settlement and pending motions. |
| Employee Benefits/Pension | 12 | 0.0 | No activities were performed in this category during this period. |
| Fee Applications, Applicant | 16 | 14.9 | During the Fee Period timekeeper Hamilton spent approximately 3.0 hours preparing a response to the fee auditor concerning the 7th Interim period, and approximately 7.0 hours preparing the March fee application. Timekeeper Cunningham spent approximately 8 hours reading and editing the response to the fee auditor for the 7th Interim period. Paraprofessionals and others spent approximately 7.1 hours assisting in preparation of the fee application. |
| Total | | 227.5 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

4 of 18

# Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Mar | 2 | Prepared and edited report to the Committee regarding 2003 Business Plan including industry conditions. | 1.3 |
| 3-Mar | 2 | Analyzed DIP sizing requirements and significance of same to 2003 Business Plan data. | 0.4 |
| 5-Mar | 2 | Analyzed industry data regarding petroleum products and construction industry projections. | 1.1 |
| 5-Mar | 4 | Analyzed data concerning historical changes in domestic and foreign working capital relationships. | 1.4 |
| 6-Mar | 2 | Prepared section of report addressing adequacy of reserves for remediation activities. | 0.9 |
| 6-Mar | 2 | Prepared chart for inclusion in report to illustrate range of estimated remediation costs. | 0.9 |
| 7-Mar | 2 | Reviewed industry data regarding outlook for natural gas prices. | 0.4 |
| 7-Mar | 4 | Reviewed and modified underlying assumptions for our hypothetical recovery analysis based on new data from the Debtors' 2003 Business Plan. | 1.8 |
| 7-Mar | 11 | Called the chair to discuss status of our work and preliminary observations regarding the 2003 Business Plan. | 0.3 |
| 7-Mar | 11 | Called a Committee member to discuss the status of our work and preliminary findings regarding the 2003 Business Plan. | 0.2 |
| 10-Mar | 2 | Analyzed revenue trends for major product categories and developed bridge from 2002 to 2003. | 1.9 |
| 10-Mar | 2 | Prepared executive summary section of report on 2003 Business Plan. | 1.5 |
| 10-Mar | 2 | Prepared and edited report on 2003 Business Plan regarding operating expenses. | 0.4 |
| 12-Mar | 11 | Participated in Committee meeting discussion regarding Sealed Air settlement, case timeline and pending motions. | 1.1 |

| | | | |
|---|---|---|---|
| 12-Mar | 11 | Participated in meeting with creditors committee and Debtors regarding status of operations, 2002 performance, 2003 Business Plan, and case issues. | 4.0 |
| 12-Mar | 11 | Participated in debriefing meeting with Creditors Committee to discuss Debtors' presentation. | 1.0 |
| 13-Mar | 4 | Read and analyzed presentation data received from the Debtors and prepared a list of items for further investigation by staff. | 0.9 |
| 17-Mar | 11 | Called the chair to discuss recent meeting and follow-up issues. | 0.3 |
| 19-Mar | 4 | Read and analyzed 10-K | 0.6 |
| 19-Mar | 3 | Read and analyzed data regarding proposed acquisition. | 0.3 |
| 25-Mar | 4 | Read memorandum prepared by counsel regarding fraudulent conveyance settlement issues. | 0.2 |
| 28-Mar | 2 | Read and analyzed data regarding a proposed acquisition and analyzed payback data. | 0.5 |
| | | **Total Hours** | 21.4 |

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Mar | 2 | Prepared and edited information included in report to Committee regarding the Debtors' 2003 Business Plan. | 3.4 |
| 3-Mar | 2 | Read and analyzed Debtors' 5-Year business plan regarding 2003 projections. | 1.6 |
| 4-Mar | 4 | Read and analyzed various analyst reports regarding the Specialty Chemical Industry. | 2.7 |
| 4-Mar | 4 | Prepared analysis of trends for peer group companies. | 2.8 |
| 5-Mar | 2 | Read and edited sections of 2003 Business Plan report to the Committee. | 2.4 |
| 5-Mar | 2 | Prepared sensitivity analysis regarding 2003 earnings and cash projections. | 2.1 |
| 6-Mar | 4 | Read and analyzed various articles regarding congressional hearings into asbestos and Libby, Montana issues. | 0.5 |
| 6-Mar | 4 | Read and analyzed various analyst reports regarding the Specialty Chemical Industry. | 0.9 |
| 6-Mar | 2 | Prepared various analyses related to Specialty Chemical Industry for inclusion in Business Plan report to the Committee. | 1.4 |
| 6-Mar | 2 | Prepared and edited sections of 2003 Business Plan report to the Committee. | 2.1 |
| 7-Mar | 2 | Prepared sensitivity analysis of the impact of changes in oil and natural gas prices on gross margin for Davison and GPC Divisions. | 1.6 |
| 7-Mar | 2 | Prepared and edited sections of 2003 Business Plan report to the Committee. | 1.5 |
| 7-Mar | 4 | Updated hypothetical recovery analysis. | 0.9 |
| 10-Mar | 2 | Prepared and edited sections of 2003 Business Plan report to the Committee. | 1.9 |

| 10-Mar | 2 | Prepared various analyses related to Specialty Chemical Industry for inclusion in Business Plan report to the Committee. | 2.7 |
|---|---|---|---|
| 11-Mar | 2 | Prepared and edited sections of 2003 Business Plan report to the Committee. | 2.8 |
| 11-Mar | 2 | Prepared various analyses related to Specialty Chemical Industry for inclusion in Business Plan report to the Committee. | 2.4 |
| 12-Mar | 11 | Participated in Committee meeting prior to and after Debtors' presentation of FY 2003 Plan to the Committee. | 2.1 |
| 12-Mar | 11 | Participated in Debtors' presentation to the Committee. | 4.0 |
| 19-Mar | 4 | Read and analyzed Debtors' 10K filing. | 2.4 |
| 20-Mar | 3 | Read and analyzed information pertaining to Debtors' "Mob Squad" acquisition. | 1.3 |
| 26-Mar | 16 | Read and edited response to fee auditor for the 7th interim period. | 0.8 |
| 26-Mar | 3 | Read and analyzed information pertaining to Debtors' "Mob Squad" acquisition. | 1.7 |
| | | **Total Hours** | 46.0 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Mar | 2 | Continued to prepare division-level analyses for inclusion in the 2003 Business Plan report to the Committee. | 4.1 |
| 3-Mar | 4 | Read and edited report to Committee regarding revised DIP. | 1.7 |
| 4-Mar | 2 | Prepared sensitivity analyses for inclusion in the 2003 Business Plan report to the Committee. | 6.4 |
| 4-Mar | 2 | Prepared discussion of pension impacts for inclusion in the 2003 Business Plan report to the Committee. | 2.1 |
| 5-Mar | 2 | Prepared updates to schedules for inclusion in the 2003 Business Plan report to the Committee. | 7.2 |
| 6-Mar | 2 | Prepared commentary for inclusion in the 2003 Business Plan report to the Committee. | 9.5 |
| 7-Mar | 2 | Prepared analyses regarding energy pricing impacts for inclusion in the 2003 Business Plan report to the Committee. | 5.4 |
| 7-Mar | 4 | Read and analyzed recent court docket items. | 0.6 |
| 7-Mar | 16 | Prepared February fee application. | 1.1 |
| 10-Mar | 4 | Prepared documents for review at the March 12th Committee meeting. | 1.4 |
| 10-Mar | 2 | Continued to prepare schedules and commentary for inclusion in the 2003 Business Plan report to the Committee. | 5.7 |
| 10-Mar | 4 | Read and analyzed recent news articles regarding asbestos litigation. | 0.9 |
| 10-Mar | 4 | Read and analyzed recent court docket items. | 0.3 |
| 11-Mar | 2 | Updated schedules and commentary included in the 2003 Business Plan report to the Committee. | 8.5 |
| 12-Mar | 2 | Updated 2003 Business Plan report for edits and prepared distribution to the Committee. | 7.9 |
| 14-Mar | 4 | Read and analyzed recent court docket items. | 1.2 |

| | | | |
|---|---|---|---:|
| 14-Mar | 4 | Read and analyzed Debtors' latest 10K filing. | 1.4 |
| 17-Mar | 4 | Continued to read and analyze Debtors' latest 10K filing. | 1.0 |
| 17-Mar | 4 | Read and analyzed recent asbestos litigation news reports. | 1.6 |
| 18-Mar | 4 | Continued to read and analyze Debtors' latest 10K filing. | 4.1 |
| 18-Mar | 4 | Continued to read and analyze recent asbestos litigation news reports. | 1.7 |
| 21-Mar | 16 | Continued to prepare February fee application. | 0.9 |
| 25-Mar | 3 | Read and analyzed information provided by Debtors regarding pending acquisition "Mod Squad." | 3.8 |
| 25-Mar | 16 | Prepared response to fee auditor regarding 7th interim period. | 3.1 |
| 26-Mar | 4 | Continued to read and analyze recent asbestos litigation news reports. | 3.9 |
| 26-Mar | 3 | Prepared information request regarding pending acquisition. | 2.2 |
| 27-Mar | 16 | Updated response to fee auditor regarding 7th interim period. | 0.4 |
| 27-Mar | 16 | Continued to prepare February fee application. | 0.7 |
| 27-Mar | 4 | Continued to read and analyze recent asbestos litigation news reports. | 3.2 |
| 31-Mar | 16 | Continued to prepare February fee application. | 0.8 |
| 31-Mar | 3 | Read and analyzed Debtors' financial model regarding pending | 4.4 |
| | | **Total Hours** | 97.2 |

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Christina Whitney
### For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|---|---|---|---|
| 3-Mar | 2 | Summarized the Debtors' three-year performance trend compared to that of its peers. | 4.5 |
| 4-Mar | 2 | Drafted commentary and observations on the Debtors' performance trend compared to that of its peers for inclusion in the report to the Committee on the Debtors' 2003 operating plan. | 9.2 |
| 5-Mar | 2 | Prepared analysis and schedules pertaining to the Debtors' 2003 projected cash flows. | 4.3 |
| 5-Mar | 2 | Drafted commentary and observations on the Debtors' 2003 projected cash flows for inclusion in the report to the Committee on the Debtors' 2003 operating plan. | 4.7 |
| 6-Mar | 4 | Updated the hypothetical recovery analysis to reflect final 2002 performance and the three-year cash flow projections. | 8.9 |
| 7-Mar | 4 | Finalized changes to the hypothetical recovery analysis. | 2.7 |
| 7-Mar | 2 | Edited the report to the Committee on the Debtors' 2003 operating plan and updated the report to reflect reviewer comments. | 4.2 |
| **Total Hours** | | | 38.5 |

# Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Mar | 4 | Analyzed unused commitment fees associated with recent loan facilities in the marketplace regarding Amendment to Company's DIP facility. | 0.8 |
| 12-Mar | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos-related industry. | 1.9 |
| 31-Mar | 4 | Performed analysis of recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors | 1.3 |
| | | **Total Hours** | 4.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Moira DeSalvio
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Mar | 4 | Performed search for analysts' reports form Goldman Sachs, Merrill Lynch, and other industry related documents on Chemical and Specialty Chemical industries. | 1.0 |
| 12-Mar | 4 | Obtained and analyzed court filing document. | 0.5 |
| 25-Mar | 4 | Searched websites of investment banking research firms for statistics on the Building Materials industry. | 0.8 |
| | | **Total Hours** | 2.3 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Mar | 4 | Located various sources of macro economic statistics and updated analysis for current and forecast economic statistics. | 1.3 |
| 7-Mar | 4 | Analyzed debt capacity and leverage ratios for peer group companies. | 1.7 |
| 31-Mar | 4 | Gathered recent analysts' reports on peer group companies. | 0.5 |
| | | | 3.5 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Mar | 16 | Processed professional fee application for February. | 0.9 |
| 7-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 7-Mar | 8 | Downloaded from Bankruptcy court website, specific motions pertaining to case as requested by team member. | 0.2 |
| 10-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 10-Mar | 8 | Prepared distribution of Debtors' monthly report to the Committee. | 1.0 |
| 10-Mar | 16 | Processed professional fee application for February. | 0.9 |
| 10-Mar | 8 | Prepared binder of materials related to upcoming court hearing for E. Ordway. | 0.4 |
| 11-Mar | 8 | Copied and bound 2003 Business Plan report for distribution to the Committee. | 1.4 |
| 12-Mar | 8 | Retrieved files for copying for case team member. | 0.3 |
| 12-Mar | 8 | Filed documents received by team into case database. | 0.2 |
| 12-Mar | 8 | Continued to copy and bind 2003 Business Plan report for distribution to the Committee. | 0.6 |
| 14-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 19-Mar | 16 | Processed professional fee application for February. | 1.0 |
| 24-Mar | 16 | Processed professional fee application for February. | 2.1 |
| 25-Mar | 16 | Processed professional fee application for February. | 0.7 |
| 26-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 27-Mar | 16 | Processed professional fee application for February. | 1.1 |

| 27-Mar | 8 | Filed documents received by team into case database. | 1.6 |
| 27-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 28-Mar | 16 | Proofread and edited professional fee application for February. | 0.4 |
| 31-Mar | 8 | Filed documents received by team into case database. | 0.6 |
| | | **Total Hours** | 14.6 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period March 1, 2003 through March 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 525.00 |
| External | | |
| Telecommunications: | | |
| Telephone | | 79.57 |
| Toll Charges | | 21.87 |
| Facsimile | | 10.00 |
| Postage, Federal Express, Airborne | | 16.60 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | 116.00 |
| Meals | | - |
| Total Expenses | $ | 769.04 |

**Invoice**

W.R. GRACE & CO. <u>ET. AL.</u>
Detail of Expenses by Type of Expense
For the period March 1, 2003 through March 31, 2003

| | | | | |
|---|---|---|---|---|
| <u>Copies, Internal</u> | 3,500 | pages @ $0.15/page: | $ | 525.00 |
| <u>Facsimile Charges:</u> | 10 | pages @ $1.00/page: | | 10.00 |
| <u>Telephone Charges:</u> | | | | 79.57 |
| <u>Toll Charges:</u> | | Subscriptions and Online research fees | | 21.87 |
| <u>Postage, Federal Express:</u> | 19-Mar | Airborne | | 11.34 |
| aaaa | 19-Mar | Airborne | | 5.26 |
| <u>Transportation, lodging, tolls, parking and mileage:</u> | | | | - |
| | 23-Mar | S. Cunningham | Mileage | 24.00 |
| | 23-Mar | S. Cunningham | Parking | 65.00 |
| | 31-Mar | E. Ordway | Parking | 27.00 |
| <u>Meals:</u> | | | | - |
| <u>Total</u> | | | $ | 769.04 |