IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-1139 through 01-1200 (JJF) |
| W. R. GRACE & CO., et al., | Jointly Administered |
| Debtors. | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SPECIAL NOTICE**

**PLEASE TAKE NOTICE THAT** NL Industries, Inc., hereby appears in the above captioned case by its counsel, as set forth below, and enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be served upon the following counsel:

>John V. Fiorella, Esquire (ID #4329)
>Archer & Greiner, P.C.
>1300 North Market Street
>Suite 700
>Wilmington, DE  19801
>Telephone No. (302) 777-4350
>Facsimile No. (302) 777-4352
>E-mail:  jfiorella@archerlaw.com

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, including notice of rejection of leases, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telecopy or otherwise filed or made with regard to the referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance nor any pleading, claim or suit shall waive (1) the right to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which NL Industries, Inc., may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments NL Industries, Inc., expressly reserves.

Dated:  May 6, 2003

                                     ARCHER & GREINER
                                     A Professional Corporation


                                     By      /s/ John V. Fiorella
                                             John V. Fiorella (No. 4329)
                                             1300 North Market Street, Suite 700
                                             Wilmington, DE  19801
                                             Telephone No. (302) 777-4350
                                             Facsimile No. (302) 777-4352
                                             E-mail:  jfiorella@archerlaw.com

                                             Delaware Counsel to NL Industries, Inc.

1200114v1v1