## CERTIFICATION OF SERVICE

**PLEASE TAKE NOTICE** that on May 6, 2003, a copy of the Notice of Appearance and

Request for Special Notice was served by United States First Class Mail, with postage prepaid,

upon all parties on the attached Service List.

/s/ John V. Fiorella

JOHN V. FIORELLA

Dated: May 6, 2003

*Section Break (Next Page)*

## W. R. GRACE & CO., ET AL., DEBTORS
## CHAPTER 11, USBC NO. 01-01139-JKF
## SERVICE LIST

James H.M. Sprayregen, Esquire
James W. Kapp, III, Esquire
Samuel A. Schwartz, Esquire
Roger J. Higgins, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Counsel for Debtors

Laura Davis Jones, Esquire
Hamid R. Rafatjoo, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones, PC
919 North Market Street, 16th Floor
PO Box 8705
Wilmington, DE 19899-8705
Counsel for Debtors

Scott Baldwin, Jr., Esquire
Baldwin & Baldwin, LLP
400 West Houston Street
Marshall, TX 75670
Counsel for Baldwin & Baldwin

Neil Matthew Berger, Esquire
Togut, Segal & Segal, LLP
1 Penn Plaza, Suite 3335
New York, NY 10119
Counsel for Enron Energy Services

Barbara Billet
Deputy Commissioner and Counsel
Department of Taxation and Finance
340 East Main Street
Rochester, NY 14604
Counsel for New York State Department of
Taxation

Office of U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Charles J. Brown, Esquire
Elzufon Austin Reardon Tarlov & Mondell

Noel C. Burnham, Esquire
Montgomery, McCracken Walker & Rhoads

300 Delaware Avenue, 17th Floor
PO Box 1630
Wilmington, DE  19899
Counsel for Mechanic's Lien Claimants,
Zonolite Attic Insulation Class Plaintiffs,
Lukins & Annis, P.S.

300 Delaware Avenue, Suite 750
Wilmington, DE  19801
Counsel for Novak Landfill RD/RA Group (other
than W.R. Grace)

Michael G. Busenkell, Esquire
Morris, Nicholas, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE  19899
Counsel for Travelers Casualty and Surety
Company, Travelers Indemnity Insurance Co.

David E. Cherry, Esquire
Campbell-Cherry-Harrison-Davis-Dove
PO Box 21387
Waco, TX  76702-1387
Counsel for Campbell, Cherry, Harrison, Davis &
Dove, P.C.

Lisa Lynn Coggins
Ferry, Joseph, Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE  19801
Counsel for Official Committee of Asbestos
Property Damage Claimants

Elaine Z. Cole, Esquire
Deputy Commissioner & Counsel
Dept. of Taxation & Finance
340 E. Main Street
Rochester, NY  14604
Counsel for New York State Department of
Taxation & Finance

Mark D. Collins, Esquire
Richards Layton & Finger
P.O. Box 551
Wilmington, DE  19899-0551
Counsel for Bank of America, N.A.

L. Jason Cornell, Esquire
Fox, Rothschild, O'Brien & Frankel
824 N. Market Street
Suite 810
P.O. Box 2323
Wilmington, DE  19899-2323
Counsel of Timothy Kane

Richard Craig, Esquire
Office of the Attorney General
Collection Division – Bankruptcy Section
P.O. Box 12548
Austin, TX  78711-2548
Counsel for Texas Comptroller of Public
Accounts

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West St., Suite 1410
Wilmington, DE  19801
Counsel for Official Committee of Equity
Holders, Official Committee of Equity Security
Holders

Michael S. Davis, Esquire
575 Lexington Avenue
New York, NY  10022
Counsel for National Union Fire Insurance
Company

Steven T. Davis, Esquire
Obermayer, Rebmann, Maxwell & Hippel, LLP
716 Tatnall Street
Wilmington, DE  19899
Counsel for Unofficial Committee of Select
Asbestos Claimants

Kathleen Marshall DePhillips, Esquire
Pachulski Stang Ziehl Young & Jones PC
919 N. Market Street
15th Floor
Wilmington, DE  19801
Counsel for Kirkland & ELlis

John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
Representing First Union Commercial
Corporation and Kent Holding, LLC

Stephen Donato, Esquire
1500 MONY Tower I
P.O. Box 4976
Syracuse, NY  13221-4976
Counsel for Weedsport Associates, LLC and
Crossroads Industrial Park, Inc.

Kristi J. Doughty, Esquire
Whittington & Aulgur
313 N. Dupont Hwy
Suite 110
Odessa, DE  19730
Counsel for Toyota Motor Credit Corporation

Timothy P. Dowling, Esquire
Gary, Themasson, Hall & Marks, P.C.
210 S. Carancahua
Suite 500
Corpus Christi, TX  78401
Counsel for Corpus Christi Gasket &
Fasterner, Inc.

Robert L. Eisenbach, III, Esquire
Cooley Godward LLP
One Maritime Plaza
20th Floor
San Francisco,  CA 94111-3580
Counsel for Siebel Systems, Inc.

William W. Erhart, Esquire
300 Delaware Avenue
Suite 1130
P.O. Box 234
Wilmington, DE  19899-0234
Counsel for Wesconn Co., Inc.

Brett Fallon, Esquire
Morris, James, Hitchens & Williams
222 Delaware Avenue
10th Floor
Wilmington, DE  19801
Counsel for Caterpillar Financial Services
Corporation

Shery Ruggiero Fallon, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Suite 1100
Wilmington, DE  19801
Counsel for Home Savings Termite Control,
Inc. and Wayne-Morris

W. Wallace Finlator, Jr., Esquire
N.C. Department of Justice
114 W. Edenton St.
P.O. Box 629
Raleigh, NC  27602-0629
Counsel for Superfund Section of Division of
Waste Management of N. Carolina Dept. of
Environment & Natural Resources

John K. Fiorilla, Esquire
390 George Street
P.O. Box 1185
New Brunswick, NJ  08903
Counsel for The Burlington Northern and
Santa Fe Railway Company

Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 N. Central Ave.
Suite 2400
Phoenix, AZ  85004
Counsel for Westcor

David Earl Flowers, Esquire
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1100
St. Paul, MN  55101-2128
Counsel for State of Minnesota

Stephanie Ann Fox, Esquire
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE  19801
Counsel for Carol Gerard, Alfred Pennock, et al.,
and Billie Schull, et al.

James Donald Freeman, Esquire
US Department of Justice
999 18th Street
Suite 945N
Denver, CO  80202
Counsel for United States of America

Barbara Fruehauf, Esquire
Cattie & Fruehauf
1201 Orange Street
Suite 502
Wilmington, DE  19801
Counsel for Hartford Accident and Indemnity
Company, et al.

Ben Furth, Esquire
201 Sansome Street
Suite 1000
San Francisco, CA  94104
Counsel for William Pat Harris

Paula Ann Galbraith, Esquire
Pachulski Stang Ziehl Young and Jones, PC
919 North Market Street
16th Floor
Wilmington, DE  19801
Counsel for W.R. Grace & Co. and Kirkland &
Ellis

Lisa M. Golden, Esquire
Jaspan Schlesinger Hoffman
300 Garden City Plaza
Garden City, NY  11530
Counsel for Jay Peak LLC

Douglas Gordon, Esquire
607 Market Street
Suite 103
Knoxville, TN  37902
Counsel for City of Knoxville

Ronald D. Gorsline, Esquire
1000 Tallan Building
Two Union Square
Chattanooga, TN  37402-2552
Counsel for Lawson Electric Co., Inc.

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Ave., 8th Floor
Suite 800
Wilmington, DE  19801
Counsel for American Real Estate Holdings,
Limited Partnership

Kurt F. Gwynne, Esquire
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE  19801
Counsel for Special Asbestos Products
Liability Defense Counsel

Jarrett L. Hale, Esquire
The Bleakley Law Firm
101 E. Kennedy Boulevard, Suite 1100
Tampa, FL  33602
Counsel for Richard Nozemack

Brian L. Hansen, Esquire
1600 Atlanta Financial Center
3343 Peachtree Rd., N.E.
Atlanta, GA  30326
Counsel for Daleen Technologies, Inc.

William K. Harrington, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801
Counsel for Official Committee of Unsecured
Creditors

Margaret A. Holland, Esquire
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
PO Box 106
Trenton, NJ  08626-0106
Counsel for New Jersey Director, Division of
Taxation

Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE  19801
Counsel for Caplin & Drysdale, Chartered,
Official Committee of Asbestos Personal Injury
Claimants

Edward L. Jacobs, Esquire
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070
Counsel for Grau James and Anna, Harry Grau
& Sons, Inc.

Bruce E. Jameson, Esquire
Prickett, Jones & Elliott
1310 King Street
Wilmington, DE  19801
Counsel for Abner Defendants

Harvey N. Jones, Esquire
999 Westview Drive
Hastings, MN  55033
Counsel for James and Doris McMurchie

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE  19899-8705
Counsel for W.R. Grace & Co., Pachulski, Stang,
Ziehl, Young & Jones P.C., Nelson Mullins Riley
& Scarborough, L.L.P., Casner & Edwards LLP

Christopher J. Kayser, Esquire
U.S. Department of Justice, Tax Div.
P.O. Box 227
Ben Franklin Station
Washington, DC  20044
Counsel for United States Internal Revenue
Service

Richard Allen Kueler, Jr., Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE  19801
Counsel for Special Asbestos Products Liability
Defense Counsel

Barry D. Kleban, Esquire
1900 Two Penn Center Plaza
Philadelphia, PA  19103
Counsel for AON Consulting

Steven K. Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Suite 1000

Wilmington, DE  19801
Counsel for Carol Gerard, Alfred Pennock, et al.,
and Billie Schull, et al.


Carl N. Kunz, III, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
Wilmington, DE  19801
Counsel for Holme Roberts & Owen LLP

Courtney M. Labson, Esquire
1300 Wilson Boulevard
Suite 400
Arlington, VA  22209
Counsel for Ontario Mills Limited Partnership

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801-1246
Counsel for Official Committee of Unsecured
Creditors; FTI Policano & Manzo, Duane
Morris LLP, Stroock & Stroock & Lavan LLP,
W.R. Grace & Co., Official Committee of
Unsecured Creditors of W.R. Grace & Co., et al.

Nicholas J. LePore, III, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Suite 3600
Philadelphia, PA  19103
Counsel for Louis S. Robles

Neal J. Levitsky, Esquire
Agostini Levitsky Isaacs & Kvlesza
824 N. Market Street, Suite 810,
PO Box 2323
Wilmington, DE  19899-2323
Counsel for Timothy Kane, BMW Constructors,
Inc.

Joseph Walter Lind, Esquire
Sierra Asset Management
2699 White Road
Suite 255
Irvine, CA  92614
Counsel for Sierra Asset Management, LLC

Sonya M. Longo, Esquire
Budd Larner Rosenbaum Greenberg & Sade
150 JFK Parkway, CN 1000
Short Hills, NJ  07078-0999
Counsel for Budd Larner Rosenbaum Greenberg
& Sade, P.C.

Aileen F. Maguire, Esquire
Campbell & Levine
800 King Street
Suite 300
Wilmington, DE  19801
Counsel for Official Committee of Asbestos
Personal Injury Claimants, Legal Analysis
Systems, Inc., Campbell & Levine, LLC, Caplin
& Drysdale, Chartered, Official Committee of
Asbestos Personal Injury Claimants, L. Tersigni
Consulting, P.C.

Kathleen P. Makowski, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410

Mary M. Maloney Huss, Esquire
Wolf, Block, Schorr & Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street

Wilmington, DE  19801
Counsel for Official Committee of Equity
Holders

Suite 1001
Wilmington, DE  19801
Counsel for General Electric Company

Kevin J. Mangan, Esquire
Monzack and Monaco P.A.
1201 Orange Street, Suite 400
Wilmington, DE  19801
Counsel for Honeywell International, Inc.,
General Electric Capital Corporation

Christina M. Maycen, Esquire
Morris James Hitchens & Williams LLP
222 Delaware Avenue
10th Floor
Wilmington, DE  19801
Counsel for Caterpillar Financial Services
Corporation, DK Acquisition Partners, L.P.

Katharine L. Mayer, Esquire
McCarter & English
919 Market Street
Suite 1800
Wilmington, DE  19801
Counsel for Zonolite Attic Insulation Class
Plaintiffs

Thomas Moers Mayer, Esquire
919 Third Avenue
New York, NY  10022
Counsel for Official Committee of Equity
Holders

Keavin D. McDonald, Esquire
1221 McKinney
Suite 4550
Houston, TX  77010
Counsel for Asbestos Claimants

Scotta Edelen McFarland, Esquire
Pachulski Stang Ziehl Young & Jones PC
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA  90067
Counsel for Casner & Edwards, LLP, Nelson
Mullins Riley & Scarborough, L.L.P., W.R.
Grace & Co., Wallace King Marraro & Branson,
W.R. Grace & Co. a/k/a Grace, Pitney Hardin
Kipp & Szuch LLP

Rachel B. Mersky, Esquire
Walsh, Monzack & Monacco, P.A.
1201 Orange St.
Suite 400
Wilmington, DE  19801
Counsel for Union Tank Car Company

Richard M. Meth, Esquire
Pitney, Hardin, Kipp & Szuch LLP
200 Campus Drive
Florham Park, NJ  07932
Counsel for Carteret Venture

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899
Counsel for Pricewaterhouse Coopers LLP

Rick S. Miller, Esquire
Ferry & Joseph
824 Market Street
Suite 904
Wilmington, DE  19899
Counsel for Official Committee of Asbestos
Property Damage Claimants, W.D. Hilton, Jr.

Page Break

Mark Minuti, Esquire
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE  19899
Counsel for Saul Ewing LLP

Afshin Miraly, Esquire
Law Department - City Hall
93 Highland Avenue
Somerville, MA  02143
Counsel for city of Somerville, Massachusetts

Christopher Momjian, Esquire
Attorney General
21 S. 12th Street
3rd Floor
Philadelphia, PA  19107
Counsel for Commonwealth of Pennsylvania,
Department of Revenue

Amy J. Murphy, Esquire
77 Broadway
Suite 112
Buffalo, NY  14203-1670
Counsel for State of New York, Department of
Taxation and Finance

Francis J. Murphy, Esquire
Murphy, Spadaro & Landon
824 N. Market Street, Ste 700
Wilmington, DE  19899
Counsel for kpmg

Ricardo Palacio, Esquire
Ashby & Geddes, P.A.
222 Delaware Avenue
17th Floor
Wilmington, DE  19801
Counsel for National Union Fire Insurance Co.

Anthony F. Parise, Esquire
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853
Counsel for Cornell Office of University
Counsel and Secretary of the Corporation

Gerard G. Pecht, Esquire
1301 McKinney
Suite 5100
Houston, TX  77010-3095
Counsel for Kaneb Pipe Line Operating
Partnership, L.P. and Support Terminal
Services, Inc.

Frank J. Perch, Esquire
844 King Street
Suite 2313
Lockbox 35
Wilmington, DE  19801
Counsel for United States Trustee for Region 3

Joel L. Perrell Jr., Esquire
Miles & Stockbridge P.C.
10 Light Street
Baltimore, MD  21202
Counsel for Niro, Inc.

Ted N. Pettit, Esquire
Case Bibelow & Lombardi
A Law Corporation
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, HI  96813
Counsel for William B. Dunbar

Allison E. Reardon, Esquire
Delaware Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE  19801
Counsel for Delaware Division of Revenue

Sheldon K. Rennie, Esquire
Fox Rothschild O'Brien & Frankel
919 Market Street
Suite 1400
Wilmington, DE 19801
Counsel for Yessenia Rodriguez & Carlos
Nieves

James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Counsel for Reed Smith LLP

Lori Gruver Robertson, Esquire
Linebarger Goggan
PO Box 17428
Austin, TX 78760
Counsel for Ben Bolt-Palito-Blanco ISD, et al.

Brad Q. Rogers, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street NW
Suite 340
Washington, DC 20005-4026
Counsel for Pension Benefit Guaranty
Corporation ("PBGC")

Martha E. Romero, Esquire
7743 S. Painter Avenue
Suite E
Whittier, CA 90602
Counsel for County of San Diego California

Frederick B. Rosner, Esquire
Jaspen Schlesinger Hoffman
1201 North Orange Street
Suite 1001
Wilmington, DE 19801
Counsel for Honeywell International, Inc.

Patrick Scanlon, Esquire
Law Offices of Patrick Scanlon
203 NE Front Street
Suite 101
Milford, DE 19963
Counsel for Edythe Kellogg

Scott Andrew Shail, Esquire
Hogan & Hartson
555 Thirteenth St., N.W.
Washington, DC 20004
Counsel for Hartford Accident and Indemnity
Company, et al.

Maurie J. Shalmone, Esquire
Longacre Master Fund LTD
1700 Broadway
Suite 1403
New York, NY 10019
Counsel for Longacre Master Fund, Ltd.

Andrea Sheehan, Esquire
4411 North Central Expressway
Dallas, TX 75205
Counsel for Carrollton-Farmers Branch
Independent School District

Craig A. Slater, Esquire
One HSBC Center
Suite 3550
Buffalo, NY 14203-2884
Counsel for GTE Operations Support, Inc.

Warren Howard Smith, Esquire
Warren H. Smith & Associates, P.C.
900 Jackson Street
120 Founders Square
Dallas, TX 75202
Counsel for Warren H. Smith & Associates,
P.C.

Christopher S. Sontchi, Esquire

Rosalie L. Spelman, Esquire

Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
Counsel for Official Committee of Asbestos
Personal Injury Claimants

Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Counsel for W.R. Grace & Co.

Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Counsel for Chase Manhattan Bank

Robert F. Stewart, Jr., Esquire
Dilworth Paxson, LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
Counsel for Anne Marie P. Kelley.

William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Counsel for Chevron U.S.A., Inc.

William David Sullivan, Esquire
Elzufon, Austin, Reardon, Tarlov & Mondell
300 Delaware Avenue
Suite 1700
Wilmington, DE 19801
Counsel for Zonolite Attic Insulation Class
Plaintiffs, John and Margery Prebil, Marco
Barbanti, Paul Price, Ralph Busch, Richardson
Patrick Westbrook & Brickman, LLC, Lukins &
Annis, P.S., Elzufon, Austin, Reardon, Tarlov &
Mondell, P.A.

Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
Wilmington, DE 19899
Counsel for Official Committee of Asbestos
Property Damage Claimants

Sanjay Thapar, Esquire
Pitney, Hardin, Kipp & Szuch, LLP
711 3rd Avenue
20th Floor
New York, NY 10017
Counsel for General Electric Capital
Corporation

Rhonda L. Thomas, Esquire
Klett, Rooney, Lieber & Schorling
Two Logan Square
12th Floor
Philadelphia, PA 19103-2756
Counsel for Official Committee of Equity
Holders

Thomas D. Walsh, Esquire
McCarter & English, LLP
919 North Market Street, Suite 700
Wilmington, DE 19801-0302
Counsel for Wachovia Bank National
Association

Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400

Jeffrey T. Wegner, Esquire
1650 Farnam Street
Omaha, NE 68102-2186

Wilmington, DE  19801
Counsel for Official Committee of Equity
Holders, Sealed Air Corporation, Official
Committee  of Equity Security Holders

Counsel for Gelco Corporation d/b/a GE Capital
Fleet Services

Martin J. Weis, Esquire
Dilworth Paxson, LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA  19103
Counsel for General Electric Railcar Services
Corporation

Janet M. Weiss, Esquire
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY  10166
Counsel for Snack, Inc.

Elizabeth Weller, Esquire
2323 Bryan Street, Suite 1720
Dallas, TX  75201
Counsel for County of Dallas

Rachel Lowy Werkheiser, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE  19801
Counsel for W.R. Grace & Co.

Thomas G. Whalen, Jr., Esquire
Steven & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
Counsel for HanMar Associates, M.L.P.

Christopher Martin Winter, Esquire
Morris, Nichols, Arsht & Tunnell
1201 Market Street
Wilmington, DE  19899-1347
Counsel for National Medical Care, Inc.,
Fresenius Medical Care Holdings, Inc.

John J. Winter, Esquire
Harvey, Pennington, Cabot, Griffith
1835 Market Street, 29th Floor
Philadelphia, PA  19103
Counsel for PPG Industries

Matthew G. Zaleski III, Esquire
Campbell & Levine LLC
Chase Manhatten Center
800 King Street, Suite 300
Wilmington, DE  19801
Counsel for Official Committee of Asbestos
Personal Injury Claimants, Legal Analysis
Systems, Inc., Caplin & Drysdale, Chartered,
Official Committee of Asbestos Personal Injury
Claimants

Michael I. Zousmer, Esquire
Hertz, Schram & Saretsky, P.C.
1760 South Telegraph Road, Suite 300
Bloomfield, MI  48302-0183
Counsel for Perry Plaintiffs

1200114v1