# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Linnea Brown | Partner | Environmental | $400.00 | 99.7 | $39,880.00 |
| Robert Tuchman | Partner | Litigation | $375.00 | 18.2 | $6,825.00 |
| Henry Ipsen | Partner | Environmental | $410.00 | 3.6 | $1,476.00 |
| Kenneth W. Lund | Partner | Environmental | $350.00 | 104.1 | $36,435.00 |
| Jay D. McCarthy | Partner | Environmental | $300.00 | 195.8 | $58,740.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 114.4 | $34,320.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 21.0 | $5,775.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $275.00 | 248.2 | $68,255.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 335.9 | $94,052.00 |
| Elizabeth Rita | Contract Atty | Litigation | $175.00 | 25.2 | $4,410.00 |
| Brent A. Tracy | Associate | Environmental | $240.00 | 13.5 | $3,240.00 |
| Geoffrey M. Barry | Associate | Environmental | $220.00 | 218.9 | $48,158.00 |
| Jennifer Hall | Associate | Environmental | $220.00 | 19.0 | $4,180.00 |
| Allison Crist | Associate | Corporate | $175.00 | 99.7 | $17,447.50 |
| M. Carla Latuda | Paralegal | Environmental | $125.00 | 56.4 | $7,050.00 |
| Joan M. Sherman | Paralegal | Environmental | $125.00 | 91.2 | $11,400.00 |
| Natalie K. Aberle | Paralegal | Environmental | $110.00 | 249.0 | $27,390.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 65.5 | $5,567.50 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 34.5 | $3,622.50 |
| Ann Carroll | Paralegal | Environmental | $125.00 | 115.4 | $14,425.00 |
| Paula Stacey | Paralegal | Environmental | $125.00 | 38.0 | $4,750.00 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 45.8 | $4,122.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 160.3 | $17,633.00 |
| Williams Payne | Info. Spec. | Environmental | $85.00 | 0.5 | $42.50 |
| **TOTAL** | | | | **2373.8** | **$519,196.00** |