# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $146.00 |
| Photocopies | $3,177.72 |
| Facsimiles | $72.00 |
| Long Distance Telephone | $516.94 |
| Outside Courier | $2,338.75 |
| Travel Expense | $15,210.07 |
| Lexis | $8,929.78 |
| IS Overtime | $2,423.76 |
| Outside Reproduction | $2,287.47 |
| Meal Expenses | $2,435.79 |
| Tab Stock | $3.60 |
| Overtime | $6,709.13 |
| Other Expenses | $920.92 |
| Velo Binding | $13.00 |
| Federal Express | $396.08 |
| Temporary Staffing | $0.00 |
| Color Copies | $3,982.55 |
| Secretarial Support | $2,616.25 |
| Postage | $27.30 |
| Professional Billable Services | $747.63 |
| Supplies | $402.79 |
| Research Services | $57.05 |
| **TOTALS** | **$53,414.58** |