# SIGN-IN SHEET

CASE NAME: W. R. Grace
CASE NO.: 01-1139
COURTROOM NO.: 2
DATE: 4/28

**PLEASE PRINT OR TYPE YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Linda M Carmichael | White & Williams LLP | ACE |
| Ricardo Palacio | Ashby & Geddes | National Union |
| Paula Galbraith | Pachulski, Stang, Ziehl, Young, Jones & Weintraub | Debtors |
| Rhonda Thomas | Klett Rooney | Equity Committee |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Marla Eskin | Campbell & Levine | Asbestos Claimants Committee |
| Michael Lastowski | Duane Morris LLP | Trade Committee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |



| | | |
|---|---|---|
| **Paula Galbraith** <pgalbraith@pszyjw.com> | To: | "'rachel_bello@deb.uscourts.gov'" <rachel_bello@deb.uscourts.gov> |
| | cc: | |
| | Subject: | Telephonic Appearances for 4/28 Grace Hearing (12:00) |
| 04/25/2003 11:57 AM | | |

Rachel,

The following parties will be appearing by telephone on Monday for the Grace hearing:

1. Jan Baer, Kirkland & Elllis (Debtors)  (All Matters)(PSZYJW will be present in the courtroom)

2. Michael S. Davis of Zeichner, Ellman & Krause LLP (for National Union Fire Insurance Company of Pittsburgh, PA) (Matter #4)

3. Sander L. Esserman of Stutzman, Bromberg, Esserman & Plifka (for Reaud Morgan & Quinn, Inc. and Environmental Litigation Group, PC) (matter #4)

Ted Tacconelli called regarding an additional party, but I did not get the name. If he provides that information to me before the hearing, I will pass it along.

Paula

Paula A. Galbraith
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street
16th Floor
Wilmington, Delaware 19899-8705
Direct-302-778-6463
Facsimile-302-652-4400