# FEE DETAIL

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1029169
One Town Center Road                     Invoice Date      05/06/03
Boca Raton, FL   33486                   Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              22,630.50

                 TOTAL BALANCE DUE UPON RECEIPT      $ 22,630.50
                                                    ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R Grace & Co.                         Invoice Number      1029169
One Town Center Road                    Invoice Date      05/06/03
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60026
```

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2003

| Date | Name | | Hours |
|------|------|------|-------|
| 03/04/03 | Restivo | Telephone call with D. Kuchinsky (0.4); review collected material (0.6). | 1.00 |
| 03/06/03 | Butcher | Meeting with K. Condo re: 50 state survey of statutes of limitations. | .20 |
| 03/06/03 | Condo | Extensive research for statute of repose and statute of limitation applicability to traditional asbestos property damage claims. | .60 |
| 03/06/03 | Restivo | Telephone call with D. Cameron re: asbestos property damage. | .50 |
| 03/07/03 | Butcher | Review research collected from various sources re: statutes of limitations for 50 state survey. | .40 |
| 03/07/03 | Condo | Extensive research for statute of repose and statute of limitation applicability to traditional asbestos property damage claims. | 1.90 |
| 03/10/03 | Baig | Meet with K. Condo re: research on nullum tempus applicability to traditional asbestos property damage claims. | .10 |
| 03/10/03 | Butcher | Extensive research of statutes of limitations applicability to traditional asbestos property damage claims (0.9);  meeting with K. Condo re: research (0.2). | 1.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029169
60026  Litigation and Litigation Consulting     Page   2
       May 6, 2003

  Date   Name                                                      Hours
-------- -----------                                               -----
03/10/03 Condo              Extensive research for statute of       .20
                            repose and statute of limitation
                            applicability to traditional
                            asbestos property damage claims.

03/10/03 Condo              Extensive research for statute of       .20
                            repose and statute of limitation
                            applicability to traditional
                            asbestos property damage claims.

03/11/03 Butcher            Extensive research of statutes of       .30
                            limitations applicability to
                            traditional asbestos property
                            damage claims.

03/12/03 Baig               Extensive research on nullum          1.50
                            tempus applicability to
                            traditional asbestos property
                            damage claims.

03/12/03 Butcher            Extensive research of statutes of     2.80
                            repose applicability to
                            traditional asbestos property
                            damage claims.

03/13/03 Baig               Extensive research on nullum          3.00
                            tempus applicability to
                            traditional asbestos property
                            damage claims.

03/13/03 Butcher            Extensive research of statutes of     5.30
                            repose applicability to
                            traditional asbestos property
                            damage claims.

03/13/03 Condo              Extensive research for statute of       .20
                            repose and statute of limitation
                            applicability to traditional
                            asbestos property damage claims.

03/14/03 Baig               Extensive research on nullum          2.00
                            tempus applicability to
                            traditional asbestos property
                            damage claims.

03/14/03 Butcher            Extensive research of statutes of       .50
                            repose applicability to
                            traditional asbestos property
                            damage claim.
```

```
172573 W. R. Grace & Co.                        Invoice Number  1029169
60026  Litigation and Litigation Consulting      Page   3
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 03/15/03 | Baig | Extensive research on nullum tempus applicability to traditional asbestos property damage claims. | 3.50 |
| 03/16/03 | Baig | Extensive research on nullum tempus applicability to traditional asbestos property damage claims. | 5.00 |
| 03/17/03 | Baig | Begin to draft chart of research findings on nullum tempus applicability to traditional asbestos property damage claims. | 4.00 |
| 03/17/03 | Butcher | Extensive research of statutes of repose and statutes of limitations applicability to traditional asbestos property damage claims. | 7.30 |
| 03/17/03 | Cameron | Review legal research summaries of affirmative defenses and e-mails regarding same. | .90 |
| 03/17/03 | Condo | Extensive research for statute of repose and statute of limitation applicability to traditional asbestos property damage claims. | 1.00 |
| 03/18/03 | Atkinson | Reviewing docket for various filings in the bankrtupcy matter. | .70 |
| 03/18/03 | Baig | Finish research (4.7) and continue work on chart of research findings (4.8) on nullum tempus applicability to traditional asbestos property damage claims. | 9.50 |
| 03/18/03 | Butcher | Extensive research of statutes of repose and statutes of limitations applicability to traditional asbestos property damage claims. | 6.80 |
| 03/18/03 | Cameron | Review and revise draft legal research summaries (.5); E-mails to R. Finke regarding same (.6). | 1.10 |

```
172573 W. R. Grace & Co.                          Invoice Number  1029169
60026  Litigation and Litigation Consulting       Page   4
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 03/18/03 | Condo | Extensive research for statute of repose and statute of limitation applicability to traditional asbestos property damage claims. | 5.30 |
| 03/19/03 | Atkinson | Reviewing docket for various filings in bankruptcy matter. | 1.20 |
| 03/19/03 | Baig | Supplementary research (2.3) and completing work on chart listing research findings (8.6) on nullum tempus applicability to traditional asbestos property damage claims. | 10.90 |
| 03/19/03 | Butcher | Extensive research of statutes of limitations applicability to traditional asbestos property damage claims. | 3.40 |
| 03/19/03 | Cameron | Review revised research materials regarding affirmative defenses for property damage cases. | .80 |
| 03/20/03 | Atkinson | Reviewing docket for various filings in bankruptcy matter (0.7) and prepare report re: same (0.4). | 1.10 |
| 03/20/03 | Baig | Make revisions to chart listing research findings on nullum tempus applicability to traditional asbestos property damage claims. | 5.00 |
| 03/20/03 | Butcher | Extensive research of statutes of limitations applicability to traditional asbestos property change claims. | 6.70 |
| 03/21/03 | Butcher | Extensive research re: statutes of limitations applicability to traditional asbestos property damage claims. | .20 |
| 03/23/03 | Cameron | Review legal research summary for statute of limitations in property damage claims. | .90 |

```
172573 W. R. Grace & Co.                          Invoice Number  1029169
60026  Litigation and Litigation Consulting       Page   5
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/26/03 | Atkinson | Conference call with K. Hindman, K. Coggan (HRO) re: EPA Cost Recovery documents (1.2), and e-mail to D. Cameron re: same (0.1). | 1.30 |
| 03/31/03 | Butcher | Meeting with K. Condo re: statute of limitations survey. | .10 |
| 03/31/03 | Condo | Extensive research for statute of repose and statute of limitation applicability to traditional asbestos property damage claims. | .50 |
| 03/31/03 | Lord | Update 2002 Service Lists. | .40 |

```
                                               ------
                                  TOTAL HOURS   99.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 1.50 | at $ | 475.00 | = | 712.50 |
| Douglas E. Cameron | 3.70 | at $ | 430.00 | = | 1,591.00 |
| Kathy K. Condo | 9.90 | at $ | 385.00 | = | 3,811.50 |
| Jayme L. Butcher | 35.10 | at $ | 200.00 | = | 7,020.00 |
| S. Zarina Baig | 44.50 | at $ | 200.00 | = | 8,900.00 |
| John B. Lord | .40 | at $ | 145.00 | = | 58.00 |
| Maureen L. Atkinson | 4.30 | at $ | 125.00 | = | 537.50 |

```
                       CURRENT FEES                          22,630.50


                                                          ------------
                       TOTAL BALANCE DUE UPON RECEIPT      $ 22,630.50
                                                          ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


  W. R. Grace                        Invoice Number     1029191
  5400 Broken Sound Blvd., N.W.      Invoice Date       05/06/03
  Boca Raton, FL 33487               Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

```
    Fees                            6,536.00


               TOTAL BALANCE DUE UPON RECEIPT      $ 6,536.00
                                                  ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1029191
5400 Broken Sound Blvd., N.W.            Invoice Date     05/06/03
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60027


==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2003

  Date   Name                                              Hours
-------- -----------                                       -----

03/02/03 Stewart        Non-working travel from Pittsburgh  2.60
                        to Seattle for depositions
                        (one-half time).

03/04/03 Stewart        Non-working travel from Seattle to  2.10
                        Pittsburgh (one-half time).

03/06/03 Cameron        Non-working travel to airport from  4.00
                        Pittsburgh office and to Naples,
                        Florida for meeting with R. Finke
                        and testifying experts (one half
                        time).

03/07/03 Cameron        Non-working travel, return to Ft.   3.00
                        Myers airport and return to office
                        in Pittsburgh (one-half time).

03/10/03 Muha           Non-working travel time - travel    3.40
                        from Pittsburgh to Moscow, Idaho
                        via flights to Seattle, Washington
                        and Pullman, Washington (one-half
                        time).

03/11/03 Muha           Non-working travel time -- Drive    1.30
                        from Moscow, Idaho to Spokane,
                        Washington for Hatch deposition on
                        March 12 (one-half time).

03/12/03 Muha           Non-working travel time -- Drive    1.40
                        to Spokane airport and fly to
                        Seattle, Washington to catch March
                        13 return flight to Pittsburgh
                        (one-half time).

```
172573 W. R. Grace & Co.                        Invoice Number  1029191
60027  Travel-Nonworking                        Page   2
       May 6, 2003
```

```
   Date   Name                                                    Hours
                                                                  -----
-------- -----------
03/13/03 Muha          Non-working travel -- Return                2.60
                       flight from Seattle, Washington to
                       Pittsburgh and return to office in
                       Pittsburgh (one-half time).

                                                              ------
                                             TOTAL HOURS       20.40
```

```
TIME SUMMARY               Hours         Rate          Value
------------------------   ----------------------    -------
Douglas E. Cameron          7.00  at  $  430.00  =   3,010.00
George L Stewart            4.70  at  $  380.00  =   1,786.00
Andrew J. Muha             8.70  at  $  200.00  =   1,740.00

                           CURRENT FEES                          6,536.00

                                                             ------------
                       TOTAL BALANCE DUE UPON RECEIPT         $ 6,536.00
                                                             ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                  Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630


  W. R. Grace                          Invoice Number      1029186
  5400 Broken Sound Blvd., N.W.        Invoice Date      05/06/03
  Boca Raton, FL 33487                 Client Number       172573
```

==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                           91,258.50

               TOTAL BALANCE DUE UPON RECEIPT    $ 91,258.50
                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1029186
5400 Broken Sound Blvd., N.W.            Invoice Date      05/06/03
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2003

   Date   Name                                              Hours
 -------- -----------                                       -----


02/14/03 Miller          Review deposition transcripts of     2.00
                         Paul Price and Ralph Busch in
                         preparation for taking ZAI
                         claimant/homeowner depositions.

02/16/03 Miller          Review deposition transcripts of     4.00
                         Paul Price, Rand Hatch, Ralph
                         Busch and Robert Parks along with
                         file documents from the Barbanti
                         litigation in preparation for
                         taking ZAI claimant/homeowner
                         depositions.

03/01/03 Atkinson        Gather materials for Jayme Butcher     .40
                         re: FOIA requests to EPA

03/01/03 Muha            Draft memo summarizing testimony     2.50
                         given at February 26 Cohen
                         deposition in Boston.

03/02/03 Muha            Review Worden deposition notes.       .50

03/02/03 Stewart         Preparation for homeowner            5.70
                         depositions.

03/03/03 Bentz           Scheduling depositions (.5);         1.80
                         letter to claimants' counsel
                         regarding open discovery issues
                         (.8); review of FOIA requests (.5).

03/03/03 Butcher         Draft FOIA letters to the EPA.       2.50

```
172573 W. R. Grace & Co.                    Invoice Number  1029186
60028  ZAI Science Trial                    Page    2
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 03/03/03 | Cameron | Multiple telephone calls with R. Finke regarding expert meetings and report issues (.6); review materials for depositions (.9); review R. Lee expert report issues (.7); review FOIA requests (.9). | 3.10 |
| 03/03/03 | Muha | Draft summary of deposition of Gladwin Worden. | 2.50 |
| 03/03/03 | Restivo | Update ZAI Science Trial planning memo and schedule. | 1.60 |
| 03/03/03 | Stewart | Final preparation for (2.8), and conducting of (7.2), depositions of Jerri and Sharon Dillon; phone calls with D. Cameron re: same (.4). | 10.40 |
| 03/03/03 | Turkaly | Prepare work-product tools for attorneys to use in homeowner depositions based on historical Grace asbestos litigation files. | .50 |
| 03/04/03 | Atkinson | Gathering documents in preparation for D. Cameron meeting with Morton Corn (2.6); reviewing documents for same from EPA web sites (0.7); gather additional materials for attorneys' preparation for homeowner depositions (1.8). | 5.10 |
| 03/04/03 | Bentz | Conference with G. Stewart regarding Tacoma, Washington depositions. | .50 |
| 03/04/03 | Butcher | Review and revise FOIA letters. | .50 |
| 03/04/03 | Cameron | Prepare and revise draft FOIA requests (1.9); multiple e-mails regarding same (.5); review list of issues and items to provide to consultants (.4); prepare for consultant meetings (1.1); review R. Lee expert issues (.9). | 4.80 |
| 03/04/03 | Flatley | E-mail from/to W. Sparks (.10); e-mails re: Science Trial meeting (.10). | .20 |

| Date | Name | | Hours |
|------|------|---|-------|
| 03/04/03 | Stewart | Working on memorandum re: Dillon depositions (2.7); confer with J. Bentz re: Dillon depositions (.4). | 3.10 |
| 03/05/03 | Atkinson | Collecting, organizing deposition summaries and other discovery responses for preparation for D. Cameron meeting with Debtor's expert (4.2); updating homeowners deposition summary files (.5). | 4.70 |
| 03/05/03 | Bentz | Review of decision in EPA cost recovery action and preparation of memo regarding same (1.5); meeting with J. Restivo and D. Cameron regarding claimants' and debtors' experts (1.5); corresponding with claimants' counsel regarding remaining depositions and conclusion of fact discovery (.8); scheduling depositions (.4); review of FOIA requests (.3). | 4.50 |
| 03/05/03 | Butcher | Review and revise FOIA requests (0.6); research re: where to send request (0.8). | 1.40 |
| 03/05/03 | Cameron | Continued preparation for consultant meetings (.9); review materials in preparation for strategy meeting with J. Restivo (.8); meet with J. Restivo and J. Bentz regarding open issues in ZAI Science Trial planning and division of responsibility for same (1.2); finalize FOIA requests (1.3); multiple e-mails with R. Finke regarding testing and other expert issues (.8). | 5.00 |
| 03/05/03 | Muha | Revise memos summarizing Cohen & Worden depositions (2.2); make arrangements for depositions in Spokane, WA/Moscow, ID (0.9). | 3.10 |
| 03/05/03 | Restivo | Preparation and review of materials for expert discovery. | 2.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029186
60028  ZAI Science Trial                        Page   4
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/05/03 | Stewart | Drafting and revising memo re: Dillon depositions (2.2); additional revisions to first draft (.3). | 2.50 |
| 03/05/03 | Turkaly | Prepare work-product tools for attorneys to use in homeowner depositions based on historical Grace asbestos litigation files. | 1.50 |
| 03/06/03 | Atkinson | Updating ZAI Science Trial witness files (.7); preparing memo index to J. Bentz regarding documents produced to ZAI claimants at Winthrop Square Repository (.8). | 1.50 |
| 03/06/03 | Bentz | Reviewing and revising FOIA requests (.4); scheduling depositions and letter to claimants' counsel regarding same (.5); conference with L. DeMarchi regarding legal research (.3); letter to claimants' counsel regarding videotapes shown to fact witnesses (.2); review of claimants' request for reports (.5). | 1.90 |
| 03/06/03 | Butcher | Prepare FOIA letters to be mailed out. | .80 |
| 03/06/03 | Cameron | Prepare for meeting with testifying consultant (1.0); meet with R. Finke in Naples, Florida regarding same (1.0). | 2.00 |
| 03/06/03 | DeMarchi Sleigh | Meeting with J. Bentz to discuss assignment. | .40 |
| 03/06/03 | Muha | Attend to logistics for Salibury/Hatch depositions in Moscow, ID and Spokane, WA (respectively). | .60 |
| 03/06/03 | Stewart | Confer with A. Muha re: Dillon depositions. | .40 |
| 03/06/03 | Turkaly | Update and preparation of witness materials for attorney use in depositions. | 2.00 |

```
172573 W. R. Grace & Co.                          Invoice Number  1029186
60028  ZAI Science Trial                          Page    5
       May 6, 2003
   Date  Name                                                     Hours
 -------- -----------                                             -----
```

| Date | Name | | Hours |
|------|------|-----|------|
| 03/07/03 | Atkinson | Reviewing files and producing documents regarding Arthur D. Little 1973 studies per R. Turkewitz letter request to J. Bentz (discovery in Science Trial). | .60 |
| 03/07/03 | Bentz | Conference with M. Murphy regarding document production and related issues (.3); review of claimants' counsel's letter regarding purported remaining fact discovery issues (.9); review of document issues (.8). | 2.00 |
| 03/07/03 | Cameron | Prepare for and meet with R. Finke and testifying consultant in Naples, Florida (3.5); prepare summary of meeting (.9). | 4.40 |
| 03/07/03 | Flatley | Letter to J. Wolter (.20); correspondence and e-mails (.20). | .40 |
| 03/07/03 | Muha | Begin reviewing materials in preparation for trips to Moscow, Idaho and Spokane, Washington for homeowner depositions on March 11 and March 12. | 1.10 |
| 03/07/03 | Turkaly | Prepare work-product tools for attorneys to use in homeowner depositions based on historical Grace asbestos litigation files. | 3.00 |
| 03/09/03 | Atkinson | Reviewing database for documents responsive to R. Turkewitz request for information concerning 1973 Arthur D. Little Study (0.7) and meet with J. Bentz regarding same (0.1). | .80 |
| 03/10/03 | Atkinson | Reviewing files regarding ZAI advertisements. | .30 |
| 03/10/03 | Bentz | Conference with W. Sparks regarding discovery issue raised by claimants' counsel (.5); review of document in preparing response to claimants' inquiry regarding discovery (.6). | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029186
60028  ZAI Science Trial                    Page   6
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/10/03 | Cameron | E-mails and telephone call with R. Finke regarding open expert issues (.4); meet with J. Restivo regarding open discovery issues (.3). | .70 |
| 03/10/03 | Miller | Review deposition transcript of Dr. Russ. | 1.80 |
| 03/10/03 | Muha | Review various memos and other materials to prepare for Salibury deposition. | 1.80 |
| 03/10/03 | Restivo | Review transcripts of recent depositions taken in Science Trial matter. | 1.00 |
| 03/10/03 | Turkaly | Review documents regarding content of ZAI advertisements. | 1.00 |
| 03/11/03 | Bentz | Call to M. Murphy regarding claimants' requests for documents (.2); review of correspondence regarding outstanding document issues (.5); review of advertising materials (.5). | 1.20 |
| 03/11/03 | Flatley | Call with R. Senftleben re: status of experts' reports (.40); follow up on R. Senftleben call and review correspondence (.50). | .90 |
| 03/11/03 | Muha | Review materials and supplement outline for K. Salibury deposition (2.5); take deposition of K. Salibury in Moscow, Idaho (3.0); review notes from K. Salibury deposition (1.0); review prior depositions transcripts and other materials in preparation for Hatch deposition (2.7). | 9.20 |
| 03/12/03 | Atkinson | Prepare for and attend meeting with J. Bentz and reviewing Summation database for Wolter documents per Mr. Turkewitz request letter (1.1); e-mail to S. Haines, C. Latuda regarding ZAI discovery database (.7). | 1.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029186
60028  ZAI Science Trial                    Page   7
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|---|------|
| 03/12/03 | Bentz | Preparation of response to claimants' counsel's letter regarding outstanding discovery issues and new requests (2.0); review of documents previously produced (2.1); corresponding with M. Murphy regarding claimants' request for film (.6). | 4.70 |
| 03/12/03 | Cameron | Telephone call with R. Finke regarding outstanding expert issues (.5); review materials from R. Finke re: expert issues (.8). | 1.30 |
| 03/12/03 | Flatley | E-mails and calls re: medical witness testimony for Science Trial (.60); call with R. Senftleben re: same and follow up (.20). | .80 |
| 03/12/03 | Miller | Review of deposition transcripts of Dr. Russ and Mr. Casler. | 1.50 |
| 03/12/03 | Muha | Call D. Cameron re: deposition strategy (0.2); supplement and review deposition outline for Hatch deposition (2.8); take deposition of R. Hatch at office of Lukins & Annis P.S., Spokane, Washington (3.0); review notes from Hatch deposition (1.5). | 7.50 |
| 03/13/03 | Bentz | Conference with W. Sparks regarding factual research issue (.3); conference with M. Murphy regarding document production issues (.3); review of films produced to claimants' counsel (2.0); response to letter to claimants' counsel regarding various discovery issues (1.1). | 3.70 |
| 03/13/03 | Butcher | Analyze Daubert Hearing Transcripts from Armstrong bankruptcy for ZAI hearings. | 1.50 |
| 03/13/03 | Flatley | E-mails and calls re: medical experts situation for Science Trial. | .20 |

```
172573 W. R. Grace & Co.                          Invoice Number  1029186
60028  ZAI Science Trial                          Page   8
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 03/13/03 | Muha | Review and analyze notes from Salibury and Hatch depositions (0.5); discuss depositions with R. Miller and G. Stewart (0.6). | 1.10 |
| 03/14/03 | Bentz | Conference with W. Sparks regarding discovery response (.5); drafting letter responding to various discovery issues and corresponding with Grace regarding same (1.20); review of documents produced to claimants' counsel (1.0). | 2.70 |
| 03/14/03 | Butcher | Analyze Daubert Hearing Transcripts from Armstrong bankruptcy for ZAI hearings. | 6.90 |
| 03/14/03 | Cameron | E-mails regarding discovery issues in Science Trial. | .60 |
| 03/14/03 | DeMarchi Sleigh | Research of product liability law defenses for Debtor's ZAI Science Trial defense. | 1.80 |
| 03/14/03 | Flatley | Begin review of medical witness information for Science Trial (.40); confer with J. Bentz re: letter on same topic (.20). | .60 |
| 03/14/03 | Miller | Review of case law regarding frequency and proximity in asbestos cases. | 2.50 |
| 03/16/03 | Flatley | Reviewing transcripts re: medical expert witnesses. | .80 |
| 03/16/03 | Muha | Begin drafting summary memo re: Salibury and Hatch depositions. | 1.50 |
| 03/17/03 | Bentz | Conference with M. Murphy regarding documents (.3); review of documents regarding research issue (.5); corresponding with Grace regarding supplemental discovery requests (.6); preparation of response to outstanding discovery issues (1.1). | 2.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029186
60028  ZAI Science Trial                    Page    9
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/17/03 | Cameron | Telephone call with R. Finke regarding experts (.2); review NIOSH materials (.4). | .60 |
| 03/17/03 | DeMarchi Sleigh | Research of product liability law defenses for Debtor's ZAI Science Trial defense. | 3.50 |
| 03/17/03 | Muha | Draft and revise summaries of Salibury and Hatch depositions (5.0); review transcripts from Cohen, Worden and Salibury depositions (1.2); discuss issues of law for ZAI Science case with L. DeMarchi Sleigh and J. Restivo (0.5). | 6.70 |
| 03/17/03 | Turkaly | Review P. Peronard documents, potential witness for claimants (2.9); compile list of same for use by attorney in preparation for possible deposition (1.1). | 4.00 |
| 03/18/03 | Atkinson | Update ZAI Science Trial deposition files. | 1.30 |
| 03/18/03 | Bentz | Conference with W. Sparks regarding research issue (.3); revising response to claimants' counsel's letter regarding outstanding discovery issues and correspondence regarding same (1.1); conference with L. Flatley regarding trial preparation (.3); review of research regarding Daubert and previous Daubert hearing (2.0). | 3.70 |
| 03/18/03 | DeMarchi Sleigh | Research of product liability law defenses for Debtor's ZAI Science Trial defense. | 2.50 |
| 03/18/03 | Flatley | Reviewing materials in preparation for medical expert's report (3.10); call with J. Bentz re: status of various Science Trial planning issues (.20); call with J. Restivo re: memorandum on medical experts (.10). | 3.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029186
60028  ZAI Science Trial                    Page  10
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|------|-------|
| 03/18/03 | Turkaly | Review personal documents, potential witness for claimants (2.6); compile list of same for use by attorney in preparation for possible deposition (1.4). | 4.00 |
| 03/19/03 | Bentz | Conference with W. Sparks regarding research issue (.5); conference with J. Butcher and review of drafts regarding Daubert research (.1); review materials regarding prior personal injury case (2.5); corresponding with claimants' counsel regarding expert reports (.7). | 4.80 |
| 03/19/03 | Butcher | Meeting with J. Bentz re: Daubert Hearing Transcript in Armstrong bankruptcy. | .10 |
| 03/19/03 | DeMarchi Sleigh | Research of product liability law defenses for Debtor's ZAI Science Trial defense. | 1.00 |
| 03/19/03 | Flatley | Review medical expert transcripts and other preparation for medical witness reports. | 3.70 |
| 03/19/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI claimants' proposed witness Peronard  for preparation of work-product tools to be used by attorneys in potential deposition. | 5.50 |
| 03/20/03 | Atkinson | Revising Ralph Mold deposition digest for addition to Science Trial file. | .80 |
| 03/20/03 | Bentz | Conference with L. DeMarchi regarding legal research on warning issue (.3); review of materials regarding personal injury case (2.7); corresponding with claimants' counsel regarding outstanding discovery issues (1.0); conference with W. Sparks regarding potential witnesses (.3). | 4.30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029186
60028  ZAI Science Trial                        Page  11
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|--|-------|
| 03/20/03 | DeMarchi Sleigh | Research of product liability law defenses for Debtor's ZAI Science Trial defense. | .70 |
| 03/20/03 | Muha | Analyze materials and draft report on ZAI Science Trial budget situation. | 2.30 |
| 03/20/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI claimants' proposed witness Peronard for preparation of work-product tools to be used by attorneys in potential deposition. | 7.00 |
| 03/21/03 | Bentz | Conferences with M. Murphy and M. Atkinson regarding claimants' supplemental document requests (.7); conference with W. Sparks regarding potential witness (.5); work relating to claimants' expert reports (.8); review of Grace documents in response to claimants' supplemental requests (1.4). | 3.40 |
| 03/21/03 | Cameron | Telephone call with R. Finke regarding open issues (0.3) and follow-up with Reed Smith attorneys regarding areas of responsibility for open expert issues (0.3). | .60 |
| 03/21/03 | Flatley | E-mails on Science Trial scheduling issues (.30); meet with J. Bentz re: same (.20). | .50 |
| 03/21/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI claimants' proposed witness Peronard for preparation of work-product tools to be used by attorneys in potential deposition. | 6.50 |
| 03/22/03 | Bentz | Review of claimants' experts' reports (3.9); corresponding with Grace regarding claimants' experts' reports (.3). | 4.20 |

```
172573 W. R. Grace & Co.                      Invoice Number  1029186
60028  ZAI Science Trial                      Page  12
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/22/03 | Cameron | Review materials relating to ZAI claimants' experts. | .90 |
| 03/23/03 | Cameron | Review ZAI claimants' expert reports. | 1.50 |
| 03/24/03 | Atkinson | Preparation for distribution of claimants' experts' reliance materials and experts reports. | 3.20 |
| 03/24/03 | Bentz | Witness interview and conference with W. Sparks (1.5); preparation of affidavit (2.1); preparation of memorandum regarding privileged documents (1.0); review of correspondence regarding plaintiffs' supplemental requests and work on supplemental requests (1.1); conference with L. Flatley regarding medical expert report (.4); review of claimants' expert reports and reliance materials (1.5). | 7.60 |
| 03/24/03 | Butcher | Phone call to M. Cohn at the EPA re: FOIA request (0.1); e-mail to D. Cameron re: ambiguities in the FOIA requests (0.1). | .20 |
| 03/24/03 | Cameron | Review reliance materials relating to ZAI claimant experts (1.3); multiple e-mails and telephone call with R. Finke and M. Atkinson regarding transmittal of information to Grace experts (.9); review ZAI claimant expert reports (.9); review FOIA request issues (.4). | 3.50 |
| 03/24/03 | Flatley | Call with J. Bentz re: ZAI claimants medical reports (.10); preliminary review of ZAI claimants reports (4.20); call with J. Bentz re: medical and other reports (.20). | 4.50 |
| 03/24/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI claimants' proposed witness Peronard for | 6.00 |

```
172573 W. R. Grace & Co.                      Invoice Number  1029186
60028  ZAI Science Trial                      Page  13
      May 6, 2003
   Date  Name                                                  Hours
 -------- -----------                                          -----
                          preparation of work-product tools

                          to be used by attorneys in
                          potential deposition.

 03/25/03 Atkinson        Make final revisions to digest of     1.90
                          deposition of Ralph Mold (.8);
                          arrangements to provide claimants'
                          expert reports to Grace experts
                          (.8); reviewing files re: Dr.
                          Hughson Declaration and other
                          expert materials (.3).

 03/25/03 Bentz           Letter to claimants' counsel          5.30
                          regarding claimants' experts'
                          reliance materials (.5);
                          conferences with R. Finke and D.
                          Cameron regarding reliance
                          materials (.7); review of
                          outstanding document issues (.7);
                          preparation of affidavit (1.2);
                          review of claimants' experts'
                          reliance materials (1.9); review
                          of privileged document issues with
                          the client (.3).

 03/25/03 Cameron         Review ZAI claimant expert            1.60
                          reliance materials and several
                          e-mails regarding same (1.2);
                          multiple e-mails with R. Finke
                          regarding open expert issues (.4)

 03/25/03 DeMarchi Sleigh Draft memo re:  potential product     6.20
                          liability law defenses available
                          to Debtor in ZAI Science Trial.

 03/25/03 Flatley         Call with R. Senftleben on medical     .60
                          reports (.10); follow up on R.
                          Senftleben call and arrange for
                          information to be sent out to Dr.
                          Hughson (.50).

 03/25/03 Turkaly         Extensive review and summary of       2.00
                          lengthy transcripts from past
                          depositions of ZAI claimants'
                          proposed witness Peronard for
                          preparation of work-product tools
                          to be used by attorneys in
                          potential deposition.
```

```
172573 W. R. Grace & Co.                        Invoice Number  1029186
60028  ZAI Science Trial                        Page  14
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/26/03 | Bentz | Review of record in personal injury action relating to claims made by ZAI claimants (1.5); conference call with Debtors' expert witness (1.7); corresponding with Grace regarding affidavit and reviewing same (.9); review of claimant's expert's reliance materials and correspondence regarding supplying same to debtor's experts (1.4); review of outstanding document issues (.2). | 5.70 |
| 03/26/03 | Cameron | Telephone call with EPA counsel regarding FOIA requests (.4); review FOIA requests (.4); review e-mails relating to discovery issues (.3). | 1.10 |
| 03/26/03 | DeMarchi Sleigh | Continue drafting memo re: potential product liability law defenses available to Debtor in ZAI Science Trial. | 5.70 |
| 03/26/03 | Flatley | E-mails re: status (.20); preparation for medical witness conference call (1.90); conference call with medical witness and Grace attorneys (1.1)'  follow-up with Grace attorneys re: conference call (0.5). | 3.70 |
| 03/26/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI claimants' proposed witness Peronard for preparation of work-product tools to be used by attorneys in potential deposition. | 1.00 |
| 03/27/03 | Atkinson | Transcribing corrections to February 5, 2003 deposition of Elwood Wood. | 1.20 |
| 03/27/03 | Bentz | Reviewing record in personal injury claim relied upon by claimants and corresponding with Grace regarding same (1.8); conference with witness regarding | 4.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029186
60028  ZAI Science Trial                    Page  15
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | affidavit, reviewing affidavit and letter regarding affidavit (1.1); review of legal research (.8); correspondence regarding expert reliance materials (.4). | |
| 03/27/03 | Cameron | Multiple e-mails from J. Bentz regarding expert discovery issues. | .60 |
| 03/27/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI claimants' proposed witness Peronard for preparation of work-product tools to be used by attorneys in potential deposition. | 2.00 |
| 03/28/03 | Atkinson | Drafting letters to Debtors' experts sending materials relied upon by ZAI claimants' experts. | .80 |
| 03/28/03 | Bentz | Conferences with D. Cameron and R. Finke regarding ZAI claimants' experts (.7); continued review of claimants' experts' reliance materials (1.1); review of correspondence from claimants' counsel (.2); review of legal research (1.1). | 3.10 |
| 03/28/03 | Butcher | Extensive review of lengthy Daubert hearing transcripts from Armstrong bankruptcy to prepare for ZAI Daubert hearings. | 9.80 |
| 03/28/03 | Cameron | Review expert reliance materials and telephone call with R. Finke regarding same (1.1); telephone call with R. Finke regarding several Science Trial issues (.5); letters to Debtors' experts (.3); review e-mails regarding expert discovery (.4). | 2.30 |
| 03/30/03 | Cameron | Continued review of claimant expert reports and reliance materials. | 1.50 |

```
172573 W. R. Grace & Co.                      Invoice Number  1029186
60028  ZAI Science Trial                      Page  16
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 03/31/03 | Atkinson | Create indexes to ZAI Claimants' reliance materials files (.5); prepare materials to be forwarded to Dr. Hughson for review (.8); telephone call to Science International (.3) and draft letter (.5) sending Claimants' reliance materials; letter to W. Sparks re: ZAI Claimants' Kilpatrick reliance materials (.5); memo to R. Finke re: Mold deposition transcript and summary (.3); e-mails to EPA/D. Cameron re: FOIA documents (.6). | 3.50 |
| 03/31/03 | Bentz | Confer with Debtors' experts regarding claimants' experts' reliance materials and corresponding with client regarding same (2.6); review of correspondence regarding document issues (.4); review of case file regarding personal injury action and corresponding with client regarding same (1.0); conference with client regarding various discovery issues (.2). | 4.20 |
| 03/31/03 | Cameron | Review expert reports and reliance materials to be used for expert reports (1.8); telephone call with R. Finke regarding same (.4); multiple e-mails to client regarding expert reliance materials (.6); review testing data for expert materials (1.9). | 4.70 |
| 03/31/03 | Flatley | Preparing claimants' medical experts' reliance materials for review by Debtor's medical expert (.80); e-mails and call with J. Bentz re: same (.30); letter to Debtor's medical expert re: same (.20). | 1.30 |
| 03/31/03 | Turkaly | Extensive review and summary of lengthy transcripts from past depositions of ZAI claimants' proposed witness Peronard for preparation of work-product tools | .50 |

```
172573  W. R. Grace & Co.                        Invoice Number  1029186
60028   ZAI Science Trial                        Page  17
        May 6, 2003

   Date   Name                                             Hours
 -------- -----------                                      -----
                        to be used by attorneys in
                        potential deposition.

                                                          ------
                                       TOTAL HOURS        338.30


   TIME SUMMARY              Hours          Rate          Value
 ------------------------   ---------------------        ------
 James J. Restivo Jr.        4.60  at  $  475.00  =     2,185.00
 Lawrence E. Flatley        21.60  at  $  440.00  =     9,504.00
 Douglas E. Cameron         40.80  at  $  430.00  =    17,544.00
 George L Stewart           22.10  at  $  380.00  =     8,398.00
 James W Bentz              77.10  at  $  335.00  =    25,828.50
 Lisa D. DeMarchi Sleigh    21.80  at  $  200.00  =     4,360.00
 Jayme L. Butcher           23.70  at  $  200.00  =     4,740.00
 Andrew J. Muha             40.40  at  $  200.00  =     8,080.00
 Rosa Copeland Miller       11.80  at  $  230.00  =     2,714.00
 Maureen L. Atkinson        27.90  at  $  125.00  =     3,487.50
 Christine H. Turkaly       46.50  at  $   95.00  =     4,417.50


                        CURRENT FEES                    91,258.50
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT $ 91,258.50
                                                      ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number    1029192
  5400 Broken Sound Blvd., N.W.        Invoice Date      05/06/03
  Boca Raton, FL 33487                 Client Number      172573
```

==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

```
    Fees                            3,925.00


               TOTAL BALANCE DUE UPON RECEIPT     $ 3,925.00
                                                 ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                    Tax ID# 25-0749630
```

```
  W. R. Grace                            Invoice Number    1029192
  5400 Broken Sound Blvd., N.W.          Invoice Date      05/06/03
  Boca Raton, FL 33487                   Client Number     172573
                                         Matter Number      60029
```

============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2003

| Date | Name | | Hours |
|------|------|------|-------|
| 03/04/03 | Lord | E-mails to/from P. Lykens re: monthly fee application (.2); draft certificate of service and prepare service for same (.5). | .70 |
| 03/05/03 | Muha | Review Reed Smith's Retention Application to draft notice of rate changes (1.0); make final revisions to fee application (0.7). | 1.70 |
| 03/06/03 | Keuler | Reviewed and revised January monthly fee application (0.3); e-messages wtih D. Cameron re: outstanding fee application (0.5). | .50 |
| 03/06/03 | Lord | Review and revise Reed Smith January 2002 fee application (.7); discuss with R. Keuler re: rates (.2); e-file same (.6); e-mail service for same (.7). | 2.20 |
| 03/06/03 | Muha | Review Fee Auditor's Summary Chart for 6th Quarterly Fee Application. | .20 |
| 03/14/03 | Keuler | Reviewed e-messages re: 7th Quarterly Fee Application and responded to same. | .30 |
| 03/14/03 | Lord | Research docket and draft CNO for Reed Smith Quarterly fee application (.3); e-file same (.3); prepare and perfect service for same (.3); e-mail to A. Muha re: same (.1). | 1.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029192
60029  Fee Applications-Applicant               Page   2
       May 6, 2003
```

| Date | Name | | Hours |
|------|------|------|------|
| 03/14/03 | Muha | Review materials to resolve Science Trial budgeting and billing issues for 20th Monthly Fee Application. | 1.50 |
| 03/15/03 | Muha | Revise portions of February 2003 DBR for 20th Monthly Fee Application. | 2.00 |
| 03/18/03 | Lord | Research docket and respond e-mails from D. Cameron and A. Muha re: Order approving 6th interim fee application. | .40 |
| 03/18/03 | Muha | Revise portions of February 2003 DBR for incorporation into 20th monthly fee application. | 2.00 |
| 03/24/03 | Muha | Revise fee/expense detail for 20th Monthly Fee Application. | 1.30 |
| 03/25/03 | Muha | Revise fee/expense details for 20th Monthly Fee Application. | 1.80 |
| 03/26/03 | Lord | Draft CNO for Reed Smith's January monthly fee application (.3); prepare service for same (.2). | .50 |
| 03/27/03 | Muha | Make additional revisions to fee/expense details for February 2003 fee application. | 2.10 |
| 03/31/03 | Lord | E-mail to/from P. Lykens re: status of fee application. | .20 |
| 03/31/03 | Muha | Gather information from timekeepers to supplement fee/expense details for 20th monthly fee application (1.3); revise fee/expense detail (1.1). | 2.40 |

```
                                                    ------
                                       TOTAL HOURS   20.80
```

```
TIME SUMMARY                Hours        Rate          Value
-----------------------   ----------------------    -------
Andrew J. Muha            15.00  at  $  200.00  =  3,000.00
Richard A. Jr. Keuler       .80  at  $  250.00  =    200.00
John B. Lord               5.00  at  $  145.00  =    725.00
```

172573 W. R. Grace & Co.                      Invoice Number  1029192
60029  Fee Applications-Applicant            Page    3
       May 6, 2003

                        CURRENT FEES                          3,925.00


                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $ 3,925.00
                                                     =============