# EXPENSE DETAIL

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
  W.R Grace & Co.                     Invoice Number      1029212
  One Town Center Road                Invoice Date      05/06/03
  Boca Raton, FL   33486              Client Number      172573
```

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


    Expenses                          2,629.65

                TOTAL BALANCE DUE UPON RECEIPT      $ 2,629.65
                                                          ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1029212
One Town Center Road                     Invoice Date      05/06/03
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

       Telephone Expense                        8.25
       Documentation Charge                    59.10
       Duplicating/Printing                   384.20
       Westlaw                                969.05
       Postage Expense                         10.95
       Courier Service                        127.50
       Outside Duplicating                  1,070.60

                      CURRENT EXPENSES                    2,629.65
                                                      -------------

                      TOTAL BALANCE DUE UPON RECEIPT    $ 2,629.65
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1029212
One Town Center Road                         Invoice Date      05/06/03
Boca Raton, FL   33486                       Client Number       172573
                                             Matter Number        60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/08/03 | 561-362-1533/BOCA RATON, FL/16 | .91 |
| 01/08/03 | 609-514-5947/PRINCETON, NJ/8 | .51 |
| 01/08/03 | 609-514-5947/PRINCETON, NJ/2 | .11 |
| 01/09/03 | 609-514-5947/PRINCETON, NJ/12 | .68 |
| 01/09/03 | 609-514-5947/PRINCETON, NJ/2 | .17 |
| 01/14/03 | 561-362-1533/BOCA RATON, FL/22 | 1.25 |
| 01/16/03 | 561-362-1533/BOCA RATON, FL/1 | .11 |
| 01/16/03 | 724-387-1869/EXPORT, PA/18 | 1.33 |
| 01/30/03 | 646-658-1286/NEW YORK, NY/7 | .46 |
| 02/07/03 | 646-658-1289/NEW YORK, NY/1 | .11 |
| 02/18/03 | 215-851-8250/PHILA, PA/5 | .29 |
| 02/28/03 | Courier Service PARCELS 02/24/03 15539 J.LORD | 40.00 |
| 03/03/03 | ATTY # 0559; 37 COPIES | 5.55 |
| 03/03/03 | ATTY # 0349: 1 COPIES | .15 |
| 03/03/03 | ATTY # 0349: 25 COPIES | 3.75 |
| 03/03/03 | ATTY # 0349: 27 COPIES | 4.05 |
| 03/03/03 | ATTY # 0349: 55 COPIES | 8.25 |
| 03/03/03 | ATTY # 0349: 17 COPIES | 2.55 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029212
60026  Litigation and Litigation Consulting     Page   2
       May 6, 2003
```

| | | |
|---|---|---|
| 03/03/03 | ATTY # 0559: 5 COPIES | .75 |
| 03/03/03 | ATTY # 0559: 5 COPIES | .75 |
| 03/04/03 | ATTY # 0349: 30 COPIES | 4.50 |
| 03/04/03 | 215-851-8250/PHILA, PA/8 | .52 |
| 03/05/03 | ATTY # 0396: 2 COPIES | .30 |
| 03/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0349: 20 COPIES | 3.00 |
| 03/05/03 | ATTY # 0349: 9 COPIES | 1.35 |
| 03/05/03 | ATTY # 0349: 3 COPIES | .45 |
| 03/05/03 | ATTY # 0349: 27 COPIES | 4.05 |
| 03/06/03 | ATTY # 0718; 10 COPIES | 1.50 |
| 03/06/03 | ATTY # 0718; 168 COPIES | 25.20 |
| 03/06/03 | ATTY # 0718; 5 COPIES | .75 |
| 03/06/03 | ATTY # 0718; 63 COPIES | 9.45 |
| 03/06/03 | ATTY # 0718; 3 COPIES | .45 |
| 03/06/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0349: 2 COPIES | .30 |
| 03/06/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0349: 2 COPIES | .30 |
| 03/06/03 | ATTY # 0559: 12 COPIES | 1.80 |
| 03/06/03 | ATTY # 0718: 27 COPIES | 4.05 |
| 03/06/03 | ATTY # 0718: 6 COPIES | .90 |
| 03/07/03 | CALLER: JOHN LORD INVOICE #6195 10/1/02- Documentation Charge - - VENDOR: PARCELS, INC.-D D R | 50.35 |
| 03/07/03 | CALLER: JOHN LORD INVOICE #1997 2/11/03- Outside Duplicating - - VENDOR: PARCELS, INC.-D D R-SERVICE BY MAIL OF NOTICE OF QUARTERLY FEE APPLICATION FILING ON LARGE R. 2002 SERVICE LIST | 616.60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029212
60026  Litigation and Litigation Consulting      Page   3
       May 6, 2003
```

| Date | Description | Amount |
|---|---|---|
| 03/07/03 | CALLER: JOHN LORD INVOICE #1997 2/11/03-<br>Outside Duplicating - - VENDOR: PARCELS, INC.-D<br>D R-SERVICE BY MAIL OF QUARTERLY FEE<br>APPLICATION TO OFFICIAL LIST PARTIES | 415.18 |
| 03/07/03 | Postage Expense | .60 |
| 03/07/03 | ATTY # 0885: 10 COPIES | 1.50 |
| 03/07/03 | ATTY # 0718: 1 COPIES | .15 |
| 03/09/03 | PARCELS 03/06/03 15655 | 7.50 |
| 03/11/03 | PACER CHARGES FOR JANUARY 2003 - Documentation<br>Charge - - VENDOR: PACER SERVICE CENTER | 6.72 |
| 03/11/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/11/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/11/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/11/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/11/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/11/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/11/03 | ATTY # 0701: 6 COPIES | .90 |
| 03/11/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/11/03 | ATTY # 0701: 2 COPIES | .30 |
| 03/11/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/12/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/12/03 | ATTY # 0559: 3 COPIES | .45 |
| 03/12/03 | ATTY # 0701: 5 COPIES | .75 |
| 03/12/03 | ATTY # 0701: 3 COPIES | .45 |
| 03/12/03 | ATTY # 0349; 85 COPIES | 12.75 |
| 03/13/03 | Postage Expense | 5.05 |
| 03/13/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/13/03 | ATTY # 0396: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                          Invoice Number  1029212
60026  Litigation and Litigation Consulting        Page   4
       May 6, 2003
```

| | | |
|---|---|---:|
| 03/13/03 | ATTY # 0701: 8 COPIES | 1.20 |
| 03/13/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/13/03 | ATTY # 0701; 172 COPIES | 25.80 |
| 03/13/03 | Westlaw -Research of nullum tempus in various jurisdictions issue. | 80.66 |
| 03/14/03 | ATTY # 0701: 16 COPIES | 2.40 |
| 03/14/03 | ATTY # 0718; 12 COPIES | 1.80 |
| 03/16/03 | PARCELS 03/14/03 15765 J.LORD | 40.00 |
| 03/17/03 | ATTY # 0559: 3 COPIES | .45 |
| 03/17/03 | ATTY # 0701: 55 COPIES | 8.25 |
| 03/18/03 | ATTY # 0701: 30 COPIES | 4.50 |
| 03/18/03 | ATTY # 0701: 30 COPIES | 4.50 |
| 03/18/03 | ATTY # 0701: 14 COPIES | 2.10 |
| 03/18/03 | ATTY # 0701: 14 COPIES | 2.10 |
| 03/18/03 | ATTY # 0701: 16 COPIES | 2.40 |
| 03/18/03 | ATTY # 0701: 16 COPIES | 2.40 |
| 03/18/03 | ATTY # 0701: 14 COPIES | 2.10 |
| 03/18/03 | Westlaw --Research of nullum tempus in various jurisdictions issue. | 873.60 |
| 03/20/03 | PACER CHARGES FEBRUARY 2003 - Documentation Charge | 2.03 |
| 03/20/03 | Postage Expense | 2.40 |
| 03/20/03 | ATTY # 0701: 13 COPIES | 1.95 |
| 03/20/03 | ATTY # 0396: 3 COPIES | .45 |
| 03/20/03 | Westlaw --Research of nullum tempus in various jurisdictions issue. | 14.79 |
| 03/21/03 | Postage Expense | 2.90 |
| 03/21/03 | ATTY # 0701: 13 COPIES | 1.95 |

172573 W. R. Grace & Co.                          Invoice Number  1029212
60026  Litigation and Litigation Consulting       Page   5
       May 6, 2003


03/21/03   ATTY # 0710: 2 COPIES                               .30

03/21/03   ATTY # 0710: 1 COPIES                               .15

03/21/03   ATTY # 0396; 631 COPIES                           63.10

03/21/03   ATTY # 0396; 216 COPIES                           21.60

03/21/03   ATTY # 0396; 541 COPIES                           54.10

03/21/03   ATTY # 0710; 3 COPIES                               .45

03/21/03   ATTY # 0710; 67 COPIES                            10.05

03/21/03   215-851-8250/PHILA, PA/30                          1.80

03/24/03   ATTY # 0885: 1 COPIES                               .15

03/24/03   ATTY # 0885: 1 COPIES                               .15

03/25/03   ATTY # 0856; 38 COPIES                             5.70

03/25/03   ATTY # 0885: 1 COPIES                               .15

03/25/03   ATTY # 0885: 3 COPIES                               .45

03/25/03   ATTY # 0885: 1 COPIES                               .15

03/26/03   ATTY # 1911: 2 COPIES                               .30

03/26/03   ATTY # 0718: 3 COPIES                               .45

03/27/03   ATTY # 0856: 1 COPIES                               .15

03/27/03   ATTY # 0856: 1 COPIES                               .15

03/27/03   ATTY # 0349; 30 COPIES                             4.50

03/28/03   ATTY # 0710: 13 COPIES                             1.95

03/28/03   ATTY # 3984; 6 COPIES                               .90

03/31/03   CALLER: JOHN LORD INVOICE #2031 2/25/03-          20.22
           Outside Duplicating - - VENDOR: PARCELS, INC.-D
           D R

03/31/03   ATTY # 0718; 8 COPIES                             1.20

03/31/03   ATTY # 0396: 1 COPIES                               .15

```
172573 W. R. Grace & Co.                       Invoice Number  1029212
 60026 Litigation and Litigation Consulting     Page   6
       May 6, 2003
```

| Date | Description | Amount |
|---|---|---|
| 03/31/03 | ATTY # 0701: 13 COPIES | 1.95 |
| 03/31/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/31/03 | ATTY # 0559: 6 COPIES | .90 |
| 03/31/03 | ATTY # 0710: 3 COPIES | .45 |
| 03/31/03 | PARCELS 03/28/03 15970 J.LORD | 40.00 |
| 03/31/03 | ATTY # 3608; 10 COPIES | 1.50 |
| 04/01/03 | ATTY # 0559: 6 COPIES | .90 |
| 04/01/03 | ATTY # 0349: 36 COPIES | 5.40 |
| 04/01/03 | ATTY # 0349: 3 COPIES | .45 |
| 04/01/03 | ATTY # 0349: 40 COPIES | 6.00 |
| 04/01/03 | ATTY # 0559; 82 COPIES | 12.30 |
| 04/02/03 | ATTY # 0349: 5 COPIES | .75 |
| 04/02/03 | ATTY # 0559: 6 COPIES | .90 |
| 04/02/03 | ATTY # 0718: 6 COPIES | .90 |
| 04/04/03 | ATTY # 0710: 8 COPIES | 1.20 |
| 04/04/03 | ATTY # 0559; 66 COPIES | 9.90 |
| 04/07/03 | JOB NO. 11659, 12/24/02 CALLER: JOHN B. LORD Outside Duplicating - - VENDOR: PARCELS, INC.-D D R | 18.60 |
| 04/07/03 | ATTY # 0710: 9 COPIES | 1.35 |
| 04/24/03 | ATTY # 0718: 3 COPIES | .45 |
| 04/29/03 | ATTY # 0718; 12 COPIES | 1.80 |

```
                              CURRENT EXPENSES         2,629.65
                                                     ------------
                   TOTAL BALANCE DUE UPON RECEIPT     $ 2,629.65
                                                     =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630



 W. R. Grace                        Invoice Number      1029213
 5400 Broken Sound Blvd., N.W.      Invoice Date      05/06/03
 Boca Raton, FL 33487               Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

     Expenses                       27,750.77

                    TOTAL BALANCE DUE UPON RECEIPT     $ 27,750.77
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number      1029213
5400 Broken Sound Blvd., N.W.           Invoice Date      05/06/03
Boca Raton, FL 33487                    Client Number       172573
                                        Matter Number        60028


==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 3.00 |
| Telephone Expense | 88.18 |
| Duplicating/Printing | 1,848.70 |
| Lexis | 81.00 |
| Westlaw | 294.50 |
| Postage Expense | 26.84 |
| Courier Service | 1,725.35 |
| Transcript Expense | 8,782.96 |
| Courier Service - Outside | 308.18 |
| Outside Duplicating | 84.87 |
| Lodging | 2,428.80 |
| Air Travel Expense | 10,502.99 |
| Automobile  Rental | 266.99 |
| Taxi Expense | 379.70 |
| Mileage Expense | 314.98 |
| Meal Expense | 398.52 |
| Telephone - Outside | 215.21 |

                    CURRENT EXPENSES                27,750.77
                                                 -------------

                    TOTAL BALANCE DUE UPON RECEIPT   $ 27,750.77
                                                 =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
  W. R. Grace                          Invoice Number      1029213
  5400 Broken Sound Blvd., N.W.        Invoice Date     05/06/03
  Boca Raton, FL 33487                 Client Number       172573
                                       Matter Number        60028
```

===============================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/04/03 | Telephone Expense | 16.83 |
| 02/04/03 | Telephone Expense | 27.28 |
| 02/05/03 | Telephone Expense | 8.17 |
| 02/06/03 | ATTY # 0559: 15 COPIES | 2.25 |
| 02/06/03 | Courier Service FEDEX | 28.39 |
| 02/06/03 | Courier Service FEDEX | 28.39 |
| 02/07/03 | ATTY # 0856; 13 COPIES | 1.95 |
| 02/10/03 | ATTY # 4219: 3 COPIES | .45 |
| 02/10/03 | ATTY # 0559: 2 COPIES | .30 |
| 02/12/03 | ATTY # 0885; 24 COPIES | 3.60 |
| 02/12/03 | FLATLEY/LAWRENCE E 24FEB PIT BOS PIT-COACH-CLASS AIRFARE TO BOSTON, MA FOR DEPOSITION | 990.00 |
| 02/18/03 | 612-339-6900/MINNEAPOLS, MN/1 | .11 |
| 02/18/03 | 561-362-1532/BOCA RATON, FL/8 | .46 |
| 02/18/03 | 617-426-0135/BOSTON, MA/2 | .17 |
| 02/18/03 | 612-341-2122/MINNEAPOLS, MN/2 | .11 |
| 02/18/03 | CONDO/KATHY 19FEB PIT MSP-COACH-CLASS AIRFARE TO MINNEAPOLIS, MN FOR DEPOSITION | 571.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page   2
       May 6, 2003
```

| | | |
|---|---|---|
| 02/18/03 | CONDO/KATHY 19FEB MSP PIT-COACH-CLASS AIRFARE FROM MINNEAPOLIS, MN TO PITTSBURGH RETURNING FROM DEPOSITION | 573.00 |
| 02/19/03 | 612-341-2122/MINNEAPOLS, MN/2 | .11 |
| 02/19/03 | 561-362-1552/BOCA RATON, FL/2 | .17 |
| 02/19/03 | Courier Service-FEDERAL EXPRESS PRIO OVERNT - YOUR PACKAGING TIM AHRIGAN To: DOUG CAMERON - (PITTSBURGH, PA 15219). | 85.03 |
| 02/20/03 | 315-428-9311/SYRACUSE, NY/4 | .29 |
| 02/20/03 | 303-861-7000/DENVER, CO/2 | .11 |
| 02/20/03 | 757-481-2583/VIRGINABCH, VA/4 | .23 |
| 02/20/03 | 717-626-1401/LITITZ, PA/1 | .12 |
| 02/20/03 | 302-652-5340/WILMINGTON, DE/25 | 1.43 |
| 02/20/03 | 315-689-3657/JORDAN, NY/2 | .11 |
| 02/20/03 | Courier Service -Federal Express Corp. PRIO OVERNT - YOUR PACKAGING DOUG CAMERON To: DOUG CAMERON - (PITTSBURGH, PA 15219) . | 62.07 |
| 02/20/03 | RESTIVO/JAMES J 24FEB PIT DCA CHS RDU PIT-COACH-CLASS AIRFARE TO AND FROM FOR DEPOSITION | 1042.50 |
| 02/21/03 | 617-426-0135/BOSTON, MA/2 | .11 |
| 02/21/03 | 617-426-0135/BOSTON, MA/9 | .51 |
| 02/21/03 | 717-626-1401/LITITZ, PA/5 | .29 |
| 02/21/03 | 917-319-2202/NEW YORK, NY/3 | .23 |
| 02/21/03 | MILLER/ROSA 22FEB PIT ORF PIT-COACH-CLASS AIRFARE FOR DEPOSITION IN VIRGINA  BEACH, VA | 986.00 |
| 02/21/03 | MUHA/ANDREW 26FEB PIT BOS DCA PIT-COACH-CLASS AIRFARE  FOR DEPOSITIONS IN BOSTON, MA AND WASHINGTON, DC | 1242.00 |
| 02/24/03 | 802-863-2375/BURLINGTON, VT/2 | .11 |
| 02/24/03 | 617-426-0135/BOSTON, MA/14 | .80 |
| 02/24/03 | 843-856-3900/MTPLEASANT, SC/3 | .23 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page   3
       May 6, 2003
```

| | | |
|---|---|---|
| 02/24/03 | 617-451-1900/BOSTON, MA/12 | .68 |
| 02/24/03 | 315-428-9311/SYRACUSE, NY/1 | .11 |
| 02/24/03 | 802-863-2375/BURLINGTON, VT/8 | .51 |
| 02/24/03 | 843-727-6672/CHARLESTON, SC/2 | .17 |
| 02/24/03 | Courier Service UPS | 73.71 |
| 02/24/03 | Courier Service UPS | 39.49 |
| 02/24/03 | MILLER/ROSA 25FEB PIT SYR PIT-COACH-CLASS AIRFARE FOR DEPOSITION NEAR SYRACUSE, NY | 911.50 |
| 02/24/03 | Telephone Expense | 1.02 |
| 02/26/03 | Courier Service UPS | 29.97 |
| 02/26/03 | 617-426-0135/BOSTON, MA/3 | .23 |
| 02/26/03 | 617-426-0135/BOSTON, MA/12 | .68 |
| 02/26/03 | 509-242-2225/SPOKANE, WA/1 | .11 |
| 02/26/03 | RESTIVO/JAMES J 26FEB CHS CLT PIT-COACH-CLASS AIRFARE FOR RETURN TRIP FROM DEPOSITIONS (SEE LATER CREDITS) | 570.00 |
| 02/26/03 | Binding Charge | 3.00 |
| 02/27/03 | 617-426-0135/BOSTON, MA/2 | .11 |
| 02/28/03 | 612-672-6000/MINNEAPOLS, MN/5 | .34 |
| 02/28/03 | 952-993-5000/MINNEAPOLS, MN/4 | .23 |
| 02/28/03 | 507-284-2111/ROCHESTER, MN/3 | .17 |
| 02/28/03 | STEWART/GEORGE L 02MAR PIT SEA PIT-REFUNDABLE COACH-CLASS AIRFARE FOR DEPOSITION IN TACOMA, WA | 1948.50 |
| 03/01/03 | ATTY # 0856; 65 COPIES | 9.75 |
| 03/01/03 | ATTY # 0559; 49 COPIES | 7.35 |
| 03/01/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/01/03 | ATTY # 0559: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029213
60028  ZAI Science Trial                        Page   4
       May 6, 2003
```

| | | |
|---|---|---|
| 03/01/03 | ATTY # 0856; 96 COPIES | 14.40 |
| 03/01/03 | ATTY # 0559; 6 COPIES | .90 |
| 03/01/03 | ATTY # 0559; 5 COPIES | .75 |
| 03/01/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/01/03 | ATTY # 0856; 16 COPIES | 2.40 |
| 03/01/03 | ATTY # 0559; 38 COPIES | 5.70 |
| 03/02/03 | ATTY # 0710: 30 COPIES | 4.50 |
| 03/02/03 | RESTIVO/JAMES J-REFUND OF PORTION OF AIRFARE OF UNUSED TICKET | -505.01 |
| 03/02/03 | RESTIVO/JAMES J 26FEB CHS CLT PIT-REFUND OF PORTION OF AIRFARE FOR UNUSED TICKET | -545.00 |
| 03/03/03 | 561-362-1583/BOCA RATON, FL/6 | .40 |
| 03/03/03 | ATTY # 0559; 3 COPIES | .45 |
| 03/03/03 | ATTY # 0856; 653 COPIES | 65.30 |
| 03/03/03 | ATTY # 0559; 4 COPIES | .60 |
| 03/03/03 | ATTY # 0349: 6 COPIES | .90 |
| 03/03/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/03/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/03/03 | ATTY # 0819: 4 COPIES | .60 |
| 03/03/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/03/03 | ATTY # 0710: 16 COPIES | 2.40 |
| 03/03/03 | ATTY # 0710: 32 COPIES | 4.80 |
| 03/03/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/03/03 | 561-362-1533/BOCA RATON, FL/3 | .23 |
| 03/03/03 | 561-362-1533/BOCA RATON, FL/23 | 1.37 |
| 03/03/03 | 516-745-6830/GARDENCITY, NY/2 | .11 |
| 03/03/03 | 253-591-4105/TACOMA, WA/2 | .11 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029213
60028  ZAI Science Trial                        Page   5
       May 6, 2003
```

| Date | Description | Amount |
|---|---|---|
| 03/04/03 | 239-262-8311/ | .11 |
| 03/04/03 | 239-262-8311/ | .11 |
| 03/04/03 | ATTY # 0856; 13 COPIES | 1.95 |
| 03/04/03 | ATTY # 0856; 82 COPIES | 12.30 |
| 03/04/03 | ATTY # 0856; 42 COPIES | 4.20 |
| 03/04/03 | ATTY # 0819: 4 COPIES | .60 |
| 03/04/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/04/03 | ATTY # 0819: 4 COPIES | .60 |
| 03/04/03 | ATTY # 0856: 20 COPIES | 3.00 |
| 03/04/03 | ATTY # 0819: 4 COPIES | .60 |
| 03/04/03 | ATTY # 0819: 4 COPIES | .60 |
| 03/04/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/04/03 | 561-362-1533/BOCA RATON, FL/2 | .17 |
| 03/04/03 | 212-310-8761/NEW YORK, NY/1 | .11 |
| 03/05/03 | Telephone - Outside - - VENDOR: LAWRENCE E. FLATLEY TELEPHONE CHARGES DURING BOSTON TRIP | 54.60 |
| 03/05/03 | Postage Expense | 2.22 |
| 03/05/03 | 843-722-8414/CHARLESTON, SC/2 | .17 |
| 03/05/03 | 561-362-1583/BOCA RATON, FL/3 | .17 |
| 03/05/03 | ATTY # 0701; 20 COPIES | 3.00 |
| 03/05/03 | ATTY # 0856; 1000 COPIES | 100.00 |
| 03/05/03 | ATTY # 0856; 1 COPIES | .10 |
| 03/05/03 | ATTY # 0856; 64 COPIES | 6.40 |
| 03/05/03 | ATTY # 0856; 41 COPIES | 6.15 |
| 03/05/03 | ATTY # 0559; 1 COPIES | .15 |
| 03/05/03 | ATTY # 0856; 84 COPIES | 8.40 |
| 03/05/03 | ATTY # 0559; 14 COPIES | 2.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page   6
       May 6, 2003
```

| Date | Description | Amount |
|---|---|---|
| 03/05/03 | ATTY # 0559; 50 COPIES | 7.50 |
| 03/05/03 | ATTY # 1048; 6 COPIES | .90 |
| 03/05/03 | ATTY # 0856; 3 COPIES | .30 |
| 03/05/03 | ATTY # 0856; 234 COPIES | 35.10 |
| 03/05/03 | ATTY # 0396; 37 COPIES | 5.55 |
| 03/05/03 | ATTY # 0885; 1 COPIES | .15 |
| 03/05/03 | ATTY # 1048; 21 COPIES | 3.15 |
| 03/05/03 | ATTY # 0885; 22 COPIES | 3.30 |
| 03/05/03 | ATTY # 0559; 40 COPIES | 6.00 |
| 03/05/03 | ATTY # 0856; 30 COPIES | 4.50 |
| 03/05/03 | Courier Service UPS | 35.03 |
| 03/05/03 | Courier Service UPS | 212.01 |
| 03/05/03 | ATTY # 0885: 7 COPIES | 1.05 |
| 03/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/05/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0856: 18 COPIES | 2.70 |
| 03/05/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0710: 12 COPIES | 1.80 |
| 03/05/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0819: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0856: 18 COPIES | 2.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                     Page   7
       May 6, 2003
```

| Date | Description | Amount |
|---|---|---|
| 03/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0819: 9 COPIES | 1.35 |
| 03/05/03 | ATTY # 0396: 2 COPIES | .30 |
| 03/05/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0819: 9 COPIES | 1.35 |
| 03/05/03 | ATTY # 0819: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0710: 12 COPIES | 1.80 |
| 03/05/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/05/03 | ATTY # 0819: 4 COPIES | .60 |
| 03/05/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/05/03 | ATTY # 0701: 2 COPIES | .30 |
| 03/05/03 | Lexis | 81.00 |
| 03/05/03 | 410-531-4514/COLUMBIA, MD/6 | .40 |
| 03/06/03 | Postage Expense | 1.11 |
| 03/06/03 | Postage Expense | 2.40 |
| 03/06/03 | Postage Expense | 1.66 |
| 03/06/03 | 208-882-8580/MOSCOW, ID/3 | .17 |
| 03/06/03 | 208-926-4789/KOOSKIA, ID/2 | .11 |
| 03/06/03 | 239-263-0703//3 | .23 |
| 03/06/03 | ATTY # 0856; 52 COPIES | 5.20 |
| 03/06/03 | ATTY # 0701; 54 COPIES | 8.10 |
| 03/06/03 | ATTY # 0504; 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page   8
       May 6, 2003
```

| | | |
|---|---|---:|
| 03/06/03 | ATTY # 0885; 8 COPIES | 1.20 |
| 03/06/03 | ATTY # 1911; 40 COPIES | 6.00 |
| 03/06/03 | ATTY # 0856; 92 COPIES | 9.20 |
| 03/06/03 | ATTY # 0885; 11 COPIES | 1.65 |
| 03/06/03 | ATTY # 0856; 143 COPIES | 14.30 |
| 03/06/03 | ATTY # 0710; 10 COPIES | 1.50 |
| 03/06/03 | ATTY # 0856; 54 COPIES | 5.40 |
| 03/06/03 | ATTY # 0559; 44 COPIES | 6.60 |
| 03/06/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/06/03 | ATTY # 0701: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0701: 8 COPIES | 1.20 |
| 03/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0701: 8 COPIES | 1.20 |
| 03/06/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0819: 9 COPIES | 1.35 |
| 03/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0819: 9 COPIES | 1.35 |
| 03/06/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/06/03 | ATTY # 1799: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/06/03 | ATTY # 0701: 2 COPIES | .30 |
| 03/06/03 | ATTY # 0701: 8 COPIES | 1.20 |
| 03/06/03 | 610-371-6342/READING, PA/2 | .12 |

```
172573 W. R. Grace & Co.                      Invoice Number  1029213
60028  ZAI Science Trial                      Page   9
       May 6, 2003
```

| 03/07/03 | Taxi Expense - - VENDOR: ANDREW J. MUHA TRAVEL TO BOSTON FOR DEPOSITIONS IN W.R. GRACE MATTER 2/26/03-TRAVEL FROM AIRPORT TO DEPOSITION AND RETURN TO AIRPORT. | 44.75 |
|---|---|---|
| 03/07/03 | Postage Expense | 1.85 |
| 03/07/03 | ATTY # 1911; 9 COPIES | 1.35 |
| 03/07/03 | ATTY # 0396; 2 COPIES | .30 |
| 03/07/03 | ATTY # 0885; 14 COPIES | 2.10 |
| 03/07/03 | ATTY # 1911; 13 COPIES | 1.95 |
| 03/07/03 | ATTY # 0710; 1 COPIES | .15 |
| 03/07/03 | ATTY # 0396; 123 COPIES | 18.45 |
| 03/07/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/07/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/07/03 | ATTY # 0710: 16 COPIES | 2.40 |
| 03/07/03 | ATTY # 0710: 6 COPIES | .90 |
| 03/07/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/07/03 | ATTY # 0396: 2 COPIES | .30 |
| 03/07/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/07/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/07/03 | ATTY # 0710: 6 COPIES | .90 |
| 03/07/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/07/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/07/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/07/03 | ATTY # 0710: 4 COPIES | .60 |
| 03/07/03 | Courier Service UPS | 23.49 |
| 03/07/03 | MUHA/ANDREW 10MAR PIT SEA SEA PIT-COACH-CLASS AIRFARE FOR DEPOSITION IN MOSCOW, ID AND SPOKANE, WA | 666.00 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029213
60028  ZAI Science Trial                        Page  10
       May 6, 2003
```

| | | |
|---|---|---|
| 03/07/03 | MUHA/ANDREW 10MAR SEA PUW-AIRFARE FROM SEATTLE TO PULLMAN, WA TO ATTEND DEPOSITION IN MOSCOW, ID | 267.00 |
| 03/07/03 | Courier Service UPS | .61 |
| 03/08/03 | ATTY # 0856: 3 COPIES | .45 |
| 03/09/03 | ATTY # 0856; 4 COPIES | .60 |
| 03/10/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON DEPOSITION PREPARATION AND DEPOSITION OF JULIE YANG 2/18-2/21/03 SAN FRANCISCO, CA: MULTIPLE MEALS DURING FOUR-DAY TRIP. | 72.98 |
| 03/10/03 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON DEPOSITION PREPARATION AND DEPOSITION OF JULIE YANG 2/18-2/21/03 SAN FRANCISCO, CA | 81.28 |
| 03/10/03 | Lodging Expense - - DOUGLAS E. CAMERON DEPOSITION PREPARATION AND DEPOSITION OF JULIE YANG 2/18-2/21/03 SAN FRANCISCO, CA TIPS | 10.00 |
| 03/10/03 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON-- TRAVEL TO   DEPOSITION OF JULIE YANG 2/18-2/21/03 SAN FRANCISCO, CA | 14.00 |
| 03/10/03 | ATTY # 0710; 2 COPIES | .30 |
| 03/10/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/10/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/10/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/10/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/10/03 | 561-362-1533/BOCA RATON, FL/15 | .86 |
| 03/10/03 | 415-659-5968/SAN FRAN, CA/4 | .29 |
| 03/11/03 | Meal Expense - - VENDOR: GEORGE L. STEWART W.R. GRACE/ZAI TRIAL DEPOSITIONS 3/2-3/4/03 IN SEATTLE | 19.11 |
| 03/11/03 | Lodging - - VENDOR: GEORGE L. STEWART W.R. GRACE/ZAI TRIAL DEPOSITIONS 3/2-3/4/03 IN SEATTLE | 280.07 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029213
60028 ZAI Science Trial                         Page  11
      May 6, 2003
```

03/11/03   Taxi Expense - - VENDOR: GEORGE L. STEWART W.R.      179.00
           GRACE/ZAI TRIAL DEPOSITIONS 3/2-3/4/03-TRAVEL
           FROM SEATTLE, WA TO TACOMA, WA AND RETURN TO
           SEATTLE

03/11/03   Mileage Expense - - VENDOR: GEORGE L. STEWART        32.00
           W.R. GRACE/ZAI TRIAL DEPOSITIONS 3/2-3/4/03

03/11/03   Telephone - Outside - - VENDOR: GEORGE L.            21.90
           STEWART W.R. GRACE/ZAI TRIAL DEPOSITIONS
           3/2-3/4/03

03/11/03   Lodging Expense - - VENDOR: GEORGE L. STEWART       118.85
           W.R. GRACE/ZAI TRIAL DEPOSITIONS 3/2-3/4/03
           --HOTEL FAX CHARGES FOR DEPOSITION SUPPORT
           MATERIALS TRANSMITTED FROM PITTSBURGH TO
           SEATTLE; BEVERAGES DURING STAY AT HOTEL

03/11/03   Lodging - - VENDOR: ANDREW J. MUHA GRACE -          554.40
           TRAVEL TO WASH DC TO CONDUCT DEPOSITION
           2/26-2/28/03--TWO NIGHTS' STAY IN WASHINGTON,
           D.C.

03/11/03   Taxi Expense - - VENDOR: ANDREW J. MUHA GRACE -      30.00
           TRAVEL TO HOTEL FROM AIRPORT AND RETURN TO
           AIRPORT DURING DEPOSITION TRIP 2/26-2/28/03

03/11/03   Mileage Expense - - VENDOR: ANDREW J. MUHA           40.50

03/11/03   202-772-2259/WASHINGTON, DC/1                          .11

03/11/03   561-362-1551/BOCA RATON, FL/15                         .91

03/12/03   Meal Expense - - VENDOR: DOUGLAS E. CAMERON          39.00
           TRIP TO NAPLES, FL FOR MEETING WITH R. FINKE
           AND TESTIFYING EXPERTS 3/6-3/7/03: ONE LUNCH
           (3/6) AND ONE DINNER (3/7).

03/12/03   Taxi Expense - - VENDOR: DOUGLAS E. CAMERON          72.95
           TRIP TO NAPLES, FL FOR MEETING WITH R. FINKE
           AND TESTIFYING EXPERTS 3/6-3/7/03-TAXIS TO AND
           FROM HOTEL TO AIRPORT

03/12/03   Mileage Expense - - VENDOR: DOUGLAS E. CAMERON       49.28
           TRIP TO NAPLES, FL FOR MEETING WITH R. FINKE
           AND TESTIFYING EXPERTS 3/6-3/7/03

03/12/03   Lodging Expense - - VENDOR: DOUGLAS E. CAMERON       10.00
           TRIP TO NAPLES, FL FOR MEETING WITH R. FINKE
           AND TESTIFYING EXPERTS 3/6-3/7/03 TIPS

```
172573 W. R. Grace & Co.                      Invoice Number  1029213
60028  ZAI Science Trial                      Page  12
       May 6, 2003
```

| | | |
|---|---|---|
| 03/12/03 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO NAPLES, FL FOR MEETING WITH R. FINKE AND TESTIFYING EXPERTS 3/6/03: ONE DINNER | 25.13 |
| 03/12/03 | Lodging - - VENDOR: DOUGLAS E. CAMERON TRIP TO NAPLES, FL FOR MEETING WITH R. FINKE AND TESTIFYING EXPERTS 3/6/03 | 184.21 |
| 03/12/03 | Telephone - Outside - - VENDOR: DOUGLAS E. CAMERON TRIP TO NAPLES, FL FOR MEETING WITH R. FINKE AND TESTIFYING EXPERTS 3/6/03 | 12.55 |
| 03/12/03 | Air Travel Expense - -DOUGLAS E. CAMERON TRIP TO NAPLES, FL FOR MEETING WITH R.FINKE AND TESTIFYING EXPERTS 3/6/03--REFUNDABLE COACH-CLASS AIRFARE | 1240.00 |
| 03/12/03 | Transcript Expense - - VENDOR: NAEGELI REPORTING CORPORATION COD DELIVERY OF TRANSCRIPTS OF JERRI AND SHAWN DILLON DEPOSITIONS | 2171.50 |
| 03/12/03 | ATTY # 0559: 4 COPIES | .60 |
| 03/12/03 | ATTY # 0559; 70 COPIES | 10.50 |
| 03/12/03 | ATTY # 0349; 17 COPIES | 2.55 |
| 03/12/03 | ATTY # 0559; 16 COPIES | 2.40 |
| 03/12/03 | ATTY # 0559; 1 COPIES | .15 |
| 03/12/03 | ATTY # 0559; 2 COPIES | .30 |
| 03/12/03 | 561-362-1533/BOCA RATON, FL/16 | .97 |
| 03/12/03 | 561-362-1551/BOCA RATON, FL/6 | .34 |
| 03/13/03 | ATTY # 0885: 4 COPIES | .60 |
| 03/13/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/13/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/13/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/13/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/13/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/13/03 | ATTY # 0710: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page  13
       May 6, 2003
```

| | | |
|---|---|---|
| 03/13/03 | ATTY # 0710; 39 COPIES | 5.85 |
| 03/13/03 | ATTY # 0710; 14 COPIES | 2.10 |
| 03/13/03 | 952-857-7732/MINNEAPOLS, MN/1 | .11 |
| 03/13/03 | 617-426-5900/BOSTON, MA/6 | .34 |
| 03/14/03 | Postage Expense | .37 |
| 03/14/03 | Courier Service -  FEDERAL EXPRESS CORP: J. BENTZ TO R.M. TURKEWITZ, RICHARDSON PATRICK WESTBROOK, 1037 CHUCK DAWLEY BLVD. MOUNT PLEASANT, SC 29464 | 11.90 |
| 03/14/03 | Courier Service - FEDERAL EXPRESS CORP: S. BATORSON, LUKINS & ANNIS, PS, 717 W. SPRAGUE AVE., STE 1600, SPOKANE, WA 99201-0466 TO D. CAMERON | 26.09 |
| 03/14/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/14/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/14/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/14/03 | ATTY # 0885; 4 COPIES | .60 |
| 03/14/03 | ATTY # 0710; 6 COPIES | .90 |
| 03/14/03 | ATTY # 0559; 3 COPIES | .45 |
| 03/14/03 | ATTY # 0885; 7 COPIES | 1.05 |
| 03/14/03 | 952-857-7732/MINNEAPOLS, MN/3 | .17 |
| 03/17/03 | Transcript Expense - - VENDOR: NAEGELI REPORTING CORPORATION C.O.D. DEPO. OF KURT SALISBURY | 900.73 |
| 03/17/03 | Transcript Expense - - VENDOR: MARK D. HEGLE:TRANSCRIPT  OF JAMES MCMURCHIE DEPO | 390.88 |
| 03/17/03 | Transcript Expense - - VENDOR: DORIS O. WONG ASSOCIATES, INC.JACK W. WOLTER DEPO. | 613.52 |
| 03/17/03 | Postage Expense | 1.75 |
| 03/17/03 | ATTY # 0559; 4 COPIES | .60 |
| 03/17/03 | ATTY # 0559; 870 COPIES | 87.00 |

```
172573 W. R. Grace & Co.                      Invoice Number  1029213
60028  ZAI Science Trial                      Page  14
       May 6, 2003
```

| Date | Description | Amount |
|---|---|---|
| 03/17/03 | ATTY # 0710; 2 COPIES | .30 |
| 03/17/03 | ATTY # 0710; 77 COPIES | 11.55 |
| 03/17/03 | ATTY # 0559; 66 COPIES | 9.90 |
| 03/17/03 | ATTY # 0559; 674 COPIES | 67.40 |
| 03/17/03 | ATTY # 0710; 23 COPIES | 3.45 |
| 03/17/03 | ATTY # 0710; 42 COPIES | 6.30 |
| 03/17/03 | 561-362-1533/BOCA RATON, FL/6 | .34 |
| 03/17/03 | 561-362-1533/BOCA RATON, FL/10 | .63 |
| 03/17/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/17/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/17/03 | ATTY # 0885: 10 COPIES | 1.50 |
| 03/17/03 | ATTY # 0559: 4 COPIES | .60 |
| 03/17/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 03/17/03 | ATTY # 1911: 2 COPIES | .30 |
| 03/17/03 | ATTY # 0710: 22 COPIES | 3.30 |
| 03/17/03 | 617-426-0135/BOSTON, MA/3 | .17 |
| 03/18/03 | Transcript Expense - - VENDOR: A. WILLIAM ROBERTS, JR. & TRANSCRIPT AND VIDEOTAPE COPY OF F. W. EATON DEPOSITION | 470.40 |
| 03/18/03 | Meal Expense - - VENDOR: LAWRENCE E. FLATLEY TRIP TO BOSTON MA 2/24-2/26/03: MULTIPLE BREAKFASTS, LUNCHES AND DINNERS OVER THREE-DAY PERIOD OF TRIP TO BOSTON. | 154.66 |
| 03/18/03 | Lodging - - VENDOR: LAWRENCE E. FLATLEY TRIP TO BOSTON MA 2/24-2/26/03 | 507.02 |
| 03/18/03 | Taxi Expense - - VENDOR: LAWRENCE E. FLATLEY TRIP TO BOSTON MA 2/24-2/26/03--TAXIS BETWEEN HOTEL, AIRPORT AND CASNER & EDWARDS OFFICES. | 39.00 |
| 03/18/03 | Mileage Expense - - VENDOR: LAWRENCE E. FLATLEY TRIP TO BOSTON MA 2/24-2/26/03 | 48.60 |

172573 W. R. Grace & Co.                          Invoice Number  1029213
60028  ZAI Science Trial                          Page  15
       May 6, 2003

03/18/03   Transcript Expense - - VENDOR: A. WILLIAM       609.70
           ROBERTS, JR. & TRANSCRIPT, MINUSCRIPT AND DISK
           OF JULIE YANG DEPOSITION

03/18/03   Postage Expense                                  1.29

03/18/03   Postage Expense                                  1.48

03/18/03   ATTY # 1911; 2 COPIES                             .30

03/18/03   ATTY # 0559; 99 COPIES                          14.85

03/18/03   ATTY # 1911; 2 COPIES                             .30

03/18/03   ATTY # 1911; 7 COPIES                            1.05

03/18/03   ATTY # 0885; 27 COPIES                           4.05

03/18/03   ATTY # 4219; 5 COPIES                             .75

03/18/03   ATTY # 0559; 72 COPIES                          10.80

03/18/03   ATTY # 0885; 42 COPIES                           6.30

03/18/03   ATTY # 1911; 4 COPIES                             .60

03/18/03   ATTY # 0710; 4 COPIES                             .60

03/18/03   ATTY # 1911; 141 COPIES                         14.10

03/18/03   ATTY # 3658; 168 COPIES                         16.80

03/18/03   ATTY # 1911; 106 COPIES                         10.60

03/18/03   ATTY # 0559; 3 COPIES                             .45

03/18/03   ATTY # 1911; 5 COPIES                             .75

03/18/03   Courier Service UPS                              9.07

03/18/03   Courier Service UPS                             40.90

03/18/03   ATTY # 0885: 2 COPIES                             .30

03/18/03   ATTY # 0885: 6 COPIES                             .90

03/18/03   ATTY # 0885: 2 COPIES                             .30

03/18/03   ATTY # 0885: 4 COPIES                             .60

03/18/03   ATTY # 0559: 4 COPIES                             .60

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page  16
        May 6, 2003
```

| 03/18/03 | ATTY # 0559: 4 COPIES | .60 |
| 03/18/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/18/03 | ATTY # 1911: 4 COPIES | .60 |
| 03/18/03 | ATTY # 4219: 2 COPIES | .30 |
| 03/18/03 | ATTY # 0856: 3 COPIES | .45 |
| 03/18/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/18/03 | ATTY # 0559: 4 COPIES | .60 |
| 03/18/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/18/03 | ATTY # 0710: 12 COPIES | 1.80 |
| 03/18/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/18/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/18/03 | ATTY # 1911: 11 COPIES | 1.65 |
| 03/18/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 03/18/03 | ATTY # 0856: 3 COPIES | .45 |
| 03/18/03 | ATTY # 1911: 3 COPIES | .45 |
| 03/18/03 | ATTY # 0710: 26 COPIES | 3.90 |
| 03/18/03 | ATTY # 0559: 4 COPIES | .60 |
| 03/18/03 | ATTY # 0710: 11 COPIES | 1.65 |
| 03/18/03 | Westlaw | 294.50 |
| 03/18/03 | 617-236-5800/BOSTON, MA/3 | .23 |

03/19/03   Meal Expense - - VENDOR: ANDREW J. MUHA        87.64
           DEPOSITIONS IN MOSCOW, IDAHO AND SPOKANE, WASH.
           3/10-3/13/03: TWO BREAKFASTS, TWO LUNCHES AND
           THREE DINNERS DURING FOUR-DAY TRIP FOR ZAI
           SCIENCE TRIAL DEPOSITIONS.

03/19/03   Lodging - - VENDOR: ANDREW J. MUHA DEPOSITION   611.07
           IN MOSCOW, IDAHO AND SPOKANE, WASHINGTON
           3/10-3/13/03 (THREE NIGHTS' STAYPLUS COST OF
           SUITE IN WHICH TO TAKE DEPOSITION IN MOSCOW,
           ID)

```
172573 W. R. Grace & Co.                        Invoice Number  1029213
60028  ZAI Science Trial                        Page  17
       May 6, 2003
```

| | | |
|---|---|---|
| 03/19/03 | Automobile  Rental - - VENDOR: ANDREW J. MUHA CAR RENTAL FOR TRAVEL FROM PULLMAN, WA TO MOSCOW, ID AND FROM MOSCOW, IDAHO TO SPOKANE, WASHINGTON 3/10-3/13/03 | 266.99 |
| 03/19/03 | Mileage Expense - - VENDOR: ANDREW J. MUHA DEPOSITION IN MOSCOW, IDAHO AND SPOKANE, WASHINGTON 3/10-3/13/03 | 63.32 |
| 03/19/03 | Postage Expense | 1.11 |
| 03/19/03 | Postage Expense | .37 |
| 03/19/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/19/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/19/03 | ATTY # 0885: 15 COPIES | 2.25 |
| 03/19/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/19/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/19/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/19/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/19/03 | ATTY # 0349: 1 COPIES | .15 |
| 03/19/03 | ATTY # 0856: 5 COPIES | .75 |
| 03/19/03 | ATTY # 0856: 5 COPIES | .75 |
| 03/19/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/19/03 | ATTY # 0885; 11 COPIES | 1.65 |
| 03/19/03 | ATTY # 0559; 12 COPIES | 1.80 |
| 03/19/03 | ATTY # 0856; 139 COPIES | 13.90 |
| 03/19/03 | ATTY # 0349; 11 COPIES | 1.65 |
| 03/19/03 | 617-236-5800/BOSTON, MA/3 | .23 |
| 03/20/03 | Courier Service UPS | 40.90 |
| 03/20/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/20/03 | ATTY # 3658: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page  18
       May 6, 2003
```

| | | |
|---|---|---:|
| 03/20/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0856: 12 COPIES | 1.80 |
| 03/20/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/20/03 | ATTY # 3658: 83 COPIES | 12.45 |
| 03/20/03 | ATTY # 0856: 6 COPIES | .90 |
| 03/20/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/20/03 | ATTY # 0396; 7 COPIES | 1.05 |
| 03/20/03 | ATTY # 3658; 100 COPIES | 10.00 |
| 03/20/03 | ATTY # 3658; 667 COPIES | 66.70 |
| 03/20/03 | ATTY # 0559; 9 COPIES | 1.35 |
| 03/20/03 | 561-362-1551/BOCA RATON, FL/12 | .74 |
| 03/20/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/21/03 | ATTY # 4219: 5 COPIES | .75 |
| 03/21/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/21/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/21/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/21/03 | Courier Service UPS | 32.33 |
| 03/21/03 | Courier Service UPS | 26.73 |
| 03/21/03 | Courier Service UPS | 240.00 |
| 03/21/03 | ATTY # 0856; 1139 COPIES | 113.90 |

```
172573 W. R. Grace & Co.                      Invoice Number  1029213
60028  ZAI Science Trial                      Page  19
       May 6, 2003
```

| Date | Description | Amount |
|---|---|---|
| 03/21/03 | ATTY # 0856; 1 COPIES | .10 |
| 03/21/03 | Courier Service UPS | 643.95 |
| 03/21/03 | 561-362-1533/BOCA RATON, FL/15 | .91 |
| 03/24/03 | Transcript Expense - - VENDOR: YOST ASSOCIATES, INC. DEPOSITION OF CLARKE ROSS, MD ON 2/24/03 | 559.00 |
| 03/24/03 | Transcript Expense - - VENDOR: ACTION REPORTING DEPOSITION OF HARLOW CASLER ON 2/26/03 | 530.25 |
| 03/24/03 | Lodging - - VENDOR: JAMES J. RESTIVO, JR. CLIENT CHARGES CHARGED TO PERSONAL VISA ACCOUNT CHARLESTON SC 2/24-2/26/03 | 153.18 |
| 03/24/03 | Air Travel Expense - - VENDOR: JAMES J. RESTIVO, JR. CLIENT CHARGES CHARGED TO PERSONAL VISA ACCOUNT CHARLESTON SC 2/24-2/26/03 | 545.00 |
| 03/24/03 | Telephone - Outside - - VENDOR: JAMES J. RESTIVO, JR. CLIENT CHARGES CHARGED TO PERSONAL VISA ACCOUNT CHARLESTON SC 2/24-2/26/03 | 20.86 |
| 03/24/03 | Transcript Expense - - VENDOR: A. WILLIAM ROBERTS, JR. & CERTIFIED DEPOSITION TRANSCRIPT OF THOMAS E. HAMILTON | 675.40 |
| 03/24/03 | Transcript Expense - - VENDOR: A. WILLIAM ROBERTS, JR. & CERTIFIED DEPOSITION TRANSCRIPT OF KEVIN KALMAN | 477.40 |
| 03/24/03 | 617-236-5800/BOSTON, MA/1 | .11 |
| 03/24/03 | 617-236-5800/BOSTON, MA/3 | .17 |
| 03/24/03 | ATTY # 0856; 6 COPIES | .60 |
| 03/24/03 | ATTY # 0559; 6 COPIES | .90 |
| 03/24/03 | ATTY # 0885; 20 COPIES | 3.00 |
| 03/24/03 | ATTY # 0710; 68 COPIES | 10.20 |
| 03/24/03 | ATTY # 0856; 17 COPIES | 2.55 |
| 03/24/03 | ATTY # 0559; 24 COPIES | 3.60 |
| 03/24/03 | ATTY # 0856; 2 COPIES | .30 |
| 03/24/03 | ATTY # 0559: 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page  20
       May 6, 2003
```

| | | |
|---|---|---|
| 03/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0885: 4 COPIES | .60 |
| 03/24/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0559: 3 COPIES | .45 |
| 03/24/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/24/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0710: 1 COPIES | .15 |
| 03/24/03 | ATTY # 0856: 6 COPIES | .90 |
| 03/24/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/24/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/24/03 | 302-652-5340/WILMINGTON, DE/83 | 4.73 |
| 03/24/03 | 561-362-1533/BOCA RATON, FL/46 | 2.68 |
| 03/24/03 | 561-362-1533/BOCA RATON, FL/13 | .74 |
| 03/24/03 | Courier Service UPS | 85.88 |
| 03/25/03 | Postage Expense | .60 |
| 03/25/03 | Postage Expense | 1.48 |
| 03/25/03 | ATTY # 0856; 11 COPIES | 1.65 |
| 03/25/03 | ATTY # 0856; 78 COPIES | 7.80 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page  21
       May 6, 2003
```

| | | |
|---|---|---|
| 03/25/03 | ATTY # 0396; 14 COPIES | 2.10 |
| 03/25/03 | ATTY # 0856; 1648 COPIES | 164.80 |
| 03/25/03 | ATTY # 0885; 3 COPIES | .45 |
| 03/25/03 | ATTY # 0885; 7 COPIES | 1.05 |
| 03/25/03 | ATTY # 0856; 29 COPIES | 4.35 |
| 03/25/03 | ATTY # 0856; 201 COPIES | 20.10 |
| 03/25/03 | ATTY # 0559; 25 COPIES | 3.75 |
| 03/25/03 | ATTY # 0856; 1 COPIES | .10 |
| 03/25/03 | ATTY # 0856; 435 COPIES | 43.50 |
| 03/25/03 | ATTY # 0885; 8 COPIES | 1.20 |
| 03/25/03 | Courier Service UPS | 36.65 |
| 03/25/03 | Courier Service UPS | 18.63 |
| 03/25/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/25/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/25/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/25/03 | ATTY # 0856: 24 COPIES | 3.60 |
| 03/25/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/25/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/25/03 | ATTY # 0559: 3 COPIES | .45 |
| 03/25/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/25/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/25/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/25/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/25/03 | ATTY # 0396: 2 COPIES | .30 |
| 03/25/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/25/03 | 561-362-1583/BOCA RATON, FL/2 | .11 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page  22
       May 6, 2003
```

| Date | Description | Amount |
|---|---|---|
| 03/25/03 | 561-362-1533/BOCA RATON, FL/7 | .40 |
| 03/25/03 | ATTY # 0396: 7 COPIES | 1.05 |
| 03/25/03 | ATTY # 0396: 14 COPIES | 2.10 |
| 03/26/03 | ATTY # 0856: 3 COPIES | .45 |
| 03/26/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/26/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/26/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/26/03 | ATTY # 0559; 3 COPIES | .45 |
| 03/26/03 | ATTY # 0559; 16 COPIES | 2.40 |
| 03/26/03 | ATTY # 0559; 81 COPIES | 12.15 |
| 03/26/03 | ATTY # 0559; 48 COPIES | 7.20 |
| 03/26/03 | 352-753-7380/LADY LAKE, FL/47 | 2.68 |
| 03/26/03 | 561-362-1551/BOCA RATON, FL/17 | .97 |
| 03/27/03 | Postage Expense | 1.06 |
| 03/27/03 | Postage Expense | .37 |
| 03/27/03 | Postage Expense | .37 |
| 03/27/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/27/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/27/03 | ATTY # 0856: 7 COPIES | 1.05 |
| 03/27/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/27/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/27/03 | ATTY # 0856: 9 COPIES | 1.35 |
| 03/27/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/27/03 | ATTY # 0856: 1 COPIES | .15 |
| 03/27/03 | ATTY # 0856: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page  23
       May 6, 2003
```

| | | |
|---|---|---|
| 03/27/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/27/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/27/03 | ATTY # 0885: 12 COPIES | 1.80 |
| 03/27/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/27/03 | ATTY # 0856: 3 COPIES | .45 |
| 03/27/03 | ATTY # 0885: 3 COPIES | .45 |
| 03/27/03 | ATTY # 0885: 6 COPIES | .90 |
| 03/27/03 | ATTY # 0885: 6 COPIES | .90 |
| 03/27/03 | ATTY # 0856; 16 COPIES | 2.40 |
| 03/27/03 | ATTY # 0885; 3 COPIES | .45 |
| 03/27/03 | ATTY # 0856; 30 COPIES | 4.50 |
| 03/27/03 | ATTY # 0856; 3 COPIES | .45 |
| 03/27/03 | ATTY # 0856; 4 COPIES | .60 |
| 03/27/03 | Courier Service UPS | 16.15 |
| 03/27/03 | 770-486-8176/ATLANTA SO, GA/17 | .97 |
| 03/27/03 | ATTY # 0396: 1 COPIES | .15 |
| 03/27/03 | 843-722-8414/CHARLESTON, SC/1 | .11 |
| 03/28/03 | Telephone - Outside - - VENDOR: GEORGE L. STEWART-CALLS TO PITTSBURGH OFFICE FORM SEATTLE/TACOMA RE: CLAIMANT DEPOSITIONS | 66.30 |
| 03/28/03 | Courier Service -  FEDERAL EXPRESS CORP: D. CAMERON FROM CHRISTINE, CUMMINGS & LOCKWOOD, NAPLES, FL 34103-2799 ( 3 PACKAGES ) | 123.09 |
| 03/28/03 | Outside Duplicating - - VENDOR: DITTO DOCUMENT SERVICES, INC. DOC. PRODUCTION(PRODUCTION OF CERTAIN DOCUMENTS IN HARD COPY TO ZAI CLAIMANTS' COUNSEL) | 84.87 |
| 03/28/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/28/03 | ATTY # 0856: 2 COPIES | .30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1029213
60028  ZAI Science Trial                    Page  24
       May 6, 2003
```

| 03/28/03 | ATTY # 0856: 2 COPIES | .30 |
|---|---|---|
| 03/28/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/28/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/28/03 | ATTY # 0856: 3 COPIES | .45 |
| 03/28/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/28/03 | ATTY # 0856: 4 COPIES | .60 |
| 03/28/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/28/03 | ATTY # 0856: 4 COPIES | .60 |
| 03/28/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/28/03 | ATTY # 0856: 3 COPIES | .45 |
| 03/28/03 | ATTY # 0559: 2 COPIES | .30 |
| 03/28/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/28/03 | ATTY # 0710; 17 COPIES | 2.55 |
| 03/28/03 | ATTY # 0856; 2172 COPIES | 217.20 |
| 03/28/03 | ATTY # 0856; 88 COPIES | 13.20 |
| 03/28/03 | Courier Service UPS | 14.48 |
| 03/28/03 | Courier Service UPS | 7.86 |
| 03/28/03 | Courier Service UPS | 7.86 |
| 03/28/03 | Courier Service UPS | 7.53 |
| 03/28/03 | Courier Service UPS | .64 |
| 03/29/03 | ATTY # 0856; 70 COPIES | 10.50 |
| 03/30/03 | 703-684-2223/ARLINGTON, VA/2 | .11 |
| 03/31/03 | Transcript Expense - - VENDOR: GREGORY*EDWARDS LLC DEPO. OF GLADWIN WORDEN 2/27/03 | 1027.70 |
| 03/31/03 | Postage Expense | 7.35 |
| 03/31/03 | ATTY # 0559; 18 COPIES | 2.70 |
| 03/31/03 | ATTY # 0856; 701 COPIES | 70.10 |

```
172573 W. R. Grace & Co.                        Invoice Number  1029213
60028  ZAI Science Trial                        Page  25
       May 6, 2003
```

| | | |
|---|---|---|
| 03/31/03 | ATTY # 0885; 397 COPIES | 59.55 |
| 03/31/03 | ATTY # 0856; 4 COPIES | .60 |
| 03/31/03 | ATTY # 0396; 314 COPIES | 47.10 |
| 03/31/03 | ATTY # 0856; 75 COPIES | 7.50 |
| 03/31/03 | ATTY # 0856; 92 COPIES | 9.20 |
| 03/31/03 | ATTY # 0856; 390 COPIES | 39.00 |
| 03/31/03 | ATTY # 0856; 10 COPIES | 1.50 |
| 03/31/03 | Courier Service UPS | 24.70 |
| 03/31/03 | Telephone - Outside - - VENDOR: ANDREW J. MUHA TELEPHONE EXPENSE WHILE TRAVELING TO IDAHO AND WASHINGTON FOR DEPOSITIONS | 39.00 |
| 03/31/03 | Transcript Expense - - VENDOR: LEGALINK CORPORATION DEPO. OF LEON COHEN 2/26/03 | 356.48 |
| 03/31/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/31/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/31/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/31/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/31/03 | ATTY # 0885: 6 COPIES | .90 |
| 03/31/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/31/03 | ATTY # 0885: 1 COPIES | .15 |
| 03/31/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/31/03 | ATTY # 0856: 6 COPIES | .90 |
| 03/31/03 | ATTY # 0559: 1 COPIES | .15 |
| 03/31/03 | ATTY # 0559: 3 COPIES | .45 |
| 03/31/03 | ATTY # 0856: 2 COPIES | .30 |
| 03/31/03 | ATTY # 0885: 2 COPIES | .30 |
| 03/31/03 | 561-362-1551/BOCA RATON, FL/9 | .51 |
| 03/31/03 | 561-362-1551/BOCA RATON, FL/2 | .11 |

172573 W. R. Grace & Co.
  60028  ZAI Science Trial
       May 6, 2003

Invoice Number  1029213
Page  26

```
                   CURRENT EXPENSES                  27,750.77
                                                   ------------
                   TOTAL BALANCE DUE UPON RECEIPT   $ 27,750.77
                                                   ============
```