**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 7, 2003 at 4:00 p.m**. |
| | ) | **Hearing Date: Only if Objections are timely filed** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 3677**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Seventh Monthly Application of Conway, Del Genio, Gries & Co., LLC ("CDG") For Compensation For Services Rendered And Reimbursement of Actual And Necessary Expenses Incurred as Financial Advisor For The Official Committee of Asbestos Property Damage Claimants For The Period From October 1, 2002 Through December 31, 2002 (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 7, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $11,189.69 which represents 80% of the fees ($13,987.12) and $0.00, which represents 100% of the expenses requested in the Application for the period

October 1, 2002 through December 31, 2002, upon the filing of this certification and without the need for entry of a Court order approving the Application.

        FERRY, JOSEPH & PEARCE, P.A.

        /s/ Lisa L. Coggins
        Michael B. Joseph (#392)
        Theodore J. Tacconelli (#2678)
        Lisa L. Coggins (#4234)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE. 19899
        (302) 575-1555
        Local Counsel to the Official Committee of
        Asbestos Property Damage Claimants

        -and-

        Bilzin Sumberg Dunn Baena Price & Axelrod LLP
        Scott L. Baena, Esq.
        Jay M. Sakalo, Esq.
        2500 First Union Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336
        Counsel to the Official Committee of Asbestos
        Property Damage Claimants

Dated: May 8, 2003