UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re

W.R. GRACE & CO., et al.,                    Chapter 11 Petition
                                              Case No. 01-01139-JKF

           Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that on February 19, 2003, Louis S. Robles, counsel for certain asbestos creditors in this matter, was suspended from the practice of law in the State of Florida by the Supreme Court of Florida. A copy of the Order entered by the Supreme Court of Florida suspending Louis S. Robles from practicing law in the State of Florida is attached hereto as Exhibit "A". On February 19, 2003, the law firms of Louis S. Robles, P.A., and The Robles Law Center, P.A. (the "Robles law firms") filed assignments for the benefit of creditors and are no longer engaged in the practice of law.

On February 20, 2003, Thomas Tew, a partner in Tew Cardenas Rebak Kellogg Lehman DeMaria Tague Raymond & Levine L.L.P., was appointed Inventory Attorney for the approximately 13,000 cases/files of Louis S. Robles and/or his affiliated entities, including The Robles Law Center, P.A. and Louis S. Robles, P.A. A copy of the Order entered by the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County appointing Thomas Tew as Inventory Attorney is attached hereto as Exhibit "B".

By Order dated March 7, 2003, the Circuit Court authorized the Inventory Attorney to engage the law firm of Tew Cardenas as his counsel, attached hereto as Exhibit "C".

Pursuant to the Supreme Court and the Circuit Court's orders, the Inventory Attorney has established trust accounts to receive any funds due the Robles law firms. All sums due Louis S. Robles, P.A. or the Robles Law Center, P.A. should be made payable to either the "Inventory Attorney Trust Account for Louis S. Robles, P.A.", or the "Inventory Attorney Trust Account for the Robles Law Center, P.A.", as the case may be, in the care of Tew Cardenas at 201 South Biscayne Boulevard, Suite 2600, Miami, Florida 33131.

Accordingly, the undersigned counsel and law firm hereby makes their appearance in the above-captioned bankruptcy case as Inventory Attorneys on behalf of all clients of the Robles law firms. Please serve copies of all pleadings, motions, objections, responses, notices and any other court papers on the undersigned law firm.

Dated: March 20, 2003.

                              TEW CARDENAS REBAK KELLOGG LEHMAN
                              DeMARIA TAGUE RAYMOND & LEVINE, LLP
                              Court Appointed Inventory Attorneys
                              201 South Biscayne Boulevard, Suite 2600
                              Miami, Florida 33131
                              Telephone:  (305) 536-1112
                              Facsimile:   (305) 536-1116

                              By: _____
                                  Thomas Tew, Esquire
                                  Florida Bar No. 98160
                              Jeffrey Tew, Esquire
                              Florida Bar No. 121291

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served, via U.S. regular mail, on this **20** day of March, 2003, upon: Laura Davis Jones, Esq., Pachulski Stang et al., Counsel for the Debtor, 919 N. Market Street, 16th Floor, Wilmington, DE 19899-8705; and Frank J. Perch, III, Office of the U.S. Trustee, 844 King Street, Suite 2313, Wilmington, DE 19801.

_____
Jeffrey Tew

::ODMA\MHODMA\MIAMI;363519;1

TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

# Supreme Court of Florida

WEDNESDAY, FEBRUARY 19, 2003

CASE NO.: SC03-214
Lower Tribunal No.: 2003-70,854(11F-MES)

THE FLORIDA BAR            vs.    LOUIS STEVEN ROBLES

Complainant(s)                      Respondent(s)

The Petition for Emergency Suspension filed pursuant to Rule 3-5.2 of the Rules Regulating The Florida Bar is granted and it is hereby ordered that the respondent is suspended from the practice of law until further order of this Court, and respondent (or an attorney acting on respondent's behalf) is ordered:

a. To accept no new clients from the date of this Court's order and to cease representing any clients after 30 days.

b. To immediately furnish a copy of respondent's suspension order to all clients and to furnish Staff Counsel of The Florida Bar with the requisite affidavit listing all clients so informed within 30 days after issuance of this Court's order.

c. To refrain from disbursing or withdrawing any monies from any trust account without approval of the Florida Supreme Court or a referee appointed by the Florida Supreme Court.

d. To deposit into a specified trust account all sums received from the practice of law, whether as fees, costs, deposits, or trust funds, within 30 days following the entry of the order of suspension in this case and thereafter, and to immediately advise Bar Counsel of the receipt and location of said funds.

EXHIBIT "A"

Case No. SC03-214
Page 2

c. To immediately notify in writing all financial institutions in which respondent maintains trust accounts of the provisions of respondent's suspension and to provide said financial institutions with a copy of this Court's order, and furthermore, to provide Bar Counsel with a copy of the notice sent to each financial institution.

Not final until time expires to file motion for rehearing and, if filed determined. The filing of a motion for rehearing shall not alter the effective date of this suspension.

ANSTEAD, C.J., and WELLS, PARIENTE, LEWIS, QUINCE, CANTERO and BELL, JJ., concur.

A True Copy
Test:

Thomas D. Hall
Clerk, Supreme Court

kb
Served:

JOHN ANTHONY BOGGS
DAVID W. BIANCHI
RANDOLPH MAX BROMBACHER
NICHOLAS R. FRIEDMAN

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

The Florida Bar File
No. 2003-70,892 (MIO-11F)

In Re: PETITION FOR APPOINTMENT
OF INVENTORY ATTORNEY
FOR LOUIS STEVEN ROBLES

Circuit Court Case
No. 03-11 CA 60

## ORDER APPOINTING INVENTORY ATTORNEY

THIS CAUSE having come on to be heard upon the Amended Petition of The Florida Bar dated February 19, 2003, for appointment of an inventory attorney pursuant to Rule 1-3.8, Rules Regulating The Florida Bar and the Court being otherwise fully advised in the premises and finding that Louis Steven Robles (hereafter referred to as Robles), is a member of The Florida Bar, albeit suspended pursuant to Florida Supreme Court Order dated February 19, 2003, and that in order to protect the rights of Robles' clients, it is

ORDERED AND ADJUDGED:

1. That Thomas Tew, Esquire is hereby appointed as inventory attorney for Robles with full powers and duties pursuant to Rule 1-3.8, Rules Regulating the Florida Bar to carry out the function as inventory attorney.

2. The inventory attorney is directed to proceed as soon as possible to inventory all files of Robles and to take such action as seems indicated to protect the interests of all of Robles' clients.

3. The inventory attorney is specifically authorized to accept employment as attorney in connection with the client matters found in the files inventoried as long as each client is given a free choice with regard to the further employment of counsel.

**EXHIBIT "B"**

4. The inventory attorney shall not be obligated to accept employment as attorney in connection with any or all the active cases found in the files inventoried, but may, at his option, refuse to handle such files as he deems fit and proper.

5. The inventory attorney shall within 30 days of this order furnish a progress report to this Court with copies to The Florida Bar and shall thereafter furnish periodic progress reports as this Court may direct until completion of the duties as inventory attorney and approval of a final report by this Court.

6. The Clerk of this Court shall issue, upon application of the inventory attorney, such writs as may be necessary to carry out this order, upon further order of Court.

7. The inventory attorney shall have specific authority to have access to the records of any and all bank accounts of Robles, whether such bank account is individual, escrow, trust, estate or in any representative capacity.

DONE AND ORDERED in Miami, Miami-Dade County, Florida this ____ day of February, 2003.

JOSEPH P. FARINA, CHIEF JUDGE
ELEVENTH JUDICIAL CIRCUIT

Copies furnished to:
Thomas Tew, Esquire
Nicholas N. Friedman, Esquire, Attorney for Lewis Steven Robles
Arlene Sankel, Esquire, Bar Counsel
Randolph M. Brombacher, Esquire, Bar Counsel
Lewis B. Freeman, Principal, Lewis B. Freeman & Partners, Inc.
John A. Boggs, Esquire, Director of Legal Division, The Florida Bar

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

THE FLORIDA BAR FILE
NO. 2003-70,892 (MIO-11F)

IN RE: PETITION FOR APPOINTMENT          CASE NO.: 03-11 CA 60
OF INVENTORY ATTORNEY FOR
LOUIS STEVEN ROBLES
_____/

### ORDER AUTHORIZING ENGAGEMENT OF ACCOUNTING FIRM AND PAYMENT OF ADMINISTRATIVE EXPENSES

THIS CAUSE came on for hearing on *March 7, 2003*, on Thomas Tew, Inventory Attorney's Emergency Motion for Order Authorizing Engagement of Accounting Firm and Payment of Administrative Expenses and the Court having heard argument of counsel and being otherwise fully advised in the premises it is hereby

ORDERED AND ADJUDGED as follows:

The Inventory Attorney's Motion is granted. The Inventory Attorney is authorized to do the following during the next 30 days:

1. Mail notices to the clients advising them of his appointment as Inventory Attorney, the status of their case and other matters pertaining to their rights

2. Retain the firm of Lewis B. Freeman & Partners, Inc. to provide accounting and case administration services.

3. Pay the cost of certain former employees of the Robles law firms who are familiar with the computer programs that are necessary to inventory and evaluate the clients files and assist in client communication and case administration and paralegals who are familiar with the clients' files.

EXHIBIT "C"

4. Pay certain expenses necessary to preserve the clients cases in good standing, such as rent on the warehouse where the files are stored, computer costs etc.

5. Retain inventory attorney's law firm, TEW CARDENAS REBAK KELLOGG LEHMAN DEMARIA TAGUE RAYMOND & LEVINE, L.L.P., as his counsel in this matter.

DONE AND ORDERED in Chambers, Miami, Dade County, Florida, on this 7th day of March, ~~February,~~ 2003.

CIRCUIT COURT JUDGE
JUDGE JOSEPH P. FARINA

cc: Nicholas N. Friedman, Esq.
Kalish Sankel, Esq.
Randolph M. Brombacher, Esq.
Lewis B. Freeman, Esq.
John A. Boggs, Esq.
Andrew M. Leinoff, Esq.,
Robert A. Schatzman, Esq.,
Linda McCann Hake
Jerry Markowitz
Linda Kelly Kearson, Esq
Allison Day, Esq.
Thomas F. Emmick
Louis S. Robles
Thomas Tew, Esq.
Jeffrey Tew, Esq.

2