Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**February 2003**
**MOR-1**

| | PNC 4002641360 | Hibernia Natl Disbursement 101391210 | Bank of America Payroll 0005 0002 2137 | Allfirst Payroll 16256857 | First Union Petty Cash 20400000016900 |
|---|---|---|---|---|---|
| Balance per books | $ 25,000 | $ 10,000 | $ - | $ 190,675 | $ 56,091 |
| | | | | | |
| Bank Balance | 24,671 | 10,000 | | 227,723 | 43,668 |
| (+) Deposits in transit | | | - | | |
| ( -) Outstanding checks | | | - | (37,017) | |
| Other | 329 | | - | (32) | 12,423 |
| Adjusted bank balance | $ 25,000 | $ 10,000 | $ - | $ 190,675 | $ 56,091 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Detail Available | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | 329 | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | (32) | | (241) |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | (3,337) |
| Petty cash funds | | | | | | | | | | 16,000 |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

*Chart 2*

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**February 2003**
**MOR-1**

| | Banco de Credito Operating Acct 1931115122058 | Banco de Credito Operating Acct 1931125983172 | Banco de Credito Time Deposit | Bank of Boston Operating Acct 0154519 | Bank of Boston Operating Acct 0154424 |
|---|---|---|---|---|---|
| | (Soles) | (US$) | (US$) | (Soles) | (US$) |
| Balance per books | 10,399 | $ 494,149 | $ 10,000 | 37,906 | $ 1,247,284 |
| | | | | | |
| Bank Balance | 10,695 | 494,149 | 10,000 | 37,906 | 1,219,353 |
| (+) Deposits in transit | | | | | 27,930 |
| (-) Outstanding checks | (296) | | | | |
| Other | | | | | |
| Adjusted bank balance | 10,399 | $ 494,149 | $ 10,000 | 37,906 | $ 1,247,284 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 28-Feb-03 | 1,657 |
| | | | | | | | | | 28-Feb-03 | 4,768 |
| | | | | | | | | | 28-Feb-03 | 21,505 |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7717961 | (296) | | | | | | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co.**
**Bank Reconciliations**
**February 2003**
**MOR-1**

| | JP Morgan Chase Pass Through 323681963 |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

10 of 15

Chart 2

**Remedium Group, Inc.**
**Bank Reconciliations**
**February 2003**
**MOR-1**

| | JP Morgan Chase Pass Through 323883942 | | JP Morgan Chase Disbursement 901831985 | |
|---|---|---|---|---|
| Balance per books | $ | - | $ | (190,854) |
| | | | | |
| Bank Balance | | - | | |
| (+) Deposits in transit | | | | |
| ( -) Outstanding checks | | | | (190,854) |
| Other | | | | |
| Adjusted bank balance | $ | - | $ | (190,854) |

| Deposits in Transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| Outstanding Checks | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | 4188 | (75) |
| | | | 4446 | (934) |
| | | | 4537 | (1,874) |
| | | | 4540 | (3,326) |
| | | | 4541 | (150) |
| | | | 4542 | (1,250) |
| | | | 4543 | (200) |
| | | | 4544 | (12,974) |
| | | | 4545 | (250) |
| | | | 4547 | (500) |
| | | | 4548 | (100) |
| | | | 4550 | (24) |
| | | | 4552 | (105) |
| | | | 4553 | (48) |
| | | | 4554 | (9) |
| | | | 4555 | (60) |
| | | | 4556 | (200) |
| | | | 4557 | (745) |
| | | | 4558 | (31) |
| | | | 4560 | (1,238) |
| | | | 4561 | (293) |
| | | | 4562 | (1,708) |
| | | | 4563 | (60) |
| | | | 4564 | (3,476) |
| | | | 4565 | (48) |
| | | | 4566 | (80) |
| | | | 4567 | (90) |
| | | | 4568 | (1,150) |
| | | | 4569 | (48,545) |
| | | | 4570 | (654) |
| | | | 4571 | (16,070) |
| | | | 4572 | (195) |
| | | | 4573 | (31) |
| | | | 4574 | (122) |
| | | | 4575 | (94,239) |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | | | |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

*Chart 2*

| CC Partners<br>Bank Reconciliations<br>February 2003<br>MOR-1 | First Union<br>Deposit Acct<br>2199500031802 |
|---|---|
| Balance per books | $ - |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |
| Deposits in Transit | |
| Outstanding Checks | |
| Other | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

*Chart 2*

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**February 2003**
**MOR-1**

|  | Citibank Operating Acct 300153011 |
|---|---|
| Balance per books | $ 3,777,435 |
| | |
| Bank Balance | 4,113,090 |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | (331,453) |
| Other | (4,202) |
| Adjusted bank balance | $ 3,777,435 |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | 15376 | (12,203) |
| | 15461 | (27) |
| | 15727 | (8,185) |
| | 15904 | (728) |
| | 15992 | (357) |
| | 16076 | (1,700) |
| | 16095 | (103) |
| | 16113 | (1,734) |
| | 16118 | (555) |
| | 16139 | (4,549) |
| | 18141 | (146) |
| | 18142 | (4,097) |
| | 16143 | (90) |
| | 16145 | (210) |
| | 16149 | (45) |
| | 16151 | (100) |
| | 1615 | (50) |
| | 16155 | (260) |
| | 16159 | (8,350) |
| | 16160 | (21,555) |
| | 16161 | (3,300) |
| | 16162 | (93,291) |
| | 16163 | (49,812) |
| | 16167 | (12) |
| | 16168 | (2,136) |
| | 16169 | (16,135) |
| | 16170 | (16,410) |
| | 16171 | (3,496) |
| | 16172 | (3,757) |
| | 16173 | (6,456) |
| | 16174 | (25,487) |
| | 16175 | (12,136) |
| | 16176 | (15,119) |
| | 16177 | (525) |
| | 16178 | (12) |
| | 16179 | (105) |
| | 16180 | (1,052) |
| | 16181 | (19) |
| | 16182 | (195) |
| | 16183 | (16,244) |
| | 16184 | (191) |
| | 16185 | (182) |
| | 16186 | (530) |
| | 16187 | (100) |
| | 16188 | (178) |
| | 16189 | (310) |
| | 16190 | (105) |
| | 15939 | 4,878 |
| | various | (3,929) |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | (4,202) |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 2*

**Kootenai Development Company**
**Bank Reconciliations**
**February 2003**
**MOR-1**

| | First National Bank of Montana Checking 1049097 |
|---|---|
| Balance per books | $ 29,162 |
| | |
| Bank Balance | 29,162 |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ 29,162 |
| **Deposits in Transit** | |
| | |
| | |
| **Outstanding Checks** | |
| | |
| | |
| **Other** | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

*Chart 2*

**Grace Europe, Inc.**
**Bank Reconciliations**
**February 2003**
**MOR-1**

| | Barclays Bank PLC |
|---|---|
| Balance per books | $              - |
| | |
| Bank Balance | - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $              - |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |

| Outstanding Checks | Ck. # | Amt |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended March 31, 2003**

| | W. R. Grace & Co. - Conn. | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | GC Partners | Grace Washington, Inc. | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 65,283,953 | $     - | $     - | $     - | $     - | $     - | $     - | $     - | $     - |
| Net sales to non-filing entities | 12,435,476 | | | | | | | - | |
| Net sales to filing entities | 208,305 | | | | | | | - | |
| Interest and royalties from non-filing entities, net | 1,579,822 | | | | | | | - | |
| Interest and royalties from filing entities, net | (6,987,001) | 4,160,619 | 732,816 | 57,518 | 845,233 | - | 2,602,915 | - | |
| Other income | 1,315,583 | - | - | - | - | - | - | - | |
| | 73,836,137 | 4,160,619 | 732,816 | 57,518 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 47,031,111 | - | - | - | - | - | - | - | |
| Cost of goods sold to non-filing entities | 9,127,868 | - | - | - | - | - | - | - | |
| Cost of goods sold to filing entities | 194,371 | - | - | - | - | - | - | - | |
| Selling, general and administrative expenses | 25,605,132 | - | 6,015 | - | - | 933 | - | - | |
| Research and development expenses | 3,905,131 | - | - | - | - | - | - | - | |
| Depreciation and amortization | 5,140,110 | - | 2,318 | - | - | - | - | - | |
| Interest expense | 1,387,770 | - | - | - | - | - | - | - | |
| | 92,391,492 | - | 8,333 | - | - | 933 | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (18,555,355) | 4,160,619 | 724,483 | 57,518 | 845,233 | (933) | 2,602,915 | - | - |
| Chapter 11 reorganization expenses, net | (1,078,840) | - | - | - | - | - | - | - | |
| (Provision for) benefit from income taxes | 4,364,097 | (1,456,217) | (255,090) | (20,131) | (295,831) | 327 | (911,020) | - | |
| Minority interest in income of subsidiary | | | | | | | | - | |
| Equity in net income of non-filing entities | | | | | | | | - | |
| **Net income** | $(15,270,098) | $2,704,402 | $ 469,393 | $ 37,387 | $ 549,402 | $ (606) | $1,691,895 | $     - | $     - |

> **Note #2**
> Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended March 31, 2003**

| | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation | Alewife Boston, Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ 613,851 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 2,312,810 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (2,727,172) | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | (414,362) | 613,851 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 212,925 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 8,469 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 76,452 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,628 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | 305,474 | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (414,362) | 308,377 | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 101,104 | (108,212) | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net Income | $ (313,258) | $ 200,165 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR -2**
**Month Ended March 31, 2003**

| | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern oil, Resin & Fiberglass, Inc. | Guanica- Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G-C Limited Partners I, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | | | | | | | | | | |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| Cost of goods sold to third parties | - | | - | | - | | - | | | - |
| Cost of goods sold to non-filing entities | | | | | | | | | | |
| Cost of goods sold to filing entities | | | | | | | | | | |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | | | | | | | | | | |
| Depreciation and amortization | | | | | | | | | | |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | | | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | | | | | | | | | | |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

3 of 7

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR -2**
**Month Ended March 31, 2003**

| | Monolith Enterprises Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | GPC Management, Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | 25,045 | |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | |
| Research and development expenses | - | - | - | - | - | - | - | - | - | |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | |
| Interest expense | - | - | - | - | - | - | - | - | - | |
| | - | - | - | - | - | - | - | - | 25,045 | |
| Income before Chapter 11 reorganization | | | | | | | | | | |
| expenses, income taxes, minority interest | | | | | | | | | | |
| and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | (25,045) | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (25,045) | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

| W.R. Grace & Co. - Chapter 11 Filing Entities Combining Statement of Operations MOR + 2 Month Ended March 31, 2003 | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. | Creative Food 'N Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp | Grace Ventures Corp. | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net Income | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR + 2**
**Month Ended March 31, 2003**

| | GEC Management Corporation | Grace Offshore Company | Grace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. | Coalgrace II, Inc. | Gracecoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Other income | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net Income** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

Chart 3

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended March 31, 2003**

| | Axial Basin Ranch Company | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ 65,897,804 |
| Net sales to non-filing entities | - | - | - | - | - | 12,435,476 |
| Net sales to filing entities | - | - | - | (208,305) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 3,892,632 |
| Interest and royalties from filing entities, net | - | - | - | 1,315,073 | - | - |
| Other income | - | - | - | - | - | 1,315,583 |
| | - | - | - | 1,106,769 | - | 83,541,495 |
| Cost of goods sold to third parties | - | - | - | - | - | 47,269,081 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | 9,127,868 |
| Cost of goods sold to filing entities | - | - | - | (202,840) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | 25,688,533 |
| Research and development expenses | - | - | - | - | - | 3,905,131 |
| Depreciation and amortization | - | - | - | - | - | 5,150,056 |
| Interest expense | - | - | - | - | - | 1,387,770 |
| | - | - | - | (202,840) | - | 92,528,438 |
| Income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | 1,309,609 | - | (8,986,943) |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | (1,078,841) |
| (Provision for) benefit from income taxes | - | - | - | - | - | 1,419,027 |
| Minority interest in income of subsidiary | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | 7,013,777 | 7,013,777 |
| **Net Income** | $ - | $ - | $ - | $1,309,609 | $ 7,013,777 | $ (1,632,979) |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

7 of 7

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | W.R. Grace & Co. Conn | W.R. Grace & Co. | Remedium Group, Inc. | CCHP, Inc. | CC Partners | Grace Washington, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 17,067,163 | $ - | $ (69,677) | $ - | $ - | $ - |
| Accounts and other receivables, net | 107,522,497 | | 23,965 | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 287,880,515 | (389,032,872) | (655,467) | 12,971,464 | (27,828,792) | (9,643,262) |
| Inventories | 74,037,191 | | - | | | |
| Deferred income taxes | 26,696,405 | | 2,232,103 | | | |
| Other current assets | 21,128,720 | | - | | | |
| Total Current Assets | 514,332,491 | (389,032,872) | 1,530,924 | 12,971,464 | (27,828,792) | (9,643,262) |
| | | | | | | |
| Properties and equipment, net | 385,596,562 | | 478,517 | | | |
| Goodwill | 14,499,090 | | - | | | |
| Cash value of company owned life insurance, net of policy loans | 87,724,394 | | - | | | |
| Deferred income taxes | 731,855,322 | | 44,101,884 | | | |
| Asbestos-related insurance receivable | 281,579,478 | | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,106,726,882) | 817,334,326 | 125,403,317 | 4,648,970 | 200,756,256 | |
| Investment in filing and non-filing entities | 828,397,133 | 241,512,111 | - | | | |
| Other assets | 90,022,343 | | - | | | |
| **Total Assets** | **$ 1,827,279,931** | **$ 669,813,564** | **$ 171,514,642** | **$ 17,620,434** | **$ 172,927,464** | **$ (9,643,262)** |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 48,733,567 | | 52,034 | | | |
| Income taxes payable | 40 | | - | | | |
| Asbestos-related liability expected to be disbursed within one year | (0) | | - | | | |
| Other current liabilities | 52,875,642 | | 58,226 | | | 18,338 |
| Total Current Liabilities | 101,609,249 | - | 110,259 | | | 18,338 |
| g-term debt - DIP facility | (438,134) | | | | | |
| erred income taxes | 148,105,771 | | - | | | |
| Asbestos-related liability expected to be disbursed after one year | (0) | | - | | | |
| Other liabilities | 234,882,291 | 0 | 0 | | 0 | |
| Total Liabilities Not Subject to Compromise | 484,159,176 | 0 | 110,260 | - | 0 | 18,338 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 541,740,454 | | - | | | |
| Accounts payable | 31,344,550 | | 665,807 | | | |
| Income taxes payable | 148,883,626 | 37,670,208 | 2,356,590 | 92,363 | 10,643,365 | (247,738) |
| Asbestos-related liability | 970,912,287 | | - | | | |
| Other liabilities | 394,444,664 | 188,091 | 131,226,410 | | 32,239,894 | |
| Total Liabilities Subject to Compromise | 2,087,325,580 | 37,858,299 | 134,248,607 | 92,363 | 42,883,259 | (247,738) |
| Total Liabilities | 2,571,484,756 | 37,858,299 | 134,358,866 | 92,363 | 42,883,259 | (229,400) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | - | | | |
| Common Stock | 83,968,960 | 769,798 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,809,878 | 428,598,673 | 9,724,449 | 34,052,467 | 56,011,577 | |
| (Accumulated deficit)/Retained earnings | (628,678,049) | 338,677,803 | 27,419,104 | (16,525,395) | 74,032,628 | (9,414,862) |
| Treasury stock, at cost | | (136,091,108) | - | | | |
| Accumulated other comprehensive loss | (342,305,614) | 100 | - | | | |
| Total Shareholders' Equity (Deficit) | (744,204,825) | 631,955,265 | 37,155,776 | 17,528,072 | 130,044,205 | (9,413,862) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 1,827,279,931** | **$ 669,813,564** | **$ 171,514,642** | **$ 17,620,434** | **$ 172,927,464** | **$ (9,643,262)** |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

1 of 12

*Chart 4*

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | Litigation Management, Inc. | Grace Europe, Inc. | L B Realty, Inc. | Grace International Holdings, Inc. | Darex Puerto Rico, Inc. | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 4,254,983 | $ - |
| Accounts and other receivables, net | - | 79,159 | - | - | 2,439,052 | - |
| Receivables from/(payables to) filing and non-filing entities, net | (365,073,826) | 5,718,146 | 140,477,802 | (91,736,294) | (1,084,502) | (5,228,511) |
| Inventories | - | (0) | - | - | 159,174 | - |
| Deferred income taxes | - | 76,956 | - | - | 17,655 | - |
| Other current assets | - | - | - | - | - | - |
| Total Current Assets | (365,073,826) | 5,874,261 | 140,477,802 | (91,736,294) | 5,786,362 | (5,228,511) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 804,017 | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | 38,161 | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | 442,912,268 | (3,268,944) | - | 29,579,252 | - | - |
| Investment in filing and non-filing entities | - | - | - | 58,669,464 | - | - |
| Other assets | - | 54,000 | - | - | 205,396 | 1,209,398 |
| **Total Assets** | **$ 77,838,442** | **$ 2,697,478** | **$ 140,477,802** | **$ (3,487,577)** | **$ 6,795,775** | **$ (4,019,113)** |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | 21,280 | - | - | 23,688 | 306,034 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | 349,775 | - | - | 99,432 | - |
| Total Current Liabilities | - | 371,055 | - | - | 23,688 | 405,466 |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | 0 | - | - | 146,497 | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | - | 371,055 | - | - | 23,688 | 551,963 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | 133,907 | - |
| Income taxes payable | 24,597,334 | (724,370) | (47,202) | (6,673,252) | 1,066,172 | (300) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | 219,874 | - | - | - | - |
| Total Liabilities Subject to Compromise | 24,597,334 | (504,496) | (47,202) | (6,673,252) | 1,200,079 | (300) |
| Total Liabilities | 24,597,334 | (133,441) | (47,202) | (6,649,564) | 1,752,042 | (300) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | - | - | - | - | - |
| Common Stock | 1,000 | - | - | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | 1,000 | 25,358,993 | 45,067,489 | - | 274,606 |
| (Accumulated deficit)/Retained earnings | 82,507,406 | (429,951) | 115,166,011 | (36,618,990) | 5,042,733 | (4,293,619) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | 3,259,870 | - | (5,287,512) | - | - |
| Total Shareholders' Equity (Deficit) | 53,241,108 | 2,830,919 | 140,525,004 | 3,161,986 | 5,043,733 | (4,018,813) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 77,838,442** | **$ 2,697,478** | **$ 140,477,802** | **$ (3,487,577)** | **$ 6,795,775** | **$ (4,019,113)** |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $          - | $          - | $          - | $          - | $          - | $          - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,580) | | (57,817,172) | (110) | (330) | (10,752) |
| Inventories | - | | - | - | - | - |
| Deferred income taxes | - | | - | | - | - |
| Other current assets | - | | - | - | - | - |
| **Total Current Assets** | (2,143,580) | - | (57,817,172) | (110) | (330) | (10,752) |
| | | | | | | |
| Properties and equipment, net | - | | - | - | - | - |
| Goodwill | - | | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | | - | - | - | - |
| Deferred income taxes | - | | - | - | - | - |
| Asbestos-related insurance receivable | - | | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | - | - | - |
| Investment in filing and non-filing entities | - | | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | | - | - | - | - |
| **Total Assets** | $ (2,143,580) | $          - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 56,000,825 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $          - | $          - | $          - | $          - | $          - | $          - |
| Accounts payable | - | | - | - | - | - |
| Income taxes payable | - | | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | | - | - | - | - |
| Other current liabilities | - | | - | - | - | - |
| **Total Current Liabilities** | - | | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | | - | - | - | - |
| Deferred income taxes | - | | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | | - | - | - | - |
| Other liabilities | - | | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | - | - | - |
| Accounts payable | - | | - | - | - | - |
| Income taxes payable | (210) | | - | (110) | (330) | (3,912) |
| Asbestos-related liability | - | | - | - | - | - |
| Other liabilities | - | | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (210) | - | - | (110) | (330) | (3,912) |
| **Total Liabilities** | (210) | - | - | (110) | (330) | (3,912) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | - | - | - | - |
| Common Stock | - | | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | | (34,103,706) | - | - | 1,504,737 |
| Treasury stock, at cost | - | | - | - | - | - |
| Accumulated other comprehensive loss | - | | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 56,004,737 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,580) | $          - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 56,000,825 |

---

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 29,162 | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (16,214) | (26,718,452) | 57,347,191 | (7,288,816) | - | - |
| Inventories | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Other current assets | 6,320 | - | - | - | - | |
| **Total Current Assets** | 19,268 | (26,718,452) | 57,347,191 | (7,288,816) | - | |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill | - | - | - | - | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance receivable | - | - | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | |
| Investment in filing and non-filing entities | - | - | - | - | - | |
| Other assets | 1,630,940 | - | - | - | - | |
| **Total Assets** | $ 1,650,208 | $ (26,718,452) | $ 57,347,191 | $ (7,288,816) | $ | $ |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | |
| Other current liabilities | 551,649 | 5,000 | - | - | - | |
| **Total Current Liabilities** | 551,649 | 5,000 | - | - | - | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | (6,176) | (104,625) | 10,346,794 | (5,220) | - | |
| Asbestos-related liability | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Subject to Compromise** | (6,176) | (104,625) | 10,346,794 | (5,220) | - | |
| **Total Liabilities** | 545,473 | (99,625) | 10,346,794 | (5,220) | - | |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | - | - | - | 5,150 | - | |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | - | |
| (Accumulated deficit)/Retained earnings | (219) | (27,478,060) | 43,427,950 | (12,433,596) | - | |
| Treasury stock, at cost | - | - | - | - | - | |
| Accumulated other comprehensive loss | - | - | (99,212) | - | - | |
| **Total Shareholders' Equity (Deficit)** | 1,104,735 | (26,618,827) | 47,000,396 | (7,283,596) | - | |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,650,208 | $ (26,718,452) | $ 57,347,191 | $ (7,288,816) | $ | $ |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ 1,000 | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,824,284 | (101,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 5,824,284 | $ (7,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | 3 | - | - |
| **Total Current Liabilities** | - | - | - | 3 | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 3 | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (110) | - | (110) | (560) | (560) | (450) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (110) | - | (110) | (560) | (560) | (450) |
| **Total Liabilities** | (110) | - | (110) | (557) | (560) | (450) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (9,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (7,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,284 | $ (7,966) | $ (1,118,993) | $ 10,284,124 | $ 330 | $ (2,417,714) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Exarg, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | 1,184,871 |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (45,742) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (818) | (110) | (210) | (110) | (30) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (818) | (110) | (210) | (110) | (30) |
| **Total Liabilities** | - | (818) | (110) | (210) | (110) | (30) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (45,812) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (45,712) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (45,742) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | W.R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 36,708,378 | - | (73,061) | (12,559,393) | 174,205 | (19,453,793) |
| Inventories | - | | - | | - | |
| Deferred income taxes | - | | - | | - | |
| Other current assets | - | | - | | - | |
| Total Current Assets | 36,708,378 | - | (73,061) | (12,559,393) | 174,205 | (19,453,293) |
| | | | | | | |
| Properties and equipment, net | - | | - | | - | |
| Goodwill | - | | - | | 438,445 | |
| Cash value of company owned life insurance, net of policy loans | - | | - | | - | |
| Deferred income taxes | - | | - | | - | |
| Asbestos-related insurance receivable | - | | - | | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | | - | |
| Investment in filing and non-filing entities | 6,284,806 | | - | | - | |
| Other assets | - | | - | | - | 4,066 |
| **Total Assets** | $ 42,993,184 | $ - | $ (73,061) | $ (12,559,393) | $ 612,650 | $ (19,449,227) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | | - | | - | 4,066 |
| Income taxes payable | - | | - | | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | | - | | - | - |
| Other current liabilities | - | | - | | 199 | 10,449 |
| Total Current Liabilities | - | | - | | 199 | 14,515 |
| | | | | | | |
| Long-term debt - DIP facility | | | - | | - | |
| Deferred income taxes | | | - | | 438,134 | |
| Asbestos-related liability expected to be disbursed after one year | | | - | | - | |
| Other liabilities | | | - | | - | |
| Total Liabilities Not Subject to Compromise | - | | - | | 438,333 | 14,515 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | | - | |
| Accounts payable | - | | - | | - | |
| Income taxes payable | (758) | | (110) | (140) | - | |
| Asbestos-related liability | - | | - | | - | |
| Other liabilities | - | | - | | - | |
| Total Liabilities Subject to Compromise | (758) | - | (110) | (140) | - | |
| Total Liabilities | (758) | - | (110) | (140) | 438,333 | 14,515 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | - | | - | |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | - | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | | - | | - | |
| Accumulated other comprehensive loss | - | | - | | - | |
| Total Shareholders' Equity (Deficit) | 42,993,942 | - | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,184 | $ - | $ (73,061) | $ (12,559,393) | $ 612,650 | $ (19,449,227) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 23,479,269 | 6,345,361 | 810,290 | (59,581,447) | (185) | (86,721) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 23,479,269 | 6,345,361 | 810,290 | (59,581,447) | (185) | (86,721) |
| | | | | | | |
| Properties and equipment, net | - | | - | - | | - |
| Goodwill | - | | - | - | | - |
| Cash value of company owned life insurance, net of policy loans | - | | - | - | | - |
| Deferred income taxes | - | | - | - | | - |
| Asbestos-related insurance receivable | - | | - | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | - | | - |
| Investment in filing and non-filing entities | - | | - | - | | - |
| Other assets | - | | - | - | | - |
| **Total Assets** | $ 23,479,269 | $ 6,345,361 | $ 810,290 | $ (59,581,447) | $ (185) | $ (86,721) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | - |
| Income taxes payable | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | - |
| Other current liabilities | - | - | - | - | | - |
| **Total Current Liabilities** | - | - | - | - | | - |
| | | | | | | |
| Long-term debt - DIP facility | - | | - | - | | - |
| Deferred income taxes | - | | - | - | | - |
| Asbestos-related liability expected to be disbursed after one year | - | | - | - | | - |
| Other liabilities | - | | - | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | | - | - | | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | - | | - |
| Accounts payable | - | | - | - | | - |
| Income taxes payable | (879) | (300) | (310) | (215) | (185) | (110) |
| Asbestos-related liability | - | | - | - | | - |
| Other liabilities | - | | - | - | | - |
| **Total Liabilities Subject to Compromise** | (879) | (300) | (310) | (215) | (185) | (110) |
| **Total Liabilities** | (879) | (300) | (310) | (215) | (185) | (110) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | - | - | | - |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | | (1,986,611) |
| Treasury stock, at cost | - | | - | - | | - |
| Accumulated other comprehensive loss | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,479,269 | $ 6,345,361 | $ 810,290 | $ (59,581,447) | $ (185) | $ (86,721) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Receivables from/(payables) to filing and non-filing entities, net | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,889 | 875,359 | (5,264) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,889 | 875,359 | (5,264) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,889 | $ 875,359 | $ (5,264) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (119) | (110) | - | (310) | (310) | (210) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (119) | (110) | - | (310) | (310) | (210) |
| **Total Liabilities** | (119) | (110) | - | (310) | (310) | (210) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,889 | $ 875,359 | $ (5,264) |

Note #3
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**March 31, 2003**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 108,130 | 130,478,108 | 145,501,706 | (81,115,088) | 47,407,796 | |
| Inventories | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Other current assets | - | - | - | - | - | |
| Total Current Assets | 108,130 | 130,478,108 | 145,501,706 | (81,115,088) | 47,407,796 | |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill | - | - | - | - | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance receivable | - | - | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | |
| Investment in filing and non-filing entities | - | - | - | - | - | |
| Other assets | - | - | - | - | - | |
| **Total Assets** | $ 108,130 | $ 130,478,108 | $ 145,501,706 | $ (81,115,088) | $ 47,407,796 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Short-term debt | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | |
| Other current liabilities | - | - | - | - | - | |
| Total Current Liabilities | - | - | - | - | - | |
| | | | | | | |
| Long-term debt - DIP facility | - | - | - | - | - | |
| Deferred income taxes | - | 26,927,846 | 26,927,846 | - | - | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| Total Liabilities Not Subject to Compromise | - | 26,927,846 | 26,927,846 | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | (310) | 2,362,190 | 2,362,290 | (455) | (110) | |
| Asbestos-related liability | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| Total Liabilities Subject to Compromise | (310) | 2,362,190 | 2,362,290 | (455) | (110) | |
| Total Liabilities | (310) | 29,290,036 | 29,290,136 | (455) | (110) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | |
| Treasury stock, at cost | - | - | - | - | - | |
| Accumulated other comprehensive loss | - | - | - | - | - | |
| Total Shareholders' Equity (Deficit) | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,130 | $ 130,478,108 | $ 145,501,706 | $ (81,115,088) | $ 47,407,796 | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.