**Merrill Lynch**   Investment Managers     Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118   (800) 225-1576

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 02/01/2003 - 02/28/2003

Account Number
318-3323735-8

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 02/28/2003
$29,400,778.14

Dividends
02/01/2003 - 02/28/2003     Year To Date
$38,291.46          $86,865.88

> *ACCOUNT INFORMATION IS NOW AVAILABLE
> ON-LINE. TO LEARN MORE ABOUT ACCOUNT
> ACCESS PLEASE CALL US AT (800) 225-1576.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR
> THE MONTH OF FEBRUARY WAS 1.29%.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $37,762,486.68 |
| 02/03/2003 | 02/03/2003 | Shares Purchased By Wire | $4,000,000.00 | $1.00 | $41,762,486.68 |
| 02/04/2003 | 02/04/2003 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $42,762,486.68 |
| 02/05/2003 | 02/05/2003 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $44,662,486.68 |
| 02/06/2003 | 02/06/2003 | Same Day Wire Redemption | $6,300,000.00 | $1.00 | $38,362,486.68 |
| 02/07/2003 | 02/07/2003 | Shares Purchased By Wire | $3,200,000.00 | $1.00 | $41,562,486.68 |
| 02/10/2003 | 02/10/2003 | Shares Purchased By Wire | $700,000.00 | $1.00 | $42,262,486.68 |
| 02/11/2003 | 02/11/2003 | Same Day Wire Redemption | $2,900,000.00 | $1.00 | $39,362,486.68 |
| 02/12/2003 | 02/12/2003 | Shares Purchased By Wire | $1,100,000.00 | $1.00 | $40,462,486.68 |
| 02/13/2003 | 02/13/2003 | Same Day Wire Redemption | $6,100,000.00 | $1.00 | $34,362,486.68 |
| 02/14/2003 | 02/14/2003 | Shares Purchased By Wire | $200,000.00 | $1.00 | $34,562,486.68 |
| 02/18/2003 | 02/18/2003 | Shares Purchased By Wire | $200,000.00 | $1.00 | $34,762,486.68 |
| 02/19/2003 | 02/19/2003 | Shares Purchased By Wire | $8,200,000.00 | $1.00 | $42,962,486.68 |
| 02/20/2003 | 02/20/2003 | Same Day Wire Redemption | $4,200,000.00 | $1.00 | $38,762,486.68 |
| 02/21/2003 | 02/21/2003 | Same Day Wire Redemption | $500,000.00 | $1.00 | $38,262,486.68 |
| 02/24/2003 | 02/24/2003 | Shares Purchased By Wire | $5,100,000.00 | $1.00 | $43,362,486.68 |
| 02/25/2003 | 02/25/2003 | Shares Purchased By Wire | $800,000.00 | $1.00 | $44,162,486.68 |
| 02/25/2003 | 02/25/2003 | Same Day Wire Redemption | $3,500,000.00 | $1.00 | $40,662,486.68 |
| 02/27/2003 | 02/27/2003 | Same Day Wire Redemption | $7,600,000.00 | $1.00 | $33,062,486.68 |

Account Number   318-3323735-8     {page 1 of 2)

 

**Merrill Lynch** Investment Managers                    Merrill Lynch Funds For Institutions

## Phone Numbers | Online Access | Addresses

| | | |
|---|---|---|
| Pricing & service ____ (800) 225-1576 | For online account information and trading various website at <https://account.ml.com> or e-mail us at <fficustserv@ml.com> | Change of address, check reorder and subsequent purchase, etc.: P.O. Box 8118 Boston, MA 02266-8118 | For items certified or registered mail: One Financial Center 23rd Floor Boston, MA 02111 |
| Facsimile _____ (614) 342-1684 | | | |
| FFI InfoLine _____ (800) 343-6232 | | | |

## Trading Instructions

Purchase and redemption orders may be placed by calling the number above subject to the following deadlines on days which the Merrill Lynch Funds For Institutions is open for business. See the Funds' prospectus for information on holiday closings.

| | | | |
|---|---|---|---|
| Merrill Lynch Premier Institutional Fund | 5:00 PM ET | Merrill Lynch Treasury Fund | 2:00 PM ET |
| Merrill Lynch Institutional Fund | 5:00 PM ET | Merrill Lynch Institutional Tax-Exempt Fund | 11:00 PM ET |
| Merrill Lynch Government Fund | 5:00 PM ET | | |

## FFI InfoLine

Merrill Lynch's FFI InfoLine provides access to important Fund and account information 24 hours a day, seven days a week.
To use FFI InfoLine, dial (800) 343-6232, then:

| Press | Then Press | At Any Time, You May Press |
|---|---|---|

**1** For Merrill Lynch Funds For Institutions account information
- **1** For account balance
- **2** For most recent transaction
- **3** For last dividend transaction
- **4** For statement or checkbook orders
- **5** For year end information

**\*0** ... Funds For Institutions Representative during normal business hours (8:30 AM to 8:00 PM ET)

**2** For yield information
- **1** For one day dividend and yield
- **2** For seven and thirty day yields

**\*1** To return to the main menu

**\*2** To return to the previous menu

**3** For Fund investment objectives
Enter Fund Number to hear the Fund's investment objectives (see below for a list of Fund Numbers).

**\*3** To work with a different Tax I.D. Number

**\*4** To work with another account within the same Fund

**4** For mailing and wiring instructions
- **1** For mailing instructions on how to invest by check
- **2** For Fund mailing address
- **3** For Federal Fund wiring instructions
- **4** For trading deadlines

**\*5** To change your Personal Identification Number (PIN)

Merrill Lynch Funds For Institutions Fund Numbers

**5** To request a prospectus or other Fund literature
You will be transferred to a Fund Representative

| | |
|---|---|
| Merrill Lynch Premier Institutional Fund | 318 |
| Merrill Lynch Institutional Fund | 258 |
| Merrill Lynch Government Fund | 278 |
| Merrill Lynch Treasury Fund | 263 |
| Merrill Lynch Institutional Tax-Exempt Fund | 267 |

All information available via FFI InfoLine is confidential and can be accessed only by using a unique Personal Identification Number (PIN). You may change your PIN at anytime simply by pressing "5". (Your PIN will be established the first time you use FFI InfoLine.)

## Invest By Check | To Make An Address Change

Mail your check payable to Merrill Lynch Funds For Institutions to the address listed above along with a copy of your statement. Please be certain to write your account number on the front of your check.

Make any address changes or spelling corrections directly on the front of this statement and mail to the address listed above. To change the ownership or registration of your account, call (800) 225-1576.

**Merrill Lynch**    Investment Managers          Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 02/01/2003 – 02/28/2003

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 02/28/2003 | 02/28/2003 | Same Day Wire Redemption | $3,700,000.00 | $1.00 | $29,362,486.68 |
| 02/28/2003 | 02/28/2003 | Div Reinvest | $38,291.46 | $1.00 | $29,400,778.14 |
| | | Ending Balance | | | $29,400,778.14 |

Account Number  318-3323735-8          (page  2 of  2)

51975




**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

## Phone Numbers

Trading & service    (800) 225-1576
Facsimile            (614) 940-1984
FFI InfoLine         (800) 343-6222

## Online Access

For online account information
and trading visit our website at
<https://account.mlim.ml.com> or
e-mail us at <mlfundserv@ml.com>

## Addresses

Change of address, check reorder,
subsequent purchase, etc.:
P.O. Box 8116
Boston, MA 02266-8116

copies, certified or registered mail:
One Financial Center
3rd Floor
Boston, MA 02111

## Trading Instructions

Purchase and redemption orders may be placed by calling the number above subject to the following deadlines on days when the Merrill Lynch Funds For Institutions is open for business. See the Fund's prospectus for information on holiday closings.

| | | | |
|---|---|---|---|
| Merrill Lynch Premier Institutional Fund | 5:00 PM ET | Merrill Lynch Treasury Fund | 2:00 PM ET |
| Merrill Lynch Institutional Fund | 5:00 PM ET | Merrill Lynch Institutional Tax-Exempt Fund | 12:00 PM ET |
| Merrill Lynch Government Fund | 5:00 PM ET | | |

## FFI InfoLine

Merrill Lynch FFI InfoLine provides access to important Fund and account information 24 hours a day, seven days a week.
To use FFI InfoLine, dial (800) 343-6222, then:

| Press | Then Press | At Any Time, You May Press |
|---|---|---|

**1**  For Merrill Lynch Funds For Institutions account information

- **1** For account balance
- **2** For most recent transactions
- **3** For last dividend transaction
- **4** For statement or checkbook orders
- **5** For year end information

**•0** ... For a Representative of Merrill Lynch Funds For Institutions during account business hours (8:30 AM - 5:30 PM ET)

**•1** To return to the main menu

**•2** To return to the previous menu

**•3** To work with a different Tax I.D. Number

**•4** To work with another account within the same Fund

**•5** To change your Personal Identification Number (PIN)

**2**  For yield information

- **1** For one day dividend and yield
- **2** For seven and thirty day yields

**3**  For Fund investment objectives

Enter "Fund Number" to hear the Fund's investment objectives (see below for a list of Fund Numbers).

**4**  For mailing and wiring instructions

- **1** For mailing instructions to invest by check
- **2** For fund mailing address
- **3** For Federal Fund wiring instructions
- **4** For trading deadlines

**5**  To request a prospectus or other Fund literature

You will be transferred to a Fund Representative

Merrill Lynch Funds For Institutions Fund Numbers:

Merrill Lynch Premier Institutional Fund ........ 316
Merrill Lynch Institutional Fund ........ 258
Merrill Lynch Government Fund ........ 276
Merrill Lynch Treasury Fund ........ 263
Merrill Lynch Institutional Tax-Exempt Fund .... 267

All information available via FFI InfoLine is confidential and can be accessed only by using a unique Personal Identification Number (PIN). You may change your PIN at anytime simply by pressing "5". (Your PIN will be established the first time you use FFI InfoLine.)

## To Invest By Check

Make your check payable to Merrill Lynch Funds For Institutions to the address listed above along with a copy of your statement. Please be certain to write your account number on the front of your check.

## To Make An Address Change

Make any address changes or spelling corrections directly on the front of this statement and mail to the address listed above. To change the ownership or registration of your account, call (800) 225-1576.

Statement of Account

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

Account No:          323-223141
Statement Start Date: 01 FEB 2003
Statement End Date:   28 FEB 2003
Statement Code:       000-USA-22
Statement No:         002
                      Page 1 of 1

**TRANSACTIONS**

| | |
|---|---|
| Total Credits | 1 |
| Total Debits (incl. checks) | 1 |
| Total Checks Paid | 0 |

**BALANCES**

| | Opening (01 FEB 2003) | Closing (28 FEB 2003) |
|---|---|---|
| Ledger | 731,025.81 | .00 |
| Ledger | 731,025.81 | |
| | 0.00 | |

**ENCLOSURES**

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

.00

**Posting Balances**

LEDGER BALANCES        0.00
28FEB

**CREDITS**

28FEB   731,025.81  NASSAU DEPOSIT TAKEN
B/O: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO REPAY YOUR DEPOSIT FR 03013
0 TO 030228 RATE 1.2500
USD YOUR: NC0986731102280301
OUR: 0305900423IN

**DEBITS**

28FEB   731,025.81  NASSAU DEPOSIT TAKEN
A/C: WR GRACE & COMPANY
JERSEY CITY, NJ 07310
REF: TO ESTABLISH YOUR DEPOSIT FR 0
30228 TO 030351 RATE 1.2500
USD YOUR: ND0016758602280301
OUR: 0305900935IN

**CHECKS**

No Activity

FT CODE:

USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE ACCOUNT AND CANCELLED VOUCHERS, IF ANY, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

**JPMorganChase**

**Statement Summary**

In US Dollars

Account No: 018-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: 800-USA-22
Statement No: 004

Page 1 of 15

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT: MARC BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 33 |
| Total Debits (incl. checks) | 51 |
| Total Checks Paid | 0 |

### BALANCES

| | Opening (15 FEB 2003) | | Closing (28 FEB 2003) | |
|---|---|---|---|---|
| Ledger | 62,835,115.07 | Ledger | 62,810,513.91 | |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### DAILY LEDGER BALANCES

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 18FEB | 527,446.58 |
| 19FEB | 497,112.74 |
| 20FEB | 353,310.28 |
| 21FEB | 534,887.37 |
| 24FEB | 506,308.38 |
| 25FEB | 533,961.79 |
| 26FEB | 390,028.56 |
| 27FEB | 599,348.10 |
| 28FEB | 503,468.46 |

Need to reconcile your accounts as soon as possible? Take advantage of our promotional offer for Internet Statements. Download the statements for your accounts two business days after the statement cycle ends. Search for transactions listed in your statement. Export data as a text or formatted Excel file. Best of all, receive your first three Internet Statements free of charge. Please contact your JPMorgan Relationship Manager for further information.

### CREDITS

| Value Date | Interest | Debit (paid) | Credit (paid) | Description |
|---|---|---|---|---|
| 18FEB | | | 1,958,603.00 | USD YOUR: O/B WACHOVIA WIN<br>OUR: 0194703049FF<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/11:42<br>IMAD: 0218EAQFT1A000856 |
| 18FEB | | | 2,274,646.90 | USD YOUR: O/B BKAM IL C80<br>OUR: 0179202049FF<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL C80<br>OBI=HOWT BBI=/TIME/11:31<br>IMAD: 0218011QF6Y2C000454 |
| 18FEB | | | 22,418.31 | USD YOUR: O/B CITIBANK NYC<br>OUR: 2498500050FC<br>CHIPS CREDIT<br>VIA: CITIBANK<br>/0008 |

FT CODE:

USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MIKE BOURSENOUS
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004

Page 2 of 15

| Book Ledger Date | Value Date | Reference | Credits/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | B/O: EASTMAN CHEMICAL COMPANY KINGSPORT TN 37662 | | |
| 19FEB | 19FEB | USD YOUR: 015281405OFF O/B BKAM IL C80 OUR: | 2,530,615.78 | REF:NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0001600125 7 ORG=/4063446 KINGSPORT TN 37662 08/4TH QTR PAYMENT FOR SERVICES RE SSN: 013917 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB-O/B BKAM IL C80 BBI=/TIME/12:16 IMAD: 0219B1QGC00C219F9ZC000431 | | |
| 19FEB | 19FEB | USD YOUR: 011141405OFF O/B MACHOVIA WIN OUR: | 3,177,315.05 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB-O/B WACHOVIA WIN BBI=/TIME/11:22 IMAD: 0219EAQFTIA000656 | | |
| 19FEB | 19FEB | USD YOUR: 029770905OFF O/B MACHOVIA WIN OUR: | 5,052,815.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB-O/B WACHOVIA WIN BBI=/TIME/15:17 IMAD: 0219EAQFTIA001187 | | |
| 20FEB | | USD OUR: 051278607ITC | 234.56 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:ERS-C INC 0C CO ID:1660030218 CO ENTRY DESCR: DISC DATE:030220 CO ENTRY DESCR: PENSIONS SEC:PPD TRACE#:021000022786071 EED:030220 IND ID:0R00000094220 IND NAME:GRACE CORP BENEFITS DE | | |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004
Page 3 of 15

| Ledger Date | Value Date | FX | Reference | Credit/Debit | Description | Date | Closing Balance/Amount |
|---|---|---|---|---|---|---|---|

**CREDITS (CONTINUED)**

| 20FEB | 20FEB | USD | YOUR: O/B BKAM IL C6O   OUR: 0113007051FF | 1,302,236.83 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/0710000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=O/B BKAM IL C6O<br>OBI=HOWT BBI=/TIME/1108<br>IMAD: 0220I QF6Y2C000486 | | |
| 20FEB | | USD | YOUR: O/B WACHOVIA WIN   OUR: 0149614051FF | 1,604,844.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK AND TRUST CO<br>/053100494<br>B/O: W R GRACE & CO<br>COLUMBIA MD 21044<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=O/B WACHOVIA WIN<br>BBI=/TIME/1140<br>IMAD: 0220EAQFTIIA000893 | | |
| 20FEB | | USD | OUR: MAESTRO   OUR: 0312607051FF | 4,200,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-0001601257 RFB=MAESTRO OBI=FUND<br>-31B-P 1-S I ML PREMIER FUND BBI=/T<br>IMAD: 0220A1Q002CC001425 | | |
| 21FEB | | USD | OUR: 052685089 2TC | 208.90 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030219<br>ORIG ID.902057072 DESC DATE:030221<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000026850092 EED:030221<br>IND ID:ORJ00000000942<br>IND NAME:W R GRACE AND CO CONN | | |
| 21FEB | | USD | OUR: 052685089 9TC | 370,871.92 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID.905551498 DESC DATE:030220<br>CO ENTRY DESCR:ACH PYMT SEC:CCD<br>TRACE#:021000026850089 EED:030221<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN | | |

TS

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004

Page 4 of 15

In US Dollars

| Post Date | Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|---|

## CREDITS CONTINUED

**21FEB** 21FEB USD YOUR: MAESTRO
OUR: 032640905 2FF  —  500,000.00
FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/01100028
B/O: W R GRACE & CO.–CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=MAESTRO OBI=FUND
-318-P 1-S1 ML PREMIER FUND BBI=/T
IMAD: 0221A1Q0026C001544

**21FEB** 21FEB USD YOUR: O/B BKAM IL C60
OUR: 0092402052FF  —  1,311,684.05
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/07100039
B/O W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B BKAM IL C60
OBI=HOWT BBI=/TIME/10.52
IMAD: 0221BIQF6Y2C000350

**21FEB** 21FEB USD YOUR: O/B WACHOVIA WIN
OUR: 0126309052FF  —  1,736,771.00
FEDWIRE CREDIT
VIA: WACHOVIA BANK AND TRUST CO
/053100494
B/O: W R GRACE & CO
COLUMBIA MD 21044
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY COLUMBIA MD 21044-4098/A
C-0001601257 RFB=O/B WACHOVIA WIN
BBI=/TIME/11.41
IMAD: 0221EAQFT1IA000661

**24FEB** USD OUR: 0551697556TC  —  241,074.04
ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:ADN CORPORATION
ORIG ID:9005551498 DESC DATE:030221
CO ENTRY DESCR:ACH PYMT  SEC:CCD
TRACE#:021000021697556 EED:030224
IND ID:
IND NAME:W R GRACE AND CO CONN

**24FEB** 24FEB USD YOUR: O/B BKAM IL C60
OUR: 0098020 55FF  —  2,113,439.24
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/07100039
B/O W.R. GRACE & CO.
CAMBRIDGE MA 02140
REF: CHASE NYC/CTR/BNF=W.R. GRACE A

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004

Page 5 of 15

| Posting Date | Value Date | Reference | Credit Amount | Description | Closing Balance Amount |
|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Posting Date | Value Date | Reference | Credit Amount | Description |
|---|---|---|---|---|
| 24FEB | | USD YOUR: 0/B WACHOVIA WIN OUR: 0141714055FF | 2,320,424.00 | ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257/RFB=0/B BKAM IL C80 OBI=HOWT BBI=TIME/10:44 IMAD: 0225EAQFI6Y2C000237 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=0/B WACHOVIA WIN BBI=-/TIME/11:51 IMAD: 0225EAQFT1IA000831 |
| 24FEB | | USD YOUR: 600806913391001 OUR: 0988800055FC | 5,733,721.67 | CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND COMPANY CO LUMBIA MD 21044-4098/AC-0001600125 7 ORG=GRACE COLLECTION INC. OGB=BAN K OF AMERICA N.A. CROYDON UNITED KI NGDOM CR9 6BY SSN: 0062260 |
| 25FEB | | USD YOUR: 0/B WACHOVIA WIN OUR: 0098603056FF | 1,267,864.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=0/B WACHOVIA WIN BBI=-/TIME/10:43 IMAD: 0225EAQFT1IA000620 |
| 25FEB | | USD YOUR: 0/B WACHOVIA WIN OUR: 0374007056FF | 1,513,011.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257/RFB=0/B WACHOVIA WIN BBI=-/TIME/15:10 IMAD: 0225EAQFT1IA001274 |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 016-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004

In US Dollars

Page 6 of 15

| Code | Value Date | Debit/Check | Credit/Check | Reference# | Description | Date | Closing Balance |
|------|-----------|-------------|--------------|-----------|-------------|------|-----------------|

**CREDITS CONTINUED**

25FEB | 25FEB | | 2,873,703.39 | USD YOUR: O/B BKAM IL C80 OUR: 0088409056FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /0710000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL C80 OBI=HOWT BBI=/TIME/10:34 IMAD: 0225Q1QF6YZC000250

25FEB | 25FEB | | 3,500,000.00 | USD YOUR: MAESTRO OUR: 0381315056FF | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: M R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=MAESTRO OBI=FUND -318-P 1-S1 ML PREMIER FUND BBI=/T IMAD: 0225A1Q002CC001671

26FEB | 26FEB | | 91,370.00 | USD YOUR: O/B WACHOVIA WIN OUR: 0146107057FF | FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: M R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B WACHOVIA WIN BBI=/TIME/12:13 IMAD: 0226EAQFTIA000718

26FEB | 26FEB | | 1,219,066.14 | USD YOUR: O/B BKAM IL C80 OUR: 0106701057FF | FEDWIRE CREDIT VIA: BANK OF AMERICA /0710000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-000016001257 RFB=O/B BKAM IL C80 OBI=HOWT BBI=/TIME/11:13 IMAD: 0226Q1QF6YZC000352

27FEB | 27FEB | | 33,094.44 | USD YOUR: O/B FLEET NATION OUR: 0111903056FF | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: BANKBOSTON MA

Statement

In US Dollars
Account No:        018-00125?
Statement Start Date: 15 FEB 2003
Statement End Date:   28 FEB 2003
Statement Code:       S00-USA-22
Statement No:         004
Page 7 of 15

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Credit Value Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| CREDITS (CONTINUED) | | | | |
| 27FEB | | USD YOUR: O/B BKAM IL C80 OUR: 0097609058FF | 1,070,419.86 | 74-02-02D DEDHAM MA 02026 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B FLEET NATION B81-/TIME/10:06 IMAD: 0227A1QF146C002463 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO. CAMBRIDGE MA 02140 |
| 27FEB | | USD YOUR: O/B WACHOVIA WIN OUR: 0110114058FF | 1,312,952.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B BKAM IL C90 B81-/TIME/13:46 IMAD: 0227G1QF6Y2C00442 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /053100494 B/O: W R GRACE & CO COLUMBIA MD 21044 |
| 27FEB | | USD YOUR: MAESTRO OUR: 0344003058FF | 7,600,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA WIN B81-/TIME/10:56 IMAD: 0227C1B7IIA000625 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 |
| 28FEB | | USD YOUR: O/B WACHOVIA BK OUR: 0309002059FF | 171,557.02 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=MAESTRO OBI=FUND -31B-P 1-S-1 ML PREMIER FUND BBI=/T IMAD: 0227A1Q026C001712 FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00016001257 RFB=O/B WACHOVIA BK |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
Account No: 010-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004
Page 8 of 15

| Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|

## CREDITS CONTINUED

| Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|
| 28FEB | USD YOUR: O/B WACHOVIA WIN OUR: 016571405SFF | 970,289.00 | BBI=/TIME/13:47 IMAD: 0228F9QCAA1C001744 FEDWIRE CREDIT VIA: WACHOVIA BANK AND TRUST CO /0531010046 B/O: W R GRACE & CO COLUMBIA MD 21044 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B WACHOVIA WIN BBI=/TIME/11:19 |
| 28FEB | USD YOUR: O/B BKAM IL C90 OUR: 013521305SFF | 1,059,803.97 | IMAD: 0228EAQFT11A000968 FEDWIRE CREDIT VIA: BANK OF AMERICA /0710000039 B/O: W R. GRACE & CO. CAMBRIDGE MA 02140 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=O/B BKAM IL C90 OBI=HQWT BBI=/TIME/10:46 IMAD: 0228O1QF9Y2C000409 |
| 28FEB | USD YOUR: MAESTRO OUR: 045690105SFF | 3,700,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY COLUMBIA MD 21044-4098/A C-00001601257 RFB=MAESTRO OBI=FUND -318-P1-S 1 ML PREMIER FUND BBI=/T IMAD: 0228A1Q002GC001656 |

## DEBITS

| Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|
| 18FEB | USD OUR: 00339901114XF | 1,225.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0005238B1963 |
| 18FEB | USD YOUR: SEE WIRE OUR: 070030004QJB | 83,445.62 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 18FEB | USD YOUR: SEE WIRE OUR: 070040004QJB | 200,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT |

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 15 FEB 2003 |
| Statement End Date: | 28 FEB 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |
| Page 9 of 15 | |

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA  02140

TS

## DEBITS CONTINUED

| Posting Date | Value Date | | Reference | Credits/Debits | Description |
|---|---|---|---|---|---|
| 18FEB | 18FEB | USD | YOUR: HOWT-FUCD  OUR: 0708200049JB | 3,900,000.00 | FUND BEN: W/O W.R. GRACE + CO - CONN ATTN MERRILL GROUP REF: TRANSFER FUNDS/TIME/13.19 IMAD: 0218B1Q0C05C003681 |
| 18FEB | | USD | OUR: 003101011AXF | 11,556.91 | FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC -3648 ATTN P. LAWING 704-374 -3648 TIME/13.19 IMAD: 0218B10C08C004397 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523581963 |
| 19FEB | 19FEB | USD | YOUR: SEE WIRE  OUR: 0768000050JB | 47,729.85 | BOOK TRANSFER DEBIT A/C: BANK OF NEW YORK AS TTEE & BAN LIMA 12 PERU REF: SEE WIRE FEBRUARY FEES AND SER VICES/BNF/BANCO DE CREDITO DEL PERU SAN ISIDRO BRANCH LIMA, PERU SWIFT CD DE BCPLPEPLXXX |
| 19FEB | 19FEB | USD | YOUR: SEE WIRE  OUR: 0769000050JB | 52,644.22 | BOOK TRANSFER DEBIT A/C: W R GRACE CO CONN (UHC FUNDI COLUMBIA MD 2044- REF: UHC PAYMENTS |
| 19FEB | 19FEB | USD | YOUR: SEE WIRE  OUR: 0765000050JB | 87,452.00 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: AS HANSAPANK SWIFT CODE HABA EE 2X BEN: AS SILMET X |
| 19FEB | 19FEB | USD | YOUR: ACH OF 03/02/19  OUR: 0032100050HP | 114,115.00 | SSN: 0229495 BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 3364- FEDWIRE DEBIT REF: GRACE DAVISON PYMNT OF INVOICE S 52481,52482, 52499, 59483 |
| 19FEB | 19FEB | USD | YOUR: SEE WIRE  OUR: 0289900050JB | 1,000,000.00 | FEDWIRE DEBIT VIA: AL FIRST BANK /052000113 A/C: GRACE DAVISON X |

Account No: 016-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004
Page 10 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

| Value Date | Reference | Credit/Debit | Description | Closing Balance/Date Amount |
|---|---|---|---|---|

**DEBITS CONTINUED**

| Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|
| 19FEB | USD YOUR: HOWT-FUCD<br>OUR: 0767500050JB | 1,300,000.00 | REF: HOURLY PAYROLL/TIME/12:10<br>IMAD: 0219B1Q9GC02C002056<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC |
| 19FEB | USD YOUR: SEE WIRE<br>OUR: 0767000050JB | 8,200,000.00 | REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:44<br>IMAD: 0219B1Q9GC04C003707<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: W/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP |
| 20FEB | USD OUR: 0032780114XF | 3,901.18 | REF: TRANSFER FUNDS/TIME/15:45<br>IMAD: 0219B1Q9C2C02003553<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 |
| 20FEB | USD YOUR: SEE WIRE<br>OUR: 0774600051JB | 42,981.67 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 2104=<br>REF: UHC PAYMENTS |
| 20FEB | USD YOUR: ACH OF 03/02/20<br>OUR: 0015400051HP | 104,295.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33635-<br>REF: UHC PAYMENTS |
| 20FEB | USD YOUR: HOWT-FUCD<br>OUR: 0774700051JB | 7,100,000.00 | BOOK TRANSFER DEBIT<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3448/TIME/15:44<br>IMAD: 0220B1Q9C03C004065 |
| 21FEB | USD OUR: 0032770114XF | 271.69 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003238B1963 |
| 21FEB | USD YOUR: ACH OF 03/02/21<br>OUR: 0007500052HP | 5,000.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33635-<br>BOOK TRANSFER DEBIT |
| 21FEB | USD YOUR: SEE WIRE<br>OUR: 0964200052JB | 83,056.25 | A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044- |

In US Dollars

Account No: 016-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004

Page 11 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

TS

**DEBITS CONTINUED**

| Value Date | Reference | Credit Amount | Description |
|---|---|---|---|
| 21FEB | USD YOUR: HOWT-FUCD OUR: 09645000052JB | 1,500,000.00 | REF: UHC PAYMENTS FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC. REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/16:149 IMAD: 0221B1QGC06C004122 |
| 21FEB | USD YOUR: 0018225102003A OUR: 09641000052JB | 2,149,630.84 | CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA TRANSIT 2402 BEN: MONEY MOBILIZATION DIVISION ATTENTION GEORGE SEYMOUR REF: DAVISON W.R. GRACE - VALLEYFIE LD SETTLEMENT SSN: 0244167 |
| 24FEB | USD OUR: 003159011AXF | 270.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 24FEB | USD YOUR: FPRS DEPOSITORY OUR: 01245000055JB | 1,122.70 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE + CO WE EK ENDING 2/14/03 +2/18/03 HOURLY SSN: 0201524 |
| 24FEB | USD YOUR: SEE WIRE OUR: 0125200005JB | 77,631.38 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 21044- REF: UHC PAYMENTS |
| 24FEB | USD YOUR: FPRS DEPOSITORY OUR: 01247000055JB | 178,921.87 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WR GRACE + CD WE EK ENDING 2/14/03 CPD 2/18/03 CORPD |

JPMorgan Chase    The Chase Manhattan Bank    Statement of Account

TS

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATTN: MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
Account No:        018-001257
Statement Start Date:    15 FEB 2003
Statement End Date:     28 FEB 2003
Statement Code:        SOO-USA-22
                          004
Statement No:        Page 12 of 15

| Value Date | A/L Ledger Date | Value Date | Reference | Credit/Debit | Description | Credit Balance Date | Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|
| 24FEB | 24FEB USD YOUR: SEE WIRE OUR: 0124100055JB | 2,479,291.99 | SSN: 0201527<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: SALARIED PAYROLL/TIME/10:53<br>IMAD: 0224B1Q6C08C001968 |
| 24FEB | 24FEB USD YOUR: HOMT-FUCD OUR: 0802500055JB | 2,600,000.00 | FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111/79 ATTN P. LAWING 704-374<br>-5448/TIME/13:31<br>IMAD: 0224B1Q6C01C003901 |
| 24FEB | 24FEB USD YOUR: SEE WIRE OUR: 0802700055JB | 5,100,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN  MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/15:31<br>IMAD: 0224B1Q6C06C004201 |
| 25FEB | 25FEB USD YOUR: SEE WIRE OUR: 1108300055JB | 97,707.10 | FEDWIRE DEBIT<br>VIA: W.R. GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 21044-<br>REF: UHC PAYMENTS |
| 25FEB | 25FEB USD YOUR: SUPP. PENSION OUR: 1108400056JB | 365,541.67 | FEDWIRE DEBIT<br>VIA: NORTHERN CHGO<br>/071000152<br>A/C: W.R. GRACE + CO. RETIREMENT PLA<br>ATTN  MR. BRUCE HENIKEN<br>REF: SUPPLEMENTAL PENSION PYMT FOR<br>THE MONTH OF MARCH 2003/TIME/16:22<br>IMAD: 0225B1Q6C02C004256 |
| 25FEB | 25FEB USD YOUR: SEE WIRE OUR: 1108700056JB | 630,870.00 | CHIPS DEBIT<br>VIA: THE BANK OF NOVA SCOTIA<br>/0253<br>A/C: THE BANK OF NOVA SCOTIA<br>MISSISSAUGA ONTARIO CANADA TRANSIT<br>BEN: MONEY MOBILIZATION DIV. - CAMB<br>ATTN TONY SKIFFINGTON |

JPMorgan Chase Bank

**JPMorganChase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| | |
|---|---|
| Account No: | 016-00127 |
| Statement Start Date: | 15 FEB 2003 |
| Statement End Date: | 28 FEB 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |

Page 13 of 15

| Ledger Date | Value Date | F C | Debits | Credits | Reference | Description | Daily Balances |
|---|---|---|---|---|---|---|---|

## DEBITS (CONTINUED)

| 25FEB | 25FEB | USD | 800,000.00 | | YOUR: SEE WIRE<br>OUR: 1186500056JB | REF: CAMBRIDGE<br>SSN: 0238942<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>FUND<br>BEN: N/O W.R. GRACE + CO - CONN<br>ATTN MERRILL GROUP<br>REF: TRANSFER FUNDS/TIME/16:22 | |
| 25FEB | 25FEB | USD | 932,806.21 | | YOUR: SEE WIRE<br>OUR: 0379100056JB | IMAD: 0225310GC08C004632<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: GRACE DAVISON<br>X<br>REF: HOURLY PAYROLL/TIME/11:53 | |
| 25FEB | 25FEB | USD | 6,300,000.00 | | YOUR: HOWT-FUCD<br>OUR: 1186600056JB | IMAD: 0225310GC07C002232<br>FEDWIRE DEBIT<br>VIA: FIRST UNION NC<br>/053000219<br>A/C: W.R. GRACE AND CO.<br>CHARLOTTE NC<br>REF: 0111 79 ATTN P. LAWING 704-374<br>-3446/TIME/16:21 | |
| 28FEB | 28FEB | USD | 15,715.15 | | YOUR: SEE WIRE<br>OUR: 0359500057JB | IMAD: 0225310GC35C004050<br>FEDWIRE DEBIT<br>VIA: ALLFIRST BANK<br>/052000113<br>A/C: SPECTERA, INC.<br>SPECTERA<br>REF: FEB 2003 FEES/TIME/16:02 | |
| 28FEB | | USD | 22,251.97 | | OUR: 0050970114XF | IMAD: 0226100GC05C003985<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032881963 | |
| 28FEB | 28FEB | USD | 60,614.28 | | YOUR: SEE WIRE<br>OUR: 0929700057JB | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO CONN (UHC FUNDI<br>COLUMBIA MD 2104--<br>REF: UHC PAYMENTS | |
| 28FEB | 28FEB | USD | 80,000.00 | | YOUR: HOWT-CHASE<br>OUR: 0930200057JB | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098<br>REF: HOWT | |

Statement of Ognus

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No: 018-00127
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: 500-USA-22
Statement No: 004

Page 14 of 15

In US Dollars

| Value Date | Reference | Debits / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | |
| 26FEB | USD YOUR: SEE WIRE OUR: 0930100057JB | 137,724.51 | FEDWIRE DEBIT VIA: BANK ONE NA CH60 /071000013 A/C: UNITED HEALTHCARE INSURANCE CO X REF: FEB 2003 FEES/TIME/15.50 IMAD: 0226B1Q6C04C004074 | | |
| 26FEB | USD YOUR: 240009 OUR: 0930000057JB | 337,762.46 | BOOK TRANSFER DEBIT A/C: D0022430680 X REF: MET LIFE PREM. FEB 2003 PREMIU | | |
| 26FEB | USD YOUR: HOWT-FUCD OUR: 0922900057JB | 800,000.00 | REF/FEES FEDWIRE DEBIT VIA: FIRST UNION NC /053000219 A/C: W.R. GRACE AND CO. CHARLOTTE NC REF: 0111 79 ATTN P. LAWING 704-374 -3448/TIME/15.50 IMAD: 0226B1Q6C05C003843 | | |
| 27FEB | USD OUR: 0031970114XF | 96.91 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0005238IB63 | | |
| 27FEB | USD YOUR: SEE WIRE OUR: 1038400058JB | 24,370.01 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO CONN (UHC FUNDI COLUMBIA MD 2104- X REF: UHC PAYMENTS | | |
| 27FEB | USD YOUR: SEE WIRE OUR: 1038500058JB | 146,275.26 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: DEUTSCHE BANK AG,AMSTERDAM SWIFT CODE DEUTNL2A BEN: A + M MINERALS AND METALS LTD X REF: GRACE DAVISON PYMNT OF INV 178 8,1747,1789 SSN: 0216671 | | |
| 27FEB | USD YOUR: FPRS DEPOSITORY OUR: 1038500058JB | 1,076,507.58 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY X BEN: WR GRACE + CO. X REF: REFER TO WIRE WEEK ENDING 2/21 | | |

Statement of Chase

Account No: 016-001257
Statement Start Date: 15 FEB 2003
Statement End Date: 28 FEB 2003
Statement Code: S00-USA-22
Statement No: 004
Page 15 of 15

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Value Date | Reference | Credit/Debit | Description |
|---|---|---|---|

**DEBITS CONTINUED**

27FEB USD YOUR: HOWT-FUCD
OUR: 1038200058JB
8,600,000.00
/03 AND 2/24/03 SALARY AND HOURLY
SSN: 026586,
FEDWIRE DEBIT
VIA: FIRST UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/16:31

USD OUR: 003990114XF
195.00
IMAD: 0227I10C04C00604325
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032381963

28FEB USD YOUR: 240009
OUR: 1318800059JB
2,363.84
BOOK TRANSFER DEBIT
A/C: D0022430680
X
REF: MET LIFE PREM. EMPLOYEES 6UL C
ONTRIBUTIONS JAN '03

28FEB USD YOUR: SEE WIRE
OUR: 1318200059JB
32,218.20
BOOK TRANSFER DEBIT
A/C: W.R GRACE & CO CONN (UHC FUNDI
COLUMBIA MD 21044-
REF: UHC PAYMENTS

28FEB USD YOUR: HOWT-FUCD
OUR: 1317500059JB
1,000,000.00
FEDWIRE DEBIT
VIA: FIRST UNION NC
/053000219
A/C: W.R. GRACE AND CO.
CHARLOTTE NC
REF: 0111 79 ATTN P. LAWING 704-374
-3448/TIME/15:149
IMAD: 0228I10C02C005049

28FEB USD YOUR: SEE WIRE
OUR: 1455300059JB
4,922,850.59
FEDWIRE DEBIT
VIA: FLEET NATL CONN
/01190445
A/C: HARTFORD LIFE INSURANCE
COEI
REF: INTEREST PAYMENT ON CASE MBO 0
39 TRANSACTION NUMBERS 40365 + 4836
6
IMAD: 0228B1Q8C06C005509

**CHECKS**

*No Activity*

# JPMorganChase

## Statement of Account

In US Dollars

TS

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 FEB 2003 |
| Statement End Date: | 14 FEB 2003 |
| Statement Code: | S00-USA-22 |
| Statement No: | 003 |
| | Page 1 of 21 |

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 63 |
| Total Debits (incl. checks) | 54 |
| Total Checks Paid | 0 |

### BALANCES

| | Opening (01 FEB 2003) | Closing (14 FEB 2003) |
|---|---|---|
| | 52,527,412.21 Ledger | 424,384.11 Ledger |
| | 52,472,929.02 | 478,867.30 |
| | 0.00 | |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### CREDITS

| Ledger Date | Value Date | Reference | Credit / Debit | Description |
|---|---|---|---|---|
| 03FEB | | USD OUR: 03440729991TC | 2.40 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030124 ORIG ID:902057107Z DESC DATE:030203 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000024072999 EED:030203 IND ID:6WQ000000093201 IND NAME:GRACE CORP BENEFITS DE |
| 03FEB | | USD OUR: 03440730041TC | 5.20 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030124 ORIG ID:902057107Z DESC DATE:030203 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000024073000 EED:030203 IND ID:6WS000000097304 IND NAME:GRACE CORP BENEFITS DE |
| 03FEB | | USD OUR: 03440730000TC | 11.12 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030124 ORIG ID:902057107Z DESC DATE:030203 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000024073000 EED:030203 IND ID:6WQ000000009Z201 IND NAME:GRACE CORP BENEFITS DE |
| 03FEB | | USD OUR: 03440730051TC | 27.06 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:EBS C-3N 030124 ORIG ID:902057107Z DESC DATE:030203 CO ENTRY DESCR:PENSIONS SEC:PPD TRACE#:021000024073005 EED:030203 IND ID:6WS000000009Z201 IND NAME:GRACE CORP BENEFITS DE |

### LEDGER BALANCES

| Date | Amount |
|---|---|
| 03FEB | 582,230.49 |
| 04FEB | 741,701.55 |
| 05FEB | 497,818.02 |
| 06FEB | 456,324.28 |
| 07FEB | 524,992.59 |
| 10FEB | 529,831.56 |
| 11FEB | 458,702.64 |
| 12FEB | 909,477.08 |
| 13FEB | 1,009,013.90 |
| 14FEB | 478,867.30 |

**FT CODE:**

| | | |
|---|---|---|
| USD : SAME DAY FUNDS | US1 - ONE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN : NEXT DAY FUNDS | US2 - TWO DAY FLOAT | USM - MIXED FLOAT |
| | US3 - THREE DAY FLOAT | |
| | US4 - FOUR DAY FLOAT | |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THIS STATEMENT OF YOUR ACCOUNT UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING OF THE STATEMENT. IN CASE YOU FIND ANY DISCREPANCY IN THIS STATEMENT, KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE   MA   02140

Account No:          016-00125?
Statement Start Date: 01 FEB 2003
Statement End Date:  14 FEB 2003
Statement Code:      S00-USA-22
Statement No:        003
Page 2 of 21

| Value Date | Posted Date | F | T | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS (CONTINUED)**

| 03FEB | | | | USD OUR: 034407300?TC | 27.08 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073002 EED:030203<br>IND ID:GWT00000009201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | | | USD OUR: 034407300?TC | 28.13 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073007 EED:030203<br>IND ID:GWT000000093201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | | | USD OUR: 034407301?TC | 104.45 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073012 EED:030203<br>IND ID:GYD00000009420?<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | | | USD OUR: 034407301?TC | 104.45 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073018 EED:030203<br>IND ID:GYW000000094201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | | | USD OUR: 034407300?TC | 198.19 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073008 EED:030203<br>IND ID:GWT000000092201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | | | USD OUR: 034407299?TC | 234.56 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024072990 EED:030203<br>IND ID:GRF000000094201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | | | USD OUR: 034407302?TC | 313.35 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124 | | |

JPMorganChase

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 FEB 2003
Statement End Date: 14 FEB 2003
Statement Code: S00-USA-22
Statement No: 003

Page 3 of 21

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

| Work Date | Value Date | Reference | Credit / Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03FEB | | USD OUR: 0344072997TC | 333.49 | IND NAME:GRACE CORP BENEFITS DE<br>ORIG ID,902057.1072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073020 EED:030203<br>IND ID:NOV000000092201<br>ELECTRONIC FUNDS TRANSFER | | |
| 03FEB | | USD OUR: 0344073010TC | 339.01 | IND NAME:GRACE CORP BENEFITS DE<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID,902057.1072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024072997 EED:030203<br>IND ID:GRU000000092201<br>ELECTRONIC FUNDS TRANSFER | | |
| 03FEB | | USD OUR: 0344073009TC | 434.99 | IND NAME:GRACE CORP BENEFITS DE<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID,902057.1072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073010 EED:030203<br>IND ID:GWZ000000094201<br>ELECTRONIC FUNDS TRANSFER | | |
| 03FEB | | USD OUR: 0344072988TC | 443.46 | IND NAME:GRACE CORP BENEFITS DE<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID,902057.1072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073009 EED:030203<br>IND ID:GWY000000094201<br>ELECTRONIC FUNDS TRANSFER | | |
| 03FEB | | USD OUR: 0344073014TC | 528.88 | IND NAME:GRACE CORP BENEFITS DE<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID,902057.1072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024072988 EED:030203<br>IND ID:GRD000000094201<br>ELECTRONIC FUNDS TRANSFER | | |
| 03FEB | | USD OUR: 0344073017TC | 991.37 | IND NAME:GRACE CORP BENEFITS DE<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID,902057.1072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073014 EED:030203<br>IND ID:GY000000094201<br>ELECTRONIC FUNDS TRANSFER | | |

The Organised Statement O Account

TS

In US Dollars
Account No:        016-001257
Statement Start Date:  01 FEB 2003
Statement End Date:    14 FEB 2003
Statement Code:        S00-USA-22
Statement No:          003

Page  4  of  21

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| Ledger Date | A/c Ledger Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|
| | | | | **CREDITS CONTINUED** | | | |
| 03FEB | | | USD OUR: 034407301ITC | 2,050.09 | TRACE#:021000024073017  EED:030203<br>IND ID:6YT000000094201<br>IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024073011 EED:030203<br>IND ID:6YC000000094201 | | |
| 03FEB | | | USD OUR: 034407301STC | 2,061.53 | IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024073015 EED:030203<br>IND ID:6YG000000094201 | | |
| 03FEB | | | USD OUR: 034407299BTC | 2,653.33 | IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024072989 EED:030203<br>IND ID:6RE000000094201 | | |
| 03FEB | | | USD OUR: 034407300STC | 3,673.16 | IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024073003 EED:030203<br>IND ID:6WS000000094201 | | |
| 03FEB | | | USD OUR: 034407301GTC | 3,800.45 | IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024073016 EED:030203<br>IND ID:6YS000000094201 | | |
| 03FEB | | | USD OUR: 034407301STC | 4,344.78 | IND NAME:GRACE CORP BENEFITS DE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024073013 EED:030203<br>IND ID:6YE000000094201 | | |

# JPMorganChase

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
Account No: 016-001257
Statement Start Date: 01 FEB 2003
Statement End Date: 14 FEB 2003
Statement Code: S00-USA-22
Statement No: 003
Page 5 of 21

| Ledger Date | Value Date | Reference | Credit / Debit | Description | Closing Balances | Date | Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Reference | Credit / Debit | Description |
|---|---|---|---|
| 03FEB | USD OUR: 0344073019TC | 7,750.43 | IND NAME:GRACE CORP BENEFITS DE<br>ORIG:ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073019 EED:030203<br>IND ID:NQS000000009201<br>IND NAME:GRACE CORP BENEFITS DE |
| 03FEB | USD OUR: 0344072996TC | 8,710.29 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024072996 EED:030203<br>IND ID:GRK000000009201<br>IND NAME:GRACE CORP BENE DEPT |
| 03FEB | USD OUR: 0344073001TC | 14,611.29 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073001 EED:030203<br>IND ID:GWR000000009201<br>IND NAME:GRACE CORP BENEFITS DE |
| 03FEB | USD OUR: 0344072994TC | 24,070.60 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024072994 EED:030203<br>IND ID:GRK000000009201<br>IND NAME:GRACE CORP BENEFITS DE |
| 03FEB | USD OUR: 0344073006TC | 27,983.93 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024073006 EED:030203<br>IND ID:GWT000000009201<br>IND NAME:GRACE CORP BENEFITS DE |
| 03FEB | USD OUR: 0344072998TC | 33,281.38 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3N 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR: PENSIONS SEC:PPD<br>TRACE#:021000024072998 EED:030203<br>IND ID:GWD000000009201<br>IND NAME:GRACE CORP BENEFITS DE |

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATT:MARY BOUCHARD
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
Account No: 016-001257
Statement Start Date: 01 FEB 2003
Statement End Date: 14 FEB 2003
Statement Code: S00-USA-22
Statement No: 003

Page 6 of 21

| Ledger Date | Value Date | Reference | Credit/Debit | Description | Date | Closing Balance/Amount |
|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | |
| 03FEB | | USD OUR: 0344072995TC | 48,606.25 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3M 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024072995 EED:030203<br>IND ID:GRN000000094201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | USD OUR: 0344072987TC | 74,558.49 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3M 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024072987 EED:030203<br>IND ID:GRA000000094201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | USD OUR: 0344072991TC | 96,615.99 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3M 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024072991 EED:030203<br>IND ID:GRG000000094201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | USD OUR: 0344072992TC | 132,614.36 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3M 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024072992 EED:030203<br>IND ID:GRI000000094201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | USD OUR: 0344072993TC | 149,634.57 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:EBS C-3M 030124<br>ORIG ID:9020571072 DESC DATE:030203<br>CO ENTRY DESCR:PENSIONS SEC:PPD<br>TRACE#:021000024072993 EED:030203<br>IND ID:GRJ000000094201<br>IND NAME:GRACE CORP BENEFITS DE | | |
| 03FEB | | USD YOUR: O/B BKAM IL C90<br>OUR: 0164113034FF | 2,942,505.95 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.<br>CAMBRIDGE MA 02140<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY COLUMBIA MD 21044-4098/A<br>C-000016001257 RFB=O/B BKAM IL C90<br>OBI=HOWT BBI=/TIME/11.14 | | |