## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                  :
                                        :          Chapter 11
    W. R. GRACE & CO., et al.,          :
                                        :
              Debtors.          :          Case No. 01-01139 (JKF)
                                        :          Jointly Administered

## ORDER DENYING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXTEND TIME WITHIN WHICH AVOIDANCE ACTIONS MAY BE BROUGHT AND STAYING THE LIMITATIONS DEADLINE PENDING A DECISION ON THE MOTION (DOCKET No. 3601)

AND NOW, this _____ day of _____, 2003, upon consideration of

the Official Committee of Unsecured Creditors' Motion To Extend Time Within Which

Avoidance Actions May Be Brought and Staying the Limitations Deadline Pending a Decision

On This Motion (the "Motion") and the responses thereto, it is hereby ORDERED and

DECREED:

    1.  The Motion is denied.

    2.  The requests to extend the time within which avoidance actions may be brought, and

to stay the statute of limitations deadline pending a decision on the Motion are denied.

                                    _____
                                    Honorable Judith K. Fitzgerald
                                    United States Bankruptcy Judge

493915_7