IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| W. R. GRACE & CO., et al., | : | |
| | : | |
| Debtors. | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Peter C. Hughes, do hereby certify that the foregoing Objection was served via facsimile and overnight delivery on this date on the parties on the attached service list.

/s/ Peter C. Hughes
Peter C. Hughes
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103-7595
(215) 575-7000

Dated: May 9, 2003

493915_7