## Service List

KIRKLAND & ELLIS
David M. Bernick, P.C.
Janet S. Baer, Esquire
James W. Kapp III, Esquire
Christian J. Lane, Esquire
200 East Randolph Drive
Chicago, IL 60601

PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB, P.C.
Laura Davis Jones, Esquire
Scotta E. McFarland, Esquire
Paula A. Galbraith, Esquire
919 North Market Street – 16th Floor
Wilmington, DE 19801

KLETT ROONEY LIEBER & SCHORLING
Teresa K. D. Currier, Esquire
Rhonda L. Thomas, Esquire
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
180 Maiden Lane
New York, NY 10038

DUANE MORRIS LLP
Michael R. Lastowski, Esquire
William S. Katchen, Esquire
1100 North Market Street, Suite 1200
Wilmington, DE 19801