IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: May 29, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Intercat v. Nol-Tec*
Civil Action No.: 2:02CV408JM
United States District Court
Northern District of Indiana

| Date | Name | Description |
|---|---|---|
| 02/01/03 | GHL | Preparing written response to subpoena, including supply of information agreed to be accepted in lieu of document production and deposition; |
| 02/03/03 | FTC | Reviewed all materials received to date from the client relating to the Noltec blue and white loaders; assembled materials relating to the operation of the blue and white loaders for forwarding to opinion counsel. |
| 02/03/03 | DRB | Preparation of materials to provide to outside counsel for independent opinion of counsel for freedom to operate |
| 02/04/03 | DRB | Preparation and meeting with outside counsel to provide counsel with facts of NolTec loaders for advice of counsel |
| 02/05/03 | DRB | Preparation of non-infringement fact analysis on operation of NolTec loaders, how Grace estimates additive usage, and what Grace advises FCC refineries regarding additive usage |
| 02/05/03 | KMW | Analysis of loader documents. |
| 02/06/03 | DRB | Preparation of factual statement as to Nol Tec loaders |
| 02/06/03 | KMW | Continued fact gathering of Graces technical services; telephonic conference w/John Sorial; telephonic conference w/Nol Tec representatives and DRB; continued analysis of operating manuals. |
| 02/07/03 | KMW | Continued fact gathering and analysis. |
| 02/10/03 | CEZ | Legal research regarding requirements of intervention and joinder. |
| 02/10/03 | DRB | Analysis of pleadings required for filing motion to intervene |
| 02/11/03 | GHL | Review files in preparation for scheduled meeting with Intercat counsel and representatives |
| 02/11/03 | DRB | Preparation of factual description for how Nol Tec loaders operate |
| 02/11/03 | KMW | Telephonic conference w/WRG representative; further analysis of facts gathered. |
| 02/12/03 | GHL | Review of issues relating to loader placement and review of Intercat patent and non-infringement position in preparation for scheduled meeting with representatives. |
| 02/12/03 | DRB | Analysis of list of loaders sold that were not shot pot loaders; preparation of factual description of loaders' operation and usage |
| 02/13/03 | GHL | Continued preparation for meeting with Intercat representatives; |

6

## 2:02CV408JM

| Date | Initials | Description |
|---|---|---|
| 02/13/03 | GHL | Meeting with Mr. Maggio and Nol-Tec counsel regarding case strategy and strategy for meeting with Intercat |
| 02/13/03 | DRB | Review and revision of factual description of loader operation; analysis of loader operation to claim scope to confirm various noninfringement positions with patent file wrapper |
| 02/13/03 | GHL | Meeting with Mr. Rightmyer to advise on case status and prepare for meetign with Intercat representatives |
| 02/13/03 | GHL | Further meeting with Mr. Rightmyer regarding case strategy in view of positions expressed by Intercat |
| 02/13/03 | CEZ | Drafted portions of introduction and background to motion to intervene. |
| 02/13/03 | GHL | Meeting with Intercat representatives and counsel at Grace's offices in Columbia |
| 02/13/03 | GHL | Travel time - one hour, at half time |
| 02/17/03 | CEZ | Drafted portions of Proposed Answer of Grace; drafted portions of motion to intervene; reviewed legal research regarding intervention |
| 02/18/03 | CEZ | Drafted portions of Proposed Answer of Grace; drafted portions of motion to intervene. |
| 02/19/03 | DRB | Analysis/revisions to draft letter to refineries regarding Intercat's unfounded charges of potential infringement based on used of Nol Tec loaders |
| 02/20/03 | CEZ | Drafted portions of Proposed Answer of Grace; drafted portions of motion to intervene. |
| 02/20/03 | DRB | Analysis of Intercat's claim charts reflecting Intercat's flawed position |
| 02/20/03 | DRB | Analysis of Intercat patent specification and drawings and prosecution file history before USPTO to verify scope of patent claims and invalidity of claims |
| 02/20/03 | GHL | Review and revision of Mr. Maggio's proposed letter to refineries regarding pendency of Intercat suit and contacts by Intercat with refineries; |
| 02/20/03 | DRB | Revisions to draft letter by Robert Maggio, Esq. to advise refineries of Intercat's baseless patent assertion and communications with Mr. Maggio regarding same |
| 02/21/03 | DRB | Preparation for and team meeting regarding motion to intervene, draft answers, and Intercat's claim charts |

**2:02CV408JM**

| Date | Atty | Description |
|---|---|---|
| 02/21/03 | GHL | Review of infringement claim chart previously provided by Intercat and consideration of rebuttal to points raised in same; |
| 02/21/03 | DRB | Telephone conference with Grace personnel concerning operation of Nol Tec loaders and Grace's activities regarding advising refineries on use of FCC additives |
| 02/21/03 | KMW | Telephonic conference w/WRGrace representatives related to fact gathering; summary of facts. |
| 02/21/03 | KMW | Legal research and analysis of intervention; conference w/CZ regarding the same. |
| 02/21/03 | GHL | Meeting regarding motion to intervene and proposed answer to complaint to accompany same |
| 02/24/03 | GHL | Review of discovery letter and attachments from Intercat counsel, and telephone conference with Nol-Tec counsel regarding status of discovery in action; |
| 02/24/03 | CEZ | Review of results of prior art search |
| 02/24/03 | DRB | Revisions to draft motion to intervene and supporting proposed Answer |
| 02/24/03 | KMW | Analysis of prosecution history of '236 patent. |
| 02/24/03 | GHL | Review and revision of draft motion to intervene; |
| 02/25/03 | CEZ | Review EPO application as prior art; evaluated 236 patent claims and disclosure and EPO application; reviewed prior art, evaluated obviousness position. |
| 02/25/03 | KMW | Analysis of prior art in light of prosecution history of 236 patent; conference w/CZ regarding the same. |
| 02/25/03 | GHL | Telephone conference with Mr. Maggio regarding Intercat's request for further follow-up discovery under its subpoena, and correspondence to Intercat counsel regarding same and regarding Grace's proposed intervention; |
| 02/25/03 | GHL | Preparation of proposed Answer for submission with intervention motion |
| 02/26/03 | DRB | Revisions to draft Answer and Motion to Intervene |
| 02/26/03 | DRB | Analysis of invalidity of Intercat patent claims |
| 02/26/03 | KMW | Review of references cited by 236 patent; search for other prior art. |
| 02/26/03 | CEZ | Met with K. Whitney and D. Bailey to discuss 236 patent, technology, and related EPO application; evaluated 236 patent claims and disclosure and EPO application; reviewed art gathered by DeLaurentis; evaluated obviousness position. |

2:02CV408JM

| Date | Atty | Description |
|---|---|---|
| 02/26/03 | GHL | Review/revision of draft Answer to complaint; |
| 02/27/03 | FTC | Reviewed approximately 15 prior-art references (U.S., European, and Japanese patents) directed to weighing methods and apparatus; considered validity of U.S. patent 5,389,236 in view of save. |
| 02/28/03 | DRB | Analysis of Intercat patent and claims regarding claim indefiniteness and non-infringement |

|  |  |  | SERVICES | $ | 29,216.00 |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 13.70 | hours at $ | 435.00 | |
| DRB | DAVID R. BAILEY | 27.50 | hours at $ | 360.00 | |
| CEZ | CHAD E. ZIEGLER | 31.90 | hours at $ | 265.00 | |
| FTC | FRANK T. CARROLL | 5.40 | hours at $ | 250.00 | |
| KMW | KAREN MILLANE WHITNEY | 18.70 | hours at $ | 190.00 | |

**DISBURSEMENTS:**

| | |
|---|---|
| POSTAGE & DELIVERY | 19.56 |
| TELEFAX, TELEPHONE | 205.61 |
| PHOTOCOPYING | 147.10 |
| COMPUTER SEARCH | 291.95 |
| TRAVEL & EXPENSES | 20.00 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 684.22 |
| SERVICE TOTAL | $ | 29,216.00 |
| **INVOICE TOTAL** | $ | **29,900.22** |