IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  May 29, 2003 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

May 6, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#     507

For Professional Services Rendered in Connection with Honeywell, Inc. -
Matter 6

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 02/01/03 | MM | Continue to work from Washington, DC office re preparation of various trial binders for use by attorneys and experts (2.1); various research projects and reviewing of case documents to be used at trial (2.9); telephone conferences with trial attorneys re various tasks to be completed in preparation for trial (.5). | 5.50 |
| 02/01/03 | BJB | Organize, coordinate and prepare faxes of trial exhibits from 1989-2002 for cross examination of Honeywell witness Frank Faranca to Mr. Marraro (6.5); make follow up calls to to Ms. Manago re same (.5); research Summation, collect, coordinate and incorporate additional trial exhibits re cross examination of Frank Faranca for Mr. Marraro (3.8). | 10.80 |
| 02/01/03 | TSM | Organize, coordinate and prepare trial exhibits faxed by Ms. Banks from NJ for cross examination binders on Honeywell witness Frank Faranca for Mr. Marraro (8.5); make follow-up telephone calls to Ms. Banks re same (.5). | 9.00 |
| 02/01/03 | CHM | Trial preparation (4.2); witness preparation (5.3). | 9.50 |

| 02/01/03 | WFH | Prepare for cross-examination of Honeywell witnesses, including Peter Deming and Gary Walter, and confer with Ms. Banks and Mr. Marraro re same (12.3). | 12.30 |
|---|---|---|---|
| 02/02/03 | MM | Travel to Washington Reagan Airport re returning to New Jersey for trial (2.3 hrs.). (Note: travel time billed at 50%; 10% here and 40% at end of statement.) | 2.00 |
| 02/02/03 | MM | Continue to prepare case for trial (17.8); office conference with trial attorneys re various tasks to be completed in preparation for trial (1.4). | 19.20 |
| 02/02/03 | BJB | Assist Messrs Marraro and Hughes in preparation for cross examination of Honeywell witness Frank Faranca and Honeywell expert Peter Deming (12.5); prepare Honeywell supplemental exhibits for incorporation into attorney and court trial exhibit binders and materials for trial on 1/3/03 (3.0). | 15.50 |
| 02/02/03 | TSM | Assist Messrs. Marraro and Hughes in preparation for cross examination of Honeywell witness Frank Faranca (8.8); prepare and load exhibits into Trial Directors (3.7); incorporate supplemental exhibits into Summation for trial on 1/3/03 (3.5). | 16.00 |
| 02/02/03 | TSM | Travel to New Jersey for continuation of trial (2.5). (Note: travel time billed at 50%; 10% here or 2.2; 40% at end of statment.) | 2.20 |
| 02/02/03 | CHM | Witness preparation (5.5); trial preparation (6.0). | 11.50 |
| 02/03/03 | WFH | Finish preparing for cross-examination of Peter Deming (2.7); attend and participate in trial, including cross-examination of Deming (7.0); prepare for cross-examination of Blanchard, Walters and other Honeywell witnesses (6.0). | 15.80 |
| 02/03/03 | MM | Continue to work from war room in NJ re research projections and preparing trial binders for attorney and expert use (6.6); travel to and from U. S. District Court in Newark, NJ re dropping off and picking up experts and trial team as well as dropping off various documents to be used at trial (4.9); travel to and from various copy centers in NJ re preparing trial exhibits (6.1); conferences with trial attorneys re various tasks to be completed in preparation for trial (.8); | 21.50 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|
|            |     | review and prepare binders re daily trial exhibits for attorney and expert use (1.4); travel to and from Newark International Airport re dropping off various experts (1.7).                                                                                                                                                                                                                                                                                                       |        |
| 02/03/03   | TSM | Attend trial and provide technical presentation support to attorneys (8.5); respond to attorney requests following trial (1.8); assist with the preparation of trial materials for cross examination of Honeywell expert Fred Hart and Honeywell witness Frank Faranca (4.3); prepare and load exhibits on Trial Director for 2/4/03 (6.2).                                                                                                                                         | 20.80  |
| 02/03/03   | BJB | Attend trial (8.5); review activities from day at trial and respond to attorney requests from trial (2.3); follow up on requests form Mr. Scrivo regarding supplemental trial exhibits (.8); prepare trial materials for cross examination of Honeywell expert Fred Hart and Honeywell witness Frank Faranca (9.2).                                                                                                                                                                 | 20.80  |
| 02/04/03   | CHM | Attend trial (9.0); witness preparation (8.5)                                                                                                                                                                                                                                                                                                                                                                                                                                     | 17.50  |
| 02/04/03   | MM  | Continue to work from war room in New Jersey re research projections and preparing trial binders for attorney and expert use (7.8); travel to and from U. S. District Court in Newark, NJ re dropping off and picking up experts and trial team as well as dropping off various documents to be used at trial (4.7); travel to and from various copy centers in NJ re preparing trial exhibits (5.3); conferences with trial attorneys re various tasks to be completed in preparation for trial (.8); review and prepare binders re daily trial exhibits for attorney and expert use (1.6); travel to and from Newark International Airport re dropping off various experts (1.8). | 22.00  |
| 02/04/03   | BJB | Attend trial (8.5); review and prioritize requests from day at trial and follow up on trial exhibits issues (3.5); assist Messrs. Marraro and Hughes in preparation for cross examination of Honeywell experts Anthony Wells and Erik Rifkin (6.5); coordinate and prepare supplemental trial exhibits for incorporation into bench and attorney court trial exhibit binders (1.0) prepare trial materials for 2/5/03 (2.3).                                                         | 21.80  |
| 02/04/03   | TSM | Attend trial and provide technical and trial presentation support to attorneys (8.5); address issues from day at trial (2.5); assist Messrs. Marraro and Hughes in preparation for cross-examination of Honeywell experts Anthony Wells and Erik Rifkin (6.2); prepare revised and supplemental expert                                                                                                                                                                             | 20.50  |

demonstrative aids for 2/5/03 (3.3).

| 02/04/03 | WFH | Attend and participate in trial (6.0); prepare for cross-examination of Honeywell witnesses, including Gary Walters, and confer with Messrs. Marraro, Agnello and consultant re same (8.8). | 14.80 |
|---|---|---|---|
| 02/05/03 | CHM | Attend trial (9.0); witness preparation (6.5) | 15.50 |
| 02/05/03 | MM | Continue to to work from war room in New Jersey re research projections and preparing trial binders for attorney and expert use (6.8); travel to and from U. S. District Court in Newark, NJ re dropping off and picking up experts and trial team as well as dropping off various documents to be used at trial (5.6); travel to and from various copy centers in NJ re preparing trial exhibits (3.7); conferences with trial attorneys re various tasks to be completed in preparation for trial (1.4); review and prepare binders re daily trial exhibits for attorney and expert use (1.7); travel to and from Newark International Airport re dropping off various experts (2.3). | 21.50 |
| 02/05/03 | BJB | Attend trial (8.5); review, assess and resolve issues regarding supplemental trial exhibits (2.3); assist Mr. Hughes in preparation for cross examination for Honeywell expert Gary Walter (7.8); incorporate trial transcripts into Summation (.4); update summary of trial transcripts for Mr. Hughes (1.0); prepare trial materials for 2/6/03 (2.0). | 22.00 |
| 02/05/03 | WFH | Attend and participate in trial (6.0); prepare for cross-examination of Honeywell witnesses, including Gary Walters, and confer with Messrs. Marraro, Agnello and consultant re same.(9.7) | 15.70 |
| 02/05/03 | TSM | Attend trial and provide technical and trial presentation support to attorneys (8.5); assist Ms. Banks with review and resolution of issues re supplemental trial exhibits (6.3); assist Mr. Hughes with preparation for cross examination of Honeywell expert Gary Walter (1.0); prepare, organize and load exhibits on Trial Director for 2/6/03 (3.4). | 19.20 |
| 02/06/03 | MM | Continue to work from war room in NJ re research projections and preparing trial binders for attorney and expert use (5.2); travel to and from U. S. District Court in Newark, NJ re dropping off and picking up experts and trial team as well as dropping off various documents to be used at | 20.50 |

|           |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                    |        |
|-----------|-----|-------------------|--------|
|           |     | trial (5.4); travel to and from various copy centers in NJ re preparing trial exhibits (3.1); conferences with trial attorneys re various tasks to be completed in preparation for trial (2.1); review and prepare binders re daily trial exhibits for attorney and expert use (1.8); travel to and from Newark International Airport re dropping off various experts (2.9). |        |
| 02/06/03  | BJB | Attend trial (8.5); review and address activities form day at trial (2.5); incorporate trial transcripts into Summation (.3); update summary of trial transcripts for Mr. Hughes (.5); conference with Mr. Marraro, Ms. Manago and staff re packing and closing war room (.7); conference with Ms. Kelley re Honeywell and ICO supplemental trial exhibits and updating trial exhibit lists (.3); read and research trial transcripts days 1-4 for citations of Judge Cavanaugh's questions for Messrs. Marraro, Hughes and Agnello and collect and prepare pertinent pages (6.2). | 19.00  |
| 02/06/03  | TRP | Phone conference and email with G. Koch re status of trial and anticipated need for her to testify, and attempts to reach B. Hughes re same (.7). | 0.70   |
| 02/06/03  | TSM | Attend trial and provide technical and trial presentation support to attorneys (8.5); conference with Mr. Marraro, Ms. Banks and staff re packing and closing war room (.7); respond to attorney requests from day at trial (2.3); coordinate, organize and prepare supplemental trial exhibits (4.0). | 15.50  |
| 02/06/03  | TSM | Return travel from NJ to Washington, DC (2.5).  (Note: travel time billed at 50%; 10% here and 40% at end of statement). | 2.20   |
| 02/06/03  | WFH | Finish preparing for cross-examination of Gary Walters (3.0); attend and participate in trial, including cross-examination of Walters (6.0); conferences with Messrs. Agnello and Marraro re trial matters (2.0); conferences with staff re closing war room, transferring files to DC and other administrative matters. (1.5) | 12.50  |
| 02/06/03  | NAB | Review, scan and e-mail case documents to Grace team at trial (4.5). | 4.50   |
| 02/06/03  | RLS | Make calls to SI Group for Mr. Hughes re expert witness cross-examination issue (1.0); research effect on judge's | 2.00   |

prior ruling on settlement terms (1.0).

| 02/06/03 | CHM | Attend trial (8.5); post-trial meeting with clients (3.5) | 12.00 |
| 02/07/03 | KAK | Assist Ms. Manago with preparation of binders re exhibits admitted at trial. | 3.50 |
| 02/07/03 | MM | Review, organize and begin preparing all case files to be returned to Washington office (17.5). | 17.50 |
| 02/07/03 | NAB | Unpack and organize files from trial (7.5). | 7.50 |
| 02/07/03 | NAB | Unpack and organize files from trial (5.5). | 5.50 |
| 02/07/03 | RMM | Pack and index boxes for shipment to NJ in preparation for trial (1.0); prepare exhibit binders (1.4.). | 2.40 |
| 02/07/03 | WFH | Return to DC from New Jersey.  (Note:  Travel time billed at 50%; 10% here or 2.2; 40% at end of statement.) | 2.20 |
| 02/07/03 | BJB | Follow up on update of Honeywell and ICO trial exhibits lists (.5 ); conference with Mr. Scrivo re same (.3); email trial transcripts to attorneys and consultant (.4); organize and pack trial materials (5.0 hrs.); read and research trial transcripts days 5-11 for citations of Judge Cavanaugh's questions for Messrs. Marraro, Hughes and Agnello and collect and prepare pertinent pages (6.8). | 13.00 |
| 02/07/03 | CHM | Review transcripts and work on exhibit issues for hearing on February 11 (8.5). | 8.50 |
| 02/07/03 | TSM | Review and proof updates to parties' trial exhibits lists (.5); review, coordinate and prepare binder of all ICO supplemental trial exhibits (4.8); coordinate assignments for closing of war room and arrange transportation of war room files and materials back to Washington, DC (2.2). | 7.50 |
| 02/07/03 | WFH | Review transcripts (3.0); prepare notes re findings of fact (2.5); organize materials for filing (2.7). | 8.20 |
| 02/08/03 | MM | Continue preparing case files to be returned to Washington office (9.0). | 9.00 |

| 02/08/03 | BJB | Continue packing of war room trial materials (6.5); read and research trial transcripts days 5-11 for citations of Judge Cavanaugh's questions for Mr. Marraro and collect and prepare pertinent pages (5.8). | 12.30 |
|---|---|---|---|
| 02/08/03 | CHM | Work on exhibits issues for hearing on Febaruary 11 (6.5). | 6.50 |
| 02/09/03 | MM | Finalize the preparation of all case files to be returned to Washington (11.6). | 11.60 |
| 02/09/03 | BJB | Read and research trial transcripts days 11-14 for citations of Judge Cavanaugh's questions for Messrs. Marraro, Hughes and Agnello and draft report of same (5.8). | 5.80 |
| 02/09/03 | BJB | Make return trip from trial to Washington, DC (3.5).  (Note: Travel time billed at 50%; 10% here and 40% at end of statement.) | 3.10 |
| 02/09/03 | TSM | Continue unpacking of trial materials (5.0). | 5.00 |
| 02/09/03 | MM | Travel by car from Newark, NJ to Washington (4.9 hrs.). (Note:  travel time billed at 50%; 10% here and 40% at end of statement.) | 4.40 |
| 02/09/03 | CHM | Work on exhibit issues for hearing on February 11 (4.8). | 4.80 |
| 02/10/03 | WFH | Prepare deposition designations, counter-designations and evidentiary arguments for hearing with Judge Cavanaugh on Feb. 11 (7.6); conferences Ms. Banks and Mr. Scrivo re same. (1.3) | 8.90 |
| 02/10/03 | MM | Review and organize all case material received from New Jersey returned from trial (4.9); office conference with Mr. Marraro re status of case and various tasks to be completed (.3) | 5.20 |
| 02/10/03 | BJB | Respond to telephone call from Mr. Scrivo (.3); collect, coordinate and prepare pertinent materials for Messrs. Marraro and Hughes in preparation for 2/11/03 evidentiary hearing before Judge Cavanaugh (.8); research case files, correspondence, and discovery binders, collect, coordinate and prepare pertinent correspondence re evidentiary hearing for Mr. Marraro (4.0); review and quality check draft report of citations of Judge Cavanaugh's questions for Messrs | 15.80 |

|  |  |  |  |
|---|---|---|---|
|  |  | Marraro, Hughes and Agnello (2.3); collect, organize prepare and create binders of Honeywell deposition designations and Grace counter deposition designations for evidentiary hearing for Mr. Hughes (8.4). |  |
| 02/10/03 | MLW | Evaluation of admissibility of potential admissions of Rule 30(b)(6) witnesses of Honeywell and prior witness testimony regarding trial hearing for 2/11/03 pertaining to admissibility of additional trial exhibits (7.1). | 7.10 |
| 02/10/03 | WFH | Travel to NJ for hearing (3.0).  (Note:  Travel time billed at 50%; 10% here or 2.7; 40% at end of statement). | 2.70 |
| 02/10/03 | TSM | Respond to telephone call from Mr. Scrivo (.8); assist Ms. Banks with preparation of Honeywell deposition designations and Grace counter designations for 2/11/03 hearing (8.2). | 9.00 |
| 02/10/03 | RLS | Research post-trial legal issues concerning RCRA (3.0). | 3.00 |
| 02/10/03 | CHM | Work on exhibit issues in preparation for Febaruary 11 hearing (5.2). | 5.20 |
| 02/11/03 | WFH | Prepare for and attend hearing before Judge Cavanaugh re exhibits and deposition designations(4.0); confer with Messrs. Marraro, Agnello and Scrivo re same (1.0). | 5.00 |
| 02/11/03 | MM | Continue to review and organize all case material returned from trial in New Jersey (5.4). | 5.40 |
| 02/11/03 | BJB | Travel to and from Newark, NJ re pertinent documents for evidentiary hearing (8.3); return trip to Washington, DC (4.5). (Note:  Travel time billed at 50%; 10% here or 7.4 and 40% at end of statement.) | 7.40 |
| 02/11/03 | WFH | Return travel to DC re hearing with Judge Cavanaugh on 2/11.  (note:  Travel time billed at 50%; 10% here or 2.5; 40% at end of statement.) | 2.50 |
| 02/11/03 | CHM | Travel to NJ and return for hearing on evidentiary matters (4.4).  (Note:  Travel time billed at 50%; 10% here or 3.9; 40% at end of statement.). | 3.90 |
| 02/11/03 | TSM | Telephone conference with Mrs. Kelley and Mr. Moasser | 1.60 |

and Sureway regarding the removal of trial exhibits and materials from court room (.8); telephone conference with Ms. Banks re arrangements for transport of same to Washington, DC (.8).

| | | | |
|---|---|---|---|
| 02/11/03 | NAB | Unpack and organize documents from trial (7.5). | 7.50 |
| 02/11/03 | CHM | Attend hearing on evidentiary matters (3.2); work on exhibit issues raised at hearing (6.5). | 9.70 |
| 02/11/03 | BJB | Attend evidentiary hearing (1.5); conference with Mr. Marraro re removal of trial exhibits and materials from court room (.4); telephone conference with Ms. Manago re arrangements for transport of same to Washington, DC (.8); pack exhibits and coordinate removal of trial exhibits from court room for transport to Washington, DC (3.5). | 6.20 |
| 02/12/03 | WFH | Review and mark trial transcripts in connection with preparing proposed findings of fact/conclusions of law. | 7.70 |
| 02/12/03 | CHM | Meeting re exhibits and findings of fact (1.2); review Motorwheel briefs and legal research re same (3.5); conference with client (.5); conference with ICO attorneys re exhibits (.8) | 6.00 |
| 02/12/03 | BJB | Respond to telephone call from Mr. Scrivo (.3); prepare binders of trial transcript excerpts re Judge Cavanaugh's questions of experts during trial testimony for Messrs. Marraro and Hughes (3.2); scan report of trial transcript citations and transcript excerpts of Judge Cavanaugh's questions and prepare email of same to Mr. Agnello (1.8) collect and prepare pertinent documents for Mr. Hughes (.7); | 6.00 |
| 02/12/03 | TSM | Continue unpacking of trial materials (3.1). | 3.10 |
| 02/12/03 | MM | Continue to review and organize case material returned from trial (1.6); review and revise expense chart (.2). | 1.80 |
| 02/13/03 | WFH | Review and mark trial transcripts in connection with preparing proposd findings of fact/conclusion of law. | 7.40 |
| 02/13/03 | MM | Continue to review and organize case material returned from trial (2.1). | 2.10 |

| | | | |
|---|---|---|---|
| 02/13/03 | BJB | Collect, prepare and email health expert depositions to consultant (.8); continue preparation and highlight Grace defendants' deposition designations (3.5); organize materials re cross examination of Honeywell witnesses for Mr. Hughes (5.5). | 9.80 |
| 02/13/03 | CHM | Conference with B. Hughes re summary judgment (.5). | 0.50 |
| 02/13/03 | CHM | Review of trial transcripts (4.5); conference with Mr. Agnello re findings of fact (1.2); review certain exhibits on dispute (2.1). | 7.80 |
| 02/13/03 | TSM | Continue unpacking and organization of trial materials (3.1). | 3.10 |
| 02/14/03 | WFH | Review and mark trial transcripts in connection with preparing proposed findings of fact/conclusions of law. | 7.80 |
| 02/14/03 | BJB | Review, coordinate and prepare new correspondence and case documents for incorporation into case files and electronic files (6.0). | 6.00 |
| 02/14/03 | TSM | Continue unpacking of trial materials (3.6). | 3.60 |
| 02/14/03 | CHM | Review trial transcripts (5.0). | 5.00 |
| 02/15/03 | WFH | Review and mark trial transcripts in connection with preparing proposed findings of fact/conclusion of law. | 4.30 |
| 02/17/03 | CHM | Conference with Field re various issues (1.2); review transcript (4.0); conference with Mr. Agnello (.3) | 5.50 |
| 02/18/03 | CHM | Review transcript (6.5); work on evidence issues (1.2) | 7.70 |
| 02/18/03 | MLW | Analysis of Honeywell's Trial Brief arguments related to Grace's common law claims (.6). | 0.60 |
| 02/19/03 | MM | Continue to review and organize case material returned from trial in preparation for filing findings of facts (2.4). | 2.40 |
| 02/19/03 | MLW | Analysis of legal authority related to Honeywell's Trial Brief arguments concerning Grace's common law claims, regarding needed Findings of Fact from Court (8.5). | 8.50 |

| 02/19/03 | CHM | Review transcripts (5.4). | 5.40 |
| 02/20/03 | WFH | Review and mark trial transcripts in connection with preparing proposed findings of fact/conclusions of law. | 8.80 |
| 02/20/03 | TSM | Pull documents for review regarding trial evidentiary document disputes per the request of Mr. Marraro (2.1); teleconference with Mr. Scrivo regarding Grace Trial exhibits (.6); review ICO trial exhibits re Hazardous Waste Manifest issues (1.6). | 4.30 |
| 02/20/03 | MLW | Analysis of all controlling legal authority related to Grace's common law cross-claims against Honeywell for Findings of Fact from Court (8.8). | 8.80 |
| 02/20/03 | CHM | Review transcript (7.5); work on resolving exhibit issues (2.0). | 9.50 |
| 02/21/03 | TSM | Review chronology of Mutual Knowledge and input trial exhibits cites for the referenced documents per the request of Mr. Hughes (2.8). | 2.80 |
| 02/21/03 | CHM | Travel to and from NJ for meeting with Mr. Agnello re exhibit issue (4.2). (Note: travel time billed at 50%; 10% here or 3.7; 40% at end of statement.) | 3.70 |
| 02/21/03 | CHM | Work on exhibit issues in NJ with Agnello (8.5). | 8.50 |
| 02/21/03 | MLW | Continued analysis of controlling legal authority pertaining to common law claims significant factual issues (5.5); conference with B. Hughes regarding strategy for submitting proposed Findings of Fact to Court (.8). | 6.30 |
| 02/22/03 | WFH | Review and mark trial transcripts in connection with preparing proposed findings of fact/conclusions of law (3.4). | 3.40 |
| 02/24/03 | WFH | Conference with Mr. Marraro re findings (.5); review trial transcripts and exhibits re geochemistry of COPR and work on proposed findings of fact re same (9.1) | 9.60 |
| 02/24/03 | TSM | Prepared list of Grace trial exhibits admitted into evidence (6.7 hrs,), teleconference with Mr. Scrivo regarding same (.8 hrs.). | 7.50 |

| 02/24/03 | MM | Continue to review and organize trial material returned from New Jersey (1.6). | 1.60 |
|---|---|---|---|
| 02/24/03 | MLW | Analysis of legal authority pertaining to Grace's common law claim needed for Findings of Fact from Court (8.2). | 8.20 |
| 02/24/03 | BJB | Respond to telephone inquiry from Mr. Scrivo and Ms. Houser (.5); research Lexis, download and prepare pertinent case for Mr. Hughes(.3); review new correspondence and case documents, organize and prepare for incorporation into case files (6.5);  scan plaintiff's pretrial finding of facts and conclusion of law into Word for Mr. Hughes (.7); research Westlaw, download, and prepare pertinent cases re Grace's conclusion of law for Mr. Hughes (.8); research trial transcripts for pertinent testimony re percentage of total and hexvalent chromium, average pH and alkalinity of COPR and prepare summary of results for Mr. Hughes (2.9); prepare email message of same to Mr. Agnello  (.2 hrs.); collect and email trial transcripts re Grace expert on hydrogeology for Mr. Hughes (.3). | 12.20 |
| 02/24/03 | CHM | Work on resolving exhibit issues (4.2); review trial transcripts (3.6) | 7.80 |
| 02/25/03 | BJB | Read and research trial transcripts for pertinent testimony on COPR constituents and character for Mr. Hughes (3.8); collect citations and prepare memo re same (1.2); conference with Mr. Hughes re same and new assignment re findings of fact (.3); collect and prepare case for Mr. Marraro  (.2); review, organize and coordinate post-trial files (2.8); conference with Ms. Bynum and Ms. Manago re post trial files (.4); research admitted exhibits for pertinent documents re findings of fact for Mr. Hughes (.3); incorporate new files into electronic files (.5). | 9.50 |
| 02/25/03 | CHM | Review transcripts (3.8). | 3.80 |
| 02/25/03 | WFH | Review trial transcripts and exhibits re heaving issues and geochemistry of COPR and work on proposed findings of fact re same (9.7). | 9.70 |
| 02/25/03 | MLW | Continued analysis of legal authority pertaining to Grace's common law claims  regarding needed Findings of Fact from | 7.10 |

Court (7.1).

| 02/26/03 | TRP | Office conference with B. Hughes and email to G. Koch re retention of work product (.7). | 0.70 |
|---|---|---|---|
| 02/26/03 | WFH | Review trial transcripts and exhibits re heaving issue and environmental risks posed by site, work on proposed findings of fact re same (9.4). | 9.40 |
| 02/26/03 | MLW | Analysis of legal authority pertaining to Honeywell's Trial Brief arguments re Grace's allegations, and comparison of allegations to claim at issue in controlling precedent before New Jersey Supreme Court re needed Findings of Fact from Court (8.6). | 8.60 |
| 02/26/03 | BJB | Research Grace admitted trial exhibit list, collect and prepare Pertinent exhibits and create binders for Mr. Hughes (5.4); conference with Mr. Hughes re same (.4); research ICO admitted exhibits for admitted deposition excerpts for Mr. Hughes (.2); coordinate, organize and prepare case files for off-site storage (3.5). | 9.50 |
| 02/26/03 | CHM | Review transcripts (2.5); conference with ICO attorney (.5); conference with Honeywell counsel (.5); work on exhibit issue (1.5). | 5.00 |
| 02/27/03 | CHM | Work on exhibit issues (2.8); conference with client (.5); conference with ICO attorney re findings of fact (.6) | 3.90 |
| 02/27/03 | BJB | Read and summarize trial testimony of Frank Faranca for Mr. Hughes (7.5). | 7.50 |
| 02/27/03 | WFH | Review trial transcripts and exhibits re environmental risks posed by site and work on proposed findings of fact re same (9.8). | 9.80 |
| 02/27/03 | MLW | Preparation of draft Findings of Fact pertaining to Grace's common law claim (7.3). | 7.30 |
| 02/28/03 | CHM | Review transcript (2.5); conference with Pitney Hardin (.6); prepare letter to Field re categories (.8); conference with client (.6); conference with ICO attorneys (.5) | 5.00 |
| 02/28/03 | WFH | Review trial transcripts and exhibits re heaving issue and | 8.40 |

environmental/health risks posed by site, and work on proposed findings of fact re same (8.4).

| 02/28/03 | MM | Office conference with Mr. Marraro re producing copies of various briefs filed by Grace and Honeywell for his review (.2); search case databases and forward stated briefs to Mr. Marraro via email for review (.4); continue to review and organize various case documents returned from trial (.8); case management (.4). | 1.80 |

| 02/28/03 | MLW | Analysis of legal authority pertaining to availability of automatic or permissive stay of injunctive relief (5.3). | 5.30 |

| | | | **Amount** |
| Total Fees | | 1,043.60 | $244,561.00 |

Disbursements:

| | |
|---|---|
| Info Edge Tech. Inc. - litigation support vendor | 606.20 |
| Auto Rental at Trial in New Jersey for 14 Days for Transporting Trial Team to and from Courthouse and picking up Experts at Airport | 865.16 |
| Moasser - Lunch on 1/30/03 in NJ at Trial for Trial Team (3 People) | 30.91 |
| W. Hughes - Lunch for Trial Team at Courthouse on 1/22/03 (5 people) | 40.00 |
| Parking at Hotel During Trial | 68.99 |
| J. Kelley - Coach Air Fare from DC to Newark for Trial on 1/4/03 | 285.00 |
| Marraro - Coach Air Fare to/from Newark on 12/10/02 for Meetings with Local Counsel for Pre-Trial | 288.50 |
| Moasser - Lunch in NJ During Trial on 2/9/03 (2 people) | 13.83 |
| Moasser - Dinner in NJ During Trial on 2/8/03 (2 people) | 60.77 |
| Moasser - Breakfast in NJ During Trial on 2/9/03 (1 person) | 5.77 |
| Moasser - Breakfast in NJ During Trial on 2/4/03 (2 people) | 7.82 |
| Moasser - Lunch in NJ During Trial on 2/5/03 (2 people) | 37.15 |
| Moasser - Dinner in NJ During Trial on 2/5/03 (5 People) | 95.50 |
| Moasser - Breakfast in NJ during Trial on 2/8/03 (1 person) | 6.86 |
| Moasser - Meal in NJ on 1/30/03 at Trial (3 People) | 20.67 |
| Moasser - Breakfast in NJ on 1/30/03 during Trial (1 person) | 5.57 |
| Moasser - Working Dinner During Trial in NJ on 1/31/03 (1 person) | 18.23 |
| Moasser - Lunch in NJ During Trial on 2/1/03 (1 person) | 8.25 |
| Moasser - Breakfast in NJ During Trial on 2/2/03 (2 people) | 16.44 |
| Moasser - Lunch in NJ During Trial on  2/2/03 (2 people) | 9.37 |
| Moasser - Dinner in NJ During Trial on 2/3/03 (5 people) | 139.83 |
| Secretarial Overtime in New Jersey during Trial | 9,322.32 |

| | |
|---|---:|
| Copying | 1,819.39 |
| Outside printing | 53.93 |
| Facsimile | 70.50 |
| Telephone | 471.47 |
| Online research | 933.39 |
| Delivery services/messengers | 5,595.20 |
| Overtime Meals | 254.05 |
| Overtime Transportation | 1,383.23 |
| Federal Express | 1,539.62 |
| Trial Supplies | 630.82 |
| Gas for Rental Car at Trial | 163.96 |
| Tips for Hotel Personnel at Trial | 297.00 |
| Tolls | 99.05 |

| | |
|---|---:|
| Total Disbursements | $25,264.75 |
| Total Amount Of This Bill | $269,825.75 |
| Less Deduction of 40% of Fees Per Agreement | $97,824.40 |
| Balance Due | $172,001.35 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Banks, Barbara J. | Paralegal | 234.00 | 135.00 |
| Bynum, Natasha A. | Legal Clerk | 25.00 | 100.00 |
| Hughes, William F. | Counsel | 186.90 | 350.00 |
| Kaider, Keith A. | Paralegal | 3.50 | 135.00 |
| Manago, Tonya S. | Paralegal | 152.90 | 135.00 |
| Marraro, Christopher H. | Partner | 189.70 | 440.00 |
| Mitchell, Rebecca M. | Paralegal | 2.40 | 120.00 |
| Moasser, Mahmoude | Paralegal | 175.00 | 135.00 |
| Parker, Tamara R. | Associate | 1.40 | 290.00 |
| Schuller, Rebecca L. | Associate | 5.00 | 180.00 |
| Williams, Michael L. | Associate | 67.80 | 225.00 |


Wallace
King
Marraro
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

May 6, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#     508

For Professional Services Rendered in Connection with Libby, Montana -
Matter 9

Professional Services:

|            |     |                             | **Hours** |
|------------|-----|-----------------------------|-----------|
| 02/12/03   | CHM | Review documents for client. | 0.50      |
| 02/25/03   | CHM | Review documents from client | 0.50      |
| 02/27/03   | CHM | Review articles from client  | 0.60      |

|                          |      | **Amount** |
|--------------------------|------|------------|
| Total Fees               | 1.60 | $704.00    |
| Total Amount Of This Bill |      | $704.00    |
| Balance Due              |      | $704.00    |

### Timekeeper Summary

| Name                    |         | Hours | Rate   |
|-------------------------|---------|-------|--------|
| Marraro, Christopher H. | Partner | 1.60  | 440.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC  20007

Phone 202.204.1000
Fax 202.204.1001

May 6, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#      509

For Professional Services Rendered in Connection with Waterloo - Brewer
Road Site - Mater 4

Professional Services:

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/03/03 | WFH | Conferences with Messrs. Hogan and Williams re oral argument on summary judgment motions (.5). | 0.50 |
| 02/03/03 | MLW | Preparation for hearing on cross-motions for summary judgment, scheduled for 2/6/03. | 4.10 |
| 02/04/03 | MLW | Preparation for hearing on cross-motions for summary judgment and defendant's motion to strike Grace's exhibits, scheduled for 2/6/03. | 3.20 |
| 02/05/03 | MLW | Travel to Buffalo, New York for oral argument on 2/6/03 (3.0).  (Note:  Travel time billed at 50%) | 1.50 |
| 02/05/03 | WFH | Conference with Mr. Hogan re oral argument on summary judgment motions (.3). | 0.30 |
| 02/05/03 | MLW | Preparation for hearing on cross-motions for summary judgment and defendant's motion to strike Grace's exhibits (11.0). | 11.00 |

| 02/06/03 | MLW | Return travel to Washington, DC from Buffalo, New York after oral argument on summary judgment (3.0).  (Note: Travel time billed at 50%.) | 1.50 |
| 02/06/03 | MLW | Preparation for hearing on cross-motions for summary judgment and defendant's motion to strike Grace's exhibits, including extended conference with local counsel K. Hogan and appearance during oral argument (7.8). | 7.80 |
| 02/07/03 | WFH | Conference with Mr. Hogn re oral argument on summary judgment motions (.3). | 0.30 |
| 02/13/03 | WFH | Conference with Mr. Hogan re mediation order and schedule for same (.3). | 0.30 |
| 02/17/03 | CHM | Status update from B. Hughes (.5). | 0.50 |

|  |  | | **Amount** |
| Total Fees | | 31.00 | $7,257.50 |

Disbursements:

| M. Williams - Meal in New York on 2/5/03 for meetings with local counsel and oral arguments on summary judgment in federal court (1 person) | 18.76 |
| M. Williams - Coach R/T Air Fare to New York on 2/5/03 for meeting with local counsel and oral argument on summary judgment motions  in federal court | 360.50 |
| M. Williams - Hotel in New York on 2/5-6/03 (1 night) for meeting with local counsel and oral argument on summary judgment motions in Federal Court | 159.21 |
| Total Disbursements | $538.47 |

| Total Amount Of This Bill | $7,795.97 |
| Balance Due | $7,795.97 |

## Timekeeper Summary

| Name | | Hours | Rate |
| --- | --- | --- | --- |
| Hughes, William F. | Counsel | 1.40 | 350.00 |
| Marraro, Christopher H. | Partner | 0.50 | 440.00 |
| Williams, Michael L. | Associate | 29.10 | 225.00 |