IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co., et al.,[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | Objection Deadline: May 29, 2003 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR THE SIXTH MONTHLY
FEE APPLICATION OF WACHTELL, LIPTON,
ROSEN & KATZ FOR THE PERIOD FROM
DECEMBER 1, 2002 THROUGH DECEMBER 31, 2002**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.) CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a/ Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation , Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation , Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc. ), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc., ), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a/ Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Company.

# Exhibit A

Case 01-01139-AMC    Doc 3764-1    Filed 05/09/03    Page 2 of 5

Client Number: 03901
Client Name: W.R. GRACE & COMPANY
Report Description: **Unbilled Recap of Time  [04/22/2003 1:42:18 PM]**

Page 1

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/03/2003 | 0663 | Beth Polebaum | 0.80 | 240.00 | E-mails re: filing 2d fee application. (HSN, SD). Review summary spreadsheet from 6th fee period. | 03901-0007 | 1796446 |
| 03/04/2003 | 0663 | Beth Polebaum | 0.60 | 180.00 | Coordinated finalization of fee app for filing. | 03901-0007 | 1797156 |
| 03/05/2003 | 0663 | Beth Polebaum | 0.10 | 30.00 | Coordinate filing of fee application. | 03901-0007 | 1797161 |
| 03/06/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | E-mails re-filing of fee application. | 03901-0007 | 1797164 |
| 03/07/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | Filing of fee application. | 03901-0007 | 1797168 |
| 03/07/2003 | 0224 | Harold S. Novikoff | 0.40 | 270.00 | Email re D&O insurance issues | 03901-1005 | 1813778 |
| 03/13/2003 | 0224 | Harold S. Novikoff | 0.80 | 540.00 | Conf. call re D&O insurance issues; TC Wolinsky re same; review materials | 03901-1005 | 1813808 |
| 03/18/2003 | 0663 | Beth Polebaum | 0.30 | 90.00 | E-mails RS; HSN; T/C RS re fee applications | 03901-0007 | 1803335 |
| 03/18/2003 | 0734 | Joshua Feltman | 3.10 | 713.00 | Legal research re: statute of limitations on fraudulent conveyances. | 03901-1005 | 1804615 |
| 03/18/2003 | 2258 | Robinson Strauss | 0.20 | 25.00 | review of docket; t/c to co-counsel re: 2nd Quarterly Fee App status. | 03901-0007 | 1813479 |
| 03/19/2003 | 0734 | Joshua Feltman | 2.50 | 575.00 | Legal research re: breach of duty claims. | 03901-1005 | 1804619 |
| 03/19/2003 | 0663 | Beth Polebaum | 0.80 | 240.00 | Preparation to draft Jan. and Feb. monthly applications. | 03901-0007 | 1805093 |
| 03/20/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | Email, t/c re: status of fee apps to attys/co-counsel | 03901-0007 | 1813485 |
| 03/21/2003 | 2258 | Robinson Strauss | 0.35 | 43.75 | Email to in-house attys/paralegal, co-counsel, re status of fee app filing, outstanding issues; | 03901-0007 | 1813490 |
| 03/24/2003 | 0663 | Beth Polebaum | 0.30 | 90.00 | E-mails re: monthly fee applications. | 03901-0007 | 1805112 |
| 03/25/2003 | 0663 | Beth Polebaum | 5.90 | 1,770.00 | Draft of monthly fee applications: Oct/02 (2.3); Nov./02 (0.9); Dec./02 (1.2); Jan./03 (1.1); Feb./03 (0.4). | 03901-0007 | 1805116 |
| 03/26/2003 | 0663 | Beth Polebaum | 0.20 | 60.00 | Follow-up on fee applications. | 03901-0007 | 1805496 |
| 03/28/2003 | 2258 | Robinson Strauss | 0.30 | 37.50 | Review of fee app drafts and status; communication w/ attys, review of docket. | 03901-0007 | 1813495 |
| 03/31/2003 | 0663 | Beth Polebaum | 0.60 | 180.00 | Follow-up on fee applications. | 03901-0007 | 1807609 |
| 03/31/2003 | 2258 | Robinson Strauss | 1.30 | 162.50 | Review of fee app drafts and status; communication w/ attys re same. Review of docket. Editing & revising of 10/02 to 2/02 Fee apps/exhibits to comply w/ Administrative Order, monthly fee app procedures. | 03901-0007 | 1812244 |
| | | UNBILLED TOTALS:  WORK: | 19.25 | 5,404.25 | 20 records | | |
| | | UNBILLED TOTALS:  BILL: | 16.25 | 4,504.25 | | | |
| | | GRAND TOTALS:  WORK: | 19.25 | 5,404.25 | 20 records | | |
| | | GRAND TOTALS:  BILL: | 16.25 | 4,504.25 | | | |

**Exhibit B**

Case 01-01139-AMC    Doc 3764-1    Filed 05/09/03    Page 5 of 5

Client Number:  03901  
Client Name:    W.R. GRACE & COMPANY  
Report Description: **Unbilled Recap of Cost  [04/22/2003 1:42:30 PM]**

Page 1

| # | Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 02/10/2003 | 0224 | Harold S. Novikoff | 009 | 49.00 | 0.20 | 9.80 | Duplicating/Scanning Imaging |
| 2 | | | | | | | | |
| 3 | 02/10/2003 | 0224 | Harold S. Novikoff | 011 | 1.00 | 0.40 | 0.40 | Duplicating/Doc Boundries |
| 4 | | | | | | | | |
| 5 | 02/18/2003 | 0663 | Beth Polebaum | 059 | 1.00 | 43.50 | 43.50 | O/S Temps - Word Processing - Vendor:JOVAN |
| 6 | | | | | | | | TEMPORARIES INCORPORATED |
| 7 | | | Voucher=314024 Paid | | | | | Vendor=JOVAN TEMPORARIES INCORPORATED  Balance=.00  Amount=1 |
| 8 | | | | | | | | |
| 9 | 03/07/2003 | 2258 | Robinson Strauss | 009 | 18.00 | 0.20 | 3.60 | Duplicating/Scanning Imaging |
| 10 | | | | | | | | |
| 11 | 03/07/2003 | 2258 | Robinson Strauss | 011 | 1.00 | 0.40 | 0.40 | Duplicating/Doc Boundries |
| 12 | | | | | | | | |
| 13 | 03/07/2003 | 2258 | Robinson Strauss | 006 | 1.00 | 9.37 | 9.37 | Fedex airbill: 612086953894 |
| 14 | | | | | | | | From: ROBINSON STRAUSS WACHTELL LIPTON ROSEN KAT |
| 15 | | | | | | | | To: PATRICIA CUNIFF |
| 16 | | | | | | | | Company: PACHULSKI, STANG, ZIEHL, YOUNG |
| 17 | | | Voucher=314916 Paid | | | | | Vendor=FEDERAL EXPRESS  Balance=.00  Amount=418.58 |
| 18 | | | | | | | | |
| 19 | 03/14/2003 | 2258 | Robinson Strauss | 036 | 1.00 | 16.00 | 16.00 | Meals - Paralegals - Vendor:WACHTELL, LIPTON, |
| 20 | | | | | | | | ROSEN & KATZ |
| 21 | | | Voucher=313149 Paid | | | | | Vendor=WACHTELL, LIPTON, ROSEN & KATZ  Balance=.00  Amount=1 |
| 22 | | | | | | | | |
| 23 | 03/18/2003 | 0734 | Joshua Feltman | 138 | 1.00 | 30.00 | 30.00 | Attorny Dinners - In House |
| 24 | | | | | | | | |
| 25 | 03/18/2003 | 0734 | Joshua Feltman | 033 | 1.00 | 213.23 | 213.23 | Lexis Research |
| 26 | | | | | | | | Lexis user name/ID: FELTMAN, JOSHUA A./CZPDWVA |
| 27 | | | | | | | | |
| 28 | 03/19/2003 | 0734 | Joshua Feltman | 029 | 1.00 | 301.69 | 301.69 | Westlaw Recovery |
| 29 | | | | | | | | Westlaw user name/ID: FELTMAN,JOSHUA A/4109318 |
| 30 | | | | | | | | total for service:   301.69 |
| 31 | | | | | | | | |
| 32 | 03/31/2003 | 2258 | Robinson Strauss | 010 | 25.00 | 0.16 | 4.00 | Duplicating |
| 33 | | | | | | | | |
| 34 | | | UNBILLED TOTALS:   WORK | | | | 631.99 | 11 records |
| 35 | | | UNBILLED TOTALS:   BILL: | | | | 631.74 | |
| 36 | | | | | | | | |
| 37 | | | GRAND TOTAL:     WORK: | | | | 631.99 | 11 records |
| 38 | | | GRAND TOTAL:     BILL: | | | | 631.74 | |