IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 29, 2002 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

```
012046.00001 TAX LITIGATION                                   STEPTOE & JOHNSON LLP              RUN DATE: 04/16/2003
                                                              Detail Cost Report                 RUN TIME: 17:33:30
                                                              Proforma: 243652                   PAGE: 1

         Cost              Timekeeper
         Code    Date      Number        Name                 Quantity  Rate    Amount  Ext.  Phone Number  Description
         =====   ========  ==========    ==================   ========  ======  ======  ====  ============  ===========
         DUPLDC  01/13/03  00206         Moran, Anne E.          1.00    0.15     0.15                       PHOTOCOPIES MADE BY 0206
         DUPLDC  01/13/03  00206         Moran, Anne E.          1.00    0.20     0.20                       PHOTOCOPIES MADE BY 0206
         DUPLDC  01/13/03  00206         Moran, Anne E.         43.00    0.15     6.45                    43 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/13/03  00206         Moran, Anne E.         43.00    0.20     8.60
         DUPLDC  01/13/03  00206         Moran, Anne E.          1.00    0.15     0.15
         DUPLDC  01/13/03  00206         Moran, Anne E.          1.00    0.20     0.20                     1 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/13/03  Total :                                                6.75
         DUPLDC  01/17/03  00206         Moran, Anne E.         20.00    0.15     3.00                    20 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/17/03  00206         Moran, Anne E.         20.00    0.20     4.00
         DUPLDC  01/19/03  00206         Moran, Anne E.          5.00    0.15     0.75                     5 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/19/03  00206         Moran, Anne E.          5.00    0.20     1.00
         DUPLDC  01/20/03  00206         Moran, Anne E.          1.00    0.15     0.15                     1 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/20/03  00206         Moran, Anne E.          1.00    0.20     0.20
         DUPLDC  01/20/03  00206         Moran, Anne E.         60.00    0.15     9.00                    60 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/20/03  00206         Moran, Anne E.         60.00    0.20    12.00
         DUPLDC  01/20/03  00206         Moran, Anne E.          1.00    0.15     0.15
         DUPLDC  01/20/03  00206         Moran, Anne E.          1.00    0.20     0.20                     1 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/20/03  Total :                                                9.30
         DUPLDC  01/22/03  00206         Moran, Anne E.          1.00    0.15     0.15                     1 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/22/03  00206         Moran, Anne E.          1.00    0.20     0.20
         DUPLDC  01/22/03  00206         Moran, Anne E.         11.00    0.15     1.65                    11 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/22/03  00206         Moran, Anne E.         11.00    0.20     2.20
         DUPLDC  01/22/03  Total :                                                1.80
         DUPLDC  01/25/03  00206         Moran, Anne E.          5.00    0.15     0.75
         DUPLDC  01/25/03  00206         Moran, Anne E.          5.00    0.20     1.00                     5 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/26/03  00206         Moran, Anne E.          4.00    0.15     0.60
         DUPLDC  01/26/03  00206         Moran, Anne E.          4.00    0.20     0.80                     4 PHOTOCOPIES MADE BY 0206
         DUPLDC  01/27/03  02693         Kaufman, Brian P.      26.00    0.15     3.90
         DUPLDC  01/27/03  02693         Kaufman, Brian P.      26.00    0.20     5.20                    26 PHOTOCOPIES MADE BY 2693
         DUPLDC  01/31/03  07517         Bundy, Jacqueline     158.00    0.15    23.70
         DUPLDC  01/31/03  07517         Bundy, Jacqueline     158.00    0.20    31.60                   158 PHOTOCOPIES MADE BY 7517
         DUPLDC           Total :                                                50.55

         GSMEAL  12/05/02  08174         ~~DEFAULT ATTORNEY,~~   67.38    1.00    67.38                       ~~Guest Services Meals~~
                                                                                                          ~~ELLIE ARROYO FOR W.R. GRACE ON 12/05/02~~  ] - write off
         LASR    01/10/03  00206         Moran, Anne E.          1.00    0.15     0.15                       PC/Network Printing
         LASR    01/10/03  00206         Moran, Anne E.          1.00    0.20     0.20                       PC LASER 1 Pages Ballentine, Mary Lou
         LASR    01/13/03  02206         Moran, Anne E.          9.00    0.15     1.35                       PC/Network Printing
         LASR    01/13/03  02206         Moran, Anne E.          9.00    0.20     1.80                       PC LASER 9 Pages Kaufman, Brian
         LASR    01/20/03  00206         Moran, Anne E.          2.00    0.15     0.30
```

EXHIBIT B
JANUARY 03

```
012046.00001 TAX LITIGATION                                     STEPTOE & JOHNSON LLP                      RUN DATE: 04/16/2003
                                                                Detail Cost Report                         RUN TIME: 17:33:31
                                                                Proforma: 243652                           PAGE: 2

Cost           Timekeeper
Code    Date   Number   Name              Quantity   Rate   Amount   Ext.   Phone Number   Description
=====  ======= ======== =============     ========   ====   ======   ====   ============   ===========
LASR   01/20/03 00206   Moran, Anne E.      2.00     0.20    0.40                          PC/Network Printing
LASR   01/20/03 00206   Moran, Anne E.      1.00     0.15    0.15                          PC LASER 1 Pages Moran, Anne
LASR   01/20/03 00206   Moran, Anne E.     11.00     0.20    2.20                          PC/Network Printing
LASR   01/20/03 00206   Moran, Anne E.     11.00     0.15    1.65                          PC LASER 11 Pages Moran, Anne
                                Total :     1.95
LASR   01/28/03 00206   Moran, Anne E.      1.00     0.15    0.15                          PC/Network Printing
LASR   01/28/03 00206   Moran, Anne E.      1.00     0.20    0.20                          PC LASER 1 Pages Moran, Anne
LASR   01/28/03 00206   Moran, Anne E.      2.00     0.15    0.30                          PC/Network Printing
LASR   01/28/03 00206   Moran, Anne E.      2.00     0.20    0.40                          PC LASER 2 Pages Moran, Anne
LASR   01/29/03 00206   Moran, Anne E.      1.00     0.15    0.15                          PC/Network Printing
LASR   01/29/03 00206   Moran, Anne E.      1.00     0.20    0.20                          PC LASER 1 Pages Kaufman, Brian
LASR   01/29/03 00206   Moran, Anne E.      1.00     0.15    0.15                          PC/Network Printing
LASR   01/29/03 00206   Moran, Anne E.      1.00     0.20    0.20                          PC LASER 1 Pages Kaufman, Brian
                                Total :     0.45
LASR   01/31/03 00206   Moran, Anne E.     11.00     0.15    1.65                          PC/Network Printing
LASR   01/31/03 00206   Moran, Anne E.     11.00     0.20    2.20                          PC LASER 1 Pages Kaufman, Brian
LASR   01/31/03 00206   Moran, Anne E.     12.00     0.15    1.80                          PC/Network Printing
LASR   01/31/03 00206   Moran, Anne E.     12.00     0.20    2.40                          PC LASER 12 Pages Bundy, Jacqueline
LASR   01/31/03 00206   Moran, Anne E.      1.00     0.15    0.15                          PC/Network Printing
LASR   01/31/03 00206   Moran, Anne E.      1.00     0.20    0.20                          PC LASER 1 Pages Bundy, Jacqueline
LASR   01/31/03 00206   Moran, Anne E.      1.00     0.15    0.15                          PC/Network Printing
LASR   01/31/03 00206   Moran, Anne E.      1.00     0.20    0.20                          PC LASER 1 Pages Moran, Anne
LASR   01/31/03 00206   Moran, Anne E.     11.00     0.15    1.65                          PC/Network Printing
LASR   01/31/03 00206   Moran, Anne E.     11.00     0.20    2.20                          PC LASER 11 Pages Bundy, Jacqueline
LASR   01/31/03 00206   Moran, Anne E.      1.00     0.15    0.15                          PC/Network Printing
LASR   01/31/03 00206   Moran, Anne E.      1.00     0.20    0.20                          PC LASER 1 Pages Bundy, Jacqueline
LASR   01/31/03 00206   Moran, Anne E.      1.00     0.15    0.15                          PC/Network Printing
LASR   01/31/03 00206   Moran, Anne E.      1.00     0.20    0.20                          PC LASER 1 Pages Bundy, Jacqueline
```

```
                                                      STEPTOE & JOHNSON LLP                              RUN DATE: 04/16/2003
                                                        Detail Cost Report                               RUN TIME: 17:33:31
                                                         Proforma: 243652                                         PAGE:    3

012046.00001 TAX LITIGATION

 Cost          Timekeeper
 Code    Date    Number   Name              Quantity  Rate    Amount  Ext.             Phone Number  Description
=====  ======== ========  ================  ========  ====  ========  =================  ==========  =====================================================
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.15     0.15                                  PC/Network Printing
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.20     0.20                                  PC LASER 1 Pages Bundy, Jacqueline
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.15     0.15                                  PC/Network Printing
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.20     0.20                                  PC LASER 1 Pages Bundy, Jacqueline
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.15     0.15                                  PC/Network Printing
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.20     0.20                                  PC LASER 1 Pages Bundy, Jacqueline
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.15     0.15                                  PC/Network Printing
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.20     0.20                                  PC LASER 1 Pages Bundy, Jacqueline
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.15     0.15                                  PC/Network Printing
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.20     0.20                                  PC LASER 1 Pages Bundy, Jacqueline
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.15     0.15                                  PC/Network Printing
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.20     0.20                                  PC LASER 1 Pages Caceres, Blanca
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.15     0.15                                  PC/Network Printing
 LASR  01/31/03  00206    Moran, Anne E.       1.00   0.20     0.20                                  PC LASER 1 Pages Caceres, Blanca

                          Total :              6.60'         10.95                                                               ⎫
                                                                                                                                 ⎬  Matter 32
 TELEDC 01/09/03  00206   Moran, Anne E.       1.00  16.50   16.50  X006225561362130      0          DC Telephone                ⎭
 TELEDC 01/09/03  00206   Moran, Anne E.       1.00  16.50   16.50  X006225561362130      0          TELEDC 5613621300 FROM EXT. 006225
 TELEDC 01/14/03  00206   Moran, Anne E.       1.00   0.40    0.40  X006225312583574      0          DC Telephone
 TELEDC 01/14/03  00206   Moran, Anne E.       1.00   0.40    0.40  X006225312583574      0          TELEDC 3125835740 FROM EXT. 006225

                          Total :                            16.90

Total : 012046.00001 TAX LITIGATION                         145.78

Report Total :                                              145.78
```