IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: May 29, 2002 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT A

Professional services rendered: February 2003 - Matter 46

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/04/03 | A.E. Moran | Review files with respect to IRS disallowance of deduction issue. | 0.70 |
| 02/04/03 | J.W. Johnson | Teleconference with Carol Finke regarding status and regarding 90-92 claims for refund on COLI issue. | 0.50 |
| 02/10/03 | J.W. Johnson | Teleconference with Carol Finke re remedium/contingent liability transaction; consider decision not to settle per Revenue Ruling 2002-67. | 0.50 |
| 02/10/03 | J.W. Johnson | Draft letter to IRS regarding COLI refund claims. | 1.00 |
| 02/11/03 | A.L. Bailey | Telephone call with client regarding settlement of contingent liability/remedium transaction. | 1.00 |
| 02/11/03 | J.W. Johnson | Review of files in preparation for presentation to IRS on tax transaction. | 1.50 |
| 02/11/03 | J.W. Johnson | Teleconference with Carol Finke and Elyse Napoli Filon re remedium tax proceedings with IRS. | 1.00 |
| 02/12/03 | J.W. Johnson | Review remedium factual and legal issues and prepare presentations to IRS. | 3.00 |
| 02/13/03 | J.W. Johnson | Preparation of IRS presentation; list factual development questions. | 1.00 |
| 02/14/03 | J.W. Johnson | Review documents related to remedium transaction and prepare submission to IRS. | 2.20 |
| 02/14/03 | A.E. Moran | Review new legislation re COLI (corporate-owned life insurance). | 0.70 |
| 02/20/03 | A.E. Moran | Review files re IRS information requests in connection with COLI case. | 0.80 |
| 02/20/03 | J.W. Johnson | Prepare IRS presentation involving remedium transaction; review factual materials. | 2.30 |
| 02/21/03 | A.E. Moran | Review IRS rulings on tax shelters. | 2.10 |
| 02/21/03 | J.W. Johnson | Review and assemble documents; draft IRS presentation re remedium transaction. | 5.30 |
| 02/24/03 | J.W. Johnson | Prepare for IRS Remedium presentation; review depositions of Remedium employees. | 5.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/25/03 | J.W. Johnson | Teleconference with Andersen representative re Grace files. | 0.50 |
| 02/25/03 | B.P. Kaufman | Meeting with W. Johnson re: Remedium audit and bankruptcy jurisdictional issue with respect to 1999 tax year | 0.50 |
| 02/25/03 | J.W. Johnson | Prepare remedium presentation for IRS. | 4.50 |
| 02/25/03 | J.W. Johnson | Communicate with Carol Finke re Andersen files and re remedium procedural and strategy issues in bankruptcy court. | 0.50 |
| 02/25/03 | J.W. Johnson | Meeting with B. Kaufman re bankruptcy jurisdiction issues in tax cases. | 0.50 |
| 02/26/03 | J.W. Johnson | Teleconference with Carol Finke re bankruptcy procedures. | 1.00 |
| 02/26/03 | J.W. Johnson | Prepare remedium tax presentation to IRS. | 2.00 |
| 02/27/03 | J.W. Johnson | Prepare response to Andersen's procedure for viewing Remedium files; organize documents to produce to IRS regarding Remedium. | 4.50 |
| 02/27/03 | A.E. Moran | Consider effect of bankruptcy on open years. | 0.20 |
| 02/28/03 | L.M. Zarlenga | Discuss regulations regarding election to be made with Ms. Baxley. | 0.30 |
| 02/28/03 | J.M. Baxley | Research re regulations and election for 2002 return. | 0.70 |
| 02/28/03 | J.M. Baxley | Discuss election on 2002 return with Ms. Zarlenga. | 0.30 |
| 02/28/03 | J.W. Johnson | Research regarding election to be made on 2002 return; organize documents for Remedium IRS presentation; research Grace bankruptcy issues re Remedium. | 6.50 |

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 243654

RUN DATE: 04/16/2003
RUN TIME: 17:31:15
PAGE: 1

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| DUPLDC | 02/12/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | 1 PHOTOCOPIES MADE BY 00206 |
| DUPLDC | 02/12/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | 1 PHOTOCOPIES MADE BY 00206 |
| DUPLDC | 02/13/03 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | | 2 PHOTOCOPIES MADE BY 00206 |
| DUPLDC | 02/13/03 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | | 2 PHOTOCOPIES MADE BY 00206 |
| DUPLDC | 02/20/03 | 08153 | Chan, Lorett | 30.00 | 0.15 | 4.50 | | | 30 PHOTOCOPIES MADE BY 08153 |
| DUPLDC | 02/20/03 | 08153 | Chan, Lorett | 30.00 | 0.20 | 6.00 | | | 30 PHOTOCOPIES MADE BY 08153 |
| DUPLDC | 02/20/03 | 00206 | Moran, Anne E. | 6.00 | 0.15 | 0.90 | | | 6 PHOTOCOPIES MADE BY 00206 |
| DUPLDC | 02/20/03 | 00206 | Moran, Anne E. | 6.00 | 0.20 | 1.20 | | | 6 PHOTOCOPIES MADE BY 00206 |
| DUPLDC | 02/20/03 | Total : | | 5.40 | | | | | |
| DUPLDC | 02/21/03 | 07577 | Caceres, Blanca E. | 123.00 | 0.15 | 18.45 | | | 123 PHOTOCOPIES MADE BY 07577 |
| DUPLDC | 02/21/03 | 07577 | Caceres, Blanca E. | 123.00 | 0.20 | 24.60 | | | 123 PHOTOCOPIES MADE BY 07577 |
| DUPLDC | 02/25/03 | 00101 | Johnson, J. Walker | 4.00 | 0.15 | 0.60 | | | 4 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 02/25/03 | 00101 | Johnson, J. Walker | 4.00 | 0.20 | 0.80 | | | 4 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 02/27/03 | 00101 | Johnson, J. Walker | 23.00 | 0.15 | 3.45 | | | 23 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 02/27/03 | 00101 | Johnson, J. Walker | 23.00 | 0.20 | 4.60 | | | 23 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 02/27/03 | 00101 | Johnson, J. Walker | 3.00 | 0.15 | 0.45 | | | 3 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 02/27/03 | 00101 | Johnson, J. Walker | 3.00 | 0.20 | 0.60 | | | 3 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 02/27/03 | 00101 | Total : | 3.90 | | | | | |
| DUPLDC | 02/28/03 | 00101 | Johnson, J. Walker | 7.00 | 0.15 | 1.05 | | | 7 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | 02/28/03 | 00101 | Johnson, J. Walker | 7.00 | 0.20 | 1.40 | | | 7 PHOTOCOPIES MADE BY 00101 |
| DUPLDC | | Total : | | 29.85 | | | | | |
| FAXDC | 02/25/03 | 09066 | Merrill, | 5.00 | 1.15 | 5.75 | | | DC FAX 5 pages sent to 15613621323 |
| FAXDC | 02/25/03 | 09066 | Merrill, | 5.00 | 1.00 | 5.00 | | | |
| FAXDC | 02/12/03 | 09066 | Merrill, | 2.00 | 1.15 | 2.30 | | | DC FAX 2 pages sent to 7034714391 |
| FAXDC | 02/10/03 | 09066 | Merrill, | 2.00 | 1.00 | 2.00 | | | |
| FAXDC | | Total : | | 7.00 | | | | | |
| LASR | 02/10/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 02/10/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Johnson, Walker |
| LASR | 02/11/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 02/11/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Johnson, Walker |
| LASR | 02/11/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 02/11/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Johnson, Walker |
| LASR | 02/11/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |
| LASR | 02/11/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC LASER 1 Pages Johnson, Walker |
| LASR | 02/11/03 | Total : | | 0.45 | | | | | |
| LASR | 02/13/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing |

Handwritten annotations: "Exhibit B", "February 03", "Matter 32", ".45", "5.40"

```
                                                   STEPTOE & JOHNSON LLP                            RUN DATE: 04/16/2003
                                                   Detail Cost Report                               RUN TIME: 17:31:16
                                                   Proforma: 243654                                  PAGE:     2

012046.00001 TAX LITIGATION

Cost              Timekeeper
Code     Date     Number     Name               Quantity    Rate     Amount     Ext.     Phone Number    Description
======== ======== ========== ==================  ========   ======   ========   ======   ============    ==============================
LASR     02/13/03 00206      Moran, Anne E.          1.00    0.20      0.20                              PC/Network Printing
                                                                                                         PC LASER 1 Pages Moran, Anne
LASR     02/14/03 00206      Moran, Anne E.          9.00    0.15      1.35                              PC/Network Printing
LASR     02/14/03 00206      Moran, Anne E.          9.00    0.20      1.80                              PC LASER 9 Pages Moran, Anne
LASR     02/14/03 00206      Moran, Anne E.         10.00    0.15      1.50                              PC/Network Printing
LASR     02/14/03 00206      Moran, Anne E.         10.00    0.20      2.00                              PC LASER 10 Pages Moran, Anne
LASR     02/14/03 00206      Moran, Anne E.          6.00    0.15      0.90                              PC/Network Printing
LASR     02/14/03 00206      Moran, Anne E.          6.00    0.20      1.20                              PC LASER 6 Pages Moran, Anne
         02/14/03 Total :                            3.75
LASR     02/20/03 00206      Moran, Anne E.          9.00    0.15      1.35                              PC/Network Printing
LASR     02/20/03 00206      Moran, Anne E.          9.00    0.20      1.80                              PC LASER 9 Pages McAlister, Pamela
LASR     02/20/03 00206      Moran, Anne E.         10.00    0.15      1.50                              PC/Network Printing
LASR     02/20/03 00206      Moran, Anne E.         10.00    0.20      2.00                              PC LASER 10 Pages McAlister, Pamela
LASR     02/20/03 00206      Moran, Anne E.          6.00    0.15      0.90                              PC/Network Printing
LASR     02/20/03 00206      Moran, Anne E.          6.00    0.20      1.20                              PC LASER 6 Pages McAlister, Pamela
         02/20/03 Total :                            3.75
LASR     02/21/03 00206      Moran, Anne E.          1.00    0.15      0.15                              PC/Network Printing
LASR     02/21/03 00206      Moran, Anne E.          1.00    0.20      0.20                              PC LASER 1 Pages Caceres, Blanca
LASR     02/21/03 00206      Moran, Anne E.          1.00    0.15      0.15                              PC/Network Printing
LASR     02/21/03 00206      Moran, Anne E.          1.00    0.20      0.20                              PC LASER 1 Pages Caceres, Blanca
LASR     02/21/03 00206      Moran, Anne E.          8.00    0.15      1.20                              PC/Network Printing
LASR     02/21/03 00206      Moran, Anne E.          8.00    0.20      1.60                              PC LASER 8 Pages Caceres, Blanca
LASR     02/21/03 00206      Moran, Anne E.          1.00    0.15      0.15                              PC/Network Printing
LASR     02/21/03 00206      Moran, Anne E.          1.00    0.20      0.20                              PC LASER 1 Pages Caceres, Blanca
LASR     02/21/03 00206      Moran, Anne E.          1.00    0.15      0.15                              PC/Network Printing
LASR     02/21/03 00206      Moran, Anne E.          1.00    0.20      0.20                              PC LASER 1 Pages Moran, Anne
LASR     02/21/03 00206      Moran, Anne E.          9.00    0.15      1.35                              PC/Network Printing
LASR     02/21/03 00206      Moran, Anne E.          9.00    0.20      1.80                              PC LASER 9 Pages Caceres, Blanca
LASR     02/21/03 00206      Moran, Anne E.          7.00    0.15      1.05                              PC/Network Printing
                                                                                                         PC LASER 9 Pages Caceres, Blanca
```

Handwritten annotation: Matter 32, 3.75

```
                                                         STEPTOE & JOHNSON LLP              RUN DATE: 04/16/2003
                                                          Detail Cost Report                RUN TIME: 17:31:17
                                                          Proforma: 243654                  PAGE: 3
```

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|---|
| LASR | 02/21/03 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 | | | PC/Network Printing PC LASER 7 Pages Caceres, Blanca |
| LASR | 02/21/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing PC LASER 1 Pages Caceres, Blanca |
| LASR | 02/21/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing PC LASER 1 Pages Caceres, Blanca |
| LASR | 02/21/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing PC LASER 1 Pages Caceres, Blanca |
| LASR | 02/21/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing PC LASER 1 Pages Caceres, Blanca |
| LASR | 02/21/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing PC LASER 1 Pages Caceres, Blanca |
| LASR | 02/21/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing PC LASER 1 Pages Caceres, Blanca |
| LASR | 02/25/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing PC LASER 1 Pages Caceres, Blanca |
| LASR | 02/25/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing PC LASER 1 Pages Caceres, Blanca |
| LASR | 02/21/03 Total : | | | 4.80 | | | | | |
| LASR | 02/27/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing PC LASER 1 Pages Arroyo, Ellie |
| LASR | 02/27/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing PC LASER 1 Pages Johnson, Walker |
| LASR | 02/28/03 | 00206 | Moran, Anne E. | 7.00 | 0.15 | 1.05 | | | PC/Network Printing PC LASER 7 Pages Johnson, Walker |
| LASR | 02/28/03 | 00206 | Moran, Anne E. | 7.00 | 0.20 | 1.40 | | | PC/Network Printing PC LASER 7 Pages Johnson, Walker |
| LASR | 02/28/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | | PC/Network Printing PC LASER 1 Pages Johnson, Walker |
| LASR | 02/28/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | | PC/Network Printing PC LASER 1 Pages Johnson, Walker |
| LASR | 02/28/03 Total : | | | 1.20 | | | | | |
| LASR | Total : | | | 14.55 | | | | | |
| POST | 02/21/03 | 08174 | DEFAULT ATTORNEY, | 2.00 | 0.37 | 0.74 | | | Postage |
| POST | 02/21/03 | 08174 | DEFAULT ATTORNEY, | 2.00 | | 0.74 | | | Sent by S&J Mailroom via USPS 2 item(s) x |
| POST | 02/21/03 | 08174 | DEFAULT ATTORNEY, | 1.00 | 1.98 | 1.98 | | | Postage |
| POST | 02/21/03 | 08174 | DEFAULT ATTORNEY, | 1.00 | | 1.98 | | | Sent by S&J Mailroom via USPS 1 item(s) x |
| POST | 02/21/03 Total : | | | 2.72 | | | | | |
| POST | Total : | | | 2.72 | | | | | |
| TELEDC | 02/04/03 | 00206 | Moran, Anne E. | 1.00 | 1.82 | 1.82 | X006225561362130O | DC Telephone TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 02/04/03 | 00206 | Moran, Anne E. | 1.00 | 1.82 | 1.82 | | | |
| TELEDC | 02/24/03 | 00206 | Moran, Anne E. | 1.00 | 0.33 | 0.33 | X006225312583574O | DC Telephone TELEDC 3125835740 FROM EXT. 006225 |
| TELEDC | 02/24/03 | 00206 | Moran, Anne E. | 1.00 | | 0.33 | | | |

```
                                                      STEPTOE & JOHNSON LLP                              RUN DATE: 04/16/2003
                                                       Detail Cost Report                                RUN TIME: 17:31:17
                                                       Proforma: 2443654                                 PAGE:     4
```

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount | Ext. Phone Number | Description |
|---|---|---|---|---|---|---|---|---|
| TELEDC | 02/26/03 | 00206 | Moran, Anne E. | 1.00 | 3.29 | 3.29 | X0062255613621300 | DC Telephone TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 02/26/03 | 00206 | Moran, Anne E. | 1.00 | 3.29 | 3.29 | X0062255613621300 | DC Telephone TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 02/27/03 | 00206 | Moran, Anne E. | 1.00 | 0.43 | 0.43 | X0062255613621302 | DC Telephone TELEDC 5613621302 FROM EXT. 006225 |
| TELEDC | 02/27/03 | 00206 | Moran, Anne E. | 1.00 | 0.43 | 0.43 | X0062255613621302 | DC Telephone TELEDC 5613621302 FROM EXT. 006225 |
| TELEDC | 02/27/03 | 00206 | Moran, Anne E. | 1.00 | 0.65 | 0.65 | X0062252128198716 | DC Telephone TELEDC 2128198716 FROM EXT. 006225 |
| TELEDC | 02/27/03 | 00206 | Moran, Anne E. | 1.00 | 0.65 | 0.65 | X0062252128198716 | DC Telephone TELEDC 2128198716 FROM EXT. 006225 |
| TELEDC | 02/28/03 | 00206 | Moran, Anne E. | 1.00 | 1.95 | 1.95 | X0062255613621300 | DC Telephone TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC | 02/28/03 | 00206 | Moran, Anne E. | 1.00 | 1.95 | 1.95 | X0062255613621300 | DC Telephone TELEDC 5613621300 FROM EXT. 006225 |
| TELEDC Total : | | | | 1.08 | | 8.47 | | |
| Total : 012046.00001 TAX LITIGATION | | | | | | 62.59 | | |
| Report Total : | | | | | | 62.59 | | |