IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: May 29, 2002 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2002

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT A

Professional services rendered in: March 31, 2003 - Matter 46

| Date | Professional | Description | Hours |
|---|---|---|---|
| 03/03/03 | J.W. Johnson | Review Bankruptcy Code provisions applicable to Remedium proceedings. | 3.00 |
| 03/03/03 | J.W. Johnson | Draft letter to Larry Hill re Andersen's working files re Remedium. | 0.50 |
| 03/03/03 | J.W. Johnson | Teleconference with Carol Finke re 1502-20 election re Remedium. | 0.50 |
| 03/04/03 | A.E. Moran | Work on conflicts questions and treatment in bankruptcy. | 2.50 |
| 03/04/03 | J.W. Johnson | Teleconference to Carol Finke re factual issues re Remedium. | 0.40 |
| 03/04/03 | J.W. Johnson | Research bankruptcy procedures related to Remedium; prepare legal presentation to IRS re Remedium. | 4.60 |
| 03/05/03 | J.W. Johnson | Prepare materials for witness interviews related to Remedium issues. | 4.80 |
| 03/06/03 | J.W. Johnson | Draft questions to be asked re Remedium facts; prepare legal Remedium presentation to the IRS. | 3.00 |
| 03/06/03 | J.W. Johnson | Teleconference with Carol Finke Remedium facts. | 0.30 |
| 03/07/03 | A.E. Moran | Consider effect that bankruptcy will have on COLI and other tax litigations. | 0.50 |
| 03/07/03 | J.W. Johnson | Preparation of legal and factual presentations to IRS; preparation for witness interviews. | 4.50 |
| 03/07/03 | A.E. Moran | Consider effect of bankruptcy procedural issues on tax settlements. | 0.20 |
| 03/10/03 | J.W. Johnson | Research issues under Tax Codes 357 for Remedium contingent liability issue. | 1.50 |
| 03/12/03 | A.L. Bailey | Prepare for meeting regarding contigent liability issue. | 3.50 |
| 03/12/03 | B.P. Kaufman | Consider Remedium contingent liability/transaction and issues to discuss with Elyse Filon. | 1.00 |

| Date | Professional | Description | Hours |
|---|---|---|---|
| 03/12/03 | J.W. Johnson | Non-working travel to Boca Raton for meeting re Remedium transaction issues (One-half time charged). | 1.00 |
| 03/12/03 | J.W. Johnson | Teleconference with taxpayers representative group re contingent liability transaction settlement issues. | 1.00 |
| 03/12/03 | J.W. Johnson | Prepare meeting materials. | 2.00 |
| 03/12/03 | A.E. Moran | Review new legislative proposals dealing with corporate-owned life insurance and tax deductions. | 1.30 |
| 03/12/03 | A.L. Bailey | Non-working travel to Florida for meeting on contingent liability issues (One-half time charged). | 1.00 |
| 03/13/03 | J.W. Johnson | Meeting in Boca Raton to discuss Remedium transaction; and factual development regarding Remedium. | 5.00 |
| 03/13/03 | A.L. Bailey | Return to DC from meeting with W.R. Grace (One-half time charged). | 1.50 |
| 03/13/03 | J.W. Johnson | Return to DC from meeting with W.R. Grace (One-half time charged). | 1.50 |
| 03/13/03 | A.L. Bailey | Meeting at WR Grace offices regarding status of tax audit, strategy for contacts with IRS, and factual development. | 5.00 |
| 03/14/03 | J.W. Johnson | Revise IRS presentation per Grace comments; review additional fact materials re Remedium transaction; research re bankruptcy procedure options. | 6.30 |
| 03/14/03 | A.E. Moran | Review COLI cases and more recent tax shelter cases. | 2.80 |
| 03/14/03 | A.E. Moran | Review remedium contingent liability questions and facts. | 0.20 |
| 03/17/03 | J.W. Johnson | Revise Remedium PowerPoint presentation to IRS; review electronic files re Remedium transaction and in preparation for conference with bankruptcy counsel re procedures for Remedium. | 4.00 |
| 03/17/03 | A.E. Moran | Review questions re prior tax transactions. | 2.50 |
| 03/17/03 | J.W. Johnson | Teleconference with Carol Finke re presentation. | 0.80 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/18/03 | A.L. Bailey | Develop recommendation regarding filing proof of claim on contingent liability company; review attention regarding wage to raise issue (i.e. not claim on return). | 1.50 |
| 03/18/03 | J.W. Johnson | Review Remedium files on contingent liability/remedium issue. | 1.50 |
| 03/18/03 | A.L. Bailey | Telephone interview with D. Sepal and R. Torola regarding factual development contingent liability issue. | 1.00 |
| 03/18/03 | J.W. Johnson | Teleconference with Dave Siegel re Remedium facts; teleconference with Grace Management re Proof of Claim for Remedium issue. | 1.00 |
| 03/18/03 | A.E. Moran | Review questions raised on prior insurance transactions. | 1.80 |
| 03/19/03 | A.L. Bailey | Review schedule prepared by David Nakashige at Grace regarding response to IRS standard audit question/contingent liability issue. | 0.50 |
| 03/19/03 | A.E. Moran | Review assessment of new COLI circuit court arguments. | 1.00 |
| 03/19/03 | J.W. Johnson | Review COLI closing agreement. | 0.50 |
| 03/19/03 | J.W. Johnson | Review Remedium IDRs; review Remedium documents for IRS presentation. | 1.80 |
| 03/20/03 | A.L. Bailey | Teleconference with Bill Lockern for factual development re remedium issue. | 1.00 |
| 03/20/03 | J.W. Johnson | Teleconference with Bill Corcoran re Remedium fact development. | 1.00 |
| 03/21/03 | J.W. Johnson | Teleconference re Remedium factual development. | 0.80 |
| 03/24/03 | J.W. Johnson | Review COLI closing agreement. | 0.50 |
| 03/25/03 | A.L. Bailey | Prepare for document review at Arthur Anderson regarding Section 351 Company tax audit; review documents in client possesion. | 1.30 |
| 03/25/03 | J.W. Johnson | Review COLI closing agreements; conference call with Grace, Fresinius and Sealed Air re closing agreement. | 1.00 |

| | | Consulting Fees - ARTHUR ANDERSEN LLP - PROFESSIONAL SERVICES (see attached) | 417.50 |
|---|---|---|---|
| | | **Total Disbursements** | **$2,663.13** |

Professional Fees: Matter 32

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/03/03 | A.E. Moran | Respond to questions of auditor re bills. | 0.30 |
| 03/04/03 | A.E. Moran | Billing respond to auditor's questions. | 0.20 |
| 03/07/03 | A.E. Moran | Review bills for last half of 2002 to respond to auditor. | 0.30 |
| 03/14/03 | A.E. Moran | Work on bills for 4th quarter of 2002, review and revise draft filings. | 3.00 |
| 03/18/03 | A.E. Moran | Billing: Respond to auditor's questions. | 0.60 |
| 03/19/03 | A.E. Moran | Billing: Review numbers from accounting for preparation of quarterly bill. | 0.60 |
| 03/21/03 | A.E. Moran | Billing: Work on 2002 4th quarter bills. | 1.80 |
| 03/24/03 | A.E. Moran | BILLING: Confirm numbers and review draft quarterly filing received from accounting. | 0.20 |
| 03/25/03 | A.E. Moran | BILLING: Send out quarterly statement. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 7.20 | 395.00 | 2,844.00 |

Disbursements: Matter 32

| | |
|---|---|
| Duplication | 18.15 |
| **Total Fees:** | **49,493.00** |
| **Total Expenses** | **2,681.28** |



# INVOICE

Arthur Andersen LLP
1405 North Fifth Avenue
St. Charles, IL 60174-1264

March 25, 2003

Mr. J. Walker Johnson
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036-1795

**Statement of Charges**

Review of Arthur Andersen IRS Summons Matter Files – W.R. Grace

**Taxpayer ID:**
**Invoice: WRG Review 03_03**

| | |
|---|---|
| Iron Mountain Fees $5 @1 files | $5 |
| Copy Costs (250 pages @ .235/page) (*) | $59   ~~59.00~~  37.50  -21.50 |
| Shipping via Fed Express | $15 |
| Navigant Consulting Inc. Direct Costs | |
| Review Facilities Charge | $50 |
| Privilege Review Supervision Cost (1 hours@$35/hr) | $35 |
| Direct Cost of Logistic Arrangements (1 hour@$275/hr) | $275 |
| **TOTAL** | ~~$439~~ $417.50 |

**Mailing Address:**
Andersen
Attn: Judy Riley
1405 North Fifth Avenue
St. Charles, IL 60174-1264

**Wire transfers**
Bank Name:      Northern Trust
Routing No.:    071000152
Acct. Name:     Arthur Andersen LLP
Acct. No.:      41270
Invoice #:      **WRG Review 03_03**

(*) NOTE - ~~charge~~ WR Grace only .15 per page for copying.
$59 (.235/page) − $37.50 (.15 page) = $21.50 write off (excess copy)

$439 − 21.50 = $417.50

$417.50 charged to reflect excess copy cost.

```
                                        STEPTOE & JOHNSON LLP                                    RUN DATE: 04/16/2003
                                        Detail Cost Report                                       RUN TIME: 17:31:26
                                        Proforma: 243655                                         PAGE: 1

012046.00001 TAX LITIGATION

Cost    Timekeeper
Code    Date      Number   Name                    Quantity   Rate    Amount   Ext.   Phone Number   Description
====    ========  ======   ====================    ========   ====    ======   ====   ============   ===========
AIRFARX 03/18/03  00101    Johnson, J. Walker        1.00    754.50   754.50                         Air Fare - J. WALKER JOHNSON- BOCA RATON
                                                                                                     3/12-13/03 W R GRACE RE REMEDIUM SUBSIDIARY
                                                                                                     TRANSACTION
AIRFARX 03/19/03  00074    Bailey, Arthur L.         1.00    754.50   754.50                         Air Fare - ARTHUR L. BAILEY - FT LAUDERDALE AL
                                                                                                     3/12-13/03 MEET WITH CLIENT

        Total :                                  1,509.00

DUPLFD  03/31/03  00206    Moran, Anne E.            1.00     12.94    12.94                         Federal Express FROM ANNE E MORAN ON 02/24/03
DUPLDC  03/04/03  00101    Johnson, J. Walker        3.00      0.15     0.45                         3 PHOTOCOPIES MADE BY 00101
DUPLDC  03/04/03  00101    Johnson, J. Walker        3.00      0.20     0.60
DUPLDC  03/04/03  07450    Arroyo, Ella H.           4.00      0.15     0.60
DUPLDC  03/04/03  07450    Arroyo, Ella H.           4.00      0.20     0.80                         4 PHOTOCOPIES MADE BY 07450
                                                     1.05

DUPLDC  03/07/03  00101    Johnson, J. Walker        7.00      0.15     1.05
DUPLDC  03/07/03  00101    Johnson, J. Walker        7.00      0.20     1.40                         7 PHOTOCOPIES MADE BY 00101
DUPLDC  03/12/03  00101    Johnson, J. Walker       17.00      0.15     2.55
DUPLDC  03/12/03  00101    Johnson, J. Walker       17.00      0.20     3.40                         17 PHOTOCOPIES MADE BY 00101
DUPLDC  03/18/03  07450    Arroyo, Ella H.           1.00      0.15     0.15
DUPLDC  03/18/03  07450    Arroyo, Ella H.           1.00      0.20     0.20                         1 PHOTOCOPIES MADE BY 07450
DUPLDC  03/18/03  07450    Arroyo, Ella H.           1.00      0.15     0.15
DUPLDC  03/18/03  07450    Arroyo, Ella H.           1.00      0.20     0.20                         1 PHOTOCOPIES MADE BY 07450
DUPLDC  03/18/03  Total :                            0.30
DUPLDC  03/25/03  07517    Bundy, Jacqueline        28.00      0.15     4.20                         (Matter 32)
DUPLDC  03/25/03  07517    Bundy, Jacqueline        28.00      0.20     5.60                         28 PHOTOCOPIES MADE BY 07517
DUPLDC  03/26/03  00101    Johnson, J. Walker        1.00      0.15     0.15
DUPLDC  03/26/03  00101    Johnson, J. Walker        1.00      0.20     0.20                         1 PHOTOCOPIES MADE BY 00101
DUPLDC  03/27/03  00101    Johnson, J. Walker       40.00      0.15     6.00
DUPLDC  03/27/03  00101    Johnson, J. Walker       40.00      0.20     8.00                         40 PHOTOCOPIES MADE BY 00101

        Total :                                     15.30

FAXDC   03/17/03  07450    Arroyo, Ella H.          28.00      1.00    28.00                         DC FAX 28 pages sent to 7038367250
FAXDC   03/17/03  07450    Arroyo, Ella H.          28.00      1.15    32.20
HOTELX  03/18/03  00101    Johnson, J. Walker        1.00    219.91   219.91                         Hotel - J. WALKER JOHNSON- BOCA RATON
                                                                                                     3/12-13/03 W R GRACE RE REMEDIUM SUBSIDIARY
                                                                                                     TRANSACTION
HOTELX  03/19/03  00074    Bailey, Arthur L.         1.00    206.33   206.33                         Hotel - ARTHUR L. BAILEY - FT LAUDERDALE AL
                                                                                                     3/12-13/03 MEET WITH CLIENT

        Total :                                   426.24

HRCONX  03/26/03  00101    Johnson, J. Walker        1.00    439.00   439.00                         Consulting Fees - ARTHUR ANDERSEN LLP -
                                                                                                     PROFESSIONAL SERVICES
```

Handwritten annotations: "Matter 32" (next to 4.20); "bill only 2" with "$17.50 (duplicating costs reduced)"

EXHIBIT 3
March 03

```
                                                    STEPTOE & JOHNSON LLP                                    RUN DATE: 04/16/2003
                                                    Detail Cost Report                                       RUN TIME: 17:31:27
                                                    Proforma: 243655                                         PAGE: 2
```

012046.00001 TAX LITIGATION

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount Ext. | Phone Number | Description |
|---|---|---|---|---|---|---|---|---|
| LASR | 03/03/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 03/03/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Johnson, Walker |
| LASR | 03/03/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 03/03/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Johnson, Walker |
| LASR | 03/03/03 Total : | | | 0.30 | | | | |
| LASR | 03/04/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 03/04/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Johnson, Walker |
| LASR | 03/04/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 03/04/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Arroyo, Ellie |
| LASR | 03/04/03 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | PC/Network Printing |
| LASR | 03/04/03 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | PC LASER 2 Pages Johnson, Walker |
| LASR | 03/05/03 | 00206 | Moran, Anne E. | 9.00 | 0.15 | 1.35 | | PC/Network Printing |
| LASR | 03/05/03 | 00206 | Moran, Anne E. | 9.00 | 0.20 | 1.80 | | PC LASER 9 Pages Johnson, Walker |
| LASR | 03/05/03 Total : | | | 0.45 | | | | |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | PC/Network Printing |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | PC LASER 2 Pages Johnson, Walker |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Johnson, Walker |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Johnson, Walker |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 10.00 | 0.15 | 1.50 | | PC/Network Printing |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 10.00 | 0.20 | 2.00 | | PC LASER 10 Pages Johnson, Walker |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 | | PC/Network Printing |
| LASR | 03/06/03 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 | | PC LASER 1 Pages Johnson, Walker |
| LASR | 03/06/03 Total : | | | 2.70 | | | | |
| LASR | 03/07/03 | 00206 | Moran, Anne E. | 2.00 | 0.15 | 0.30 | | PC/Network Printing |
| LASR | 03/07/03 | 00206 | Moran, Anne E. | 2.00 | 0.20 | 0.40 | | PC/Network Printing |

```
                                                       STEPTOE & JOHNSON LLP                              RUN DATE: 04/16/2003
                                                         Detail Cost Report                              RUN TIME: 17:31:27
                                                         Proforma: 243655                                       PAGE: 3

012046.00001 TAX LITIGATION

Cost              Timekeeper
Code     Date     Number  Name                    Quantity   Rate    Amount   Ext.  Phone Number   Description
=====  ========  =======  =======================  ========  ======  =======  ====  ============  ==========================================
LASR   03/07/03   00206   Moran, Anne E.              1.00    0.15    0.15                        PC LASER 2 Pages Johnson, Walker
LASR   03/07/03   00206   Moran, Anne E.              1.00    0.20    0.20                        PC/Network Printing
                                                                                                  PC LASER 1 Pages Johnson, Walker
LASR   03/12/03   00206   Moran, Anne E.              1.00    0.15    0.15                        PC/Network Printing
LASR   03/12/03   00206   Moran, Anne E.              1.00    0.20    0.20                        PC LASER 1 Pages Johnson, Walker
LASR   03/12/03   00206   Moran, Anne E.              1.00    0.15    0.15                        PC/Network Printing
LASR   03/12/03   00206   Moran, Anne E.              1.00    0.20    0.20                        PC LASER 1 Pages Johnson, Walker
LASR   03/12/03   00206   Moran, Anne E.             10.00    0.15    1.50                        PC/Network Printing
LASR   03/12/03   00206   Moran, Anne E.             10.00    0.20    2.00                        PC LASER 10 Pages Johnson, Walker
       03/07/03   Total :                             0.45
LASR   03/17/03   00206   Moran, Anne E.              1.00    0.15    0.15                        PC/Network Printing
LASR   03/17/03   00206   Moran, Anne E.              1.00    0.20    0.20                        PC LASER 1 Pages Arroyo, Ellie
       03/12/03   Total :                             1.80
LASR   03/18/03   00206   Moran, Anne E.              7.00    0.15    1.05                        PC/Network Printing
LASR   03/18/03   00206   Moran, Anne E.              7.00    0.20    1.40                        PC LASER 7 Pages Moran, Anne
LASR   03/18/03   00206   Moran, Anne E.              9.00    0.15    1.35                        PC/Network Printing
LASR   03/18/03   00206   Moran, Anne E.              9.00    0.20    1.80                        PC LASER 9 Pages Moran, Anne
LASR   03/18/03   00206   Moran, Anne E.             10.00    0.15    1.50                        PC/Network Printing
LASR   03/18/03   00206   Moran, Anne E.             10.00    0.20    2.00                        PC LASER 10 Pages Moran, Anne
LASR   03/18/03   00206   Moran, Anne E.             11.00    0.15    1.65                        PC/Network Printing
LASR   03/18/03   00206   Moran, Anne E.             11.00    0.20    2.20                        PC LASER 11 Pages Moran, Anne
LASR   03/18/03   00206   Moran, Anne E.              1.00    0.15    0.15                        PC/Network Printing
LASR   03/18/03   00206   Moran, Anne E.              1.00    0.20    0.20                        PC LASER 1 Pages Johnson, Walker
       03/18/03   Total :                            11.00            5.85                        (MATTER 32)
LASR   03/19/03   00206   Moran, Anne E.             11.00    0.15    1.65                        PC/Network Printing
LASR   03/19/03   00206   Moran, Anne E.             11.00    0.20    2.20                        PC LASER 11 Pages Moran, Anne
LASR   03/19/03   00206   Moran, Anne E.              7.00    0.15    1.05                        PC/Network Printing
LASR   03/19/03   00206   Moran, Anne E.              7.00    0.20    1.40                        PC LASER 7 Pages Moran, Anne
LASR   03/19/03   00206   Moran, Anne E.              1.00    0.15    0.15                        PC/Network Printing
                                                                                                  PC LASER 7 Pages Moran, Anne
```

```
012046.00001 TAX LITIGATION                                         STEPTOE & JOHNSON LLP                               RUN DATE: 04/16/2003
                                                                      Detail Cost Report                                RUN TIME: 17:31:28
                                                                      Proforma: 243655                                  PAGE: 4

Cost         Timekeeper
Code   Date        Number   Name                  Quantity    Rate    Amount    Ext.                 Phone Number       Description
=====  ========    ======   ===================   ========  =======   =======   ==================================     =========================================

LASR   03/19/03    00206    Moran, Anne E.            1.00     0.20      0.20                                           PC/Network Printing
LASR   03/19/03    00206    Moran, Anne E.           11.00     0.15      1.65                                           PC LASER 1 Pages Moran, Anne
LASR   03/19/03    00206    Moran, Anne E.           11.00     0.20      2.20                                           PC/Network Printing
LASR   03/19/03 Total :                                                                                                 PC LASER 11 Pages Johnson, Teresa
LASR   03/21/03    00206    Moran, Anne E.          -21.00     0.15     -3.14                                           PC/Network Printing
LASR   03/21/03    00206    Moran, Anne E.          -21.00     0.20     -4.20                                           PC LASER -21 Pages DEFAULT ATTORNEY,
LASR   03/21/03    00206    Moran, Anne E.            1.00     0.15      0.15                                           PC/Network Printing
LASR   03/21/03    00206    Moran, Anne E.            1.00     0.20      0.20                                           PC LASER 1 Pages Moran, Anne          MATTER 32
LASR   03/21/03 Total :                                        -2.99
LASR   03/24/03    00206    Moran, Anne E.            1.00     0.15      0.15                                           PC/Network Printing
LASR   03/24/03    00206    Moran, Anne E.            1.00     0.20      0.20                                           PC LASER 1 Pages Moran, Anne
LASR   03/24/03    00206    Moran, Anne E.           11.00     0.15      1.65                                           PC/Network Printing
LASR   03/24/03    00206    Moran, Anne E.           11.00     0.20      2.20                                           PC LASER 11 Pages Johnson, Teresa
LASR   03/24/03 Total :                                         1.80
LASR   03/25/03    00206    Moran, Anne E.            1.00     0.15      0.15                                           PC/Network Printing
LASR   03/25/03    00206    Moran, Anne E.            1.00     0.20      0.20                                           PC LASER 1 Pages Bundy, Jacqueline
LASR   03/25/03    00206    Moran, Anne E.            1.00     0.15      0.15                                           PC/Network Printing
LASR   03/25/03    00206    Moran, Anne E.            1.00     0.20      0.20                                           PC LASER 1 Pages Moran, Anne          MATTER 32
LASR   03/25/03 Total :                                         1.80
LASR   03/26/03    00206    Moran, Anne E.           11.00     0.15      1.65                                           PC/Network Printing
LASR   03/26/03    00206    Moran, Anne E.           11.00     0.20      2.20                                           PC LASER 11 Pages Moran, Anne
LASR   03/27/03    00206    Moran, Anne E.            4.00     0.15      0.60                                           PC/Network Printing
LASR   03/27/03    00206    Moran, Anne E.            4.00     0.20      0.80                                           PC LASER 4 Pages Johnson, Walker

                                                Total :        18.91

MEALX  03/25/03    00074    Bailey, Arthur L.         1.00     4.00      4.00                                           Meals - ARTHUR L. BAILEY - FT LAUDERDALE AL
                                                                                                                        3/12-13/03 MEET WITH CLIENT
RNTCARX 03/18/03   00101    Johnson, J. Walker        1.00   117.94    117.94                                           Rental Car - J. WALKER JOHNSON- BOCA RATON
                                                                                                                        3/12-13/03 W R GRACE RE REMEDIUM SUBSIDIARY
                                                                                                                        TRANSACTION
TELEDC 03/03/03    00206    Moran, Anne E.            1.00     0.47      0.47                                           DC Telephone
TELEDC 03/03/03    00206    Moran, Anne E.            1.00              0.47  X0062252128198716                         TELEDC 2128198716 FROM EXT. 006225
```

```
                                                    STEPTOE & JOHNSON LLP                              RUN DATE: 04/16/2003
                                                     Detail Cost Report                                RUN TIME: 17:31:28
                                                     Proforma: 2436655                                  PAGE: 5

012046.00001 TAX LITIGATION

Cost      Date       Timekeeper
Code                 Number   Name                Quantity  Rate    Amount  Ext.                Phone Number    Description
=====    ========   ======  ===================  ========  =====  =======  ====================================  ==========================================
TELEDC   03/06/03   00206   Moran, Anne E.         1.00     2.05    2.05   X006225561368950                      DC Telephone
                                                                                                                 TELEDC 5613689500 FROM EXT. 006225
TELEDC   03/06/03   00206   Moran, Anne E.         1.00     2.05    2.05   X006225561368950                      DC Telephone
                                                                                                                 TELEDC 5613689500 FROM EXT. 006225
TELEDC   03/17/03   00206   Moran, Anne E.         1.00    20.00   20.00   X006225954797536                      DC Telephone
                                                                                                                 TELEDC 9547975363 FROM EXT. 006225
TELEDC   03/17/03   00206   Moran, Anne E.         1.00    20.00   20.00   X006225954797536                      DC Telephone
                                                                                                                 TELEDC 9547975363 FROM EXT. 006225
TELEDC   03/18/03   00206   Moran, Anne E.         1.00    20.56   20.56   X00622573441402681                    DC Telephone
                                                                                                                 TELEDC 7344140268 FROM EXT. 006225
TELEDC   03/18/03   00206   Moran, Anne E.         1.00    20.56   20.56   X00622573441402681                    DC Telephone
                                                                                                                 TELEDC 7344140268 FROM EXT. 006225
TELEDC   03/20/03   00206   Moran, Anne E.         1.00    15.66   15.66   X00622530434575601                    DC Telephone
                                                                                                                 TELEDC 3043457560 FROM EXT. 006225
TELEDC   03/20/03   00206   Moran, Anne E.         1.00    15.66   15.66   X00622530434575601                    DC Telephone
                                                                                                                 TELEDC 3043457560 FROM EXT. 006225
TELEDC   03/21/03   00206   Moran, Anne E.         1.00     4.52    4.52   X006225561362130                      DC Telephone
                                                                                                                 TELEDC 5613621300 FROM EXT. 006225
TELEDC   03/21/03   00206   Moran, Anne E.         1.00     4.52    4.52   X006225561362130                      DC Telephone
                                                                                                                 TELEDC 5613621300 FROM EXT. 006225
TELEDC   03/24/03   00206   Moran, Anne E.         1.00     0.36    0.36   X00622556136213001                    DC Telephone
                                                                                                                 TELEDC 5613621300 FROM EXT. 006225
TELEDC   03/24/03   00206   Moran, Anne E.         1.00     0.36    0.36   X00622556136213001                    DC Telephone
                                                                                                                 TELEDC 5613621300 FROM EXT. 006225
TELEDC   03/25/03   00206   Moran, Anne E.         1.00    11.72   11.72   X006225608250967                      DC Telephone
                                                                                                                 TELEDC 6082509675 FROM EXT. 006225
TELEDC   03/25/03   00206   Moran, Anne E.         1.00    11.72   11.72   X006225608250967                      DC Telephone
                                                                                                                 TELEDC 6082509675 FROM EXT. 006225
TELEDC   03/26/03   00206   Moran, Anne E.         1.00    19.11   19.11   X006225601354108                      DC Telephone
                                                                                                                 TELEDC 6013541086 FROM EXT. 006225
TELEDC   03/26/03   00206   Moran, Anne E.         1.00    19.11   19.11   X006225601354108                      DC Telephone
                                                                                                                 TELEDC 6013541086 FROM EXT. 006225
                                              Total :     94.45

TRAVELX  03/18/03   00101   Johnson, J. Walker     1.00    35.00   35.00                                         Travel - J. WALKER JOHNSON- BOCA RATON
                                                                                                                 3/12-13/03 W R GRACE RE REMEDIUM SUBSIDIARY
                                                                                                                 TRANSACTION
TRAVELX  03/19/03   00074   Bailey, Arthur L.      1.00     2.00    2.00                                         Travel - ARTHUR L. BAILEY - FT LAUDERDALE AL
                                                                                                                 3/12-13/03 MEET WITH CLIENT
                                              Total :     37.00

Total : 012046.00001 TAX LITIGATION                                2,702.78

Report Total :                                                      2,702.78
```