IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON MAY 19, 2003 AT 12:00 P.M.

## CONTINUED MATTERS

1.      Motion of Caterpillar Financial Services Corporation to Compel Payment of Administrative Expenses and for Relief from the Automatic Stay or in the Alternative for Adequate Protection (Docket No. 3009)

   **Related Documents:**

   a.      [Proposed] Order regarding Docket No. 3009 (Docket No. 3009)

   **Response Deadline:** Extended through May 30, 2003 at 4:00 p.m. for the Debtors

   **Responses Received:** None as of the date of this Agenda Notice.

   **Status:** The parties continue to work on a resolution to this matter. If a resolution is reached before the hearing, an agreed order will be filed with the Court under a certification of counsel. If the matter is not resolved and documented before the hearing, the parties will request that this matter be continued to the next omnibus hearing.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## CONTESTED MATTERS

2.    Motion to Lift Automatic Stay for Cause [filed by Timothy Kane] (Docket No. 2234)

    **Related Documents:**

    a.    Exhibits re: Docket No. 2234 (Docket No. 2235)

    b.    Certification of Counsel with Respect to Order Relating to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2790)

    c.    [Signed] Order Relating to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2818)

    **Response Deadline:** July 15, 2002 (extended for Debtors to August 9, 2002)

    **Reponses Received:**

    a.    Debtors' Objection to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2523)

    b.    Response of Timothy Kane to Debtors' Objection to Timothy Kane's Motion to Lift Automatic Stay for Cause (Docket No. 2553)

    **Status:** A status hearing on this matter will go forward.

3.    Motion of DK Acquisition Partners, L.P. for an Order Permitting Trading in the Debtors' Bank Debt (Docket No. 3483)

    **Related Documents:**

    a.    Notice of Motion (Docket No. 3483)

    b.    [Proposed] Order Approving Motion of DK Acquisition Partners, L.P. for an Order Permitting Trading in the Debtors' Bank Debt (Docket No. 3483)

    c.    Amended Notice of Motion (Docket No. 3484)

    **Response Deadline:** April 11, 2003 at 4:00 p.m. (Extended until May 2, 2003 at 4:00 p.m. for the United States Trustee)

    **Responses Received:** None as of the date of this Agenda Notice.

    **Status:** The Debtors have been informed that counsel for DK Acquisition Partners, LP and the Office of the United States Trustee are working on a agreed resolution to this motion. The parties expect to have a definitive agreement in time for the hearing. If, however, such an agreement is not reached before the hearing, the parties respectfully request that this matter be continued to the June omnibus hearing.

4.     Motion of the Official Committee of Unsecured Creditors Extending the Time Within
       Which Avoidance Actions May be Brought and Staying the Limitations Deadline
       Pending a Decision of this Motion (Docket No. 3601)

       **Related Documents:**

       a.     [Proposed] Order Extending Time to Commence Avoidance Actions and Staying
              the April 2, 2003 Deadline Pending Further Order of the Court (Docket No. 3601)

       b.     Re-Notice of Motion of the Official Committee of Unsecured Creditors Extending
              the Time Within Which Avoidance Actions May be Brought and Staying the
              Limitations Deadline Pending a Decision of this Motion (Docket No. 3717)

       **Response Deadline:**  May 2, 2003 at 4:00 p.m.

       **Responses Received:**

       a.     Response of the Official Committee of Equity Security Holders in Opposition to
              Motion of Official Committee of Unsecured Creditors to Extend Deadline for
              Avoidance Actions (Docket No. 3738)

       b.     Debtors' Response to the Official Committee of Unsecured Creditors' Motion to
              Extend Time Within Which Avoidance Actions May Be Brought and Staying the
              Limitations Deadline Pending a Decision On This Motion (Docket No. 3740)

       c.     Objection of the Dow Chemical Company and its Subsidiaries and Related
              Entities to the Official Committee of Unsecured Creditors' Motion to Extend
              Time Within Which Avoidance Actions May be Brought and Staying the
              Limitations Deadline Pending a Decision on this Motion (Docket No. 3757)

       **Status:**  This matter will be going forward.

5.     Debtors' Motion to Further Extend the Preliminary Injunction as it Applies to the Robert
       Locke Matter (Adv. Pro. No. 01-771, Docket No. 143)

       **Related Documents:**

       a.     [Proposed] Order to Further Extend the Preliminary Injunction as it Applies to the
              Robert Locke Matter (Adv. Pro. No. 01-771, Docket No. 143)

       b.     [Signed] Stipulation to Continue Debtors' Motion to Further Extend the
              Preliminary Injunction as it Applies to Robert Locke (Adv. Pro. No. 01-771,
              Docket No. 150)

       **Response Deadline:** November 29, 2002 at 4:00 p.m.

       **Responses Received:**

       a.     Robert H. Locke's Opposition to Debtors' Motion to Further Extend the
              Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 145)

b.    Debtors' Reply to Robert H. Locke's Opposition to the Debtors' Motion to Further Extend the Preliminary Injunction (Adv. Pro. No. 01-771, Docket No. 147)

**Status:** This matter will be going forward.

## STATUS

6.    Status of ZAI Litigation.

Dated: May 12, 2003

KIRKLAND & ELLIS
David M. Bernick, P.C.
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-counsel for Debtors and Debtors in Possession