# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| W. R. GRACE & CO., et al., | : | Case Nos.: 01-01139 (JJF) through |
| | : | 01-01200 (JJF) |
| Debtors. | : | Jointly Administered |

Hearing Date: May 19, 2003 at 12:00 p.m. (EST)
Objection Deadline: May 12, 2001 at 4:00 p.m.

## RESPONSE OF PHILLIPS, GOLDMAN & SPENCE, P.A., TO MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXTEND DEADLINE FOR AVOIDANCE ACTIONS [RE: DOCKET NO. 3601]

Phillips, Goldman & Spence, P.A. ("PG&S"), by its undersigned counsel, hereby submits this response in opposition to the Motion of the Official Committee of Unsecured Creditors to Extend Deadline for Avoidance Actions and to Stay the Limitations Deadline Pending a Decision on This Motion (the "Motion"), and respectfully represents as follows:

1. PG&S received payments for professional services from W. R. Grace & Co. during the ninety (90) days preceding the Petition Date. While PG&S believes that these payments were received "in the ordinary course", it nevertheless is a potential preference defendant and, therefore, has standing to object to the Motion.

2. PG&S hereby adopts the Debtors' response to the Motion filed on or about May 2, 2003 (Docket No. 3738) (the "Response").

3. As more fully set forth in the Response filed by the Debtors to the Motion, the time limits set forth in Bankruptcy Code § 546(a) are jurisdictional and, absent the consent of the parties, are not subject to extension by the Court. The Creditors' Committee cites no authority for the relief it seeks, and the case law makes clear that the Bankruptcy Code does not authorize such relief.

4. Moreover, even if the Court had the power to grant such relief in appropriate circumstances, the Creditors' Committee still would not be entitled to such relief in the present case. Having made no effort to preserve potential avoidance actions other than filing the Motion on the last day before the statutory deadline, the Creditors' Committee has not established cause for an extension of that deadline.

## Conclusion

For the foregoing reasons, the Motion should be denied.

Dated: May 12, 2003

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Attorney for Phillips, Goldman & Spence, P.A.

## CERTIFICATE OF SERVICE

I, John C. Phillips, Jr., hereby certify that a copy of the attached was served upon the following counsel via first class, postage prepaid mail:

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Michael R. Lastowski, Esquire
William S. Katchen, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)