IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objections Due by: May 12, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date: June 17, 2003 @ 12:00 p.m.** |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 3695**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Seventh Interim Fee Application of Conway, Del Genio, Gries & Co., LLC ("CDG") For Compensation For Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Financial Advisor for the Official Committee of Asbestos Property Damage Claimants for the Period from October 1, 2002 Through December 31, 2002 (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed[1]. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 12, 2003.

                                                FERRY, JOSEPH & PEARCE, P.A.

                                                /s/ Lisa L. Coggins
                                                Michael B. Joseph (#392)
                                                Theodore J. Tacconelli (#2678)
                                                Lisa L. Coggins (#4234)
                                                824 Market Street, Suite 904
                                                P.O. Box 1351
                                                Wilmington, DE. 19899
                                                (302) 575-1555
                                                Local Counsel to the Official Committee of
                                                Asbestos Property Damage Claimants

                                                -and-

---

[1] A final report was filed by the fee auditor regarding the Application, however the report did not contain any objections.

                                          Bilzin Sumberg Baena Price & Axelrod LLP
                                          Scott L. Baena, Esq.
                                          Jay M. Sakalo, Esq.
                                          2500 First Union Financial Center
                                          200 South Biscayne Boulevard
                                          Miami, FL 33131-2336
                                          Counsel to the Official Committee of Asbestos
                                          Property Damage Claimants

Dated: May 13, 2003