## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | |
| | Chapter 11 |
| W. R. GRACE & CO., et al., | |
| | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF SEVENTH INTERIM VERIFIED APPLICATION OF WARREN H. SMITH & ASSOCIATES AS FEE AUDITORS FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

Name of Applicant:                    Warren H. Smith & Associates

Authorized to Provide
Services:                             As Fee Auditors to the Estates

Date of Retention:                    March 18, 2002

Period for Which
Compensation and
Reimbursement is Sought:              October 1, 2002 through December 31, 2002

Amount of Compensation
Requested:                            $128,051.00

Amount of Expense
Reimbursement Requested:              $2,601.84

**SUMMARY OF MONTHLY FEE AND EXPENSE INVOICE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested | | Paid | |
|---|---|---|---|---|---|
| Date Filed | Period-covered | Fees | Expenses | Fees | Expenses |
| 11/18/02 | October 1, 2002 --- October 31, 2002 | $47,896.50 | $1,314.90 | $38,317.20 | $1,314.90 |
| 12/12/02 | November 1, 2002 --- November 30, 2002 | $41,540.00 | $1,286.94 | $33,323.00 | $1,286.94 |
| 1/21/03 | December 1, 2002 --- December 31, 2002 | $38,614.50 | $0.00 | Pending | Pending |

**CUMULATIVE SUMMARY OF FEES BY PROJECT CATEGORY**

| Project Category | Total Hours For The Period 10/1/02 through 12/31/02 | Total Hours from the Petition Date | Total Fees For The Period 10/1/02 through 12/31/02 | Total Fees From The Petition Date |
|---|---|---|---|---|
| Accounting/Auditing | 907.6 | 2,481.60 | $127,985.00 | $378,536.02 |
| Fee Applications | 0.6 | 8.4 | $66.00 | $856.10 |

**CUMULATIVE EXPENSE SUMMARY:**

| Expense Category | Total Expenses for the Period 10/1/02 through 12/31/02 | Total Expense From The Petition Date |
|---|---|---|
|  | $2,601.84 | $5,065.13 |

**SEVENTH VERIFIED FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES** - Page 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | ▪ |
| | ▪   **Chapter 11** |
| W. R. GRACE & CO., et al., | ▪ |
| | ▪   **Case No. 01-011397(JKF)** |
| Debtors. | ▪   **Jointly Administered** |
| | ▪ |

**SEVENTH INTERIM VERIFIED APPLICATION OF**
**WARREN H. SMITH & ASSOCIATES AS FEE AUDITORS FOR ALLOWANCE**
**OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

Pursuant to 11 U.S.C. '' 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, dated November 30, 2000 (the AAdministrative Order@), and the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance of Payment of Compensation and Reimbursement of Expenses of Applicants and Consideration of Fee Applications, dated March 18, 2002 (the AFee Auditor Order@), the law firm of Warren H. Smith & Associates ("WHS") hereby files this Seventh Interim Verified Application of Warren H. Smith & Associates as Fee Auditors for Allowance of Compensation and for Reimbursement of Expenses (the AApplication@). By this Application, WHS seeks that this Honorable Court award it reasonable compensation for professional legal services rendered as fee auditor for the estates of W. R. Grace & Co., et al. ("Debtors") in the amount of $128,051.00, together with reimbursement for actual and necessary expenses incurred in the amount of $2,604.84, for the period commencing October 1, 2002 through December 31, 2002 (the "Interim Period"). In support of its Application, WHS respectfully states as follows:

**Background**

1. On April 2, 2001, the Debtors filed voluntary petitions in this Court for relief under Chapter 11 of the Bankruptcy Code (the "Code"), 11 U.S.C. '' 101 et. Seq., as amended. The Debtors continued in possession of their assets and were authorized to operate and manage their respective businesses pursuant to Bankruptcy Code '' 1107 and 1108.

2. On March 18, 2002, this Court signed the Fee Auditor Order, approving the retention of WHS as fee auditors for Debtors. The Fee Auditor Order authorized WHS to be compensated: " the lesser of (a) the ordinary hourly rate of the Fee Auditor for services of this nature or (b) 1% of the aggregate Applicant billings over the life of these Chapter 11 Cases (which includes both fees and expenses) reviewed by the Fee Auditor that are subject to this Order.@

**Compensation Paid and its Source**

3. All services for which compensation is requested by WHS were performed for or on behalf of the bankruptcy estate and the Debtors and not on behalf of any committee, creditor or other person.

4. Other than interim payments from the Debtors set fourth in the notice, above, WHS has received no payment or promise for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these cases, and there is no agreement or understanding between WHS and any other person other than members of the firm for the sharing of compensation to be received for services rendered in these cases.

**Summary of Services**

5. Attached hereto as Exhibit B are WHS=s billing statements for the Interim Period. These statements contain detailed daily time logs describing the time expended by each attorney and para-professional for the Interim Period.

6. To the best of WHS=s knowledge, this Application complies with sections 330 and 331 of

the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of thee United State Trustee, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the Administrative Order.

7. During the Interim Period, WHS spent 0.60 hours of time for $66.00 in fees seeking its own compensation. The professionals of WHS who have rendered professional services to the Debtor during the Interim Period are Warren H. Smith, Bobbi Ruhlander, Mark Steirer, Gloria Garcia, and Amber Willingham. The para-professionals of WHS who have rendered professional services to the Debtors in these cases during the Interim Period are James Wehrmann, Gloria Garcia, Jacqueline R. Wilcot, Lavern Ferdinand, Cheryl McKinnon, Colleen Canion, Eugenia Nichols, Gail Russell, Tiana J. Windland, Doreen T. Williams, Kristi Young, LaVern Ferdinand, Steve Bossay and Jeff Allgood.

### Disbursements

8. WHS has incurred $2,601.84 in out-of-pocket disbursements for the Interim Period.

### Valuation of Services

9. The rates charged by each of the professional persons during the Interim Period are set fourth in Exhibit A. These rates are equal to or below WHS's normal hourly rates of compensation for work of this character. Attorneys and para-professionals of WHS have expended a total of 908.12 hours in connection with this matter during the Interim Period. The reasonable value of the services rendered by WHS for the Interim Period in these cases under Chapter 11 is $128,051.00.

10. In accordance with the factors enumerated in 11 U.S.C. ' 330, the amount of fees and expenses requested by WHS is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, WHS has reviewed the requirements of Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the

**SEVENTH VERIFIED FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES** - Page 5

District of Delaware, Amended Effective February 1, 2001, and believes that this application complies with that rule.

WHEREFORE, WHS respectfully requests that an allowance be made to it in the amount of $128,051.00 as compensation for necessary professional services rendered, and the sum of $2,601.84 as reimbursement of actual necessary costs and expenses, for a total of $130,652.84, for the period commencing October 1, 2002 through December 31, 2002, that such sums be authorized for payment, and for such other and further relief as this Court may deem just and proper.

Dated:   February 20, 2003

WARREN H. SMITH & ASSOCIATES

Warren H. Smith

900 Jackson Street
120 Founders Square
Dallas, Texas 75202
(214) 698-3868
(214 722-0081 FAX
whsmith@whsmitlaw.com

## **CERTIFICATE OF SERVICE**

I, Warren H. Smith, caused the preceding report to be served by First Class United States mail on the persons on the service list attached to the original on file, this 20th day of February 2003. Copies of the service list may be obtained by contacting the undersigned.

Warren H. Smith

# **V E R I F I C A T I O N**

STATE OF TEXAS  '
                    '  SS:
COUNTY OF DALLAS  '

Warren H. Smith, after being duly sworn according to law, deposes and says:

1. I am the principal in the applicant firm, Warren H. Smith & Associates, and have been admitted to the bar of the Supreme Court of Texas since 1987.

2. I have personally performed many of the services rendered by Warren H. Smith & Associates as fee auditor in these cases and am thoroughly familiar with all other work performed by the professionals in the firm.

3. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and submit that the Application substantially complies with such rule.

Warren H. Smith

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the 20th day of February 2003.



Notary Public, State of Texas
My commission expires: 03/29/04

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | |
| | Chapter 11 |
| W. R. GRACE & CO., et al., | |
| | Case No. 01-011397(JKF) |
| Debtors. | Jointly Administered |

## ORDER APPROVING SEVENTH INTERIM VERIFIED APPLICATION OF WARREN H. SMITH & ASSOCIATES FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, this _____ day of _____, 2003, upon the Seventh Interim Verified Application of Warren H. Smith & Associates for Allowance of Compensation and Reimbursement of Expenses (the "Application") dated February 20, 2003, the Court having been satisfied that the interim compensation and reimbursement requested therein is reasonable and justified given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services in cases other than cases under Title 11, and after notice and a hearing;

IT IS HEREBY ORDERED that the Application is approved and that the Debtors, or their successors in interest, are authorized and directed to pay to Warren H. Smith & Associates the sum of $136,124.52 as compensation for necessary professional services rendered for the period October 1, 2002 through December 31, 2002, and the sum of $2,604.84 for reimbursement of actual and necessary costs and expenses incurred for the same period.

United States Bankruptcy Judge

Service List

**The Debtors**
David B. Siegel, Esquire
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

**The Judge**
Honorable Judith K. Fitzgerald
590 US Steel Tower
600 Grant Street
Pittsburg, PA 15219

**Co-Counsel for the Debtors**
James H.M. Sprayregen, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 Market Street, Suite 1600
Wilmington, DE 19801

**Co-Counsel to the Debtor-in-Possession**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

**Counsel to the Official Committee of Unsecured Creditors**

Lewis Kruger, Esquire
Stroock Stroock and Lavan
180 Maiden Lane
New York NY 10038-4982
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

**Counsel to the Official Committee of Asbestos Property Damage Claimants**

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

Matthew G. Zaleski, III, Esquire
Campbell & Levine
Chase Manhatten Centre, 15th Floor.
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

Teresa K.D. Currier, Esquire
Klett Rooney Leber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 1980

**The Official Committee of Equity Holders**
Philip Bently, Esquire
Kramer, Levin, Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022


**The Office of the United States Trustee**

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE 19801

## **Exhibit A**

| Name of Professional | Position, No. of Years in that Position, Year Licensed | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Warren H. Smith | Principal of firm formed in 2001. Member Texas Bar since 1987, Illinois Bar since 1979 | $275 | 59.42 | $16,340.50 |
| Mark W. Steirer | Member of Texas Bar since 1991 | $200 | 68.5 | $13,700.00 |
| Amber Willingham | Member of Oklahoma Bar since 1995 | $190 | 68.9 | $13,091.00 |
| Bobbi Ruhlander | Member of Oklahoma Bar since 1983 | $150 | 4.1 | $820.00 |
| Doreen T Williams | Legal Assistant since 1982. | $135 | 150.9 | $20,371.50 |
| Gail G. Russell | Legal Assistant since 1984 | $135 | .3 | $40.50 |
| James Wehrmann | Legal Assistant since 1989 | $135 | 40.4 | $5,454.00 |
| LaVern Ferdinand | Paralegal since 1998 | $150 | 100.9 | $15,115.00 |
| Gloria F. Garcia | Member of Texas Bar since 2002 | $125 | 77.1 | $9,637.50 |
| Colleen Canion | Legal Assistant since 1987 | $120 | 7.5 | $900.00 |
| Eugenia S. Nichols | Legal Assistant since | $100 | 45.7 | $4,570.00 |
| Steve Bossay | Legal Assistant since 2002 | $100 | 115.4 | $11,540.00 |
| Kristi R. Young | Legal Assistant since 1992 | $100 | 146.1 | $14,610.00 |
| Cheryl McKinnon | Legal Assistant since 1994 | $110 | 13.5 | $1,485.00 |
| Jeff Allgood | Law Clerk | $40 | 8.2 | $328.00 |
| Tia Windland | Law Clerk | $40 | 1.2 | $48.00 |
|  |  |  | 908.12 | $128,051.00 |

Total Hours       908.12

Total Fees        $128,051.00

Blended Rate      $141.01

**SEVENTH VERIFIED FEE APPLICATION OF WARREN H. SMITH & ASSOCIATES** - Page 12

# Exhibit B

**(see attached)**