Prior Interim Fee Applications filed:

| | | Requested | | | Approved | |
|---|---|---|---|---|---|---|
| Date Filed Docket Number | Period Covered | Fees | Expenses | Cert. of No. Obj. | Fees | Expenses |
| 12/30/02 #3206 | 10/01/02-10/31/02 | $63,783.20 (80% of $79,729.00) | $3,022.43 | 01/29/03 #3288 | Pending | Pending |
| 12/30/02 #3208 | 11/01/02-11/30/02 | $72,958.40 (80% of $91,198.00) | $13,082.89 | 01/29/03 #3288 | Pending | Pending |
| 02/12/03 #3380 | 12/01/02-12/31/02 | $79,774.00 (80% of $99,717.50) | $3,941.77 | | Pending | Pending |
| 04/03/03 #3612 | 01/01/03-01/31/03 | $274,984.93 (80% of $343,731.17) | $7,670.04 | | Pending | Pending |
| 04/17/03 #3675 | 02/01/03-02/28/03 | $42,508.77 (80% of $53,135.96) | $554.24 | | Pending | Pending |

Prior Quarterly Interim Fee Applications filed:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed Docket Number | Period Covered | Fees | Expenses | Fees | Expenses |
| 11/15/2002 #3006 | 01/10/02-03/31/02 | $291,774.94 | $7,575.78 | Pending | Pending |
| 11/15/2002 #3006 | 04/01/02-06/30/02 | $104,915.25 | $1,734.67 | Pending | Pending |
| 11/15/2002 #3006 | 07/01/02-09/30/02 | $495,442.11 | $2,652.03 | Pending | Pending |
| 02/14/2003 #3396 | 10/01/03-12/31/03 | $270,097 | $20,047.10 | Pending | Pending |

MCM7078.WPD