# EXHIBIT B

**Professional Profiles**
**Q1 2003/8th interim reporting period**
**Summary of time worked.**

| Name of Professional | | Position with the Firm | Years With Firm | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ray Bromark | | Concurring Partner | 30 | $ 1,422 | 12.00 | $ 17,064.00 |
| Donald A Doran | | Audit Partner | 20+ | $ 1,235 | 1.00 | $ 1,235.00 |
| Theodore Baran | | Audit Partner | 20+ | $ 1,113 | 3.20 | $ 3,561.60 |
| Robert Edyt | | Audit Partner | 20+ | $ 1,113 | 4.00 | $ 4,452.00 |
| Thomas Barbieri | | Audit Partner | 20+ | $ 1,113 | 1.00 | $ 1,113.00 |
| Joseph Divito | | GRMS Partner | 15 | $ 767 | 7.00 | $ 5,369.00 |
| Dimitri Drone | | Audit Senior Manager | 8 | $ 775 | 4.50 | $ 3,487.50 |
| Alan Fischl | | Tax Partner | 20 | $ 755 | 0.50 | $ 377.50 |
| Peter Woolf | | Tax Partner | 15 | $ 733 | 43.00 | $ 31,519.00 |
| Larry Farmer | | Audit Partner | 30 | $ 682 | 76.50 | $ 52,173.00 |
| Terri McClements | | Audit Partner | 15 | $ 682 | 3.00 | $ 2,046.00 |
| Michael Rosenbaum | | Tax Director | 10 | $ 644 | 1.00 | $ 644.00 |
| Thomas Kalinosky | | GHRS Senior Manager | 10 | $ 639 | 3.00 | $ 1,917.00 |
| German Jimenez | | International Tax Senior Manager | 10 | $ 585 | 29.00 | $ 16,965.00 |
| Yann Siraudin | | Audit Manager | 7 | $ 554 | 2.00 | $ 1,108.00 |
| Andrea D Brown | | Tax Senior Manager | 10 | $ 553 | 3.50 | $ 1,935.50 |
| Michele Gerety | | Tax Senior Manager | 10 | $ 553 | 66.50 | $ 36,774.50 |
| Dave Ryan | | Audit Senior Manager | 14 | $ 522 | 231.95 | $ 121,077.90 |
| Yeonsoo Song | | Tax Manager | 5 | $ 517 | 2.30 | $ 1,189.10 |
| Ganesan Balaji | | GRMS Manager | 6 | $ 506 | 1.00 | $ 506.00 |
| Cynthia Cutshaw | | GRMS Manager | 6 | $ 506 | 1.00 | $ 506.00 |
| Jay F McKay | | GRMS Manager | 6 | $ 506 | 0.70 | $ 354.20 |
| Craig Cleaver | | GRMS Manager | 5 | $ 474 | 37.00 | $ 17,538.00 |
| Francis Schlosser | | Audit Manager | 7 | $ 470 | 1.00 | $ 470.00 |
| Sandra David | | Audit Manager | 6 | $ 447 | 101.30 | $ 45,281.10 |
| Jason Natt | | Audit Manager | 6 | $ 447 | 285.50 | $ 127,618.50 |
| Alexandre Rossin | | GHRS Manager | 8 | $ 426 | 5.00 | $ 2,130.00 |
| Maureen Driscoll | | GRMS Senior Associate | 3 | $ 389 | 29.80 | $ 11,592.20 |
| Daryl Davies | | GRMS Senior Associate | 3 | $ 389 | 2.00 | $ 778.00 |
| Joseph C Rocco | | GRMS Senior Associate | 3 | $ 389 | 1.00 | $ 389.00 |
| Dervis Pajo | | Tax Senior Associate | 4 | $ 347 | 2.50 | $ 867.50 |
| Mark J Joyce | | Tax Senior Associate | 4 | $ 347 | 68.30 | $ 23,700.10 |
| Lisa Felix-Coreney | | Tax Senior Associate | 4 | $ 347 | 4.00 | $ 1,388.00 |
| Jonelle Lippolis | | Audit Senior Associate | 4 | $ 320 | 159.90 | $ 51,168.00 |
| Cheryl Frick | | Audit Senior Associate | 4 | $ 314 | 212.95 | $ 66,866.30 |
| Nina Govic | | Audit Senior Associate | 3 | $ 282 | 23.90 | $ 6,739.80 |
| Nina Govic | | Audit Senior Associate | 3 | $ 273 | 286.05 | $ 78,091.65 |
| Daniel Weir | | GRMS Associate | 2 | $ 261 | 4.50 | $ 1,174.50 |
| Brian M Krisch | | GRMS Associate | 2 | $ 261 | 50.00 | $ 13,050.00 |

{MCM7475.DOC}

| Name | Title | Level | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Renee Anderson | Audit Associate | 2 | $ 235 | 124.50 | $ 29,257.50 |
| Stacy Clark | Audit Associate | 2 | $ 235 | 134.70 | $ 31,654.50 |
| Young L Lee | Tax Associate | 2 | $ 219 | 8.00 | $ 1,752.00 |
| Aimee Stickley | Audit Associate | 2 | $ 213 | 221.25 | $ 47,126.25 |
| Jeffrey Zartman | Audit Associate | 2 | $ 213 | 207.50 | $ 44,197.50 |
| Renato Furbino | Audit Associate | 2 | $ 213 | 1.00 | $ 213.00 |
| Maureen Yeager | Audit Associate | 1 | $ 185 | 323.35 | $ 59,819.75 |
| Jafet Pabon | Audit Associate | 1 | $ 185 | 1.50 | $ 277.50 |
| Scott Tremble | Audit Associate | 1 | $ 181 | 120.50 | $ 21,810.50 |
| Janet K Levy | Tax Staff Assistant | | $ 180 | 0.30 | $ 54.00 |
| Deborah Mullineaux | Administrative Assistant | | $ 101 | 0.20 | $ 20.20 |
| Margaret Bermudez | Administrative Assistant | | $ 107 | 0.40 | $ 42.80 |
| Kathleen Burke | Administrative Assistant | | $ 101 | 5.50 | $ 555.50 |
| Elizabeth Coyle | Administrative Assistant | | $ 112 | 1.00 | $ 112.00 |
| **TOTALS** | | | | 2,922.05 | $ 991,110.45 |

| | | |
|---|---|---|
| Total at Standard Rate | 2,922.05 | $ 991,110.45 |
| 45 % Accrual Rate Adjustment | | $ (545,115.75) |
| Total at 45% Accrual Rate | | $ 445,994.70 |

{MCM7475.DOC}

**Summary of PwC's Fees By Project Category:**
**Eighth Interim Quarterly Reporting Period**
**Ending March 31, 2003**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | | |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **2,922.05** | **$445,994.70** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **2,922.05** | **$445,994.70** |

{MCM7475.DOC}