**EXHIBIT C**

{MCM7473.DOC}

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Eighth Interim Reporting Period ended March 31, 2003**

| Type of Expense | | |
|---|---|---|
| Transportation | $ | 7,113.37 |
| Lodging | $ | 526.45 |
| Sundry | $ | 335.78 |
| Business Meals | $ | 1,461.50 |
| **Grand Total for the Fee Period October 1, 2002 through December 31, 2002** | **$** | **9,437.10** |

{MCM7473.DOC}