**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**March 2003**

| Name of Professional | Position with the Firm | Years in the Field | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 30 | 682 | 12.50 | 8,525 |
| Joseph Divito | GRMS Partner | 25 | 767 | 2.00 | 1,534 |
| Peter R Woolf | Tax Partner | 20+ | 733 | 1.00 | 733 |
| Thomas Barbieri | Audit Partner | 20+ | 1113 | 1.00 | 1,113 |
| Robert Eydt | Audit Partner | 25+ | 1113 | 1.00 | 1,113 |
| Craig Cleaver | GRMS Manager | | 474 | 1.50 | 711 |
| Maureen Driscoll | GRMS Senior Associate | 4 | 389 | 2.00 | 778 |
| Dave Ryan | Audit Senior Manager | 8 | 522 | 18.05 | 9,422 |
| Sandra David | Audit Manager | 6 | 447 | 8.50 | 3,800 |
| Jason Natt | Audit Manager | 6 | 447 | 52.00 | 23,244 |
| Cheryl Frick | Audit Senior Associate | 4 | 314 | 36.25 | 11,383 |
| Nina Govic | Audit Senior Associate | 3 | 273 | 23.00 | 6,279 |
| Nina Govic | Audit Senior Associate | 3 | 282 | 23.90 | 6,740 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 320 | 15.00 | 4,800 |
| Aimee Stickley | Audit Associate | 2 | 213 | 37.90 | 8,073 |
| Jeffrey Zartman | Audit Associate | 2 | 213 | 4.40 | 937 |
| Maureen Yeager | Audit Associate | 1 | 185 | 87.50 | 16,188 |
| Renee Anderson | Audit Associate | 2 | 235 | 2.00 | 470 |
| Elizabeth Coyle | Administrative Assistant | | 112 | 0.50 | 56 |
| Kathleen Burke | Admistrative Assistant | | 101 | 0.80 | 81 |
| Total Hours | | | | 330.80 | |
| Total at Standard Rate | | | | | $ 105,978.10 |
| 45 % Accrual Rate Adjustment | | | | | $ (58,287.96) |
| Total at 45% Accrual Rate | | | | | $ 47,690.15 |

{MCM7459.DOC}

## Summary of PwC's Fees By Project Category:
## March 2003

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | | |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | **330.80** | **$47,690.15** |
| 26-Business Analysis | | |

| 27-Corporate Finance | | |
| --- | --- | --- |
| 28-Data Analysis | | |
| **TOTAL:** | **330.80** | **$47,690.15** |

## Expense Summary
## March 2003

| Expense Category | Service Provider | Total Expenses |
| --- | --- | --- |
| **Transportation** | **N/A** | **$1,180.68** |
| **Lodging** | **N/A** | |
| **Sundry** | **N/A** | |
| **Business Meals** | **N/A** | **$32.14** |
| **TOTAL:** | | **$1,212.82** |

{MCM7459.DOC}