**Professional Profiles**

| Name of Professional | Position with the Firm | Years in the Field | Hourly Bill Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Larry Farmer | Audit Partner | 30 | 682 | 12.50 | 8,525 |
| Joseph Divito | GRMS Partner | 25 | 767 | 2.00 | 1,534 |
| Peter R Woolf | Tax Partner | 20+ | 733 | 1.00 | 733 |
| Thomas Barbieri | Audit Partner | 20+ | 1113 | 1.00 | 1,113 |
| Robert Eydt | Audit Partner | 25+ | 1113 | 1.00 | 1,113 |
| Craig Cleaver | GRMS Manager | | 474 | 1.50 | 711 |
| Maureen Driscoll | GRMS Senior Associate | 4 | 389 | 2.00 | 778 |
| Dave Ryan | Audit Senior Manager | 8 | 522 | 18.05 | 9,422 |
| Sandra David | Audit Manager | 6 | 447 | 8.50 | 3,800 |
| Jason Natt | Audit Manager | 6 | 447 | 52.00 | 23,244 |
| Cheryl Frick | Audit Senior Associate | 4 | 314 | 36.25 | 11,383 |
| Nina Govic | Audit Senior Associate | 3 | 273 | 23.00 | 6,279 |
| Nina Govic | Audit Senior Associate | 3 | 282 | 23.90 | 6,740 |
| Jonelle Lippolis | Audit Senior Associate | 4 | 320 | 15.00 | 4,800 |
| Aimee Stickley | Audit Associate | 2 | 213 | 37.90 | 8,073 |
| Jeffrey Zartman | Audit Associate | 2 | 213 | 4.40 | 937 |
| Maureen Yeager | Audit Associate | 1 | 185 | 87.50 | 16,188 |
| Renee Anderson | Audit Associate | 2 | 235 | 2.00 | 470 |
| Elizabeth Coyle | Administrative Assistant | | 112 | 0.50 | 56 |
| Kathleen Burke | Admistrative Assistant | | 101 | 0.80 | 81 |

| | | |
|---|---|---|
| Total Hours | | 330.80 |
| Total at Standard Rate | $ | 105,978.10 |
| 45 % Accrual Rate Adjustment | $ | (58,287.96) |
| Total at 45% Accrual Rate | $ | 47,690.15 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Larry Farmer** | | | | |
| **03/01/2003** | 1.00 | Review of Grace 2002 10K draft | 682 | $      682 |
| **03/03/2003** | 1.00 | Review of 10K draft with Tim Delbrugge | 682 | $      682 |
| **03/04/2003** | 1.50 | Review forepart of Grace 10K | 682 | $    1,023 |
| **03/05/2003** | 1.50 | Conduct SAS 99 required fraud interviews with Bob Tarola and Paul Norris | 682 | $    1,023 |
| | 0.50 | Update report on bankruptcy status with Bob Tarola | 682 | $      341 |
| **03/06/2003** | 0.40 | Preparation for audit committee meeting | 682 | $      273 |
| | 2.10 | Attend Audit committee meeting | 682 | $    1,432 |
| **03/10/2003** | 1.00 | Final review of the 10K draft and discussion with Jason Natt | 682 | $      682 |
| **03/11/2003** | 0.50 | Review and signing of audit reports, including, audit opinion, audit consent and edgar letter | 682 | $      341 |
| **03/12/2003** | 0.50 | Discussion with Jason Natt regarding year end representation letter and the consent forms. | 682 | $      341 |
| **03/24/2003** | 0.50 | WRGrace billing | 682 | $      341 |
| **03/25/2003** | 0.50 | Freeze old time codes and extend new ones.  Discussion of billing objectives with Jason Natt | 682 | $      341 |
| **03/28/2003** | 1.50 | Finalize reivews fo critical matters and sign of audit completion steps in the 2002 audit database. | 682 | $    1,023 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|----------------------------------|-----------|----------|
| **Name:  Joe DiVito** | | | | |
| 03/19/03 | 1.0 | Review of workpapers and client deliverables relating to computer controls related work. | 767 | $    1,534 |
| 03/27/03 | 1.0 | Review of workpapers and client deliverables relating to computer controls related work, including review of recommendations for internal controls to be presented to WR Grace management. | 767 | $1,534 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Craig Cleaver** | | | | |
| **03/13/02** | 1.00 | Database wrap-up for final review | 474 | 474.00 |
| **03/31/03** | 0.50 | Coordination of meetings with IT for report discussions | 474 | 474.00 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Maureen Driscoll** | | | | |
| **03/12/03** | 0.50 | Work in Process report Review | 389 | 194.50 |
| **03/17/03** | 0.80 | Grace administration - time reporting for Feb | 389 | 311.20 |
| | 0.20 | Finalization of database  - review relevant sections for any remaining items or outstanding questions and complete steps in administration section of database | 389 | 77.80 |
| **03/25/03** | 0.50 | Work in Process report Review | 389 | 194.50 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Robert F Eydt** | | | | |
| **03/10/03** | **1.00** | Reading and reviewing the consolidated W R Grace financial statements as of and for the year ended Dec. 31, 2002 for compliance with generally accepted accounting principles, in particluar SoP 90-7, and SEC rules and regulations, including Regulation S-X . | 1,113 | **1,113.00** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|-------------------------------|-----------|----------|
| **Name:  David Ryan** | | | | |
| | | | | |
| **03/04/2003** | 0.9 | Database Clean-up, finalizing documentation of critical matters for the archive process. | 522 | 470 |
| | 0.8 | Form 10-K call with Tim Delbrugge, Grace Controller | 522 | 418 |
| | 1.35 | Review of SOP 90-7 issues on WR Grace financial statement footnote disclosures | 522 | 705 |
| | 0.7 | Review latest draft of Form 10-K | 522 | 365 |
| | | | | |
| **03/05/2003** | 0.7 | Conference call with Larry Farmer and Jason Natt regarding year end Grace Audit Committee Meeting | 522 | 365 |
| | | | | 365 |
| **03/06/2003** | 1.9 | Preparataion for WR Grace Audit Committee Meeting | 522 | 992 |
| | 1.6 | WR Grace Audit Committee Meeting | 522 | 835 |
| | | | | |
| **03/10/2003** | 2.1 | Form 10-K Review | 522 | 1,096 |
| | 2.4 | Form 10-K Review | 522 | 1,253 |
| | | | | |
| **03/11/2003** | 1.1 | Call with PwC National Partner Pam Schlosser on Grace Disclosures regarding bankruptcy and SOP 90-7 accounting | 522 | 574 |
| | 0.9 | Call with Terri McClements, Jason Pett, Larry Farmer on WR Grace Sarbanes Oxley preparedness issues | 522 | 470 |
| | | | | |
| **03/18/2003** | 0.5 | Call with Michael Brown, Grace Assistant Controller, Jason Natt and Larry Farmer on FIN 45 | 522 | 261 |
| | | | | |
| **03/24/2003** | 0.4 | Call with Tim Delbrugge/Mike Brown and Jason Natt | 522 | 209 |
| | | | | |
| **03/28/2003** | 1.6 | Meeting with Legal Counsel and Bob Tarola/Tim Delbrugge | 522 | 835 |
| | 1.1 | Meeting with Tim Delbrugge on FIN 45 | 522 | 574 |
| | | | | |
| **Monthly Total** | 18.05 | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Sandy David** | | | | |
| **03/04/03** | 0.50 | Phone Call with Ryan Heaps in Grace Internal Audit to discuss management letter comments | $447 | $224 |
| **03/05/03** | 0.50 | Discussion with client regarding timing of quarters, earnings call meetings | $447 | $224 |
| | 0.50 | Final review of documentation in database related to quarterly reviews | $447 | $224 |
| **03/11/03** | 0.70 | Planning for Darex Puerto Rico audit - review and edit schedule request | $447 | $313 |
| **03/13/03** | 0.30 | Planning for Darex Puerto Rico audit - discuss timing with client and Human Resources | $447 | $134 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | | Cost ($) |
|------|-------|--------------------------------|-----------|---|----------|
| **Name:  Jason Natt** | | | | | |
| | 0.7 | Conference call with Larry Farmer and Dave Ryan regarding year end Grace Audit Committee Meeting | 447 | $ | 312.9 |
| **03/05/03** | 1.5 | Review of Grace Audit Committee Report | 447 | $ | 670.5 |
| | 0.8 | Review of 10-K in preperation for Audit Committee Meeting | 447 | $ | 357.6 |
| | **3.0** | | | **$** | **1,341.0** |
| | | | | | |
| **03/06/03** | 2.5 | Review of 10-K foootnotes 12-MDA | 447 | $ | 1,117.5 |
| | 2.5 | Preperation and attendance in Audit Committee Meeting | 447 | $ | 1,117.5 |
| | **5.0** | | | **$** | **2,235.0** |
| | | | | | |
| **03/10/03** | 0.5 | PwC Team Meeting on Completion of the WR Grace Database (Stickley, Frick, Natt and Yeager) | 447 | $ | 223.5 |
| | 1.0 | Final review of the 10K draft and discussion with Larry Farmer | 447 | $ | 447.0 |
| | 2.5 | Review of 10-K | 447 | $ | 1,117.5 |
| | **4.0** | | | **$** | **1,788.0** |
| | | | | | |
| **03/11/03** | 1.0 | Review of Completion Section of Grace 2002 database | 447 | $ | 447.0 |
| | 3.0 | Review of Other Auditing Procedures Section of Grace 2002 database | 447 | $ | 1,341.0 |
| | **4.0** | | | **$** | **1,788.0** |
| | | | | | |
| **03/12/03** | 0.5 | Discussion with Larry Farmer regarding year end representation letter and the consent forms. | 447 | $ | 223.5 |
| | 0.3 | Review of the Edgar Filing with Maureen Yeager.  This time includes discussion of any changes/adjustments noted, review of the support and incorporating PwC recommendations to the most recent Edgar Filing. | 447 | $ | 134.1 |
| | 2.0 | Preperation and review of management rep letter for Grace 2002 audit | 447 | $ | 894.0 |
| | 1.2 | Review of Grace 10-K filing for EDGAR | 447 | $ | 536.4 |
| | **4.0** | | | **$** | **1,788.0** |
| | | | | | |
| **03/13/03** | 1.0 | Preperation and review of management rep letter for Grace 2002 audit | 447 | $ | 447.0 |
| | 0.3 | meeting with Tim Delbrugge, Controller, to discuss management rep letter | 447 | $ | 134.1 |
| | 2.0 | Updating management rep letter based on discussion with Tim Delbrugge | 447 | $ | 894.0 |
| | 0.3 | meeting with Tim Delbrugge, Controller, to discuss management rep letter | 447 | $ | 134.1 |
| | 0.4 | Final edits to manangement rep letter | 447 | $ | 178.8 |
| | **4.0** | | | **$** | **1,788.0** |
| | | | | | |
| **03/14/03** | 1.0 | Review of Davison Chemicals section of Grace 2002 database | 447 | $ | 447.0 |
| | 2.0 | Review of Corporate Ledger section of Grace 2002 database | 447 | $ | 894.0 |
| | **3.0** | | | **$** | **1,341.0** |
| | | | | | |
| **03/17/03** | 2.0 | Review of Davison Chemicals section of Grace 2002 database | 447 | $ | 894.0 |
| | **2.0** | | | **$** | **894.0** |
| | | | | | |
| **03/18/03** | 0.5 | Call with Michael Brown, Grace Assistant Controller, Dave Ryan and Larry Farmer on FIN 45 | 447 | $ | 223.5 |
| | 3.5 | Review of Audit Completion section of Grace 2002 database | 447 | $ | 1,564.5 |
| | **4.0** | | | **$** | **1,788.0** |
| | | | | | |
| **03/19/03** | 1.0 | Documentation of Akzo Purchase Accounting Adj. Critical Matter | 447 | $ | 447.0 |
| | 1.5 | Documentation updates to SOP 90-7 critical matter | 447 | $ | 670.5 |
| | 1.0 | Final documentation of pension critical matter | 447 | $ | 447.0 |
| | 0.5 | Final documentation of review of international clearances | 447 | $ | 223.5 |
| | **4.0** | | | **$** | **1,788.0** |
| | | | | | |
| **03/20/03** | 1.0 | Documentation of Akzo Purchase Accounting Adj. Critical Matter | 447 | $ | 447.0 |
| | 2.0 | Review of Davison Chemicals section of Grace 2002 database | 447 | $ | 894.0 |
| | **3.0** | | | **$** | **1,341.0** |
| | | | | | |
| **03/21/03** | 0.3 | Discussion with Michael Brown regarding 2002 audit process | 447 | $ | 134.1 |
| | 1.7 | Review of Corporate Ledger Section of Grace 2002 database | 447 | $ | 759.9 |
| | **2.0** | | | **$** | **894.0** |
| | | | | | |
| **03/24/03** | 0.4 | Call with Tim Delbrugge, Mike Brown and Dave Ryan | 447 | $ | 178.8 |
| | 0.9 | Communication w/ Cheryl Frick on the first quarter timing. | 447 | $ | 402.3 |
| | 2.0 | Review of Corporate Ledger Section of Grace 2002 database | 447 | $ | 894.0 |
| | 2.2 | Review of Davison Chemicals section of Grace 2002 database | 447 | $ | 983.4 |
| | **5.5** | | | **$** | **2,458.5** |

| | | | | | |
|---|---|---|---|---|---|
| **03/25/03** | | Discussion of billing objectives with Larry Farmer (freezing old codes and establishing new codes) | 447 | | |
| | 0.5 | | | $ | 223.5 |
| | 0.3 | Call Christine Lipski, external cousel, with Nina Govic regarding the memo received from the bankruptcy courts for questionable time and expense for the first interim reporting date. | | | |
| | | | 447 | $ | 134.1 |
| | | Meet with Nina Govic, PwC Senior Associate, to complete open steps in the 2002 database and prepare the database for peer review. | | | |
| | 0.5 | | 447 | $ | 223.5 |
| | 0.8 | Discussion w/ Cheryl Frick on the review strategy for the first quarter. | 447 | $ | 335.3 |
| | | Meeting with C Frick, M Brown and T Delbrugge to discuss the PwC review of the revised accounting and finance policies and procedures. | | | |
| | 1.3 | | 447 | $ | 558.8 |
| | | Phone call with Susan Coppinger, Concurring Partner EA, to discuss sign-off of concurring partner checklist. | | | |
| | 0.2 | | 447 | $ | 89.4 |
| | 1.0 | Review of Corporate Ledger Section of Grace 2002 database | 447 | $ | 447.0 |
| | **4.5** | | | $ | 2,011.5 |
| | | | | | |
| | **52.0** | | | **$** | **23,244** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Cheryl Frick** | | | | |
| | 1.75 | Final review of proper documentation of the Davison section of the 2002 Grace database. | | |
| **03/01/03** | | | 314 | 549.50 |
| **03/10/03** | 0.50 | PwC Team Meeting on Completion of the WR Grace Database (Stickley, Frick, Natt and Yeager) | 314 | 157.00 |
| | 0.90 | Discussion with Aimee Stickley, regarding the open steps in the Grace database and the division of the remaining work to be performed. | 314 | 282.60 |
| | 0.30 | Contact w/ our Boston team in regards to the open steps / plan for completion of the Grace database. | 314 | 94.20 |
| | 0.30 | Final review of proper documentation of the Board of Director minute summary performed by the Corporate audit team. | 314 | 94.20 |
| **03/18/03** | | Discussion w/ Tim Delbrugge on the upcoming change in filing time for Form 10Qs and Form 10Ks | | |
| | 0.30 | | 314 | 94.20 |
| | 0.70 | Answer follow up notes in the 2002 Grace audit database including matters regarding completion of the 2002 audit for database closure purposes. | 314 | 219.80 |
| **03/20/03** | 0.30 | Communication w/ our Boston team in regards to finalizing the Grace database. | 314 | 94.20 |
| | 0.70 | Review of the final version of the Grace critical matters and discussion w/ the partner on his review and comments. | 314 | 219.80 |
| **03/24/03** | | Discussion with Aimee Stickley, regarding the open steps in the Grace database and the division of the remaining work to be performed. | | |
| | 0.60 | | 314 | 188.40 |
| | 0.75 | Discussion w/ Matt Clark on the merger & acquisition information requested | 314 | 785.00 |
| | 0.75 | Research PwC publications on mergers & acquisitions and coordinating w/ Kathy Catalano to purchase for Grace. | 314 | 157.00 |
| | 1.00 | Review of 2002 Grace Summary of Unadjusted Differences listing | 314 | 1,020.50 |
| | 0.90 | Communication w/ team members on the first quarter timing. | 314 | 282.60 |
| **03/25/03** | 2.50 | Review of revised Grace accounting & finance policies and procedures. | 314 | 785.00 |
| | 0.50 | Meet with Nina Govic, Senior PwC, to discuss open items in the Grace database, and documentation necessary to complete for the archive process. | 314 | 157.00 |
| | 3.25 | Review of revised Grace accounting & finance policies and procedures. | 314 | 1,020.50 |
| | 0.75 | Preparation of the Grace Davison first quarter prepared by client request list | 314 | 235.50 |
| | 0.75 | Discussion w/ J Natt on the review strategy for the first quarter. | 314 | 235.50 |
| | 1.25 | Meeting with J Natt, M Brown and T Delbrugge to discuss the PwC review of the revised accounting and finance policies and procedures. | 314 | 392.50 |
| **03/26/03** | 1.00 | Preparation of the Grace Corporate first quarter prepared by client request list | 314 | 314.00 |
| | 0.50 | Communication w/ our Boston team on the review strategy for the first quarter. | 314 | 157.00 |
| **03/27/03** | 0.90 | Review of "Changes to Implement SAS 100" to ensure our quarterly review procedures are adequate. | 314 | 282.60 |
| | 0.30 | Update of the 2002 Grace critical matter for engagement partner's comments. | 314 | 94.20 |
| | 2.30 | Final reivew of proper documentation of the Davison audit procedures performed by the Davison audit team. | 314 | 722.20 |
| | 1.00 | Reviewing external files for Davison cash and A/R confirmations to ensure documentation is complete. | 314 | 314.00 |
| **03/28/03** | 0.30 | Follow-up on Grace DB documentation from other engagement teams. | 314 | 94.20 |
| | 3.50 | Clean up the Grace 2002 Audit Database - including finishing open documentation and preparing the database for the risk and quality review process.  Areas reviewed included 4th Quarter review procedures, minutes of BOD and fraud. | 314 | 1,099.00 |
| | 1.50 | Discussion w/ Carol Pace, Grace-Davison Controller, on the review strategy and results of the quarter. | 314 | 471.00 |
| | 0.70 | Review of the Grace Q1 2003 calendar in regards to scheduling needs | 314 | 219.80 |

**03/31/03**

| | | | |
|---|---|---|---|
| 2.25 | Clean up the Grace 2002 Audit Database - including finishing open documentation and preparing the database for the risk and quality review process.  Areas reviewed included related party activity, subsequent events and other completion procedures. | 314 | 706.50 |
| 1.50 | Discussing the Grace 2002 summary of unadjusted differences listing with the engagement partner and drafting comments. | 314 | 471.00 |
| 0.25 | Reviewing concurring review partner checklist prepared by A. Stickley. | 314 | 78.50 |
| 0.75 | Review of the 2002 Davison external file for completeness. | 314 | 235.50 |
| 0.75 | Clean up the Grace 2002 Audit Database - including finishing open documentation and preparing the database for the risk and quality review process. | 314 | 235.50 |

36.25

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Nina Govic** | | | | |
| **03/05/2003** | 1.00 | Answer follow up notes in the 2002 Grace audit database including matters regarding completion of the 2002 audit for database closure purposes. | 273 | 273.00 |
| **03/07/2003** | 1.00 | Answer follow up notes in the 2002 Grace audit database including matters regarding completion of the 2002 audit for database closure purposes. | 273 | 273.00 |
| **03/10/2003** | 2.40 | Final Review of proper documentation of the Cash Audit procedures performed by the Corporate audit team | 273 | 655.20 |
| | 2.10 | Final Review of proper documentation of the Accruals procedures performed by PwC Corporate audit team, ensuring proper documentation of testing procedure methods | 273 | 573.30 |
| | 3.40 | Final Review of proper documentation of the Pension procedures performed by PwC Corporate audit team, ensuring proper documentation of testing procedure methods | 273 | 928.20 |
| | 2.20 | Clean up of documentation regarding the legal inquiries performed at WR Grace. | 273 | |
| | 0.90 | Discussion with Cheryl Frick, regarding the open steps in the Grace database and the division of the remaining work to be performed. | 273 | 245.70 |
| **03/11/2003** | 3.60 | Review of the final 10K tie out completed by Maureen Yeager, PwC associate. | 273 | 982.80 |
| | 0.60 | Meet with Michael Brown to talk about timing of 10K filing and to discuss errors found in the 10K to be corrected prior to filing | 273 | 163.80 |
| | 3.20 | Documentation of the 10K tie out procedures performed in the Grace 2002 Database. | 273 | 873.60 |
| | 0.30 | Discussion with Cheryl Frick, regarding the open steps in the Grace database and the division of the remaining work to be performed. | 273 | 81.90 |
| | 1.60 | Finish documentation for tie out performed of the pension footnote in the 2002 10K | 273 | 436.80 |
| | 0.70 | Follow up with tax department on their review of the Grace financial statements. | 273 | 191.10 |
| **03/12/2003** | 3.10 | Review of the final version of the 10K.  Reviewing the version that was returned to WR Grace from the Edgar filing services to assure that data provided by Grace was typed exactly by Edgar for 10K SEC filing purposes | 282 | 874.20 |
| | 0.40 | Discussion with Michael Brown, Grace Controller, regarding differences between the Edgar typed version and the final Grace 10K | 282 | 112.80 |
| | 0.50 | Discussion with Glenn Herndon, Grace accounting Manager and Nettie Fausto, Grace accountant, regarding differences between the Edgar typed version and the final Grace 10K and how to continue our review process. | 282 | 141.00 |
| **03/24/2003** | 0.60 | Discussion with Cheryl Frick, regarding the open steps in the Grace database and the division of the remaining work to be performed. | 282 | 169.20 |
| | 3.10 | Final Review of proper documentation of the audit procedures performed by PwC Corporate audit team, ensuring proper documentation of testing procedure methods | 282 | 874.20 |
| **03/25/2003** | 0.30 | Call Christine Lipski, external cousel, with Jason Natt regarding the memo received from the bankruptcy courts for questionable time and expense for the first interim reporting date. | 282 | 84.60 |
| | 0.10 | Handle staffing needs and staffing issues with Mary Beth Stalter, HR | 282 | 28.20 |
| | 3.30 | Clean up Grace 2002 Audit Database - including finishing open documentation and preparing the database for the risk and quality review process.  Areas reviewed included insurance, consolidation and FAS 123. | 282 | 930.60 |
| | 0.50 | Meet with Cheryl Frick, Senior PwC, to discuss open items in the Grace database, and documentation necessary to complete for the archive process. | 282 | 141.00 |
| | 0.30 | Fix the external files maintained at WR grace.  Replacing data held in the wrong locations wih the proper coding. | 282 | 84.60 |
| | 0.30 | Write management letter comment regarding Grace's payroll suspense accounts and monitoring of accounts. | 282 | 84.60 |
| | 1.50 | Meet with Jason Natt, PwC Manager, to complete open steps in the 2002 database and prepare the database for peer review. | 282 | 423.00 |
| | 0.70 | Remove files from the external database which no longer pertain to WR Grace. | 282 | 197.40 |
| **03/27/2003** | 1.30 | Attend Grace Q1 2003 divestiture reserves meeting with Bob Tarola, CFO, Tim DelBrugge, Controller, Glenn Herndon accounting manager, et al. | 282 | 366.60 |
| | 2.10 | Document results of the 2003 divestiture reserve meeting for audit purposes.  Review the reserves to assure that any changes are in compliance with GAAP | 282 | 592.20 |

| | | | | |
|---|---|---|---|---|
| | 0.50 | Talk to Maureen Yeager on the phone regarind the 2002 10K filing and the finalized tie-out. | 282 | 141.00 |
| 03/28/2003 | 4.70 | Double check Grace Edgar filing for errors.  Check to assure that previous versions of the 2002 10K already tied out agree to the final Edgar draft. | 282 | 1,325.40 |
| | 0.60 | Meeting with Michael Brown, Assistant Controller re:  the status of the Edgar version of the 2002 10K prior to filing.  Reviewing errors noted with Michel. | 282 | 169.20 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Aimee Stickley** | | | | |
| 03/10/03 | 0.50 | Team Meeting on Grace DB with J. Natt, C.Frick, M.Yeager | 213 | 106.50 |
| .5 hr | | | | |
| Total | **0.50** | | | **$     107** |
| | | | | |
| 03/11/03 | 0.20 | Following up with Pam Estes on SAS 70 for file | 213 | 42.60 |
| 1.00 | 0.30 | Coordinating meeting between Larry Farmer and Ray Bromark for partner and concurring partner review of 2002 10K statement | 213 | 63.90 |
| | 0.50 | Working with Maureen Yeager to step up the 2003 Grace Independence Database | 213 | 106.50 |
| Total | **1.00** | | | **$     213** |
| | | | | |
| 03/12/03 | 0.80 | Preparing the GRACE Critical Matter Summary of Unadjusted Differences template | 213 | 170.40 |
| 2.00 | 0.50 | Going over 10K edits with Maureen Yeager, Nettie Fausto (Grace Accountant) and Glen Herndon (Grace Accounting Manager) | 213 | 106.50 |
| | 0.70 | Preparing the concurring partner checklist for completion by Ray Bromark concurring partner. | 213 | 149.10 |
| Total | **2.00** | | | **$     277** |
| 03/13/03 | **0.30** | Clearing Davison Replication conflicts in the database | 213 | 63.90 |
| 0.30 | | | | |
| Total | **0.30** | | | **$      64** |
| | | | | |
| 03/24/03 | | | | |
| | 4.00 | Grace Database Completion  (Completion steps area 8900 Audit Completion, 8950 Other Completion areas, and reviewing outstanding senior and manager notes left in the database. ) | 213 | 852.00 |
| 4.00 | | | | |
| Total | **4.00** | | | **$     852** |
| | | | | |
| 03/25/03 | 1.30 | Completion of the Grace database -disclosures about operating segments - Section 7050 | 213 | 276.90 |
| 6.00 | 1.10 | Completion of the Grace database - reviewing of external files - A/R confirmations and cash confirmations | 213 | 234.30 |
| | 1.40 | Grace Davison- database update on A/R step regarding the effect of credit balances on allowance account. | 213 | 298.20 |
| | 0.70 | Reviewing the external files of Grace for all the work paper references in the database. | 213 | 149.10 |
| | 1.50 | Calendar and scheduling for FY 2003 work at WR Grace.  Ensuring that PwC's timing is in line with Grace time line and expectations. | 213 | 319.50 |
| Total | **6.00** | | | **$   1,278** |
| 03/26/03 | 0.90 | Grace-Reviewing TPA and Teamassets files for the required steps in Database | 213 | 191.70 |
| 7.50 | 0.70 | Grace completion steps - updating Worldwide PwC contact list with the correct partners and managers at year end. | 213 | 149.10 |
| | 2.90 | Reviewing the Press Release documentation to ensure that it is consistent with documentation for each quarter as well as at year end. | 213 | 617.70 |
| | 0.60 | Grace completion steps - updating worldwide PwC contact list for those people at year end and following up on outstanding international reporting matters. | 213 | 127.80 |
| | 1.10 | Updating the Independence database - getting ready to export the file for completion as required by audit standards. | 213 | 234.30 |
| | 0.60 | Section 7340 - obtaining and reviewing material non-standard Journal entries | 213 | 127.80 |
| | 0.30 | Section 9500- documenting the use of PwC knowlegde management resources to prepare for client meetings | 213 | 63.90 |
| | 0.40 | Section 8900- Audit completion - confirming Stament of Auditing Standard's (SAS) requirements | 213 | 85.20 |
| Total | **7.50** | | | **$   1,598** |
| | | | | |
| 03/27/03 | 0.90 | Section 8900-Consider whether any more potential significant and complex accounting matters have been identified | 213 | 191.70 |
| 7.60 | 0.60 | Drafting the initial prepared by client list for corporate first quarter audit work | 213 | 127.80 |
| | 0.40 | Section 8900- Audit completion - confirming sampling documentation is  completed as appropriate. | 213 | 85.20 |
| | 0.50 | Section 8900- Confirm that other specific SAS requirements have been addressed, | 213 | 106.50 |
| | 0.40 | Review of the completion steps and applicable documentation with Cheryl Frick | 213 | 85.20 |
| | 0.50 | Final edits to international team contacts | 213 | 106.50 |
| | 0.60 | Finalized documentation on the credit balance effect on the AR balance for Grace Davison | 213 | 127.80 |
| | 1.70 | Grace Summary of Unadjusted differences completion, update and review. | 213 | 362.10 |

| | | | | |
|---|---|---|---|---|
| | 1.00 | External file completion - organization of materials needed to be retained for SAS documentation standards. | 213 | 213.00 |
| | 0.50 | Designing a Corporate calendar of the Grace dates along with our staffing assignments | 213 | 106.50 |
| | 0.50 | Reviewing manager and senior completion notes in A/R section of the database. | 213 | 106.50 |
| **Total** | **7.60** | | | **$    1,619** |
| | | | | |
| **03/28/03** | 0.60 | Planning meeting with Maureen, Cheryl, Nina - discuss time issue | 213 | 127.80 |
| **6.50** | 0.90 | Database- updates inserted into work to comply with new documentation standards released by the firm. ; | 213 | 191.70 |
| | 0.80 | Consider non-audit services and business arrangements and alliances steps | 213 | 170.40 |
| | 0.40 | Consider assigning Independent Reviewing Partner - capitalized PwC fees and expense steps | 213 | 85.20 |
| | 0.20 | Consult when information indicates fraud has or may have occurred step | 213 | 42.60 |
| | 1.80 | Making more database updates with required work and documentation | 213 | 383.40 |
| | 1.20 | Completing the Grace SUD and incorporating the cash flow effects | 213 | 255.60 |
| | 0.60 | Discussion with Cheryl to review the SUD template and finalized in the database | 213 | 127.80 |
| **Total** | **6.50** | | | 1,384.50 |
| | | | | |
| **03/30/03** | 0.50 | Davison -completing independent partner review steps | 213 | 106.50 |
| **1.00** | | | | |
| | 0.50 | Updating the postively confirm AR step due to new confirmation received after testing performed. | 213 | 106.50 |
| | **1.00** | | | |
| | | | | |
| **03/31/03** | 0.60 | Drafting my to do list for Cheryl Frick of outstanding items to be completed prior to leaving the engagement | 213 | 127.80 |
| **1.50** | 0.60 | Discussions with Cheryl on Grace database and status of items | 213 | 127.80 |
| | 0.30 | Revise the Corporate schedule time frame and submission of 2003 budget card request. | 213 | 63.90 |
| **Total** | **1.50** | | | **$    256** |

| | | |
|---|---|---|
| Total March Hours | **37.90** | |
| Bill Rate | 213 | |
| **Total Billed** | **$8,072.70** | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name: Jeffrey Zartman** | | | | |
| **03/26/03** | 0.90 | Reviewed Main Grace database ensuring all required steps were included | 213 | 191.70 |
| | 0.70 | Reviewed external files ensuring every external workpaper marked in the database was in the hardcopy file | 213 | 149.10 |
| | 2.80 | Creation of binder convers and table of contents | 213 | 596.40 |
| **Total** | **4.40** | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name:  Maureen Yeager** | | | | |
| 03/03/2003 | 1.20 | Preparation of an external binder for the 2002 10-K Tie-out.  This time includes documentation within the database in relation to external supporting workpapers and compiling all supporting documentation in the external binder. | 185 | 222.00 |
| | 1.70 | Review and documentation of the 10K in order to develop an open items list to be distributed to Nettie Fausto - areas of the 10K which are open for additional support | 185 | 314.50 |
| | 0.50 | Discussion on the phone with Nina Govic regarding the 2002 10K Filing and status of the final tie out of the noted filing. | 185 | 92.50 |
| | 3.60 | Completion of the tie-out of Footnote 2 - Related Financial Information.  This includes discussion with Jen Pan and Michael Schmikaveg in relation to the tie-out of the liabilities subject to compromise and review of supporting documentation for the included schedules. | 185 | 666.00 |
| | 0.40 | Discussion on the phone with Cheryl Frick in regards to additional tasks to be performed over the next few days, including Time and Expense Reporting for the Bankruptcy Courts, the Independence Database, addition of required steps to the 2003 Grace Database, etc. | 185 | 74.00 |
| | 2.60 | Completion of Footnote 19 - Business Segment Information.  This time includes agreeing each of the included schedules to supporting documentation, such as the Consolidated Analysis of Continuing Operations Spreadsheet, SOAR Printouts and ART/Pension Adjustments | 185 | 481.00 |
| 03/05/2003 | 2.40 | Update the Independence Database for the new engagement members on the team based on our January and February WIPS. This time includes sending out reminders to each of this new members, requesting that they sign an independence confirmation, as well as follow-up with personal emails for those individuals from whom their confirmations are still outstanding. | 185 | 444.00 |
| | 3.70 | Follow-up with Nettie Fausto in regards to the open items list I had distributed to her on the previous day in relation to the 10K Tie-out.  This time includes discussion of the noted support and documentation and testing performed on the support provided. | 185 | 684.50 |
| | 3.40 | Review the 10K Tie-out (updated version) to develop a consolidated list for any items that are still outstanding at this time. | 185 | 629.00 |
| 03/06/2003 | 2.20 | Completion of the tie-out of Footnote 3 - Asbestos-Related Litigation.  This time includes discussion with Michelle Persinger in relation to asbestos claims and Libby, examination of supporting schedules provided and documentation in the tied-out version of the 10-K. | 185 | 407.00 |
| | 3.90 | Completion of the MD&A Section of the 10-K.  This time includes discussion with Nettie Fausto in regards to open support, Jen Pan in regards to the Core vs. Noncore Analysis, follow-up with Mike Schmikavey in relation to Liabilities Subject to Compromise.  In addition, PwC review the supporting schedules provided and documented them in the Tie-Out. | 185 | 721.50 |
| | 2.10 | Review of additional support provided by Nettie Fausto in relation to the open items list provided in the previous day as well as discussion of the plan for the eventual edgarizing of the 10K. | 185 | 388.50 |
| | 1.30 | Final review of the 2nd version of the 10-K.  This time spent included review of the 10K for any open items, gramatical/punctuation edits and the final consolidation of edits prior to the preparation of an additional 10-K draft. | 185 | 240.50 |
| 03/07/2003 | 4.10 | Review of the 3rd Version of the 10K.  This time involves a transfer of tickmarks from the 1st version of the 10K so that a clean copy is available, agreeing all numbers per the 2nd version of the 10K to the 3rd version to ensure that adjustments have not been made, notation of any open items, etc. | 185 | 758.50 |
| | 0.90 | Documentation of additional support obtained in the 2002 Grace Database and preparation of additional external files to be incorporated in the 2002 10K Tie-out Binder. | 185 | 166.50 |
| | 0.80 | Discussion with Glenn Herndon of changes noted in the 3rd version of the 2002 10K.  This time includes explanations for the variances noted and resolution of any issues noted. | 185 | 148.00 |
| | 1.10 | Clean-up documentation in the Sales Section of the Davison Chemicals Database in order to ensure that the proper sampling methodology in relation to the testing performed in adequately documented.  This time includes review of PwC Audit for the sampling methodology. | 185 | 203.50 |
| | 0.50 | Phone conversation with Nina Govic in relation to the status of the 10K and the plan of action for the following days. | 185 | 92.50 |
| | 1.10 | Clean-up documentation performed in both the Cash and Prepaids section of the database. | 185 | 203.50 |

| Date | Hours | Description | Rate | Amount |
|---|---|---|---|---|
| 03/10/2003 | 0.90 | Discussion with Nina Govic in regards to the most recent tied-out version of the 10K. This time includes discussion of any open items, review of the support provided and conversation in regards to any additional questions/concerns noted. | 185 | 166.50 |
| | 5.00 | Based upon the receipt of the blackline version of the 10K, I reviewed the blackline version in relation to the 10K, noting any discrepancies between the two documents. In addition, all tickmarks from the original 10K were transferred to the blackline version of the 10K. | 185 | 925.00 |
| | 1.10 | Printed out a clean copy of the Blackline Version of the 10K and consolidated all comments/recommendations of the Columbia Team (Natt, Farmer, Ryan, Frick, Stickley, Yeager and Govic) on that version. These recommendations were provided to Michael Brown for incorporation in the next version of the Blackline 10K. | 185 | 203.50 |
| | 2.50 | Upon receipt of the 2nd version of the Blackline 10K, I blue ticked the new version in order to verify that all numbers had not been altered from the original version as well as ensured that all changes recommended by PwC had been incorporated into this most recent draft. | 185 | 462.50 |
| | 0.50 | PwC Team Meeting on Completion of the WR Grace Database (Stickley, Frick, Natt and Yeager) | 185 | 92.50 |
| 03/11/2003 | 0.50 | Review of the Independence Database with Aimee Stickley in order to determine the procedures to be performed in order to rollforward the database. | 185 | 92.50 |
| | 1.60 | Rollforward the Independence Database for both the International and US engagement personnel. This time includes setting up the appropriate international personnel for the engagement. | 185 | 296.00 |
| | 0.80 | Preparation of an External File Index for the 2002 WR Grace Database. This includes review of all binders that have been prepared, determining whether any files should be consolidated, ensuring that all binders referenced in the database have been prepared and are included in the index, etc. | 185 | 148.00 |
| | 1.10 | Meeting with Jan Pan, Internal Audit, in order to discuss the Core Operating Costs and their supporting schedules. This time also includes documentation in relation to this support in the 10K Tie-out. | 185 | 203.50 |
| | 3.90 | Completion of the Review of International Office Clearance Steps for each of the International locations in the 2002 Grace Database. This includes documentation of the provided clearances, summary of services, management recommendations, etc. in the database, as well as review of the international correspondence binder in order to ensure that all external workpapers in the database are included within the file. | 185 | 721.50 |
| | 2.60 | Reviewed the 3rd version of the 10K for any unusual discrepancies from the prior version and then blue ticked the document in order to ensure that the numbers and supporting schedules had not been altered. | 185 | 481.00 |
| 03/12/2003 | 4.10 | Review of the final version of the 10K. Reviewing the version that was returned to WR Grace from the Edgar filing services to assure that data provided by Grace was typed exactly by Edgar for 10K SEC filing purposes | 185 | 758.50 |
| | 0.50 | Meeting with Nettie Fausto, Glenn Herndon and Aimee Stickley in order to discuss edits noted in the Edgar Filing. | 185 | 92.50 |
| | 0.30 | Review of the Edgar Filing with Jason Natt. This time includes discussion of any changes/adjustments noted, review of the support and incorporating Jason and Larry's recommendation to the most recent Edgar Filing. | 185 | 55.50 |
| | 3.10 | Review of the 4th Quarter Press Release. This time includes transferring tickmarks from the most recent version of the press release to a clean copy, review of/ticking any supporting documentation and preparation of an external binder for the 4th Quarter Press Release. | 185 | 573.50 |
| 03/13/2003 | 1.50 | Research on FAS 141 and 142. This time includes review of Comperio, PwC Reference Library, discussions with Kathy Catellano, etc. in order to find a comprehensive learning guide to be distributed to the client. | 185 | 277.50 |
| | 2.20 | Review of the 2nd Edgar Version of the 10K Filing. This time includes blue ticking the document in order to ensure that all numbers have remained unaltered, review of the punctuation/grammer of the document and verifying that all PwC recommended changes have been made. | 185 | 407.00 |
| | 1.20 | Meeting with Nettie Fausto in order to discuss any edits noted by both PwC and the client. | 185 | 222.00 |
| | 1.10 | Review of the Corporate External Files in order to ensure that each external workpaper noted in the database has a corresponding hardcopy file in the external binder. | 185 | 203.50 |
| 03/14/2003 | 3.00 | Preparation of Binder Covers and Table of Contents for the following external binders: Corporate Binder 1 and 2, General and Administrative Binder, Q1 Review Binder, Q2 Review Binder, Q3 Review Binder and the Legal Binder. This time includes a review of the external files in order to ensure that each external workpapaer marked in the database had a hardcopy in the binder. | 185 | 555.00 |

| | | | | |
|---|---|---|---|---|
| | | Preparation of Binder Covers and Table of Contents for the following external binders: Grace Davison Binder, International Correspondence Binder, 2002 10K Tie-Out Binder, 4th Quarter Press Release Binder, 4th Quarter Earnings Call Binder, Perm Binder #1 and #2.  This time includes a review of the external files in order to ensure that each external workpapaer marked in the database had a hardcopy in the binder. | | |
| 03/21/2003 | 2.10 | | 185 | 388.50 |
| | 2.90 | Clean-up the WR Grace 2002 Audit Database in Preparation for Archiving.  This time includes completion of open documentation, addressing open item notes and preparation of the database for the risk and quality review process.  Areas reviewed include: Section 8900 (Audit Completion), Section 8950 (Other Completion Activities), Section 7100 (Final Anlytics, which entails preparation of the flux analysis for Davison Chemicals Balance Sheet and Income Statement), etc. | 185 | 536.50 |
| 03/28/2003 | 0.50 | Planning meeting with Aimee Stickley, Cheryl Frick and Nina Govic in order to discuss timing issues for completion of the 2002 database for archiving | 185 | 92.50 |
| | 4.2 | Updating Maureen Yeager and Cheryl Frick's October - December 2002 Time in order to comply with the requirements of the Bankruptcy Courts.  This time was originally reported in January but was rejected by the Bankruptcy Courts per the 7th Interim Review Report. | 185 | 777.00 |
| | 1.2 | Answer follow-up notes from Cheryl Frick and Aimee Stickley in 2002 Grace Audit Database including those matters regarding the completion of 2002 audit procedures for archiving purposes. | 185 | 222.00 |
| | 0.8 | Reviewed all supporting documentation received from the client during the 2002 audit in order to determine those documents that needed to be returned to the client, disposed of or retain for review purposes. | 185 | 148.00 |
| | 0.8 | Preparation of revised table of contents for those binders in which external workpapers were either added or deleted.  This time includes review of the external files yet again in order to ensure that every external workpaper noted in the database has a hard copy file in the binder. | 185 | 148.00 |

| | |
|---|---|
| Total March Hours | **87.50** |
| Bill Rate | 185 |
| **Total Billed** | **$16,187.50** |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|---|---|---|---|---|
| **Name: Peter Woolf** | | | | |
| **03/24/03** | 1.00 | Final partner review of the tax footnote included in the WR Grace 10K | 733 | 733.00 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Elizabeth Coyle** | | | | |
| 03/20/03 | 0.5 | Ran Work in progress reports (4 periods) | $112.00 | 56 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Renee Anderson** | | | | |
| **03/11/03** | 0.4 | Review of database documentation to meet Firm standards and archiving requirements. | 235.00 | 94.00 |
| | 0.1 | Correspondence with Greg Manning, inventory contact at Grace, to obtain additional information regarding flux in an inventory adjustment account. | 235.00 | 23.50 |
| **03/18/03** | 0.80 | Review of database documentation to meet Firm standards and archiving requirements. | 235.00 | 188.00 |
| | 0.20 | Correspondence with Greg Manning, inventory contact at Grace, to obtain additional information regarding flux in an inventory adjustment account, and documenting discussion in database. | 235.00 | 47.00 |
| **03/26/03** | 0.50 | Organizing/assembling external workpapers into audit binders for the inventory section of the audit. | 235.00 | 117.50 |
| **Total** | **2.00** | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Jonelle Lippolis** | | | | |
| **03/19/03** | 1.00 | Final Review of proper documentation of the Cash Audit procedures performed by PwC for Performance Chemicals Division and Corporate accounts | 320 | 320.00 |
| **03/22/03** | 1.00 | | 320 | 320.00 |
| | | Final Review of proper documentation of the Accounts Payable Audit procedures performed by PwC for Performance Chemicals Division and Corporate accounts ensuring proper documentation of testing procedure methods | | |
| **03/25/03** | 0.70 | Final review of Fraud Assessment to ensure all interview documentation was properly included and documented. | 320 | 224.00 |
| | 1.00 | | 320 | 320.00 |
| | | Final Review of proper documentation of the Property Plant and Equipment Audit procedures performed by PwC for Performance Chemicals Division and Corporate accounts ensuring proper documentation of testing procedure methods | | |
| | 1.60 | Final Review of proper documentation of the Accounts Receivable Audit procedures performed by PwC for Performance Chemicals Division accounts ensuring proper documentation of testing procedure methods | 320 | 512.00 |
| | 1.70 | Final Review of proper documentation of the Prepaids Audit procedures performed by PwC for Performance Chemicals Division accounts ensuring proper documentation of testing procedure methods | 320 | 544.00 |
| **03/26/03** | 3.10 | Final Review of proper documentation of the Inventory Audit procedures performed by PwC for Performance Chemicals Division accounts ensuring proper documentation of testing procedure methods | 320 | 992.00 |
| | 1.90 | Final Review of proper documentation of the Accruals Audit procedures performed by PwC for Performance Chemicals Division accounts ensuring proper documentation of testing procedure methods | 320 | 608.00 |
| **03/27/03** | 0.80 | Final organization and documentation of P&L flux information | 320 | 256.00 |
| | 1.50 | Final documentation of the reliance on internal audit procedures | 320 | 480.00 |
| | 0.70 | Final organization and documentation of the Dispenser Testing performed by Internal Audit and PwC. | 320 | 224.00 |
| | **15.00** | | | |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:** **Thomas Barbieri** | | | | |
| **02/18/2003** | 1.00 | Conference call with management to discuss implementation issues associated with FIN 45 Guarantor's Accounting and Disclosure Requirements for Guarantees, Including Indirect Guarantees of Indebtedness of Others. | 1113 | $1,113 |

**WR Grace, Inc.**
**Time Summary Report**
**Month Ended March 31, 2003**

| Date | Hours | Description of Services Provided | Bill Rate | Cost ($) |
|------|-------|--------------------------------|-----------|----------|
| **Name:  Kathleen A Burke** | | | | |
| **03/18/2003** | 0.30 | NEIS reports | 101.00 | 30.30 |
| **03/24/2003** | 0.20 | Time Detail | 101.00 | 20.20 |
| **03/28/2003** | 0.30 | UPS Shipment | 101.00 | 30.30 |