| Date | Title | Total | Description |
|---|---|---|---|

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - MARCH 2003**

| Name | Date | Title | Total | Description |
|---|---|---|---|---|
| **Jeffrey R Zartman** | 03/26/2003 | Audit Associate | 28.08 | Mileage travelling to client site in excess of normal daily commute (78 Miles) |
| | 03/27/2003 | Audit Associate | 28.08 | Mileage travelling to client site in excess of normal daily commute (78 Miles) |
| | 03/28/2003 | Audit Associate | 28.08 | Mileage travelling to client site in excess of normal daily commute (78 Miles) |
| | | | $ 84.24 | |
| **Maureen Yeager** | 03/05/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/06/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/07/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/10/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/11/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/12/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/13/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/14/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/21/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | 03/28/2003 | Audit Associate | 28.80 | Mileage travelling to client site in excess of normal daily commute (80 Miles) |
| | | | $ 288.00 | |
| **Nina Govic** | 03/10/2003 | Audit Senior Associate | 30.96 | Mileage travelling to client site in excess of normal daily commute (86 Miles) |
| | 03/11/2003 | Audit Senior Associate | 30.96 | Mileage travelling to client site in excess of normal daily commute (86 Miles) |
| | 03/12/2003 | Audit Senior Associate | 30.96 | Mileage travelling to client site in excess of normal daily commute (86 Miles) |
| | 03/24/2003 | Audit Senior Associate | 30.96 | Mileage travelling to client site in excess of normal daily commute (86 Miles) |
| | 03/24/2003 | Audit Senior Associate | 32.14 | Overtime meal while working for Cheryl Frick, Nina Govic and Aimee Stickley |
| | 03/25/2003 | Audit Senior Associate | 30.96 | Mileage travelling to client site in excess of normal daily commute (86 Miles) |
| | 03/27/2003 | Audit Senior Assoicate | 30.96 | Mileage travelling to client site in excess of normal daily commute (86 Miles) |
| | 03/28/2003 | Audit Senior Associate | 30.96 | Mileage travelling to client site in excess of normal daily commute (86 Miles) |
| | | | $ 248.86 | |
| **David Ryan** | 03/06/03 | Senior Manager | 37.80 | Mileage in excess of regular commute (105 miles x $0.36) |
| | 03/06/03 | Senior Manager | 3.30 | Tolls ($1.65 x 2) |
| | 03/28/03 | Senior Manager | 37.80 | Mileage in excess of regular commute (105 miles x $0.36) |
| | 03/28/03 | Senior Manager | 3.30 | Tolls ($1.65 x 2) |
| | | Total $ | 82.20 | |
| **Larry Farmer** | 03/05/03 | Audit Partner | 23.40 | Mileage in excess of regular commute (65 miles x $0.36) |
| | 03/06/03 | Audit Partner | 23.40 | Mileage in excess of regular commute (65 miles x $0.36) |
| | | | $ 46.80 | |
| **Jonelle Lippolis** | 03/28/03 | Audit Senior | 30.00 | Parking while bringing WR Grace audit files to the Boston, MA office for archiving. |
| | | | $ 30.00 | |
| **Aimee Stickley** | 03/10/03 | Audit Associate | 21.83 | Overtime meal for engagement team- N. Govic, C.Frick, M. Yeager, A.Stickley |
| | 03/10/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/11/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/12/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/13/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/14/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/18/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/19/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/20/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/24/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/25/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/26/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/27/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | 03/28/03 | Audit Associate | 26.64 | Mileage travelling to client site in excess of normal daily commute (74 Miles) |
| | | | $ 368.15 | |
| **Cheryl Frick** | 03/24/03 | Audit Senior Associate | 14.40 | Mileage travelling to client site in excess of normal daily commute (40 miles) |
| | 03/25/03 | Audit Senior Associate | 14.40 | Mileage travelling to client site in excess of normal daily commute (40 miles) |
| | 03/26/03 | Audit Senior Associate | 14.40 | Mileage travelling to client site in excess of normal daily commute (40 miles) |
| | 03/27/03 | Audit Senior Associate | 14.40 | Mileage travelling to client site in excess of normal daily commute (40 miles) |
| | 03/28/03 | Audit Senior Associate | 14.40 | Mileage travelling to client site in excess of normal daily commute (40 miles) |
| | 03/31/03 | Audit Senior Assoicate | 14.40 | Mileage travelling to client site in excess of normal daily commute (40 miles) |
| | | | $ 86.40 | |

**CONSOLIDATED AUDIT - WR Grace Audit**
**EXPENSE DETAIL - March 31, 2003**

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Jeffrey R Zartman | 03/26/2003 | 28.08 | | | | mileage travelling to client site |
| Jeffrey R Zartman | 03/27/2003 | 28.08 | | | | mileage travelling to client site |
| Jeffrey R Zartman | 03/28/2003 | 28.08 | | | | mileage travelling to client site |
| Maureen Yeager | 03/05/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/06/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/07/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/10/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/11/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/12/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/13/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/14/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/21/2003 | 28.80 | | | | mileage travelling to client site |
| Maureen Yeager | 03/28/2003 | 28.80 | | | | mileage travelling to client site |
| Nina Govic | 03/10/2003 | 30.96 | | | | mileage travelling to client site |
| Nina Govic | 03/11/2003 | 30.96 | | | | mileage travelling to client site |
| Nina Govic | 03/12/2003 | 30.96 | | | | mileage travelling to client site |
| Nina Govic | 03/24/2003 | 30.96 | | | | mileage travelling to client site |
| Nina Govic | 03/24/2003 | | | | 32.14 | overtime meals. |
| Nina Govic | 03/25/2003 | 30.96 | | | | mileage travelling to client site |
| Nina Govic | 03/27/2003 | 30.96 | | | | mileage travelling to client site |
| Nina Govic | 03/28/2003 | 30.96 | | | | mileage travelling to client site |
| David Ryan | 03/06/03 | 37.80 | | | | mileage travelling to client site |
| David Ryan | 03/06/03 | 3.30 | | | | tolls travelling to client site |
| David Ryan | 03/28/03 | 37.80 | | | | mileage travelling to client site |
| David Ryan | 03/28/03 | 3.30 | | | | tolls travelling to client site |
| Larry Farmer | 03/05/03 | 23.40 | | | | mileage travelling to client site |
| Larry Farmer | 03/06/03 | 23.40 | | | | mileage travelling to client site |
| Jonelle Lippolis | 03/28/03 | 30.00 | | | | Parking expense |
| Aimee Stickley | 03/10/03 | | | | 21.83 | overtime meals. |
| Aimee Stickley | 03/10/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/11/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/12/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/13/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/14/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/18/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/19/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/20/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/24/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/25/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/26/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/27/03 | 26.64 | | | | mileage travelling to client site |
| Aimee Stickley | 03/28/03 | 26.64 | | | | mileage travelling to client site |
| Cheryl Frick | 03/24/03 | 14.40 | | | | mileage travelling to client site |
| Cheryl Frick | 03/25/03 | 14.40 | | | | mileage travelling to client site |
| Cheryl Frick | 03/26/03 | 14.40 | | | | mileage travelling to client site |
| Cheryl Frick | 03/27/03 | 14.40 | | | | mileage travelling to client site |
| Cheryl Frick | 03/28/03 | 14.40 | | | | mileage travelling to client site |
| Cheryl Frick | 03/31/03 | 14.40 | | | | mileage travelling to client site |
| **Summary** | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | 1,212.82 | 1,180.68 | - | - | 32.14 | |