```
Date: 03/28/03              Legal Analysis Systems, Inc.
Time: 7:00pm                                                                Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                       HOURS/RATE    AMOUNT
--------------------------------------------------------------------------------
 01/08/03  Relles   / (11) Fee Applications, Applicant            0.2       66.00
 #7101     respond to fee auditor request for spreadsheet       330.00
           through Period 6

 02/24/03  Relles   / (11) Fee Applications, Applicant            0.2       66.00
 #7106     telephone McGuire (Campbell-Levine) re: fee auditor  330.00
           discrepancy in expenses
```

{D0009021:1 }

```
Date: 03/28/03            Legal Analysis Systems, Inc.
Time: 7:00pm                                                      Page 2

                    W. R. Grace (continued)


Date/Slip# Description                                HOURS/RATE   AMOUNT
------------------------------------------------------------------------
 01/10/03  Peterson   / (28) Data Analysis                  0.2   100.00
 #6901     telephone Relles re: status, schedule, to-do list 500.00

 01/10/03  Relles     / (28) Data Analysis                  0.2    66.00
 #7102     telephone Peterson re: status, schedule, to-do list 330.00

 01/10/03  Relles     / (28) Data Analysis                  2.0   660.00
 #7103     prepare for Finch meeting: develop standardized  330.00
           report for summarizing data and projections

 01/11/03  Relles     / (28) Data Analysis                  0.2    66.00
 #7104     prepare for Finch meeting: work on standardized  330.00
           report

 01/11/03  Relles     / (28) Data Analysis                  0.5   165.00
 #7105     prepare for Finch meeting: review data and results 330.00

 02/26/03  Peterson   / (28) Data Analysis                  2.1  1050.00
 #6902     Review forecasts                                 500.00

------------------------------------------------------------------------
```

{D0009021:1 }

```
Date: 03/28/03            Legal Analysis Systems, Inc.
Time: 7:00pm                                                              Page 3

                       W. R. Grace (continued)

               Summary Of Time Charges, By Month and Activity
                        January 2003 - February 2003

 MONTH       ACTIVITY                                         HOURS     AMOUNT
 ------------------------------------------------------------------------------
 January   - (11) Fee Applications, Applicant                   0.2      66.00
 January   - (28) Data Analysis                                 3.1    1057.00
 January   - (99) Total                                         3.3    1123.00

 February  - (11) Fee Applications, Applicant                   0.2      66.00
 February  - (28) Data Analysis                                 2.1    1050.00
 February  - (99) Total                                         2.3    1116.00

 Total     - (11) Fee Applications, Applicant                   0.4     132.00
 Total     - (28) Data Analysis                                 5.2    2107.00
 Total     - (99) Total                                         5.6    2239.00


 -------------------------------------------------------------------------------
```

{D0009021:1 }

```
Date: 03/28/03            Legal Analysis Systems, Inc.
Time: 7:00pm                                                              Page 4

                   W. R. Grace (continued)

              Summary Of Time Charges, By Month and Person
                     January 2003 - February 2003

   MONTH      PERSON                                          HOURS     AMOUNT
   ---------------------------------------------------------------------------
   January   - Relles                                           3.1    1023.00
   January   - Peterson                                         0.2     100.00
   January   - Total                                            3.3    1123.00

   February  - Relles                                           0.2      66.00
   February  - Peterson                                         2.1    1050.00
   February  - Total                                            2.3    1116.00

   Total     - Relles                                           3.3    1089.00
   Total     - Peterson                                         2.3    1150.00
   Total     - Total                                            5.6    2239.00


-------------------------------------------------------------------------------
```

{D0009021:1 }

```
Date: 03/28/03            Legal Analysis Systems, Inc.
Time: 7:00pm                                                         Page 5

                        W. R. Grace (continued)

            Summary Of Time Charges, By Activity, Month, and Person
                         January 2003 - February 2003

 MONTH       PERSON                                HOURS    RATE     AMOUNT
 ---------------------------------------------------------------------------
 (11) Fee Applications, Applicant

 January   - Relles                                  0.2    330.      66.00
 February  - Relles                                  0.2    330.      66.00

 (28) Data Analysis

 January   - Relles                                  2.9    330.     957.00
 January   - Peterson                                0.2    500.     100.00
 February  - Peterson                                2.1    500.    1050.00

 ---------------------------------------------------------------------------
```

{D0009021:1 }