## EXHIBIT A

### Asset Analysis and Recovery (.10 Hours; $47.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W.Swett | .10 | $470 | 47.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2003 | TWS | 470.00 | 0.10 | Conf NDF re discovery of insurance matters |
| **Total Task Code .01** | | | **.10** | |

### Asset Disposition (2.00 Hours; $1,250.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 2.0 | $625 | 1,250.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/7/2003 | PVL | 625.00 | 2.00 | Review email re FMC agreement (.2); finalize same (.2); teleconference Birnbaum, Wasserstein, Kruger, Baena, NDF et al re SA agreement (.6); teleconference Baena and NDF re same (.3); teleconference EI re SA and FMC agreements (.4); teleconference Weitz re FMC agreement (.2); confer CSR re same (.1). |
| **Total Task Code .02** | | | **2.0** | |

### Case Administration (83.50 Hours; $ 13,713.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $710 | 71.00 |
| Peter V. Lockwood | 1.30 | $625 | 812.50 |
| Trevor W. Swett | .10 | $470 | 47.00 |
| Rita C. Tobin | 2.70 | $340 | 918.00 |

{D0009846:1 }

| John P. Cunningham | 1.20 | $240 | 288.00 |
| Brian A. Skretny | .50 | $240 | 120.00 |
| Robert C. Spohn | 25.30 | $165 | 4,174.50 |
| Elyssa J. Strug | 11.10 | $155 | 1,720.50 |
| Tracy L. Wantuck | 41.20 | $135 | 5,562.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2003 | TLW | 135.00 | 1.70 | Assess and organize pleadings and fee applications. |
| 1/2/2003 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 12/31/02 (.2); retrieve documents requested by attorney (.2) |
| 1/2/2003 | RCT | 340.00 | 0.30 | Review correspondence/recent filings. |
| 1/3/2003 | RCT | 340.00 | 0.20 | Review weekly calendars re: EI update. |
| 1/3/2003 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 1/2/03 |
| 1/3/2003 | TLW | 135.00 | 2.50 | Reproduce verdict timeline from NDF and CSR. |
| 1/6/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/3/03 |
| 1/6/2003 | TWS | 470.00 | 0.10 | Review incoming mail (in PVNL's absence) |
| 1/6/2003 | TLW | 135.00 | 2.00 | Review Westlaw Key cite document list for mentions of "abuse of process". |
| 1/7/2003 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 1/6/03 (.2); retrieve documents requested by attorney (.2) |
| 1/8/2003 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 1/7/03 (.2); retrieve documents requested by attorney (.5) |
| 1/9/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/8/03 |

| 1/9/2003 | RCT | 340.00 | 0.20 | Review weekly calendars re: EI update. |
|---|---|---|---|---|
| 1/10/2003 | JPC | 240.00 | 0.80 | File review and admin re: 3rd Cir. appeal |
| 1/10/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 1/9/03 |
| 1/13/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/10/03 |
| 1/13/2003 | TLW | 135.00 | 0.50 | Update pleadings files. |
| 1/14/2003 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 1/13/03 (.1); retrieve documents requested by attorney (.3) |
| 1/14/2003 | TLW | 135.00 | 4.70 | Assess and organize case files. |
| 1/15/2003 | TLW | 135.00 | 7.50 | Assess and organize case files. |
| 1/15/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 1/14/03 |
| 1/16/2003 | RCT | 340.00 | 0.20 | Review weekly recommendation memos re: EI status report. |
| 1/16/2003 | TLW | 135.00 | 7.00 | Assess and organize case files |
| 1/16/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/15/03 |
| 1/17/2003 | TLW | 135.00 | 6.50 | Assess and organize case files. |
| 1/17/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 1/16/03 |
| 1/21/2003 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 1/17/03 (.2); retrieve documents requested by attorney (.3) |
| 1/21/2003 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 1/17/03 (.2); review specific issue documents and annotate for file (.3) |
| 1/21/2003 | TLW | 135.00 | 6.30 | Assess and organize files. |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 1/22/2003 | TLW | 135.00 | 2.00 | Assess and organize files. |
| 1/22/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/21/03 |
| 1/22/2003 | JPC | 240.00 | 0.40 | Follow up conference with local counsel re: pending notice of appeal and request for stay |
| 1/23/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/22/03 |
| 1/23/2003 | EJS | 155.00 | 0.40 | Updated EI & PVNL agenda files. |
| 1/24/2003 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 1/23/03 |
| 1/26/2003 | PVL | 625.00 | 0.10 | Review 5 miscellaneous filings. |
| 1/27/2003 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 1/24/03 (.2); download pleadings, review and archive in e-files (.3) |
| 1/27/2003 | EJS | 155.00 | 3.00 | Payment information for EI. |
| 1/27/2003 | EJS | 155.00 | 0.20 | Updated JWD agenda files. |
| 1/28/2003 | EJS | 155.00 | 0.30 | Updated EI & PVNL agenda files. |
| 1/28/2003 | RCS | 165.00 | 1.00 | Review and index pleadings and correspondence received 1/27/03 (.2); download pleadings, review and archive into e-files (.8) |
| 1/29/2003 | RCS | 165.00 | 0.90 | Review and index pleadings and correspondence received 1/28/03 (.3); download pleadings, review and archive into e-files (.6) |
| 1/29/2003 | PVL | 625.00 | 0.50 | Review miscellaneous email (.1); teleconference Goodman re status (.2); teleconference Hurford re pending matters (.2). |
| 1/30/2003 | EJS | 155.00 | 0.20 | Updated RCT files. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 1/30/2003 | RCS | 165.00 | 1.20 | Review and index pleadings and correspondence received 1/29/03 (.3); download pleadings, review and archive into e-files(.6); download e-mail documents for attorney (.3) |
| 1/31/2003 | RCS | 165.00 | 0.20 | review and index pleadings and correspondence received 1/30/03 |
| 2/3/2003 | RCS | 165.00 | 1.40 | Review and index pleadings and correspondence received 1/31/03 (.1); download, review and archive e-filed pleadings (1.3) |
| 2/4/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 2/3/03 |
| 2/4/2003 | EJS | 155.00 | 0.70 | Updated EI agenda and hearing files. |
| 2/4/2003 | PVL | 625.00 | 0.10 | Teleconference Hurford re status. |
| 2/5/2003 | EJS | 155.00 | 0.60 | Worked on "outstanding payments year ending 1/31/03" project for EI. |
| 2/5/2003 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 1/4/03 |
| 2/6/2003 | EJS | 155.00 | 0.10 | Worked on "outstanding payments year ending 1/31/03" project for EI. |
| 2/7/2003 | RCS | 165.00 | 1.30 | Review and index pleadings and correspondence received 1/5/03 - 2/6/03 (.2); download e-filed pleadings, review and archive (1.1) |
| 2/10/2003 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 1/7/03 |
| 2/11/2003 | RCS | 165.00 | 0.70 | Review and index pleadings and correspondence received 1/10/03 (.1); download e-filed documents, review and archive (.6) |
| 2/13/2003 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 1/12/03 (.2); download e-filed pleadings, review and archive (.2) |

| 2/14/2003 | PVL | 625.00 | 0.20 | Review DIP and LTIP motions (.1); email Campbell re omnibus hearing (.1). |
|---|---|---|---|---|
| 2/14/2003 | EJS | 155.00 | 1.00 | Updated court document files and indexes. |
| 2/14/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 1/13/03 |
| 2/15/2003 | PVL | 625.00 | 0.10 | Review 7 miscellaneous filings. |
| 2/19/2003 | EJS | 155.00 | 0.30 | Updated EI minute files. |
| 2/19/2003 | EJS | 155.00 | 0.50 | Updated EI files. |
| 2/20/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 2/18/03 - 2/19/03 |
| 2/21/2003 | RCS | 165.00 | 2.60 | Review and index pleadings and correspondence received 2/20/03 (.2); download e-filed pleadings, review and archive (2.4) |
| 2/24/2003 | EJS | 155.00 | 1.00 | Updated court document files and indexes. |
| 2/24/2003 | PVL | 625.00 | 0.10 | Review EI memos. |
| 2/24/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 2/21/03 |
| 2/24/2003 | EI | 710.00 | 0.10 | Read accumulated mail. |
| 2/24/2003 | RCT | 340.00 | 0.10 | Review weekly recommendations from local counsel. |
| 2/25/2003 | RCS | 165.00 | 1.40 | Review and index pleadings and correspondence received 2/24/03 (.3); update archive listing against e-dockets (1.1) |
| 2/26/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 2/25/03 |
| 2/27/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 2/26/03 |

| 2/28/2003 | RCT | 340.00 | 0.10 | Review weekly recommendations re: EI report. |
| 2/28/2003 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 2/27/03 (.2); download e-filed pleadings, review and archive (.3) |
| 3/3/2003 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 2/28/03 (.3); download e-filed pleadings, review and archive (.1) |
| 3/4/2003 | RCS | 165.00 | 0.50 | Review and index pleadings and correspondence received 3/3/03 (.3); download e-filed pleadings, review and archive (.2) |
| 3/5/2003 | EJS | 155.00 | 0.20 | Updated EI, PVNL & JWD agenda files. |
| 3/5/2003 | RCT | 340.00 | 0.30 | Review correspondence and EI status report. |
| 3/6/2003 | EJS | 155.00 | 0.10 | Updated EI files. |
| 3/7/2003 | PVL | 625.00 | 0.10 | Review EI memo. |
| 3/10/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/5/03 - 3/7/03 |
| 3/10/2003 | TLW | 135.00 | 0.50 | Organize TWS working files. |
| 3/10/2003 | EJS | 155.00 | 0.20 | Updated EI files. |
| 3/11/2003 | RCS | 165.00 | 0.40 | Review and index pleadings and correspondence received 3/10/03 (.2); download, review and archive e-filed pleadings (.2) |
| 3/12/2003 | EJS | 155.00 | 0.20 | Updated EI, PVNL & JWD agenda files. |
| 3/12/2003 | EJS | 155.00 | 0.20 | Updated EI hearing files. |
| 3/12/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/11/03 |

| 3/12/2003 | RCT | 340.00 | 0.30 | Review recommendations from local counsel re: EI update for wk of 3/9. |
| 3/13/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/12/03 |
| 3/14/2003 | RCT | 340.00 | 0.30 | Review local counsel recommendations for week of 3/16 for EI update. |
| 3/14/2003 | PVL | 625.00 | 0.10 | Teleconference Eskin and Milch re status. |
| 3/14/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/13/03 |
| 3/16/2003 | BAS | 240.00 | 0.50 | Reviewed Asbestos Report from retained expert consultant (.5). |
| 3/17/2003 | EJS | 155.00 | 0.20 | Updated JWD agenda files. |
| 3/17/2003 | RCS | 165.00 | 1.30 | Review and index pleadings and correspondence received 3/14/03 (.2); download e-filed fee apps, format and archive to cd rom (1.1) |
| 3/18/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/17/03 |
| 3/19/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/18/03 |
| 3/20/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/19/03 |
| 3/20/2003 | EJS | 155.00 | 0.20 | Updated EI Judge Wolin Orders index/file. |
| 3/20/2003 | EJS | 155.00 | 0.20 | Updated EI & PVNL agenda files. |
| 3/21/2003 | RCT | 340.00 | 0.30 | Review recommendations from local counsel for wk of 3/23 re: report to EI. |
| 3/21/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/20/03 |
| 3/24/2003 | EJS | 155.00 | 0.30 | Updated EI, PVNL & JWD agenda files. |

| 3/24/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/21/03 |
| 3/25/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/24/03 |
| 3/26/2003 | EJS | 155.00 | 0.20 | Updated EI hearing files. |
| 3/26/2003 | RCS | 165.00 | 0.30 | Review and index pleadings and correspondence received 3/25/03 |
| 3/26/2003 | RCT | 340.00 | 0.20 | Review claims status. |
| 3/26/2003 | RCT | 340.00 | 0.20 | Review local counsel recommendations for week of 3/30. |
| 3/27/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/26/03 |
| 3/28/2003 | RCS | 165.00 | 0.20 | Review and index pleadings and correspondence received 3/29/03 (.2). |
| 3/28/2003 | EJS | 155.00 | 0.30 | Updated EI files. |
| 3/28/2003 | EJS | 155.00 | 0.20 | Updated EI minutes files. |
| 3/31/2003 | EJS | 155.00 | 0.30 | Updated EI, PVNL, and JWD agenda files. |
| 3/31/2003 | RCS | 165.00 | 0.10 | Review and index pleadings and correspondence received 3/28/03 (.1). |

**Total Task Code .04          83.50**

## Claim Analysis Objection & Resolution (Asbestos)(19.70 Hours; $ 5,432.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .40 | $625 | 250.00 |
| Albert G. Lauber | 2.00 | $490 | 980.00 |
| Nathan D. Finch | .50 | $395 | 197.50 |
| Kimberly N. Brown | .80 | $350 | 280.00 |
| John P. Cunningham | 9.30 | $240 | 2,232.00 |
| Brian A. Skretny | 5.60 | $240 | 1,344.00 |
| Samira A. Taylor | 1.10 | $135 | 148.50 |

| Trans | Empl | Bill | Billing |

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 1/21/2003 | BAS | 240.00 | 1.20 | Completed and sent rs questions to retained expert (1.2) |
| 1/21/2003 | BAS | 240.00 | 0.10 | Phone conversation w/ above expert's assistant . (.1) |
| 1/30/2003 | BAS | 240.00 | 0.30 | T/c w/ retained medical expert re: retention of other experts (.3). |
| 2/4/2003 | SAT | 135.00 | 1.10 | Research and compile list of definitions of medical terms and jargon as per BAS request. |
| 2/4/2003 | NDF | 395.00 | 0.20 | Conf. PVNL re: expert witnesses in claims management estimation (.2). |
| 2/4/2003 | BAS | 240.00 | 0.20 | Meet w/ NDF/PVNL re: Claims Administration issues. (.2). |
| 2/12/2003 | JPC | 240.00 | 1.60 | Review and analyze Louisiana's recent asbestos opinion (.4); draft memo re: change in Louisiana law (1.2) |
| 2/20/2003 | KNB | 350.00 | 0.20 | Review incoming correspondence |
| 2/23/2003 | BAS | 240.00 | 1.30 | Gather docs and draft memo re: retention of expert consultants for distribution to committee members (1.3). |
| 2/24/2003 | BAS | 240.00 | 1.60 | Rs and write memo re: need for possible retention of various medical and scientific experts (1.6). |
| 2/25/2003 | KNB | 350.00 | 0.20 | Review incoming correspondence |
| 3/3/2003 | AGL | 490.00 | 1.20 | Adversary litigation; review draft letter to CA3 from C&L (0.3); conference w/JPC re: same (0.1); send suggested revisions to mark Hurferd (0.3); review final text of letter. |
| 3/8/2003 | PVL | 625.00 | 0.40 | Review new CA SCt. op. re medical monitoring. |

{D0009846:1 }

| 3/10/2003 | BAS | 240.00 | 0.90 | Circulate memo and attachments to Committee re: potential expert witnesses (.9) |
| 3/10/2003 | JPC | 240.00 | 1.20 | Review N&W RWY v. Ayers Sup. Ct. decision re: fear of cancer claims (.5); conduct follow up research re: status of challenged claims (.5); conference with KNB re: recent opinions addressing same (.2) |
| 3/10/2003 | KNB | 350.00 | 0.40 | Review Austern testimony |
| 3/11/2003 | AGL | 490.00 | 0.20 | Review pending orders and motions (3). |
| 3/11/2003 | NDF | 395.00 | 0.30 | Read Supreme Court opinion re: asbestos (.3). |
| 3/11/2003 | JPC | 240.00 | 0.90 | Review of record and briefs culminating in N&W Rwy v. Ayers sup. ct. decision re: fear of cancer claims |
| 3/12/2003 | AGL | 490.00 | 0.30 | Review S. Ct. opinion in N&W v. Ayers re fear of cancer damages for asbestos injury. |
| 3/12/2003 | AGL | 490.00 | 0.30 | Memo to Asbestos Litigation Group re Ayers opinion. |
| 3/14/2003 | JPC | 240.00 | 1.80 | Continue review of record and briefs culminating in N&W Rwy v. Ayers sup ct decision re: fear of cancer claims (.5); research papers filed in lower courts re: same (.5); draft survey-related memo re: update in LA law (.8) |
| 3/17/2003 | JPC | 240.00 | 1.90 | Conduct updated research re: state law cases addressing challenged claims in wake of Ayers |
| 3/18/2003 | JPC | 240.00 | 0.90 | Continue updated research re: state law cases addressing challenged claims in wake of Ayers |
| 3/25/2003 | JPC | 240.00 | 1.00 | Begin research re: property damage claims in light of recent La "stigma" option |

**Total Task Code .05          19.70**

## Claim Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 125.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/13/2003 | PVL | 625.00 | 0.20 | Teleconference Kazan re status. |

**Total Task Code .06       .20**

## Committee, Creditors', Noteholders' or Equity Holders'(4.90 Hours; $ 3,385.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.80 | $710 | 2,698.00 |
| Peter V. Lockwood | 1.10 | $625 | 687.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/28/2003 | EI | 710.00 | 0.10 | Memo to Committee re: conference schedule. |
| 2/3/2003 | PVL | 625.00 | 1.10 | Teleconference Committee and EI. |
| 2/3/2003 | EI | 710.00 | 0.80 | Committee conference call. |
| 2/13/2003 | EI | 710.00 | 2.00 | Briefing of Dan Cohn (new of-counsel on Committee) as to history, status and agenda. |
| 3/6/2003 | EI | 710.00 | 0.90 | Memos re: Futures Rep candidates (.2); read Austern testimony (.5); memo to Committee (.2). |

**Total Task Code .07       4.90**

**Employee Benefits/Pension (1.40 Hours; $ 523.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .30 | $625 | 187.50 |
| Jason K. Bortz | 1.10 | $305 | 335.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/24/2003 | PVL | 625.00 | 0.20 | Review Grace motion re pension plan. |
| 1/27/2003 | PVL | 625.00 | 0.10 | Confer JKB re pension contribution motion. |
| 2/4/2003 | JKB | 305.00 | 0.90 | Research re Code section 401(a)(33) re Curtis Bay Pension Plan. |
| 2/4/2003 | JKB | 305.00 | 0.20 | Draft email to PVNL re Code section 401(a)(33) re Curtis Bay Pension Plan. |
| **Total Task Code .08** | | | **1.40** | |

**Fee Applications, Applicant (26.20 Hours; $ 7,351.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | .20 | $625 | 125.00 |
| Rita C. Tobin | 17.10 | $340 | 5,814.00 |
| Max C. Heerman | .30 | $265 | 79.50 |
| Elyssa J. Strug | 8.60 | $155 | 1,333.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2003 | EJS | 155.00 | 0.10 | Created January fee schedule. |
| 1/3/2003 | RCT | 340.00 | 0.10 | Review January fee schedule. |
| 1/6/2003 | RCT | 340.00 | 0.30 | Review schedules & orders re: EI report. |
| 1/7/2003 | RCT | 340.00 | 1.00 | Review prebills. |

| 1/7/2003 | RCT | 340.00 | 2.50 | Work on response to fee auditor report. |
|---|---|---|---|---|
| 1/9/2003 | RCT | 340.00 | 1.00 | Review prebills. |
| 1/9/2003 | EJS | 155.00 | 1.00 | Searched and retrieved various court documents and correspondence for RCT re responding to fee auditor for 6th interim period. |
| 1/10/2003 | RCT | 340.00 | 2.50 | Review/e-mails re: fee auditors initial report (.5); collect data and review re: fee auditors initial report (1.0); draft response (1.0). |
| 1/13/2003 | RCT | 340.00 | 0.80 | Review and edit reports for monthly fee app. |
| 1/13/2003 | MCH | 265.00 | 0.30 | Draft summary of estimation brief for fee audit |
| 1/14/2003 | RCT | 340.00 | 3.00 | Draft reply to fee auditor (2.5); e-mail to MCH, TB & PVNL re: same (.5). |
| 1/18/2003 | PVL | 625.00 | 0.20 | Review draft RCT letter to Smith and email RCT re same. |
| 1/21/2003 | RCT | 340.00 | 0.50 | Review final fee app. |
| 1/21/2003 | EJS | 155.00 | 1.50 | Worked on quarterly fee application. |
| 1/21/2003 | EJS | 155.00 | 1.00 | Worked on monthly fee application. |
| 1/27/2003 | RCT | 340.00 | 0.10 | Review February fee schedules and conference with ES re: same. |
| 1/28/2003 | RCT | 340.00 | 0.50 | Review final report of fee auditor (.3); conferences with EI re: same (.2). |
| 1/29/2003 | EJS | 155.00 | 0.30 | Updated payment schedule and fee files with payments recently received. |
| 2/4/2003 | RCT | 340.00 | 0.10 | Review fee schedules for February. |
| 2/7/2003 | RCT | 340.00 | 1.00 | Review pre-bills. |
| 2/10/2003 | RCT | 340.00 | 0.50 | Review - second look. |
| 2/12/2003 | RCT | 340.00 | 0.30 | Review final fee app. |

- 15 -

| | | | | |
|---|---|---|---|---|
| 2/13/2003 | EJS | 155.00 | 1.20 | Worked on monthly fee application. |
| 2/28/2003 | EJS | 155.00 | 0.20 | Created March fee app schedule. |
| 3/3/2003 | RCT | 340.00 | 0.80 | Review fee apps. |
| 3/6/2003 | RCT | 340.00 | 0.70 | Review ans select prebill (.5); email TB re: same (.2). |
| 3/11/2003 | RCT | 340.00 | 0.40 | Email and telecon to TB re: fee app changes (.3); conference with ES re: same (.1). |
| 3/11/2003 | RCT | 340.00 | 0.10 | Review March fee app schedules. |
| 3/11/2003 | EJS | 155.00 | 0.50 | Updated payment chart with payment received 3/10/03. |
| 3/13/2003 | EJS | 155.00 | 1.30 | Worked on Notice to monthly fee application. |
| 3/17/2003 | EJS | 155.00 | 0.50 | Worked on monthly fee application. |
| 3/18/2003 | EJS | 155.00 | 0.40 | Worked on monthly fee application. |
| 3/19/2003 | RCT | 340.00 | 0.50 | Review fee apps - final. |
| 3/21/2003 | EJS | 155.00 | 0.30 | Created April fee application schedule. |
| 3/24/2003 | RCT | 340.00 | 0.10 | Conference with ES re: April schedule and assignments. |
| 3/27/2003 | EJS | 155.00 | 0.30 | Updated RCT fee files. |
| 3/31/2003 | RCT | 340.00 | 0.30 | Review response to fee auditor. |

**Total Task Code .12      26.20**

## Fee Applicants, Others (2.00 Hours; $ 760.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter V. Lockwood | 1.00 | $625 | 625.00 |
| Tracy L. Wantuck | 1.00 | $135 | 135.00 |

| Trans | Empl | Bill | Billing |
|---|---|---|---|

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 1/6/2003 | TLW | 135.00 | 1.00 | Search fee applications for Pitney Harding 12/4/01 special fee application. |
| 2/13/2003 | PVL | 625.00 | 0.10 | Review 5 fee applications. |
| 2/21/2003 | PVL | 625.00 | 0.20 | Review 6 fee applications. |
| 3/10/2003 | PVL | 625.00 | 0.10 | Review 5 fee applications. |
| 3/17/2003 | PVL | 625.00 | 0.50 | Review 3 miscellaneous filings re fees (.1); teleconference Friedman re fee application (.3); teleconference EI re same (.1). |
| 3/25/2003 | PVL | 625.00 | 0.10 | Review 2 fee applications. |

**Total Task Code .13**       **2.00**

**Financing (.10 Hours; $ 62.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter V. Lockwood | .10 | $625 | 62.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 3/3/2003 | PVL | 625.00 | 0.10 | Review amended DIP motion. |

**Total Task Code .14**       **.10**

**Plan & Disclosure Statement (2.20 Hours; $ 1,280.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | .60 | $710 | 426.00 |
| Peter V. Lockwood | .90 | $625 | 562.50 |
| Julie W. Davis | .20 | $470 | 94.00 |
| Nathan D. Finch | .50 | $395 | 197.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|

{D0009846:1 }

| | | | | |
|---|---|---|---|---|
| 1/21/2003 | PVL | 625.00 | 0.30 | Teleconference Weitz and Budd re plan negotiations. |
| 1/24/2003 | PVL | 625.00 | 0.40 | Confer NDF re plan issues. |
| 1/27/2003 | PVL | 625.00 | 0.20 | Teleconference Weitz re plan negotiations (.1); teleconference EI re same (.1). |
| 2/21/2003 | JWD | 470.00 | 0.20 | Telephone conference with J. Heberling re TDP issues |
| 2/24/2003 | EI | 710.00 | 0.60 | T/c Bernick re: futures rep (.2); memo to Committee re: same (.2); t/c Weitz re: same (.2). |
| 3/7/2003 | NDF | 395.00 | 0.50 | Read David Austern Senate testimony for evaluation as fitness as futures rep (.5). |

**Total Task Code .17**        **2.20**

{D0009846:1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 693.20 |
| Air Freight & Express Mail | 3.34 |
| Charge of Cell and/or Home Phone Useage | 26.10 |
| Conference Meals | 254.45 |
| Database Research | 1,469.87 |
| Filing Fees | 144.75 |
| Long Distance Telephone Chge-Credit Card | 18.49 |
| Long Distance Telephone - Equitrac In-House | 129.52 |
| NYO Long Distance Telephone | 587.22 |
| Outside Local Deliveries | 131.42 |
| Overtime Meals | 26.20 |
| Postage | 4.75 |
| Research Material | 287.21 |
| Telecopier/Equitrac | 100.35 |
| Travel Expenses – Ground Transportation | 111.46 |
| Travel Expenses – LD Calls on Hotel Bill | 42.92 |
| Xeroxing | 1,225.20 |

Total:                                              $ 5,256.45