**EXHIBIT B**

**Asset Analysis and Recovery (.1 Hours; $47.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**            .1

**Asset Disposition (2.0 Hours; $ 1,250.00)**

Services rendered in this category pertain to the allocation, management and control of the Debtors' assets.

**Total Task Code .02**            2.0

**Case Administration (83.5 Hours; $ 13,713.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**            83.5

**Claim Analysis Objection & Resolution (Asbestos) (19.7 Hours; $ 5,432.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**            19.7

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 125.00)**

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**            .2

**Committee, Creditors' Noteholders' or Equity Holders' (4.9 Hours; $ 3,385.50)**

{D0009847:1 }

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**           4.9

**Employee Benefits/Pension (1.4 Hours; $ 523.00)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**           1.4

**Fee Applications, Applicant (26.2 Hours; $ 7,351.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**           26.2

**Fee Applications, Others (2.0 Hours; $ 760.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**           2.0

**Financing (.1 Hours; $ 62.50)**

Services rendered in this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14**           .1

**Plan & Disclosure Statement (2.2 Hours; $ 1,280.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

{D0009847:1 }

**Total Task Code .17**          **2.2**

{D0009847:1 }