**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 693.20 |
| Air Freight & Express Mail | 3.34 |
| Charge of Cell and/or Home Phone Useage | 26.10 |
| Conference Meals | 254.45 |
| Database Research | 1,469.87 |
| Filing Fees | 144.75 |
| Long Distance Telephone Chge-Credit Card | 18.49 |
| Long Distance Telephone - Equitrac In-House | 129.52 |
| NYO Long Distance Telephone | 587.22 |
| Outside Local Deliveries | 131.42 |
| Overtime Meals | 26.20 |
| Postage | 4.75 |
| Research Material | 287.21 |
| Telecopier/Equitrac | 100.35 |
| Travel Expenses – Ground Transportation | 111.46 |
| Travel Expenses – LD Calls on Hotel Bill | 42.92 |
| Xeroxing | <u>1,225.20</u> |
| Total: | $ 5,256.45 |

{D0009848:1 }