**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2003 THROUGH MARCH 31, 2003**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

| Date Filed; Docket No. | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses |
|---|---|---|---|---|---|
| 2/28/03; 3434 | 1/1/03-1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | **Pending** | **Pending** |
| 3/31/03; 3572 | 2/1/03-2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | **Pending** | **Pending** |
| 4/29/03; 3719 | 3/1/03-3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative Jan. to Mar., 2003 Hours | Cumulative Jan. to Mar., 2003 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .1 | $ 47.00 | .1 | 47.00 |
| Asset Disposition | 2.0 | $ 1,250.00 | 2.0 | 1,250.00 |
| Business Operations | .0 | $ .00 | 13.0 | $ 4,914.00 |
| Case Administration | 83.5 | $ 13,713.50 | 1,490.4 | $ 312,740.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 19.7 | $ 5,432.00 | 1,213.1 | $ 339,783.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .2 | $ 125.00 | 2.8 | $ 1,529.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 4.9 | $ 3,385.50 | 71.0 | $ 38,118.50 |
| Employee Benefits/Pension | 1.4 | $ 523.00 | 7.9 | $ 3,879.50 |
| Employment Applications, Applicant | .0 | .00 | 32.8 | $ 8,214.00 |
| Employment Applications, Others | .0 | $ .00 | 38.9 | $ 14,930.00 |

{D0009850:1 }

| | | | | |
|---|---|---|---|---|
| Expenses | .0 | .00 | .0 | .00 |
| Fee Applications, Applicant | 26.2 | $ 7,351.50 | 196.1 | $ 48,102.50 |
| Fee Applications, Others | 2.0 | $ 760.00 | 20.4 | $ 5,201.50 |
| Financing | .1 | $ 62.50 | .1 | 62.50 |
| Hearings | .0 | $ .00 | 52.0 | $ 30,098.50 |
| Litigation and Litigation Consulting | .0 | $ .00 | 1,233.8 | $ 382,963.50 |
| Plan & Disclosure Statement | 2.2 | $ 1,280.00 | 11.0 | $ 5,035.00 |
| Relief from Stay Proceedings | .0 | $ .00 | .0 | .00 |
| Tax Issues | .0 | $ .00 | 60.1 | $ 19,081.00 |
| Tax Litigation | .0 | $ .00 | 23.7 | $ 7,312.50 |
| Travel-Non-Working | .0 | $ .00 | 296.8 | $ 55,776.50 |
| Valuation | .0 | .00 | .0 | .00 |
| ZAI Science Trial | .0 | .00 | | .00 |
| ZAI Science Trial – Expenses | .0 | .00 | | .00 |
| Other | .0 | .00 | | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | | .00 |
| **Totals** | **142.3** | **$33,930.00** | **4,766.0** | **$1,279,039.50** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/03 – 3/31/03 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 1,469.87 | $ 60,864.86 |
| Research Material | 287.21 | 1,809.86 |
| Air Freight & Express Mail | 3.34 | 7,184.98 |
| Outside Local Deliveries | 131.42 | 696.21 |

{D0009850:1 }

| | | |
|---|---:|---:|
| Filing Fees | 144.75 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 254.45 | 1,155.80 |
| Outside Photocopy Service | .00 | 23,098.19 |
| Professional Fees & Expert Witness Fees | .00 | 10,546.80 |
| Court Reporting/Transcript Service | .00 | 4,145.19 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | 693.20 | 38,671.99 |
| Meals Related to Travel | .00 | 2,936.51 |
| Travel Expenses – Hotel Charges | .00 | 13,181.45 |
| Travel Expenses – Ground Transportation | 111.46 | 6,621.98 |
| Travel Expenses – Miscellaneous | .00 | 73.30 |
| Travel Expenses – LD Calls on Hotel Bill | 42.92 | 1,068.35 |
| Local Transportation - DC | .00 | 110.80 |
| Local Transportation – NY | .00 | 183.58 |
| Xeroxing | 1,225.20 | 39,565.05 |
| Postage | 4.75 | 151.87 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | 26.20 | 26.20 |
| Telecopier | 100.35 | 1,310.65 |
| Long Distance –Credit Card | 18.49 | 934.27 |
| Long Distance Telephone - DC | 129.52 | 1,668.84 |
| NYO Long Distance Telephone | 587.22 | 1,814.68 |
| Use of Cell/Home Phone | 26.10 | 527.51 |
| **TOTAL** | **$ $5,256.45** | **$ $219,252.44** |