**L TERSIGNI CONSULTING P.C.**
**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**April 28, 2003**

**Invoice No. 04303**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

For services rendered in connection with the above-captioned matter during the period March 1, 2003 through March 31, 2003 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 0.50 | $237.50 |
| Michael Berkin - Managing Director | 4.30 | $1,935.00 |
| Dottie-Jo Collins - Manager | 0.30 | $78.00 |

| Expenses   (see Schedule C) | | |
|---|---|---|
| Federal Express, Telephone, Xerox | | $20.00 |
| **T O T A L** | | $2,270.50 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
by Billing Matter Category.

**L TERSIGNI CONSULTING P.C.**

**Certified Public Accountant**

2001 West Main Street - Suite 220
Stamford, CT. 06902
Telephone:  203-569-9090
Facsimile: 203-569-9098

**April 28, 2003**

**Invoice No. 04303**

**Marla Rosoff Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

## RE:    W.R. Grace

Summary of Professional Services Rendered:   March 1-31, 2003

| Name | Schedule | Rate (2003) | Hours | Amount |
|------|----------|-------------|-------|--------|
| Loreto T. Tersigni | Schedule  A | $475 | 0.50 | $237.50 |
| Michael Berkin | Schedule  A | $450 | 4.30 | $1,935.00 |
| Dottie-Jo Collins | Schedule  A | $260 | 0.30 | $78.00 |
| | **Total  Professional  Services- Schedule A:** | | 5.10 | $2,250.50 |
| | **Total Out of Pocket Expenses- Schedule C:** | | | $20.00 |
| | **TOTAL   DUE   THIS   INVOICE** | | | $2,270.50 |

Please Note:   Schedule B (attached)  reflects Professional Services Summary
               by Billing Matter Category.

# W.R. Grace

## Schedule A

### Services Rendered during the Period:  March 1-31, 2003

| Date | | Comment | CAT. | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 3/20/03 | LT | Review of engagement status | 27 | 0.30 | $475.00 | $142.50 |
| 3/20/03 | LT | Review fee application for the month of February 2003 including timekeepers daily entries | 12 | 0.20 | $475.00 | $95.00 |
| | | **Sub-Total** | | 0.50 | | $237.50 |
| **Michael Berkin - Managing Director** | | | | | | |
| 3/3/03 | MB | Review data from recent 10K filings and identify additional information needed to perform pension analysis | 08 | 1.40 | $450.00 | $630.00 |
| 3/10/03 | MB | Review 3/7/03 Calendar of Critical Events | 27 | 0.50 | $450.00 | $225.00 |
| 3/17/03 | MB | Review 3/14/03 Calendar of Critical Events | 27 | 0.50 | $450.00 | $225.00 |
| 3/24/03 | MB | Review 3/21/03 Calendar of Critical Events | 27 | 0.40 | $450.00 | $180.00 |
| 3/31/03 | MB | Review 3/28/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 3/31/03 | MB | Review account status, open issues and calendar for upcoming events | 27 | 0.30 | $450.00 | $135.00 |
| 3/31/03 | MB | Review Grace fourth quarter advisor presentation in preparation for conference call with management | 27 | 0.90 | $450.00 | $405.00 |
| | | **Sub-Total** | | 4.30 | | $1,935.00 |
| **Dottie Collins - Manager** | | | | | | |
| 3/31/03 | DC | Compilation and consolidation of monthly services rendered | 12 | 0.20 | $260.00 | $52.00 |
| 3/31/03 | DC | Assignment of Monthly Billing Categories | 12 | 0.10 | $260.00 | $26.00 |
| | | **Sub-Total** | | 0.30 | | $78.00 |

### TOTAL   Schedule A :

| | Hours | Amount |
|---|---|---|
| | 5.10 | $2,250.50 |

# W.R. Grace

**Schedule  B**

**Services Rendered during the Period:   March 1-31, 2003**

| Date | Associate | Comment | Category | Hours | Rate | Amount |
|------|-----------|---------|----------|-------|------|--------|
| 3/3/03 | MB | Review data from recent 10K filings and identify additional information needed to perform pension analysis | 08 | 1.40 | $450.00 | $630.00 |
| | | **TOTAL Category  08:  Employee Benefits/Pension** | | 1.40 | | $630.00 |
| | | | | | | |
| 3/20/03 | LT | Review fee application for the month of February 2003 including timekeepers daily entries | 12 | 0.20 | $475.00 | $95.00 |
| 3/31/03 | DC | Compilation and consolidation of monthly services rendered | 12 | 0.20 | $260.00 | $52.00 |
| 3/31/03 | DC | Assignment of Monthly Billing Categories | 12 | 0.10 | $260.00 | $26.00 |
| | | **TOTAL Category  12: Fee Application, Applicant** | | 0.50 | | $173.00 |
| | | | | | | |
| 3/10/03 | MB | Review 3/7/03 Calendar of Critical Events | 27 | 0.50 | $450.00 | $225.00 |
| 3/17/03 | MB | Review 3/14/03 Calendar of Critical Events | 27 | 0.50 | $450.00 | $225.00 |
| 3/20/03 | LT | Review of engagement status | 27 | 0.30 | $475.00 | $142.50 |
| 3/24/03 | MB | Review 3/21/03 Calendar of Critical Events | 27 | 0.40 | $450.00 | $180.00 |
| 3/31/03 | MB | Review 3/28/03 Calendar of Critical Events | 27 | 0.30 | $450.00 | $135.00 |
| 3/31/03 | MB | Review account status, open issues and calendar for upcoming events | 27 | 0.30 | $450.00 | $135.00 |
| 3/31/03 | MB | Review Grace fourth quarter advisor presentation in preparation for conference call with management | 27 | 0.90 | $450.00 | $405.00 |
| | | **TOTAL Category  27:  Business Analysis** | | 3.20 | | $1,447.50 |

**TOTAL   Schedule B :**         5.10         $2,250.50

# W. R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Category | Amount |
|---|---|---|
| Telephone | 11 | $5.50 |
| Xerox:   ( 145 x $0.10 per page) | 11 | $14.50 |
| **Total Expenses incurred from  March 1-31, 2003** | | $20.00 |