Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

```
                                                              Page: 1
W.R. Grace                                                  01/31/03
Wilmington   DE                              ACCOUNT NO: 3001-00D
                                             STATEMENT NO:        3

Fraudulent Conveyance - Expenses



         PREVIOUS BALANCE                                 $4,683.60



01/31/03 Pacer charges for December, 2002 - Docket report,
         image,  associated cases                             12.74
                                                             -----
         TOTAL EXPENSES                                       12.74

         TOTAL CURRENT WORK                                   12.74


         BALANCE DUE                                      $4,696.34
                                                          =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

```
                    Campbell & Levine, LLC
                      1700 Grant Building
                     Pittsburgh, PA  15219
                         412-261-0310
```

```
                                                            Page: 1
    W.R. Grace                                            01/31/03
    Wilmington  DE                              ACCOUNT NO: 3001-01D
                                                STATEMENT NO:       3

    Fraudulent Conveyance Adv. Proceeding



        PREVIOUS BALANCE                                  $13,863.00


                                                     HOURS
    01/20/03
        MTH  Review and edit pre-bill                     0.20     53.00

    01/21/03
        MTH  Review correspondence from J. Cunningham
             re: briefing scheduled, status of
             settlement (.2); meeting with MRE re:
             same (.2)                                    0.40    106.00
        MRE  Review of e-mails regarding briefing
             schedule for appeal                          0.20     55.00
        MRE  Telephone call with John Cunningham
             regarding briefing schedule for Notice of
             Appeal                                       0.20     55.00
        MRE  Review of pleadings related to briefing
             schedule                                     0.40    110.00

    01/22/03
        MTH  Telephone conference with Scott Baena re:
             3rd circuit brief, motion to extend
             briefing schedule                            0.20     53.00
        MTH  Telephone conference with L. Jones re:
             3rd circuit brief, motion to extend
             briefing schedule                            0.10     26.50
        MTH  Telephone conference with L. Kruger re:
             briefing schedule                            0.10     26.50
        MTH  Telephone conference with L. Kruger and
             A. Kreiger re: briefing schedule             0.10     26.50
        MTH  Review relevant documents re: parties to
             contact re: briefing schedule (.2);
             meeting with MRE re: same (.2)               0.40    106.00
        MTH  Review correspondence from J. Cunningham
             and A. Lauber re: briefing schedule,
```

```
                                                                  Page: 2
    W.R. Grace                                                  01/31/03
                                                  ACCOUNT NO: 3001-01D
                                                  STATEMENT NO:       3
    Fraudulent Conveyance Adv. Proceeding




                                                        HOURS
         issues, possible extension                      0.20      53.00
       MTH Review correspondence from MRE re:
           briefing schedule, issues                     0.10      26.50
       MRE Meeting with MTH regarding
           teleconferences with other counsel in the
           briefing schedule                             0.20      55.00
       MRE Meeting with MTH regarding phone calls to
           parties regarding briefing schedule and
           e-mail to John Cunningham regarding same      0.50     137.50
       MTH Meeting with MRE re: contact from
           parties; position re: motion                  0.20      53.00

01/23/03
       MTH Telephone conference with J. Ellington
           re: briefing schedule (3 calls)               0.20      53.00
       MTH Telephone conference with C. Winters re:
           briefing schedule                             0.20      53.00
       MTH Telephone conference with S. Birnbaum re:
           briefing schedule                             0.10      26.50
       MTH Correspondence to J. Cunningham re:
           status re: contacts re: briefing schedule     0.20      53.00
       MTH Telephone conference with J. Ellington
           re: briefing schedule, participation in
           appeals process                               0.10      26.50

01/24/03
       MTH Telephone conference with Laura Davis
           Jones' office re: extend briefing
           schedule                                      0.10      26.50
       MTH Telephone conference with S. McMillan re:
           briefing schedule                             0.10      26.50
       MTH Telephone conference with Scott McFarland
           re: briefing schedule extension               0.10      26.50

01/28/03
       MTH Telephone conference with E. Strug re:
           bankruptcy attorney fee and costs re:
           Sealed Air                                    0.20      53.00
       MTH Correspondence to PEM re: bankruptcy
           attorney fees and costs and response
           thereto                                       0.20      53.00
       MTH Telephone conference with PEM re: fees
           and costs re: Heberling                       0.20      53.00
```

```
                                                              Page: 3
    W.R. Grace                                              01/31/03
                                              ACCOUNT NO:   3001-01D
                                              STATEMENT NO:        3

    Fraudulent Conveyance Adv. Proceeding




                                                      HOURS
01/30/03
    MTH Telephone conference with A. Krieger re:
        briefing schedule                              0.20       53.00
                                                       ----   --------
        FOR CURRENT SERVICES RENDERED                  5.40    1,446.00

                            RECAPITULATION
    TIMEKEEPER                         HOURS HOURLY RATE       TOTAL
    Mark T. Hurford                     3.90     $265.00   $1,033.50
    Marla R. Eskin                      1.50      275.00      412.50


        TOTAL CURRENT WORK                                    1,446.00


        BALANCE DUE                                         $15,309.00
                                                          ==========
```

       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                            412-261-0310




                                                                    Page: 1
    W.R. Grace                                                    01/31/03
    Wilmington   DE                              ACCOUNT NO         3001D




PREVIOUS BALANCE       FEES     EXPENSES    ADVANCES     PAYMENTS      BALANCE

    3001-00 Fraudulent Conveyance - Expenses
        4,683.60       0.00        12.74        0.00         0.00   $4,696.34

    3001-01 Fraudulent Conveyance Adv. Proceeding
       13,863.00   1,446.00         0.00        0.00         0.00  $15,309.00

       ---------   --------       -----        ----         ----  ----------
       18,546.60   1,446.00       12.74        0.00         0.00  $20,005.34
                                                                  ==========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.