```
                       Campbell & Levine, LLC
                         1700 Grant Building
                       Pittsburgh, PA  15219
                            412-261-0310
```

```
                                                               Page: 1
    W.R. Grace                                              02/28/2003
    Wilmington   DE                              ACCOUNT NO: 3001-00D
                                                 STATEMENT NO:      4

    Fraudulent Conveyance - Expenses



         PREVIOUS BALANCE                                   $4,696.34



02/10/03 Parcels, Inc. Delaware Document Retrieval to the
         Third Circuit Court of Appeals on 2/7/03              107.50
02/16/03 AT&T Long Distance Phone Calls for January and
         February 2003                                           3.84
02/20/03 Parcels, Inc. Delaware Document Retrieval -
         copied 2 page document 19 times, velobind and
         post mail on 2/7/03                                    28.05
                                                              ------
         TOTAL EXPENSES                                        139.39

         TOTAL CURRENT WORK                                    139.39


         BALANCE DUE                                        $4,835.73
                                                            =========
```

```
    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.
```

```
                    Campbell & Levine, LLC
                      1700 Grant Building
                     Pittsburgh, PA  15219
                         412-261-0310
```

```
                                                          Page: 1
W.R. Grace                                            02/28/2003
Wilmington  DE                             ACCOUNT NO: 3001-01D
                                           STATEMENT NO:       4

     Fraudulent Conveyance Adv. Proceeding
```

| | | HOURS | |
|---|---|---:|---:|
| | PREVIOUS BALANCE | | $15,309.00 |
| 02/04/03 | | | |
| MTH | Reviewing correspondence from J. Cunningham re briefing schedule to Third Circuit. | 0.10 | 26.50 |
| MTH | Telephone conversation with J. Cunningham re briefing schedule to Third Circuit. | 0.10 | 26.50 |
| MTH | Telephone conversation with J. Cunningham re briefing schedule to Third Circuit. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from J. Cunningham re motion to extend briefing schedule | 0.10 | 26.50 |
| MTH | Reviewing relevant documents and begin preparing Motion to Extend Briefing Schedule. | 1.00 | 265.00 |
| MTH | Reviewing correspondence from J. Cunningham re motion to stay briefing schedule. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from J. Cunningham re status of contacts with opposing counsel. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from J. Cunningham re proceed with motion. | 0.10 | 26.50 |
| 02/05/03 | | | |
| MTH | Preparing motion for extension of briefing schedule. | 3.00 | 795.00 |
| MTH | Telephone conversation with J. Cunningham re motion for extension of briefing schedule. | 0.20 | 53.00 |
| MTH | Telephone conversation with J. Cunningham re draft motion. | 0.20 | 53.00 |
| MTH | Correspondence to J. Cunningham re draft | | |

```
                                                               Page:    2
     W.R. Grace                                              02/28/2003
                                                   ACCOUNT NO:  3001-01D
                                                   STATEMENT NO:       4
     Fraudulent Conveyance Adv. Proceeding


                                                      HOURS
          motion.                                       0.20       53.00

02/06/03
     MTH Telephone conversation with J. Cunningham
         re motion to stay briefing.                    0.10       26.50

02/07/03
     MTH Telephone conversation with J. Cunningham
         re Motion to Stay.                             0.20       53.00
     MTH Telephone conversation with J. Cunningham
         re service issues re motion to stay.           0.10       26.50
     MTH Reviewing correspondence from J.
         Cunningham re service of motion to stay.       0.10       26.50
     MTH Reviewing and revising Motion to Stay
         Briefing Schedule.                             1.50      397.50
     MTH Addressing service of process issues re
         motion to stay, filing issues with Third
         Circuit (Due to significant snow storm,
         the federal courts are closed today in
         Delaware and the office is not staffed).       0.50      132.50
     MTH Correspondence to Clerk of Court re
         Motion to Stay Briefing Schedule.              0.30       79.50

02/10/03
     MTH Reviewing correspondence from J.
         Cunningham re Third Circuit Motion.            0.10       26.50
     MTH Meeting with LMP re Third Circuit Motion.      0.20       53.00
     MTH Correspondence to J. Cunningham re motion
         to stay briefing.                              0.20       53.00
     MTH Reviewing correspondence from J.
         Cunningham re service of motion to stay
         briefing.                                      0.10       26.50
     MTH Correspondence to J. Cunningham re
         service of motion to stay briefing.            0.10       26.50
     MTH Correspondence to J. Cunningham re motion
         to stay briefing, bound copies.                0.10       26.50

02/25/03
     AFM Review CNO for Caplin & Drysdale
         (Monthly- December)                            0.10       20.00
     MTH Reviewing pre-bill.                            0.20       53.00

02/26/03
     MTH Reviewing pre-bill.                            0.20       53.00
```

```
                                                                Page: 3
     W.R. Grace                                              02/28/2003
                                                   ACCOUNT NO: 3001-01D
                                                   STATEMENT NO:      4
     Fraudulent Conveyance Adv. Proceeding




                                                         HOURS
02/27/03
     AFM Review and sign CNO for Caplin & Drysdale
         (Monthly- December)                              0.10     20.00
     MTH Telephone conversation with Al Lauber re
         letter to third circuit re status of
         settlement.                                      0.10     26.50
     MTH Correspondence to Al Lauber and J.
         Cunningham re letter to third circuit re
         settlement.                                      0.20     53.00
     MTH Reviewing correspondence from Al Lauber
         re letter to third circuit re settlement.        0.10     26.50

02/28/03
     MTH Reviewing correspondence from N. Finch re
         status of Sealed Air settlement.                 0.10     26.50
     MTH Drafting correspondence to Third Circuit
         re status of Sealed Air settlement.              0.60    159.00
     MTH Reviewing correspondence from PEM re
         correspondence to Third Circuit.                 0.10     26.50
     MTH Correspondence to PEM re correspondence
         to Third Circuit (and response thereto).         0.10     26.50
     MTH Reviewing correspondence from PVNL re
         letter to third circuit.                         0.10     26.50
                                                         -----   --------
         FOR CURRENT SERVICES RENDERED                   10.90   2,875.50

                          RECAPITULATION
     TIMEKEEPER                         HOURS HOURLY RATE      TOTAL
     Aileen F. Maguire                   0.20     $200.00     $40.00
     Mark T. Hurford                    10.70      265.00   2,835.50


     TOTAL CURRENT WORK                                         2,875.50


     BALANCE DUE                                                $18,184.50
                                                                ==========




     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

```
                        Campbell & Levine, LLC
                          1700 Grant Building
                         Pittsburgh, PA  15219
                             412-261-0310




                                                                Page: 1
   W.R. Grace                                                 02/28/2003
   Wilmington  DE                              ACCOUNT NO        3001D




PREVIOUS BALANCE        FEES    EXPENSES    ADVANCES    PAYMENTS     BALANCE

    3001-00 Fraudulent Conveyance - Expenses
        4,696.34       0.00      139.39        0.00        0.00    $4,835.73

    3001-01 Fraudulent Conveyance Adv. Proceeding
       15,309.00   2,875.50        0.00        0.00        0.00   $18,184.50

       ---------   --------     ------        ----        ----    ----------
       20,005.34   2,875.50      139.39        0.00        0.00   $23,020.23
                                                                  ==========
```

     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.