Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-01D
                                      STATEMENT NO:      22

Asset Analysis and Recovery



PREVIOUS BALANCE                                  $1,764.30


                                        HOURS
03/07/03
    MTH Reviewing correspondence from EI re
        future representative issue.            0.30      79.50
                                                ----     -----
        FOR CURRENT SERVICES RENDERED          0.30      79.50

                     RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE     TOTAL
    Mark T. Hurford              0.30    $265.00    $79.50


    TOTAL CURRENT WORK                                  79.50


03/12/03 Payment - Thank you. (November, 2002 - 80%)     -44.00


    BALANCE DUE                                     $1,799.80
                                                    =========




Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                              03/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-02D
                                       STATEMENT NO:      22


Asset Disposition



PREVIOUS BALANCE                                         $787.30


                                                HOURS
03/27/03
    MTH Reviewing Debtors' Motion for an Order
        Extending Time to Assume Unexpired
        Residential Leases.                      0.30    79.50
                                                 ----    -----
        FOR CURRENT SERVICES RENDERED            0.30    79.50

                        RECAPITULATION
    TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
    Mark T. Hurford             0.30    $265.00      $79.50


    TOTAL CURRENT WORK                                    79.50


03/12/03 Payment - Thank you. (November, 2002 - 80%)     -234.00


    BALANCE DUE                                          $632.80
                                                         =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        03/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-03D
                                    STATEMENT NO:      17


Business Operations




    PREVIOUS BALANCE                              $678.50


                                    HOURS
03/31/03
    MTH Reviewing correspondence from D. Siegel
        to Judge Fitzgerald re financial
        documents.                        0.10    26.50
                                          ----   -----
    FOR CURRENT SERVICES RENDERED         0.10    26.50

                    RECAPITULATION
    TIMEKEEPER              HOURS HOURLY RATE    TOTAL
    Mark T. Hurford          0.10    $265.00   $26.50


    TOTAL CURRENT WORK                           26.50


03/12/03 Payment - Thank you. (November, 2002 - 80%)    -338.40


    BALANCE DUE                                  $366.60
                                                 =======




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                        03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-04D
                                      STATEMENT NO:      22


        Case Administration



        PREVIOUS BALANCE                          $1,392.40



                                           HOURS
03/04/03
    MAL Attention to Document Organization    0.20      19.00

03/06/03
    MAL Attention to Document Organization    0.30      28.50

03/07/03
    DEM Update Attorney Binder                0.10       9.50

03/10/03
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)       0.30      28.50
    PEM Review DK Acquisition Partners motion to
        permit trading in debtor's bank debt
        (.4); telephone conference with MTH re:
        same (.2)                             0.60     174.00

03/11/03
    MTH Telephone conversation with PEM re DK
        Motion.                               0.10      26.50
    MTH Reviewing correspondence from PEM re DK
        Motion.                               0.10      26.50

03/17/03
    MAL Attention to document organization    0.40      38.00

03/19/03
    MAL Attention to document organization    0.10       9.50

03/21/03
    MTH Reviewing 2 Affidavits under Section 327.    0.10      26.50

```
                                                     Page: 2
W.R. Grace                                         03/31/2003
                                         ACCOUNT NO: 3000-04D
                                         STATEMENT NO:      22

Case Administration



                                                  HOURS
03/25/03
    MTH Review DK Acquisition Motion re trading.     0.20     53.00

03/26/03
    MTH Telephone conversation with PEM re DK
        Acquisitions Motion.                         0.10     26.50
                                                     ----    ------
        FOR CURRENT SERVICES RENDERED                2.60    466.00

                      RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Philip E. Milch               0.60   $290.00     $174.00
    Mark T. Hurford               0.60    265.00      159.00
    Margaret A. Landis            1.00     95.00       95.00
    Diane E. Massey               0.40     95.00       38.00


    TOTAL CURRENT WORK                                466.00


03/12/03 Payment - Thank you. (November, 2002 - 80%)     -255.20


    BALANCE DUE                                    $1,603.20
                                                   =========
```

    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          03/31/2003
Wilmington   DE                        ACCOUNT NO: 3000-05D
                                       STATEMENT NO:      22

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                  $3,306.60

                                       HOURS
03/12/03
    MTH Telephone conversation with Creditor
        Susan McBride re questions re asbestos
        bar date materials, possible PI claim.     0.40    106.00
    DAC Review memo re: retention of experts       0.10     35.00

03/18/03
    MTH Review re: questions presented by
        potential creditor Larry Keel (.3),
        Telephone conversation with MRE re: same
        (.1), and Telephone conversation with
        Larry Keel re: same (.1).                  0.50    132.50
    MTH Telephone conversation with potential
        creditor Larry Keel re: proof of claim
        bar date.                                  0.30     79.50

03/20/03
    MTH Telephone conversation with Clark Arnold
        re: questions re: Grace Bar Date.          0.20     53.00

03/26/03
    MTH Telephone conversation with H. Pitkow re
        asbestos bar date questions.               0.20     53.00
    MTH Meeting with MRE re questions from Clark
        Arnold re asbestos bar date questions,
        medical monitoring.                        0.20     53.00
    MTH Telephone conversation with PEM re
        medical monitoring.                        0.10     26.50
    MTH Telephone conversation with Clark Arnold
        re questions re asbestos claims (2
        calls).                                    0.30     79.50
    MTH Reviewing Bar Date Materials re questions

```
                                                          Page: 2
     W.R. Grace                                         03/31/2003
                                         ACCOUNT NO: 3000-05D
                                         STATEMENT NO:      22
     Claims Analysis Objection & Resolution (Asbestos)




                                                  HOURS
          from Creditor attorneys.                 2.00    530.00
     MTH Telephone conversation with C. Arnold re
          asbestos medical monitoring questions.   0.40    106.00

03/28/03
     MTH Telephone conversation with H. Pitkow re
          questions re bar date.                   0.20     53.00
                                                   ----  --------
          FOR CURRENT SERVICES RENDERED            4.90  1,307.00

                       RECAPITULATION
     TIMEKEEPER                   HOURS HOURLY RATE      TOTAL
     Douglas A. Campbell           0.10   $350.00      $35.00
     Mark T. Hurford               4.80    265.00    1,272.00


          TOTAL CURRENT WORK                         1,307.00


          BALANCE DUE                                $4,613.60
                                                     =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                      03/31/2003
Wilmington  DE                     ACCOUNT NO: 3000-06D
                                   STATEMENT NO:      22

Claims Analysis Objection & Resol. (Non-Asbestos)



        PREVIOUS BALANCE                        $253.90



03/12/03 Payment - Thank you. (November, 2002 - 80%)        -21.20


        BALANCE DUE                             $232.70
                                                =======




        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                        03/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-07D
                                    STATEMENT NO:      22

Committee, Creditors, Noteholders, Equity Holders


        PREVIOUS BALANCE                        $15,370.80


                                        HOURS
03/03/03
    PEM Review daily memo re: new pleading        0.10    29.00
    MAL Attention to Document Organization        0.40    38.00
    MRE Review of weekly recommendation memo      0.20    55.00
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1);          0.30    28.50
    MTH Reviewing report re pleadings filed
        February 28, 2003.                        0.10    26.50

03/04/03
    PEM Meeting with MRE and MTH re: pending
        motions and committee responses and
        duties re: same                           0.10    29.00
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)           0.30    28.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings
        (.2); preparation and distribution of
        adversary proceeding daily memo (.1)      0.30    28.50
    MTH Reviewing report re pleadings filed from
        2/22/03 through 3/3/03 in adversaries.    0.10    26.50
    MTH Meeting with MRE and PEM re case status,
        upcoming deadlines.                       0.20    53.00
    MTH Preparing weekly recommendation
        memorandum.                               0.40   106.00
    MRE Meeting with PEM and MTH re: pending
        motions and deadlines                     0.20    55.00

03/05/03
    LMP Update WR Grace weekly recommendation

                                                              Page: 2
W.R. Grace                                                03/31/2003
                                              ACCOUNT NO: 3000-07D
                                              STATEMENT NO:      22
Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
|  | memo with reviewed fee applications (.3) | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1); | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed March 4, 2003. | 0.10 | 26.50 |

**03/06/03**

| MRE | Review of memo for March 5, 2003 summarizing pleadings filed | 0.10 | 27.50 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed March 5, 2003. | 0.10 | 26.50 |

**03/07/03**

| PEM | Review memo from counsel to committee re: futures rep | 0.20 | 58.00 |
|---|---|---|---|
| PEM | Review weekly recommendation report of counsel to committee regarding pending matters and motions | 0.30 | 87.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Prepare and send out Weekly Recommendation Memo to Committee | 0.20 | 19.00 |
| DAC | Review of counsel's weekly recommendation memo | 0.10 | 35.00 |
| MTH | Reviewing report re pleadings filed March 6, 2003. | 0.10 | 26.50 |
| MTH | Reviewing Orders entered at docket numbers 3441 through 3445. | 0.20 | 53.00 |
| MTH | Preparing weekly recommendation memorandum. | 0.70 | 185.50 |

**03/10/03**

| LMP | Update WR Grace weekly recommendation memo | 0.30 | 28.50 |
|---|---|---|---|
| MAL | Preparation of Highlighted Hearing Memo | 0.20 | 19.00 |

**03/11/03**

| LMP | Update WR Grace Weekly recommendation memo regarding reviewed fee applications | 0.20 | 19.00 |
|---|---|---|---|
| MAL | Attention to Document Organization | 0.30 | 28.50 |

W.R. Grace                                                    03/31/2003
                                                ACCOUNT NO: 3000-07D
                                                STATEMENT NO:      22
Committee, Creditors, Noteholders, Equity Holders

                                                    HOURS
    PEM Review memo from counsel re: experts         0.20     58.00
    PEM Review daily memo of current pleadings       0.10     29.00
    MTH Reviewing report re pleadings filed March
        7 through 10, 2003.                          0.10     26.50
    MTH Meeting with MRE re upcoming objections,
        hearing.                                     0.20     53.00
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)              0.30     28.50
    DEM Revision of Weekly Recommendation Memo       0.10      9.50
    MRE Review of weekly recommendation memo         0.20     55.00
    MRE Meeting with MTH re: upcoming objections,
        hearing                                      0.20     55.00

03/12/03
    MAL Review Pleadings and electronic filing
        notices                                      0.20     19.00
    MAL Attention to Document Organization           0.20     19.00
    MTH Reviewing report re pleadings filed March
        11, 2003.                                    0.10     26.50
    DEM Review Pleadings and electronic filing
        notices (.2); preparation and
        distribution of daily memo (.1)              0.30     28.50

03/13/03
    MAL Review Pleadings and electronic filing
        notices (.2), preparation and
        distribution of daily memo (.2)              0.40     38.00
    MTH Reviewing report re pleadings filed March
        12, 2003.                                    0.10     26.50
    DEM Review Pleadings and electronic filing
        notices filed in adversary proceedings
        (.2); preparation and distribution of
        adversary proceeding daily memo (.1)         0.30     28.50

03/14/03
    LMP Update Weekly recommendation memo            0.20     19.00
    MAL Review Pleadings and electronic filing
        notices (.3); preparation and
        distribution of daily memo (.1)              0.40     38.00
    PEM Review weekly recommendation memo to
        committee re: pending motions and matters    0.40    116.00
    MTH Reviewing report re pleadings filed March
        13, 2003.                                    0.10     26.50
    MTH Preparing weekly recommendation

|  |  | HOURS |  |
|---|---|---|---|
|  | memorandum. | 0.50 | 132.50 |
| MTH | Correspondence to Committee Members re weekly recommendation memorandum. | 0.10 | 26.50 |

03/17/03

| | | | |
|---|---|---|---|
| DAC | Review counsel's weekly recommendation memo | 0.10 | 35.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Prepare and distribute March 17, 2003 Memorandum Re: Committee Member Expense Reimbursements | 0.20 | 19.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo | 0.10 | 9.50 |
| MTH | Reviewing report re: pleadings filed March 16, 2003. | 0.10 | 26.50 |
| MRE | Review of weekly recommendation memo | 0.20 | 55.00 |

03/18/03

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo | 0.20 | 19.00 |
| MTH | Telephone conversation with MRE re: upcoming objections, motions. | 0.20 | 53.00 |

03/19/03

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| LMP | Update WR Grace Weekly recommendation memo | 0.20 | 19.00 |
| MTH | Reviewing report re: pleadings filed March 18, 2003. | 0.10 | 26.50 |

03/20/03

| | | | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed March 19, 2003. | 0.10 | 26.50 |

03/21/03

| | | | |
|---|---|---|---|
| MK | Attention to document organization | 0.20 | 19.00 |

```
                                                          Page: 5
W.R. Grace                                              03/31/2003
                                           ACCOUNT NO: 3000-07D
                                           STATEMENT NO:      22
Committee, Creditors, Noteholders, Equity Holders
```

|       |                                                                                              | HOURS |        |
| ----- | -------------------------------------------------------------------------------------------- | ----- | ------ |
| DEM   | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30  | 28.50  |
| MTH   | Preparing weekly recommendation memorandum.                                                  | 0.50  | 132.50 |
| MTH   | Correspondence to Committee members re weekly recommendation memorandum.                      | 0.20  | 53.00  |

**03/24/03**

|     |                                                                                                  |      |       |
| --- | ------------------------------------------------------------------------------------------------ | ---- | ----- |
| DAC | Review counsel's recommendation memo                                                             | 0.10 | 35.00 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.2) | 0.40 | 38.00 |
| DEM | Update Attorney Binder - Weekly Recommendation Memo                                              | 0.10 | 9.50  |
| MTH | Reviewing report re pleadings filed March 21, 2003.                                              | 0.10 | 26.50 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters                   | 0.30 | 87.00 |

**03/25/03**

|     |                                                                                                  |      |       |
| --- | ------------------------------------------------------------------------------------------------ | ---- | ----- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DEM | Revision of Weekly Recommendation Memo                                                           | 0.20 | 19.00 |
| MTH | Reviewing report re pleadings filed March 24, 2003.                                              | 0.10 | 26.50 |
| MTH | Telephone conversation with counsel re upcoming deadlines, objections.                           | 0.30 | 79.50 |

**03/26/03**

|     |                                                                                                                                                    |      |       |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------- | ---- | ----- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1)                                                | 0.30 | 28.50 |
| DEM | Review Pleadings and electronic filing notices filed in adversary proceedings (.2); preparation and distribution of adversary proceeding daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed March 25, 2003.                                                                                                 | 0.10 | 26.50 |

**03/27/03**

|     |                                                                                                  |      |       |
| --- | ------------------------------------------------------------------------------------------------ | ---- | ----- |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |

<pre>
                                                        Page: 6
W.R. Grace                                          03/31/2003
                                        ACCOUNT NO: 3000-07D
                                        STATEMENT NO:      22
Committee, Creditors, Noteholders, Equity Holders
</pre>

|  | | HOURS | |
|---|---|---|---|
| MTH | Reviewing report re pleadings filed March 26, 2003. | 0.10 | 26.50 |

**03/28/03**

|  | | HOURS | |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| MTH | Reviewing report re pleadings filed March 27, 2003. | 0.10 | 26.50 |
| MTH | Preparing weekly recommendation memorandum. | 0.50 | 132.50 |
| MTH | Correspondence to Committee members re weekly recommendation memorandum. | 0.20 | 53.00 |
| PEM | Review recommendation memo to committee re: pending motions and matters | 0.30 | 87.00 |

**03/31/03**

|  | | | |
|---|---|---|---|
| MAL | Attention to document organization | 0.30 | 28.50 |
| MRE | Review of memo for March 31, 2003 summarizing pleadings filed | 0.10 | 27.50 |
| MTH | Reviewing report re pleadings filed March 24, 2003. | 0.10 | 26.50 |
| MTH | Correspondence to E. Strug re committee minutes. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from E. Strug re committee minutes. | 0.10 | 26.50 |
| MTH | Reviewing correspondence from N. Davis re weekly recommendation memorandum. | 0.10 | 26.50 |
| DEM | Review Pleadings and electronic filing notices (.2); preparation and distribution of daily memo (.1) | 0.30 | 28.50 |
| DAC | Review counsel's recommendation memo | 0.10 | 35.00 |
|  |  | ----- | -------- |
|  | FOR CURRENT SERVICES RENDERED | 21.20 | 3,793.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $350.00 | $140.00 |
| Philip E. Milch | 2.00 | 290.00 | 580.00 |
| Michele Kennedy | 0.20 | 95.00 | 19.00 |
| Mark T. Hurford | 6.30 | 265.00 | 1,669.50 |
| Marla R. Eskin | 1.20 | 275.00 | 330.00 |
| Lauren M. Przybylek | 1.20 | 95.00 | 114.00 |
| Margaret A. Landis | 2.40 | 95.00 | 228.00 |
| Diane E. Massey | 7.50 | 95.00 | 712.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders


TOTAL CURRENT WORK                                3,793.00


03/12/03 Payment - Thank you. (November, 2002 - 80%)      -1,976.40
03/27/03 Payment - Thank you. (December, 2002 - 80%)      -3,326.80
                                                         ---------
         TOTAL PAYMENTS                                  -5,303.20

         BALANCE DUE                                    $13,860.60
                                                        ==========

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                                03/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-08D
                                          STATEMENT NO:      21

Employee Benefits/Pension


PREVIOUS BALANCE                                        $1,880.00


BALANCE DUE                                             $1,880.00
                                                       =========


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                                  03/31/2003
Wilmington  DE                              ACCOUNT NO: 3000-10D
STATEMENT NO:      22


Employment Applications, Others



PREVIOUS BALANCE                                           $3,074.40


HOURS
03/07/03
    DAC Review information regarding future rep
        candidate background                       0.40    140.00
    MTH Reviewing Application for Supplemental
        Retention of Hilton by the Asbestos PD
        Comm.                                      0.40    106.00
                                                   ----    ------
        FOR CURRENT SERVICES RENDERED              0.80    246.00

                        RECAPITULATION
    TIMEKEEPER                    HOURS HOURLY RATE      TOTAL
    Douglas A. Campbell            0.40    $350.00    $140.00
    Mark T. Hurford                0.40     265.00     106.00


    TOTAL CURRENT WORK                                    246.00


03/27/03 Payment - Thank you. (December, 2002 - 80%)     -1,019.20
03/27/03 Payment - Thank you.  (December, 2002 - 80%)       -22.00
                                                         ---------
    TOTAL PAYMENTS                                       -1,041.20

    BALANCE DUE                                          $2,279.20
                                                         =========


    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                     Page: 1
W.R. Grace                                        03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-11D
                                      STATEMENT NO:      20

Expenses

       PREVIOUS BALANCE                          $11,192.36

03/04/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/03/03 (certificate
         of no objection)                             59.16
03/05/03 Ikon Office Solutions- Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/4/03 (3- CNO's -
         Tersigni, LAS & C&L)                         58.47
03/13/03 FAX to W. Slocombe and P. Lockwood - 2 pages  4.00
03/13/03 FAX to 4 parties of record - 4 pages         16.00
03/13/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries  on 3/12/03 (amended
         application for compensation)                78.72
03/16/03 AT&T Long Distance Phone Calls                5.88
03/18/03 Postage - 3 @ $1.98 (OC P.I. Claimants expense
         application)                                  5.94
03/19/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage, Hand Deliveries on 3/18/03 (Official
         Committee of P.I. Claimants Notice of 3rd interim
         fee application)                            254.45
03/24/03 FAX to Peter Van N. Lockwood - 4 pages        4.00
03/24/03 FAX to Douglas A. Campbell - 4 pages          4.00
03/24/03 FAX to Robert C. Spohn - 4 pages              4.00
03/24/03 FAX to Elyssa Strug - 4 pages                 4.00
03/25/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage on 3/24/03 (3 cert. of no. obj. C&L, C&L,
         and Tersigni Jan.)                           10.12
03/31/03 Pacer charges for March, 2003                31.64
03/31/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage on 3/31/03 (LAS, C&D, C&L, Tersigni Feb.
         fee application)                             59.30
03/31/03 Ikon Office Solutions - Photocopying, Envelopes,
         Postage on 3/31/03 (C&D, C&L Feb. fee
         application)                                 99.48

```
                                                        Page: 2
        W.R. Grace                                   03/31/2003
                                        ACCOUNT NO: 3000-11D
                                        STATEMENT NO:      20
        Expenses
```

```
                                                     ------
            TOTAL EXPENSES                           699.16

            TOTAL CURRENT WORK                       699.16


03/12/03 Payment - Thank you. (November, 2002 - 100%)   -6,502.41
03/27/03 Payment - Thank you. (December, 2002 - 100%)   -2,590.06
                                                     ---------
            TOTAL PAYMENTS                           -9,092.47

            BALANCE DUE                             $2,799.05
                                                     =========
```

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-12D
                                        STATEMENT NO:      20


Fee Applications, Applicant



PREVIOUS BALANCE                                    $6,327.00



                                            HOURS
03/03/03
     AFM Review and sign CNO for Campbell & Levine
         (Monthly Fee Application- December)          0.20     40.00
     LMP Reviewed Sixth Interim Fee Application of
         Campbell & Levine to verify the amount
         set forth in the signed Order granting
         fees                                         0.20     19.00

03/04/03
     AFM Review and sign CNO for Campbell & Levine
         (Interim - October through December)         0.20     40.00
     LMP Searched docket for objections to
         Campbell & Levine's Interim fee
         application (.2); Prepared CNO regarding
         same (.2)                                    0.40     38.00

03/05/03
     PEM Revise February pre-bill                     0.30     87.00

03/11/03
     LMP Update payment chart regarding payment
         from WR Grace for November Fee
         Application of Campbell & Levine (.1)         0.10      9.50

03/19/03
     MTH Reviewing pre-bill.                          1.00    265.00

03/21/03
     MRE Review of pre-bill in preparation for
         filing fee application                       0.40    110.00

                                                        Page: 2
W.R. Grace                                            03/31/2003
                                            ACCOUNT NO: 3000-12D
                                            STATEMENT NO:      20

Fee Applications, Applicant


                                            HOURS
03/24/03
    AFM  Review and sign CNO re: Campbell & Levine
         (Monthly Fee Application - January)        0.20     40.00
    AFM  Email from S. Bossay re: Campbell &
         Levine Fee Auditor's Initial Report (7th
         Interim Period) (.2); Review re: same
         (.2); Email to MRE (.1)                    0.50    100.00
    AFM  Review and sign fee application for
         Campbell & Levine (Monthly- February)      0.30     60.00
    LMP  Searched case docket for objections to
         Campbell & Levine's January Fee
         Application (.1); Prepared CNO for same
         (.1); Electronic filing of same (.2)       0.40     38.00

03/25/03
    AFM  Prepare Project Recategorization
         Spreadsheet for 7th Period (.5); Review
         October Monthly Fee Application (.1);
         Review November Monthly Fee Application
         (.1); Review December Monthly Fee
         Application (.1)                            0.80    160.00
    AFM  Email to L. Ferdinand re: Project
         Recategorization Spreadsheet for Campbell
         & Levine (7th Period)                       0.20     40.00

03/26/03
    LMP  Drafted Campbell & Levine February Fee
         Application                                0.90     85.50

03/28/03
    LMP  Prepared C&L February Fee Application for
         E-filing                                   0.40     38.00

03/31/03
    MRE  Review of Fee Auditors Initial Report
         regarding C&L                              0.10     27.50
    MRE  Review of Fee Auditors Initial Report for
         the Seventh Interim Period for the
         Asbestos Personal Injury Committee         0.10     27.50
    AFM  Review and sign fee application for
         Campbell & Levine (Monthly- February)      0.30     60.00
    LMP  Electronic filing of Campbell & Levine's
         February Fee Application (.2); electronic
         and hard copy service to Notice parties
         (.1)                                       0.30     28.50

```
                                                   Page: 3
     W.R. Grace                                  03/31/2003
                                  ACCOUNT NO: 3000-12D
                                  STATEMENT NO:        20

     Fee Applications, Applicant
```

```
                                              ----   --------
          FOR CURRENT SERVICES RENDERED        7.30  1,313.50
```

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.30 | $290.00 | $87.00 |
| Aileen F. Maguire | 2.70 | 200.00 | 540.00 |
| Mark T. Hurford | 1.00 | 265.00 | 265.00 |
| Marla R. Eskin | 0.60 | 275.00 | 165.00 |
| Lauren M. Przybylek | 2.70 | 95.00 | 256.50 |

```
     TOTAL CURRENT WORK                             1,313.50


03/12/03 Payment - Thank you. (November, 2002 - 80%)    -1,469.60


     BALANCE DUE                                  $6,170.90
                                                  =========
```

```
     Any payments received after the statement date will be
     applied to next month's statement.  Please note your
     account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                        03/31/2003
Wilmington  DE                      ACCOUNT NO: 3000-13D
                                    STATEMENT NO:       7


Fee Applications, Others



PREVIOUS BALANCE                           $17,255.30



                                       HOURS
03/03/03
      AFM Prepare documents regarding expense
          information for Committee member, R. Budd    0.50    100.00
      AFM Email from L.Ferdinand re: Final Draft
          Version of Spreadsheet for 6th Quarter
          (July 2002-September 2002); Summary of
          Project Categories (.1) / Review re: same
          (.2)                                         0.30     60.00
      LMP Reviewed Sixth Interim Fee Application of
          Caplin & Drysdale to verify the amount
          set forth in the signed Order granting
          fees                                         0.20     19.00
      LMP Reviewed Sixth Interim Fee Application of
          L. Tersigni to verify the amount set
          forth in the signed Order granting fees      0.20     19.00
      LMP Reviewed Sixth Interim Fee Application of
          Legal Analysis Systems to verify the
          amount set forth in the signed Order
          granting fees                                0.20     19.00
      MTH Reviewing correspondence from M. Berkin
          re Holme Robert Fee App.                     0.10     26.50
      MTH Reviewing Holme Robert Fee App.              0.50    132.50
      MTH Correspondence to M. Berkin re Holme
          Robert Fee App. (and response to same).      0.40    106.00


03/04/03
      AFM Meeting w/MESKIN re: Fee Application
          Hearing / Project Recategorization
          Spreadsheet                                  0.10     20.00
      AFM Review and sign CNO for LAS (Interim -
          October through December)                    0.20     40.00
      AFM Review and sign CNO for L.Tersigni

```
                                                             Page:  2
W.R. Grace                                                 03/31/2003
                                           ACCOUNT NO: 3000-13D
                                           STATEMENT NO:        7
Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
|  | (Interim - October through December) | 0.20 | 40.00 |
| LMP | Searched docket for objections to Legal Analysis Systems Interim fee application (.2); Prepared CNO regarding same (.2) | 0.40 | 38.00 |
| LMP | Searched docket for objections to L. Tersigni's Interim fee application (.2); Prepared CNO regarding same (.2) | 0.40 | 38.00 |

03/05/03

| AFM | Review Fee Application of W.Smith (Monthly- January) | 0.20 | 40.00 |
|---|---|---|---|
| AFM | Email to PEM and MESKIN re: Fee Applications issues for January | 0.30 | 60.00 |
| LMP | Reviewed Interim Fee Application of Kirkland & Ellis (October through December) | 0.20 | 19.00 |
| LMP | Reviewed January Fee Application of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein. | 0.20 | 19.00 |
| LMP | Reviewed October Fee Application of Steptoe & Johnson | 0.20 | 19.00 |
| LMP | Reviewed November Fee Application of Steptoe & Johnson | 0.20 | 19.00 |
| LMP | Reviewed December Fee Application of Steptoe & Johnson | 0.20 | 19.00 |
| LMP | Reviewed January Fee Application of Nelson Mullins Riley & Scarborough | 0.20 | 19.00 |
| LMP | Reviewed January Fee Application of Kirkland & Ellis | 0.20 | 19.00 |
| LMP | Reviewed January Fee Application of Holme Roberts & Owen LLP | 0.20 | 19.00 |

03/06/03

| AFM | Email from D.Collins re: Fee Auditor's Report for L.Tersigni | 0.10 | 20.00 |
|---|---|---|---|
| AFM | Email from MESKIN re: Fee Application for W.Smith (Monthly- January) | 0.20 | 40.00 |

03/07/03

| MTH | Reviewing Fee Auditor's Report re Wallace, King. | 0.10 | 26.50 |
|---|---|---|---|
| MTH | Reviewing Fee Auditor's Report re Blackstone Group. | 0.10 | 26.50 |
| MTH | Reviewing Fee Auditor's Report re Ashby & Geddes. | 0.10 | 26.50 |

```
                                                     Page:  3
                                                   03/31/2003
W.R. Grace                              ACCOUNT NO: 3000-13D
                                        STATEMENT NO:       7

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Reviewing Fee Auditor's Report re Campbell & Levine for 6th Interim. | 0.10 | 26.50 |
| AFM | Email from L.Ferdinand re: Spreadsheet for Proposed Order Approving Fee Applications for Hearing | 0.20 | 40.00 |

03/10/03

|  |  | | |
|---|---|---|---|
| AFM | Email from L.Ferdinand re: WR GRACE-draft Order Allowing Fees for 6thQ | 0.30 | 60.00 |
| LMP | Reviewed First monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Second monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Third monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Fourth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Fifth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Sixth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Seventh monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Eighth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Ninth monthly fee application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bankruptcy Management Corporation (April-June) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bankruptcy Management Corporation (July-Sept) | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bankruptcy Management Corporation (Oct-Dec) | 0.20 | 19.00 |

03/11/03

|  |  | | |
|---|---|---|---|
| LMP | Reviewed Seventh Quarterly Fee Application of Klett Rooney Leiber & Schorling | 0.20 | 19.00 |
| LMP | Reviewed Second Interim Fee Application of Elzufon Austin Reardon Tarlov & Mondell | 0.20 | 19.00 |
| LMP | Reviewed Second Interim Fee Application | | |

                                                           Page: 4
W.R. Grace                                               03/31/2003
                                              ACCOUNT NO: 3000-13D
                                              STATEMENT NO:       7

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | of Lukins & Annis | 0.20 | 19.00 |
| LMP | Reviewed Second Interim Fee Application of Richardson Patrick Westbrook & Brickman LLC | 0.20 | 19.00 |
| LMP | Reviewed January Monthly Fee Application of Reed Smith LLP | 0.20 | 19.00 |
| LMP | Reviewed Seventh Interim Fee Application of Ferry Joseph & Pearce | 0.20 | 19.00 |
| LMP | Reviewed January Monthly Fee Application of Woodcock Washburn LLP | 0.20 | 19.00 |

03/12/03

|  |  |  |  |
|---|---|---|---|
| MAL | Preparation of C&D Amended Jan Fee App (FC) for e-filing | 0.20 | 19.00 |
| MTH | Meeting with AFM re certification of counsel re Sixth Interim Fee Applications. | 0.10 | 26.50 |

03/14/03

|  |  |  |  |
|---|---|---|---|
| LMP | Reviewed Ninth Monthly fee application of the Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Oct-Dec) of Kramer, Levin, Naftalis & Frankel LLP | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application of Bankruptcy Management Corporation | 0.20 | 19.00 |
| LMP | Reviewed January Monthly Fee Application of Kirkland & Ellis | 0.20 | 19.00 |
| LMP | Reviewed Interim Fee Application (Oct-Dec) of Kirkland & Ellis | 0.20 | 19.00 |

03/17/03

|  |  |  |  |
|---|---|---|---|
| AFM | Review final memo to committee re: Expense Reimbursement | 0.20 | 40.00 |
| AFM | Email from S.Bossay re: 7th Interim Expense Application for Committee Members (.1)/ Meeting w/ MESKIN re: same (.1) | 0.20 | 40.00 |

03/18/03

|  |  |  |  |
|---|---|---|---|
| AFM | Email from S.Bossay re: Committee's Interim Expense Reimbursement for 7th Period | 0.10 | 20.00 |
| AFM | Prepare Committee's Interim Expense Reimbursement for 7th Period (.4)/ Prepare Exh A (Baron & Budd) (.7)/ |  |  |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | Prepare Notice re: same (.1) | 1.20 | 240.00 |
| MAL | Preparation of Committee Exhibit A for e-filing | 0.20 | 19.00 |
| LMP | Prepared Official Committee of PI Claimants Interim Application for Expense Reimbursement (.2); Electronic filing of same (.2); Hard copy/electronic service to Notice Parties (.2) | 0.60 | 57.00 |
| LMP | Reviewed January Fee Application of Shumaker Loop & Kendrick | 0.20 | 19.00 |

03/19/03

| LMP | Reviewed January Fee Application of Pachulski Stang Ziehl Young & Jones | 0.20 | 19.00 |
|---|---|---|---|
| LMP | Reviewed January Fee Application of FTI Policano & Manzo | 0.20 | 19.00 |
| LMP | Reviewed Seventh Interim Fee Application (Oct-Dec) of FTI Policano & Manzo | 0.20 | 19.00 |

03/21/03

| AFM | Email from/to J. Rice re: Expense Reimbursement of airfare tickets | 0.30 | 60.00 |
|---|---|---|---|
| LMP | Reviewed January Monthly Fee Application of Bilzin Sumberg Baena & Axelrod LLP | 0.20 | 19.00 |
| LMP | Reviewed January Monthly Fee Application of Elzufon Austin Reardon Tarlov & Mondell | 0.20 | 19.00 |
| LMP | Reviewed January Monthly Fee Application of Richardson Patrick Westbrook & Brickman LLC | 0.20 | 19.00 |

03/24/03

| AFM | Review and sign CNO re: L. Tersigni (Monthly Fee Application-January) | 0.20 | 40.00 |
|---|---|---|---|
| AFM | Review and sign CNO re: Caplin & Drysdale (Monthly Fee Application- January) | 0.20 | 40.00 |
| LMP | Searched case docket for objections to Caplin & Drysdale January Fee Application (.1); Prepared CNO for same (.1); Electronic filing of same (.2) | 0.40 | 38.00 |
| LMP | Searched case docket for objections to L. Tersigni's January Fee Application (.1); Prepared CNO for same (.1); Electronic filing of same (.2) | 0.40 | 38.00 |

Fee Applications, Others


                                              HOURS

03/27/03
     LMP Reviewed January Monthly fee application
         of Stroock & Stroock & Lavan                0.20      19.00
     LMP Reviewed the Eighth Monthly (January) fee
         application of Ferry Joseph & Pearce        0.20      19.00
     LMP Reviewed January Monthly fee application
         of Bilzin Sumberg Baena Price & Axelrod
         LLP                                         0.20      19.00
     LMP Reviewed February Monthly fee application
         of Warren H. Smith & Associates             0.20      19.00
     LMP Reviewed Third Interim Fee Application
         (Oct-Nov) of Bilzin Sumberg Baena Price &
         Axelrod LLP                                 0.20      19.00
     LMP Reviewed Twenty-Second Interim fee
         application of Pitney Hardin Kipp & Szuch   0.20      19.00
     LMP Reviewed Twelfth monthly fee application
         of Carella Bryne Bain Gilfillan Cecchi
         Stewart & Olstein                           0.20      19.00
     LMP Reviewed Fifth Monthly fee application
         for Conway, Del Genio, Gries & Co.          0.20      19.00
     LMP Reviewed October through December Fee
         Application of Bilzin Sumberg Baena Price
         & Axelrod LLP                               0.20      19.00
     LMP Reviewed First Monthly fee app (02-2210)
         for Conway, Del Genio, Gries & Co.          0.20      19.00
     LMP Reviewed Interim Fee App (Oct-Dec) for
         Hamilton Rabinovitz & Alschuler             0.20      19.00
     LMP Reviewed Sixteenth Monthly fee
         application of Klett Rooney Lieber &
         Schorling                                   0.20      19.00
     LMP Reviewed Interim Fee Application
         (Oct-Dec) of Stroock & Stroock & Lavan      0.20      19.00
     LMP Reviewed February Monthly fee application
         of Holme Roberts & Owen LLP                 0.20      19.00

03/28/03
     AFM Email from DEM re: Fee Auditor's Report
         for Committee Members                       0.10      20.00
     AFM Email from D. Relles re: Monthly Fee
         Application for LAS (January through
         February)                                   0.20      40.00
     LMP Reviewed February Fee Monthly Application
         of Nelson Mullins Riley & Scarborough       0.10       9.50
     LMP Reviewed Interim Fee application of
         Steptoe & Johnson (Oct-Dec)                 0.10       9.50

```
                                                         Page:  7
W.R. Grace                                             03/31/2003
                                         ACCOUNT NO: 3000-13D
                                         STATEMENT NO:        7

Fee Applications, Others
```

|  |  | HOURS |  |
|---|---|---|---|
| LMP | Reviewed Interim Fee application of Duane Morris LLP (Oct-Dec) | 0.10 | 9.50 |

**03/31/03**

|  |  | HOURS |  |
|---|---|---|---|
| MAL | Preparing C&D February Fee Application for e-filing | 0.20 | 19.00 |
| MAL | Preparing C&D (FC) February Fee Application for e-filing | 0.30 | 28.50 |
| AFM | Review and sign fee application for LAS (Monthly- January through February) | 0.30 | 60.00 |
| AFM | Review and sign fee application for L. Tersigni (Monthly- February) | 0.30 | 60.00 |
| AFM | Review and sign fee application for Caplin & Drysdale (Monthly- February) | 0.30 | 60.00 |
| LMP | Reviewed Email from D. Relles regarding LAS' January through February Fee Application | 0.10 | 9.50 |
| LMP | Drafted LAS' January through February Fee Application (.2); Electronic filing of application (.2); Electronic and hard copy service to Notice parties (.1) | 0.50 | 47.50 |
| LMP | Electronic filing of Caplin & Drysdale's February Fee Application (.2); electronic and hard copy service to Notice parties (.1) | 0.30 | 28.50 |
| LMP | Electronic filing of L. Tersigni Consulting February Fee Application (.2); electronic and hard copy service to Notice parties (.1) | 0.30 | 28.50 |
| MRE | Review of Fee Auditors Initial Report regarding C&L | 0.20 | 55.00 |

```
                                                    -----   --------
       FOR CURRENT SERVICES RENDERED                23.70  3,193.50
```

```
                        RECAPITULATION
```

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 6.20 | $200.00 | $1,240.00 |
| Mark T. Hurford | 1.50 | 265.00 | 397.50 |
| Marla R. Eskin | 0.20 | 275.00 | 55.00 |
| Lauren M. Przybylek | 14.90 | 95.00 | 1,415.50 |
| Margaret A. Landis | 0.90 | 95.00 | 85.50 |

```
       TOTAL CURRENT WORK                                   3,193.50
```

```
                                                        Page: 8
        W.R. Grace                                    03/31/2003
                                            ACCOUNT NO: 3000-13D
                                            STATEMENT NO:        7

        Fee Applications, Others
```

```
03/12/03 Payment - Thank you. (November, 2002 - 80%)      -5,805.60
03/27/03 Payment - Thank you. (December, 2002 - 80%)      -2,838.40
                                                          ---------
         TOTAL PAYMENTS                                   -8,644.00

         BALANCE DUE                                     $11,804.80
                                                         ==========
```

```
        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                           03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-14D
                                      STATEMENT NO:      20


Financing



        PREVIOUS BALANCE                              $643.50



                                         HOURS
03/03/03
    MTH Correspondence to M. Berkin re Debtors'
        Supplement to DIP Motion.          0.20     53.00

03/04/03
    MTH Reviewing correspondence from PEM re DIP
        supplement.                        0.10     26.50
    MTH Correspondence to PEM re DIP supplement,
        discussions with Mike Berkin.      0.30     79.50
    MTH Reviewing Supplement to Motion of Debtors
        for authority to extend and modify DIP
        financing.                         0.80    212.00
                                           ----    ------
        FOR CURRENT SERVICES RENDERED      1.40    371.00

                        RECAPITULATION
    TIMEKEEPER                   HOURS HOURLY RATE     TOTAL
    Mark T. Hurford              1.40    $265.00    $371.00


        TOTAL CURRENT WORK                          371.00


        BALANCE DUE                             $1,014.50
                                                =========



        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                              03/31/2003
Wilmington  DE                            ACCOUNT NO: 3000-15D
                                          STATEMENT NO:      22

Hearings

PREVIOUS BALANCE                                        $9,591.75

                                               HOURS
03/11/03
    MTH Reviewing Amended Agenda.                0.20     53.00
    MTH Correspondence to PVNL re hearing,
        agenda.                                  0.30     79.50
    MTH Reviewing correspondence from PVNL re
        hearing.                                 0.10     26.50

03/13/03
    AFM Prepare Hearing Binder for Fee
        Application Hearing                       0.60    120.00
    LMP Prepared Sixth Interim Fee Application of
        L. Tersigni Consulting for binder
        regarding fee app hearing (.2)            0.20     19.00
    LMP Organized Sixth Interim Fee Application
        of Caplin & Drysdale for binder regarding
        fee app hearing (.2)                      0.20     19.00
    LMP Organized Sixth Interim Fee Application
        of Legal Analysis Systems for binder
        regarding fee app hearing (.2)            0.20     19.00
    LMP Organized Sixth Interim Fee Application
        of P.I. Committee for binder regarding
        fee app hearing                           0.20     19.00
    LMP Organized Sixth Interim Fee Application
        of Campbell & Levine for binder regarding
        fee app hearing                           0.20     19.00

03/14/03
    MTH Preparation for Hearing.                  0.30     79.50

03/17/03
    MTH Reviewing Amended Agenda.                 0.20     53.00
    MTH Telephone conversation with MRE re:

W.R. Grace                                                03/31/2003
                                          ACCOUNT NO: 3000-15D
                                          STATEMENT NO:      22

Hearings

|  |  | HOURS |  |
|---|---|---|---|
| | omnibus hearing. | 0.20 | 53.00 |
| MTH | Correspondence to PVNL, J. Davis and W. Slocombe re: omnibus hearing, orders entered. | 0.20 | 53.00 |

**03/18/03**

| | | HOURS | |
|---|---|---|---|
| LMP | Prepared binder of Campbell & Levine Fee Applications and fee auditor reports regarding the Third Interim Period | 0.20 | 19.00 |
| LMP | Prepared binder of Caplin & Drysdale Fee Applications and fee auditor reports regarding the Third Interim Period | 0.20 | 19.00 |
| LMP | Prepared binder of LAS' Fee Applications and fee auditor reports regarding the Third Interim Period | 0.20 | 19.00 |
| LMP | Prepared binder of L. Tersigni Fee Applications and fee auditor reports regarding the Third Interim Period | 0.20 | 19.00 |

**03/25/03**

| | | HOURS | |
|---|---|---|---|
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for Campbell & Levine | 0.20 | 19.00 |
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for Caplin & Drysdale | 0.20 | 19.00 |
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for L. Tersigni | 0.20 | 19.00 |
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for LAS | 0.20 | 19.00 |
| LMP | Prepared Binder for R. Tobin regarding Fee Application hearing for Lovells | 0.20 | 19.00 |
| | | ---- | ------ |
| | FOR CURRENT SERVICES RENDERED | 4.90 | 783.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Aileen F. Maguire | 0.60 | $200.00 | $120.00 |
| Mark T. Hurford | 1.50 | 265.00 | 397.50 |
| Lauren M. Przybylek | 2.80 | 95.00 | 266.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 783.50 |

```
                                                      Page: 3
      W.R. Grace                                    03/31/2003
                                        ACCOUNT NO: 3000-15D
                                        STATEMENT NO:      22

      Hearings




03/12/03 Payment - Thank you. (November, 2002 - 80%)        -593.60
03/27/03 Payment - Thank you. (December, 2002 - 80%)        -238.80
                                                            -------
        TOTAL PAYMENTS                                      -832.40

        BALANCE DUE                                       $9,542.85
                                                          =========
```

```
      Any payments received after the statement date will be
      applied to next month's statement.  Please note your
      account number on your payment.  Thank you.
```

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                    Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                         ACCOUNT NO: 3000-16D
                                       STATEMENT NO:       7

Litigation and Litigation Consulting



    PREVIOUS BALANCE                          $1,277.60



03/12/03 Payment - Thank you. (November, 2002 - 80%)      -954.80
03/27/03 Payment - Thank you. (December, 2002 - 80%)      -365.20
                                                     ---------
    TOTAL PAYMENTS                               -1,320.00

    CREDIT BALANCE                                 -$42.40
                                                     =======



    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                             03/31/2003
Wilmington   DE                          ACCOUNT NO: 3000-17D
                                         STATEMENT NO:        7

Plan and Disclosure Statement




    PREVIOUS BALANCE                              $1,023.80


                                              HOURS
03/14/03
    PEM Telephone conference with Lockwood and
        MRE re: developments on plan and related
        documents                              0.20      58.00
                                               ----     -----
    FOR CURRENT SERVICES RENDERED              0.20      58.00

                     RECAPITULATION
   TIMEKEEPER                  HOURS HOURLY RATE      TOTAL
   Philip E. Milch              0.20    $290.00     $58.00


    TOTAL CURRENT WORK                              58.00


    BALANCE DUE                                 $1,081.80
                                                =========




    Any payments received after the statement date will be
    applied to next month's statement.  Please note your
    account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


                                                        Page: 1
W.R. Grace                                            03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-18D
                                      STATEMENT NO:        7

Relief from Stay Proceedings




        PREVIOUS BALANCE                              $629.10




03/12/03 Payment - Thank you. (November, 2002 - 80%)   -318.80
03/27/03 Payment - Thank you. (December, 2002 - 80%)   -127.20
                                                       -------
        TOTAL PAYMENTS                                 -446.00

        BALANCE DUE                                    $183.10
                                                       =======








        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-20D
                                        STATEMENT NO:       6

Tax Litigation

    PREVIOUS BALANCE                                  $468.80

    BALANCE DUE                                       $468.80
                                                      =======

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

                                                    Page: 1
W.R. Grace                                       03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-21D
                                      STATEMENT NO:       3

Travel-Non-Working


    PREVIOUS BALANCE                                $261.00


    BALANCE DUE                                     $261.00
                                                    =======


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1
W.R. Grace                                      03/31/2003
Wilmington  DE                        ACCOUNT NO: 3000-22D
                                      STATEMENT NO:      11

Valuation

        PREVIOUS BALANCE                        $1,392.50


        BALANCE DUE                             $1,392.50
                                                =========

        Any payments received after the statement date will be
        applied to next month's statement.  Please note your
        account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310

Page: 1

W.R. Grace                                          03/31/2003
Wilmington  DE                          ACCOUNT NO: 3000-23D
                                        STATEMENT NO:      11

ZAI Science Trial

PREVIOUS BALANCE                                    $2,101.40

03/12/03 Payment - Thank you. (November, 2002 - 80%)    -21.20
03/27/03 Payment - Thank you. (December, 2002 - 80%)    -42.40
                                                       ------
         TOTAL PAYMENTS                                 -63.60

         BALANCE DUE                                 $2,037.80
                                                     =========

         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.

Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA  15219
412-261-0310


Page: 1
W.R. Grace                                          03/31/2003
Wilmington  DE                          ACCOUNT NO      3000D


| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|

3000-01 Asset Analysis and Recovery

| 1,764.30 | 79.50 | 0.00 | 0.00 | -44.00 | $1,799.80 |

3000-02 Asset Disposition

| 787.30 | 79.50 | 0.00 | 0.00 | -234.00 | $632.80 |

3000-03 Business Operations

| 678.50 | 26.50 | 0.00 | 0.00 | -338.40 | $366.60 |

3000-04 Case Administration

| 1,392.40 | 466.00 | 0.00 | 0.00 | -255.20 | $1,603.20 |

3000-05 Claims Analysis Objection & Resolution (Asbestos)

| 3,306.60 | 1,307.00 | 0.00 | 0.00 | 0.00 | $4,613.60 |

3000-06 Claims Analysis Objection & Resol. (Non-Asbestos)

| 253.90 | 0.00 | 0.00 | 0.00 | -21.20 | $232.70 |

3000-07 Committee, Creditors, Noteholders, Equity Holders

| 15,370.80 | 3,793.00 | 0.00 | 0.00 | -5,303.20 | $13,860.60 |

3000-08 Employee Benefits/Pension

| 1,880.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,880.00 |

3000-10 Employment Applications, Others

| 3,074.40 | 246.00 | 0.00 | 0.00 | -1,041.20 | $2,279.20 |

3000-11 Expenses

| 11,192.36 | 0.00 | 699.16 | 0.00 | -9,092.47 | $2,799.05 |

3000-12 Fee Applications, Applicant

| 6,327.00 | 1,313.50 | 0.00 | 0.00 | -1,469.60 | $6,170.90 |

3000-13 Fee Applications, Others

| 17,255.30 | 3,193.50 | 0.00 | 0.00 | -8,644.00 | $11,804.80 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-14 Financing | | | | | |
| 643.50 | 371.00 | 0.00 | 0.00 | 0.00 | $1,014.50 |
| 3000-15 Hearings | | | | | |
| 9,591.75 | 783.50 | 0.00 | 0.00 | -832.40 | $9,542.85 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 1,277.60 | 0.00 | 0.00 | 0.00 | -1,320.00 | -$42.40 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 1,023.80 | 58.00 | 0.00 | 0.00 | 0.00 | $1,081.80 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 629.10 | 0.00 | 0.00 | 0.00 | -446.00 | $183.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 261.00 | 0.00 | 0.00 | 0.00 | 0.00 | $261.00 |
| 3000-22 Valuation | | | | | |
| 1,392.50 | 0.00 | 0.00 | 0.00 | 0.00 | $1,392.50 |
| 3000-23 ZAI Science Trial | | | | | |
| 2,101.40 | 0.00 | 0.00 | 0.00 | -63.60 | $2,037.80 |
| --------- | --------- | ------ | ---- | ---------- | ---------- |
| 80,672.31 | 11,717.00 | 699.16 | 0.00 | -29,105.27 | $63,983.20 |
| | | | | | ========== |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.