```
a1p_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   24
Run Date & Time: 05/08/2003 09:15:23                      *PRIVILEGED AND CONFIDENTIAL*

                                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Matter No: 056772-00008                              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

*******************************************************************************************************************************
Special Billing Instructions:                               PRE-BILLING SUMMARY REPORT
*******************************************************************************************************************************

                UNBILLED TIME FROM:  01/08/2003    TO:  03/31/2003
                UNBILLED DISB FROM:   02/07/2003    TO:  03/24/2003

                                                FEES           COSTS
    GROSS BILLABLE AMOUNT:                     3,774.00         25.56
      AMOUNT WRITTEN DOWN:
                   PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
                 THRU DATE:             03/31/2003            03/24/2003
    CLOSE MATTER/FINAL BILLING?       YES    OR    NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

*******************************************************************************************************************************
                                                ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
*******************************************************************************************************************************
                                       FEES:              2,936.00    UNIDENTIFIED RECEIPTS:       0.00
              DISBURSEMENTS:                                 25.56     PAID FEE RETAINER:           0.00
              FEE RETAINER:                                  0.00      PAID DISB RETAINER:          0.00
              DISB RETAINER:                                 0.00      TOTAL AVAILABLE FUNDS:       0.00
              TOTAL OUTSTANDING:                          2,961.56     TRUST BALANCE:
                                                                       BILLING HISTORY

              DATE OF LAST BILL:       04/29/02             LAST PAYMENT DATE:        04/11/03
              LAST BILL NUMBER:        369330              FEES BILLED TO DATE:      47,849.50
              LAST BILL THRU DATE:     03/31/03            FEES WRITTEN OFF TO DATE:     35.00

    FOR ACCTS USE ONLY:               Write Down/Up Reason Codes:

         (1)  Exceeded Fixed Fee            (6)  Summer Associate
         (2)  Late Time & Costs Posted      (7)  Fixed Fee
         (3)  Pre-arranged Discount         (8)  Premium
         (4)  Excessive Legal Time          (9)  Rounding
         (5)  Business Development          (10) Client Arrangement


    BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 25

alp_132r: Billed Charges Analysis
Run Date & Time: 05/09/2003 09:15:23

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Billed Hours | Amount |
|--------|---------------|-------|--------|--------|--------------|--------|
| 02495 | BENTLEY, PHILIP | CRED | 03/07/03 | 03/07/03 | 0.10 | 52.50 |
| 05292 | BECKER, GARY M. | CRED | 01/08/03 | 03/18/03 | 3.30 | 1,501.50 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 01/08/03 | 03/31/03 | 12.00 | 2,220.00 |
| | Total: | | | | 15.40 | 3,774.00 |

Sub-Total Hours : 0.10 Partners   0.00 Counsels   3.30 Associates   12.00 Legal Assts   0.00 Others

**BILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0930 | MESSENGER/COURIER | 02/07/03 | 03/24/03 | 25.56 |
| | Total | | | 25.56 |
| | Grand Total | | | 3,799.56 |

**ACCOUNTS RECEIVABLE** (Reflects Payments As of 05/09/03 09:15:23)

| Bill Date | Thru Date Billed | Bill# | Fee & OA Billed | Disbursement Billed | Applied From OA | Total | Collections Total | Date | Balance Due |
|-----------|------------------|-------|-----------------|---------------------|-----------------|-------|-------------------|------|-------------|
| 11/19/02 | 10/31/02 | 361261 | 2,917.00 | .00 | | | 2,917.00 | 12/31/02 | |
| 12/13/02 | 11/30/02 | 362265 | 2,009.50 | .00 | | | 2,009.50 | 02/18/03 | |
| 11/13/02 | 12/31/02 | 364671 | 805.50 | .00 | | | 805.50 | 03/25/03 | |
| 01/31/03 | 12/31/02 | 365584 | 838.00 | .00 | | | 838.00 | 04/11/03 | |
| 02/20/03 | 01/31/03 | 365584 | 2,266.00 | .00 | | | .00 | | 2,279.08 |
| 03/19/03 | 02/28/03 | 367178 | 670.00 | 12.08 | | | | | 683.48 |
| 04/29/03 | 03/31/03 | 369930 | | 13.48 | | | | | |
| | Total: | | 9,506.00 | 25.56 | | | 6,570.00 | | 2,961.56 |

alp_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:23

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   26

| | | | | | |
|---|---|---|---|---|---|
| Matter No: 056772-00008 | | Orig Prtnr : CRED. RGTS - 06975 | | Proforma Number: | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | Bill Prtnr : BENTLEY PHILIP - 02495 | | Bill Frequency: M | |
| Matter Name : FEE APPLICATIONS, APPLICANT | | Supv Prtnr : MAYER THOMAS MORRIS - 03976 | | | |
| Matter Opened : 07/27/2001 | | | | Status : ACTIVE | |

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 03/07/03 | Review and sign monthly fee application. | 0.10 | 52.50 | 4607417 | 04/01/03 |
| **Total For BENTLEY P - 02495** | | | **0.10** | **52.50** | | |
| BECKER, GARY M. | 01/08/03 | Review and revise monthly fee application (0.5). | 0.50 | 227.50 | 4505633 | 01/21/03 |
| BECKER, GARY M. | 02/03/03 | Review and revise January invoice (0.5); attention to fee auditor interim report and conf. with Mangual re response (0.4). | 0.40 | 182.00 | 4551799 | 02/25/03 |
| BECKER, GARY M. | 02/05/03 | Review January invoice (0.4); revise letter to fee auditor re sixth interim report (0.4). | 0.80 | 364.00 | 4551800 | 02/25/03 |
| BECKER, GARY M. | 02/06/03 | Revise letter to fee auditor re sixth interim report and direction to K. Mangual re same. | 0.50 | 227.50 | 4551801 | 02/25/03 |
| BECKER, GARY M. | 02/11/03 | Final revision to letter for fee auditor. | 0.30 | 136.50 | 4551802 | 02/25/03 |
| BECKER, GARY M. | 02/12/03 | Review and revise January invoice. | 0.50 | 227.50 | 4551798 | 02/25/03 |
| BECKER, GARY M. | 03/18/03 | Review February invoice. | 0.30 | 136.50 | 4596980 | 03/31/03 |
| **Total For BECKER G - 05392** | | | **3.30** | **1,501.50** | | |
| MANGUAL, KATHLEEN | 01/08/03 | draft nov. monthly fee app and review time details (1.7) | 1.70 | 314.50 | 4515474 | 01/29/03 |
| MANGUAL, KATHLEEN | 01/09/03 | revision of fee app per GB comments (.40) | 0.40 | 74.00 | 4503901 | 01/21/03 |
| MANGUAL, KATHLEEN | 01/13/03 | attend to sending of fee app to local counsel and fee auditor (.20) | 0.20 | 37.00 | 4508921 | 01/23/03 |
| MANGUAL, KATHLEEN | 01/14/03 | mtg/w accounting regarding allocation of payments, review Orders filed with court and fee auditors reports (1.0) | 1.00 | 185.00 | 4508922 | 01/23/03 |
| MANGUAL, KATHLEEN | 02/03/03 | revise KL's project category per L Ferdinand comments (1.30); draft response to fee auditor initial report, discuss same w/ GB re: | 1.00 | 185.00 | 4550432 | 02/24/03 |
| MANGUAL, KATHLEEN | 02/05/03 | draft dec. monthly fee statement, disc/w PB re: such (1.1) | 1.10 | 203.50 | 4550433 | 02/24/03 |
| MANGUAL, KATHLEEN | 02/06/03 | revise reply to initial report per GB comments (.60) coordinate w/ accounting re: back up to certain entries, review local rules (.60) | 1.40 | 259.00 | 4550434 | 02/24/03 |
| MANGUAL, KATHLEEN | 02/07/03 | attend to service of KL's monthly fee app to local counsel and fee auditor (.70); final revision of kl's answer to fee auditors initial report (.40) | 1.10 | 203.50 | 4549413 | 02/24/03 |
| MANGUAL, KATHLEEN | 02/24/03 | draft January monthly fee app (.90); attend to service of such (.50) | 1.50 | 277.50 | 4560038 | 02/28/03 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    27

Run Date & Time: 05/09/2003 09:15:24

| | | |
|---|---|---|
| Matter No: 056772-00008 | Orig Prtnr : CRED. RGTS  - 06975 | Proforma Number: |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : FEE APPLICATIONS, APPLICANT | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status    : ACTIVE |

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| MANGUAL, KATHLEEN | 03/06/03 | coordinate w/ accounting re: time details for interim (.30); review of charts and disc/w accounting (.30) | 0.60 | 111.00 | 4580170 | | 03/14/03 |
| MANGUAL, KATHLEEN | 03/07/03 | draft KL Interim Fee Application, disc/w Klett rooney and attend to service (1.6) | 1.60 | 296.00 | 4596324 | | 03/31/03 |
| MANGUAL, KATHLEEN | 03/31/03 | review fee auditors inital report, coordinate w/ accounting re: back up of expenses (.40) | 0.40 | 74.00 | 4600679 | | 04/01/03 |

Total For MANGUAL K - 05208

Fee Total

15.40    3,774.00

12.00    2,220.00

**B I L L E D   C O S T S   D E T A I L**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| MESSENGER/COURIER | | | | | | |
| 0930 | | | | | | |
| FEDERAL EXPRESS CORPORAT | BECKER, G M | 02/07/03 | 12.08 | 5974308 | 92781 | 02/11/03 |
| FEDERAL EXPRESS CORPORAT | BECKER, G M | 03/24/03 | 13.48 | 6020774 | 95106 | 03/24/03 |
| MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS CORPORATION | | | | | | |

0930 MESSENGER/COURIER Total :

25.56

Costs Total :

25.56

slp_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:24

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    28

Matter No: 056772-00008
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FEE APPLICATIONS, APPLICANT
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.10 | 52.50 | | | | | |
| BECKER, GARY M. | 3.30 | 1,501.50 | | | | | |
| MANGUAL, KATHLEEN | 12.00 | 2,220.00 | | | | | |
| **Total:** | **15.40** | **3,774.00** | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0930 MESSENGER/COURIER | | 25.56 | | | | | |
| **Costs Total :** | | **25.56** | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:24

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 29

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 01/02/2003 | TO: 03/27/2003 |
| UNBILLED DISB FROM: | 01/31/2003 | TO: 02/04/2003 |

GROSS BILLABLE AMOUNT:          32,444.50                    25.80
AMOUNT WRITTEN DOWN:

PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                     03/27/2003                    02/04/2003
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 26,667.00 | UNIDENTIFIED RECEIPTS: 0.00 |
| DISBURSEMENTS: | 2.70 | PAID FEE RETAINER: 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: 0.00 |
| TOTAL OUTSTANDING: | 26,669.70 | TRUST BALANCE: |
| | | BILLING HISTORY |

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 04/29/03 | LAST PAYMENT DATE: | 04/29/03 |
| LAST BILL NUMBER: | 369330 | FEES BILLED TO DATE: | 156,113.50 |
| LAST BILL THRU DATE: | 03/31/03 | FEES WRITTEN OFF TO DATE: | 4,417.50 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted   (7) Fixed Fee
    (3) Pre-arranged Discount      (8) Premium
    (4) Excessive Legal Time       (9) Rounding
    (5) Business Development        (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____          Processed by: _____          FRC: _____          CRC: _____

alp_132r: Billed Charges Analysis
Run Date & Time: 05/09/2003 09:15:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    30

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status   : ACTIVE

**BILLED TIME SUMMARY**

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Total Billed Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 01/07/03 | 03/21/03 | 28.10 | 14,752.50 |
| 07850 | HOROWITZ, GREGORY A. | LITI | 03/10/03 | 03/19/03 | 28.30 | 13,725.50 |
| 05292 | BECKER, GARY M. | CRED | 02/03/03 | 03/11/03 | 2.50 | 1,137.50 |
| 05646 | KLEIN, DAVID | CRED | 03/10/03 | 03/27/03 | 2.00 | 670.00 |
|  | PARAPROFESSIONALS | | | | | |
| 01789 | HAMANAKA, KEIKO | INT. | 01/02/03 | 01/08/03 | 12.70 | 2,159.00 |
| | Total: | | | | 73.60 | 32,444.50 |

Sub-Total Hours :    56.40 Partners    0.00 Counsels    4.50 Associates   12.70 Legal Assts    0.00 Others

**BILLED COSTS SUMMARY**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 01/31/03 | 02/04/03 | 25.80 |
| 0840 | MANUSCRIPT SERVICE | 01/31/03 | 01/31/03 | 0.00 |
| | Total | | | 25.80 |
| | Grand Total | | | 32,470.30 |

**A C C O U N T S   R E C E I V A B L E**   (Reflects Payments As of 05/09/03 09:15:25)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Billed Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 11/19/02 | 10/31/02 | 762361 | 3,131.00 | 298.49 | | 3,429.49 | 12/31/02 | |
| 11/11/02 | 10/31/02 | 762385 | 1,520.00 | 248.05 | | 1,768.45 | 02/18/02 | |
| 01/17/03 | 12/31/02 | 364671 | 1,025.00 | | | 1,025.00 | 03/25/03 | |
| 02/20/03 | 01/31/03 | 365684 | 6,254.00 | 23.10 | | 5,800.60 | 04/11/03 | 476.50 |
| 03/19/03 | 02/28/03 | 367178 | 6,220.00 | 2.70 | | .00 | | 6,232.70 |
| 04/29/03 | 03/31/03 | 369330 | 19,960.50 | .00 | | .00 | | 19,960.50 |
| | Total: | | 38,120.50 | 572.74 | | 12,023.54 | | 26,669.70 |

aip_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:25

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    31

Matter No: 056772-00012          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)          Supv Prtnr : MAYER THOMAS MORES - 03976
Matter Opened : 07/27/2001          Status : ACTIVE

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 01/07/03 | Discs. G. C'Hanlon. | 0.10 | 52.50 | 4510324 | 01/23/03 |
| BENTLEY, PHILIP | 01/14/03 | Discussions GAH and voicemail re: asbestos issues. | 0.40 | 210.00 | 4527358 | 02/03/03 |
| BENTLEY, PHILIP | 01/15/03 | Work on asbestos issues; memo to K & E re: same. | 1.40 | 735.00 | 4527359 | 02/03/03 |
| BENTLEY, PHILIP | 01/28/03 | Long telephone conference T. Weschler; and send email to K & E re: asbestos issues; review papers re: same | 1.20 | 630.00 | 4527360 | 02/03/03 |
| BENTLEY, PHILIP | 01/29/03 | Discussions GB and voicemail and trade emails | 0.40 | 210.00 | 4527361 | 02/03/03 |
| BENTLEY, PHILIP | 01/30/03 | Discussions T. Weschler and voicemail re: asbestos issues | 0.20 | 105.00 | 4527362 | 02/03/03 |
| BENTLEY, PHILIP | 01/31/03 | Analyze estimation issues, review documents re: same and discussions GAH and M. Brody re: same | 4.10 | 2,152.50 | 4527363 | 02/03/03 |
| BENTLEY, PHILIP | 02/03/03 | Review expert reports and other documents re asbestos estimation/litigation issues, and discs. M. Browdy and GAH re same. | 3.90 | 2,047.50 | 4557693 | 02/27/03 |
| BENTLEY, PHILIP | 02/04/03 | Review documents sent by K&E re estimation issues. | 0.60 | 315.00 | 4557694 | 02/27/03 |
| BENTLEY, PHILIP | 02/05/03 | Lengthy teleconf. with E. Liebenstein, and discs. GAH, TW and K. Mangual, re asbestos estimation issues. | 2.90 | 1,522.50 | 4557695 | 02/27/03 |
| BENTLEY, PHILIP | 02/06/03 | Trade emails and voicemails re estimation issues. | 0.20 | 105.00 | 4557696 | 02/27/03 |
| BENTLEY, PHILIP | 02/14/03 | Discs. GB and voicemail re asbestos issues, and review papers re same. | 0.40 | 210.00 | 4557697 | 02/27/03 |
| BENTLEY, PHILIP | 02/18/03 | Discs. TW and GB re estimation issues. | 0.20 | 105.00 | 4557698 | 02/27/03 |
| BENTLEY, PHILIP | 02/19/03 | Discs. GAH re estimation issues. | 0.10 | 52.50 | 4557699 | 02/27/03 |
| BENTLEY, PHILIP | 02/21/03 | Review Judge Wolin's USG estimation opinion, and extensive discs. TW, GB and GAH re implications of same. | 2.50 | 1,312.50 | 4557700 | 02/27/03 |
| BENTLEY, PHILIP | 02/24/03 | Exchange voicemails re estimation issues. | 0.10 | 52.50 | 4557701 | 02/27/03 |
| BENTLEY, PHILIP | 02/26/03 | Trade voicemail w/TW re estimation issues. | 0.10 | 52.50 | 4564355 | 03/03/03 |
| BENTLEY, PHILIP | 03/10/03 | Discs. GAH, TW and voicemail re asbestos issues. | 0.40 | 210.00 | 4607429 | 04/01/03 |
| BENTLEY, PHILIP | 03/12/03 | Review Norfolk case, discs. GB and TW re same, and begin work on memo to Committee re same. | 0.90 | 472.50 | 4607449 | 04/01/03 |
| BENTLEY, PHILIP | 03/13/03 | Additional review of Norfolk decision, and prepare memo to committee re same. | 2.60 | 1,365.00 | 4607468 | 04/01/03 |
| BENTLEY, PHILIP | 03/17/03 | Discs. GAH and trade voicemails re asbestos estimation issues. | 0.80 | 420.00 | 4607507 | 04/01/03 |
| BENTLEY, PHILIP | 03/18/03 | Long TC GAH, and trade voicemails re asbestos estimation issues. | 3.10 | 1,627.50 | 4607515 | 04/01/03 |
| BENTLEY, PHILIP | 03/19/03 | Work on estimation issues and disc. GAH re same. | 1.20 | 630.00 | 4607520 | 04/01/03 |

aip 132r: Billed Charges Analysis
Run Date & Time: 05/09/2003 09:15:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   32

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 03/21/03 | Discs. GB and voicemail re asbestos issues, and notes re same. | 0.30 | 157.50 | 4607564 | 04/01/03 |
| **Total For BENTLEY P - 02495** | | | **0.30** | **157.50** | | |
| HOROWITZ, GREGORY A. | 03/10/03 | tcs PB | 0.60 | 291.00 | 4600691 | 04/01/03 |
| HOROWITZ, GREGORY A. | 03/11/03 | read Bates deposition w/ report (3.5) | 3.50 | 1,697.50 | 4600702 | 04/01/03 |
| HOROWITZ, GREGORY A. | 03/12/03 | continue reviewing Bates dep. at report, with exhibits (6.5); begin review Peterson dep. (2.0) | 8.50 | 4,122.50 | 4600705 | 04/01/03 |
| HOROWITZ, GREGORY A. | 03/17/03 | dws PB (1.0); continue review of Peterson report, deposition, exhibits (4.5) | 5.50 | 2,667.50 | 4600729 | 04/01/03 |
| HOROWITZ, GREGORY A. | 03/18/03 | dw PB (.5); review Sealed Air opinion, continue review of Peterson work (3.0); long mw PB re committee call (2.5) | 6.00 | 2,910.00 | 4600737 | 04/01/03 |
| HOROWITZ, GREGORY A. | 03/19/03 | mw PB (.5); outline remarks for committee call (1.5); committee call (1.7); tc PB, Ted Wechsler (.5) | 4.20 | 2,037.00 | 4600747 | 04/01/03 |
| **Total For HOROWITZ G - 07850** | | | **28.30** | **13,725.50** | | |
| BECKER, GARY M. | 02/03/03 | Conf. with Bentley re various case issues concerning asbestos. | 0.30 | 136.50 | 4551803 | 02/25/03 |
| BECKER, GARY M. | 02/21/03 | Review USG order re asbestos personal injury claims and conf. with Bentley re same. | 0.70 | 318.50 | 4564135 | 02/26/03 |
| BECKER, GARY M. | 03/11/03 | Review new supreme court case in Norfolk Western; conf. with Bentley and Mayer re same. | 1.50 | 682.50 | 4577617 | 03/13/03 |
| **Total For BECKER G - 05292** | | | **2.50** | **1,137.50** | | |
| KLEIN, DAVID | 03/10/03 | email to CWB re Sup. Court decision re asbestos | 0.10 | 33.50 | 4583589 | 03/17/03 |
| KLEIN, DAVID | 03/22/03 | VM from P.Bentley re monitoring USG case. | 0.20 | 67.00 | 4601323 | 04/01/03 |
| KLEIN, DAVID | 03/26/03 | voicemail from PB re followup to J. Wolin's USG opinion, notes re same (0.3). | 0.30 | 100.50 | 4637612 | 04/11/03 |
| KLEIN, DAVID | 03/27/03 | extensive review of J.Wolin 2/19 opinion in USG (1.4) | 1.40 | 469.00 | 4637613 | 04/11/03 |
| **Total For KLEIN D - 05646** | | | **2.00** | **670.00** | | |
| HAMANAKA, KEIKO | 01/02/03 | Review and organize documents for Grace O'Hanlon re asbestos issues. | 1.80 | 306.00 | 4498133 | 03/21/03 |

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 33

alp_132r: Billed Charges Analysis
Run Date & Time: 05/09/2003 09:15:26

Matter No: 056772-00012          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status     : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| HAMANAKA, KEIKO | 01/03/03 | Continue to organize documents for Grace O'Hanlon re asbestos issues. | 0.80 | 136.00 | 4498134 | 01/21/03 |
| HAMANAKA, KEIKO | 01/06/03 | Continue to organize documents for Grace O'Hanlon re asbestos issues. | 4.50 | 765.00 | 4500773 | 01/21/03 |
| HAMANAKA, KEIKO | 01/07/03 | Continue to organize documents for Grace O'Hanlon re asbestos issues. | 4.40 | 748.00 | 4500774 | 01/21/03 |
| HAMANAKA, KEIKO | 01/08/03 | Continue to organize documents for Grace O'Hanlon re asbestos issues. | 1.20 | 204.00 | 4501378 | 01/21/03 |

Total For HAMANAKA K - 04789                                    12.70     2,159.00

Fee Total                                    73.60    32,444.50

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING |  |  |  |  |  |  |
| PHOTOCOPYING 0820 | BENTLEY, P | 01/31/03 | 23.10 | 5961059 | 92179 | 02/03/03 |
| BENTLEY PHILIP PHOTOCOPYING | SEAWRIGHT, J | 02/04/03 | 2.70 | 5971834 | 92754 | 02/11/03 |
| SEAWRIGHT JUANITA |  |  |  |  |  |  |

0820 PHOTOCOPYING Total :                                   25.80

| MANUSCRIPT SERVICE |  |  |  |  |  |  |
| MANUSCRIPT SERVICE 0840 | SEAWRIGHT, J | 01/31/03 | 0.00 | 5960041 | 92316 | 02/04/03 |
| 01/31/2003 |  |  |  |  |  |  |

0840 MANUSCRIPT SERVICE Total :                             0.00

Costs Total :                                    25.80

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   34

Run Date & Time: 05/09/2003 09:15:26

Matter No: 056772-00012
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status        : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 28.10 | 14,752.50 | | | | | |
| HOROWITZ, GREGORY A. | 28.30 | 13,725.50 | | | | | |
| BECKER, GARY M. | 2.50 | 1,137.50 | | | | | |
| KLEIN, DAVID | 2.00 | 670.00 | | | | | |
| HAMANAKA, KEIKO | 12.70 | 2,159.00 | | | | | |
| Total: | 73.60 | 32,444.50 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 25.80 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| | Costs Total : | 25.80 | | | | | |

alp 132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 35

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status      : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM: 01/06/2003          TO: 02/10/2003
UNBILLED DISB FROM:                     TO: 02/10/2003

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 2,310.50 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING?   YES   OR   NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH

| | | |
|---|---|---|
| FEES: | 13,638.74 | |
| DISBURSEMENTS: | 0.00 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 13,638.74 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 03/19/03 | LAST PAYMENT DATE: | 04/29/03 |
| LAST BILL NUMBER: | 367178 | FEES BILLED TO DATE: | 73,466.00 |
| LAST BILL THRU DATE: | 02/28/03 | FEES WRITTEN OFF TO DATE: | 1,600.00 |

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (6) Summer Associate
(2) Late Time & Costs Posted    (7) Fixed Fee
(3) Pre-arranged Discount       (8) Premium
(4) Excessive Legal Time        (9) Rounding
(5) Business Development         (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____     Processed by: _____     FRC: _____

CRC: _____

alp_132r: Billed Charges Analysis

PAGE    36

Run Date & Time: 05/09/2003 09:15:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y                      ----------- Total ----------
Emp Id Employee Name                Group         Oldest       Latest       Billed       Billed
                                                                            Hours        Amount

02495  BENTLEY, PHILIP              CRED          01/15/03     02/10/03      0.70         367.50
07850  HOROWITZ, GREGORY A.         LITI          01/14/03     02/03/03      2.90       1,406.50
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN            CRED          01/06/03     02/05/03      2.90         536.50

                    Total:                                                  6.50       2,310.50

Sub-Total Hours :   3.60 Partners     0.00 Counsels      0.00 Associates    2.90 Legal Assts     0.00 Others

A C C O U N T S    R E C E I V A B L E       (Reflects Payments As Of 05/09/03 09:15:26)
                                      ------- Billed -------        ---- Applied ---- ---- Collections ----      Balance
Bill Date Thru Date Bill#     Fee & OA    Billed     Disbursement   From OA   Total   Date                         Due

11/19/02 10/31/02 361261      21,575.00          .00                                 16,340.00 12/31/02           5,235.00
12/13/02 11/30/02 362365       9,907.00          .00                                  6,184.46 02/18/03           3,722.54
01/31/03 12/31/02 364671       2,601.00        83.50                                    313.80 03/25/03           2,370.70
02/20/03 01/31/03 365684       1,638.50          .00                                        .00                   1,638.50
03/19/03 02/28/03 367178         672.00          .00                                        .00                     672.00

                Total:        36,393.50        83.50                                 22,838.26                   13,638.74

alp_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:26

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   37

Matter No: 056772-00013
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 01/15/03 | Review emails re: Sealed Air settlement | 0.10 | 52.50 | 4527364 | 02/03/03 |
| BENTLEY, PHILIP | 01/17/03 | Review Debtors Exclusivity Motion and agenda for upcoming hearing | 0.30 | 157.50 | 4527357 | 02/03/03 |
| BENTLEY, PHILIP | 01/22/03 | Discussions Mark Herford and voicemail Sealed Air appeal | 0.20 | 105.00 | 4527365 | 02/03/03 |
| BENTLEY, PHILIP | 02/10/03 | Review motion to stay appeal. | 0.10 | 52.50 | 4557703 | 02/27/03 |
| **Total For BENTLEY P - 02495** | | | **0.70** | **367.50** | | |
| HOROWITZ, GREGORY A. | 01/14/03 | confer PB re asbestos claims (.3) | 0.30 | 145.50 | 4521080 | 02/03/03 |
| HOROWITZ, GREGORY A. | 01/31/03 | long dw P Bentley (.6); tc PB, Michelle Browdy (.1); review expert reports (1.5) all re asbestos issues | 2.20 | 1,067.00 | 4530387 | 02/03/03 |
| HOROWITZ, GREGORY A. | 02/03/03 | confer PB | 0.40 | 194.00 | 4555981 | 02/27/03 |
| **Total For HOROWITZ G - 07850** | | | **2.90** | **1,406.50** | | |
| MANGUAL, KATHLEEN | 01/06/03 | docket review, retrieval of Sealed Air pleadings, organize such (.60) | 0.60 | 111.00 | 4529336 | 02/03/03 |
| MANGUAL, KATHLEEN | 02/05/03 | Organize expert deposition transcripts and exhibits, organization of other pertinent documents, create index of such (2.3) | 2.30 | 425.50 | 4556435 | 02/24/03 |
| **Total For MANGUAL K - 05208** | | | **2.90** | **536.50** | | |

Fee Total

6.50    2,310.50

Alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP

PAGE   38

Run Date & Time: 05/09/2003 09:15:27

*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status    : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 0.70 | 367.50 | | | | | |
| HOROWITZ, GREGORY A. | 2.90 | 1,406.50 | | | | | |
| MANGUAL, KATHLEEN | 2.90 | 536.50 | | | | | |
| Total: | 6.50 | 2,310.50 | | | | | |

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

alp_132r: Billed Charges Analysis                                                                                                    PAGE    39

Run Date & Time: 05/09/2003 09:15:27

Matter No: 056772-00015                               Orig Prtnr : CRED. RGTS - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                    Status      : ACTIVE

Special Billing Instructions:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - PRE-BILLING SUMMARY REPORT - - - - - - - - - - - - - - - - - - - - - - - -

UNBILLED TIME FROM:   02/04/2003                  TO:                   02/05/2003
UNBILLED DISB FROM:                               TO:

                                                  FEES                  COSTS

GROSS BILLABLE AMOUNT:                            1,137.50              0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
FEE RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:                                        02/05/2003
CLOSE MATTER/FINAL BILLING?       YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

FEES:                             1,137.50

DISBURSEMENTS:                    0.00            UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                     0.00            PAID FEE RETAINER:            0.00
DISB RETAINER:                    0.00            PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:                1,137.50        TOTAL AVAILABLE FUNDS:        0.00
                                                  TRUST BALANCE:
                                                  BILLING HISTORY

DATE OF LAST BILL:        03/19/03                LAST PAYMENT DATE:
LAST BILL NUMBER:         367178                  FEES BILLED TO DATE:          1,137.50
LAST BILL THRU DATE:      02/28/03                FEES WRITTEN OFF TO DATE:     0.00

                          ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee              (6) Summer Associate
  (2) Late Time & Costs Posted        (7) Fixed Fee
  (3) Pre-arranged Discount           (8) Premium
  (4) Excessive Legal Time            (9) Rounding
  (5) Business Development            (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp 132r: Billed Charges Analysis                                                                                    PAGE   40
Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                           Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y                                    ---------- Total ----------
Emp Id Employee Name            Group           Oldest      Latest      Hours         Amount
-----  -------------            -----           ------      ------      -----         ------
05292  BECKER, GARY M.          CRED            02/04/03    02/05/03     2.50        1,137.50

       Total:                                                           2.50        1,137.50

Sub-Total Hours :    0.00 Partners    0.00 Counsels    2.50 Associates    0.00 Legal Assets    0.00 Others

A C C O U N T S   R E C E I V A B L E   (Reflects Payments As of 05/09/03 09:15:27)
                                        ---------- Billed ----------     -- Applied --   --- Collections ---
Bill Date Thru Date Bill#           Fee & OA    Billed      Disbursement From OA    Total    Date      Balance
                                                                                                       Due
03/19/03 02/28/03 367178            1,137.50    .00         .00          .00        .00                1,137.50
                                    ---------                                       ------             ---------
        Total:                      1,137.50    .00         .00                     .00                1,137.50

alp_132r: Billed Charges Analysis

PAGE   41

Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : PLAN AND DISCLOSURE STATEMENT
Matter Opened : 09/28/2001

Orig Prtnr : CRED. RGTS  - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status   : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 02/04/03 | Prepare response in support of debtors motion to extend exclusivity (1.3); conf. with Bentley re exclusivity (0.2). | 1.50 | 682.50 | 4551804 | 02/25/03 |
| BECKER, GARY M. | 02/05/03 | Conf. with Bentley; revise response in support of exclusivity motion and conf' with local counsel re same (1.0). | 1.00 | 455.00 | 4551805 | 02/25/03 |
| Total For BECKER G - 05292 | | | 2.50 | 1,137.50 | | |
| | | Fee Total | 2.50 | 1,137.50 | | |

alp_132r: Billed Charges Analysis                                                                                        PAGE   42

Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                 Status        : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, CARY M. | 2.50 | 1,137.50 | | | | | |
| Total: | 2.50 | 1,137.50 | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   43

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status    : ACTIVE

Special Billing Instructions:

```
                                    PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:   01/23/2003              TO:   01/23/2003
         UNBILLED DISB FROM:                           TO:

                              FEES                           COSTS

   GROSS BILLABLE AMOUNT:      105.00                        0.00
   AMOUNT WRITTEN DOWN:
             PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
           THRU DATE:
   CLOSE MATTER/FINAL BILLING?    YES   OR   NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:

   BILLING COMMENTS:              BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
```

```
                                    ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                     FEES:                   1,672.50          UNIDENTIFIED RECEIPTS:           0.00
             DISBURSEMENTS:                       0.00         PAID FEE RETAINER:               0.00
             FEE RETAINER:                        0.00         PAID DISB RETAINER:              0.00
             DISB RETAINER:                       0.00         TOTAL AVAILABLE FUNDS:           0.00
         TOTAL OUTSTANDING:               1,672.50             TRUST BALANCE:
                                                                BILLING HISTORY
         DATE OF LAST BILL:       02/20/03          LAST PAYMENT DATE:          04/29/03
         LAST BILL NUMBER:          365694          FEES BILLED TO DATE:      48,397.50
         LAST BILL THRU DATE:     01/31/03          FEES WRITTEN OFF TO DATE:  5,087.68
```

FOR ACCTG USE ONLY:

Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (6) Summer Associate
    (2) Late Time & Costs Posted    (7) Fixed Fee
    (3) Pre-arranged Discount       (8) Premium
    (4) Excessive Legal Time        (9) Rounding
    (5) Business Development       (10) Client Arrangement

BILL NUMBER: _____          DATE OF BILL: _____     Processed by: _____    FRC: _____     CRC: _____

```
alp_131r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL, LLP                              PAGE  44
Run Date & Time: 05/09/2003 09:15:27                          *PRIVILEGED AND CONFIDENTIAL*


Matter No: 056772-00019                                                        Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                 Bill Prtnr : BENTLEY PHILLIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                              Status  : ACTIVE


B I L L E D   T I M E   S U M M A R Y                      ------- Total -------   ------- Billed -------
Emp Id Employee Name            Group            Oldest       Latest      Hours         Amount
                                                 --------     --------     --------     --------

02495  BENTLEY, PHILLIP         CRED            01/23/03     01/23/03       0.20         105.00

                Total:                                                      0.20         105.00


Sub-Total Hours :       0.20 Partners      0.00 Counsels      0.00 Associates      0.00 Legal Assts      0.00 Others


A C C O U N T S   R E C E I V A B L E      (Reflects Payments As of 05/09/03 09:15:27)
                                           Billed         Applied       --- Collections ---
Bill Date  Thru Date Bill#          Fee & OA    Disbursement      From OA        Total         Date              Balance
                                    --------    ------------     --------      --------      --------             Due
11/19/02 10/31/02  361261           1,567.50          .00           .00           .00                           1,567.50
02/20/03 01/31/03  365684             105.00          .00           .00           .00                             105.00
                                    ---------                                                                   ---------
                    Total:          1,672.50          .00                         .00                           1,672.50
```

alp_l12lr: Billed Charges Analysis                                                                                                          PAGE    45

Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status      : ACTIVE

| B I L L E D   T I M E   D E T A I L | | | | | |
|---|---|---|---|---|---|
| Employee Name | Work Date | Description | Hours | Amount | Index# Batch Date |
| BENTLEY, PHILIP | 01/23/03 | Trade emails re: Monday's hearing | 0.20 | 105.00 | 4527366 02/03/03 |
| Total For BENTLEY P - 02495 | | | 0.20 | 105.00 | |
| | | Fee Total | 0.20 | 105.00 | |

alp_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    46

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status     : ACTIVE

| B I L L E D   T I M E   S U M M A R Y | | | Bill | W/o / W/u | Transfer   To   Clnt/Mtr   Carry Forward | Status |
| Employee Name | Hours | Amount | | | | |
| BENTLEY, PHILIP | 0.20 | 105.00 | | | | |
| Total: | 0.20 | 105.00 | | | | |

alp 132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    47

Matter No: 056772-00026
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : OTHER
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:        TO:
UNBILLED DISB FROM:        TO:

|                                    | FEES | COSTS |
|------------------------------------|------|-------|
| GROSS BILLABLE AMOUNT:             | 0.00 | 0.00  |
| AMOUNT WRITTEN DOWN:               |      |       |
| PREMIUM:                           |      |       |
| ON ACCOUNT BILLED:                 |      |       |
| DEDUCTED FROM PAID RETAINER:       |      |       |
| AMOUNT BILLED:                     |      |       |
| THRU DATE:                         |      |       |
| CLOSE MATTER/FINAL BILLING?  YES OR NO |  |       |
| EXPECTED DATE OF COLLECTION:       |      |       |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

| FEES                |        | UNIDENTIFIED RECEIPTS: | 0.00 |
|---------------------|--------|------------------------|------|
| DISBURSEMENTS:      | 890.00 | PAID FEE RETAINER:     | 0.00 |
| FEE RETAINER:       | 0.00   | PAID DISB RETAINER:    | 0.00 |
| DISB RETAINER:      | 0.00   | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING:  | 890.00 | TRUST BALANCE:         |      |

BILLING HISTORY

| DATE OF LAST BILL:   | 11/19/02 | LAST PAYMENT DATE:        |        |
|----------------------|----------|---------------------------|--------|
| LAST BILL NUMBER:    | 361261   | FEES BILLED TO DATE:      | 890.00 |
| LAST BILL THRU DATE: | 10/31/02 | FEES WRITTEN OFF TO DATE: | 0.00   |

FOR ACCT'S USE ONLY:        Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (6) Summer Associate
(2) Late Time & Costs Posted  (7) Fixed Fee
(3) Pre-arranged Discount     (8) Premium
(4) Excessive Legal Time      (9) Rounding
(5) Business Development       (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    48

Matter No: 056772-00026                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : OTHER                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                 Status      : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 05/09/03 09:15:27)

| Bill Date | Thru Date | Bill# | --------- Billed --------- | | | -- Collections -- | | Balance |
| | | | Fee & OA | Disbursement | Applied From OA | Total | Date | Due |
| 11/19/02 | 10/31/02 | 361261 | 890.00 | .00 | .00 | .00 | | 890.00 |
| | | Total: | 890.00 | .00 | | .00 | | 890.00 |

alp_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:27

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE   49

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS   - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

**PRE-BILLING SUMMARY REPORT**

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | | |
| UNBILLED DISB FROM: | | |
| TO: | | |
| TO: | | |

| | FEES | | COSTS | |
|---|---|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | | 0.00 | |
| AMOUNT WRITTEN DOWN: | | | | |
| PREMIUM: | | | | |
| ON ACCOUNT BILLED: | | | | |
| DEDUCTED FROM PAID RETAINER: | | | | |
| AMOUNT BILLED: | | | | |
| THRU DATE: | | | | |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | | | |
| EXPECTED DATE OF COLLECTION: | | | | |

BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

**BILLING HISTORY**

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 11/19/02 | LAST PAYMENT DATE: | 04/29/03 |
| LAST BILL NUMBER: | 361261 | FEES BILLED TO DATE: | 5,675.00 |
| LAST BILL THRU DATE: | 10/31/02 | FEES WRITTEN OFF TO DATE: | 4,675.00 |

**ACCOUNTS RECEIVABLE TOTALS**

| | | | | |
|---|---|---|---|---|
| | | UNIDENTIFIED RECEIPTS: | 0.00 | |
| FEES: | 285.00 | PAID FEE RETAINER: | 0.00 | |
| DISBURSEMENTS: | 0.00 | PAID DISB RETAINER: | 0.00 | |
| FEE RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 | |
| DISB RETAINER: | 0.00 | TRUST BALANCE: | | |
| TOTAL OUTSTANDING: | 285.00 | | | |

UNIDENTIFIED RECEIPTS:      UNAPPLIED CASH

Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:

(1) Exceeded Fixed Fee
(2) Late Time & Costs Posted
(3) Pre-arranged Discount
(4) Excessive Legal Time
(5) Business Development

(6) Summer Associate
(7) Fixed Fee
(8) Premium
(9) Rounding
(10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

a1p_132r: Billed Charges Analysis

Run Date & Time: 05/09/2003 09:15:27

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    50

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

A C C O U N T S    R E C E I V A B L E    (Reflects Payments As of 05/09/03 09:15:27)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due | Status |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|------------------|-------------|--------|
| 11/19/02 | 10/31/02 | 361261 | 285.00 | .00 | .00 | .00 | | 285.00 | |
| Total: | | | 285.00 | .00 | | .00 | | 285.00 | |

alp_132rc: Client Analysis Sheet

PAGE   1

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Worked : 01/01/03 thru 03/31/03

Run Date & Time: 05/09/03 09:16:13
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partner | Class | Freq | Stat |
|------|------|------|------|------|------|------|------|------|------|
| 00001 | CASE ADMINISTRATION | 27.00 | 8,191.00 | 1,515.57 | 9,706.57 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 6.60 | 3,262.00 | 53.00 | 3,315.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00003 | FINANCING | 0.20 | 105.00 | 0.00 | 105.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00007 | REORGANIZATION PLAN | 0.30 | 157.50 | 0.00 | 157.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 15.40 | 3,774.00 | 25.56 | 3,799.56 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 73.60 | 32,444.50 | 25.80 | 32,470.30 | BENTLEY PHILIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 6.50 | 2,310.50 | 0.00 | 2,310.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 2.50 | 1,137.50 | 0.00 | 1,137.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 0.20 | 105.00 | 0.00 | 105.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00026 | OTHER | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL-NON-WORKING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 132.30 | 51,487.00 | 1,639.93 | 53,106.93 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE