## EXHIBIT A

### CERTIFICATE OF ADMITTEE

      I certify that I am eligible for admission to this Court and am admitted to practice in the jurisdictions specified in the Motion, and I am in good standing in such jurisdictions; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in this court, or in the preparation of these chapter 11 cases, pursuant to Local Rule 83.6(i) of the United States District Court for the District of Delaware; and I have access to or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules.

                                                             /s/ Christian J. Lane
                                                             Christian J. Lane

DOCS_DE:71116.1
05/15/03 5:53 PM