**Exhibit C**
March 2003 Fee Application

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No.  01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

**SUMMARY COVER SHEET TO TWENTY-FOURTH MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
MARCH 1, 2003 THROUGH MARCH 31, 2003**

| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
|---|---|
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2003 through March 31, 2003. |
| Amount of compensation sought as actual, reasonable and necessary | $88,272.00 for the period March 1, 2003 through March 31, 2003 (80% of $110,340.00 after 40% discount for Honeywell matter), in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $10,455.86 for the period March 1, 2003 through March 31, 2003. |

This is a:      Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | through 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 80% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 80% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | No Objections Served on Counsel | No Objections Served on Counsel |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the twenty-fourth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed this year of expertise, year of obtaining relevant license to practice | Hourly Billing Rate including Changes | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $440 | 175.2 | $77,088.00 |
| William Hughes | Counsel | $350 | 184.7 | $64,645.00 |
| Michael L. Williams | Associate | $225 | 58.6 | $13,185.00 |
| Rebecca L. Schuller | Associate | $180 | 13.9 | $2,502.00 |
| Barbara Banks | Paralegal | $135 | 163.1 | $22,018.50 |
| Natasha Bynum | Legal Clerk | $100 | 15.0 | $1,500.00 |
| Mahmoude Moasser | Paralegal | $135 | 14.1 | $1,903.50 |

Total Fees                       $182,842.00
Less 40% Discount for Allied    $( 72,502.00)

Balance Due                $110,340.00

Total Hours                624.6

## EXPENSE SUMMARY

| | |
|---|---|
| Copies- Internal and Outside | $2,913.90 |
| Parking | $68.45 |
| Lexis/Westlaw Costs | $6,621.34 |
| Overtime Meals | $46.09 |
| Overtime Transportation | $66.02 |
| Tips to Hotel Personnel During Trial | $4.00 |
| Delivery Service | $189.30 |
| Telephone | $523.86 |
| Tolls | $22.90 |
| | |
| Total | $10,455.86 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

May 6, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#     510

For Professional Services Rendered in Connection with Honeywell, Inc. -
Matter 6

<u>Professional Services:</u>

|  |  |  | **Hours** |
|---|---|---|---|
| 03/03/03 | BJB | Read and summarize 2/3/03 trial testimony of Frank Faranca for Mr. Hughes (4.8); research trial transcripts re Dr. Anderson's testimony on environmental risks and prepare results for Mr. Hughes (.4); conference with Ms. Bynum re: dispositon of pretrial case files, collect and prepare pertinent document for Mr . Marraro (.3); continue sorting and organizing trial files returned form trial war room in NJ (2.0). | 7.50 |
| 03/03/03 | MLW | Evaluation of federal law pertaining injunctions (8.3). | 8.30 |
| 03/03/03 | WFH | Review trial transcripts and exhibits and work on proposed Findings of Fact re environmental contamination/risks (9.4). | 9.40 |
| 03/03/03 | CHM | Meeting with client in Columbia, MD re various issues (2.5); review trial transcripts for Findings of Fact (2.0); work on evidence issues (2.0). | 6.50 |
| 03/04/03 | MLW | Evaluation of federal law pertaining to injunctions (11.1). | 11.10 |
| 03/04/03 | WFH | Review trial transcripts and exhibits and work on proposed | 8.90 |

Findings of Fact re environmental contamination/risks. (8.9).

| 03/04/03 | CHM | Work on evidence issues (4.2); review transcript for Findings of Fact analysis (3.5). | 7.70 |
| 03/05/03 | BJB | Continue review and organizatiion of trial files (3.3); research exhibit list and binders for pertinent exhibit information and prepare email to Mr. Scrivo (.5); collect and email electronic transcripts to Ms. Houser (.3); conference with Ms. Flax and collect W.R. Grace & Co. Bankruptcy Schedule F form PACER (.4); prepare email and fax of same to Ms. Flax (.3). | 4.80 |
| 03/05/03 | MLW | Evaluation of federal law pertaining to injunctions in context of environmental litigation and related policy issues addressed by courts (9.4). | 9.40 |
| 03/05/03 | WFH | Review trial transcripts and exhibits and work on proposed Findings of Fact re environmental contamination/risks (8.8); conferences with experts re same (.8). | 9.60 |
| 03/05/03 | CHM | Review transcripts for Findings of Fact (4.5); conference with client (.5). | 5.00 |
| 03/05/03 | MM | Review all recent documents re e-mails by Ms. Campbell (.6). | 0.60 |
| 03/06/03 | BJB | Conference with Mr. Hughes re additional assignments re findings of fact brief (.3); respond to inquiry re Honeywell supplemental exhibits from Mr. Scrivo (.4); collect, prepare and create working file of trial testimony of James Wong for Mr. Hughes (.5); prepare, organize and proof combination binders of trial testimony for Mr. Williams (1.5); coordinate and prepare final Grace trial exhibits list (1.0); continue reading and summarizing Frank Faranca trial testimony for Mr. Hughes (2.4). | 6.10 |
| 03/06/03 | MLW | Evaluation of federal law pertaining to injunctive relief (4.2). | 4.20 |
| 03/06/03 | WFH | Review trial transcripts and exhibits and work on proposed Findings of Fact re geochemistry of COPR and environmental contamination/risks (8.5); conferences with experts re same (1.0). | 9.50 |

| 03/06/03 | CHM | Meetings with client (4.5); review transcripts for Findings of Fact (2.8). | 7.30 |
| 03/06/03 | RLS | Research assumption of risk under New Jersey and federal law common law (8.0). | 8.00 |
| 03/07/03 | BJB | Conference with Mr. Hughes on review of exhibits re ECARG's removal of COPR with USTs, Grace's technical assistance to DEP and heaving issues (4.0); research final exhibit list and identify exhibits re heaving issues for Mr. Hughes (2.5); update admitted exhibits binders pursuant to final, filed list of admitted exhibits ( 2.3). | 8.80 |
| 03/07/03 | MLW | Evaluation of federal law pertaining to issues and injunctions (7.8). | 7.80 |
| 03/07/03 | MLW | Preparation of outline of federal law on injunctions (3.6). | 3.60 |
| 03/07/03 | WFH | Review trial transcripts and exhibits and work on proposed Findings of Fact re environmental contamination/risks (8.8). | 8.80 |
| 03/07/03 | CHM | Review transcript for Findings of Fact (2.5); conference calls re evidentiary issues (1.8); conference with ICO re findings (1.0); conference with client (.5). | 5.80 |
| 03/07/03 | RLS | Research actual knowledge as a requirement for assumption of risk (5.9). | 5.90 |
| 03/07/03 | MM | Review and organize documents returned from trial (1.3). | 1.30 |
| 03/08/03 | MLW | Preparation of outline of federal law pertaining to injunctions under RCRA (5.4). | 5.40 |
| 03/08/03 | CHM | Work on findings of fact re Valley Fair (6.2). | 6.20 |
| 03/09/03 | CHM | Work on Findings of Fact re Valley Fair and health issues (5.8). | 5.80 |
| 03/10/03 | BJB | Review and analyze Grace admitted exhibits re ECARG site activities in support of finding of facts for Mr. Hughes (3.5); conference with Mr. Hughes re review and analysis of pertinent admitted exhibits (.3); research ICO admitted exhibits for pertinent exhibits for Mr. Hughes (.5); collect and prepare pertinent exhibits for Mr. Hughes (.6); review | 9.70 |

ICO admitted deposition designations (.5); prepare working set of admitted exhibits for attorneys (3.8); collect and prepare pertinent trial testimony for Mr. Hughes (.5).

| | | | |
|---|---|---|---|
| 03/10/03 | MLW | Further evaluation of federal law pertaining to injunctions re environmental cases (8.8). | 8.80 |
| 03/10/03 | WFH | Review trial transcripts and exhibits and work on proposed Findings of Fact re geotechnical issues (8.9). | 8.90 |
| 03/10/03 | CHM | Travel to NJ and return (4.6). (Note: Travel time billed at 50%; 10% here and 40% at end of statement.) | 4.40 |
| 03/10/03 | CHM | All-day meeting in NJ re evidentiary issues and findings of fact issues (8.5). | 8.50 |
| 03/11/03 | BJB | Continue review and analysis of admitted exhibits re ECARG site activities for Mr. Hughes (2.8); telephone conference with Mr. Hughes (.2); conference with Ms. Kelly re same (.1); conference with Mr. Marraro re preparation of Honeywell admitted exhibits list (.2); prepare binder of parties' admitted exhibits lists for Mr. Marraro and post-trial files (.8); collect pertinent information for Mr. Marraro (.3); scan, OCR, chron and proof Honeywell admitted exhibits list for Mr. Marraro (4.2); prepare binder of ICO deposition excerpts admitted into evidence for Mr. Hughes (.5); research trial transcript for pertinent expert information and leave telephone message re same for Mr. Hughes (.5). | 9.60 |
| 03/11/03 | WFH | Draft and revise proposed Findings of Fact re environmental contamination/risks issues and geotechnical issues (8.6); conferences with experts and co-counsel re same (1.1). | 9.70 |
| 03/11/03 | CHM | Review evidentiary issues with ICO (.8); prepare findings on health issues (3.5); conference with client (.5). | 4.80 |
| 03/12/03 | BJB | Proof chroned list of Honeywell admitted exhibits (.8); research trial transcripts on Summation for pertinent expert testimony re findings of fact for Mr. Hughes (.8); collect and prepare pertinent testimony re same for Mr. Hughes (.4); conference with Mr. Hughes (.2); conference with Ms. Manago re Honeywell admitted exhibits list (.2); scan and OCR direct outline of Mr. Pierson for Mr. Scrivo (.4); prepare email message to Mr. Scrivo re outline and chromed | 8.00 |

list of Honeywell admitted exhibits (.3); research Summation for expert testimony re Dundalk site, Rt. 440 site and COPR excavation and removal for Mr. Hughes  (1.8) collect, prepare and organize relevant trial testimony re same (2.0); download deposition transcript designations for Honeywell witness from Summation, coordinate and prepare for Mr. Hughes (.8); make telephone call to plaintiffs' counsel re admitted deposition designations (.3).

| 03/12/03 | WFH | Draft and revise proposed Findings of Fact re heaving and environmental contamination/risks (7.7); review transcripts and exhibits re same (2.4); conferences with Ms. Banks re findings and related searches of record (.7). | 10.80 |

| 03/12/03 | CHM | Attend lengthy conference call with client (2.5); conference with Agnello re various issues (.8); work on findings (6.5). | 9.80 |

| 03/12/03 | NAB | Create electronic version of HW admitted exhibit list (1.5). | 1.50 |

| 03/13/03 | BJB | Complete review and summary of trial testimony of Frank Faranca  and prepare report for Mr. Hughes (6.3); conference with Mr. Hughes re Mutual knowledge exhibits admitted into evidence  (.3); cross-reference list of admitted exhibits against collected knowledge exhibits and update accordingly (2.8); research the Internet and confirm ASSE for Mr. Hughes (.2); conference with Ms. Bynum and Kelly re preparation of admitted exhibits binders (.5); conference with Messrs. Marraro and Hughes re Valley Fair (.2); review Mellick-Tully video re same (.5); prepare letter and FedEx package re trial transcripts to expert (.5). | 11.30 |

| 03/13/03 | WFH | Review trials transcripts and exhibits and work on proposed Findings of Fact re Grace Defendants' cooperation with NJDEP and draft proposed findings re same (9.6). | 9.60 |

| 03/13/03 | CHM | Review transcripts (6.5); work on findings re Amy Joy and Valley Fair (2.5). | 9.00 |

| 03/13/03 | NAB | Create binders of Honeywell's admitted exhibits (7.5). | 7.50 |

| 03/14/03 | BJB | Prepare table summarizing Frank Faranca's trial testimony for Mr. Hughes (2.4); conference with Messrs Marraro and Hughes (.4); research Grace, Honeywell and ICO admitted exhibits lists for pertinent supporting exhibits in re findings | 7.80 |

of fact for Mr. Hughes (2.0); collect and prepare relevant exhibits re same (.5); conference with Mr. Hughes re results (.3) research production database and categorical exhibits list for pertinent documents for Mr. Hughes (.8); collect and prepare same (.4); prepare email message and place telephone calls re important exhibits to Mr. Scrivo (.7); research admitted exhibits list re ECARG as site owner for Mr. Marraro (.3).

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/14/03 | WFH | Draft and revise proposed Findings of Fact re heaving, geochemistry of COPR, and environmental contamination/risks (8.8). | 8.80 |
| 03/14/03 | CHM | Prepare client memo re various issues (8.0); review transcript for findings of Fact (2.2). | 10.20 |
| 03/14/03 | NAB | Finalize binders of Honeywell's admitted exhibits (6.0). | 6.00 |
| 03/15/03 | WFH | Review relevant trial exhibits and draft proposed Findings of Fact re Mutual's knowledge of chromium health effects and environmental risks posed by COPR (6.8). | 6.80 |
| 03/15/03 | CHM | Work on client memo (1.5); prepare findings of fact re Daylin acquisition (5.2). | 6.70 |
| 03/16/03 | CHM | Work on findings of fact re Daylin acquisition (4.8). | 4.80 |
| 03/17/03 | BJB | Collect requested ICO admitted exhibits for Mr. Scrivo (.3); prepare letter and FedEx package of same to Mr. Scrivo (.4); cite check draft Findings of Fact Sections 7 and 17 for Mr. Marraro (3.6); research Lexis and cite check draft memo to client for Mr. Marraro (.8). | 5.10 |
| 03/17/03 | CHM | Review transcripts for Findingsd of Fact (3.6); conference with Mr. Agnello (.5). | 4.10 |
| 03/18/03 | BJB | Continue cite checking draft Findings of Fact Sections 7, 8 and 17, verifying trial transcript and admitted exhibits for Mr. Marraro (3.7); prepare email to case attorneys with cite checked, redlined draft (.8); conference with Ms. Campbell on case correspondence (.3); review, coordinate and prepare new correspondence (2.5). | 7.30 |
| 03/18/03 | WFH | Draft and revise proposed Findings of Fact re Mutual's | 8.30 |

knowledge of chromium health and environmental risks (8.3).

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/19/03 | BJB | Respond to telephone request for exhibits from plaintiff (.2); collect and prepare same, letter and package to plaintiff (.4); review and analyze Grace admitted exhibits re surface water data for Findings of Fact for Mr. Hughes (1.4); create binder of same (3.3). | 5.30 |
| 03/20/03 | BJB | Research ICO admitted exhibits for surface water sampling re hexavalent chromium sampling data for Findings of Fact for Mr. Hughes (3.5); collect, coordinate, prepare and organize same (4.0). | 7.50 |
| 03/21/03 | BJB | Create table and binder of surface water hexavalent chromium sampling data for Mr. Hughes (4.3); review and organize new correspondence, court filings and case documents (1.5); cite check draft finding of facts re heaving for Mr. Hughes (1.5). | 7.30 |
| 03/21/03 | BJB | Make follow up telephone calls to NJ State Deputy Attorney General to obtain copy of opinion (.4). | 0.40 |
| 03/21/03 | CHM | Conference with Agnello (.8); review Andersen and Belsito transcripts re health findings (3.5). | 4.30 |
| 03/22/03 | WFH | Review and revise proposed Findings of Fact re heaving, geochemistry of COPR, environmental contamination/risks, and Mutual's knowledge of health risks (6.8). | 6.80 |
| 03/22/03 | CHM | Prepare findings of fact on health issues (2.5). | 2.50 |
| 03/24/03 | WFH | Review relevant trial exhibits and testimony, and draft proposed Findings of Fact re failure of Honeywell's IRM's to prevent pathways of exposure to chromium at site (9.7). | 9.70 |
| 03/24/03 | CHM | Prepare findings of fact on Valley Fair building issues (3.0). | 3.00 |
| 03/25/03 | WFH | Work on proposed Findings of Fact re environmental and heaving issues and review relevant documents and trial testimony in support of same (8.8). | 8.80 |
| 03/25/03 | CHM | Prepare findings of fact on Daylin acquisition issues (2.5). | 2.50 |

| 03/26/03 | WFH | Work on proposed Findings of Fact re environmental and heaving issues and review relevant documents and trial testimony in support of same (9.6). | 9.60 |
|---|---|---|---|
| 03/26/03 | CHM | Prepare findings of fact on Daylin acquisition issues (2.0). | 2.00 |
| 03/26/03 | MM | Office conferences with Mr. Marraro re final preparation for filing stipulation of facts (.3); review Mr. Marraro and Mr. Hughes' draft stipulation of facts against the pretrial stipulation of facts and forward email to Mr. Marraro and Ms. Flax re portions of the finding of facts which have been identified (1.1); office conference with Mr. Hughes re same (.2); telephone conference with Ms. Banks re same (.1); office conferences with Ms. Bynum re assist with same (.2); review summation database re producing copy of certain Grace exhibits pertaining to the cleanup of chromium and produce to Mr. Marraro for review (.6); review all parties' exhibits admitted into evidence re confirming that certain Grace exhibits were admitted (.4); follow-up office conference with Mr. Marraro re cite checking stipulation of facts in preparation for filing (.2); review and produce all cited documents in brief and complete cite checking of same (6.7); forward revised brief to Ms. Campbell as requested by Mr. Marraro (.1). | 9.90 |
| 03/27/03 | BJB | Conference with Mr. Marraro re draft Findings of Fact (.2); conference with Mr. Hughes re his draft sections of the Findings of Fact (.3); research Lexis, download and coordinate NJ statute re acceptable cancer risk remediation standard for Mr. Marraro (.5); assist Ms. Bynum research case files for ICO's 11/02 Findings of Fact (.4); cite check draft Findings of Fact for Messrs. Marraro and Agnello and Ms. Flax (7.8); research trial testimony of Drs. Chapman and Brown re pertinent information in re Findings of Fact for Mr. Hughes (.6); telephone conference with Mr. Hughes re same (.3); research Honeywell and ICO admitted site photo exhibits for pertinent photos in re Findings of Fact for Mr. Marraro (1.2); conference with Mr. Marraro re same (.2); research re verification of NJ rates for pre-judgment interest rule in re Findings of Fact for Carella Byrne (.4); download and coordinate supplements to draft Findings of Fact for Mr. Hughes (.3). | 12.20 |
| 03/27/03 | WFH | Legal research re elements of statutory and common law claims, and draft selected findings of fact re same (4.6); | 10.80 |

revise draft findings re heaving and environmental issues (6.2).

| 03/27/03 | CHM | Prepare findings of fact related to health issues (11.5). | 11.50 |
| 03/27/03 | MM | Continue to review various case databases and case documents for attorneys preparing stipulation of facts (1.2); office conferences with Ms. Banks re same (.3); complete various tasks associated to same (.6); office conference with Ms. Bynum re search for various documents requested by Mr. Hughes for review (.2). | 2.30 |
| 03/28/03 | BJB | Cite check draft heaving Findings of Fact for Mr. Hughes (6.4); assist Messrs. Marraro and Hughes with identification and verification of pertinent information re ongoing draft Findings of Fact (1.5); research Summation for pertinent testimony re OSHA and asphalt Findings of Fact for Mr. Hughes (.8); conference with Mr. Hughes re Summation research results (.3); research Grace and ICO photo exhibits for pertinent photographs for Mr. Marraro (.7); research plaintiff's admitted exhibits and flag exhibits re ECARG cooperation for Mr. Hughes (.8). | 10.50 |
| 03/28/03 | CHM | Prepare findings of fact re health issues (9.5). | 9.50 |
| 03/29/03 | BJB | Cite check draft working version of Findings of Fact for Messrs. Marraro, Hughes, Agnello and Ms. Flax (11.7); collect and prepare pertinent exhibits for Mr. Marraro (.5); research Summation for pertinent information re Findings of Fact for Mr. Hughes (.8). | 13.00 |
| 03/29/03 | WFH | Finish proposed findings re environmental risks (4.6); review combined draft findings and provide comments on same (4.0); conferences with Ms. Banks re record searches and cite checking issues (.8). | 9.40 |
| 03/29/03 | CHM | Prepare findings (6.5); review Hughes' draft findings (2.8). | 9.30 |
| 03/30/03 | BJB | Cite Check draft working version of Findings of Fact for Messrs. Marraro, Hughes, Agnello and Ms. Flax (11.2); research Summation for pertinent information re Findings of Fact for Mr. Hughes (.7); conference with Mr. Hughes re same (.4). | 12.30 |

| Date | | Description | Hours |
|---|---|---|---|
| 03/30/03 | WFH | Conference with Messrs. Marraro and Agnello re proposed findings (5.0); revisions to findings per conference call (2.3); additional research of record re selected heaving and environmental issues (1.2); work on proposed Conclusions of Law. (1.3). | 9.80 |
| 03/30/03 | CHM | Prepare findings of fact re health and remedy issues (8.2); review Carella Byrne draft (3.0). | 11.20 |
| 03/31/03 | BJB | Collect and prepare pertinent documents for Mr. Hughes (.3); research electronic files for pertinent filing drafts for Mr. Hughes (.5); research Summation for pertinent testimony for Findings of Fact for Mr. Hughes (.3) research Lexis for 3rd Circuit case and email to Mr. Marraro (.3); continue cite checking draft Findings of Fact (6.2). | 7.60 |
| 03/31/03 | WFH | Conference with Messrs. Marraro and Agnello re proposed findings (4.0); revisions to findings per conference call (2.5); additional research of record and confer with Ms. Flax re same (1.5); proof and cite-check selected portions of findings and coordinate service of findings on co-counsel (2.0); work on proposed Conclusions of Law (.7). | 10.70 |
| 03/31/03 | CHM | Conference calls with Agnello (1.2); prepare final draft findings of fact on health and Daylin acquisition (4.5); review and comment on final draft document for circulation to parties (3.2); conference with client (.6). | 9.50 |

|  | | | **Amount** |
|---|---|---|---|
| **Total Fees** | | 620.30 | $181,255.00 |

Disbursements:

| | |
|---|---|
| Javonda Kelly Parking to unload rental truck | 15.00 |
| Copying | 2,882.40 |
| Telephone | 523.86 |
| Online research | 6,621.34 |
| Delivery services/messengers | 189.30 |
| Overtime Meals | 46.09 |
| Overtime Transportation | 66.02 |
| Parking | 53.45 |
| Tips for Hotel Personnel at Trial | 4.00 |
| Tolls | 22.90 |

| | |
|---|---|
| **Total Disbursements** | $10,424.36 |

| | | | |
|---|---|---|---|
| Total Amount Of This Bill | | | $191,679.36 |
| Less Deduction of 40% of Fees Per Agreement | | | $72,502.00 |
| Balance Due | | | $119,177.36 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Banks, Barbara J. | Paralegal | 162.10 | 135.00 |
| Bynum, Natasha A. | Legal Clerk | 15.00 | 100.00 |
| Hughes, William F. | Counsel | 184.70 | 350.00 |
| Marraro, Christopher H. | Partner | 171.90 | 440.00 |
| Moasser, Mahmoude | Paralegal | 14.10 | 135.00 |
| Schuller, Rebecca L. | Associate | 13.90 | 180.00 |
| Williams, Michael L. | Associate | 58.60 | 225.00 |



WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

May 7, 2003

William Corcoran
Vice President-Public & Regulatory Affairs
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    511

For Professional Services Rendered in Connection with Libby, Montana -
Matter 9

Professional Services:

| | | | Hours |
|---|---|---|---|
| 03/07/03 | CHM | Review materials from client (.7); conference with client (.3). | 1.00 |
| 03/11/03 | CHM | Review materials from client (.5). | 0.50 |

| | | | Amount |
|---|---|---|---|
| Total Fees | | 1.50 | $660.00 |
| Total Amount Of This Bill | | | $660.00 |
| Balance Due | | | $660.00 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 1.50 | 440.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

May 5, 2003

**Richard Senftleben**
**W. R. Grace & Company**
**7500 Grace Drive**
**Columbia, MD 21044**

Invoice#    503

For Professional Services Rendered in Connection with General Matters –
Matter 11

<u>Professional Services:</u>

|  |  |  | **Hours** |
|---|---|---|---|
| 03/03/03 | BJB | Incorporate new audit correspondence into indexed case file (.4); scan and incorporate into electronic files (.2). | 0.60 |
| 03/03/03 | CHM | Prepare audit response letter (.8). | 0.80 |
| 03/06/03 | BJB | Collect and prepare Bankruptcy court papers for Mr. Marraro (.4). | 0.40 |

|  |  |  | **Amount** |
|---|---|---|---|
| Total Fees |  | 1.80 | $487.00 |

<u>Disbursements:</u>

| Copying |  | 31.50 |
|---|---|---|
| Total Disbursements |  | $31.50 |
| Total Amount Of This Bill |  | $518.50 |
| Balance Due |  | $518.50 |

<u>Timekeeper Summary</u>

| Name | | Hours | Rate |
|------|-----------|-------|--------|
| Banks, Barbara J. | Paralegal | 1.00 | 135.00 |
| Marraro, Christopher H. | Partner | 0.80 | 440.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Phone 202.204.1000
Fax 202.204.1001

May 7, 2003

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#        512

For Professional Services Rendered in Connection with Preparation of Fee
Application to Bankruptcy Court – Matter 10

<u>Professional Services:</u>

|  |  |  | **Hours** |
|---|---|---|---|
| 03/26/03 | CHM | Prepare fee auditor response (1.0). | 1.00 |

|  |  | **Amount** |
|---|---|---|
| Total Fees | 1.00 | $440.00 |
| Total Amount Of This Bill |  | $440.00 |
| Balance Due |  | $440.00 |

<u>Timekeeper Summary</u>

| <u>Name</u> |  | <u>Hours</u> | <u>Rate</u> |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 1.00 | 440.00 |