# __EXHIBIT A__

January Fee Application

3579

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 7, 2003 at 4:00 p.m.
Hearing Date:  TBD only if necessary

**SUMMARY OF THE SIXTEENTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES  AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

Name of Applicant:                                                   Casner & Edwards, LLP

Authorized to Provide Professional Services to:        W. R. Grace & Co., et al., Debtors and
                                                                                Debtors-in-Possession

Date of Retention:                                                   September 18, 2001,
                                                                                effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:                                        January 1, 2003 through
                                                                                January 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                          $36,572.00   (80% = $29,257.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                  $13,818.89

This is an:   X monthly   __ interim   __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/14/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | Pending | Pending |

As indicated above, this is the sixteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 4 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $840.00

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 36 | Litigation | $210.00 | 8.60 | 1,806.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $180.00 | 17.10 | 3,078.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $80.00 | 100.30 | $8,024.00 |
| Gary R. Bellinger | Temporary Paralegal | 2 | Litigation | $80.00 | 152.60 | $12,208.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $80.00 | 0.70 | $56.00 |
| Edward K. Law | Temporary Paralegal | 4 | Litigation | $80.00 | 142.50 | $11,400.00 |
| TOTALS | | | | | 421.80 | $36,572.00 |

**Total Fees:      $36,572.00**

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $5.17 | $1.31 |
| Postage | $7.15 | $0.00 |
| Federal Express | $23.89 | $301.17 |
| Pacer Online Search | $93.45 | $0.00 |
| Outside Photocopying | $77.91 | $67.98 |
| Photocopying ($.012/page) | $8.28 | $9.24 |
| Rent Reimbursement | $12,445.74 | $0.00 |
| Miscellaneous | $777.60 | $0.00 |
| SUBTOTAL | $13,439.19 | $379.70 |

**Total Expenses:      $13,818.89**

4

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 251.50 | $21,278.00 |
| Fee Applications, Applicant | 11.20 | $2,208.00 |
| ZAI Science Trial | 159.10 | $13,086.00 |
| Expenses | N/A | $13,439.19 |
| ZAI Science Trial Expenses | N/A | $379.70 |
| TOTALS | 421.80 | $50,390.89 |

Dated:  March 17, 2003

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #368700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/236279

5

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 7, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S**
**SIXTEENTH MONTHLY FEE APPLICATION**
**FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 14, 2003

Bill Number  52712
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through January 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/02/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 01/03/03 | ARA | Document control (.5). Oversee wrap up of document review (1.6). | 2.10 Hrs | $168.00 |
| 01/06/03 | ARA | Document control (.5). Oversee wrap up of document review (4.0). | 4.50 Hrs | $360.00 |
| 01/07/03 | ARA | Document control (2.3). Oversee wrap up of document review (.5). | 2.80 Hrs | $224.00 |
| 01/08/03 | RAM | Telephone call to EPA attorney, R. Baird, re: whether he has copies of D. Croce and F. Sankale's deposition transcripts. | 0.10 Hrs | $21.00 |
| 01/08/03 | MTM | Review inventory of certain boxes of documents in Cambridge re: plan to move all boxes to new area in basement in building 18 (.6); telephone call to D. Croce re: anticipated date of such move (.1). | 0.70 Hrs | $126.00 |
| 01/08/03 | ARA | Document control (1.0). Telephone call to Onsite re: last 9 boxes they scanned (.2). | 1.20 Hrs | $96.00 |
| 01/09/03 | ARA | Review files per MTM's request for information re: project of resheeting boxes in August (1.5); telephone call to Onsite re: same (.2). Discussion with paralegals re: request from Holme Roberts paralegal for documents (.2). Telephone call from MTM re: count of boxes reviewed for EPA project (.2). Oversee wrap up of document review (2.1). | 4.20 Hrs | $336.00 |

David B. Siegel

| | | | | |
|---|---|---|---|---|
| 01/09/03 | GRB | Prepare count of Winthrop Square box inventory. | 0.50 Hrs | $40.00 |
| 01/10/03 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Telephone call from and to R. Baird; he will send deposition transcripts (.1). | 0.20 Hrs | $42.00 |
| 01/10/03 | MTM | Conference with ARA re: future projects for temporary paralegals. | 0.30 Hrs | $54.00 |
| 01/10/03 | ARA | Conference with MTM re: future projects for paralegals (.3). Organize documents that need to be returned to Cambridge (1.6). Inventory boxes of documents that need to be returned from Cambridge to Winthrop Square (1.2). Receive and review Holme Roberts paralegal's inventories (.9). | 4.00 Hrs | $320.00 |
| 01/10/03 | MEV | Update bankruptcy court docket entries for RAM (.1). Download and print selected documents filed in bankruptcy court for RAM (.4). | 0.50 Hrs | $40.00 |
| 01/13/03 | MTM | Receipt and review of email from D. Croce re: schedule for moving documents in Cambridge to new area in basement of building 18. | 0.10 Hrs | $18.00 |
| 01/13/03 | ARA | Update Onsite inventories (1.0). Arrange for indices and other documents to be returned to Cambridge (.9). Oversee wrap up of document review (2.8). | 4.70 Hrs | $376.00 |
| 01/13/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 3.00 Hrs | $240.00 |
| 01/13/03 | EKL | Search for and locate boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 2.00 Hrs | $160.00 |
| 01/14/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 8.00 Hrs | $640.00 |
| 01/14/03 | EKL | Search for box of unscannable materials in Cambridge for return to Winthrop Square to be stored with all other unscannable materials (3.0). Search for and locate boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases (2.0). | 5.00 Hrs | $400.00 |
| 01/15/03 | MTM | Telephone call from in-house counsel requesting personnel files for two Libby workers (.1); review indices of Libby storage boxes at Winthrop Square and telephone call to ARA re: same (.1). | 0.20 Hrs | $36.00 |
| 01/15/03 | ARA | Locate Libby personnel files, per in-house counsel's request (.3); arrange for same to be copied (.2). Oversee wrap up of document review (5.3). | 5.80 Hrs | $464.00 |
| 01/15/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/15/03 | EKL | Search for and locate boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 2.00 Hrs | $160.00 |
| 01/16/03 | RAM | Draft response to outside auditor's letter and send it to in-house counsel for review. | 0.10 Hrs | $21.00 |
| 01/16/03 | MTM | Meeting with Winthrop Square building management and review plans to move document repository to address water intrusion concerns in current space (2.0). Review categories of documents located at Winthrop Square to determine all are accounted for and organized for future access (2.0). | 4.00 Hrs | $720.00 |
| 01/16/03 | ARA | Conference with temporary paralegal re: confirmation of location of Recordkeeper boxes (.1). Conference with temporary paralegal re: creating a master box inventory (.4). Conference with MTM re: Onsite returning 9 boxes and discussion re: spreadsheet for identifying boxes (.6). Oversee wrap up of document review (1.2). | 2.30 Hrs | $184.00 |
| 01/16/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 8.00 Hrs | $640.00 |
| 01/16/03 | EKL | Prepare master list of boxes of documents at Winthrop Square (7.5). Search for and locate two personnel files in Libby storage boxes for in-house counsel (.5). | 8.00 Hrs | $640.00 |
| 01/17/03 | RAM | Finalize response to outside auditor's letter. | 0.10 Hrs | $21.00 |
| 01/17/03 | MTM | Review of Libby personnel files requested by in-house counsel; letter to in-house counsel re: same (.1). Work on Recordkeeper (off site storage) inventory reconciliation project (1.4). | 1.50 Hrs | $270.00 |
| 01/17/03 | ARA | Work on reconciliation of inventory of boxes previously retrieved from off site storage. | 3.90 Hrs | $312.00 |
| 01/17/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 8.00 Hrs | $640.00 |
| 01/21/03 | MTM | Continue to work on off site storage inventory reconciliation. | 0.80 Hrs | $144.00 |
| 01/21/03 | ARA | Conference with temporary paralegals re: preparation of master inventory (.4). Telephone call to and from MTM re: confirmation of last shipment to Onsite (.4). Oversee wrap up of document review (2.0). | 2.80 Hrs | $224.00 |
| 01/21/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/21/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.00 |
| 01/21/03 | EKL | Search for and locate boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases (2.0). Prepare master list of boxes of documents at Winthrop Square (6.0). | 8.00 Hrs | $640.00 |
| 01/22/03 | MTM | Discuss Recordkeeper inventory reconciliation with paralegal (.3). Discuss with ARA preparation of master list of all boxes of documents from all sources to and from Winthrop Square re: document review wind up (.4). Confirm various categories of documents are present and accounted for at Winthrop Square (2.5). | 3.20 Hrs | $576.00 |
| 01/22/03 | ARA | Meeting with MTM re: preparing a master inventory list (.4). Search for list re: dead storage boxes returned to Cambridge (.4). Oversee wrap up of document review (6.0). | 6.80 Hrs | $544.00 |
| 01/22/03 | GRB | Prepare box list and labels for Winthrop Square inventory (5.5). Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases (2.3). | 7.80 Hrs | $624.00 |
| 01/22/03 | EKL | Search for and locate boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases (2.0). Prepare master list of boxes of documents at Winthrop Square (6.0). | 8.00 Hrs | $640.00 |
| 01/23/03 | ARA | Work on reconciliation of inventory of boxes previously retrieved from off site storage. | 6.70 Hrs | $536.00 |
| 01/23/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 8.00 Hrs | $640.00 |
| 01/23/03 | EKL | Search for and locate boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases (.5). Prepare master list of boxes of documents at Winthrop Square (7.5). | 8.00 Hrs | $640.00 |
| 01/24/03 | ARA | Work on reconciliation of inventory of boxes previously retrieved from off site storage. | 6.40 Hrs | $512.00 |
| 01/24/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 8.00 Hrs | $640.00 |
| 01/24/03 | EKL | Search for and locate boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases (.5). Prepare master list of boxes of documents at Winthrop Square (7.5). | 8.00 Hrs | $640.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/27/03 | ARA | Review files and locate inventories re: MTM's request for a master inventory of boxes of documents at Winthrop Square (3.5). Per telephone call from MB, search for and locate Libby personnel file for in-house counsel (1.0); arrange for copying of same (.3). Telephone call from Holme Roberts paralegal re: information to locate Recordkeeper boxes; discussion with temporary paralegal re: same (.4). Oversee wrap up of document review (1.5). | 6.70 Hrs | $536.00 |
| 01/27/03 | GRB | Review and reconcile inventory of boxes previously retrieved from off site storage for review in ZAI and EPA cases (7.8); contact Holme Roberts paralegal to obtain additional off site storage box information (.2). | 8.00 Hrs | $640.00 |
| 01/28/03 | ARA | Review files and locate inventories per MTM's request for master inventory of boxes at Winthrop Square (4.8). Oversee wrap up of document review (1.0). | 5.80 Hrs | $464.00 |
| 01/28/03 | EKL | Inventory and label boxes of documents at Winthrop Square to update retrieval system. | 5.50 Hrs | $440.00 |
| 01/29/03 | ARA | Work on reconciliation of inventory of boxes previously retrieved from off site storage. | 3.00 Hrs | $240.00 |
| 01/29/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases. | 8.00 Hrs | $640.00 |
| 01/29/03 | EKL | Inventory and label boxes of documents at Winthrop Square to update retrieval system. | 7.50 Hrs | $600.00 |
| 01/30/03 | ARA | Document control. | 0.80 Hrs | $64.00 |
| 01/30/03 | GRB | Contact Holme Roberts paralegal to obtain additional off site storage box information (.1).  Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases (4.0). Prepare labels for Winthrop Square inventory (.2). | 4.30 Hrs | $344.00 |
| 01/30/03 | EKL | Inventory and label boxes of documents at Winthrop Square to update retrieval system. | 5.00 Hrs | $400.00 |
| 01/31/03 | RAM | Receipt of deposition transcripts of D. Croce and F. Sankale in EPA matter; have them federal expressed to Holme Roberts attorney. | 0.10 Hrs | $21.00 |
| 01/31/03 | ARA | Oversee wrap up of document review. | 2.20 Hrs | $176.00 |
| 01/31/03 | GRB | Review and reconcile inventory of boxes of documents previously retrieved from off site storage for review in ZAI and EPA cases (5.5). Prepare labels for Winthrop Square inventory (.1). | 5.60 Hrs | $448.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/31/03 | EKL | Inventory and label boxes of documents at Winthrop Square to update retrieval system. | 2.50 Hrs | $200.00 |
| | | | TOTAL LEGAL SERVICES | $21,278.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.60 Hrs | 210/hr | $126.00 |
| MATTHEW T. MURPHY | 10.80 Hrs | 180/hr | $1,944.00 |
| ANGELA R. ANDERSON | 76.70 Hrs | 80/hr | $6,136.00 |
| GARY R. BELLINGER | 93.20 Hrs | 80/hr | $7,456.00 |
| MARCI E. VANDERHEIDE | 0.70 Hrs | 80/hr | $56.00 |
| EDWARD K. LAW | 69.50 Hrs | 80/hr | $5,560.00 |
| | 251.50 Hrs | | $21,278.00 |

TOTAL THIS BILL    $21,278.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

March 14, 2003

Bill Number  52713
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through January 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/07/03 | RAM | Telephone conference with in-house counsel that November fee application is OK with him but another in-house counsel has questions (.2). Telephone conference with latter re: same (.2). Revise fee application and send it to in-house counsel for review (.2). Work on November fee application (.4). Receive fee auditor's initial report for 6th interim period (.1). | 1.10 Hrs | $231.00 |
| 01/08/03 | RAM | Telephone conference with in-house counsel that revised fee application for November is fine. Finalize fee application and send it to Delaware counsel for filing. | 0.30 Hrs | $63.00 |
| 01/08/03 | MTM | Work on response to fee auditor's questions. | 0.20 Hrs | $36.00 |
| 01/09/03 | MTM | Work on response to fee auditor's questions for 6th interim period. | 1.60 Hrs | $288.00 |
| 01/10/03 | MTM | Work on questions from fee auditor. | 0.70 Hrs | $126.00 |
| 01/13/03 | MTM | Memo to RAM re: fee auditor's questions. | 0.50 Hrs | $90.00 |
| 01/14/03 | RAM | Begin to draft response to fee auditor's questions regarding sixth interim period. | 0.90 Hrs | $189.00 |
| 01/16/03 | RAM | Revise responses to fee auditor's questions re: sixth interim period. | 0.10 Hrs | $21.00 |

David B. Siegel

Re: Fee Applications, Applicant

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/17/03 | RAM | Revise responses to fee auditor's questions re: sixth interim period. | 0.20 Hrs | $42.00 |
| 01/20/03 | RAM | Receive information from MTM and supplement responses to fee auditor's questions re: sixth interim period. | 0.50 Hrs | $105.00 |
| 01/21/03 | RAM | Telephone conference with MTM to discuss responses to fee auditor's questions re: sixth interim period (.4). Revise and supplement responses (.7). | 1.10 Hrs | $231.00 |
| 01/21/03 | MTM | Work on questions from Fee Auditor (.7); conference with RAM re: same (.4). | 1.10 Hrs | $198.00 |
| 01/22/03 | RAM | Work on responses to fee auditor's questions (.4). Telephone call to MTM about his draft response (.1). | 0.50 Hrs | $105.00 |
| 01/23/03 | RAM | Telephone conference with MTM to discuss responses to fee auditor's questions (.2); revise responses (.1). | 0.30 Hrs | $63.00 |
| 01/23/03 | MTM | Work on questions from Fee Auditor (.5); conference with RAM re: same (.2). | 0.70 Hrs | $126.00 |
| 01/24/03 | RAM | Finalize responses to fee auditor's questions re: sixth interim period. | 0.50 Hrs | $105.00 |
| 01/30/03 | RAM | Work on preparing fee application for December. | 0.90 Hrs | $189.00 |
| | | TOTAL LEGAL SERVICES | | $2,208.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 6.40 Hrs | 210/hr | $1,344.00 |
| MATTHEW T. MURPHY | 4.80 Hrs | 180/hr | $864.00 |
| | 11.20 Hrs | | $2,208.00 |

TOTAL THIS BILL    $2,208.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 14, 2003

Bill Number  52714
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through January 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/02/03 | ARA | Conference with paralegals re: status of obtaining documents for plaintiffs (.5) and re: copying job by Merrill Corp. (.1). | 0.60 Hrs | $48.00 |
| 01/02/03 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 01/02/03 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 01/03/03 | MTM | Conference with ARA re: document production project for plaintiffs at Winthrop Square. | 0.20 Hrs | $36.00 |
| 01/03/03 | ARA | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means (1.9). Conference with MTM re: preparations for production (.2). | 2.10 Hrs | $168.00 |
| 01/03/03 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 4.00 Hrs | $320.00 |
| 01/03/03 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 01/06/03 | MTM | Conference with ARA re: status of project to obtain documents for plaintiffs' counsel. | 0.20 Hrs | $36.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/06/03 | ARA | Conference with Merrill Corp. re: copy project (.5). Search for and obtain documents per agreement with plaintiffs' counsel to use work product means (1.3). Conference with MTM re: production of documents (.2). | 2.00 Hrs | $160.00 |
| 01/06/03 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 01/06/03 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 7.00 Hrs | $560.00 |
| 01/07/03 | RAM | Review plaintiffs' requests to produce documents. | 0.20 Hrs | $42.00 |
| 01/07/03 | ARA | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means (1.4); discussions with paralegals re: same (.3). | 1.70 Hrs | $136.00 |
| 01/07/03 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 01/07/03 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 01/08/03 | RAM | Telephone conference with in-house counsel who received copy of deposition subpoenas served on 2 corporations as successor to A.D. Little; wants us to attend depositions and get copies of any document produced. | 0.10 Hrs | $21.00 |
| 01/08/03 | ARA | Prepare documents for copying by Merrill Corp (3.1). Oversee pick up of documents re: same (.3). | 3.40 Hrs | $272.00 |
| 01/08/03 | GRB | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means (4.0). Quality control copies of documents received from copy service (4.0). | 8.00 Hrs | $640.00 |
| 01/08/03 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 7.50 Hrs | $600.00 |
| 01/09/03 | ARA | Telephone call from Merrill Corp. re: copying instructions (.1). Discussion with paralegals re: status of obtaining documents for plaintiffs (.3). | 0.40 Hrs | $32.00 |
| 01/09/03 | GRB | Quality control original documents received from copy service. | 7.50 Hrs | $600.00 |
| 01/09/03 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 8.00 Hrs | $640.00 |
| 01/10/03 | RAM | Conference with MTM re: his attending depositions of 2 successor corporations to A.D. Little. | 0.10 Hrs | $21.00 |
| 01/10/03 | MTM | Conference with ARA re: wrap up of project to obtain documents for plaintiff's counsel (.3); review file re: same (.1); letter to Reed Smith attorney re: same (.3). | 0.70 Hrs | $126.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/10/03 | ARA | Telephone call to Merrill Corp. re: delivery of documents (.3). Telephone calls to and from MTM re: production (.3). Work with paralegals on project of obtaining documents for plaintiffs' counsel (1.5). | 2.10 Hrs | $168.00 |
| 01/10/03 | GRB | Quality control copies of documents received from copy service (4.0); quality control original documents (4.0). | 8.00 Hrs | $640.00 |
| 01/10/03 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means. | 6.50 Hrs | $520.00 |
| 01/13/03 | MTM | Telephone call to ARA re: document pulled for plaintiffs' counsel. | 0.20 Hrs | $36.00 |
| 01/13/03 | ARA | Oversee preparation of documents to be shipped to plaintiffs (1.8). Conference with MTM re: document production (.2). | 2.00 Hrs | $160.00 |
| 01/13/03 | GRB | Quality control original documents (3.0). Prepare copy set for shipment to plaintiffs' counsel (2.0). | 5.00 Hrs | $400.00 |
| 01/13/03 | EKL | Search for and obtain documents per agreement with plaintiffs' counsel to use work product means (1.5); prepare same for shipping to plaintiffs' counsel (2.5). Quality control original documents (2.0). | 6.00 Hrs | $480.00 |
| 01/14/03 | EKL | Return boxes of microfilm to Cambridge after review by plaintiffs' counsel at document repository. | 3.00 Hrs | $240.00 |
| 01/15/03 | RAM | Telephone call from and to MB that it is OK to send copy of Lindholm deposition transcript to E. Manchur, plaintiffs' attorney. | 0.10 Hrs | $21.00 |
| 01/15/03 | EKL | Quality control documents after plaintiffs' counsel's review. | 6.00 Hrs | $480.00 |
| 01/16/03 | ARA | Conference with temporary paralegal re: returning target sheets to consolidated boxes. | 0.40 Hrs | $32.00 |
| 01/21/03 | RAM | Telephone call from MTM re: cancellation of one deposition of successor to A.D. Little and postponement of other deposition; he will get copies of any documents that are produced. | 0.10 Hrs | $21.00 |
| 01/21/03 | MTM | Telephone call to plaintiff's attorney re: deposition of Arthur D. Little successors; telephone calls to RAM and in-house counsel re: same. | 0.20 Hrs | $36.00 |
| 01/27/03 | RAM | Telephone call from in-house counsel re: my possibly assisting Reed Smith attorney in preparing C. Wood for his deposition; telephone conference with MB re: sending Libby personnel file to in-house counsel. | 0.10 Hrs | $21.00 |
| 01/28/03 | RAM | Telephone calls from Reed Smith attorney that plaintiffs want access to repository next week and want to review reels of microfilm at that time; have MB check on location of microfilm and availability of reader (.1). Telephone conferences with Reed Smith attorney (.2) and with MTM | 0.40 Hrs | $84.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | (.1) to prepare for production. | | |
| 01/29/03 | RAM | Receive fax from Reed Smith attorney with copy of letter to plaintiffs' attorney re: production next week (.1). Telephone conference with MB re: finalizing arrangements for production; microfilm reels will be brought to Winthrop Square from Cambridge (.1). | 0.20 Hrs | $42.00 |
| 01/29/03 | ARA | Prepare documents for production (2.4); locate microfilm that plaintiffs' counsel wants to review (.5); telephone calls to/from Holme Roberts paralegal re: microfilm (.4). | 3.30 Hrs | $264.00 |
| 01/30/03 | RAM | Telephone call from Reed Smith attorney who wants us to assist in locating microfilm reader for plaintiffs; telephone call to Reed Smith attorney to respond (.1) Telephone call from ARA re: her locating a supplier of microfilm reader and that D. Croce has located remainder of microfilm reels requested by plaintiffs (.1). | 0.20 Hrs | $42.00 |
| 01/30/03 | ARA | Prepare documents for production (1.9); conference with temporary paralegal re: same (.5). Try to locate microfilm machine for plaintiffs' counsel (.5); conference with RAM re: same (.1). | 3.00 Hrs | $240.00 |
| 01/30/03 | GRB | Conference with ARA re: upcoming microfilm review by plaintiffs' counsel. | 0.50 Hrs | $40.00 |
| 01/31/03 | RAM | Message from Reed Smith attorney that document review won't start until Tuesday and message from in-house counsel that I won't be needed to assist in preparing C. Wood for his deposition. | 0.10 Hrs | $21.00 |
| 01/31/03 | ARA | Prepare documents for production. | 2.60 Hrs | $208.00 |
| 01/31/03 | GRB | Prepare documents for upcoming review by plaintiffs' counsel. | 2.40 Hrs | $192.00 |
| 01/31/03 | EKL | To Cambridge and return and obtain boxes of microfilm to be reviewed by plaintiffs' counsel (2.5). Prepare documents for production for review by plaintiffs' counsel (2.0). Quality control ledgers (.5). | 5.00 Hrs | $400.00 |
| | | TOTAL LEGAL SERVICES | | $13,086.00 |

David B. Siegel

Re: ZAI Science Trial

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.60 Hrs | 210/hr | $336.00 |
| MATTHEW T. MURPHY | 1.50 Hrs | 180/hr | $270.00 |
| ANGELA R. ANDERSON | 23.60 Hrs | 80/hr | $1,888.00 |
| GARY R. BELLINGER | 59.40 Hrs | 80/hr | $4,752.00 |
| EDWARD K. LAW | 73.00 Hrs | 80/hr | $5,840.00 |
| | 159.10 Hrs | | $13,086.00 |

TOTAL THIS BILL          $13,086.00