## EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

March 14, 2003

Bill Number  52716
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2003

EXCESS POSTAGE                                                                                  $7.15

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 01/31/03 | 10/2, 10/3, 10/8, 10/21,10/25, 10/28, 10/29, 11/01, 11/04, 11/08, 11/11, 11/12, 11/13, 11/21, 11/27, 12/10, 12/17 & 12/18/02 (Downloading bankruptcy court docket sheets and documents). | 93.45 | |
| | | | $93.45 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 01/23/03 | MERRILL CORPORATION - copies of Libby personnel files for in-house counsel | 64.68 | |
| 01/23/03 | MERRILL CORPORATION - Copies of Libby personnel file for in-house counsel | 13.23 | |
| | | | $77.91 |

PHOTOCOPYING

| | | |
|---|---|---|
| 01/13/03 | 2 copies. | 0.24 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through January 31, 2003

PHOTOCOPYING

| | | | | |
|---|---|---|---|---|
| 01/28/03 | 36 copies. | | 4.32 | |
| 01/28/03 | 27 copies. | | 3.24 | |
| 01/31/03 | 4 copies. | | 0.48 | |
| | | | | $8.28 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 11/12/02 | 399 | 5613621533 | 1.48 | |
| 01/21/03 | 357 | 4105314711 | 0.74 | |
| 01/21/03 | 357 | 4105314783 | 0.74 | |
| 01/21/03 | 357 | 4105314783 | 0.74 | |
| | | | | $3.70 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 01/31/03 | Rent & Utilities for document repository at One Winthrop Square – January 2003 | 12,445.74 | |
| | | | $12,445.74 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 01/08/03 | RECORDKEEPER ARCHIVE - monthly storage fee (1/03) | 388.80 | |
| 01/23/03 | RECORDKEEPER ARCHIVE - monthly storage fee (2/03) | 388.80 | |
| | | | $777.60 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $13,413.83 |
| TOTAL THIS BILL | $13,413.83 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 14, 2003

Bill Number 52717
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through January 31, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 01/17/03 | To Scotta McFarland, Esq. From RAM on 12/04/02 | 11.76 | |
| 01/17/03 | To Scotta McFarland from RAM on 1/8/03 | 12.13 | |
| | | | $23.89 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 01/12/03 | 357 | 5613621583 | 1.47 | |
| | | | | $1.47 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $25.36 |
| TOTAL THIS BILL | $25.36 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 14, 2003

Bill Number 52718
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through January 31, 2003

FEDERAL EXPRESS

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/03/03 | To Onsite from MTM on 12/11/02. | 126.72 | |
| 01/21/03 | To Reed Smith attorney from MTM on 12/16/02 | 20.07 | |
| 01/28/03 | To Reed Smith attorney from MTM on 1/13/03 | 154.38 | |
| | | | $301.17 |

OUTSIDE PHOTOCOPYING

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/07/03 | MERRILL CORPORATION - copies of documents pulled for plaintiffs in Science Trial | 67.98 | |
| | | | $67.98 |

PHOTOCOPYING

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/06/03 | 2 copies. | 0.24 | |
| 01/10/03 | 17 copies. | 2.04 | |
| 01/10/03 | 2 copies. | 0.24 | |
| 01/10/03 | 48 copies. | 5.76 | |
| 01/21/03 | 2 copies. | 0.24 | |
| 01/23/03 | 6 copies. | 0.72 | |
| | | | $9.24 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through January 31, 2003

TELEPHONE

| 01/28/03 | 357 | 5298850867 | | 1.31 |

|  |  |  |  | $1.31 |
| TOTAL DISBURSEMENTS | | | | $379.70 |
| TOTAL THIS BILL | | | | $379.70 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 18th day of March, 2003

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

1.    **SUMMARY OF THE SIXTEENTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL TO DEBTORS FOR THE PERIOD FROM JANUARY 1, 2003
THROUGH JANUARY 31, 2003; AND**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.    **FEE DETAIL FOR CASNER & EDWARDS, LLP'S SIXTEENTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003.**

Dated: March 18, 2003

*Patricia E. Cuniff*
Patricia E. Cuniff

Sworn to and subscribed before
me this 18ᵗʰ day of March, 2003

*Danessa A. Preston*
Notary Public
My Commission Expires:  *03-21-04*

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

***E-mail: pvnl@capdale.com***
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

***E-mail: rserrette@stroock.com***
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

***E-mail: david.heller@lw.com and
carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

3597

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 3526

1.    On March 18, 2003, the Debtors and Debtors in Possession (the "Debtors")

inadvertently filed the Certification of No Objection Regarding Docket No. 3526 [Application

for Compensation Summary of the Sixteenth Monthly Application of Casner & Edwards, LLP

for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to

Debtors for the Period from January 1, 2003 Through January 31, 2003] (the "CNO") (Docket

No. 3526) with the wrong image.

2.    To address the error, the Debtors re-filed the CNO with the correct image (Docket

No. 3579).

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.     The Debtors hereby withdraw the CNO filed as Docket No. 3526 in the Case Number 01-1139.

Dated: March 3/, 2003

KIRKLAND & ELLIS
James H.M. Sprayregen, P.C.
James W. Kapp III
Christian J. Lane
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

*Paula A. Galbraith*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession

# **EXHIBIT B**
February Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: May 12, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF THE SEVENTEENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

Name of Applicant:                           Casner & Edwards, LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and
                                              Debtors-in-Possession

Date of Retention:                           September 18, 2001,
                                              effective as of September 18, 2001

Period for which compensation and            February 1, 2003 through
reimbursement is sought:                     February 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy. LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $37,363.00   (80% = $29,890.40)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $1,050.11

This is an:   X monthly     __ interim     __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | Pending | Pending |
| 4/11/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | Pending | Pending |

As indicated above, this is the seventeenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 5.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,210.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

3

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 36 | Litigation | $220.00 | 33.50 | $7,370.00 |
| Robert A. Murphy | Senior Counsel | 36 | Litigation | No Charge | 0.20 | $0.00 |
| Donna B. MacKenna | Partner | 19 ½ | Litigation | $200.00 | 1.50 | $300.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $190.00 | 32.00 | $6,080.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $85.00 | 82.90 | $7,046.50 |
| Gary R. Bellinger | Temporary Paralegal | 2 | Litigation | $85.00 | 98.40 | $8,364.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $85.00 | 1.20 | $102.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | No Charge | 0.30 | $0.00 |
| Edward K. Law | Temporary Paralegal | 4 | Litigation | $85.00 | 95.30 | $8,100.50 |
| TOTALS | | | | | 345.30 | $37,363.00 |

**Total Fees:**     **$37,363.00**

4

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $4.42 | $14.38 |
| Postage | $0.60 | $0.60 |
| Federal Express | $37.68 | $0.00 |
| Taxi | $0.00 | $95.00 |
| Outside Photocopying | $101.79 | $706.42 |
| Photocopying ($.012/page) | $31.32 | $29.40 |
| Miscellaneous | $28.50 | $0.00 |
| SUBTOTAL | $ 204.31 | $ 845.80 |

Total Expenses:     $1,050.11

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 231.40 | $21,904.50 |
| Fee Applications, Applicant | 4.00 | $880.00 |
| ZAI Science Trial | 109.90 | $14,578.50 |
| Expenses | N/A | $204.31 |
| ZAI Science Trial Expenses | N/A | $845.80 |
| TOTALS | 345.30 | $38,413.11 |

5

Dated:  April 11, 2003

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/238712

6

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: May 12, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## SEVENTEENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 9, 2003

Bill Number  53567
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through February 28, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/03 | RAM | Send 1099 to Grace's Controller. | 0.10 Hrs | $22.00 |
| 02/03/03 | MTM | Receipt and review of request from in-house counsel for Libby personnel files; telephone call to ARA re: same. | 0.10 Hrs | $19.00 |
| 02/03/03 | ARA | Oversee wrap up of document review (1.0). Per MTM's request, arrange for personnel file of Libby employee to be copied by outside copy service (.2). | 1.20 Hrs | $102.00 |
| 02/03/03 | EKL | Retrieve personnel file from Libby storage box for in-house counsel. | 0.20 Hrs | $17.00 |
| 02/04/03 | ARA | Work on Winthrop Square inventory projects. | 1.40 Hrs | $119.00 |
| 02/04/03 | GRB | Work on reconciliation of inventory of boxes of documents recalled from off-site storage for review in ZAI and EPA cases (3.5). Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (3.0). | 6.50 Hrs | $552.50 |
| 02/04/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 5.50 Hrs | $467.50 |
| 02/05/03 | MTM | Telephone call from plaintiffs' attorney re: Altron and Dehone depositions (.1); email to Grace in-house counsel re: same (.1). | 0.20 Hrs | $38.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/05/03 | ARA | Conferences with temporary paralegals re: off site box reconciliation project. | 0.50 Hrs | $42.50 |
| 02/05/03 | GRB | Work on reconciliation of inventory of boxes of documents recalled from off-site storage for review in ZAI and EPA cases (.5). Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (6.8). | 7.30 Hrs | $620.50 |
| 02/05/03 | EKL | Work on reconciliation of inventory of boxes recalled from off site storage for review in ZAI and EPA cases (2.0). Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (3.5). | 5.50 Hrs | $467.50 |
| 02/06/03 | MTM | Review and revise inventories of various categories of materials stored at Winthrop Square re: wind up of document review (2.4); conference with ARA re: reconciliation of possible discrepancies in inventory of boxes of documents recalled from off-site storage for review in connection with EPA and the ZAI Science Trial (.4). | 2.80 Hrs | $532.00 |
| 02/06/03 | ARA | Conference with MTM re: working on inventory of off site boxes that were reviewed. | 0.40 Hrs | $34.00 |
| 02/06/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/06/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 6.80 Hrs | $578.00 |
| 02/07/03 | RAM | Read updated entries on bankruptcy court docket to select documents to read. | 0.40 Hrs | $88.00 |
| 02/07/03 | MTM | Work on inventories of various categories of documents at repository to confirm all are accounted for (1.6); meeting with paralegals re: organization of a portion of the boxes of documents at Winthrop Square re: wind up of document review (.8). | 2.40 Hrs | $456.00 |
| 02/07/03 | ARA | Conference with MTM and temporary paralegals re: box inventory (.8). Telephone calls to Onsite (.2) and Reed Smith (.2) re: boxes scanned. Oversee wrap up of document review (3.7). | 4.90 Hrs | $416.50 |
| 02/07/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (5.5); conference with MTM re: same (.8). Work on reconciliation of inventory of boxes of documents recalled from off site storage for review in ZAI and EPA cases (.7). | 7.00 Hrs | $595.00 |

David B. Siegel

| | | | | |
|---|---|---|---|---|
| 02/07/03 | MEV | Update Bankruptcy Court docket entries for RAM (.1); download and print selected documents filed in Bankruptcy Court for RAM (.7). | 0.80 Hrs | $68.00 |
| 02/07/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (5.2); conference with MTM re: same (.8). | 6.00 Hrs | $510.00 |
| 02/10/03 | ARA | Discussion and answer questions of temporary paralegal re: Libby storage box inventory for the back area (.6). Document Control (1.0). Receipt of boxes of scanned documents from Onsite (.4). | 2.00 Hrs | $170.00 |
| 02/10/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/11/03 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $220.00 |
| 02/11/03 | MTM | Continue review of inventories and original source documents for various categories at Winthrop Square re: wind up of document review (.7); telephone call from ARA re: return of 9 boxes of XRD materials from scanner (.1). | 0.80 Hrs | $152.00 |
| 02/11/03 | ARA | Oversee wrap up of document review (2.0). Conference with temporary paralegals re: inventory projects (.8). Document control (1.2). | 4.00 Hrs | $340.00 |
| 02/11/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/11/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 7.00 Hrs | $595.00 |
| 02/12/03 | RAM | Read selected documents filed in bankruptcy court (1.3). Read updated entries on bankruptcy court's docket to select documents to read (.1). | 1.40 Hrs | $308.00 |
| 02/12/03 | ARA | Conferences with temporary paralegals re: inventory projects (.8). Oversee wrap up of document review (1.8). | 2.60 Hrs | $221.00 |
| 02/12/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/12/03 | MEV | Update Bankruptcy Court docket entries for RAM (.2); download and print selected documents for RAM (.2). | 0.40 Hrs | $34.00 |
| 02/12/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 7.50 Hrs | $637.50 |
| 02/13/03 | ARA | Conferences with temporary paralegals re: inventory projects (.5). Work on projects (3.6). | 4.10 Hrs | $348.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/13/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 8.00 Hrs | $680.00 |
| 02/13/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 7.50 Hrs | $637.50 |
| 02/14/03 | ARA | Receipt of message from Reed Smith paralegal re: 9 Vermiculite boxes from Onsite (.3). Oversee wrap up of document review (2.7). | 3.00 Hrs | $255.00 |
| 02/14/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 7.00 Hrs | $595.00 |
| 02/14/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 6.50 Hrs | $552.50 |
| 02/19/03 | ARA | Oversee wrap up of document review. | 2.50 Hrs | $212.50 |
| 02/19/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (5.7). Prepare Cambridge microfilm inventory for master inventory of boxes of documents at Winthrop Square (1.5). | 7.20 Hrs | $612.00 |
| 02/19/03 | EKL | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases. | 6.50 Hrs | $552.50 |
| 02/20/03 | ARA | Conference with temporary paralegal re: library inventory project. | 0.40 Hrs | $34.00 |
| 02/20/03 | GRB | Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (4.0). Prepare Cambridge microfilm inventory for master inventory of boxes of documents at Winthrop Square (3.3). | 7.30 Hrs | $620.50 |
| 02/20/03 | MEV | Review latest docket entries in Bankruptcy Court for Amendment filed on 2/11/03 re: money owed to C&E by Grace. | 0.30 Hrs | No charge |
| 02/20/03 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 5.50 Hrs | $467.50 |
| 02/21/03 | MTM | Create master set of all instructions and hand outs to paralegals re: document review, including all revisions/additions to same from start of project to end re: wind up of document review. | 2.70 Hrs | $513.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/21/03 | GRB | Prepare Cambridge microfilm inventory for master inventory of boxes of documents at Winthrop Square. | 2.00 Hrs | $170.00 |
| 02/21/03 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review. | 3.00 Hrs | $255.00 |
| 02/24/03 | ARA | Review Recordkeeper and back room inventories with temporary paralegal before he leaves on last day of work. | 2.90 Hrs | $246.50 |
| 02/24/03 | GRB | Review Recordkeeper and back room inventories with ARA. | 2.90 Hrs | $246.50 |
| 02/25/03 | RAM | Conference with office administrator whether lease for a portion of space occupied by document repository should be renewed. | 0.10 Hrs | No charge |
| 02/25/03 | ARA | Relocate and reorganize documents in portion of repository to avoid damage from water intrusion. | 4.50 Hrs | $382.50 |
| 02/26/03 | ARA | Oversee wrap up of document review (.5). Relocate and reorganize documents in portion of repository to avoid damage from water intrusion (4.4). | 4.90 Hrs | $416.50 |
| 02/27/03 | RAM | Telephone calls to in-house counsel re: lease renewal question. | 0.10 Hrs | $22.00 |
| 02/27/03 | MTM | Continue work on master set of all paralegal instructions, handouts, changes re: wind up of document review (1.1). Continue review of inventories of various categories of boxes at Winthrop Square re: wind up of document review (.7). | 1.80 Hrs | $342.00 |
| 02/27/03 | ARA | Oversee wrap up of document review. | 1.60 Hrs | $136.00 |
| 02/27/03 | EKL | Relocate and reorganize documents in portion of repository to avoid damage from water intrusion. | 3.00 Hrs | $255.00 |
| 02/28/03 | RAM | Telephone conference with in-house counsel (.1) and conference with MTM re: lease renewal issue (.1). | 0.20 Hrs | $44.00 |
| 02/28/03 | MTM | Meeting with paralegals re: master list of boxes of documents at Winthrop Square and reconciliation of boxes obtained from off site storage as part of document review (3.0); work on reconciliation of remaining categories of boxes at Winthrop Square processed during document review (3.7). | 6.70 Hrs | $1,273.00 |
| 02/28/03 | ARA | Meeting with MTM re: master list of boxes of documents at Winthrop Square and reconciliation of boxes obtained from off site storage as part of document review (3.0). Oversee wrap up of document review (.5). | 3.50 Hrs | $297.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/28/03 | EKL | Meeting with MTM re: master list of boxes of documents at Winthrop Square and reconciliation of boxes obtained from off site storage as part of document review (3.0). revise inventory per MTM's instructions (4.0). | 7.00 Hrs | $595.00 |
| | | TOTAL LEGAL SERVICES | | $21,904.50 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.20 Hrs | 220/hr | $704.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 220/hr | No charge |
| MATTHEW T. MURPHY | 17.50 Hrs | 190/hr | $3,325.00 |
| ANGELA R. ANDERSON | 44.40 Hrs | 85/hr | $3,774.00 |
| GARY R. BELLINGER | 87.20 Hrs | 85/hr | $7,412.00 |
| MARCI E. VANDERHEIDE | 1.20 Hrs | 85/hr | $102.00 |
| MARCI E. VANDERHEIDE | 0.30 Hrs | 85/hr | No charge |
| EDWARD K. LAW | 77.50 Hrs | 85/hr | $6,587.50 |
| | 231.40 Hrs | | $21,904.50 |

TOTAL THIS BILL        $21,904.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 9, 2003

Bill Number  53568
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through February 28, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/03 | RAM | Work on December fee application. | 1.40 Hrs | $308.00 |
| 02/04/03 | RAM | Work on December fee application (1.1). Send fee application to in-house counsels for review (.1). | 1.20 Hrs | $264.00 |
| 02/07/03 | RAM | Telephone conferences with in-house counsels re: December fee application; make revisions. | 0.10 Hrs | $22.00 |
| 02/10/03 | RAM | Finalize December fee application (.2); send it to Delaware counsel for filing (.2). | 0.40 Hrs | $88.00 |
| 02/13/03 | RAM | Work on fifth quarterly fee application (.3); send it to Delaware counsel for filing (.1). | 0.40 Hrs | $88.00 |
| 02/20/03 | RAM | Review fee auditor's spreadsheet for accuracy re: quarterly fee application for sixth interim period. | 0.10 Hrs | $22.00 |
| 02/27/03 | RAM | Work on January fee application (.3); conference with MTM re: same (.1). | 0.40 Hrs | $88.00 |
| | | TOTAL LEGAL SERVICES | | $880.00 |

David B. Siegel

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 4.00 Hrs | 220/hr | $880.00 |
|---|---|---|---|
| | 4.00 Hrs | | $880.00 |

|  | TOTAL THIS BILL | $880.00 |
|---|---|---|

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 9, 2003

Bill Number  53569
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through February 28, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/03 | RAM | Read letter from Reed Smith attorney to plaintiffs' attorney re: start of document review and re: microfilm reader (.1). Conference with MTM re: state of readiness for document production (.1). | 0.20 Hrs | $44.00 |
| 02/03/03 | MTM | Receipt and review of email from Reed Smith attorney and letter from plaintiffs' counsel re: request to return to Boston repository to review documents (.6); telephone call to ARA re: same (.2); telephone call to Reed Smith attorney re: same (.2). List projects to prepare for document production to plaintiffs' counsel tomorrow (.4); review file from first document production in September, 2002 re: same (.8); conference with RAM re: same (.1); prepare for document production at Winthrop Square tomorrow (review unscannable material boxes and ledger boxes not previously produced to remove work product materials; confirm all boxes previously produced are still present in the repository) (3.3); telephone call from in-house counsel re: document production tomorrow (.2). | 5.80 Hrs | $1,102.00 |
| 02/03/03 | ARA | Prepare for production of documents (2.8); review inventories to determine which boxes plaintiffs did not review (.8); discussions with MTM (.2) and paralegals re: same (.5). | 4.30 Hrs | $365.50 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/03/03 | GRB | Prepare for production of documents. | 8.00 Hrs | $680.00 |
| 02/03/03 | EKL | Review and inventory of unscannable material and ledger boxes previously reviewed by plaintiff's counsel (1.0). Prepare for production of documents (6.30). | 7.30 Hrs | $620.50 |
| 02/04/03 | RAM | Conference with MTM to confirm there is no ZAI in Cambridge vermiculite sample inventory. | 0.10 Hrs | $22.00 |
| 02/04/03 | MTM | Prepare for document production today (review unscannable material boxes and ledger boxes not previously produced to remove work product materials; confirm all boxes previously produced are still present in the repository)  (1.9); meeting with plaintiffs' attorney at Winthrop Square re: document production (.7). Review employee deposition transcript binders per request from plaintiffs' counsel for transcript of Chip Wood (.2). Receipt and review of emails from in-house counsel re: vermiculite sample inventory and repackaging of tremolite samples (.2); review original vermiculite sample inventory and list created by Environmental Health and Safety Department re: same (.8); conference with RAM re: same (.1); email to in-house counsel re: same (.2). Telephone call to plaintiffs' counsel re: document subpoena/deposition for Dehone (.1) | 4.20 Hrs | $798.00 |
| 02/04/03 | ARA | Prepare for production of documents (1.0). Monitor production of documents (3.7). Telephone calls to/from D. Croce re: microfilm plaintiffs want to review (.3). | 5.00 Hrs | $425.00 |
| 02/04/03 | GRB | Prepare for production of documents. | 1.50 Hrs | $127.50 |
| 02/04/03 | EKL | Prepare for production of documents (1.5); monitor production of documents (.5). | 2.00 Hrs | $170.00 |
| 02/05/03 | RAM | Read email that successors to A.D. Little do not have any responsive documents and their depositions are cancelled. | 0.10 Hrs | No charge |
| 02/05/03 | MTM | Telephone call from plaintiffs' attorney re: document production (.1); telephone call to ARA re: same and re: microfilm invoices in Cambridge to be produced at Winthrop Square (.1). | 0.20 Hrs | $38.00 |
| 02/05/03 | ARA | Monitor production of documents (4.1). Conference with MTM and  arrange for boxes of microfilm to be delivered to Winthrop Square for plaintiffs' review (.5). | 4.60 Hrs | $391.00 |
| 02/05/03 | GRB | Monitor production of documents. | 0.70 Hrs | $59.50 |
| 02/05/03 | EKL | To Cambridge to retrieve boxes of microfilm for production to plaintiffs' counsel. | 2.00 Hrs | $170.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/06/03 | MTM | Conference with ARA re: document production and materials reviewed by plaintiffs. | 0.30 Hrs | $57.00 |
| 02/06/03 | ARA | Monitor production of documents. | 6.90 Hrs | $586.50 |
| 02/07/03 | RAM | Conference with MTM re: status of document production (.1). Telephone conference with in-house counsel re: depositions of 2 former Grace employees (.1). | 0.20 Hrs | $44.00 |
| 02/07/03 | MTM | Telephone call to ARA re: document production (.1); conference with RAM and telephone call to Reed Smith attorney re: same (.1). | 0.20 Hrs | $38.00 |
| 02/07/03 | ARA | Prepare inventory of documents tagged by plaintiffs' counsel (.5); prepare documents to be sent to copier (.5); discussion with MTM re: same (.1). | 1.10 Hrs | $93.50 |
| 02/10/03 | ARA | Review tagged workers compensation documents for medical/confidential information that need to be redacted. | 2.00 Hrs | $170.00 |
| 02/11/03 | RAM | Telephone conference with in-house counsel re: depositions of B. Locke and other former Grace employees. | 0.10 Hrs | $22.00 |
| 02/11/03 | ARA | Review tagged workers compensation documents for medical/confidential information that need redacting (1.5); arrange for copying of same (.5); oversee pick up of same by copy service (.4). | 2.40 Hrs | $204.00 |
| 02/12/03 | RAM | Telephone conference with in-house counsel re: participating in preparing J. Wolter for his deposition. | 0.10 Hrs | $22.00 |
| 02/12/03 | ARA | Prepare inventory of documents produced to plaintiffs (2.1). Locate and review tapes per request from plaintiffs' counsel's office (.9). | 3.00 Hrs | $255.00 |
| 02/13/03 | ARA | Telephone conferences with plaintiffs' counsel's office re: having reels of microfilm reproduced (.2); check reel (too fragile to reproduce) (.5); advise plaintiffs' counsel's office (.2) and make note to file re: same (.5). Receipt of originals and copies from copy service after production (.5). | 1.90 Hrs | $161.50 |
| 02/14/03 | MTM | Review copies of documents tagged by plaintiffs' counsel during most recent trip to repository. | 1.30 Hrs | $247.00 |
| 02/14/03 | ARA | Complete notes to the file re: document production (.8); conference with temporary paralegal re: quality control of originals produced and copied for plaintiffs (.2). | 1.00 Hrs | $85.00 |
| 02/14/03 | GRB | Quality control original documents after production and copying for plaintiffs' counsel. | 1.00 Hrs | $85.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/14/03 | EKL | Quality control original documents after production and copying for plaintiffs' counsel. | 1.00 Hrs | $85.00 |
| 02/19/03 | MTM | Receipt and review of email from Reed Smith attorney re: Locke deposition (.2); conference with RAM re: same (.1); telephone call from plaintiffs' counsel re: scheduling third trip to document repository in late February (.3); review file re: previous trips to the repository re: same (.1); telephone call to Reed Smith attorney re: same (.2); telephone call to Reed Smith attorney re: anticipated Locke deposition (.2); continue review of documents tagged by plaintiffs during most recent trip to document repository (.4); letter to plaintiffs' attorney re: most recent trip to document repository (.1). | 1.60 Hrs | $304.00 |
| 02/19/03 | ARA | Telephone calls to and from MTM and copy service re: invoice for science trial documents (.3). Telephone calls from and to plaintiffs' counsel's office (.3) and copy service (.3) re: reel to reel reproduced and re-visit by J. Ward to the repository. | 0.90 Hrs | $76.50 |
| 02/21/03 | RAM | Telephone conference with Reed Smith attorney re: deposition of a plaintiffs' witness in Vermont (.1) and re: Libby vermiculite (.1). Review documents re: Libby vermiculite and ZAI (.6). | 0.80 Hrs | $176.00 |
| 02/23/03 | RAM | Read documents re: Libby vermiculite and ZAI. | 1.50 Hrs | $330.00 |
| 02/24/03 | RAM | Prepare for J. Wolter's deposition (.8). Read documents re: Libby vermiculite and ZAI (3.4); draft email to Reed Smith attorney summarizing documents (2.0); send fax to Reed Smith attorney re: same (.2). Read emails re: deposition of plaintiffs' witness in Vermont (.2). | 6.60 Hrs | $1,452.00 |
| 02/24/03 | MTM | Receipt and review of email from Reed Smith attorney re: Locke deposition (.1). Receipt and review of letter from plaintiffs' attorney re: latest document production (.1). | 0.20 Hrs | $38.00 |
| 02/24/03 | EKL | Search for and obtain documents for use in preparing for J. Wolter's deposition. | 1.00 Hrs | $85.00 |
| 02/25/03 | RAM | Prepare for meeting with J. Wolter (.4); meet with Mr. Wolter, in-house counsel and Reed Smith attorney to prepare Mr. Wolter for his deposition (6.0). Search for and locate certain Wolter documents (.2). | 6.60 Hrs | $1,452.00 |
| 02/25/03 | DBM | Search for documents in preparation of J. Wolter deposition. | 1.50 Hrs | $300.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/25/03 | MTM | Telephone call to plaintiffs' attorney re: possible document production at Winthrop Square on February 27 (.1); telephone call to ARA re: same (.1). | 0.20 Hrs | $38.00 |
| 02/25/03 | ARA | Telephone calls from MB requesting documents for preparation for J. Wolter's deposition (.1); work with EKL to obtain documents (.4); telephone call from DBM re: same (.1). | 0.60 Hrs | $51.00 |
| 02/25/03 | EKL | Search for and obtain documents for use in preparing for J. Wolter's deposition. | 1.50 Hrs | $127.50 |
| 02/26/03 | RAM | Conference with in-house counsel (.1) and search for and locate documents (.2) re: Mr. Wolter's deposition. Telephone conference with Reed Smith attorney re: preparing to take deposition of plaintiffs' witness, Mr. Mold (.3). | 0.60 Hrs | $132.00 |
| 02/26/03 | ARA | Search for and locate original documents for in-house counsel's use re: J. Wolter's deposition. | 0.90 Hrs | $76.50 |
| 02/27/03 | RAM | Telephone conference with Reed Smith attorney re: Mr. Mold's deposition (.1). To St. Johnsbury, Vermont for deposition (1.6 - 1/2 of travel time). Prepare for deposition (1.0). | 2.70 Hrs | $594.00 |
| 02/27/03 | MTM | Conference with ARA re: document production today (.2). Review copies of documents tagged by plaintiffs' counsel today (.2); letter to Reed Smith attorney re: same (.1). | 0.50 Hrs | $95.00 |
| 02/27/03 | ARA | Monitor production of documents. | 3.90 Hrs | $331.50 |
| 02/27/03 | EKL | Quality control of original documents after production and copying for plaintiffs. | 3.00 Hrs | $255.00 |
| 02/28/03 | RAM | Prepare for Mr. Mold's deposition (1.1). Take Mr. Mold's deposition (3.7). Return to office (1.6 - 1/2 travel time). Telephone conference with Reed Smith attorney re: deposition (.4). | 6.80 Hrs | $1,496.00 |

TOTAL LEGAL SERVICES $14,578.50

David B. Siegel

Re: ZAI Science Trial

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 26.30 Hrs | 220/hr | $5,786.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 220/hr | No charge |
| DONNA B. MACKENNA | 1.50 Hrs | 200/hr | $300.00 |
| MATTHEW T. MURPHY | 14.50 Hrs | 190/hr | $2,755.00 |
| ANGELA R. ANDERSON | 38.50 Hrs | 85/hr | $3,272.50 |
| GARY R. BELLINGER | 11.20 Hrs | 85/hr | $952.00 |
| EDWARD K. LAW | 17.80 Hrs | 85/hr | $1,513.00 |
| | 109.90 Hrs | | $14,578.50 |

TOTAL THIS BILL          $14,578.50

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 9, 2003

Bill Number 53570
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2003

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/19/03 | To Holme Roberts attorney from RAM on 1/31/03 | 25.43 | |
| | | | $25.43 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/12/03 | MERRILL CORPORATION - copy of Libby personnel file requested by in-house counsel. | 12.39 | |
| 02/12/03 | MERRILL CORPORATION - Copies of documents requested by in-house counsel - Libby personnel file. | 89.40 | |
| | | | $101.79 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/03/03 | 2 copies. | 0.24 | |
| 02/12/03 | 2 copies. | 0.24 | |
| 02/19/03 | 2 copies. | 0.24 | |
| 02/19/03 | 22 copies. | 2.64 | |
| | | | $3.36 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2003

MISCELLANEOUS

| | | |
|---|---|---|
| 02/19/03   Laser labels for inventory project | 28.50 | |
| | | $28.50 |
| TOTAL DISBURSEMENTS | | $159.08 |
| TOTAL THIS BILL | | $159.08 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 9, 2003

Bill Number  53571
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 28, 2003

EXCESS POSTAGE                                                                     $0.60

FEDERAL EXPRESS
02/25/03   To Scotta McFarland, Esq. from RAM on 2/10/03          12.25
                                                                                             $12.25

PHOTOCOPYING
02/10/03   78 copies.                                                            9.36
02/12/03   30 copies.                                                            3.60
02/13/03   125 copies.                                                         15.00
                                                                                             $27.96

TELEPHONE
02/04/03   357   5613621583                                                2.21
02/04/03   357   5613621583                                                2.21
                                                                                              $4.42

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $45.23 |
| TOTAL THIS BILL | $45.23 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 9, 2003

Bill Number  53580
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through February 28, 2003

EXCESS POSTAGE                                                                    $0.60

TAXI

| | | |
|---|---|---|
| 02/24/03 | BOSTON CAB - (1) EKL - 1/14/03 - (one way from Grace Cambridge to Winthrop Square) - Bring box of unscannable materials from Grace, Cambridge to Winthrop Sq. ($30.00); (2) EKL - 1/31/03 - (one way from Grace Cambridge to Winthrop Square) - Pick up boxes of microfilm at Grace, Cambridge for production next week to plaintiffs' counsel at Winthrop Sq. ($31.00). | 61.00 |
| 02/24/03 | BOSTON CAB - EKL - 1/14/03 (one way from Winthrop Sq. to Grace, Cambridge) - Return boxes of microfilm and various work product indices. | 34.00 |

$95.00

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 02/12/03 | MERRILL CORPORATION - copies of ledger inventory binder requested by plaintiffs' attorneys | 134.74 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through February 28, 2003

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 02/12/03 | MERRILL CORPORATION - copies of documents pulled for plaintiffs | 571.68 |
| | | $706.42 |

PHOTOCOPYING

| | | |
|---|---|---|
| 02/06/03 | 1 copy. | 0.12 |
| 02/21/03 | 8 copies. | 0.96 |
| 02/26/03 | 27 copies. | 3.24 |
| 02/26/03 | 4 copies. | 0.48 |
| 02/26/03 | 30 copies. | 3.60 |
| 02/26/03 | 165 copies. | 19.80 |
| 02/27/03 | 3 copies. | 0.36 |
| 02/27/03 | 5 copies. | 0.60 |
| 02/28/03 | 2 copies. | 0.24 |
| | | $29.40 |

TELEPHONE

| | | | |
|---|---|---|---|
| 02/07/03 | 329 | 4122884048 | 0.52 |
| 02/11/03 | 357 | 3026525340 | 0.47 |
| 02/11/03 | 357 | 3026525338 | 0.74 |
| 02/11/03 | 357 | 7608379582 | 0.74 |
| 02/12/03 | 357 | 3038617000 | 0.41 |
| 02/19/03 | 329 | 4122887132 | 0.52 |
| 02/19/03 | 329 | 4122884048 | 0.73 |
| 02/20/03 | 357 | 8432166509 | 0.74 |
| 02/24/03 | 308 | 4122884048 | 0.98 |
| 02/24/03 | 357 | 4122883063 | 1.47 |
| 02/25/03 | 357 | 4122883063 | 2.21 |
| 02/25/03 | 357 | 4122883063 | 2.21 |
| 02/28/03 | 308 | 4122884048 | 2.64 |
| | | | $14.38 |

David B. Siegel

TOTAL DISBURSEMENTS    $845.80

TOTAL THIS BILL    $845.80

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

**AFFIDAVIT OF SERVICE**

|  |  |
|---|---|
| STATE OF DELAWARE | ) |
|  | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 22nd day of April, 2003

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1.     **SUMMARY OF THE SEVENTEENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM FEBRUARY 1, 2003, THROUGH FEBRUARY 28, 2003; and**

2.     **FEE DETAIL FOR CASNER & EDWARDS, LLP'S SEVENTEENTH MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003.**

Dated: April 22, 2003

Patricia E. Cuniff

Sworn to and subscribed before
me this 22nd day of April, 2003

Notary Public
My Commission Expires: 02/11/04

HOLLY T. WALSH
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 11, 2004

Grace Fee Application Service List
Case Number: 01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF DOCUMENT ENTERED IN ERROR - DOCKET NO.
3698 (SEVENTEENTH MONTHLY APPLICATION OF CASNER & EDWARDS,
LLP, FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003)**

1.     On April 22, 2003, the Debtors and Debtors in Possession (the "Debtors")
inadvertently filed the Seventeenth Monthly Application of Casner & Edwards, LLP for
Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to
Debtors for the Period from February 1, 2003 through February 28, 2003 (the "Application")
(Docket No. 3698) with an incorrect image.

2.     To address the error, the Debtors re-filed the Application with the Court and
attached the correct image (Docket No. 3779).

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.     The Debtors hereby request the Application filed as Docket No. 3698 in the Case

Number 01-1139 be marked as entered in error.

Dated:  May _13_, 2003

KIRKLAND & ELLIS
James H.M. Sprayregen, P.C.
James W. Kapp III
Christian J. Lane
Roger J. Higgins
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:     (312) 861-2000
Facsimile:     (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.


_Paula A. Galbraith_
Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
Paula A. Galbraith (Bar No. 4258)
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession