**EXHIBIT C**
March Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: June 2, 2003 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE EIGHTEENTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003**

Name of Applicant:                                                     Casner & Edwards, LLP

Authorized to Provide Professional Services to:      W. R. Grace & Co., et al., Debtors and
                                                                                   Debtors-in-Possession

Date of Retention:                                                    September 18, 2001,
                                                                                   effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:                                        March 1, 2003 through
                                                                                   March 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                     $35,519.00   (80% = $28,415.20)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:             $16,988.05

This is an:    <u>X</u> monthly    __ interim    __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 4/22/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | Pending | Pending |
| 5/12/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | Pending | Pending |

As indicated above, this is the eighteenth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 6.8 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,496.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 36 | Litigation | $220.00 | 12.80 | $2,816.00 |
| Robert A. Murphy | Senior Counsel | 36 | Litigation | No Charge | 0.10 | $0.00 |
| Donna B. MacKenna | Partner | 19 ½ | Litigation | $200.00 | 3.20 | $640.00 |
| Matthew T. Murphy | Associate | 15 | Litigation | $190.00 | 77.40 | $14,706.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 19 | Litigation | $85.00 | 84.20 | $7,157.00 |
| Marci E. VanDerHeide | Paralegal | 2 | Litigation | $85.00 | 1.90 | $161.50 |
| Edward K. Law | Temporary Paralegal | 4 | Litigation | $85.00 | 118.10 | $10,038.50 |
| TOTALS | | | | | 297.70 | $35,519.00 |

**Total Fees:**    **$35,519.00**

4

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Trial Expenses |
|---|---|---|
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $106.69 | $58.21 |
| Postage | $16.75 | $18.05 |
| Federal Express | $17.05 | $27.84 |
| Other Delivery Services | $0.00 | $60.00 |
| Travel | $0.00 | $306.50 |
| Outside Photocopying | $25.46 | $495.76 |
| Photocopying ($.012/page) | $66.84 | $53.52 |
| Rent Reimbursement | $12,355.43 | $0.00 |
| Miscellaneous | $3,379.95 | $0.00 |
| SUBTOTAL | $15,968.17 | $1,019.88 |

**Total Expenses:      $16,988.05**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 223.70 | $23,263.00 |
| Fee Applications, Applicant | 7.80 | $1,710.00 |
| ZAI Science Trial | 66.20 | $10,546.00 |
| Expenses | N/A | $15,968.17 |
| ZAI Science Trial Expenses | N/A | $1,019.88 |
| TOTALS | 297.70 | $52,507.05 |

5

Dated:  May 12, 2003

CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/240845

6

# IN THE UNITED STATES BANKRUPTCY COURT

## · FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

> **Objection Deadline: June 2, 2003 at 4:00 p.m.**
> **Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## EIGHTEENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2003

Bill Number  54394
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through March 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/03/03 | DBM | Telephone calls to in-house counsel re: Holstein testimony; review information re: same; email Massachusetts liaison counsel re: same; discussion with MTM re: same. | 0.30 Hrs | $60.00 |
| 03/03/03 | MTM | Review revised inventories for Recordkeeper boxes in main room at Winthrop Square for accuracy re: document review wind up (1.2). Conference with DBM re: request from in-house counsel for excerpts from Dr. Holstein's depositions re: his congressional testimony on Wednesday (.1); retrieve and review Holstein depositions re: same (1.2) | 2.50 Hrs | $475.00 |
| 03/04/03 | DBM | Review Holstein 2002 deposition transcript (.5); telephone call to Massachusetts liaison counsel re: same (.1); telephone call to in-house counsel re: substance of testimony (.2). | 0.80 Hrs | $160.00 |
| 03/04/03 | MTM | Continue to review excerpts of Holstein depositions (.3); fax to in-house counsel re: same (.1). Continue review for accuracy of various inventories/lists of documents at Winthrop Square re: final wind up of document review (2.9). | 3.30 Hrs | $627.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/04/03 | ARA | Conference with temporary paralegal re: status of projects involving Cambridge library materials and Recordkeeper inventory. | 0.40 Hrs | $34.00 |
| 03/04/03 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review (7.1); conference with ARA re: same (.4). | 7.50 Hrs | $637.50 |
| 03/05/03 | MTM | Telephone call from in-house counsel re: request for Libby personnel file (.1); review index and telephone call to ARA re: same (.1); telephone call from in-house counsel re: 2 additional personnel files (.1); review index re: same (.1); call ARA re: same (.1). | 0.50 Hrs | $95.00 |
| 03/05/03 | ARA | Oversee wrap up of document review (1.1). Per MTM's request, search for and locate Libby personnel files (.3); review files and make arrangements for contents to be copied (.9). Quality control production set documents (1.8). | 4.10 Hrs | $348.50 |
| 03/05/03 | MEV | Update Bankruptcy Court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 03/05/03 | EKL | Prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review (6.5). Search for and obtain Libby personnel files, per MTM (1.0). | 7.50 Hrs | $637.50 |
| 03/06/03 | MTM | Telephone call from librarian at Grace in Cambridge re: annual library review (.1). Review Libby personnel files requested by in-house counsel (.1); letter to in-house counsel re: same (.1). | 0.30 Hrs | $57.00 |
| 03/06/03 | ARA | Quality control production set documents (1.6). Review Recordkeeper inventory with temporary paralegal to account for all boxes of documents (2.8). Oversee wrap up of document review (.8). | 5.20 Hrs | $442.00 |
| 03/06/03 | EKL | Review Recordkeeper inventory to determine if all boxes are accounted for (2.7); work with ARA re: same (2.8). | 5.50 Hrs | $467.50 |
| 03/07/03 | RAM | Telephone call from J. Hughes; OK to extend lease on part of Winthrop Square repository. | 0.10 Hrs | $22.00 |
| 03/10/03 | ARA | Quality control production set documents (1.9). Conference with temporary paralegal re: Cambridge library inventory (.2). Oversee wrap up of document review (1.1). | 3.20 Hrs | $272.00 |
| 03/10/03 | EKL | Conference with ARA re: library inventory project (.2); prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review (4.3). | 4.50 Hrs | $382.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/11/03 | RAM | Telephone conference with MTM re: wind up of document review. | 0.10 Hrs | $22.00 |
| 03/12/03 | MTM | Telephone call to Grace librarian in Cambridge re: annual review (.1); discuss library review project with temporary paralegal (.3). Work on wind up of document review at Winthrop Square: work on inventories of laboratory notebooks (1.0), miscellaneous boxes in Cambridge (1.1), Libby boxes (2.1) and miscellaneous boxes in Winthrop Square (1.1); discuss creation of binder containing all inventories of all materials to or from Winthrop Square from first day of the review until end with ARA) (.7). | 6.40 Hrs | $1,216.00 |
| 03/12/03 | ARA | Conference with MTM re: creating master inventory binder (.7); work on same (.5). Per in-house counsel's request, search for and obtain Libby personnel files and arrange to have them copied (1.4). | 2.60 Hrs | $221.00 |
| 03/12/03 | EKL | Meeting with MTM re: library review project (.3); prepare index of materials and documents removed from library at CPD, Cambridge over the years as part of wrap up of document review (5.2). | 5.50 Hrs | $467.50 |
| 03/13/03 | MTM | Meeting with Cambridge librarian and temporary paralegal re: this year's library review (.5). Letter to in-house counsel re: Libby personnel files (.1). | 0.60 Hrs | $114.00 |
| 03/13/03 | ARA | Receipt of originals and copies of Libby personnel files from Merrill Corp; quality control originals (.3). Work on compiling master inventory of shipments of boxes of documents to and from Winthrop Square, per MTM (5.7). | 6.00 Hrs | $510.00 |
| 03/13/03 | EKL | Review materials from library at Grace, Cambridge to determine what should be retained (7.5); conference with MTM and librarian re: same (.5). | 8.00 Hrs | $680.00 |
| 03/14/03 | ARA | Oversee wrap up of document review. | 0.70 Hrs | $59.50 |
| 03/14/03 | EKL | Review materials from library at Grace, Cambridge to determine what should be retained. | 8.00 Hrs | $680.00 |
| 03/17/03 | RAM | Read agenda for today's hearing (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). | 0.40 Hrs | $88.00 |
| 03/17/03 | ARA | Quality control production set documents (2.6). Discussion with temporary paralegal re: Cambridge library project (.5). Oversee wrap up of document review (1.0). | 4.10 Hrs | $348.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/17/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.10 Hrs | $8.50 |
| 03/17/03 | EKL | Review materials from library at Grace, Cambridge to determine what should be retained (6.0); conference with ARA re: same (.5). Prepare inventory of over 1400 boxes of documents in back area of Winthrop Square that were reviewed for ZAI and EPA cases (1.0). | 7.50 Hrs | $637.50 |
| 03/18/03 | RAM | Conference with MTM re: remaining work to be done at Winthrop Square for wind up of document review. | 0.10 Hrs | $22.00 |
| 03/18/03 | MTM | Draft emails to D. Croce at Grace in Cambridge re: final wind up of document review (1.4); email to Holme Roberts paralegal re: white sheet database (.5); work on wind up of document review at Winthrop Square (reconcile lists of empty Cambridge dead storage boxes (2.1), miscellaneous boxes (1.0), Cambridge lab notebooks (.6) and consolidated boxes (.9)); conference with RAM re: same (.1). | 6.60 Hrs | $1,254.00 |
| 03/18/03 | ARA | Conferences with EKL re: consolidated boxes (.2) and re: missing boxes from the repository (.2); email to Holme Roberts paralegal for information re: latter (.1); conference with EKL re: boxes located (.2). Conference with MTM re: Recordkeeper box inventory (.2). Review box inventory information to confirm presence of boxes (2.9). Oversee wrap up of document review (.3). | 4.10 Hrs | $348.50 |
| 03/18/03 | EKL | Conferences with ARA re: consolidated boxes (.2) and missing boxes from repository (.4). Work with MTM on reconciling inventories of documents at Winthrop Square (1.0). Search for and locate "missing" miscellaneous boxes (3.3). | 4.90 Hrs | $416.50 |
| 03/19/03 | MTM | Email to D. Croce at Grace re: document review wind up (Cambridge dead storage and Recordkeeper boxes, etc. (.7); revise inventories for empty Cambridge dead storage and Recordkeeper boxes, full Recordkeeper boxes, miscellaneous boxes and laboratory notebooks (.5); conference with paralegal re: inventories of consolidated boxes, dead storage and Recordkeeper boxes (.4); receipt and review of email from Holme Roberts paralegal re: white sheet database, laboratory notebooks (.2); respond to Holme Roberts paralegal re: same (.2); discuss review of consolidated boxes with paralegal at Winthrop Square (.2); work on wind up of document review matters at Winthrop Square:  review and reconcile consolidated box inventory (.6), full Recordkeeper box inventory (.7) and miscellaneous category box inventory (.7), search for box of laboratory notebooks (.3). | 4.50 Hrs | $855.00 |

David B. Siegel

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 03/19/03 | ARA | Send emails re: preparing inventory of consolidated boxes (.5); conference with temporary paralegal re: same (.5). Review documents re: creation of master inventory of all shipments of boxes to and from Winthrop Square to account for all boxes of documents (4.1). | 5.10 Hrs | $433.50 |
| 03/19/03 | MEV | Download and print selected documents from filed in bankruptcy court for RAM. | 0.50 Hrs | $42.50 |
| 03/19/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square (5.9); work with ARA re: same (.5); conferences with MTM re: same (.6). | 7.00 Hrs | $595.00 |
| 03/20/03 | MTM | Review and spot check master inventory of back room contents at Winthrop Square (.9). Revise list of Recordkeeper boxes to be returned to that location (.5). Identify "missing" boxes to be traced and located (.9). Receipt and review of email from D. Croce at Grace Cambridge re: various wind up issues (ultimate location of boxes, Recordkeeper returns, and new tracking system for boxes at Recordkeeper (.2); respond to email re: same (.7); email to D. Croce for assistance in locating 3 boxes (.1); conference with ARA re: same (.2); email to D. Croce re: revised list of Recordkeeper boxes to be returned to that location (.1). | 3.60 Hrs | $684.00 |
| 03/20/03 | ARA | Compile list of shipments of boxes of documents that came to Winthrop Square from Grace Cambridge for the EPA review (4.2). Review other inventories to track boxes from Cambridge to Winthrop Square (2.2). Conference with MTM re: same (.2). Conference with temporary paralegal re: consolidated box inventory (.3). | 6.90 Hrs | $586.50 |
| 03/20/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square (5.2); work with ARA re: same (.3). | 5.50 Hrs | $467.50 |
| 03/21/03 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | $176.00 |
| 03/21/03 | MTM | Telephone call from ARA re: questions on consolidated box inventory (.2); email to Holme Roberts paralegal re: search of white sheet database re: questions about consolidated box inventory (.5). Receipt and review of email from Holme Roberts paralegal re: white sheet database questions (.2); telephone call to Holme Roberts paralegal re: database (.2). | 1.10 Hrs | $209.00 |
| 03/21/03 | ARA | Conference with temporary paralegal re: inventory of consolidated boxes (.2); telephone calls to and from MTM re: same (.2). Work on consolidated master inventory per MTM's request (4.7). Review Holme Roberts paralegal's inventory and my inventories for information concerning a particular box of documents (.2). | 5.30 Hrs | $450.50 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/21/03 | MEV | Update bankruptcy court docket entries for RAM (.1); review docket entries for debtor's proof of claim form (.7). | 0.80 Hrs | $68.00 |
| 03/21/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square (7.3); work with ARA re: same (.2). | 7.50 Hrs | $637.50 |
| 03/24/03 | RAM | Telephone calls to J. Port; leave messages re: trying to reconcile amounts listed on debtor's notice of amendments to schedule "F" of liabilities. | 0.10 Hrs | $22.00 |
| 03/24/03 | ARA | Oversee wrap up of document review (1.1). Conference with temporary paralegal re: boxes from the EPA review (.2); review inventories for information concerning box and locate same (.6). | 1.90 Hrs | $161.50 |
| 03/24/03 | MEV | Download and print selected documents filed in bankruptcy court for RAM. | 0.20 Hrs | $17.00 |
| 03/24/03 | EKL | Search for and locate miscellaneous boxes (1.3); conference with ARA re: same (.2). Prepare inventory of consolidated boxes of documents at Winthrop Square (4.0). | 5.50 Hrs | $467.50 |
| 03/25/03 | RAM | Conference with MTM re: wrap up of document review (.1). Telephone conference with J. Port and work re: reconciling accounts listed on debtor's notice of amendments to schedule "F" of liabilities (.5). | 0.60 Hrs | $132.00 |
| 03/25/03 | MTM | Email to Holme Roberts paralegal re: inventory of consolidated boxes at Winthrop Square and use of white sheet database to confirm same (.3); telephone from Holme Roberts paralegal re: same (.3); telephone call to paralegal at Winthrop Square re: same and search consolidated box category for possible additional Recordkeeper boxes (.4); meeting with paralegal at Winthrop Square re: same (.9). | 1.90 Hrs | $361.00 |
| 03/25/03 | EKL | Meeting with MTM re: (.9) and prepare inventory of consolidated boxes of documents at Winthrop Square (6.6). | 7.50 Hrs | $637.50 |
| 03/26/03 | ARA | Conference with temporary paralegal re: consolidated box inventory; review documents re: same (.4). Work on compiling master inventory list, per MTM's request (5.8). | 6.20 Hrs | $527.00 |
| 03/26/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square (7.3); conference with ARA re: same (.2). | 7.50 Hrs | $637.50 |
| 03/27/03 | RAM | Read article re: suit against Grace for asbestos "waste" in Easthampton; send email re: same to in-house counsels. | 0.10 Hrs | $22.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/27/03 | MTM | Review revised inventory of Recordkeeper boxes to be returned to that location (.5); email to D. Croce at Grace Cambridge re: same (.3); telephone call to ARA re: same (.2); receipt and review of complete white sheet data base for information for consolidated boxes re: wind up at Winthrop Square (1.8); email to Holme Roberts paralegal with updated information on several boxes in consolidated box category (.3); telephone call to ARA with questions on consolidated boxes re: same (.1); draft additional email to Holme Roberts paralegal re: white sheet database for consolidated boxes (.1). | 3.30 Hrs | $627.00 |
| 03/27/03 | ARA | Work on compiling master inventory list, per MTM's request (4.3). Telephone calls from and to MTM re: Recordkeeper boxes and consolidated box inventory (.3); consult with temporary paralegal re: same (.2); locate information re: boxes (1.1). | 5.90 Hrs | $501.50 |
| 03/27/03 | MEV | Update bankruptcy court docket entries for RAM. | 0.20 Hrs | $17.00 |
| 03/27/03 | EKL | Prepare inventory of consolidated boxes of documents at Winthrop Square (7.3); conference with ARA re: same (.2). | 7.50 Hrs | $637.50 |
| 03/28/03 | MTM | Work on wind up of document review at Winthrop Square:  review and revise inventories for miscellaneous (.2), consolidated (.2) and laboratory notebook (.1) boxes. Conference with EKL to confirm which boxes of documents should be returned to Recordkeeper (.6). | 1.10 Hrs | $209.00 |
| 03/28/03 | ARA | Work on compiling master inventory list, per MTM (5.8). Oversee Onsite pick up of inventories re: master list (.5). Inventory boxes of documents for return to Recordkeeper (.3). | 6.60 Hrs | $561.00 |
| 03/28/03 | EKL | Conference with MTM re: which boxes are to be sent to Recordkeeper (.6). Prepare inventory of consolidated boxes of documents at Winthrop Square (5.5). | 6.10 Hrs | $518.50 |
| 03/31/03 | MTM | Work on wind up of document review at Winthrop Square:  review and revise inventories for miscellaneous, consolidated and laboratory notebook boxes. | 0.60 Hrs | $114.00 |
| 03/31/03 | ARA | Oversee wrap up of document review. | 0.80 Hrs | $68.00 |

David B. Siegel

TOTAL LEGAL SERVICES          $23,263.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.30 Hrs | 220/hr | $506.00 |
| DONNA B. MACKENNA | 1.10 Hrs | 200/hr | $220.00 |
| MATTHEW T. MURPHY | 36.30 Hrs | 190/hr | $6,897.00 |
| ANGELA R. ANDERSON | 69.10 Hrs | 85/hr | $5,873.50 |
| MARCI E. VANDERHEIDE | 1.90 Hrs | 85/hr | $161.50 |
| EDWARD K. LAW | 113.00 Hrs | 85/hr | $9,605.00 |
| | 223.70 Hrs | | $23,263.00 |

TOTAL THIS BILL          $23,263.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 7, 2003

Bill Number  54395
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through March 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/02/03 | RAM | Work on January fee application. | 2.60 Hrs | $572.00 |
| 03/05/03 | MTM | Work on answering questions for RAM re: January fee application. | 0.20 Hrs | $38.00 |
| 03/09/03 | RAM | Work on January fee application. | 1.00 Hrs | $220.00 |
| 03/10/03 | RAM | Send January fee application to in-house counsels for review; telephone call from in-house counsel re: same; telephone to in-house counsel re: same. | 0.20 Hrs | $44.00 |
| 03/17/03 | RAM | Read Certification of Counsel re: Order for approving Quarterly Fee Applications for 6th Interim Fee Period (.1). Finalize January fee application (.1). Send January fee application to Delaware counsel for filing (.1). | 0.30 Hrs | $66.00 |
| 03/29/03 | RAM | Work on February fee application. | 0.50 Hrs | $110.00 |
| 03/31/03 | RAM | Work on February fee application. | 3.00 Hrs | $660.00 |
| | | TOTAL LEGAL SERVICES | | $1,710.00 |

David B. Siegel

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 7.60 Hrs | 220/hr | $1,672.00 |
| MATTHEW T. MURPHY | 0.20 Hrs | 190/hr | $38.00 |
| | 7.80 Hrs | | $1,710.00 |

TOTAL THIS BILL     $1,710.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2003

Bill Number  54396
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through March 31, 2003

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/07/03 | RAM | Telephone call from plaintiffs' attorney requesting exhibits to deposition of Lindholm and Szufnarowski; agree to send exhibits and advise Reed Smith and in-house counsel (.1). Receive from Reed Smith attorney Westbrook's letter re: outstanding discovery issues and inquiring re: DDT and vermiculite; telephone call to MTM re: same (.1). | 0.20 Hrs | $44.00 |
| 03/07/03 | MTM | Receipt and review of email from Reed Smith counsel and letter from plaintiff's counsel re: various final discovery issues (.3); locate and review prior requests for hazard evaluation file and other discovery issues raised in letter from plaintiffs' counsel (1.1). Email to Holme Roberts paralegal re: formula files on issue of DDT and vermiculite (.2). Telephone call to Reed Smith counsel re: discovery issues (.2). | 1.80 Hrs | $342.00 |
| 03/10/03 | RAM | Read email from in-house counsel re: his inquiries re: DDT and vermiculite (.1). Send Mold deposition transcript to Reed Smith attorney with note (.1). | 0.20 Hrs | $44.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/10/03 | MTM | Telephone call to ARA re: search for documents regarding alleged use of DDT in vermiculite and plaintiffs' request for advertising film (.3); review of files from 3 prior document productions at Winthrop Square and third request for production of documents re: various discovery issues raised by plaintiffs' counsel (1.1); receipt and review of emails from Reed Smith counsel re: advertising film (.2); telephone call from ARA re: advertising film and re: laboratory notebooks (DDT issue) (.2); review laboratory notebooks and advertising files re: same (1.3); letter to Reed Smith attorney re: advertising film and re: DDT issue (.3); receipt and review of email from in-house counsel re: DDT lab notebook entry (.1). | 3.50 Hrs | $665.00 |
| 03/10/03 | ARA | Telephone calls from and to MTM re: Turkewitz' office's questions re: reels of film (.5); review file re: Science Trial production and ZAI boxes to determine what reels were produced to plaintiffs (1.7). Conference with temporary paralegal re: documents produced to MTM (.2). | 2.40 Hrs | $204.00 |
| 03/10/03 | EKL | Search for and obtain documents regarding alleged use of DDT in vermiculite. | 1.00 Hrs | $85.00 |
| 03/11/03 | RAM | Email from Reed Smith attorney that he does not want summary of Mold's deposition. | 0.10 Hrs | No charge |
| 03/11/03 | DBM | Search for documents re: DDT issue. | 0.80 Hrs | $160.00 |
| 03/11/03 | MTM | Work on various discovery issues raised in plaintiffs' letter of March 7 (.6); telephone call to Reed Smith attorney re: same (.3). Receipt and review of email from D. Croce at Grace in Cambridge re: vermiculite samples (.2); revise vermiculite sample inventory re: same (.2); reply to email from D. Croce re: same (.2). Telephone call from ARA re: initial request to transfer advertising film to video (.1). Email to DBM re: search for documents mentioning former Grace employee (.1). Receipt of emails from various people at Grace in Cambridge re: search for vermiculite samples (.2); receipt of email from in-house counsel re: same (.1). Receipt and review of list of documents to, from or mentioning former Grace employee (1.2); email to in-house counsel re: same (.2). | 3.40 Hrs | $646.00 |
| 03/11/03 | ARA | Telephone call from MTM re: confirmation that all attic insulation documents were retrieved from Cambridge (.1); work to confirm same (.6). Telephone call from MTM re: transfer of tape reel to VHS for plaintiffs (.1). Arrange for Merrill to transfer tapes to VHS (.5); note to file re: same (.2). | 1.50 Hrs | $127.50 |

David B. Siegel

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 03/12/03 | MTM | Receipt and review of email from in-house counsel re: DDT issue (.1); telephone call to ARA re: same (.3) Telephone call from copy company re: advertising film duplication (.1); telephone call from plaintiffs' attorney's office re: same (.2). Receipt and review of emails from Reed Smith attorney re: new letter from plaintiffs' counsel regarding advertising film for attic insulation (.1); respond to email re: same (.4); review ZAI advertising film at Winthrop Square re: same (.3). | 1.50 Hrs | $285.00 |
| 03/12/03 | ARA | Telephone call to and telephone call from MTM re: searching for documents for in-house counsel (.3). Review documents that were obtained for in-house counsel and discuss with MTM other document request made by plaintiffs (.9). Review Science Trial file re: consolidated boxes they reviewed and update the file (.6) | 1.80 Hrs | $153.00 |
| 03/12/03 | EKL | Search for and obtain documents regarding alleged use of DDT in Vermiculite. | 2.00 Hrs | $170.00 |
| 03/13/03 | MTM | Review various Wolter boxes stored in Cambridge re: request from plaintiff to review originals of same (2.0); travel time re: same (.4 - 1/2 time); review contents of box 6 and prepare same for production to plaintiffs (2.1). Receipt and review of email from Reed Smith attorney re: attic insulation film and plaintiffs' request for original Wolter boxes (.1). Telephone call to Holme Roberts paralegal re: procedure to identify Holme Roberts box numbers from CD bates numbers (supplied by plaintiffs' counsel in connection with their request to see certain originals) (.2); email to Reed Smith attorney re: same (.6). Letter to in-house counsel re: documents re: DDT issue (.2). Telephone call to Reed Smith attorney re: response to new letter from plaintiff's counsel raising various discovery issues (.2). | 5.80 Hrs | $1,102.00 |
| 03/14/03 | RAM | Read emails re: drums of vermiculite (.2) and re: DDT and vermiculite (.1). | 0.30 Hrs | $66.00 |
| 03/14/03 | MTM | Continue review of Wolter documents for preparation for production to plaintiff (4.8); receipt and review of draft response to Westbrook's March 7 letter and comments from in-house counsel re: same (.2); draft suggested changes re: same (.3); receipt and review of email re: in-house counsel's comments re: draft (.1); email response to same (.2). Review files re: early EPA document review and inventory sheets re: tracking location of Wolter boxes requested by plaintiffs (1.3). | 6.90 Hrs | $1,311.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/14/03 | ARA | Telephone call from MTM and obtain file re: production to plaintiffs in September 2002. | 0.20 Hrs | $17.00 |
| 03/17/03 | RAM | Read Notice of Appearance of Westbrook firm in Price class action; send it to local counsels (.1). Read Westbrook's letter re: discovery issues; related emails and draft response (.3); conference with MTM re: response (.2). | 0.60 Hrs | $132.00 |
| 03/17/03 | MTM | Receipt and review of email from Reed Smith paralegal re: issues raised in March 10 letter from plaintiffs' counsel regarding additional discovery matters (.3); respond to email re: same (.7); receipt and review of revised draft response to March 7 discovery letter from plaintiffs' counsel (.2); conference with RAM re: draft response (.2); telephone call to Reed Smith attorney re: draft response (.1); receipt and review of email from Holme Roberts paralegal re: same (.2). Letter to Reed Smith attorney re: documents re: alleged use of DDT in vermiculite (.1). Receipt and review of email comments re: 2nd draft response to plaintiffs' March 7 discovery letter (.2). | 2.00 Hrs | $380.00 |
| 03/17/03 | ARA | Per MTM's request, search for and obtain documents and produce same to him (.6). Telephone calls to Merrill Corp and MTM re: status of advertising tape being reproduced for plaintiffs (.3). Check emails from Holme Roberts paralegal and MTM re: plaintiffs' interest in Wolter documents; discussion with temporary paralegal re: same (.5). | 1.40 Hrs | $119.00 |
| 03/18/03 | RAM | Read emails from in-house and Reed Smith attorneys re: responding to Westbrook's letter. | 0.10 Hrs | $22.00 |
| 03/18/03 | MTM | Receipt and review of email response to second draft from Reed Smith attorney. | 0.20 Hrs | $38.00 |
| 03/18/03 | ARA | Conference with temporary paralegal re: plaintiffs' request for Wolter documents. | 0.10 Hrs | $8.50 |
| 03/18/03 | EKL | Conference with ARA re: plaintiffs' request for Wolter documents. | 0.10 Hrs | $8.50 |
| 03/20/03 | RAM | Read emails with comments re: discovery responses (.3). Send email to in-house counsel re: individual who might have information on DDT issue (.2). | 0.50 Hrs | $110.00 |
| 03/20/03 | MTM | Receipt and review of email from Reed Smith counsel re: letter from plaintiffs' counsel on discovery issues (.2); email response to same (.4). | 0.60 Hrs | $114.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/21/03 | RAM | Read emails re: DDT issue (.1). Conference with MTM re: document searches to be done in response to plaintiffs' request (.1). Read email in response to Westbrook's request for specific documents (.1). | 0.30 Hrs | $66.00 |
| 03/21/03 | DBM | Search for Wolter documents and DDT documents per plaintiffs' counsel's request. | 1.30 Hrs | $260.00 |
| 03/21/03 | MTM | Receipt and review of emails from in-house counsel and Reed Smith counsel re: response to letter from plaintiffs' counsel on various discovery issues and affidavit regarding alleged use of DDT in vermiculite products (.3); email to in-house counsel re: DDT documents issue (.2). Work on response to plaintiffs' counsel's request for various "original" boxes and specific files (2.4); email to in-house counsel and Reed Smith counsel re: proposed response to request for original boxes and files from plaintiffs' counsel (.3);  letter to Holme Roberts paralegal requesting assistance in identifying original source for several documents identified and sought by plaintiffs' counsel (.2); search for index of boxes sent to Holme Roberts in March 2000 re: request from plaintiffs for "original" boxes (.6). Review list of DDT related documents (.2). Telephone call to Reed Smith attorney re: status of locating "original" boxes requested by plaintiff (.5). Review 25,000 page inventory at Winthrop Square re: search for "original" boxes sought by plaintiff (.9). | 5.60 Hrs | $1,064.00 |
| 03/21/03 | ARA | Telephone calls to Merrill Corp and MTM re: completion date of VHS tape for plaintiffs (.2). Per MTM's request, review 25,000 page inventory for Wolter boxes re: plaintiffs' request (1.5). | 1.70 Hrs | $144.50 |
| 03/24/03 | RAM | Conference with MTM re: search thus far for documents requested by plaintiffs (.1). Read portion of inventory to try and identify contents of a particular box of documents mentioned by plaintiffs (.1). | 0.20 Hrs | $44.00 |
| 03/24/03 | MTM | Work on response to various discovery requests from plaintiffs' counsel (.7); telephone call to Brian O'Connell at Grace Cambridge re: obtaining copies of entire file requested by plaintiff currently stored on microfilm in the EH&S department (.3) email to in-house counsel and Reed Smith counsel re: same (.8). Review DDT related documents (.7). Continue review of 25,000 page inventory for "original" Wolter boxes sought by plaintiff (1.0). Telephone call from B. O'Connell re: original file on microfilm (.2). Conference with DBM re: review of 25,000 page inventory sheets for Wolter boxes (.3); continue | 5.90 Hrs | $1,121.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | review of 25,000 page inventory sheets for Wolter and "composite" boxes (1.9). | | |
| 03/24/03 | ARA | Per MTM's request, review 25,000 page inventory for Wolter boxes and for composite box 23 re: plaintiffs' request. | 4.90 Hrs | $416.50 |
| 03/24/03 | EKL | Search for and obtain documents regarding alleged use of DDT in Vermiculite. | 2.00 Hrs | $170.00 |
| 03/25/03 | MTM | Continue review of 25,000 page inventory sheets for Wolter and "composite" boxes sought by plaintiffs (.5). Receipt and review of microfilm of original EH&S department file sought by plaintiffs (.8); letter to Reed Smith counsel re: same (.1). Conference with DBM and RSK re: history of "composite" box sought by plaintiffs in connection with review of 25,000 page inventory sheets (.3); review inventory sheets for "composite" box (.3). Email and letter to in-house counsel re: DDT documents (.1). | 2.10 Hrs | $399.00 |
| 03/26/03 | RAM | Read email re: responding to Westbrook's document request (.1). Read potentially responsive documents (.3). | 0.40 Hrs | $88.00 |
| 03/26/03 | MTM | Email to Reed Smith counsel re: status of search for "original" boxes sought by plaintiffs' counsel. | 0.60 Hrs | $114.00 |
| 03/27/03 | ARA | Telephone call from MTM and telephone call to Merrill re: status of preparing VHS tape for plaintiffs'. | 0.20 Hrs | $17.00 |
| 03/28/03 | MTM | Conference with ARA re: transfer of ZAI advertising film to video. | 0.10 Hrs | $19.00 |
| 03/28/03 | ARA | Conference with MTM re: advertising video (.1); receipt of reel of film and VHS copy from Merrill (.2); request a second copy from Merrill (.1). | 0.40 Hrs | $34.00 |
| 03/31/03 | RAM | Read email re: ZAI advertising video. | 0.10 Hrs | $22.00 |
| 03/31/03 | MTM | Review film/video "Savings in the Attic" requested by plaintiffs' counsel (.5); email to Reed Smith counsel re: same (.3); letter to Reed Smith counsel re: same (.1). | 0.90 Hrs | $171.00 |
| 03/31/03 | ARA | Telephone call from MTM and telephone call to Merrill re: status of second advertising videotape (.2); receipt of second tape from Merrill and produce same to MTM (.3). | 0.50 Hrs | $42.50 |
| | | TOTAL LEGAL SERVICES | | $10,546.00 |

David B. Siegel

Re: ZAI Science Trial

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.90 Hrs | 220/hr | $638.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 220/hr | No charge |
| DONNA B. MACKENNA | 2.10 Hrs | 200/hr | $420.00 |
| MATTHEW T. MURPHY | 40.90 Hrs | 190/hr | $7,771.00 |
| ANGELA R. ANDERSON | 15.10 Hrs | 85/hr | $1,283.50 |
| EDWARD K. LAW | 5.10 Hrs | 85/hr | $433.50 |
| | 66.20 Hrs | | $10,546.00 |

TOTAL THIS BILL  $10,546.00

**<u>EXHIBIT B</u>**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2003

Bill Number  54397
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2003

EXCESS POSTAGE                                                    $16.15

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 03/21/03 | MERRILL CORPORATION - Enlarged copies of Recordkeeper box inventory/spreadsheet re: review wind up | 25.46 | |
| | | | $25.46 |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/04/03 | 13 copies. | 1.56 |
| 03/04/03 | 9 copies. | 1.08 |
| 03/04/03 | 2 copies. | 0.24 |
| 03/05/03 | 8 copies. | 0.96 |
| 03/05/03 | 20 copies. | 2.40 |
| 03/10/03 | 1 copy. | 0.12 |
| 03/11/03 | 127 copies. | 15.24 |
| 03/11/03 | 254 copies. | 30.48 |
| 03/11/03 | 2 copies. | 0.24 |
| 03/19/03 | 3 copies. | 0.36 |
| 03/19/03 | 12 copies | 1.44 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through March 31, 2003

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 03/20/03 | 2 copies. | 0.24 | |
| 03/24/03 | 5 copies. | 0.60 | |
| | | | $54.96 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 01/16/03 | 308 | 6174263501 | 8.68 | |
| 03/04/03 | 329 | 7037298587 | 12.52 | |
| 03/05/03 | 308 | 5613621532 | 2.89 | |
| 03/06/03 | 308 | 6174263501 | 8.26 | |
| 03/11/03 | 308 | 6174263501 | 2.89 | |
| | | | | $35.24 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 03/03/03 | Rent & Utilities for document repository at One Winthrop Square - February 2003 | 12,355.43 | |
| | | | $12,355.43 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 03/07/03 | RECORDKEEPER ARCHIVE - monthly storage fee (3/03) | 388.95 | |
| 03/19/03 | DONNEGAN SYSTEMS, INC - service contract for microfilm reader (4/20/03 - 4/19/04) | 2,991.00 | |
| | | | $3,379.95 |

| | |
|---|---|
| TOTAL DISBURSEMENTS | $15,867.19 |
| | |
| TOTAL THIS BILL | $15,867.19 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2003

Bill Number  54398
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2003

EXCESS POSTAGE                                                                          $0.60

FEDERAL EXPRESS

| 03/04/03 | To Scotta McFarland, Esq from RAM on 2/13/03 | 17.05 | |
|----------|----------------------------------------------|-------|---------|
| | | | $17.05 |

PHOTOCOPYING

| 03/17/03 | 99 copies. | 11.88 | |
|----------|------------|-------|---------|
| | | | $11.88 |

TELEPHONE

| 01/21/03 | 308 | 6174263501 | 15.56 |
|----------|-----|------------|-------|
| 01/21/03 | 308 | 6174263501 | 22.82 |
| 01/22/03 | 308 | 6174263501 | 3.69 |
| 01/23/03 | 308 | 6174263501 | 8.12 |
| 01/24/03 | 308 | 6174263501 | 6.88 |
| 01/24/03 | 308 | 6174263501 | 6.88 |
| 03/10/03 | 357 | 5613621583 | 2.95 |

David B. Siegel

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2003

TELEPHONE

| 03/10/03 | 357 | 5613621583 | 2.95 |
| 03/25/03 | 357 | 5613621506 | 1.60 |

$71.45

TOTAL DISBURSEMENTS    $100.98

TOTAL THIS BILL    $100.98

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 7, 2003

Bill Number  54399
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through March 31, 2003

EXCESS POSTAGE                                                                                          $18.05

FEDERAL EXPRESS
03/04/03   To Reed Smith attorney from MTM on 2/20/03                    27.84
                                                                                                              $27.84

OTHER DELIVERY SERVICES
03/24/03   BOSTON EXPRESS DELIV - To 62 Whittemore Ave.,            60.00
                  Cambridge on 2/6/03
                                                                                                              $60.00

TRAVEL
03/19/03   MATTHEW T. MURPHY - cab from Grace in Cambridge to       34.00
                  office to transport Wolter boxes requested by plaintiffs
03/19/03   DINERS CLUB -2/27/03 Airfare to Orlando, FL for Jack        272.50
                  Wolter (rescheduled return flight ) after deposition
                                                                                                              $306.50

OUTSIDE PHOTOCOPYING

David B. Siegel

Re: ZAI Science Trial


**DISBURSEMENTS**

Through March 31, 2003


OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 03/05/03 | MERRILL CORPORATION - copies of documents per plaintiffs' counsel's request | 124.74 |
| 03/05/03 | MERRILL CORPORATION - copies of documents tagged by plaintiffs' attorneys during review of repository - 2/4-6/03 (plaintiffs to pay 1/2) | 371.02 |
| | | $495.76 |


PHOTOCOPYING

| | | |
|---|---|---|
| 03/07/03 | 29 copies. | 3.48 |
| 03/07/03 | 63 copies. | 7.56 |
| 03/10/03 | 1 copy. | 0.12 |
| 03/13/03 | 1 copy. | 0.12 |
| 03/17/03 | 1 copy. | 0.12 |
| 03/18/03 | 2 copies. | 0.24 |
| 03/20/03 | 18 copies. | 2.16 |
| 03/21/03 | 4 copies. | 0.48 |
| 03/24/03 | 14 copies. | 1.68 |
| 03/25/03 | 6 copies. | 0.72 |
| 03/25/03 | 230 copies. | 27.60 |
| 03/25/03 | 77 copies. | 9.24 |
| | | $53.52 |


TELEPHONE

| | | | |
|---|---|---|---|
| 01/27/03 | 308 | 6174263501 | 4.89 |
| 01/28/03 | 308 | 4122884048 | 5.09 |
| 01/28/03 | 308 | 4122884048 | 5.09 |
| 01/28/03 | 308 | 6174263501 | 3.89 |
| 01/29/03 | 308 | 6174263501 | 4.68 |
| 03/06/03 | 308 | 6174263501 | 8.26 |
| 03/07/03 | 329 | 4122883131 | 1.97 |
| 03/10/03 | 357 | 5613621583 | 1.47 |
| 03/10/03 | 357 | 4122883063 | 2.21 |
| 03/10/03 | 357 | 4122883063 | 2.21 |
| 03/11/03 | 329 | 4122884048 | 1.32 |
| 03/12/03 | 329 | 8437276681 | 0.35 |

David B. Siegel

Re: ZAI Science Trial

**DISBURSEMENTS**

Through March 31, 2003

TELEPHONE

| 03/13/03 | 329 | 4122884048 | 0.04 |
| 03/13/03 | 329 | 3034178515 | 0.50 |
| 03/13/03 | 329 | 2158518232 | 0.06 |
| 03/17/03 | 357 | 14122883063 | 0.02 |
| 03/21/03 | 329 | 3038660478 | 1.28 |
| 03/27/03 | 308 | 6174263501 | 5.16 |
| 03/27/03 | 308 | 6174263501 | 5.09 |
| 03/27/03 | 308 | 4122884048 | 3.89 |
| 03/31/03 | 329 | 3038660200 | 0.74 |

$58.21

TOTAL DISBURSEMENTS    $1,019.88

TOTAL THIS BILL    $1,019.88

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 13th day of May, 2003

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:20485.30

1.     **EIGHTEENTH MONTHLY APPLICATION OF CASNER &
EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL TO DEBTORS FOR THE PERIOD FROM MARCH 1, 2003
THROUGH MARCH 31, 2003; AND**

2.     **FEE DETAIL FOR CASNER & EDWARDS, LLP'S EIGHTEENTH
MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1,
2003 THROUGH MARCH 31, 2003.**

Dated: May 13, 2003

Patricia E. Cuniff

Sworn to and subscribed before
me this 13th day of May, 2003

Notary Public
My Commission Expires: _____

Grace Fee Application Service List
Case Number:  01-1139 (JJF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 4080
Dallas, TX  75202

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: mgz@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Matthew G. Zaleski, III, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com and*
*jwaxman@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP