IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, Paula A. Galbraith, hereby certify that on the 15th day of May 2003, I caused a

copy of the following document to be served on the individuals on the attached service lists in

the manner indicated:

1.   **NOTICE OF FILING OF QUARTERLY FEE APPLICATION
[QUARTERLY VERIFIED FEE APPLICATION OF CASNER &
EDWARDS, LLP FOR COMPENSTION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION
COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE EIGHTH
INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH MARCH
31, 2003]**

_Paula A. Galbraith_

Paula A. Galbraith (DE Bar No. 4258)