UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered)<br><br>Objection Deadline: June 5, 2003<br>Hearing Date: TBD if necessary |

## SUMMARY OF SIXTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | July 22, 2002 |
| Period for which compensation and reimbursement is sought: | February 1, 2003 through February 28, 2003 |
| Amount of compensation sought as actual reasonable and necessary: | $ 2,314.00 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 286.80 |
| This is a: __X__ Monthly ____Interim ____Final Application | |
| Prior Application Filed: | Yes. |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Pending | Pending |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Pending | Pending |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Pending | Pending |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |

As indicated above, this is the sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 4.0 | $ 880.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | .6 | $ 114.00 |
| TOTALS | | | | | 4.6 | $ 994.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 17.6 | $ 1,320.00 |
| TOTALS | | | | | | |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | .2 Hours | $ 44.00 |
| 12-Fee Application, Others | 22.0 Hours | $ 2,270.00 |
| TOTALS | 22.2 Hours | $ 2,314.00 |

Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 15.00 |
| In-House Duplicating / Printing ($.15 per page) | $ 271.80 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 286.80 |

Dated: Wilmington, Delaware
May 16, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, P.A.

/s/ *William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
02/28/2003

ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC 29401

Client No: 220305-11221M
Statement No: 187869

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|  |  | Hours |
|---|---|---|
| 2/05/03 | | |
| WDS | Phone call to Fee Auditor re: submissions for report; review sample and prepare spreadsheet. | 0.60 |
| WDS | Review billing information for 3rd monthly application. | 0.40 |
| WDS | Review billing information for 4th monthly application. | 0.40 |
| 2/06/03 | | |
| MY | Office conference, e-mail correspondense with co-counsel re: status of fee applications, review all case material both on docket and on file, edit W.R. Grace Fee Tracking analysis (2.2), Draft and revise Certificate of No Objection to Richardson, Patrick, Westbrook & Brickman 3rd Monthly Application, complete certificate of service, e-file and serve (1.5), Begin preparation of November Fee Application of EARTM (1.1) | 4.80 |
| WDS | Review and revise Certificate of No Objection for RPWB's Third Application (monthly). | 0.20 |
| 02/07/03 | | |
| MY | Begin Revision November Fee App of EARTM (.3), Complete category Project sheet of quarterly fees and forward to Warren Smith (1.1) | 1.40 |
| 02/10/03 | | |
| CJB | Exchange correspondence with special counsel re: filing Motion for Fee Application; review Fee Application; conference with paralegal. | 0.40 |
| WDS | Review and revise fee application of Lukens and Annins (3rd monthly). | 0.30 |
| MY | E-mail correspondence with co-counsel re: fee applications (.2), Review fee application information provided by Lukins and Annis, make necessary revisions for filing, draft certificate | |

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|
| of service and fee detail cover page, e-file and serve (2.1), Final edit of EARTM November Fee Application, e-file and serve (1.4) | 3.70 |

2/11/03
    MY  Office conference, Prepare 4th Monthly Application of EARTM for attorney review, update WR Grace Application Tracking Sheet     1.90

2/12/03
    MY  Final revision of 4th Monthly Fee Application of EARTM, e-file and complete service     0.90
    CJB  Telephone conference with Westbrook's office re: fee application.     0.10
    WDS  Review and revise Fourth Monthly Fee Application of EART&M.     0.30

2/19/03
    MY  Prepare December Fee application of RPWB for attorney review     0.90
    WDS  Review Agenda for February 24 Hearing; no matters affecting ZAI claimants.     0.20

2/20/03
    WDS  Review Notice canceling February Hearing.     0.10

02/21/03
    MY  Revise, e-file and serve 4th Monthly Fee application of RPWB     1.30
    WDS  Review and revise Richardson Patrick's fourth monthly fee application.     0.30
    WDS  Review application filed by Debtors; forward to co-counsel.     0.30

02/25/03
    MY  Begin Preparation of Lukins and Annis December Fee Application     0.10

02/26/03
    MY  Complete preparation of December Fee Application of Lukins and Annis for Attorney Review     0.70
    WDS  Review and revise Fourth Monthly Fee Application of Lukins and Annis in preparation for filing.     0.30

02/27/03
    CJB  Exchange correspondence with Lukins firm re: confirming filing of monthly fee application and formatting for quarterly fee application.     0.10
    WDS  Review Fee Auditors spreadsheet re: 6th Quarterly application.     0.30

ZAI Plaintiffs  
                                              02/28/2003  
                                    Client No: 220305-11221M  
                                    Statement No:       187869  

W.R. Grace & Companies, et al.  
CA No. 01-1139  
A-01-771  

                                                          Hours

/28/03  
 MY  Office conference, review Fee auditor  
     report for accuracy, Final revision of  
     Lukins and Annis December Fee  
     Application, e-file and serve              1.30  
 MY  Begin preparation of 2nd Quarterly fee  
     applications                               0.60  
 WDS Receive 2nd Quarterly Fee Application  
     from co-counsel (RPWB).                    0.30  

     For Current Services Rendered             22.20    2,314.00  

                  Recapitulation
| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 4.00 | $220.00 | $880.00 |
| Charles J. Brown | Senior Associat | 0.60 | 190.00 | 114.00 |
| Michael Young | Paralegal | 17.60 | 75.00 | 1,320.00 |

                        Expenses

02/06/03 Photocopies (@ $.15)                             10.20
02/06/03 Photocopies (@ $.15)                              6.00
02/06/03 Photocopies (@ $.15)                             34.65
02/10/03 Photocopies (@ $.15)                             66.15
02/10/03 Photocopies (@ $.15)                             31.80
02/12/03 Photocopies (@ $.15)                             31.50
02/12/03 Photocopies (@ $.15)                              0.45
02/27/03 Photocopies (@ $.15)                             91.05

         Total Expenses                                  271.80

                        Advances

02/10/03 Courier fee Tristate Courier & Carriage           5.00
02/12/03 Courier fee Tristate Courier & Carriage           5.00
02/27/03 Courier fee Tristate Courier & Carriage           5.00

         Total Advances                                   15.00

         Total Current Work                            2,600.80

         Balance Due                                  $2,600.80

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br><br>(Jointly Administered) |

**FEE DETAIL FOR SIXTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF <u>FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003</u>**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on May 16, 2003, service of the foregoing

- **SIXTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
       May 16, 2003

/s/ William D. Sullivan
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

- 7 -

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202