## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: June 5, 2003**
**Hearing Date: TBD if necessary**

## SUMMARY OF SEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2003 THROUGH MARCH 31, 2003

Name of Applicant:                    Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:              Zonolite Attic Insulation Claimants

Date of retention:                     July 22, 2002

Period for which compensation          March 1, 2003 through
and reimbursement is sought:           March 31, 2003

Amount of compensation sought
as actual reasonable and necessary:    $ 4,031.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                             $ 1,444.29

This is a:        __X__ Monthly        _____ Interim        _____ Final Application

Prior Application Filed:               Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Pending | Pending |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Pending | Pending |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Pending | Pending |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/15/03 | 2/1/03 through 2/28/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |

As indicated above, this is the seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 6.8 | $ 1,496.00 |
| TOTALS | | | | | 6.8 | $ 1,496.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 33.8 | $ 2,535.00 |
| TOTALS | | | | | 33.8 | $ 2,535.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 40.6 Hours | $ 4031.00 |
| TOTALS | 40.6 Hours | $ 4031.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 618.31 |
| In-House Duplicating / Printing ($.15 per page) | $ 825.98 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 1,444.29 |

Dated: Wilmington, Delaware
      May 16, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, P.A.

  /s/ William D. Sullivan
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

                  Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

## FEE DETAIL FOR SEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2003 THROUGH MARCH 31, 2003

P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181


ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC  29401

Page: 1
03/31/2003
Client No: 220305-11221M
Statement No:      188944

Attn: Edward Westbrook


W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


## Fees

|  |  | Hours |
|---|---|---|
| 3/03/03 |  |  |
| MY | Draft/edit Notice of Filing of Second Quarterly Fee Application of Lukins and Annis(.4), Review and revise Quarterly fee application of Lukins and Annis (1) draft order (.3)Gather exhibits (a-c) for application (.3), draft certificate of service for Lukins and Annis Fee Application (.2) | 2.20 |
| MY | Draft/Edit Notice of Filing of 2nd Quarterly Application of RPWB (.3), Draft and revise Order (.3), Review/Revise Application and prepare for DE Filing (1),  gather exhibits a-d (.3) edit summary (.1) | 2.00 |
| MY | Draft and Revise Summary and 2nd Quarterly Application of EARTM, draft/edit order, draft notice of filing and certificate of service, gather and review prior applications in quarter | 2.80 |
| 3/05/03 |  |  |
| MY | Office conference re: Status of Fee Applications (.5),  Review docket for Objections to November Fee Apps of EARTM and L&A and December Fee App of EARTM (.2), Draft Certificate of No Objections for each (3) Fee App (.9), Update Fee Application Tracking Chart (.2), Revisions of Quarterly Fee Applications of RPWB, EARTM and L&A (1.5), Prepare each fee application for e-filing, e-file and serve all three applications (2.5), E-file notices of all three applications and arrange for service (.6), e-file and arrange for hand deliveries of Cert of No Objections of November Fee Applications of EARTM and L&A (.6) | 7.00 |
| WDS | Review and revise Quarterly Fee Application of EART&M; review service issues. | 0.60 |
| WDS | Review and revise Quarterly Fee |  |

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |
|---|---|---|
|  | Application of Lukins & Annis. | 0.30 |
| WDS | Review and revise Quarterly Fee Application of RPWB. | 0.30 |

3/06/03
   MY   Complete service of Certificates of No
        Objection of L&A and EARTM (.1), file and
        serve CNO of EARTM's December Fee
        Application (.6), Draft affidavit of
        service re: Notice of Filings of L&A,
        RPWB & EARTM (.3), Fulfill Judge's
        procedures for serving chambers with
        Quarterly Fee Applications (1.6), Begin
        calculations for Category Worksheet of
        EARTM (.4)                                       3.00

3/07/03
   MY   Case administration of W.R. Grace Files
        and creation of new Fee Application files
        (.8), Edit and file Affidavit of Service
        along with Exhibits A through C (.7)             1.50

3/10/03
   MY   Office Conference (.2) Complete Project
        Category Spreadsheet of EARTM and forward
        to Fee Auditor (.6), Complete Project
        Category Spreadsheet of L&A and forward
        to Fee Auditor (.6), Update Tracking
        Chart (.2), Complete Reorganization/case
        management of W.R. Grace Documents (1.6),
        forward RPWB Project Cateogry Sheet to
        Fee Auditor (.2), review Proposed Order
        re: Quarterly Fee Apps (.2)                     3.40

3/11/03
   MY   Contact Debtors counsel via e-mail re:
        Telephonic Appearances of D. Scott and E.
        Westbrook, receive Notices of Filing from
        Reliabe and Kirkland & Ellis                    0.30
   MY   Review case management order re:
        Telephonic Appearances, contact courtroom
        deputy for permission to Appear
        Telephonically at hearing (for D. Scott
        and E. Westbrook)                               0.30
   WDS  Review revised Order; e-mail to
        co-counsel re:  fee and expense
        reductions; telephone participation.            3.00

3/12/03
   MY   E-mail correspondence with Debtors
        counsel regarding March 17 hearing             0.30
   MY   Office conference, prepare 5th Monthly
        Fee Application of RWPB for filing and
        attorney review                                 0.70
   WDS  E-mail counsel for Debtors re:  Hearing
        status; e-mail co-counsel re:  same.            0.30
   WDS  Review Amended Case Management Order.           0.10
   MY   Review supplemental case management order       0.10

Client No: 220305-11221M
Statement No:      188944

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  |  | Hours |
|---|---|---|
| **3/13/03** | | |
| WDS | Review Certification of Counsel re: Quarterly Fee applications. | 0.10 |
| **3/14/03** | | |
| WDS | Review Notice of Cancellation of Hearing; fee Order entered; e-mail to co-counsel re: same. | 0.30 |
| **3/17/03** | | |
| MY | Prepare January fee application of EARTM (.9), download order allowing fee applications and forward to co-counsel (.3), correspondence with fee auditor re Quarterly fee application of L&A (.3) | 1.50 |
| **3/18/03** | | |
| MY | Final Revision of January fee application for EARTM, obtain proper fee detail | 0.30 |
| **3/19/03** | | |
| MY | Revise January fee applications of EARTM & RPWB and prepare for filing, e-file both applications and complete mail service (2), update fee application tracking chart (.3), review file re: proper e-mail service of fee applications and complete service (.7), review docket for objections to prior fee applications (.2) | 3.20 |
| WDS | Review and revise 5th monthly fee application of RPWB. | 0.30 |
| WDS | Review and revise 5th monthly fee application of EART&M. | 0.30 |
| **3/20/03** | | |
| MY | Review case information and draft Certificate of No Objection re: December fee application of Lukins and Annis (1) Review case information and draft Certificate of No Objection re: December fee application of Richardson Patrick, et al (1) | 2.00 |
| MY | E-mail correspondence with co-counsel (L&A) and fee auditor re: materials needed by fee auditor, fulfill fee auditors requests | 0.70 |
| WDS | Review CNO for Lukins & Annis December bill. | 1.00 |
| WDS | Review CNO for RPWB December bill. | 0.20 |
| **3/21/03** | | |
| MY | E-file and complete mail service of both Certificate of No Objections of Lukins and Annis and Richardson Patrick, et al | 1.80 |
| **3/26/03** | | |
| MY | Review email from fee auditor re: 7th | |

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours | |
|---|---|---|
| interim report, update tracking chart | | |
| draft and file Notice | 0.70 | |
| For Current Services Rendered | 40.60 | 4,031.00 |

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 6.80 | $220.00 | $1,496.00 |
| Michael Young | Paralegal | 33.80 | 75.00 | 2,535.00 |

### Expenses

| | | |
|---|---|---|
| 03/05/03 | Photocopies (@ $.15) | 267.15 |
| 03/05/03 | Photocopies (@ $.15) | 255.00 |
| 03/05/03 | Photocopies (@ $.15) | 141.00 |
| 03/05/03 | Photocopies (@ $.15) | 18.00 |
| 03/05/03 | Photocopies (@ $.15) | 15.00 |
| 03/06/03 | Photocopies (@ $.15) | 33.15 |
| 03/06/03 | Photocopies (@ $.15) | 18.00 |
| 03/06/03 | Postage | 4.75 |
| 03/06/03 | Postage | 8.55 |
| 03/06/03 | Postage | 6.85 |
| 03/06/03 | Postage | 4.75 |
| 03/06/03 | Postage | 4.75 |
| 03/06/03 | Postage | 4.75 |
| 03/06/03 | Postage | 4.75 |
| 03/06/03 | Postage | 4.75 |
| 03/06/03 | Postage | 6.85 |
| 03/06/03 | Postage | 4.75 |
| 03/06/03 | Postage | 6.85 |
| 03/06/03 | Postage | 4.75 |
| 03/06/03 | Postage | 0.83 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.60 |
| 03/06/03 | Postage | 0.83 |
| 03/06/03 | Postage | 0.83 |
| 03/06/03 | Postage | 0.83 |
| 03/06/03 | Postage | 0.83 |
| 03/06/03 | Postage | 0.83 |

| | |
|---|---|
| Total Expenses | 825.98 |

### Advances

| | | |
|---|---|---|
| 03/05/03 | Photocopying (2808 copies @ .09) Mailings (203 @ .83 cents, 1 @ $1.10) Hand delivers (30 @ 3.00)Reliable Copy Service | 512.31 |
| 03/05/03 | Courier fee Tristate Courier & Carriage - Hand | |

Client No: 220305-11221M
Statement No:    188944

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


|          | deliveries                                |  58.50 |
| -------- | ----------------------------------------- | ------ |
| 3/05/03  | Courier fee Tristate Courier & Carriage   |   5.00 |
| 3/06/03  | Courier fee Tristate Courier & Carriage   |   5.00 |
| 3/19/03  | Courier fee Tristate Courier & Carriage   |  32.50 |
| 3/21/03  | Courier fee Tristate Courier & Carriage   |   5.00 |

Total Advances                                          618.31

Total Current Work                                    5,475.29


Balance Due                                         $5,475.29

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on May 16, 2003, service of

the foregoing

- **SEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2003 THROUGH MARCH 31, 2003.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
May 16, 2003

/s/ William D. Sullivan
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin  & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202