## Index to Exhibits

Exhibit A          Affidavit

Exhibit B          Summary Schedules of Fees for the Quarter

Exhibit C          Summary Schedule of Expenses for the Quarter

Exhibit D          Fee Application for the Period January 1 – January 31, 2003

Exhibit E          Fee Application for the Period February 1 – February 28, 2003

Exhibit F          Fee Application for the Period March 1 – March 31, 2003

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: To Be Determined |
| | | Hearing Date: To Be Determined |

**<u>AFFIDAVIT</u>**

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss: |
| COUNTY OF BERGEN | ) |

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1.    I am a Senior Managing Director of FTI Policano & Manzo, ("FTI P&M"), an operating unit of FTI Consulting, Inc. ("FTI"), and I am duly authorized to make this affidavit on behalf of FTI P&M.  FTI P&M provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey.  FTI P&M has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2.    This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of FTI P&M's Seventh Quarterly interim application for compensation for services and for reimbursement of expenses for services rendered during the period from October 1, 2002 through and including December 31, 2002 in the aggregate amount of $301,153.87, of which $301,153.87 has not yet been paid.

3.    All services for which compensation is requested by FTI P&M were professional services performed for and on behalf of the Committee from January 1, 2003 through and including March 31, 2003 and not on behalf of any other person.

4. In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.

EDWIN N. ORDWAY, JR

Sworn to before me this
13th day of May, 2003

Notary Public

KATHIE JOZANOVIC
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES 09/11/05

**Exhibit B**

**Summary Schedules of Fees for the Quarter**

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Project Category by Month
For the Period January 1, 2003 through March 31, 2003

| TASK CODE | TASK | January | February | March | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | $ 1,785.00 | $ 38,911.00 | $ 52,511.00 | $ 93,207.00 |
| 3 | Corporate Finance | 51,907.00 | 14,011.50 | 5,728.50 | 71,647.00 |
| 4 | Data Analysis | 727.50 | 71,360.00 | 24,495.00 | 96,582.50 |
| 8 | Case Administration | - | 697.50 | 562.50 | 1,260.00 |
| 9 | Claims Analysis (asbestos) | 2,626.50 | 2,512.50 | - | 5,139.00 |
| 11 | Creditors Committee | 6,381.00 | 297.50 | 7,460.50 | 14,139.00 |
| 12 | Employee Benefits/Pension | 4,257.50 | 433.50 | - | 4,691.00 |
| 16 | Fee Applications, Applicant | 3,832.50 | 3,193.00 | 3,597.50 | 10,623.00 |
| | TOTAL | $ 71,517.00 | $ 131,416.50 | $ 94,355.00 | $ 297,288.50 |

**Exhibit B**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Project Category by Month
For the Period January 1, 2003 through March 31, 2003

| TASK CODE | TASK | January | February | March | TOTAL |
|---|---|---|---|---|---|
| 2 | Business Analysis | - | 89.8 | 118.9 | 208.7 |
| 3 | Corporate Finance | 4.1 | 31.7 | 13.7 | 49.5 |
| 4 | Data Analysis | 117.1 | 177.8 | 59.5 | 354.4 |
| 8 | Case Administration | 9.7 | 9.3 | 7.5 | 26.5 |
| 9 | Claims Analysis (asbestos) | 5.7 | 6.7 | - | 12.4 |
| 11 | Creditors Committee | 12.6 | 0.5 | 13.0 | 26.1 |
| 12 | Employee Benefits/Pension | 9.4 | 0.9 | - | 10.3 |
| 16 | Fee Applications, Applicant | 15.1 | 12.2 | 14.9 | 42.2 |
| | TOTAL | 173.7 | 328.9 | 227.5 | 730.1 |

**W.R. GRACE & CO. ET. AL.**
Summary of Hours and Fees by Professional
For the Period January 1, 2003 through March 31, 2003

**Exhibit B**

| Rate | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL | Fees Per Professional |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | E. Ordway | 14.6 | 3.5 | 27.4 | - | 1.2 | 10.2 | 0.3 | 0.4 | 57.6 | $ 34,272.00 |
| $ 550 | S. Cunningham | 46.7 | 8.9 | 44.9 | - | - | 10.7 | 2.1 | 0.8 | 114.1 | $ 62,755.00 |
| $ 425 | C. Whitney | 35.5 | 12.7 | 165.8 | - | 4.5 | 4.7 | 7.9 | - | 231.1 | $ 98,217.50 |
| $ 375 | J. Turbedsky | - | - | 2.1 | - | - | - | - | - | 2.1 | $ 787.50 |
| $ 375 | L. Hamilton | 111.9 | 24.4 | 45.6 | - | 6.7 | 0.5 | - | 22.9 | 212.0 | $ 79,500.00 |
| $ 350 | J. Schwendeman | - | - | - | - | - | - | - | - | 13.0 | $ 4,550.00 |
| $ 325 | E. Ebbert | - | - | 28.0 | - | - | - | - | - | 28.0 | $ 9,100.00 |
| $ 190 | M. DeSalvio | - | - | 8.3 | - | - | - | - | - | 8.3 | $ 1,577.00 |
| $ 165 | M. Hakoun | - | - | 19.3 | - | - | - | - | - | 19.3 | $ 3,184.50 |
| $ 75 | N. Backer | - | - | - | 26.5 | - | - | - | 18.1 | 44.6 | $ 3,345.00 |
| | Totals | 208.7 | 49.5 | 354.4 | 26.5 | 12.4 | 26.1 | 10.3 | 42.2 | 730.0 | $ 297,288.50 |

| Rate | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | E. Ordway | $ 8,687.00 | $ 2,082.50 | $ 16,303.00 | $ - | $ 714.00 | $ 6,069.00 | $ 178.50 | $ 238.00 | $ 34,272.00 |
| $ 550 | S. Cunningham | 25,685.00 | 4,895.00 | 24,695.00 | - | - | 5,885.00 | 1,155.00 | 440.00 | 62,755.00 |
| $ 425 | C. Whitney | 15,087.50 | 5,397.50 | 70,465.00 | - | 1,912.50 | 1,997.50 | 3,357.50 | - | 98,217.50 |
| $ 375 | J. Turbedsky | - | - | 787.50 | - | - | - | - | - | 787.50 |
| $ 375 | L. Hamilton | 41,962.50 | 9,150.00 | 17,100.00 | - | 2,512.50 | 187.50 | - | 8,587.50 | 79,500.00 |
| $ 350 | J. Schwendeman | - | - | - | - | - | - | - | - | 4,550.00 |
| $ 325 | E. Ebbert | - | - | 9,100.00 | - | - | - | - | - | 9,100.00 |
| $ 190 | M. DeSalvio | - | - | 1,577.00 | - | - | - | - | - | 1,577.00 |
| $ 165 | M. Hakoun | - | - | 3,184.50 | - | - | - | - | - | 3,184.50 |
| $ 75 | N. Backer | - | - | - | 1,987.50 | - | - | - | 1,357.50 | 3,345.00 |
| | Totals | $ 91,422.00 | $ 21,525.00 | $ 147,762.00 | $ 1,987.50 | $ 5,139.00 | $ 14,139.00 | $ 4,691.00 | $ 10,623.00 | $ 297,288.50 |

Invoice

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Category
#### For the period January 1, 2003 through January 31, 2003

| Rate | Fees Per Professional | | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 11,840.50 | E. Ordway | 0.0 | 0.0 | 15.9 | 0.0 | 1.2 | 2.8 | 0.0 | 0.0 | 19.9 |
| $ 550 | $ 12,485.00 | S. Cunningham | 0.0 | 0.9 | 15.1 | 0.0 | 0.0 | 4.6 | 2.1 | 0.0 | 22.7 |
| $ 425 | $ 35,317.50 | C. Whitney | 0.0 | 1.8 | 64.8 | 0.0 | 4.5 | 4.7 | 7.3 | 0.0 | 83.1 |
| $ 375 | $ 787.50 | J. Turbedsky | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.1 |
| $ 375 | $ 7,312.50 | L. Hamilton | 0.0 | 1.4 | 8.6 | 0.0 | 0.0 | 0.5 | 0.0 | 9.0 | 19.5 |
| $ 350 | $ 1,400.00 | J. Schwenderman | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 190 | $ 760.00 | M. Desalvio | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 165 | $ 429.00 | M. Hakoun | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 |
| $ 75 | $ 1,185.00 | N. Backer | 0.0 | 0.0 | 0.0 | 9.7 | 0.0 | 0.0 | 0.0 | 6.1 | 15.8 |
| | $ 71,517.00 | Totals | 0.0 | 4.1 | 117.1 | 9.7 | 5.7 | 12.6 | 9.4 | 15.1 | 173.7 |

4 of 6

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period February 1, 2003 through February 28, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/Adminstration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 9,698.50 | E. Ordway | | 5.3 | 3.2 | 6.6 | 0.0 | | | | 0.4 | 16.3 |
| $ 550 | $ 24,970.00 | S. Cunningham | | 20.8 | 5.0 | 19.6 | 0.0 | 0.0 | 0.5 | 0.3 | 0.0 | 45.4 |
| $ 425 | $ 46,537.50 | C. Whitney | | 8.6 | 10.9 | 89.4 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 109.5 |
| $ 375 | $ 35,737.50 | L. Hamilton | | 55.1 | 12.6 | 14.0 | 0.0 | 6.7 | 0.0 | 0.0 | 6.9 | 95.3 |
| $ 350 | $ 1,750.00 | J. Schwendeman | | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| $ 325 | $ 9,100.00 | E. Ebbert | | 0.0 | 0.0 | 28.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.0 |
| $ 190 | $ 380.00 | M. Desalvio | | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 165 | $ 2,178.00 | M. Hakoun | | 0.0 | 0.0 | 13.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.2 |
| $ 75 | $ 1,065.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 9.3 | 0.0 | 0.0 | 0.0 | 4.9 | 14.2 |
| | $ 131,416.50 | Totals | | 89.8 | 31.7 | 177.8 | 9.3 | 6.7 | 0.5 | 0.9 | 12.2 | 328.9 |

5 of 6

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period March 1, 2003 through March 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 12,733.00 | E. Ordway | | 9.3 | 0.3 | 4.9 | 0.0 | 0.0 | 6.9 | 0.0 | 0.0 | 21.4 |
| $ 550 | $ 25,300.00 | S. Cunningham | | 25.9 | 3.0 | 10.2 | 0.0 | 0.0 | 6.1 | 0.0 | 0.8 | 46.0 |
| $ 425 | $ 16,362.50 | C. Whitney | | 26.9 | 0.0 | 11.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 38.5 |
| $ 375 | $ 36,450.00 | L. Hamilton | | 56.8 | 10.4 | 23.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 97.2 |
| $ 350 | $ 1,400.00 | J. Schwendeman | | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 190 | $ 437.00 | M. Desalvio | | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 |
| $ 165 | $ 577.50 | M. Hakoun | | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 |
| $ 75 | $ 1,095.00 | N. Backer | | 0.0 | 0.0 | 0.0 | 7.5 | 0.0 | 0.0 | 0.0 | 7.1 | 14.6 |
| | $ 94,355.00 | Totals | | 118.9 | 13.7 | 59.5 | 7.5 | 0.0 | 13.0 | 0.0 | 14.9 | 227.5 |

# Exhibit C

## Summary Schedule of Expenses for the Quarter

**Exhibit C**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period January 1, 2003 through March 31, 2003

| | | January | | February | | March | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Copies: | | | | | | | | |
| Internal | $ | 262.65 | $ | 287.85 | $ | 525.00 | $ | 1,075.50 |
| External | | - | | - | | - | | - |
| Facsimile Charges | | 26.00 | | 27.00 | | 10.00 | | 63.00 |
| Telecommunications: | | | | | | | | |
| Telephone | | 121.45 | | 56.86 | | 79.57 | | 257.88 |
| Toll Charges | | 279.36 | | 361.05 | | 21.87 | | 662.28 |
| Postage, Federal Express | | 6.08 | | 10.91 | | 16.60 | | 33.59 |
| Travel Expenses: | | | | | | | | |
| Transportation, lodging, tolls and parking | | 136.00 | | 1,466.75 | | 116.00 | | 1,718.75 |
| Meals | | - | | 54.37 | | - | | 54.37 |
| Total Expenses | $ | 831.54 | $ | 2,264.79 | $ | 769.04 | $ | 3,865.37 |

## W.R. GRACE & CO. ET. AL.
### Summary of Expenses by Type of Expense
For the period January 1, 2003 through January 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
|    Internal | $ | 262.65 |
|    External | | |
| Telecommunications: | | |
|    Telephone | | 121.45 |
|    Toll Charges | | 279.36 |
|    Facsimile | | 26.00 |
| Postage, Federal Express, Airborne | | 6.08 |
| Travel Expenses: | | |
|    Transportation, lodging, tolls, parking, mileage | | 136.00 |
|    Meals | | - |
| | | |
| Total Expenses | $ | 831.54 |

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period February 1, 2003 through February 28, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 287.85 |
| External | | |
| Telecommunications: | | |
| Telephone | | 56.86 |
| Toll Charges | | 361.05 |
| Facsimile | | 27.00 |
| Postage, Federal Express, Airborne | | 10.91 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | 1,466.75 |
| Meals | | 54.37 |
| Total Expenses | $ | 2,264.79 |

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period March 1, 2003 through March 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | | |
| External | $ | 525.00 |
| Telecommunications: | | |
| Telephone | | 79.57 |
| Toll Charges | | 21.87 |
| Facsimile | | 10.00 |
| Postage, Federal Express, Airborne | | 16.60 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | 116.00 |
| Meals | | - |
| | | |
| Total Expenses | $ | 769.04 |

**Exhibit D**

**Fee Application for the period**

**January 1 – January 31, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x

In re:                                        Chapter 11

W.R. GRACE & Co., et al.,                     Case No. 01-01139 (JKF)
                                              (Jointly Administered)

            Debtors

TWENTY- SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003)

Name of Applicant:                                FTI Policano & Manzo

Authorized to Provide Professional Services to:   The Official Committee of
                                                  Unsecured Creditors
Date of Retention:                                June 21, 2001

Period for which compensation and                 January 1, 2003 through
reimbursement is sought:                          January 31, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $71,517.00):    $57,213.60

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                 $   831.54

This is an: __X___ interim  _____ final application

The total time expended for fee application preparation and fee audit activities is
approximately 15.1 hours and corresponding compensation requested is approximately
$3,066.00 (80% of the fees incurred of $3,832.50). The time expended included
approximately 11.0 hours spent on preparation of the twenty-first monthly interim fee
application and quarterly fee application, and approximately 4.1 hours preparing a
response to the Fee Auditor's report on the Sixth Interim Period.

This is the twenty-second application filed. Disclosure for prior periods and current
period is as follows:

TWENTY- SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

2

TWENTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | | |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

TWENTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 19.9 | $11,840.50 |
| S. Cunningham | $550 | 22.7 | $12,485.00 |
| C. Whitney | $425 | 83.1 | $35,317.50 |
| J. Turbedsky | $375 | 2.1 | $787.50 |
| L. Hamilton | $375 | 19.5 | $7,312.50 |
| J. Schwendeman | $350 | 4.0 | $1,400.00 |
| M. DeSalvio | $190 | 4.0 | $760.00 |
| M. Hakoun | $165 | 2.6 | $429.00 |
| N. Backer | $ 75 | 15.8 | $1,185.00 |
| Grand Total: | | 173.7 | $71,517.00 |
| Blended Rate: | $412 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 4.1 | $1,785.00 |
| 4 | Data Analysis | 117.1 | $51,907.00 |
| 8 | Case Administration | 9.7 | $727.50 |
| 9 | Claims Analysis (Asbestos) | 5.7 | $2,626.50 |
| 11 | Creditors Committee | 12.6 | $6,381.00 |
| 12 | Employee Benefits/Pension | 9.4 | $4,257.50 |
| 16 | Fee Applications, Applicant | 15.1 | $3,832.50 |
| | Total | 173.7 | $71,517.00 |

4

TWENTY-SECOND INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003)

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | |
| Facsimiles | $262.65 |
| Telecommunications | $26.00 |
| Postage, Express Delivery | $121.45 |
| Travel Expenses | $6.08 |
| Tolling Charges | $136.00 |
| | $279.36 |
| Total | |
| | $831.54 |

5

Invoice

## W.R. GRACE & CO. ET. AL.
### Summary of Fees by Professional
### For the period January 1, 2003 through January 31, 2003

|  | Total Hours | | Billing Rate | Amount |
|---|---|---|---|---|
| E. Ordway |  |  |  |  |
| S. Cunningham | 19.9 | $ | 595 | 11,840.50 |
| C. Whitney | 22.7 | $ | 550 | 12,485.00 |
| J. Turbedsky | 83.1 | $ | 425 | 35,317.50 |
| L. Hamilton | 2.1 | $ | 375 | 787.50 |
| J. Schwendeman | 19.5 | $ | 375 | 7,312.50 |
| M. DeSalvio | 4.0 | $ | 350 | 1,400.00 |
| M. Hakoun | 4.0 | $ | 190 | 760.00 |
| N. Backer | 2.6 | $ | 165 | 429.00 |
| TOTAL | 15.8 | $ | 75 | 1,185.00 |
|  | 173.7 | | | $ 71,517.00 |

Invoice

## W R GRACE & CO ET AL
### Summary of Hours by Category
For the period January 1, 2003 through January 31, 2003

| Rate | Professional | Fees Per Professional | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/Administration (asbestos) | Creditors Committee | Employee Benefits/Pension | Fee Applications, Applicant | TOTAL |
|------|-------------|----------------------:|:---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Task Code | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | E Ortway | 11,840.50 | | | 9,460.50 | | 714.00 | 1,666.00 | | | 11,840.50 |
| $ 550 | S Cunningham | 12,485.00 | | 495.00 | 8,305.00 | | | 2,530.00 | 1,155.00 | | 12,485.00 |
| $ 425 | C Whitney | 35,317.50 | | 765.00 | 27,540.00 | | 1,912.50 | 1,997.50 | 3,102.50 | | 35,317.50 |
| $ 375 | J Turbedsky | 787.50 | | | 787.50 | | | | | | 787.50 |
| $ 175 | I Hamilton | 7,312.50 | | 525.00 | 3,225.00 | | | 187.50 | | 3,375.00 | 7,312.50 |
| $ 350 | J Schwendeman | 1,400.00 | | | 1,400.00 | | | | | | 1,400.00 |
| $ 190 | M Desalvio | 760.00 | | | 760.00 | | | | | | 760.00 |
| $ 165 | M Hakoun | 429.00 | | | 429.00 | | | | | | 429.00 |
| $ 75 | N Hacker | 1,185.00 | | | | 727.50 | | | | 457.50 | 1,185.00 |
| $ | Totals | 71,517.00 | $ | $ 1,785.00 | $ 51,907.00 | $ 727.50 | $ 2,626.50 | $ 6,381.00 | $ 4,257.50 | $ 3,832.50 | $ 71,517.00 |

2 of 19

**Invoice**

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Category
### For the period January 1, 2003 through January 31, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ 11,840.50 | E Ordway | | 0.0 | 0.0 | 15.9 | 0.0 | 1.2 | 2.8 | 0.0 | 0.0 | 19.9 |
| $ 550 | $ 12,485.00 | S Cunningham | | 0.0 | 0.9 | 15.1 | 0.0 | 0.0 | 4.6 | 2.1 | 0.0 | 22.7 |
| $ 425 | $ 35,317.50 | C Whitney | | 0.0 | 1.8 | 64.8 | 0.0 | 4.5 | 4.7 | 7.3 | 0.0 | 83.1 |
| $ 375 | $ 787.50 | J Turbedsky | | 0.0 | 0.0 | 2.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.1 |
| $ 375 | $ 7,312.50 | L Hamilton | | 0.0 | 1.4 | 8.6 | 0.0 | 0.0 | 0.5 | 0.0 | 0.0 | 19.5 |
| $ 350 | $ 1,400.00 | J Schwendeman | | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 9.0 | 4.0 |
| $ 190 | $ 760.00 | M Desalvo | | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 4.0 |
| $ 165 | $ 429.00 | M Hakoun | | 0.0 | 0.0 | 2.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 |
| $ 75 | $ 1,185.00 | N Backer | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 6.1 | 15.8 |
| | $ 71,517.00 | Totals | | 0.0 | 4.1 | 117.1 | 9.7 | 5.7 | 12.6 | 9.4 | 15.1 | 173.7 |

3 of 19

Invoice

W. R. GRACE & CO ET AL. *

Summary Descriptions of Tasks by Category

For the period January 1, 2003 through January 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0 | During the Fee Period no fees were incurred for this task category |
| Corporate Finance | 3 | 4.1 | During the Fee Period we prepared an information request to the Debtors regarding Pension and Acquisitions, read and distributed the November monthly operating report and prepared a response to counsel's questions regarding notes to the consolidated monthly statements |
| Data Analysis | 4 | 117.1 | During the Fee Period we prepared and updated a draft recovery analysis. We also read and analyzed the Sealed Air settlement. In addition we read and analyzed the summary court judgment regarding Libby, Montana and motion regarding the EPA settlement, as well as reviewed the financial statement liability for FY2002 EPA costs and charges. We also read, analyzed and prepared a report for the Committee on the Nortec patent infringement motion. We analyzed information pertaining to the status of other asbestos related bankruptcies. In addition, we read and analyzed various court filings, news articles, trade publications and economic releases pertaining to recent asbestos litigation |
| Case Administration | 8 | 9.7 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items |
| Claims Analysis (asbestos) | 9 | 5.7 | During the Fee Period we read and analyzed a report on asbestos exposure prepared by Chambers Associates |
| Creditors Committee | 11 | 12.6 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the 4th Quarter results of operations, the Sealed Air settlement, Curtis Bay pension motion and the hypothetical recovery analysis |
| Employee Benefits/Pension | 12 | 9.4 | During the Fee Period we read and analyzed the Curtis Bay pension motion and prepared a memorandum to counsel regarding this item, as well as analyzed a document provided by counsel that summarizes the key changes to the Curtis Bay Union contract |
| Fee Applications, Applicant | 16 | 15.1 | During the Fee Period timekeeper Hamilton spent approximately 4.1 hours preparing information related to the Fee Auditor's report on the 6th Interim Period. In addition, timekeeper Hamilton spent approximately 1.3 hours preparing templates for the next interim fee application, and 3.6 hours preparing the December fee application. Paraprofessionals spent approximately 6.1 hours assisting in preparation of the fee applications. |
| Total | | 173.7 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

Invoice

## W.R. GRACE & CO. ET AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jan | 4 | Updated major assumptions outline for updated recovery analysis. | 2.4 |
| 6-Jan | 4 | Read and analyzed November financial data and summarized key items for follow-up. | 1.8 |
| 13-Jan | 4 | Read and analyzed 4th Quarter Financial data and prepared outline for report to Committee. | 1.6 |
| 13-Jan | 11 | Participated in call with counsel and Committee chair to review Debtors' 4th Quarter results. | 0.6 |
| 21-Jan | 4 | Updated valuation and recovery analysis to consider latest information regarding fraudulent conveyance, taxes and claims. | 1.6 |
| 22-Jan | 4 | Read and analyzed data relevant to Curtis Bay pension plan. | 1.3 |
| 22-Jan | 4 | Prepared and edited report regarding Curtis Bay pension plan. | 0.5 |
| 22-Jan | 4 | Continued to update valuation analysis. | 1.2 |
| 23-Jan | 4 | Read and analyzed data pertaining to other asbestos bankruptcies and POR's. | 1.1 |
| 24-Jan | 4 | Prepared for meeting with counsel and chairman by reviewing reports and preparing discussion outline. | 1.6 |
| 24-Jan | 11 | Participated in meeting with counsel and chair to discuss recovery analysis, tax issues, fraudulent conveyance issues, timetable and pension issues. | 1.4 |
| 28-Jan | 9 | Read and analyzed Chambers report on claims and updated valuation to consider such data. | 1.2 |
| 28-Jan | 4 | Updated debt capacity analysis based on latest projection data. | 0.8 |
| 28-Jan | 4 | Updated valuation data base for competitor information. | 0.4 |
| 29-Jan | 4 | Updated near term work plan. | 0.3 |
| 31-Jan | 4 | Read and analyzed Sealed Air motion and counsel's memo thereon. | 0.6 |
| 31-Jan | 4 | Prepared for Committee call by reviewing reports and preparing a discussion outline. | 0.7 |

| 31-Jan | 11 | Participated in conference call to discuss Sealed Air, pension issues and exclusivity. | 0.8 |

**Total Hours**                                                                                          19.9

Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 8-Jan | 4 | Analyzed data and prepared updated recovery analysis including the Sealed Air settlement. | 1.9 |
| 9-Jan | 4 | Read and analyzed the Summary Court Judgment regarding Libby, Montana. | 2.1 |
| 9-Jan | 4 | Read and analyzed financial statement liability regarding FY2002 EPA costs and charges. | 0.5 |
| 13-Jan | 11 | Participated in call with counsel and Committee chair to review Debtors' Q4 results of operations. | 0.6 |
| 13-Jan | 3 | Prepared information request to Debtors regarding Pension and Acquisitions. | 0.9 |
| 14-Jan | 4 | Read and analyzed motion pertaining to Libby, Montana EPA settlement. | 0.8 |
| 16-Jan | 4 | Prepared draft analysis of potential recovery scenarios. | 2.0 |
| 16-Jan | 4 | Continued to read and analyze Libby, Montana EPA motion. | 1.2 |
| 17-Jan | 4 | Read and analyzed Nortec patent infringement motion and prepared report for the Committee. | 1.5 |
| 21-Jan | 4 | Prepared analysis of competitor performance and implied market valuations. | 1.8 |
| 22-Jan | 4 | Analyzed Sealed Air settlement assumptions in connection with the recovery analysis. | 1.0 |
| 22-Jan | 4 | Prepared draft report of recovery analysis. | 1.5 |
| 23-Jan | 12 | Read and analyzed Curtis Bay pension motion. | 1.3 |
| 24-Jan | 11 | Participated in meeting with Committee chair and counsel to review Curtis Bay motion and Sealed Air settlement issues. | 2.8 |
| 29-Jan | 12 | Continued to read and analyze Curtis Bay pension motion and related information. | 0.8 |
| 29-Jan | 4 | Analyzed updated Sealed Air settlement data. | 0.8 |
| 30-Jan | 11 | Participated in call with Debtors and counsel to discuss Curtis Bay motion. | 1.2 |
| **Total Hours** | | | 22.7 |

## Invoice

### W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Christina Whitney
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jan | 4 | Completed initial draft of a report to the Committee pertaining to the hypothetical recovery analysis. | 4.5 |
| 6-Jan | 4 | Updated the hypothetical recovery analysis report to reflect revised assumptions. | 2.3 |
| 7-Jan | 4 | Read motion pertaining to the Nortec patent infringement lawsuit and sent a list of follow-up questions to the Debtors' financial | 2.2 |
| 8-Jan | 4 | Discussed the hypothetical recovery analysis with counsel. | 0.8 |
| 15-Jan | 4 | Updated the hypothetical recovery analysis to reflect counsel's and the agent's discussion with the Debtors. | 3.2 |
| 15-Jan | 12 | Read the motion pertaining to funding of the Curtis Bay pension plan and developed a follow-up list of questions to discuss with the Debtors' financial advisors. | 3.3 |
| 16-Jan | 11 | Discussed the Curtis Bay pension motion with the Debtors' financial advisors. | 0.3 |
| 16-Jan | 11 | Discussed the updated hypothetical recovery analysis with counsel. | 0.4 |
| 16-Jan | 4 | Read and analyzed motion (and related press releases) filed by other asbestos companies regarding Proposed Plans of Reorganization. | 3.7 |
| 16-Jan | 4 | Read and analyzed draft of memo prepared by counsel pertaining to the status of the Debtors' litigation with the EPA in Libby, MT. | 0.2 |
| 16-Jan | 4 | At the request of counsel, accumulated and summarized key information provided by the Debtors pertaining to environmental remediation. | 2.8 |
| 17-Jan | 12 | Prepared a memorandum to counsel pertaining to the Curtis Bay pension motion. | 2.3 |
| 17-Jan | 4 | Drafted e-mails to counsel and Blackstone pertaining to the scheduling of upcoming meetings. | 0.2 |

| Date | | Description | |
|---|---|---|---|
| 17-Jan | 4 | Began researching and analyzing information pertaining to the status of other asbestos-related bankruptcies, and accumulated information pertaining to those which are in the process of developing a Plan of Reorganization. | 5.5 |
| 20-Jan | 12 | Updated the Curtis Bay pension memo and distributed to counsel. | 0.4 |
| 20-Jan | 4 | Continued researching and analyzing information pertaining to the status of other asbestos-related bankruptcies. | 2.9 |
| 21-Jan | 12 | Read and analyzed documents provided by counsel that summarized the key changes to the Curtis Bay Union contract. | 0.3 |
| 21-Jan | 4 | Reviewed Debtors' responses to questions pertaining to the Nortec patent infringement lawsuit and drafted a memo summarizing the key issues. | 3.4 |
| 22-Jan | 4 | Began summarizing the information pertaining to the status of other asbestos-related bankruptcies. | 4.5 |
| 23-Jan | 4 | Finished summarizing the information pertaining to the status of other asbestos-related bankruptcies. | 4.8 |
| 24-Jan | 4 | Prepared discussion documents for meeting with counsel and agent to the Committee. | 1.0 |
| 24-Jan | 4 | Met with team members ahead of meeting to discuss meeting agenda items and near-term workplan. | 0.5 |
| 24-Jan | 11 | Met with counsel and the agent to the Committee. | 1.5 |
| 24-Jan | 12 | Updated the short-term workplan to reflect additional items discussed at the meeting with counsel and the agent. | 1.0 |
| 24-Jan | 9 | Began reading and analyzing the report on asbestos exposure prepared by Chambers Associates. | 1.5 |
| 27-Jan | 4 | Updated hypothetical recovery analysis to reflect changes discussed at meeting with counsel and the agent to the Committee. | 3.0 |
| 27-Jan | 9 | Continued reading and analyzing the report on asbestos exposure prepared by Chambers Associates. | 3.0 |
| 28-Jan | 4 | Commenced analyzing the Debtors' hypothetical post-emergence debt capacity. | 5.5 |
| 29-Jan | 4 | Continued to analyze the Debtors' hypothetical post-emergence debt capacity. | 8.0 |
| 29-Jan | 3 | Read and analyzed the Debtors' 4th quarter earnings press release. | 1.8 |
| 30-Jan | 11 | Participated in a conference call with counsel and the Debtors' to discuss the Curtis Bay pension motion. | 1.2 |

| | | | |
|---|---|---|---|
| 30-Jan | 4 | Read and analyzed analyst reports on comparable companies and the industry for purposes of understand how comparable companies are being valued. | 5.8 |
| 31-Jan | 11 | Participated in a Committee conference call. | 1.3 |
| | | **Total Hours** | 83.1 |

Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Jan | 4 | Read and analyzed various court filings. | 1.3 |
| 7-Jan | 16 | Prepared December fee application. | 0.5 |
| 7-Jan | 3 | Read and analyzed November monthly operating report. | 0.6 |
| 8-Jan | 16 | Prepared response to Fee Auditor's report on the 6th Interim Period. | 0.5 |
| 9-Jan | 16 | Continued to prepare response to Fee Auditor's report on the 6th Interim Period. | 0.6 |
| 9-Jan | 4 | Read and analyzed recent court docket items. | 0.3 |
| 10-Jan | 16 | Continued to prepare response to Fee Auditor's report on the 6th Interim Period. | 2.8 |
| 11-Jan | 16 | Finalized response to Fee Auditor's report on the 6th Interim Period. | 0.2 |
| 11-Jan | 3 | Prepared response to counsel's questions regarding notes to consolidated monthly statements. | 0.8 |
| 13-Jan | 16 | Prepared quarterly fee application. | 1.3 |
| 13-Jan | 16 | Prepared December fee application. | 0.7 |
| 14-Jan | 16 | Continued to prepare December fee application. | 2.0 |
| 15-Jan | 4 | Read and analyzed recent court docket items. | 0.6 |
| 15-Jan | 4 | Read and analyzed news articles and court filings regarding the Libby, Montana vermiculite mine and summarized findings in a report. | 2.1 |
| 16-Jan | 4 | Read and analyzed motion regarding the Curtis Bay pension fund and prepared report thereon. | 2.3 |
| 17-Jan | 4 | Continued to read and analyze motion regarding the Curtis Bay pension fund and prepared report thereon. | 1.4 |
| 21-Jan | 16 | Finalized December fee application. | 0.4 |
| 21-Jan | 4 | Read and analyzed recent court docket items. | 0.4 |
| 31-Jan | 11 | Participated in conference call with the Committee and the Debtors regarding Curtis Bay pension fund issues. | 0.5 |
| 31-Jan | 4 | Prepared summary of conference call issues. | 0.2 |
| | | **Total Hours** | 19.5 |

Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey Turbedsky
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Jan | 4 | Prepared section of recovery analysis relating to "fresh start" balance sheet. | 2.1 |
| | | **Total Hours** | 2.1 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jan | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors. | 1.1 |
| 8-Jan | 4 | Revised analysis of senior management compensation and severance arrangements compared to industry/competitors. | 1.0 |
| 20-Jan | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos related industry. | 1.1 |
| 29-Jan | 4 | Analyzed recent earnings releases compared to industry segment competitors and industry trends. | 0.8 |
| **Total Hours** | | | 4.0 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Moira DeSalvio
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Jan | 4 | Obtained and analyzed pricing sheets from Goldman Sachs and Credit Suisse First Boston to ascertain current trading prices for Debtors and competitors. | 0.5 |
| 6-Jan | 4 | Researched analysts' reports for information on Specialty Chemical industry. | 1.1 |
| 6-Jan | 4 | Using SEC documents (10K's and 10Q's), researched the breakout of bank debt and bond debt to determine the market value of debt for Debtors and competitors. | 2.4 |
| | | **Total Hours** | 4.0 |

Invoice

## W.R. GRACE & CO. ET AL.
### Professional Services Rendered by Matt Hakoun
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 16-Jan | 4 | Read and analyzed information regarding Libby, MT asbestos litigation. | 1.8 |
| 16-Jan | 4 | Distributed Libby, MT information to case team members. | 0.4 |
| 21-Jan | 4 | Continued to obtain and distribute research material regarding the asbestos litigation in Libby, MT. | 0.4 |
| | | **Total Hours** | 2.6 |

Invoice

## W.R. GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer
For the period January 1, 2003 through January 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 2-Jan | 8 | Downloaded latest court filings to update database of docket items and distributed items to case team member. | 0.3 |
| 3-Jan | 8 | Downloaded latest court filings to update database of docket items and distributed items to case team member. | 0.2 |
| 6-Jan | 16 | Processed professional time descriptions for inclusion in December fee application. | 1.1 |
| 6-Jan | 8 | Prepared report distribution to Committee. | 1.3 |
| 7-Jan | 16 | Continued to process professional time descriptions for inclusion in December fee application. | 1.6 |
| 8-Jan | 8 | Downloaded items received from counsel, as well as latest court filings, to update database of docket items. | 0.5 |
| 8-Jan | 8 | Filed materials received from case team member. Described and entered items into database. | 2.0 |
| 9-Jan | 16 | Continued to process professional time descriptions for inclusion in December fee application. | 0.7 |
| 10-Jan | 8 | Downloaded latest court filings to update database of docket items and distributed items to case team member. | 0.2 |
| 10-Jan | 8 | Downloaded latest court filings to update the database of docket items. | 0.2 |
| 13-Jan | 16 | Continued to process professional time descriptions for inclusion in December fee application. | 0.4 |
| 13-Jan | 8 | Downloaded latest court filings to update database of docket items and distributed items to case team member. | 0.1 |
| 14-Jan | 8 | Processed items to be included in report to Committee for case team member. | 0.4 |
| 15-Jan | 16 | Continued to process professional time descriptions for inclusion in December fee application. | 0.9 |
| 15-Jan | 8 | Searched for and printed out specific dockets for L. Hamilton using Bankruptcy Court website. | 0.3 |
| 15-Jan | 8 | Filed and indexed case documents | 0.3 |

| Date | | Description | |
|---|---|---|---|
| 16-Jan | 16 | Continued to process professional time descriptions for inclusion in December fee application. | |
| | | | 0.7 |
| 17-Jan | 16 | Proofread professional fee application. | |
| | | | 0.4 |
| 20-Jan | 8 | Processed items to be included in report to Committee for case team member. | |
| | | | 1.1 |
| 21-Jan | 16 | Prepared distribution of December fee application. | |
| | | | 0.3 |
| 21-Jan | 8 | Searched for and printed specific dockets for L. Hamilton using Bankruptcy Court website. | |
| | | | 0.5 |
| 22-Jan | 8 | Downloaded latest court filings to update database of docket items. | 0.2 |
| 23-Jan | 8 | Searched for and printed out specific dockets for L. Hamilton using Bankruptcy Court website. | |
| | | | 1.7 |
| 24-Jan | 8 | Downloaded latest court filings to update database of docket items. | 0.1 |
| 27-Jan | 8 | Downloaded latest court filings to update database of docket items. | 0.1 |
| 28-Jan | 8 | Downloaded latest court filings to update the database of docket items. | |
| | | | 0.2 |
| | | | 15.8 |

### Invoice

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period January 1, 2003 through January 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| | Internal | |
| | External | $ 262.65 |
| Telecommunications: | | |
| | Telephone | |
| | Toll Charges | 121.45 |
| | Facsimile | 279.36 |
| Postage, Federal Express, Airborne | | 26.00 |
| Travel Expenses: | | 6.08 |
| | Transportation, lodging, tolls, parking, mileage | 136.00 |
| | Meals | - |
| | Total Expenses | $ 831.54 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period January 1, 2003 through January 31, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 1,751 | pages @ $0.15/page: | $ | 262.65 |
| Facsimile Charges: | 26 | pages @ $1.00/page: | | 26.00 |
| Telephone Charges: | | | | 121.45 |
| Toll Charges: | | Subscriptions and Online research fees | | 279.36 |
| Postage, Federal Express: | 21-Jan | Airborne | | 6.08 |

Transportation, lodging, tolls, parking and mileage:

| | | | | |
|---|---|---|---|---|
| | 26-Jan | S. Cunningham | Parking | 37.00 |
| | 26-Jan | S. Cunningham | Mileage | 10.00 |
| | 31-Jan | C. Whitney | Parking | 44.00 |
| | 31-Jan | C. Whitney | Tolls | 6.00 |
| Meals: | 31-Jan | E. Ordway | Parking | 39.00 |

Total

$ 831.54