**Exhibit E**

**Fee Application for the period**

**February 1 – February 28, 2003**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

                    Debtors

TWENTY- THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003)

Name of Applicant:                              FTI Policano & Manzo

Authorized to Provide Professional Services to: The Official Committee of
                                                Unsecured Creditors
Date of Retention:                              June 21, 2001

Period for which compensation and              February 1, 2003 through
reimbursement is sought:                        February 28, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $131,416.50):      $105,133.20

Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):              $   2,264.79

This is an: _X___ interim _____ final application

The total time expended for fee application preparation activities is approximately 12.2
hours and corresponding compensation requested is approximately $2,554.40 (80% of the
fees incurred of $3,193.00). The time expended included approximately 12.2 hours spent
on preparation of the twenty-second monthly interim fee application and quarterly fee
application.

This is the twenty-third application filed. Disclosure for prior periods and current period
is as follows:

TWENTY- THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH  FEBRUARY 28, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

APPLICATION OF POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Requested Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

TWENTY-THIRD INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, F/K/A BY CAPSTONE/GIAMANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | | |
| --- | --- | --- | --- | --- | --- |
| | | Fees (100%) | Expenses (100%) | Fees | Expenses |
| March 28, 2002 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |

4

TWENTY-THIRD INTERIM APPLICATION OF L. TERSIGNI, POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 16.3 | $9,698.50 |
| S. Cunningham | $550 | 45.4 | $24,970.00 |
| C. Whitney | $425 | 109.5 | $46,537.50 |
| L. Hamilton | $375 | 95.3 | $35,737.50 |
| J. Schwendeman | $350 | 5.0 | $1,750.00 |
| E. Ebbert | $325 | 28.0 | $9,100.00 |
| M. DeSalvio | $190 | 2.0 | $380.00 |
| M. Hakoun | $165 | 13.2 | $2,178.00 |
| N. Backer | $ 75 | 14.2 | $1,065.00 |
| | | | |
| Grand Total: | | 328.9 | $131,416.50 |
| Blended Rate: | $400 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 89.8 | $38,911.00 |
| 3 | Corporate Finance | 31.7 | $14,011.50 |
| 4 | Data Analysis | 177.8 | $71,360.00 |
| 8 | Case Administration | 9.3 | $697.50 |
| 9 | Claims Analysis (Asbestos) | 6.7 | $2,512.50 |
| 11 | Creditors Committee | 0.5 | $297.50 |
| 12 | Employee Benefits/Pension | 0.9 | $433.50 |
| 16 | Fee Applications, Applicant | 12.2 | $3,193.00 |
| | | | |
| | Total | 328.9 | $131,416.50 |

5

TWENTY-THIRD INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003)

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $287.85 |
| Facsimiles | $27.00 |
| Telecommunications | $56.86 |
| Postage, Express Delivery | $10.91 |
| Travel Expenses | $1,521.12 |
| Tolling Charges | $361.05 |
|  |  |
| Total | $2,264.79 |

Invoice

W.R. GRACE & CO. ET AL.
Summary of Fees by Professional
For the period February 1, 2003 through February 28, 2003

|  | Total Hours | Billing Rate | Amount |
|---|---|---|---|
| E. Ordway | 16.3 | $ 595 | 9,698.50 |
| S. Cunningham | 45.4 | $ 550 | 24,970.00 |
| C. Whitney | 109.5 | $ 425 | 46,537.50 |
| L. Hamilton | 95.3 | $ 375 | 35,737.50 |
| J. Schwendeman | 5.0 | $ 350 | 1,750.00 |
| E. Ebbert | 28.0 | $ 325 | 9,100.00 |
| M. DeSalvio | 2.0 | $ 190 | 380.00 |
| M. Hakoun | 13.2 | $ 165 | 2,178.00 |
| N. Backer | 14.2 | $ 75 | 1,065.00 |
| TOTAL | 328.9 |  | $ 131,416.50 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period February 1, 2003 through February 28, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis 2 | Corporate Finance 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $595 | 9,698.50 | E. Ordway | | $ 3,153.50 | $ 1,904.00 | $ 3,927.00 | $ - | $ - | $ 297.50 | $ 178.50 | $ 238.00 | $ 9,698.50 |
| $550 | 24,970.00 | S. Cunningham | | 11,440.00 | 2,750.00 | 10,780.00 | - | - | - | - | - | 24,970.00 |
| $425 | 46,537.50 | C. Whitney | | 3,655.00 | 4,632.50 | 37,995.00 | - | - | - | 255.00 | - | 46,537.50 |
| $375 | 35,737.50 | L. Hamilton | | 20,662.50 | 4,725.00 | 5,250.00 | - | 2,512.50 | - | - | 2,587.50 | 35,737.50 |
| $350 | 1,750.00 | J. Schwendeman | | - | - | 1,750.00 | - | - | - | - | - | 1,750.00 |
| $325 | 9,100.00 | E. Ebbert | | - | - | 9,100.00 | - | - | - | - | - | 9,100.00 |
| $190 | 380.00 | M. Desalvo | | - | - | 380.00 | - | - | - | - | - | 380.00 |
| $165 | 2,178.00 | M. Hakoun | | - | - | 2,178.00 | - | - | - | - | - | 2,178.00 |
| $75 | 1,065.00 | N. Backer | | - | - | - | 697.50 | - | - | - | 367.50 | 1,065.00 |
| | $ 131,416.50 | Totals | | $ 38,911.00 | $ 14,011.50 | $ 71,360.00 | $ 697.50 | $ 2,512.50 | $ 297.50 | $ 433.50 | $ 3,193.00 | $ 131,416.50 |

Invoice

## W.R. GRACE & CO. ET AL.
### Summary of Hours by Category
For the period February 1, 2003 through February 28, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis (Business Plan) 2 | Corporate Finance (Acquisitions) 3 | Data Analysis 4 | Case Administration 8 | Claims Analysis/Objections/Administration (asbestos) 9 | Creditors Committee 11 | Employee Benefits/Pension 12 | Fee Applications, Applicant 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 595 | $ | 9,698.50 | E. Ordway | 5.3 | 3.2 | 6.6 | 0.0 | 0.0 | 0.5 | 0.3 | 0.4 | 16.3 |
| $ 550 | $ | 24,970.00 | S. Cunningham | 20.8 | 5.0 | 19.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 45.4 |
| $ 425 | $ | 46,537.50 | C. Whitney | 8.6 | 10.9 | 89.4 | 0.0 | 0.0 | 0.0 | 0.6 | 0.0 | 109.5 |
| $ 375 | $ | 35,737.50 | L. Hamilton | 55.1 | 12.6 | 14.0 | 0.0 | 6.7 | 0.0 | 0.0 | 6.9 | 95.3 |
| $ 350 | $ | 1,750.00 | J. Schwendeman | 0.0 | 0.0 | 5.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.0 |
| $ 325 | $ | 9,100.00 | E. Ebbert | 0.0 | 0.0 | 28.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 28.0 |
| $ 190 | $ | 380.00 | M. Desalvio | 0.0 | 0.0 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.0 |
| $ 165 | $ | 2,178.00 | M. Hakoun | 0.0 | 0.0 | 13.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 13.2 |
| $ 75 | $ | 1,065.00 | N. Backer | 0.0 | 0.0 | 0.0 | 9.3 | 0.0 | 0.0 | 0.0 | 4.9 | 14.2 |
| | $ | 131,416.50 | Totals | 89.8 | 31.7 | 177.8 | 9.3 | 6.7 | 0.5 | 0.9 | 12.2 | 328.9 |

**Invoice**

W.R. GRACE & CO. ET AL.

Summary Descriptions of Tasks by Category*

For the period February 1, 2003 through February 28, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 89.8 | During the Fee Period we read and analyzed the 5 year business plan and historical financial results, in preparation for meeting with management, to review the 2003 operating plan. During the fee period we also prepared an EBITDA analysis, EBIT and sales analysts, as well as analyses of pension cost and Corporate Expense, all for inclusion in our 2003 Business Plan Report. |
| Corporate Finance | 3 | 31.7 | During the Fee Period we read and analyzed documents pertaining to proposed acquisition "Project Halloween" and prepared our report thereon for the Committee. |
| Data Analysis | 4 | 177.8 | During the Fee Period we read and analyzed the Debtors' Q4 earnings press release and internal Q4 financials, as well as prepared an analysis of Q4 versus plan. Additionally, we prepared a report to Committee of FY 2002 results, reviewed full year 2002 and prepared comparisons to FY 2003 Operating Plan. We reviewed and analyzed FY 2002 key competitor data and provided commentary to Committee. During the fee period we analyzed the proposed DIP extension, as well as analyzed the Debtors' 3 year cash flow projections for purposes of sizing the DIP facility. |
| Case Administration | 8 | 9.3 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 6.7 | During the Fee Period we read and analyzed a report on asbestos exposure prepared by Chambers Associates. |
| Creditors Committee | 11 | 0.5 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the 4th Quarter results of operations, the Sealed Air settlement, Curtis Bay pension motion and the hypothetical recovery analysis. |
| Employee Benefits/Pension | 12 | 0.9 | During the Fee Period we read and analyzed the motion filed by the Debtors pertaining to the extension of the Debtors' Long-Term Incentive Plan. |
| Fee Applications, Applicant | 16 | 12.2 | During the Fee Period timekeeper Hamilton spent approximately 2.3 hours preparing the next interim fee application, and 4.6 hours preparing the January fee application. Paraprofessionals spent approximately 4.9 hours assisting in preparation of the fee applications |
| Total | | 328.9 | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

4 of 18

Invoice

W.R. GRACE & CO. ET.AL.

Professional Services Rendered by Edwin N. Ordway, Jr.

For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Feb | 4 | Read and analyzed fourth quarter financial reports and prepared list of follow-up items for staff. | 0.6 |
| 7-Feb | 12 | Prepared for conference call regarding pension. | 0.3 |
| 7-Feb | 11 | Participated in conference call to discuss pension issues. | 0.5 |
| 10-Feb | 3 | Read and analyzed data regarding pending acquisition. | 1.2 |
| 10-Feb | 3 | Prepared outline of report format for staff to use in preparation of report on pending acquisition. | 0.5 |
| 12-Feb | 4 | Prepared and edited report on pending acquisition. | 0.2 |
| 20-Feb | 16 | Prepared fee application. | 0.4 |
| 24-Feb | 2 | Prepared and edited report on Company's business plan. | 5.3 |
| 25-Feb | 4 | Prepared and edited report regarding 4th quarter operating performance. | 2.3 |
| 26-Feb | 3 | Prepared and edited report to Committee regarding proposed acquisition. | 1.5 |
| 27-Feb | 4 | Prepared and edited report to Committee regarding proposed DIP modification/extension. | 1.1 |
| 27-Feb | 4 | Analyzed contingent funding needs. | 0.7 |
| 28-Feb | 4 | Read and analyzed motion regarding DIP extension. | 0.5 |
| 28-Feb | 4 | Read and analyzed motion regarding compensation matters. | 0.8 |
| 28-Feb | 4 | Read and analyzed data regarding USG claim form and related processes. | 0.4 |
| | | **Total Hours** | 16.3 |

Invoice

## W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Sean Cunningham
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Feb | 4 | Read and analyzed Debtors' Q4 earnings press release and internal Q4 financials. | 1.5 |
| 5-Feb | 4 | Prepared analysis and discussion questions in preparation for Q4 conference call with Debtors' management and advisors. | 3.5 |
| 6-Feb | 4 | Prepared analysis of Q4 versus plan. | 1.5 |
| 7-Feb | 3 | Read and analyzed documents pertaining to proposed acquisition, "Project Halloween." | 1.5 |
| 14-Feb | 3 | Continued to read and analyze documents pertaining to proposed acquisition. | 1.5 |
| 14-Feb | 3 | Participated in conference call with Debtors to review Project Halloween acquisition. | 0.5 |
| 17-Feb | 3 | Read and edited draft report to Committee regarding the Project Halloween acquisition. | 1.5 |
| 18-Feb | 4 | Prepared and reviewed analysis of Q4 and full year results for FY 2002. | 2.3 |
| 18-Feb | 4 | Read and edited draft report to Committee regarding FY 2002 results. | 1.2 |
| 19-Feb | 2 | Read and analyzed 5 Year business plan, FY 2001 business plan and historical financial results in preparation for meeting with Debtors. | 0.4 |
| 19-Feb | 2 | Attended business plan meeting with management. | 2.2 |
| 19-Feb | 4 | Read and analyzed competitor data concerning other asbestos companies. | 0.8 |
| 20-Feb | 2 | Participated in meeting with the Debtors to review FY 2003 business plan. | 5.0 |
| 20-Feb | 4 | Prepared analysis of proposed DIP extension. | 1.4 |
| 20-Feb | 2 | Prepared comparative analysis of FY 2003 plan versus historical results. | 1.6 |
| 21-Feb | 2 | Prepared analysis of FY 2003 versus competitors and historical results. | 2.2 |
| 21-Feb | 4 | Read edited analysis and recommendation regarding DIP extension. | 1.3 |

| 24-Feb | 2 | Prepared analysis regarding FY 2003 Plan. | 4.4 |
| 24-Feb | 4 | Reviewed and discussed draft agenda for 3/12 meeting with counsel. | 0.3 |
| 25-Jan | 4 | Reviewed full year FY 2002 and prepared comparison to FY 2003 Operating Plan. | 2.0 |
| 26-Feb | 4 | Reviewed and analyzed FY 2002 key competitor data. | 1.3 |
| 27-Feb | 2 | Prepared analysis of FY 2003 Plan versus 5 year strategic plan and FY 2002 results. | 2.1 |
| 27-Feb | 4 | Prepared analysis of DIP extension issues in preparation of call with Committee. | 1.2 |
| 28-Feb | 4 | Participated in call with Debtors to discuss DIP amendment. | 0.3 |
| 28-Feb | 4 | Reviewed final DIP extension memorandum. | 1.0 |
| 28-Feb | 2 | Prepared analysis of FY 2003 Business Plan. | 2.9 |
| | | **Total Hours** | 45.4 |

Invoice

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 5-Feb | 4 | Read and analyzed Q4 statements received from the Debtors. | 3.2 |
| 5-Feb | 4 | Prepared distribution of Q4 financial statements. | 1.1 |
| 5-Feb | 16 | Prepared quarterly fee application. | 0.2 |
| 6-Feb | 4 | Participated in conference call with Debtors regarding Q4 results of operations. | 1.0 |
| 7-Feb | 16 | Continued to prepare quarterly fee application. | 2.1 |
| 10-Feb | 3 | Read and analyzed information regarding pending acquisition by Debtors. | 2.6 |
| 10-Feb | 4 | Read and analyzed information provided by Debtors regarding Pension expense and LTIP payments. | 0.8 |
| 11-Feb | 3 | Read and analyzed information provided by Debtors regarding pending acquisition and prepared report to Committee. | 7.2 |
| 12-Feb | 3 | Continued to prepare report regarding pending acquisition. | 1.1 |
| 12-Feb | 4 | Read and analyzed Debtor's motion to extend DIP financing. | 1.4 |
| 12-Feb | 4 | Prepared distribution of quarterly fee application. | 0.4 |
| 12-Feb | 9 | Read and analyzed Chambers' Asbestos Report. | 2.9 |
| 13-Feb | 4 | Read and analyzed Schedule F amendments. | 1.9 |
| 14-Feb | 3 | Participated in conference call with Debtors' and Blackstone regarding pending acquisition. | 0.5 |
| 14-Feb | 3 | Finalized report to Committee regarding pending acquisition. | 1.2 |
| 14-Feb | 16 | Prepared January fee application. | 2.3 |
| 14-Feb | 4 | Continued to read and analyze Schedule F amendments. | 0.2 |
| 18-Feb | 16 | Continued to prepare January fee application. | 0.2 |
| 18-Feb | 9 | Continued to read and analyze the Chambers' report. | 0.5 |
| 19-Feb | 9 | Continued to read and analyze the Chambers' report. | 3.3 |
| 19-Feb | 16 | Continued to prepare January fee application. | 1.1 |
| 19-Feb | 4 | Read and edited Q4 report. | 1.2 |

| Date | | Description | |
|---|---|---|---|
| 19-Feb | 2 | Read and analyzed prior year business plan report and related documents. | |
| | | | 3.9 |
| 20-Feb | 2 | Read and analyzed various documents in preparation for meeting with Debtors. | |
| | | | 4.0 |
| 20-Feb | 2 | Participated in a meeting with the Debtors to discuss the 2003 Operating Plan, pension-related issues and the Company's motion to extend and amend its DIP facility. | |
| | | | 5.0 |
| 21-Feb | 4 | Read and analyzed recent court docket items. | 0.3 |
| 21-Feb | 4 | Read and analyzed documents related to February 24th hearing. | 0.4 |
| 21-Feb | 2 | Read and analyzed Pension expense information provided by Debtors. | |
| | | | 1.4 |
| 21-Feb | 4 | Read and analyzed recent court docket items. | 1.0 |
| 21-Feb | 16 | Continued to prepare January fee application. | 0.4 |
| 21-Feb | 4 | Read and edited report to Committee regarding DIP extension. | 0.1 |
| 24-Feb | 2 | Prepared analyses of Business Plan sales and EBIT. | 7.4 |
| 24-Feb | 16 | Continued to prepare January fee application. | 0.6 |
| 25-Feb | 2 | Continued to prepare analyses of cash flow for inclusion in 2003 Business Plan report to Committee. | |
| | | | 8.2 |
| 25-Feb | 4 | Participated in conference call with management and Blackstone regarding DIP forecast cash flow. | |
| | | | 1.0 |
| 26-Feb | 2 | Prepared division-level analyses for inclusion in the 2003 Business Plan report to the Committee. | |
| | | | 7.7 |
| 27-Feb | 2 | Prepared EBITDA analysis for inclusion in the 2003 Business Plan report to the Committee. | |
| | | | 10.2 |
| 28-Feb | 2 | Prepared Pension cost and Corporate expense analyses for inclusion in the 2003 Business Plan report to the Committee. | |
| | | | 7.3 |
| **Total Hours** | | | 95.3 |

Invoice

W.R. GRACE & CO. ET AL.
Professional Services Rendered by Christina Whitney
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Feb | 4 | Prepared schedule of current and projected valuation multiples for peer group companies and the specialty chemicals industry, as reported in various research analyst reports. | 4.0 |
| 3-Feb | 4 | Read and summarized articles on Federal Mogul's proposed Plan of Reorganization and acquisition of Bendex from Honeywell. | 0.5 |
| 5-Feb | 4 | Participated in call with Debtors' financial advisors to discuss outstanding information requests and upcoming motions. | 0.2 |
| 5-Feb | 4 | Read and analyzed Debtors' December monthly reporting package and prepared list of questions to discuss with management regarding Q4 2002 performance. | 4.8 |
| 6-Feb | 4 | Participated in a phone call with Debtors to discuss Q4 2002 performance. | 1.0 |
| 6-Feb | 4 | Analyzed Q4 2002 performance and prepared supporting schedules for inclusion in the Q4 2002 report to the Committee. | 6.5 |
| 7-Feb | 4 | Analyzed Q4 2002 performance and prepared supporting schedules for inclusion in the Q4 2002 report to the Committee. | 6.2 |
| 7-Feb | 4 | Participated in a phone call with the Debtors and Committee to discuss the proposed funding of the Curtis Bay pension plan. | 0.8 |
| 10-Feb | 4 | Analyzed Q4 2002 performance and prepared supporting schedules for inclusion in the Q4 2002 report to the Committee. | 6.5 |
| 11-Feb | 4 | Read and analyzed the motion filed by the Debtors on 2/10/03 pertaining to the extension and amendment of the DIP facility. | 3.3 |
| 11-Feb | 12 | Read and analyzed the motion filed by the Debtors on 2/10/03 pertaining to the extension of the Debtors' Long-Term Incentive Plan. | 0.6 |
| 11-Feb | 3 | Read the materials prepared by the Debtors pertaining to a proposed acquisition and prepared a list of follow-up questions for discussion with the Debtors and its financial advisors. | 3.4 |
| 11-Feb | 4 | Began reading and analyzing peer group Q4 2002 earnings releases. | 1.7 |
| 12-Feb | 4 | Completed analysis of peer group Q4 2002 earnings releases. | 9.0 |

| Date | | Description | |
|---|---|---|---|
| 13-Feb | 4 | Began drafting report on the Debtors' Q4 2002 performance. | 9.2 |
| 14-Feb | 3 | Edited and revised the memo to the Committee pertaining to a proposed acquisition. | 4.3 |
| 17-Feb | 4 | Continued drafting the report on the Debtors' Q4 2002 performance. | 6.2 |
| 18-Feb | 4 | Revised the report on the Debtors' Q4 2002 performance. | 3.8 |
| 19-Feb | 4 | Incorporated reviewer comments into the report on the Debtors' Q4 2002 performance. | 5.7 |
| 20-Feb | 2 | Read the 2003 Operating Plan materials prepared by the Debtors and developed a list of discussion questions. | 3.0 |
| 20-Feb | 2 | Participated in a meeting with the Debtors to discuss the 2003 Operating Plan, pension-related issues and the Company's motion to extend and amend its DIP facility. | 5.0 |
| 21-Feb | 4 | Drafted a memo to the Committee on the key terms of the proposed extension of the DIP facility. | 3.7 |
| 24-Feb | 2 | Prepared and distributed an information request pertaining to the 2003 Operating Plan. | 0.6 |
| 24-Feb | 4 | Drafted the proposed agenda for the March 12, 2003 Committee meeting. | 0.5 |
| 24-Feb | 4 | Commenced analysis of the Company's 3-year cash flow projections for purposes of sizing the proposed DIP facility. | 4.9 |
| 25-Feb | 4 | Incorporated reviewer comments into the Q4 2002 report. | 2.0 |
| 25-Feb | 4 | Discussed the Debtors' three-year cash flow projections with management and the Debtors' financial advisors. | 1.0 |
| 26-Feb | 3 | Incorporated reviewer comments into the memo on the Debtors' proposed acquisition. | 3.2 |
| 26-Feb | 4 | Prepared a sensitivity analysis of the Company's three-year cash flow projections and incorporated analysis and observations into the memo to the Committee on the proposed DIP amendment. | 3.8 |
| 27-Feb | 4 | Finalized memo on the proposed DIP amendment. | 3.8 |
| 28-Feb | 4 | Participated in a phone call with the Debtors to discuss revisions to the proposed DIP amendment. | 0.3 |
| **Total Hours** | | | 109.5 |

Invoice

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Ellen Ebbert
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Feb | 4 | Read competitor data and analyzed sales mix, geographic participation and key performance drivers. | 2.3 |
| 10-Feb | 4 | Read and analyzed competitor data and provided commentary for report to Committee. | 3.1 |
| 11-Feb | 4 | Read and analyzed competitors sales mix, 2003 outlook and the 4th quarter and full year performance drivers. | 1.7 |
| 12-Feb | 4 | Analyzed competitor financials using company 10k's and 10Q's and read analysts' outlook on the companies for 2003. | 1.8 |
| 13-Feb | 4 | Analyzed the amendments to Schedule F of the Debtors' Statement of Financial Affairs and compared to original documents to reconcile the variances. | 2.6 |
| 14-Feb | 4 | Continued to analyze the amendments to Schedule F of the Debtors' Statement of Financial Affairs and compared to original documents to reconcile the variances. | 2.2 |
| 17-Feb | 4 | Edited analysis of SOFA amendments and reviewed amendments for variances over $100,000. | 1.9 |
| 18-Feb | 4 | Prepared analysis of Schedule F amendments to Debtors' original SOFA. | 2.4 |
| 18-Feb | 4 | Continued to read competitor data and analyze financials, sales mix, geographic participation and key performance drivers. | 1.3 |
| 19-Feb | 4 | Continued to analyze competitor financials using company 10k's and 10Q's and Read analysts' outlook on the companies for 2003. | 1.1 |
| 21-Feb | 4 | Completed analysis of Schedule F amendments to the Debtors' original SOFA exhibits. | 2.1 |
| 24-Feb | 4 | Continued to analyze competitor financials using company 10k's and 10Q's and Read analysts' outlook on the companies for 2003. | 1.5 |
| 24-Feb | 4 | Continued to read competitor data and analyze financials, sales mix, geographic participation and key performance drivers. | 1.9 |
| 25-Feb | 4 | Continued to read competitor data and analyze financials, sales mix, geographic participation and key performance drivers. | 2.1 |
| | | **Total Hours** | 28.0 |

### Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 13-Feb | 4 | Analyzed recent news and industry trade reports relating to recent asbestos litigation negotiations for the Debtors and competitors | 1.2 |
| 19-Feb | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos related industry. | 1.4 |
| 27-Feb | 4 | Analyzed unused commitment fees associated with recent loan facilities in the marketplace regarding: Amendment to Debtors' DIP facility. | 2.4 |
| **Total Hours** | | | 5.0 |

### Invoice

## W.R.GRACE & CO. ET AL.
### Professional Services Rendered by Moira DeSalvio
### For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Feb | 4 | Searched for and distributed analysts' reports on the Specialty Chemical industry including reports on major competitors. | 2.0 |
| | | **Total Hours** | 2.0 |

Invoice

W.R.GRACE & CO. ET AL.

Professional Services Rendered by Matt Hakoun

For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Feb | 4 | Gathered fourth quarter and full year earnings release for W.R.Grace peer group and distributed to case team members. | 1.1 |
| 3-Feb | 4 | Gathered analysts reports on peer group companies regarding fourth quarter and full year earnings release as well as outlook for 2003 and distributed to team | 1.3 |
| 11-Feb | 4 | Updated virtual database with motions and orders regarding to long-term incentive compensation programs and distributed to team | 1.8 |
| 11-Feb | 4 | Began updating 3rd quarter peer financial analysis to reflect 4th quarter and full year financials. | 2.2 |
| 13-Feb | 4 | Gathered press releases and news articles relating to the Fresenius Medical Care, fraudulent conveyance and other bankruptcy related issues, and distributed information to case team members. | 1.5 |
| 18-Feb | 4 | Updated specialty chemical fourth quarter and full-year sales and EBIT template. | 3.0 |
| 21-Feb | 4 | Continued fourth quarter and full-year peer group analysis. | 2.3 |
| **Total Hours** | | | 13.2 |

Invoice

## W.R.GRACE & CO. ET AL.
### Professional Services Rendered by Nancy Backer (Paraprofessional)
### For the period February 1, 2003 through February 28, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 4-Feb | 8 | Photocopied documents for distribution to Committee. | 0.7 |
| 5-Feb | 16 | Retrieved materials for (Quarterly) Interim Fee Application. | 0.3 |
| 6-Feb | 16 | Processed (Quarterly) Interim Fee Application. | 1.0 |
| 11-Feb | 16 | Processed professional time descriptions for January fee application. | 0.6 |
| 12-Feb | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 1.1 |
| 12-Feb | 16 | Prepared professional fee application for mailing. | 0.3 |
| 12-Feb | 8 | Obtained specific motions pertaining to case as requested by team member from Bankruptcy court website. | 1.2 |
| 13-Feb | 8 | Downloaded WR Grace SOFA from Bankruptcy court website. | 0.4 |
| 13-Feb | 8 | Printed SOFA Schedule F and attachments. | 1.3 |
| 13-Feb | 8 | Prepared index of Debtors' SOFA filing. | 3.6 |
| 19-Feb | 16 | Processed professional fee application for January. | 1.5 |
| 21-Feb | 16 | Proofread and edited professional fee application. | 0.6 |
| 24-Feb | 16 | Proofread and edited professional fee application. | 0.6 |
| 24-Feb | 8 | Filed and described into database various materials received from counsel, team and other sources. | 1.0 |
| **Total Hours** | | | 14.2 |

Invoice

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period February 1, 2003 through February 28, 2003

| | | |
|---|---:|---:|
| Copies: | | |
| Internal | | |
| External | $ | 287.85 |
| Telecommunications: | | |
| Telephone | | |
| Toll Charges | | 56.86 |
| Facsimile | | 361.05 |
| Postage, Federal Express, Airborne | | 27.00 |
| Travel Expenses: | | 10.91 |
| Transportation, lodging, tolls, parking, mileage | | 1,466.75 |
| Meals | | 54.37 |
| | | |
| Total Expenses | $ | 2,264.79 |

Invoice

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period February 1, 2003 through February 28, 2003

| Copies, Internal | 1,919 | pages @ $0.15/page: | | $ | 287.85 |
|---|---|---|---|---|---|
| Facsimile Charges: | 27 | pages @ $1.00/page: | | | 27.00 |
| Telephone Charges: | | | | | 56.86 |
| Toll Charges: | | Subscriptions and Online research fees | | | 361.05 |
| Postage, Federal Express: | 13-Feb | Airborne | | | 10.91 |

Transportation, lodging, tolls, parking and mileage:                                                    -

| | 20-Feb | C. Whitney | Train | 448.00 |
|---|---|---|---|---|
| | 23-Feb | L. Hamilton | Mileage | 18.00 |
| | 23-Feb | L. Hamilton | Train | 427.00 |
| | 23-Feb | L. Hamilton | Parking | 20.00 |
| | 28-Feb | S. Cunningham | Mileage | 195.00 |
| | 28-Feb | C. Whitney | Taxi | 33.00 |
| | 28-Feb | S. Cunningham | Tolls | 7.00 |
| | 28-Feb | S. Cunningham | Lodging | 318.75 |

| Meals: | | | | 54.37 |
|---|---|---|---|---|
| Total | | | | $  2,264.79 |

**Exhibit F**

**Fee Application for the period**

**March 1 – March 31, 2003**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,
                                                Case No. 01-01139 (JKF)
                                                (Jointly Administered)

Debtors

**TWENTY- FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)**

Name of Applicant:

FTI Policano & Manzo

Authorized to Provide Professional Services to:

The Official Committee of Unsecured Creditors

Date of Retention:                              June 21, 2001

Period for which compensation and reimbursement is sought:

March 1, 2003 through March 31, 2003

Amount of Compensation sought as actual, reasonable and necessary (80% of $94,355.00):        $75,484.00

Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%):        $769.04

This is an: __X___ interim _____ final application

The total time expended for fee application preparation activities is approximately 14.9 hours and corresponding compensation requested is approximately $2,878.00 (80% of the fees incurred of $3,597.50). The time expended included approximately 11.4 hours spent on preparation of the twenty-third monthly interim fee application and 3.5 hours spend preparing a response to the fee auditor concerning the 7th interim period.

This is the twenty-fourth application filed. Disclosure for prior periods and current period is as follows:

TWENTY- FOURTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42,643.00 | $3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY-FOURTH INTERIM CERTIFICATION OF CAPSTONE HOLDING & MANZO, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

TWENTY-FOURTH INTERIM FEE APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Requested | | Fees | Expenses |
|---|---|---|---|---|---|
| | | Fees (100%) | Expenses (100%) | | |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |

4

TENTH MONTHLY APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 21.4 | $12,733.00 |
| S. Cunningham | $550 | 46.0 | $25,300.00 |
| C. Whitney | $425 | 38.5 | $16,362.50 |
| L. Hamilton | $375 | 97.2 | $36,450.00 |
| J. Schwendeman | $350 | 4.0 | $1,400.00 |
| M. DeSalvio | $190 | 2.3 | $437.00 |
| M. Hakoun | $165 | 3.5 | $577.50 |
| N. Backer | $ 75 | 14.6 | $1,095.00 |
| | | | |
| Grand Total: | | 227.5 | $94,355.00 |
| Blended Rate: | $415 | | |

## COMPENSATION BY PROJECT CATEGORY

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 118.9 | $52,511.00 |
| 3 | Corporate Finance | 13.7 | $5,728.50 |
| 4 | Data Analysis | 59.5 | $24,495.00 |
| 8 | Case Administration | 7.5 | $562.50 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 13.0 | $7,460.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 14.9 | $3,597.50 |
| | Total | 227.5 | $94,355.00 |

TWENTY-FIRST MONTHLY INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003)

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | |
| Facsimiles | $525.00 |
| Telecommunications | $10.00 |
| Postage, Express Delivery | $79.57 |
| Travel Expenses | $16.60 |
| Tolling Charges | $116.00 |
| | $21.87 |
| Total | |
| | $769.04 |

6

**Invoice**

## W.R. GRACE & CO. ET. AL.
### Summary of Fees by Professional
For the period March 1, 2003 through March 31, 2003

| | Total Hours | | Billing Rate | Amount |
|---|---|---|---|---|
| E. Ordway | | | | |
| S. Cunningham | 21.4 | $ | 595 | 12,733.00 |
| C. Whitney | 46.0 | $ | 550 | 25,300.00 |
| L. Hamilton | 38.5 | $ | 425 | 16,362.50 |
| J. Schwendeman | 97.2 | $ | 375 | 36,450.00 |
| M. DeSalvio | 4.0 | $ | 350 | 1,400.00 |
| M. Hakoun | 2.3 | $ | 190 | 437.00 |
| N. Backer | 3.5 | $ | 165 | 577.50 |
| TOTAL | 14.6 | $ | 75 | 1,095.00 |
| | 227.5 | | | $  94,355.00 |

**Invoice**

W.R. GRACE & CO. ET AL.
Summary of Hours by Category
For the period March 1, 2003 through March 31, 2003

| Rate | Fees Per Professional | Professional | Task Code | 2 Business Analysis | 3 Corporate Finance | 4 Data Analysis | 8 Case Administration | 9 Claims Analysis/Objections/Administration (asbestos) | 11 Creditors Committee | 12 Employee Benefits/Pension | 16 Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $595 | $ 12,733.00 | E. Ordway | | $ 5,533.50 | $ 178.50 | $ 2,915.50 | | | $ 4,105.50 | | | $ 12,733.00 |
| $550 | 25,300.00 | S Cunningham | | 14,245.00 | 1,650.00 | 5,610.00 | | | 3,355.00 | | 440.00 | 25,300.00 |
| $425 | 16,362.50 | C Whitney | | 11,432.50 | | 4,930.00 | | | | | | 16,362.50 |
| $375 | 36,450.00 | L. Hamilton | | 21,300.00 | 3,900.00 | 8,625.00 | | | | | 2,625.00 | 36,450.00 |
| $350 | 1,400.00 | J Schwendeman | | | | 1,400.00 | | | | | | 1,400.00 |
| $190 | 437.50 | M Desalvo | | | | 437.00 | | | | | | 437.00 |
| $165 | 577.50 | M Hakoun | | | | 577.50 | | | | | | 577.50 |
| $75 | 1,095.00 | N Backer | | | | | 562.50 | | | | 532.50 | 1,095.00 |
| | $ 94,355.00 | Totals | | $ 52,511.00 | $ 5,728.50 | $ 24,495.00 | $ 562.50 | | $ 7,460.50 | | $ 3,597.50 | $ 94,355.00 |

2 of 18

**Invoice**

W R GRACE & CO ET AL
Summary of Hours by Category
For the period March 1, 2003 through March 31, 2003

| Rate | Fees Per Professional | | | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 12,733.00 | | E. Ordway | 9.3 | 0.3 | 4.9 | | | 6.9 | | 0.0 | 21.4 |
| $ 550 | 25,300.00 | | S. Cunningham | 25.9 | 3.0 | 10.2 | | 0.0 | 6.1 | 0.0 | 0.8 | 46.0 |
| $ 425 | 16,362.50 | | C. Whitney | 26.9 | 0.0 | 11.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 38.5 |
| $ 375 | 36,450.00 | | L. Hamilton | 56.8 | 10.4 | 23.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 97.2 |
| $ 350 | 1,400.00 | | J. Schwendeman | 0.0 | 0.0 | 4.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.0 | 4.0 |
| $ 190 | 437.00 | | M. Desalvio | 0.0 | 0.0 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.3 |
| $ 165 | 577.50 | | M. Hakoun | 0.0 | 0.0 | 3.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.5 |
| $ 75 | 1,095.00 | | N. Backer | 0.0 | 0.0 | 0.0 | 7.5 | 0.0 | 0.0 | 0.0 | 7.1 | 14.6 |
| | $ 94,355.00 | | Totals | 118.9 | 13.7 | 59.5 | 7.5 | 0.0 | 13.0 | 0.0 | 14.9 | 227.5 |

Invoice

W R GRACE & CO LI AL.
Summary Descriptions of Tasks by Category *
For the period March 1, 2003 through March 31, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 118 9 | During the Fee Period we analyzed data and prepared a report to the Committee regarding the Debtors' 2003 Business Plan  Our analyses included division-level analyses, investigation of energy pricing impacts on results forecasted by the Debtors evaluation of the impact of pension costs included in the Plan, and industry and competitor issues |
| Corporate Finance | 3 | 13 7 | During the Fee Period we read and analyzed documents pertaining to proposed acquisition issues thereon for the Committee |
| Data Analysis | 4 | 59 5 | During the Fee Period we read and analyzed the Debtors revised DIP proposal and related suing analyses and prepared a report to proposed acquisition "MOB Squad" and prepared our report Committee thereon  We also read and analyzed the Debtors' annual 10k filing for 2002  We read a memorandum prepared by counsel regarding fraudulent conveyance settlements, and analyzed data concerning historical changes in domestic and foreign working capital relationships  We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation |
| Case Administration | 8 | 7 5 | During the Fee Period a paraprofessional prepared by counsel various court docket items to case team members for further review  In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items organized and distributed materials to the Committee |
| Claims Analysis (asbestos) | 9 | 0 0 | No activities were performed in this category during this period |
| Creditors Committee | 11 | 1 3 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the status of operations, 2002 performance, 2003 Business Plan, the Sealed Air settlement and pending motions |
| Employee Benefits/Pension | 12 | 0 0 | No activities were performed in this category during this period |
| Fee Applications, Applicant | 16 | 14 9 | During the Fee Period timekeeper Hamilton spent approximately 7 0 hours during this period Interim period, and  approximately 7 0 hours preparing a response to the fee auditor concerning the 7th hours reading and editing the response to the fee auditor for the 7th Interim period  Paraprofessionals and others spent approximately  8 7 1 hours assisting in preparation of the fee application |
| Total | | 227 5 | |

* These descriptions are not intended to be all-inclusive  Please see individual professional time summaries for complete descriptions.

Invoice

# W.R. GRACE & CO. ET.AL.
## Professional Services Rendered by Edwin N. Ordway, Jr.
### For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Mar | 2 | Prepared and edited report to the Committee regarding 2003 Business Plan including industry conditions. | 1.3 |
| 3-Mar | 2 | Analyzed DIP sizing requirements and significance of same to 2003 Business Plan data. | 0.4 |
| 5-Mar | 2 | Analyzed industry data regarding petroleum products and construction industry projections. | 1.1 |
| 5-Mar | 4 | Analyzed data concerning historical changes in domestic and foreign working capital relationships. | 1.4 |
| 6-Mar | 2 | Prepared section of report addressing adequacy of reserves for remediation activities. | 0.9 |
| 6-Mar | 2 | Prepared chart for inclusion in report to illustrate range of estimated remediation costs. | 0.9 |
| 7-Mar | 2 | Reviewed industry data regarding outlook for natural gas prices. | 0.4 |
| 7-Mar | 4 | Reviewed and modified underlying assumptions for our hypothetical recovery analysis based on new data from the Debtors' 2003 Business Plan. | 1.8 |
| 7-Mar | 11 | Called the chair to discuss status of our work and preliminary observations regarding the 2003 Business Plan. | 0.3 |
| 7-Mar | 11 | Called a Committee member to discuss the status of our work and preliminary findings regarding the 2003 Business Plan. | 0.2 |
| 10-Mar | 2 | Analyzed revenue trends for major product categories and developed bridge from 2002 to 2003. | 1.9 |
| 10-Mar | 2 | Prepared executive summary section of report on 2003 Business Plan. | 1.5 |
| 10-Mar | 2 | Prepared and edited report on 2003 Business Plan regarding operating expenses. | 0.4 |
| 12-Mar | 11 | Participated in Committee meeting discussion regarding Sealed Air settlement, case timeline and pending motions. | 1.1 |

| Date | | Description | Hours |
|---|---|---|---|
| 12-Mar | 11 | Participated in meeting with creditors committee and Debtors regarding status of operations, 2002 performance, 2003 Business Plan, and case issues. | 4.0 |
| 12-Mar | 11 | Participated in debriefing meeting with Creditors Committee to discuss Debtors' presentation. | 1.0 |
| 13-Mar | 4 | Read and analyzed presentation data received from the Debtors and prepared a list of items for further investigation by staff. | 0.9 |
| 17-Mar | 11 | Called the chair to discuss recent meeting and follow-up issues. | 0.3 |
| 19-Mar | 4 | Read and analyzed 10-K | 0.6 |
| 19-Mar | 3 | Read and analyzed data regarding proposed acquisition. | 0.3 |
| 25-Mar | 4 | Read memorandum prepared by counsel regarding fraudulent conveyance settlement issues. | 0.2 |
| 28-Mar | 2 | Read and analyzed data regarding a proposed acquisition and analyzed payback data. | 0.5 |
| **Total Hours** | | | 21.4 |

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Sean Cunningham
### For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Mar | 2 | Prepared and edited information included in report to Committee regarding the Debtors' 2003 Business Plan. | 3.4 |
| 3-Mar | 2 | Read and analyzed Debtors' 5-Year business plan regarding 2003 projections. | 1.6 |
| 4-Mar | 4 | Read and analyzed various analyst reports regarding the Specialty Chemical Industry. | 2.7 |
| 4-Mar | 4 | Prepared analysis of trends for peer group companies. | 2.8 |
| 5-Mar | 2 | Read and edited sections of 2003 Business Plan report to the Committee. | 2.4 |
| 5-Mar | 2 | Prepared sensitivity analysis regarding 2003 earnings and cash projections. | 2.1 |
| 6-Mar | 4 | Read and analyzed various articles regarding congressional hearings into asbestos and Libby, Montana issues. | 0.5 |
| 6-Mar | 4 | Read and analyzed various analyst reports regarding the Specialty Chemical Industry. | 0.9 |
| 6-Mar | 2 | Prepared various analyses related to Specialty Chemical Industry for inclusion in Business Plan report to the Committee. | 1.4 |
| 6-Mar | 2 | Prepared and edited sections of 2003 Business Plan report to the Committee. | 2.1 |
| 7-Mar | 2 | Prepared sensitivity analysis of the impact of changes in oil and natural gas prices on gross margin for Davison and GPC Divisions. | 1.6 |
| 7-Mar | 2 | Prepared and edited sections of 2003 Business Plan report to the Committee. | 1.5 |
| 7-Mar | 4 | Updated hypothetical recovery analysis. | 0.9 |
| 10-Mar | 2 | Prepared and edited sections of 2003 Business Plan report to the Committee. | 1.9 |

| Date | | Description | Hours |
|---|---|---|---|
| 10-Mar | 2 | Prepared various analyses related to Specialty Chemical Industry for inclusion in Business Plan report to the Committee. | 2.7 |
| 11-Mar | 2 | Prepared and edited sections of 2003 Business Plan report to the Committee | 2.8 |
| 11-Mar | 2 | Prepared various analyses related to Specialty Chemical Industry for inclusion in Business Plan report to the Committee. | 2.4 |
| 12-Mar | 11 | Participated in Committee meeting prior to and after Debtors' presentation of FY 2003 Plan to the Committee. | 2.1 |
| 12-Mar | 11 | Participated in Debtors' presentation to the Committee. | 4.0 |
| 19-Mar | 4 | Read and analyzed Debtors' 10K filing. | 2.4 |
| 20-Mar | 3 | Read and analyzed information pertaining to Debtors' "Mob Squad" acquisition. | 1.3 |
| 26-Mar | 16 | Read and edited response to fee auditor for the 7th interim period. | 0.8 |
| 26-Mar | 3 | Read and analyzed information pertaining to Debtors' "Mob Squad" acquisition. | 1.7 |

**Total Hours**

46.0

Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Mar | 2 | Continued to prepare division-level analyses for inclusion in the 2003 Business Plan report to the Committee. | 4.1 |
| 3-Mar | 4 | Read and edited report to Committee regarding revised DIP. | 1.7 |
| 4-Mar | 2 | Prepared sensitivity analyses for inclusion in the 2003 Business Plan report to the Committee. | 6.4 |
| 4-Mar | 2 | Prepared discussion of pension impacts for inclusion in the 2003 Business Plan report to the Committee. | 2.1 |
| 5-Mar | 2 | Prepared updates to schedules for inclusion in the 2003 Business Plan report to the Committee. | 7.2 |
| 6-Mar | 2 | Prepared commentary for inclusion in the 2003 Business Plan report to the Committee. | 9.5 |
| 7-Mar | 2 | Prepared analyses regarding energy pricing impacts for inclusion in the 2003 Business Plan report to the Committee. | 5.4 |
| 7-Mar | 4 | Read and analyzed recent court docket items. | 0.6 |
| 7-Mar | 16 | Prepared February fee application. | 1.1 |
| 10-Mar | 4 | Prepared documents for review at the March 12th Committee meeting. | 1.4 |
| 10-Mar | 2 | Continued to prepare schedules and commentary for inclusion in the 2003 Business Plan report to the Committee. | 5.7 |
| 10-Mar | 4 | Read and analyzed recent news articles regarding asbestos litigation. | 0.9 |
| 10-Mar | 4 | Read and analyzed recent court docket items. | 0.3 |
| 11-Mar | 2 | Updated schedules and commentary included in the 2003 Business Plan report to the Committee. | 8.5 |
| 12-Mar | 2 | Updated 2003 Business Plan report for edits and prepared distribution to the Committee. | 7.9 |
| 14-Mar | 4 | Read and analyzed recent court docket items. | 1.2 |

| Date | | Description | Hours |
|---|---|---|---|
| 14-Mar | 4 | Read and analyzed Debtors' latest 10K filing. | 1.4 |
| 17-Mar | 4 | Continued to read and analyze Debtors' latest 10K filing. | 1.0 |
| 17-Mar | 4 | Read and analyzed recent asbestos litigation news reports. | 1.6 |
| 18-Mar | 4 | Continued to read and analyze Debtors' latest 10K filing. | 4.1 |
| 18-Mar | 4 | Continued to read and analyze recent asbestos litigation news reports. | 1.7 |
| 21-Mar | 16 | Continued to prepare February fee application. | 0.9 |
| 25-Mar | 3 | Read and analyzed information provided by Debtors regarding pending acquisition "Mod Squad." | 3.8 |
| 25-Mar | 16 | Prepared response to fee auditor regarding 7th interim period. | 3.1 |
| 26-Mar | 4 | Continued to read and analyze recent asbestos litigation news reports. | 3.9 |
| 26-Mar | 3 | Prepared information request regarding pending acquisition. | 2.2 |
| 27-Mar | 16 | Updated response to fee auditor regarding 7th interim period. | 0.4 |
| 27-Mar | 16 | Continued to prepare February fee application. | 0.7 |
| 27-Mar | 4 | Continued to read and analyze recent asbestos litigation news reports. | 3.2 |
| 31-Mar | 16 | Continued to prepare February fee application. | 0.8 |
| 31-Mar | 3 | Read and analyzed Debtors' financial model regarding pending | 4.4 |
| **Total Hours** | | | 97.2 |

Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Christina Whitney
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 3-Mar | 2 | Summarized the Debtors' three-year performance trend compared to that of its peers. | 4.5 |
| 4-Mar | 2 | Drafted commentary and observations on the Debtors' performance trend compared to that of its peers for inclusion in the report to the Committee on the Debtors' 2003 operating plan. | 9.2 |
| 5-Mar | 2 | Prepared analysis and schedules pertaining to the Debtors' 2003 projected cash flows. | 4.3 |
| 5-Mar | 2 | Drafted commentary and observations on the Debtors' 2003 projected cash flows for inclusion in the report to the Committee on the Debtors' 2003 operating plan. | 4.7 |
| 6-Mar | 4 | Updated the hypothetical recovery analysis to reflect final 2002 performance and the three-year cash flow projections. | 8.9 |
| 7-Mar | 4 | Finalized changes to the hypothetical recovery analysis. | 2.7 |
| 7-Mar | 2 | Edited the report to the Committee on the Debtors' 2003 operating plan and updated the report to reflect reviewer comments. | 4.2 |
| **Total Hours** | | | 38.5 |

Invoice

## W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Mar | 4 | Analyzed unused commitment fees associated with recent loan facilities in the marketplace regarding Amendment to Company's DIP facility. | 0.8 |
| 12-Mar | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos-related industry. | 1.9 |
| 31-Mar | 4 | Performed analysis of recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors | 1.3 |
| | | **Total Hours** | 4.0 |

12 of 18

Invoice

## W.R. GRACE & CO. ET AL.
Professional Services Rendered by Moira DeSalvio
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 7-Mar | 4 | Performed search for analysts' reports form Goldman Sachs, Merrill Lynch, and other industry related documents on Chemical and Specialty Chemical industries. | 1.0 |
| 12-Mar | 4 | Obtained and analyzed court filing document. | 0.5 |
| 25-Mar | 4 | Searched websites of investment banking research firms for statistics on the Building Materials industry. | 0.8 |
| | | **Total Hours** | 2.3 |

Invoice

## W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Mar | 4 | Located various sources of macro economic statistics and updated analysis for current and forecast economic statistics. | 1.3 |
| 7-Mar | 4 | Analyzed debt capacity and leverage ratios for peer group companies. | 1.7 |
| 31-Mar | 4 | Gathered recent analysts' reports on peer group companies. | 0.5 |
| | | | 3.5 |

Invoice

## W.R.GRACE & CO. ET AL.

### Professional Services Rendered by Nancy Backer (Paraprofessional)

### For the period March 1, 2003 through March 31, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 6-Mar | 16 | Processed professional fee application for February. | 0.9 |
| 7-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 7-Mar | 8 | Downloaded from Bankruptcy court website, specific motions pertaining to case as requested by team member. | 0.2 |
| 10-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 10-Mar | 8 | Prepared distribution of Debtors' monthly report to the Committee. | 1.0 |
| 10-Mar | 16 | Processed professional fee application for February. | 0.9 |
| 10-Mar | 8 | Prepared binder of materials related to upcoming court hearing for E. Ordway. | 0.4 |
| 11-Mar | 8 | Copied and bound 2003 Business Plan report for distribution to the Committee. | 1.4 |
| 12-Mar | 8 | Retrieved files for copying for case team member. | 0.3 |
| 12-Mar | 8 | Filed documents received by team into case database. | 0.2 |
| 12-Mar | 8 | Continued to copy and bind 2003 Business Plan report for distribution to the Committee. | 0.6 |
| 14-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 19-Mar | 16 | Processed professional fee application for February. | 1.0 |
| 24-Mar | 16 | Processed professional fee application for February. | 2.1 |
| 25-Mar | 16 | Processed professional fee application for February. | 0.7 |
| 26-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 27-Mar | 16 | Processed professional fee application for February. | 1.1 |

| 27-Mar | | Filed documents received by team into case database. | 1.6 |
| 27-Mar | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 28-Mar | 16 | Proofread and edited professional fee application for February. | 0.4 |
| 31-Mar | 8 | Filed documents received by team into case database. | 0.6 |
| | | **Total Hours** | 14.6 |

Invoice

## W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period March 1, 2003 through March 31, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 525.00 |
| External | | |
| Telecommunications: | | |
| Telephone | | 79.57 |
| Toll Charges | | 21.87 |
| Facsimile | | 10.00 |
| Postage, Federal Express, Airborne | | 16.60 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | 116.00 |
| Meals | | - |
| | | |
| Total Expenses | $ | 769.04 |

Invoice

# W.R. GRACE & CO. ET. AL.
## Detail of Expenses by Type of Expense
### For the period March 1, 2003 through March 31, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 3,500 | pages @ $0.15/page: | $ | 525.00 |
| Facsimile Charges: | 10 | pages @ $1.00/page: | | 10.00 |
| Telephone Charges: | | | | 79.57 |
| Toll Charges: | | Subscriptions and Online research fees | | 21.87 |
| Postage, Federal Express: | 19-Mar | Airborne | | 11.34 |
| | 19-Mar | Airborne | | 5.26 |
| Transportation, lodging, tolls, parking and mileage: | | | | . |
| | 23-Mar | S. Cunningham | Mileage | 24.00 |
| | 23-Mar | S. Cunningham | Parking | 65.00 |
| | 31-Mar | E. Ordway | Parking | 27.00 |
| Meals: | | | | . |
| Total | | | $ | 769.04 |