**EXHIBIT B-1**

## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                              January 1, 2003 - January 31, 2003

Inv #:                6932

**Attention:**

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 6.30 | 1,162.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.20 | 405.00 |
| B18 | Fee Applications, Others | 2.30 | 397.00 |
| B25 | Fee Applications, Applicant - | 6.40 | 944.00 |
| B32 | Litigation and Litigation Consulting - | 3.80 | 536.00 |
| B37 | Hearings - | 1.30 | 260.00 |
| | **Total** | **22.30** | **$3,704.00** |
| | **Grand Total** | **22.30** | **$3,704.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 130.00 | 10.80 | 1,404.00 |
| Rick S. Miller | 200.00 | 1.00 | 200.00 |
| Theodore J. Tacconelli | 200.00 | 10.50 | 2,100.00 |
| **Total** | | **22.30** | **$3,704.00** |

## DISBURSEMENT SUMMARY

| CA | Expense - | 897.83 |
|---|---|---:|
| | **Total Disbursements** | **$897.83** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-01-03 | *Case Administration* - Review pleading re: PWC October 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PWC November 2002 fee application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZYJ October 2002 Fee Application | 0.10 | TJT |
| Jan-02-03 | *Case Administration* - Download and review Order re: Granting Fees of W. Dreier | 0.10 | TJT |
| | *Case Administration* - Download and review Order Granting Fees of J. Keefe | 0.10 | TJT |
| | *Case Administration* - Download and review Order Granting Fees to C. Hamlin | 0.10 | TJT |
| Jan-06-03 | *Case Administration* - Review prior Fee Applications to match Debtor payment and ensure accuracy | 1.00 | LLC |
| | *Case Administration* - Review pleading re: substitution of counsel and revise service list | 0.30 | LLC |
| | *Case Administration* - Review pleading, re: L. Tersigni November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Objection of Crosible Filtration to Transfer of Claim | 0.10 | TJT |
| Jan-08-03 | *Case Administration* - Review e-mail from L. Ferdinand re: 6th Interim spreadsheets | 0.10 | LLC |
| Jan-09-03 | *Case Administration* - Review 2nd Fee Application of Budd Larner March 2002 - August 2002 | 0.10 | TJT |
| | *Case Administration* - Prepare letter to J. Sakalo, re: 2nd Fee Application of Budd Larner | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Campbell Levine November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Pitney Hardin Special Fee Application, re: GNCC Matter | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: William Smith & Associates 6th Quarterly Fee Application July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Legal Analysis Systems November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Caplin Drysdale November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to J. Sakalo, re: 11/25/02 hearing transcript | 0.10 | TJT |
| Jan-12-03 | *Case Administration* - Review pleading, re: Objection to Transfer of Claim, re: Plauche Smith | 0.10 | TJT |
| Jan-13-03 | *Case Administration* - Review letter from J. Sakalo to Committee, re: CD Rom of pleadings | 0.10 | TJT |
| Jan-15-03 | *Case Administration* - Review pleading, re: Kasner Edwards November 2002 fee application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Wallace King November 2002 fee application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Carella Burne November 2002 Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review pleading, re: Pitney Hardin November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: K&E fradulent transfer November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: K&E November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading, re: Kramer Levin November 2002 Fee Application | 0.10 | TJT |
| Jan-19-03 | *Case Administration* - Review debtors monthly operating reports for November 2002 | 0.10 | TJT |
| Jan-20-03 | *Case Administration* - Review pleading, re: Debtors 4th Motion to Extend Exclusivity | 0.10 | TJT |
| Jan-21-03 | *Case Administration* - Review fee auditors final report, re: PD Committee's Reimbursement Request for September 2002 | 0.10 | TJT |
| Jan-22-03 | *Case Administration* - Review pleading re: FTI Policano November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZY&J FT July 2002 - November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PSZY&J November 2002 Fee Application | 0.10 | TJT |
| Jan-27-03 | *Case Administration* - Review pleading re: Debtors Payment of Amounts Paid to Ordinary Course Professionals | 0.10 | TJT |
| | *Case Administration* - Review pleadings re: Debtors 4th Motion to Extend Time to Remove Actions | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick November 2002 fee application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Motion to Contribute to Curtis Bay Pension Trust | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooney December 200 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Warren Smith and Associates December 2002 Fee Application | 0.10 | TJT |
| Jan-28-03 | *Case Administration* - Review fee auditors final report re: Caplin Drysdale 6th Interim Period Fee Application | 0.20 | TJT |
| Jan-30-03 | *Case Administration* - Review Order re: Supplemental case management | 0.10 | RSM |
| | *Case Administration* - E-mail order re: supplemental case management to co-counsel | 0.10 | RSM |
| | *Case Administration* - Review pleading re: Caplin Drysdale December 2002 Fraudulent Transfer Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Caplin Drysdale December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine December 2002 Fee Application | 0.10 | TJT |
| Jan-31-03 | *Case Administration* - Review pleading re: Debtors 6th Quarterly Report of Asset Sales | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors 6th Quarterly Report of Settlements | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Jan-02-03 | *Committee, Creditors', Noteholders' or* - Prepare e-mail to J. Sakalo re: Weekly telephone conference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re: Weekly telephone conference with committee canceled | 0.10 | TJT |
| Jan-09-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphal, re: Weekly telephone conference with committee canceled | 0.10 | TJT |
| Jan-16-03 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | LLC |
| Jan-23-03 | *Committee, Creditors', Noteholders' or* - Telephone conference with Committee | 0.40 | TJT |
| Jan-30-03 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | RSM |
| | *Committee, Creditors', Noteholders' or* - Telephone conference with committee | 0.50 | TJT |
| Jan-02-03 | *Fee Applications, Others* - Review CNO, re: HRAs 8th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket, re: CNO, re: HRAs 8th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review CNO, re: Bilzin Sumberg 16th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Review docket, re: CNO, re: Bilzin Sumberg 16th Interim Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - File CNO, re: HRAs 8th Interim Fee Application | 0.20 | TJT |
| | *Fee Applications, Others* - File CNO, re: Bilzin Sumberg 16th Interim Fee Application | 0.20 | TJT |
| Jan-10-03 | *Fee Applications, Others* - Finalize Bilzin 17th Fee Application for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg November 2002 Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - E-file and serve Bilzin 17th Fee Application | 0.40 | TJT |
| Jan-21-03 | *Fee Applications, Others* - Telephone conference with J. Sakalo, re: expanded retention of D. Hilton | 0.10 | TJT |
| Jan-31-03 | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3228 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3228 | 0.40 | LLC |
| Jan-02-03 | *Litigation and Litigation Consulting* - Review transcript of 11/25/02 hearing, re: ZAI issues | 0.20 | TJT |
| Jan-29-03 | *Litigation and Litigation Consulting* - Call to clerk's office re: Fed. Mogul hearing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Review Fed. Mogul notice of agenda; discussion with T. Tacconelli re: issues common with Grace | 0.40 | LLC |
| | *Litigation and Litigation Consulting* - Attend Fed. Mogul hearing re: issues common with Grace | 2.50 | LLC |
| | *Litigation and Litigation Consulting* - E-mail to J. Sakalo re: Fed. Mogul hearing re: issues common with Grace | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Federal Mogul 1/29/03 hearing re: issues common with Grace | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Federal Mogul 1/29/03 hearing re: issues common with Grace | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Review correspondence re: e-mail from J. Sakalo re: Federal Mogul 1/29/03 hearing re: issues common with Grace | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Confer with L. Coggins re: | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Attendance at Federal Mogul 1/29/03 hearing re: issues common with Grace | | |
| Jan-17-03 | *Hearings* - Review agenda for 1/27/03 hearing | 0.10 | TJT |
| Jan-24-03 | *Hearings* - Review e-mail from J. Sakalo re: 1/27/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re: 1/27/03 hearing | 0.10 | TJT |
| Jan-27-03 | *Hearings* - Attend Bankruptcy Court | 1.00 | TJT |
| Jan-06-03 | *Fee Applications, Applicant* - Review time entries for October 2002 | 0.20 | LLC |
| Jan-07-03 | *Fee Applications, Applicant* - Review time details for October 2002 Fee Application for Ferry, Joseph & Pearce | 0.20 | RSM |
| | *Fee Applications, Applicant* - Review time records for Ferry, Joseph & Pearce November 2002 Fee Application | 0.10 | RSM |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce October Fee Details | 0.30 | TJT |
| Jan-08-03 | *Fee Applications, Applicant* - Review time entries for November 2002 | 0.20 | LLC |
| | *Fee Applications, Applicant* - Prepare 6th Interim project spreadsheet and send to L. Ferdinand | 0.40 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce November 2002 Fee Details | 0.30 | TJT |
| Jan-09-03 | *Fee Applications, Applicant* - Prepare 18th Monthly Fee Application | 0.70 | LLC |
| Jan-10-03 | *Fee Applications, Applicant* - Review FJ&P October 2002 Fee application | 0.10 | TJT |
| | *Fee Applications, Applicant* - E-file and serve FJ&P 18th Fee Application | 0.40 | TJT |
| Jan-13-03 | *Fee Applications, Applicant* - Prepare fee detail to 19th Fee Application | 0.70 | LLC |
| Jan-14-03 | *Fee Applications, Applicant* - Prepare 19th Fee Application and Certificate of Service | 0.50 | LLC |
| | *Fee Applications, Applicant* - Finalize and e-file 19th Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce November 2002 Fee Application | 0.10 | TJT |
| Jan-15-03 | *Fee Applications, Applicant* - Review fee auditor's initial report re: 6th interim fee request | 0.10 | LLC |
| Jan-31-03 | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 3229 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review docket re: objections to docket nos. 3228 & 3229 | 0.20 | LLC |
| | *Fee Applications, Applicant* - Finalize and e-file Certificate of No Objection re: docket no. 3229 | 0.40 | LLC |
| | *Fee Applications, Applicant* - Review e-mail from S. Bossay re: response to fee auditor | 0.10 | LLC |
| | *Fee Applications, Applicant* - Discuss fee auditor report to 6th interim Fee Application request with TJT | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review expense records re: fee auditor report | 0.20 | LLC |
| | *Fee Applications, Applicant* - Draft and e-mail response to fee auditors report | 0.30 | LLC |
| | *Fee Applications, Applicant* - Confer with L. Coggins re: Response to Fee Auditors Initial Report re: Ferry, Joseph & Pearce Interim Quarterly Fee Application | 0.10 | TJT |
| | Totals | 22.30 | |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| Jan-01-03 | *Expense* - Copying cost | 30.75 |
| Jan-02-03 | *Expense* - Copying cost | 12.60 |
| | *Expense* - Postage | 3.25 |
| Jan-06-03 | *Expense* - Writer's Cramp Inc. | 104.00 |
| | *Expense* - Copying cost | 2.25 |
| Jan-08-03 | *Expense* - Federal Express | 13.57 |
| Jan-10-03 | *Expense* - Fax | 8.00 |
| | *Expense* - Copying cost | 41.10 |
| | *Expense* - Postage | 6.82 |
| Jan-12-03 | *Expense* - Copying cost | 1.35 |
| Jan-14-03 | *Expense* - Copying cost | 12.90 |
| | *Expense* - Postage | 2.81 |
| Jan-15-03 | *Expense* - Copying cost | 41.55 |
| Jan-16-03 | *Expense* - Parcel's, Inc. | 224.75 |
| Jan-20-03 | *Expense* - Federal Express | 12.26 |
| | *Expense* - Parcel's, Inc. | 80.00 |
| | *Expense* - Parcel's, Inc. | 225.30 |
| Jan-22-03 | *Expense* - Copying cost | 19.20 |
| Jan-27-03 | *Expense* - PACER Service Center | 17.08 |
| | *Expense* - Copying cost | 6.30 |
| Jan-30-03 | *Expense* - Copying cost | 11.85 |
| | *Expense* - Copying cost | 13.50 |
| | *Expense* - Postage | 6.64 |
| | Totals | $897.83 |

**Total Fees & Disbursements**   $4,601.83