**EXHIBIT B-3**

# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:  (302) 575-1555   Fax:   (302) 575-1714

WR Grace PD Committee                             March 1, 2003 - March 31, 2003

Inv #:          7724

**Attention:**

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 5.80 | 1,146.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.80 | 325.00 |
| B18 | Fee Applications, Others | 8.30 | 1,093.00 |
| B25 | Fee Applications, Applicant - | 7.70 | 1,064.00 |
| B32 | Litigation and Litigation Consulting - | 1.00 | 200.00 |
| B37 | Hearings - | 0.20 | 40.00 |
| B40 | Employment Applications, Others - | 4.20 | 651.00 |
| | **Total** | **29.00** | **$4,519.00** |
| | **Grand Total** | **29.00** | **$4,519.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 130.00 | 18.30 | 2,379.00 |
| Rick S. Miller | 200.00 | 0.70 | 140.00 |
| Theodore J. Tacconelli | 200.00 | 10.00 | 2,000.00 |
| **Total** | | **29.00** | **$4,519.00** |

## DISBURSEMENT SUMMARY

| CA | Expenses - | | 1,599.16 |
|---|---|---|---:|
| | **Total Disbursements** | | **$1,599.16** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-01-03 | *Case Administration* - Review pleading re: Notice of Supplement to Motion to Amend DIP Financing | 0.30 | TJT |
| Mar-03-03 | *Case Administration* - Review pleading re: Caplin Drysdale January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersigni January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine January 2003 Fee Application | 0.10 | TJT |
| Mar-05-03 | *Case Administration* - Review pleading re: Steptoe & Johnson October 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe & Johnson November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe & Johnson December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne January 2003 Fee Application | 0.10 | TJT |
| Mar-10-03 | *Case Administration* - Review Notice of Agenda for 3/17/03 hearing | 0.10 | LLC |
| Mar-12-03 | *Case Administration* - Review pleading re: Motion of DK Acquisition Partners to Permit Trading in Bank Debt | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Lukens & Annis Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richards Patrick Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Elzufon Austin Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: K&E Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Supplemental Affidavit of J. Sprayregan | 0.10 | TJT |
| Mar-13-03 | *Case Administration* - Review Debtors' certificate of counsel re: 6th interim fee applications | 0.10 | LLC |
| | *Case Administration* - Review pleading re; e-mail from W. Smith re: change of address of Warren Smith and Associates | 0.10 | TJT |
| | *Case Administration* - Review pleading re: location of counsel re: Sixth Quarterly Project Case Summary re; Professional Fees | 0.10 | TJT |
| Mar-18-03 | *Case Administration* - Review Monthly Operating Report for January 2003 | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. April 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. May 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. June 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. Quarterly Fee Application re: April - June 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. July 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. August 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | September 2002 Fee Application | | |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. Quarterly Fee Application re: July - September 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. October 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Bankruptcy Management Corp. Quarterly Fee Application re: October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Woodcock & Washburn January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Holme Roberts January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith December 2002 Fee Application | 0.10 | TJT |
| Mar-20-03 | *Case Administration* - Review letter from D. Siegel to Judge Fitzgerald re: Financial Updates | 0.10 | TJT |
| Mar-24-03 | *Case Administration* - Review pleading re: Pitney Hardin January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Pachulski Stang Ziehl Young & Jones January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Casner Edwards January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano Quarterly Fee Application for October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Third Interim Reimbursement Request of PI Committee | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: FTI Policano January 2003 Fee Application | 0.10 | TJT |
| Mar-25-03 | *Case Administration* - Review Pleading re: Carella Byrne February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Pleading re: W. Smith & Associates February 2003 Fee Application | 0.10 | TJT |
| Mar-28-03 | *Case Administration* - Review pleading re: Stroock Stroock January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock Stroock Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooney February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Steptoe Johnson quarterly fee application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Holmes Roberts February 2003 Fee Application | 0.10 | TJT |
| Mar-29-03 | *Case Administration* - Review pleading re: Certificate of Counsel re: PBGC Consolidated Proofs of Claim | 0.10 | TJT |
| | *Case Administration* - Review pleaing re: Affidavit of Larry Farmer in | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | support of Price Waterhouse Coopers Fee Application | | |
| | *Case Administration* - Review pleading re: Debtors Motion to Extend Time to Assume or Reject Unexpired Real Property Leases | 0.10 | TJT |
| Mar-31-03 | *Case Administration* - Review pleading re: Duane Morris Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| Mar-06-03 | *Committee, Creditors', Noteholders' or* -Telephone conference with committee | 0.50 | TJT |
| Mar-10-03 | *Committee, Creditors', Noteholders' or* - Review agenda for 3/17/03 hearing | 0.10 | TJT |
| Mar-11-03 | *Committee, Creditors', Noteholders' or* -Review Amended Agenda for 3/17/03 hearing | 0.10 | TJT |
| Mar-13-03 | *Committee, Creditors', Noteholders' or* -Telephone conference with Committee | 0.30 | TJT |
| Mar-20-03 | *Committee, Creditors', Noteholders' or* - Attend Committee teleconference | 0.50 | LLC |
| Mar-27-03 | *Committee, Creditors', Noteholders' or* -Telephone conference with committee | 0.30 | TJT |
| Mar-06-03 | *Fee Applications, Others* - Review docket re: objections to docket nos. 3387, 3388, and 3389 | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3388 | 0.40 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3389 | 0.40 | LLC |
| | *Fee Applications, Others*- Finalize, e-file and serve Certificate of No Objection re: docket no. 3387 | 0.40 | LLC |
| Mar-07-03 | *Fee Applications, Others* - E-mail to Debtors re: Certificate of No Objection's filed | 0.10 | LLC |
| Mar-19-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve 19th Bilzin Fee Application | 0.60 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Call to S. Jones re: CDG Fee Applications | 0.20 | LLC |
| | *Fee Applications, Others* - E-mail to S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review prior CDG Fee Applications and e-mail S. Jones re: same | 0.20 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sumberg January 2003 fee application prior to filing | 0.10 | TJT |
| Mar-20-03 | *Fee Applications, Others* - Review e-mail from S. Jones re: revised CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Call to S. Jones re: revised CDG Fee Applications | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare 5th CDG Fee Application for e-filing | 0.40 | LLC |
| Mar-21-03 | *Fee Applications, Others* - Review e-mail from L. Flores re: 7th Quarterly Bilzin Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Revise and finalize Bilzin 7th quarterly Fee Application and prepare Certificate of Service | 1.00 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 7th quarterly Fee Application | 0.80 | LLC |
| | *Fee Applications, Others* - Prepare Notice and Certificate of Service for CDG 5th Fee Application | 0.40 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - E-mail to S. Jones re: finalized Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 5th Fee Application | 0.50 | LLC |
| | *Fee Applications, Others* - Review e-mail from L. Flores re: Bilzin Sumerg Seventh Quarterly Fee Application | 0.10 | TJT |
| Mar-25-03 | *Fee Applications, Others* - Finalize HR&A 3rd interim fee request for e-filing | 0.60 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: HR&A 2nd interim fee request for e-filing | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve HR&A 3rd interim fee request | 0.50 | LLC |
| Mar-26-03 | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Bossay re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to S. Bossay re: CDG Fee Applications | 0.10 | LLC |
| Mar-04-03 | *Employment Applications, Others* - Finalize Supplemental Hilton retention application for e-filing | 0.50 | LLC |
| | *Employment Applications, Others* - Prepare form of order re: Supplemental Hilton application and finalize for e-filing | 0.60 | LLC |
| | *Employment Applications, Others* - Prepare Certificate of Service re: Supplemental Hilton retention application and finalize for e-filing | 0.20 | LLC |
| | *Employment Applications, Others* - Prepare Notice of Supplemental Hilton retention application and finalize for e-filing | 0.20 | LLC |
| | *Employment Applications, Others* - E-file Supplemental Hilton Fee Application | 0.40 | LLC |
| | *Employment Applications, Others* - Review e-mail from J. Sakalo re: Supplemental Application re: D. Hilton | 0.10 | TJT |
| | *Employment Applications, Others* - Review Supplemental Affidavit re: D. Hilton | 0.20 | TJT |
| | *Employment Applications, Others* - Confer with L. Coggins re: Supplemental Affidavit re: D. Hilton | 0.10 | TJT |
| | *Employment Applications, Others* - Prepare e-mail to J. Sakalo re: Order Approving Supplemental Retention Application of D. Hilton | 0.10 | TJT |
| | *Employment Applications, Others* - Review e-mail from J. Sakalo re: order Approving Supplemental Retention Application of D. Hilton | 0.10 | TJT |
| | *Employment Applications, Others* - Review and revise Supplemental Affidavit to retain D. Hilton | 0.30 | TJT |
| | *Employment Applications, Others* - Review and revise Notice of Application re: Supplemental Application to retain D. Hilton | 0.10 | TJT |
| | *Employment Applications, Others* - Review and revise Order re: Supplemental Application to retain D. Hilton | 0.40 | TJT |
| | *Employment Applications, Others* - Confer with L. Coggins re: Service and filing of Supplemental Application to retain D. Hilton | 0.10 | TJT |
| Mar-25-03 | *Employment Applications, Others* - Prepare Certificate of No Objection re: docket no. 3450 and Certificate of Service | 0.20 | LLC |
| | *Employment Applications, Others* - Review docket re: objections to no. 3450 | 0.10 | LLC |
| | *Employment Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3450 | 0.40 | LLC |
| Mar-26-03 | *Employment Applications, Others* - Review e-mail from J. Sakalo re: Hilton Supp. Application | 0.10 | LLC |
| Mar-06-03 | *Litigation and Litigation Consulting* - Attend committee teleconference | 0.50 | RSM |
| Mar-12-03 | *Litigation and Litigation Consulting* - Review time records for January 2003 Fee Application of FJ&P | 0.10 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-21-03 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: Recent Supreme Court Decision re: PI Claims | 0.10 | TJT |
| Mar-27-03 | *Litigation and Litigation Consulting* - Confer with TJT re: result of Committee teleconference | 0.10 | RSM |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: DK Acquisition Motion | 0.10 | TJT |
| Mar-28-03 | *Litigation and Litigation Consulting* - Review e-mail from J. Sakalo re: DK Acquisitions Motion | 0.10 | TJT |
| Mar-14-03 | *Hearings* -Review Amended Notice of Agenda for 3/17/03 hearing | 0.10 | TJT |
| | *Hearings* -Prepare e-mail to J. Sakalo re: 3/17/03 hearing | 0.10 | TJT |
| Mar-03-03 | *Fee Applications, Applicant* -Review e-mail from L. Coggins re: Spreadsheet for Sixth Interim Period Quarterly Fee Applications | 0.10 | TJT |
| Mar-04-03 | *Fee Applications, Applicant* - Review docket re: objections to no. 3361 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 3361 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Applicant* - E-file Certificate of No Objection re: docket no. 3361 | 0.30 | LLC |
| | *Fee Applications, Applicant* - Draft 7th interim fee request | 0.50 | LLC |
| Mar-05-03 | *Fee Applications, Applicant* -Prepare letter to J. Sakalo re: Supplemental Retention Application for D. Hilton | 0.10 | TJT |
| Mar-06-03 | *Fee Applications, Applicant* - Draft 7th interim fee request and exhibits | 2.30 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve 7th interim fee request | 0.60 | LLC |
| Mar-07-03 | *Fee Applications, Applicant* - Review e-mail from L. Ferdinand re: revised spreadsheet | 0.10 | LLC |
| | *Fee Applications, Applicant* - Prepare 21st monthly Fee Application | 0.30 | LLC |
| Mar-08-03 | *Fee Applications, Applicant* -Review FJ&P January 2003 Time Details | 0.30 | TJT |
| Mar-10-03 | *Fee Applications, Applicant* - Review e-mail from L. Ferdinand re: omnibus Fee Application order | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review January 2003 time entries | 0.10 | LLC |
| Mar-12-03 | *Fee Applications, Applicant* - Prepare fee detail for 21st monthly Fee Application | 0.80 | LLC |
| Mar-13-03 | *Fee Applications, Applicant* - Revise and complete 21st monthly Fee Application | 0.30 | LLC |
| Mar-14-03 | *Fee Applications, Applicant* -Review FJ&P January 2003 Fee Application | 0.20 | TJT |
| Mar-25-03 | *Fee Applications, Applicant* - Review Fee Auditors Initial Report re: FJ&P Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| Mar-27-03 | *Fee Applications, Applicant* - Revise and finalize Certificate of No Objection re: docket no. 3485 | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review docket re: objections to docket no. 3485 | 0.10 | LLC |
| | *Fee Applications, Applicant* - E-file and serve Certificate of No Objection re: docket no. 3485 | 0.40 | LLC |
| | *Fee Applications, Applicant* - Prepare spreadsheet for 7th interim fee period; e-mail same to L. Ferdinand | 0.30 | LLC |
| Mar-28-03 | *Fee Applications, Applicant* - Review Fee Auditors Quarterly Fee Application | 0.10 | TJT |
| | Totals | 29.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Mar-03-03 | *Expenses* - Copying cost | 6.75 |
| Mar-04-03 | *Expenses* - Copying cost | 93.15 |
| | *Expenses* - Postage | 11.39 |
| | *Expenses* - Copying cost | 18.00 |
| Mar-06-03 | *Expenses* - Copying cost | 72.00 |
| | *Expenses* - Postage | 14.50 |
| Mar-12-03 | *Expenses* - TriState Courier & Carriage | 5.00 |
| Mar-14-03 | *Expenses* - Parcel's, Inc. | 145.00 |
| | *Expenses* - Parcel's, Inc. | 235.55 |
| | *Expenses* - Copying cost | 10.65 |
| | *Expenses* - Postage | 2.58 |
| Mar-18-03 | *Expenses* - Copying cost | 59.25 |
| Mar-19-03 | *Expenses* - Copying cost | 15.75 |
| | *Expenses* - Postage | 3.27 |
| Mar-21-03 | *Expenses* - Copying cost | 53.17 |
| | *Expenses* - Postage | 7.93 |
| Mar-24-03 | *Expenses* - Reliable Copy Service - copies | 588.22 |
| | *Expenses* - TriState Courier & Carriage - delivery charge | 6.50 |
| | *Expenses* - TriState Courier & Carriage - delivery charge | 71.50 |
| | *Expenses* - Copying cost | 56.25 |
| Mar-25-03 | *Expenses* - Copying cost | 10.20 |
| Mar-27-03 | *Expenses* - Copying Cost | 9.15 |
| | *Expenses* - Copying cost | 10.50 |
| | *Expenses* - Postage | 4.80 |
| Mar-28-03 | *Expenses* - Parcel's, Inc. | 65.00 |
| | *Expenses* - Copying cost | 7.20 |
| Mar-31-03 | *Expenses* - Copying cost | 15.90 |
| | Totals | $1,599.16 |

**Total Fees & Disbursements**         $6,118.16