Case 01-01139-AMC    Doc 3812    Filed 05/20/03    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------------------X
In re:                                                          |
                                                                | Chapter 11
 W.R. GRACE & CO.-CONN.                                          |
                                                                | Case No. 01-01140
                                                                |
                        Debtors.                                |
----------------------------------------------------------------X


### NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)

> LONGACRE MASTER FUND, LTD.
> Transferor: Fred Woods Production
> 810 Seventh Avenue, 22nd Floor
> New York, NY  10019
> Attn:  Vladimir Jelisavcic

A transfer in the amount of $11,907.84 from:

> Fred Woods Production
> 304 Pleasant Street
> Watertown, MA 02172
> Attn: Fred Woods


is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.

Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.


                                                    Intake Clerk
-----------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, post prepaid on _____, 2003.
Copy:  Debtor's Attorney_____


                                      _____
                                      Deputy Clerk

**THE LONGACRE FUNDS**

## LONGACRE

810 Seventh Avenue, 22nd Floor
New York, New York 10019
Tel:  212-259-4350
Fax: 212-259-4345
www.longacrellc.com

### TRADE CONFIRMATION

*To:*     *Fred Woods Production*
         *304 Pleasant St*
         *Watertown, MA 02172*
         *Attn:   Fred Woods*
         *Tel:    617-924-2798*
         *Fax:    617-926-1714*

*From:  Longacre Management, LLC*
       *810 Seventh Avenue, 22nd Floor*
       *New York, NY 10019*
       *Attn:   Steven S. Weissman*
       *Tel:    212-259-4350*
       *Fax:    212-259-4345*

We are pleased to confirm the following transaction subject to the terms and conditions of the Assignment of Claim agreement which are incorporated herein by reference:

**Trade Date:**          4/14/2003

**Seller:**              Fred Woods Production

**Buyer:**               Longacre Master Fund, Ltd.

**Debtor:**              W.R. Grace & CO.-CONN., Case No. 01-01140, Debtor-in-Possession

**Type of Instrument:**  Claim subject to Debtor's Chapter 11 Proceeding

**Claim Amount:**        $11,907.84

**Purchase Rate:**       [deleted]%

**Consideration:**       $[deleted] (Claim Amount x Purchase Rate, subject to verification)

**Holdback Rate:**       None

**Disclosure:**    Seller agrees not to disclose or communicate the terms of this agreement or information concerning the Claim to any other creditors of Debtor or prospective purchasers of the Claim.

**Payments:**    Any payments or distributions made on account of the Claim after the date hereof are for the benefit of Buyer.

**Subject to:**    1) Execution of an Assignment of Claim agreement reasonably acceptable to Buyer and Seller; 2) Buyer's due diligence regarding the validity of the Claim; and 3) Buyer obtaining from Seller any necessary releases and/or consents reasonably requested by Buyer. Buyer may waive any condition at its option and settle this transaction without such condition.

**Settlement:**    As soon as reasonably practical, but no later than 5 business days after Buyer receives from Seller a fully executed Assignment of Claim agreement, and any necessary releases and/or consents reasonably requested by Buyer.

**Binding Effect:**    Upon execution by both Buyer and Seller in the space designated below, this letter shall constitute a binding agreement between the parties. This Agreement may be filed in the bankruptcy court as evidence of transfer of the Claim.

**Expiration:**    Buyer shall have no obligation to Seller, unless Seller executes this letter by the close of business today or unless waived by Buyer.

Please provide the signature of a duly authorized officer or other authorized signatory where indicated below and return this letter to **Christopher Martinez** at the following fax number: (212) 259-4345

ACCEPTED AND AGREED

FRED WOODS PRODUCTION

Signature:___/s/ Fred Woods_____
Title:_____President_____
Name:_____Fred Woods_____
Date:_____4/23/03_____

LONGACRE MASTER FUND, LTD.

By:_____/s/ Steven Weissman_____
Name:  Steven Weissman
Title:  Director
Date:  4/14/2003