IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 3719** |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE EIGHTEENTH**
**MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED,**
**COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY**
**CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD OF MARCH 1, 2003 THROUGH**
**MARCH 31, 2003 (DOCKET NO. 3719)**

I, Aileen F. Maguire, of Campbell & Levine, LLC, hereby certify the following:

1.      Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of

Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Revised Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members, signed

by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative

Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on April 29,

2003 a eighteenth monthly application ("Application") [Docket No. 3719] for services

rendered and reimbursement of expenses incurred as counsel to the Official Committee of

Asbestos Personal Injury Claimants in the above-referenced cases.

2.      Objections to the Application were to be filed and served on or before

May 19, 2003. No objections to the Application have been received by the undersigned.

Moreover, the Court's docket reflects that no objections to the Application were filed.  In

{D0010362:1 }

accordance with the Amended Administrative Order, upon the filing of this Certificate of

No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%)

of the fees and one hundred percent (100%) of the expenses requested in the Application.

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue
New York, NY  10022
(212) 319-7125

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

- and -

CAMPBELL & LEVINE, LLC


/s/ Aileen F. Maguire
Aileen F. Maguire (I.D. #3756)
800 N. King Street
Suite 300
Wilmington, DE  19899
(302) 426-1900

Counsel for the Official Committee
  of Asbestos Personal Injury Claimants

Dated: May 20, 2003