# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                          Chapter 11

**W.R. Grace & Co., et al.**                    Case No. 01-01139 (JKF)

                Debtors.          Jointly Administered

**EIGHTH QUARTERLY FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JANUARY 1, 2003 THROUGH MARCH 31, 2003**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2003 – March 31, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$224,358.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$9,424.04** |
| Fees and Expenses of the Asbestos Issues Expert | **$1,077.80** |

This is an: ☒ interim  ☐ final application

This is the eighth quarterly application filed

**Attachment A**

**Monthly Interim Fee Applications**

| | | Payment Requested | | Payment Received | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 -<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | | |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | | |
| April 29, 2003<br>D.I.3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | | |

## Quarterly Fee Applications

| | | Payment Requested | | Payment Received | |
|---|---|---|---|---|---|
| Date Filed | Period<br>Covered | Fees | Expenses | Fees | Expenses |
| July 30, 2001<br>D.I.770 | 4/12/01-<br>6/30/01 | $369,873.75 | $19,318..00 | $369,873.75 | $19,318.75 |

| November 1, 2002 D.I.1068 | 7/1/01 – 9/31/01 | $204,923.50 | $15,015.57 | $204,923.50 | $15,015.57 |
|---|---|---|---|---|---|
| February 8, 2002 D.I.1658 | 10/1/01 – 12/31/01 | $329,842.00 | $21,880.90 $9,918.43* | $329,842.00 | $21,880.90 (Stroock) $9,918.43 (Chambers) |
| May 16, 2002 D.I.2064 | 01/01/02 – 03/31/02 | $267,170.20 | $6,149.76 $36,352.60* | $266,865.70 | $6,144.85 (Stroock) $22,002.76 (Chambers) |
| August 16, 2002 D.I.2557 | 04/01/02 – 06/30/02 | $245,259.00 | $6,784.97 $167,629.78* | $245,259.00 | $6,784.97 (Stroock) $167,629.78(Chambers) |
| November 18, 2002 D.I.3045 | 07/01/02 – 09/30/02 | $280,471.77 | $28,358.07 $17,814.45* | $224,534.21[1] | $28,358.07 (Stroock)[1] $17,814.45 (Chambers)[1] |
| March 25, 2003 D.I.3549 | 10/01/02 – 12/31/03 | $171,108.00 | $25,000.84 $1,780.75* | $136,886.40 | $25,000.84 (Stroock) $1,780.75 (Chambers) |

---

\*       This amount relates to the Committee's Asbestos Issues Expert.

\*       This amount relates to the Committee's Asbestos Issues Expert.

[1]      Court Order dated March 14, 2003 approved fees in the amount of $276,535.77 and expenses in the amount of $45,477.52.

\*       This amount relates to the Committee's Asbestos Issues Expert.

| WR GRACE & CO | | | | |
|---|---|---|---|---|
| **ATTACHMENT B** | | | | |
| **JANUARY 1, 2003 - MARCH 31, 2003** | | | | |
| | | | | **No. of Years** |
| | **Hours** | **Rate** | **Amount** | **In Position** |
| **Partners** | | | | |
| Greenberg, Mayer | 40.8 | $550 | $  21,835.00 | 5 |
| Kruger, Lewis | 19.9 | $725 | $  13,971.50 | 33 |
| Levy, Mark | 4.5 | $670 | $    2,941.00 | 29 |
| Pasquale, Kenneth | 46.3 | $550 | $  23,501.50 | 4 |
| Wintner, Mark | 5.9 | $595 | $    3,510.50 | 22 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 3.9 | $500 | $    1,950.00 | 22 |
| Brandes, Ronnie H. | 80.6 | $295 | $  20,652.00 | 1 |
| Gross, Jonathan E. | 0.9 | $185 | $       166.50 | 2 |
| Krieger, Arlene | 240.0 | $495 | $115,264.00 | 18 |
| Rotker, Laurel | 3.5 | $450 | $    1,575.00 | 18 |
| Sasson, Moshe | 3.5 | $425 | $    1,407.50 | 8 |
| Taruschio Anna | 9.2 | $285 | $    2,622.00 | 4 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 59.8 | $180 | $  10,390.00 | 2 |
| Defreitas, Vaughn | 36.8 | $115 | $    3,722.00 | 16 |
| Mohamed, David | 6.1 | $100 | $       610.00 | 15 |
| Serrette, Rosemarie | 1.4 | $180 | $       240.00 | 16 |
| | | | | |
| **Total** | **563.1** | | **$224,358.50** | |

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES ($) |
|---|---|---|---|
| | **WR GRACE & CO** | | |
| | **COMPENSATION BY PROJECT CATEGORY** | | |
| | **JANUARY 1, 2003 - MARCH 31, 2003** | | |
| 0001 | Asset Analysis and Recovery | 1.3 | $      639.50 |
| 0003 | Business Operations | 43.3 | $   21,433.00 |
| 0004 | Case Administration | 85.4 | $   19,226.00 |
| 0005 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 15.0 | $    7,200.00 |
| 0006 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.9 | $      256.50 |
| 0007 | Committee, Creditors', Noteholders', or Equity Holders' | 82.1 | $   41,666.00 |
| 0008 | Employee Benefits, Pension | 26.5 | $   12,731.00 |
| 0010 | Employment Applications, Others | 0.4 | $      190.00 |
| 0011 | Fee Application, Applicant | 59.0 | $   17,693.50 |
| 0012 | Fee Application, Others | 6.8 | $    1,180.00 |
| 0013 | Financing | 7.7 | $    3,767.50 |
| 0014 | Hearings | 6.8 | $    3,230.00 |
| 0015 | Litigation and Litigation Consulting | 102.0 | $   49,717.50 |
| 0018 | Tax Issues | 125.9 | $   45,428.00 |
| | | | |
| | **Total** | **563.1** | **$   224,358.50** |

| WR GRACE & CO | | |
| :---: | :---: | :---: |
| **DISBURSEMENT SUMMARY** | | |
| **JANUARY 1, 2003 - MARCH 31, 2003** | | |
| | | |
| Duplicating Costs-in House | $ | 552.50 |
| Duplicating Costs-Outside | $ | 3,787.99 [1] |
| Facsimile Charges | $ | 23.00 |
| In House Messenger Service | $ | 13.75 |
| Lexis/Nexis | $ | 550.11 [2] |
| Local Transportation | $ | 337.16 |
| Long Distance Telephone | $ | 1,926.29 [3] |
| Meals | $ | 277.05 |
| O/S Information Services | $ | 17.32 |
| Outside Messenger Service | $ | 255.84 |
| Postage | $ | 1.00 |
| Process Service & Calendar Watch | $ | 639.03 |
| Travel Expenses - Transportation | $ | (74.00) |
| Westlaw | $ | 1,117.00 [4] |
| | | |
| **Total** | **$** | **9,424.04** |

---

[1]   This charge is for duplicating materials resulting from discovery conducted in the  fraudulent transfer litigation.

[2]   This charge is comprised of the cost for multiple search sessions conducted in February 2003, in connection with (i) the Debtors' motion for authority to fund the amended Curtis Bay pension plan and (ii) the form of fraudulent conveyance litigation settlement agreement with Sealed Air Corporation.

[3]   This charge is comprised of the costs for Committee conference calls on December 3, 2002, January 31, 2003, February 6, 2003 and February 7, 2003.

[4]   This charge is comprised of the costs for research sessions conducted on January 23, 2003 and January 24, 2003 in respect of issues raised by the terms of the Sealed Air settlement agreement.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W. R. GRACE & CO., et al.**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

## EIGHTH QUARTERLY FEE APPLICATION BY STROOCK & STROOCK & LAVAN LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF W. R. GRACE & CO., et al., FOR INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED DURING THE PERIOD FROM JANUARY 1, 2003 THROUGH MARCH 31, 2003

Stroock & Stroock & Lavan LLP ("Stroock" or "Applicant"), counsel to the Official

Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co. ("Grace") and its

sixty-one domestic subsidiaries and affiliates that are debtors and debtors-in-possession (the

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings. Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, and H-G Coal Company.

"Debtors") in this Court, for its application pursuant to 11 U.S.C. §§ 330 and 331 and in

accordance with the Administrative Fee Order (defined below) for interim allowance of

compensation for services rendered and for reimbursement of expenses incurred in connection

therewith, respectfully represents as follows:

## INTRODUCTION

1.      By this application, Stroock seeks (i) an interim allowance of compensation for

the professional services rendered by Stroock as counsel for the Committee for the period from

January 1, 2003 through March 31, 2003 (the "Compensation Period") in the aggregate amount

of $224,358.50[2] representing 457.6 hours of professional services and 105.5[2] hours of

paraprofessional services; and (ii) reimbursement of actual and necessary expenses incurred by

Stroock during the Compensation Period in connection with the rendition of such professional

services and paraprofessional services in the aggregate amount of $9,424.04 as well as the fees

and expenses of the asbestos issues expert employed by the Committee pursuant to the Court's

June 22, 2001 Order Authorizing the Retention of Experts (the "Asbestos Issues Expert") for the

month of February 2003 in the amount of $1,077.80.

2.      Venue of this proceeding and this application is proper in this district pursuant to

28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are 11 U.S.C.

§§ 330 and 331 and Federal Rules of Bankruptcy Procedure 2002(a) and 2016.

---

[2]      Amount reflects Stroock's voluntary reduction of $257.00 from the total compensation earned during the
Compensation Period relating to 1.6 hours of paraprofessional services rendered by several
paraprofessionals.

**BACKGROUND**

3.    On April 2, 2001 (the "Petition Date"), each of the Debtors filed voluntary

petitions for reorganization under chapter 11 of the Bankruptcy Code and have continued in the

management and operation of their businesses and property pursuant to §§ 1107 and 1108 of the

Bankruptcy Code.  Pursuant to an order of the Court, the Debtors' chapter 11 cases have been

procedurally consolidated and are being jointly administered.

4.    The Debtors operate a world-wide specialty chemicals and materials business and

employ approximately 3860 full and part-time employees.  On a consolidated basis, for the fiscal

year 2000, Grace reported a net loss of $89.7 million[3] from $1.59 billion in net revenues.  The

Debtors' bankruptcy filings report that in fiscal year 2000, on a consolidated basis, Grace's sales

are generated approximately 50% by the Debtors and 50% by the Debtors' non-debtor

subsidiaries and affiliates.

5.    On April 12, 2001, the United States Trustee formed the Committee.  During the

first meeting of the Committee on April 12, 2001, the Committee duly selected Stroock as its

counsel to represent the Committee in all matters during the pendency of the Debtors' Chapter

11 cases.  The Committee thereafter approved the retention of Duane, Morris & Heckscher LLP

("DM&H") as its local Delaware counsel.

6.    The United States Trustee also appointed two separate official committees to

represent the interests of claimants asserting asbestos-related personal injury claims and

---

[3]      The Debtors' pleadings further report that this net loss results in part from a $294.0 million asbestos-related
charge to earnings recorded in the fourth quarter of 2000.

3

asbestos-related property damage claims against the Debtors (collectively, the "Asbestos Claim

Committees").  On June 18, 2001, the United States Trustee appointed an official committee to

represent the interests of equity security holders of the Debtors.

7.    By application dated May 1, 2001, Stroock sought Court approval for its retention

as counsel to the Committee nunc pro tunc to April 12, 2001.  The Court signed an order

approving Stroock's retention as counsel to the Committee on May 30, 2001.

8.    This is the eighth quarterly interim application Stroock has filed with the Court

for an allowance of compensation and reimbursement of expenses for services rendered to the

Committee.  This application is submitted pursuant to the terms of the Administrative Order

Under §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement

of Expenses for Professionals and Official Committee Members, approved by the Court on

May 3, 2001 as amended by order dated April 19, 2002 (collectively, the "Administrative Fee

Order").

9.    In accordance with the procedures established by the Administrative Fee Order,

Stroock has not, at the time of filing of this application, received any payment from the Debtors

for the monthly fee statements encompassing this Compensation Period.  Certificates of no

objection have been filed with the Court in respect of Stroock's January 2003 and February 2003

monthly fee statements.  Nor has Stroock received payment from the Debtors in the amount of

$1,077.80 representing the fees and expenses of the Asbestos Issues Expert for the month of

February 2003.  Applicant has received no payment and no promises for payment from any

source for services rendered in connection with these cases for the months encompassing this

4

SSL-DOCS1 1334867v3

Compensation Period.  There is no agreement or understanding between the Applicant and any other person (other than members of Stroock) for the sharing of compensation to be received for the services rendered in these cases.

10.    As stated in the Affidavit of Lewis Kruger, Esq. annexed hereto as Exhibit "A," all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

## SUMMARY OF SERVICES RENDERED

11.    Since being retained by the Committee, Stroock has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates.  The variety and complexity of these cases and the need to act or respond on an expedited basis in furtherance of the Committee's needs have required the expenditure of substantial time by personnel from several legal disciplines, on an as-needed basis, including in certain instances, working into the evening and on weekends.

12.    Stroock maintains written records of the time expended by attorneys and paraprofessionals in the rendition of their professional services to the Committee.  Such time records were made contemporaneously with the rendition of services by the person rendering such services and in the ordinary course of Stroock's practice, and are presented in compliance with Delaware Local Rule 2016-2(d) amended effective as of September 1, 2002.  A compilation showing the name of the attorney or paraprofessional, the date on which the services were performed, a description of the services rendered, and the amount of time spent in performing the

5

services during the Compensation Period is annexed hereto as Exhibit "B".  In addition, Exhibit "C" hereto contains a summary of the hours expended by each of the attorneys and paraprofessionals during the Compensation Period, their normal hourly rates, and the value of their services.

13.    Stroock also maintains records of all actual and necessary out-of-pocket expenses incurred in connection with the rendition of its professional services, all of which are also available for inspection.  A schedule of the categories of expenses and amounts for which payment is requested is annexed hereto as Exhibit "D".  Also included within Exhibit "D" is an itemization of each expense incurred within each category.

14.    Stroock respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

15.    The following summary of the services rendered during the Compensation Period is not intended to be a detailed description of the work performed, as those day-to-day services and the time expended in performing such services are fully set forth in Exhibit "B".  Rather, it is merely an attempt to highlight certain of these areas in which services were rendered to the Committee, as well as to identify some of the problems and issues to which Stroock was required to direct its attention.

### Asset Analysis and Recovery – Category 0001

16.    During the Compensation Period, Stroock reviewed and discussed with FTI

Consulting the analysis prepared by FTI Consulting discussing the proposed acquisition of the

stock of a German company, which supplies admixtures, specialty grouts and mortars.  Stroock

has expended 1.3 hours on this category for a fee of $639.50.

### Business Operations – Category 0003

17.    During the Compensation Period, Stroock reviewed and provided comment to FTI

on the analyses prepared by FTI Consulting with respect to Grace's fourth quarter 2002

operating results and 2003 Business Plan.  In addition, during the Compensation Period, Stroock

reviewed the partial summary judgment issued by the United States District Court for the District

of Montana in December 2002 (the "Decision"), involving the Government's claims for over

$55.0 million for environmental clean-up costs in Libby, Montana, discussed with Debtors'

counsel the Decision and the January 2003 trial which took place on those cost recovery issues

not already ruled on by the Court, reviewed environmental claim-related materials prepared by

FTI, and case law discussing the classification and treatment of environmental claims, and

prepared a comprehensive memoranda for the Committee discussing the Decision.  Stroock has

expended 43.3 hours on this category for a fee of $21,433.00.

### Case Administration – Category 0004

18.    As reported in prior monthly fee applications, towards the end of the November

2001 compensation period, Stroock was informed that these chapter 11 cases were being

reassigned to District Court Judge Alfred Wolin.  A number of orders were issued during the

7

month of December 2001 relating to the reassignment of these cases to Judge Wolin and the reference of these cases to Judge Judith Fitzgerald.

19.     During this Compensation Period, Stroock continued to closely monitor the items on the Court's general chapter 11 docket for these cases, as well as those dockets relating to each of the adversary proceedings pending in these chapter 11 cases, to ensure that the Committee was fully informed about all pending motions and adversary proceedings and that Stroock would be ready to timely respond on behalf of the Committee, as might be applicable.  Stroock continued to engage Debtors' counsel and FTI Consulting on an on-going basis with respect to pending matters and information requests, reviewed agenda letters prepared for Judge Wolin and Judge Fitzgerald during this Compensation Period, and responded to inquiries from unsecured creditors with respect to the status of these cases generally, the March 31, 2003 bar date established for non-asbestos, general unsecured claims in these cases, and the status of the reported settlement of the fraudulent transfer litigation and the conduct of the ZAI science trial litigation.  In addition, during this Compensation Period, Stroock responded to the initial report prepared by Warren H. Smith & Associates, the Fee Auditor appointed in these cases, to Stroock's Sixth Quarterly Fee Application, reviewed the final report subsequently issued by the Fee Auditor on that Quarterly Fee Application, reviewed the proposed form of fee order in respect thereof, and communicated comments to the form of order to the Fee Auditor.  In addition, during the Compensation Period, Stroock rendered some services in this category in connection with the Debtors' presentation in March 2003 of their 2003 Business Plan and other matters to the Committee.  Stroock has expended 85.4 hours on this category for a fee of $19,226.00.

8

**Claim Analysis, Objection & Resolution (Asbestos) – Category 0005**

20.     During a prior quarterly compensation period, Judge Wolin had directed the

Debtors and the Official Committees to submit briefs on the case management process to be used

by the Court with respect to asbestos personal injury claims.  Stroock reviewed the briefs filed by

the Debtors and the Asbestos Claims Committees, consulted with Chambers Associates, and

prepared a brief on behalf of the Committee setting forth its position on this issue and responding

to the proposals filed by other parties.  Stroock also reviewed the briefs filed by the

equityholders' committee and by the unofficial committee of select asbestos claimants.


21.     Also, as previously reported, a primary topic of several extended hearings before

Judge Fitzgerald during prior compensation periods, was the issue of how the Zonolite Attic

Insulation (the "ZAI") claims could and should be determined by the Court.  In the course of

these hearings, Judge Fitzgerald concluded that there should be a limited trial to determine

whether there is scientific evidence that ZAI poses an unreasonable risk of harm before other

issues are considered, including issues in respect of class certification, and bar date processes and

notices.  In connection with the conduct of the science trial, the parties discussed, among other

issues, how to get the ZAI claims before the Court, the choice of counsel to represent the ZAI

claimants, the budget for the science trial litigation, and the scope of the litigation, and the Court

has issued orders (i) providing for the PD Committee's retention of special counsel to represent

the ZAI claimants, (ii) establishing a litigation schedule, and (iii) establishing procedures for the

ZAI science trial.

SSL-DOCS1 1334867v3

22.     During the Compensation Period, Stroock reviewed pleadings and decisions issued in this and in other Courts, including a decision issued by the Supreme Court, addressing, among other issues, the conduct of mass tort or asbestos liability trials, the nature of asbestos-related claims and the proposed treatment of asbestos-related claims in chapter 11 plans in other cases.  In addition, during this period, articles began to appear with respect to the efforts and proposals being made by certain members of Congress to enact new legislation to globally address asbestos-related claims and lawsuits asserted against businesses both within, and outside of, bankruptcy.  In connection therewith, a preliminary report was issued by the American Bar Association on the establishment of medical criteria to be utilized in evaluating compensable, valid asbestos claims.  Stroock reviewed these pleadings, decisions, articles, and reports as these are areas of direct relevance to these Chapter 11 cases.  Stroock has expended 15.0 hours in this category for a fee of $7,200.00.

**Claim Analysis, Objection & Resolution (Non-Asbestos) – Category 0006**

23.     During the Compensation Period, Stroock responded to an inquiry regarding the ban date, and obtained and transmitted documentation responsive to that request.  Stroock has expended 0.9 hours on this category for a fee of $256.50.

**Committee, Creditors' Noteholders' or Equity Holders' -- Category 0007**

24.     During the Compensation Period, Stroock communicated with the members of the full Committee through numerous memoranda and telephone conversations, including three conference call meetings of the Committee, and one in-person meeting during which representatives for the Debtors presented and discussed, among other things, the Company's

10

2002 results of operation and 2003 Business Plan, and the funding approval sought with respect

to their pension plans.  In order to keep the Committee fully informed of all of the pending

matters in these cases, and thus enable the Committee to take informed positions on issues,

Stroock thoroughly reviewed and summarized the motions filed by the Debtors and other parties

in interest in these cases, raised issues the Committee should be aware of, and made

recommendations to the Committee concerning appropriate actions to be taken with regard to the

motions, communicated with members of the Committee regarding the positions to be taken,

engaged counsel for the Debtors, and other parties and movants, as applicable, with the

Committee's questions and concerns, and negotiated whenever and to the extent possible

consensual resolutions of outstanding issues and acceptable forms of proposed orders and

stipulations.

        25.     The motions, agreements, and other materials Stroock reviewed during this

Compensation Period and prepared comprehensive memoranda to the Committee on included

(i) Debtors' motion to implement a long term incentive program for key employees for the 2003-

2005 period, (ii) Debtors' motion for authority to extend and modify their existing DIP

agreement; (iii) the cost-recovery litigation in Montana and the District Court Decision; and

(iv) the Debtors' motion for authority to fund an amended pension plan at their Curtis Bay

manufacturing facility in an amount approximating $10.0 million.  In addition, throughout this

Compensation Period, Stroock continued to keep the Committee informed with respect to the

various iterations of the proposed agreements settling the fraudulent conveyance litigation with

Fresenius Medical Care and Sealed Air Corporation, and discussed the key terms of the

agreements with the Committee.  Further during this period, Stroock discussed with the

11

Committee the motion by a holder of the Debtors' pre-petition bank debt seeking certain

authority if appointed to the Committee, and the request made by the Department of Justice to

become an ex-officio member of the Committee.  Stroock also continued to keep the Committee

informed with respect to pleadings filed in, and decisions issued by, this and other Courts, in

respect of other asbestos-related chapter 11 cases, and with respect to articles and reports in

respect of the legislative attempts to address the resolution of asbestos claims on a national basis,

all of which have particular relevance to these cases.

26.     Through its correspondence and communication with the Committee, Stroock has

assisted the Committee in fulfilling its statutory duties to make informed decisions and express

the Committee's views regarding the issues which have already arisen in these cases.  Stroock

has expended 82.1 hours on this category for a fee of $41,666.00.

### Employee/Benefits Pension -- Category 0008

27.     As indicated elsewhere in this Application, during this Compensation Period, the

Debtors sought approval for an amended pension plan they had negotiated with union

representatives involving the Company's largest manufacturing facility at Curtis Bay, which

provided certain increased benefits to unionized employees, and approval for the increased

finding necessitated by such amendment. As a result of the pension plan modifications, certain

Internal Revenue Code provisions applicable to plan sponsors in chapter 11, the recent lowered

interest rate environmental, and other issues, approval of the amended pension plan required the

Debtors to fund the plan to cover not only increased current service benefit levels, but also past

service liabilities, i.e. those that would otherwise be treated as general unsecured claims in these

12

chapter 11 cases. The Debtors estimated that they would have to currently provide funding in the approximate amount of $8.5 million, half of which related to unpaid past service costs.

28.     Stroock reviewed the Debtors' motion, applicable Internal Revenue Code provisions and private letter rulings, engaged the Debtors, and with FTI Consulting, the Debtors' financial and actuarial professionals in discussions over the background, justification and necessity for the relief sought, and assisted the Committee in obtaining the information necessary for it to make an informed decision on the Debtors' motion.  Stroock expended 26.5 hours on this category for a fee of $12,731.00.

### Employment Applications, Others – Category 0010

29.     Stroock reviewed the latest omnibus ordinary course professionals schedule filed by the Debtors and discussed the same with Debtors' counsel.  Stroock expended 0.4 hours on this category for a fee of $190.00.

### Fee Applications, Applicant -- Category 0011

30.     During the Compensation Period, Stroock prepared its fee statements for the months of November 2002, December 2002, January 2003, and February 2003, and related notices and certifications of no objection.  Stroock also prepared its seventh quarterly fee application covering the October 1, 2002 through December 31, 2002 period, including a narrative section summarizing the services rendered during that period by Stroock and numerous fee and expense schedules, as required by the Administrative Fee Order entered by the Court.  In addition, Stroock reviewed the Fee Auditor's prepared form of order with schedules awarding fees and expenses in respect of professionals' sixth quarterly fee applications, and communicated

13

necessary modifications thereto to the Fee Auditor.  Stroock has expended 59.0 hours on this category for a fee of $17,693.50.

### Fee Application, Others -- Category 0012

31.     During the Compensation Period, Stroock reviewed and discussed with FTI Consulting such professional's seventh quarterly fee application and its November 2002, December 2002 and January 2003 fee statements, and reviewed the November 2002 invoice from Chambers Associates.  Stroock has expended 6.8 hours on this category for a fee of $1,180.00.

### Financing – Category 0013

32.     During this Compensation Period, the Debtors sought Court authority to modify and extend the terms of their existing DIP agreement set to expire on or about April 2, 2003. Stroock reviewed the Debtors' pleadings including the proposed DIP agreement amendment and order, discussed the rationale and necessity for the proposed modifications and extension with FTI Consulting, reviewed the memorandum prepared by FTI for the Committee on this matter and discussed the relief sought with Debtors' counsel.  The services rendered by Stroock in preparing a memorandum for, and discussing this matter with, the Committee is accounted for in another category.  Stroock expended 7.7 hours on this category for a fee of $3,767.50.

### Hearings – Category 0014

33.     During the Compensation Period, Judge Fitzgerald held one hearing during which the Court considered, among other matters, the Debtors' motion seeking to extend the preliminary injunction as it applies to Robert Locke and Mr. Locke's opposition to the relief

14

requested, and the Court held a status conference on the Zonolite Attic Insulation litigation.

Stroock reviewed all relevant pleadings, orders and case law in advance of the hearing.  Stroock

expended 6.8 hours on this category for a fee of $3,230.00.

## Litigation and Litigation Consulting – Category 0015

34.     There were substantial services rendered in this matter category during this

Compensation Period.  As previously reported, in September 2002, the Third Circuit issued a

decision in the Cybergenics' case holding that a creditors' committee could not prosecute a

fraudulent transfer claim on behalf of a bankruptcy estate.  As a result of the decision, the trial of

the fraudulent transfer litigation scheduled to commence on September 30, 2002 before Judge

Wolin did not go forward as planned.  Instead, during the prior compensation period, the Court

held numerous conferences and hearings, and issued orders and memorandum decisions

exploring viable options which might enable the trial to go forward without extended delay

notwithstanding the Cybergenics' decision, and eliciting letters, motions, briefs and the views

and arguments of all parties-in-interest.  On October 24, 2002, the Court issued a memorandum

decision denying those motions which had sought to either dismiss the adversary complaint

based on the Cybergenics' decision, or have an examiner, limited purpose trustee, or plenary

trustee appointed, which (a) ruled that equity and the Court's authority under section 105 of the

Bankruptcy Code required exception of the fraudulent transfer litigation from the effects of the

Cybergenics' decision, (b) certified the order for interlocutory appeal to the Third Circuit, and

(c) re-set the trial to commence in early December 2002.  In the latter part of November 2002,

tentative settlements of the fraudulent transfer litigation were reached between the parties at a

15

conference before Judge Wolin which Stroock communicated to, and discussed with, the Committee.

35.    There was substantial activity during this Compensation Period in connection with the parties' attempts to consensually negotiate forms of agreements embodying a settlement of the fraudulent conveyance litigation with Sealed Air and a separate settlement with Fresenius. The initial draft of a proposed settlement agreement with Sealed Air had been circulated towards the end of the prior compensation period.  Stroock had reviewed the draft, discussed it with the Committee and communicated the Committee's comments and concerns on the draft to counsel for Sealed Air and other parties-in-interest.

36.    Discussions continued throughout this Compensation Period between Stroock and counsel for other parties in interest to the litigation to communicate the Committee's concerns over terms of the Sealed Air agreement, and to evaluate the rationale for the structure of the Sealed Air settlement agreement being proposed and the impact of the proposed structure on the Debtors' estates and the Debtor's non-asbestos, general unsecured creditors.  In connection herewith, Stroock reviewed each of the numerous iterations of the draft Sealed Air settlement agreement circulated during this Compensation Period, and the comments to those drafts generated by other parties in interest, attended each of the numerous and often lengthy conference calls held to discuss the agreement, conducted research to understand the tax-driven rational for the settlement structure proposed and the tax impact of the structure on the Debtors, and their estates and creditors, and continued to discuss the Sealed Air agreement with the Committee.

16

37.     Similarly, during this Compensation Period, Stroock reviewed the draft of the Fresenius settlement agreement, engaged Debtors' counsel and counsel for Fresenius in discussions over the terms and structure of the agreement, and communicated with the Committee about this agreement.  Stroock expended 102.0 hours on this category for a fee of $49,717.50.

### Tax Issues – Category 0018

38.     Virtually all of the services in this category rendered during this Compensation Period related to evaluating the various forms of Sealed Air settlement agreement and Fresenius settlement agreement circulated from a tax law perspective.  In connection therewith, tax counsel at Stroock extensively reviewed the draft agreements, reviewed existing relevant tax sharing agreements and private letter rulings, engaged Debtors' counsel and counsel to Fresenius in numerous discussions with respect to the differing structures of the Sealed Air and Fresenius settlement agreements, as applicable, and continued to evaluate the impact of those structures on the Debtors, their estates and their non-asbestos unsecured creditors.  Stroock expended 125.9 hours on this category for a fee of $45,428.00.

### FACTORS TO BE CONSIDERED IN AWARDING ATTORNEYS' FEES

39.     The factors to be considered in awarding attorneys fees have been enumerated in In re First Colonial Corp. of America, 544 F.2d 1291, 1298-99 (5th Cir. 1977), reh'g denied, 547 F.2d 573, cert. denied, 431 U.S. 904; these standards have been adopted by most courts.  Stroock respectfully submits that a consideration of these factors should result in this Court's allowance of the full compensation sought.

17

<u>The Time and Labor Required</u>.  The professional services rendered by Stroock on behalf of the Committee have required the expenditure of substantial time and effort, as well as a high degree of professional competence and expertise, in order to deal with the complex issues encountered by the Committee with skill and dispatch.  Occasionally, Stroock has been required to perform these services under significant time constraints requiring work late into the evening and on weekends.  The services rendered by Stroock were performed efficiently, effectively and economically.

<u>The Novelty and Difficulty of Questions</u>.  Novel and complex issues have already arisen in the course of these Chapter 11 cases, and it can be anticipated that other such issues will be encountered.  In this case, as in many others in which the firm is involved, Stroock's effective advocacy and creative approach have helped clarify and resolve such issues and will continue to prove beneficial.

<u>The Skill Requisite to Perform the Legal Services Properly</u>.  Stroock believes that its recognized expertise in the area of corporate reorganization, its ability to draw from highly experienced professionals in other areas of Stroock's practice, and its creative approach to the resolution of issues, are and will continue to contribute to the maximization of the distributions to the Debtors' unsecured creditors.

<u>The Preclusion of Other Employment by Applicant Due to Acceptance of the Case</u>.  Due to the size of Stroock's insolvency department, Stroock's representation of the Committee has not precluded its acceptance of new clients.

18

However, the volume of the matters needing attention on a continuing basis has required several of the attorneys to commit significant portions of their time to these cases.

The Customary Fee.  The fee sought herein is based upon Stroock's normal hourly rates for services of this kind.  Stroock respectfully submits that the fee sought herein is not unusual given the magnitude and complexity of these cases and the time expended in attending to the representation of the Committee, and is commensurate with fees Stroock has been awarded in other cases, as well as with fees charged by other attorneys of comparable experience.

Whether the Fee is Fixed or Contingent.  Pursuant to §§ 330 and 331 of the Bankruptcy Code, all fees sought by professionals employed under § 1103 of the Code are contingent pending final approval by this Court, and are subject to adjustment dependent upon the services rendered and the results obtained.

Time Limitations Imposed by Client or Other Circumstances.  As already indicated, Stroock has been required to attend to the various issues arising in these cases.  Occasionally, Stroock has had to perform those services under significant time constraints requiring attorneys assigned to these cases to work evenings and on weekends.

The Amount Involved and Results Obtained.  Through the efforts of Stroock, the Committee has been an active participant in these Chapter 11 cases from the very

19

first days of its formation, and its assistance, as well as constructive criticism, has greatly contributed to the efficient administration of these cases.

The Experience, Reputation and Ability of the Attorneys.  Stroock has one of the largest and most sophisticated insolvency practices in the nation and has played a major role in numerous cases of national import including:  Acme Metals, Inc., Hillsborough Holdings Corporation, Laclede Steel Company, Gulf States Steel, Inc. of Alabama, The LTV Corporation, Wheeling-Pittsburgh Steel Corporation, Allis-Chalmers Corporation, The Charter Company, Federated Department Stores, G. Heileman Brewing Company, Inc., Burlington Motor Holdings, Inc., Metallurg, Inc., Forstmann & Company, Inc., Barneys, Inc., Fruehauf Trailer Corporation, Levitz Furniture Incorporated, The Columbia Gas System, Inc., JWP, Inc., Flushing Hospital and Medical Center, Planet Hollywood International, Anchor Glass Container Corporation, Beloit Corporation in the Harnischfeger Industries Chapter 11 Cases, RSL COM U.S.A. Inc, USG Corporation, Formica Corp. Galey & Lord, Inc. and DESA Holdings.  Stroock's experience enables it to perform the services described herein competently and expeditiously.  In addition to its expertise in the area of corporate reorganization, Stroock has already frequently called upon the expertise of its partners and associates in the litigation, ERISA, tax and environmental law areas to perform the wide ranging scope of the legal work necessitated by these cases.

20

The "Undesirability" of the Case.  These cases are not undesirable, but as already indicated, have required a significant commitment of time from several of the attorneys assigned hereto.

Nature and Length of Professional Relationship.  As described above, Stroock has been actively rendering services on behalf of the Committee as necessary and appropriate from April 12, 2001 through to the present.

## ALLOWANCE OF COMPENSATION

40.    The professional services rendered by Stroock required a high degree of professional competence and expertise so that the numerous issues requiring evaluation and determination by the Committee could be addressed with skill and dispatch and have, therefore, required the expenditure of substantial time and effort.  It is respectfully submitted that the services rendered to the Committee were performed efficiently, effectively and economically, and the results obtained to date have benefited the Debtors' unsecured creditor body as a whole and the Debtors' estates.

41.    With respect to the level of compensation, § 330 of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person (including attorneys for a creditors' committee): "Reasonable compensation for actual necessary services rendered by [such] . . . professional person.  11 U.S.C. § 330.  Section 330 further states that the court should take into consideration, inter alia, the nature, extent, and value of services performed, as well as the cost of comparable services other than in a case under this title.  Id. The clear Congressional intent and policy expressed in this statute is to provide for adequate

21

compensation in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases.

42.     The total time spent by Stroock attorneys and paraprofessionals during the Compensation Period for which Stroock seeks payment was 563.1 hours.  Such services have a fair market value of $224,358.50.  The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.

43.     As shown by this Application and supporting documents, Applicant spent its time economically and without unnecessary duplication of time.  Attached hereto as Exhibit "C" are summaries of the hours expended by the attorneys and paraprofessionals during the Compensation Period, their normal hourly rates, and the value of their services.

44.     In addition, Stroock incurred actual out-of-pocket expenses in connection with the rendition of the professional services to the Committee in the sum of $9,424.04 for which Stroock respectfully requests reimbursement in full.

45.     The disbursements and expenses have been incurred in accordance with Stroock's normal practice of charging clients for expenses clearly related to and required by particular matters.  Such expenses were often incurred to enable Stroock to devote time beyond normal office hours to matters, which imposed extraordinary time demands.  Stroock has endeavored to minimize these expenses to the fullest extent possible.

46.     Stroock's billing rates do not include charges for photocopying, telephone and telecopier toll charges, computerized research, travel expenses, "working meals", secretarial

22

overtime, postage and certain other office services, because the needs of each client for such services differ.  Stroock believes that it is fairest to charge each client only for the services actually used in performing services for it.  Stroock has endeavored to minimize these expenses to the fullest extent possible.

47.    Stroock charges $.10 per page for in-house photocopying services, with respect to computerized research services Stroock charges the actual cost from the vendor, and $1.00 per page for out-going facsimile transmissions.  Stroock does not charge for incoming facsimiles.

48.    Further, in accordance with the Court's June 22, 2001 Order Authorizing the Retention of Experts, this Application seeks payment for the fees and expenses of the asbestos issues expert engaged by the Committee for the month of February 2003, in the amount of $1,077.80.  As of the date hereof, Chambers has not submitted any invoices to Stroock for the months of January 2003 or March 2003.  No agreement or understanding exists between Stroock and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with these cases.

49.    Stroock has reviewed the requirements set forth in Delaware Local Rule 2016-2, entitled "Motion for Compensation and Reimbursement of Expenses," and believes that this application for interim compensation and reimbursement of expenses is fully in compliance with the rules set forth therein.

50.    No prior application has been made in this or in any other Court for the relief requested herein for the Compensation Period other than as set forth herein.

23

**WHEREFORE**, Stroock respectfully requests, pursuant to the Administrative Fee Order and the Court's June 22, 2001 Order Authorizing the Retention of Experts:

(a)    the allowance of compensation for professional services rendered to the Committee during the period from January 1, 2003 through and including March 31, 2003 in the amount of $224,358.50;

(b)    the reimbursement of Stroock's out-of-pocket expenses incurred in connection with the rendering of such services during the period from January 1, 2003 through and including March 31, 2003 in the amount of $9,424.04;

(c)    the payment of the fees and expenses of the asbestos issues expert employed by the Committee for the month of February 2003 in the amount of $1,077.80;

(d)    authorizing and directing the Debtors to pay to Stroock each of the amounts set forth in (a) (b) and (c) of this WHEREFORE clause (to the extent not already paid pursuant to the Administrative Fee Order); and

(e)    granting such other and further relief as this Court may deem just and proper.

24

Dated:  New York, New York
       May 16, 2003          STROOCK & STROOCK & LAVAN LLP


                    /s/Lewis Kruger
               Lewis Kruger
               A Member of the Firm
               180 Maiden Lane
               New York, New York 10038-4982
               (212) 806-5400

               Co-Counsel for the Official Committee of
               Unsecured Creditors of W. R. Grace & Co., et al.

25

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

## <u>AFFIDAVIT</u>

STATE OF NEW YORK    )

                            ) ss:

COUNTY OF NEW YORK  )

      LEWIS KRUGER, being duly sworn, deposes and says:

      1.     I am a member of the firm of Stroock & Stroock & Lavan LLP ("Stroock"), which firm maintains offices for the practice of law at 180 Maiden Lane, New York, New York 10038-4982. Stroock has acted as counsel to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

      2.     This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of Stroock's eighth quarterly application for an interim allowance of compensation and for the reimbursement of expenses for services rendered during the period from January 1, 2003 through and including March 31, 2003 in the aggregate amount of $233,782.54 and, pursuant to the Court's June 22, 2001 Order Authorizing the Retention of Experts, in the aggregate amount of

$1,077.80 for the fees and costs of the asbestos issues expert employed by the Committee during the month of February 2003.

3.     All of the professional services performed by Stroock for which compensation is requested were performed for and on behalf of the Committee from January 1, 2003 through and including March 31, 2003 and not on behalf of any other person.

4.     In accordance with Title 18 U.S.C. Section 155, neither I nor any member or associate of my firm has entered into any agreement, express or implied, with any other party-in-interest for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5.     In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any member or associate thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any partner or associate of my firm.

/s/Lewis Kruger<br>
LEWIS KRUGER

Sworn to before me this
16th day of May, 2003

   /s/Michael Magzamen
Notary Public, State of New York
No. 01MA6055692
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires March 5, 2007

-2-

**EXHIBIT B**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES ($) |
|---|---|---|---|
| WR GRACE & CO | | | |
| COMPENSATION BY PROJECT CATEGORY | | | |
| JANUARY 1, 2003 - MARCH 31, 2003 | | | |
| | | | |
| 0001 | Asset Analysis and Recovery | 1.3 | $ 639.50 |
| 0003 | Business Operations | 43.3 | $ 21,433.00 |
| 0004 | Case Administration | 85.4 | $ 19,226.00 |
| 0005 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 15.0 | $ 7,200.00 |
| 0006 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.9 | $ 256.50 |
| 0007 | Committee, Creditors', Noteholders', or Equity Holders' | 82.1 | $ 41,666.00 |
| 0008 | Employee Benefits, Pension | 26.5 | $ 12,731.00 |
| 0010 | Employment Applications, Others | 0.4 | $ 190.00 |
| 0011 | Fee Application, Applicant | 59.0 | $ 17,693.50 |
| 0012 | Fee Application, Others | 6.8 | $ 1,180.00 |
| 0013 | Financing | 7.7 | $ 3,767.50 |
| 0014 | Hearings | 6.8 | $ 3,230.00 |
| 0015 | Litigation and Litigation Consulting | 102.0 | $ 49,717.50 |
| 0018 | Tax Issues | 125.9 | $ 45,428.00 |
| | | | |
| | Total | 563.1 | $ 224,358.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1334867v3

| | WR GRACE & CO | | |
| --- | --- | --- | --- |
| | **COMPENSATION BY PROJECT CATEGORY** | | |
| | **JANUARY 1, 2003 - JANUARY 31, 2003** | | |
| | | | |
| **MATTER CODE** | **PROJECT CATEGORY** | **HOURS** | **TOTAL FEES ($)** |
| 0002 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 0.5 | $ 347.50 |
| 0003 | Asbestos: Claims Litigation | 8.8 | $ 4,156.00 |
| 0007 | Asbestos: Other | 3.8 | $ 1,859.00 |
| 0013 | Business Operations | 34.0 | $16,929.50 |
| 0014 | Case Administration | 61.9 | $14,098.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 29.2 | $14,214.00 |
| 0018 | Fee Application, Applicant | 14.1 | $ 2,862.50 |
| 0020 | Fee Application, Others | 1.7 | $ 289.00 |
| 0021 | Employee Benefits, Pension | 11.2 | $ 5,692.00 |
| 0023 | Executory Contracts/Unexpired Leases (Assumption and Rejection) | 3.3 | $ 1,567.50 |
| 0034 | Litigation and Litigation Consulting | 36.4 | $16,406.00 |
| 0037 | Hearings | 6.8 | $ 3,230.00 |
| 0040 | Employment Applications - Others | 0.4 | $ 190.00 |
| 0047 | Tax Issues | 18.1 | $ 6,298.00 |
| | | | |
| | **Total** | **230.2** | **$88,139.00** |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1334867v3

# STROOCK

## INVOICE

| DATE | March 20, 2003 |
|---|---|
| INVOICE NO. | 283673 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2003, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0002 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/23/2003 | Office conference with K. Pasquale regarding Sealed Air proposed payment to 524G trust and tax issue. | Kruger, L. | 0.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/31/2003 | Review of Kirkland & Ellis' letter regarding objection to proposed Sealed Air settlement agreement (.3) | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 0.5 | $ 695 | $ 347.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 347.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 347.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| | | |
|---|---|---|
| RE | Asbestos: Claims Litigation | |
| | 699843  0003 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/14/2003 | Memo from and to B.Katchen re asbestos settlement reported in connection with Federal Mogul, ABB matters (.2). | Krieger, A. | 0.2 |
| 01/15/2003 | Review of Federal Mogul article re proposed plan to treat asbestos and other general unsecured claims (.3); memo to F. Calvo re request for motion setting forth proposed plan terms (.1); review committees joint motion to terminate exclusivity (.3). | Krieger, A. | 0.7 |
| 01/16/2003 | Review joint motion by asbestos and commercial creditors' committee in Federal Mogul cases to terminate exclusivity and propose plan | Krieger, A. | 0.5 |
| 01/20/2003 | Review asbestos reporter (1.3); reviewed Armstrong disclosure statement (2.8). | Krieger, A. | 4.1 |
| 01/21/2003 | Complete review of Armstrong disclosure statement (.5); review case law re Narco asbestos liability litigation (2.5). | Krieger, A. | 3.0 |
| 01/21/2003 | Review memo re: FM settlement. | Sasson, M. | 0.2 |
| 01/27/2003 | Memo re: conference, ZAI claims | Sasson, M. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 8.5 | $ 475 | $ 4,037.50 |
| Sasson, Moshe | 0.3 | 395 | 118.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,156.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,156.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1334867v3

| RE | Asbestos: Other |
|---|---|
|  | 699843  0007 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/09/2003 | Memo to KP re asbestos legislation. | Krieger, A. | 0.1 |
| 01/09/2003 | Attended to asbestos legislative proposals. | Sasson, M. | 0.2 |
| 01/13/2003 | Attention to W. Katchen email re expert testimony including review of cited decision (2.0) | Pasquale, K. | 2.0 |
| 01/17/2003 | Continued attention to Daubert related decisions (1.5) | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.1 | $ 475 | $ 47.50 |
| Pasquale, Kenneth | 3.5 | 495 | 1,732.50 |
| Sasson, Moshe | 0.2 | 395 | 79.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,859.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| TOTAL FOR THIS MATTER | $ 1,859.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/06/2003 | Memo from C. Whitney re draft of recovery analysis (.1). | Krieger, A. | 0.1 |
| 01/07/2003 | Review FTI analyses and comments thereon (.8); exchange memos with C. Whitney re above (.2); memo to C. Whitney, L. Hamilton re Intercat infringement suit and potential impact on Company's operations and revenues (.2); review Company's November 2002 operating reports (.8); conference S. Cunningham and C. Whitney re valuation analyses (.9). | Krieger, A. | 2.9 |
| 01/08/2003 | Memo from C. Whitney Troyer re news article re adverse environmental ruling (.1); memo to J. Baer re adverse decision rendered in environmental litigation (.1); obtain on-line articles on adverse decision (.6); further memos to and from J. Baer re cost recovery litigation (.2). | Krieger, A. | 1.0 |
| 01/09/2003 | Attended to District Court's recent decision in the Libby Cost Recovery action (1.6); memo to LK, KP, FTI personnel re same (.2); memo to RS, AC re obtaining other pleadings in EPA/Grace action (.2); office conference A. Caskadon re District Court docket (.1). | Krieger, A. | 1.9 |
| 01/09/2003 | Complete review of November 2002 report on operations (.5); memo to S. Cunningham, C. | Krieger, A. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Whitney re November 2002 Report (.2). | | |
| 01/09/2003 | Attention to 12/02 USDC decision in U.S. v. Grace (.4) | Pasquale, K. | 0.4 |
| 01/13/2003 | Review District Court decision in Libby action. | Berg, M. | 0.3 |
| 01/13/2003 | Memo to K.Lund re status of Montana cost recovery trial (.1); review litigation docket (.7); began to review case law re treatment of environmental claims (1.8). | Krieger, A. | 2.6 |
| 01/13/2003 | Conference call LK, T. Maher, S. Cunningham re substance of coversation with Bob Tarola (.3); follow up telephone conference S. Cunningham re same (.1); follow-up office conference LK re same and Plan discussion (.1). | Krieger, A. | 0.5 |
| 01/13/2003 | Office conference with A. Krieger; telephone call with T. Maher and S. Cunningham regarding TAROLA (.3); office conference with A. Krieger regarding her call with S. Cunningham (.1); POR (plan of reorganization) issues (.1). | Kruger, L. | 0.5 |
| 01/14/2003 | Memo to K.Lund re information on cost recovery trial (.1); continue to review case law re treatment of EPA claims. (1.8). | Krieger, A. | 1.9 |
| 01/15/2003 | Review FTI revised recovery analysis (.5). | Krieger, A. | 0.5 |
| 01/16/2003 | Review revised recovery analysis and prepare comments thereon (.6); extended telephone conference C. Whitney Troyer re recovery analysis and outstanding issues (.8). | Krieger, A. | 1.4 |
| 01/16/2003 | Exchange memoranda with MB re EPA site related information (.1); extended office | Krieger, A. | 1.3 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conference M. Berg re Montana decision and related environmental claim issues (.6); memo to C.Whitney re draft memorandum to the Committee re Montana decision, treatment of EPA liabilities (.4); memo to C. Whitney re Libby Montana decision memorandum (.2). | | |
| 01/17/2003 | Memo to C. Whitney re environmental information (.1); memo to V. Defreitas re environmental site information filed by the Debtors (.1); office conferences V. Defreitas re environmental information (.2). | Krieger, A. | 0.4 |
| 01/17/2003 | Attention to FTI's draft hypothetical recovery analysis (.8) | Pasquale, K. | 0.8 |
| 01/21/2003 | Attended to Debtors' revised question 17 to the statement of financial affairs (.2); memo to C.Whitney Troyer re same (.1). | Krieger, A. | 0.3 |
| 01/22/2003 | Memo to C. Troyer re FTI recovery analysis (.1). | Krieger, A. | 0.1 |
| 01/23/2003 | Review Woodcock Washburn motion re impact of Intercat infringement action on Debtors' revenues (.6) | Krieger, A. | 0.6 |
| 01/24/2003 | Office conference with K. Pasquale, A. Krieger, T. Maher, E. Ordway and S. Cunningham regarding valuation analysis, debtor request to extend exclusivity, issues in Sealed Air settlement and strategy (1.6) | Kruger, L. | 1.6 |
| 01/26/2003 | Review pleadings filed by the DOJ re Debtors' response to question 17 to the SOFA (.2); and Debtors response (.6). | Krieger, A. | 0.8 |
| 01/27/2003 | Review debtor's environmental disclosures. | Berg, M. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/27/2003 | Memos from KP re meeting with J. Ellington (DOJ) (.1); memo to M. Berg re same and discussion of environmental information (.1); memo from M. Berg re same (1); office conferences D. Mohamed re SOFA filed by the Debtors; response to environmental question (.2); office conference MAS re treatment of environmental liabilities (.2). | Krieger, A. | 0.7 |
| 01/28/2003 | O/C A. Krieger, review materials on status of government's environmental claims in bankruptcy, legal research re: environmental claims. | Berg, M. | 1.8 |
| 01/28/2003 | Extended office conference M. Berg re meeting with DOJ representative, environmental information request and state of the law (.7); review environmental material (1.4) | Krieger, A. | 2.1 |
| 01/29/2003 | Review FTI package of environmental material, Torwico. | Berg, M. | 1.0 |
| 01/29/2003 | Review recent materials re treatment/settlement of environmental claims in bankruptcy, form of custodial agreements acceptable to state, federal governments (3.3). | Krieger, A. | 3.3 |
| 01/30/2003 | Extended meeting with J. Ellington re Andrea Mardin re Sealed Air settlement, environmental claims, other (1.8). | Krieger, A. | 1.8 |
| 01/30/2003 | Office conference with K. Pasquale, A. Krieger and representatives of EPA regarding environmental claims against WR Grace (.9). | Kruger, L. | 0.8 |
| 01/30/2003 | Meeting with J. Ellington and Andrea Mardin (EPA) re environmental issues (1.5) | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 3.5 | $ 500 | $ 1,750.00 |
| Krieger, Arlene | 24.9 | 475 | 11,827.50 |
| Kruger, Lewis | 2.9 | 695 | 2,015.50 |
| Pasquale, Kenneth | 2.7 | 495 | 1,336.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,929.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,929.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2003 | O/c with P. Harrington re: Grace November bill, fee auditor's requests for format. | Caskadon, A. | 1.0 |
| 01/02/2003 | Download various documents from online court docket and distribute same. | Defreitas, V. | 1.5 |
| 01/02/2003 | Review of updated docket (.1); memo to V. DeFreitas re obtaining selected docketed pleadings, orders (.1). | Krieger, A. | 0.2 |
| 01/03/2003 | Download various documents from the online court docket and distribute same. | Defreitas, V. | 1.6 |
| 01/03/2003 | Review various online court documents and distribute same. | Defreitas, V. | 4.0 |
| 01/06/2003 | Review updated docket (.1). | Krieger, A. | 0.1 |
| 01/07/2003 | Download documents from court docket and distribute same for attorneys (1.6) retrieve and distribute objection to transfer of claim re: AK request. (.2) | Defreitas, V. | 1.8 |
| 01/07/2003 | Memo from V. DeFreitas re objection to claims transfer (.1); exchange memos w/ V.Defreitas, A. Caskadon re above (.3). | Krieger, A. | 0.4 |

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/08/2003 | Search docs system for project category summary chart in preparation to serve it upon the fee auditor(.2); and update project category summary chart per 6th Interim Quarterly Application (1.3). | Caskadon, A. | 1.5 |
| 01/08/2003 | Exchange memorandum with KP re 1/27/03 hearings before Judge Fitzgerald (.2); memo from RS re project category correspondence from La Vern Ferdinand (.2). | Krieger, A. | 0.4 |
| 01/08/2003 | Review filings over last two weeks. | Sasson, M. | 1.0 |
| 01/09/2003 | Find discrepancy in chart re: project category summaries (2.8); acquire docket from Montana district court in re: USA V. WR Grace (.8) and review (.4). | Caskadon, A. | 4.0 |
| 01/10/2003 | Download documents from court docket and distribute same for attorneys (1.3); Review various documents for assignment of central file categories in preparation for addition to filesurf database. (2.0) | Defreitas, V. | 3.3 |
| 01/13/2003 | Communication with S. Caban(.2) and R.Sianni (.2) re Grace CNO's and review docket re search for same (.5). | Caskadon, A. | 0.9 |
| 01/13/2003 | Attended to filed objection to claims transfers (.3). | Krieger, A. | 0.3 |
| 01/14/2003 | Search Federal-Mogul docket for Motion; download, save and distribute to A. Krieger. | Calvo, F. | 0.5 |
| 01/14/2003 | Download from online court docket recently filed documents and distribute same. | Defreitas, V. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/15/2003 | T/c with S. Caban re: CNO procedures. | Caskadon, A. | 0.5 |
| 01/15/2003 | Office conference KP re fee auditors report to sixth interim fee application. | Krieger, A. | 0.2 |
| 01/16/2003 | Review project category summary chart for discrepancies in preparation for service to fee auditor (2.5); o/c with R.Serrette re: same (.4); t/c with L.Ferdinand re: same (.2); service to L.Ferdinand(.2). | Caskadon, A. | 3.3 |
| 01/16/2003 | Download recently filed documents from court docket and distribute same to attorneys. | Defreitas, V. | 2.7 |
| 01/16/2003 | Exchanged memos with C.Whitney re schedule for Debtors' 2003 business plan presentation to the Committee (.2); memo from C. Whitney re status of discussion with Blackstone on open issues (.2). | Krieger, A. | 0.4 |
| 01/17/2003 | Researched online docket, download and distribute at AK's request re: amendment to schedules of financial affairs question # 17. | Defreitas, V. | 1.4 |
| 01/17/2003 | Download recently filed documents and distribute same. | Defreitas, V. | 0.7 |
| 01/17/2003 | Memo to LK, KP re proposed meeting dates for Debtors' presentation to the Committee, and for meeting with FTI to review analysis (.1); memo from KP re same (.1); attended to Debtors' motion to extend exclusivity (.1); office conference LK re exclusivity motion (.1); memo to KP re FTI analysis (.1); memo to T. Maher, FTI re meeting to discuss analysis and pending motions issues (.1). | Krieger, A. | 0.6 |
| 01/21/2003 | Attended to agenda notice re January 27, hearing before Judge Fitzgerald. | Krieger, A. | 0.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/21/2003 | Memos to LK re meeting to discuss plan issues (.2); review updated docket (.1); memo to V. Defreitas re recently filed pleadings (.1); memo to V. Defreitas re request for pleadings (.1). | Krieger, A. | 0.5 |
| 01/21/2003 | Office conference with A. Krieger regarding court hearing on 1/27/03, agenda for hearing and Zonolite issues. | Kruger, L. | 0.3 |
| 01/22/2003 | Download various online court file documents and distribute same. | Defreitas, V. | 1.6 |
| 01/22/2003 | Attended to fee auditor's initial report on SSL sixth quarterly fee application (3.5); office conference KP re SSL response (.1); office conference AC re expense backup for SSL response (.1). | Krieger, A. | 3.7 |
| 01/23/2003 | Assist A.Krieger research response to Fee Auditor's objection to 6th Interim Application. | Caskadon, A. | 2.4 |
| 01/23/2003 | Arrange service of Fee Auditor's report to J.Nash. | Caskadon, A. | 0.2 |
| 01/23/2003 | Continue to review and obtain back-up information and prepare response to fee auditor's initial report on SSL Sixth Quarterly application (2.0); office conference A. Caskadon re additional back up information for response (.2); office conference RS re paralegal services (.2). | Krieger, A. | 2.4 |
| 01/23/2003 | T/c A. Krieger re: SA litigation, answer. | Sasson, M. | 0.2 |
| 01/24/2003 | Research case docket no. 01-1139 (.3), research case docket no. 01-771 (.3), research case docket no. 01-2210 (.3). | Mohamed, D. | 0.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/26/2003 | Prepared draft of SSL's resposne to Fee Auditor's initital report on SSL's Sixth Quarterly Application. | Krieger, A. | 3.3 |
| 01/27/2003 | Office conference D. Wildes re responses to address certain issues raised by the fee auditor (.2). | Krieger, A. | 0.2 |
| 01/27/2003 | Research case docket no. 01-1139 (.4), download recently filed pleadings and distribute (1.1), research case docket no. 01-771 (.3), research case docket no. 01-2210 (.3), attend to document request re: statement of financial affairs-WR Grace & Co.-CONN (.7). | Mohamed, D. | 2.8 |
| 01/28/2003 | Assist preparation of answer to fee auditor's objection (1.2). | Caskadon, A. | 1.2 |
| 01/28/2003 | Download recently filed documents and distribute same (.7); review various documents for assignment to central file categories in preparation for addition to filesurf database (1.8) | Defreitas, V. | 2.5 |
| 01/28/2003 | Review and revise draft response to Fee Auditor's initial report on SSL's Sixth Quarterly Fee Application (2.1); office conference DW re response (.2) | Krieger, A. | 2.3 |
| 01/29/2003 | Prepare final form of response to Fee Auditors' initial report on SSL's Sixth Interim application (1.0). | Krieger, A. | 1.0 |
| 01/30/2003 | Arrange for Creditor's Committee conference call for 1/31. | Caskadon, A. | 0.4 |
| 01/30/2003 | Memo to AC re scheduling conference call meeting for the Committee (.1); office conference LK re Fee Auditor's inquiry on LK travel time and response (.1); review further | Krieger, A. | 0.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | SSL response (.3); memo to KP, LK re response to fee auditor (.1). | | |
| 01/31/2003 | Download and distribute court filed documents (.8);  review various pleadings for assignment of central file categories in preparation for addition to filesurf database. (1.4) | Defreitas, V. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Calvo, Fernando | 0.5 | $ 170 | $ 85.00 |
| Caskadon, Alexandra | 15.4 | 170 | 2,618.00 |
| Defreitas, Vaughn | 24.1 | 100 | 2,410.00 |
| Krieger, Arlene | 16.7 | 475 | 7,932.50 |
| Kruger, Lewis | 0.3 | 695 | 208.50 |
| Mohamed, David | 3.7 | 100 | 370.00 |
| Sasson, Moshe | 1.2 | 395 | 474.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,098.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 14,098.00 |
|---|---|

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|----|--------------------------------------------------------|
|    | 699843  0017                                           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2003 | Reviewed, revised memo to T. Maher re MCNIC settlement (.5); memo to T. Maher re MCNIC settlement (.1); prepare memorandum to the Committee re Debtors' lease termination, assignment motion (1.0). | Krieger, A. | 1.6 |
| 01/03/2003 | Continue to prepare memorandum to the Committee re Debtors' motion to terminate, assign leases (1.4); memo from T. Maher re MCNIC settlement (.1). | Krieger, A. | 1.5 |
| 01/06/2003 | Review and revise memorandum re Debtors' lease termination and assignment motion (.4). | Krieger, A. | 0.4 |
| 01/07/2003 | Prepare final form of memorandum to the Committee re Debtors' motion to terminate lease and assign sublease (.4); exchange memo with T.Maher re Committee memorandum (.2). | Krieger, A. | 0.6 |
| 01/08/2003 | Review Lampeter premises settlement agreement and modify Committee memo to reflect same (.8); exchange memoranda with W. Katchen re memorandum to the Committee (.1). | Krieger, A. | 0.9 |
| 01/09/2003 | Email to Committee re asbestos legislation (.1) | Pasquale, K. | 0.1 |
| 01/13/2003 | Prepared memorandum re EPA Cost Recovery Litigation | Krieger, A. | 4.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Litigation. | | |
| 01/14/2003 | Review and revise memorandum to the Committee on Libby, Montana cost recovery litigation and decisions rendered in connection therewith (1.1); telephone conference S. Cunningham re Debtors' 2003 business plan presentation to the Committee, agenda and scheduling (.2); memo to LK re same (.1). | Krieger, A. | 1.4 |
| 01/15/2003 | Further revisions to Committee memorandum re Montana cost recovery action (.6). | Krieger, A. | 0.6 |
| 01/16/2003 | Review draft memo to Committee re: Libby decision, T/C A. Krieger. | Berg, M. | 0.4 |
| 01/16/2003 | Prepare memorandum to the Committee re proposed Federal Mogul plan terms and negotiations (1.3); memo to LK, M. Berg re memorandum for the Committee discussing Libby Montana decision (.3); memorandum to T. Maher re memorandum addressing the District Court decision with respect to Libby cost recovery action (2.0). | Krieger, A. | 3.6 |
| 01/17/2003 | Memo from T. Maher re proposed Committee memo on Montana District Court's decision (.1); memo to T. Maher re same (.1); memorandum to the Committee re memorandum on Montana Court's decision in respect of USA's cost recovery action (.3); review and revise memo to the Committee re Federal-Mogul Committees' motion to terminate exclusivity (1.2); memo to T. Maher re Federal-Mogul exclusivity objection (.1); memo to LK re Committee memo on exclusivity objection (1.). | Krieger, A. | 1.9 |
| 01/21/2003 | Memo to the Committee re Federal Mogul's joint motion to terminate exclusivity to file Committee plans (.5); prepared memorandum for LK re bondholder trading motion (.6); | Krieger, A. | 1.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | prepared memo to Tom Maher re trading motion and Committee's position thereon (.2). |  |  |
| 01/23/2003 | Prepared agenda for meeting with FTI representatives and T. Maher (.2). | Krieger, A. | 0.2 |
| 01/24/2003 | Meeting with T. Maher, representative of FTI re recovery analysis discussion, pending matters (1.5). | Krieger, A. | 1.5 |
| 01/24/2003 | Telephone call with T. Maher regarding latest Sealed Air proposal regarding funding (.2). | Kruger, L. | 0.2 |
| 01/24/2003 | Meeting with T. Maher, FTI, L. Kruger, A. Krieger re valuation and related issues (2.0) | Pasquale, K. | 2.0 |
| 01/29/2003 | Office conference LK re conference call meeting of the Committee ; exchanged memos with T. Maher re proposed conference call meeting of the Committee (.2); exchanged memos with KP, and LK re agenda for the call (.2); prepare memo for the Committee re proposed conference call and agenda for the meeting (.3). | Krieger, A. | 0.8 |
| 01/29/2003 | Prepared email memo re results of 1/28 hearing (.3) | Pasquale, K. | 0.3 |
| 01/30/2003 | Office conference LK re 1/31/03 conference call and discussion of revised proposal from Sealed Air (1.); office conference KP re discussion of amended proposal (.2); memo to the Committee re 1/31/03 conference call (.2); memo to the Committee re Sealed Air settlement agreement (.2); memo to T. Maher re Curtis Bay matter (.1); telephone conference T. Maher re same (2.) | Krieger, A. | 1.0 |
| 01/31/2003 | Office conference LK re Grace comments to Sealed Air settlement agreement (.2);  prepare | Krieger, A. | 2.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to the Committee re Grace comments to Sealed Air settlement agreement (.3); exchange memoranda with T. Maher re settlement agreement (.1); memoranda from C. Troyer, T. Maher re Grace/Creditors' Committee meeting (.2); preparation for Committee conference call (1.0); discussed pending matters with Committee on conference call (.7); memo to T. Maher re conference call with Debtors to discuss Curtis Bay (.1). | | |
| 01/31/2003 | Office conference with A. Krieger, K. Pasquale, M. Wintner and by phone with the committee considering exclusivity, D&K as committee members, pension fund issue, environmental, ZAI issues and Sealed Air settlement proposal (.9) | Kruger, L. | 0.9 |
| 01/31/2003 | Conference call with Committee re Sealed Air and pending issues (1.0) | Pasquale, K. | 1.0 |
| 01/31/2003 | Telephone conference call Creditors Committee re Motion to authorize payments to Union Pension Plan. | Wintner, M. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 0.4 | $ 500 | $ 200.00 |
| Krieger, Arlene | 24.1 | 475 | 11,447.50 |
| Kruger, Lewis | 1.1 | 695 | 764.50 |
| Pasquale, Kenneth | 3.4 | 495 | 1,683.00 |
| Wintner, Mark | 0.2 | 595 | 119.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,214.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 14,214.00 |

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2003 | Preliminary review of Grace November bill. | Caskadon, A. | 1.3 |
| 01/09/2003 | Review November 2002 detail for fee application. | Krieger, A. | 0.8 |
| 01/10/2003 | Office conference A. Caskadon re November time detail (.1) | Krieger, A. | 0.1 |
| 01/14/2003 | Review November bill received from accounting (1.6); preliminary review of December bill (1.2); review fee auditor's report for the 6th Interim Fee Application (1.2). | Caskadon, A. | 4.0 |
| 01/14/2003 | Office conference AC re charges relating to fraudulent transfer litigation-related depositions (.2). | Krieger, A. | 0.2 |
| 01/15/2003 | Meeting with P. Harrington re: changes in format to November and December bills. | Caskadon, A. | 0.4 |
| 01/15/2003 | Attention to fee examiner's interim report re SSL 6th fee application (.4) | Pasquale, K. | 0.4 |
| 01/15/2003 | Review and edit spreadsheet for fee auditor (.5). | Serrette, R. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/16/2003 | Review November Fee Application | Caskadon, A. | 1.5 |
| 01/17/2003 | Review disbursements on November Fee Application. | Caskadon, A. | 1.0 |
| 01/21/2003 | Prepare service of fee statement (1.1); various communications w/ S.Caban re: approval of Notice (.3); and serve (.5). | Caskadon, A. | 2.1 |
| 01/22/2003 | Review of December fee detail. | Caskadon, A. | 0.6 |
| 01/27/2003 | Receive edited December bill from A.Krieger, review, and send to P.Harrington for changes. | Caskadon, A. | 0.9 |
| 01/27/2003 | Conf with G. Malpeli and A. Krieger re fee auditors report (.1); review job descriptions (.2). | Serrette, R. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 11.8 | $ 170 | $ 2,006.00 |
| Krieger, Arlene | 1.1 | 475 | 522.50 |
| Pasquale, Kenneth | 0.4 | 495 | 198.00 |
| Serrette, Rosemarie | 0.8 | 170 | 136.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,862.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,862.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/16/2003 | Various t/c with Chambers Associates and local counsel re: obtaining the November 2002 Chambers Associates invoice(.4). | Caskadon, A. | 0.4 |
| 01/21/2003 | Draft and prepare service of FTI Policano & Manzo's fee statement(.8) and serve(.5). | Caskadon, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 1.7 | $ 170 | $ 289.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 289.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 289.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Employee Benefits, Pension |
|---|---|
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/16/2003 | Memo from C. Whitney re Debtors' motion in respect of pension plan funding authorization (.1); memo to C. Whitney re same (.1); review motion for authorization to make pension contribution and notes thereon (.7); memo to C. Whitney re pension plan motion(.3); memo to M. Wintner re pension plan motion (.2). | Krieger, A. | 1.4 |
| 01/17/2003 | Office conference MW re pension payment motion. | Krieger, A. | 0.2 |
| 01/21/2003 | Memo to C. Whitney Troyer re Curtis Bay pension motion (.1);  memo to M. Wintner re same (.1); attended to FTI's Curtis Bay memorandum (.2); telephone conference C. Whitney Troyer re outstanding questions (.4); memo to LK, MW re above (.4); memo to MW, LK re agreement amending the pension plan (.1); memos to and from C. Troyer re Curtis Bay amendment (.2). | Krieger, A. | 1.5 |
| 01/22/2003 | Exchanged memoranda with M. Wintner re review of Curtis Bay motion (.1). | Krieger, A. | 0.1 |
| 01/22/2003 | Review Debtors motion to fund Union Pension Plan and FTI analysis; review IRC Section 401 (a)  (33) | Wintner, M. | 1.0 |
| 01/23/2003 | Extended office conference MW are Curtis Bay motion (1.0); telephone conference C. Troyer | Krieger, A. | 1.7 |

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | motion (1.0); telephone conference C. Troyer re substance of discussion over the Debtors' motion (.5); memo from W. Katchen re Curtis Bay motion (.1); memo to W. Katchen re Curtis Bay motion (.1). |  |  |
| 01/23/2003 | Review Motion to fund Union Pension Plan and research IRC Section 401(a) (33) restriction (0.5); office conference with Arlene Krieger re same (0.8) | Wintner, M. | 1.3 |
| 01/24/2003 | Memo to Jay Kapp and Jan Baer re Curtis Bay motion and scheduling of a conference call to discuss (.2); exchange memoranda with M. Wintner re conference call with Debtors and actuary and preparation of questions in advance thereof (.2). | Krieger, A. | 0.4 |
| 01/27/2003 | Memo to S. Cunningham, E. Ordway re Curtis Bay motion meeting (.1); memo from C. Lane re above (.1). | Krieger, A. | 0.2 |
| 01/28/2003 | Review, revise questions for Curtis Bay discussion (.5); memo from C. Lane re 1/30/03 conference call to address pension related issues (.8); memo to M. Wintner, S. Cunningham re 1/30/03 meeting (.1); memo to M. Wintner re questions (.1). | Krieger, A. | 0.8 |
| 01/30/2003 | Conference call with MW and representative of FTI, Debtors, Blackstone re Curtis Bay motion and information requested (1.3); follow up office conference MW and FTI representative (.3); office conference LK re same (.1); memo to MW re same (.1). | Krieger, A. | 1.8 |
| 01/30/2003 | Telephone conference call A. Krieger and Grace Management and advisers re Union contract at Curtis Bay and Motion to permit catch-up Pension Funding under Section 401(a)(33). | Wintner, M. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|      |             |      |       |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 8.1 | $ 475 | $ 3,847.50 |
| Wintner, Mark | 3.1 | 595 | 1,844.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,692.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,692.00 |
|-----------------------|------------|

| RE | Executory Contracts/Unexpired Leases (Assumption and Rejection) |
|----|------------------------------------------------------------------|
|    | 699843  0023 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/02/2003 | Review Debtors' motion seeking to terminate prime lease and assume/assign sublease. | Krieger, A. | 0.6 |
| 01/03/2003 | Complete review of Debtors' motion re termination and assignment of leases (.4); memo to Lane re two stipulation process to approve lease termination separate from release and litigation settlement (.3). | Krieger, A. | 0.7 |
| 01/06/2003 | Memo to C. Lane re additional inquiry regarding Lease Termination Motion (.1); memo from C. Lane re same (.1); further memo to C. Lane re request for settlement agreement (.1). | Krieger, A. | 0.3 |
| 01/07/2003 | Exchange memos with C. Lane re further inquiry on notice of settlement, Lampeter matter. | Krieger, A. | 0.4 |
| 01/08/2003 | Attended to notice of rejection of Chattanooga lease (.2); memo to C. Lane re additional information requested to assess lease rejection (.2). | Krieger, A. | 0.4 |
| 01/08/2003 | Memos to C. Lane re additional information regarding settlement terms. | Krieger, A. | 0.2 |
| 01/10/2003 | Memo to C. Lane re information for proposed lease rejection (.2); memo from C. Lane re | Krieger, A. | 0.7 |

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | lease rejection (.2); memo from C. Lane re response to inquiry on lease rejection (3.); further memo to C. Lane re same and comment (.2). |  |  |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 3.3 | $ 475 | $ 1,567.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,567.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,567.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Expenses |
|---|---|
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 1.49 |
| Meals | 18.93 |
| Long Distance Telephone | 198.33 |
| Duplicating Costs-in House | 183.30 |
| Facsimile Charges | 17.00 |
| Travel Expenses - Transportation | -307.00 |
| Westlaw | 1098.06 |

| TOTAL DISBURSEMENTS/CHARGES | $ 1,210.11 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,210.11 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| | | |
|---|---|---|
| RE | Litigation and Litigation Consulting | |
| | 699843  0034 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/02/2003 | Attention to debtors' motion to employ counsel for Bartholic litigation (.3) | Pasquale, K. | 0.3 |
| 01/06/2003 | Attended to motion to retain special counsel (Woodcock) to intervene (.6); memo to C. Whitney re potential impact on Grace from infringement litigation (.2). | Krieger, A. | 0.8 |
| 01/06/2003 | Attention to status of settlement documentation (.3) | Pasquale, K. | 0.3 |
| 01/10/2003 | Memo to B. Wolff re status of Sealed Air settlement agreement (.1); memo from B. Wolff re same (.1); memo to LK, KP re same (.1). | Krieger, A. | 0.3 |
| 01/15/2003 | Exchange memos from and to KP re revised form of settlement agreement (.1); review revised settlement agreement and prepare comments thereon (1.3); review registration rights agreement (1.1). | Krieger, A. | 2.5 |
| 01/15/2003 | Attention to Asbestos Committee's revisions to draft settlement agreement (.8) | Pasquale, K. | 0.8 |
| 01/17/2003 | Complete review of registration statement. | Krieger, A. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/21/2003 | Memos from and to KP re DOJ's comments to the Sealed Air Settlement Agreement and meeting to discuss open points (.2); review DOJ's comments to the Settlement Agreement (.1). | Krieger, A. | 0.3 |
| 01/21/2003 | Attention to Grace's comments to draft settlement agreements (.4); telephone conference J. Ellington re same (.1); attention to DOJ comments (.2) | Pasquale, K. | 0.7 |
| 01/22/2003 | Attended to correspondence from the DOJ re Sealed Air settlement comments (.2); memo to KP re same (.1); office conference LK re substance of conversation with H. Wasserstein and S. Birnbaum re settlement agreement (.5); reviewed comments to draft of Sealed Air Agreement (.2); extended conference call with LK, KP and counsel for Sealed Air re settlement agreement (1.0); conference call with KP and M. Greenberg re tax issues raised by Sealed Air (.5); attended to follow-up notes and review of fraudulent transfer complaint (.4); office conference LK re substance of conversation with M.Greenberg (.1); memo to B. Wolff re Sealed Air settlement agreement meeting (.1). | Krieger, A. | 3.1 |
| 01/22/2003 | Office conference with A. Krieger; telephone call with H. Wasserstein and S. Birnbaum regarding Sealed Air's proposal to pay settlement into 524G trust for tax benefits (.9); review of proposed Sealed Air agreement (.6). | Kruger, L. | 1.5 |
| 01/22/2003 | Conference call with Skadden, L. Kruger, A. Krieger re settlement terms (.8); attention to same (.4) | Pasquale, K. | 1.5 |
| 01/23/2003 | Extended office conference M. Greenberg re substance of conversation with D. Lopo (Skadden) re tax position/rationale (.8); office conference LK re inquiry whether successor liability claims are estate claims or individual | Krieger, A. | 3.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | creditor claims (.1); memo to KP re same (.2); further review of Sealed Air complaint (.5); memo to A. Taruschio re research issue on nature of successor liability claims (.1); office conferences A. Taruschio re above (.3); office conferences KP re nature of claims and Skadden tax position (.3); memo to M. Sasson re Sealed Air response to complaint (.5); memo to R. Brandes re Raymark case review (.1); memo from A.Taruschio re case law on successor liability (.3); exchanged further memos with A.T. re follow-up inquiries (.2); further memo from AT re response to AK inquiry (.1); further memo to AT re response (.1); memo to R. Brandes re review of applicable Raymark decision (.1). | | |
| 01/23/2003 | Westlaw research re successor liability issue (2.1); various tc/emails A. Krieger, K. Pasquale re same (.9); review caselaw (2.0); draft memo (.9); various follow emails and calls (.6). | Taruschio, A. | 6.5 |
| 01/24/2003 | Review Keene discussion with successor liability claims (.6); conference call H. Wasserstein re Sealed Air settlement agreement terms (.2); follow up office conference LK, KP re above (.1); memo from R. Brandes re review of IRS Private Letter Ruling (.1). | Krieger, A. | 1.0 |
| 01/24/2003 | Office conference with K. Pasquale and A. Krieger - by phone with H. Wasserstein and S. Birnbaum regarding issues in Sealed Air settlement (.4) | Kruger, L. | 0.4 |
| 01/24/2003 | Attention to Sealed Air settlement issues (1.0) | Pasquale, K. | 1.5 |
| 01/24/2003 | Westlaw research/shepardize re successor liability issue (2.3); tc/emails K. Pasquale re same (.4). | Taruschio, A. | 2.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/27/2003 | Memo to KP re status of Sealed Air Settlement discussions (.1); memo from KP re same (.1); office conference LK re same (.1). | Krieger, A. | 0.3 |
| 01/27/2003 | Telephone call with H. Wasserstein regarding their approach to payment of settlement, tax issue and our possible objection (.3); office conference with K. Pasquale regarding same (.1). | Kruger, L. | 0.4 |
| 01/27/2003 | Attention to Sealed Air settlement terms issues (.5) | Pasquale, K. | 0.5 |
| 01/29/2003 | O/c A. Krieger re: livenote. | Sasson, M. | 0.1 |
| 01/30/2003 | Office conference LK re revised proposal from Sealed Air and discussion of same by the Committee (.1); began to review revised proposal (.5). | Krieger, A. | 0.6 |
| 01/30/2003 | Review of proposed Sealed Air settlement agreement (.4); telephone call with J. Bear and J. Kapp regarding Sealed Air agreement, committee and debtor issues with proposal (.3) | Kruger, L. | 0.7 |
| 01/30/2003 | Attention to revised settlement agreement (2.0); telephone conference Skadden re same (.4); telephone conference P. Lockwood re same (.4) | Pasquale, K. | 2.8 |
| 01/31/2003 | Review Sealed Air settlement agreement and Grace correspondence comments thereon (1.9). | Krieger, A. | 1.9 |
| 01/31/2003 | Telephone call with H. Wasserstein regarding Sealed Air settlement proposal (.2). | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 15.5 | $ 475 | $ 7,362.50 |
| Kruger, Lewis | 3.2 | 695 | 2,224.00 |
| Pasquale, Kenneth | 8.4 | 495 | 4,158.00 |
| Sasson, Moshe | 0.1 | 395 | 39.50 |
| Taruschio Anna | 9.2 | 285 | 2,622.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,406.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,406.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/24/2003 | Review pleadings corresponding to matters on the agenda for hearing on 1/27/03 (.3); office conference DM re agenda and review of dockets (.2); memo to M. Lastowski re 1/27/03 hearing (.1). | Krieger, A. | 0.6 |
| 01/27/2003 | Travel to Wilmington for hearings before Judge Fitzgerald during which prepared information list re Curtis Bay motions; reviewed ZAI-related materials, other (2.5) at hearing before Judge Fitzgerald (1.2); travel back to New York during which prepared questions for Curtis Bay conference call, reviewed SSL December 2002 fee detail, prepared memorandum re hearings (2.5) | Krieger, A. | 6.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 6.8 | $ 475 | $ 3,230.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,230.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| TOTAL FOR THIS MATTER | $ 3,230.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Employment Applications - Others |
|---|---|
| | 699843  0040 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/13/2003 | Attended to Debtors ordinary course professionals notice and exhibit (.2);memo to C. Lane re inquiry regarding deferred payments (.2). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.4 | $ 475 | $ 190.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 190.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 190.00 |
|---|---|

| RE | Tax Issues |
|---|---|
| | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/22/2003 | Assignment received from Mayer Greenberg (0.4); began research on successor liability claims (0.7). | Brandes, R. | 1.1 |
| 01/22/2003 | Call with Krieger and Pasquale re treatment of fradulent conveyance settlement (.6); review complaint (.6); discussion with Brandes re tax issues (.6); review authorities and precedent re treatment of settlement in this context (2.1). | Greenberg, M. | 3.9 |
| 01/23/2003 | Meeting with Mayer Greenberg to discuss results of research and phone call to attorney at Skadden (1.6); research for most recent filings for Sealed Air and other successor liability cases (5.8). | Brandes, R. | 7.4 |
| 01/23/2003 | Discussion with R. Brandes and analysis re treatment of fraudulent conveyance action and availability of deduction (1.0); call with Skadden tax attorney (.3); discussion with Krieger and Brandes re Skadden argument and alternative approaches (.6). | Greenberg, M. | 1.9 |
| 01/23/2003 | R. Brandes - Sealed Air latest - 10-Q & 10-K. | Jones, M. | 0.1 |
| 01/24/2003 | Research on successor liability claims (1.8); meetings and discussions with Mayer Greenberg (1.0). | Brandes, R. | 2.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/24/2003 | Discussion with R Brandes re ruling and call with L Kruger. | Greenberg, M. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Brandes, Ronnie H. | 11.3 | $ 245 | $ 2,768.50 |
| Greenberg, Mayer | 6.7 | 525 | 3,517.50 |
| Jones, Margaret | 0.1 | 120 | 12.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,298.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,298.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 88,139.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 1,210.11 |
| TOTAL BILL | $ 89,349.11 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| WR GRACE & CO | | |
|---|---|---|
| COMPENSATION BY PROJECT CATEGORY | | |
| FEBRUARY 1, 2003 - FEBRUARY 28, 2003 | | |
| | | |
| **MATTER CODE** / **PROJECT CATEGORY** | **HOURS** | **TOTAL FEES ($)** |
| 0003 Claims Analysis Objection, Resolution & Estimation (Asbestos) | 1.0 | $ 395.00 |
| 0008 Asset Analysis and Recovery | 0.2 | $ 95.00 |
| 0013 Business Operations | 1.7 | $ 807.50 |
| 0014 Case Administration | 18.8 | $ 3,524.50 |
| 0017 Committee, Creditors', Noteholders', or Equity Holders' | 26.5 | $ 13,210.50 |
| 0018 Fee Application, Applicant | 5.5 | $ 935.00 |
| 0020 Fee Application, Others | 1.4 | $ 238.00 |
| 0021 Employee Benefits, Pension | 15.3 | $ 7,039.00 |
| 0026 Financing | 2.2 | $ 1,045.00 |
| 0034 Litigation and Litigation Consulting | 49.4 | $ 24,887.00 |
| 0047 Tax Issues | 72.4 | $ 24,136.50 |
| | | |
| **Total** | **194.4** | **$ 76,313.00** |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1334867v3

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | April 7, 2003 |
| INVOICE NO. | 285429 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through February 28, 2003, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2003 | Review settlement memo; FM settlement (.3); t/c K. Pasquale re: same (.2). | Sasson, M. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/06/2003 | Review ABA proposal re: asbestos litigation. | Sasson, M. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Sasson, Moshe | 1.0 | $ 395 | $ 395.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 395.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 395.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Asset Analysis and Recovery |
| --- | --- |
|  | 699843  0008 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 02/26/2003 | Exchanged memoranda with C.Troyer re proposed acquisition (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene | 0.2 | $ 475 | $ 95.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 95.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 95.00 |
| --- | --- |

| RE | Business Operations |
|---|---|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/05/2003 | Exchanged memoranda with K. Lund re Libby, Montana litigation (.2). | Krieger, A. | 0.2 |
| 02/11/2003 | Review unexpired lease rejection notice (.2); exchanged memoranda with C.Lane re information underlying lease rejection request (.2). | Krieger, A. | 0.4 |
| 02/19/2003 | Exchange memoranda with  C. Lane re proposed lease rejection matter, 2/24/03 hearings (.2). | Krieger, A. | 0.2 |
| 02/20/2003 | Review correspondence from C. Lane re lease rejection notice and information  to evaluate (.2); review Landlord's objection to lease rejection (.1); telephone conference C. Lane re above (.3). | Krieger, A. | 0.6 |
| 02/20/2003 | Telephone conference C. Lane re DIP motion (.1). | Krieger, A. | 0.1 |
| 02/26/2003 | Exchanged memoranda with C. Whitney Troyer re Analyses of Grace's 2002 4th quarter operations (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 1.7 | $ 475 | $ 807.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 807.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 807.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2003 | Monitored online docket for the days pleadings and distribute same to attorney working group. | Defreitas, V. | 0.7 |
| 02/03/2003 | Review updated docket | Krieger, A. | 0.1 |
| 02/04/2003 | Research for A. Krieger Supreme Court Decisions in re: FCC v. Next Wave Communications. | Caskadon, A. | 1.8 |
| 02/04/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 1.6 |
| 02/05/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 1.4 |
| 02/05/2003 | Exchanged memoranda with L. Chambers re Mark Atlas (.1); exchanged memoranda with A. Caskadon re Committee conference call (.1); attended to memorandum from L. Hamilton re distribution of Grace financials (.1). | Krieger, A. | 0.3 |
| 02/06/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 1.6 |
| 02/06/2003 | Exchanged memoranda with A.Caskadon re Committee conference call (.2). | Krieger, A. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 0.8 |
| 02/10/2003 | Monitored online docket for days pleadings and distribute same to working group. | Defreitas, V. | 0.8 |
| 02/10/2003 | Review Fee Auditor's final report on SSL 6th Quarterly application (.1); memo to KP,LK re above and proposed reduction (.1); review updated docket (.1). | Krieger, A. | 0.3 |
| 02/11/2003 | At the request of Rose Serrette: docket research/retrieval re: case no. 01-01139 (0.3); docket research/retrieval re: retrieved Examiners Report Re: Stroock Fees (0.2). docket research/retrieval re: schedules and motions filed 02/10/03 - 02/11/03 (0.3). | Bhattacharyya, S. | 0.8 |
| 02/11/2003 | O/c LK re Fee Auditors' proposal to reduce fees (.1); prepare memorandum to Fee Auditor agreeing to compromise (.2); attended to memo from RS re amended schedules filed by the Debtors (.6). | Krieger, A. | 0.9 |
| 02/11/2003 | Research case docket #01-1139 (.8), update case file index re: pleadings (1.6). | Mohamed, D. | 2.4 |
| 02/12/2003 | Monitoring online docket for days pleadings and distribute same. | Defreitas, V. | 2.2 |
| 02/12/2003 | T/c J. Baer re avoidance action analysis, claims review (.2); memoranda to S. Cunningham re amendments to Schedule F for several debtors (.5). | Krieger, A. | 0.7 |
| 02/13/2003 | Exchange memorandum with C. Whitney, L. Hamilton re request for schedules and statements of affairs (.5); exchange memos | Krieger, A. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | with M. Chehi re Debtors' schedules and statements of affair (.2). | | |
| 02/19/2003 | Telephone conference D. Richardson (Creditor) re creditor inquiry regarding the bar date (.1). | Krieger, A. | 0.1 |
| 02/24/2003 | Exchanged memoranda with C. Troyer re Committee/Debtors' 3/12/03 meeting (.2); memo to LK, KP re 3/12/03 meeting (.2). | Krieger, A. | 0.3 |
| 02/25/2003 | Monitoring online docket for days pleadings and distribution of same. | Defreitas, V. | 0.8 |
| 02/25/2003 | Exchanged memoranda with W. Katchen re settlement agreement meeting (.1)., | Krieger, A. | 0.1 |
| 02/26/2003 | Exchanged memoranda with R. Douglas re proofs of claim (.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Bhattacharyya, Sayan | 0.8 | $ 170 | $ 136.00 |
| Caskadon, Alexandra | 1.8 | 170 | 306.00 |
| Defreitas, Vaughn | 9.9 | 100 | 990.00 |
| Krieger, Arlene | 3.9 | 475 | 1,852.50 |
| Mohamed, David | 2.4 | 100 | 240.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,524.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,524.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1334867v3

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders' | |
| | 699843  0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/03/2003 | Prepare final form of memo to the Committee re conference call with Sealed Air regarding further anticipated revisions to the Settlement Agreement (1.0). | Krieger, A. | 1.0 |
| 02/04/2003 | Memorandum to the Committee re presentation by the Debtors on Curtis Bay (.3); extended telephone conference Jay Sakalo re PD Committee concerns on Curtis Bay (.5); memo to M. Wintner re J. Sakalo conversation (.5); telephone conference W. Katchen re Next Wave case and applicability to Grace (.4); exchanged memos with KP re Committee meeting to discuss revised  Sealed Air Agreement (.1); memo from J. Anderson re meeting (.1); memo from M. Chehi re next meeting (.1); memo from W. Katchen re meeting (.1). | Krieger, A. | 2.2 |
| 02/05/2003 | Memo to KP, LK re Committee call to discuss revised Sealed Air Agreement (.2); memo to T. Maher re Committee call (.1); office conference LK re circulation of asbestos-related articles to the Committee (.1); memo to W. Katchen re distribution of ABA-related materials (.1); memo from W. Katchen re circulation of materials to the Committee (.1); exchanged memorandum with B. Wolff re expected circulation of revised Sealed Air Settlement Agreement (.2); memorandum to the Committee re meeting to address revised settlement agreement (.2); memorandum to the | Krieger, A. | 2.5 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee re asbestos-related articles (.1); review asbestos-related materials (.8). | | |
| 02/06/2003 | Set up conference call for committee. | Caskadon, A. | 0.2 |
| 02/06/2003 | Prepare memorandum to the Committee re 2/7/03 conference call information (.2); prepare memorandum for S. Ahern, J. Baer re 2/7/03 presentation by the Debtors (.2); memo to the Committee re Sealed Air Agreement and call to discuss (.1); Committee Conference call re Sealed Air Settlement Agreement (.4). | Krieger, A. | 0.9 |
| 02/06/2003 | Telephone conference with Creditors' Committee considering Sealed Air proposed settlement and best efforts directions with respect to proceeds. | Kruger, L. | 0.5 |
| 02/06/2003 | Committee conference call re Sealed Air settlement issues (.4) | Pasquale, K. | 0.4 |
| 02/07/2003 | Review material for Committee conference call (1.4); memorandum to the Committee re Curtis Bay materials (.2); Committee conference call re Debtors' presentation on Curtis Bay matter (1.0); follow-up office conference MW re review and modification of order, subsequent call with Debtors to discuss valuation date (.4); exchanged memos with J. Baer re meeting to address valuation date, other matters (.2). | Krieger, A. | 3.2 |
| 02/07/2003 | Office conference with A. Krieger and M. Wintner, then conference call with Creditors' Committee and debtor with respect to debtor's pension plan agreement as part of labor negotiations and justification therefore (.9); telephone conference with Committee which approves debtor's presentation and support debtor's result (.3). | Kruger, L. | 1.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2003 | Telephone conference call Creditors' Committee and Debtor (and its professionals re Motion to authorize special contribution to Curtis Bay Union Pension Plan (1.0); telephone call with A. Krieger and Debtor re same (0.6). | Wintner, M. | 1.6 |
| 02/10/2003 | Exchanged memoranda with KP re proposed ex officio status by EPA's consultant (.3); telephone conference F. Monaco re 2/7/03 Committee meeting (.2); t/c B. Katchen re 2/7/03 call and Debtors' presentation (.3). | Krieger, A. | 0.8 |
| 02/14/2003 | Review  DK Acquisition motion mark up (.2); telephone conference M. Friedman re same (.2). | Krieger, A. | 0.4 |
| 02/17/2003 | Review Debtors' motion for authority to enter into an amended DIP Agreement, or alternatively approve a 60-day extension of the existing DIP Agreement and concurrently prepare a memorandum to the Committee discussing same (1.8); review Debtors' motion for authority to implement 2003-LTIP Program and concurrently prepare memorandum to the Committee discussing same (.9). | Krieger, A. | 2.7 |
| 02/20/2003 | Review, revise memorandum to the Committee re DIP, LTIP motions (1.0). | Krieger, A. | 1.0 |
| 02/24/2003 | Telephone conference S. Cunningham, C. Whitney Troyer re proposed agenda for March 12 Committee Meeting (.1); prepare memorandum to the Committee re USG decision in respect to cancer claims (.5). | Krieger, A. | 0.6 |
| 02/25/2003 | Review and revise memo to the Committee re DIP motion and LTIP (2.5); telephone conference C. Whitney Troyer re  modification of Committee memorandum with FTI memorandum (.2); prepared revised FTI memorandum (.6); memo to LK re proposed memo to the Committee (.2); further | Krieger, A. | 3.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to C. Troyer re proposed memorandum to and contact with local counsel to prepare and file. | | |
| 02/25/2003 | Memoranda to LK re 3/12/03 meeting (.2) | Krieger, A. | 0.2 |
| 02/25/2003 | Office conference with A. Krieger regarding agenda for WR Grace meeting (.2). | Kruger, L. | 0.2 |
| 02/26/2003 | Exchanged memorandum with T. Maher re memorandum on pending matters (.1); telephone conference C. Whitney Troyer re modifications to Committee memorandum and 2/25/03 Blackstone discussion (.4); review Committee memorandum on DIP, LTIP (.4). | Krieger, A. | 0.9 |
| 02/26/2003 | Exchanged memoranda with T. Maher re 3/12/03 Committee meeting (.3) | Krieger, A. | 0.3 |
| 02/27/2003 | Office conference with K. Pasquale regarding results of Sealed Air conference call and impact on Committee position. | Kruger, L. | 0.3 |
| 02/28/2003 | Review FTI draft memorandum on DIP and prepare comments thereon (.1); memo to C. Lane re DIP motion (.1); memo to C.Troyer re comments to the draft memorandum (.1); further memos from and to C. Troyer re review of memorandum on amended DIP (.3). | Krieger, A. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 0.2 | $ 170 | $ 34.00 |
| Krieger, Arlene | 22.1 | 475 | 10,497.50 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 2.2 | 695 | 1,529.00 |
| Pasquale, Kenneth | 0.4 | 495 | 198.00 |
| Wintner, Mark | 1.6 | 595 | 952.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,210.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,210.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/05/2003 | Draft Stroock's notice for December fee statement. | Caskadon, A. | 0.4 |
| 02/07/2003 | Various emails to SCaban re approval for notices for December Fee Statements(.3); Prepare Stroock's December fee statement(.8); draft certificate of service(.4); and serve (.8). | Caskadon, A. | 2.3 |
| 02/20/2003 | Review of Trustee spreadsheets for sixth quarterly fee application (.2); confirm same (.2). | Serrette, R. | 0.4 |
| 02/25/2003 | Draft 7th Quarterly fee application (2.2); t/c with PHarrington re same(.2). | Caskadon, A. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 5.1 | $ 170 | $ 867.00 |
| Serrette, Rosemarie | 0.4 | 170 | 68.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 935.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 935.00 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/05/2003 | Draft FTI Policano & Manzo's notice for December fee statement. | Caskadon, A. | 0.4 |
| 02/07/2003 | Prepare FTI's December Fee Statement(.6); draft certificate of service(.4). | Caskadon, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 1.4 | $ 170 | $ 238.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 238.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 238.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| | |
|---|---|
| RE | Employee Benefits, Pension |
| | 699843  0021 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/03/2003 | Memo to M. Wintner re Debtors' presentation on Curtis Bay (.1); memo to T. Maher re Debtors' presentation to the Committee on Curtis Bay (.1); prepare memorandum to Jan Baer re Curtis Bay matter (.6); exchange memos with J. Baer re Curtis Bay response (.2); memo to M. Wintner re case law discussing treatment of pre-petition unfunded liability claims (.1); correspondence from W. Katchen re unenforceability of IRS Code 401(a)(33) following Supreme Court's Next Wave case decision (.1); memo to W. Katchen re inquiry regarding Next Wave decision (.2); memo to J. Sakalo re PD Committee's position on Curtis Bay motion (.1); review correspondence from J. Forgach re additional information in respect of Curtis Bay motion (.6). | Krieger, A. | 2.1 |
| 02/04/2003 | Continued to review Debtors' Curtis Bay informational memorandum (.5); exchanged memoranda with M. Wintner re applicability of Next Wave decision to enforceability of IRS code provision (.2); memo to FTI personnel re Curtis Bay information (.1); office conference MW re Next Wave decision (.1); memo to AC re Next Wave decision (.1); conference call J. Baer, J. Forgach, S. O'Hearn re presentation to the Committee on Curtis Bay, additional information (.4); office conference MW re substance of conference call with Debtors regarding Curtis Bay (.1); office conference MW re Friday afternoon presentation by the | Krieger, A. | 2.6 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Debtors (.1); telephone conference S. O'Hearn re confirming 2:30 presentation (.1); review Next Wave decision (.5); telephone conference S. Cunningham, C. Troyer re additional information from the Company, Committee's position thereon (.4). | | |
| 02/04/2003 | Review actuarial data from Debtors' actuary (Aon) re cost of Curtis Bay agreements (0.3); review Next Wave decision (0.3). | Wintner, M. | 0.6 |
| 02/05/2003 | Telephone conference M. Wintner re Next Wave case, waiver argument (.3); office conference L. Rotker re waiver issue (.3); attended to memo from L.Rotker re review of applicable IRS code provisions and private letter rulings issued (.2); memo to L. Rotker re above (.2); subsequent memo from L. Rotker re response to further AGK inquiries (.2); telephone conference W. Katchen re same and Next Wave (.2); attended to memorandum from W. Katchen (.2). | Krieger, A. | 1.6 |
| 02/05/2003 | Attention to e-mail, conference with A. Krieger (.3), review and research re issue concerning Internal Revenue Code Section 401(a)(33) and pension plan increases (1.5); e-mail re same (.1); follow-up e-mail (.1). | Rotker, L. | 2.0 |
| 02/05/2003 | Telephone conference Arlene Krieger and review data from John Fargach re Motion to Authorize IRC Section 401(a)(33) contribution to Curtis Bay Union Pension Plan. | Wintner, M. | 0.4 |
| 02/06/2003 | Memorandum to LK, KP re Next Wave decision (.3); telephone conference W. Katchen re Next Wave case, Debtors' motion and Committee's position thereon (.3); review memorandum re pension liabilities in bankruptcy (.6); review 401(a)(33) material (.7). | Krieger, A. | 1.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2003 | O/Conf. A. Krieger re: pension research (.5), research (.4) | Gross, J. | 0.9 |
| 02/07/2003 | Office conference J. Gross re research on pension issues (.5) memo to J. Gross re Committee's position on pension matter (.1). | Krieger, A. | 0.6 |
| 02/07/2003 | Conferences with M. Wintner and further research re pension amendment issues. | Rotker, L. | 1.5 |
| 02/10/2003 | Exchanged memoranda with Jan Baer re modifications to the proposed order authorizing Curtis Bay pension amendment (.1); prepare correspondence to Jan Baer re proposed revision to the order approving Curtis Bay motion (.5). | Krieger, A. | 0.6 |
| 02/12/2003 | Memo from J. Baer re revised form of order approving Curtis Bay motion (.2); memo to M.Wintner re same (.1); t/c J.Baer re Curtis Day order (.1). | Krieger, A. | 0.4 |
| 02/13/2003 | Memo to M. Wintner re Debtors' LTIP Motion (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gross, Jonathan E. | 0.9 | $ 185 | $ 166.50 |
| Krieger, Arlene | 9.9 | 475 | 4,702.50 |
| Rotker, Laurel | 3.5 | 450 | 1,575.00 |
| Wintner, Mark | 1.0 | 595 | 595.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,039.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 7,039.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| | | | |
|---|---|---|---|
| RE | Financing 699843  0026 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 02/06/2003 | Telephone conference S. Cunningham, C.Troyer re DIP and LTIP motions to be filed by the Company (.2). | Krieger, A. | 0.2 |
| 02/19/2003 | Telephone conference C. Whitney Troyer re revised DIP information (2). | Krieger, A. | 0.2 |
| 02/21/2003 | Telephone conference C. Whitney Troyer re DIP, LTIP motions and detail for analysis to be forwarded (.3). | Krieger, A. | 0.3 |
| 02/24/2003 | Exchanged memos with Jay Kapp re extension of time to response to DIP motion (.2). | Krieger, A. | 0.2 |
| 02/25/2003 | Exchanged memoranda with J. Kapp re additional detail on the DIP motion (.2). | Krieger, A. | 0.2 |
| 02/27/2003 | Memo to Jay Kapp re status of filing amended DIP (.1); memo from C. Lane re filing of amended DIP (.1); memo to C. Troyer re same (.1); telephone conference S. Cunningham re financial covenant on expenditures of cash for non-foreign entity transactions (.1). | Krieger, A. | 0.4 |
| 02/28/2003 | Telephone conference S. Cunningham re discussion with Blackstone and financial covenant modifications agreed to (.2); telephone conference C.  Lane re status of | Krieger, A. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | amendment (.2); memo to S. Cunningham re draft form of amendment (.1); telephone conference S. Cunningham re amendment (.2). |  |  |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.2 | $ 475 | $ 1,045.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,045.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 1,045.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Litigation and Litigation Consulting |
|----|--------------------------------------|
|    | 699843  0034                          |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/03/2003 | Exchange further memoranda with KP re Sealed Air | Krieger, A. | 0.1 |
| 02/03/2003 | Conference H. Wasserstein, S.Birnbaum re further proposal re Sealed Air settlement agreement (.3); conference call Jan Baer re Grace position on revised proposal (.1). | Krieger, A. | 0.4 |
| 02/03/2003 | Conference call with Skadden, Kruger, Krieger re settlement terms (.3) and attention to same (.5) | Pasquale, K. | 0.8 |
| 02/04/2003 | Exchanged memoranda with R. Brandes re tax driven rational for Sealed Air settlement agreement (.2). | Krieger, A. | 0.2 |
| 02/06/2003 | Memo to B.Wolff re Sealed Air Settlement Agreement (.2); subsequent memo from B.Wolff (.1). | Krieger, A. | 0.3 |
| 02/07/2003 | Office conference LK re Sealed Air settlement conference call (.1); telephone conference B. Wolff re conference call (.1); settlement agreement call (.6); subsequent office conference LK, KP re Committee's position on agreement (.2); exchanged memoranda with J. Baer re Fresenius settlement agreement (.2); memo to D. Rosenbloom re request for Fresenius settlement agreement (.1). | Krieger, A. | 1.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/07/2003 | Office conference with K. Pasquale and A. Krieger - then conference call with H. Silverstein, S. Birnbaum, S. Baena and P. Lockwood considering Sealed Air settlement issues and need for revised settlement agreement. | Kruger, L. | 1.1 |
| 02/07/2003 | Conference call with all parties re Sealed Air settlement terms (.8) | Pasquale, K. | 0.8 |
| 02/10/2003 | Memo to LK, KP re correspondence from D. Rosenbloom re Fresenius agreement (.2); memo from B. Wolff re asbestos counsel comments to Sealed Air Settlement Agreement (.2); office conference KP re revised Sealed Air Agreement and lock-up provisions (.1); review revised agreement (1.0); review Fresenius Agreement (1.2); further office conference KP re lock-up provisions (.1); o/c DW re lock-up provision (.2); subsequent exchange of office conferences KP re lock-up provisions and tax counsel review of Fresenius Agreement (.2); memo from KP re PI Counsel response on lock-up provisions (.1); memos to MG, RB re Fresenius Agreement (.2); exchange memo with D. Rosenbloom re Fresenius Agreement inquiries (.2) | Krieger, A. | 3.6 |
| 02/10/2003 | Review revised Sealed Air settlement agreement (.4); office conference with K. Pasquale regarding Sealed Air settlement agreement (.2). | Kruger, L. | 0.6 |
| 02/10/2003 | Attention to revised draft of Sealed Air settlement agreement (1.5); attention to draft Fresnius settlement agreement (.5) | Pasquale, K. | 2.0 |
| 02/11/2003 | Memorandum from KP re responses from P. Lockwood, Scott Baena re lock-up provision (.2); exchanged memos with KP re Sealed Air call on 2/11/03 (.2). | Krieger, A. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/11/2003 | Telephone conference J. Ellington re draft settlement agreement (.2) | Pasquale, K. | 0.2 |
| 02/12/2003 | Sealed Air Agreement conf call (3.0); office conference R. Brandes re Fresenius Agreement and review of related documentation (1.0); o/c LK, KP re issues raised on conference call (.2); o/c JB re Sealed Air conference call and Fresenius Agreement (.1); memo to M. Greenberg, R. Brandes re Fresenius Agreement (.2); attended to Fresenius tax sharing agreement (.3). | Krieger, A. | 4.8 |
| 02/12/2003 | Office conference with A. Krieger and K. Pasquale; telephone conference with H. Silverstein, P. Lockwood, S. Baena and J. Bear regarding Sealed Air settlement agreement. | Kruger, L. | 1.6 |
| 02/12/2003 | Participated in conference call with all parties re documentation of settlement (3.1); office conference Kruger, Krieger re same (.2) | Pasquale, K. | 3.3 |
| 02/13/2003 | K. Pasquale re: Fresenius complaint. | Sasson, M. | 0.2 |
| 02/14/2003 | Exchanged memoranda with R. Brandes re Fresenius Agreement (.2). | Krieger, A. | 0.2 |
| 02/14/2003 | Telephone conference P. Lockwood re settlement agreement issues | Pasquale, K. | 0.5 |
| 02/17/2003 | Review latest 2/14/03 form of the Sealed Air settlement agreement (1.0); review R. Brandes memorandum re IRS private letter ruling on tax benefit position (.3); memo to R. Brandes re same (.1); review IRS private letter ruling and prepare notes thereon(.8). | Krieger, A. | 2.2 |
| 02/18/2003 | Review the further revised (2/14/03) Sealed Air settlement agreement ( .5); exchanged | Krieger, A. | 0.7 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | settlement agreement (.5); exchanged memoranda with R. Brandes re Fresenius agreement and IRS private letter ruling (.2). | | |
| 02/19/2003 | Complete review of Sealed Air Settlement Agreement and comments thereon (1.0); exchange correspondence with V. Defreitas re docketing of Wolin order and term sheet (.1); exchanged memoranda with KP re 2:00 pm conference calls settlement term sheet and Wolin order (.3); exchange memos with KP re settlement terms (3.); conference call on Sealed Air settlement agreement (2.2); office conference R. Brandes re Fresenius settlement agreement (.4) | Krieger, A. | 4.3 |
| 02/19/2003 | Telephone conference with K. Pasquale, S. Birnbaum, H. Silverstein, S. Baena and P. Lockwood regarding Sealed Air settlement and tax issues. | Kruger, L. | 1.7 |
| 02/19/2003 | Attention to revised settlement agreement (.5); conference call with all parties re same (2.2) | Pasquale, K. | 2.7 |
| 02/20/2003 | Exchanged memos with R. Brandes re Fresenius counsel inquiry (.2). | Krieger, A. | 0.2 |
| 02/21/2003 | Attended to memoranda from B. Wolff, J. Baer re proposed Grace modification to the Sealed Air settlement agreement (.2); telephone conference Jan Baer re Committee's and Grace's position on the settlement agreement (.5); prepared memorandum re substance of conversation with J. Baer re settlement agreement (.8); exchanged memoranda with KP re settlement agreement (.2). | Krieger, A. | 1.6 |
| 02/21/2003 | Memorandum to LK, KP re avoidance action analysis (.2); memorandum from KP re above (.1). | Krieger, A. | 0.3 |

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/22/2003 | Attention to debtors' avoidance claims analysis and related issues (1.5) | Pasquale, K. | 1.5 |
| 02/23/2003 | Review revised 2/12/03 date Sealed Air settlement agreement (1.0). | Krieger, A. | 1.0 |
| 02/24/2003 | Attention to revised draft settlement agreement (.6) | Pasquale, K. | 0.6 |
| 02/25/2003 | Review R. Brandes memorandum re Fresenius settlement agreement  (.6); extended Sealed Air Settlement Agreement conference call (3.8); follow up office conference KP (.2); telephone conference LK re Sealed Air  agreement discussions (.2). | Krieger, A. | 4.8 |
| 02/25/2003 | Conference call with all parties re latest draft settlement agreement (3.6) | Pasquale, K. | 3.6 |
| 02/27/2003 | Conference call with JB re Debtors' position on Sealed Air settlement, Committee's position to date (.2); office conference KP re J. Baer conversation (.1); attended  to settlement agreement discussion (.4); exchanged memoranda with M. Greenberg re Fresenius settlement agreement (.2). | Krieger, A. | 0.9 |
| 02/27/2003 | Telephone conference J. Baer re status of settlement (.3); conference call with all parties re settlement (.6) | Pasquale, K. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 27.3 | $ 475 | $ 12,967.50 |
| Kruger, Lewis | 5.0 | 695 | 3,475.00 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 16.9 | 495 | 8,365.50 |
| Sasson, Moshe | 0.2 | 395 | 79.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,887.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 24,887.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Tax Issues |
|----|------------|
|    | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 02/05/2003 | Reread IRS PLR 200243034 discussing successor liability (1.0); wrote summary of ruling for Arlene Krieger (1.7). | Brandes, R. | 2.7 |
| 02/06/2003 | Finished writing summary of PLR (1.1). | Brandes, R. | 1.1 |
| 02/10/2003 | Read Fresenius Settlement Agreement (1.7). | Brandes, R. | 1.7 |
| 02/10/2003 | Preliminary review, discussion with Brandes and analysis re successor liability issue. | Greenberg, M. | 0.4 |
| 02/11/2003 | Read Fresenius Settlement Agreement (3.0); diagrammed case and transactions (1.0); research re potential tax implications (1.4). | Brandes, R. | 5.4 |
| 02/11/2003 | Discussion with RB and preliminary review re tax provisions of Fresenius settlement. | Greenberg, M. | 0.6 |
| 02/12/2003 | Reviewed Fresenius Agreement and Complaint (3.1); research re: successor liability claims (2.0); preparation for conference call with Debtors' In-House Counsel (1.0). | Brandes, R. | 6.1 |
| 02/12/2003 | Review complaint and other materials and analysis re Fresenius settlement. | Greenberg, M. | 1.3 |

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | analysis re Fresenius settlement. | | |
| 02/13/2003 | Phone calls to set up conference call with Debtors' In-House Counsel, Elyse Fallon (0.6); research re: successor liability claims (2.0); reviewed Fresenius Agreement (0.9). | Brandes, R. | 3.5 |
| 02/13/2003 | Review materials re Fresenius settlement. | Greenberg, M. | 0.6 |
| 02/14/2003 | Read Fresenius Complaint and Settlement Agreement to prepare for conference call (3.6). | Brandes, R. | 3.6 |
| 02/14/2003 | Analysis re ruling and review proposed settlement agreement for impact on justification of deduction. | Greenberg, M. | 1.0 |
| 02/16/2003 | Read Sealed Air Complaint (1.7). | Brandes, R. | 1.7 |
| 02/17/2003 | Email with Mayer Greenberg in preparation for conference call (0.5). | Brandes, R. | 0.5 |
| 02/18/2003 | Prepared for call by reading Sealed Air complaint [1.3]; conference call with Mayer Greenberg, Elyse Fallon and Joe Gibbs [0.9]. | Brandes, R. | 2.2 |
| 02/18/2003 | Call and analysis re Fresenius settlement tax issues. | Greenberg, M. | 2.0 |
| 02/19/2003 | Research re: Section 355 and the consequences (2.8); meeting with Mark Levy and Mayer Greenberg (1.5); drafted memo to A. Krieger summarizing tax implications of the Fresenius | Brandes, R. | 7.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Settlement Agreement and revisions made by M. Greenberg included (3.1). | | |
| 02/19/2003 | Analysis re Fresenius tax issues(.5); conference with Brandes re same (1); conference with Brandes and Levy (1.4); review file memo re conversations with Company tax advisors (.8). | Greenberg, M. | 3.7 |
| 02/19/2003 | Fresenius settlement proposal - review Fresenius Complaint and draft Settlement Agreement (1.3),  o/c Greenberg and Brandes (1.4), analysis/research (.5). | Levy, M. | 3.2 |
| 02/20/2003 | Phone calls exchanged with Debtors' counsel, Elyse Fallon, to discuss follow-up questions regarding Fresenius Settlement Agreement (1.3); discussion with M. Greenberg about Fresenius' basis for deduction (0.3); wrote memo to file discussing information from second call (2.8). | Brandes, R. | 4.4 |
| 02/20/2003 | Conference with Brandes (.3); review rulings and write-ups of various tax calls (.7); analysis of impact on non asbestos creditors (1.0). | Greenberg, M. | 2.0 |
| 02/21/2003 | Wrote memo discussing calls with Elyse Fallon; discussed memos with M. Greenberg and incorporated  revisions to the memos (4.8); prepared for call with David Rosenbloom, Fresenius' counsel (0.7); conference call with M. Greenberg and David Rosenbloom (0.8). | Brandes, R. | 6.3 |
| 02/21/2003 | Meeting with Brandes (.8), review memo(.9), call and analysis re settlement issues (1.2). | Greenberg, M. | 2.9 |
| 02/24/2003 | Revised memos and sent to M. Greenberg for review (1.2); prepared for conference call with | Brandes, R. | 2.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | review (1.3); prepared for conference call with Fresenius' counsel (0.7); conference call with Fresenius' counsel (D. Rosenbloom) and M. Greenberg (0.7). | | |
| 02/24/2003 | Review Brandes file memorandum (.4); call with Fresenius tax counsel (.7); discussion with Brandes and analysis re impact on client of Fresenius approach to settlement (.4); discussion with MAL re same (.3). | Greenberg, M. | 1.8 |
| 02/24/2003 | Fresenius settlement - o/c M. Greenberg and R. Brandes re tax aspects (.3), review Brandes memo re same (.2). | Levy, M. | 0.5 |
| 02/25/2003 | Wrote file memo discussing conference call with Fresenius' counsel (0.8). | Brandes, R. | 0.8 |
| 02/25/2003 | Discussion with Brandes re memos. | Greenberg, M. | 0.4 |
| 02/26/2003 | Revisions to all memos written about conference calls (0.9); distributed memos to A. Krieger, K. Pasquale, M. Greenberg and M. Levy (0.2). | Brandes, R. | 1.1 |
| 02/26/2003 | Review memos re conference calls. | Greenberg, M. | 0.5 |
| 02/27/2003 | E-mails re Fresenius settlement. | Greenberg, M. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Brandes, Ronnie H. | 51.2 | $ 245 | $ 12,544.00 |
| Greenberg, Mayer | 17.5 | 525 | 9,187.50 |
| Levy, Mark | 3.7 | 650 | 2,405.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,136.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 24,136.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 76,313.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES ($) |
|---|---|---|---|
| **WR GRACE & CO** ||||
| **COMPENSATION BY PROJECT CATEGORY** ||||
| **MARCH 1, 2003 - MARCH 31, 2003** ||||
| | | | |
| 0007 | Asbestos: Other | 0.9 | $ 442.50 |
| 0008 | Asset Analysis and Recovery | 1.1 | $ 544.50 |
| 0013 | Business Operations | 4.1 | $ 2,029.50 |
| 0014 | Case Administration | 6.0 | $ 1,824.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.9 | $ 256.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 25.9 | $ 14,057.00 |
| 0018 | Fee Application, Applicant | 39.4 | $ 13,896.00 |
| 0019 | Creditor Inquiries | 0.5 | $ 184.50 |
| 0020 | Fee Application, Others | 3.7 | $ 653.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.2 | $ 99.00 |
| 0026 | Financing (Cash Collateral and DIP Financing) | 5.5 | $ 2,722.50 |
| 0034 | Litigation and Litigation Consulting | 16.2 | $ 8,424.50 |
| 0047 | Tax Issues | 35.7 | $ 15,029.50 |
| | | | |
| | **Total** | **140.1** | **$ 60,163.50** |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1334867v3

# STROOCK

| | |
|---|---|
| DATE | April 22, 2003 |
| INVOICE NO. | 288036 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |
| RE | 699843 W R Grace & Co |

FOR PROFESSIONAL SERVICES RENDERED and disbursements incurred for the period through March 31, 2003 in connection with the following matters:

| | FEES | DISBURSMENTS | TOTAL |
|---|---|---|---|
| 0007 Asbestos: Other | 442.50 | 0.00 | 442.50 |
| 0008 Asset Analysis and Recovery | 544.50 | 0.00 | 544.50 |
| 0013 Business Operations | 2,029.50 | 0.00 | 2,029.50 |
| 0014 Case Administration | 1,824.50 | 0.00 | 1,824.50 |
| 0015 Claims Analysis/Objections/Administration (Non-Asbestos) | 256.50 | 0.00 | 256.50 |
| 0017 Committee, Creditors', Noteholders', or Equity Holders' | 14,057.00 | 0.00 | 14,057.00 |
| 0018 Fee Application, Applicant | 13,896.00 | 0.00 | 13,896.00 |
| 0019 Creditor Inquiries | 184.50 | 0.00 | 184.50 |
| 0020 Fee Application, Others | 653.00 | 0.00 | 653.00 |
| 0022 Environmental Matters/Regulations/Litigation | 99.00 | 0.00 | 99.00 |
| 0024 Expenses | 0.00 | 6,191.15 | 6,191.15 |
| 0026 Financing (Cash Collateral and DIP Financing) | 2,722.50 | 0.00 | 2,722.50 |

| | | | |
|---|---|---|---|
| 0034  Litigation and Litigation Consulting | 8,424.50 | 0.00 | 8,424.50 |
| 0047  Tax Issues | 15,029.50 | 0.00 | 15,029.50 |
| TOTAL | 60,163.50 | 6,191.15 | 66,354.65 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

# STROOCK

## INVOICE

| DATE | April 22, 2003 |
|---|---|
| INVOICE NO. | 288036 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2003, including:

| RE | Asbestos: Other |
|---|---|
| | 699843  0007 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/11/2003 | Attention to Supreme Court, Norfolk decision (.4). | Pasquale, K. | 0.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/12/2003 | Review Supreme Court decision summary, congressional testimony. | Sasson, M. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Pasquale, Kenneth | 0.4 | $ 550 | $ 220.00 |
| Sasson, Moshe | 0.5 | 445 | 222.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 442.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 442.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Asset Analysis and Recovery |
|----|------------------------------|
|    | 699843  0008 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/06/2003 | Review FTI analysis on Tricosal acquisition (.6); telephone conference C. Troyer re comments on same (.2). | Krieger, A. | 0.8 |
| 03/31/2003 | Telephone conference LH re proposed acquisition of California Company (.2); memo to LK, T. Maher re same (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.1 | $ 495 | $ 544.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 544.50 |
|-------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 544.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Business Operations 699843  0013 |
|----|----------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/06/2003 | Review FTI analyses of Grace's Fourth Quarter 2002 performance report (.8); office conference C.Troyer re comments on report (.2). | Krieger, A. | 1.0 |
| 03/10/2003 | Review FTI draft analysis for Committee re 2003 Business Plan Review (2.3). | Krieger, A. | 2.3 |
| 03/11/2003 | Conference call S. Cunningham, L. Hamilton re FTI analysis of 2003 Business Plan Review (.6); exchanged memoranda with LH re revised 2003 analysis (.1); reviewed revised plan analysis (.1). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.1 | $ 495 | $ 2,029.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,029.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,029.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/07/2003 | Review recently filed documents. | Defreitas, V. | 0.2 |
| 03/10/2003 | Exchanged memoranda with AC re participation by telephone at Committee meeting (.1). | Krieger, A. | 0.1 |
| 03/11/2003 | Review amended agenda for 3/17/03 hearing before Judge Fitzgerald (.1); review proposed form of order re 6th Interim Quarterly fee award and fee auditors report (.5); prepare memorandum to P. Galbraith re infirmities in order (.3); office conferences A. Caskadon re infirmities to the order (.2); office conference V. DeFreitas re 6th interim application (.1); office conference A. Caskadon re telephone participation at Committee meeting (.1). | Krieger, A. | 1.3 |
| 03/14/2003 | O/c R Serrette re preparation of charts of fees paid and amounts owed. | Caskadon, A. | 0.5 |
| 03/14/2003 | Review various case documents received from attorneys to assign central file categories in preparation for central files. | Defreitas, V. | 1.4 |
| 03/14/2003 | Review order on 6th quarterly application (.2); exchanged memo to  M. Lastowski re coverage of 3/17/03 hearing (.2); memo to LK, KP re review of agenda; order awarding 6th quarterly application for fees, and coverage for hearing | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2). | | |
| 03/17/2003 | Exchanged memoranda with M. Lastowski re cancellation of 3/17/03 hearing (.1); memo to LK, KP re hearing (.1). | Krieger, A. | 0.2 |
| 03/19/2003 | Article on 401K plan restrictions implemented by Grace and forward same to LK, KP (.2); review updated docket (.1); exchanged memoranda with AC re Grace fee payment history (.2); office conferences AC re CNO's filed for November, December 2002 fee statements (.1). | Krieger, A. | 0.6 |
| 03/27/2003 | Monitored recently online docket and review recently filed pleadings. | Defreitas, V. | 1.0 |
| 03/31/2003 | Review certification of counsel re stipulation with PBGC re filing a consolidated proof of claim (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 0.5 | $ 180 | $ 90.00 |
| Defreitas, Vaughn | 2.6 | 115 | 299.00 |
| Krieger, Arlene | 2.9 | 495 | 1,435.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,824.50 |
|-------------------------------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| TOTAL FOR THIS MATTER | $ 1,824.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/27/2003 | Review docket for claims bar date information and communicate information to Kevin Kelley at JP Morgan. | Caskadon, A. | 0.6 |
| 03/27/2003 | Telephone conference Kevin Kelly re notice of bar date (.1); exchanged memoranda with AC, RS re bar date information request (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 0.6 | $ 180 | $ 108.00 |
| Krieger, Arlene | 0.3 | 495 | 148.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 256.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 256.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Committee, Creditors', Noteholders', or Equity Holders' |
|---|---|
| | 699843  0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/04/2003 | Prepared memorandum for the Committee re March 12, 2003 Committee meeting (.5); memo to T. Maher re Committee memo (.1); exchanged memoranda with J. Anderson re 3/12/03 meeting (.3); memo from F. Monaco re Committee meeting (.1). | Krieger, A. | 1.0 |
| 03/06/2003 | Prepared memorandum for the Committee re analyses of the Tricosal acquisition and the Company's 2002 operating results (.3). | Krieger, A. | 0.3 |
| 03/07/2003 | Memoranda to the Committee re agenda for 3/12/03 meeting (.7); memo to T. Maher re transmittal of FTI analyses to banks executing confidentiality agreement (.1); memoranda to C.Troyer, S. Cunningham re transmittal of analyses and procedure (.4); prepared documentation for LK re Sealed Air and Fresenius settlement agreements and related memoranda (.8); exchanged memoranda with C. Toyer re Debtors' representatives at the meeting and Committee members (.3); exchanged memo with R. Douglas re 3/12/03 meeting (.1); exchanged memoranda with KP re agenda for 3/12/03 meeting (.1). | Krieger, A. | 2.5 |
| 03/10/2003 | Exchanged memoranda with L. Hamilton re 3/12/03 meeting (.1); exchanged office conference KP re additional agenda item for meeting (.1); office conference M. Greenberg re discussion on Sealed Air settlement | Krieger, A. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | agreement (.2); office conferences R. Brandes re memorandum on tax impact on Grace estates from settlements (.3). | | |
| 03/11/2003 | Memo to LK re correspondence from DOJ seeking ex-officio status on the Committee (.2); prepared memo to the Committee re DOJ request (.2); prepare memorandum to the Committee re Fresenius and Sealed Air Agreements (.3); memorandum to the Committee re Grace representatives at the meeting (.3). | Krieger, A. | 1.0 |
| 03/11/2003 | Preparation for committee meeting (.5). | Pasquale, K. | 0.5 |
| 03/12/2003 | Memorandum to the Committee re Debtors' position on termination of COLI policies (.3); memorandum to the Committee re remarks on asbestos litigation from Senator Baucus (.3); exchange memorandum with KP re asbestos remarks (.1); participated at Committee meeting during which Debtors presented operational results, discussed pension and other matters (3.6). | Krieger, A. | 4.3 |
| 03/12/2003 | Creditors' Committee meeting prior to meeting with debtor to consider EPA request to join committee as ex officio and other issues (1.1); Creditors' Committee meeting with debtor regarding results for 2002, business plan, asbestos issues and environmental issues (2.8); Committee meeting to consider its financial advisor comments on debtor's financial performance, business plan, Sealed Air settlement issues and EPA issues (.4). | Kruger, L. | 4.3 |
| 03/12/2003 | Creditors' committee meeting/debtors' presentation (4.0) | Pasquale, K. | 4.0 |
| 03/21/2003 | Memo for KP re substance of conversation with J. Ellington (.1). | Krieger, A. | 0.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/26/2003 | Review memorandum re avoidance actions (.2); memo to S. Cunningham, C. Troyer re above (.1). | Krieger, A. | 0.3 |
| 03/27/2003 | Office conference LK re avoidance action deadline and advice to the Committee re same (.1); began to prepare memorandum to the committee re same (.9); exchanged memoranda with C.Lane re avoidance actions (.1); telephone conferences L. Hamilton re avoidance action schedule (.3). | Krieger, A. | 1.4 |
| 03/28/2003 | Prepare memorandum to the Committee re avoidance actions (4.0); memo to T. Maher re same (.1); memo to L. Hamilton re follow-up information request (.1); office conference KP re draft memorandum (.1). | Krieger, A. | 4.3 |
| 03/31/2003 | Exchanged memoranda from LH re additional information request on avoidance actions (.1); telephone conference L. Hamilton re proposed revision to memo (.1); revised memorandum (.2); memorandum to T. Maher , LK re memo revisions (.2); prepared memorandum to the Committee forwarding avoidance action memorandum (.2); telephone conference W. Katchen re same (.3); exchanged telephone calls KP re same (.1). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 17.1 | $ 495 | $ 8,464.50 |
| Kruger, Lewis | 4.3 | 725 | 3,117.50 |
| Pasquale, Kenneth | 4.5 | 550 | 2,475.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 14,057.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 14,057.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/07/2003 | Assist in preparation of 7th Quarterly fee application (1.4); prepare January and February monthly statements for AKrieger review (.8) | Caskadon, A. | 2.2 |
| 03/09/2003 | Began to review time detail for purposes of preparing seventh quarterly (October - December 2002) fee application (1.2). | Krieger, A. | 1.2 |
| 03/10/2003 | Review Trustee's proposed order approving 6th Quarter fees. | Caskadon, A. | 1.0 |
| 03/10/2003 | Continue to review time detail for preparation of 7th Quarterly Application. | Krieger, A. | 1.4 |
| 03/11/2003 | Communicate with A Krieger (.3) R Serrette (.2) and L Ferdinand (.5) re having 6th Quarterly Fee Order revised. | Caskadon, A. | 1.0 |
| 03/17/2003 | Continue of review time record detail in connection with preparing SSL's 7th quarterly application for fees (1.0). | Krieger, A. | 1.0 |
| 03/18/2003 | O/c with R Serrette re 7th Quarterly fee application (.3); emails with fee auditor re same (.3). | Caskadon, A. | 0.6 |
| 03/18/2003 | Office conference RS re 7th interim fee application and January and February | Krieger, A. | 3.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | application and January and February statement (.2); review January 2003 fee detail (1.5); review February 2003 fee detail (1.4);office conference AC re same (.1) exchanged memoranda with AC re fee auditor's correspondence re 7th Quarterly application (.1). | | |
| 03/19/2003 | Assist in preparation of 7th Quarterly fee aplication, revise per fee orders (1.6); o/c with P Harrington re same (.1); prepare January fee application, edit January fee detail (2.0); o/c with P Harrington re same (.2). | Caskadon, A. | 3.9 |
| 03/19/2003 | Complete review of fee detail for October, November, December and preparation of 7th Quarterly fee application (3.9); office conferences AC re preparation of revised schedules for 7th Quarterly application (.2). | Krieger, A. | 4.1 |
| 03/20/2003 | Prepare 7th Quarterly fee application, revise text (.5); prepare notice for 7th Quarterly fee application and January fee statement, obtain approval from Duane Morris (.8); review edits of January fee detail and prepare certificate of service (.6). | Caskadon, A. | 1.9 |
| 03/20/2003 | Prepare 7th Quarterly fee application. | Krieger, A. | 3.6 |
| 03/21/2003 | Complete preparation of 7th Quarterly fee application draft. | Krieger, A. | 4.5 |
| 03/23/2003 | Review and revise SSL 7th Quaterly fee application (2.2), | Krieger, A. | 2.2 |
| 03/24/2003 | Office conference AC re SSL seventh quarterly fee application (.2). | Krieger, A. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/25/2003 | Prepare 7th Quarterly fee application(1.8); o/c with A.Krieger re same(.3); o/c with K.Pasquale re same(.3); serve 7th Q fee application(1.2). | Caskadon, A. | 3.6 |
| 03/25/2003 | Office conferences AC re finalization of fee applications (.1). | Krieger, A. | 0.1 |
| 03/26/2003 | Prepare and serve January fee application. | Caskadon, A. | 2.8 |
| 03/31/2003 | Update Project Category chart to reflect 7th Quarterly fee application. | Caskadon, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 17.8 | $ 180 | $ 3,204.00 |
| Krieger, Arlene | 21.6 | 495 | 10,692.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,896.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,896.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Creditor Inquiries |
|----|---------------------|
|    | 699843  0019        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2003 | Telephone conference with Grace employee re POC. | Serrette, R. | 0.2 |
| 03/24/2003 | Telephone conference Kurt Fuess (Cypress management) re status of case. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 495 | $ 148.50 |
| Serrette, Rosemarie | 0.2 | 180 | 36.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 184.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 184.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Fee Application, Others |
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2003 | Review online docket for recently filed fees per A. Krieger request. | Defreitas, V. | 0.2 |
| 03/18/2003 | Review (.8) preparation of Notices/Certificates of service (1.8) and service (.9) of FTI's 7th Quarterly fee application and January fee statement. | Caskadon, A. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 3.5 | $ 180 | $ 630.00 |
| Defreitas, Vaughn | 0.2 | 115 | 23.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 653.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 653.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Environmental Matters/Regulations/Litigation |
|----|----------------------------------------------|
|    | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/31/2003 | Memo from KP re proofs of claim filed by the USA/EPA (.1); memo to S.Cunningham, L. Hamilton re above (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.2 | $ 495 | $ 99.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 99.00 |
|------------------------------------------|---------|

| TOTAL FOR THIS MATTER | $ 99.00 |
|-----------------------|---------|

| RE | Expenses |
|----|----------|
|    | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 209.07 |
| Meals | 119.93 |
| Local Transportation | 294.54 |
| Long Distance Telephone | 1205.11 |
| Duplicating Costs-in House | 253.20 |
| Duplicating Costs-Outside | 3787.99 |
| Process Service & Calendar Watch | 153.72 |
| In House Messenger Service | 13.75 |
| Lexis/Nexis | 128.90 |
| Facsimile Charges | 6.00 |
| Westlaw | 18.94 |

| TOTAL DISBURSEMENTS/CHARGES | $ 6,191.15 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,191.15 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| RE | Financing (Cash Collateral and DIP Financing) |
|----|-----------------------------------------------|
|    | 699843  0026                                  |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2003 | Review and comment on FTI DIP memorandum and began to review amendment (1.8). | Krieger, A. | 1.8 |
| 03/02/2003 | Complete review and comment on FTI DIP memorandum (.2); review amendment and proposed form of amended DIP order approving same (1.3); memos to C. Lane re restricted investments provision and amended DIP order provisions (.2). | Krieger, A. | 1.7 |
| 03/02/2003 | Reviewed amended DIP Order (1.2). | Krieger, A. | 1.2 |
| 03/03/2003 | Telephone conference C. Troyer re comments to the memorandum for the Committee on the amended DIP Agreement (.4); review black-lined form of order forwarded by Debtors' counsel (.2); review supplement to Debtors' DIP motion (.2). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 5.5 | $ 495 | $ 2,722.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,722.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,722.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| | |
|---|---|
| RE | Litigation and Litigation Consulting |
| | 699843  0034 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/04/2003 | Exchanged memoranda with KP re 3/5/03 conference call to discuss latest draft settlement agreement, revisions to reflect Committee's position thereon (.2). | Krieger, A. | 0.2 |
| 03/05/2003 | Review further revised settlement agreement (.7); attended to conference call with parties to the agreement (.8); exchanged memoranda with KP re discussion with S. Birnbaum on settlement agreement revisions (.1). | Krieger, A. | 1.6 |
| 03/05/2003 | Telephone conference S. Birnbaum re settlement agreement (.2); telephone conference T. Maher re same (.2); conference call with all parties re draft agreement (1.3) | Pasquale, K. | 1.7 |
| 03/10/2003 | Office conference with K. Pasquale regarding Sealed Air's willingness to accept our suggestion as to treatment of issues in settlement (.2); review of Grace's comments on Sealed Air's agreement (.2). | Kruger, L. | 0.4 |
| 03/10/2003 | Telephone conference D. Lopo/Skadden re settlement agreements issues (.2); office conference L. Kruger re same (.2) | Pasquale, K. | 0.4 |
| 03/11/2003 | Exchanged memoranda with J. Baer re conference call to discuss tax impact on Grace from Sealed Air Agreement (.3); memo to D. | Krieger, A. | 2.4 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | Rosenbloom re Fresenius Settlement Agreement (.1); exchanged memoranda with R. Brandes re final form of Fresenius settlement agreement (.2); review Fresenius Agreement and related memoranda (1.6); exchanged memoranda with M. Greenberg re Sealed Air settlement agreement terms (.2). |  |  |
| 03/11/2003 | Review of latest draft of settlement agreement (.6); conference call with all parties re same (.8) | Pasquale, K. | 1.4 |
| 03/12/2003 | Review RB memorandum re tax-related issues in connection with Sealed Air Settlement Agreement (.1); office conference KP re same (.1); extended telephone conference M. Greenberg re tax issues (.5). | Krieger, A. | 0.7 |
| 03/13/2003 | Telephone conference H. Wassertein re status of agreement (.2) | Pasquale, K. | 0.2 |
| 03/16/2003 | Review revised 3/14 draft of Sealed Air settlement agreement (1.5). | Krieger, A. | 1.5 |
| 03/17/2003 | Attended to memoranda from J. Baer re conference call on Sealed Air settlement agreement (.1); memoranda to M.Greenberg, R. Brandes re 3/14/03 draft of agreement, Committee's position on agreement (.2); memo from B. Wolff re additional proposed changes to the Sealed Air Agreement (.2). | Krieger, A. | 0.5 |
| 03/19/2003 | Review of amended Fresenius Agreement (.3); Sealed Air conference call re remaining comments (.5); exchanged memoranda with R.Brandes re modification and remaining points (.3); exchanged memoranda with MG re Sealed Air Agreement terms (.3). | Krieger, A. | 1.4 |
| 03/19/2003 | Attention to latest revised draft settlement agreement (.6); conference call with all parties | Pasquale, K. | 1.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re same (.5) | | |
| 03/20/2003 | Memo from B.Wolff re additional changes to Sealed Air agreement (.1); memo from Jan Baer re Grace comments to latest draft of Sealed Air Agreement (.1); attended to Sealed Air agreement and latest Grace comments (.3). | Krieger, A. | 0.5 |
| 03/24/2003 | Review 3/20/03 draft of Sealed Air settlement agreement and J. Baer correspondence regarding proposed changes thereto (.8); conference call re settlement agreement (.5). | Krieger, A. | 1.3 |
| 03/24/2003 | Attention to revised settlement agreement (.4); conference call with all parties re same (.5) | Pasquale, K. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 10.1 | $ 495 | $ 4,999.50 |
| Kruger, Lewis | 0.4 | 725 | 290.00 |
| Pasquale, Kenneth | 5.7 | 550 | 3,135.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,424.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 8,424.50 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

| | | |
|---|---|---|
| RE | Tax Issues | |
| | 699843  0047 | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/03/2003 | Review Fresenius settlement agreement (.6) ; e-mails w/Pasquale and analysis re same (.5). | Greenberg, M. | 1.1 |
| 03/10/2003 | Read Sealed Air Settlement Agreement (1.1); discussion about Agreement with M. Greenberg (0.8). | Brandes, R. | 1.9 |
| 03/10/2003 | Review revised settlement agreement with Sealed Air (1.0); analysis re alternative characterization and potential net benefit to Grace (1.4). | Greenberg, M. | 2.4 |
| 03/11/2003 | Read Sealed Air Settlement Agreement (3.0); attended conference call with Grace Tax Counsel (0.8); meeting with M. Greenberg (0.6); draft memo on main tax issues regarding Agreement (2.5). | Brandes, R. | 6.9 |
| 03/11/2003 | Review Sealed Air settlement agreement (.8); analysis re tax issues relating to same (.6); call with tax counsel re Sealed Air agreement (.9); conference with R Brandes and analysis re impact of Sealed Air agreement (1.0), | Greenberg, M. | 3.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/12/2003 | Research on Type D Reorganizations and recharacterizations of those transactions (2.6). | Brandes, R. | 2.6 |
| 03/12/2003 | Revise issues list re Sealed Air settlement and discussion with RB re same (2.4); call with Krieger and review agreement re tax alternatives (1.3). | Greenberg, M. | 3.7 |
| 03/12/2003 | Seated Air settlement - o/c Greenberg re possible adverse tax consequences if settlement payment goes to Asbestos Trust rather than Grace (.5), review Greenberg memo re same (.3). | Levy, M. | 0.8 |
| 03/13/2003 | Status update on Settlement Agreement (0.1). | Brandes, R. | 0.1 |
| 03/14/2003 | Analysis re Sealed Air settlement. | Greenberg, M. | 0.4 |
| 03/17/2003 | Reviewed new version of Sealed Air Settlement Agreement (0.7). | Brandes, R. | 0.7 |
| 03/17/2003 | Review revised settlement documents and e-mails re same. | Greenberg, M. | 1.8 |
| 03/18/2003 | Reviewed Sealed Air Settlement Agreement (2.3). | Brandes, R. | 2.3 |
| 03/19/2003 | Review Sealed Air Settlement Agreement (2.0); meeting with Mayer Greenberg to discuss issues in agreement (1.6). | Brandes, R. | 3.6 |
| 03/19/2003 | Pull SEC public record files S-4 and S-4/A filings for R. Brandes. | Dhanraj, J. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/19/2003 | Review revised Sealed Air agreeement and conference with RB to discuss open issues (2.8); call with A Krieger re same (.6); further review and analysis of settlement documents (.5). | Greenberg, M. | 3.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Brandes, Ronnie H. | 18.1 | $ 295 | $ 5,339.50 |
| Dhanraj, Judy | 0.2 | 120 | 24.00 |
| Greenberg, Mayer | 16.6 | 550 | 9,130.00 |
| Levy, Mark | 0.8 | 670 | 536.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,029.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,029.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 60,163.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 6,191.15 |
| TOTAL BILL | $ 66,354.65 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# EXHIBIT C

SSL-DOCS1 1334867v3

| WR GRACE & CO | | | | |
|---|---|---|---|---|
| **JANUARY 1, 2003 - MARCH 31, 2003** | | | | |
| | | | | **No. of Years** |
| | **Hours** | **Rate** | **Amount** | **In Position** |
| **Partners** | | | | |
| Greenberg, Mayer | 40.8 | $550 | $ 21,835.00 | 5 |
| Kruger, Lewis | 19.9 | $725 | $ 13,971.50 | 33 |
| Levy, Mark | 4.5 | $670 | $ 2,941.00 | 29 |
| Pasquale, Kenneth | 46.3 | $550 | $ 23,501.50 | 4 |
| Wintner, Mark | 5.9 | $595 | $ 3,510.50 | 22 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 3.9 | $500 | $ 1,950.00 | 22 |
| Brandes, Ronnie H. | 80.6 | $295 | $ 20,652.00 | 1 |
| Gross, Jonathan E. | 0.9 | $185 | $ 166.50 | 2 |
| Krieger, Arlene | 240.0 | $495 | $115,264.00 | 18 |
| Rotker, Laurel | 3.5 | $450 | $ 1,575.00 | 18 |
| Sasson, Moshe | 3.5 | $425 | $ 1,407.50 | 8 |
| Taruschio Anna | 9.2 | $285 | $ 2,622.00 | 4 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 59.8 | $180 | $ 10,390.00 | 2 |
| Defreitas, Vaughn | 36.8 | $115 | $ 3,722.00 | 16 |
| Mohamed, David | 6.1 | $100 | $ 610.00 | 15 |
| Serrette, Rosemarie | 1.4 | $180 | $ 240.00 | 16 |
| | | | | |
| **Total** | **563.1** | | **$224,358.50** | |

**EXHIBIT D**

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| WR GRACE & CO | | |
|---|---|---|
| **DISBURSEMENT SUMMARY** | | |
| **JANUARY 1, 2003 - MARCH 31, 2003** | | |
| | | |
| Duplicating Costs-in House | $ | 552.50 |
| Duplicating Costs-Outside | $ | 3,787.99 [1] |
| Facsimile Charges | $ | 23.00 |
| In House Messenger Service | $ | 13.75 |
| Lexis/Nexis | $ | 550.11 [2] |
| Local Transportation | $ | 337.16 |
| Long Distance Telephone | $ | 1,926.29 [3] |
| Meals | $ | 277.05 |
| O/S Information Services | $ | 17.32 |
| Outside Messenger Service | $ | 255.84 |
| Postage | $ | 1.00 |
| Process Service & Calendar Watch | $ | 639.03 |
| Travel Expenses - Transportation | $ | (74.00) |
| Westlaw | $ | 1,117.00 [4] |
| | | |
| **Total** | **$** | **9,424.04** |

---

[1]    This charge is for duplicating materials resulting from discovery conducted in the fraudulent transfer litigation.

[2]    This charge is comprised of the cost for multiple search sessions conducted in February 2003, in connection with (i) the Debtors' motion for authority to fund the amended Curtis Bay pension plan and (ii) the form of fraudulent conveyance litigation settlement agreement with Sealed Air Corporation.

[3]    This charge is comprised of the costs for Committee conference calls on December 3, 2002, January 31, 2003, February 6, 2003 and February 7, 2003.

[4]    This charge is comprised of the costs for research sessions conducted on January 23, 2003 and January 24, 2003 in respect of issues raised by the terms of the Sealed Air settlement agreement.

# STROOCK

| CLIENT | W R Grace & Co |
|---|---|
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED for the period through January 31, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 01/13/2003 | FedEx Log 12/11/02 A CASKADON TO SHELLY CABAN | 1.49 |
| | **Outside Messenger Service Total** | **1.49** |
| **Meals** | | |
| 01/30/2003 | VENDOR: Seamless Web; INVOICE#: 17691; DATE: 02/04/03   - Beckett's Bar & Grill; | 18.93 |
| | **Meals Total** | **18.93** |
| **Long Distance Telephone** | | |
| 01/07/2003 | EXTN.5544, TEL.312-861-2000, S.T.13:03, DUR.02:24 | 1.16 |
| 01/08/2003 | EXTN.6495, TEL.214-698-3868, S.T.12:42, DUR.06:36 | 2.72 |
| 01/09/2003 | EXTN.6495, TEL.406-782-3354, S.T.14:06, DUR.04:36 | 1.94 |
| 01/09/2003 | EXTN.6495, TEL.406-542-7260, S.T.14:11, DUR.05:18 | 2.33 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/13/2003 | EXTN.5544, TEL.201-556-4040, S.T.15:50, DUR.01:06 | 0.78 |
| 01/16/2003 | EXTN.6495, TEL.202-371-9770, S.T.14:49, DUR.03:18 | 1.55 |
| 01/17/2003 | EXTN.6495, TEL.202-371-9770, S.T.13:36, DUR.01:06 | 0.78 |
| 01/21/2003 | EXTN.3544, TEL.201-556-4045, S.T.11:34, DUR.19:36 | 7.76 |
| 01/21/2003 | EXTN.5562, TEL.303-312-7321, S.T.16:42, DUR.00:24 | 0.39 |
| 01/22/2003 | EXTN.5431, TEL.302-426-1900, S.T.11:05, DUR.05:00 | 1.94 |
| 01/23/2003 | EXTN.3544, TEL.201-556-4045, S.T.12:48, DUR.03:54 | 1.55 |
| 01/23/2003 | EXTN.5544, TEL.201-556-4045, S.T.13:03, DUR.06:36 | 2.72 |
| 01/23/2003 | EXTN.5634, TEL.908-507-1632, S.T.14:02, DUR.00:30 | 0.39 |
| 01/23/2003 | EXTN.5634, TEL.908-507-1632, S.T.18:03, DUR.09:30 | 3.88 |
| 01/27/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 01051-02201-03; DATE: 1/5/2003  -  Telecommunication Service charges | 162.22 |
| 01/27/2003 | EXTN.5431, TEL.312-861-2248, S.T.15:17, DUR.00:54 | 0.39 |
| 01/29/2003 | EXTN.5562, TEL.202-862-5065, S.T.12:12, DUR.00:42 | 0.39 |
| 01/30/2003 | EXTN.5431, TEL.312-861-2124, S.T.11:27, DUR.01:30 | 0.78 |
| 01/30/2003 | EXTN.5562, TEL.202-862-5065, S.T.17:00, DUR.00:24 | 0.39 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/30/2003 | EXTN.5562, TEL.202-862-5065, S.T.17:30, DUR.09:48 | 3.88 |
| 01/30/2003 | EXTN.6406, TEL.201-843-4900, S.T.11:55, DUR.01:00 | 0.39 |
| | **Long Distance Telephone Total** | **198.33** |

**Duplicating Costs-in House**

| | | |
|------|-------------|--------|
| 01/02/2003 | | 0.60 |
| 01/02/2003 | | 2.20 |
| 01/02/2003 | | 10.90 |
| 01/10/2003 | | 6.40 |
| 01/10/2003 | | 0.10 |
| 01/14/2003 | | 0.40 |
| 01/15/2003 | | 0.80 |
| 01/17/2003 | | 5.20 |
| 01/21/2003 | | 15.10 |
| 01/21/2003 | | 29.20 |
| 01/21/2003 | | 1.20 |
| 01/22/2003 | | 3.60 |
| 01/22/2003 | | 2.40 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/22/2003 | | 5.00 |
| 01/22/2003 | | 5.00 |
| 01/23/2003 | | 0.80 |
| 01/23/2003 | | 1.30 |
| 01/24/2003 | | 2.50 |
| 01/28/2003 | | 2.40 |
| 01/29/2003 | | 76.00 |
| 01/30/2003 | | 0.70 |
| 01/30/2003 | | 0.60 |
| 01/30/2003 | | 0.20 |
| 01/30/2003 | | 2.50 |
| 01/30/2003 | | 7.90 |
| 01/31/2003 | | 0.30 |
| **Duplicating Costs-in House Total** | | **183.30** |

**Facsimile Charges**

| 01/23/2003 | FAX # 908-598-9053 | 17.00 |
|------------|---------------------|-------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Facsimile Charges Total** | **17.00** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 01/08/2003 | AMEX KRIEGER/ARLENE  on 10/24/2002 | -47.00 |
| 01/08/2003 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 10/24/2002 | -198.00 |
| 01/08/2003 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 11/14/2020 | -198.00 |
| 01/08/2003 | AMEX KRIEGER/ARLENE  on 11/22/2020 | 47.00 |
| 01/08/2003 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 11/22/2020 | 188.00 |
| 01/13/2003 | AMEX KRIEGER/ARLENE NYP.WIL NYP on 12/06/2002 | -99.00 |
| | **Travel Expenses - Transportation Total** | **-307.00** |

**Westlaw**

| | | |
|------|-------------|--------|
| 01/23/2003 | ; Duration 0:00:00; By TARUSCHIO ANNA | 724.00 |
| 01/23/2003 | ; Duration 0:01:45; By BRANDES RONNIE H. | 108.89 |
| 01/24/2003 | ; Duration 0:00:57; By PASQUALE KENNETH | 10.92 |
| 01/24/2003 | ; Duration 0:00:00; By TARUSCHIO ANNA | 254.25 |
| | **Westlaw Total** | **1,098.06** |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 1.49 |
| Meals | 18.93 |
| Long Distance Telephone | 198.33 |
| Duplicating Costs-in House | 183.30 |
| Facsimile Charges | 17.00 |
| Travel Expenses - Transportation | -307.00 |
| Westlaw | 1098.06 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 1,210.11 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

# STROOCK

| CLIENT | W R Grace & Co |
|---|---|
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED for the period from February 1, 2003 through February 28, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 02/07/2003 | Federal Express T#829407411575 A CASKADON to: SHELLEY A CABAN WILMINGTON,DE | 9.62 |
| 02/07/2003 | Federal Express T#829409290070 A CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 9.62 |
| 02/07/2003 | Federal Express T#829409290080 A CASKADON to: WARREN H SMITH DALLAS,TX | 11.56 |
| 02/07/2003 | Federal Express T#829409290091 A CASKADON to: FRANK J PERCH WILMINGTON,DE | 9.62 |
| 02/21/2003 | VENDOR: Parcels/ Virtual Docket; INVOICE#: 6764; DATE: 1/31/2003  -  U.S. Bankruptcy Court/Dist of Del. | 4.86 |
| **Outside Messenger Service Total** | | **45.28** |
| **Meals** | | |
| 02/14/2003 | VENDOR: Europa; INVOICE#: 2534; DATE: 1/30/2003  -  K Pasquale | 22.73 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/14/2003 | VENDOR: Europa; INVOICE#: 3158B; DATE: 1/30/2003 - K Pasquale | 17.59 |
| 02/26/2003 | VENDOR: Cavonberry's; INVOICE#: 020303; DATE: 2/3/2003  L Kruger 1/24/03 | 97.87 |
| **Meals Total** | | **138.19** |

**Local Transportation**

| | | |
|------|-------------|--------|
| 02/04/2003 | VENDOR: Ken Pasquale; INVOICE#: 01/29/03; DATE: 2/4/2003 - 01/23   MTG. IN MIDTOWN - CABFARE | 13.00 |
| 02/05/2003 | VENDOR: Petty Cash; INVOICE#: 02/03/03; DATE: 2/5/2003 - 01/27/03    NY PETTY CASH   A.KRIEGER | 6.00 |
| 02/10/2003 | NYC Two Ways Inc. TARUSCHIO 01/23/03 20:00 M from 180 MAIDEN to E 74 ST | 23.62 |
| **Local Transportation Total** | | **42.62** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 02/04/2003 | EXTN.5492, TEL.954-610-6712, S.T.17:54, DUR.04:06 | 1.94 |
| 02/04/2003 | EXTN.5544, TEL.305-375-6156, S.T.15:32, DUR.20:06 | 8.15 |
| 02/05/2003 | EXTN.5492, TEL.868-627-5482, S.T.08:56, DUR.06:18 | 23.70 |
| 02/05/2003 | EXTN.5492, TEL.868-637-9968, S.T.09:06, DUR.03:48 | 13.54 |
| 02/05/2003 | EXTN.5492, TEL.868-674-8175, S.T.09:11, DUR.00:06 | 3.39 |
| 02/05/2003 | EXTN.5492, TEL.868-680-8746, S.T.09:13, DUR.01:18 | 6.77 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/05/2003 | EXTN.5492, TEL.868-680-8746, S.T.09:16, DUR.02:42 | 10.16 |
| 02/05/2003 | EXTN.5492, TEL.868-680-8746, S.T.09:21, DUR.01:24 | 6.77 |
| 02/05/2003 | EXTN.5492, TEL.954-731-1035, S.T.10:57, DUR.00:06 | 0.39 |
| 02/05/2003 | EXTN.5544, TEL.973-424-2031, S.T.16:58, DUR.06:30 | 2.72 |
| 02/07/2003 | EXTN.5492, TEL.954-610-6712, S.T.15:45, DUR.02:54 | 1.16 |
| 02/07/2003 | EXTN.5544, TEL.267-321-6605, S.T.12:28, DUR.01:18 | 0.78 |
| 02/07/2003 | EXTN.5562, TEL.303-312-7321, S.T.10:41, DUR.03:54 | 1.55 |
| 02/07/2003 | EXTN.6495, TEL.302-657-4924, S.T.15:22, DUR.02:24 | 1.16 |
| 02/12/2003 | EXTN.3544, TEL.312-861-2162, S.T.17:53, DUR.16:00 | 6.21 |
| 02/13/2003 | EXTN.5744, TEL.561-362-1302, S.T.11:08, DUR.01:36 | 0.78 |
| 02/13/2003 | EXTN.5744, TEL.561-362-1312, S.T.11:37, DUR.02:00 | 0.78 |
| 02/14/2003 | EXTN.5744, TEL.561-362-1312, S.T.10:24, DUR.01:48 | 0.78 |
| 02/18/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 02046-02201-03; DATE: 2/5/2003 - Teleconference Calls | 370.80 |
| 02/18/2003 | EXTN.6286, TEL.561-362-1302, S.T.10:34, DUR.30:18 | 12.03 |
| 02/19/2003 | EXTN.5544, TEL.337-583-3504, S.T.12:46, DUR.01:00 | 0.39 |
| 02/19/2003 | EXTN.5744, TEL.561-362-1302, S.T.10:33, DUR.00:42 | 0.39 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/20/2003 | EXTN.5544, TEL.312-861-2000, S.T.10:47, DUR.22:06 | 8.92 |
| 02/20/2003 | EXTN.5744, TEL.312-984-7759, S.T.10:57, DUR.01:12 | 0.78 |
| 02/21/2003 | EXTN.3544, TEL.201-556-4045, S.T.15:06, DUR.10:54 | 4.27 |
| 02/21/2003 | EXTN.5544, TEL.312-861-2162, S.T.15:04, DUR.00:48 | 0.39 |
| 02/21/2003 | EXTN.5544, TEL.312-861-2162, S.T.15:20, DUR.32:42 | 12.80 |
| 02/21/2003 | EXTN.5744, TEL.312-984-7759, S.T.08:32, DUR.00:48 | 0.39 |
| 02/21/2003 | EXTN.5744, TEL.312-984-7759, S.T.14:46, DUR.00:48 | 0.39 |
| 02/24/2003 | EXTN.6286, TEL.312-984-7759, S.T.15:05, DUR.19:12 | 7.76 |
| 02/25/2003 | EXTN.5430, TEL.973-424-2031, S.T.17:08, DUR.02:42 | 1.16 |
| 02/25/2003 | EXTN.5544, TEL.201-556-4045, S.T.11:30, DUR.01:30 | 0.78 |
| 02/26/2003 | EXTN.5544, TEL.201-556-4045, S.T.11:00, DUR.00:18 | 0.39 |
| 02/27/2003 | EXTN.5562, TEL.312-861-2162, S.T.14:06, DUR.15:30 | 6.21 |
| 02/28/2003 | EXTN.3544, TEL.312-861-3268, S.T.14:20, DUR.00:42 | 0.39 |
| 02/28/2003 | EXTN.5544, TEL.312-861-3268, S.T.10:12, DUR.07:12 | 3.10 |
| 02/28/2003 | EXTN.5544, TEL.201-556-4040, S.T.10:50, DUR.00:36 | 0.39 |
| 02/28/2003 | EXTN.5544, TEL.201-556-4040, S.T.15:31, DUR.01:00 | 0.39 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Long Distance Telephone Total**                                 **522.85**

**Duplicating Costs-in House**

| 02/03/2003 | 0.30 |
| 02/04/2003 | 5.70 |
| 02/05/2003 | 1.80 |
| 02/05/2003 | 4.40 |
| 02/06/2003 | 1.30 |
| 02/07/2003 | 1.80 |
| 02/07/2003 | 1.10 |
| 02/07/2003 | 2.70 |
| 02/07/2003 | 19.30 |
| 02/07/2003 | 5.60 |
| 02/07/2003 | 22.40 |
| 02/07/2003 | 0.80 |
| 02/10/2003 | 7.70 |
| 02/10/2003 | 3.60 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/12/2003 | | 0.20 |
| 02/18/2003 | | 12.30 |
| 02/18/2003 | | 17.30 |
| 02/18/2003 | | 1.30 |
| 02/20/2003 | | 0.40 |
| 02/21/2003 | | 0.60 |
| 02/21/2003 | | 0.20 |
| 02/21/2003 | | 2.80 |
| 02/26/2003 | | 2.40 |

**Duplicating Costs-in House Total**                                      **116.00**

**Postage**

| 02/11/2003 | Postage Charged by  on 02/07/2003 | 1.00 |

**Postage Total**                                      **1.00**

**Process Service & Calendar Watch**

| 02/20/2003 | VENDOR: Pacer Service Center; INVOICE#: 110102A; DATE: 11/1/2002  -  november/02 | 164.78 |
| 02/20/2003 | VENDOR: Pacer Service Center; INVOICE#: 100102A; DATE: 10/1/2002  -  Net charges  10/1/02- 10/31/02 | 186.83 |
| 02/24/2003 | Pacer bill for 12/02 | 133.70 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

**Process Service & Calendar Watch Total**      **485.31**

**O/S Information Services**

| 02/26/2003 | VENDOR: Global Securities Information, Inc; INVOICE#: IN000128131; DATE: 1/31/2003  -  Usage through 1/31/03 | 17.32 |

    **O/S Information Services Total**      **17.32**

**Lexis/Nexis**

| 02/05/2003 | | 208.00 |
| 02/07/2003 | | 61.00 |
| 02/11/2003 | | 7.64 |
| 02/18/2003 | | 6.74 |
| 02/19/2003 | | 127.00 |
| 02/19/2003 | | 10.83 |

    **Lexis/Nexis Total**      **421.21**

**Travel Expenses - Transportation**

| 02/24/2003 | VENDOR: CHASE Business Credit Card; INVOICE#: 020303; DATE: 2/3/2003  -  Visa charge 1/27/03 A Krieger Penn to Wilmington | 233.00 |

    **Travel Expenses - Transportation Total**      **233.00**

## BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 45.28 |
| Meals | 138.19 |
| Local Transportation | 42.62 |
| Long Distance Telephone | 522.85 |
| Duplicating Costs-in House | 116.00 |
| Postage | 1.00 |
| Process Service & Calendar Watch | 485.31 |
| O/S Information Services | 17.32 |
| Lexis/Nexis | 421.21 |
| Travel Expenses - Transportation | 233.00 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 2,022.78 |

# STROOCK

| CLIENT | W R Grace & Co |
| --- | --- |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED for the period through March 31, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 03/17/2003 | FedEx Log  1/21/03 A.CASCADON TO W.SMITH | 11.45 |
| 03/17/2003 | FedEx Log  1/21/03 A.CASCADON TO D.SIEGAL | 9.53 |
| 03/17/2003 | FedEx Log  1/21/03 A.CASCADON TO F.PERCH | 9.53 |
| 03/17/2003 | FedEx Log 1/21/03 A.CASCADON TO S.CABAN | 9.53 |
| 03/18/2003 | Federal Express T#831137271775 A CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 11.72 |
| 03/18/2003 | Federal Express T#831137271786 A CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 11.02 |
| 03/18/2003 | Federal Express T#831137271797 A CASKADON to: WARREN H SMITH DALLAS,TX | 17.85 |
| 03/18/2003 | Federal Express T#831137271801 A CASKADON to: WARREN H SMITH DALLAS,TX | 20.13 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/18/2003 | Federal Express T#836515046777 A CASKADON to: FRANK J. PERCH WILMINGTON,DE | 9.67 |
| 03/18/2003 | Federal Express T#836515046788 A CASKADON to: FRANK J. PERCH WILMINGTON,DE | 11.72 |
| 03/18/2003 | Federal Express T#836515046799 A CASKADON to: S CABAN WILMINGTON,DE | 9.67 |
| 03/18/2003 | Federal Express T#836515046803 A CASKADON to: SHELLEY CABAN WILMINGTON,DE | 11.72 |
| 03/19/2003 | FedEx Log A.CASKADON TO S.CABAN 2/7/03 | 1.35 |
| 03/19/2003 | FedEx Log A.CASCADON TO D.SIEGAL 2/7/03 | 1.35 |
| 03/19/2003 | FedEx Log A.CASCADON TO W.SMITH 2/7/03 | 6.19 |
| 03/19/2003 | FedEx Log A.CASKADON TO F.PERCH 2/7/03 | 1.35 |
| 03/25/2003 | Federal Express T#836515046836 A CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 11.72 |
| 03/25/2003 | Federal Express T#836515046847 A CASKADON to: WARREN H SMITH DALLAS,TX | 20.13 |
| 03/25/2003 | Federal Express T#836515046858 A CASKADON to: FRANK J. PERCH WILMINGTON,DE | 11.72 |
| 03/25/2003 | Federal Express T#836515046869 A CASKADON to: SHELLEY CABAN WILMINGTON,DE | 11.72 |

**Outside Messenger Service Total**                                          **209.07**

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Meals** | | |
| 03/03/2003 | VENDOR: Seamless Web; INVOICE#: 19430; DATE: 03/11/03  - Cove Bistro;For two people. | 34.26 |
| 03/05/2003 | VENDOR: Seamless Web; INVOICE#: 18591; DATE: 03/04/03  - Nagoya Japanese; Ordered on 02/26/03; | 25.22 |
| 03/05/2003 | VENDOR: Seamless Web; INVOICE#: 18591; DATE: 03/04/03  - Cove Bistro; Ordered on 02/27/03;For two people | 30.98 |
| 03/05/2003 | VENDOR: Seamless Web; INVOICE#: 18591; DATE: 03/04/03  - Panino Giusto; Ordered on 02/27/03; | 29.47 |
| | **Meals Total** | **119.93** |
| **Local Transportation** | | |
| 03/06/2003 | NYC Two Ways Inc. BRANDES 02/19/03 21:47 M from 180 MAIDEN to 60     W 23 S | 19.71 |
| 03/12/2003 | NYC Two Ways Inc. KRIEGER 02/25/03 22:00 M from 180 MAIDEN to 10     EAST E | 24.60 |
| 03/12/2003 | NYC Two Ways Inc. CASKADON 02/26/03 20:10 M from 180 MAIDEN to NJ  HOBOKEN | 43.45 |
| 03/19/2003 | NYC Two Ways Inc. BRANDES 03/10/03 21:21 M from 180 MAIDEN to 33     W 71 S | 28.72 |
| 03/19/2003 | NYC Two Ways Inc. CASKADON 03/04/03 18:00 M from 180 MAIDEN to 146    ORCHAR | 14.81 |
| 03/19/2003 | NYC Two Ways Inc. PASQUALE 02/25/03 20:28 M from 180 MAIDEN to NJ  SUMMIT | 77.85 |
| 03/28/2003 | NYC Two Ways Inc. PASQUALE 03/12/03 12:56 M from 180 MAIDEN to 767   3 AVE | 33.44 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/28/2003 | NYC Two Ways Inc. KRIEGER 03/11/03 21:33 M from 180 MAIDEN to EAST END AVE | 32.25 |
| 03/28/2003 | NYC Two Ways Inc. BRANDES 03/11/03 22:19 M from 180 MAIDEN to 60    W 23 S | 19.71 |
| | **Local Transportation Total** | **294.54** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 03/03/2003 | EXTN.5544, TEL.201-556-4045, S.T.09:58, DUR.21:48 | 8.54 |
| 03/06/2003 | EXTN.3544, TEL.201-556-4045, S.T.12:27, DUR.19:30 | 7.76 |
| 03/10/2003 | EXTN.5544, TEL.312-861-2162, S.T.18:58, DUR.00:48 | 0.39 |
| 03/10/2003 | EXTN.5562, TEL.303-312-7321, S.T.12:19, DUR.02:54 | 1.16 |
| 03/10/2003 | EXTN.6495, TEL.941-794-5447, S.T.16:03, DUR.00:18 | 0.39 |
| 03/11/2003 | EXTN.5544, TEL.201-556-4040, S.T.11:30, DUR.32:24 | 12.80 |
| 03/11/2003 | EXTN.5562, TEL.202-371-9770, S.T.14:09, DUR.00:24 | 0.39 |
| 03/11/2003 | EXTN.6286, TEL.312-861-2162, S.T.16:05, DUR.47:06 | 18.62 |
| 03/11/2003 | EXTN.6495, TEL.302-252-2900, S.T.10:57, DUR.00:54 | 0.39 |
| 03/11/2003 | EXTN.6495, TEL.214-698-3868, S.T.12:53, DUR.01:48 | 0.78 |
| 03/11/2003 | EXTN.6495, TEL.202-973-2462, S.T.17:12, DUR.00:54 | 0.39 |
| 03/12/2003 | EXTN.5011, TEL.202-973-2462, S.T.13:47, DUR.03:16:54 | 76.44 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/19/2003 | EXTN.6495, TEL.302-252-2928, S.T.15:31, DUR.00:30 | 0.39 |
| 03/20/2003 | EXTN.6495, TEL.302-657-4924, S.T.12:57, DUR.00:36 | 0.39 |
| 03/24/2003 | VENDOR: Deraventures, Inc.; INVOICE#: 03048-02201-03; DATE: 3/5/2003  -  Teleconference Calls | 1,056.47 |
| 03/24/2003 | EXTN.5562, TEL.305-374-7580, S.T.17:28, DUR.01:24 | 0.78 |
| 03/25/2003 | EXTN.6495, TEL.302-657-4924, S.T.15:23, DUR.01:42 | 0.78 |
| 03/26/2003 | EXTN.5760, TEL.973-424-2031, S.T.17:30, DUR.00:42 | 0.39 |
| 03/27/2003 | EXTN.5544, TEL.201-556-4021, S.T.15:48, DUR.26:06 | 10.48 |
| 03/28/2003 | EXTN.6495, TEL.201-888-9873, S.T.14:21, DUR.01:54 | 0.78 |
| 03/31/2003 | EXTN.3544, TEL.201-556-1232, S.T.10:55, DUR.16:06 | 6.60 |

**Long Distance Telephone Total**                                                        **1,205.11**

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 03/04/2003 | | 4.00 |
| 03/04/2003 | | 0.20 |
| 03/04/2003 | | 0.60 |
| 03/04/2003 | | 0.80 |
| 03/07/2003 | | 15.40 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10/2003 | | 2.20 |
| 03/11/2003 | | 1.80 |
| 03/11/2003 | | 3.50 |
| 03/11/2003 | | 4.20 |
| 03/11/2003 | | 1.80 |
| 03/11/2003 | | 15.00 |
| 03/11/2003 | | 0.30 |
| 03/12/2003 | | 8.50 |
| 03/14/2003 | | 1.50 |
| 03/18/2003 | | 56.00 |
| 03/18/2003 | | 0.60 |
| 03/19/2003 | | 31.40 |
| 03/19/2003 | | 3.00 |
| 03/19/2003 | | 10.30 |
| 03/19/2003 | | 0.20 |
| 03/20/2003 | | 1.60 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/25/2003 | | 10.60 |
| 03/25/2003 | | 56.70 |
| 03/26/2003 | | 20.30 |
| 03/31/2003 | | 2.70 |
| | **Duplicating Costs-in House Total** | **253.20** |

**Duplicating Costs-Outside**

| 11/13/2002 | VENDOR: Skyline Duplication & Document Managemen; INVOICE#: D3945-MAR; DATE: 4/24/2002 - Copies | 3,787.99 |
|------------|------------------------------------------------------------------------------------------------|----------|
| | **Duplicating Costs-Outside Total** | **3,787.99** |

**Process Service & Calendar Watch**

| 03/13/2003 | VENDOR: Pacer Service Center; INVOICE#: 010103; DATE: 1/1/2003 - January 2003 On Line usage | 153.72 |
|------------|---------------------------------------------------------------------------------------------|--------|
| | **Process Service & Calendar Watch Total** | **153.72** |

**In House Messenger Service**

| 03/07/2003 | Early Bird Messenger Bike Standard from to RES-LOUICE CROOGER, 257 W 86TH ST | 13.75 |
|------------|-----------------------------------------------------------------------------|-------|
| | **In House Messenger Service Total** | **13.75** |

**Lexis/Nexis**

| 03/11/2003 | | 72.00 |
|------------|--|-------|
| 03/11/2003 | | 56.90 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Lexis/Nexis Total** | **128.90** |
| | | |
| **Facsimile Charges** | | |
| 03/05/2003 | FAX # 212-735-2000 | 6.00 |
| | **Facsimile Charges Total** | **6.00** |
| | | |
| **Westlaw** | | |
| 03/12/2003 | ; Duration 0:01:47; By PASQUALE KENNETH | 18.94 |
| | **Westlaw Total** | **18.94** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 209.07 |
| Meals | 119.93 |
| Local Transportation | 294.54 |
| Long Distance Telephone | 1205.11 |
| Duplicating Costs-in House | 253.20 |
| Duplicating Costs-Outside | 3787.99 |
| Process Service & Calendar Watch | 153.72 |
| In House Messenger Service | 13.75 |
| Lexis/Nexis | 128.90 |
| Facsimile Charges | 6.00 |
| Westlaw | 18.94 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 6,191.15 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

SSL-DOCS1 1334867v3