IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: June 9, 2003 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR BANKRUPTCY MANAGEMENT CORPORATION' MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2003 THROUGH JANUARY 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:71448.1

**Bankruptcy Management Corporation**
6096 Upland Terrace S,  Seattle, WA 98118
206/725-5405

WR Grace
Invoice #: WRG030131
Amount Due: $75,547.90

Period Ending  1/31/2003

| | Billable | | Travel | | |
|---|---|---|---|---|---|
| | Hours | Rate | Hours | Rate | Invoice Amount |
| *Case Administration Support* | | | | | |
| Lisa Ruppaner | 19.8 | $95.00 | | | $1,881.00 |
| Eva Valles | 9.6 | $90.00 | | | $864.00 |
| Anna Wick | 28.5 | $110.00 | | | $3,135.00 |
| *Case Management Services* | | | | | |
| Sean Allen | 0.7 | $275.00 | | | $192.50 |
| Martha Araki | 24.9 | $210.00 | | | $5,229.00 |
| Brendan Bosack | 28.0 | $175.00 | | | $4,900.00 |
| Steffanie Cohen | 32.1 | $110.00 | | | $3,531.00 |
| Diane George | 0.5 | $140.00 | | | $70.00 |
| Sheila Goold | 0.1 | $125.00 | | | $12.50 |
| Julia Hasenzahl | 8.9 | $275.00 | | | $2,447.50 |
| Susan Herrschaft | 229.7 | $210.00 | | | $48,237.00 |
| Myrtle John | 0.3 | $195.00 | | | $58.50 |
| *Technology Support* | | | | | |
| Igor Braude | 0.8 | $125.00 | | | $100.00 |
| Steven Heathcock | 24.4 | $150.00 | | | $3,660.00 |
| **WR Grace Total** | **408.3** | | | | **$74,318.00** |

*Average Billing Rate this Period  $182.02*

| | |
|---|---|
| Total Hours: | 408.3 |
| Billed Total: | $74,318.00 |
| Expense Total: | $1,229.90 |
| **Total:** | **$75,547.90** |

EXHIBIT "1"

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------|------|------|------|------|
| **January 2003** | | | | | | |
| **Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/8/2003 | 0.4 | $84.00 | Phone call w/ Rust re: asbestos claims docketing |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/27/2003 | 1.0 | $210.00 | Review asbestos claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/28/2003 | 2.0 | $420.00 | Review asbestos claims (.9), identify potentially substantive claims (1.1) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/29/2003 | 0.3 | $63.00 | Discussion w/ M Dalsin re: asbestos expanded sections data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/29/2003 | 1.5 | $315.00 | Analysis of asbestos claims |
| | Asbestos Claims Total: | | | 5.2 | $1,092.00 | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/2/2003 | 11.0 | $2,310.00 | Detailed analysis and comparison of accts payable invoices to scheduled invoices to determine and verify correct amendment amt for each creditor (6.0); revise b-Linx to reflect correct amendment amts (5.0) |
| STEFFANIE COHEN - REC | | $110.00 | 1/2/2003 | 0.8 | $88.00 | Continue analysis of potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $110.00 | 1/2/2003 | 2.0 | $220.00 | Additional analysis of potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $110.00 | 1/2/2003 | 1.0 | $110.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $110.00 | 1/2/2003 | 4.0 | $440.00 | Further analysis of potential amendment report to identify and investigate mismatched vendors and invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/3/2003 | 9.5 | $1,995.00 | Continue detailed analysis and comparison of accts payable invoices to scheduled invoices to determine and verify correct amendment amt for each creditor (5.5); revise b-Linx to reflect correct amendment amts (4.0) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/3/2003 | 0.3 | $63.00 | Meet w/ JHasenzahl re: schedule amendments |
| STEFFANIE COHEN - REC | | $110.00 | 1/3/2003 | 3.5 | $385.00 | Analyze potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $110.00 | 1/3/2003 | 3.3 | $363.00 | Continue analysis of potential amendment report to identify and investigate mismatched vendors and invoices |
| STEFFANIE COHEN - REC | | $110.00 | 1/3/2003 | 1.2 | $132.00 | Continue analysis of potential amendment report to identify and investigate mismatched vendors and invoices |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/3/2003 | 0.5 | $137.50 | Meet w/SHerrschaft regarding status of amendments and related claim review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/4/2003 | 5.0 | $1,050.00 | Review (1.9) and amend (3.1) spreadsheet catagorizing potential amendments |
| ANNA WICK - DATA | | $110.00 | 1/5/2003 | 0.6 | $66.00 | Update return mail to b-Linx |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/5/2003 | 4.0 | $840.00 | Review (1.1) and amend (2.9) spreadsheet catagorizing potential amendments |
| ANNA WICK - DATA | | $110.00 | 1/6/2003 | 0.4 | $44.00 | Analyze claim & image extract (12-26-02), b-Linx data review and verification, report data anomalies to Project Manager/CSA |

Page 1 of 14

EXHIBIT "1"

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| **January 2003** | | | | | | |
| **Case Administration** | | | | | | |
| LISA RUPPANER – CASE | | $95.00 | 1/6/2003 | 1.2 | $114.00 | Review Case Docket and provide Calendar Updates to Case Calendar. |
| LISA RUPPANER – CASE | | $95.00 | 1/6/2003 | 0.2 | $19.00 | Provide update to the 2002 List. |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/6/2003 | 1.7 | $357.00 | Review/revise spreadsheet catagorizing potential amendments |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/6/2003 | 1.0 | $210.00 | Meet w/ BBosack re: creation of revised possible amendment report |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/6/2003 | 0.5 | $105.00 | Investigate exception report for potential amendments |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/6/2003 | 3.5 | $735.00 | Review revised potential amendments report (3.3); prep corresp to M Brown re report (.2) |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/6/2003 | 0.8 | $168.00 | Analysis of b-Linx for duplicate/amended claims, match schedules, assign ownership. |
| BRENDAN BOSACK – SR_DATA | | $175.00 | 1/6/2003 | 1.0 | $175.00 | Conversations with SHerrschaft regarding preparation of reports and analysis strategy for amendments |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/7/2003 | 9.2 | $1,932.00 | Analysis of potential amendments with more than one corresponding schedule record (4.1); revise b-Linx to assign correct schedule record to amendments (5.1) |
| LISA RUPPANER – CASE | | $95.00 | 1/8/2003 | 1.0 | $95.00 | Review Case Docket Listing and provide update to Project Manager. |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/8/2003 | 0.5 | $105.00 | Conf call w/ J Hasenzahl, B Bosack re: schedule amendments |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/8/2003 | 0.5 | $105.00 | Confer w/ T Feil re: noticing requirments for schedule amendments |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/8/2003 | 0.5 | $105.00 | Research re: Delaware local noticing rules |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/8/2003 | 7.0 | $1,470.00 | Analyze potential amendments w/ more than one possible schedule match (3.5); revise b-Linx to match correct schedule to amendment (3.5) |
| STEFFANIE COHEN – REC | | $110.00 | 1/8/2003 | 3.3 | $363.00 | Analyze potential amendments report; manually compare scheduled invoices to open AP to match new invoices to appropriate schedules |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/9/2003 | 1.0 | $210.00 | Conf call w/ JHasenzahl & BBosack re: schedule amendments |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/9/2003 | 0.5 | $105.00 | Conf call w. M. Brown, BBosack re: schedule amendments |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/9/2003 | 2.5 | $525.00 | Prep BMC activity update (2.3); prep corresp to F Zaremby re same (.2) |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/9/2003 | 0.3 | $63.00 | Call w/ M Brown re: schedule amendment options |
| SUSAN HERRSCHAFT – SR_CONSULT | | $210.00 | 1/9/2003 | 5.9 | $1,239.00 | Analyze potential amendments report to identify improperly matched invoices (2.3); revise b-Linx to assign creditor groups for further review (3.6) |
| STEFFANIE COHEN – REC | | $110.00 | 1/9/2003 | 4.0 | $440.00 | Analyze potential amendments report; manually compare scheduled invoices to open AP to match new invoices to appropriate schedules |
| STEFFANIE COHEN – REC | | $110.00 | 1/9/2003 | 1.0 | $110.00 | Analyze potential amendments report; manually compare scheduled invoices to open AP to match new invoices to appropriate schedules |

EXHIBIT "1"

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------------|------|------|-----------|-------------|
| **January 2003** | | | | | | |
| **Case Administration** | | | | | | |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/9/2003 | 1.5 | $262.50 | Communications with SHerrschaft and MBrown (WRG) regarding schedule amendments status, progress, and procedures for filing amendments |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/9/2003 | 0.1 | $27.50 | Discussion w/JBaer re amendments, timeline and creditor noticing issues |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/9/2003 | 1.0 | $275.00 | Conf call w BBosack/SHerrschaft re noticing options, preparation of data, determine programmatic way of identifying discrepancies in original schedules |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/9/2003 | 0.4 | $110.00 | Discussions w/BBosack re options for extracting schedule data from filed pdfs, comparing PwC data files to printed schedules, determining discrepancies |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/9/2003 | 0.3 | $82.50 | Review sample discrepancies, original filed copies and potential format for presenting to creditors. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/10/2003 | 2.5 | $525.00 | Review monthly claims reports (1.3); revise monthly claims reports (1.2) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/10/2003 | 5.0 | $1,050.00 | Analyze potential amendments report to identify improperly matched invoices (2.6), revise b-Linx to assign creditor groups for further review (2.4) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/10/2003 | 2.5 | $525.00 | Review potential amendments report for inactive claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/12/2003 | 2.0 | $420.00 | Analyze potential amendments report for inactive claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/13/2003 | 1.5 | $315.00 | Review potential amendments report to locate Darex and Remedium schedules |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/13/2003 | 2.3 | $483.00 | Review potential amendments report to determine method for transferring invoices (1.7); phone call w/ BBosack re: same (.6) |
| LISA RUPPANER - CASE | | $95.00 | 1/13/2003 | 0.2 | $19.00 | Review and Process Mail for Client. |
| LISA RUPPANER - CASE | | $95.00 | 1/15/2003 | 1.0 | $95.00 | Review Case Docket Listing and pull any pleading for further update to the case. |
| LISA RUPPANER - CASE | | $95.00 | 1/15/2003 | 0.5 | $47.50 | Provide updates to the Global Case Calendar |
| LISA RUPPANER - CASE | | $95.00 | 1/15/2003 | 0.3 | $28.50 | Print Calendar Report and distribute to WR Grace Team. |
| LISA RUPPANER - CASE | | $95.00 | 1/15/2003 | 0.1 | $9.50 | Provide updates to the 2002 List. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/15/2003 | 2.0 | $420.00 | Analyze court docket re pleadings affecting claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/15/2003 | 4.0 | $840.00 | Analyze potential supplements for possible schedule matches. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/16/2003 | 0.7 | $147.00 | Prepare for call w/ Michael Brown re: sched amendments |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/16/2003 | 1.0 | $210.00 | Call w/ M Brown re: schedule amendments |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/16/2003 | 1.0 | $210.00 | Identify schedule matches for mismatched invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/16/2003 | 1.0 | $210.00 | Identify paid and GRIR schedules on amendment report |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/16/2003 | 2.0 | $420.00 | Review multiple vendor codes and potential supplements w/ M Brown |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/16/2003 | 4.9 | $1,029.00 | Review multiple schedule scenarios to identify proper match |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/16/2003 | 0.3 | $63.00 | Meet w/ B Bosack re revised reports |

EXHIBIT "1"

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------------|------|------|-----------|-------------|
| **January 2003** | | | | | | |
| **Case Administration** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/17/2003 | 2.5 | $525.00 | Review potential supplements for schedule matches |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/17/2003 | 0.5 | $105.00 | Call w/ M Brown re: potential amendments report |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/17/2003 | 2.0 | $420.00 | Identify and organize items for M Brown review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/17/2003 | 1.8 | $378.00 | Research & resolve schedules w/ multiple issues |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/17/2003 | 0.8 | $168.00 | Identify multiple schedules for possible invoice match |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/17/2003 | 1.0 | $175.00 | conversations with Sherrschaft regarding status of amended schedule invoice review |
| ANNA WICK - DATA | | $110.00 | 1/18/2003 | 0.2 | $22.00 | Review Claim & image extract, b-Linx data review and verification, report data anomalies to Project Manager/CSA |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/19/2003 | 0.5 | $105.00 | Meeting prep for call w/ M Brown |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/19/2003 | 1.0 | $210.00 | Call w/ M Brown re: schedule amendments |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/19/2003 | 4.0 | $840.00 | Identify vendor codes for paid and GRIR invoices and match to potential amendments report. |
| SEAN ALLEN - PRINCIPAL | | $275.00 | 1/19/2003 | 0.4 | $110.00 | Meet with SHerrschaft amendment issues |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/19/2003 | 4.0 | $700.00 | identify, map and load invoices for the supplemental schedules |
| SEAN ALLEN - PRINCIPAL | | $275.00 | 1/20/2003 | 0.2 | $55.00 | Meet with JHasnezahl amendment issues |
| SEAN ALLEN - PRINCIPAL | | $275.00 | 1/20/2003 | 0.1 | $27.50 | Review of memo from JHasenzahl re Grace status |
| STEFFANIE COHEN - REC | | $110.00 | 1/20/2003 | 1.0 | $110.00 | Verification of revised schedule matches for AP invoices |
| STEFFANIE COHEN - REC | | $110.00 | 1/20/2003 | 0.5 | $55.00 | Identify and record new schedule numbers and status for draft amendment preparation |
| STEFFANIE COHEN - REC | | $110.00 | 1/20/2003 | 3.2 | $352.00 | Record new schedule numbers and status for draft amendment preparation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/20/2003 | 0.5 | $105.00 | Meet w/ B Bosack re: supplemental schedules |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/20/2003 | 1.0 | $210.00 | Meet w/ J Hasenzahl, B Bosack re: schedule amendment strategy |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/20/2003 | 3.5 | $735.00 | Identify vendor codes for paid and GRIR invoices; compare to amendments report |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/20/2003 | 3.5 | $735.00 | Prepare potential amendment report for entering correct schedule numbers |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/20/2003 | 1.0 | $210.00 | Identify duplicate schedules |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/20/2003 | 1.0 | $210.00 | Compile list of questions/discrepancies for M Brown; send via e-mail |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/20/2003 | 1.1 | $302.50 | review results of comparison of PwC data to original Grace environmental databse, provide list of supplemental notice parties to Rust |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/20/2003 | 0.1 | $27.50 | Discussion w/LDuff re supplemental notice of environmental parties not included in PwC data |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/20/2003 | 1.0 | $275.00 | conference with Sherrschaft regarding amending invoice review, reporting and schedule prep |
| LISA RUPPANER - CASE | | $95.00 | 1/21/2003 | 0.2 | $19.00 | Review and Process Returned Mail for Client. |
| STEFFANIE COHEN - REC | | $110.00 | 1/21/2003 | 1.3 | $143.00 | Identify and record new schedule numbers and status for draft amendment preparation |

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **January 2003** | | | | | | |
| **Case Administration** | | | | | | |
| LISA RUPPANER - CASE | | $95.00 | 1/22/2003 | 1.5 | $142.50 | Provide detailed review of docket listing, update case calendar, and report any updates to the Project Manager. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/22/2003 | 1.0 | $210.00 | Review court docket |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/23/2003 | 4.5 | $945.00 | Detailed line item review of amendment report for accuracy; flag for necessary revisions |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/24/2003 | 2.5 | $525.00 | Detailed line item review of amendments report for accuracy; flag necessary revisions |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/24/2003 | 0.3 | $63.00 | Call w/ M Brown re: amendment preparation, timing and schedule |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/24/2003 | 0.5 | $105.00 | Detailed line item review of supplements report for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/24/2003 | 2.0 | $420.00 | Review amendments report for additional creditor name changes identified in updated Grace AP systems |
| LISA RUPPANER - CASE | | $95.00 | 1/28/2003 | 0.2 | $19.00 | Conference with Analyst on the Status of the Case Calendar and the Bar Date. |
| LISA RUPPANER - CASE | | $95.00 | 1/28/2003 | 0.1 | $9.50 | Review and Process Returned Mail for Client. |
| LISA RUPPANER - CASE | | $95.00 | 1/28/2003 | 0.1 | $9.50 | Research new address on returned mail and update information to the CMPT, or Master Mailing List. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/28/2003 | 1.0 | $210.00 | Review critical dates calendar (.6), Meet w/ Lisa R re: identifying and re entering items for calendar (.4) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/28/2003 | 1.0 | $210.00 | Review sample amendment and notice information |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/28/2003 | 2.5 | $525.00 | Analyze amended reports and compile examples of matching and noticing issues/challenges |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/28/2003 | 1.5 | $262.50 | prepare amended schedules (cases 01-01140, 01-01150 and 01-01194) and custom mailer for amendments |
| LISA RUPPANER - CASE | | $95.00 | 1/29/2003 | 1.0 | $95.00 | Provide Detailed Review of Docket Listing and Report Findings to Project Manager. |
| LISA RUPPANER - CASE | | $95.00 | 1/29/2003 | 0.5 | $47.50 | Provide Calendar Updates to Case Calendar. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/29/2003 | 2.0 | $420.00 | Review revised amendement, supplement, no variance & no a/p reports for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/29/2003 | 3.0 | $630.00 | Analyze revised amendment reports to determine best method for matching and noticing. |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/29/2003 | 2.0 | $350.00 | conversations with JHasenzahl and SHerrschaft re amendment process and schedule amendment and notice requirements and preparation of reporting pages to support SHerrschaft email of amendment examples |
| LISA RUPPANER - CASE | | $95.00 | 1/30/2003 | 0.6 | $57.00 | Review Transfer data, print excel document listing critical information to effect the Transfers in b-linx. |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/30/2003 | 0.1 | $19.50 | Discussion with J Hasenzahl re notice information for deficient transfer and notice to affected parties |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/30/2003 | 2.5 | $437.50 | preparation of draft amended schedule F exhibits |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/30/2003 | 1.0 | $175.00 | preparation of draft supplimental schedule F exhibits |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/30/2003 | 1.5 | $262.50 | conversations with JHasenzahl and SHerrschaft regarding amendment process and schedule amendment and notice requirements |

EXHIBIT "1"

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------------|------|------|-----------|-------------|
| **January 2003** | | | | | | |
| *Case Administration* | | | | | | |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/30/2003 | 0.5 | $87.50 | design of custom notice for amended schedules |
| LISA RUPPANER - CASE | | $95.00 | 1/30/2003 | 0.3 | $28.50 | Meeting with Technology Department to work on issues with b-linx. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/30/2003 | 1.0 | $210.00 | Court docket review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/30/2003 | 3.0 | $630.00 | Review revised report and Schedule F records for preparation of amended schedules & notices (1.9). Investigate schedules with more than one amendment (1.1) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/31/2003 | 0.5 | $105.00 | Phone call w/ S Ahern, M Sprinkle re: Sealed Air schedules, bLinx navigation |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/31/2003 | 2.5 | $525.00 | Review amended schedules & sample notice information; work w/ B Bosack, J Hasenzahl to revise |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/31/2003 | 1.0 | $175.00 | Revisions to amended notice and draft schedules per conversations with SHeathcock following SHerrschaft -review of documents |
| | | **Case Administration Total:** | | 211.9 | $40,058.00 | |
| *Data Analysis* | | | | | | |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/1/2003 | 1.5 | $225.00 | Retest extraction of Rust data using revised transformation spec (1.0), noted remaining issues (.5) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/2/2003 | 1.0 | $210.00 | Review test extract of Medical Monitoring claims |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/2/2003 | 3.4 | $510.00 | Prep add'l changes to Medical Monitoring viewing utility in bLinx (3.2); discussion w/ S Herrschaft re review of revisions (.2) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/3/2003 | 1.5 | $315.00 | Review test extract of Medical Monitoring claims (1.0); meet w/ S Heathcock to modify (.5) |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/3/2003 | 0.8 | $120.00 | Met w/S Herrschaft re: issues remaining from Rust transformation |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/3/2003 | 3.5 | $525.00 | Address issues identified by S Herrschaft re: Rust to bLinx data transformation |
| ANNA WICK - DATA | | $110.00 | 1/6/2003 | 0.2 | $22.00 | Further analysis of claim & image extract (12-26-02), b-Linx data review and verification, report data anomalies to Project Manager/CSA |
| ANNA WICK - DATA | | $110.00 | 1/6/2003 | 0.5 | $55.00 | Archive extracted RustData.mdb for 2002 |
| ANNA WICK - DATA | | $110.00 | 1/6/2003 | 0.5 | $55.00 | Review creditor data extract against existing creditor matrix |
| ANNA WICK - DATA | | $110.00 | 1/6/2003 | 1.4 | $154.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/6/2003 | 1.7 | $187.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/6/2003 | 1.3 | $143.00 | Creditor data comparison based on new AP extract, identify MML creditors |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/6/2003 | 2.0 | $350.00 | Extract spreadsheet of different scenarios for each claim and reprint report based on categories |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/6/2003 | 2.1 | $315.00 | Complete resolution of latest round of issues re: Rust transformation |

EXHIBIT "1"

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| **January 2003** | | | | | | |
| Data Analysis | | | | | | |
| ANNA WICK - DATA | | $110.00 | 1/7/2003 | 2.7 | $297.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/7/2003 | 1.3 | $143.00 | Review creditor data extract against existing creditor matrix |
| ANNA WICK - DATA | | $110.00 | 1/7/2003 | 0.4 | $44.00 | Creditor identification - compare new AP download creditor names to MML creditors |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/7/2003 | 1.0 | $210.00 | Review asbestos medical monitoring extract |
| ANNA WICK - DATA | | $110.00 | 1/8/2003 | 0.5 | $55.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/8/2003 | 0.9 | $99.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review as creditor issues are identified) |
| ANNA WICK - DATA | | $110.00 | 1/8/2003 | 2.1 | $231.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/8/2003 | 0.4 | $44.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/8/2003 | 0.4 | $44.00 | Creditor data review - comparing revised AP download creditor names to existing MML parties and invoice data |
| ANNA WICK - DATA | | $110.00 | 1/8/2003 | 0.8 | $88.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/8/2003 | 0.9 | $99.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review as creditor issues are identified) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/8/2003 | 1.5 | $315.00 | Review medical monitoring data extract (1.0), meet w/ S Heathcock re: revisions (.5) |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/8/2003 | 0.5 | $75.00 | review new set of Rust/WRG issues w/S Herrschaft |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/8/2003 | 2.3 | $345.00 | Begin prep of new Medical Monitoring and Prop Damage app modules (1.7); created subform list (.6) |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/8/2003 | 2.8 | $420.00 | Continue prep of new Medical Monitoring and Prop Damage app modules (repopulate form fields) |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/8/2003 | 0.7 | $105.00 | Further prep of new Medical Monitoring and Prop Damage app modules (reposition form fields and labels) |
| ANNA WICK - DATA | | $110.00 | 1/9/2003 | 1.5 | $165.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/9/2003 | 1.6 | $176.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/9/2003 | 0.3 | $33.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/9/2003 | 0.7 | $77.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |

EXHIBIT "1"

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|------------|------|------|-----------|-------------|
| **January 2003** | | | | | | |
| Data Analysis | | | | | | |
| ANNA WICK - DATA | | $110.00 | 1/9/2003 | 0.5 | $55.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/9/2003 | 1.5 | $165.00 | Continued review of creditors (comparison and identification of matching creditors to support amendment review) |
| ANNA WICK - DATA | | $110.00 | 1/10/2003 | 0.6 | $66.00 | Copy files to server, rename images, review, claim & image extract, b-Linx data review and verification, report data anomalies to Project Manager/CSA |
| ANNA WICK - DATA | | $110.00 | 1/10/2003 | 0.3 | $33.00 | Query amounts updated for Sherrschaft |
| ANNA WICK - DATA | | $110.00 | 1/13/2003 | 0.2 | $22.00 | Research claims with changed Case Numbers for Sherrschaft |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/14/2003 | 1.0 | $210.00 | Review docketing exception report |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/16/2003 | 2.8 | $420.00 | Design Property Damage extract dataset |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/17/2003 | 0.5 | $105.00 | Review asbestos module and troubleshoot w/ F Zaremby |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/17/2003 | 1.5 | $225.00 | Test Property Damage data from Rust using new extrapolation table |
| STEVEN HEATHCOCK - DEV | | $150.00 | 1/17/2003 | 2.5 | $375.00 | Address issues with Property Damage extraction (.5); prep adjustments (2.0) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/21/2003 | 1.5 | $315.00 | Review and verify Rust data extraction |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/22/2003 | 0.5 | $87.50 | Extraction of revised data fields for reprinting of invoice-level analysis reports |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/22/2003 | 2.5 | $437.50 | modification of invoice-level analysis reports per client request (communicated through SHerrschaft) |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/22/2003 | 1.0 | $175.00 | preparation of invoice-level analysis reports and review with Sherrschaft |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/23/2003 | 0.5 | $87.50 | Regenerate invoice detail report of schedules with no new invoices per CUD modification per Sherrschaft request |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/23/2003 | 0.5 | $87.50 | analysis to balance trade payable detail records in blinx to number of schedules on 4 invoice analysis reports per SHerrschaft request |
| ANNA WICK - DATA | | $110.00 | 1/27/2003 | 0.1 | $11.00 | Prep Rust claim data files, image files and transfer claims files to server for processing |
| ANNA WICK - DATA | | $110.00 | 1/27/2003 | 0.1 | $11.00 | Rename images for transformation to b-Linx |
| ANNA WICK - DATA | | $110.00 | 1/27/2003 | 0.1 | $11.00 | Extract claims Images to b-Linx |
| ANNA WICK - DATA | | $110.00 | 1/27/2003 | 0.1 | $11.00 | Import Bankruptcy/Medical Monitoring/Property Damage claims files to extraction tool |
| ANNA WICK - DATA | | $110.00 | 1/27/2003 | 0.1 | $11.00 | Append Bankruptcy/Medical Monitoring/Property Damage claims files to extraction tool |
| ANNA WICK - DATA | | $110.00 | 1/27/2003 | 0.1 | $11.00 | Append Bankruptcy/Medical Monitoring/Property Damage claims to b-Linx records |
| ANNA WICK - DATA | | $110.00 | 1/28/2003 | 0.4 | $44.00 | Create import spec for transferred claims data |
| ANNA WICK - DATA | | $110.00 | 1/28/2003 | 0.7 | $77.00 | Create import spec for transferred claims data |
| ANNA WICK - DATA | | $110.00 | 1/28/2003 | 0.4 | $44.00 | Create import spec for transferred claims data |

EXHIBIT "1"

# Bankruptcy Management Corporation
WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|-----------|-------------|
| **January 2003** | | | | | | |
| **Data Analysis** | | | | | | |
| ANNA WICK - DATA | | $110.00 | 1/28/2003 | 0.1 | $11.00 | Preparation of report verifying docketing information grouping, and reporting data anomalies to project manager and case support associate. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/28/2003 | 0.5 | $105.00 | Meet w/ D George re: b-Linx modifications |
| ANNA WICK - DATA | | $110.00 | 1/29/2003 | 0.2 | $22.00 | Change import specs for transferred claims and re-import data |
| ANNA WICK - DATA | | $110.00 | 1/30/2003 | 0.8 | $88.00 | Discuss transfer claim data with Sherrshaft (.2), create amt field in currency format, query claim numbers by linking amts to tblAMT for transfer records without claim number (.6) |
| ANNA WICK - DATA | | $110.00 | 1/30/2003 | 0.2 | $22.00 | Adjust work table for claim transfers to fit SHerrschaft requirements |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/31/2003 | 2.0 | $350.00 | preparation of draft custom notice mailer for amended schedules |
| ANNA WICK - DATA | | $110.00 | 1/31/2003 | 0.1 | $11.00 | Create worksheet of matched claim transfers |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/31/2003 | 0.2 | $42.00 | Phone call w/ M Sprinkle re: connectivity |
| DIANE GEORGE - DATA | | $140.00 | 1/31/2003 | 0.5 | $70.00 | Update blinx data relationships based on revised data mapping requirements for Rust extractions |
| IGOR BRAUDE - TECH | | $125.00 | 1/31/2003 | 0.8 | $100.00 | Reset Terminal services licenses and reset passwords for Mollie Sprinkle and Steve Ahern |
| | Data Analysis Total: | | | 70.1 | $10,169.00 | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/2/2003 | 0.9 | $189.00 | Analysis of expense detail and summaries for April - Dec 2002 |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/3/2003 | 1.7 | $357.00 | Analysis of time entries - May |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/3/2003 | 2.8 | $588.00 | Revise May time entries to comply with professional billing reqts |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/5/2003 | 0.2 | $42.00 | Telephone conf w/SFritz re fee apps |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/5/2003 | 0.4 | $84.00 | Prep April fee app |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/5/2003 | 0.4 | $84.00 | Draft May fee app |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/5/2003 | 0.4 | $84.00 | Prep June fee app |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/5/2003 | 0.7 | $147.00 | Analysis of April time entries and category breakout for fee app |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/5/2003 | 1.2 | $252.00 | Continue prep of April fee app - professional, category and expense sections |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/5/2003 | 0.1 | $21.00 | Analysis of April expenses and detail |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/5/2003 | 0.1 | $21.00 | Prep memo to SFritz re revisions to April expenses and detail |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/6/2003 | 0.3 | $63.00 | Telephone call w/SFritz re WR Grace fee apps |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/10/2003 | 0.3 | $63.00 | Revise April receipt detail and summary |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/10/2003 | 0.1 | $21.00 | Prep memo to MPatterson re bios for fee apps |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/10/2003 | 1.8 | $378.00 | Continue revision of time entries to comply with professional billing requirements. |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/13/2003 | 0.8 | $168.00 | Continue revision of descriptions for compliance w/prof billing reqts |

EXHIBIT "1"

# Bankruptcy Management Corporation
WR GRACE
Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **January 2003** | | | | | | |
| **Fee Applications** | | | | | | |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/13/2003 | 0.4 | $84.00 | Analysis of draft fee app exhibits - April |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/13/2003 | 0.6 | $126.00 | Further revision of April time entries |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/13/2003 | 0.4 | $84.00 | Analysis of draft fee app exhibits - May |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/14/2003 | 0.1 | $21.00 | Telephone to SFritz re bios needed for fee apps |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/14/2003 | 0.3 | $63.00 | Analysis of memo from SFritz re bios available for certain billers |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/14/2003 | 1.0 | $210.00 | Revise April and May fee apps to incorporate new bio info received |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/14/2003 | 0.6 | $126.00 | Further revision to May time descriptions for fee app |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/22/2003 | 2.8 | $588.00 | Continue analysis and revision of time entries to comply with professional billing reqts |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/25/2003 | 1.9 | $399.00 | Continue analysis of time entries for fee apps |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/25/2003 | 2.1 | $441.00 | Revise time entries 3rd Qtr to comply with professional billing requirements |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/25/2003 | 0.2 | $42.00 | Telephone to S Fritz re time entries to be revised |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/30/2003 | 0.3 | $63.00 | Analysis of bios for BMC billers |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/30/2003 | 0.4 | $84.00 | Revision of April fee app biography section |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/30/2003 | 0.1 | $21.00 | Prep memo to administrative billers re bio info for fee app |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/30/2003 | 0.3 | $63.00 | Analysis of memos from admin billers re bio info for fee apps |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/31/2003 | 0.2 | $42.00 | Analysis of add'l bios for billers |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/31/2003 | 0.4 | $84.00 | Revision of April fee app re new bio info received |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/31/2003 | 0.3 | $63.00 | Analysis of further bios for billers for fee apps |
| MARTHA ARAKI - SR_BK | | $210.00 | 1/31/2003 | 0.3 | $63.00 | Further revision of April fee app re new bio info for billers not previously provided |
| | | **Fee Applications Total:** | | 24.9 | $5,229.00 | |
| **Non-Asbestos Claims** | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/3/2003 | 0.7 | $192.50 | Revise invoice reconciliation reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/6/2003 | 2.5 | $525.00 | Analysis of Rust data extract (1.4); revise b-Linx to reflect correct claim type - 45 claims (1.1) |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/6/2003 | 1.0 | $175.00 | Conversations with SHerrschaft regarding stratification of amended claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/7/2003 | 1.0 | $210.00 | Analysis of b-Linx to identify duplicate/amended claims, match schedules, assign ownership |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/8/2003 | 1.0 | $210.00 | Review/revise reports of secured and tax claims (.9); prep corresp to Kirkland & Ellis re same (.1) |
| BRENDAN BOSACK - SR_DATA | | $175.00 | 1/8/2003 | 0.5 | $87.50 | prepare listing of tax-related claims and listing of all secured claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/9/2003 | 0.3 | $63.00 | Prep update to Mike Booth, Lauri Bogue re: claims reconciliation |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/9/2003 | 0.2 | $55.00 | Discussion w/JBaer re representation of originally scheduled information on custom notices to amending creditors |

EXHIBIT "1"

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|---|---|---|---|---|---|---|
| **January 2003** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/9/2003 | 0.8 | $220.00 | review/respond to RBledsoe, prepare detailed instructions for claims review |
| JULIA HASENZAHL - PRINCIPAL | | $275.00 | 1/10/2003 | 2.7 | $742.50 | Prepare and review monthly claims reports (new claims, top 100, top 25 by type, claims by type, total liability, summary) |
| SHEILA GOOLD - CONSULT | | $125.00 | 1/13/2003 | 0.1 | $12.50 | Coordinate claims review with Rhonda Bledsoe |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/13/2003 | 1.0 | $210.00 | Review Rust extract, verify claims data, identify non-substantive objections and assign to claims team users |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/13/2003 | 2.5 | $525.00 | Identify duplicate and amended claims, schedule matches and assign ownership |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/13/2003 | 2.9 | $609.00 | Analysis of b-Linx to identify source of docketing discrepancy on summary report (1.7), Prep monthly claims reports for transmission to Grace (1.2) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/14/2003 | 1.5 | $315.00 | Analyze top 25 claims reports (.6); revise top 25 claims reports (.9) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/14/2003 | 5.0 | $1,050.00 | Analyze invoices matched to schedules w/ no invoice detail (3.0); revise b-Linx to reflect schedules with invoice detail (2.0) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/14/2003 | 0.7 | $147.00 | Meet w/ B Bosack re: matching invoices to correct schedules. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/15/2003 | 2.0 | $420.00 | Identify for vendor codes with different company codes based on revised AP system data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/17/2003 | 1.0 | $210.00 | Match invoices w/ different vendor codes by address |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/17/2003 | 0.8 | $168.00 | Review no variance report to identify paid and GRIR schedules |
| LISA RUPPANER - CASE | | $95.00 | 1/21/2003 | 0.1 | $9.50 | Copy Claims to compare with extract, per instructions from Analyst. |
| STEFFANIE COHEN - REC | | $110.00 | 1/21/2003 | 2.0 | $220.00 | Verification of revised schedule matches for AP invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/21/2003 | 1.0 | $210.00 | Review revised entered schedule numbers for accuracy |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/21/2003 | 4.0 | $840.00 | Verify revised schedule matches, identify discrepancies and assign for further review |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/21/2003 | 0.1 | $21.00 | Compose and send e-mail to Rust re requested transfer claim information |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/21/2003 | 2.5 | $525.00 | Review open payable spreadsheet to identify improperly matched invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/22/2003 | 5.0 | $1,050.00 | Verify schedule matches and prepare spreadsheet to create revised reports |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/22/2003 | 1.5 | $315.00 | Identify non-substantive claim objections |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/22/2003 | 5.0 | $1,050.00 | Amendment/supplement/no variance/no AP report preparation, review, revision; send to M Brown via e-mail |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/23/2003 | 3.5 | $735.00 | Review of revised reports to determine accuracy |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/23/2003 | 0.5 | $105.00 | Review Rust data specs for transfer claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/23/2003 | 1.0 | $210.00 | Review (.3), revise (.6) no open AP report; prep e-corresp to M Brown re same (.1) |

EXHIBIT "1"

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| **January 2003** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/24/2003 | 3.0 | $630.00 | Review no variance report for possible additional invoices |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/27/2003 | 3.7 | $777.00 | Review no variance report (.9), compare reports to schedule F (1.1), prepare data to run amended schedules (1.7) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/27/2003 | 2.0 | $420.00 | Review Rust data extract and assign claim type - 46 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/27/2003 | 1.4 | $294.00 | Identify duplicate/amended claims & schedule matches, assign to user - 46 claims |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/28/2003 | 0.5 | $105.00 | Meet w/ A Wick re: transfer claim extraction |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/28/2003 | 2.5 | $525.00 | Review revised reports following modifications |
| EVA VALLES - CASE | | $90.00 | 1/29/2003 | 0.4 | $36.00 | Review with Sherrschaft re transfers/20 day notice and defective notice. |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/29/2003 | 1.5 | $315.00 | Review/revise transfer claim data and instructions (1.0); meet w/ A Wick and E Valles (.5) |
| LISA RUPPANER - CASE | | $95.00 | 1/30/2003 | 0.2 | $19.00 | Meetings with Sherrschaft to discuss work assignment on Transfer Notices. |
| EVA VALLES - CASE | | $90.00 | 1/30/2003 | 1.3 | $117.00 | Conference with DGeorge, SHerrschaft and LRuppaner re updating information. |
| EVA VALLES - CASE | | $90.00 | 1/30/2003 | 0.7 | $63.00 | Review, research and revise chart re transfers, confirm transfers reflected in claims data |
| LISA RUPPANER - CASE | | $95.00 | 1/30/2003 | 1.0 | $95.00 | Review Claims Transfers for scheduled claims (.4); prep for docketing (.6) |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/30/2003 | 0.5 | $105.00 | Meet with E Valles re: transfer procedure modifications based on Rust processes |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/30/2003 | 0.5 | $105.00 | Meet w/ A Wick re: transfer data - matching Rust data to bLinx data |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/30/2003 | 0.5 | $105.00 | Meet w/ L Ruppaner re: transfers - recording Rust transfer info to bLinx |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/30/2003 | 3.0 | $630.00 | Review Rust transfer info (1.1); investigate non matching creditor names and amounts (1.9) |
| LISA RUPPANER - CASE | | $95.00 | 1/31/2003 | 0.5 | $47.50 | Prep transfer of claims information in transfer tracking worksheet |
| ANNA WICK - DATA | | $110.00 | 1/31/2003 | 0.6 | $66.00 | Discuss transfer claims data received from Rust concerning cases where there are scheduled and POC with MJ and LisaR, review claims transferred |
| EVA VALLES - CASE | | $90.00 | 1/31/2003 | 3.5 | $315.00 | Analysis of transfers of claim (1.7); revise b-linx to reflect transfer of claims (1.8) |
| EVA VALLES - CASE | | $90.00 | 1/31/2003 | 3.7 | $333.00 | Further analysis of new transfers of claim (1.8); continue revision of b-linx to reflect new transfer of claims (1.9) |
| MYRTLE JOHN - MANAGER | | $195.00 | 1/31/2003 | 0.2 | $39.00 | Respond to inquiries from Lisa Ruppaner, Eva Valles and Anna Wick re handling claims transfers |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/31/2003 | 0.8 | $168.00 | Investigate Sealed Air claims/schedules at KE/Grace request |
| SUSAN HERRSCHAFT - SR_CONSULT | | $210.00 | 1/31/2003 | 0.8 | $168.00 | Coordinate incorporation of Rust transfer information w/ D George, B Bosack, L Ruppaner, E Valles, J Hasenzahl |

EXHIBIT "1"

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
| **January 2003** | | | | | | |
| **Non-Asbestos Claims** | | | | | | |
| LISA RUPPANER - CASE | | $95.00 | 1/31/2003 | 9.0 | $855.00 | Analysis of claims transfer notices received (4.0); process transfer notices (5.0) |
| | | Non-Asbestos Claims Total: | | 96.2 | $17,770.00 | |
| | | January 2003 Total: | | 408.3 | $74,318.00 | |

EXHIBIT "1"

# Bankruptcy Management Corporation

WR GRACE

Monthly Invoice:

| Name | Type | Hourly Rate | Date | Hour | Total Amt. | Description |
|------|------|-------------|------|------|------------|-------------|
|      |      | Grand Total |      | 408.3 | $74,318.00 |             |

EXHIBIT "1"

# Bankruptcy Management Corporation
WR GRACE

Professional Activity Summary

Date Range: 1/1/2003 thru 1/31/2003

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Asbestos Claims** | | | |
| SR_CONSULT | | | |
| Susan Herrschaft | $210.00 | 5.2 | $1,092.00 |
| | Total: | 5.2 | $1,092.00 |
| | | | |
| **Case Administration** | | | |
| PRINCIPAL | | | |
| Sean Allen | $275.00 | 0.7 | $192.50 |
| Julia Hasenzahl | $275.00 | 4.5 | $1,237.50 |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.1 | $19.50 |
| SR_DATA | | | |
| Brendan Bosack | $175.00 | 17.5 | $3,062.50 |
| SR_CONSULT | | | |
| Susan Herrschaft | $210.00 | 148.8 | $31,248.00 |
| DATA | | | |
| Anna Wick | $110.00 | 1.2 | $132.00 |
| REC | | | |
| Steffanie Cohen | $110.00 | 30.1 | $3,311.00 |
| CASE | | | |
| Lisa Ruppaner | $95.00 | 9.0 | $855.00 |
| | Total: | 211.9 | $40,058.00 |
| | | | |
| **Data Analysis** | | | |
| DEV | | | |
| Steven Heathcock | $150.00 | 24.4 | $3,660.00 |
| SR_DATA | | | |
| Brendan Bosack | $175.00 | 9.0 | $1,575.00 |
| SR_CONSULT | | | |
| Susan Herrschaft | $210.00 | 8.7 | $1,827.00 |
| DATA | | | |
| Anna Wick | $110.00 | 26.7 | $2,937.00 |
| Diane George | $140.00 | 0.5 | $70.00 |
| TECH | | | |
| Igor Braude | $125.00 | 0.8 | $100.00 |
| | Total: | 70.1 | $10,169.00 |
| | | | |
| **Fee Applications** | | | |
| SR_BK | | | |
| Martha Araki | $210.00 | 24.9 | $5,229.00 |
| | Total: | 24.9 | $5,229.00 |

EXHIBIT "1"

# Bankruptcy Management Corporation
WR GRACE

Professional Activity Summary

Date Range: 1/1/2003 thru 1/31/2003

| Category / Type / Name | Hourly Rate | Hours | Total Amt. |
|---|---|---|---|
| **Non-Asbestos Claims** | | | |
| PRINCIPAL | | | |
| Julia Hasenzahl | $275.00 | 4.4 | $1,210.00 |
| MANAGER | | | |
| Myrtle John | $195.00 | 0.2 | $39.00 |
| SR_DATA | | | |
| Brendan Bosack | $175.00 | 1.5 | $262.50 |
| SR_CONSULT | | | |
| Susan Herrschaft | $210.00 | 67.0 | $14,070.00 |
| CONSULT | | | |
| Sheila Goold | $125.00 | 0.1 | $12.50 |
| DATA | | | |
| Anna Wick | $110.00 | 0.6 | $66.00 |
| REC | | | |
| Steffanie Cohen | $110.00 | 2.0 | $220.00 |
| CASE | | | |
| Lisa Ruppaner | $95.00 | 10.8 | $1,026.00 |
| Eva Valles | $90.00 | 9.6 | $864.00 |
| | Total: | 96.2 | $17,770.00 |
| | Grand Total: | 408.3 | $74,318.00 |

EXHIBIT "1"

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030131**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | |
| | $850.00 |
| Document Storage | |
| | $379.90 |
| **Total** | **$1,229.90** |

**EXHIBIT "2"**

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement Detail**
**WR Grace**
**Invoice #: WRG030131**

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| | **B-Linx/Data Storage** | | |
| 1/30/03 | BMC | B-Linx/Data Storage | $850.00 |
| | | B-Linx/Data Storage  SubTotal | $850.00 |
| | **Document Storage** | | |
| 1/1/03 | BMC | 21 claim, return mail and case document archives -01/03 | $379.90 |
| | | Document Storage  SubTotal | $379.90 |
| | | **Total** | **$1,229.90** |

EXHIBIT "2"