**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Due by: May 20, 2003 at 4:00 p.m.** |
| | ) | **Hearing Date:  Hearing will be held if necessary.** |

**CERTIFICATION OF NO OBJECTION
REGARDING DOCKET NO. 3724**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Twentieth Interim Application of Bilzin Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses for the Period From February 1, 2003 through February 28, 2003 ("the Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than May 20, 2003.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $9,244.80 which represents 80% of the fees ($11,556.00) and $3,085.88, which represents 100% of the expenses requested in the Application for the period February 1, 2003 through February 28, 2003, upon the filing of this certification and without

the need for entry of a Court order approving the Application.

                    FERRY, JOSEPH & PEARCE, P.A.

                    /s/ Lisa L. Coggins
                    Michael B. Joseph (#392)
                    Theodore J. Tacconelli (#2678)
                    Lisa L. Coggins (#4234)
                    824 Market Street, Suite 904
                    P.O. Box 1351
                    Wilmington, DE. 19899
                    (302) 575-1555
                    Local Counsel to the Official Committee of
                    Asbestos Property Damage Claimants

                    -and-

                    Bilzin Sumberg Baena Price & Axelrod LLP
                    Scott L. Baena, Esq.
                    Jay M. Sakalo, Esq.
                    2500 First Union Financial Center
                    200 South Biscayne Boulevard
                    Miami, FL 33131-2336
                    Counsel to the Official Committee of Asbestos
                    Property Damage Claimants

Dated: May 21, 2003