# Exhibit 2

**Bankruptcy Management Corporation**
6096 Upland Terrace S Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030131**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $379.90 |
| **Total** | **$1,229.90** |

**EXHIBIT "2"**

**Bankruptcy Management Corporation**
6096 Upland Terrace S Seattle, WA 98118
206/725-5405

**Expense Reimbursement Detail**
**WR Grace**
**Invoice #: WRG030131**

| Date | Name | Description | Amount |
|---|---|---|---|
| | **B-Linx/Data Storage** | | |
| 1/30/03 | BMC | B-Linx/Data Storage | $850.00 |
| | | B-Linx/Data Storage SubTotal | $850.00 |
| | **Document Storage** | | |
| 1/1/03 | BMC | 21 claim, return mail and case document archives -01/03 | $379.90 |
| | | Document Storage SubTotal | $379.90 |
| | | **Total** | **$1,229.90** |

**EXHIBIT "2"**

**BANKRUPTCY MANAGEMENT CORPORATION**

**6096 Upland Terrace S**
**Seattle, WA 98118**
**206/725-5405**

W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Attn: David B. Siegel, Esq.
Senior Vice President, General
Counsel and Chief Restructuring Officer

==================================================

February 1 – February 28, 2003 Invoice #. WRG030228

EXPENSE REIMBURSEMENT:

| | |
|---|---|
| b-Linx data storage | $ 850.00 |
| Document Storage | 382.80 |
| Sub-Total | $1,232.80 |

PRODUCTION EXPENSES:

| | |
|---|---|
| 2/14/03 | $3,514.26 |
| 2/25/03 | 90.63 |
| Sub-Total | $3,604.89 |

TOTAL EXPENSE REIMBURSEMENT AND PRODUCTION: $4,837.69

EXHIBIT "2"

**Bankruptcy Management Corporation**
6096 Upland Terrace S Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030228**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $382.80 |
| **Total** | **$1,232.80** |

**EXHIBIT "2"**

**Bankruptcy Management Corporation**
6096 Upland Terrace S  Seattle, WA 98118
206/725-5405

**Expense Reimbursement Detail**
**WR Grace**
**Invoice #: WRG030228**

| Date | Name | Description | Amount |
|---|---|---|---|
| | **B-Linx/Data Storage** | | |
| 2/28/03 | BMC | B-Linx/Data Storage | $850.00 |
| | | B-Linx/Data Storage  SubTotal | $850.00 |
| | **Document Storage** | | |
| 2/1/03 | BMC | 21 claim, return mail and case document archives -02/03 | $382.80 |
| | | Document Storage  SubTotal | $382.80 |
| | | **Total** | **$1,232.80** |

EXHIBIT "2"

EXHIBIT "2"

bmc

**Bankruptcy Management Corporation**
**6096 Upland Terrace S**
**Seattle, WA 98118**
**(206) 725-5405**

WR Grace

INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice # 021-20030214-1 | 2/14/2003 | $3,514.26 |
| Invoice # 021-20030225-1 | 2/25/2003 | $90.63 |
| | **Total** | $3,604.89 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*



bmc

Bankruptcy Management Corporation
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 2/14/2003
**Invoice #:** 021-20030214-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Schedule Amendments - Custom Notice (MF 2401) | 2 / 2,636 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 2636 Pieces @ $.37 each | $975.32 |
| | | | Production | Collate and Stuff | 5272 Pieces @ $.10 each | $527.20 |
| | | | | Variable Print Black Only | 5272 Pieces @ $.25 each | $1,318.00 |
| | | | Supplies | Envelope/Labeling | 2636 Pieces @ $.17 each | $448.12 |
| Noticing Document | Schedule Amendments - Custom Notice (MF 2402) | 2 / 13 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 13 Pieces @ $.37 each | $4.81 |
| | | | Production | Collate and Stuff | 26 Pieces @ $.10 each | $2.60 |
| | | | | Variable Print Black Only | 26 Pieces @ $.25 each | $6.50 |
| | | | Supplies | Envelope/Labeling | 13 Pieces @ $.17 each | $2.21 |
| Noticing Document | Schedule Amendments - Custom Notice (MF 2403) | 2 / 30 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 30 Pieces @ $.37 each | $11.10 |
| | | | Production | Collate and Stuff | 60 Pieces @ $.10 each | $6.00 |
| | | | | Variable Print Black Only | 0 Pieces @ $.25 each | $0.00 |
| | | | Supplies | Envelope/Labeling | 30 Pieces @ $.17 each | $5.10 |
| Noticing Document | Schedule Amendments - Custom Notice (MF 2404) | 2 / 145 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 145 Pieces @ $.37 each | $53.65 |
| | | | Production | Collate and Stuff | 290 Pieces @ $.10 each | $29.00 |
| | | | | Variable Print Black Only | 0 Pieces @ $.25 each | $0.00 |
| | | | Supplies | Envelope/Labeling | 145 Pieces @ $.17 each | $24.65 |
| | | | | | **Total Due:** | **$3,514.26** |

*Invoice Due Upon Receipt*

**EXHIBIT "2"**



Bankruptcy Management Corporation
6096 Upland Terrace South
Seattle, WA 98118
(206) 725-5405

WR Grace

**Production Date:** 2/25/2003
**Invoice #:** 021-20030225-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Notice of Schedule Amendment MF 2498 | 2 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Express Mail (at cost) | 1 Piece @ $13.65 each | $13.65 |
| | | | | FedEx (at cost) | 4 Pieces @ $12.37 each | $49.48 |
| | | | Production | Copy | 10 Pieces @ $.15 each | $1.50 |
| | | | | Stuff Only | 10 Pieces @ $.10 each | $1.00 |
| | | | | | **Total Due:** | **$90.63** |

*Invoice Due Upon Receipt*

**EXHIBIT "2"**

**Bankruptcy Management Corporation**
6096 Upland Terrace S Seattle, WA 98118
206/725-5405

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG030331**

| Expense Type | Amount |
|---|---|
| Airline | $1,506.00 |
| B-Linx/Data Storage | $850.00 |
| Dinner | $193.77 |
| Document Storage | $382.80 |
| Lodging | $653.60 |
| Lunch | $40.22 |
| Parking | $139.34 |
| Rental Vehicle | $94.99 |
| **Total** | **$3,860.72** |

**EXHIBIT "2"**

**Bankruptcy Management Corporation**
6096 Upland Terrace S Seattle, WA 98118
206/725-5405

**Expense Reimbursement Detail**
**WR Grace**
**Invoice #: WRG030331**

| Date | Name | Description | Amount |
|---|---|---|---|
| | **Airline** | | |
| 3/6/03 | zzCorpAMEX_SH | itinerary research & booking fee MG return trip change 3/6/03 DFW-LAX | $50.00 |
| 3/6/03 | zzCorpAMEX_SH | itinerary research & booking fee SH return flight change 3/6/03 DFW-LAX | $50.00 |
| 3/6/03 | zzCorpAMEX_SH | change fee MG return flight | $100.00 |
| 3/6/03 | zzCorpAMEX_SH | change fee SH return flight | $100.00 |
| 3/4/03 | zzCorpAMEX_SH | M Grimmett LAX-DFW 3/4-6/03 | $603.00 |
| 3/4/03 | zzCorpAMEX_SH | SH LAX-DFW3/4-6/03 | $603.00 |
| | | Airline SubTotal | $1,506.00 |
| | **B-Linx/Data Storage** | | |
| 3/30/03 | BMC | B-Linx/Data Storage | $850.00 |
| | | B-Linx/Data Storage SubTotal | $850.00 |
| | **Dinner** | | |
| 3/4/03 | zzCorpAMEX_MG | Dinner MG/SH<br>hotel restaurant 3/4-6/03<br><br>hotel restaurant 3/4-6/03 | $109.93 |
| 3/6/03 | zzCorpAMEX_MG | MG while traveling | $25.60 |
| 3/6/03 | zzCorpAMEX_SH | hotel restaurat 3/4 & 5/03 | $58.24 |
| | | Dinner SubTotal | $193.77 |
| | **Document Storage** | | |
| 3/1/03 | BMC | 21 claim, return mail and case document archives 03/03 | $382.80 |
| | | Document Storage SubTotal | $382.80 |
| | **Lodging** | | |
| 3/6/03 | zzCorpAMEX_SH | SH 3/4-6/03 | $326.80 |
| 3/6/03 | zzCorpAMEX_MG | MG 3/4-6/03 | $326.80 |
| | | Lodging SubTotal | $653.60 |
| | **Lunch** | | |
| 3/5/03 | zzCorpAMEX_MG | SH,MG | $40.22 |
| | | Lunch SubTotal | $40.22 |
| | **Parking** | | |
| 3/6/03 | zzCorpAMEX_MG | 3/4-6/03 | $90.00 |
| 3/6/03 | Herrschaft | Parking at LAX 3/4-6/03 | $49.34 |
| | | Parking SubTotal | $139.34 |
| | **Rental Vehicle** | | |
| 3/4/03 | zzCorpAMEX_SH | Car rental in Florida 3/4-6/03 | $94.99 |
| | | Rental Vehicle SubTotal | $94.99 |
| | | **Total** | **$3,860.72** |

**EXHIBIT "2"**