# SIGN-IN SHEET

CASE NAME: W.R. Grace
CASE NO.: 01-1139

COURTROOM NO.: BK 2
DATE: 5/19/03 (1)

## PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James Restivo, Doug Cameron, Jim Bentz (Telephonic) | Reed Smith | Special Counsel for Debtors |
| Jay Sakalo " | " | Off'cial Comm. of Asbestos Property Damage Claimants |
| Sander L. Esserman (") | " | Equity; Reaud Margaret Brown + Litigation Group |
| GARY M. BECKER | KRAMER LEVIS NAFTALIS & FRANKEL | EQUITY COMMITTEE |
| Janet S Baer | Kirkland & Ellis | W R Grace |
| CHRISTIAN Lane | Kirkland & Ellis | W.R. Grace |
| Paula Galbraith | Pachulski Stang Ziehl Young Jones + Weintraub | W.R. Grace |
| Michael R Lastowski | Duane Morris | Trell Committee |
| Lewis Kruger | Stroock | Trell Committee |
| Theodore Tacconelli | Ferry Joseph & Pearce | Official Committee of Asbestos Property Damage Claimants |
| Thomas Franzek | Philips Goldman + Spence | Philips Goldman + Spence |
| Rhonda Thomas | Klett Rooney | Equity Committee |
| Peter C Hughes | Dilworth Paxson LLP | The Dow Chemical Company and affiliates |
| Anne Marie P Kelly | " | " |

# SIGN-IN SHEET

CASE NAME: W. R. Grace

CASE NO.: 01-1139

COURTROOM NO.: BK2

DATE: 5/19/03

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kathleen Miller | Smith Katzenstein & Furlow | Robert Locke |
| Frank Perch | US Trustee | |