# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:   (302) 575-1555   Fax:   (302) 575-1714

WR Grace PD Committee                      April 1, 2003 - April 30, 2003

Inv #:          7780

**Attention:**

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.90 | 1,545.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 0.30 | 60.00 |
| B18 | Fee Applications, Others - | 15.70 | 2,041.00 |
| B25 | Fee Applications, Applicant - | 3.90 | 535.00 |
| B32 | Litigation and Litigation Consulting - | 1.20 | 240.00 |
| B37 | Hearings - | 1.30 | 260.00 |
| B40 | Employment Applications, Others - | 0.70 | 105.00 |
| | **Total** | **31.00** | **$4,786.00** |
| | **Grand Total** | **31.00** | **$4,786.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 130.00 | 20.20 | 2,626.00 |
| Rick S. Miller | 200.00 | 0.40 | 80.00 |
| Theodore J. Tacconelli | 200.00 | 10.40 | 2,080.00 |
| **Total** | | **31.00** | **$4,786.00** |

## DISBURSEMENT SUMMARY

| | | | |
|---|---|---|---|
| CA | Expenses - | | 2,747.92 |
| | **Total Disbursements** | | **$2,747.92** |

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Apr-01-03 | *Case Administration* - Review pleading re: Duane Morris January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Duane Morris February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Order requiring Status Report on all pending matters | 0.10 | TJT |
| Apr-04-03 | *Case Administration* - Review pleading re: K&E February 2003 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Caplin Drysdale February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Legal Analysis Systems January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: L. Tersini February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Campbell Levine February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Reed Smith February 2003 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Woodcock & Washburn February 2003 Fee Application | 0.10 | TJT |
| Apr-05-03 | *Case Administration* - Review Order Granting Special Fee Application of Pitney Hardin re: Contingency Fee | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Bilzin Sumberg Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| Apr-07-03 | *Case Administration* - Review pleading re: FTI Policiano February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Stroock Stroock February 2003 Fee Application | 0.10 | TJT |
| Apr-09-03 | *Case Administration* - Review pleading re: Objection of W. Dunbar to Motion to Extend Time to Assume or Reject Unexpired Real Property Leases | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Nelson Mullins Quarterly Fee Application October - December 2002 | 0.10 | TJT |
| | *Case Administration* - Review Debtors Monthly Operating Report re: February 2003 | 0.20 | TJT |
| Apr-10-03 | *Case Administration* - Review prior Fee Applications to match Debtor payment and ensure accuracy | 0.40 | LLC |
| | *Case Administration* - Review Order requiring immediate status reports on all pending matters | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditors Final Report re: Legal Analysis Systems Seventh Interim Period Quartelry Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Pitney Hardin Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: PI Comittees Seventh Interim Period Reimbursement Request | 0.10 | TJT |
| Apr-11-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Elzufon Austin Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Campbell Levine Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: HRA Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Steptoe & Johnson Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Lukens & Annis Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: PWC Seventh Interim Period Quarterly Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Debtors Statement of Amounts paid to Ordinary Course Professionals from April 2001 - March 2003 | 0.10 | TJT |
| Apr-14-03 | *Case Administration* - Review correspondence from A. Demerle re: change of address | 0.10 | LLC |
| | *Case Administration* - Review pleading re: Wachtel Lipton October 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wachtel Lipton November 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wachtel Lipton December 2002 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wachtel Lipton January 2003 Fee Application | 0.10 | TJT |
| Apr-15-03 | *Case Administration* - Telephone conference with J. Schwartz re: State of California claim/status of case | 0.20 | TJT |
| Apr-16-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Holme Roberts Seventh Interim Period Quarterly Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: FTI Policano Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Klett Rooney Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Richardson Patrick February 2003 Fee Application | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Lukens Annis February 2003 Fee Application | 0.10 | TJT |
| Apr-17-03 | *Case Administration* - Review pleading re: Duane Morris January 2003 Fee Application | 0.10 | TJT |
| Apr-20-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Bankruptcy Management Corp. re: Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Debtors Objection to Motion to Compel Discovery | 0.20 | TJT |
| Apr-21-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report re: K&E Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Casner Edwards Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Certification of Counsel re: Order Extending Time to Accept or Reject Unexpired Leases of Real Property | 0.10 | TJT |
| | *Case Administration* - Review Order Dismissing Adversary Proceeding 02-2013 | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Stroock Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: Reed Smith Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: PWCs' February 2003 Fee Application | 0.10 | TJT |
| Apr-22-03 | *Case Administration* - Review pleading re: Warren Smith & Associates March 2003 Fee Application | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review pleading re: Fee Auditors Final Report re: PSZY&J Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| Apr-24-03 | *Case Administration* - Review pleading re: Fee Auditors Final Report Wallace King Seventh Interim Period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Order resolving Limited Objection of Kent Holding LLC to Rejection Notice | 0.10 | TJT |
| | *Case Administration* - Review pleading re; Casner Edwards February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading of Pitney Hardin February 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Carella Byrne March 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Wallace King January 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Holme Roberts March 2003 Fee Application | 0.10 | TJT |
| Apr-26-03 | *Case Administration* - Review pleading re: PSZY&J February 2003 Fee Application | 0.10 | TJT |
| Apr-28-03 | *Case Administration* - Review pleading re: Status Report to Court | 0.20 | TJT |
| | *Case Administration* - Review pleading re: Supplemental Affidavit of Richard Cohn re: Bryan Cave | 0.10 | TJT |
| Apr-29-03 | *Case Administration* - Review pleading re: Notice of Motion by Unsecured Creditors Committee to Extend Time to File Avoidance Actions | 0.10 | TJT |
| Apr-30-03 | *Case Administration* - Review pleading re: Caplin Drysdale March 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Woodcock & Washburn March 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: Klett Rooney March 2003 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review pleading re: K&E March 2003 Fee Application | 0.10 | TJT |
| Apr-03-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re: conference call with committee canceled | 0.10 | TJT |
| Apr-10-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re: weekly telephone conference with Committee canceled | 0.10 | TJT |
| Apr-17-03 | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re: weekly committee conference call canceled | 0.10 | TJT |
| Apr-01-03 | *Fee Applications, Others* - e-mail to S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Return e-mail to S. Jones re: CDG Fee Applications | 0.10 | LLC |
| Apr-02-03 | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize CDG 6th Monthly Fee Application for e-filing | 0.50 | LLC |
| | *Fee Applications, Others* - Prepare notice and Certificate of Service re: CDG 6th Monthly Fee Application | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 6th Monthly Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Return call to S. Jones re: CDG Fee Applications | 0.20 | LLC |
| Apr-03-03 | *Fee Applications, Others* - E-mail to S. Jones re: 5th interim Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize CDG 5th interim Fee Application for e- | 0.70 | LLC |

filing

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - Draft and finalize notice and Certificate of Service re: CDG 5th interim Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 5th interim Fee Application | 0.60 | LLC |
| Apr-08-03 | *Fee Applications, Others* - E-mail to S. Bossay re: CDG Fee Applications | 0.10 | LLC |
| Apr-09-03 | *Fee Applications, Others* - Prepare and finalize Certificate of No Objection re: docket no. 3527 and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve Certificate of No Objection re: docket no. 3527 | 0.40 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Bossay re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize CDG 6th interim Fee Application for e-filing | 0.50 | LLC |
| | *Fee Applications, Others* - Prepare and finalize notice of CDG 6th interim Fee Application and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 6th interim Fee Application | 0.60 | LLC |
| Apr-11-03 | *Fee Applications, Others* - Review docket re: objections to docket nos. 3533 and 3534 | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to J. Sakalo, Esquire re: Bilzin 7th quarterly Application Certificate of No Objection | 0.10 | LLC |
| | *Fee Applications, Others* - Review final report of Fee Auditor to Bilzin 7th quarterly Application | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3534 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Review e-mail from J. Sakalo, Esquire re: 7th quarterly Application Certificate of No Objection | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3533 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - 2nd e-mail to J. Sakalo, Esquire re: 7th quarterly Application Certificate of No Objection | 0.10 | LLC |
| Apr-14-03 | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3533 | 0.40 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3534 | 0.40 | LLC |
| | *Fee Applications, Others* - Review docket re: objections to docket no. 3547 | 0.10 | LLC |
| Apr-15-03 | *Fee Applications, Others* - Review fee autitor's final report re: HR&A's 3rd quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3547 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3547 | 0.40 | LLC |
| Apr-17-03 | *Fee Applications, Others* - Call from S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize CDG 7th monthly Fee Application for e-filing | 0.40 | LLC |
| | *Fee Applications, Others* - E-mail to S. Jones re: CDG quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare and finalize notice of CDG 7th Fee Application and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve CDG 7th monthly Fee Application | 0.40 | LLC |
| Apr-21-03 | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG Fee | 0.10 | LLC |

| | | | |
|---|---|---|---|
| | Applications and spreedsheet for fee auditor | | |
| Apr-22-03 | *Fee Applications, Others* - Prepare and finalize notice of CDG 7th interim Fee Application and Certificate of Service | 0.30 | LLC |
| | *Fee Applications, Others* - E-file and serve 7th interim CDG Fee Application | 0.50 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Bossay re: CDG interim Fee Applications status | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to S. Bossay re: CDG interim Fee Applications status | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG interim Fee Applications status | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Bossay re: CDG Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Bossay re: CDG expense details | 0.10 | LLC |
| | *Fee Applications, Others* - E-mail to S. Bossay re: CDG expense details | 0.10 | LLC |
| | *Fee Applications, Others* - Review e-mail from S. Jones re: CDG expense details | 0.10 | LLC |
| | *Fee Applications, Others* - Finalize CDG 7th interim Fee Application for e-filing | 0.50 | LLC |
| Apr-23-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 3596 | 0.10 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3596 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3596 | 0.30 | LLC |
| Apr-25-03 | *Fee Applications, Others* - Review docket re: objections to docket no. 3613 | 0.20 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3613 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize and e-file Certificate of No Objection re: docket no. 3613 | 0.30 | LLC |
| Apr-28-03 | *Fee Applications, Others* - Call from S. Jones re: Certificate of No Objection's for Fee Applications | 0.20 | LLC |
| Apr-30-03 | *Fee Applications, Others* - Finalize Bilzin 20th Fee Application for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: Bilzin 20th Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize Bilzin 21st Fee Application for e-filing | 0.30 | LLC |
| | *Fee Applications, Others* - Prepare and finalize Certificate of Service re: 21st Bilzin Fee Application | 0.20 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 20th Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - E-file and serve Bilzin 21st Fee Application | 0.40 | LLC |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re: docket no. 3645 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Others* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3645 | 0.30 | LLC |
| Apr-21-03 | *Employment Applications, Others* - Prepare affidavit of service re: service of docket no. 3680 | 0.20 | LLC |
| | *Employment Applications, Others* - E-file affidavit of service re: docket no. 3680 | 0.20 | LLC |
| | *Employment Applications, Others* - Send copy of docket no. 3680 to W.D. Hilton | 0.10 | LLC |
| | *Employment Applications, Others* - Review Order dated 4/17/03 granting supplemental application to retain D. Hilton | 0.10 | TJT |
| | *Employment Applications, Others* - Confer with L. Coggins re: Service of Order Approving Supplemental Application to Employ D. Hilton | 0.10 | TJT |

| | | | |
|---|---|---|---|
| Apr-02-03 | *Litigation and Litigation Consulting* -  Review time records for Feb. 2003 Fee Application | 0.10 | RSM |
| Apr-03-03 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: Motion to Extend Preference Period | 0.20 | RSM |
| | *Litigation and Litigation Consulting* - Review pleading re: Unsecured Creditors Committee Motion to Extend Time to File Avoidance Actions | 0.40 | TJT |
| | *Litigation and Litigation Consulting* - Prepare e-mail to J. Sakalo re: Unsecured Creditors Committees Motion to Extend Time to File Avoidance Actions | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - Telephone conference with J. Sakalo re: Unsecured Creditor Committees Motion to Extend Time to File Avoidance Actions | 0.10 | TJT |
| Apr-07-03 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: upcoming conference call | 0.10 | RSM |
| Apr-20-03 | *Litigation and Litigation Consulting* - Review Motion of Unsecured Creditors Committee in Owens Corning Bankruptcy Case to Establish PI Bar Date | 0.20 | TJT |
| Apr-21-03 | *Hearings* - Telephone conference with J. Sakalo re: 4/28/03 hearing | 0.10 | TJT |
| | *Hearings* - Review agenda for 4/28/03 hearing | 0.10 | TJT |
| Apr-24-03 | *Hearings* - Prepare e-mail to J. Sakalo re: 4/28/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re: hearing | 0.10 | TJT |
| | *Hearings* -Telephone conference with P. Galbraith re: appearance by telephone for J. Sakalo during 4/28/03 hearing | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re: appearance at 4/28/03 hearing by phone | 0.10 | TJT |
| | *Hearings* - Review Amended Agenda for 4/28/03 hearing | 0.10 | TJT |
| Apr-28-03 | *Hearings* - Attend Bankruptcy Court | 0.60 | TJT |
| Apr-01-03 | *Fee Applications, Applicant* - Review time entries from 2/03 for accuracy | 0.20 | LLC |
| Apr-02-03 | *Fee Applications, Applicant* - Review time details for FJ&P February 2003 Fee Application | 0.20 | TJT |
| Apr-04-03 | *Fee Applications, Applicant* - Review docket re: objectionss to docket no. 3513 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Draft Certificate of No Objection re: docket no. 3513 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Finalize and e-file and serve Certificate of No Objection re: docket no. 3513 | 0.50 | LLC |
| Apr-08-03 | *Fee Applications, Applicant* - Prepare and finalize 22nd monthly Fee Application | 1.00 | LLC |
| Apr-09-03 | *Fee Applications, Applicant* - E-file and serve 22nd monthly Fee Application | 0.50 | LLC |
| | *Fee Applications, Applicant* - Review FJ&P February 2003 Fee Application prior to filing | 0.20 | TJT |
| Apr-29-03 | *Fee Applications, Applicant* - Review time entries for March 2003 for accuracy | 0.40 | LLC |
| Apr-30-03 | *Fee Applications, Applicant* - Prepare Certificate of No Objection re: docket no. 3644 and Certificate of Service | 0.20 | LLC |
| | *Fee Applications, Applicant* - Finalize, e-file and serve Certificate of No Objection re: docket no. 3644 | 0.30 | LLC |
| | *Fee Applications, Applicant* - Review docket re: objections to docket nos. 3644 and 3645 | 0.10 | LLC |
| | Totals | 31.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Apr-01-03 | *Expense* - Copying cost | 8.85 |
| Apr-02-03 | *Expense* - Digital Legal Services | 339.59 |
| | *Expense* - Copying cost | 28.35 |
| | *Expense* - Postage | 6.17 |
| Apr-03-03 | *Expense* - Parcel's, Inc. | 147.88 |
| | *Expense* - Copying cost | 18.75 |
| | *Expense* - Postage | 4.19 |
| Apr-04-03 | *Expense* - Copying cost | 32.70 |
| | *Expense* - Copying cost | 12.60 |
| | *Expense* - Postage | 3.50 |
| Apr-08-03 | *Expense* - Copying cost | 11.25 |
| Apr-09-03 | *Expense* - Copying cost | 37.50 |
| | *Expense* - Postage | 8.68 |
| Apr-11-03 | *Expense* - Parcel's, Inc. | 105.00 |
| | *Expense* - Parcel's, Inc. | 267.45 |
| | *Expense* - TriState Courier & Carriage | 6.50 |
| Apr-14-03 | *Expense* - Copying cost | 27.22 |
| | *Expense* - Postage | 4.93 |
| | *Expense* - Copying cost | 6.45 |
| Apr-15-03 | *Expense* - Parcel's, Inc. | 390.30 |
| | *Expense* - Parcel's, Inc. | 95.00 |
| | *Expense* - TriState Courier & Carriage | 175.50 |
| | *Expense* - Copying cost | 26.25 |
| | *Expense* - Postage | 6.41 |
| Apr-16-03 | *Expense* - Fax charge | 13.00 |
| Apr-21-03 | *Expense* - Tristate Courier & Carriage | 45.50 |
| | *Expense* - Copying cost | 73.20 |
| | *Expense* - Postage | 130.20 |
| | *Expense* - Service supplies | 41.97 |
| | *Expense* - Copying cost | 6.90 |
| Apr-22-03 | *Expense* - PACER Service Center - Billing period of 1/1/03 to 3/31/03 | 8.19 |
| | *Expense* - Copying cost | 69.00 |
| | *Expense* - Postage | 11.86 |
| | *Expense* - Service Supplies | 11.42 |
| Apr-24-03 | *Expense* - Copying cost | 30.75 |
| Apr-25-03 | *Expense* - Copying cost | 26.25 |
| | *Expense* - Postage | 7.70 |
| Apr-26-03 | *Expense* - Copying cost | 4.35 |
| Apr-29-03 | *Expense* - Tristate Courier & Carriage | 6.50 |
| Apr-30-03 | *Expense* - Parcel's, Inc. | 413.25 |
| | *Expense* - Copying cost | 18.30 |
| | *Expense* - Copying cost | 26.10 |
| | *Expense* - Postage | 5.99 |
| | *Expense* - Copying cost | 22.05 |
| | *Expense* - Postage | 4.42 |

Total Expenses $2,747.92

**Total Fees & Disbursements** **$7,533.92**