**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:   June 17, 2003 at 4:00 p.m. |

**EIGHTEENTH MONTHLY APPLICATION OF**
**KLETT ROONEY LIEBER & SCHORLING,**
**CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD APRIL 1, 2003 THROUGH APRIL 30, 2003**

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | April 1, 2003 through April 30, 2003 |
| Amount of fees to be approved as actual, reasonable and necessary: | $4,300.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $227.83 |

This is a(n): ___ interim        ____ final application.        __x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

WLM46102.1

Prior Applications:

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
|---|---|---|---|---|

## SUMMARY OF TIME FOR BILLING PERIOD
## APRIL 1, 2003 THROUGH APRIL 30, 2003

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $445 | 3.9 | $1,735.50 |
| Rhonda L.Thomas | $210 | 6.5 | $1,365.00 |
| Raelena Y. Taylor | $125 | 9.6 | $1,200.00 |
| **TOTAL** | | **20.0** | **$4,300.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## APRIL 1, 2003 THROUGH APRIL 30, 2003

| Project category | Total Hours | Total Fees |
|---|---|---|
| Business Operations | 0.8 | $356.00 |
| Case Administration | 8.5 | $1,741.00 |
| Employee Benefits/Pensions | 0.2 | $89.00 |
| Fee/Employment Applications | 2.4 | $300.00 |
| Litigation | 1.5 | $667.50 |
| Klett Rooney Fee/Employment Applications | 6.2 | $969.00 |
| Hearings | 0.4 | $178.00 |
| **TOTAL** | **20.0** | **$4,300.50** |

WLM46102.1

3

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## APRIL 1, 2003 THROUGH APRIL 30, 2003

| Expense Category | Total Expenses |
|------------------|---------------:|
| Reproduction of Documents | $120.30 |
| Federal Express | $62.17 |
| Messenger Services | $15.00 |
| Duplicating Services | $13.85 |
| Telecopy Expenses | $16.51 |
| **TOTAL** | **$227.83** |

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation


By: /s/ Rhonda L. Thomas
       Teresa K. D. Currier (No. 3080)
       Rhonda L. Payne (No. 4053)
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       Co-Counsel to the Official Committee of
       Equity Holders

Dated: May 28, 2003

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 13, 2003
                                              MATTER :  W9600-001
                                              INVOICE : 156786


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

    RE:  IN RE: W.R. GRACE & CO., ET AL.
```

| | DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|---|
| 03/26/03 | TELECOPY EXPENSES | 12.62 |
| 04/08/03 | REPRODUCTION OF DOCUMENTS | 47.85 |
| 04/10/03 | TELECOPY EXPENSES | 1.64 |
| 04/15/03 | MESSENGER SERVICES - 15911 - PARCELS, INC.-D D R | 7.50 |
| 04/15/03 | FEDERAL EXPRESS - 4-643-25275 - FEDERAL EXPRESS CORPORATION | 10.78 |
| 04/15/03 | TELECOPY EXPENSES | 2.25 |
| 04/15/03 | REPRODUCTION OF DOCUMENTS | 14.25 |
| 04/16/03 | FEDERAL EXPRESS - 4-642-85782 - FEDERAL EXPRESS CORPORATION | 20.78 |
| 04/16/03 | FEDERAL EXPRESS - 4-642-85782 - FEDERAL EXPRESS CORPORATION | 10.78 |
| 04/16/03 | MESSENGER SERVICES - VON CROY - 15808 - PARCELS, INC.-D D R | 7.50 |
| 04/21/03 | REPRODUCTION OF DOCUMENTS | 2.55 |
| 04/23/03 | REPRODUCTION OF DOCUMENTS | 14.10 |
| 04/24/03 | REPRODUCTION OF DOCUMENTS | 12.75 |
| 04/25/03 | FEDERAL EXPRESS - 4-692-07380 - FEDERAL EXPRESS CORPORATION | 19.83 |
| 04/25/03 | DUPLICATING SERVICES - DIGITAL LEGAL SERVICES | 13.85 |
| 04/25/03 | REPRODUCTION OF DOCUMENTS | 10.05 |
| 04/28/03 | REPRODUCTION OF DOCUMENTS | 18.75 |

```
                        TOTAL EXPENSE ADVANCES :      227.83

                        TOTAL DUE  :                  227.83
```

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 13, 2003
                                              MATTER : W9600-004
                                              INVOICE : 156787


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

    RE:  BUSINESS OPERATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/08/03 | TC | REVIEWED MONTHLY OPERATING REPORTS | .40 |
| 04/25/03 | TC | REVIEWED COMMITTEE COMMUNICATION AND NYTIMES ARTICLE ON ASBESTOS TRUST | .40 |

```
                     T I M E   S U M M A R Y
                     -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

    T CURRIER           445.00    .80         356.00
                 TOTALS           .80         356.00


                     TOTAL FEES :               356.00


                     TOTAL DUE  :               356.00
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 13, 2003
MATTER :  W9600-005
INVOICE : 156793

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/31/03 | RLT | UPDATED SCREENING MEMORANDUM | .50 |
| 04/02/03 | RLT | REVIEW OF MEMORANDA ON ASBESTOS CASES. | 1.60 |
| 04/09/03 | RLT | REVIEWED ORDER REQUIRING STATUS REPORT ON PENDING MATTERS | .10 |
| 04/21/03 | RLT | REVIEWED STATUS REPORT | .20 |
| 04/21/03 | RLT | REVIEWED MOTION FOR ORDER APPROVING SETTLEMENT BY AND AMOUNG PLAINTIFFS FOR ASBESTOS PERSONAL INJURY | .60 |
| 04/21/03 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .60 |
| 04/21/03 | TC | REVIEWED AGENDA NOTICE OF MATTERS FOR HEARING 4/28 | .30 |
| 04/22/03 | RLT | REVIEWED EMAIL FROM TERRI RE 4/28 HEARING | .10 |
| 04/22/03 | RLT | RETRIEVED 4/28 AGENDA AND BRIEFLY REVIEWED CONTESTED MOTION TO COMPEL DISCOVERY | .50 |
| 04/24/03 | TC | REVIEWED AMENDED AGENDA LETTER RE: 4/28 HEARING | .20 |
| 04/25/03 | RTT | EMAIL TO RLT RE 4/28/03 HEARING | .10 |
| 04/25/03 | RTT | DOWNLOAD REVIEW AND DISTRIBUTE NOTICE OF AMENDED AGENDA RE 4/28-03 HEARING | .30 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 13, 2003
                                              MATTER :  W9600-005
                                              INVOICE : 156793


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

    RE:  CASE ADMINISTRATION


04/25/03 RTT    PREPARE HEARING FILE RE 4/28/03 HEARING (.3);      .70
                DOWNLOAD RELATIVE PLEADINGS RE SAME (.4)

04/28/03 RLT    TRAVEL TIME ROUND TRIP 2 HOURS                    1.00

04/28/03 RLT    ATTENDED HEARING                                  1.00

04/28/03 RLT    PREPARED BRIEF SUMMARY OF HEARING                  .50

04/28/03 RTT    REVIEW EMAIL FROM RLT RE MATTERS DISCUSSED AT      .10
                4/28/03 HEARING

04/30/03 RTT    REVIEW AMENDED ADMINISTRATIVE ORDER                .10
```

```
                   T I M E   S U M M A R Y
                   -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

R L THOMAS              210.00    6.10         1281.00
R T TAYLOR              125.00    1.90          237.50
T CURRIER               445.00     .50          222.50
              TOTALS              8.50         1741.00


              TOTAL FEES :                  1,741.00


              TOTAL DUE  :                  1,741.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 13, 2003
                                              MATTER :  W9600-007
                                              INVOICE : 156788


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

    RE:  EMPLOYEE BENEFITS/PENSIONS



DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                      HOURS
----  ----   -------------------------------                       -----

04/22/03 TC   REVIEWED ORDER AUTHORIZING PBGC TO FILE                .20
              CONSOLIDATED CLAIMS



                  T I M E   S U M M A R Y
                  -----------------------

                         RATE    HOURS           TOTALS
                         ----    -----           ------

  T CURRIER             445.00     .20            89.00
                TOTALS             .20            89.00


                 TOTAL FEES :                          89.00


                 TOTAL DUE  :                          89.00
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 13, 2003
                                              MATTER :  W9600-008
                                              INVOICE : 156789


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

    RE:  FEE/EMPLOYMENT APPLICATIONS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/08/03 | RTT | REVIEW NINETEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL(.3); DISTRIBUTE SAME TO T.CURRIER(.1) | .40 |
| 04/08/03 | RTT | E-FILE AND SERVE NINETEENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR THE PERIOD 2/1/03 THROUGH 2/28/03(.8); PREPARE AFFIDAVIT OF SERVICE RE SAME(.1) | .90 |
| 04/29/03 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION RE KRAMER LEVIN'S NINETEENTH FEE APPLICATION | .40 |
| 04/29/03 | RTT | DISTRIBUTE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION RE KRAMER LEVIN'S NINETEENTH FEE APPLICATION TO RLT | .10 |
| 04/30/03 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRAMER LEVIN'S NINETEENTH FEE APPLICATION | .60 |

```
                  T I M E   S U M M A R Y
                  -----------------------

                          RATE      HOURS          TOTALS
                          ----      -----          ------
    R T TAYLOR          125.00       2.40          300.00
                 TOTALS              2.40          300.00


                  TOTAL FEES :                     300.00
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MAY 13, 2003
MATTER : W9600-008
INVOICE : 156789

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

RE:   FEE/EMPLOYMENT APPLICATIONS

TOTAL DUE   :                          300.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 13, 2003
                                            MATTER : W9600-011
                                            INVOICE : 156790

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03   T C

     RE:  LITIGATION


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                HOURS
  ----  ----   --------------------------------                -----

04/02/03 TC    REVIEWED MOTION TO EXTEND TIME FOR AVOIDANCE       .30
               ACTIONS

04/10/03 TC    REVIEWED ORDER REQUIRING STATUS REPORT ON ALL      .10
               MATTERS

04/22/03 TC    REVIEWED STATUS REPORT                             .30

04/23/03 TC    REVIEWED MOTION FOR AN ORDER APPROVING             .80
               SETTLEMENT WITH PLAINTIFFS AND OFFICIAL
               COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
               AND OTHERS


               T I M E   S U M M A R Y
               -----------------------

                      RATE    HOURS        TOTALS
                      ----    -----        ------

  T CURRIER          445.00   1.50         667.50
              TOTALS          1.50         667.50

                  TOTAL FEES :                    667.50

                  TOTAL DUE  :                    667.50
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 13, 2003
                                              MATTER : W9600-017
                                              INVOICE : 156791


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

    RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED              HOURS
  ----  ----   -------------------------------              -----

04/07/03 TC    REVIEWED FEE APPLICATION AND PREPARED RESPONSE   .40
               TO FEE AUDITOR INITIAL REPORT

04/09/03 TC    REVIEWED FEE AUDITOR'S FINAL REPORT CONCERNING   .10
               KLETT ROONEY

04/10/03 RTT   REVIEW OF KLETT ROONEY PRE-BILLS FOR THE PERIOD  .80
               OF 3/1/03 THROUGH 3/31/03(.6); PREPARE EMAIL TO
               T.CURRIER RE SAME(.1); DISTRIBUTE SAME TO
               R.THOMAS RE SAME(.1)

04/14/03 RTT   REVIEW DOCKET FOR OBJECTIONS FILED RE KRLS       .60
               SIXTEENTH FEE APPLICATION(.1); DRAFT NO ORDER
               REQUIRED CERTIFICATION OF NO OBJECTION RE
               SAME(.4); DISTRIBUTE SAME TO T.CURRIER(.1)

04/15/03 RTT   E-FILE AND SERVE NO ORDER REQUIRED              .60
               CERTIFICATION OF NO OBJECTION TO KRLS SIXTEENTH
               FEE APPLICATION

04/16/03 RLT   REVIEWED PREBILLS AND RETURNED SAME TO RTT      .40

04/23/03 RTT   DRAFT KRLS SEVENTEENTH FEE APPLICATION FOR THE  .60
               PERIOD 3/1/03 THROUGH 3/31/03

04/23/03 RTT   REVIEW AND COMPARE KRLS FINAL BILLS FOR THE     .40
               PERIOD MARCH 1, 2003 THROUGH MARCH 31, 2003

04/24/03 RTT   EMAIL TO RLT RE KRLS SEVENTEENTH FEE            .10
               APPLICATION

04/24/03 RTT   CONTINUE TO DRAFT KRLS SEVENTEENTH FEE          .40
               APPLICATION
```

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 13, 2003
                                            MATTER :  W9600-017
                                            INVOICE : 156791


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

    RE:  KLETT ROONEY FEE/EMPLOYMENT APPLICATIONS


04/28/03 RTT    E-FILE AND SERVE KRLS SEVENTEENTH FEE                .70
                APPLICATION FOR THE PERIOD 3/1/03 THROUGH
                3/31/03

04/30/03 RTT    DRAFT KRLS EIGHTH QUARTERLY FEE APPLICATION          .60
                REQUEST

04/30/03 RTT    DRAFT NOTICE OF KRLS EIGHTH QUARTERLY FEE            .40
                APPLICATION REQUEST

04/30/03 RTT    EMAIL TO T.CURRIER AND RLT RE KRLS EIGHTH            .10
                QUARTERLY FEE APP REQUEST


              T I M E   S U M M A R Y
              -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

R L THOMAS              210.00    .40          84.00
R T TAYLOR              125.00   5.30         662.50
T CURRIER               445.00    .50         222.50
            TOTALS               6.20         969.00


            TOTAL FEES :                      969.00


            TOTAL DUE  :                      969.00


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 13, 2003
                                              MATTER :  W9600-018
                                              INVOICE : 156792

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/03    T C

   RE:  HEARINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/22/03 | TC | COMMUNICATION WITH RHONDA THOMAS RE STAFFING AND ATTENDANCE AT 4/28 HEARING | .20 |
| 04/23/03 | TC | COORDINATING HEARING ATTENDANCE FOR 4/28 HEARING | .20 |


              T I M E   S U M M A R Y
              -----------------------

                      RATE    HOURS        TOTALS
                      ----    -----        ------

  T CURRIER          445.00    .40         178.00
              TOTALS           .40         178.00

                  TOTAL FEES :              178.00

                  TOTAL DUE  :              178.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**