IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: June 17, 2003 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR PITNEY HARDIN KIPP & SZUCH LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD
## MARCH 1, 2003 THROUGH MARCH 31, 2003

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 03/03/03 04 | Address case issues on site cleanup.<br>W. Hatfield | 0.4 | 110.00 |
| 03/04/03 03 | Call with client on case issues and strategy.<br>W. Hatfield | 0.5 | 137.50 |
| 03/04/03 04 | Address Weja request for reports on levels of site contaminants.<br>W. Hatfield | 0.4 | 110.00 |
| 03/05/03 15 | Attend to case issues regarding post-trial matters.<br>W. Hatfield | 0.4 | 110.00 |
| 03/06/03 15 | Address case issues on cleanup status.<br>W. Hatfield | 0.4 | 110.00 |
| 03/10/03 15 | Call from Weja counsel on request for information.<br>W. Hatfield | 0.2 | 55.00 |
| 03/11/03 15 | Review and analyze defendant Weja, Inc.'s opposition papers to Grace's motion for trial and post trial attorney fees and costs.<br>W. Hatfield | 4.7 | 1,292.50 |
| 03/11/03 15 | Review and analyze defendant Weja Inc.'s opposition papers to Grace motion for prejudgment interest.<br>W. Hatfield | 2.0 | 550.00 |
| 03/11/03 15 | Call with W. Crowther, Esq., counsel for Weja, on motion schedule and Weja's request for post trial environmental reports.<br>W. Hatfield | 0.4 | 110.00 |
| 03/11/03 15 | Review Weja's response to attorney fees petition and address reply issues with W. Hatfield regarding same.<br>S. Purrington | 1.7 | 187.00 |
| 03/12/03 15 | Prepare chart outlining Weja's response to fee petition as requested by W. Hatfield.<br>S. Purrington | 2.8 | 308.00 |

2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/13/03 | Review W.R. Grace's brief on the issue of prejudgment interest and Weja's response brief on this issue. | | |
| 15 | S. Kim | 2.9 | 464.00 |
| 03/13/03 | Research related to reply on Weja's opposition brief regarding prejudgment interest. | | |
| 15 | S. Kim | 5.4 | 864.00 |
| 03/13/03 | Prepare chart outlining Weja's response to fee petition as requested by W. Hatfield. | | |
| 15 | S. Purrington | 1.3 | 143.00 |
| 03/13/03 | Work with S. Kim regarding Weja's reply to fee petition. | | |
| 15 | S. Purrington | 0.8 | 88.00 |
| 03/14/03 | Review and forward letter to Court concerning scheduling of motion for reconsideration and telephone from F. Biehl concerning scheduling of same. | | |
| 15 | R. Rose | 0.4 | 154.00 |
| 03/14/03 | Attend to case issues on pending motions. | | |
| 15 | W. Hatfield | 0.3 | 82.50 |
| 03/17/03 | Call to J. McLaughlin chambers on scheduling issues. | | |
| 04 | W. Hatfield | 0.2 | 55.00 |
| 03/17/03 | Address pending motion issues. | | |
| 15 | W. Hatfield | 0.2 | 55.00 |
| 03/17/03 | Research and draft reply brief on the issue of prejudgment interest. | | |
| 15 | S. Kim | 7.4 | 1,184.00 |
| 03/17/03 | Prepare chart outlining Weja's response to fee petition as requested by W. Hatfield. | | |
| 15 | S. Purrington | 4.2 | 462.00 |
| 03/18/03 | Address letter from Weja and calls with Court clerk on pending motion issues and schedule for same. | | |
| 15 | W. Hatfield | 0.6 | 165.00 |
| 03/18/03 | Memos to R. Rose and A. Marchetta on motion issues and scheduling of arguments. | | |
| 15 | W. Hatfield | 0.4 | 110.00 |
| 03/18/03 | Call with client on motion issues and hearing date change. | | |
| 15 | W. Hatfield | 0.2 | 55.00 |

3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/19/03 15 | Address Weja opposition on prejudgment interest application. | W. Hatfield | 1.0 | 275.00 |
| 03/19/03 15 | Call with F. Biehl's office on Weja request for change of motion date to early May; memos to R. Rose and A. Marchetta on same. | W. Hatfield | 0.4 | 110.00 |
| 03/20/03 04 | Review URS environmental reports and DEP letters from 2000-2002 in response to request for information by Defendant on site sampling issues. | W. Hatfield | 0.9 | 247.50 |
| 03/21/03 15 | Prepare letter to Wendy Crowther with URS data. | W. Hatfield | 0.5 | 137.50 |
| 03/24/03 15 | Attend to and complete letter to Weja's counsel on remedial reports. | W. Hatfield | 0.6 | 165.00 |
| 03/24/03 15 | Review and address letter on motion schedule from F. Biehl to court. | W. Hatfield | 0.4 | 110.00 |
| 03/24/03 04 | Follow up re reconsideration motion and e-mail to client regarding same. | A. Marchetta | 0.3 | 135.00 |
| 03/25/03 04 | Review information regarding site cleanup. | A. Marchetta | 0.2 | 90.00 |
| 03/25/03 15 | Address post trial issues and pending applications to court. | W. Hatfield | 0.6 | 165.00 |
| 03/26/03 15 | Forward information on Jersey City property issues to client with memo on same. | W. Hatfield | 0.4 | 110.00 |
| 03/26/03 15 | Call F. Biehl on new dates for hearing date on motion for reconsideration and address same. | W. Hatfield | 0.4 | 110.00 |
| 03/26/03 15 | Follow up regarding hearing on case; telephone call with W. Hatfield regarding same. | A. Marchetta | 0.3 | 135.00 |
| 03/31/03 15 | Review file and address recent correspondence from defendant to court. | W. Hatfield | 0.4 | 110.00 |
| 03/31/03 | Prepare letter to court on motion issues and revised briefing schedule. | | | |

| | | | | |
|---|---|---|---|---|
| 15 | W. Hatfield | | 0.7 | 192.50 |

### Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 17.60 | 275.00 | 4,840.00 |
| A. Marchetta | 0.80 | 450.00 | 360.00 |
| R. Rose | 0.40 | 385.00 | 154.00 |
| S. Kim | 15.70 | 160.00 | 2,512.00 |
| S. Purrington | 10.80 | 110.00 | 1,188.00 |
| TOTALS | 45.30 | | 9,054.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 0.4 | 385.00 | 154.00 |
| A. Marchetta | 04 | 0.8 | 450.00 | 360.00 |
| W. Hatfield | 03 | 0.5 | 275.00 | 137.50 |
| | 04 | 2.3 | 275.00 | 632.50 |
| | 15 | 14.8 | 275.00 | 4,070.00 |
| S. Kim | 15 | 15.7 | 160.00 | 2,512.00 |
| S. Purrington | 15 | 10.8 | 110.00 | 1,188.00 |
| TOTAL | | 45.3 | | 9,054.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 02/03/03 | Work on January, 2003 fee application. | | |
| 11 | A. Marchetta | 0.3 | 135.00 |
| 03/03/03 | Drafted fee application for January 2003. | | |
| 11 | K. Jasket | 3.6 | 648.00 |
| 03/03/03 | Review and updated docket. | | |
| 11 | K. Jasket | 0.4 | 72.00 |

5

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 03/05/03<br>11 | Continued drafting of fee application for January 2003. | K. Jasket | 1.2 | 216.00 |
| 03/05/03<br>11 | Receipt and review of Order regarding contingency fee matter and forwarded same to A. Marchetta and S. Zuber. | K. Jasket | 0.2 | 36.00 |
| 03/06/03<br>11 | Review and revise January, 2003 fee application. | S. Zuber | 0.3 | 102.00 |
| 03/07/03<br>11 | Correspondence to and from A. Marchetta regarding order approving PHK&S's contingency fee arrangement. | S. Zuber | 0.2 | 68.00 |
| 03/07/03<br>11 | Follow up regarding order approving PHK&S's contingency fee arrangement. | S. Zuber | 0.1 | 34.00 |
| 03/07/03<br>11 | Telephone conversation with P. Galbraith regarding order approving PHK&S's contingency fee arrangement. | S. Zuber | 0.1 | 34.00 |
| 03/12/03<br>11 | Prepare for hearing on PHK&S's Sixth Quarterly Fee Application (for period July-September 2002). | S. Zuber | 1.5 | 510.00 |
| 03/12/03<br>11 | Conferred with P. Galbraith regarding fee hearing for 3/17. | K. Jasket | 0.2 | 36.00 |
| 03/12/03<br>11 | Reviewed materials for 3/17 hearing on Sixth Quarterly Fee Application. | K. Jasket | 0.9 | 162.00 |
| 03/12/03<br>11 | Correspondence to L. Ferdinand regarding Sixth Interim Fee Application. | K. Jasket | 0.2 | 36.00 |
| 03/14/03<br>04 | Conference with S. Zuber regarding court hearing. | A. Marchetta | 0.2 | 90.00 |
| 03/17/03<br>11 | Travel to and from Wilmington, DE for hearing on PHK&S's Sixth Interim Fee Application (hearing cancelled by court; notice did not hit docket until today, while SAZ was en route to hearing). | S. Zuber | 4.7 | 1,598.00 |
| 03/17/03<br>11 | Review of Order regarding fees for the sixth quarter. | K. Jasket | 0.1 | 18.00 |

6

| Date | Description | Timekeeper | Hours | Dollars |
|---|---|---|---|---|
| 03/17/03 11 | Conferred with S. Zuber regarding fees for the sixth interim period. | K. Jasket | 0.2 | 36.00 |
| 03/17/03 11 | Telephone conference with P. Galbraith regarding hearing. | K. Jasket | 0.1 | 18.00 |
| 03/18/03 11 | Received email from the fee auditor and attention to forwarding Quarterly Fee Application for Seventh Interim Period as requested. | K. Jasket | 0.3 | 54.00 |
| 03/21/03 11 | Drafted fee application for February 2003. | K. Jasket | 2.5 | 450.00 |
| 03/24/03 04 | Review and respond to fee auditor's request. | A. Marchetta | 0.4 | 180.00 |
| 03/24/03 11 | Conferred with A. Marchetta regarding fee auditor's report for the 7th Quarter. | K. Jasket | 0.3 | 54.00 |
| 03/24/03 11 | Revised February 2003 fee application and forwarded to S. Zuber for review. | K. Jasket | 0.4 | 72.00 |
| 03/26/03 11 | Drafting explanation of expenses incurred in connection with preparing reply brief. | M. Waller | 0.3 | 96.00 |
| 03/26/03 11 | Reviewed fee auditor's interim report for the 7th quarter. | K. Jasket | 0.2 | 36.00 |
| 03/26/03 11 | Reviewed October - December 2002 fee application to draft response to fee auditor's initial report regarding the 7th quarter. | K. Jasket | 0.4 | 72.00 |
| 03/27/03 11 | Work on fee application and response to auditor's statement. | A. Marchetta | 0.5 | 225.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| A. Marchetta | 1.40 | 450.00 | 630.00 |
| M. Waller | 0.30 | 320.00 | 96.00 |
| S. Zuber | 6.90 | 340.00 | 2,346.00 |

7

| | | | | |
|---|---|---|---|---|
| K. Jasket | | 11.20 | 180.00 | 2,016.00 |
| | TOTALS | 19.80 | | 5,088.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 04 | 1.1 | 450.00 | 495.00 |
| | 11 | 0.3 | 450.00 | 135.00 |
| M. Waller | 11 | 0.3 | 320.00 | 96.00 |
| S. Zuber | 11 | 6.9 | 340.00 | 2,346.00 |
| K. Jasket | 11 | 11.2 | 180.00 | 2,016.00 |
| TOTAL | | 19.8 | | 5,088.00 |

8