# EXHIBIT B

**EXHIBIT B**

**EXPENSES FOR THE FEE PERIOD**
**MARCH 1, 2003 THROUGH MARCH 31, 2003**

Engagement Costs – Weja, Inc.

| | |
|---|---|
| Duplicating | 188.30 |
| Express Delivery[2] | 169.25 |
| Postage | 31.13 |
| Superior Court Charge[3] | 30.00 |
| Telephone | 18.20 |
| Vendor: NJ Law Journal[4] | 23.32 |
| Matter Total Engagement Cost | 460.20 |

Engagement Costs – Chapter 11 Administration

| | |
|---|---|
| Duplicating | 2.38 |
| Express Delivery | 7.74 |
| Telephone | 1.47 |
| Matter Total Engagement Cost | 11.59 |

---

[2] See Invoice no. 97050 dated 3/2/03 from General Messenger Service, Inc., attached hereto as Exhibit "1."
[3] See Statement of Account for the month of February 2003 attached hereto as Exhibit "2."
[4] See Invoice no. 233965 dated 3/14/03 from New Jersey Law Journal, Daily Decision Service, attached hereto as Exhibit "3."

# EXHIBIT 1

# GENERAL MESSENGER SERVICE, INC. ®

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

PITNEY HARDIN KIPP & SZUCH LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

ase tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 97050 | 3/02/03 | 1,408.15 | 4 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|---|
| 2/24/03 | 711878 | RSH | PITNEY HARDIN KIPP & SZUCH LLP 200 CAMPUS DRIVE FLORHAM PARK NJ 07932 Caller: JANET 7601 Time: 14:17 Signed: MS CELENTANO-CLERK Time: 15:45 | HUDSON COUNTY COURTHOUSE 583 NEWARK AVENUE JERSEY CITY NJ 07097 Your Ref.:082910.065656 | BASE RATE: 54.50 INSURANCE: .25 | 54.75 |
| 2/24/03 | 711879 | R/T | HUDSON COUNTY COURTHOUSE 583 NEWARK AVENUE JERSEY CITY NJ 07097 Caller: JANET 7601 Time: 14:17 Signed: GEORGE KNORR Time: 17:11 | PITNEY HARDIN KIPP & SZUCH LLP 200 CAMPUS DRIVE FLORHAM PARK NJ 07932 Your Ref.:082910.065656 | BASE RATE: 27.25 INSURANCE: .25 | 27.50 |
| 2/24/03 | 711880 | RSH | PITNEY HARDIN KIPP & SZUCH LLP 200 CAMPUS DRIVE FLORHAM PARK NJ 07932 Caller: JANET 7601 Time: 14:17 Signed: MARY HOLOWIENKA-RM 713 Time: 15:55 | HUDSON COUNTY COURTHOUSE-SUPERIOR 595 NEWARK AVENUE JERSEY CITY NJ 07097 Your Ref.:082910.065656 | BASE RATE: 54.50 INSURANCE: .25 | 54.75 |
| 2/24/03 | 711881 | RSH | PITNEY HARDIN KIPP & SZUCH LLP 200 CAMPUS DRIVE FLORHAM PARK NJ 07932 Caller: JANET 7601 Time: 14:18 Signed: MS KANE-RECEPTIONIST Time: 16:40 | SORIANO HINKLE 75 EISENHOWER PARKWAY ROSELAND NJ 07068 Your Ref.:082910.065656 | BASE RATE: 32.00 INSURANCE: .25 | 32.25 |

Total Charges for Ref. - 082910.065656:    169.25

TOTAL ▷ Continued

INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT 2

STATEMENT OF ACCOUNT FOR THE MONTH OF   FEBRUARY   2003

NAME:   PITNEY HARDIN KIPP & SZUCH
ATTN:

PARK AV AT MORRIS CO
P.O. BOX 1945
MORRISTOWN              NJ      07962-0000

ACCOUNT NUMBER:      80500
PHONE NUMBER:  973-966-6300

| CASE TITLE<br>DOCKET NUMBER | REFERENCE # | RECEIPT SEQ # | SOURCE<br>BATCH<br>FILE DATE | TRANSACTION TYPE*<br>CHECK NUMBER<br>VENUE |
| --- | --- | --- | --- | --- |
| DOCUMENT TYPE<br>COMMENTS | | | PROCESS DATE | TRANS AMT |

---

| WR GRACE & CO VS WEJA INC | | | ACMS | CHG |
| --- | --- | --- | --- | --- |
| L   7908 95 | 002 | | 0302999 | |
| W R GRACE & CO | | | 02/26/2003 | HUDSON |
| MOTN RECONSIDER | 082910.06565265 | | 02/26/2003 | -$   30.00 |

# EXHIBIT 3

NJ LAW JOURNAL                                    19736421164      P.01/11

# FAX   COVER   PAGE   &   INVOICE

## FOLLOWING ARE THE CASES YOU REQUESTED

**New Jersey Law Journal**
**DDS ALERT** "Daily Decision Service"
   Post Office Box 16229
   Newark, NJ 07191-8229
   (973) 642-0075

PAID.....................
APPROVED...................
VENDOR NO. 04464
CHECK NO. 245810
CHARGE. 10501

7/3 JVS LIB

Invoice Date   03/14/2003
Invoice No.    233965
Customer No.   PITNE1
Salesperson No.

LIBRARY
PITNEY, HARDIN, KIPP & S.
PO BOX 1945
MORRISTOWN, NJ   07962-1945

LIBRARY
PITNEY, HARDIN, KIPP & S.
200 CAMPUS DRIVE
MORRISTOWN, NJ   07932

Order No. 115223   Hatfield
                    082910
                    005656

Ordered By: BETH GREENFIELD Terms: NET 30 DAYS

17-2-3030   -10-PELLETTIERE V. HIRLEMAN        This Item Consists Of 10 Pages
Your File No. Is
                                                                  22.00
PAGE CHARGE   $1.15 Per Page; $22.00  Minmun + 6% Sales Tax

## This fax consists of 10 pages excluding this sheet.

This is your only invoice.
Please Make payment promptly to ensure uninterrupted service.

| | |
|---|---|
| Sales Total | 22.00 |
| Trade Discount | 0.00 |
| Freight | 0.00 |
| Misc. Charges | 0.00 |
| Tax Total | 1.32 |
| | 23.32 |

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline:  June 13, 2003 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1.  I am a partner with the applicant firm, Pitney, Hardin, Kipp & Szuch LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1033010A01051403

District of New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2.   I have personally performed certain of, and overseen, the legal services rendered by Pitney, Hardin, Kipp & Szuch LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.   The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: May 14, 2003

Respectfully submitted,
PITNEY, HARDIN, KIPP & SZUCH LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2