UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : : : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 (Jointly Administered) |
| Debtors. | : : | |
| IN RE: W. R. GRACE & Co., et al., | : : : : | Chapter 11 Case Nos. 01-1139 through 01-1200 (Jointly Administered) |
| Debtors. | : : | |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., | : : : | Chapter 11 Case Nos. 01-10578, et al. (Jointly Administered) |
| Debtors. | : : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11 Case Nos. 01-2094 through 01-2104 (Jointly Administered) |
| Debtors. | : : | |
| IN RE: OWENS CORNING, et al., | : : : : | Chapter 11 Case Nos. 00-3837 through 00-3854 (Jointly Administered) |
| Debtors. | : : : | Hearing date set only if objections are timely filed |

## NOTICE OF FILING OF FIRST FEE APPLCATION

TO:   ALL PARTIES LISTED ON EXHIBIT A ANNEXED HERETO.

   **PLEASE TAKE NOTICE** that Saiber Schlesinger Satz & Goldstein, LLC

("SSS&G") has filed this Notice of First Fee Application on behalf of David R. Gross as

a Court Appointed Advisor for Allowance of Compensation of Fees for Actual and Necessary Services Rendered and for Reimbursement of Expenses Incurred for the Period from November 11, 2002 through March 31, 2003 ("Fee Application").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the aforementioned Fee Application must be timely filed with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801 and served upon and received by (i) David R. Gross, Saiber, Schlesinger, Satz & Goldstein, LLC, One Gateway Center, 13th Floor, Newark, New Jersey 07102; and (ii) Frank J. Perch, Esq., Office of the United States Trustee, 844 King Street, Lockbox 35, Room 2311, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that in the event that timely objections to the Application are filed, a hearing will be scheduled at the convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of timely filed objections, the Court may enter an Order approving the aforementioned Fee Application on an interim basis without further notice or hearing.

DATED: April 25, 2003

DAVID R. GROSS
Court Appointed Advisor
Saiber Schlesinger Satz & Goldstein, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102
(973) 622-3333

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE


| | | |
|---|---|---|
| IN RE:  ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : : : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 (Jointly Administered) |
| Debtors. | : : | |
| IN RE: W. R. GRACE & Co., et al., | : : : : | Chapter 11 Case Nos. 01-1139 through 01-1200 (Jointly Administered) |
| Debtors. | : : | |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., | : : : | Chapter 11 Case Nos. 01-10578, et al. (Jointly Administered) |
| Debtors. | : : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11 Case Nos. 01-2094 through 01-2104 (Jointly Administered) |
| Debtors. | : : | |
| IN RE: OWENS CORNING, et al., | : : : : | Chapter 11 Case Nos. 00-3837 through 00-3854 (Jointly Administered) |
| Debtors. | : : : | |
| | : | Hearing date set only if objections are timely filed |

**IN RE:      GENERAL ASBESTOS**

**FIRST APPLICATION OF SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC FOR COMPENSATION FOR SERVICES RENDEREDAND REIMBURSEMENT OF EXPENSES ON BEHALF OF DAVID R. GROSS AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM NOVEMBER 11, 2002 THROUGH MARCH 31, 2003**

**TO THE HONORABLE ALFRED M. WOLIN, U.S.D.J.:**

{00275172.DOC}                                    1

Pursuant to 11 U.S.C. § 330 and § 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Saiber Schlesinger Satz & Goldstein, LLC ("SSS&G") hereby moves this Honorable Court on behalf of David R. Gross for an Order awarding an interim allowance of reasonable compensation with respect to the five above-captioned Chapter 11 cases for professional services rendered in David R. Gross's capacity as a Court Appointed Advisor in connection with the Court's management of these very large, mass-tort bankruptcy cases, in the amount of $60,829.00 and reimbursement of related expenses of $3,784.90 for the period of November 11, 2002 through March 31, 2003.

In support of this Application, SSS&G respectfully represents as follows:

1.    On various dates, the debtors in the above-captioned cases filed voluntary petitions for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330. The debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    On December 28, 2001, the Court appointed David R. Gross and several other persons as Court Appointed Advisors ("Advisors") to assist the Court as set forth in that Order, and in subsequent Orders, with the management of the above-captioned very large, mass-tort bankruptcy cases and to undertake such duties as the Court has and may in the future assign to David R. Gross. A copy of this Order is annexed hereto as Exhibit A.

3.    By its Order dated March 19, 2002, the Court withdrew the reference to the bankruptcy Court for any application for allowance of fees and/or costs by the Advisors and gave leave to the Advisors to file interim fee applications in accordance

with the directions set forth therein. A copy of this Order is annexed hereto as Exhibit B. This application is the first such application by SSS&G on behalf of David R. Gross.[1]

4.     For the compensation period from November 11, 2002 through March 31, 2003, there was no agreement or understanding between David R. Gross and any other person, other than the members, associates and employees of SSS&G, of which David R. Gross is a member, for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

5.     No agreement exists with any person or entity regarding the rate or amount of compensation David R. Gross shall receive in connection with his appointment by this Court. The hourly rate of $450.00 is reasonable and customary for an attorney of David R. Gross's experience rendering services such as those involved with his appointment as an Advisor. The hourly rate of $160.00 is reasonable and customary for an attorney of Whitney R. Chelnik's experience rendering services such as those involved in this matter. The hourly rate of $150.00 is reasonable and customary for an attorney of David M. White's experience rendering services such as those involved in this matter.

6.     David R. Gross and other professionals associated with SSS&G have expended a total of 152.8 hours totaling $60,829.00, in rendering professional services related to David R. Gross's position as a Court Appointed Advisor. The time spent and the services rendered were reasonable in relation to the size and complexity of the matters handled, not duplicative of other services rendered, and necessary to the administration of the debtors' estates. An overall billing statement is annexed hereto as Exhibit C setting forth the total hours spent by David R. Gross and other professionals associated with SSS&G related to all five consolidated bankruptcies.

---

[1] Previous applications have been filed by Budd Larner Gross Rosenbaum Greenberg & Sade and D.R. Gross Associates on behalf of David R. Gross as a Court Appointed Advisor.

{00275172.DOC}                                                                    3

Case 01-01139-AMC   Doc 3838   Filed 05/29/03   Page 6 of 29

7.     The billing statement annexed hereto as Exhibit C presents the hours expended in increments of one-tenth of an hour, with a description of the service rendered for each entry.

8.     In addition to the time expended in rendering services, SSS&G incurred out-of-pocket expenses in connection with David R. Gross's appointment as a Court Appointed Advisor in the amount of $3,784.90. These expenses were reasonable in relation to the size and complexity of the matters handled, not duplicative of other expenses incurred, and necessary to the administration of the debtors' estates.

9.     SSS&G, on behalf of David R. Gross, respectfully submits that the compensation for services and reimbursement of expenses requested is consistent with the nature and extent of the services rendered for the period November 11, 2002 through March 31, 2003, the size and complexity of the cases, the time, labor and special expertise brought to bear on the questions and other related factors.

10.    David R. Gross, having reviewed Local Rule 2016-2 regarding compensation and reimbursement of expenses, certifies that this application complies with the requirements of Local Rule 2016-2.

11.    A proposed form of Order is submitted herewith.

**WHEREFORE,** David R. Gross respectfully requests that an interim allowance of compensation for fees for services rendered and reimbursement of costs be allowed, in the amount of $64,613.90 subject to disgorgement as may be directed in a final Order of allowance at the conclusion of these Chapter 11 cases.

**WHEREFORE,** David R. Gross further respectfully requests that the interim allowance of SSS&G's fees and costs be allocated among the debtors as follows:

{00275172.DOC}                                                      4

1.     Evenly among the debtors as to all consolidated proceedings as set forth in Exhibit C for a total amount of $13,540.22, resulting in each debtor paying $2,708.04.

2.     Plus the additional sums of $720.00 as to the debtor W.R. Grace; $4,635.00 as to the debtor Armstrong World Industries; $8,482.50 as to the debtor Owens Cornings and $30,021.32 as to the debtor Federal Mogul.

**WHEREFORE,** the sum of fees and costs allowed against each debtor pursuant to this interim allowance shall therefore total $32,729.36 against Federal-Mogul Global, Inc.; $3,428.04 against W. R. Grace & Co.; $7,343.04 Armstrong World Industries, Inc.; $11,190.54 against Owens Corning; and $2,708.04 against U.S.G. Corporation.

DAVID R. GROSS
Court Appointed Advisor
Saiber, Schlesinger, Satz & Goldstein, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102
(973) 622-3333

DATED: April 25, 2003

*EXHIBIT A*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : : : | Chapter 11 Case Nos. 01-1139 through 0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : : : : | Chapter 11 Case Nos. 01-10578, et al.[1] |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11 Case Nos. 01-2094 through 01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11 Case Nos. 00-3837 through 00-3854 |
| Debtors. | : | |

ORDER DESIGNATING COURT APPOINTED CONSULTANTS
AND SPECIAL MASTERS

This matter having been opened by the Court upon its own
motion in each of the above-captioned Chapter 11 cases; and the
interested parties having been put on notice by the Court at the
joint case management conference held on December 20, 2001, that
the Court anticipated appointing special masters and/or case

---

[1]See attached list.

management consultants to whom the Court may from time to time delegate certain authority to hear matters and to advise the Court on issues that may arise in these five large Chapter 11 cases; and for good cause shown

It is this 28th day of December, 2001

ORDERED that the following Order applies to the lead cases identified in the caption of this Order and to all cases filed as related cases thereto, and it is further

ORDERED that William A. Drier, Esq., David R. Gross, Esq., C. Judson Hamlin, Esq., John E. Keefe, Esq., and Professor Francis E. McGovern are hereby designated as Court Appointed Consultants to advise the Court and to undertake such responsibilities, including by way of example and not limitation, mediation of disputes, holding case management conferences, and consultation with counsel, as the Court may delegate to them individually, and it is further

ORDERED that the parties are on notice that the Court may, without further notice, appoint any of the Court-Appointed Consultants to act as a Special Master to hear any disputed matter and to make a report and recommendation to the Court on the disposition of such matter, and it is further

ORDERED that William A. Drier, Esq., is hereby appointed Special Master in the matter of In re W.R. Grace & Co., Bankruptcy No. 01-1139 through 01-1200, to hear all disputed matters in that Chapter 11 case for which the Court's Order of

Reference may be withdrawn from the Honorable Judith K.
Fitzgerald, United States Bankruptcy Judge, and it is further

ORDERED that the fees of the Court Appointed Consultants and
Special Master(s) shall be borne by the debtors in such manner
and apportionment as this Court or the Bankruptcy Courts may
hereinafter direct.

_____
ALFRED M. WOLIN, U.S.D.J.

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD : <br> INDUSTRIES, INC., et al.,: <br> : <br> Debtors.     : | Chapter 11 <br> Case Nos. 00-4471, 00-4469, <br> 00-4470 |
| ------------------------ <br> IN RE: W.R. GRACE & CO., : <br> et al.,     : <br> : <br> Debtors.     : | Chapter 11 <br> Case Nos. 01-1139 through <br> 0-1200 |
| ------------------------ <br> IN RE: FEDERAL-MOGUL   : <br> GLOBAL, INC., T&N   : <br> LIMITED, et al.,   : <br> : <br> Debtors.     : | Chapter 11 <br> Case Nos. 01-10578, et al.[1] |
| ------------------------ <br> IN RE: USG CORPORATION,   : <br> a Delaware Corporation,   : <br> et al.,     : <br> : <br> Debtors.     : | Chapter 11 <br> Case Nos. 01-2094 through <br> 01-2104 |
| ------------------------ <br> IN RE: OWENS CORNING,   : <br> et al.,     : <br> : <br> Debtors.     : | Chapter 11 <br> Case Nos. 00-3837 through <br> 00-3854 |

# ORDER 1) PARTIALLY WITHDRAWING THE REFERENCE AND 2) GOVERNING APPLICATIONS FOR THE ALLOWANCE OF FEES AND EXPENSES TO COURT APPOINTED ADVISORS

This matter being opened upon the Court's own motion pursuant to the authority granted in 11 U.S.C. § 105(a) and the Court's inherent power; and the Court, pursuant to its Order of December 28, 2001, having appointed certain persons as Court Appointed Advisors ("Advisors") and in that Order and in subsequent Orders

---

[1]See attached list.

certain of these Advisors having been designated Special Masters
to hear and report on matters specifically delegated to them by
the Court as set forth in those Orders; and it appearing that the
Advisors are functioning in a manner in all respects similar to
examiners as provided for in the Bankruptcy Code, 11 U.S.C. §§
1104, 1106; and the Bankruptcy Code and Rules providing for the
compensation of examiners, officers and professional persons
pursuant to 11 U.S.C. §§ 330, 331; and the Advisors, by virtue of
their direct appointment by the Court, occupying a unique
position in the above-captioned cases not shared by other persons
employed in these cases; and the Court having determined that the
continued employment of the Advisors in their various capacities
is necessary for the efficient administration of these very large
mass-tort chapter 11 cases and in the best interests of the
creditors, equity holders and the estates in bankruptcy and that
the debts of the estates as specified in 11 U.S.C. § 1104(c)(2)
exceed $5,000,000; and for good cause shown

IT IS this 1 9th day of March 2002

ORDERED that pursuant to 28 U.S.C. § 157 and the Order of
this Court issued December 10, 2001, the reference of these cases
to the Bankruptcy Court, Judge Randall J. Newsome and Judge
Judith K. Fitzgerald presiding, is hereby withdrawn with respect
to any application for an allowance of fees filed by any of the
Advisors, and it is further

2

ORDERED that the Advisors may make application for the
allowance of their fees and expenses from the debtors' estates
directly to this Court in the first instance, requesting that
such applications be reviewed and approved by the Court pursuant
to the substantive standards set forth in 11 U.S.C. § 330, and it
is further

ORDERED that any application for the allowance of fees and
expenses shall set forth how the applicant believes the fees and
expenses should be allocated between the debtors, and it is
further

ORDERED that, although by its terms local bankruptcy rule
2016-2 does not apply to applications for the allowance of fees
and expenses by the Advisors, local rule 2016-2(d) governing
information requirements relating to compensation requests is
hereby incorporated by reference and made applicable to
applications by the Advisors pursuant to this Order, and it is
further

ORDERED that the Advisors may make interim applications for
the allowance of fees and expenses pursuant to 11 U.S.C. § 331,
on a monthly basis, and it is further

ORDERED that an application for the allowance of fees and
expenses pursuant to this Order shall not set forth a hearing
date for the application and no hearing will be held unless
written objection is filed with the Court no later than ten days

3

after service upon the objecting party of the fee application, and it is further

ORDERED that no Administrative Order or other Order in any of the above-captioned cases governing applications for the allowance of fees and expenses to professionals shall apply to an application by any of the Court Appointed Advisors pursuant to this Order except as provided below with respect to service, and it is further

ORDERED that any application made pursuant to this Order shall be served on the same parties and in the same manner as provided by applicable rule as superseded or modified by any Administrative Order of the Bankruptcy Court governing applications for the allowance of fees and expenses to professionals for which the reference has not been withdrawn, and it is further

ORDERED that this Order shall not limit the Court's ability, upon adequate notice, to charge fees and expenses of the Advisors upon parties besides the debtors on the grounds of equity, rule of procedure, or other law.

ALFRED M. WOLIN, U.S.D.J.

4

## IN RE: FEDERAL-MOGUL GLOBAL, INC.
### Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC
One Gateway Center
13th Floor
Newark, New Jersey 07102-5311
Fed Tax ID 22-1800684

March 31, 2003

Bill Number  86627
File Number 08195-000001

General Asbestos Bankruptcy Committee
United States Bankruptcy Court
Martin Luther King Jr. Federal Building &
Courthouse
Room 4069
50 Walnut Street
Newark, NJ 07102
Attn: Honorable Alfred M. Wolin

Re: In re: General Asbestos Bankruptcy Committee

## FOR PROFESSIONAL SERVICES

Thru March 31, 2003

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 11/11/02 | WRC | Review correspondence from S. Loncar re: status of fee applications and service list; draft replies re: same | 0.40 Hrs |
| 11/14/02 | WRC | Telephone conferences with S. Lancar re: fee applications | 0.30 Hrs |
| 11/15/02 | WRC | Telephone conference with S. Loncar re: McGovern and service list | 0.20 Hrs |
| 11/18/02 | DRG | Review file re: insurance matter | 2.40 Hrs |
| 11/18/02 | DRG | Review T/D/P re: Armstrong | 2.60 Hrs |
| 11/19/02 | DRG | Meetings with Judge Wolin, McGovern, Drier; meeting at Weitz & Luxenberg re: Federal Mogul | 11.00 Hrs |
| 11/20/02 | DRG | Telephone conferences with Francis McGovern re: Federal Mogul | 1.30 Hrs |
| 11/21/02 | DRG | Meeting re: Owens Corning | 6.20 Hrs |
| 11/21/02 | WRC | Continue preparation of fee applications re: Hamilin and Keefe | 0.60 Hrs |

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 12/02/02 | DRG | Telephone conference with Judge Wolin and F. McGovern re: asbestos program | 2.50 Hrs |
| 12/02/02 | WRC | Review and revise bill; various telephone conferences with S. Loncar re: fee applications; prepare e-mail correspondence re: same | 0.30 Hrs |
| 12/02/02 | WRC | Review revised bill re: D. R. Gross & Associates; prepare 1st fee application, cover sheets, notice and proposed Order re: same | 1.40 Hrs |
| 12/03/02 | DRG | Review file re: Federal Mogul | 1.40 Hrs |
| 12/03/02 | WRC | various telephone conferences with S. Loncar re: fee applications and filing procedures; telephone conference with E. Wohlforth re: filing procedures; revise fee applications re: Hamlin, Keefe and Gross; review and revise bill re: D. R. Gross & Associates; review research re: service list and revise same | 3.60 Hrs |
| 12/04/02 | WRC | review correspondence from S. Loncar; telephone call to same; telephone call to J. Keefe re: fee application; review bill re: F. McGovern and prepare fee application re: same; exchange various correspondences with S. Loncar re: quarterly filings; telephone calls to F. McGovern; telephone calls to document service; review service list and conference with D. Souza re: same; review and finalize all fee applications | 5.40 Hrs |
| 12/05/02 | WRC | review and finalize fee applications, notice and cover sheets re: Hamlin, Dreier, Gross and Keefe; prepare correspondence to clerk re: filing of same; telephone conference with S. Loncar re: same; review service list; file applications with clerk and serve on counsel list; prepare certificate of service; various telephone conferences with document service | 5.20 Hrs |
| 12/09/02 | DRG | Meeting with Deanne Seemer re: Federal Mogul | 4.00 Hrs |
| 12/09/02 | WRC | telephone call from F. McGovern; review and revise fee application re: F. McGovern; prepare correspondence to F. McGovern re: same | 0.60 Hrs |
| 12/11/02 | WRC | telephone call to Budd Larner re: final bill | 0.10 Hrs |
| 12/11/02 | WRC | telephone conference with Delaware clerk re: filings; review PACER re: docket search; prepare correspondence to S. Loncar re: same | 0.50 Hrs |

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

| Date | Atty | Description | Time |
|------|------|-------------|------|
| | | | 5.00 Hrs |
| 12/12/02 | DRG | Meeting at Caplin Drysdale (Insulbuch, McGovern, Seemer, et al) re: Federal Mogul | 2.00 Hrs |
| 12/13/02 | DRG | Meeting with Judge Wolin and Francis McGovern re: Federal Mogul | 0.20 Hrs |
| 12/16/02 | WRC | conference with D. Souza re: November billing entries; review and revise redactions | 1.40 Hrs |
| 12/17/02 | DRG | Telephone conference with Hamlin re: Federal Mogul | 3.40 Hrs |
| 12/18/02 | DRG | Meeting with Armstrong, Liberty Mutual re: Federal Mogul | 0.40 Hrs |
| 12/18/02 | WRC | telephone conference with S. Loncar re: certificates of no objection; review file and prepare correspondence re: same | 5.20 Hrs |
| 12/19/02 | DRG | Meeting with Judge Wolin and F. McGovern re: Federal Mogul; attend status conference in open Court; further luncheon meetings with Judge Wolin, F. McGovern and E. Wohlforth | 4.20 Hrs |
| 12/19/02 | DRG | Dinner meeting with Judge Wolin, Judge Fitzpatrick and Francis McGovern re: Owens Corning and Federal Mogul | 2.00 Hrs |
| 12/20/02 | DRG | Status conference call with Francis McGovern and Court re: Owens Corning meeting; | 0.70 Hrs |
| 12/20/02 | DRG | Telephone calls to Seemer and Macker re: Federal Mogul | 2.00 Hrs |
| 12/20/02 | DRG | Status conference call with Francis McGovern and Court re: Owens Corning meeting; | 0.40 Hrs |
| 12/20/02 | WRC | telephone conference with U.S. Trustee's office re: fee application of D. Gross; conference with D. Souza re: same; review bill re: redactions and time entries; various correspondences with S. Loncar re: same | 1.10 Hrs |
| 12/23/02 | WRC | telephone conference with E. Wohlforth re: signed Orders awarding compensation and amending D. Gross application; various telephone conferences with S. Loncar re: certifications of no objection and proposed orders; review various correspondences re: same; review file re: first certificates of no objection | 2.00 Hrs |
| 12/27/02 | DRG | Conference re: Armstrong and Liberty | 1.00 Hrs |
| 12/27/02 | DRG | Telephone conference with Macker re: Federal Mogul | 1.00 Hrs |
| 12/29/02 | DRG | Telephone conference with Macker re: Federal Mogul | 0.90 Hrs |
| 12/30/02 | WRC | Telephone conference; prepare correspondence amend order re: D. Gross fee; telephone conference re: same to Judge Wolin re: same; telephone conference re: same | 0.60 Hrs |
| 12/31/02 | WRC | telephone call from Judge Wolin's chambers re: proposed Order; review certificates of no objection and prepare same for D. Gross; telephone conference with J. Keefe re: certificate of no objection; telephone | |

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

| Date | Atty | Description | Time |
|------|------|-------------|------|
| | | conference with D. Gross re: same | |
| 01/02/03 | WRC | review correspondence from J. Keefe re: certificate of no objection; prepare correspondence re: filing and service on counsel list | 0.30 Hrs |
| 01/02/03 | WRC | various telephone conferences with K. Schweniger of Federal Mogul re: Keefe's payment; review application of J. Keefe; conferences with D. White re: same; telephone call to Court re: same | 0.70 Hrs |
| 01/02/03 | WRC | review Budd Larner Second Fee Application | 0.10 Hrs |
| 01/02/03 | DMW | review of Interim Fee Application of J. Keefe re: distribution of fees | 1.40 Hrs |
| 01/03/03 | DRG | Telephone conference with Macker re: Federal Mogul | 1.00 Hrs |
| 01/06/03 | DRG | Telephone conference with Macker re: Federal Mogul | 3.20 Hrs |
| 01/06/03 | WRC | telephone conference with S. Loncar re: payments; prepare various correspondences to S. Loncar re: same; telephone calls with J. Keefe re: same | 0.40 Hrs |
| 01/07/03 | DRG | Attend meeting with D. Seemer re: Federal Mogul; preparation for same | 4.10 Hrs |
| 01/07/03 | DRG | Attend meeting with Liberty re: Armstrong; preparation for same | 4.00 Hrs |
| 01/07/03 | WRC | conference with D. Gross re: payments | 0.10 Hrs |
| 01/07/03 | WRC | telephone conferences with E. Wohlforth and J. Keefe re: additional payment; prepare memorandum to file re: same | 0.20 Hrs |
| 01/07/03 | WRC | telephone conference with K. Schweniger re: Federal Mogul payments; review first fee application of D. R. Gross & Associates and amended Order; prepare memorandum to file re: same | 0.20 Hrs |
| 01/14/03 | WRC | review correspondence from S. Longo re: unredacted bill | 0.10 Hrs |
| 01/21/03 | WRC | telephone call from Bankruptcy Court re: filings; review file re: same | 0.20 Hrs |
| 01/23/03 | DRG | Meeting with Judge Wolin re: overall Asbestos Program | 3.50 Hrs |
| 01/24/03 | DRG | Telephone conference; review plan re: Owens Corning | 2.80 Hrs |
| 01/24/03 | DRG | Telephone conferences with Bederson & Company re representation of Future's representative re: Owens Corning, et al | 2.60 Hrs |
| 01/27/03 | DRG | Telephone conference re: Federal Mogul et al. | 2.00 Hrs |
| 01/28/03 | DRG | Meeting here with Deanne Seemer re: Federal Mogul | 2.50 Hrs |
| 01/30/03 | DRG | Meeting with Francis McGovern and Judge Wolin re: Federal Mogul and Owens Corning | 7.50 Hrs |
| 01/30/03 | DRG | Meeting at Honeywell re: Federal Mogul/Bendix | 4.00 Hrs |
| 01/31/03 | DRG | Meeting at Honeywell with Francis McGovern re: Federal Mogul | 4.00 Hrs |

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

| Date | Atty | Description | Time |
|------|------|-------------|------|
| 02/04/03 | DRG | Conference with Judge Wolin and Francis McGovern re: asbestos issues | 2.10 Hrs |
| 02/04/03 | WRC | review correspondence from C. Hamlin re: December/January billing | 0.10 Hrs |
| 02/10/03 | WRC | telephone conference with E. Wohlforth re: BL's fee application and certificate of no objection | 0.20 Hrs |
| 02/10/03 | WRC | prepare correspondence to S. Loncar re: Hamlin fee application | 0.10 Hrs |
| 02/11/03 | DRG | Telephone conferences with Judge Wolin and E. Wohlforth re meeting with W. R. Grace | 1.60 Hrs |
| 02/11/03 | WRC | telephone conference with B. Jeffords re: specificity of billing entries; prepare memorandum to Advisors re: same; conference with D. Gross re: redaction and specificity of bills | 0.40 Hrs |
| 02/11/03 | WRC | review file re: Budd Larner Second Fee Application and Certificate of No Objection; conference with D. Gross re: same | 0.20 Hrs |
| 02/12/03 | DRG | Review insurance issue; telephone conference with D. Cain/Hartford re: same | 1.40 Hrs |
| 02/19/03 | DRG | Telephone call from General Counsel, Federal Mogul re progress plan; meeting with Judge Wolin re USG, et al | 1.10 Hrs |
| 02/19/03 | DRG | Meeting with Judge Wolin re USG, et al | 3.10 Hrs |
| 02/20/03 | WRC | review and revise bill re: December and January to clarify entries | 0.30 Hrs |
| 02/27/03 | DRG | Meeting with Judge Wolin; telephone conference with Francis McGovern re Federal Mogul | 2.30 Hrs |
| 03/04/03 | DRG | Telephone conference with Deanne Seamer, Judge Wolin and Francis McGovern re: Federal Mogul | 3.60 Hrs |
| 03/10/03 | DRG | Meeting with Judge Wolin re:  all bankruptcy matters | 2.10 Hrs |
| 03/18/03 | DRG | Telephone conferences with Court and Francis McGovern re various bankruptcy matters | 2.10 Hrs |
| 03/21/03 | DRG | Telephone conference with Judge Wolin and Francis McGovern re: overall asbestos program | 1.00 Hrs |
| 03/27/03 | DRG | Conference call with Judge Wolin | 2.60 Hrs |
| 03/28/03 | WRC | receipt and review of correspondence from C. Hamlin re: apparent holdbacks and missing payments | 0.10 Hrs |

TOTAL FOR PROFESSIONAL SERVICES        $60,829.00

General Asbestos Bankruptcy Committee

Re: In re: General Asbestos Bankruptcy Committee

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| David R. Gross | 125.50 Hrs | 450/hr | $56,475.00 |
| Whitney R. Chelnik | 25.90 Hrs | 160/hr | $4,144.00 |
| David M. White | 1.40 Hrs | 150/hr | $210.00 |
| | 152.80 Hrs | | $60,829.00 |

## DISBURSEMENTS

Thru March 31, 2003

| | |
|---|---|
| Federal Express | $185.71 |
| meals | $630.98 |
| misc. fees and disbursements | $208.82 |
| messenger service | $36.00 |
| outside duplicating service | $1,264.37 |
| photocopying | $1,162.50 |
| postage | $173.80 |
| telephone and fax charges | $45.77 |
| travel | $76.95 |

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $3,784.90 |
| TOTAL THIS BILL | $64,613.90 |

Payments received after the date of this invoice will not be reflected until the next invoice.

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In Re: General Asbestos

Chapter 11
Case Nos. 00-4471, 00-4469,
              00-4470,
              00-1139 through 01-1200
              01-10578, et al.
              01-2094 through 01-2104
              00-3837 through 00-3854

## FIRST APPLICATION OF SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF DAVID R. GROSS AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM NOVEMBER 11, 2002 THROUGH MARCH 31, 2003

Name of Applicant:                    Saiber Schlesinger Satz & Goldstein, LLC

Authorized to Provide
Professional Services to:          Alfred M. Wolin, U.S.D.J.

Date of Order:                   December 28, 2001

Period for which compensation and
reimbursement is sought:         November 11, 2002 through
March 31, 2003

Amount of Compensation sought as
actual, reasonable and necessary:   $60,829.00

Amount of Expense Reimbursement
Sought as act al, reasonable and necessary:   $ 3,784.90

This is an: $\underline{X}$ interim __ final application

The total time expended for fee application preparation is approximately 27.3 hours and the corresponding compensation requested is approximately $4,354.00.[1]

---

[1]     Saiber Schlesinger Satz & Goldstein and Norris McLaughlin & Marcus prepared all the fee applications for the Court Appointed Advisors. Therefore, the time expended appears only on the applications of David Gross and William Dreier.

{00275166.DOC}

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | REQUESTED | | APPROVED | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of Years in the Position, Prior Relevant Experience, Year of Obtaining License To Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Gross, David R. | Partner, admitted to practice in 1960 | $450 | 125.5 | $56,475.00 |
| Chelnik, Whitney R. | Associate, admitted to practice in 2001 | $160 | 25.90 | $ 4,144.00 |
| White, David R. | Associate, admitted to practice in 2002 | $150 | 1.4 | $ 210.00 |
| Grand Total: | | | 152.8 | $60,829.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Asbestos Advisor | 125.5 | $56,475.00 |
| Fee Applications | 27.3 | $ 4,354.00 |
| | | |
| | | |
| | | |
| | | |
| | | |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Telephone Charges & Faxes | | $ 45.77 |
| Parking/Tolls | | |
| Photocopying | | $1,162.50 |
| Outside Duplicating | | $1,264.37 |
| Legal Research Services | Westlaw | |
| Meals | | $    839.80 |
| Postage | | $    173.80 |
| Courier & Express Carriers | Federal Express | $    221.71 |
| Travel Expenses | | $      76.95 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  ARMSTRONG WORLD INDUSTRIES, INC., et al., | : | Chapter 11 |
| | : | Case Nos. 00-4471, 00-4469, |
| | : | 00-4470 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| IN RE: W. R. GRACE & Co., et al., | : | Chapter 11 |
| | : | Case Nos. 01-1139 through |
| | : | 01-1200 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., | : | Chapter 11 |
| | : | Case Nos. 01-10578, et al. |
| | : | (Jointly Administered) |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : | Chapter 11 |
| | : | Case Nos. 01-2094 through |
| | : | 01-2104 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : | Chapter 11 |
| | : | Case Nos. 00-3837 through |
| | : | 00-3854 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**IN RE:      GENERAL ASBESTOS**

**FIRST INTERIM ORDER ALLOWING FEES AND EXPENSES TO SAIBER
SCHLESINGER SATZ & GOLDSTEIN, L.L.C. ON BEHALF OF THE COURT
<u>APPOINTED ADVISOR DAVID R. GROSS</u>**

{00275174.DOC}

This matter having been opened before the Court upon the first application of Saiber Schlesinger Satz & Goldstein, L.L.C. on behalf of the Court Appointed Advisor, David R. Gross; and the Court having by previous Order withdrawn the reference to the Bankruptcy Court with respect to such applications and granted leave to the Court Appointed Advisors to make interim applications for the allowance of fees and expenses incurred in the course of their appointment by the Court; and having received no opposition to the application; and the Court having found that the fees and expenses are reasonable and that the services rendered were necessary for the administration of the debtors' estates and not duplicative of any other services and for other good cause shown,

IT IS on this _____ day of _____, 2003,

ORDERED that the first application of Saiber Schlesinger Satz & Goldstein, L.L.C. on behalf of David R. Gross for an interim allowance of fees and expenses is hereby granted and fees and expenses are allowed on an interim basis in the amount of $64,613.90; and it is further

ORDERED that the interim fees and expenses allowed pursuant to this Order are to be allocated among the debtors as follows:

$32,729.36 in fees and expenses against Federal Mogul, Inc.;

$3,428.04 in fees and expenses against W. R. Grace & Co.;

$7,343.04 in fees and expenses against Armstrong World Industries, Inc.;

$11,190.54 in fees and expenses against Owens Corning; and

$2,708.04 in fees and expenses against U. S. G. Corporation; and it is further

ORDERED that the debtors are authorized and directed to pay Saiber Schlesinger Satz & Goldstein, L.L.C. the amounts as set forth herein; and it is further

ORDERED that amounts received by Saiber Schlesinger Satz & Goldstein, L.L.C. pursuant to this interim Order may be subject to disgorgement as may be provided in the final Order of allowance of fees and expenses at the conclusion of the above-captioned Chapter 11 cases.

ALFRED M. WOLIN, U.S.D.J.