UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-4471, 00-4469, 00-4470 <br> (Jointly Administered) |
| IN RE: W. R. GRACE & Co., et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-1139 through 01-1200 <br> (Jointly Administered) |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-10578, et al. <br> (Jointly Administered) |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 01-2094 through 01-2104 <br> (Jointly Administered) |
| IN RE: OWENS CORNING, et al., <br><br> Debtors. | Chapter 11 <br> Case Nos. 00-3837 through 00-3854 <br> (Jointly Administered) |

### CERTIFICATION OF SERVICE

I, Whitney R. Chelnik, hereby certify as follows:

    1.  I am an attorney at law in the States of New Jersey and New York and associated with the law firm of Saiber Schlesinger Satz & Goldstein, LLC.

{00291588.DOC}

2. On May 28, 2003, I caused to be served on the Clerk of the Court via Overnight Delivery:

   a. Notice of Filing of First Fee Application, Fee Application Cover Sheets, First Application of Saiber Schlesinger Satz & Goldstein, proposed form of Order;

   b. Notice of Filing of Third Fee Application, Fee Application Cover Sheets, Third Fee Application of Purcell, Reis, Shannon, Mulcahy & O'Neill, proposed form of Order;

   c. Notice of Filing of Third Fee Application, Fee Application Cover Sheets, Third Fee Application of Lynch Martin, proposed form of Order; and

   d. Notice of Filing of Third Fee Application, Fee Application Cover Sheets, Third Fee Application of Norris, McLaughlin & Marcus, proposed form of Order.

3. On May 28, 2003, I caused a copy of the foregoing documents to be served via hand delivery to the Honorable Alfred M. Wolin and via Federal Express to C. Judson Hamlin, John E. Keefe and William A. Dreier.

4. On May 28, 2003, I caused a copy of the foregoing documents to be served via First Class Mail upon all counsel on the annexed Service List.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*
WHITNEY R. CHELNIK

Dated: May 28, 2003

{00291588.DOC}

## ARMSTRONG SERVICE LIST

Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Walter Gangi
Kenneth L. Jacobs
Mary J. Huwaldt
Donita J. Swayne
Armstrong World Industries, Inc.
2500 Columbia Avenue, Building 701
Lancaster, PA 17603

Mark D. Collins, Esq.
Rebecca L. Booth, Esq.
Richards Layton & Finger
One Rodney Square
POB 551
Wilmington, DE 19899

Stephen Karotkin, Esq.
Debra A. Dandeneau, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Mark E. Felger, Esq.
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801

Teresa K.D. Currier, Esq.
Eric L. Schnabel, Esq.
Klett Rooney Lieber & Schorling, PC
The Brandywine Building
1000 West Street, Suite 1410
POB 1397
Wilmington, DE 19899-1397

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Robert Scheibe, Esq.
Richard S. Toder, Esq.
Scott Talmade, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

Dennis Wildes, Esq.
Lewis Kruger, Esq.
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Frank J. Perch, III
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

## USG CORPORATION SERVICE LIST

Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, Texas 75202

Robert Raskin, Esq.
Rose Serrette, Esq.
Stoock & Stoock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Suzanne K. Torrey, Esq.
USG Corporation
125 S. Franklin Street
Chicago, IL 60606

Michael R. Lastowski, Esq.
Duane Morris & Heckscher, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19081-1246

Brad B. Erens, Esq.
Jones Day Reavis & Pogue
77 W. Wacker Drive
Chicago, IL 60601

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
2500 First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131-2336

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801

Daniel J. DeFranceschi, Esq.
Richards Layton & Finger, PA
One Rodney Square
POB 551
Wilmington, DE 19899

Elihu Inselbuch, Esq.
Caplan & Drsydale, Chartered
399 Park Avenue
New York, NY 10022-4614

Gregory D. Willard, Esq.
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2733

Peter Van N. Lockwood, Esq.
Caplan & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schoring
The Brandywine Building
1000 West Street, suite 1410
P.O. Box 1397
Wilmington, DE 19899

Matthew G. Zaleski, III, Esq.
Campbell & Levin, LLC
1201 N. Market Street, Suite 1501
Wilmington, DE 19801

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Room 2313, Lockbox 35
Wilmington, DE 19801-3519

**OWENS CORNING SERVICE LIST**

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, 2nd Floor
Wilmington, DE 19801

Norman Pernick, Esq.
Saul Ewing, LLP
222 Delaware Avenue
Wilmington, DE 19801

James L. Patton, Esq.
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801

William Sudell, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Matthew G. Zalewski, Esq.
Campbell & Levin, LLC
Chase Manhattan Center
1201 Market Street, 15th Floor
Wilmington, DE 19801

John W. Christy, Esq.
Owens Corning
One Owens Corning Parkway
Toledo, OH 45659

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH 44022

D.J. Baker, Esq.
Skadden Arps Slate Meagher
  & Flom, LLP
4 Times Square
New York, NY 10036-6522

David S. Heller, Esq.
Lathan & Watkins
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606

Stephen Case, Esq.
Davis Polk & Wandell
450 Lexington Avenue
New York, NY 10017

Elihu Inselbuch, Esq.
Caplan & Drysdale
399 Park Avenue
New York, NY 10022-4614

Michael J. Cramos, Esq.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Warren H. Smith, Esq.
Warren H. Smith & Associates, P.C.
900 Jackson Street
120 Founders Square
Dallas, TX 75202

**W.R. GRACE CORPORATION SERVICE LIST**

David B. Siegel, Esq.
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD 21044

Frank J. Perch, Esq.
Office of the United States Trustee
844 N. King Street, Room 2313
Wilmington, DE 19801

James Kapp, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Michael R. Lastowski, Esq.
Duane Morris & Heckscher LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

David W. Carickhoff, Jr., Esq.
Pachulski Stang Ziehl Young
 & Jones
919 N. Market Street, Suite 1600
POB 8705
Wilmington, DE 19899-8705

Robert Raskin, Esq.
Rose Serrette, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Peter Van N. Lockwood
Caplan & Drysdale
399 Park Avenue, 36h Floor
New York, NY 10022

Marla Eskin, Esq.
Mark Hurford, Esq.
Campbell & Levine
Chase Manhattan Centre
1201 North Market Street, 15h Floor
Suite 1500
Wilmington, DE 19899

Teresa K.D. Currier, Esq.
Klett Rooney Lieber
 & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Philip Bentley, Esq.
Kramer Levin Naftalis
 & Frankel, LLP
919 Third Avenue
New York, NY 10022

J. Douglas Bacon, Esq.
David S. Heller, Esq.
Carol Hennessey, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, Illinois 60606

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

**FEDERAL MOGUL SERVICE LIST**

Warren H. Smith & Associates
900 Jackson Street
120 Founders Square
Dallas, TX  75202

Tim Trenary
Kristen Schweninger
Federal Mogul Corporation
26555 Northwestern Highway
Southfield, MI  48034

James F. Conlan, Esq.
Larry J. Nyhan, Esq.
Kenneth P. Mansa, Esq.
Sidley Ausstin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603

James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl
   Young & Jones
919 North Market Street, 16th Floor
POB 8705
Wilmington, DE  19899-8705

Gregory D. Willard, Esq.
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2733

Steven M. Furhman, Esq.
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Mark D. Collins, Esq.
Richards Layton & Finger
One Rodney Square
POB 551
Wilmington, DE  19801

Frank J. Perch, III
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

James L. Patton, Jr., Esq.
Edwin J. Herron, Esq.
Young Conaway Stargatt
 & Taylor
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

Parcels, Inc.
Vito L. DiMaio
4 East Seventh Street
Wilmington, DE  19801