IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 27, 2003 at 4:00 p.m. |
| | ) | Hearing Date: TBD only if necessary |

**SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR
THE INTERIM PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003**

Name of Applicant:    Holme Roberts & Owen, LLP

Authorized to Provide Professional Services to:    W.R. Grace & Co., et al., Debtors and Debtors-in Possession

Dated of Retention Order:    July 18, 2001, *nunc pro tunc* April 2, 2001.

Period for Which Compensation and Reimbursement is Sought:    April 1, 2003 through April 30, 2003

Amount of Compensation Sought as Actual, Reasonable and Necessary:    $137,707.20 (80% of $172,134.00)

Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: $18,283.69

This is a __X__ monthly ____ quarterly __X__ interim ____ final application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#917151 v1

Prior Applications filed:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| 11/07/01 | 04/02/01- 09/30/01 | $285,970.50 | $47,668.25 | Approved | Approved |
| 12/01/01 | 10/01/01 - 10/31/01 | $113,986.00 | $11,562.02 | Approved | Approved |
| 12/28/01 | 11/01/01 - 11/30/01 | $136,572.00 | $23,863.64 | Approved | Approved |
| 02/11/02 | 12/01/01 - 12/31/01 | $191,787.00 | $41,142.65 | Approved | Approved |
| 03/01/02 | 10/01/01 - 12/31/01 | $442,631.50 | $74,769.32 | Approved | Approved |
| 03/18/02 | 01/01/02 - 01/31/02 | $290,461.00 | $44,278.12 | Approved | Approved |
| 04/06/02 | 02/01/02 - 02/28/02 | $306,124.80 | $54,631.99 | Approved | Approved |
| 05/01/02 | 03/01/02 - 03/31/02 | $340,038.50 | $40,074.40 | Approved | Approved |
| 06/04/02 | 04/01/02 - 04/30/02 | $384,156.00 | $43,551.56 | Approved | Approved |
| 06/05/02 | 01/01/02 - 03/31/02 | $1,015,155.50 | $136,984.52 | Approved | Approved |
| 07/12/02 | 05/01/02 - 05/31/02 | $445,180.40 | $54,453.03 | Approved | Approved |
| 08/14/02 | 06/01/02 - 06/30/02 | $448,780.00 | $60,518.33 | Approved | Approved |
| 08/16/02 | 04/01/02 - 06/30/02 | $1,429,411.50 | $158,522.92 | Approved | Approved |
| 09/11/02 | 07/01/02 - 07/31/02 | $477,335.25 | $22,841.16 | Approved | Approved |
| 10/21/02 | 08/01/02 - 08/31/02 | $846,679.50 | $47,900.46 | Approved | Approved |
| 11/04/02 | 09/01/02 - 09/30/02 | $726,025.00 | $50,880.25 | Approved | Approved |
| 11/08/02 | 07/01/02 - 09/30/02 | $2,050,039.75 | $121,621.87 | Approved | Approved |
| 11/27/02 | 10/01/02 - 10/31/02 | $836,752.50 | $52,601.40 | Approved | Approved |

#917151 v1

2

| | | | | | |
|---|---|---|---|---|---|
| 01/02/03 | 11/01/02 - 11/30/02 | $572,956.50 | $23,357.78 | Approved | Approved |
| 02/04/03 | 12/01/02 - 12/31/02 | $592,179.50 | $79,263.22 | Approved | Approved |
| 02/12/03 | 10/01/02 - 12/31/02 | $2,002,888.50 | $155,222.40 | Approved | Approved |
| 03/04/03 | 01/01/03 - 01/31/03 | $249,506.00 | $40,504.47 | Pending | Pending |
| 03/27/03 | 02/01/03 - 02/28/03 | $146,673.50 | $5,201.50 | Pending | Pending |
| 04/22/03 | 03/01/03 - 03/31/03 | $123,016.50 | $7,708.61 | Pending | Pending |
| 05/07/03 | 01/01/03 - 03/31/03 | $519,196.00 | $53,414.58 | Pending | Pending |

The HRO attorneys who rendered professionals services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Linnea Brown | Partner | Environmental | $400.00 | 40.9 | $16,360.00 |
| Robert Tuchman | Partner | Environmental | $375.00 | 4.7 | $1,762.50 |
| Kenneth W. Lund | Partner | Environmental | $350.00 | 32.8 | $11,480.00 |
| Jay D. McCarthy | Partner | Environmental | $300.00 | 109.7 | $32,910.00 |
| Charlotte L. Neitzel | Partner | Environmental | $300.00 | 1.3 | $390.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $275.00 | 7.0 | $1,925.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $275.00 | 98.0 | $26,950.00 |
| Edward Stevenson | Sr. Counsel | Environmental | $280.00 | 110.4 | $30,912.00 |
| Ariela St. Pierre | Associate | Environmental | $285.00 | 17.6 | $5,016.00 |
| Matthew Ochs | Associate | Litigation | $180.00 | 28.1 | $5,058.00 |
| Allison Crist | Associate | Corporate | $175.00 | 9.8 | $1,715.00 |
| TOTAL | | | | 460.30 | $134,478.50 |

The HRO paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Joan M. Sherman | Paralegal | Environmental | $125.00 | 51.0 | $6,375.00 |

| Natalie K. Aberle | Paralegal | Environmental | $110.00 | 61.8 | $6,798.00 |
| Loraine C. Street | Paralegal | Environmental | $ 85.00 | 18.0 | $1,530.00 |
| Susan Haag | Paralegal | Bankruptcy | $105.00 | 12.7 | $1,333.50 |
| Ann Carroll | Paralegal | Environmental | $125.00 | 67.7 | $8,462.50 |
| Mary Beth Floyd | Info. Spec. | Environmental | $ 90.00 | 37.1 | $3,339.00 |
| Imelda Mulholland | Info. Spec. | Environmental | $110.00 | 61.2 | $6,732.00 |
| William Payne | Info. Spec. | Environmental | $85.00 | 36.3 | $3,085.50 |
| **TOTAL** | | | | **345.8** | **$37,655.50** |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | April |
|---|---|
| Photocopies | $1,195.35 |
| Parking | $113.00 |
| Facsimiles | $48.00 |
| Long Distance Telephone | $8.15 |
| Outside Courier | $300.00 |
| Travel Expense | $1,602.62 |
| Federal Express | $331.35 |
| Lexis | $12,254.30 |
| Professional Billable Services | $1,827.11 |
| Meal Expenses | $7.84 |
| Westlaw | $405.73 |
| Other Expenses | $190.24 |
| Postage | $0.00 |
| Color Copies | $0.00 |
| Research Services | $0.00 |
| Supplies | $0.00 |
| | |
| **TOTALS** | **$18,283.69** |

#917151 v1

4

Dated: May 28, 2003.

                                         HOLME ROBERTS & OWEN, LLP

                                   By: /s/ Elizabeth K. Flaagan
                                   Elizabeth K. Flaagan, Esq. (Colo. #22604)
                                   1700 Lincoln Street, Suite 4100
                                   Denver, Colorado 80203
                                   (303) 861-7000