## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Chapter 11<br>Case Nos. 00-4471, 00-4469, 00-4470<br>(Jointly Administered |
| Debtors. | : | |
| IN RE: W. R. GRACE & CO., et al., | : : : | Chapter 11<br>Case Nos. 01-1139 through 01-1200<br>(Jointly Administered |
| Debtors. | : | |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., | : : : : | Chapter 11<br>Case Nos. 01-10578, et al<br>(Jointly Administered |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : | Chapter 11<br>Case Nos. 01-2094 through 01-2104<br>(Jointly Administered |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11<br>Case Nos. 00-3837 through 00-3854<br>(Jointly Administered |
| Debtors. | : : | Objections due:_____ 2002<br>Hearing date set only if objections are timely filed |

## NOTICE OF FILING OF THIRD FEE APPLICATION

TO:    The Parties listed on Exhibit 1 hereto.

**PLEASE TAKE NOTICE** that Norris, McLaughlin & Marcus has filed this Notice of

Third Application on behalf of William A. Dreier as a Court Appointed Advisor for Allowance

of Compensation of Fees for Actual and Necessary services Rendered and for Reimbursement of

Expenses Incurred for the Period from November 1, 2002 through March 31, 2003.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the aforementioned Fee Application, if any, must be timely filed with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801 and served upon and received by (i) William A. Dreier, Norris, McLaughlin & Marcus, 721 Route 202-206, Box 1018, Somerville, NJ 08876; and (ii) Frank J. Perch, Esq., Office of the United States Trustee, 844 King Street, Lockbox 35, Room 2311, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that in the event that timely objections to the Application are filed, a hearing will be scheduled at the convenience of the Court.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of timely filed objections, the Court may enter an Order approving the aforementioned Fee Application on an interim basis without further notice or hearing.

Dated: May 22, 2003

WILLIAM A. DREIER
COURT APPOINTED ADVISOR
Norris, McLaughlin & Marcus
P.O. Box 1018
Somerville, NJ 08876-1018
(908) 722-0700

{00291128.DOC}

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al.,** | : : : | **Chapter 11**<br>**Case Nos. 00-4471, 00-4469, 00-4470**<br>**(Jointly Administered)** |
| Debtors. | : : | |
| **IN RE: W. R. GRACE & CO., et al.,** | : : : | **Chapter 11**<br>**Case Nos. 01-1139 through 01-1200**<br>**(Jointly Administered)** |
| Debtors. | : : | |
| **IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al.,** | : : : : | **Chapter 11**<br>**Case Nos. 01-10578, et al**<br>**(Jointly Administered)** |
| Debtors. | : : | |
| **IN RE: USG CORPORATION, a Delaware Corporation, et al.,** | : : : : | **Chapter 11**<br>**Case Nos. 01-2094 through 01-2104**<br>**(Jointly Administered)** |
| Debtors. | : : | |
| **IN RE: OWENS CORNING, et al.,** | : : : | **Chapter 11**<br>**Case Nos. 00-3837 through 00-3854**<br>**(Jointly Administered)** |
| Debtors. | : : : | Hearing date set only if objections are timely filed |

**IN RE:**     **GENERAL ASBESTOS**

**THIRD APPLICATION OF NORRIS, MCLAUGHLIN & MARCUS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ON BEHALF OF WILLIAM A. DREIER AS A COURT APPOINTED ADVISOR FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH MARCH 31, 2003**

{00291119.DOC}

**TO THE HONORABLE ALFRED M. WOLIN, U.S.D.J.:**

Pursuant to 11 U.S.C. §330 and §331 and Rule 2016 of the of Bankruptcy Procedure, Norris, McLaughlin & Marcus ("NMM") hereby moves this Honorable Court on behalf of William A. Dreier for an Order awarding an interim allowance of reasonable compensation with respect to the five above-captioned Chapter 11 cases for professional services rendered in William A. Dreier's capacity as a Court Appointed Advisor in connection with the Court's management of these very large, mass-tort bankruptcy cases, in the amount of $6,191.00 and reimbursement of related expenses of $477.58 for the period of November 1, 2002 through March 31, 2003.

In support of this Application and pursuant to Bankruptcy Rule 2016, NMM respectfully represents as follows:

1.       On various dates, the debtors in the above-captioned cases filed voluntary petitions for reorganization relief under Chapter 11 of Title 11 of U.S.C. §§101-1330. The debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to §§ 1107 (a) and 1108 of the Bankruptcy Code.

2.       On December 28, 2001, the Court appointed Mr. Dreier and several other persons as "Court Appointed Advisors" to assist the Court, as set forth in that Order and in subsequent Orders, with the management of the above-captioned very large, mass-tort bankruptcy cases and to undertake such duties as the Court has and may in the future assign to Mr. Dreier. A copy of this Order is annexed hereto as Exhibit A.

3.       By its Order dated March 19, 2002, the Court withdrew the reference to the Bankruptcy Court for any application for allowance of fees and/or costs by Court Appointed Advisors and gave leave to the Court Appointed Advisors to file interim fee applications in

accordance with the directions set forth therein. A copy of this Order is annexed hereto as Exhibit B. This Application is the third such application by William A. Dreier.

4.     There is no agreement or understanding between Mr. Dreier and any other person, other than the members, associates and employees of the law firm of Norris, McLaughlin & Marcus of which Mr. Dreier is a member, for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

5.     No agreement exists with any person or entity regarding the rate or amount of compensation Mr. Dreier shall receive in connection with his appointment by this Court. The hourly rate of $450.00 is reasonable and customary for an attorney of Mr. Dreier's experience rendering services such as those involved with his appointment as Court Appointed Advisor. This hourly rate of $135.00 is reasonable and customary for an attorney of Suzana Loncar's experience rendering services such as those involved in this matter. The hourly rate of $115.00 is reasonable and customary for paralegal services.

6.     Mr. Dreier has expended a total of 21.0 hours in rendering professional services as a Court Appointed Advisor. The time spent and the services rendered were reasonable in relation to the size and complexity of the matters handled, not duplicative of other services rendered, and necessary to the administration of the debtors' estates. Overall billing statements are attached as Exhibits C and D. Exhibit C sets forth the total hours spent by Mr. Dreier and other professionals affiliated with NMM related to all five consolidated bankruptcies. Exhibit D sets forth the total hours spent by Mr. Dreier and other professionals associated with NMM specifically related to the In re: W. R. Grace matter.

7.     The billing statements attached as Exhibits C and D present the hours expended in increments of one-tenth of an hour, with a description of the service rendered for each entry.

8.     In addition to the time expended in rendering services, NMM incurred out-of-pocket expenses in connection with his appointment as Court Appointed Advisor in the amount of $477.58. The expenses incurred in association with all five consolidated bankruptcies amounted to $330.63, as set forth in Exhibit C. The expenses incurred in association with the In re: W.R. Grace matter amounted to $146.95, as set forth in Exhibit D. These expenses were reasonable in relation to the size and complexity of the matters handled, not duplicative of other expenses incurred, and necessary to the administration of the debtors, estates.

9.     NMM, on behalf of William A. Dreier, respectfully submits that the compensation for services and reimbursement of expenses requested is consistent with the nature and extent of the services rendered for the period November 1, 2002 through March 31, 2003, the size and complexity of the case, the time, labor and special expertise brought to bear on the questions, and other related factors.

10.     In addition to the compensation requested above, NMM, on behalf of William A. Dreier further requests $450.00 for services rendered in his capacity as a court-appointed advisor in the General Asbestos Matters as to all debtors, during the First Interim Application Period, from January 1, 2002 through February 28, 2002. This amount was not requested in the First Interim Application of William A. Dreier due to an error in the calculation of the amount owed for services rendered during that period. Therefore, the sum has been added to this application.[1]

11.     William A. Dreier, having reviewed Local Rule 2016-2 regarding compensation and reimbursement of expenses, certifies that this application complies with the requirements of Local Rule 2016-2.

12.     A proposed form of order is submitted herewith.

---

[1] For further explanation, see the invoices attached as Exhibit C to the First Interim Application of William A. Dreier for Services Rendered and Reimbursement of Expenses as a Court Appointed Advisor for the period from January 1, 2002 through February 28, 2002.

**WHEREFORE**, William A. Dreier respectfully requests that an interim allowance of compensation for fees for services rendered and reimbursement of costs be allowed, in the amount of $7,118.56, subject to disgorgement as may be directed in a final Order of allowance at the conclusion of these Chapter 11 cases.

**WHEREFORE**, William A. Dreier further respectfully requests that the interim allowance of NMM's fees and costs be allocated among the debtors as follows:

1.    Evenly among the debtors as to all consolidated proceedings as set forth in Exhibit C for a total amount of $5,450.13, resulting in each debtor paying $1,090.02;

2.    Plus $450.00 as to all the debtors, resulting in each debtor paying an additional $90.00, as set forth above in Paragraph 10;

3.    Plus $1,218.46 as to the debtor W.R. Grace, as set forth in Exhibit D.

**WHEREFORE, the** sum of fees and costs allowed against each debtor pursuant to this interim allowance shall total $1,180.02 against Federal-Mogul Global, Inc.; $2,398.48 against W.R. Grace & Co.; $1,180.02 against Armstrong Industries, Inc.; $1,180.02 against Owens Corning; and $1,180.02 against U.S.G. Corporation.

WILLIAM A. DREIER
Court Appointed Advisor
Norris McLaughlin & Marcus
721 Route 202/206 North
Bridgewater, New Jersey  08807

Dated: May 22, 2003

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re: General Asbestos

Chapter 11

Case Nos. 00-4471, 00-4469,
00-4470,
01-1139 through 01-1200
01-10578, et al.
01-2094 through 01-2104
00-3837 through 00-3854

**THIRD APPLICATION OF NORRIS, MCLAUGHLIN & MARCUS ON BEHALF OF
WILLIAM A. DREIER FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENTOF EXPENSES AS A COURT APPOINTED ADVISOR
FOR THE PERIOD FROM NOVEMBER 1, 2002 THROUGH MARCH 31, 2003**

| | |
|---|---|
| Name of Applicant: | Norris, McLaughlin & Marcus |
| Authorized to Provide Professional Services to: | Alfred M. Wolin, U.S.D.J. |
| Date of Order: | December 28, 2001 |
| Period for which Compensation and Reimbursement Are Sought: | November 1, 2002 through March 31, 2003 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $6,641.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $477.58 |

This is an: <u>X</u>  interim  __final application

The total time expended for fee application preparation is approximately 3 hours and the corresponding compensation requested is approximately $405.00.

{00291180.DOC}

If this is not the first application filed, disclose the following for each prior application:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 5/3/2002 | 1/1/02 – 2/28/02 | $13,815.00 | $831.90 | $13,815.00 | $831.90 |
| 12/5/02 | 3/1/02-10/3/02 | $46,421.00 | $3,068.39 | $46,421.00 | $3,068.39 |
| | | | | | |
| | | | | | |
| | | | | | |

# ATTACHMENT B
## TO FEE APPLICATION

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| William A. Drier | Admitted to Practice in 1961 | $450.00 | 10.8 | $4,860.00 |
| Suzana Loncar | Associate, Admitted to Practice in 2002 | $135.00 | 7.9 | $1,066.50 |
| Jeanna Hand | Paralegal | $115.00 | 2.3 | $ 264.50 |
| Grand Total: | | | 21.00 | $6,191.00 |
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Asbestos Advisor | 15.6 | $5,119.50 |
| W.R. Grace - Special Master | 5.40 | $1,071.50 |
| Additional compensation inadvertently left off the First Interim Application of William A. Dreier as to the work performed on the General Asbestos matters as to all debtors | | $450.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | | |
| Facsimile (with rates) | | |
| Telephone, Postage, Photocopying | | $309.56 |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Reporting | | |
| Travel Expenses | | $153.75 |
| Courier & Express Carriers (e.g., | | $ 14.27 |
| Federal Express) | | |
| Other (explain) | | |

Local Form 102 (Fee Application/Attachment B)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : | Chapter 11 Case Nos. 00-4471, 00-4469, 00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : | Chapter 11 Case Nos. 01-1139 through 0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : | Chapter 11 Case Nos. 01-10578, et al.[1] |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : | Chapter 11 Case Nos. 01-2094 through 01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : | Chapter 11 Case Nos. 00-3837 through 00-3854 |
| Debtors. | : | |

## ORDER 1) PARTIALLY WITHDRAWING THE REFERENCE AND 2) GOVERNING APPLICATIONS FOR THE ALLOWANCE OF FEES AND EXPENSES TO COURT APPOINTED ADVISORS

This matter being opened upon the Court's own motion pursuant to the authority granted in 11 U.S.C. § 105(a) and the Court's inherent power; and the Court, pursuant to its Order of December 28, 2001, having appointed certain persons as Court Appointed Advisors ("Advisors") and in that Order and in subsequent Orders

---

[1] See attached list.

certain of these Advisors having been designated Special Masters to hear and report on matters specifically delegated to them by the Court as set forth in those Orders; and it appearing that the Advisors are functioning in a manner in all respects similar to examiners as provided for in the Bankruptcy Code, 11 U.S.C. §§ 1104, 1106; and the Bankruptcy Code and Rules providing for the compensation of examiners, officers and professional persons pursuant to 11 U.S.C. §§ 330, 331; and the Advisors, by virtue of their direct appointment by the Court, occupying a unique position in the above-captioned cases not shared by other persons employed in these cases; and the Court having determined that the continued employment of the Advisors in their various capacities is necessary for the efficient administration of these very large mass-tort chapter 11 cases and in the best interests of the creditors, equity holders and the estates in bankruptcy and that the debts of the estates as specified in 11 U.S.C. § 1104(c)(2) exceed $5,000,000; and for good cause shown

IT IS this day of March 2002

ORDERED that pursuant to 28 U.S.C. § 157 and the Order of this Court issued December 10, 2001, the reference of these cases to the Bankruptcy Court, Judge Randall J. Newsome and Judge Judith K. Fitzgerald presiding, is hereby withdrawn with respect to any application for an allowance of fees filed by any of the Advisors, and it is further

2

ORDERED that the Advisors may make application for the
allowance of their fees and expenses from the debtors' estates
directly to this Court in the first instance, requesting that
such applications be reviewed and approved by the Court pursuant
to the substantive standards set forth in 11 U.S.C. § 330, and it
is further

ORDERED that any application for the allowance of fees and
expenses shall set forth how the applicant believes the fees and
expenses should be allocated between the debtors, and it is
further

ORDERED that, although by its terms local bankruptcy rule
2016-2 does not apply to applications for the allowance of fees
and expenses by the Advisors, local rule 2016-2(d) governing
information requirements relating to compensation requests is
hereby incorporated by reference and made applicable to
applications by the Advisors pursuant to this Order, and it is
further

ORDERED that the Advisors may make interim applications for
the allowance of fees and expenses pursuant to 11 U.S.C. § 331,
on a monthly basis, and it is further

ORDERED that an application for the allowance of fees and
expenses pursuant to this Order shall not set forth a hearing
date for the application and no hearing will be held unless
written objection is filed with the Court no later than ten days

3

after service upon the objecting party of the fee application, and it is further

ORDERED that no Administrative Order or other Order in any of the above-captioned cases governing applications for the allowance of fees and expenses to professionals shall apply to an application by any of the Court Appointed Advisors pursuant to this Order except as provided below with respect to service, and it is further

ORDERED that any application made pursuant to this Order shall be served on the same parties and in the same manner as provided by applicable rule as superseded or modified by any Administrative Order of the Bankruptcy Court governing applications for the allowance of fees and expenses to professionals for which the reference has not been withdrawn, and it is further

ORDERED that this Order shall not limit the Court's ability, upon adequate notice, to charge fees and expenses of the Advisors upon parties besides the debtors on the grounds of equity, rule of procedure, or other law.

ALFRED M. WOLIN, U.S.D.J.

4

IN RE: FEDERAL-MOGUL GLOBAL, INC.
## Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

Exhibit B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Chapter 11<br>Case Nos. 00-4471, 00-4469,<br>00-4470 |
| Debtors. | : | |
| IN RE: W.R. GRACE & CO., et al., | : : : | Chapter 11<br>Case Nos. 01-1139 through<br>0-1200 |
| Debtors. | : | |
| IN RE: FEDERAL-MOGUL GLOBAL, INC., T&N LIMITED, et al., | : : : : | Chapter 11<br>Case Nos. 01-10578, et al.[1] |
| Debtors. | : | |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., | : : : : | Chapter 11<br>Case Nos. 01-2094 through<br>01-2104 |
| Debtors. | : | |
| IN RE: OWENS CORNING, et al., | : : : | Chapter 11<br>Case Nos. 00-3837 through<br>00-3854 |
| Debtors. | : | |

## ORDER DESIGNATING COURT APPOINTED CONSULTANTS
## AND SPECIAL MASTERS

This matter having been opened by the Court upon its own
motion in each of the above-captioned Chapter 11 cases; and the
interested parties having been put on notice by the Court at the
joint case management conference held on December 20, 2001, that
the Court anticipated appointing special masters and/or case

---

[1]See attached list.

management consultants to whom the Court may from time to time
delegate certain authority to hear matters and to advise the
Court on issues that may arise in these five large Chapter 11
cases; and for good cause shown

It is this 28th day of December, 2001

ORDERED that the following Order applies to the lead cases
identified in the caption of this Order and to all cases filed as
related cases thereto, and it is further

ORDERED that William A. Drier, Esq., David R. Gross, Esq.,
C. Judson Hamlin, Esq., John E. Keefe, Esq., and Professor
Francis E. McGovern are hereby designated as Court Appointed
Consultants to advise the Court and to undertake such
responsibilities, including by way of example and not limitation,
mediation of disputes, holding case management conferences, and
consultation with counsel, as the Court may delegate to them
individually, and it is further

ORDERED that the parties are on notice that the Court may,
without further notice, appoint any of the Court-Appointed
Consultants to act as a Special Master to hear any disputed
matter and to make a report and recommendation to the Court on
the disposition of such matter, and it is further

ORDERED that William A. Drier, Esq., is hereby appointed
Special Master in the matter of In re W.R. Grace & Co.,
Bankruptcy No. 01-1139 through 01-1200, to hear all disputed
matters in that Chapter 11 case for which the Court's Order of

Reference may be withdrawn from the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, and it is further

ORDERED that the fees of the Court Appointed Consultants and Special Master(s) shall be borne by the debtors in such manner and apportionment as this Court or the Bankruptcy Courts may hereinafter direct.

_____
ALFRED M. WOLIN, U.S.D.J.

IN RE: FEDERAL-MOGUL GLOBAL, INC.
Case Numbers

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |
| 01-10637 | 01-10696 | 01-10746 | |
| 01-10638 | 01-10697 | 01-10747 | |
| 01-10640 | 01-10698 | 01-10748 | |
| 01-10641 | 01-10699 | 01-10749 | |

Exhibit C

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                1
Invoice #    248646
Date    12/06/2002
Client        102187
Matter            1
WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                                    FEI#    62-140-8127

--------------------------------------------------------------------------

For professional services rendered from November 18, 2002
through November 30, 2002

Re:  Asbestos Litigation Advisory Committee


| 11/18/02 | WAD | .70 | 315.00 | Prepare for 11/19 meeting with Judge Wolin; |
|----------|-----|------|--------|---------------------------------------------|
| 11/18/02 | JH | .90 | 103.50 | Pacer research for notice parties; |
| 11/19/02 | WAD | 5.50 | 2,475.00 | Meeting at US District Court, Newark, with Judge Wolin, Professor McGovern and David Gross; |


                7.10                    TOTAL HOURS

                        TOTAL SERVICES            $ 2,893.50

```
                                        Invoice #    248646
                                        Date    12/06/2002
                                        Client       102187
```

---

|                       | HOURS | RATE   | AMOUNT   |
|-----------------------|-------|--------|----------|
| WILLIAM A. DREIER     | 6.20  | 450.00 | 2,790.00 |
| JEANNA HAND           | .90   | 115.00 | 103.50   |
|                       | 7.10  |        | 2,893.50 |

Telephone, Postage, Photocopying                    144.68

TOTAL EXPENSES                    $ 144.68

TOTAL THIS INVOICE              $ 3,038.18

PAST AMOUNT DUE          $  12,912.35

TOTAL AMOUNT DUE         $  15,950.53

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700


```
                                          Page            1
                                          Invoice #   250437
                                          Date    01/10/2003
                                          Client      102187
                                          Matter           1
Honorable Alfred E. Wolin                                 WAD
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                         FEI#   62-140-8127
```

---------------------------------------------------------------------

For professional services rendered from December 3, 2002
through December 31, 2002

Re:  Asbestos Litigation Advisory Committee


```
12/03/02  SDL    2.00   270.00  Prepared billing information for WAD;

12/10/02  WAD    1.50   675.00  Study of alternate payment proposal; start
                                draft of letter to Court;

12/11/02  WAD     .40   180.00  Letter to Judge Wolin re class voting;

12/12/02  WAD     .20    90.00  Letter to Judge Wolin;

12/19/02  SDL     .60    81.00  Drafted certificate of no objection;

12/20/02  WAD     .20    90.00  Re: Owens-Corning - telephone conference with
                                Judge Wolin re issues to be determined;

12/20/02  SDL     .60    81.00  Drafted certificate of no objection for William
                                A. Drier; drafted certificate of no objection
```

```
                                            Invoice #    250437
                                            Date    01/10/2003
                                            Client       102187
```

for C. Judson Hamlin; fax to same;

12/20/02  JH    .60    69.00  Pacer research for application for
                              compensation;

12/23/02  SDL   .60    81.00  Drafted certificate of no objection for J.
                              Keefe; revised same; faxed same; drafted
                              certificate of no objection for D. Gross;
                              revised same;

12/26/02  WAD   .40   180.00  Telephone conference with Judge Keefe and
                              supervisor of billing;

12/27/02  JH    .60    69.00  Pacer research for fee application;

              7.70              TOTAL HOURS

                        TOTAL SERVICES              $ 1,866.00


                              HOURS       RATE          AMOUNT
    WILLIAM A. DREIER         2.70      450.00        1,215.00
    SUZANA D. LONCAR          3.80      135.00          513.00
    JEANNA HAND               1.20      115.00          138.00
                              7.70                    1,866.00


Travel                                                  74.65
Telephone, Postage, Photocopying                        93.30

                        TOTAL EXPENSES              $  167.95


                              2
```

Invoice #    250437
Date     01/10/2003
Client      102187

TOTAL THIS INVOICE            $ 2,033.95

PAST AMOUNT DUE          $   15,950.53

TOTAL AMOUNT DUE         $   17,984.48

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
Page              1
Invoice #    254953
Date     03/11/2003
Client       102187
Matter            1
                WAD
```

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                         FEI#   62-140-8127

-------------------------------------------------------------------------

For professional services rendered from February 24, 2003
through February 28, 2003

Re:  Asbestos Litigation Advisory Committee


2/24/03 WAD    .80   360.00  Review of USG opinion and pending asbestos
                             legislation;


              .80              TOTAL HOURS

                       TOTAL SERVICES              $ 360.00


                            HOURS       RATE          AMOUNT
WILLIAM A. DREIER            .80       450.00          360.00
                           0.80                        360.00

```
Invoice #   254953
Date    03/11/2003
Client    102187
```

Telephone, Postage, Photocopying                                    18.00

                                 TOTAL EXPENSES              $ 18.00


                              TOTAL THIS INVOICE             $ 378.00

                                PAST AMOUNT DUE        $  12,862.08

                               TOTAL AMOUNT DUE        $  13,240.08

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

```
                                    Page            1
                                    Invoice #   248647
                                    Date    12/06/2002
                                    Client      102188
                                    Matter           1
Honorable Alfred E. Wolin                            WAD
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102                   FEI#    62-140-8127
```

-----------------------------------------------------------------

For professional services rendered from November 8, 2002
through November 30, 2002

Re:  W.R. Grace-Special Master

```
11/08/02  WAD   .70   315.00  Read and analyzed Judge Wolin's 10/24/02 Case
                              Management Order;

11/15/02  WAD   .20    90.00  Conference with Judge Wolin;

11/18/02  JH    .20    23.00  Pacer research for notice parties;


            1.10              TOTAL HOURS

                             TOTAL SERVICES          $ 428.00



                      HOURS          RATE          AMOUNT
```

```
                                          Invoice #   248647
                                          Date    12/06/2002
                                          Client      102188
```

|                      | HOURS | RATE   | AMOUNT |
|----------------------|-------|--------|--------|
| WILLIAM A. DREIER    | .90   | 450.00 | 405.00 |
| JEANNA HAND          | .20   | 115.00 | 23.00  |
|                      | 1.10  |        | 428.00 |

| Telephone, Postage, Photocopying |  | 21.40 |
|---|---|---|
| TOTAL EXPENSES |  | $ 21.40 |

| TOTAL THIS INVOICE |  | $ 449.40 |
|---|---|---|
| PAST AMOUNT DUE |  | $ 37,363.64 |
| TOTAL AMOUNT DUE |  | $ 37,813.04 |

2

NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
Telephone (908) 722-0700

Page                1
Invoice #     250438
Date      01/10/2003
Client          102188
Matter               1
WAD

Honorable Alfred E. Wolin
U.S. District Court
M.L.King, Jr. Federal Bldg.-Court House
Room 4069, 50 Walnut Street
Newark, NJ  07102

FEI#    62-140-8127

------------------------------------------------------------------------

For professional services rendered from December 2, 2002
through December 31, 2002

Re:  W.R. Grace-Special Master

| | | | |
|---|---|---|---|
| 12/02/02 WAD | .20 | 90.00 | Telephone conference with Judge Wolin; |
| 12/03/02 SDL | 4.10 | 553.50 | Prepared billing information for WAD; |

4.30                    TOTAL HOURS

TOTAL SERVICES                    $ 643.50

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| WILLIAM A. DREIER | .20 | 450.00 | 90.00 |
| SUZANA D. LONCAR | 4.10 | 135.00 | 553.50 |
| | 4.30 | | 643.50 |

Invoice #    250438
Date    01/10/2003
Client    102188

---

Courier Service                                          14.27
Travel                                                   79.10
Telephone, Postage, Photocopying                         32.18

                    TOTAL EXPENSES                  $ 125.55


                TOTAL THIS INVOICE                  $ 769.05

                    PAST AMOUNT DUE         $    37,813.04

                TOTAL AMOUNT DUE            $    38,582.09

2

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ARMSTRONG WORLD INDUSTRIES, INC., et al., <br><br>             Debtors. | **Chapter 11** <br> **Case Nos. 00-4471, 00-4469, 00-4470** <br> **(Jointly Administered)** |
| IN RE: W. R. GRACE & CO., et al., <br><br>             Debtors. | **Chapter 11** <br> **Case Nos. 01-1139 through 01-1200** <br> **(Jointly Administered)** |
| IN RE: FEDERAL MOGUL GLOBAL, INC., T & N LIMITED, et al., <br><br>             Debtors. | **Chapter 11** <br> **Case Nos. 01-10578, et al** <br> **(Jointly Administered)** |
| IN RE: USG CORPORATION, a Delaware Corporation, et al., <br><br>             Debtors. | **Chapter 11** <br> **Case Nos. 01-2094 through 01-2104** <br> **(Jointly Administered)** |
| IN RE: OWENS CORNING, et al., <br><br>             Debtors. | **Chapter 11** <br> **Case Nos. 00-3837 through 00-3854** <br> **(Jointly Administered)** |

**IN RE:**      **GENERAL ASBESTOS**

### THIRD INTERIM ORDER AWARDING FEES AND EXPENSES TO NORRIS, MCLAUGHLIN & MARCUS ON BEHALF OF THE COURT APPOINTED ADVISOR <u>WILLIAM A. DREIER</u>

This matter having been opened before the Court upon the third application of Norris, McLaughlin & Marcus on behalf of the Court Appointed Advisor William A. Dreier; and the Court having by previous Order withdrawn the reference to the Bankruptcy Court with respect to such applications and granted leave to the Court Appointed Advisors to make interim

{00291182.DOC}

applications for the allowance of fees and expenses incurred in the course of their appointment by the Court; having received no opposition to the application; and the Court having found that the fees and expenses are reasonable and that the services rendered were necessary for the administration of the debtors' estates and not duplicative of any other services rendered and for other good cause shown

IT IS on this _____ day of _____, 2003,

ORDERED that the third application of Norris, McLaughlin & Marcus on behalf of William A. Dreier for an interim allowance of fees and expenses is hereby granted and fees and expenses are allowed on an interim basis in the amount of $7118.56; and it is further

ORDERED that the interim fees and expenses allowed pursuant to this Order are to be allocated among the debtors as follows:

$1,180.02 in fees and expenses against Federal Mogul, Inc.;

$2,398.48 in fees and expenses against W.R. Grace & Co.;

$1,180.02 in fees and expenses against Armstrong World Industries, Inc.;

$1,180.02 in fees and expenses against Owens Corning; and

$1,180.02 in fees and expenses against U.S.G. Corporation; and it is further

ORDERED that the debtors are authorized and directed to pay to Norris, McLaughlin & Marcus the amounts as set forth herein; and it is further

ORDERED that amounts received pursuant to this interim Order may be subject to disgorgement as may be provided in the final Order of allowance of fees and expenses at the conclusion of the above-captioned Chapter 11 cases.

_____
ALFRED M. WOLIN, U.S.D.J.