## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: June 22, 2003 |
|  | ) | Hearing Date: TBD only if necessary |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003

Name of Applicant:      Lukins & Annis, P.S.

Authorized to Provide Professional Services to:      Zonolite Attic Insulation Claimants

Date of Appointment:      July 22, 2002

Period for which compensation and
Reimbursement is sought:      March 1, 2003 through
March 31, 2003

Amount of Compensation sought as actual,
Reasonable, and necessary:      $40,463.00

Amount of Expenses Reimbursement:      $ 7,696.91

This is a: X monthly    _ interim    _ final application

Prior Application filed: Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 - 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 - 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 - 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 - 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 - 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 - 02/28/03 | $22,950.00 | $3,192.89 | Objections due 05/26/03 | Objections due 05/26/03 |

This is the seventh Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 80.80 | $28,231.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 12.50 | $1,092.00 |
| TOTALS | | | | | 93.30 | $29,323.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 67.00 | $10,050.00 |
| Barbara A. Hurley | Paralegal | 3 | Litigation | $100 | 10.90 | $1,090.00 |
| TOTALS | | | | | 77.90 | $11,140.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 15.8 Hours | $ 2,073.00 |
| 22-ZAI Science Trial | 155.4 Hours | $38,390.00 |
| TOTALS | 171.2 Hours | $40,463.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | $      51.00 |
| Postage Expense | $      17.83 |
| Courier & Express Carriers (Federal Express) | $     555.36 |
| In-House Duplicating / Printing ($.15 per page) | $  1,234.80 |
| Outside Duplicating / Printing (color photocopies) | $      18.70 |
| Lodging | |
| Transportation (Rental Car) | $     129.46 |
| Air Travel Expense | $     212.50 |
| Taxi Expense | |
| Mileage Expense | $     170.64 |
| Travel Meals | $      62.80 |
| Parking | $      26.50 |
| General Expense | |
| Expert Services | $  5,217.32 |
| Books/Videos | |
| Other (Explain): | |
| Total: | $  7,696.91 |

Dated:  June 2, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq.
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201
Phone: (509) 455-9555
FAX: (509) 747-2323
ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 22, 2003** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM <u>PERIOD FROM MARCH 1, 2003 THROUGH MARCH 31, 2003</u>

# TIME REPORT

Lukins & Annis, P.S.

Time Period 03/01/2003 - 03/31/2003

## CATEGORY 20: TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 03/02/03 | DWS | Travel to Tacoma, WA regarding deposition of Dillons (billed at half rate). | 3.00 | $ 185.00 | $ 555.00 |
| 03/03/03 | DWS | Return to Spokane from depositions of Shawn & Jerri Dillon (billed at half rate). | 3.00 | $ 185.00 | $ 555.00 |
| 03/11/03 | DWS | Travel to and from Moscow, ID for Kurt Salisbury deposition (billed at half rate). | 3.00 | $ 185.00 | $ 555.00 |
| 03/13/03 | KEK | Travel to and from Libby, Montana (billed at half rate). | 6.80 | $ 60.00 | $ 408.00 |
| | | **SUBTOTAL** | **15.80** | | $ **2,073.00** |

## CATEGORY 22: ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 03/02/03 | DWS | Meeting with Dillons regarding deposition preparation. | 2.00 | $ 370.00 | $ 740.00 |
| 03/03/03 | DWS | Defend depositions of Shawn and Jerri Dillon (8.0); meeting with claimants regarding deposition (1.0). | 9.00 | $ 370.00 | $ 3,330.00 |
| 03/03/03 | KLB | Begin work on summary of communications from homeowners regarding disturbance activities for expert review. | 1.20 | $ 150.00 | $ 180.00 |
| 03/04/03 | DWS | Phone conference with counsel regarding ZAI consulting expert (.4); phone conference with Rob Turkewitz regarding deposition and expert reports (.3); phone conference with Rob Turkewitz and ZAI counsel regarding case status and assignments (.8); phone call with counsel regarding ZAI consulting experts (.3). | 1.80 | $ 370.00 | $ 666.00 |
| 03/04/03 | KLB | Telephone call from homeowner with disturbance activity (.5); memo to counsel regarding same (.3); Continue work on summarizing disturbance activities for experts (.7). | 1.50 | $ 150.00 | $ 225.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total | |
|------|-----------|-------------|-------|------|------|-------|---|
| 03/05/03 | DWS | Review materials from consulting expert and draft communication to Ed Westbrook regarding same (.4); phone conference with ZAI claimant regarding science trial preparations (.3); review new bulk sampling data (.1); additional phone call from counsel regarding recommendation of consulting expert (.3); review expert witness materials supplied by consulting expert (.9); review and prepare materials to be supplied to consulting expert (1.5). | 3.50 | $ | 370.00 | $ | 1,295.00 |
| 03/05/03 | DWS | Phone call from Rob Turkewitz regarding trial witnesses and availability issues (.3); draft correspondence to Dillons regarding deposition (.2). | 0.50 | $ | 370.00 | $ | 185.00 |
| 03/05/03 | KLB | Email to co-counsel regarding information relating to disturbance work and test results for experts (.3); review database conversation notes and prepare Exemplar of disturbance activities and real estate concerns of homeowners for expert (4.7). | 5.00 | $ | 150.00 | $ | 750.00 |
| 03/06/03 | DWS | Prepare and review evidentiary materials for submission to consulting expert (1.3); meeting with consulting expert regarding tasks and preparation of expert witness report (1.3); additional phone call with consulting expert regarding expert witness reports (.3); phone conference with Rob Turkewitz and Bobby Wood regarding preparation of expert witness reports and related matters (1.5); review scholarly materials supplied by consulting expert regarding property damage issues (1.5); meeting with paralegal regarding supplying of relevant materials to consultant (.2). | 6.10 | $ | 370.00 | $ | 2,257.00 |
| 03/06/03 | DWS | Meeting with paralegal regarding analysis of database records for submission to consultants and review of exemplar reports (.5); phone call from ZAI science trial claimants regarding potential deposition and case status (.3). | 0.80 | $ | 370.00 | $ | 296.00 |
| 03/06/03 | KLB | Telephone conference with co-counsel and Darrell W. Scott regarding expert and information to compile for same (.5); telephone call from co-counsel regarding information | 2.60 | $ | 150.00 | $ | 390.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | needed for Expert (.1); review transcript regarding scope of Science Trial (.2); revisions to Exemplar Summary Report to provide to Expert (.5); Order medical records of homeowner with exposure from installing ZAI for Expert (.3); Prepare materials for Expert to review (1.0). | | | |
| 03/07/03 | DWS | Preparation for deposition of Rand Hatch (.4); prepare memorandum regarding same (.1); meeting with paralegal regarding production of database reports for consulting experts (.5); phone call from co-counsel regarding availability of EPA witnesses (.1). | 1.10 | $ 370.00 | $ 407.00 |
| 03/07/03 | KLB | Review of database for individuals to provide to Expert regarding exposure to ZAI. | 0.50 | $ 150.00 | $ 75.00 |
| 03/07/03 | KLB | Prepare categories of disturbance activities to incorporate into a report for ZAI Science Trial Experts and review of same with partner. | 0.50 | $ 150.00 | $ 75.00 |
| 03/08/03 | KLB | Review of database conversation notes of ZAI homeowners and summarize/categorize disturbance activities for incorporation into a comprehensive report to the ZAI Science Trial Experts. | 9.50 | $ 150.00 | $ 1,425.00 |
| 03/09/03 | KLB | Review of database conversation notes of ZAI homeowners and summarize/categorize disturbance activities for incorporation into a comprehensive report to the ZAI Science Trial Experts (5.0); preparation of design of database report (.5). | 5.50 | $ 150.00 | $ 825.00 |
| 03/10/03 | DWS | Phone call to Rob Turkewitz regarding trial witnesses and preparation of expert reports (.5); phone call to consultant regarding availability to testify (.3); review ZAI claimant reports for submission to experts (.4); review ZAI physical injury synopsis for submission to experts (.4). | 1.60 | $ 370.00 | $ 592.00 |
| 03/10/03 | DWS | Preparation for deposition of Kurt Salisbury (2.0); prepare exposure reports and correspondence for Ed Westbrook (1.3); preparation for deposition of Rand Hatch (1.2). | 4.50 | $ 370.00 | $ 1,665.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|------|------|------|
| 03/10/03 | KLB | Prepare Memorandum to counsel detailing homeowners with exposure from ZAI installation/disturbance(2.0); review and revise database reports providing disturbance summaries for review by Experts (1.5); prepare explanation of disturbance categories provided in database report to include in materials to be sent to Experts (.5); letter to co-counsel providing expert materials (.2). | 4.20 | $ | 150.00 | $  630.00 |
| 03/11/03 | DWS | Meeting with Kurt Salisbury regarding deposition preparation (2.0); defend deposition of Kurt Salisbury (2.3); prepare memorandum regarding Salisbury deposition (.4); phone call from co-counsel regarding claimant summaries (.1); additional preparation for Rand Hatch deposition, review prior deposition testimony, affidavits, and submitted exhibits regarding same (1.8). | 6.60 | $ | 370.00 | $ 2,442.00 |
| 03/11/03 | KEK | Telephone conference with consulting expert regarding bill for removal of ZAI from claimant's home (.4); discussion with Samantha Batorson regarding Salisbury deposition and consulting expert's bill (.3). | 0.70 | $ | 120.00 | $   84.00 |
| 03/12/03 | DWS | Review fee and costs petition materials (.2); meeting with Rand Hatch regarding deposition preparation (1.5); defend deposition of Rand Hatch (2.4); followup meeting with Rand Hatch (.4); phone call to Ed Westbrook regarding expert materials (.1); meeting with paralegal regarding preparation of materials for experts (.2); phone call with Ed Westbrook regarding completion of expert witness reports (.3); review documents for submission to consulting experts (.8); draft cover materials for consulting expert (.3). | 6.20 | $ | 370.00 | $ 2,294.00 |
| 03/12/03 | KLB | Calls and email to homeowner to obtain test results for Experts (.2); telephone call to homeowners attempting to sell home (.2); meet with parnter regarding preparation of expert materials (.2); begin review of the photographic evidence and preparation of Exemplar for Expert of ZAI migrating into homes (.6); update to report on ZAI disturbance activities for Experts (.2) | 1.40 | $ | 150.00 | $  210.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|-|-------|
| 03/13/03 | DWS | Phone conference with consulting expert regarding expert report (.3); review correspondence regarding finalizing of fact discovery (.1); review and revise additional photo-documentary materials for consulting expert (.4); outline deposition summary criteria for paralegal work regarding submissions to consultant (.3); phone call from co-counsel regarding declarations from ZAI homeowners (.1); meeting with paralegal regarding same (.2). | 1.40 | $ | 370.00 | $ 518.00 |
| 03/13/03 | KEK | Investigative work in Libby, Montana. | 3.70 | $ | 120.00 | $ 444.00 |
| 03/13/03 | KLB | Completion of draft of Photographic Exemplars for Expert: Photographic Evidence of Sifting (1.0); Photographic Evidence of ZAI in fixtures (1.0); Photographic evidence showing attic use (.8); begin photographic evidence showing renovations (.2); Revisions to Exemplar Renovation Photographs (.5); Letter to Expert providing information for review (.3); Letter to Co-Counsel regarding photographic exemplars (.2); office conference with partner regarding summaries of depositions needed for experts (.2). | 4.20 | $ | 150.00 | $ 630.00 |
| 03/14/03 | DWS | Phone call from Rob Turkewitz regarding preparation for expert reports and deposition results. | 0.60 | $ | 370.00 | $ 222.00 |
| 03/14/03 | DWS | Meeting with paralegal regarding preparation of deposition materials for submission to consulting experts. | 0.30 | $ | 370.00 | $ 111.00 |
| 03/14/03 | KLB | Meeting with partner regarding preparation of deposition excertps for experts (.3); review of Kurt Salisbury Deposition and categorize sections pertaining to key disturbance activities to provide to experts (3.2); begin review of Shawn Dillon Deposition and categorization of disturbance activities for expert summary (.5). | 4.00 | $ | 150.00 | $ 600.00 |
| 03/15/03 | BAH | Review of Ernie Matthews deposition for excerpts for expert witness reports (1.0); prepare report for the same (.5); review Brendan King deposition for excerpts for expert | 2.00 | $ | 100.00 | $ 200.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|------|------|-------|
| | | witness reports (.5). | | | | |
| 03/16/03 | BAH | Continue review of Brendan King deposition for expert witnesses (1.0); prepare report for the same (.8); review two of Ralph Busch's depositions (2.4); work on reports for the same (2.0); telephone call to supervisor regarding the same (.2). | 6.40 | $ | 100.00 | $ 640.00 |
| 03/17/03 | DWS | Phone call from consultant regarding expert report (.4); phone call from co-counsel regarding expert reports (.4); work on preparation of expert witness reports (3.3); review expert literature regarding property damage causation issues (1.2). | 5.30 | $ | 370.00 | $ 1,961.00 |
| 03/17/03 | KEK | Draft memorandum regarding investigative work in Libby, Montana. | 0.70 | $ | 120.00 | $ 84.00 |
| 03/17/03 | BAH | Continue work on Matthews, King, and Busch deposition excerpts for expert witnesses (1.0); finalize reports for the same (1.3); telephone call to Kristy L. Bergland regarding the same (.2). | 2.50 | $ | 100.00 | $ 250.00 |
| 03/17/03 | KLB | Review older Minerals Yearbooks from the Bureau of Mines and make additions to spreadsheet showing production of crude vermiculite. | 1.00 | $ | 150.00 | $ 150.00 |
| 03/17/03 | KLB | Review deposition of homeowner Kurt Salisbury and prepare summary for Experts providing key excerpts from deposition on disturbance activities, exposures, and interference with use of property (2.8); telephone call from Barb Hurley regarding summaries (.2). | 3.00 | $ | 150.00 | $ 450.00 |
| 03/17/03 | KLB | Review and revise letter to Expert Kilpatrick providing Philadelphia newspaper article on Zonolite in real estate section. | 0.20 | $ | 150.00 | $ 30.00 |
| 03/18/03 | DWS | Review materials supplied by consulting expert (.8); phone conference with co-counsel and consultant regarding expert witness report (1.2); work preparing additional materials for submission to consultant (.4); review and revise production data for submission to consultants (.3); meeting with paralegal regarding same (.1); review and revise multiple deposition excerpt reports for submission to | 3.60 | $ | 370.00 | $ 1,332.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | consultants (.6); phone call to consultant regarding final preparation of report (.2). | | | |
| 03/18/03 | KEK | Phone call to the EPA to get copy of brochures for reliance materials (.1); phone call to consulting expert regarding bill for ZAI bag retrieval (.2). | 0.30 | $ 120.00 | $ 36.00 |
| 03/18/03 | KLB | Search Spokane County Clean Air and Puget Sound Air Control Web Sites for information on Zonolite in homes and asbestos issues. | 0.80 | $ 150.00 | $ 120.00 |
| 03/18/03 | KLB | Preparation of Spreadsheet reflecting production data from the Bureau of Mines Minerals Yearbooks on vermiculite (3.8); preparation of explanation to accompany the Bureau of Mines data (.7). | 4.50 | $ 150.00 | $ 675.00 |
| 03/18/03 | KLB | Review deposition of Shawn Dillon and preparation of summary for Experts with excerpts of key testimony relating to disturbance, exposure and interference with use of property (4.1) phone conference with Bobby Wood regarding same (.4). | 4.50 | $ 150.00 | $ 675.00 |
| 03/18/03 | KLB | Review deposition of Rand Hatch (deposition #2) and preparation of summary for Experts with excerpts of key testimony relating to disturbance, exposure and interference with use of property (2.7); phone conference with Bobby Wood regarding same (.3). | 3.00 | $ 150.00 | $ 450.00 |
| 03/18/03 | KLB | Emails to co-counsel with information requested for inclusion in Expert Reliance materials (.3); telephone call from Bobby Wood regarding homeowner summary information needed for Experts (.2). | 0.50 | $ 150.00 | $ 75.00 |
| 03/19/03 | DWS | Review expert witness report (.4); draft correspondence regarding expert witness report (.2); review and revise deposition summary materials for experts (.5). | 1.10 | $ 370.00 | $ 407.00 |
| 03/19/03 | KLB | Revisions and additions to Excerpts of Deposition of Shawn Dillon to provide to Experts. | 1.00 | $ 150.00 | $ 150.00 |
| 03/19/03 | KLB | Review deposition of Rand Hatch (#1) and | 2.80 | $ 150.00 | $ 420.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|------------|---|-------|
| | | preparation of summary for Experts with excerpts of key testimony relating to disturbance, exposure and interference with use of property. | | | | |
| 03/19/03 | KLB | Review and revise Excerpts from Deposition of Robert Parks (.3); review and revise excerpts from Deposition of Jerri Dillon (.2). | 0.50 | $ | 150.00 $ | 75.00 |
| 03/19/03 | KLB | Review compilation of materials for expert witnesses. | 0.30 | $ | 150.00 $ | 45.00 |
| 03/20/03 | DWS | Review and revise updated ZAI claimant reports for consultants (.4); review and prepare additional materials for submittal to consulting experts (.8); analyze additional ZAI reports regarding submission to consultants (.5); work regarding obtaining EPA brochure regarding ZAI clean-up practices (.2); review additional documentary evidence regarding Libby ZAI removal protocol and recommendations (.4); examine additional Region 10, 8 and SCAPCA documents regarding testing and removal issues (1.2); phone call from co-counsel regarding finalizing expert report (.1); phone call to consultant regarding final report (.2). | 3.80 | $ | 370.00 $ | 1,406.00 |
| 03/20/03 | DWS | Phone call to co-counsel regarding final expert reports (.1); review correspondence regarding status of discovery and additional requests (.1); meeting with paralegal regarding supplying of additional materials to consultants (.2). | 0.40 | $ | 370.00 $ | 148.00 |
| 03/20/03 | KLB | Numerous calls from and to co-counsel's office regarding Expert reliance materials (.6); provide additional reliance materials needed (1.4); revisions to packaging photographic exhibit for reliance materials and email same to co-counsel (2.0). | 4.00 | $ | 150.00 $ | 600.00 |
| 03/21/03 | DWS | Review expert materials (.5); phone call from co-counsel regarding expert reports (.2); phone conference with consultant regarding reliance materials (.4); phone conference with co-counsel (.2); phone conference with consultant (.2); work regarding finalizing expert reports and obtaining of published | 5.10 | $ | 370.00 $ | 1,887.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | | Total |
|------|-----------|-------------|-------|-------------|---|-------|
| | | research materials (.5); phone call from co-counsel (.2); phone call to consultant (.3); review additional documents regarding completion of expert witness reports (.6); analyze expert witness reports and supporting data (2.0). | | | | |
| 03/21/03 | KEK | Phone conversation with claimant regarding bag retrieval. | 0.20 | $ | 120.00 $ | 24.00 |
| 03/24/03 | DWS | Review deposition transcripts on Eaton, Woods, and Hamilton. | 2.10 | $ | 370.00 $ | ·777.00 |
| 03/24/03 | KEK | Call to consulting expert regarding ZAI bag retrieval. | 0.10 | $ | 120.00 $ | 12.00 |
| 03/24/03 | KLB | Telephone call from paralegal at co-counsel's office requesting information on preparation of Excerpts of Depositions to provide to experts (.2); email regarding disturbance categories (.1). | 0.30 | $ | 150.00 $ | 45.00 |
| 03/25/03 | DWS | Phone conference with Rob Turkewitz and Jay Ward regarding case status and case assignments, and expert report issues. | 0.60 | $ | 370.00 $ | 222.00 |
| 03/25/03 | KLB | Review of February time entries in preparation for fee request. | 0.50 | $ | 150.00 $ | 75.00 |
| 03/26/03 | DWS | Phone call from Rob Turkewitz regarding deposition dates for experts (.3); additional phone call to Jay Ward regarding scheduling of depositions (.2); phone call to consultant regarding reliance materials and depositions (.2); phone conference with Ed Westbrrok regarding expert issues (.5). | 1.20 | $ | 370.00 $ | 444.00 |
| 03/27/03 | DWS | Phone call from co-counsel regarding deposition scheduling issues (.2); phone call to consultant regarding deposition scheduling and related issues (.2). | 0.40 | $ | 370.00 $ | 148.00 |
| 03/28/03 | DWS | Review correspondence regarding expert witness reliance materials (.2); study final expert reports (1.2). | 1.40 | $ | 370.00 $ | 518.00 |
| 03/31/03 | DWS | Phone call from consultant regarding deposition scheduling matters (.1); phone call to co-counsel regarding same (.1); draft status | 0.80 | $ | 370.00 $ | 296.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | report regarding science trial (.4); additional phone call to consultant regarding deposition preparation (.2). | | | |

|  |  |  |  |
|---|---|---|---|
| **SUBTOTAL** | **155.40** | **$** | **38,390.00** |

**TIME TOTAL:**          **171.20**     **$**    **40,463.00**

# COST REPORT

Lukins & Annis, P.S.

Time Period 03/01/2003 - 03/31/2003

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 03/02/03 | Plane Fare - Darrell W. Scott for Shawn and Jerri Dillon Depositions in Seattle, WA | $ 192.50 |
| 03/02/03 | Meals - Darrell W. Scott for Shawn and Jerri Dillon Depositions in Seattle, WA | $ 8.26 |
| 03/02/03 | Meals - Darrell W. Scott for Shawn and Jerri Dillon Depositions in Seattle, WA | $ 4.00 |
| 03/02/03 | Rental Car - Darrell W. Scott for Shawn and Jerri Dillon Depositions in Seattle, WA | $ 129.46 |
| 03/03/03 | Meals - Darrell W. Scott for Shawn and Jerri Dillon Depositions in Seattle, WA | $ 6.22 |
| 03/03/03 | Meals - Darrell W. Scott for Shawn and Jerri Dillon Depositions in Seattle, WA | $ 29.43 |
| 03/03/03 | Parking - Darrell W. Scott in Seattle for Shawn and Jerri Dillon Depositions in Seattle, WA | $ 12.00 |
| 03/03/03 | Parking - Darrell W. Scott at Spokane Airport for Shawn and Jerri Dillon Depositions in Seattle, WA | $ 14.50 |
| 03/03/03 | Photocopies | $ 0.15 |
| 03/04/03 | Photocopies | $ 0.15 |
| 03/04/03 | Photocopies | $ 0.15 |
| 03/04/03 | Photocopies | $ 0.90 |
| 03/05/03 | Expert Fees | $ 5,000.00 |
| 03/05/03 | Photocopies | $ 0.30 |
| 03/05/03 | Photocopies | $ 0.45 |
| 03/05/03 | Photocopies | $ 0.15 |
| 03/05/03 | Photocopies | $ 0.15 |
| 03/06/03 | Plane Fare (service fee)- Darrell W. Scott for meeting with expert in Seattle, WA (flight was canceled | $ 20.00 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| | due to mechanical difficulties) | |
| 03/06/03 | Photocopies | $ 0.45 |
| 03/06/03 | Photocopies | $ 5.10 |
| 03/06/03 | Photocopies | $ 0.15 |
| 03/06/03 | Photocopies | $ 0.45 |
| 03/07/03 | Photocopies | $ 0.45 |
| 03/07/03 | Photocopies | $ 1.05 |
| 03/07/03 | Photocopies | $ 0.15 |
| 03/07/03 | Photocopies | $ 0.60 |
| 03/10/03 | Federal Express Postage | $ 76.18 |
| 03/10/03 | Federal Express Postage | $ 76.18 |
| 03/10/03 | Federal Express Postage | $ 14.23 |
| 03/10/03 | Federal Express Postage | $ 14.23 |
| 03/10/03 | Postage | $ 3.95 |
| 03/10/03 | Photocopies | $ 0.15 |
| 03/10/03 | Photocopies | $ 0.15 |
| 03/11/03 | Mileage - Darrell W. Scott roundtrip to Moscow, ID for Salisbury Deposition | $ 59.76 |
| 03/11/03 | Meals - Darrell W. Scott for Salisbury Deposition in Moscow, ID | $ 4.89 |
| 03/11/03 | Photocopies | $ 0.30 |
| 03/11/03 | Photocopies | $ 0.45 |
| 03/11/03 | Photocopies | $ 0.15 |
| 03/12/03 | Photocopies | $ 0.15 |
| 03/12/03 | Photocopies | $ 7.50 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 03/13/03 | Photocopies | $ 0.15 |
| 03/13/03 | Mileage - Kelly E. Konkright roundtrip to Libby, MT for investigative work | $ 110.88 |
| 03/13/03 | Meals - Kelly E. Konkright at 4Bs for investigative work in Libby, MT | $ 10.00 |
| 03/14/03 | Photocopies | $ 0.90 |
| 03/17/03 | Photocopies | $ 5.40 |
| 03/17/03 | Photocopies | $ 0.30 |
| 03/17/03 | Photocopies | $ 0.60 |
| 03/17/03 | Photocopies | $ 0.30 |
| 03/17/03 | Photocopies | $ 1.65 |
| 03/17/03 | Photocopies | $ 0.15 |
| 03/18/03 | Photocopies | $ 3.15 |
| 03/18/03 | Photocopies | $ 3.00 |
| 03/18/03 | Photocopies | $ 0.45 |
| 03/18/03 | Photocopies | $ 0.75 |
| 03/19/03 | Photocopies | $ 0.60 |
| 03/19/03 | Photocopies | $ 51.30 |
| 03/19/03 | Photocopies | $ 75.00 |
| 03/19/03 | Photocopies | $ 502.50 |
| 03/20/03 | Color Photocopies | $ 17.00 |
| 03/20/03 | Color Photocopies | $ 1.70 |
| 03/20/03 | Photocopies | $ 28.20 |
| 03/20/03 | Photocopies | $ 12.00 |
| 03/20/03 | Photocopies | $ 32.40 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 03/20/03 | Photocopies | $ 1.05 |
| 03/20/03 | Photocopies | $ 7.80 |
| 03/20/03 | Photocopies | $ 0.30 |
| 03/20/03 | Photocopies | $ 3.90 |
| 03/20/03 | Photocopies | $ 0.90 |
| 03/21/03 | Expert Fees | $ 217.32 |
| 03/21/03 | Photocopies | $ 6.45 |
| 03/21/03 | Photocopies | $ 5.10 |
| 03/21/03 | Photocopies | $ 2.70 |
| 03/21/03 | Photocopies | $ 1.35 |
| 03/21/03 | Photocopies | $ 6.75 |
| 03/21/03 | Photocopies | $ 0.45 |
| 03/21/03 | Photocopies | $ 1.50 |
| 03/21/03 | Photocopies | $ 14.85 |
| 03/21/03 | Photocopies | $ 2.10 |
| 03/21/03 | Photocopies | $ 1.35 |
| 03/21/03 | Telecopier Service (22 pages) (3/21/03 is posting date) | $ 22.00 |
| 03/24/03 | Postage | $ 8.40 |
| 03/24/03 | Photocopies | $ 0.15 |
| 03/25/03 | Federal Express Postage | $ 17.20 |
| 03/25/03 | Federal Express Postage | $ 12.36 |
| 03/25/03 | Federal Express Postage | $ 182.21 |
| 03/25/03 | Photocopies | $ 56.85 |
| 03/25/03 | Photocopies | $ 2.70 |

| **DATE** | **DESCRIPTION** | **CHARGE** |
|---|---|---|
| 03/26/03 | Photocopies | $ 0.45 |
| 03/26/03 | Photocopies | $ 16.95 |
| 03/27/03 | Photocopies | $ 113.70 |
| 03/27/03 | Photocopies | $ 1.80 |
| 03/27/03 | Photocopies | $ 0.30 |
| 03/27/03 | Photocopies | $ 39.60 |
| 03/27/03 | Photocopies | $ 37.50 |
| 03/27/03 | Photocopies | $ 107.55 |
| 03/27/03 | Photocopies | $ 3.90 |
| 03/28/03 | Federal Express Postage | $ 48.16 |
| 03/28/03 | Federal Express Postage | $ 23.27 |
| 03/28/03 | Federal Express Postage | $ 23.27 |
| 03/28/03 | Federal Express Postage | $ 68.07 |
| 03/28/03 | Photocopies | $ 0.90 |
| 03/28/03 | Photocopies | $ 1.80 |
| 03/28/03 | Photocopies | $ 7.80 |
| 03/28/03 | Photocopies | $ 11.25 |
| 03/28/03 | Photocopies | $ 15.45 |
| 03/28/03 | Photocopies | $ 0.45 |
| 03/28/03 | Photocopies | $ 0.30 |
| 03/28/03 | Photocopies | $ 18.75 |
| 03/28/03 | Photocopies | $ 0.45 |
| 03/28/03 | Photocopies | $ 0.30 |
| 03/28/03 | Photocopies | $ 0.15 |

| DATE | DESCRIPTION | CHARGE | |
|------|-------------|--------|---|
| 03/31/03 | Postage | $ | 1.29 |
| 03/31/03 | Postage | $ | 2.21 |
| 03/31/03 | Postage | $ | 1.98 |
| 03/31/03 | Photocopies | $ | 0.60 |
| 03/31/03 | Photocopies | $ | 0.15 |
| 03/31/03 | Telecopier Service (5 pages) (3/31/03 is posting date) | $ | 5.00 |
| 03/31/03 | Telecopier Service (2 pages) (3/31/03 is posting date) | $ | 2.00 |
| 03/31/03 | Telecopier Service (20 pages) (3/31/03 is posting date) | $ | 20.00 |
| 03/31/03 | Telecopier Service (2 pages) (3/31/03 is posting date) | $ | 2.00 |
| | **Total** | **$** | **7,696.91** |

## VERIFICATION

STATE OF WASHINGTON    )
                              )
COUNTY OF SPOKANE      )

      Darrell W. Scott, after being duly sworn according to law, deposes and says:

      a)     I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

      b)     I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

      c)     I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                              DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this 27th day of May, 2003.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 3/2/04

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on June 2, 2003 service

of the foregoing:

- **Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from March 1, 2003 through March 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
     June 2, 2003

                                 */s/ William D. Sullivan*
                                 William D. Sullivan

# SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
   Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899