**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date:  September 22, 2003 at 12:00 PM** |
| Debtors. | ) | **Objections Due: June 23, 2003** |

## <u>NOTICE OF FILING OF QUARTERLY FEE APPLICATION</u>

TO: United States Trustee    Parties Requesting Notice Pursuant
   Counsel to the Official Committee to Bankruptcy Rule 2002
   Of Unsecured Creditors

  Elzufon, Austin, Reardon, Tarlov & Mondell, P.A., Delaware counsel to the ZAI Claimants,

has filed the Third Quarterly Interim Application of Lukins and Annis, P.S. for Compensation for

Services and Reimbursement of Expenses as ZAI Additional Special Counsel to Zonolite Attic

Insulation Claimants for the Interim Period From January 1, 2003 through March 31, 2003, seeking

fees in the amount of $ 105,390.00 and expenses in the amount of $ 12,923.70 (the "Third Quarterly

Application").

  Objections or responses to the Third Quarterly Application, if any, must be made in writing,

filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza,

824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before June 23, 2003 at 4:00 p.m.

Eastern Daylight Time.

  At the same time, you must also serve a copy of the objections or responses, if any upon the

following: (i) the Debtors: David B. Siegel, Senior Vice President and General Counsel, W.R.

Grace & Co., et al., 7500 Grace Drive, Columbia Maryland 21044; and via e-mail in PDF format to

william.sparks@grace.com (ii) Co-counsel to Debtors: Laura Davis Jones, Esquire, Pachulski,

Stang, Ziehl, Young & Jones P.C., 919 North Market Street, 16th Floor, P.O. Box 8705,

Wilmington, Delaware 19899-8705 (courier 19801) (fax 302-652-4400) and James H.M.

Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois  60601 (fax 312-

861-2200), and via email in PDF format to james_kapp@chicago.kirkland.com, and

dcarickhoff@pszyj.com; (iii) counsel to the Official Committee of Unsecured Creditors, Lewis

Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982

(fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP,

1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901);

(iv) counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena,

Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South

Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael

B. Joseph, Esquire, Ferry & Joseph, P.A. 824 Market Street, Suite 904, P.O. Box 1351, Wilmington,

Delaware 19899 (fax number 302-575-1714);  (v) counsel to the Official Committee of Personal

Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, New York 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire,

Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500,

Wilmington, Delaware 19801 (fax number 302-426-9947); (vi) the Official Committee of Equity

Holders, Philip Bentley, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New

York, Yew York  10022 (fax number 212-715-8000) and Teresa K.D. Currier, Esq., Klett Rooney

Lieber & Schorling, 1000 West Street, Suite 1410, Wilmington DE 19801 (fax 301-552-4295) and

(for committees) via email in PDF format to rserrette@stroock.com,

mlastowski@duanemorris.com, jsakalo@bilzin.com, ttacconelli@ferryjoseph.com,

pvnl@capdale.com; mgz@del.camlev.com, pbentley@krarnerlevin.com, currier@klettrooney.com

and jwaxman@klettrooney.com; (vii) counsel to the DIP Lenders, J. Douglas Bacon, Esquire,

Latham & Watkins, Sears Tower,  Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767),

and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box

25130, Wilmington, Delaware 19899 (fax number 302-658-6395) and via email in PDF format to

syoder@bayardfirm.com; david.heller@lw.com and carol.hennessey@lw.com; (viii) the fee auditor,

Warren H. Smith, Warren H. Smith and Associates, 900 Jackson Street, 120 Founders Square,

Dallas TX  75202 and via email in a non-PDF format such as Excel, Microsoft Word or

WordPerfect to whsmith@whsmithlaw.com and (ix) the Office of the United States Trustee, Attn:

Frank J. Perch, Esquire, 844 N. King Street, Suite 2311, Wilmington, Delaware 19801 (fax number

302-573-6497).

A hearing on the Third Quarterly Application will be held before the Honorable Judith K.

Fitzgerald on September 22, 2003 at 12:00 p.m., or as soon thereafter as is convenient for the Court.

IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE,

THECOURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT

FURTHER NOTICE OR HEARING.

Dated: June 2, 2003
       Wilmington, Delaware       ELZUFON AUSTIN REARDON
                                 TARLOV & MONDELL, P.A.


                                 */s/ William D. Sullivan*
                                 William D. Sullivan (Bar No. 2820)
                                 300 Delaware Avenue, Suite 1700
                                 P.O. Box 1630
                                 Wilmington, DE 19899-1630
                                 Telephone:   (302) 428-3181
                                 Facsimile:   (302) 428-3180

                                 Counsel for ZAI Claimants

## <u>CERTIFICATE OF SERVICE</u>

I, William D. Sullivan, Esquire, hereby certify that on June 2, 2003, service of the foregoing *Notice of Filing of Quarterly Fee Application* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.


|  |  |
|---|---|
| June 2, 2003 | */s/ William D. Sullivan* |
| Dated | William D. Sullivan |