IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 23, 2003 |
| | | Hearing Date: TBD |

**SUMMARY OF THE THIRD INTERIM QUARTERLY APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH MARCH 31, 2003**

| | |
|---|---|
| Name of Applicant: | Lukins & Annis, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | January 1, 2003 through March 31, 2003 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $105,390.00 |
| Amount of Expenses Reimbursement: | $ 12,923.70 |

This is a: _ monthly   X quarterly application

Prior Application filed: Yes

| Period Covered | Date Filed | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/01/03 – 01/31/03 | April 9, 2003 | $ 41,977.00 | $ 2,033.90 | No Objections Filed | No Objections Filed |
| 02/01/03 – 02/28/03 | May 6, 2003 | $ 22,950.00 | $ 3,192.89 | No Objections Filed | No Objections Filed |
| 03/01/03 – 03/31/03 | May 28, 2003 | $ 40,463.00 | $ 7,696.91 | Pending | Pending |

The objection deadlines for the L&A Monthly Application for fees and expenses incurred for the period of March 1, 2003 through March 31, 2003 have not yet passed.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 13 | Litigation | $370 | 202.00 | $66,711.00 |
| Kelly E. Konkright | Associate | 1 | Litigation | $120 | 68.20 | $6,960.00 |
| TOTALS | | | | | 270.20 | $73,671.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 23 | Litigation | $150 | 166.70 | $25,005.00 |
| Barbara A. Hurley | Paralegal | 3 | Litigation | $100 | 10.90 | $1,090.00 |
| TOTALS | | | | | 177.60 | $26,095.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 33.40 Hours | $ 3,629.00 |
| 22-ZAI Science Trial | 414.40 Hours | $101,761.00 |
| TOTALS | 447.80 Hours | $105,390.00 |

ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 7.78 |
| Telephone Expense – Outside | $ 716.93 |
| Facsimile ($1.00 per page) | $ 537.00 |
| Postage Expense | $ 316.05 |
| Courier & Express Carriers | $ 570.36 |
| In-House Duplicating / Printing ($.15 per page) | $ 1,962.00 |
| Outside Duplicating / Printing (color photocopies) | $ 131.75 |
| Lodging | $ 489.19 |
| Transportation (Rental Car/Toll Fees) | $ 399.93 |
| Air Travel Expense | $ 850.00 |
| Taxi Expense | |
| Mileage Expense | $ 392.40 |
| Travel Meals | $ 84.20 |
| Parking | $ 56.25 |
| General Expense | |
| Expert Services | $ 6,078.88 |
| Books/Videos | $ 300.00 |
| Other (Explain) | $ 30.98 |
| (Facsimile reimbursement to Claimant Szufnarowski regarding Discovery Responses) | |
| (Storage box for exhibit materials) | |
| Total: | $ 12,923.70 |

Dated: June 2, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181

-and-

Darrell W. Scott, Esq..
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 23, 2003** |
| | | **Hearing Date: TBD** |

## THIRD INTERIM QUARTERLY APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH MARCH 31, 2003

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Lukins & Annis, P.S. ("Applicant" or "L&A"), ZAI Additional Special Counsel, hereby applies for an order allowing it: (i) compensation in the amount of $105,390.00 for the reasonable and necessary legal services L&A has rendered; and (ii) reimbursement for the actual and necessary expenses L&A has incurred in the amount of $12,923.70 (the "Third Interim Quarterly Fee Application"), for the interim quarterly period from January 1, 2003 through March 31, 2003 (the "Fee Period"). In support of this Application, L&A respectfully states as follows:

## Background

### Retention of L&A

1. On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. By this Court's order effective as of July 22, 2002, L&A was appointed as ZAI Additional Special Counsel to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants' position against Debtors' position (the "Appointment Order"). The Appointment Order authorizes a total budget for ZAI Counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial, against which L&A may be compensated for legal services at its hourly rates as specified to the Court, and for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court[1]. On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order on April 17, 2002.

### Monthly Interim Fee Applications Covered Herein

---

[1] The rates billed by L&A are within the range of rates previously identified to the Court which were the current hourly rates at that time. L&A lawyers and professionals are being billed at rates commensurate with their experience and in the same range as other firms are billing in this bankruptcy.

3. Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4. Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5. This is the Third Interim Quarterly Fee Application that L&A has filed with the Bankruptcy Court in connection with these Chapter 11 Cases.

6. L&A has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

1.  Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period of January 1, 2003 through January 31, 2003 (the "January Fee Application") filed April 9, 2003 attached as Exhibit A.

2.  Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period of February 1, 2003 through February 28, 2003 (the "February Fee Application") filed May 6, 2003 attached as Exhibit B.

3.  Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period of March 1, 2003 through March 31, 2003 (the "March Fee Application") filed June 2, 2003 attached hereto as Exhibit C.

7.  The period for objecting to the fees and expense reimbursement requested in the March Fee Application has not yet expired.

8.  During the Fee Period, L&A has prepared for the ZAI Science Trial as detailed in the Application.

**Requested Relief**

9.  By this Third Interim Quarterly Fee Application, L&A requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by L&A for the Fee Period as detailed in the Application, less any amounts previously paid to L&A pursuant to the Application and the procedures set forth in the Compensation Order. The full scope of

services provided and the related expenses incurred are fully described in the January – March Fee Applications.

### Disinterestedness

10. With the exception of its representation of asbestos claimants, L&A does not hold or represent any interest adverse to the estates as stated in the Affidavit of Darrell W. Scott in Support of the Application of the Asbestos Property Damage Committee to Retain Special Counsel, filed June 7, 2002.

11. In addition, L&A may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.

### Representations

12. L&A believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

13. L&A performed the services for which it is seeking compensation under its Court Appointment effective as of July 22, 2002 (including the July 21, 2002, travel).

14. During the Fee Period, L&A has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

15. Pursuant to Fed. R. Bank. P. 2016(b), L&A has not shared, nor has it agreed to share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of L&A; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

16. Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be included in the Application due to accounting and processing delays. L&A reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, L&A respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to L&A in the sum of (i) $105,390.00 as compensation for reasonable and necessary professional services, and (ii) $12,923.70 for reimbursement of actual and necessary costs and expenses incurred (for a total of $118,313.70); (b) that the Debtors be authorized and directed to pay to L&A the outstanding amount of such sums less any sums previously paid to L&A pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.

Dated: June 2, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
Phone: (302) 428-3181
FAX: (302) 777-7244

-and-

Darrell W. Scott, Esq..
Lukins & Annis, P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA 99201
Phone: (509) 455-9555
FAX: (509) 747-2323

## VERIFICATION

STATE OF WASHINGTON    )
                       )
COUNTY OF SPOKANE      )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
DARRELL W. SCOTT, ESQ.

SWORN AND SUBSCRIBED
Before me this 27th day of May, 2003.

_____
Notary Public for Washington
Residing at Spokane
My Commission Expires: 3/2/04