# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | **Hearing Date: September 22, 2003 @ 12:00 PM** |
| | | **Objection Deadline: June 23, 2003** |

## NOTICE OF FILING OF THIRD QUARTERLY FEE APPLICATION

TO:    United States Trustee                           Parties Requesting Notice Pursuant
          Counsel to the Official Committee        to Bankruptcy Rule 2002
          Of Unsecured Creditors

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A. counsel to the ZAI Claimants, has filed the Third Quarterly Interim Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from January 1, 2003 through March 31, 2003, seeking fees in the amount of $608,141.50 and expenses in the amount of $166,979.50 (the "Third Quarterly Application")

Objections or responses to the Third Quarterly Application, if any, must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before June 23, 2003 at 4:00 p.m. Eastern Daylight Time.

At the same time, you must also serve a copy of the objections or responses, if any upon the following: (i) the Debtors: David B. Siegel, Senior Vice President and General Counsel, W.R. Grace & Co., et al., 7500 Grace Drive, Columbia Maryland 21044; and via e-mail in PDF format to william.sparks@grace.com (ii) Co-counsel to Debtors: Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, 16th Floor, P.O. Box 8705,

Wilmington, Delaware 19899-8705 (courier 19801) (fax 302-652-4400) and James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax 312-861-2200), and via email in PDF format to james_kapp@chicago.kirkland.com, and dcarickhoff@pszyj.com; (iii) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iv) counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A. 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714);  (v) counsel to the Official Committee of Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Matthew G. Zaleski, III, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (vi) the Official Committee of Equity Holders, Philip Bentley, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, Yew York  10022 (fax number 212-715-8000) and Teresa K.D. Currier, Esq., Klett Rooney Lieber & Schorling, 1000 West Street, Suite 1410, Wilmington DE 19801 (fax 301-552-4295) and (for committees) via email in PDF format to rserrette@stroock.com, mlastowski@duanemorris.com, jsakalo@bilzin.com, ttacconelli@ferryjoseph.com, pvnl@capdale.com; mgz@del.camlev.com, pbentley@krarnerlevin.com, currier@klettrooney.com and jwaxman@klettrooney.com; (vii) counsel to the DIP Lenders, J. Douglas Bacon, Esquire,

Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, Delaware 19899 (fax number 302-658-6395) and via email in PDF format to syoder@bayardfirm.com; david.heller@lw.com and carol.hennessey@lw.com; (viii) the fee auditor, Warren H. Smith, Warren H. Smith and Associates, 900 Jackson Street, 120 Founders Square, Dallas TX 75202 and via email in a non-PDF format such as Excel, Microsoft Word or WordPerfect to whsmith@whsmithlaw.com and (ix) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Suite 2311, Wilmington, Delaware 19801 (fax number 302-573-6497).

 A hearing on the Third Quarterly Application will be held before the Honorable Judith K. Fitzgerald on September 22, 2003 at 12:00 PM, or as soon thereafter as is convenient for the Court.

 IF YOU FAIL TO RESPOND OR OBJECT IN ACCORDANCE WITH THIS NOTICE, THECOURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 2, 2003
   Wilmington, Delaware

        ELZUFON AUSTIN REARDON
        TARLOV & MONDELL, P.A.


        */s/ William D. Sullivan*
        William D. Sullivan (Bar No. 2820)
        300 Delaware Avenue, Suite 1700
        P.O. Box 1630
        Wilmington, DE 19899-1630
        Telephone: (302) 428-3181
        Facsimile: (302) 428-3180

        Counsel for ZAI Claimants

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on June 2, 2003, service of the foregoing *Notice of Filing of Quarterly Fee Application* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

| | |
|---|---|
|    June 2, 2003    |    */s/ William D. Sullivan*    |
| Dated | William D. Sullivan |