## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**June 23, 2003 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
**if objections are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Twenty-Fifth Monthly Fee

Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Reimbursement of Expenses for the services rendered during the period April 1, 2003 through April 30, 2003, seeking compensation in the amount of $60,269.00 reimbursement for actual and actual and necessary expenses in the amount of $2,857.02 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before **June 23, 2003 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.


Dated:  Wilmington, DE
        June 2, 2003

                        RESPECTFULLY SUBMITTED,


                        _____/s/_____
                        Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                        DUANE MORRIS LLP
                        1100 North Market Street, Suite 1200
                        Wilmington, DE 19801
                        Telephone:      (302) 657-4900
                        Facsimile:      (302) 657-4901
                        E-mail:         mlastowski@duanemorris.com


                        William S. Katchen, Esquire (Admitted in NJ Only)
                        DUANE MORRIS LLP
                        One Riverfront Plaza
                        Newark, New Jersey 07102
                        Telephone:      (973) 424-2000
                        Facsimile:      (973) 424-2001
                        E-mail:         wskatchen@duanemorris.com


                                and

                        Lewis Kruger, Esquire
                        STROOCK & STROOCK & LAVAN LLP
                        180 Maiden Lane
                        New York, New York 10038-4982
                        Telephone:      (212) 806-5400
                        Facsimile:      (212) 806-6006
                        e-mail:         lkruger@Stroock.com


                        Co-Counsel for the Official Committee of
                        Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

**Objection Deadline:**
**June 23, 2003 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
  **if objections are timely filed and served.**


## TWENTY-FIFTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003


| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2003 – April 30, 2003** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$60,269.00 (80% - $48,215.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$814.02 (Stroock)**<br>**$2,043.00 (Chambers)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Twenty-Third and Twenty-Fourth Monthly Fee Statements is approximately 19.2 hours and the corresponding compensation requested is approximately $4,365.00.*

## Attachment A

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Payment Requested | | Payment Received | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01- 4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01- 7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02- 04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **WR GRACE & CO** | | | | |
| **ATTACHMENT B** | | | | |
| **APRIL 1, 2003 - APRIL 30, 2003** | | | | |
| **Partners** | | | | |
| Greenberg, Mayer | 3.0 | $550 | $ 1,650.00 | 5 |
| Kruger, Lewis | 3.2 | $725 | $ 2,320.00 | 33 |
| Pasquale, Kenneth | 1.5 | $550 | $ 825.00 | 4 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 1.9 | $500 | $ 950.00 | 22 |
| Brandes, Ronnie H. | 17.3 | $295 | $ 5,103.50 | 1 |
| Krieger, Arlene | 81.5 | $495 | $40,342.50 | 8 |
| Krieger, Arlene | 1.8 | $475 | $ 855.00 | |
| Sasson, Moshe | 1.8 | $445 | $ 801.00 | 8 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 32.6 | $180 | $ 5,868.00 | 2 |
| Defreitas, Vaughn | 11.9 | $115 | $ 1,368.50 | 16 |
| Mohamed, David | 1.3 | $115 | $ 149.50 | 15 |
| Serrette, Rosemarie | 0.2 | $180 | $ 36.00 | 16 |
| | | | | |
| **Total** | **158.0** | | $60,269.00 | |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| | WR GRACE & CO | | |
|---|---|---|---|
| | **COMPENSATION BY PROJECT CATEGORY** | | |
| | **APRIL 1, 2003 - APRIL 30, 2003** | | |
| **MATTER CODE** | **PROJECT CATEGORY** | **HOURS** | **TOTAL FEES ($)** |
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 8.4 | $ 4,363.00 |
| 0005 | Asbestos; Settlement Matters | 0.9 | $ 400.50 |
| 0011 | Bankruptcy Litigation (Preferences and Avoidance Actions) | 5.3 | $ 2,440.00 |
| 0013 | Business Operations | 6.5 | $ 3,217.50 |
| 0014 | Case Administration | 37.7 | $ 10,618.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 38.2 | $ 18,812.00 |
| 0018 | Fee Application, Applicant | 19.2 | $ 4,365.00 |
| 0020 | Fee Application, Others | 4.1 | $ 782.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 10.6 | $ 5,256.50 |
| 0023 | Executory Contracts/Unexpired Leases (Assumption and Rejection) | 0.6 | $ 297.00 |
| 0034 | Litigation and Litigation Consulting | 5.5 | $ 2,617.50 |
| 0037 | Hearings | 0.7 | $ 346.50 |
| 0047 | Tax Issues | 20.3 | $ 6,753.50 |
| | **Total** | **158.0** | **$ 60,269.00** |

# STROOCK

## INVOICE

| DATE | May 28, 2003 |
|---|---|
| INVOICE NO. | 291903 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through April 30, 2003, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos)<br>699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2003 | Conference with Judge Wolin (1.0). | Kruger, L. | 1.0 |
| 04/07/2003 | T/c W. Katchen re proceedings before Judge Wolin addressing seriously impaired cancer claimants (.1); exchanged memoranda with D. Wildes re same (.2); responsive memo to W. Katchen re same (.1). | Krieger, A. | 0.4 |
| 04/21/2003 | Office conferences V. Defreitas re National Union adversary proceeding pleadings (.2); began draft of memo to LK, KP re National Union adversary (.8). | Krieger, A. | 1.0 |
| 04/23/2003 | Review National Union adv pro related pleading under motion for SJ and brief in support thereof (1.5); review Barrett and Kelly declarations in support thereof (.3); review remaining recent pleadings from docket including claimants' motion to compel discovery and National Union's objections | Krieger, A. | 3.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | thereto (1.6). | | |
| 04/24/2003 | Exchanged memorandum with S.Cunning re FTI analysis on EPA claims (.1); memorandum to L. Chambers re EPA claims (.2). | Krieger, A. | 0.3 |
| 04/28/2003 | Exchanged memo with M. Sasson re expert reports generated in the ZAI litigation (.2); review articles re Congressional action on asbestos claims (1.0). | Krieger, A. | 1.2 |
| 04/28/2003 | Review recent filings (status report for the main Chapter 11 case and each adversary proceeding (.3); memo to committee re: avoidance actions (.2)). | Sasson, M. | 0.5 |
| 04/30/2003 | O/c DW re substance of conversation with L. Chambers relating to asbestos legislation (.6). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 6.9 | $ 495 | $ 3,415.50 |
| Kruger, Lewis | 1.0 | 725 | 725.00 |
| Sasson, Moshe | 0.5 | 445 | 222.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,363.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,363.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| RE | Asbestos: Settlement Matters |
|----|------------------------------|
|    | 699843  0005 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/28/2003 | Review recent filings (4/11/03 letter re: settlement negotiations (.3); motion to approve settlement (.5), corr. re: same (.1)). | Sasson, M. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Sasson, Moshe | 0.9 | $ 445 | $ 400.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 400.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 400.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| RE | Bankruptcy Litigation ( Preferences and Avoidance Actions) 699843 0011 |
|----|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2003 | T/c with S.Caben re: Avoidance motion to file on 4/2; availability of M.Lastowski for review/signature. | Caskadon, A. | 0.2 |
| 04/01/2003 | Office conference with K. Pasquale and A. Krieger regarding avoidance actions and preparation for request to court to extend time to bring avoidance action (.3); telephone regarding same with T. Maher (.2); telephone call with E. Inselbuch regarding same (.2); telephone call with D. Siegel regarding same and regarding legislative prospects (.2); review of proposed motion to court (.2). | Kruger, L. | 1.1 |
| 04/01/2003 | Conference call with L. Kruger, A. Krieger re avoidance claims (.3); attention to draft motion to extend avoidance claims deadline (1.0) | Pasquale, K. | 1.3 |
| 04/01/2003 | Conference with A. Krieger re filing of Motion and service issues (.1) Follow-up work regarding same (.1) | Serrette, R. | 0.2 |
| 04/02/2003 | O/c with R.Serrette (.4) and A.Krieger (.3) re Avoidance action; service of Avoidance action (.3); conf. call with S.Caban, M.Lastowski and A.Krieger re same(.2). | Caskadon, A. | 1.2 |
| 04/02/2003 | Attendance to files re avoidance actions. | Krieger, A. | 0.8 |
| 04/02/2003 | Corr. re: motion to extend, t/c NJ counsel. | Sasson, M. | 0.3 |
| 04/11/2003 | Telephone conference T. Swett re avoidance claims (.2) | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 1.4 | $ 180 | $ 252.00 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.8 | 495 | 396.00 |
| Kruger, Lewis | 1.1 | 725 | 797.50 |
| Pasquale, Kenneth | 1.5 | 550 | 825.00 |
| Sasson, Moshe | 0.3 | 445 | 133.50 |
| Serrette, Rosemarie | 0.2 | 180 | 36.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,440.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,440.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| | | | |
|---|---|---|---|
| RE | Business Operations<br>699843  0013 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/07/2003 | T/cs S. Cunningham re proposed acquisition funded by DIP (.3). | Krieger, A. | 0.3 |
| 04/08/2003 | Review FTI analysis on proposed acquisition of MODcol (.5); review amended DIP agreement for terms on funding of acquisition (1.2); telephone call Libby Hamilton re draft memorandum on acquisition (.7); prepared memorandum to C. Lane re acquisition and outstanding question/comments to same (.5); memo to L. Hamilton re DIP agreement provisions (.5); office conference LK re same (.1). | Krieger, A. | 3.5 |
| 04/09/2003 | T/c L. Hamilton re proposed acquisition of MODcol (.1); attended to DIP-related documentation for L. Hamilton in connection with MODcol (.2). | Krieger, A. | 0.3 |
| 04/10/2003 | Memo to C. Lane, L. Hamilton re status of obtaining information for MODcol acquisition (.1); exchanged memoranda with C. Lane re information on MODcol acquisition (.1). | Krieger, A. | 0.2 |
| 04/14/2003 | Review February Operating Report (.5). | Krieger, A. | 0.5 |
| 04/14/2003 | T/c L. Hamilton re MODcol acquisition, terms of the note and other information (.3); exchanged memoranda with L. Hamilton re revised terms of MODcol acquisition (.2). | Krieger, A. | 0.5 |
| 04/15/2003 | T/c L. Hamilton re company to utilize available cash at Vydac for acquisition of MODcol (.2); attended to revised memorandum from L. Hamilton re MODcol acquisition (.3). | Krieger, A. | 0.5 |
| 04/21/2003 | T/c C. Lane re MODcol  (.2); exchanged memo with L. Hamilton re above (.3); t/c L. Hamilton re acquisitions and future business development (.2). | Krieger, A. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 6.5 | $ 495 | $ 3,217.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,217.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,217.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| RE | Case Administration 699843 0014 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2003 | Review fee auditor's initial report for 7th Quarter (.5); o/c with R.Serrette re same(.4). | Caskadon, A. | 0.9 |
| 04/02/2003 | Review fee auditor's initial report to SSL's 7th Quarterly fee application (.2); attended to order requiring status report (.1); review fee auditor's final report on SSL's first, second and third interim reports (.2). | Krieger, A. | 0.5 |
| 04/03/2003 | Assist/prepare response to fee auditor's report re 7th Quarterly. | Caskadon, A. | 0.8 |
| 04/03/2003 | Review online docket for recently filed documents. | Defreitas, V. | 0.8 |
| 04/03/2003 | O/c LK re bar date process for personal injury claims and Sealed Air litigation (.1); conference call D. Siegel re same (.2); prepare response to Fee Auditor's Initial Report to Seventh Quarterly Application (3.8). | Krieger, A. | 4.1 |
| 04/07/2003 | Continue to prepare response to fee auditor (2.5); exchanged memoranda with AC re review of back-up for local transportation charges questioned  and preparation of chart for response (.7); t/c F. Perch re DK Acquisition motion for order with respect to trading, and information requests (.4); t/c W. Katchen re motion extending time to commence avoidance actions (.1). | Krieger, A. | 3.7 |
| 04/08/2003 | Exchanged memo with AC re draft response to Fee Auditor's initial report on 7th fee application (.1); office conference AC re discussed information obtained on local transportation charges and preparation of insert for response to Fee Auditor (.2). | Krieger, A. | 0.3 |
| 04/08/2003 | Respond to attorney request re: post-petition DIP loan agreement/pre-petition credit | Mohamed, D. | 1.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | agreements (.5); research client files for resignation letters re: Bankers Trust, Bank of New York, Bank of America and Wells Fargo Bank Minnesota (.8). | | |
| 04/09/2003 | Assist prepare response to fee auditor; research and draft response to expenses. | Caskadon, A. | 4.8 |
| 04/09/2003 | Review online docket for recently filed pleadings to enter into central database (1.6). | Defreitas, V. | 1.6 |
| 04/09/2003 | Exchange memoranda with KP re discussion with Scott Baena re Committee's tolling motion (.2). | Krieger, A. | 0.2 |
| 04/09/2003 | O/c AC re preparation of revised response to fee auditor's report (.2). | Krieger, A. | 0.2 |
| 04/10/2003 | Assist prepare/finalize Stroock's response to Fee Auditor's initial report re 7th Quarterly Fee Application. | Caskadon, A. | 2.5 |
| 04/10/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 04/10/2003 | Exchanged memoranda with LK re local transportation charges inquiry from the Fee Auditor (.3); memo to A. Caskadon re identification of transportation charges for which reimbursement will be sought (.2); o/c AC re preparation of revised response to the Fee Auditor's initial report (.1); review and revise draft response (.7). | Krieger, A. | 1.3 |
| 04/14/2003 | Review online docket for recently filed documents for addition to central files and distribution to working group. | Defreitas, V. | 0.3 |
| 04/14/2003 | Exchanged memoranda with LK re SSL response to Fee Auditor's initial report on 7th Quarterly Application (.2); exchanged memoranda with AC re submission of response to the Fee Auditor (.2). | Krieger, A. | 0.4 |
| 04/16/2003 | Review fee order for due dates of fee statements and applications(.3). | Caskadon, A. | 0.3 |
| 04/16/2003 | Review and update central file categories with various documents received. | Defreitas, V. | 2.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/16/2003 | Exchanged memoranda with V. Defreitas re Fresenius settlement agreement motion; other pleadings to be obtained (.2). | Krieger, A. | 0.2 |
| 04/18/2003 | Research online docket & download recently filed documents for distribution of same as well as central database. | Defreitas, V. | 0.3 |
| 04/21/2003 | O/c with R.Serrette re 7th Quarterly Fee Auditor's Final Report. | Caskadon, A. | 0.5 |
| 04/21/2003 | Review online docket for recently filed pleadings and distribute same. (.5); researched at AK's request re: documents scheduled to be heard on April 28, 2003 agenda(.6); researched online adv pro docket (02-01657; 02-2210; 02-2211) for recently filed documents (.1). | Defreitas, V. | 1.2 |
| 04/21/2003 | Exchanged memoranda with V. Defreitas re newly docketed orders; review notice of agenda for 4/28/03 hearing (.1). | Krieger, A. | 0.2 |
| 04/22/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.5 |
| 04/22/2003 | Review status report filed by Debtors (.6); exchanged memoranda with KP re status report (.1);exchanged memoranda with V.DeFreitas re Fresenius settlement agreement motion (.2); exchanged memoranda with J. Hoon (Richards Spear) re advice to Debtors' local counsel re request to continue the hearing on the DK motion (.2); memo to LK, M. Lastowski re same (.1); memo to V.DeFreitas re Fresenius Agreement (.1); exchanged memoranda with RS re order awarding fees (.2). | Krieger, A. | 1.5 |
| 04/24/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.8 |
| 04/24/2003 | O/c LK 4/28/03 hearing (.1); attended to notice of amended agenda (.1). | Krieger, A. | 0.2 |
| 04/25/2003 | Review online docket for recently filed pleadings. | Defreitas, V. | 0.1 |
| 04/25/2003 | Memo to M. Lastowski re 4/28/03 hearings (.1); t/c ML re same (.1); memo from KP re fee | Krieger, A. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | applications relating to Sealed Air litigation (.2). | | |
| 04/29/2003 | Research bar date motion/order/ service list/ AOS(1.0); Research avoidance action motion(.5). | Caskadon, A. | 1.5 |
| 04/29/2003 | Review and update various case file documents to assign central file categories.(1.5); update email correspondences received from AK.(.7) | Defreitas, V. | 2.2 |
| 04/29/2003 | O/cs A. Caskadon re creditor call on bar date objection deadline and obtaining documentation (.3); t/c J. Hughes re objection deadline for Committee's motion to extend the avoidance action (.2); memo to ML re above (.1); t/c S. Hollingshead re above (.1); t/c M. Lastowski re re-noticing of Committee's motion (.2); memo re basis for re-noticing (.1); review updated docket (.1); attended to electronically filed pleadings (.1) | Krieger, A. | 1.2 |
| 04/30/2003 | Memo to V.Defreitas re requested review of all dockets (.1); o/c V. DeFreitas re no additional documentation filed (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 11.3 | $ 180 | $ 2,034.00 |
| Defreitas, Vaughn | 10.5 | 115 | 1,207.50 |
| Krieger, Arlene | 14.6 | 495 | 7,227.00 |
| Mohamed, David | 1.3 | 115 | 149.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,618.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,618.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|----|---------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/01/2003 | T/c KP re preparation of motion seeking extension of the 546 limitations period (.1); o/c's LK re pleading to be prepared (.3); prepared motion on behalf of the Committee seeking to extend deadline to file avoidance actions (5.3); o/c RS re filing and service of same; (.2); t/c's L. Hamilton re information for pleading (.3); t/c LK re review of pleading (.1). | Krieger, A. | 6.3 |
| 04/02/2003 | Exchanged memo with Jacqueline Greenberg (B. Katchen's office) re Committee pleading (.2); o/c A. Caskadon re coordination of filing and service of pleading (.3); memo to KP re pleading (.1); t/c KP re pleading (.1); t/c Joan Anderson re pleading to extend avoidance action deadline (.1); attended to memo from L. Hamilton re potential preference payment information (.2); exchanged memoranda with S. Caban re service of Committee motion extending deadline on avoidance actions (.5). | Krieger, A. | 1.5 |
| 04/08/2003 | Memorandum to V.Defreitas re pre-petition creditor agreements (.1); review agreements to respond to F. Perch with R. Douglas re First Union/Wachovia debt (.2); review files for Committee resignation letters from Bankers Trust,  ABN Amro, Bank of America and WellsFargo  Bank (.4); memo to LK re substance of conversation with Frank Perch (.3); memo to V. Defreitas re resignation letters (.1); office conferences D. Mohammed re letters needed (.2). | Krieger, A. | 2.3 |
| 04/09/2003 | Review pre-petition credit agreements, correspondence and other information in connection with preparing response to Frank Perch (2.6); t/c Frank Perch re DK Acquisition matter (.1); exchanged correspondence with R. Douglas re identify of lenders under the pre-petition credit facility (.2). | Krieger, A. | 2.9 |
| 04/09/2003 | Review of letters to U.S. Trustee regarding | Kruger, L. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | committee membership (.2); office conference with A. Krieger regarding same (.4). | | |
| 04/10/2003 | Assist A.Krieger prepare letter to Frank Perch re D.K. Acquisition Motion. | Caskadon, A. | 0.6 |
| 04/10/2003 | Memo to LK re Perch letter (.2); t/c AC re review of Section 13.6(c) of the Credit Agreement (.3); revised Perch letter (.2); t/c LK re Perch letters (.2); o/c KP re inquiry from J. Ellington (.1); t/c J. Ellington (left message) re review of EPA claims and request for ex-officio status (.1). | Krieger, A. | 1.1 |
| 04/11/2003 | T/c KP re USA request for ex-officio status (.1); memo to KP re above and ongoing review of USA proofs of claim (.1). | Krieger, A. | 0.2 |
| 04/15/2003 | T/c F. Perch re US Trustee's position on DK Acquisition motion (.1); memo to the Committee re Debtors' correspondence on Sealed Air (.2); exchanged memoranda with F. Perch re 4/10/03 correspondence (.3); t/c T. Maher re Grace correspondence and misstatements contained therein (.2); exchanged memoranda with KP and LK re Grace correspondence and response to be prepared (.2); review memorandum to the Committee re MODcol acquisition (.2); further t/c L. Hamilton re comments to the revised form of memorandum (.3); prepared memorandum to the Committee addressing misstatements in Debtors' correspondence in respect of the Sealed Air litigation discussions (.5). | Krieger, A. | 2.0 |
| 04/16/2003 | Preparation of correspondence to the Committee re MODcol analysis (.5); exchanged memoranda with J. Anderson re MODcol memoranda (.1). | Krieger, A. | 0.6 |
| 04/21/2003 | Memorandum from and to F. Perch re request by J. Ellington to join the Committee (.2); attended to memorandum from F. Perch to M. Friedman re US Trustee's position on motion (.2); telephone conference M. Friedman re US Trustee's position (.2); telephone conference F. Perch re position on DK motion (.2); prepare memorandum to the Committee re: US | Krieger, A. | 1.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Trustee's position and discussion with DK's counsel (.5); memorandum to T. Maher re above (.1); telephone conference LK re Committee's position in view of US Trustee's position (.1); telephone conference Tom Maher re above. | | |
| 04/22/2003 | Prepared correspondence to the Committee re Debtors' status report to the Court (.2). | Krieger, A. | 0.2 |
| 04/23/2003 | Prepare Committee memorandum re lease extension and assumption of Dunbar lease (.6). | Krieger, A. | 0.6 |
| 04/24/2003 | Attended to memorandum to LK, KP re DK Acquisition's motion (.5): review and revise and further prepare memorandum re pending matters including DK Acquisition's motion and the US Trustee's position thereon (2.2); o/c LK re memo to the Committee (.1). | Krieger, A. | 2.8 |
| 04/25/2003 | Memo to T. Maher re memorandum discussing DK Acquisition matter, Dunbar lease; (.3); exchanged t/cs KP re Committee consideration of ex-officio status for EPA (.2); memo to the Committee re pending matters (.2). | Krieger, A. | 0.7 |
| 04/27/2003 | Prepare memorandum to the Committee re proofs of claim filed by the USA and request for ex-officio status (2.5); began to prepare memorandum to the committee re Fresenius settlement agreement (1.5). | Krieger, A. | 4.0 |
| 04/28/2003 | Continue preparation of memo to the Committee re Fresenius settlement (3.0); review, revise memo to the Committee re USA proofs of claim and ex-officio status request (.5). | Krieger, A. | 3.5 |
| 04/29/2003 | Complete review and revisions to Committee memo re USA proofs of claim (.5); continue to prepare draft memo re Fresenius settlement (1.0); exchanged memo with R.Brandes re above (.1); exchanged memoranda with Joan Anderson re response on Committee's position DK Acquisition motion and the US Trustee's view thereon (.1); memo to LK, KP re Wachovia's response (.1); exchanged memo with M. Berg re proofs of claim filed by USA, FTI analysis and inquiry re information for | Krieger, A. | 2.4 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee memorandum (.6). | | |
| 04/30/2003 | Modify proposed memorandum to the Committee re USA/EPA claims (1.0); memo to KP, LK re same (.1); exchanged memo with M. Berg re same and further information for memorandum on Superfund sites (.8); memo to S. Cunningham re proposed memorandum to the Committee and proposed modifications to FTI schedule of claims (.1); continue to review pleadings and prepare memorandum to the Committee re Fresenius Settlement Agreement (2.6). | Krieger, A. | 4.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 0.6 | $ 180 | $ 108.00 |
| Krieger, Arlene | 37.2 | 495 | 18,414.00 |
| Kruger, Lewis | 0.4 | 725 | 290.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 18,812.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 18,812.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/31/2003 | Office conference LK re proposed response to fee auditor's initial report (.1); memo from RS re submission of response (.1); memo to Stephen Bossay re response (.1); office conference KP re SSL response to fee auditor's report (1.0); prepared final form of SSL response and transmittal of same to fee auditor (.5). | Krieger, A. | 1.8 |
| 04/04/2003 | Review February time per A.Krieger's revisions(.8); draft certificate of service for Stroock's Feb fee app(.2); review March time detail(1.0). | Caskadon, A. | 2.0 |
| 04/07/2003 | Edit February fee statement(.7); o/c with R. Serrette re same(.3); prepare to serve February fee statement(.7); draft notice(.3); serve February fee statement(1.3). | Caskadon, A. | 3.3 |
| 04/07/2003 | O/c RS re billing relating to fee application preparation (.1); exchanged memoranda with AC re fee application preparation (.2); o/c AC re same (.1). | Krieger, A. | 0.4 |
| 04/08/2003 | Prepare response to Fee Auditor(1.1); various emails to to S.Wexler, K.Pasquale, and H.Balk re same(.4) o/c with P.Harrington re same(.5). | Caskadon, A. | 2.0 |
| 04/09/2003 | Review March time detail (.7); review with AC re same (.1). | Krieger, A. | 0.8 |
| 04/15/2003 | Various o/c with L.Ferdinand at Fee Auditor re 7th Quarterly Project Category summary chart(.5); o/c with P.Harrington re same(.3). | Caskadon, A. | 0.8 |
| 04/16/2003 | Prepare CNO for January(.2); | Caskadon, A. | 0.2 |
| 04/21/2003 | Review and edit March fee detail. | Caskadon, A. | 1.2 |
| 04/22/2003 | Review March bill (1.0); review supplemental | Caskadon, A. | 1.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | fee order re: 4th Quarter (.5). | | |
| 04/23/2003 | Draft Grace March fee statement: draft notice, certificate of service. | Caskadon, A. | 2.0 |
| 04/28/2003 | Prepare Stroock's March Statement for service. | Caskadon, A. | 2.0 |
| 04/29/2003 | Serve Stroock March Fee Statement(1.0); emails with S.Caban re same(.2). | Caskadon, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 16.2 | $ 180 | $ 2,916.00 |
| Krieger, Arlene | 1.2 | 495 | 594.00 |
| Krieger, Arlene | 1.8 | 475 | 855.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,365.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,365.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| RE | Fee Application, Others |
|----|------------------------|
|    | 699843  0020           |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/04/2003 | Draft FTI's notice and certificate of service for February fee statement. | Caskadon, A. | 0.8 |
| 04/07/2003 | Prepare to serve FTI's February fee statement (.8); edit notice per S.Caban corrections(.2); serve(1.3). | Caskadon, A. | 2.3 |
| 04/21/2003 | Attended to PWC fee application and payment terms approved by the Court (.2). | Krieger, A. | 0.2 |
| 04/23/2003 | Updated central files with professional fees. | Defreitas, V. | 0.7 |
| 04/28/2003 | Review recent filings; fee report (.1). | Sasson, M. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 3.1 | $ 180 | $ 558.00 |
| Defreitas, Vaughn | 0.7 | 115 | 80.50 |
| Krieger, Arlene | 0.2 | 495 | 99.00 |
| Sasson, Moshe | 0.1 | 445 | 44.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 782.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 782.00 |
|-----------------------|----------|

| RE | Environmental Matters/Regulations/Litigation |
|----|---------------------------------------------|
|    | 699843  0022                                |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/09/2003 | T/c L. Hamilton re review of EPA proofs of claim (.1). | Krieger, A. | 0.1 |
| 04/10/2003 | Review EPA claims and FTI analyses thereof (2.3). | Krieger, A. | 2.3 |
| 04/11/2003 | Continue to review environmental proof of claim filed by the EPA and FTI analyses (1.8); review prior EPA settlements (1.5). | Krieger, A. | 3.3 |
| 04/21/2003 | Attended to review and revisions of FTI environmental analysis (1.5). | Krieger, A. | 1.5 |
| 04/24/2003 | Complete review of National Union related adversary proceeding docket (1.0); attended to L. Chambers asbestos legislation memorandum (.5). | Krieger, A. | 1.5 |
| 04/29/2003 | Prepare definition of NPL. | Berg, M. | 0.2 |
| 04/30/2003 | Review EPA proofs of claim, FTI analysis, research status of sites in claim | Berg, M. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 1.9 | $ 500 | $ 950.00 |
| Krieger, Arlene | 8.7 | 495 | 4,306.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,256.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,256.50 |
|-----------------------|-----------|

| RE | Executory Contracts/Unexpired Leases (Assumption and Rejection) 699843  0023 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/21/2003 | Review proposed order extending time to assume/reject non-residential real property leases (.1); exchanged memoranda with C. Lane re Dunbar lease information (.1); review Kent Holding stipulation(.2); telephone conference C. Lane re Kent Holding lease matter (.2). | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene | 0.6 | $ 495 | $ 297.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 297.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 297.00 |
| --- | --- |

| RE | Expenses 699843  0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Messenger Service | $ 140.68 |
| Meals | 320.36 |
| Local Transportation | 88.51 |
| Long Distance Telephone | 63.75 |
| Duplicating Costs | 132.70 |
| Postage | 0.97 |
| Process Service & Calendar Watch | 0.35 |
| O/S Information Services | 15.70 |
| Facsimile Charges | 3.00 |
| Word Processing | 48.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 814.02 |
|---|---|

| TOTAL FOR THIS MATTER | $ 814.02 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| RE | Litigation and Litigation Consulting<br>699843  0034 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2003 | Exchanged memo with J. Baer re Debtors' additional comments to the Sealed Air Agreement (.2); exchanged memoranda with R. Brandes re discussion with Grace re agreement on Sealed Air settlement terms (.2). | Krieger, A. | 0.4 |
| 04/03/2003 | Review correspondence from Jan Baer re Grace's comments to latest sealed air settlement agreement draft (1.0). | Krieger, A. | 1.0 |
| 04/03/2003 | Office conference with A. Krieger; telephone call with D. Siegel regarding my conference with Judge Wolin regarding Sealed Air issues and cancer claims. | Kruger, L. | 0.3 |
| 04/04/2003 | Review online docket for recently filed pleadings in Litigation matters. | Defreitas, V. | 0.7 |
| 04/11/2003 | Exchanged memoranda with J. Baer re status of discussion between Grace and Sealed Air over settlement terms (.2); exchanged memoranda with R. Brandes re substance of conversation with Debtors' tax personnel re discussions with Sealed Air and outstanding issues (.2); memo to LK, KP re substance of information from Debtors' counsel re discussions with Sealed Air (.1). | Krieger, A. | 0.5 |
| 04/11/2003 | Status of negotiations between Sealed Air and WR Grace (.2). | Kruger, L. | 0.2 |
| 04/14/2003 | Correspondence from Debtors re Sealed Air settlement discussions (.1); office conference LK re correspondence (.1). | Krieger, A. | 0.2 |
| 04/16/2003 | Memoranda to LK, KP re motion by asbestos committee and Debtor approving Fresenius settlement agreement (.1); telephone conference LK re above (.1). | Krieger, A. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/22/2003 | Prepare correspondence to Jan Baer re April 11, 2003 correspondence in connection with Sealed Air settlement agreement (1.0); exchanged memoranda with KP re Baer correspondence (.1); t/c Jan Baer re Sealed Air settlement agreement (.2); memo re substance of conversations with Jan Baer (.2). | Krieger, A. | 1.5 |
| 04/24/2003 | Review letter to J. Baer regarding committee not having agreed to Sealed Air proposal. | Kruger, L. | 0.2 |
| 04/25/2003 | Memorandum to M. Greenberg, R. Brandes re Fresenius settlement agreement (.1); exchanged additional memoranda with R. Brandes (.2). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Defreitas, Vaughn | 0.7 | $ 115 | $ 80.50 |
| Krieger, Arlene | 4.1 | 495 | 2,029.50 |
| Kruger, Lewis | 0.7 | 725 | 507.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,617.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,617.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| RE | Hearings 699843 0037 |
|----|----------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 04/21/2003 | Extended t/c C. Lane re matters on the agenda for 4/28/03 hearings (.7). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.7 | $ 495 | $ 346.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 346.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 346.50 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| | | | |
|---|---|---|---|
| RE | Tax Issues<br>699843  0047 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/02/2003 | Phone call with E. Fallon (Grace Counsel) (0.5); email update to M. Greenberg and A. Krieger (0.6); research on "substantial authority" standard (0.5); read Grace's comments to Sealed Air Settlement Agreement (0.5). | Brandes, R. | 2.1 |
| 04/03/2003 | Reviewed comments received from A. Krieger from Grace counsel regarding Sealed Air Settlement Agreement (1.0); research on "substantial authority" standard (0.6). | Brandes, R. | 1.6 |
| 04/03/2003 | Review Brandes e-mails re Sealed Air tax issues. | Greenberg, M. | 0.4 |
| 04/11/2003 | Phone call with Elyse Fallon (0.6); email update to M. Greenberg and A. Krieger (0.2); reviewed outstanding issues (0.8). | Brandes, R. | 1.6 |
| 04/14/2003 | Review emails and analysis re settlement issues. | Greenberg, M. | 0.7 |
| 04/16/2003 | Read letter from A. Krieger (0.2); discussion regarding status of assignment with M. Greenberg (0.2). | Brandes, R. | 0.4 |
| 04/16/2003 | Review e-mails and discussion with R Brandes re tax issues related to settlement. | Greenberg, M. | 0.5 |
| 04/22/2003 | Read Fresenius Settlement Court Order (0.7). | Brandes, R. | 0.7 |
| 04/23/2003 | Read Fresenius' Petition to Court (2.8); research for Sealed Air situation and payments made after reorganizations and what payments are deductible (4.8). | Brandes, R. | 7.6 |
| 04/25/2003 | Email to A. Krieger regarding status of Sealed Air Agreement (0.2); prepared for meeting with M. Greenberg re: status of situation (0.5); meeting with M. Greenberg to discuss how | Brandes, R. | 1.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Grace can solidify the position the Company Entitlement to a deduction for the payments (0.6); research on IRC Section 108(c)(2) (0.3). | | |
| 04/25/2003 | Conference with R Brandes and analysis re cancellation of indebtedness and Sealed Air settlment (1.0); analysis re section 108 issues (.4). | Greenberg, M. | 1.4 |
| 04/28/2003 | Began to write memo on the pros and cons of the Fresenius Settlement Agreement (1.7) | Brandes, R. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Brandes, Ronnie H. | 17.3 | $ 295 | $ 5,103.50 |
| Greenberg, Mayer | 3.0 | 550 | 1,650.00 |

| | | |
|---|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 6,753.50 |

| | | |
|---|---|---|
| TOTAL FOR THIS MATTER | | $ 6,753.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 60,269.00 |
| TOTAL DISBURSEMENTS/CHARGES | $ 814.02 |
| TOTAL BILL | $ 61,083.02 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| WR GRACE & CO | | |
|---|---|---|
| **DISBURSEMENT SUMMARY** | | |
| **APRIL 1, 2003 - APRIL 30, 2003** | | |
| | | |
| Messenger Service | $ | 140.68 |
| Meals | $ | 320.36 |
| Local Transportation | $ | 88.51 |
| Long Distance Telephone | $ | 63.75 |
| Duplicating Costs | $ | 132.70 |
| Postage | $ | 0.97 |
| Process Service & Calendar Watch | $ | 0.35 |
| O/S Information Services | $ | 15.70 |
| Facsimile Charges | $ | 3.00 |
| Word Processing | $ | 48.00 |
| | | |
| **Total** | $ | **814.02** |

# STROOCK

### DISBURSEMENT REGISTER

## INVOICE

| DATE | May 28, 2003 |
|---|---|
| INVOICE NO. | 291903 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

DISBURSEMENT CHARGES RENDERED in the captioned matter for the period through April 30, 2003, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Messenger Service** | | |
| 04/08/2003 | FedEx 3/26/03 David Siegal Columbia, MD | 9.67 |
| 04/08/2003 | FedEx 3/26/03 Warren Smith Dallas, TX | 11.62 |
| 04/08/2003 | FedEx 3/26/03 Frank Perch Wilmington, DE | 9.67 |
| 04/08/2003 | FedEx 3/26/03 Shelley Calan Wilmington, DE | 9.67 |
| 04/10/2003 | FedEx 4/7/03 Davied Siegal Columbia, MD | 11.84 |
| 04/10/2003 | FedEx 4/7/03 Warren Smith Dallas, TX | 11.73 |
| 04/10/2003 | FedEx 4/7/03 Frank Perch Wilmington, DE | 11.84 |
| 04/10/2003 | FedEx 4/7/03 Shelly Caban Wilmington, DE | 9.76 |
| 04/24/2003 | FedEx Log 03/26/03 A.CASAKDON TO W.SMITH | 6.22 |
| 04/29/2003 | Federal Express T#836515047019 A.CASKADON to: DAVID B SIEGAL COLUMBIA,MD | 9.76 |
| 04/29/2003 | Federal Express T#836515047020 A.CASKADON to: WARREN H. SMITH DALLAS,TX | 11.73 |
| 04/29/2003 | Federal Express T#836515047030 A.CASKADON. to: FRANK J. PERCH WILMINGTON,DE | 9.76 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/29/2003 | Federal Express T#836515047041 A.CASKADON to: SHELLEY CABAN WILMINGTON,DE | 9.76 |
| 04/30/2003 | FedEx Log 4/7/03  A Caskadon to S Caban | 1.37 |
| 04/30/2003 | FedEx Log 4/7/03 A Caskadon to Warren Smith | 6.28 |
| | **Messenger Service Total** | **140.68** |

**Meals**

| | | |
|------|-------------|--------|
| 04/24/2003 | VENDOR: PETAK'S; INVOICE#: 19797; DATE: 3/12/2003 - L Kruger 3/12/03 | 320.36 |
| | **Meals Total** | **320.36** |

**Local Transportation**

| | | |
|------|-------------|--------|
| 04/04/2003 | NYC Two Ways Inc. BRANDES 03/18/03 21:53 M from 180 MAIDEN to 60    W 23 S | 19.71 |
| 04/10/2003 | NYC Two Ways Inc. CASKADON 03/26/03 01:55 M from 1 AVE to NJ  HOBOKEN | 43.45 |
| 04/15/2003 | VENDOR: Lewis Kruger; INVOICE#: 04/07/03; DATE: 4/15/2003 - 04/01/03   DINNER W/JUDGE WOLIN - SUBWAY | 0.75 |
| 04/22/2003 | NYC Two Ways Inc. KRIEGER 04/08/03 22:39 M from 180 MAIDEN to 10    EAST E | 24.60 |
| | **Local Transportation Total** | **88.51** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 04/01/2003 | EXTN.5431, TEL.410-531-4000, S.T.13:52, DUR.11:12 | 4.66 |
| 04/01/2003 | EXTN.5492, TEL.954-731-1035, S.T.19:17, DUR.04:06 | 1.64 |
| 04/01/2003 | EXTN.5544, TEL.201-556-4021, S.T.11:41, DUR.02:18 | 1.16 |
| 04/01/2003 | EXTN.5544, TEL.201-556-4021, S.T.16:17, DUR.13:30 | 5.43 |
| 04/01/2003 | EXTN.6495, TEL.302-657-4924, S.T.16:13, DUR.02:18 | 1.16 |
| 04/02/2003 | EXTN.5744, TEL.561-362-1302, S.T.11:18, DUR.12:12 | 5.04 |
| 04/02/2003 | EXTN.5544, TEL.267-321-6605, S.T.12:29, DUR.04:42 | 1.94 |
| 04/03/2003 | EXTN.5431, TEL.410-531-4000, S.T.10:21, DUR.01:12 | 0.78 |
| 04/04/2003 | EXTN.5760, TEL.973-645-2580, S.T.16:30, DUR.01:00 | 0.39 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/04/2003 | EXTN.5760, TEL.973-645-2580, S.T.16:36, DUR.00:30 | 0.39 |
| 04/07/2003 | EXTN.5544, TEL.201-556-1212, S.T.10:31, DUR.00:06 | 0.39 |
| 04/07/2003 | EXTN.5544, TEL.201-556-4040, S.T.10:31, DUR.09:42 | 3.88 |
| 04/07/2003 | EXTN.5562, TEL.202-862-5081, S.T.11:32, DUR.00:42 | 0.39 |
| 04/08/2003 | EXTN.5544, TEL.201-556-4021, S.T.16:11, DUR.38:18 | 15.13 |
| 04/08/2003 | EXTN.6495, TEL.302-657-4924, S.T.13:25, DUR.00:48 | 0.39 |
| 04/09/2003 | EXTN.5511, TEL.302-573-6459, S.T.17:01, DUR.00:18 | 0.39 |
| 04/09/2003 | EXTN.5511, TEL.302-573-6491, S.T.17:03, DUR.01:00 | 0.39 |
| 04/09/2003 | EXTN.5544, TEL.201-556-4021, S.T.10:18, DUR.00:18 | 0.39 |
| 04/09/2003 | EXTN.5544, TEL.302-573-6491, S.T.11:07, DUR.02:00 | 0.78 |
| 04/10/2003 | EXTN.5544, TEL.303-312-7321, S.T.14:54, DUR.01:18 | 0.78 |
| 04/10/2003 | EXTN.6495, TEL.214-746-7700, S.T.11:32, DUR.01:12 | 0.78 |
| 04/11/2003 | EXTN.5544, TEL.201-556-4021, S.T.13:06, DUR.02:30 | 1.16 |
| 04/15/2003 | EXTN.3544, TEL.302-573-6491, S.T.11:04, DUR.00:42 | 0.39 |
| 04/15/2003 | EXTN.5544, TEL.201-556-4021, S.T.10:48, DUR.05:24 | 2.33 |
| 04/15/2003 | EXTN.5544, TEL.201-556-4021, S.T.16:18, DUR.05:00 | 1.94 |
| 04/15/2003 | EXTN.6495, TEL.214-698-3868, S.T.10:11, DUR.01:42 | 0.78 |
| 04/15/2003 | EXTN.6495, TEL.214-698-3868, S.T.10:42, DUR.00:42 | 0.39 |
| 04/15/2003 | EXTN.6495, TEL.214-698-3868, S.T.12:13, DUR.01:18 | 0.78 |
| 04/21/2003 | EXTN.3544, TEL.312-861-3268, S.T.09:42, DUR.00:54 | 0.39 |
| 04/21/2003 | EXTN.3544, TEL.312-861-2162, S.T.11:20, DUR.02:30 | 1.16 |
| 04/21/2003 | EXTN.5544, TEL.302-573-6491, S.T.11:39, DUR.08:48 | 3.49 |
| 04/21/2003 | EXTN.5544, TEL.312-861-3268, S.T.16:18, DUR.01:42 | 0.78 |
| 04/25/2003 | EXTN.5544, TEL.302-657-4942, S.T.11:43, DUR.01:24 | 0.78 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/29/2003 | EXTN.5544, TEL.215-575-7282, S.T.11:21, DUR.02:30 | 1.16 |
| 04/29/2003 | EXTN.5544, TEL.302-657-4942, S.T.11:35, DUR.00:30 | 0.39 |
| 04/29/2003 | EXTN.3544, TEL.302-657-4955, S.T.11:36, DUR.03:12 | 1.55 |
| | **Long Distance Telephone Total** | **63.75** |

**Duplicating Costs**

| | | |
|------|---|--------|
| 04/01/2003 | | 6.10 |
| 04/02/2003 | | 0.40 |
| 04/03/2003 | | 6.10 |
| 04/03/2003 | | 0.20 |
| 04/03/2003 | | 2.30 |
| 04/03/2003 | | 0.40 |
| 04/07/2003 | | 0.20 |
| 04/07/2003 | | 30.20 |
| 04/08/2003 | | 0.60 |
| 04/09/2003 | | 3.20 |
| 04/09/2003 | | 0.10 |
| 04/09/2003 | | 0.20 |
| 04/09/2003 | | 0.30 |
| 04/10/2003 | | 0.60 |
| 04/10/2003 | | 0.40 |
| 04/10/2003 | | 1.50 |
| 04/10/2003 | | 0.30 |
| 04/10/2003 | | 0.80 |
| 04/11/2003 | | 6.40 |
| 04/22/2003 | | 33.30 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/23/2003 | | 0.60 |
| 04/28/2003 | | 17.10 |
| 04/29/2003 | | 3.20 |
| 04/29/2003 | | 10.80 |
| 04/29/2003 | | 7.40 |
| | **Duplicating Costs Total** | **132.70** |

**Postage**

| | | |
|------|-------------|--------|
| 04/15/2003 | Postage Charged by  on 04/10/2003 | 0.60 |
| 04/28/2003 | Postage Charged by  on 04/25/2003 | 0.37 |
| | **Postage Total** | **0.97** |

**Process Service & Calendar Watch**

| | | |
|------|-------------|--------|
| 04/30/2003 | VENDOR: Pacer Service Center; INVOICE#: 020103; DATE: 2/1/2003  -  Billing period 02/01/03-02/28/03 | 0.35 |
| | **Process Service & Calendar Watch Total** | **0.35** |

**O/S Information Services**

| | | |
|------|-------------|--------|
| 04/30/2003 | VENDOR: Global Securities Information, Inc; INVOICE#: IN000132850; DATE: 3/31/2003  -  usage through 3/31/03 | 15.70 |
| | **O/S Information Services Total** | **15.70** |

**Facsimile Charges**

| | | |
|------|-------------|--------|
| 04/10/2003 | FAX # 212-570-1803 | 3.00 |
| | **Facsimile Charges Total** | **3.00** |

**Word Processing**

| | | |
|------|-------------|--------|
| 04/10/2003 | | 42.00 |
| 04/10/2003 | | 6.00 |
| | **Word Processing Total** | **48.00** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1

## BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Messenger Service | $ 140.68 |
| Meals | 320.36 |
| Local Transportation | 88.51 |
| Long Distance Telephone | 63.75 |
| Duplicating Costs | 132.70 |
| Postage | 0.97 |
| Process Service & Calendar Watch | 0.35 |
| O/S Information Services | 15.70 |
| Facsimile Charges | 3.00 |
| Word Processing | 48.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 814.02 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1343751v1



805 15th Street, N.W.
Suite 500
Washington, D.C. 20005
(202) 371-9770
FAX (202) 371-6601

**Chambers Associates Incorporated • Public Policy Consultants**

April 28, 2003

Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, New York   10038

Attention:    Kenneth Pasquale

### For Services Rendered For
### W. R. Grace Creditor's Committee - March 2003

**Professional Fees:**

| | | |
|---|---|---|
| LC | 1.70 hrs. @ $510 | $867.00 |
| MA | 4.20 hrs. @ $280 | 1,176.00 |

Total Professional Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $2,043.00

**Support Services:**
None

**Expenses:**
None

**Total Amount Due for March Services and Expenses** . . . . . . . . . . . . . . . . . . . . . . . . . . .  **$2,043.00**

**Outstanding Invoices:**

| | |
|---|---|
| September 28, 2002 | $5,046.70 |
| October 30, 2002 | 771.50 |
| November 28, 2002 | 1,780.75 |
| March 24, 2003 | 1,077.80 |

**Total Amount Due for March Services, Expenses and Outstanding Invoices** . . . . . . . .  **$10,719.75**

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| ATLAS, MARK | 3/11/2003 | 0.60 | Reviewed documents to be discussed at Grace creditors committee meeting |
| ATLAS, MARK | 3/11/2003 | 0.20 | Telephone conference with staff re: Grace creditors committee meeting |
| ATLAS, MARK | 3/12/2003 | 3.40 | Prepared for and participated in creditors committee meeting |
| CHAMBERS, LETITIA | 3/12/2003 | 1.70 | Review documents provided by client. |