IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**June 23, 2003 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
**if objections are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

FTI Policano & Manzo ("FTI"), Financial Advisors to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Twenty-Fifth Interim Application

of FTI, Financial Advisors to the Committee, for Allowance of Compensation for Services

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Rendered and for Reimbursement of Expenses incurred for the period April 1, 2003 through April 30, 2003, seeking compensation in the amount of $31,848.00 and reimbursement for actual and actual and necessary expenses in the amount of $133.70 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on or before **June 23, 2003 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following:  (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell &

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas

Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax

number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to

the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin

Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-

8000);  and (vii) the Office of the United States Trustee, Attn:  Frank J. Perch, Esquire, 844 N.

King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee

Auditor, to Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul,

Suite 4080, Dallas, TX 75201.

**(REMINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: Wilmington, DE
       June 2, 2003

                              RESPECTFULLY SUBMITTED,


                              _____/s/_____
                              Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                              DUANE MORRIS LLP
                              1100 North Market Street, Suite 1200
                              Wilmington, DE 19801
                              Telephone:    (302) 657-4900
                              Facsimile:    (302) 657-4901
                              E-mail:       mlastowski@duanemorris.com


                              William S. Katchen, Esquire (Admitted in NJ Only)
                              DUANE MORRIS LLP
                              One Riverfront Plaza
                              Newark, New Jersey 07102
                              Telephone:    (973) 424-2000
                              Facsimile:    (973) 424-2001
                              E-mail:       wskatchen@duanemorris.com

                                            and

                              Lewis Kruger, Esquire
                              STROOCK & STROOCK & LAVAN LLP
                              180 Maiden Lane
                              New York, New York 10038-4982
                              Telephone:    (212) 806-5400
                              Facsimile:    (212) 806-6006
                              e-mail:       lkruger@Stroock.com

                              Co-Counsel for the Official Committee of Unsecured Creditors
                              of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                      Chapter 11

W.R. GRACE & Co., et al.,                   Case No.  01-01139 (JKF)
                                            (Jointly Administered)

           Debtors

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)

Name of Applicant:                          FTI Policano & Manzo

Authorized to Provide Professional Services to:   The Official Committee of
                                            Unsecured Creditors
Date of Retention:                          June 21, 2001

Period for which compensation and           April 1, 2003 through
reimbursement is sought:                     April 30, 2003

Amount of Compensation sought
as actual, reasonable and necessary (80% of $39,810.00):        $31,848.00
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):                     $133.70

This is an: _X___ interim  _____ final application

The total time expended for fee application preparation activities is approximately 9.3
hours and corresponding compensation requested is approximately $1,409.20 (80% of the
fees incurred of $1,761.50).  The time expended included approximately 9.3 hours spent
on preparation of the twenty-fourth monthly interim fee application.

This is the twenty-fifth application filed.  Disclosure for prior periods and current period
is as follows:

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)
## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Requested Fees (100%) | Expenses (100%) | Fees | Expenses |
|---|---|---|---|---|---|
| June 28, 2001 | April 20, 2001 through April 30, 2001 | $16,008.00 | $667.95 | $12,806.40 (80% of requested fees) | $667.95 |
| June 28, 2001 | May 1, 2001 through May 31, 2001 | $104,081.50 | $2,513.09 | $83,265.20 (80% of requested fees) | $2,513.09 |
| July 28, 2001 | June 1, 2001 through June 30, 2001 | $75,916.00 | $3,913.13 | $60,732.80 (80% of requested fees) | $3,913.13 |
| August 28, 2001 | July 1, 2001 through July 31,2001 | $71,989.50 | $3,871.54 | $57,591.60 (80% of requested fees) | $3,871.54 |
| September 28, 2001 | August 1, 2001 through August 31, 2001 | $70,425.00 | $1,092.45 | $56,340.00 (80% of requested fees) | $1,092.45 |
| October 30, 2001 | September 1, 2001 through September 30, 2001 | $104,816.50 | $3,028.40 | $83,853.20 (80% of requested fees) | $3,028.40 |
| November 29, 2001 | October 1, 2001 through October 31, 2001 | $42, 643.00 | $ 3,670.86 | $34,114.40 (80% of requested fees) | $3,670.86 |
| December 28, 2001 | November 1, 2001 through November 30, 2001 | $50,048.50 | $1,864.72 | $40,038.80 (80% of requested fees) | $1,864.72 |
| January 28, 2002 | December 1, 2001 through December 31, 2001 | $53,986.50 | $1,005.29 | $43,189.20 (80% of requested fees) | $1,005.29 |
| February 28, 2002 | January 1, 2002 through January 31, 2002 | $63,207.00 | $2,549.70 | $50,565.60 (80% of requested fees) | $2,549.70 |
| March 28, 2002 | February 1, 2002 through February 28, 2002 | $27,249.50 | $1,874.43 | $21,799.60 (80% of requested fees) | $1,874.43 |

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| April 28, 2002 | March 1, 2002 through March 31, 2002 | $106,680.50 | $1,919.09 | $85,344.40 (80% of requested fees) | $1,919.09 |
| May 29, 2002 | April 1, 2002 through April 30, 2002 | $102,314.00 | $4,657.40 | $81,851.20 (80% of requested fees) | $4,657.40 |
| June 28, 2002 | May 1, 2002 through May 31, 2002 | $50,027.00 | $2,207.14 | $40,021.60 (80% of requested fees) | $2,207.14 |
| July 29, 2002 | June 1, 2002 through June 30, 2002 | $43,359.00 | $1,381.59 | $34,687.20 (80% of requested fees) | $1,381.59 |
| August 31, 2002 | July 1, 2002 through July 31, 2002 | $23,895.50 | $473.91 | $19,116.40 (80% of requested fees) | $473.91 |
| September 30, 2002 | August 1, 2002 through August 31, 2002 | $76,092.50 | $1,264.23 | $60,874.00 (80% of requested fees) | $1,264.23 |
| October 31, 2002 | September 1, 2002 through September 30, 2002 | $45,079.00 | $43.14 | $36,063.20 (80% of requested fees) | $43.14 |
| November 30, 2002 | October 1, 2002 through October 31, 2002 | $46,633.50 | $256.76 | $37,306.80 (80% of requested fees) | $256.76 |
| December 31, 2002 | November 1, 2002 through November 30, 2002 | $44,622.50 | $824.96 | $35,698.00 (80% of requested fees) | $824.96 |
| January 31, 2003 | December 1, 2002 through December 31, 2002 | $42,335.00 | $34.69 | $33,868.00 (80% of requested fees) | $34.69 |
| February 28, 2003 | January 1, 2003 through January 31, 2003 | $71,517.00 | $831.54 | $57,213.60 (80% of requested fees) | $831.54 |

3

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)

**ATTACHMENT A**
**TO FEE APPLICATION**

| | | Requested | | | |
|---|---|---|---|---|---|
| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees | Expenses |
| March 28, 2003 | February 1, 2003 through February 28, 2003 | $131,416.50 | $2,264.79 | $105,133.20 (80% of requested fees) | $2,264.79 |
| April 30, 2003 | March 1, 2003 through March 31, 2003 | $94,355.00 | $769.04 | $75,484.00 (80% of requested fees) | $769.04 |
| May 31, 2003 | April 1, 2003 through April 30, 2003 | $39,810.00 | $133.70 | $31,848.00 | $133.70 |

4

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH APRIL 30, 2003)

**ATTACHMENT B**
**TO FEE APPLICATION**

| Name of Professional Person | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|
| E. Ordway | $595 | 5.6 | $3,332.00 |
| S. Cunningham | $550 | 22.0 | $12,100.00 |
| L. Hamilton | $375 | 58.7 | $22,012.00 |
| J. Schwendeman | $350 | 3.0 | $1,050.00 |
| M. Hakoun | $165 | 1.7 | $280.50 |
| N. Backer | $ 75 | 13.8 | $1,035.00 |
| | | | |
| Grand Total: | | 104.8 | $39,810.00 |
| Blended Rate: | $    380 | | |

**COMPENSATION BY PROJECT CATEGORY**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Business Analysis | 0.0 | $0.00 |
| 3 | Corporate Finance | 29.0 | $13,086.50 |
| 4 | Data Analysis | 53.3 | $21,848.00 |
| 8 | Case Administration | 7.9 | $592.50 |
| 9 | Claims Analysis (Asbestos) | 0.0 | $0.00 |
| 11 | Creditors Committee | 5.3 | $2,521.50 |
| 12 | Employee Benefits/Pension | 0.0 | $0.00 |
| 16 | Fee Applications, Applicant | 9.3 | $1,761.50 |
| | | | |
| | Total | 104.8 | $39,810.00 |

5

TWENTY- FIFTH INTERIM APPLICATION OF FTI POLICANO & MANZO,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2003 THROUGH  APRIL 30, 2003)

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies | $128.40 |
| Facsimiles | $0.00 |
| Telecommunications | $0.00 |
| Postage, Express Delivery | $5.30 |
| Travel Expenses | $0.00 |
| Tolling Charges | $0.00 |
| | |
| Total | $133.70 |

6

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Fees by Professional
For the period April 1, 2003 through April 30, 2003

|  | Total Hours | Billing Rate | | Amount |
|---|---|---|---|---|
| E. Ordway | 5.6 | $ | 595 | 3,332.00 |
| S. Cunningham | 22.0 | $ | 550 | 12,100.00 |
| L. Hamilton | 58.7 | $ | 375 | 22,012.50 |
| J. Schwendeman | 3.0 | $ | 350 | 1,050.00 |
| M. Hakoun | 1.7 | $ | 165 | 280.50 |
| N. Backer | 13.8 | $ | 75 | 1,035.00 |
| TOTAL | 104.8 | | | $ 39,810.00 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period April 1, 2003 through April 30, 2003

| Rate | Fees Per Professional | | Task Code | Business Analysis | Corporate Finance | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 3,332.00 | E. Ordway | | $ - | $ 1,011.50 | $ 2,082.50 | $ - | $ - | $ 119.00 | - | $ 119.00 | $ 3,332.00 |
| $ 550 | $ 12,100.00 | S. Cunningham | | - | 5,775.00 | 4,785.00 | - | - | 1,540.00 | - | - | 12,100.00 |
| $ 375 | $ 22,012.50 | L. Hamilton | | - | 6,300.00 | 13,650.00 | - | - | 862.50 | - | 1,200.00 | 22,012.50 |
| $ 350 | $ 1,050.00 | J. Schwendeman | | - | - | 1,050.00 | - | - | - | - | - | 1,050.00 |
| $ 165 | $ 280.50 | M. Hakoun | | - | - | 280.50 | - | - | - | - | - | 280.50 |
| $ 75 | $ 1,035.00 | N. Backer | | - | - | - | 592.50 | - | - | - | 442.50 | 1,035.00 |
| | $ 39,810.00 | Totals | | $ - | $ 13,086.50 | $ 21,848.00 | $ 592.50 | $ - | $ 2,521.50 | $ - | $ 1,761.50 | $ 39,810.00 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Hours by Category
For the period April 1, 2003 through April 30, 2003

| Rate | Fees Per Professional | | Business Analysis (Business Plan) | Corporate Finance (Acquisitions) | Data Analysis | Case Administration | Claims Analysis/Objections/ Administration (asbestos) | Creditors Committee | Employee Benefits/ Pension | Fee Applications, Applicant | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Task Code | 2 | 3 | 4 | 8 | 9 | 11 | 12 | 16 | |
| $ 595 | $ 3,332.00 | E. Ordway | 0.0 | 1.7 | 3.5 | 0.0 | 0.0 | 0.2 | 0.0 | 0.2 | 5.6 |
| $ 550 | $ 12,100.00 | S. Cunningham | 0.0 | 10.5 | 8.7 | 0.0 | 0.0 | 2.8 | 0.0 | 0.0 | 22.0 |
| $ 375 | $ 22,012.50 | L. Hamilton | 0.0 | 16.8 | 36.4 | 0.0 | 0.0 | 2.3 | 0.0 | 3.2 | 58.7 |
| $ 350 | $ 1,050.00 | J. Schwendeman | 0.0 | 0.0 | 3.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.0 |
| $ 165 | $ 280.50 | M. Hakoun | 0.0 | 0.0 | 1.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.7 |
| $ 75 | $ 1,035.00 | N. Backer | 0.0 | 0.0 | 0.0 | 7.9 | 0.0 | 0.0 | 0.0 | 5.9 | 13.8 |
| | $ 39,810.00 | Totals | 0.0 | 29.0 | 53.3 | 7.9 | 0.0 | 5.3 | 0.0 | 9.3 | 104.8 |

# Invoice

## W.R. GRACE & CO. ET. AL.
### Summary Descriptions of Tasks by Category*
For the period April 1, 2003 through April 30, 2003

| | Task Code | Total Hours | |
|---|---|---|---|
| Business Analysis | 2 | 0 | No activities were performed in this category during this period. |
| Corporate Finance | 3 | 29.0 | During the Fee Period we read and analyzed documents pertaining to proposed acquisition "MOB Squad" and prepared our report thereon for the Committee. |
| Data Analysis | 4 | 53.3 | During the Fee Period we read and analyzed the Debtors most recent 10K filing. We read and analyzed the EPA Proof of Claim court filing and prepared summary schedules for the Committee. We analyzed the Debtors' most recent monthly financial statements. In addition, we analyzed information provided by the Debtors with respect to recent DIP borrowing requirements. We also analyzed the details of an intercompany note and related DIP agreement provisions in connection with a proposed acquisition by the Debtors. We read and analyzed various news releases, court docket items and industry information regarding asbestos litigation. |
| Case Administration | 8 | 7.9 | During the Fee Period a paraprofessional organized and distributed materials to the Committee, as well as downloaded and distributed various court docket items to case team members for further review. In addition, the paraprofessional continued to maintain our case-specific database of reports and court docket items. |
| Claims Analysis (asbestos) | 9 | 0.0 | No activities were performed in this category during this period. |
| Creditors Committee | 11 | 5.3 | During the Fee Period we discussed the status of various case issues with members of the Committee and counsel, including the status of operations, DIP borrowings, implications of an intercompany note in connection with an acquisition, and the details of the EPA Proof of Claim filing. |
| Employee Benefits/Pension | 12 | 0.0 | No activities were performed in this category during this period. |
| Fee Applications, Applicant | 16 | 9.3 | During the Fee Period timekeeper Hamilton spent approximately 3.2 hours preparing the March fee application. Timekeeper Ordway spent approximately .2 hours reading and editing the March fee application. Paraprofessionals spent approximately 5.9 hours assisting in preparation of the fee application. |
| **Total** | | **104.8** | |

* These descriptions are not intended to be all-inclusive. Please see individual professional time summaries for complete descriptions.

**Invoice**

W.R. GRACE & CO. ET.AL.
Professional Services Rendered by Edwin N. Ordway, Jr.
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 15-Apr | 4 | Read and analyzed Company-provided data regarding proposed acquisition. | 0.5 |
| 15-Apr | 4 | Read and analyzed 10K; summarized items for further investigation by staff. | 0.4 |
| 16-Apr | 3 | Prepared and edited report regarding M&A opportunity. | 1.7 |
| 17-Apr | 4 | Edited and prepared report to the Committee regarding EPA Proof of Claim. | 0.9 |
| 22-Apr | 4 | Read and analyzed monthly financial statements and compared results to budget. | 0.8 |
| 23-Apr | 16 | Prepared fee application. | 0.2 |
| 23-Apr | 11 | Called chair to discuss EPA claim issues. | 0.2 |
| 28-Apr | 4 | Read and analyzed memo prepared by counsel regarding asbestos legislation. | 0.5 |
| 30-Apr | 4 | Prepared and edited report to Committee regarding forecasted DIP borrowings. | 0.4 |
| | | **Total Hours** | 5.6 |

# Invoice

## W.R. GRACE & CO. ET.AL.
### Professional Services Rendered by Sean Cunningham
### For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 3 | Analyzed ModSquad acquisition model. | 1.6 |
| 1-Apr | 4 | Read and analyzed preference data and preliminary summary. | 1.9 |
| 2-Apr | 3 | Analyzed ModSquad acquisition model. | 1.3 |
| 2-Apr | 4 | Read and analyzed EPA proof of claim filing. | 0.7 |
| 4-Apr | 4 | Read and edited EPA proof of claim data and analysis. | 1.0 |
| 7-Apr | 3 | Discussed ModSquad acquisition with Blackstone. | 0.4 |
| 7-Apr | 3 | Analyzed ModSquad acquisition model. | 1.2 |
| 7-Apr | 3 | Prepared analysis and draft report to Committee regarding the ModSquad acquisition. | 1.9 |
| 8-Apr | 11 | Discuss ModSquad with Committee chair. | 1.1 |
| 8-Apr | 11 | Discuss ModSquad with counsel. | 0.4 |
| 14-Apr | 3 | Read and analyzed intercompany note and documentation regarding ModSquad acquisition. | 0.3 |
| 14-Apr | 11 | Discussed intercompany note and ModSquad acquisition with counsel | 0.7 |
| 15-Apr | 3 | Read and edited draft report to Committee regarding the ModSquad acquisition. | 1.7 |
| 15-Apr | 3 | Discussed the ModSquad acquisition with Blackstone. | 0.3 |
| 16-Apr | 3 | Finalized analysis of ModSquad and issued report to the Committee. | 1.8 |
| 22-Apr | 4 | Read and analyzed Debtors' update regarding case activities | 2.1 |
| 23-Apr | 4 | Read and analyzed Q1 plan cash flow and prepared analysis regarding proposed DIP borrowing. | 0.2 |
| 24-Apr | 4 | Prepared DIP borrowing analysis. | 1.3 |
| 24-Apr | 11 | Discussed DIP borrowing requirements with council. | 0.6 |
| 28-Apr | 4 | Updated DIP borrowing analysis. | 1.5 |
| | | **Total Hours** | 22.0 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Libby Hamilton
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 3 | Read and analyzed ModSquad acquisition model. | 1.6 |
| 1-Apr | 4 | Read and analyzed Debtors' 10k report. | 0.9 |
| 1-Apr | 4 | Prepared distribution of Debtors' operating report to Committee. | 1.0 |
| 1-Apr | 4 | Read and analyzed EPA proof of claims motion. | 1.6 |
| 1-Apr | 11 | Discussed EPA proof of claims and other issues with counsel. | 0.4 |
| 3-Apr | 4 | Prepared analysis of EPA proof of claims. | 3.9 |
| 4-Apr | 4 | Continued to prepare analysis of EPA proof of claims. | 3.1 |
| 4-Apr | 3 | Prepared analysis of ModSquad acquisition. | 1.9 |
| 7-Apr | 3 | Prepared report to Committee regarding ModSquad acquisition. | 2.7 |
| 7-Apr | 3 | Discussed ModSquad acquisition with Blackstone. | 0.4 |
| 7-Apr | 4 | Read and analyzed Debtors' 10k report. | 2.4 |
| 8-Apr | 3 | Continued to prepare ModSquad acquisition report. | 1.0 |
| 8-Apr | 4 | Read and analyzed recent asbestos litigation news reports. | 3.0 |
| 8-Apr | 16 | Prepared March fee application. | 0.2 |
| 8-Apr | 4 | Read and analyzed revised DIP agreement terms. | 2.1 |
| 8-Apr | 4 | Read and analyzed various court docket items. | 0.3 |
| 8-Apr | 11 | Discussed ModSquad acquisition with counsel. | 0.4 |
| 8-Apr | 3 | Discussed ModSquad acquisition with Blackstone. | 0.4 |
| 8-Apr | 3 | Continued to prepare ModSquad acquisition report. | 0.7 |
| 9-Apr | 4 | Read and analyzed recent asbestos litigation news reports. | 4.0 |
| 9-Apr | 11 | Discussed restricted transactions with counsel. | 0.3 |

| | | | |
|---|---|---|---|
| 9-Apr | 3 | Continued to prepare ModSquad acquisition report. | 0.2 |
| 10-Apr | 4 | Read and analyzed various court docket items. | 0.3 |
| 10-Apr | 3 | Continued to prepare ModSquad acquisition report. | 0.8 |
| 10-Apr | 4 | Continued to prepare analysis of EPA proof of claims. | 2.3 |
| 10-Apr | 4 | Read and analyzed Debtors' 10k report. | 1.7 |
| 11-Apr | 4 | Read and analyzed various court docket items. | 0.4 |
| 14-Apr | 11 | Discussed ModSquad acquisition with counsel. | 0.3 |
| 14-Apr | 3 | Read and analyzed intercompany note regarding ModSquad acquisition. | 0.6 |
| 14-Apr | 3 | Updated ModSquad acquisition report for intercompany note information. | 1.1 |
| 15-Apr | 11 | Discussed ModSquad acquisition with counsel. | 0.7 |
| 15-Apr | 3 | Continued to prepare ModSquad acquisition report. | 2.8 |
| 15-Apr | 3 | Discussed ModSquad acquisition with Debtors and Blackstone. | 0.3 |
| 16-Apr | 3 | Finalized and distributed ModSquad report to Committee. | 1.2 |
| 16-Apr | 4 | Prepared report regarding EPA proof of claims. | 4.5 |
| 16-Apr | 16 | Prepared March fee application. | 0.3 |
| 17-Apr | 4 | Continued to prepared report regarding EPA proof of claims. | 1.9 |
| 17-Apr | 3 | Prepared for call with Debtors regarding acquisition pipeline. | 0.5 |
| 17-Apr | 3 | Participated in conference call with Debtors regarding acquisition pipeline. | 0.6 |
| 21-Apr | 16 | Continued to prepare March fee application. | 1.1 |
| 21-Apr | 11 | Discussed ModSquad liabilities with counsel. | 0.2 |
| 23-Apr | 4 | Participated in conference call with Debtors regarding DIP | 0.5 |
| 23-Apr | 16 | Continued to prepare March fee application. | 1.1 |
| 23-Apr | 4 | Prepared memo regarding DIP borrowings. | 2.1 |
| 24-Apr | 4 | Prepared follow-up questions to Debtors regarding DIP borrowings. | 0.4 |
| 24-Apr | 16 | Continued to prepare March fee application. | 0.5 |
| | | **Total Hours** | 58.7 |

## Invoice

### W.R. GRACE & CO. ET. AL.
Professional Services Rendered by Jeffrey E. Schwendeman
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 4 | Analyzed recent economic releases and impact on heavy construction/asbestos-related industry. | 1.2 |
| 8-Apr | 4 | Performed analysis of recent news and industry trade reports relating to recent asbestos litigation negotiations for the Company and competitors | 1.8 |
| | | **Total Hours** | 3.0 |

**Invoice**

W.R.GRACE & CO. ET AL.
Professional Services Rendered by Matt Hakoun
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 16-Apr | 4 | Gathered peer group analyst reports for Q1 03 results, industry forecasts and specialty chemical pricing forecasts. | 1.7 |
| | | **Total Hours** | 1.7 |

## Invoice

### W.R.GRACE & CO. ET AL.
Professional Services Rendered by Nancy Backer (Paraprofessional)
For the period April 1, 2003 through April 30, 2003

| Date | Task Code | Description | Hours |
|------|-----------|-------------|-------|
| 1-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 1-Apr | 16 | Processed professional fee application for March. | 0.3 |
| 1-Apr | 8 | Prepared distribution of Debtors' monthly report to Committee. | 0.6 |
| 2-Apr | 8 | Prepared distribution of Debtors' monthly report to Committee. | 0.5 |
| 2-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 2-Apr | 16 | Processed professional fee application for March. | 0.4 |
| 3-Apr | 16 | Processed professional fee application for March. | 0.2 |
| 4-Apr | 8 | Filed documents received by team into database. | 0.2 |
| 4-Apr | 16 | Processed professional fee application for March. | 1.0 |
| 7-Apr | 8 | Filed documents received by team into database. | 0.5 |
| 7-Apr | 8 | Downloaded from Bankruptcy court website, specific motions pertaining to case as requested by team member. | 0.2 |
| 8-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.2 |
| 9-Apr | 16 | Processed professional fee application for March. | 0.5 |
| 10-Apr | 16 | Processed professional fee application for March. | 1.2 |
| 11-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 14-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| 14-Apr | 16 | Processed professional fee application for March. | 1.4 |
| 15-Apr | 16 | Processed professional fee application for March. | 0.2 |

11 of 14

| 17-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.5 |
|--------|---|-----------------------------------------------------------------------------------|-----|
| 21-Apr | 16 | Processed professional fee application for March. | 0.2 |
| 23-Apr | 16 | Proofread professional fee application for March. | 0.5 |
| 24-Apr | 8 | Filed documents received by team into database. | 0.2 |
| 28-Apr | 8 | Filed documents received by team into database. | 1.6 |
| 29-Apr | 8 | Filed documents received by team into database. | 1.6 |
| 29-Apr | 8 | Downloaded from Bankruptcy court website, specific motions pertaining to case as requested by team member. | 0.4 |
| 30-Apr | 8 | Updated docket database of most recent filings through Bankruptcy Court website. | 0.3 |
| | | **Total hours** | 13.8 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Summary of Expenses by Type of Expense
For the period April 1, 2003 through April 30, 2003

| | | |
|---|---|---:|
| Copies: | | |
| Internal | $ | 128.40 |
| External | | |
| Telecommunications: | | |
| Telephone | | - |
| Toll Charges | | - |
| Facsimile | | - |
| Postage, Federal Express, Airborne | | 5.30 |
| Travel Expenses: | | |
| Transportation, lodging, tolls, parking, mileage | | - |
| Meals | | - |
| Total Expenses | $ | 133.70 |

**Invoice**

W.R. GRACE & CO. ET. AL.
Detail of Expenses by Type of Expense
For the period April 1, 2003 through April 30, 2003

| | | | | |
|---|---|---|---|---|
| Copies, Internal | 856 | pages @ $0.15/page: | $ | 128.40 |
| Facsimile Charges: | 0 | pages @ $1.00/page: | | - |
| Telephone Charges: | | | | - |
| Toll Charges: | | Subscriptions and Online research fees | | - |
| Postage, Federal Express: | 25-Apr | Airborne | | 5.30 |
| Transportation, lodging, tolls, parking and mileage: | | | | - |
| Meals: | | | | - |
| Total | | | $ | 133.70 |

14 of 14