05/15/2003                                                                                                                                                      19

# Time report

## 03/01/2003 - 03/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **03/26/2003** | | | | |
| 03/26/2003<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Ed Westbrook and Jay Ward re: scheduling for ZAI depositions and strategy (1.5); telephone conversations with expert re: scheduling of his availability for deposition (.3); telephone conversation with another expert re: deposition schedule (.2); telephone conversation with Darrell Scott re: status (.3). | $400.00 | 2.30 | $920.00 |
| 03/26/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Messrs. Westbrook and Turkewitz re: case status and expert depositions (1.5); telephone call with Mr. Scott re: same (0.2); multiple telephone calls with experts re: same (0.2); telephone call with expert re: availability for meeting and deposition (0.1); e-mail message with Mr. Westbrook re: same (0.1); research OSHA FOIA regulations (0.2); draft FOIA request to OSHA seeking MacArthur citation documents (0.4); research discriminatory counting (0.4). | $265.00 | 3.00 | $795.00 |
| 03/26/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Create template re factual excerpts of fact witnesses. Review depo of Cohen and create new document of critical excerpts from depo for expert witness review (7.5) | $125.00 | 7.50 | $937.50 |
| 03/26/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue working on Dr. Hughson deposition summary (5.0) | $125.00 | 5.00 | $625.00 |
| 03/26/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Strategy meeting with Rob Turkewitz and Jay Ward regarding expert reports, deposition preparation, planning and strategic decisions (1.5); conversations with Darrell Scott regarding expert issues (.5); review correspondence regarding ZAI dangers (.2); discussions with expert regarding ZAI (.2) | $650.00 | 2.40 | $1,560.00 |
| 03/26/2003<br>kcarr | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue to organize expert reliance materials. | $125.00 | 4.00 | $500.00 |
| **Day:** | | **03/27/2003** | | | | |
| 03/27/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Finish Summarizing Dr. Hughson Deposition Summary (2.8); Work w/Adam Lorenz, Janet Bakst & Linda Hambleton on Concordance for downloading and viewing depos (1.5); Summarizing John Holbrook Depo (1.4) | $125.00 | 5.70 | $712.50 |
| 03/27/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Create document of critical depo excerpts of fact witnesses for expert witness review (5); conversations with Jay Ward regarding information needed from depositions (.2); work with other staff on Concordance for downloading deposition (1.5) | $125.00 | 6.70 | $837.50 |

05/15/2003 11:15:23 AM Garcia, Kimberly A.

# Time report

## 03/01/2003 - 03/31/2003

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 03/27/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Multiple conferences with Ms. Bakst re: summary information to be pulled from homeowner and contractor depositions (0.2); continue research re: discriminatory counting, NIOSH and OSHA counting methods (0.6). | $265.00 | 0.80 | $212.00 |
| 03/27/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review real estate expert reliance materials and conversations with Adam Lorenz regarding organization of reliance materials (.5); correspondence to Grace counsel regarding reliance materials and expert deposition scheduling (.3); conversation with co-counsel regarding ZAI expert issues (.3); memo to Jay Ward regarding legal memo on dust testing (.2) | $650.00 | 1.30 | $845.00 |
| 03/27/2003<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Ed Westbrook regarding organization of reliance materials (.3); work with other staff regarding downloading depositions into database (1.5) | $75.00 | 1.80 | $135.00 |
| 03/27/2003<br>lhambleton | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on downloading depositions into database | $75.00 | 1.50 | $112.50 |
| Day: | | 03/28/2003 | | | | |
| 03/28/2003<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br>Conversation with Ed Westbrook regarding expert reliance materials | $75.00 | 0.20 | $15.00 |
| 03/28/2003<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review recent information on EPA activities regarding vermiculite, dictate memo concerning same (.7); work on case planning including expert deposition issues (.4); correspondence to expert regarding reliance materials and correspondence to Grace regarding same (.2); discussions with Adam Lorenz regarding review of expert reliance materials (.2) | $650.00 | 1.50 | $975.00 |
| 03/28/2003<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Review expert witness deposition schedule (0.1); multiple conferences with Ms. Bakst re: identifying significant testimony in homeowner and contractor depositions (0.2); continue research re: discriminatory counting, NIOSHA and OSHA counting methods (0.4); receive and review INSERM report .2); multiple e-mail messages to Mr. Jones re: documents missing from EPA Administrative Record (0.2); receive and review Wiley letter to EPA advising against ZAI warning (0.1). | $265.00 | 1.20 | $318.00 |
| 03/28/2003<br>jbakst | 200106<br>0000 | Zonolite Science Trial | L106<br>Create documents of critical excerpts of fact witnesses for expert witness review (7.5); conversation with Jay Ward regarding homeowner and contractor testimony (.2) | $125.00 | 7.70 | $962.50 |
| 03/28/2003<br>chughes | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Kalman Depo (.5); Email Adam w/Kalman Transcript with instructions for Concordance (.2); Summarize Holbrook Deposition (2.3); Summarize Margery Prebil Deposition (2); Summarize Paul Price Deposition (2) | $125.00 | 7.00 | $875.00 |

05/15/2003

21

# Time report

## 03/01/2003 - 03/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Day:** 03/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 03/31/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| jbakst | 0000 | | Create documents of critical excerpts of fact witnesses (Mold, Worden) for expert witness review.(7.5) | | | |
| 03/31/2003 | 200106 | Zonolite Science Trial | L106 | $265.00 | 3.40 | $901.00 |
| jward | 0000 | | E-mail messages to Messrs. Turkewitz and Jones re: documents missing from EPA Administrative Record database (0.2); receive and review memo and related documents from Mr. Westbrook re: research needed on dust testing (0.2); conference with Mr. Wood re: same (0.1); review numerous homeowner deposition summaries (0.4); research NIOSH 7400 and discriminatory counting issues (1.6); obtain and review Addison article re: fibers released from soils (0.4); draft memo to Mr. Westbrook re: same (0.1); research EPA and OPPT documents re: Libby vermiculite (0.4) | | | |
| 03/31/2003 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.70 | $280.00 |
| rturkewitz | 0000 | | Reviewed summary of testing by Versar (.3); telephone conversation with a consultant (Jim Millette) re: results (.4) | | | |
| 03/31/2003 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.10 | $715.00 |
| ewestbrook | 0000 | | Review ASTM documents (.2); conversation with Kim Carr regarding expert materials and reliance materials (.2); work on strategic planning for science trial (.4); prepare memo regarding expert discovery (.3) | | | |
| 03/31/2003 | 200106 | Zonolite Science Trial | L106 | $75.00 | 2.00 | $150.00 |
| alorenz | 0000 | | Compile and organize reliance material documents | | | |
| 03/31/2003 | 200106 | Zonolite Science Trial | L106 | $240.00 | 0.10 | $24.00 |
| bwood | 0000 | | Conversation with Jay Ward regarding research needed on dust testing | | | |
| 03/31/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.20 | $25.00 |
| kcarr | 0000 | | Conversation with Ed Westbrook regarding expert reliance materials | | | |
| 03/31/2003 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| chughes | 0000 | | Work on Summarizing J. Prebil Deposition | | | |

**Transaction:** L150

**Day:** 03/04/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 03/04/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.00 | $150.00 |
| kgarcia | 0000 | | Work on January 2003 billing issues | | | |

**Day:** 03/06/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 03/06/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.70 | $127.50 |

# Time report

## 03/01/2003 - 03/31/2003

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| kgarcia | 0000 | | Work on January 2003 billing issues | | | |

**Day:** 03/08/2003

| 03/08/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.00 | $150.00 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Work on January 2003 billing issues | | | |

**Day:** 03/10/2003

| 03/10/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 3.00 | $225.00 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Inputting various time entries for February (2); work on January monthly bill (1) | | | |

**Day:** 03/11/2003

| 03/11/2003 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.20 | $90.00 |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Finalize January 2003 monthly bill and send to local counsel to file | | | |
| 03/11/2003 | 200106 | Zonolite Science Trial | L150 | $325.00 | 2.30 | $747.50 |
| ewestbrook | 0000 | | Review and revise January 2003 monthly bill (billed at half rate) | | | |

| | |
|---|---|
| **Grand Total:** | $248,048.00 |
| **Expense Grand Total:** | $0.00 |
| **Time Grand Total:** | $248,048.00 |
| **Total Hours/Report:** | 987.50 |
| **Count:** | 189 |

## VERIFICATION

STATE OF SOUTH CAROLINA    )
                           )
COUNTY OF CHARLESTON       )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a) I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c) I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 15TH day of May, 2003.

Kimberly M. Anderson
Notary Public for South Carolina
My Commission Expires: March 31, 2004

## CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Verified Application of Richardson Patrick Westbrook & Brickman, LLC for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from March 1, 2003 through March 31, 2003* to be served upon those parties identified on the attached service list via hand delivery or US Mail.

Dated: May 16, 2003

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
    Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING THIRD INTERIM QUARTERLY APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH MARCH 31, 2003

Richardson Patrick Westbrook & Brickman, LLC ("RPWB") as lead special counsel to ZAI Claimants in the above-referenced bankruptcy case, filed the Third Quarterly Application for Allowance of Compensation and Reimbursement of Expenses for January 1, 2003 through March 31, 2003 (the "Third Quarterly Application"). The Court has reviewed the Third Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Third Quarterly Application, and any hearing on the Third Quarterly Application, was adequate under the circumstances; and (c) all person with standing have been afforded the opportunity to be heard on the Third Quarterly Application.

Accordingly, it is hereby

ORDERED that the Third Quarterly Application is GRANTED as modified herein, on an interim basis. Debtors shall pay to RPWB the sum of $608,141.50 as compensation and $166,979.50 as reimbursement of expenses, for a total of $775,121.00 for services rendered and disbursements incurred by RPWB for the period January 1,

2003 through March 31, 2003, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2003

                                                                                             _____
                                                                                             The Honorable Judith K. Fitzgerald
                                                                                            United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on June 2, 2003 service of the foregoing:

- **Eighth Interim Quarterly Application of Richardson Patrick Westbrook & Brickman for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from January 1, 2003 through March 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
June 2, 2003

/s/ *William D. Sullivan*
William D. Sullivan

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
  Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899