# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Hearing Date: September 22, 2003 @ 12:00 PM**
**Objections Due: June 23, 2003**

## SUMMARY OF THE THIRD INTERIM QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH MARCH 31, 2003

**Name of Applicant:** Elzufon Austin Reardon Tarlov & Mondell, P.A.

**Authorized to provide Professional services to:** Zonolite Attic Insulation Claimants

**Date of retention:** July 22, 2002

**Period for which compensation and reimbursement is sought:** January 1, 2003 through March 31, 2003

**Amount of compensation sought as actual reasonable and necessary:** $ 7,315.50

**Amount of expense reimbursement sought as actual reasonable and necessary:** $ 1,876.44

This is a:  _____ Monthly    _X_ Quarterly    _____ Final Application

**Prior Application Filed:**    Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Pending | Pending |
| 12/12/02 | 10/1/02 through 10/30/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/2003 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,808.50 | Pending | Pending |
| 2/12/2003 | 12/1/2002 through 12/31/2002 | $ 1,808.50 | $ 500.47 | Pending | Pending |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Pending | Pending |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |

As indicated above, this is the Third quarterly application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases and covers the time period of January 1, 2003 through March 31, 2003.

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ 750.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 14.7 | $ 3,234.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | .6 | $ 114.00 |
| TOTALS | | | | | 15.3 | $ 3,348.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 52.9 | $ 3,967.50 |
| TOTALS | | | | | 52.9 | $ 3,967.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 2 Hours | $ 440.00 |
| 11 and 12-Fee Applications | 66.2 Hours | $ 6,875.50 |
| TOTALS | 68.2 Hours | $ 7,315.50 |

## Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 645.46 |
| In-House Duplicating / Printing ($.15 per page) | $ 1,230.98 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 1,876.44 |

Dated: Wilmington, Delaware
June 2, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

_/s/ William D. Sullivan_
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date: September 22, 2003 @ 12:00 PM** |
| | | **Objections Due: June 8, 2003** |

### THIRD INTERIM QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZAI CLAIMANTS FOR THE INTERIM PERIOD FROM JANUARY 1, 2003 THROUGH MARCH 31, 2003

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Elzufon Austin Reardon Tarlov & Mondell, P.A., ("Applicant" or "EARTM"), Delaware Counsel to the ZAI Claimants, hereby applies for an order allowing it: (i) compensation in the amount of $ 7,315.50 for the reasonable and necessary legal services EARTM has rendered; and (ii) reimbursement for the actual and necessary expenses EARTM has incurred in the amount of $ 1,876.44 (the "Third Interim Quarterly Fee Application"), for the interim quarterly period from January 1, 2003 through March 31, 2003 (the "Fee Period"). In support of this Application, EARTM respectfully states as follows:

## Background

### Retention of EARTM

1.     On April 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.     By this Court's order effective as of July 22, 2002, EARTM was appointed as Delaware Counsel on behalf of the ZAI Claimants to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants' position against Debtors' position (the "Appointment Order"). The Appointment Order authorizes a total budget for ZAI Counsel of $1.5 million in fees and $500,000 in expenses for prosecuting the Science Trial, against which EARTM may be compensated for legal services at its regular hourly rates, and for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of this Court. On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order on April 17, 2002.

### Monthly Interim Fee Applications Covered Herein

3.     Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the

Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.      Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5.      This is the Third Interim Quarterly Fee Application that EARTM has filed with the Bankruptcy Court in connection with these Chapter 11 Cases.

6.      EARTM has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

> 1.      The Fifth Monthly Application Of Elzufon Austin Reardon Tarlov & Mondell, P.A. For Compensation For Services Rendered And Reimbursement Of Expenses As Counsel To The Zonolite Attic Insulation

Claimants For The Period Of January 1, 2003 Through January 31, 2003

attached hereto as Exhibit A.

2.    The Sixth Monthly Application of Elzufon Austin Reardon Tarlov &

Mondell, P.A. for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation

Claimants for the Period of February 1, 2003 through February 28, 2003

attached as Exhibit B.

3.    The Seventh Monthly Application of Elzufon Austin Reardon Tarlov &

Mondell, P.A. for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation

Claimants for the Period of March 1, 2003 through March 31, 2003

attached as Exhibit C.

7.    The period for objecting to the fees and expense reimbursement requested in the

January and February Fee Applications has expired, and a Certificate of No Objection for each

Application has been filed with the court. The period for objecting to the fees and reimbursement

requested in the March Fee Applications has not yet expired.

8.    During the Fee Period, EARTM has prepared for the ZAI Science Trial as

detailed in the Application.

**Requested Relief**

9.    By this Third Interim Quarterly Fee Application, EARTM requests that the Court

approve the interim allowance of compensation for professional services rendered and the

reimbursement of actual and necessary expenses incurred by EARTM for the Fee Period as

detailed in the Application, less any amounts previously paid to EARTM pursuant to the

Application and the procedures set forth in the Compensation Order. The full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through C.

**Disinterestedness**

10.     With the exception of its representation of ZAI claimants and other unrelated parties with matters before this court, EARTM does not hold or represent any interest adverse to the Debtors' estates.

11.     In addition, EARTM may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.

**Representations**

12.     EARTM believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

13.     EARTM performed the services for which it is seeking compensation under its Court Appointment effective as of July 22, 2002.

14.     During the Fee Period, EARTM has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases.

15.     Pursuant to Fed. R. Bank. P. 2016(b), EARTM has not shared, nor has it agreed to share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of EARTM; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

16.     Although every effort has been made to include all fees and expenses from the Fee Period in the Application, some fees and expenses from the Fee Period might not be

included in the Application due to accounting and processing delays. EARTM reserves the right to make further application to the Court for allowance of fees and expenses for the Fee Period not included herein.

WHEREFORE, EARTM respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to EARTM in the sum of (i) $7,315.50 as compensation for reasonable and necessary professional services, and (ii) $1,876.44 for reimbursement of actual and necessary costs and expenses incurred (for a total of $9,191.94); (b) that the Debtors be authorized and directed to pay to EARTM the outstanding amount of such sums less any sums previously paid to EARTM pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.

Dated: Wilmington, Delaware
June 2, 2003

ELZUFON AUSTIN REARDON
TARLOV & MONDELL, P.A.

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Ave., Suite 1700
P.O. Bow 1630
Wilmington, DE 19801
(302) 428-3181

Delaware Counsel for ZAI Claimants

## VERIFICATION

STATE OF DELAWARE    )
                        )    SS.
COUNTY OF NEW CASTLE    )

William D. Sullivan, after being duly sworn according to law, deposes and says:

a)    I am a partner with the applicant law firm, Elzufon, Austin, Reardon, Tarlov & Mondell, P.A., and have been admitted to appear before this Court since 1990.

b)    I personally performed many of the legal services rendered by Elzufon, Austin, Reardon, Tarlov & Mondell, P.A. as Delaware Counsel to the ZAI Claimants and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.

c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002 and submit that the Application substantially complies with such Rule and Order.

_____
William D. Sullivan

SWORN AND SUBSCRIBED
this 2nd day of June, 2003

_____
NOTARY PUBLIC
My Commission Expires:

ROBIN N. ROBINSON
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 24 2006

# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: W.R. GRACE & CO., et al., | Chapter 11 |
| Debtors. | Bankruptcy No. 01-01139 (JFK) |
| | (Jointly Administered) |
| | **Objection Deadline: April 8, 2003**<br>**Hearing Date: TBD if necessary** |

### SUMMARY OF FIFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2003 THROUGH JANUARY 31, 2003

Name of Applicant:                          Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                   Zonolite Attic Insulation Claimants

Date of retention:                          July 22, 2002

Period for which compensation               January 1, 2003 through
and reimbursement is sought:                January 31, 2003

Amount of compensation sought
as actual reasonable and necessary:         $ 970.50

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                  $ 145.35

This is a:      __X__ Monthly      _____ Interim      _____ Final Application

Prior Application Filed:            Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/30/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/2003 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,808.50 | Pending | Pending |
| 2/12/2003 | 12/1/2002 through 12/31/2002 | $ 1,808.50 | $ 500.47 | Pending | Pending |

As indicated above, this is the fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 3.9 | $ 858.00 |
| TOTALS | | | | | 3.9 | $ 858.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 1.5 | $ 112.50 |
| TOTALS | | | | | 1.5 | $ 112.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 1.8 Hours | $ 396.00 |
| 12-Fee Application, Others | 3.6 Hours | $ 574.50 |
| TOTALS | 5.4 Hours | $ 970.50 |

- 2 -

23-ZAI Science Trial Expenses

| Description | Amount |
| --- | --- |
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 12.15 |
| In-House Duplicating / Printing ($.15 per page) | $ 133.20 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 155.35 |

Dated: Wilmington, Delaware
     March 19, 2003

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, PA

_/s/ William D. Sullivan_
William D. Sullivan (No. 2820)
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

- 3 -

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: April 8, 2003**
**Hearing Date: TBD if necessary**

## FEE DETAIL FOR OF THE FIFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2003 THROUGH JANUARY 31, 2003

- 4 -

                                                        Page: 1
                                                      01/31/2003
.I Plaintiffs                              Client No: 220305-11221M
.chardson Patrick Westbrook                Statement No:      187042
'4 East Bay Street
arleston SC  29401

:tn: Edward Westbrook


.R. Grace & Companies, et al.
\ No. 01-1139
-01-771


                        Fees

                                              Hours
)3 ·
Y  Review November fee application materials
   of RPWB, prepare for filing                0.30

03
DS Review and revise fee application for
   RWPB (third monthly)  and prepare for
   filing.                                    0.70
Y  Revise fee application of RPWB for
   November monthly fee app, e-file and
   serve                                      1.20

03
DS Review Motion to further extend Plan
   Period.                                    0.20

03
DS Review agenda for Hearing; phone call to
   co-counsel re:  Hearing issues.            0.30
DS Review docket re:  status of fee
   applications; phone call to co-counsel
   re:  no payments received yet.             0.40

'03
DS Attend Hearing, status conference on ZAI
   matters.                                  ·1.80
DS E-mail to co-counsel re:  letter to Judge
   Fitzgerald.                                0.10

/03
DS Review letter to Court; prepare Notice of
   Filing and file with Court.                0.40
                                            ────────
   For Current Services Rendered              5.40      970.50

                     Recapitulation
eeper              Title        Hours    Rate       Total
van, William D.    Partner       3.90   $220.00   $858.00
el Young           Paralegal     1.50    75.00     112.50

## Expenses

| | |
|---|---|
| /02 cert no obj re 2nd mon ffa | 18.90 |
| /02 LA CNO RE 2ND MON FFA | 18.90 |
| /02 EARTM CNO RE 2ND MON FFA | 18.90 |
| /02 LETTER | 3.75 |
| /02 LETTER | 0.15 |
| /02 letter | |
| /03 nov fee app | 69.00 |
| /03 let. w/enc. | 3.60 |
| Total Expenses | 133.20 |

## Advances

| | |
|---|---|
| /03 Courier fee Tristate Courier & Carriage - Hand deliveries | 5.00 |
| /03 Courier fee Federal Express | 7.15 |
| Total Advances | 12.15 |
| Total Current Work | 1,115.85 |
| Balance Due | $1,115.85 |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on March 19, 2003, service of

the foregoing

- *FIFTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2003 THROUGH JANUARY 31, 2003*

was made upon the attached Service List via hand delivery or United States first class mail.

Dated: Wilmington, Delaware
March 19, 2003

> */s/ William D. Sullivan*
> WILLIAM D. SULLIVAN

- 5 -

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE  19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE  19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ  07102

- 6 -

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA  90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin  & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899

# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:  W.R. GRACE & CO., et al., | Chapter 11 |
| Debtors. | Bankruptcy No. 01-01139 (JFK) |
| | (Jointly Administered) |
| | **Objection Deadline: June 5, 2003**<br>**Hearing Date: TBD if necessary** |

## SUMMARY OF SIXTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide<br>Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | July 22, 2002 |
| Period for which compensation<br>and reimbursement is sought: | February 1, 2003 through<br>February 28, 2003 |
| Amount of compensation sought<br>as actual reasonable and necessary: | $ 2,314.00 |
| Amount of expense reimbursement<br>sought as actual reasonable and<br>necessary: | $ 286.80 |

This is a:    __X__ Monthly    _____ Interim    _____ Final Application

Prior Application Filed:    Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Pending | Pending |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Pending | Pending |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Pending | Pending |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |

As indicated above, this is the sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 4.0 | $ 880.00 |
| Charles J. Brown | Associate | 10 | Bankruptcy | $190.00 | .6 | $ 114.00 |
| | | | | | | |
| TOTALS | | | | | 4.6 | $ 994.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 17.6 | $ 1,320.00 |
| TOTALS | | | | | | |

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | .2 Hours | $ 44.00 |
| 12-Fee Application, Others | 22.0 Hours | $ 2,270.00 |
| TOTALS | 22.2 Hours | $ 2,314.00 |

Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $  15.00 |
| In-House Duplicating / Printing ($.15 per page) | $ 271.80 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 286.80 |

Dated: Wilmington, Delaware
     May 16, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, P.A.

   /s/ *William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

E.I. # 51-0298666
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
02/28/2003
ZAI Plaintiffs
Richardson Patrick Westbrook                Client No: 220305-11221M
174 East Bay Street                         Statement No:        187869
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|  | Hours |
|---|---|
| **2/05/03** | |
| WDS Phone call to Fee Auditor re: submissions for report; review sample and prepare spreadsheet. | 0.60 |
| WDS Review billing information for 3rd monthly application. | 0.40 |
| WDS Review billing information for 4th monthly application. | 0.40 |
| **2/06/03** | |
| MY Office conference, e-mail correspondense with co-counsel re: status of fee applications, review all case material both on docket and on file, edit W.R. Grace Fee Tracking analysis (2.2), Draft and revise Certificate of No Objection to Richardson, Patrick, Westbrook & Brickman 3rd Monthly Application, complete certificate of service, e-file and serve (1.5), Begin preparation of November Fee Application of EARTM (1.1) | 4.80 |
| WDS Review and revise Certificate of No Objection for RPWB's Third Application (monthly). | 0.20 |
| **2/07/03** | |
| MY Begin Revision November Fee App of EARTM (.3), Complete category Project sheet of quarterly fees and forward to Warren Smith (1.1) | 1.40 |
| **2/10/03** | |
| CJB Exchange correspondence with special counsel re: filing Motion for Fee Application; review Fee Application; conference with paralegal. | 0.40 |
| WDS Review and revise fee application of Lukens and Annis (3rd monthly). | 0.30 |
| MY E-mail correspondence with co-counsel re: fee applications (.2), Review fee application information provided by Lukins and Annis, make necessary revisions for filing, draft certificate | |

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:        187869

- W.R. Grace & Companies, et al.
  CA No. 01-1139
  A-01-771

|  | Hours |
|---|---|
| of service and fee detail cover page, e-file and serve (2.1), Final edit of EARTM November Fee Application, e-file and serve (1.4) | 3.70 |

2/11/03
MY  Office conference, Prepare 4th Monthly
    Application of EARTM for attorney review,
    update WR Grace Application Tracking
    Sheet                                                         1.90

2/12/03
MY  Final revision of 4th Monthly Fee
    Application of EARTM, e-file and complete
    service                                                       0.90
CJB Telephone conference with Westbrook's
    office re:  fee application.                                  0.10
WDS Review and revise Fourth Monthly Fee
    Application of EART&M.                                        0.30

2/19/03
MY  Prepare December Fee application of RPWB
    for attorney review                                          0.90
WDS Review Agenda for February 24 Hearing; no
    matters affecting ZAI claimants.                             0.20

2/20/03
WDS Review Notice canceling February Hearing.                    0.10

2/21/03
MY  Revise, e-file and serve 4th Monthly Fee
    application of RPWB                                           1.30
WDS Review and revise Richardson Patrick's
    fourth monthly fee application.                              0.30
WDS Review application filed by Debtors;
    forward to co-counsel.                                       0.30

2/25/03
MY  Begin Preparation of Lukins and Annis
    December Fee Application                                      0.10

2/26/03
MY  Complete preparation of December Fee
    Application of Lukins and Annis for
    Attorney Review                                              0.70
WDS Review and revise Fourth Monthly Fee
    Application of Lukins and Annis in
    preparation for filing.                                      0.30

2/27/03
CJB Exchange correspondence with Lukins firm
    re:  confirming filing of monthly fee
    application and formatting for quarterly
    fee application.                                             0.10
WDS Review Fee Auditors spreadsheet re:  6th
    Quarterly application.                                       0.30

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:       187869

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|

2/28/03

MY   Office conference, review Fee auditor
     report for accuracy, Final revision of
     Lukins and Annis December Fee
     Application, e-file and serve                    1.30
MY   Begin preparation of 2nd Quarterly fee
     applications                                     0.60
WDS  Receive 2nd Quarterly Fee Application
     from co-counsel (RPWB).                          0.30

     For Current Services Rendered          22.20   2,314.00

Recapitulation

| imekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ullivan, William D. | Partner | 4.00 | $220.00 | $880.00 |
| harles J. Brown | Senior Associat | 0.60 | 190.00 | 114.00 |
| ichael Young | Paralegal | 17.60 | 75.00 | 1,320.00 |

Expenses

| | |
|---|---|
| 2/06/03 Photocopies (@ $.15) | 10.20 |
| 2/06/03 Photocopies (@ $.15) | 6.00 |
| 2/06/03 Photocopies (@ $.15) | 34.65 |
| 2/10/03 Photocopies (@ $.15) | 66.15 |
| 2/10/03 Photocopies (@ $.15) | 31.80 |
| 2/12/03 Photocopies (@ $.15) | 31.50 |
| 2/12/03 Photocopies (@ $.15) | 0.45 |
| 2/27/03 Photocopies (@ $.15) | 91.05 |

     Total Expenses                                   271.80

Advances

| | |
|---|---|
| 2/10/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 2/12/03 Courier fee Tristate Courier & Carriage | 5.00 |
| 2/27/03 Courier fee Tristate Courier & Carriage | 5.00 |

     Total Advances                                   15.00

     Total Current Work                            2,600.80

     Balance Due                                  $2,600.80

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

## FEE DETAIL FOR SIXTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on May 16, 2003, service of

the foregoing

- **SIXTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2003 THROUGH FEBRUARY 28, 2003.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
May 16, 2003

*/s/ William D. Sullivan*
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: June 5, 2003**
**Hearing Date: TBD if necessary**

### SUMMARY OF SEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2003 THROUGH MARCH 31, 2003

Name of Applicant:                                Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                         Zonolite Attic Insulation Claimants

Date of retention:                                July 22, 2002

Period for which compensation
and reimbursement is sought:                      March 1, 2003 through
                                                  March 31, 2003

Amount of compensation sought
as actual reasonable and necessary:               $ 4,031.00

Amount of expense reimbursement
sought as actual reasonable and
necessary:                                        $ 1,444.29

This is a:       __X__ Monthly       _____ Interim       _____ Final Application


Prior Application Filed:            Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Pending | Pending |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Pending | Pending |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Pending | Pending |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Pending | Pending |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Pending | Pending |
| 5/15/03 | 2/1/03 through 2/28/03 | $ 4,031.00 | $ 1,444.29 | Pending | Pending |

As indicated above, this is the seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 6.8 | $ 1,496.00 |
| TOTALS | | | | | 6.8 | $ 1,496.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 1 | Bankruptcy | $75.00 | 33.8 | $ 2,535.00 |
| TOTALS | | | | | 33.8 | $ 2,535.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 40.6 Hours | $ 4031.00 |
| TOTALS | 40.6 Hours | $ 4031.00 |

## EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 618.31 |
| In-House Duplicating / Printing ($.15 per page) | $ 825.98 |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $ 1,444.29 |

Dated: Wilmington, Delaware
       May 16, 2003

ELZUFON, AUSTIN, REARDON, TARLOV
& MONDELL, P.A.

 */s/ William D. Sullivan*
William D. Sullivan, Esq. (No. 2820)
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors,

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**FEE DETAIL FOR SEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2003 THROUGH MARCH 31, 2003**

Page: 1
03/31/2003

ZAI Plaintiffs
Richardson Patrick Westbrook                  Client No: 220305~11221M
174 East Bay Street                           Statement No:        188944
Charleston  SC  29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|  | | Hours |
|---|---|---|

/03/03

MY  Draft/edit Notice of Filing of Second
    Quarterly Fee Application of Lukins and
    Annis(.4), Review and revise Quarterly
    fee application of Lukins and Annis (1)
    draft order (.3)Gather exhibits (a-c) for
    application (.3), draft certificate of
    service for Lukins and Annis Fee
    Application (.2)                                        2.20

MY  Draft/Edit Notice of Filing of 2nd
    Quarterly Application of RPWB (.3), Draft
    and revise Order (.3), Review/Revise
    Application and prepare for DE Filing
    (1),  gather exhibits a-d (.3) edit
    summary (.1)                                           2.00

MY  Draft and Revise Summary and 2nd
    Quarterly Application of EARTM,
    draft/edit order, draft notice of filing
    and certificate of service, gather and
    review prior applications in quarter                   2.80

/05/03

MY  Office conference re: Status of Fee
    Applications (.5),  Review docket for
    Objections to November Fee Apps of EARTM
    and L&A and December Fee App of EARTM
    (.2), Draft Certificate of No Objections
    for each (3) Fee App (.9), Update Fee
    Application Tracking Chart (.2),
    Revisions of Quarterly Fee Applications
    of RPWB, EARTM and L&A (1.5), Prepare
    each fee application for e-filing, e-file
    and serve all three applications (2.5),
    E-file notices of all three applications
    and arrange for service (.6), e-file and
    arrange for hand deliveries of Cert of No
    Objections of November Fee Applications
    of EARTM and L&A (.6)                                  7.00

WDS Review and revise Quarterly Fee
    Application of EART&M; review service
    issues.                                                0.60

WDS Review and revise Quarterly Fee

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:            188944

- W.R. Grace & Companies, et al.
  CA No. 01-1139
  A-01-771

|  |  | Hours |
|---|---|---|
|  | Application of Lukins & Annis. | 0.30 |
| WDS | Review and revise Quarterly Fee Application of RPWB. | 0.30 |

3/06/03

MY  Complete service of Certificates of No
    Objection of L&A and EARTM (.1), file and
    serve CNO of EARTM's December Fee
    Application (.6), Draft affidavit of
    service re: Notice of Filings of L&A,
    RPWB & EARTM (.3), Fulfill Judge's
    procedures for serving chambers with
    Quarterly Fee Applications (1.6), Begin
    calculations for Category Worksheet of
    EARTM (.4)                                          3.00

3/07/03

MY  Case administration of W.R. Grace Files
    and creation of new Fee Application files
    (.8), Edit and file Affidavit of Service
    along with Exhibits A through C (.7)                1.50

3/10/03

MY  Office Conference (.2) Complete Project
    Category Spreadsheet of EARTM and forward
    to Fee Auditor (.6), Complete Project
    Category Spreadsheet of L&A and forward
    to Fee Auditor (.6), Update Tracking
    Chart (.2), Complete Reorganization/case
    management of W.R. Grace Documents (1.6),
    forward RPWB Project Cateogry Sheet to
    Fee Auditor (.2), review Proposed Order
    re: Quarterly Fee Apps (.2)                        3.40

3/11/03

MY  Contact Debtors counsel via e-mail re:
    Telephonic Appearances of D. Scott and E.
    Westbrook, receive Notices of Filing from
    Reliabe and Kirkland & Ellis                       0.30
MY  Review case management order re:
    Telephonic Appearances, contact courtroom
    deputy for permission to Appear
    Telephonically at hearing (for D. Scott
    and E. Westbrook)                                  0.30
WDS Review revised Order; e-mail to
    co-counsel re:  fee and expense
    reductions; telephone participation.               3.00

3/12/03

MY  E-mail correspondence with Debtors
    counsel regarding March 17 hearing                 0.30
MY  Office conference, prepare 5th Monthly
    Fee Application of RWPB for filing and
    attorney review                                    0.70
WDS E-mail counsel for Debtors re:  Hearing
    status; e-mail co-counsel re:  same.               0.30
WDS Review Amended Case Management Order.               0.10
MY  Review supplemental case management order          0.10

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |
|---|---|

**3/13/03**
WDS Review Certification of Counsel re:
     Quarterly Fee applications.                          0.10

**3/14/03**
WDS Review Notice of Cancellation of Hearing;
     fee Order entered; e-mail to co-counsel
     re: same.                                            0.30

**3/17/03**
MY  Prepare January fee application of EARTM
    (.9), download order allowing fee
    applications and forward to co-counsel
    (.3), correspondence with fee auditor re
    Quarterly fee application of L&A (.3)                 1.50

**3/18/03**
MY  Final Revision of January fee application
    for EARTM, obtain proper fee detail                   0.30

**3/19/03**
MY  Revise January fee applications of EARTM
    & RPWB and prepare for filing, e-file
    both applications and complete mail
    service (2), update fee application
    tracking chart (.3), review file re:
    proper e-mail service of fee applications
    and complete service (.7), review docket
    for objections to prior fee applications
    (.2)                                                  3.20
WDS Review and revise 5th monthly fee
    application of RPWB.                                  0.30
WDS Review and revise 5th monthly fee
    application of EART&M.                                0.30

**3/20/03**
MY  Review case information and draft
    Certificate of No Objection re: December
    fee application of Lukins and Annis (1)
    Review case information and draft
    Certificate of No Objection re: December
    fee application of Richardson Patrick, et
    al (1)                                                2.00
MY  E-mail correspondence with co-counsel
    (L&A) and fee auditor re: materials
    needed by fee auditor, fulfill fee
    auditors requests                                     0.70
WDS Review CNO for Lukins & Annis December
    bill.                                                 1.00
WDS Review CNO for RPWB December bill.                    0.20

**3/21/03**
MY  E-file and complete mail service of both
    Certificate of No Objections of Lukins
    and Annis and Richardson Patrick, et al               1.80

**3/26/03**
MY  Review email from fee auditor re: 7th

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Hours |  |
|---|---|---|
| interim report, update tracking chart | | |
| draft and file Notice | 0.70 | |
| | | |
| For Current Services Rendered | 40.60 | 4,031.00 |

### Recapitulation

| imekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| ullivan, William D. | Partner | 6.80 | $220.00 | $1,496.00 |
| ichael Young | Paralegal | 33.80 | 75.00 | 2,535.00 |

### Expenses

| | | |
|---|---|---|
| 3/05/03 Photocopies (@ $.15) | 267.15 |
| 3/05/03 Photocopies (@ $.15) | 255.00 |
| 3/05/03 Photocopies (@ $.15) | 141.00 |
| 3/05/03 Photocopies (@ $.15) | 18.00 |
| 3/05/03 Photocopies (@ $.15) | 15.00 |
| 3/06/03 Photocopies (@ $.15) | 33.15 |
| 3/06/03 Photocopies (@ $.15) | 18.00 |
| 3/06/03 Postage | 4.75 |
| 3/06/03 Postage | 8.55 |
| 3/06/03 Postage | 6.85 |
| 3/06/03 Postage | 4.75 |
| 3/06/03 Postage | 4.75 |
| 3/06/03 Postage | 4.75 |
| 3/06/03 Postage | 4.75 |
| 3/06/03 Postage | 4.75 |
| 3/06/03 Postage | 6.85 |
| 3/06/03 Postage | 4.75 |
| 3/06/03 Postage | 6.85 |
| 3/06/03 Postage | 4.75 |
| 3/06/03 Postage | 0.83 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.60 |
| 3/06/03 Postage | 0.83 |
| 3/06/03 Postage | 0.83 |
| 3/06/03 Postage | 0.83 |
| 3/06/03 Postage | 0.83 |
| 3/06/03 Postage | 0.83 |

Total Expenses 825.98

### Advances

3/05/03 Photocopying (2808 copies @ .09) Mailings (203 @
.83 cents, 1 @ $1.10) Hand delivers (30 @
3.00) Reliable Copy Service 512.31
3/05/03 Courier fee Tristate Courier & Carriage - Hand

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:          188944

- W.R. Grace & Companies, et al.
  CA No. 01-1139
  A-01-771

|  |  |  |
|---|---|---|
| | deliveries | 58.50 |
| 3/05/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 3/06/03 | Courier fee Tristate Courier & Carriage | 5.00 |
| 3/19/03 | Courier fee Tristate Courier & Carriage | 32.50 |
| 3/21/03 | Courier fee Tristate Courier & Carriage | 5.00 |

Total Advances                                    618.31

Total Current Work                              5,475.29

Balance Due                                    $5,475.29

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on May 16, 2003, service of

the foregoing

- **SEVENTH MONTHLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF MARCH 1, 2003 THROUGH MARCH 31, 2003.**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
       May 16, 2003

*/s/ William D. Sullivan*
**WILLIAM D. SULLIVAN**

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

David Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Theodore Tacconelli, Esquire
Michael B. Joseph, Esquire
Ferry & Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 1002

William S. Katchen, Esquire
Duane, Morris & Heckcher, LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

James J. Restivo, Jr., Esquire
Reed Smith,LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                       )       Chapter 11
                                             )
W.R. Grace & Co., et al.,                    )       Case No. 01-01139 (JKF)
                                             )       (Jointly Administered)
                                             )
            Debtors.                         )

## ORDER GRANTING THIRD INTERIM QUARTERLY APPLICATION
## OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR
## COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
## SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM
## JANUARY 1, 2003 THROUGH MARCH 31, 2003

Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") as Delaware counsel to

ZAI Claimants in the above-referenced bankruptcy case, filed the Third Quarterly Application

for Allowance of Compensation and Reimbursement of Expenses for January 1, 2003 through

March 31, 2003 (the "Third Quarterly Application"). The Court has reviewed the Third

Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to

28 U.S.C. §§ 157 and 1334; (b) notice of the Third Quarterly Application, and any hearing on the

Third Quarterly Application, was adequate under the circumstances; and (c) all person with

standing have been afforded the opportunity to be heard on the Third Quarterly Application.

Accordingly, it is hereby

ORDERED that the Third Quarterly Application is GRANTED as modified herein, on an

interim basis. Debtors shall pay to EARTM the sum of $ 7,315.50 as compensation and $

1,876.44 as reimbursement of expenses, for a total of $ 9,191.94 for services rendered and

disbursements incurred by EARTM for the period January 1, 2003 through March 31, 2003, less

any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2003

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on June 2, 2003 service of the

foregoing:

- **Third Interim Quarterly Application of Elzufon, Austin, Reardon, Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Zonolite Attic Insulation Claimants for the Interim Period from January 1, 2003 through March 31, 2003**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
     June 2, 2003

                         */s/ William D. Sullivan*
                         WILLIAM D. SULLIVAN

## SERVICE LIST

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
    Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022


Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE  19801


Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801


James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219-1886


Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202


Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005


Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022


Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899


William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE  19899